

SA 19 - 241M ORIGINAL

FINDING RE PROBABLE CAUSE

On **March 22**, at **4:10** a.m./**p.m.**, Special Agent Remoun Karlous of the Internal Revenue Service-Criminal Investigation appeared before me regarding the probable cause arrest of defendant MICHAEL J. AVENATTI, occurring on March 22, 2019, at Los Angeles, California. Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/does not exist probable cause to arrest the defendant for a violation of Title 18, United States Code, Section ~~922(g)(1)~~ **1344(1) AND 1343.** 

/**X**/ It is ordered that defendant MICHAEL J. AVENATTI be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on **March 25, 2019 at 10:00 a.m.**

/____/ It is ordered that defendant MICHAEL J. AVENATTI be discharged from custody on this charge forthwith.

DATED: **March 22, 2019, at 4:10** a.m./**p.m.**

DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE