86743-054

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. MICHAEL J. AVENATTI DEFENDANT(S) | WARRANT FOR ARREST<br>10843809<br>ON COMPLAINT<br>CASE NO.: SA19-241M |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL J. AVENATTI** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), and Wire Fraud, in violation of Title 18, United States Code, Section 1343.

REC: BY AUSAs Julian L. André and Brett A. Sagel   [Detention]

March 22, 2019
Date

Name of Magistrate Judge

DOUGLAS F. McCORMICK
Signature of Magistrate Judge

2019 APR -8 AM 9:12 FILED U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-1-19 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT          Page 1 of 4