COPY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Initial Indictment: **SACR19-00061 JVS** |
|---|---|
| | Case number to be assigned by Criminal Intake Clerk |
| PLAINTIFF | Superseding Indictment |
| v. | |
| MICHAEL JOHN AVENATTI, | Case number |
| | **NOTICE TO COURT OF COMPLEX CRIMINAL CASE** |
| DEFENDANT(S). | (To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ .

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is __15__ trial days.

---

☐ **Superseding Indictment**

Upon careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ . The previous number of defendants was _____ .

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

|  |  |
|---|---|
| April 9, 2019 | [signature] |
| Date | Assistant United States Attorney |