# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:19-CR-00061-JVS    Court Reporter Deborah Parker    Date: 04/29/2019

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr    Assistant U.S. Attorney: Brett A. Sagel and Julian L. Andre

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MICHAEL JOHN AVENATTI Bond | Amy Karlin, DFPD Appointed (for today's hearing only) | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned ,

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Amy Karlin, DFPD, as counsel for defendant Avenatti.

It is ordered that the following date(s) and time(s) are set:
   Jury Trial CORRECTED JURY TRIAL DATE: June 4, 2019, at 8:30 a.m. See below.
   Status Conference CORRECTED SC DATE: May 20, 2019, at 9:00 a.m. See below.
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 15 days.

The defendant appears without counsel for today's arraignment and seeks to represent himself for this court appearance. The Court appoints Amy Karlin, DFPD, for today's proceedings only. Appointment is subject to later contribution at the discretion of the assigned district judge. The Court further orders the parties to schedule a hearing within 14 days before Judge James V. Selna to address the representation issue. The initial trial date of June 25, 2019, and status conference date of June 17, 2019, were set incorrectly due to clerical error. Case is later recalled. All parties are present. Court reconvenes. The Court states the correct jury trial and status conference dates as indicated above.

PIA: 00 : 06
Initials of Deputy Clerk: mba

cc: Statistics Clerk, PSALA USMSA

CC: Amy KARLIN, DFPD