UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-61-JVS | Date | May 7, 2019 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Julian Andre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | | | | |

**Proceedings:** STATUS CONFERENCE RE REPRESENTATION

Cause is called for hearing with the defendant, counsel for the Government and Deputy Federal Public Defenders Amy Karlin and Georgina Wakefield present. Court and counsel confer re defendant's representation.

At the request of Defendant, the Status Conference is continued to May 15, 2019 at 10:00 a.m. If a notice of appearance of counsel is filed prior to that date, the hearing will be vacated.

|  | : | 05 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |