HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

COPY

LODGED
2019 MAY 14 PM 1:57
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF
SANTA ANA
BY___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR No. 19-061-JVS |
| Plaintiff, | **[PROPOSED] ORDER APPOINTING COUNSEL** |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Cuauhtemoc Ortega and Georgina Wakefield from the Office of the Federal Public Defender are appointed to represent Michael John Avenatti in the above-captioned case. The Court defers the issue of Mr. Avenatti's contribution to the costs of his representation to a later date to be set by the Court by separate order.

DATED:                 By_____
                                        HON. JAMES V. SELNA
                                        United States District Judge

Presented by:

   */s/ GEORGINA WAKEFIELD*
Deputy Federal Public Defender

## PROOF OF SERVICE

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **[PROPOSED] ORDER APPOINTING COUNSEL** on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |

Brett Sagel
Assistant United States Attorney
411 W. Fourth Street, Ste. 8000
Santa Ana, CA 92701

This proof of service is executed at Santa Ana, California, on May 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ *Rebecca V. Perez*
**Rebecca V. Perez**