**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br><br>Michael John Avenatti<br><br>Defendant(s) | CASE NUMBER<br><br>8:19-cr-00061-JVS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Michael John Avenatti   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute H. Dean Steward                                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

107 Avenida Miramar, Suite C
*Street Address*

San Clemente, CA 92672                deansteward7777@gmail.com
*City, State, Zip*                              *E-Mail Address*

(949) 481-4900        (949) 496-6753        85317
*Telephone Number*      *Fax Number*          *State Bar Number*

as attorney of record instead of John L. Littrell and Steven J. Katzman of Bienert | Katzman PC
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                              U. S. District Judge/U.S. Magistrate Judge