# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>Michael John Avenatti<br>Defendant(s). | CASE NUMBER:<br>8:19-cr-00061-JVS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Michael John Avenatti__  ☐ Plaintiff  [X] Defendant  ☐ Other _____
*Name of Party*

to substitute   __H. Dean Steward__   who is

[X] Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__107 Avenida Miramar, Suite C__
*Street Address*

__San Clemente, CA 92672__                __deansteward7777@gmail.com__
*City, State, Zip*                         *E-Mail Address*

__(949) 481-4900__         __(949) 496-6753__         __85317__
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of   __John L. Littrell and Steven J. Katzman of Bienert | Katzman PC__
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby   [X] GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  5/17/2019

*/s/ James V Selna*

U. S. District Judge James V Selna