## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61-JVS | Date | May 15, 2019 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:**   STATUS CONFERENCE RE REPRESENTATION

   Cause is called for hearing and counsel make their apperances.  Defendant is represented by Dean Steward who states he was retained this morning.

   The Court ORDERS the defendant to pay for all services rendered by the Federal Public Defender.  The Federal Public Defender's Office, represented by Cuauhtemoc Ortega, shall submit a bill for it's services at the hourly rate set for the CJA Panel.

   Counsel shall submit a stipulation and proposed order continuing the present Status Conference set for May 20, 2019  and Trial date set for June 4, 2019 to a tentative trial date. Court and counsel will revisit the trial date at a future hearing.

|  |  : | 20 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |