Name & Address:
H. Dean Steward SBN 85317
107 Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant Michael Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA-CR-19-61-JVS |
| v. | |
| MICHAEL AVENATTI | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☒ Magistrate Judge JOHN EARLY

on JUNE 10, 2019 at 2:00  ☐ a.m. ☒ p.m.

in courtroom 6 A

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☒ is not required. Language _____
Defendant is ☐ in custody ☒ not in custody.

Clerk, U. S. District Court

| June 6, 2019 | Maria Barr | (714) 338-4756 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☒ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)