UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00061-JVS | | Date | June 10, 2019 |
|---|---|---|---|---|

| Present: The Honorable | **JOHN D. EARLY, U.S. MAGISTRATE JUDGE** |
|---|---|
| Interpreter | |

| Maria Barr | CS 06/10/19 | Brett Sagel, Julian Andre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | H. Dean Steward | X | | X |

**Proceedings:**   REVIEW OF BOND CONDITIONS

     Cause is called for hearing and counsel make their appearances. Court and counsel confer re: travel restrictions. The Court modifies defendant's travel restrictions as follows: Travel restricted to the Southern District of New York, the Eastern District of New York, the Southern District of Florida, and the Central District of California, with domestic travel to other locations permitted with at least two business days' notice to Pretrial Services prior to travel to such other location(s). International travel requires prior Court permission. All other conditions remain unchanged and in effect.

     IT IS SO ORDERED.

| | : | 20 |
|---|---|---|
| Initials of Deputy Clerk | mba | |