UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61-JVS | Date | June 19, 2019 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   [IN CHAMBERS] MINUTE ORDER RE STATUS CONFERENCE

In preparation for the July 8, 2019 status conference, the parties are directed to file a joint report no later than July 1, 2019, addressing the following:

1. Government discovery disclosures completed to date.

2. Remaining Government discovery disclosures and a timetable for completion.

3. A proposed schedule, including at least:

    • Trial date.

    • Final pretrial conference date.

    • Government witness list disclosure date.

    • Government exhibit disclosure date.

    • Expert witness disclosure date.

    • Last date for filing and hearing motions, including motions *in limine*.

    • Date for disclosure of Jencks Act materials and witness statements.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

- Date(s) for interim status conference(s).

4. Any logistical or other potential problems affecting the proposed schedule.

5. Anticipated length of trial.

6. Use of a jury pool pre-screened for time.

7. Any other matters the parties wish to discuss at the status conference.

|  | : | 0 |

Initials of Deputy Clerk   lmb