UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | July 8, 2019 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** STATUS CONFERENCE

    Cause is called for hearing with the defendant, his counsel and counsel for the Government present. Court and counsel confer re the status of this matter. Counsel for defendant may file their motion for discovery by July 29, 2019. All responses are due by August 12, 2019. Any reply brief is due by August 19, 2019. The hearing is set for August 26, 2019 at 8:30 a.m.

    By July 22, 2019 the Government shall file a report re privilege review and a time table to produce documents to the defendant including how the documents will be produced.

    A Status Conference re Trial Date is set for September 18, 2019 at 8:30 a.m. Counsel shall file a joint report re trial date by September 11, 2019.

    : 35

Initials of Deputy Clerk  lmb