UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-61-JVS | Date | July 30, 2019 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   [IN CHAMBERS] ORDER RE SERVICE

   The Court has made an initial review of defendant Michael Avenatti's ("Avenatti") Motion to Compel discovery.  (Docket No. 50.)  It is not clear that the Motion was served on the receiver for Eagan Avenatti, LLP.

   Avenatti is ordered to make service on the receiver and to file a proof of service within seven days.

:   0

Initials of Deputy Clerk   lmb