H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | PROOF OF SERVICE UPON RECEIVER AND HIS COUNSEL |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

    Comes now counsel for Mr. Avenatti and certifies to the Court that the defense Motion to Compel Discovery, along with its attachments, have been served by e-mail, with a return receipt request, on the parties on the attached list.

Dated: Aug. 2, 2019          /s./ H. Dean Steward
                                             H. Dean Steward
                                             Counsel for Defendant
                                             Michael J. Avenatti

- 1 -

Service by E-mail was effectuated upon:

1. Brian Weiss-  Receiver

    bweiss@force10partners.com

2. John P. Reitman- counsel for Receiver

    jreitman@lgbfirm.com

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 8-2-19, service of the defendant's:

**PROOF OF SERVICE OF MOTION TO COMPEL**

On the following party, using the court's ECF system:

**AUSA JULIAN ANDRE & BRETT SAGEL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-2-19

s/ H. Dean Steward

H. Dean Steward