1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIAN L. ANDRÉ (Cal. Bar No. 251120)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6683
7       Facsimile: (213) 894-6269
        Email:     Julian.L.Andre@usdoj.gov
8
   BRETT A. SAGEL (Cal. Bar. No. 243918)
9  Assistant United States Attorney
        Ronald Reagan Federal Building
10      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
11      Telephone:  (714) 338-3598
        Facsimile:  (714) 338-3708
12      Email:      Brett.Sagel@usdoj.gov

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHALE JOHN AVENATTI, | **[PROPOSED] TRIAL DATE:** October 29, 2019, at 8:30 a.m. |
| Defendant. | **[PROPOSED] PRETRIAL CONFERENCE:** October 14, 2019, at 9:00 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from August 27, 2019, to October 29, 2019, at 8:30 a.m.  The pretrial status conference hearing is continued from August 12, 2019, to October 14, 2019, at 9:00 a.m.

2. The time period of August 27, 2019, to October 29, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on October 14, 2019, at 9:00 a.m., and on October 29, 2019, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

1 commence.  Moreover, the same provisions and/or other provisions of
2 the Speedy Trial Act may in the future authorize the exclusion of
3 additional time periods from the period within which trial must
4 commence.

5     IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

_____        _____
 DATE                               HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

**The Court declines to temporize further.  The parties should be prepared to discuss a firm trial date at the August 26, 2019 hearing. The Status Conference set for August 12, 2019 is continued to August 26, 2019 at 8:30 a.m.    JVS August 08, 2019**