NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF JULIAN L. ANDRÉ |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby applies ex parte for an order that Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery be filed under seal.

This *ex parte* application is based upon the attached declaration of Julian L. André.

| | |
|---|---|
| Dated: August 12, 2019 | Respectfully submitted, |
| | NICOLA T. HANNA<br>United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>JULIAN L. ANDRÉ<br>BRETT A. SAGEL<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California (the "USAO"). I am one of the prosecutors assigned to <u>United States v. Michael John Avenatti</u>, SA CR No. 19-061-JVS.

2. The government requests leave to file under seal Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery.

3. On July 28, 2019, defendant MICHAEL JOHN AVENATTI ("defendant") filed a Motion to Compel Discovery. (CR 50.) Specifically, defendant has moved to compel the USAO to produce to defendant complete forensic copies of the computer servers belonging to his former law firm, Eagan Avenatti LLP ("EA LLP"), and digital devices seized during the execution of a search warrant at the residence of a former EA LLP employee ("EA Employee 1"). (CR 50.)

4. In support of the Government's Opposition to Defendant's Motion to Compel, the USAO is submitting as Exhibit 17 the warrant to search the residence of EA Employee 1 issued in case number 8:19-MJ-243. The search warrant issued in case number 8:19-MJ-243 was filed under seal and the entire case, including the search warrant application and supporting affidavit, remains under seal at this time. Additionally, Exhibit 17 contains personal identifying information relating to EA Employee 1, including EA Employee 1's home address, as well as identifying information relating to other potential witnesses and another law firm with which defendant had a business relationship ("Law Firm 1").

1

5.   In support of the Government's Opposition to Defendant's Motion to Compel, the USAO is also submitting as Exhibit 18 the warrant to search the computer servers belonging to EA LLP issued in case number 8:19-MJ-419.  The search warrant issued in case number 8:19-MJ-419 was filed under seal, and the entire case, including the search warrant application and supporting affidavit, remains under seal at this time.  Additionally, Exhibit 18 contains identifying information relating to Law Firm 1 and other non-public information regarding the USAO's investigation.

6.   Because the search warrant attached as Exhibit 17 and 18 to are sealed court documents and contain personal identifying of various third-parties, the USAO does not believe it would be appropriate for the USAO to publicly file Exhibits 17 and 18 at this time.  Accordingly, the USAO requests that the Court order that Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery be filed under seal and remain under seal until such time that the search warrants and corresponding search warrant cases are unsealed.

7.   On August 12, 2019, counsel for defendant, H. Dean Steward, informed me via email that defendant does not oppose the government's request to file Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery under seal.

8.   Should the Court deny this application, the USAO requests that the above-referenced documents not be filed, but be returned to the USAO, and the USAO be provided additional time to prepare redacted copies of the exhibits.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 12, 2019.

*/s/ Julian André*
JULIAN L. ANDRÉ