NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed ex parte application for sealed filing is GRANTED.  Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery shall be filed under seal and shall remain under seal until the underlying search warrant documents are separately unsealed.  The government may serve a copy

of the underlying documents to the court-appointed receiver for Eagan Avenatti LLP, and may produce the underlying documents as permitted or required by applicable law.

_____     _____
 DATE                            HONORABLE JAMES V. SELNA
                                 UNITED STATES DISTRICT JUDGE

### IN CASE OF DENIAL:

The government's application for sealed filing is DENIED.  The underlying documents shall be returned to the government, without filing of the documents.  The government shall have until August 19, 2019, to file redacted copies of the underlying documents.

_____     _____
 DATE                            HONORABLE JAMES V. SELNA
                                 UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
_____
 JULIAN L. ANDRÉ
 Assistant United States Attorney

2