JULIAN L. ANDRÉ (Cal. Bar No. 251120)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6683

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-00061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  **(List Documents)**

Exhibits 17 and 18 to the Government's Opposition to Defendant Michael John Avenatti's Motion to Compel Discovery.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

August 12, 2019
Date

Julian L. Andre
Attorney Name

United States of America, Plaintiff
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING