NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed <u>ex parte</u> application for sealed filing is GRANTED.  Exhibits 17 and 18 to the Government's Opposition to Defendant's Motion to Compel Discovery shall be filed under seal and shall remain under seal until the underlying search warrant documents are separately unsealed.  The government may serve a copy

of the underlying documents to the court-appointed receiver for Eagan Avenatti LLP, and may produce the underlying documents as permitted or required by applicable law.

August 13, 2019
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**Presented by:**

/s/
JULIAN L. ANDRÉ
Assistant United States Attorney

2