1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael Avenatti

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL AVENATTI,<br><br>        Defendant. | Case No.  SA-CR-19-61-JVS<br><br>DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT MICHAEL AVENATTI'S REPLY TO HIS MOTION TO COMPEL DISCOVERY<br><br>Hearing Date:    Aug. 26, 2019<br>Hearing Time:    8:30 AM<br>Location:         Courtroom 10C<br>Judge:           Hon. James V. Selna |

**Declaration of H. Dean Steward**

I, H. Dean Steward, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the State of California, and I am counsel of record for Mr. Avenatti in this matter.  I make this declaration in support of Mr. Avenatti's reply to his motion to compel discovery.  I know all of the following to be true of my own knowledge, and, if called and sworn as a witness, I would competently testify thereto.

2.      During the pendency of Mr. Avenatti's Motion to Compel Discovery, Mr. Avenatti again requested that the government at least provide a duplicate of the forensic image of the servers. The government again refused.

3.      Attached as **Exhibit A** is a true and correct copy of my July 31– August 1 email correspondence with government counsel Assistant United States Attorney Julian L. André.

4.      Attached as **Exhibit B** is a true and correct copy of my August 5 email, reiterating the request for a forensic copy of the EA servers.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2019, at San Clemente, CA.


Respectfully submitted,


/s/ H. Dean Steward_____

– 2 –

**Declaration of H. Dean Steward**