From: Dean Steward <deansteward7777@gmail.com>
Sent: Wednesday, July 31, 2019 12:38 PM
To: Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>; Sagel, Brett (USACAC) <BSagel@usa.doj.gov>
Subject: Avenatti case

Gentlemen:

It is imperative that my client Mr. Avenatti have access to the files and documents that the government has seized, including all of the files and documents located on the EA servers. As you know, we have a motion to

EXHIBIT "A"

compel relating to getting unfettered access to the servers themselves on file.

Pending the determination of that motion, we again request that you immediately (this week) provide a forensic copy of the servers in their entirety so my client can attempt to access the information, prepare his defense and provide a list of individuals who should be included in the government's privilege review. Seeing as you have already copied the servers, providing a copy of your copy is hardly burdensome. Indeed, we understand that you provided a copy to the Receiver for some unknown reason.

Time is of the essence, especially in light of the amount of information necessary to review.

Thank you in advance.

Dean

--



949-481-4900  www.deansteward.com