From: **Andre, Julian L. (USACAC)** <Julian.L.Andre@usdoj.gov>
Date: Thu, Aug 1, 2019, 9:51 PM
Subject: RE: Avenatti case
To: Dean Steward <deansteward7777@gmail.com>
Cc: Sagel, Brett (USACAC) <Brett.Sagel@usdoj.gov>

Dean:

As we have repeatedly told you over the past two-and-a-half months, the government will not provide defendant with forensic copies of the Eagan Avenatti LLP ("EA LLP") server or other digital devices belonging to EA LLP without the consent of the court-appointed Receiver for EA LLP or an order from the Court requiring us to do so. We certainly do not believe it would be appropriate for the government to provide defendant with a copy of the server while this very issue is being litigated—particularly given that EA LLP, which owns the property, will likely be submitting its own response to your motion.

To the extent defendant purportedly has an urgent need to access the EA LLP servers while defendant's motion to compel is pending with the Court, we would again recommend that your client work with the EA LLP Receiver to access the servers in the interim. Based on the email correspondence you filed in connection with your motion, we understand that the EA LLP Receiver has offered to allow defendant to access materials from the EA LLP server that are relevant to this prosecution so long as defendant identifies for the EA LLP Receiver the materials he is seeking and pays the costs of retrieving the materials from the server. Although we understand that you are taking the position that defendant is entitled to his own copy of and unfettered access to the server, there is no reason why defendant cannot take advantage of the EA LLP Receiver's offer to provide defendant with access to the EA LLP server while defendant's motion is pending.

Additionally, we have repeatedly told you that our Privilege Review Team is willing to work with you and defendant to identify and expedite the production of any information on the EA LLP server that defendant believes is particularly relevant to his defense. We have also offered to allow you and your client to inspect the EA LLP server and other EA LLP devices at IRS-CI's offices at a mutually convenient time. These offers stand.

Finally, although you claim that defendant has an urgent need to access this information and the full server, we have repeatedly told you our position on this issue for months now. Yet, despite our repeated requests that the parties seek to resolve this issue as soon as possible, it took defendant almost two months to file the instant motion to compel, which consists of only five pages of argument or analysis. Similarly, defendant never sought relief from United States District Judge Virginia A. Phillips

EXHIBIT "B"

or United States Magistrate Judge Karen E. Scott, who are overseeing the EA LLP receivership in In re: Eagan Avenatti LLP, No. 8:18-CV-01644-VAP-KES. The government, therefore, believes if "time was of the essence" to defendant, his actions would have been different.

Please let us know if you have any questions. Thank you.

Julian

**Julian L. André**

**Assistant United States Attorney**

**Major Frauds Section**
United States Courthouse, Suite 1100

312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov