## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | August 26, 2019 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** 1. MOTION TO COMPEL DISCOVERY [50]
2. STATUS CONFERENCE RE TRIAL DATE

Cause is called for hearing with the defendant, his counsel and counsel for the Government present. Receiver Jack Reitman is also present. The Court's tentative ruling is issued. Motion is argued. The Court orders that the tentative ruling DENYING motion shall become the order of the Court. (Separate order to issue).

Court and counsel confer re trial date. The Court sets the trial for May 19, 2020 at 8:30 a.m. The defendant waives his time for speedy trial. Counsel shall submit a proposed speedy trial order along with a stipulation regarding deadlines and hearings, including the pretrial conference date.

Status Conference set for September 18, 2019 at 8:30 a.m. remains on calendar.

| | : | 15 |
|---|---|---|
| | Initials of Deputy Clerk | lmb |