NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |
| v. | |
| MICHALE JOHN AVENATTI, | **[PROPOSED] TRIAL DATE:** |
| Defendant. | May 19, 2020, at 8:30 a.m. |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in

this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from August 27, 2019, to May 19, 2020, at 8:30 a.m.

2. The Court also sets the following dates and deadlines:

| | |
|---|---|
| Expert Witness Disclosure Deadline | March 2, 2020 |
| Deadline to File Pretrial Motions (Motions to Compel, Motions to Suppress, and Motion In Limine) | March 16, 2020 |
| Deadline to File Oppositions to Pretrial Motions | March 30, 2020 |
| Deadline to File Reply Briefs in Support of Pretrial Motions | April 6, 2020 |
| Pretrial Motions Hearing | April 13, 2020 |
| Government Witness List Disclosure Deadline | April 20, 2020 |
| Deadline to Disclose Jencks Act Materials and Witness Statements | April 20, 2020 |
| Final Pretrial Conference | May 4, 2020 |
| Government Exhibit Disclosure Deadline | May 12, 2020 |

3. All other case deadlines set forth in the Court's standing Order re: Criminal Trial shall remain in place.

4. The Court further vacates the status conference currently scheduled for September 18, 2019, and orders the parties to appear for interim status conferences on the following dates:

    a. September 30, 2019, at 9:00 a.m.
    b. December 2, 2019, at 9:00 a.m.
    c. January 20, 2020, at 9:00 a.m.
    d. March 2, 2020, at 9:00 a.m.

5. The time period of August 27, 2019, to May 19, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

6. Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on May 19, 2020, at 8:30 a.m.

7. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____    _____
DATE                                                          HONORABLE JAMES V. SELNA
                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

　　　/s/ *Julian L. André*
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

4