NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>MICHAEL JOHN AVENATTI,<br><br>      Defendant. | SA CR No. 19-061-JVS<br><br>STIPULATION AND REQUEST FOR AMENDED ORDER AUTHORIZING DISLCOURSE OF TAX RETURNS AND RETURN INFORMATION; AND AMENDED PROTECTIVE  ORDER LIMITING DISCLOSURE OF PROTECTED TAX INFORMAITON AND SENSITIVE INFORMATION<br><br>[*PROPOSED ORDER LODGED CONCURRENTLY HEREWITH*] |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and

Brett A. Sagel, and defendant MICHAEL JOHN AVENATTI ("defendant"), both individually and by and through his counsel of record, H. Dean Steward (collectively, the "parties"), hereby stipulate, agree, and request that the Court enter an Amended Order Authorizing Disclosure of Tax Returns and Return Information and Protective Order Limiting Disclosure of Protected Tax Information and Sensitive Information (the "[Proposed] Amended Protective Order").

The bases for this stipulation and request are the following:

1. On April 10, 2019, a grand jury for the Central District of California returned a 36-count indictment charging defendant with: (a) ten counts of wire fraud, in violation of 18 U.S.C. § 1343; (b) eight counts of willful failure to collect and pay over withheld taxes, in violation of 26 U.S.C. § 7202; (c) one count of endeavoring to obstruct the administration of the Internal Revenue Code, in violation of 26 U.S.C. § 7212(a); (d) ten counts of willful failure to file tax returns, in violation of 26 U.S.C. § 7203; (e) two counts of bank fraud, in violation of 18 U.S.C. § 1344(1); (f) one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1); (g) three counts of false declaration in a bankruptcy, in violation of 18 U.S.C. § 152(3); and (h) one count of false oath in a bankruptcy proceeding, in violation of 18 U.S.C. § 152(2). Defendant was arraigned on April 29, 2019, and trial is currently set for May 19, 2020.

2. On May 20, 2019, the parties in this case filed a stipulation and request for (1) an order authorizing the disclosure of tax returns and return information; and (2) a protective order limiting disclosure of protected tax information and sensitive information. (CR 35.) The Court granted the request and issued the

parties' proposed protective order (the "Existing Protective Order")
later that same day. (CR 36.) Among other things, the Existing
Protective Order states that the "defense team, including defendant,
shall use materials containing Protected Information only for the
preparation and litigation of this matter, and for no other purpose."
(CR 36 ¶ 7.)

3.   Defendant is currently involved in the following additional
litigation matters (collectively, the "Additional Matters").

a.   The State Bar of California has filed a petition to
place defendant on involuntary inactive status in In re Michael J.
Avenatti, Member No. 206929, No. SBC-19-TE-30259-YDR (Cal. State Bar.
Ct.), and initiated related disbarment proceedings.

b.   Defendant is charged in a four-count indictment in the
Southern District of New York with offenses relating to an alleged
scheme to extort Nike Inc. in United States v. Avenatti, No. 1:19-CR-
373.

c.   Defendant is also charged in a two-count indictment
with wire fraud and aggravated identity in the Southern District of
New York in United States v. Avenatti, No. 1:19-CR-374.

4.   On October 1, 2019, defendant's counsel advised the United
States Attorney's Office for the Central District of California (the
"USAO") that it may be necessary for defendant to: (a) provide
certain discovery materials produced in this case, including
materials defined as "Protected Information" under the Existing
Protective Order, to defendant's counsel in the Additional Matters;
and (b) use such discovery materials in connection with his defense
of the Additional Matters. The USAO has no objection to defendant
using the discovery produced in this case, including Protected

Information, in the Additional Matters provided that defendant and his counsel in those Additional Matters agree that any Protected Information they received from this case remains subject to, and be used in accordance with, the terms of this Protective Order, when used in the Additional Matters.

5.   Accordingly, the parties hereby stipulate and request that the Court modify the Existing Protective Order and issue the concurrently lodged [Proposed] Amended Protective Order.  Among other things, the [Proposed] Amended Protective Order contains the following additional provisions that are not contained in the Existing Protective Order:

a.   The defense team, including defendant, may disclose any discovery produced in this case, including materials containing Protected Information, to his defense counsel in the following additional matters: (a) In re Michael J. Avenatti, Member No. 206929, No. SBC-19-TE-30259-YDR (Cal. State Bar. Ct.); (b) United States v. Avenatti, No. 1:19-CR-373 (S.D.N.Y.); and (c) United States v. Avenatti, No. 1:19-CR-374 (S.D.N.Y.) (collectively, the "Additional Matters").  Defendant may also use the discovery produced in this case, including materials containing Protected Information, for the preparation or litigation of the Additional Matters.

b.   Defendant and defendant's undersigned counsel of record agree that any discovery produced in this case that defendant provides to defendant's counsel in the Additional Matters shall be subject to the terms of this Protective Order.  Defendant's undersigned counsel agrees that he shall advise defendant's counsel in the Additional Matters of their obligations under the Protective Order and ensure their agreement to follow the terms of this

4

Protective Order, prior to providing defendant's counsel in the Additional Matters with access to any discovery produced in this case, including any Protected Information.

        c.   To the extent defendant is obligated to do so, defendant may produce to the opposing parties in the Additional Matters discovery that the USAO produced in this case, including materials containing Protected Information.  Prior to producing any discovery from this case to the opposing parties in the Additional Matters, defendant's counsel shall notify the USAO in writing that

///

///

///

1   such materials are being produced and ensure that the opposing

2   parties have agreed to follow and be bound by the terms of this

3   Protective Order.

4       IT IS SO STIPULATED.

5                                       NICOLA T. HANNA

6                                       United States Attorney

7                                       BRANDON D. FOX

                                    Assistant United States Attorney

8                                       Chief, Criminal Division

9   October 2, 2019                */s/ Julian L. André*

   DATE                              JULIAN L. ANDRÉ

10                                      BRETT A. SAGEL

11                                      Assistant United States Attorneys

12

13       10·2·19

14     DATE                             H. DEAN STEWARD

15                                        Attorneys for Defendant

                                    MICHAEL JOHN AVENATTI

16

17

18    10/2/2019

   DATE                             MICHAEL JOHN AVENATTI

19                                      Defendant

20

21

22

23

24

25

26

27

28