H. Dean Steward SBN 85317
107 Miramar, Ste. C
San Clemente, CA 92672
Attorney for Defendant M. Avanatti

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SA-CR-19-61-JVS |
| v. | |
| Michael Avenatti | **WAIVER OF DEFENDANT'S PRESENCE** (Rule 43, Federal Rules of Criminal Procedure) |
| Defendant(s) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 11/22/19

_[signature]_
Signature of Defendant

Los Angeles, CA 90067
City, State, Zip Code

949-887-4118
Telephone Number

☐ Please check here if this is a change of address.

Date: 11/22/19

_[signature]_
Attorney for Defendant

CR-35 (03/07)   **WAIVER OF DEFENDANT'S PRESENCE**
(Rule 43, Federal Rules of Criminal Procedure)

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 11-22-19, service of the defendant's:

**WAIVER OF PRESENCE**

On the following party, using the court's ECF system:

**AUSA JULIAN ANDRE & BRETT SAGEL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-22-19

s/ H. Dean Steward

H. Dean Steward

-2-