# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | December 2, 2019 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with the defendant appearing telephonically (waiver on file), his counsel and counsel for the Government present. Court and counsel confer re the status of this matter.

All pretrial motions shall be heard on April 6, 2020 at 8:00 a.m. (advanced from previously set date of April 13, 2020). Status Conference set for January 20, 2020 (a holiday) is continued to January 27, 2020 at 8:00 a.m. Pretrial Conference set for May 4, 2020 is continued to May 8, 2020 at 8:30 a.m.

Counsel shall lodge a proposed amended protective order.

 : 15

Initials of Deputy Clerk   lmb