**ACKNOWLEDGEMENT**

1. I understand that I may be the recipient, or already have been a recipient, of documents, materials, and information that are protected from disclosure by the Amended Protective Order and/or Second Amended Protective Order (collectively, "the Protective Order") entered by the United States District Court for the Central District of California in United States v. Michael J. Avenatti, Case No. SA CR 19-61-JVS (the "criminal case").

2. I have reviewed the Protective Order and agree to be bound by its terms.

3. I understand from the Protective Order that documents and information produced to defendant MICHAEL JOHN AVENATTI ("defendant") in connection with the criminal case may contain "Protected Information" and are covered by the Protective Order. I understand that:

    a. The Protected Information may include, without limitation, the names of alleged victims, witnesses, and other third parties; dates of birth; social security numbers; driver's license numbers; PIN numbers; bank or financial account information; taxpayer identification information; tax information; home addresses; phone numbers; email addresses; employment information; passwords; attorney-client communications; and confidential legal information.

    b. As counsel for defendant AVENATTI in Additional Matters described in the Protective Order, I may receive discovery produced in the criminal case, which will be subject to the terms of the Protective Order. (Initial either or both of the following that apply to you)

        i. Prior to receiving any discovery from the

criminal case, I acknowledge that I have received the Second Amended Protective Order, I understand the Second Amended Protective Order, and I will comply with all of the terms of the Second Amended Protective Order.  _____.

    ii. I previously received discovery from the criminal case, I acknowledge that I have received the Amended Protective Order and the Second Amended Protective Order, I understand the Second Amended Protective Order, and I will comply with all of the terms of the Second Amended Protective Order, including my obligation within fourteen (14) days of the Court's issuance of the Second Amended Protective Order to return this Acknowledgment and take any further actions necessary to comply with the terms Second Amended Protective Order as it relates to previously received discovery from defendant AVENATTI's criminal case.  _____.

  c. To the extent that I am obligated to produce discovery received from the criminal case in the Additional Matters, including materials containing Protected Information, I must notify the counsel of record for the United States Attorney's Office for the Central District of California ("USAO") in the criminal case in writing that such materials are being produced and confirm in writing that the opposing parties have agreed to follow the terms of the Protective Order.

  d. Other than members of the defense team, as defined in paragraph 8 of the Second Amended Protective Order, I will not allow anyone: (1) to retain in his or her possession any materials containing Protected Information; (2) to make copies or reproduce any Protected Information in any manner; or (3) to make any notes containing Protected Information.

4. Within 30 days of: (1) the time that judgment in the criminal case and the Additional Matters have become final as a result of the completion of any appeal or the passage of the deadline for filing an appeal or petition for certiorari, if one has not been filed; or (2) the completion of proceedings, including any appeal, involving a motion under 28 U.S.C. § 2255, or the passage of the deadline for filing of a § 2255 motion, if one has not been filed; or (3) the completion of proceedings of any petition for a writ of habeas corpus, if one is filed, whichever date is latest, persons other than defendant to whom Protected Information has been provided, shall either: (1) return the Protected Information to the USAO; or (2) destroy the Protected Information.

5. I understand that the Protective Order limits my ability to disclose Protected Information and controls how Protected Information may be stored and used and I agree to comply with the provisions of the Protective Order.

Dated: _____.

                                                                               _____
(Printed Name)

                                                                               _____
(Signature)