FILED
CLERK, U.S. DISTRICT COURT
1/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: LB  DEPUTY

**UNDER SEAL**

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER ISSUING AN ARREST WARRANT FOR DEFENDANT MICHAEL JOHN AVENATTI, ORDER REVOKING DEFENDANT'S ORDER OF PRETRIAL RELEASE; AND ORDER DETAINING DEFENDANT PENDING FURTHER PROCEEDINGS |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | **[IN CAMERA]** |
| | **[UNDER SEAL]** |

The Court having considered the Government's <u>under seal</u> and <u>in camera</u> Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, as well as the Declaration of Special Agent Remoun Karlous, and the Exhibits submitted therein, for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court issues an arrest warrant for defendant MICHAEL JOHN AVENATTI ("defendant") for the United States Marshal and any authorized United States Officer to arrest defendant and bring him forthwith to Courtroom 10C of the United States Courthouse for the Central District of California, 411 W. 4th Street, Santa Ana, California, 92701, to answer to violations of defendant's pre-trial conditions of release during Court hours;

2. The Court preliminarily revokes defendant's order of pre-trial release pending further proceedings; and

3. The Court orders defendant detained pending further proceedings which shall occur as expeditiously as possible.

IT IS SO ORDERED.

January 14, 2020
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

*IN THE ALTERNATIVE:*

The Court having considered the Government's <u>under seal</u> and <u>in camera</u> Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, as well as the Declaration of Special Agent Remoun Karlous, and the Exhibits submitted therein, for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant MICHAEL JOHN AVENATTI ("defendant") is hereby order to show cause as to why his bond should not be revoked due to alleged violations of the terms of defendant's pretrial release.

2. Defendant shall appear on _____, 2020, at _____ a.m./p.m., for a bond revocation hearing in Courtroom 10C of the United States Courthouse for the Central District of California, 411 W. 4th Street, Santa Ana, California, 92701, to answer to the alleged violations of defendant's pretrial release.

IT IS SO ORDERED.

_____          _____
DATE                                HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Julian André*
_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys