NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

**FILED** — CLERK, U.S. DISTRICT COURT — 1/14/2020 — CENTRAL DISTRICT OF CALIFORNIA — BY: LB DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JULIAN L. ANDRÉ |
| v. | |
| MICHAEL JOHN AVENATTI, | [IN CAMERA] |
| Defendant. | [UNDER SEAL] |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby applies in camera and ex parte for an Order that the government's motion for an arrest warrant, order revoking pretrial release, and order of detention, the declaration of Special Agent Remoun Karlous and exhibits thereto, the proposed order, as

well as this ex parte application and related documents, be filed in camera and under seal.

This in camera and ex parte application is based upon the attached declaration of Julian L. André.

Dated: January 14, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Julian André*
JULIAN L. ANDRÉ
Assistant United States Attorney
Major Frauds Section

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to represent the government in United States v. Michael John Avenatti, SA CR 19-61-JVS.

2. Concurrently with this ex parte application, the government has filed a motion requesting that the Court issue a warrant for defendant's arrest, schedule an immediate bond revocation hearing, revoke his pretrial release order, and order him detained pending further proceedings in this matter. Alternatively, the government has requested that the Court issue an order to show cause as to why defendant's bond should not be revoked and schedule a bond revocation hearing as soon as possible.

3. For the reasons set forth more fully in the Government's Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, and specifically Section IV.E. of the motion, public disclosure of the motion and related documents, prior to the arrest of defendant, could result in a substantial likelihood that defendant could continue to defraud his judgment creditors, conceal his assets, and fraudulently transfer his property to others. If defendant knew of the motion and related documents, prior to an arrest or being brought to answer before this Court, there would be nothing to stop defendant from immediately hiding any remaining assets or making arrangements for others to do so.

4. Accordingly, the government requests leave to file the Motion for an Arrest Warrant, Order Revoking Pretrial Release, and

1

Order of Detention, the Declaration of Special Agent Remoun Karlous and the exhibits thereto, the proposed order, and this ex parte application in camera and under seal. The government requests that the Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, the declaration of Special Agent Remoun Karlous and the exhibits thereto, and this ex parte application remain in camera and under seal until the arrest of defendant or further motion by the government to unseal. The government also requests that the government be permitted to disclose the Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, the declaration of Special Agent Remoun Karlous and the exhibits thereto, to the United States Probation and Pretrial Services for the Central District of California.

5. Should the Court decide to issue an order to show cause and schedule a bond revocation hearing instead of issuing an arrest warrant, the government requests that the motion, the declaration of Special Agent Karlous and the exhibit thereto, be unsealed at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 14, 2020.

*Julian André*
JULIAN L. ANDRÉ

2