FILED
CLERK, U.S. DISTRICT COURT
1/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LB___ DEPUTY

**UNDER SEAL**

1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
4 | Assistant United States Attorney
Major Frauds Section
5 |     1100 United States Courthouse
      312 North Spring Street
6 |   Los Angeles, California 90012
      Telephone: (213) 894-6683
7 |   Facsimile: (213) 894-6269
      Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
9 | Assistant United States Attorney
      Ronald Reagan Federal Building
10 |  411 West Fourth Street, Suite 8000
      Santa Ana, California 92701
11 |  Telephone: (714) 338-3598
      Facsimile: (714) 338-3708
12 |  Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | **[IN CAMERA]** |
| MICHAEL JOHN AVENATTI, | **[UNDER SEAL]** |
| Defendant. | |

1  For good cause shown, IT IS HEREBY ORDERED THAT:

2  The government's ex parte application for in camera and under seal filing is GRANTED.

4  The government's Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, the declaration of Special Agent Remoun Karlous and the exhibits thereto, the Proposed Order, the arrest warrant, and this ex parte application and related documents shall be filed in camera and under seal.

9  The Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, the declaration of Special Agent Remoun Karlous and the exhibits thereto, the Proposed Order, and this ex parte application shall remain in camera and under seal until (1) the arrest of defendant or (2) the Court schedules an order to show cause hearing as to why defendant's bond shall not be revoked.

15  The government, however, may disclose the Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention, the declaration of Special Agent Remoun Karlous and the exhibits thereto, to the United States Probation and Pretrial Services for the Central District of California.

20  The government may produce the underlying documents as permitted or required by applicable law.

22  IT IS SO ORDERED.

January 14, 2020
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2

Presented by:

*Julian André*

JULIAN L. ANDRÉ
Assistant United States Attorney

3