CONFIDENTIAL

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter "Agreement") is made and entered into and made effective by and between ▮▮▮▮▮ (hereinafter "RELEASOR") and ▮▮▮▮▮ ▮▮▮▮▮ their/its affiliates, subs, executors, administrators, successors, agents, servants, insurers, third party administrators, employees (including ▮▮▮▮▮) and assigns, and all other persons, firms or corporations liable or who might be claimed to be liable   (hereinafter collectively referred to as "RELEASEES"). RELEASOR and RELEASEES may also hereinafter be referred to as a "Party" or "Parties."

### 1.0    INTRODUCTION

There is now pending between the RELEASOR and the RELEASEES a Claim related to an alleged incident that occurred on March 3, 2019 at ▮▮▮▮▮ involving RELEASOR and ▮▮ (the "Claim") .   By this Agreement, RELEASOR and RELEASEES seek to settle and resolve all claims between them in relation to the Claim.

### 2.0    NO ADMISSION

By entering into this Agreement, no party to the Agreement is admitting the sufficiency of any claims, allegations, assertions, contentions or positions of any other party, or the sufficiency of any defense to any such claims, allegations, assertions, contentions or positions.  The Parties have voluntarily, and with the advice of counsel, entered into this Agreement in good faith and with a desire to forever settle the Dispute between them, and to effectuate a release of any and all claims and obligations related to the Action as between RELEASOR and RELEASEES.

### 3.0    TERMS

3.1    **Settlement Terms.**    RELEASOR, agrees to resolve and settle all claims against all

002

CONFIDENTIAL

RELEASEES related to the Claim in exchange for RELEASEES payment, through its insurer, to RELEASOR and her counsel the sum of: three million dollars and no cents ($3,000,000.00) (the "Settlement Funds"), with each party to bear its/their own attorneys fees and costs in relation to the Claim.  On or before May 8, 2019 RELEASEES insurer shall deliver the Settlement Funds via overnight carrier as follows:

  (a) Two-thirds of the Settlement Funds ($2,000,000.00) made payable to ███████████ at ██████████████████; and

  (b) One-third of the Settlement Funds ($1,000,000.00) made payable to Michael Avenatti at 10000 Santa Monica Blvd., Los Angeles, CA 90067; and

  (c) If there is choice to structure any portion of the Settlement funds, such structure must be placed through Chubb's approved structure broker – Tom P. Stevenson 24235 Juanita Drive Laguna Niguel, CA 92677. TStevenson@AtlasSettlements.com

**3.2     Confidentiality and Non-Disparagement.** RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL, RELEASOR, RELEASOR's parents and step parents and RELEASOR's counsel, shall keep the terms of this Agreement strictly confidential.  Confidentiality is deemed waived only for purposes of enforcing this Agreement.  Otherwise, the terms of the Agreement shall remain strictly confidential.  The Parties agree that from and after the execution of this Agreement, the Parties, their counsel, and RELEASOR's parents and step parents, shall not speak disparagingly of the other Parties (or their counsel or their respective businesses) to third parties with respect to the Claim.  RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL,

███003

CONFIDENTIAL

RELEASOR, RELEASOR's parents and step parents and RELEASOR'S counsel are expressly prohibited from posting (via any electronic format), publishing, issuing or disseminating any information related to the Claim or its resolution, PROVIDED, HOWEVER, THAT RELEASOR shall be permitted to speak freely about ▮▮▮ and his conduct without any mention whatsoever of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ If there is an inquiry concerning the Claim and/or the settlement of the Claim, RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEES COUNSEL, RELEASOR, RELEASOR's parents and step parents, and REALEASOR's counsel shall respond that the Claim has been satisfactorily resolved. In response to any additional follow-up inquiries, RELEASEES (in this paragraph RELEASEES MEANS Directors, Officers, or Person officially designated to speak on behalf of RELEASEES), RELEASEE COUNSEL, RELEASOR, RELEASOR's parents and step parents, and REALEASOR's counsel shall state that a strict confidentiality agreement between the Parties limits their ability to disclose any further information. Nothing in this paragraph 3.2 is intended to limit a Party's ability to enforce its/their rights or remedies under this Agreement or the Parties' obligations to participate and respond truthfully to discovery or other legal process, including but not limited to any criminal proceedings, provided, however that prior to responding to any inquiry by any non-governmental individual or entity, the responding party shall provide at least thirty (30) days prior written notice to all other Parties and their counsel.

3.3     **Liquidated Damages.** RELEASOR, RELEASOR's parents and step parents, and RELEASOR'S counsel expressly acknowledge and agree that these confidentiality provisions are material provisions of this Agreement, and that any breach of them shall be a material breach of this Agreement, which would cause irreparable harm and damages that would be

004

CONFIDENTIAL

inherently uncertain or difficult to calculate, and thus necessitate the award of liquidated damages in the amount of three hundred thousand dollars and no cents ($300,000.00) for each and every breach of these confidentiality provisions. The parties stipulate that the agreed upon sum is not a penalty, but rather a reasonable measure of damages, based on RELEASEES' experience and given the nature of the losses that may result from a breach of confidentiality. RELEASEES shall also have the right to pursue litigation and enforcement of this provision, including immediate injunctive relief against the breaching party and recovery of all associated attorneys' fees and costs, while also mandating compliance with the rest of the terms of this Agreement at its discretion.

3.4     **Binding Arbitration.** All disagreements over the form or content of the formal settlement agreement, releases, breaches of the confidentiality or non-disparagement provisions, or substantive issues of the settlement shall be decided in a binding arbitration before Judge Stone, the mediator, and his ruling shall be final and binding and not subject to any appeal. The parties waive whatever disclosure needs to be made by Judge Stone to enable him to act as the arbitrator on an expedited basis, and the parties will not object to Judge Stone acting as the arbitrator simply because he acted as the mediator in the case. The Arbitration will be done on an expedited basis with minimal exchanges of witnesses and exhibits in the discretion of Judge Stone. The parties should expect the exchanges of witnesses and exhibits to take place no more than 2 or 3 days before the hearing. Any witness or exhibit not exchanged before the hearing will not be permitted. The parties should expect no additional discovery to be permitted. Fees and costs may be awarded to the prevailing party at the discretion of Judge Stone.

3.5     **Attorney's Fees and Costs.** Each Party shall bear its/their own costs and attorney's fees associated with the preparation of this Agreement and/or the prosecution/defense of the

005

Claim.  Should it become necessary to employ legal services to enforce any provision of this Agreement, the prevailing party shall be entitled to recover all attorney's fees and costs incurred in relation thereto.

**3.6    Responsibility for Liens and Tax Consequences.** RELEASOR expressly acknowledges and agrees that she shall be legally responsible for any and all payments owing on any and all liens (medical or otherwise) that may attach to the Claim and/or medical care and treatment provided as a result of the matters placed at issue in the Claim.  RELEASOR hereby agrees to hold RELEASEES harmless, and to indemnify RELEASEES, for any and all lien claims made with respect to the Claim, including legal fees and/or costs RELEASEES may incur in relation thereto subsequent to the execution of this Agreement.   RELEASOR also expressly acknowledges and agrees that she shall be legally responsible for any and all tax consequences related to settlement of the Action.  The Parties to this Agreement agree that RELEASOR shall be permitted to classify, for State and Federal tax purposes, the payments provided under this agreement in her sole and absolute discretion.

**3.7    Warranty of RELEASOR Re: MMSEA Section 111 Reporting Obligation.** The Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) Section 111 requires that any settlement with a Medicare beneficiary for bodily and personal injury be reported to the Secretary of the Department of Health and Human Services.  Failure to report any such settlement will result in substantial fines. Therefore, RELEASOR warrants, declares and represents that she has not received benefits from Medicare for any claims made in connection with the Claim and that, if RELEASOR has received any Medicare benefits, RELEASOR shall satisfy all Medicare lien claims and conditional payment claims. RELEASOR agrees to indemnify and hold RELEASEES harmless for any fines imposed as a result of any breach of

006

CONFIDENTIAL

these warranties, declarations and representations by RELEASOR. RELEASOR acknowledges the obligation of RELEASOR described above and warrants that the Social Security Number and Date of Birth shown below the RELEASOR's signature are true and accurate. RELEASOR acknowledges that providing her Social Security Number and Date of Birth are necessary for the reporting obligation.

## 4.0   RELEASE

**4.1    RELEASOR'S Release of RELEASEES.** Effective as of the receipt by RELEASOR and her counsel of the Settlement funds as set forth above, and except as provided by this Agreement, RELEASOR on her own behalf, and for any and all of her family members, children, partners, officers, agents, employees (including ████), representatives, administrators, assigns, attorneys, executors, heirs, predecessors-in-interest, successors-in-interest, insurers, all those acting on behalf of their behalf, and their respective successors, assigns, heirs, executors, administrators, and any legal or personal representatives, and each of them, hereby irrevocably, finally and fully release, forgive and discharge RELEASEES and any and all of RELEASEES present and former partners, officers, agents, employees, representatives, administrators, directors, trustees, parent companies, affiliate companies, subsidiaries, divisions, shareholders, assigns, attorneys, executors, heirs, predecessors-in-interest, successors-in-interest, insurers, all those acting on behalf of its behalf, and their respective successors, assigns, heirs, executors, administrators, and any legal or personal representatives, and each of them, from any and all past, present or future claims, demands, causes of action for compensatory or punitive damages, obligations, set-offs, liabilities, losses, injuries and damages of any kind whatsoever, whether known or unknown, suspected or unsuspected, foreseen or unforeseen, liquidated or unliquidated that, as of the date of this Agreement, RELEASOR has, or had, or that may later

007

CONFIDENTIAL

accrue or be acquired by RELEASOR against RELEASEES in relation to the subject matter of the Action.

## 5.0    WAIVER OF CALIFORNIA CIVIL CODE § 1542

The Parties acknowledge that, with respect to the matters released as described in Paragraph 4.0 above entitled Release, there is a risk that subsequent to the execution of this Agreement, the Parties may incur, discover, suffer, sustain injury, loss, damages, costs, attorney's fees, or expenses that are in some way caused by or connected with the matters released in Paragraph 4.0, or that may have not been or are not presently capable of being ascertained; and further, that there is a risk that such damages as are now known may become more serious than the Parties now expect or anticipate.  Nevertheless, the Parties acknowledge that this Agreement has been negotiated and agreed upon in light of that realization and hereby expressly waive all rights they may have in such unknown claims as they relate to the Action and the circumstances that gave rise to the Action.  In doing so, the Parties, having the benefit of legal counsel, and having been advised thereof, and on behalf of themselves and for no other party to this Dispute, understand and knowingly waive their rights under Civil Code, Section 1542, which states:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

## 6.0    ADVICE OF COUNSEL

By execution of this Agreement, RELEASOR represents that each term of this Agreement has been reviewed with her legal counsel and that, hereafter, she shall not deny the validity of this

Agreement on the grounds that she did not have advice of counsel. The Parties are hereby entering into this Agreement with the express intention of effectuating the legal consequences provided by Section 1541 of the California Civil Code, i.e., the extinguishment of all claims and obligations other than those contained in this Agreement.

**7.0   COMPROMISE**

This Agreement is the result of a compromise and shall never at any time for any purpose be considered as an admission of liability or responsibility on the part of any party herein released, nor shall the release of any claims or waiver of costs in consideration of the execution of this Agreement constitute or be construed as an admission of any liability whatsoever by any party herein released, who denies such liability and disclaims such responsibility.

**8.0   CONSTRUCTION OF AGREEMENT**

This Agreement is the product of negotiation and preparation between and among all Parties and their respective attorneys and does not invalidate, excuse, release or encompass any Court Orders pertaining to the Claim. The Parties acknowledge and agree that this Agreement shall not be deemed prepared or drafted by one party or another and should be construed accordingly.

**9.0   BINDING EFFECT**

This Agreement shall be binding upon, and inure to the benefit of, the Parties hereto and their respective past and present family members, spouses, heirs, executors, administrators, trustors, trustees, beneficiaries, predecessors, successors, members, assigns, partners, partnerships, parents, subsidiaries, affiliated and related entities, officers, directors, principals, agents, servants, employees, representatives, insurance carriers, and all persons, firms, associations and/or corporations connected with them.

**10.0   EFFECTIVE DATE**

The Parties deem this Agreement to be effective as of April 17, 2019.

009

CONFIDENTIAL

**11.0   ORIGINALS AND/OR FACSIMILE AND/OR ELECTRONIC SIGNATURE(S)**

This Settlement Agreement may be executed and transmitted by electronic mail and/or facsimile followed by mailing the original. The electronic and/or facsimile signature shall be valid and acceptable for all purposes as if it were an original.

**12.0   ENTIRE AGREEMENT**

This Agreement contains the entire understanding between the Parties. There are no representations, warranties, agreements, arrangements, oral or written, between or among the Parties hereto related to the subject matter of this Agreement that are not fully expressed herein.

**13.0   SEVERABILITY**

In the event that any provision or portion of this Agreement is determined to be invalid or unenforceable for any reason, in whole or in part, the remaining provisions of this Agreement shall be unaffected thereby and shall remain in full force and effect to the extent permitted by law.

**14.0   CONTROLLING LAW**

This Agreement shall be interpreted in accordance with, and governed in all respects by, the laws of the State of California.

**15.0   CAPTIONS AND INTERPRETATIONS**

Paragraph titles or captions contained herein are inserted as a matter of convenience and for reference, and in no way define, limit, extend or describe the scope of this Agreement or any provision hereof. No provision of this Agreement is to be interpreted for or against any party because that party or its legal representative drafted such provision.

**16.0   VOLUNTARY AGREEMENT**

The Parties further represent and declare that they have carefully read this Agreement and know the contents thereof, and that they sign the same freely and voluntarily. The Parties hereto also

KH&RG010

CONFIDENTIAL

represent, warrant and agree that, upon executing and entering into this Agreement, they are not relying upon and have not relied upon any representations, promises or statements made by anyone, which are not recited, contained or embodied in this Agreement.

## 17.0   WARRANTY OF AUTHORIZED SIGNATURES

The undersigned hereto warrant and represent that they are competent and authorized to enter into this Agreement.

DATED: April 17, 2019        By: _____

                                    Plaintiff, _____

                                    Date of Birth: _____

                                    Social Security No.: _____

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019               _____
                                    MICHAEL AVENATTI

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

CONFIDENTIAL

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019



Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019

Approved as to Form and Content in its Entirety and
Agreed as to Content in Sections 3.2, 3.3, 3.4, 4.1, and 5.0

Dated: April 17, 2019



012

FILE IDENTIFICATION:   7B64495926232X

PROCESSING AIM:   495

CLAIM OFFICE:   495

$\mathcal{EA}$  5/3/19   $\mathcal{L}$  5/2/19

|  | | FROM: | | | EM502142828 |
|---|---|---|---|---|---|
| SS# / IRS# : | | TO: | | | QUAL DATE: 05/02/2019 |

| SUFFIX LETTER | CLAIM CODE | AMOUNT | PAYMENT CODE | PARTIAL CLOSED | WEEKS | DAYS | WEEK/LENGTH |
|---|---|---|---|---|---|---|---|
| A ✓ | PMBI ✓ | 486035.00 | 1 ✓ | P | | | |
| | TOTAL | *****$486,035.00 | | | | | |



ESIS, Inc

Bank of America   EM50214282

$\frac{51-44}{119}$

| DATE | AMOUNT |
|---|---|
| 05/02/2019 | *****$486,035.00 |

FILE IDENTIFICATION:
7B64495926232X

ACCIDENT DATE
03/03/2019

HOTELS INC

REASON FOR PAYMENT
SETTLEMENT

PAY ONLY   1,800,500   CTSCTS

Void Over 486,035.00
Please deposit or cash within 90 days

FOUR HUNDRED EIGHTY-SIX THOUSAND THIRTY-FIVE DOLLARS AND ZERO CENTS *********

$250,000.01 and over will require a 2nd signature

TO THE ORDER OF

C7150214282C   B011900445B 0000070049C

013

**Document type : Disbursement Check**                                      12/18/2019 7:33 AM

B414303 DS

**CHUBB**   ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

**Bank of America**   **DN50174770**
51-44
119

| | DATE | AMOUNT |
|---|---|---|
POLICY SYMBOL NO.
HDOG71095678
DATE OF EVENT
03/03/2019
REASON FOR PAYMENT
Full and final settlement of all claims as per release/settl

CLM GRP
X

HOTELS, INC.

| | 04/30/2019 | *****$1,513,965.00 |

PAY 1513 965 00
ONLY

■ ONE MILLION FIVE HUNDRED THIRTEEN THOUSAND NINE HUNDRED SIXTY-FIVE DOLLARS AND ZERO CENTS

Void Over 1,513,965.00
Please deposit or cash within 90 days

Maryellen King

$250,000.01 and over will require a 2nd signature

TO
THE
ORDER
OF

**CHUBB**

⑆3450174770⑆ ⑈011900445⑈ 0000477758⑈

For Dep Only-Bank of America Acct# 1233065637
UBS Financial Services Inc-Agency Account
Deposit To The Credit Of Within Named Payee's
Acct With Us-Above Endorsement Guaranteed

| Tag | Serial Number | Note | Payee Name | Item Date | Volume ID | Account Number | ImgVolNo | Issue Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| No | | No | | 05/10/2019 | | 47758 | | | 1513965.00 |
| | 3450174770 | | | 19051450003701 | | | 1 | | |

014

# EXHIBIT 38

FILE IDENTIFICATION:   KY19K2173875

PROCESSING AIM:   638

CLAIM OFFICE:   Prim Casualty Comple

Avenatti;Michael
10000 Santa Monica Boulevard

Los Angeles, CA  90067

# CHUBB

FROM:

TO:

**DN50174772X**

QUAL DATE: 04/30/2019

| SUFFIX LETTER | CLAIM CODE | AMOUNT | PAYMENT CODE | PAYMENT TYPE | WEEKS | DAYS | WEEK/LENGTH |
|---|---|---|---|---|---|---|---|
| A | PMBI | 1000000.00 | AV | P | 00 | 0 | 0 |
|  | TOTAL | *****$1,000,000.00 |  |  |  |  |  |

# CHUBB

ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

Bank of America

**DN50174772**

51-44
119

| | | FILE IDENTIFICATION | DATE | AMOUNT |
|---|---|---|---|---|
| POLICY SYMBOL NO.<br>HDOG71095678 | CLM GRP<br>K | KY19K2173875<br>CLAIMANT | 04/30/2019 | *****$1,000,000.00 |
| DATE OF EVENT<br>03/03/2019 | | POLICY HOLDER      HOTELS, INC. | | |
| REASON FOR PAYMENT<br>1/3 of settlement funds of full and final settlement of | | | | |

PAY
ONLY  **1 0 0 0 0 0 0 0 0 0** CTSCTS

Void Over 1,000,000.00
Please deposit or cash within 90 days

☒ ONE MILLION DOLLARS AND ZERO CENTS **********

TO
THE
ORDER
OF   Michael Avenatti, Esq.

Maryellen Bing

$250,000.01 and over will require a 2nd signature

# CHUBB®

⑈ 3450174772⑈  ⑆011900445⑆  000047758⑈

# EXHIBIT 39

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for Paymentech LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-2-19

By: Suzanne L Story
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of December, 20 19.

Notary Public

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

3/13/2027
Commission Expires
Subp91

SD_SwornDocumentExecution_000206600065
SB1083103-F1

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.


Dated: 12-2-19

By: _Suzanne L Story_
Suzanne L. Story
Doc Review Sr Specialist III
National Subpoena Processing


Sworn to before me this 2 day of November , 20 19 .

_Denise M Clemons_
Notary Public

3/13/2027

Commission Expires
Subp91

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

SD_SwornDocumentExecution_000206680094
SB1083103-F1

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-2-19

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of December , 20 19

_Denise M Clemons_
Notary Public

3/13/2027

Commission Expires
Subp91

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

SD_SwornDocumentExecution_000206660076
SB1083103-F1

**Table Of Contents :**
**SB1083103-F1**

**Account Number :** ████0911
    **Checking -Signature Card**        **1**

**Account Number :** ████████0911
    **Statement and/or items**        **4**
    **Checking - Offsets AND Withdrawals - 05/09/2019 - $717723.00**    **45**
    **Checking - Paperless Transactions**    **54**

**Account Number :** ████████6875
    **Credit Card - Application**    **55**

CHASE ⬡

### Personal Electronic Signature Card

| | |
|---|---|
| **TAX RESPONSIBLE ID #** ____479* | **DATE OPENED** 05/07/2019 |
| **PERSONAL ADDRESS** | **ISSUED BY** New Account |
| 10000 SANTA MONICA BLVD UNIT 2107 | JPMorgan Chase Bank, N.A |
| LOS ANGELES, CA 90067-7021 | Newport Center and Fashion Island |
| United States/US Territories | **BRANCH CITY/STATE** Newport Beach ( CA ) |
| | **BANK # BRANCH** 740917 |
| | GARRETT M SCHAEFFER |
| | **PHONE #** (949) 759-0657 |

**TYPE OF OWNERSHIP**   Individual - POD

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE | |
|---|---|---|
| MICHAEL J AVENATTI | 398880911 | Chase Private Client Checking |
| POD CHRISTINE CARLIN-AVENATTI | | |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any)          [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

          © 2017 JPMorgan Chase Bank, N.A. Member FDIC

**SB1083103-F1**                                                    1

CHASE ○

Has the IRS notified you that you are subject to backup withholding?

[X]   No. I am not subject to backup withholding.

[ ]   Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|---|
| 1*) | MICHAEL J AVENATTI | | MICHAEL AVENATTI on 2019-05-07 14:54:32 EDT |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

M10618_C2S_CS (12/18)      Page 2 of 3            © 2017 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** ○

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| TAXPAYER ID# | 2479 | | | |
| DATE OF BIRTH | 971 | | | |
| PRIMARY ID TYPE | Driver's License | | | |
| PRIMARY ID NUMBER | 202 | | | |
| ISSUER | AZ | | | |
| ISSUANCE DATE | 04/30/2019 | | | |
| EXPIRATION DATE | 02/16/2036 | | | |
| SECONDARY ID TYPE | Chase or Bank Issued Credit/Debit Card | | | |
| SECONDARY IDNUMBER | XXXXXXXXXXXX1970 | | | |
| ISSUER | CHASE | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | 12/31/2023 | | | |

| | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| TAXPAYER ID# | | | | |
| DATE OF BIRTH | | | | |
| PRIMARY ID TYPE | | | | |
| PRIMARY ID NUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |
| SECONDARY ID TYPE | | | | |
| SECONDARY IDNUMBER | | | | |
| ISSUER | | | | |
| ISSUANCE DATE | | | | |
| EXPIRATION DATE | | | | |

M10618_C2S_CS (12/18)     Page 3 of 3          © 2017 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 07, 2019 through May 31, 2019



Account Number: ████ 0911

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00447266 DRE 703 210 15219 NNNNNNNNNNN  1 00000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021



## CHECKING SUMMARY | Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 1,000,183.52 |
| Checks Paid | -2,000.00 |
| ATM & Debit Card Withdrawals | -23,336.93 |
| Electronic Withdrawals | -13,250.00 |
| Other Withdrawals | -957,446.03 |
| **Ending Balance** | **$4,150.56** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.36 |
| Interest Paid Year-to-Date | $0.36 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1003 ^ | 05/13 | $2,000.00 |
| **Total Checks Paid** | | **$2,000.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 05/07 | Deposit     1843251790 | **1,000,000.00** | 1,000,000.00 |
| 05/08 | 05/08 Withdrawal | -871,821.03 | 128,178.97 |
| 05/09 | 05/09 Withdrawal | -3,500.00 | 124,678.97 |
| 05/10 | Card Purchase With Pin  05/10 Verizon Wireless 1427 Irvine CA Card 6008 | -3,460.57 | 121,218.40 |
| 05/10 | Card Purchase With Pin  05/10 Target T- 3030 Harbor Costa Mesa CA Card 6008 | -209.10 | 121,009.30 |
| 05/10 | 05/10 Withdrawal | -2,000.00 | 119,009.30 |
| 05/13 | Purchase Return     05/13 Target T- 10861 Weybur Los Angeles CA Card 6008 | 183.16 | 119,192.46 |

Page 1 of 4

O

CHASE PRIVATE CLIENT

May 07, 2019 through May 31, 2019
Account Number:                0911

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 05/13 | Card Purchase | 05/11 Uber   *Trip 800-592-8996 CA Card 6008 | -21.64 | 119,170.82 |
| 05/13 | Card Purchase 6008 | 05/11 Dierbergs Florist & G 314-432-7344 MO Card | -240.77 | 118,930.05 |
| 05/13 | Card Purchase 6008 | 05/11 Bloomingdales  Century Los Angeles CA Card | -301.13 | 118,628.92 |
| 05/13 | Card Purchase | 05/11 Adidas 6580 Los Angeles CA Card 6008 | -1,047.32 | 117,581.60 |
| 05/13 | Card Purchase 6008 | 05/11 Www.Parking-Receipts. 866-366-8391 TX Card | -35.00 | 117,546.60 |
| 05/13 | Card Purchase | 05/11 Craig's. West Hollywoo CA Card 6008 | -344.91 | 117,201.69 |
| 05/13 | Card Purchase | 05/12 Uber   *Trip 800-592-8996 CA Card 6008 | -16.00 | 117,185.69 |
| 05/13 | Card Purchase | 05/12 Uber   *Trip 800-592-8996 CA Card 6008 | -20.67 | 117,165.02 |
| 05/13 | Card Purchase 6008 | 05/12 Dick's Clothing&Spor Newport Beach CA Card | -308.17 | 116,856.85 |
| 05/13 | Card Purchase 6008 | 05/12 Las Brisas Las Brisas Laguna Beach CA Card | -260.03 | 116,596.82 |
| 05/13 | 05/13 Withdrawal | | -23,200.00 | 93,396.82 |
| 05/13 | Check | # 1003 | -2,000.00 | 91,396.82 |
| 05/13 | Recurring Card Purchase 05/11 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 6008 | | -145.53 | 91,251.29 |
| 05/14 | Card Purchase 6008 | 05/11 Abm Onsite Westfield M Los Angeles CA Card | -3.00 | 91,248.29 |
| 05/14 | Card Purchase 6008 | 05/13 Margaret's Cleaners (L Los Angeles CA Card | -31.77 | 91,216.52 |
| 05/14 | 05/14 Withdrawal | | -4,300.00 | 86,916.52 |
| 05/15 | Card Purchase 6008 | 05/13 DR. Sean Breen, PC 760-5007615 CA Card | -2,854.00 | 84,062.52 |
| 05/15 | Card Purchase | 05/14 Sofitel LA-F&B Los Angeles CA Card 6008 | -347.59 | 83,714.93 |
| 05/15 | Card Purchase 6008 | 05/14 Apl* Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 83,704.94 |
| 05/15 | ATM Withdrawal | 05/15 17395 17th St Ste G Tustin CA Card 6008 | -1,500.00 | 82,204.94 |
| 05/15 | Recurring Card Purchase 05/15 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 82,194.95 |
| 05/16 | Card Purchase 6008 | 05/14 Tlf*Tries Flowers Anti 305-6855300 FL Card | -217.16 | 81,977.79 |
| 05/16 | Card Purchase 6008 | 05/15 Jetblue    27921261 Salt Lake Cty UT Card | -436.29 | 81,541.50 |
| 05/16 | Card Purchase 6008 | 05/15 Jetblue    27906170 Salt Lake Cty UT Card | -85.00 | 81,456.50 |
| 05/17 | Card Purchase | 05/16 Ajmadison 718-532-1800 NY Card 6008 | -2,114.09 | 79,342.41 |
| 05/17 | Card Purchase 6008 | 05/16 Fort Lauderdale Airp Fort Lauderda FL Card | -13.46 | 79,328.95 |
| 05/17 | Card Purchase 6008 | 05/16 Cvs/Pharmacy #03818 Boca Raton FL Card | -37.75 | 79,291.20 |
| 05/17 | Card Purchase | 05/17 Uber   *Trip 800-592-8996 CA Card 6008 | -21.78 | 79,269.42 |
| 05/17 | Transfer To Chk Xxxxxx7890 | | -12,000.00 | 67,269.42 |
| 05/17 | 05/17 Withdrawal | | -3,825.00 | 63,444.42 |
| 05/20 | Card Purchase | 05/16 Grove Isle Hotel Coconut Grove FL Card 6008 | -1,203.75 | 62,240.67 |
| 05/20 | Card Purchase | 05/16 Komodo - Miami Miami FL Card 6008 | -295.07 | 61,945.60 |
| 05/20 | Card Purchase | 05/17 Komodo - Miami Miami FL Card 6008 | -251.97 | 61,693.63 |
| 05/20 | Card Purchase | 05/19 Uber   *Trip 800-592-8996 CA Card 6008 | -20.01 | 61,673.62 |
| 05/20 | Card Purchase With Pin  05/18 Cvs/Pharmacy #10 10132 Miami FL Card 6008 | | -2,080.31 | 59,593.31 |
| 05/20 | Card Purchase | 05/19 Uber   *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,581.91 |
| 05/20 | Card Purchase | 05/19 Uber   *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,570.51 |
| 05/20 | Card Purchase | 05/18 Mr C Bellini Restrant Miami FL Card 6008 | -472.59 | 59,097.92 |

Page 2 of 4

CHASE PRIVATE CLIENT

May 07, 2019 through May 31, 2019

Account Number: ▬▬▬▬▬0911

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 05/20 | Card Purchase | 05/20 Uber  *Trip 800-592-8996 CA Card 6008 | -19.57 | 59,078.35 |
| 05/20 | Card Purchase | 05/20 Uber  *Trip 800-592-8996 CA Card 6008 | -13.43 | 59,064.92 |
| 05/20 | Card Purchase | 05/20 Uber  *Trip 800-592-8996 CA Card 6008 | -11.40 | 59,053.52 |
| 05/21 | Card Purchase | 05/20 Avis Rent-A-Car 1 Fort Lauderda FL Card 6008 | -208.14 | 58,845.38 |
| 05/21 | Card Purchase 6008 | 05/19 The Ritz Carlton Keyb Key Biscayne FL Card | -244.38 | 58,601.00 |
| 05/21 | Card Purchase 6008 | 05/20 Alaska Wifi By Gogo 877-350-0037 IL Card | -29.95 | 58,571.05 |
| 05/21 | Card Purchase | 05/21 Uber  *Eats 800-592-8996 CA Card 6008 | -37.04 | 58,534.01 |
| 05/21 | 05/21 Withdrawal | | -40,000.00 | 18,534.01 |
| 05/21 | 05/21 Withdrawal | | -4,000.00 | 14,534.01 |
| 05/22 | Card Purchase 6008 | 05/19 Alaska Air 02721287702 Seattle WA Card | -408.30 | 14,125.71 |
| 05/22 | Card Purchase | 05/19 Alaska Air Seattle WA Card 6008 | -99.00 | 14,026.71 |
| 05/23 | Card Purchase 6008 | 05/22 Margaret's Cleaners (L 310-4709200 CA Card | -218.72 | 13,807.99 |
| 05/23 | Recurring Card Purchase 05/22 Msft * E050088Rw4 800-642-7676 WA Card 6008 | | -12.50 | 13,795.49 |
| 05/24 | Card Purchase | 05/23 Craig's. West Hollywoo CA Card 6008 | -421.57 | 13,373.92 |
| 05/24 | Card Purchase | 05/24 Delilah West Hollywoo CA Card 6008 | -609.70 | 12,764.22 |
| 05/24 | Card Purchase With Pin  05/24 Apple Store  #R015 3 Newport Beach CA Card 6008 | | -86.10 | 12,678.12 |
| 05/28 | Card Purchase | 05/24 Subway        03271319 Cerritos CA Card 6008 | -8.68 | 12,669.44 |
| 05/28 | Card Purchase Card 6008 | 05/25 Hotels.Com159151728454 Hotels.Com WA | -330.55 | 12,338.89 |
| 05/28 | Card Purchase Card 6008 | 05/25 Hotels.Com159151728454 Hotels.Com WA | -22.95 | 12,315.94 |
| 05/28 | Card Purchase | 05/24 Craig's. West Hollywoo CA Card 6008 | -312.94 | 12,003.00 |
| 05/28 | Card Purchase With Pin  05/25 Apple Store  #R108 102 Los Angeles CA Card 6008 | | -42.71 | 11,960.29 |
| 05/28 | Card Purchase | 05/26 Uber  *Trip 800-592-8996 CA Card 6008 | -22.20 | 11,938.09 |
| 05/28 | Card Purchase | 05/26 Uber  *Trip 800-592-8996 CA Card 6008 | -16.82 | 11,921.27 |
| 05/28 | Card Purchase | 05/26 Uber  *Trip 800-592-8996 CA Card 6008 | -36.30 | 11,884.97 |
| 05/28 | Card Purchase 6008 | 05/26 American Air00123566972 Fort Worth TX Card | -438.30 | 11,446.67 |
| 05/28 | Card Purchase | 05/27 Border Grill T4 Lax Los Angeles CA Card 6008 | -16.18 | 11,430.49 |
| 05/28 | Card Purchase 6008 | 05/27 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -16.00 | 11,414.49 |
| 05/28 | Card Purchase | 05/28 Uber  *Trip 800-592-8996 CA Card 6008 | -119.43 | 11,295.06 |
| 05/29 | Card Purchase 6008 | 05/26 Gulfstream (949) 718 Newport Beach CA Card | -135.14 | 11,159.92 |
| 05/29 | Card Purchase 6008 | 05/28 Avis Rent A Car Tolls 866-6422000 NY Card | -28.60 | 11,131.32 |
| 05/29 | Card Purchase | 05/29 Uber  *Trip 800-592-8996 CA Card 6008 | -101.55 | 11,029.77 |
| 05/29 | Card Purchase | 05/28 Five Guys--Lagurad Flushing NY Card 6008 | -14.01 | 11,015.76 |
| 05/29 | Card Purchase 6008 | 05/29 Viasat IN-Flight WI-Fi 888-6496711 CA Card | -12.00 | 11,003.76 |
| 05/29 | 05/29 Withdrawal | | -3,500.00 | 7,503.76 |
| 05/29 | 05/29 Withdrawal | | -1,300.00 | 6,203.76 |
| 05/30 | Card Purchase 6008 | 05/28 American Air00123570015 Fort Worth TX Card | -238.30 | 5,965.46 |
| 05/30 | Card Purchase | 05/29 Jimmy Johns - 719 Miami FL Card 6008 | -12.91 | 5,952.55 |
| 05/30 | Card Purchase | 05/30 Uber  *Trip 800-592-8996 CA Card 6008 | -23.72 | 5,928.83 |
| 05/30 | Card Purchase | 05/30 Uber  *Trip 800-592-8996 CA Card 6008 | -18.06 | 5,910.77 |



Page 3 of 4



**CHASE PRIVATE CLIENT**

May 07, 2019 through May 31, 2019

Account Number:                    0911

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 05/30 | Quickpay With Zelle Payment To Charles Freeman 8280207222 | | -1,250.00 | 4,660.77 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00106492568 Fort Worth TX Card | -227.90 | 4,432.87 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00123573294 Fort Worth TX Card | -5.60 | 4,427.27 |
| 05/31 | Card Purchase 6008 | 05/29 American Air00106492646 Fort Worth TX Card | -30.00 | 4,397.27 |
| 05/31 | Card Purchase | 05/29 Komodo - Miami Miami FL Card 6008 | -184.90 | 4,212.37 |
| 05/31 | Card Purchase | 05/31 Tst* Jfc Ebb - Miami IN Miami FL Card 6008 | -10.46 | 4,201.91 |
| 05/31 | Card Purchase | 05/30 Starbucks C-17 Stl St. Louis MO Card 6008 | -6.63 | 4,195.28 |
| 05/31 | Card Purchase | 05/30 Cityofstlouis-Lambert St Louis MO Card 6008 | -5.00 | 4,190.28 |
| 05/31 | Card Purchase | 05/31 Uber   *Trip 800-592-8996 CA Card 6008 | -40.08 | 4,150.20 |
| 05/31 | Interest Payment | | 0.36 | 4,150.56 |
| | **Ending Balance** | | | **$4,150.56** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4



**CHUBB**
ACE American Insurance Company
ACE Property and Casualty Insurance Company
Westchester Fire Insurance Company

Bank of America

DN50174772
51-44
119

FILE IDENTIFICATION:
XY35K2173875

| DATE | AMOUNT |
|---|---|
| 04/30/2019 | *****$1,000,000.00 |

POLICY SYMBOL NO.
XOOG71093678

CLM GRP  CLAIMANT
X

DATE OF EVENT
05/03/2019                                    INC.

REASON FOR PAYMENT
1/1 of settlement funds of full and final settlement of

PAY
ONLY **1,000,000.00**

■ ONE MILLION DOLLARS AND ZERO CENTS **********

Void Over 1,000,000.00
Please deposit or cash within 90 days

$250,000.01 and over will require a 2nd signature

Maryellen Fung

TO
THE
ORDER
OF          Michael Avenatti, Esq.

**CHUBB**

⑈3450174772⑈ ⑆011900445⑆ 000047758⑈

SB1083103-F1                                                                    9

CHASE ⬡     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date
5/8/19

Customer Name (Please Print)
MICHAEL AVENATTI

If Purchasing a Cashier's Check Provide Payee Name

N:3081-CH (Rev. 10/15)   8008I119   03/18

WITHDRAWAL

Customer Signature
X

Start your account number here
09 | |

TOTAL **$**     **AMOUNT**
871 821.03

⑆0 740 2900 2 ⑆ ⑈500001017⑈

**CHASE ⬡**  **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date 5/9/19

Customer Name (Please Print) Michael AVENATTI

If Purchasing a Cashier's Check Provide Payee Name

N13061-CK (Rev. 10/15)   80661119   03/18

Customer Signature
X

▼ Start your account number here

091 )

TOTAL **$**

AMOUNT
3500.00

⑇074029002 5⑇ ⑈500001017⑈

**CHASE** &#9673;

## WITHDRAWAL

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date
5.10.19

Customer Name *(Please Print)*
M. avena Hr

If Purchasing a Cashier's Check Provide Payee Name

N15061-CH (Rev. 10/15)   90672585   03/19

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

AMOUNT
2000.00

⑊0788909586⑊ ⑊500001017⑊

JPMorganChaseBank 051015 741457 947870056593

**CHASE 🟦**              **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date
5/13/09    Customer Name (Please Print)   MICHAEL   AVENATTI
If Purchasing a Cashier's Check Provide Payee Name
Stegmeier   Gelbart   Schwartz   Benavente

Customer Signature
X

▼ Start your account number here
                                    0911    TOTAL $   23200.00

AMOUNT

⑈0740290044⑈ ⑈500001017⑈



**CHASE** ⬡     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date 5/14/18

Customer Name (Please Print): MICHAEL AVEN ATT7

If Purchasing a Cashier's Check Provide Payee Name

H13061-CH (Rev. 10/18)   80061119   03/18

Customer Signature
X

▼ Start your account number here

09 1 1

TOTAL **$**     AMOUNT  4300.00

⑆074029041511⑆ ⑈500001017⑈

**06-Nov-19**

**Reference Case Number: G06Nov19-539**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 17-May-19**
**Sequence Number 091916502514**
**Amount 12000.00**
**Account Number: 0911**
**Date Request Received 06-Nov-19**

**CHASE ⬡**   **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

**WITHDRAWAL**

Today's Date   Customer Name *(Please Print)*
5/17/19   Michael Avenatti
If Purchasing a Cashier's Check Provide Payee Name

H13061-CH (Rev. 10/10)   90G31917   01/19

Customer Signature
X

▼ Start your account number here

0911   TOTAL **$**   AMOUNT   3825.00

⑈0786132684⑈ ⑆500001017⑆

**CHASE ○**  **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date  Customer Name *(Please Print)*
5-21-19
If Purchasing a Cashier's Check Provide Payee Name
Michael J. Avenatti

N13061-CH (Rev. 10/15)   00072585   03/19

Customer Signature
X

▼ Start your account number here
0911

TOTAL **$**

**AMOUNT**
40,000.00

⑆0788309540⑈ ⑆500001017⑈

SB1083103-F1

18



**CHASE** &#9673;          **WITHDRAWAL/RETIRO**

CHECKING/CHEQUES
SAVINGS/AHORROS
R/T 500001017

Today's Date/Fecha          Customer Name (Please Print)/Nombre del cliente (en letra de molde)

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N13063-CK (Rev. 07/12)   50126854   03/15

Customer Signature/Firma del cliente
X

Start your account number here /
Empiece su número de cuenta aquí

0991

TOTAL $

AMOUNT/CANTIDAD
3500.60

"0347600884"  :500001017:

JPMorganChaseBank  052907  120337  US305001000

**CHASE** ⬡                **WITHDRAWAL/RETIRO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
P/T 500001017

Today's Date/Fecha          Customer Name (Please Print)/Nombre del cliente (en letra de molde)

5/29/17          michael averoutt

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N13063-CH (Rev. 07/12)   50/24854   03/15

Customer Signature/Firma del cliente
X

Start your account number here/
▼ Empiece su número de cuenta aquí

0911                    TOTAL **$**          1300.00

AMOUNT/CANTIDAD

⑈0347600886⑈ ⑆500001017⑆

JPMorganChaseBank  052907-120337  953950015602



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019
Account Number: ▮▮▮▮0911

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00453907 DRE 703 210 19019 NNNNNNNNNNN  1 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90057-7021



### We're eliminating our Chase Private Client Savings℠ Monthly Service Fee

Great news! Starting June 9, we are eliminating the Monthly Service Fee on Chase Private Client Savings accounts.

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,150.56 |
| Deposits and Additions | 44,503.19 |
| ATM & Debit Card Withdrawals | -6,774.70 |
| Other Withdrawals | -40,171.90 |
| Fees | -75.00 |
| **Ending Balance** | **$1,632.15** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $0.55 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$4,150.56** |
| 06/03 | Card Purchase | 05/30 Southwes    526248136 800-435-9792 TX Card 6008 | -580.98 | 3,569.58 |
| 06/03 | Card Purchase | 05/31 Starbucks E-18 Stl St. Louis MO Card 6008 | -6.19 | 3,563.39 |
| 06/03 | Card Purchase | 05/31 Palmeiras Beach Club Coconut Grove FL Card 6008 | -35.02 | 3,528.37 |
| 06/03 | Card Purchase | 06/01 Uber  *Trip 800-592-8996 CA Card 6008 | -10.91 | 3,517.46 |
| 06/03 | Card Purchase | 06/01 Uber  *Trip 800-592-8996 CA Card 6008 | -18.89 | 3,498.57 |
| 06/03 | Card Purchase | 06/01 Benihana Miami Beach Miami FL Card 6008 | -369.77 | 3,128.80 |
| 06/03 | Card Purchase | 06/01 Uber  *Trip 800-592-8996 CA Card 6008 | -42.59 | 3,086.21 |
| 06/03 | Card Purchase | 06/01 Uber  *Trip 800-592-8996 CA Card 6008 | -10.89 | 3,075.32 |
| 06/03 | Card Purchase | 06/02 Uber  *Trip 800-592-8996 CA Card 6008 | -15.94 | 3,059.38 |
| 06/03 | Card Purchase | 06/02 Uber  *Trip 800-592-8996 CA Card 6008 | -21.27 | 3,038.11 |
| 06/03 | Card Purchase | 06/02 Uber  *Trip 800-592-8996 CA Card 6008 | -17.37 | 3,020.74 |

Page 1 of 4

**CHASE PRIVATE CLIENT**

June 01, 2019 through June 28, 2019

Account Number: 0911

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 06/03 | Card Purchase | 06/02 Uber  *Trip 800-592-8996 CA Card 6008 | -21.29 | 2,999.45 |
| 06/03 | Card Purchase | 06/03 Uber  *Trip 800-592-8996 CA Card 6008 | -12.29 | 2,987.16 |
| 06/04 | Card Purchase | 06/03 Lyft  *Scooter Ride Lyft.Com CA Card 6008 | -10.70 | 2,976.46 |
| 06/04 | Card Purchase | 06/04 Uber  *Trip 800-592-8996 CA Card 6008 | -10.70 | 2,965.76 |
| 06/04 | Card Purchase | 06/03 Zuma Miami Miami FL Card 6008 | -321.15 | 2,644.61 |
| 06/05 | Card Purchase 6008 | 06/03 American Air00123581420 Fort Worth TX Card | -499.30 | 2,145.31 |
| 06/05 | Card Purchase 6008 | 06/04 Viasat IN-Flight Wi-Fi 888-6496711 CA Card | -12.00 | 2,133.31 |
| 06/05 | Card Purchase | 06/04 Starbucks T3 Bag Ord Chicago IL Card 6008 | -3.29 | 2,130.02 |
| 06/05 | Card Purchase | 06/05 Uber  *Trip 800-592-8996 CA Card 6008 | -17.75 | 2,112.27 |
| 06/05 | Card Purchase 6008 | 06/04 Gibson S Bar & Steakhou Chicago IL Card | -143.31 | 1,968.96 |
| 06/05 | Card Purchase | 06/05 Uber  *Trip 800-592-8996 CA Card 6008 | -18.93 | 1,950.03 |
| 06/05 | Recurring Card Purchase 06/05 Msft * E05008Gnar 800-6427676 WA Card 6008 | | -12.50 | 1,937.53 |
| 06/06 | Card Purchase | 06/04 Taxi Svc Chicago Long Is City NY Card 6008 | -63.90 | 1,873.63 |
| 06/06 | Card Purchase | 06/05 Uber  *Trip 800-592-8996 CA Card 6008 | -17.74 | 1,855.89 |
| 06/06 | Card Purchase | 06/05 Hyatt Regency Chicago Chicago IL Card 6008 | -327.32 | 1,528.57 |
| 06/06 | Card Purchase | 06/06 Uber  *Trip 800-592-8996 CA Card 6008 | -89.04 | 1,439.53 |
| 06/06 | Card Purchase | 06/05 Craig's. West Hollywoo CA Card 6008 | -198.55 | 1,240.98 |
| 06/07 | Deposit      1832060983 | | **40,000.00** | 41,240.98 |
| 06/07 | Card Purchase | 06/05 Taxi Svc Chicago Chicago IL Card 6008 | -9.25 | 41,231.73 |
| 06/07 | Card Purchase 6008 | 06/05 United      016245672 800-932-2732 TX Card | -389.30 | 40,842.43 |
| 06/07 | Card Purchase | 06/05 Ua Inflt    01615122180 Houston TX Card 6008 | -16.99 | 40,825.44 |
| 06/07 | Card Purchase | 06/07 Uber  *Trip 800-592-8996 CA Card 6008 | -28.57 | 40,796.87 |
| 06/07 | Card Purchase | 06/06 Simmzy's Manhattan Bea CA Card 6008 | -29.00 | 40,767.87 |
| 06/07 | Card Purchase | 06/07 Javiers Century City Los Angeles CA Card 6008 | -200.00 | 40,567.87 |
| 06/07 | Card Purchase With Pin  06/07 Charles Khalil Los Angeles CA Card 6008 | | -75.62 | 40,492.25 |
| 06/10 | Card Purchase 6008 | 06/06 Starbucks Store 0054 Manhattan Bea CA Card | -6.90 | 40,485.35 |
| 06/10 | Card Purchase | 06/07 Uber  *Trip 800-592-8996 CA Card 6008 | -7.46 | 40,477.89 |
| 06/10 | Card Purchase | 06/08 Uber  *Trip 800-592-8996 CA Card 6008 | -22.35 | 40,455.54 |
| 06/10 | Card Purchase | 06/08 Uber  *Trip 800-592-8996 CA Card 6008 | -22.91 | 40,432.63 |
| 06/10 | Card Purchase 6008 | 06/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -14.99 | 40,417.64 |
| 06/10 | Card Purchase With Pin  06/09 Best Buy #119 Costa Mesa CA Card 5008 | | -235.96 | 40,181.68 |
| 06/10 | Card Purchase 6008 | 06/09 Las Brisas Las Brisas Laguna Beach CA Card | -231.73 | 39,949.95 |
| 06/10 | Card Purchase 6008 | 06/09 Las Brisas Las Brisas Laguna Beach CA Card | -0.99 | 39,948.96 |
| 06/11 | Recurring Card Purchase 06/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | 0.66 | 39,949.62 |
| 06/11 | Offer: Starbucks | | **0.66** | 39,949.62 |
| 06/11 | Offer: Starbucks | | **0.62** | 39,950.24 |
| 06/11 | Card Purchase 6008 | 06/10 Cafe Gratitude - Bev Beverly Hills CA Card | -57.00 | 39,893.24 |
| 06/11 | Card Purchase 6008 | 06/09 IN N Out Burger 251 Costa Mesa CA Card | -36.10 | 39,857.14 |
| 06/11 | Card Purchase 6008 | 06/10 Calbar Co Web-Sf Bill 888-800-3400 CA Card | -75.00 | 39,782.14 |
| 06/11 | Card Purchase 6008 | 06/10 Wf4Statebrca*Srvce Fe 888-800-3400 CA Card | -1.88 | 39,780.26 |
| 06/11 | 06/11 Withdrawal | | -4,600.00 | 35,180.26 |
| 06/12 | Offer: Starbucks | | **0.33** | 35,180.59 |

Page 2 of 4

CHASE PRIVATE CLIENT

June 01, 2019 through June 28, 2019
Account Number:                    0911

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 06/12 | Card Purchase | 06/10 Tower Bar Los Angeles CA Card 6008 | -122.94 | 35,057.65 |
| 06/12 | Card Purchase | 06/11 Craig's West Hollywoo CA Card 6008 | -289.00 | 34,768.65 |
| 06/12 | 06/12 Withdrawal | | -2,000.00 | 32,768.65 |
| 06/13 | Card Purchase 6008 | 06/10 Alaska Air 02721308688 Seattle WA Card | -308.30 | 32,460.35 |
| 06/13 | Card Purchase | 06/10 Alaska Air Seattle WA Card 6008 | -89.00 | 32,371.35 |
| 06/13 | Card Purchase | 06/13 Uber *Trip 800-592-8996 CA Card 6008 | -22.36 | 32,348.99 |
| 06/13 | Card Purchase 6008 | 06/12 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -4.99 | 32,344.00 |
| 06/13 | Card Purchase | 06/13 Alaska Wifi By Viasat 888-6496711 CA Card | -19.99 | 32,324.01 |
| 06/14 | Legal Processing Fee | | -75.00 | 32,249.01 |
| 06/14 | Card Purchase | 06/13 Starbucks T1C Fll Fort Lauderda FL Card 6008 | -8.08 | 32,240.93 |
| 06/14 | Card Purchase | 06/13 Uber *Trip 800-592-8996 CA Card 6008 | -42.53 | 32,198.40 |
| 06/14 | Card Purchase 6008 | 06/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 32,188.41 |
| 06/14 | Card Purchase | 06/14 Uber *Trip 800-592-8996 CA Card 6008 | -36.01 | 32,152.40 |
| 06/14 | Card Purchase | 06/14 Uber *Trip 800-592-8996 CA Card 6008 | -14.75 | 32,137.65 |
| 06/14 | Card Purchase | 06/14 Uber *Trip 800-592-8996 CA Card 6008 | -36.61 | 32,101.04 |
| 06/14 | Recurring Card Purchase 06/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 32,091.05 |
| 06/17 | Offer: Starbucks | | 0.69 | 32,091.74 |
| 06/17 | Card Purchase 6008 | 06/13 Palmeiras Beach Club Coconut Grove FL Card | -30.21 | 32,061.53 |
| 06/17 | Card Purchase | 06/15 Uber *Trip 800-592-8996 CA Card 6008 | -18.62 | 32,042.91 |
| 06/17 | Card Purchase | 06/15 Uber *Trip 800-592-8996 CA Card 6008 | -46.28 | 31,996.63 |
| 06/17 | Card Purchase | 06/16 Uber *Trip 800-592-8996 CA Card 6008 | -42.60 | 31,954.03 |
| 06/17 | Card Purchase | 06/16 Uber *Trip 800-592-8996 CA Card 6008 | -19.75 | 31,934.28 |
| 06/18 | Deposit      1881636748 | | 2,500.00 | 34,434.28 |
| 06/18 | Offer: Starbucks | | 0.70 | 34,434.98 |
| 06/18 | Card Purchase | 06/17 Uber *Trip 800-592-8996 CA Card 6008 | -34.47 | 34,400.51 |
| 06/18 | Card Purchase | 06/18 Uber *Trip 800-592-8996 CA Card 6008 | -171.73 | 34,228.78 |
| 06/18 | 06/18 Withdrawal | | -1,500.00 | 32,728.78 |
| 06/19 | Card Purchase | 06/19 Uber *Trip 800-592-8996 CA Card 6008 | -7.95 | 32,720.83 |
| 06/20 | Card Purchase | 06/19 Uber *Trip 800-592-8996 CA Card 6008 | -9.07 | 32,711.76 |
| 06/20 | Card Purchase 6008 | 06/19 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -79.99 | 32,631.77 |
| 06/24 | Deposit      1882362345 | | 2,000.00 | 34,631.77 |
| 06/24 | Card Purchase | 06/22 Uber *Trip 800-592-8996 CA Card 6008 | -7.79 | 34,623.98 |
| 06/24 | Card Purchase | 06/23 Uber *Trip 800-592-8996 CA Card 6008 | -16.00 | 34,607.98 |
| 06/24 | Card Purchase | 06/23 Uber *Trip 800-592-8996 CA Card 6008 | -24.86 | 34,583.12 |
| 06/24 | Card Purchase | 06/23 Uber *Trip 800-592-8996 CA Card 6008 | -5.95 | 34,577.17 |
| 06/24 | Card Purchase | 06/24 Uber *Trip 800-592-8996 CA Card 6008 | -8.91 | 34,568.26 |
| 06/26 | Card Purchase 6008 | 06/24 Southwes   526249112 800-435-9792 TX Card | -279.98 | 34,288.28 |
| 06/27 | Coal-14Jun19-2527 | | -32,071.90 | 2,216.38 |
| 06/27 | Card Purchase 6008 | 06/25 American Air00123625106 Fort Worth TX Card | -438.30 | 1,778.08 |
| 06/27 | Card Purchase 6008 | 06/25 American Air00106510738 Fort Worth TX Card | -59.54 | 1,718.54 |

Page 3 of 4



**CHASE PRIVATE CLIENT**

June 01, 2019 through June 28, 2019

Account Number: 0911

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 06/27 | Card Purchase | 06/26 Chevron 0209206 Primm NV Card 6008 | -67.60 | 1,650.94 |
| 06/28 | Card Purchase | 06/28 Uber   *Trip 800-592-8996 CA Card 6008 | -18.96 | 1,631.96 |
| 06/28 | Interest Payment | | 0.19 | 1,632.15 |
| | **Ending Balance** | | | **$1,632.15** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

  JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4

**CHASE ⬡**

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
06/07/19
Customer Name *(Please Print)*
Michael J Avenatti

Sign Here *(if cash is received from this deposit)* - - - - - - - - - - - - - -
X
N13000-CH (Rev. 07/12)   80307672   10/18

▼ Start your account number here

0 9 1 1

| CASH | ▶ | |
| CHECK | ▶ | 40000.00 |
| TOTAL FROM OTHER SIDE | ▶ | |
| SUBTOTAL | ▶ | |
| CASH BACK | ▶ | |
| TOTAL **$** | | 40000.00 |

⑈ ⠆83 2080 983 ⑈   ⑆500001020⑉



1389284510



CHASE ◯   **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date
6/12/19

Customer Name (Please Print)
MICHAEL AVENATTI

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   00033399   07/15

Customer Signature
X

▼ Start your account number here

0911

TOTAL **$**

AMOUNT

2000.00

⑈0726 2636 2941⑈  ⑆500001017⑆

**CHASE** ⬤

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date

R/T 500001020

Customer Name (Please Print)
Michael Avenatti

CASH ▶    2500.00

CHECK ▶    .

Sign Here (If cash is received from this deposit) -----------
X
N10060-CH (Rev. 07/12)   90121699   04/19

TOTAL FROM
OTHER SIDE ▶    .

SUBTOTAL ▶    .

▼ Start your account number here
0911

↳▶ CASH BACK ▶    .

TOTAL $    2500.00

⑈188163674⑈ ⑇500001020⑇

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 18-Jun-19**

**Sequence number 009290027747**

**Amount 2500.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**

**CHASE ❂**     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date 6/18/09   Customer Name (Please Print) Michael AULNANT

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   80233368   07/18

WITHDRAWAL

Customer Signature
X

▼ Start your account number here

0 9 1 |

TOTAL **$**   1500.00

AMOUNT

⑈07626364311⑈ ⑆500001017⑆

**CHASE O**

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date

R/T 500001020

Customer Name (Please Print)
Micheal AVONATTI

| CASH | ▶ | 2000.00 |
| CHECK | ▶ | . |

Sign Here (If cash is received from this deposit) - - - - - - - - -
X

TOTAL FROM OTHER SIDE ▶ .

N13060-CH (Rev 07/12)   90125699   04/13

SUBTOTAL ▶ .

▼ Start your account number here
09/1

↳ CASH BACK ▶ .

TOTAL **$**   2000.00

⑈"188 236 2345"⑈ ⑆5000010 20⑆

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 24-Jun-19**

**Sequence number 001080468706**

**Amount 2000.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 29, 2019 through July 31, 2019

Account Number:  0911

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00444024 DRE 703 210 21319 NNNNNNNNNNN  1 90000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90067-7021



### CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,632.15 |
| Deposits and Additions | 7,300.01 |
| ATM & Debit Card Withdrawals | -2,523.68 |
| Electronic Withdrawals | -5,800.00 |
| Other Withdrawals | -955.94 |
| Fees | -75.00 |
| **Ending Balance** | **-$422.46** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.56 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $1,632.15 |
| 07/01 | Card Purchase | 06/27 Taxi Svc Miami Miami FL Card 6008 | -44.62 | 1,587.53 |
| 07/01 | Card Purchase | 06/27 Komodo - Miami Miami FL Card 6008 | -220.00 | 1,367.53 |
| 07/01 | Card Purchase | 06/29 Uber  *Trip 800-592-8996 CA Card 6008 | -11.58 | 1,355.95 |
| 07/01 | Card Purchase | 06/29 Uber  *Trip 800-592-8996 CA Card 6008 | -11.10 | 1,344.85 |
| 07/01 | Card Purchase | 06/29 Uber  *Trip 800-592-8996 CA Card 6008 | -19.62 | 1,325.23 |
| 07/01 | Card Purchase | 06/29 Elcarajo_1 Miami FL Card 6008 | -40.00 | 1,285.23 |
| 07/01 | Card Purchase | 07/01 Tst* Tigertail + Mary Miami FL Card 6008 | -223.76 | 1,061.47 |
| 07/01 | ATM Withdrawal | 06/30 3015 Grand Ave Miami FL Card 6008 | -600.00 | 461.47 |
| 07/01 | Card Purchase With Pin | 06/30 The Fresh Marke Miami FL Card 6008 | -26.96 | 434.51 |
| 07/02 | Card Purchase | 07/01 Zuma Miami Miami FL Card 6008 | -105.33 | 329.18 |
| 07/02 | Card Purchase | 07/02 Uber  *Trip 800-592-8996 CA Card 6008 | -21.16 | 308.02 |
| 07/02 | Card Purchase | 07/02 Uber  *Trip 800-592-8996 CA Card 6008 | -10.71 | 297.31 |
| 07/02 | Card Purchase | 07/02 Viasat IN-Flight WI-Fi 888-6496711 CA Card 6008 | -14.00 | 283.31 |
| 07/03 | Deposit      994465712 | | 6,000.00 | 6,283.31 |
| 07/03 | Card Purchase | 07/02 Uber  *Trip 800-592-8996 CA Card 6008 | -37.21 | 6,246.10 |
| 07/03 | Card Purchase | 07/02 Great Amer Beg K Ord Chicago IL Card 6008 | -6.57 | 6,239.53 |
| 07/03 | Card Purchase | 07/03 Uber  *Trip 800-592-8996 CA Card 6008 | -31.86 | 6,207.67 |

Page 1 of 4



CHASE PRIVATE CLIENT

June 29, 2019 through July 31, 2019
Account Number:                    0911

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 07/03 | Card Purchase | 07/02 Mdw Nuts On Clark B Chicago IL Card 6008 | -5.00 | 6,202.67 |
| 07/03 | Card Purchase | 07/03 Swa Inflight Wifi 800-435-9792 CA Card 6008 | -8.00 | 6,194.67 |
| 07/03 | Quickpay With Zelle Payment To James Cameron 8397210985 | | -2,800.00 | 3,394.67 |
| 07/03 | Quickpay With Zelle Payment To Suzy 8397216497 | | -2,200.00 | 1,194.67 |
| 07/05 | Legal Processing Fee | | -75.00 | 1,119.67 |
| 07/05 | Card Purchase 6008 | 07/03 Www.Parking-Receipts.CO Frisco TX Card | -10.00 | 1,109.67 |
| 07/05 | Card Purchase 6008 | 07/03 Cvs/Pharmacy #10969 Miami Beach FL Card | -9.89 | 1,099.78 |
| 07/05 | Card Purchase 6008 | 07/03 Sq *Joe & The Juice MI Miami Beach FL Card | -25.89 | 1,073.89 |
| 07/05 | Card Purchase | 07/04 Uber  *Trip 800-592-8996 CA Card 6008 | -13.56 | 1,060.33 |
| 07/05 | Card Purchase | 07/05 Uber  *Trip 800-592-8996 CA Card 6008 | -11.92 | 1,048.41 |
| 07/05 | Card Purchase | 07/05 Uber  *Trip 800-592-8996 CA Card 6008 | -13.43 | 1,034.98 |
| 07/05 | Recurring Card Purchase 07/04 Msft * E05008Ci40 800-642-7676 WA Card 6008 | | -12.50 | 1,022.48 |
| 07/08 | Card Purchase | 07/06 Uber  *Trip 800-592-8996 CA Card 6008 | -26.54 | 995.94 |
| 07/08 | Card Purchase | 07/06 Avant Garde Salon Coral Gables FL Card 6008 | -40.00 | 955.94 |
| 07/08 | Card Purchase | 07/08 Uber  *Trip 800-592-8996 CA Card 6008 | -28.16 | 927.78 |
| 07/09 | Card Purchase Card 6008 | 07/08 Dropbox*N4H4R1D7Wmn Dropbox.Com CA | -45.00 | 882.78 |
| 07/09 | Card Purchase | 07/09 Uber  *Trip 800-592-8996 CA Card 6008 | -89.98 | 792.80 |
| 07/09 | Recurring Card Purchase 07/08 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -0.99 | 791.81 |
| 07/15 | Card Purchase 6008 | 07/12 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -4.99 | 786.82 |
| 07/15 | Card Purchase 6008 | 07/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card | -9.99 | 776.83 |
| 07/15 | Card Purchase | 07/13 Uber  *Trip 800-592-8996 CA Card 6008 | -14.66 | 762.17 |
| 07/15 | Card Purchase | 07/14 Uber  *Trip 800-592-8996 CA Card 6008 | -16.13 | 746.04 |
| 07/15 | Card Purchase | 07/14 Uber  *Trip 800-592-8996 CA Card 6008 | -37.25 | 708.79 |
| 07/15 | Card Purchase | 07/14 Uber  *Trip 800-592-8996 CA Card 6008 | -21.60 | 687.19 |
| 07/15 | Card Purchase | 07/14 Sq *Joe & The Juice Miami FL Card 6008 | -28.68 | 658.51 |
| 07/15 | Card Purchase | 07/15 Uber  *Trip 800-592-8996 CA Card 6008 | -18.29 | 640.22 |
| 07/15 | Recurring Card Purchase 07/13 Apl*Itunes.Com/Bill 866-712-7753 CA Card 6008 | | -9.99 | 630.23 |
| 07/16 | Deposit    1882362490 | | 1,300.00 | 1,930.23 |
| 07/16 | Card Purchase | 07/16 Uber  *Trip 800-592-8996 CA Card 6008 | -37.52 | 1,892.71 |
| 07/16 | Card Purchase | 07/15 Uber  *Trip 800-592-8996 CA Card 6008 | -39.07 | 1,853.64 |
| 07/16 | Quickpay With Zelle Payment To Charles Freeman Jpm250609119 | | -800.00 | 1,053.64 |
| 07/19 | Card Purchase | 07/18 Uber  *Trip 800-592-8996 CA Card 6008 | -20.74 | 1,032.90 |
| 07/19 | Card Purchase | 07/18 Uber  *Trip 800-592-8996 CA Card 6008 | -6.18 | 1,026.72 |
| 07/22 | Card Purchase | 07/21 Uber  *Trip 800-592-8996 CA Card 6008 | -35.44 | 991.28 |
| 07/22 | Card Purchase | 07/21 Uber  *Trip 800-592-8996 CA Card 6008 | -15.00 | 976.28 |
| 07/22 | Card Purchase | 07/21 Uber  *Trip 800-592-8996 CA Card 6008 | -26.28 | 950.00 |
| 07/22 | Card Purchase | 07/21 Uber  *Trip 800-592-8996 CA Card 6008 | -30.90 | 919.10 |
| 07/22 | Card Purchase 6008 | 07/21 Floyds 99 Barbershop Costa Mesa CA Card | -24.50 | 894.60 |
| 07/24 | Coal-01Jul19-1331 | | -955.94 | -61.34 |
| 07/24 | Card Purchase | 07/23 Uber  *Trip 800-592-8996 CA Card 6008 | -116.41 | -177.75 |
| 07/24 | Card Purchase | 07/24 Uber  *Trip 800-592-8996 CA Card 6008 | -18.75 | -196.50 |
| 07/24 | Card Purchase | 07/24 Uber  *Trip 800-592-8996 CA Card 6008 | -26.43 | -222.93 |
| 07/25 | Card Purchase | 07/25 Uber  *Trip 800-592-8996 CA Card 6008 | -102.97 | -325.90 |

Page 2 of 4



CHASE PRIVATE CLIENT

June 29, 2019 through July 31, 2019
Account Number:                    0911

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 07/25 | Card Purchase | 07/24 Ua Inflt     01615230450 Houston TX Card 6008 | -23.99 | -349.89 |
| 07/29 | Card Purchase Card 6008 | 07/25 Swa*Upgboard526984526 800-435-9792 TX | -30.00 | -379.89 |
| 07/29 | Card Purchase | 07/27 Uber   *Trip 800-592-8996 CA Card 6008 | -22.43 | -402.32 |
| 07/29 | Card Purchase | 07/27 Uber   *Trip 800-592-8996 CA Card 6008 | -20.15 | -422.47 |
| 07/31 | Interest Payment | | 0.01 | -422.46 |
| | **Ending Balance** | | | **-$422.46** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



CHASE PRIVATE CLIENT

June 29, 2019 through July 31, 2019
Account Number: ████████████ 0911

This Page Intentionally Left Blank

Page 4 of 4

**CHASE ⬣**  **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

DEPOSIT/DEPÓSITO

Today's Date/Fecha

R/T 500001020

Customer Name *(Please Print)*/Nombre del cliente *(en letra de molde)*

Michael Averitti

CASH/
EFECTIVO ▶

6000.00

CHECK/
CHEQUE ▶

**Sign Here** *(If cash is received from this deposit)*/
**Firme aquí** *(si recibe efectivo de este depósito)*

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

X

SUBTOTAL ▶

N13082-CH (Rev. 07/12)   80106751   06/15

Start your account number here/
Empiece su número de cuenta aquí

0911

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

TOTAL **$**

6000.00

⑈099446571211⑈ ⑆500001020⑆

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 03-Jul-19**

**Sequence number 009270066396**

**Amount 6000.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**

**CHASE** ○

**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date

Customer Name *(Please Print)*
MicHaeL AverrATTi

Sign Here *(If cash is received from this deposit)*
X
N13060-CH (Rev. 07/12)  90125699  04/19

▼ Start your account number here

**DEPOSIT**

| | | |
|---|---|---|
| CASH | ▶ | 1300.00 |
| CHECK | ▶ | . |
| TOTAL FROM OTHER SIDE | ▶ | . |
| SUBTOTAL | ▶ | . |
| ↳ CASH BACK | ▶ | . |
| TOTAL **$** | | 1300.00 |

5911

⑈188 236 2490⑈ ⑆500001020⑆

**06-Nov-19**

**06Nov19-539**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 16-Jul-19**

**Sequence number 002290478959**

**Amount 1300.00**

**Account Number 0911**

**Date Request Received 06-Nov-19**



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 09, 2019
Account Number:  0911

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00022296 DRE 703 142 22219 NNNNNNNNNNN T  3 000000000 61 0000
MICHAEL J AVENATTI
10000 SANTA MONICA BLVD UNIT 2107
LOS ANGELES CA 90057-7021



## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | -$422.46 |
| Deposits and Additions | 493.24 |
| Other Withdrawals | -70.78 |
| **Ending Balance** | **$0.00** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.56 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -$422.46 |
| 08/02 | Coal-29Jul19-3217 | -70.78 | -493.24 |
| 08/09 | Credit DDA - Charge Off | 493.24 | 0.00 |
| | **Ending Balance** | | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
  •   Your name and account number
  •   The dollar amount of the suspected error
  •   A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2



CHASE PRIVATE CLIENT

August 01, 2019 through August 09, 2019
Account Number:                    0911

This Page Intentionally Left Blank

Page 2 of 2

| | | |
|---|---|---|
| Posting Date: | 2019-05-09 | Account Number: 234 |
| Amount: | $717,723.00 | Bank Number: 601 |
| Capture Source: | PV | Check/Serial #: 009601703088 |
| DB/CR: | Debit | Routing Transit Number: 12210002 |
| Sequence Number: | 3290402269 | Trancode: 000000 |
| UDK: | 601190509032904022269 | Missing Image: 5 |
| Application Code: | 1 | Item Type: Paper Item |
| IRD: | 0 | PE Indicator: P |
| Entry Number: | 0000001996 | BOFD: 000000000 |
| Cost Center: | | Teller Number: |
| Teller Sequence Number: | | Processing Date: 2019-05-09 |

SB1083103-F1



| | | | |
|---|---|---|---|
| **Posting Date:** | 2019-05-13 | **Account Number:** | 2234 |
| **Amount:** | $29,264.00 | **Bank Number:** | 601 |
| **Capture Source:** | IV | **Check/Serial #:** | 009601703089 |
| **DB/CR:** | Debit | **Routing Transit Number:** | 12210002 |
| **Sequence Number:** | 102880836872 | **Trancode:** | 000000 |
| **UDK:** | 601190513102880836872 | **Missing Image:** | 5 |
| **Application Code:** | 1 | **Item Type:** | Paper Item |
| **IRD:** | 0 | **PE Indicator:** | P |
| **Entry Number:** | 0000018450 | **BOFD:** | 000000000 |
| **Cost Center:** | | **Teller Number:** | |
| **Teller Sequence Number:** | | **Processing Date:** | 2019-05-14 |



| Posting Date: | 2019-05-13 | Account Number: | 2234 |
| Amount: | $9,720.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703090 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 8780269118 | Trancode: | 000000 |
| UDK: | 60119051300878026911 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000019167 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-14 |

282111107 NEW 01/08 8810004308

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

9601703090

Date   05/08/2019   Void after 7 years   1221

Remitter:   MICHAEL J AVENATTI

Pay To The
Order Of:   CH SERVICES

Pay:   NINE THOUSAND SEVEN HUNDRED TWENTY DOLLARS AND 00 CENTS   $** 9,720.00 **

Do not write outside this box

Memo:   2107

Note: For information only. Comment has no affect on bank's payment.

Drawer   JPMORGAN CHASE BANK, N.A.

Sol Gindi

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆9601703090⑆ ⑈122100024⑈ 806002234⑆

FOR INFORMATION CONCERNING THIS SETTLEMENT

JPMORGAN CHASE BANK, N.A.
CONTACT:
1-866-582-0324

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

1386971593

| Posting Date: | 2019-05-08 | Account Number: | ▓▓▓▓2234 |
|---|---|---|---|
| Amount: | $26,218.67 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703091 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 9990131333 | Trancode: | 000000 |
| UDK: | 601190508009990131333 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000009334 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-08 |



| Posting Date: | 2019-05-09 | Account Number: | ████2234 |
| Amount: | $50,000.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703092 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 3290785250 | Trancode: | 000000 |
| UDK: | 601190509003290785250 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000002345 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-09 |



| Posting Date: | 2019-05-13 | Account Number: | 2234 |
|---|---|---|---|
| Amount: | $34,425.36 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703093 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 8780269116 | Trancode: | 000000 |
| UDK: | 60119051300878026911 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000019167 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-05-14 |



| Posting Date: | 2019-06-07 | Account Number: | 2234 |
|---|---|---|---|
| Amount: | $19,200.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 009601703110 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 2790431420 | Trancode: | 000000 |
| UDK: | 601190607002790431420 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | 0 | PE Indicator: | P |
| Entry Number: | 0000009561 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2019-06-08 |



| | | | |
|---|---|---|---|
| Posting Date: | **2019-06-07** | Account Number: | **234** |
| Amount: | **$40,000.00** | Bank Number: | **601** |
| Capture Source: | **BY** | Check/Serial #: | **001145739437** |
| DB/CR: | **Debit** | Routing Transit Number: | **12210002** |
| Sequence Number: | **2290727699** | Trancode: | **000000** |
| UDK: | **601190607002290727699** | Missing Image: | **5** |
| Application Code: | **1** | Item Type: | **Paper Item** |
| IRD: | **0** | PE Indicator: | **P** |
| Entry Number: | **0000008966** | BOFD: | **111900057** |
| Cost Center: | **113812** | Teller Number: | **1** |
| Teller Sequence Number: | **124** | Processing Date: | **2019-06-07** |



54

```
******************************************** Top of Data ********************************************
SARPAGE 1
  BANK: 0703                                JPMC- CA NV                                    DATE 05/17/2019
  RPT : DAR041A                           RIM TRANSACTIONS                                 PAGE      1
****************************************************************************************************

                                                 RIM ORIG EXT          BLK/SEQ
ACCOUNT NUMBER    AMOUNT    RIM SOURCE DESCRIPTION  CODE CODE TC        TRAN-ID      TRANSACTION DESCRIPTION
------------- ----------- ------------------------- --- ---- -- -------------- --------------------------
0911           12000.00 PAYMENT PROCESSING CONTROL  740 BTL 130  9191650251 4 TRANSFER TO CHK XXXXXX7890
47890          12000.00 PAYMENT PROCESSING CONTROL  740 BTL 194  9191650251 3 TRANSFER FROM CHK XXXXXX0911
```

SB1083103-F1

FIRST USA INTERNET APPLICATION

05/08/30

PRIMARY APPLICANT INFO

```
APPID                              20050830816755
REFERENCE NUMBER                   050831513290
TELEMARKETING NUMBER               050830816755
PRODUCT TYPE                       VP
DIVISION                           004
SOURCE CODE                        3SX4
MERCHANT NUMBER
```

```
ADDITIONAL ADDRESS
CITY/STATE/ZIPCODE                 MANHATTAN BEACH   CA 90266 4812
LENGTH OF RESIDENCE
PREVIOUS ADDRESS
PREVIOUS CITY/STATE/ZIPCODE
PREVIOUS LENGTH OF RESIDENCE
```

```
NUMBER OF DEPENDENTS               0
EMPLOYER
POSITION
CUSTOMER AGREES
```

```
EMPLOYER CITY/STATE
MONTHLY INCOME                     396000
OTHER INCOME
SOURCE OF OTHER INCOME
HOUSING TYPE                       O
HOUSING AMOUNT
CHECKING ACCOUNT                   Y
SAVINGS ACCOUNT                    Y
```

```
AUTHORIZED USER
```

SECONDARY APPLICANT INFO

```
JOINT NAME
LOAN TERMS
LOAN XFER FLAG
LOAN XFER AMOUNT                   15000
LOAN CHECK AMOUNT
JOINT LENGTH OF RESIDENCE
JOINT PREVIOUS LENGTH OF RESIDENCE
JOINT DATE OF BIRTH
```

```
JOINT EMPLOYER
JOINT OCCUPATION CODE
JOINT POSITION
JOINT LENGTH OF EMPLOYMENT
JOINT EMPLOYER CITY/STATE
JOINT INCOME
JOINT OTHER INCOME
```

```
MARKETING ID/REF ATM ID
```

```
BALANCE XFER ACCT # 2
BALANCE XFER AMT 2
BALANCE XFER ACCT # 3
BALANCE XFER AMT 3
```

FIRST USA INTERNET APPLICATION

05/08/30

PRIMARY APPLICANT INFO

APPID                               20050830816755
REFERENCE NUMBER                    050831513290
TELEMARKETING NUMBER                050830816755
PRODUCT TYPE                        VP
DIVISION                            004
SOURCE CODE                         3SX4
MERCHANT NUMBER

ADDITIONAL ADDRESS
CITY/STATE/ZIPCODE                  MANHATTAN BEACH    CA 90266 4812
LENGTH OF RESIDENCE
PREVIOUS ADDRESS
PREVIOUS CITY/STATE/ZIPCODE
PREVIOUS LENGTH OF RESIDENCE

NUMBER OF DEPENDENTS                0
EMPLOYER
POSITION
CUSTOMER AGREES

MONTHLY INCOME                      396000
OTHER INCOME
SOURCE OF OTHER INCOME
HOUSING TYPE                        O
HOUSING AMOUNT
CHECKING ACCOUNT                    Y

AUTHORIZED USER

SECONDARY APPLICANT INFO

JOINT NAME
LOAN TERMS
LOAN XFER FLAG
LOAN XFER AMOUNT                     15000
LOAN CHECK AMOUNT
JOINT LENGTH OF RESIDENCE
JOINT PREVIOUS LENGTH OF RESIDENCE
JOINT DATE OF BIRTH

JOINT EMPLOYER
JOINT OCCUPATION CODE
JOINT POSITION
JOINT LENGTH OF EMPLOYMENT
JOINT EMPLOYER CITY/STATE
JOINT INCOME
JOINT OTHER INCOME

BALANCE XFER ACCT # 2
BALANCE XFER AMT 2
BALANCE XFER ACCT # 3
BALANCE XFER AMT 3

FIRST USA INTERNET APPLICATION

05/08/30

### PRIMARY APPLICANT INFO

| | |
|---|---|
| APPID | 20050830816755 |
| REFERENCE NUMBER | 050831513290 |
| TELEMARKETING NUMBER | 050830816755 |
| PRODUCT TYPE | VP |
| DIVISION | 004 |
| SOURCE CODE | 3SX4 |
| MERCHANT NUMBER | |

| | |
|---|---|
| ADDITIONAL ADDRESS | |
| CITY/STATE/ZIPCODE | MANHATTAN BEACH    CA 90266 4812 |
| LENGTH OF RESIDENCE | |
| PREVIOUS ADDRESS | |
| PREVIOUS CITY/STATE/ZIPCODE | |
| PREVIOUS LENGTH OF RESIDENCE | |

| | |
|---|---|
| NUMBER OF DEPENDENTS | 0 |
| EMPLOYER | |
| POSITION | |
| CUSTOMER ADDRESS | |

| | |
|---|---|
| MONTHLY INCOME | 396000 |
| OTHER INCOME | |
| SOURCE OF OTHER INCOME | |
| HOUSING TYPE | O |
| HOUSING AMOUNT | |
| CHECKING ACCOUNT | Y |
| SAVINGS ACCOUNT | Y |

AUTHORIZED USER

### SECONDARY APPLICANT INFO

| | |
|---|---|
| JOINT NAME | |
| LOAN TERMS | |
| LOAN XFER FLAG | |
| LOAN XFER AMOUNT | 15000 |
| LOAN CHECK AMOUNT | |
| JOINT LENGTH OF RESIDENCE | |
| JOINT PREVIOUS LENGTH OF RESIDENCE | |
| JOINT DATE OF BIRTH | |

| | |
|---|---|
| JOINT EMPLOYER | |
| JOINT OCCUPATION CODE | |
| JOINT POSITION | |
| JOINT LENGTH OF EMPLOYMENT | |
| JOINT EMPLOYER CITY/STATE | |
| JOINT INCOME | |
| JOINT OTHER INCOME | |

| | |
|---|---|
| BALANCE XFER ACCT # 2 | |
| BALANCE XFER AMT 2 | |
| BALANCE XFER ACCT # 3 | |
| BALANCE XFER AMT 3 | |

```
0033628MAVEN49390247900000508315132900508308167554266841060876875J10022005_2
QQDE    FC29642          QUICK DATA ENTRY          FILENET 10/02/05 11:46
J050831513290    Nfn ARC      Dsp QDE  Next J050831513290      Loc CCPREA
Loc CC PR EA SELEC Fusa ID 050830816755___ Type _      Sp _ Sol 899934557484
Dt Recd 08 30 05        Src 3SX4 Mk 1D2D22____Pro VPLAT Merc 0000000000000000
Telemkt ID 050830816755 Tracking ID _____          OprID ___
NAME:     First     MI     Last      Jr/Sr  Soc#       DOB    Sig DP
P _____ MICHAEL_____ _ AVENATTI_____ ___         1971 _  _0
S _____ _ _____ __ __ __ ____ 00 00 0000 N
MMN WILSON_____ Auth User _____ PSO/Cat Code _____
Emb1 _____        Emb2 _____ # Cards _
CBR Parsed Address:
# 1118___  Str ARDMORE_____ Type AV_ Dir N_ Apt _____ RR _____ PO _____ Ind _
Current Address:
        Str Adr                            Addl Adr _____
        City MANHATTAN BEACH_____ State CA Zip 902664812      H Phone
LOR _0 _0 O/R O HSG Pmt _____0   Misc Data 0000000000000000
EMP UNKNOWN_____ Occ 00  Position _____
LOE _0 _0 B Ph 949 887 4118 Email CRAVENATTI@HOTMAIL.COM_____
Pri Inc    Sec Inc    Other Inc    Total Ast Net Worth Chk Sav Cap Ins
__33000.00 M _____0.00 M _____0.00 M _____0 _____0 Y  Y  _
CL _____0 Card Type VP            S/O N N/C _ Name/Addr Change _ BT Ind Y
09/15 03:45      DS      I01
09/14 10:50 BATUSER AT      D20 4266841060876875 0908 1408858526
```

```
0011456MAVEN49390247900000710315628360710311615 44  4266841060876875F12092007
QQDE     FC29642          QUICK DATA ENTRY             FILENET  12/09/07 13:37
F071031562836   Nfn ARC      Dsp QDE  Next F071031562836       Loc CCPORT
Loc CC PO RT 00000 Fusa ID 071031161544___ Type _     Sp _ Sol 000000000000
Dt Recd 10 31 07       Src 1500 Mk _____Pro CLINE Merc 4266841060876875
Telemkt ID 71031161544) Tracking ID _____      OprID 1IA_____
NAME:     First     MI    Last       Jr/Sr  Soc#       DOB   Sig DP
P _____ MICHAEL_____ _ AVENATTI_____ ___        00 00 0000 _  _0
S ____ _____ _ _____ ___ __ __ ____      00 00 0000 N
MMN _____ Auth User _____ PSO/Cat Code _____
Emb1 _____      Emb2 _____      # Cards _
CBR Parsed Address:
# 1118__  Str ARDMORE_____ Type AV_ Dir N_ Apt _____ RR _____ PO _____ Ind _
Current Address:
      Str Adr                        Addl Adr _____
      City MANHATTAN BEACH_____ State CA Zip 90266____    H Phone
LOR _0 _0 O/R _ HSG Pmt _____0   Misc Data 4266841060876875
EMP _____   Occ __  Position _____
LOE _0 _0 B Ph ___ ___ ____ Email _____
Pri Inc     Sec Inc     Other Inc    Total Ast Net Worth Chk Sav Cap Ins
__83333.00 M _____0.00 M _____0.00 M _____0 _____0 __ _ _ _
CL __25200 Card Type VP           S/O _ N/C _ Name/Addr Change _ BT Ind N
12/04 03:32        DS      I01
10/31 23:55        TD A153 D10 ACTION BASED ON: 2ND PASS FINAL DECISION
```

# EXHIBIT 40

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1. I, *Kristina Anderson*, hereby declare as follows:
   (name)

1. I am a duly authorized custodian of records for

*U.S. Bank* (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.  My job title/position is: *Paralegal*

    b.  I have been employed in this capacity for

*+ 7 years* and by the Business Entity for *+ 6 years*.
(duration)                                                      (duration)

    c.  My job duties are:

*Paralegal / Legal Records Coordinator*

    d.  I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [X] Training.

    [X] Familiarity with relevant policy/policies.

    [ ] Hands-on experience.

    [ ] Supervision of one or more others with hands-on experience.

    [ ] Other.  Describe:

2. Attached hereto or enclosed herewith are ~~originals~~ (true and

correct duplicates) of a record or records of a regularly conducted

activity of the Business Entity named above.

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4        3.   I certify that the attached record(s):
5             a.   was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7             b.   was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9             c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11            d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13            e.   if not original records, are exact duplicates of
14  original records.
15       I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _Minneapolis, MN_ ,
                                                  (place document was signed)
17  on _12/13 2019_____ .
        (date document was signed)
18                                        _Kristina Anderson_
                                              (signature)
19
20                                        _Kristina Anderson_
                                          (typed or printed name)
21
22
23
24
25
26
27
28

                                        2

  **SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| MICHAEL J AVENATTI, IND | 8595 |

**CUSTOMER NAME: MICHAEL J AVENATTI**

TIN: 493          DOB:          972          MOTHER'S MAIDEN NAME:

ADDRESS: UNIT 2107          PRIMARY PHONE:

10000 SANTA MONICA BLVD          EMPLOYED BY: MICHAEL AVENATTI

LOS ANGELES, CA 90067-7021

TYPE OF ACCOUNT: Platinum Select Money Market Savings

OWNERSHIP: Individual

DATE OPENED: 05/22/2019  TIME OPENED: 01:14 PM  OPENED BY:  Natalya S Chizhov      OFFICE:  CENTURY CITY

**Certification:** Under penalties of perjury, I certify that:

(1)  **(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)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and

(2)  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3)  I am a U.S. Citizen or other U.S. person, and

(4)  The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 05/22/2019 by   MICHAEL J AVENATTI

MICHAEL J AVENATTI          Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 05/22/2019 by   MICHAEL J AVENATTI

MICHAEL J AVENATTI          Date:

253488338595 276 Form CSIGCD 05/2019

U.S. Bank
Customer Confidential

**Ex. 40 - Page 3 of 92**

 **SIGNATURE CARD - CONSUMER**

| Account Holder Name(s) | Account Number |
|---|---|
| CHRISTINE A CARLIN, IND | 7252 |

**CUSTOMER NAME: CHRISTINE A CARLIN**

| TIN | DOB: 1968 | MOTHER'S MAIDEN NAME: |
|---|---|---|
| ADDRESS: NEWPORT BEACH, CA 92660-8207 | PRIMARY PHONE: | |
| | EMPLOYED BY: HOMEMAKER | |

TYPE OF ACCOUNT: Easy Checking

OWNERSHIP: Individual

DATE OPENED: 05/08/2019  TIME OPENED: 10:35 AM  OPENED BY:  Vipada Thompson    OFFICE:  MICHELSON

**Certification:** Under penalties of perjury, I certify that:
(1)  **(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)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and,
(3)  I am a U.S. Citizen or other U.S. person, and
(4)  The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA is correct.
**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed/05/08/2019 by    CHRISTINE A CARLIN

CHRISTINE A CARLIN                                          Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed/05/08/2019 by    CHRISTINE A CARLIN

CHRISTINE A CARLIN                                          Date:

Page 1 of 1



157513737252 276 Form CSIGCD 02/2019

U.S. Bank
Customer Confidential

**Ex. 40 - Page 4 of 92**



DDA023

CENTURY CITY OFFICE
1800 AVENUE OF THE STARS STE 100
CENTURY CITY, CA 90067-4203

0926

**Current Business Date**
Oct. 02, 2019

**Account Number Ending In**
8595

ɥɩɥˈˈɭˈɭɥˈɭʽɭˈˈˈˈˈˈʲʲʲˈˈɭ

000007831 01 AB 0.412 106481073786365 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES, CA 90067

**Current Balance**
$      4.00-

Page 1 of 1

### An important message about your U.S. Bank account

Dear MICHAEL J AVENATTI:

Thank you for choosing U.S. Bank. We're writing to notify you that, as of the date above, your account has been overdrawn for five consecutive business days as a result of a fee. If you have overdraft protection linked to this account, an advance was not made to cover this fee.

**If you've already brought your account to a positive balance, no further action is required at this time.** If you have not brought your account to a positive balance, you should make a deposit as soon as possible to avoid the following actions:

- If transactions initiated by you bring your account further negative, you may be subject to Overdraft Fees, collection efforts, and we may report your account to consumer reporting agencies. This could impact your ability to obtain services at other financial institutions.
- Your account will be closed on 11/21/2019, which will be reflected on your periodic account statement.

Bringing the account to a positive balance could help you avoid the outcomes above as well as the potential long-term effects, including:

- You will no longer have access to this account, inlcuding transaction history and account statements, through U.S. Bank Online Banking.
- Current pricing discounts or fee waivers on other credit and/or deposit products may be discontinued.

Our bankers are here to assist you in resolving this matter. We do have overdraft protection options. Please visit your local branch or call U.S. Bank 24-Hour Banking at 800.USBANKS (872-2657). We accept relay calls.

Sincerely,
U.S. Bank

Deposit products offered by U.S. Bank National Association.  Member FDIC



DDA023

CENTURY CITY OFFICE
1800 AVENUE OF THE STARS STE 100
CENTURY CITY, CA 90067-4203

0926

Current Business Date
Oct. 31, 2019

Account Number Ending In
8595

000007853 01 AB 0.412 106481088222991 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES, CA 90067

Current Balance
$      4.00 -

Page 1 of 1

## An important message about your U.S. Bank account

Dear MICHAEL J AVENATTI:

Thank you for choosing U.S. Bank. We're writing to notify you that, as of the date above, your account has been overdrawn for five consecutive business days as a result of a fee. If you have overdraft protection linked to this account, an advance was not made to cover this fee.

**If you've already brought your account to a positive balance, no further action is required at this time.** If you have not brought your account to a positive balance, you should make a deposit as soon as possible to avoid the following actions:

- If transactions initiated by you bring your account further negative, you may be subject to Overdraft Fees, collection efforts, and we may report your account to consumer reporting agencies. This could impact your ability to obtain services at other financial institutions.
- Your account will be closed on 12/20/2019, which will be reflected on your periodic account statement.

Bringing the account to a positive balance could help you avoid the outcomes above as well as the potential long-term effects, including:

- You will no longer have access to this account, inlcuding transaction history and account statements, through U.S. Bank Online Banking.
- Current pricing discounts or fee waivers on other credit and/or deposit products may be discontinued.

Our bankers are here to assist you in resolving this matter. We do have overdraft protection options. Please visit your local branch or call U.S. Bank 24-Hour Banking at 800.USBANKS (872-2657). We accept relay calls.

Sincerely,
U.S. Bank

Deposit products offered by U.S. Bank National Association. Member FDIC

**Ex. 40 - Page 6 of 92**



P.O. Box 1800
St. Paul, MN 55101-0800



LT464

DDA454

Current Business Date:
June 6, 2019

U.S. Bank 24-Hour Banking & Financial Sales
1-800-720-BANK (1-800-720-2265)

000009687 01 SP 0.500 106481012859516 P
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

RE: Package Money Market Savings ending in 8595.

We want to remind you that your U.S. Bank Package Money Market Savings account requires an open U.S. Bank Silver or Gold Checking Package, with at least one common account holder on each account. Our records indicate that you do not currently meet this requirement.

Your Package Money Market Savings account will be converted to a U.S. Bank Standard Savings account effective 08/05/19. A Standard Savings account has a $4.00 monthly maintenance fee which can be waived when you maintain a $300 minimum daily ledger balance[1], a $1,000 average monthly collected balance[2] or account holder(s) under age 18[3].

If you do not want your account to be converted to Standard Savings, please complete either or both of the following actions as necessary:

- By 08/05/19, open or transfer into a Gold Checking Package. Beginning February 11, 2019, the Silver Checking Package will no longer be offered. Existing Silver Checking Package(s) will not be impacted.
- Update your Silver or Gold Checking Package and/or your Package Money Market Savings account to have at least one common account holder on each account.

To determine which checking account is right for you, stop by your local branch, call 24-Hour Banking at 1.800.USBANKS (800.872.2657) or visit our website at usbank.com. We accept relay calls.

We appreciate your business and look forward to continuing to serve your financial needs in the future.

Sincerely,

U.S. Bank
Member FDIC

[1] The daily ledger balance is the balance at the end of each business day, equal to the beginning balance for that day plus the current business day credits, minus the current business day debits. Business days are Monday through Friday; federal holidays are not included.

[2] The average monthly collected balance is calculated by adding the principal in the account for each calendar day in the statement period and dividing that figure by the total number of calendar days within the statement period.

[3] Account will be assessed the monthly maintenance fee when the minor reaches 18 years of age. In the event the minor is not currently a signer on the

**Ex. 40 - Page 7 of 92**

PURPOSE/REMITTER: CHRISTINE CARLIN

 **CASHIER'S CHECK**   No. 5231509043   90-3582 / 1222

DATE:   MAY 09, 2019

PAY   TWO HUNDRED FIFTY THOUSAND DOLLARS AND 00 CENTS

$ 250,000.00

TO THE
ORDER OF:   LAW OFFICES OF EVAN A. JENNESS

Location:   5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

00024   0549   A09   05/06/2019   03:54   USB
CASHR CK   H

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

⑈5231509043⑈ ⑆523253004⑆251400321400б2⑈      $250,000.00

⑈0919000224  05092019
E 6970 ID 733 PKT 01
7377752361

Kristina
20190509 008955368160 250000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



```
Kristina
20190509 008955368161 250000.00
19120483340198          7252

Kristina Anderson
BC-MN-H21P
```

PURPOSE/REMITTER: CHRISTINE CARLIN

 **USbank**          **CASHIER'S CHECK**          No. 5231509042          90-3582
                                                                                                   1222

                                                                        DATE:   MAY 09, 2019

PAY          FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

                                                                              $ 52,983.28

TO THE
ORDER OF:   **MERCEDES BENZ OF ARCADIA**

Location:   5231 Arcadia Foothill                               00020   05 NON NEGOTIABLE 03:49 USB
                                                               CASHR CK   H
U.S. Bank National Association
Minneapolis, MN 55480                                                    AUTHORIZED SIGNATURE

        ⑈5231509042⑈  ⑆523253004⑆ 25140032140062⑈          $52,983.28

Kristina
20190509 008955368162 52983.28
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20190509 008955368163 52983.28
19120483340198         7252

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: REJECTION OF AGREEMENT

 **US bank**   **CASHIER'S CHECK**   No. 5888510028   90-3582 / 1222

DATE:   MAY 13, 2019

PAY   FIVE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 500,000.00

TO THE
ORDER OF:   MICHAEL J AVENATTI

Location:   5888 Michelson

U.S. Bank National Association
Minneapolis, MN 55480

DBDC8   D5882 DDF6   05/13/2019 12:31 USR
CASHR CK      R                    **NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑉5888510028⑉ ⑉523253004⑉ 25140032140062⑉      $500,000.00

M09100002224   05132019
E 8166 ID 733 PKT 01
73779

Kristina
20190513 008059450385 500000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL / 櫃台提款

**usbank.**

Account Title (Print) / 帳戶持有人名稱 (英文正楷填寫)
Christine A. Carlin

500,000.00    Dollars / 美元

Date / 日期  5/13/19

Signature / 帳戶持有人簽名
Carlin

Account Number / 帳戶號碼
7252

Amount / 金額
$  500 000 . 00

00007  05968  0009  05/13/2019  12:29  053
COUNTER #1 4

7252

⑆560680520⑆    $500,000.00

Kristina
20190513 008059450386 500000.00
19120483340198          7252

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
**San Clemente CA Albertsons**
**FEE CONTROL**

SERIAL NO.
**59744298**
ROUTING NUMBER
**523003005**

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|
| | | |

| BRANCH CONTACT | BRANCH OFFICE # |
|----------------|-----------------|
| | **5974** |

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**00156274850600**

PURPOSE

AMOUNT

OFFSET ACCT. NO.

$
0002S  05974  0001   06/07/2019  01:57 USB
FEE        H

⑈59744298⑈ ⑆523003005⑆ 00156274850600⑈        $8.00

Kristina
20190607 009255982168 8.00
19120483340198 156274850600

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: LEGAL FEES

 **CASHIER'S CHECK**    No. 5974507235    90-3582/1222

DATE:  JUNE 07, 2019

PAY    TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 25,000.00

TO THE
ORDER OF:   H. DEAN STEWARD

Location:   5974 San Clemente Albertsons

U.S. Bank National Association
Minneapolis, MN 55480

00029   059 **NON NEGOTIABLE** 01:59 USB
CASHR CK    H

AUTHORIZED SIGNATURE

⑈5974507235⑈ ⑆523253004⑆ 25140032140062⑈        $25,000.00

⑈0910000224  06072019
E 7648 ID 733 PKT 01
75r2499342

Kristina
20190607 009255982169 25000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**US bank.**

Michael Avenatti

Twenty five thousand eight dollars 6/7/19

ACCOUNT NUMBER          8595   $         25008.00

00028  05974 0001  06/07/2019 01:56 USB

COUNTER WD H

H. Dean Steward          8595

⑆560680520⑆          $25,008.00

M0910000224  06072019
E 7648 ID 000 PKT 01
7572499340

Kristina
20190607 009255982170 25008.00
19120483340198     8595

Kristina Anderson
BC-MN-H21P

GENERAL LEDGER - CREDIT
Fesslers Lane
FEE CONTROL

SERIAL NO.
17101984
ROUTING NUMBER
523003005

| DATE | CASH BOX ID | PHONE NUMBER |
|------|-------------|--------------|
| | | |

| BRANCH CONTACT | BRANCH OFFICE # |
|----------------|-----------------|
| | 1710 |

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

25517104850600

PURPOSE

AMOUNT

OFFSET ACCT. NO.

00006  01710 0006  06/17/2019 09:55 USB
FEE         H

⑈17101984⑈ ⑆523003005⑆ 25517104850600⑈

$8.00

Kristina
20190617 008057205662 8.00
19120483340198 25517104850600

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
Fesslers Lane
**FEE CONTROL**

SERIAL NO.
**17101983**
ROUTING NUMBER
**523003005**

| DATE | CASH BOX ID | PHONE NUMBER |
|---|---|---|

| BRANCH CONTACT | | BRANCH OFFICE # 1710 |
|---|---|---|

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**25517104850600**

PURPOSE

AMOUNT

$

OFFSET ACCT. NO.

00009   01710 0006   06/17/2019 09:59 USB
FEE          H

HARLAND CLARKE 20388 (1/13) 80194341

⑈17101983⑈ ⑆523003005⑆ 25517104850600⑈          $8.00

Kristina
20190617 008057205663 8.00
19120483340198 25517104850600

Kristina Anderson
BC-MN-H21P



PURPOSE/REMITTER: MICHAEL AVENATTI

**USbank**   **CASHIER'S CHECK**   No. 1710509203   93-38/929

DATE:   JUNE 17, 2019

PAY   EIGHT THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 8,500.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   1710 Fesslers Lane

U.S. Bank National Association
Minneapolis, MN 55480

00009   JUN 17 2019 09:59 USB
CASHR CK   H
NON NEGOTIABLE
AUTHORIZED SIGNATURE

⑆1710509203⑈ ⑆523253004⑈ 25140032140062⑆     $8,500.00

Kristina
20190617 008057205664 8500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



PURPOSE/REMITTER: MICHAEAL AVENATTI

**US bank**    **CASHIER'S CHECK**    No. 1710509202    93-38/929

DATE:   JUNE 17, 2019

PAY   ONE HUNDRED FIFTY TWO THOUSAND DOLLARS AND 00 CENTS

$ 152,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   1710 Fessiers Lane

U.S. Bank National Association
Minneapolis, MN 55480

00008   017A0.00%K.06/17/2019 09:55 USB
CASHR CK   H         NON NEGOTIABLE

AUTHORIZED SIGNATURE

⑈1710509202⑈ ⑆523253004⑆ 25140032140062⑈    *152,000.00

Kristina
20190617 008057205665 152000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**CASH OUT**
CREDIT

Fesslers Lane

CASH BOX ID 0006

ROUTING NUMBER
**530000305**
8 DIGIT ACCOUNT NUMBER
**17100006**

AMOUNT

$

00010  01710 0006  06/17/2019 10:00 USB
CASH OUT   H

⑆530000305⑆     17100006⑈     **$8,500.00**

```
Kristina
20190617 008057205666 8500.00
19120483340198 17100006

Kristina Anderson
BC-MN-H21P
```



COUNTER WITHDRAWAL

**US bank.**

Michael T. Avenatti

One hundred Sixtynine thousand and Sixteen dollars

DATE 06-17-19

ACCOUNT NUMBER   8595   $   169016.00

00007   01710 0006   06/17/2019 09:52 USB

HOLD   H

8595

⑆560680520⑆   $169,016.00

Kristina
20190617 008057205667 169016.00
19120483340198 253455338595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **bank**     **CASHIER'S CHECK**     No. 4694507829     90-3582
1222

DATE:   JUNE 24, 2019

PAY     NINE THOUSAND DOLLARS AND 00 CENTS

$ 9,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   4694 Century City     00026   04/... 06/24/2019 01:19 USB
NON-NEGOTIABLE
U.S. Bank National Association     CASHR CK     H
Minneapolis, MN 55480     AUTHORIZED SIGNATURE

⊓4694507829⊓ ⑈523253004⑈251400321400 62⊓     $9,000.00

Kristina
20190624 008058971107 9000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**  **CASHIER'S CHECK**  No. 4694507828   90-3582 / 1222

DATE:   JUNE 24, 2019

PAY   ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 135,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   4694 Century City
U.S. Bank National Association
Minneapolis, MN 55480

00026  0466 NON NEGOTIABLE 01:19 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑈4694507828⑈ ⑆523253004⑆ 25140032140062⑈   $135,000.00

M9910000224  06242019
E 3616 ID 733 PKT 01
7376037674

Kristina
20190624 008058971108 135000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20190624 008058971109 144000.00
19120483340198            8595

Kristina Anderson
BC-MN-H21P



**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
530000305

8 DIGIT ACCOUNT NUMBER
46940001

AMOUNT

$

00019  04694 0001  07/16/2019 11:39 USB
CASH OUT    H

⑈530000305⑈   46940001⑈   $6,800.00

M09 10000224  07 16 2019
E 17 37  ID 7 14 PKT 01
7574759485

Kristina
20190716 008357966511 6800.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **bank**     **CASHIER'S CHECK**     No. 4694507872     90-3582
1222

DATE:   JULY 16, 2019

PAY     ONE HUNDRED FIVE THOUSAND DOLLARS AND 00 CENTS

TO THE                                                                          $  105,000.00
ORDER OF:   MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association          00018   04 NON-NEGOTIABLE  11:38 USB
Minneapolis, MN 55480                   CASHIR CK     II
                                                    AUTHORIZED SIGNATURE

⑈4694507872⑈ ⑆523253004⑆25140032140062⑈       $105,000.00

M09160000224  07162019
E 1717 ID 733 PKT 01
757459406

Kristina
20190716 008357966512 105000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**   **CASHIER'S CHECK**   No. 4694507871   90-3582/1222

DATE:   JULY 16, 2019

PAY   TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 12,500.00

TO THE
ORDER OF:   PANSKY MARKLE

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00018  046 **NON NEGOTIABLE** 11:38 USB
CASHR CK   H

AUTHORIZED SIGNATURE

⑈4694507871⑈ ⑆523253004⑆25140032140062⑈     $12,500.00

M9918060224  07162019
E 1717 ID 733 PKT 01
7574759497

Kristina
20190716 008357966513 12500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **US bank**

**CASHIER'S CHECK**

No. 4694507870

90-3582
1222

DATE:   JULY 16, 2019

PAY   TEN THOUSAND SEVEN HUNDRED DOLLARS AND 00 CENTS

$ 10,700.00

TO THE
ORDER OF:   EXCLUSIVE RESORTS, LLC

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00018   044   NON NEGOTIABLE   11:38 USB
CASHR CK   H

AUTHORIZED SIGNATURE

⑈4694507870⑈ ⑆523253004⑆ 25140032140062⑈        $10,700.00

Kristina
20190716 008357966514 10700.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



**COUNTER WITHDRAWAL**

**USbank.**

All of US serving you™

ACCOUNT NUMBER

AMOUNT

8 505   $   135 0000

00017  04696  0001   07/16/2019  11:36  USB
COUNTER WD H

8595

⑆560680520⑆          $135,000.00

Kristina
20190716 008357966515 135000.00
19120483340198          8595

Kristina Anderson
BC-MN-H21P



**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
**530000305**

8 DIGIT ACCOUNT NUMBER
**46940001**

AMOUNT

$

00042  04694  0001  07/22/2019 12:57 USB
CASH OUT   H

⑆530000305⑆     46940001⑈          $4,500.00

M9100000224  07222019
E 3000 ID 714 PKT 91
7475577909

Kristina
20190722 008058482951 4500.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **CASHIER'S CHECK**   No. **4694507881**   90-3582 1222

DATE: **JULY 22, 2019**

PAY   EIGHT THOUSAND DOLLARS AND 00 CENTS

TO THE ORDER OF:   **MICHAEL AVENATTI**   $ 8,000.00

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00941   04 **NON NEGOTIABLE** 12:57 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑆4694507881⑈ ⑈523253004⑈251400321400 62⑈   $8,000.00

⑈091000224  07222019
E 3800 ID 733 PKT 01
74755/7910

Kristina
20190722 008058482952 8000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **usbank**

**CASHIER'S CHECK**

No. 4694507882

90-3582
1222

DATE:   JULY 22, 2019

PAY   NINETY TWO THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

$ 92,500.00

TO THE
ORDER OF:   MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00041   04   0004   07/22/2019   12:57 USB
CASHR CK

NON NEGOTIABLE

AUTHORIZED SIGNATURE

⑈4694507882⑈ ⑆523253004⑆ 2514003214006 2⑈          $92,500.00

00910000224  07222019
E 3008 ID 733 PKT 01
7475577911

Kristina
20190722 008058482953 92500.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



⑈560680520⑈                          $105,000.00

```
Kristina
20190722 008058482954 105000.00
19120483340198        8595

Kristina Anderson
BC-MN-H21P
```



Kristina
20190731 008655321121 0.40
19120483340198 ████████8595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

**US bank**   **CASHIER'S CHECK**   No. 4694507907   90-3582 / 1222

DATE:   JULY 31, 2019

PAY   ONE HUNDRED NINETY THREE DOLLARS AND 00 CENTS

TO THE ORDER OF:   AMERICAN EXPRESS   $ 193.00

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013   04   NON-NEGOTIABLE   12:56 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑈4694507907⑈ ⑆523253004⑆ 251400321400 62⑈   $193.00

M4919000224  07312019
E 7394 ID 733 PKT 01
7371705230

Kristina
20190731 008655321122 193.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

**usbank** **CASHIER'S CHECK** No. 4694507906 90-3582
1222

DATE: JULY 31, 2019

PAY ONE THOUSAND SIX HUNDRED SIXTY DOLLARS AND 46 CENTS

$ 1,660.46

TO THE
ORDER OF: REGAL COURT REPORTING, INC

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013  044 **NON-NEGOTIABLE** 12:55 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑈4694507906⑈ ⑆523253004⑆251400321400062⑈          $1,660.46

Kristina
20190731 008655321123 1660.46
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20190731 008655321124 1853.86
19120483340198          8595

Kristina Anderson
BC-MN-H21P



**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
530000305

8 DIGIT ACCOUNT NUMBER
46940001

AMOUNT

$

00040  04694 0001  08/19/2019 03:32 USB
CASH OUT   H

⑈530000305⑈:    46940001⑆    $6,300.00

M99 10000224  08192019
E 4139  ID 714 PKT 01
75765894E

```
Kristina
20190819 008058697653 6300.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P
```

PURPOSE/REMITTER: MICHAEL J AVENATTI

**usbank**                  **CASHIER'S CHECK**          No. 4694507939          90-3582
                                                                                1222

                                                         DATE:   AUGUST 19, 2019

PAY          THIRTY THREE THOUSAND DOLLARS AND 00 CENTS

TO THE                                                              $ 33,000.00
ORDER OF:   MICHAEL J AVENATTI

Location:   4694 Century City              00039   04 NON-NEGOTIABLE  03:32 USB
U.S. Bank National Association             CASHR CK    H
Minneapolis, MN 55480                                  AUTHORIZED SIGNATURE

        ⑈4694507939⑈ ⑈523253004⑈ 25140032140062⑈        $33,000.00

```
M9910000224  08192019
E 4139 ID 733 PKT 01
757/6503488
```

Kristina
20190819 008058697654 33000.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20190819 008058697655 39300.00
19120483340198      8595

Kristina Anderson
BC-MN-H21P

**CASH OUT CREDIT**

CENTURY CITY

CASH BOX ID 0001

ROUTING NUMBER
530000305

8 DIGIT ACCOUNT NUMBER
46940001

AMOUNT

$

00047  04694  0001  09/10/2019 02:37 USB
CASH OUT    H

⑆530000305⑆  46940001⑈  $7,760.00

09100009224  09102019
E 2359 ID 714 PKT 01
757925323

Kristina
20190910 008358340145 7760.00
19120483340198 46940001

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI - MARTINEZ

 **US bank**     **CASHIER'S CHECK**     No. 4694507973     90-3582
                                                                              1222

                                                      DATE:   SEPTEMBER 10, 2019

PAY        TWO THOUSAND TWO HUNDRED FORTY DOLLARS AND 00 CENTS

                                                                $ 2,240.00

TO THE
ORDER OF:   ANDERSON AND ASSOCIATES

Location:   4694 Century City                        00046   04 **NON NEGOTIABLE** 02:37 USB
                                                     CASHR CK    H
U.S. Bank National Association
Minneapolis, MN 55480                                           AUTHORIZED SIGNATURE

      ⑈4694507973⑈ ⑆523253004⑆ 25140032140062⑈           $2,240.00

Kristina
20190910 008358340146 2240.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

US bank.

DATE 9/10/19

AMOUNT 10,000—

$8595

00045 04694 0001  09/10/2019 02:35 USB
COUNTER WD H

⑆560680520⑆

$10,000.00

M091000002241 09/10/2019
E 2159 ID 000 PKT 01
(3)(192325)

Kristina
20190910 008358340147 10000.00
19120483340198        8595

Kristina Anderson
BC-MN-H21P

**GENERAL LEDGER - CREDIT**
Newport Coast Drive Pavilions
**FEE CONTROL**

| DATE | CASH BOX ID | PHONE NUMBER |
|---|---|---|

BRANCH CONTACT

BRANCH OFFICE #
**3551**

PURPOSE

OFFSET ACCT NO.

SERIAL NO.
**35510925**
ROUTING NUMBER
**523003005**

14 DIGIT ACCOUNT NUMBER
COST CENTER / ACCOUNT NUMBER

**00035514850600**

AMOUNT

$

⊔┅35510925┅ ⫶523003005⫶ 00035514850600┅          **$8.00**

Kristina
20191008 008358293597 8.00
19120483340198 35514850600

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: CHRISTINE A CARLIN


**CASHIER'S CHECK**

No. 3551506497

90-3582
1222

DATE: OCTOBER 08, 2019

PAY   TEN THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND 00 CENTS

$ 10,998.00

TO THE
ORDER OF:   JASON C HILL

Location:   3551 Newport Coast Dr

U.S. Bank National Association
Minneapolis, MN 55480

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈3551506497⑈ ⑆523253004⑈ 25140032140062⑈   $10,998.00

Kristina
20191008 008358293598 10998.00
19120483340198 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20191008 008358293599 11006.00
19120483340198 157513737252

Kristina Anderson
BC-MN-H21P

## Fax Call Report

**Fax Header Information**

U.S. Bank
+16123037880
12/4/2019 4:47:59 PM CT

| Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|-----|-----------|------|----------------|----------|-----|--------|
| 19805098 | 12/4/2019 4:47:59 PM CT | Send | 7084996862 | 00:00:21 | 0 | Failed (Special tones were received and not understood. ) |

Things to remember:

- Enter full 10 digit number including area code

- No need to enter 9 or 1 before the number

- Confirm fax number is correct



AccuRoute® (LANFax)

# **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 4694 | TRN | | S | | X | ST01 |

**Uni-Statement**
Account Number:
8595

Statement Period:
May 22, 2019
through
May 23, 2019

Page 1 of 1



```
||||||||||||||||||||||||||||||||||||||||||||||||||
00012726901 SP 0.500 000638084050708 P N
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021
```

☎   ***To Contact U.S. Bank***

**By Phone:**                    *1-800-US BANKS*
                                  *(1-800-872-2657)*

***U.S. Bank accepts Relay Calls***

*Internet:*                          *usbank.com*

---

## U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS

U.S. Bank National Association

**Member FDIC**
**Account Number 2-534-5533-8595**

### Account Summary

| | | | | |
|---|---|---:|---|---:|
| Beginning Balance on May 22 | $ | 0.00 | Annual Percentage Yield Earned | 2.24984% |
| Deposits / Credits | | 500,042.67 | Account Interest Rate* | 2.22% |
| Other Withdrawals | | 300,060.00- | Interest Earned this Period $ | 42.67 |
| | | | Interest Paid this Year $ | 42.67 |
| **Ending Balance on May 23, 2019** $ | | **199,982.67** | Number of Days in Statement Period | 2 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---:|
| May 22 | Deposit | 8655483797 | $ | 500,000.00 |
| May 23 | Interest Paid | 2300012513 | | 42.67 |
| | | **Total Deposits / Credits** | **$** | **500,042.67** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| May 23 | Wire Transfer Fee | | 2300012511 | $ | 30.00- |
| May 23 | Wire Transfer Fee | | 2300012512 | | 30.00- |
| May 23 | Wire Debit REF002492 | CITY MIAMI       190523026215 | | | 150,000.00- |
| | BNF=SCOTT A SREBNICK | P.A. OPERATING ACC 201 S B | | | |
| May 23 | Wire Debit REF002493 | REGIONS BIRM       190523025715 | | | 150,000.00- |
| | BNF=JOSE M. QUINON P.A. | 2333 BRICKELL AVE SUITE | | | |
| | | | **Total Other Withdrawals** | **$** | **300,060.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                    $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section.               $ _____

5. Total lines 3 and 4.                                                                 $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $ _____

7. Subtract line 6 from line 5.  This is your balance.                                  $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE***  begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694     TRN          S          X     ST01

**Uni-Statement**
Account Number:
⬛⬛⬛8595
Statement Period:
May 24, 2019
through
Jun 25, 2019

Page 1 of 1

000197016 01 AB 0.412 000638118249977 P  Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA  90067-7021

☎          **To Contact U.S. Bank**

**By Phone:**          1-800-US BANKS
                       (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**          usbank.com

---

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

---

## U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS                          **Member FDIC**

U.S. Bank National Association                                  **Account Number 2-534-5533-8595**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 24 | $ | 199,982.67 | Annual Percentage Yield Earned | 2.24074% |
| Deposits / Credits | | 152,275.13 | Account Interest Rate* | 0.05% |
| Other Withdrawals | | 350,024.00- | Interest Earned this Period  $ | 275.13 |
| | | | Interest Paid this Year  $ | 317.80 |
| **Ending Balance on  Jun 25, 2019  $** | | **2,233.80** | Number of Days in Statement Period | 33 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 24 | Deposit | 8058971110 | $ | 152,000.00 |
| Jun 25 | Interest Paid | 2500023854 | | 275.13 |
| | | **Total Deposits / Credits** | **$** | **152,275.13** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun  7 | Customer Withdrawal | 9255982154 | $ | 4,000.00- |
| Jun  7 | Customer Withdrawal | 9255982170 | | 25,008.00- |
| Jun 17 | Customer Withdrawal | 8057205667 | | 169,016.00- |
| Jun 24 | Customer Withdrawal | 8058971116 | | 8,000.00- |
| Jun 24 | Customer Withdrawal | 8058971109 | | 144,000.00- |
| | | **Total Other Withdrawals** | **$** | **350,024.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                $_____

5. Total lines 3 and 4.                                                                   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $_____

7. Subtract line 6 from line 5. This is your balance.                                    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WSSD, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

**Ex. 40 - Page 52 of 92**

# **usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694      TRN           S           X      ST01

**Uni-Statement**
Account Number:
8595
Statement Period:
Jun 26, 2019
through
Jul 24, 2019

Page 1 of 1

᠁ᠾ�curl|᠊᠊᠊᠊᠊||ᠰ|||᠊᠊᠊᠊᠊|ᠾᡁᠾ᠊|ᠾ|ᠾ᠊ᠾ||᠊᠊᠊᠊ᠾ|ᠾᡁ
0000697220 01  AB  0.412  000638150379513 P  Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA  90067-7021

☎                        **To Contact U.S. Bank**

**By Phone:**                     1-800-US BANKS
                                  (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

---

## NEWS FOR YOU

¿Prefiere español? U.S. Bank ofrece estados de cuenta mensuales en español. Para actualizar el idioma de su preferencia, visite su sucursal local o llame a nuestro centro de servicios las 24 horas al 800USBANKS (800-872-2657). Aceptamos llamadas de retransmisión.

Do you prefer Spanish? U.S. Bank offers monthly account statements in Spanish. To update your language preferences, visit your local branch or call our 24-Hour service center at 800USBANKS (800-872-2657). We accept relay calls.

---

## U.S. BANK PLATINUM SELECT MONEY MARKET SAVINGS                    *Member FDIC*

U.S. Bank National Association                                    **Account Number 2-534-5533-8595**

### Account Summary

| | | | | | |
|---|---|--:|---|---|--:|
| Beginning Balance on Jun 26 | $ | 2,233.80 | Annual Percentage Yield Earned | | 0.04508% |
| Deposits / Credits | | 240,000.08 | Account Interest Rate* | | 0.05% |
| Other Withdrawals | | 240,000.00- | Interest Earned this Period | $ | 0.08 |
| | | | Interest Paid this Year | $ | 317.88 |
| **Ending Balance on  Jul 24, 2019** | **$** | **2,233.88** | Number of Days in Statement Period | | 29 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|--:|
| Jul  16 | Deposit | 8357966509 | $ | 135,000.00 |
| Jul  22 | Deposit | 8058482966 | | 105,000.00 |
| Jul  24 | Interest Paid | 2400012120 | | 0.08 |
| | | **Total Deposits / Credits** | **$** | **240,000.08** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|--:|
| Jul  16 | Customer Withdrawal | 8357966515 | $ | 135,000.00- |
| Jul  22 | Customer Withdrawal | 8058482954 | | 105,000.00- |
| | | **Total Other Withdrawals** | **$** | **240,000.00-** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WSSD, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

LENDER



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694      TRN           S        X     ST01

Account Number:
⬛8595

Statement Period:
Jul 25, 2019
through
Aug 23, 2019

Page 1 of 1

000068530 01 AB 0.412 000638183220473 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021



☎                          **To Contact U.S. Bank**

**By Phone:**                1-800-US BANKS
                           (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                usbank.com

---

## STANDARD SAVINGS                                          *Member FDIC*

U.S. Bank National Association                    **Account Number 2-534-5533-8595**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 25 | $ | 2,233.88 | Annual Percentage Yield Earned | | 0.03239% |
| Deposits / Credits | | 39,300.42 | Interest Earned this Period | $ | 0.02 |
| Other Withdrawals | | 41,153.86- | Interest Paid this Year | $ | 317.90 |
| | | | Number of Days in Statement Period | | 30 |
| **Ending Balance on Aug 23, 2019** | **$** | **380.44** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 31 | Deposit | 8655321121 | $ | 0.40 |
| Aug 6 | Interest Paid | 0600000751 | | 0.02 |
| Aug 19 | Deposit | 8058697656 | | 39,300.00 |
| | | **Total Deposits / Credits** | **$** | **39,300.42** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 31 | Customer Withdrawal | 8655321124 | $ | 1,853.86- |
| Aug 19 | Customer Withdrawal | 8058697655 | | 39,300.00- |
| | | **Total Other Withdrawals** | **$** | **41,153.86-** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WSSD, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• **Account information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING
LENDER

**Ex. 40 - Page 56 of 92**

# **US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694       TRN              S            X       ST01

**Uni-Statement**
Account Number:
8595
Statement Period:
Aug 24, 2019
through
Sep 25, 2019

Page 1 of 2

000185244 01 AB 0.412 000638217058429 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

☎                           **To Contact U.S. Bank**

**By Phone:**                1-800-US BANKS
                            (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                    usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the *"Your Deposit Account Agreement"* booklet and *"Consumer Pricing Information"* brochure will include several updates and may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - ○ Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - ○ Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - ○ Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - ○ Available Balance and Insufficient Funds sub-sections
    - ▪ Clarification of pending merchant transactions regarding posting and impact to available balances
  - ○ Our Fees sub-section
    - ▪ Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - ○ Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - ○ Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - ○ Interest Charges and Fees sub-section
    - ▪ Change to Late Payment Fee language

The main updates to note in the revised *"Consumer Pricing Information"* brochure include:

- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## STANDARD SAVINGS                                                    *Member FDIC*

U.S. Bank National Association                                    Account Number 2-534-5533-8595

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 24 | $ | 380.44 | Interest Paid this Year | $ | 317.90 |
| Deposits / Credits | | 10,000.00 | Number of Days in Statement Period | | 33 |
| Other Withdrawals | | 10,384.44- | | | |
| **Ending Balance on Sep 25, 2019** | **$** | **4.00-** | | | |

Your low balance of $0.00 was below the requirements.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5. This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WSSD, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

LENDER



MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA  90067-7021

**Uni-Statement**
Account Number:

8595

Statement Period:
Aug 24, 2019
through
Sep 25, 2019

Page 2 of 2



## STANDARD SAVINGS                                      (CONTINUED)

U.S. Bank National Association                  **Account Number 2-534-5533-8595**

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Sep 10 | Deposit | | 8358340148 | $ | 10,000.00 |
| | | | **Total Deposits / Credits** | **$** | **10,000.00** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Aug 26 | LEGAL PROCESSING | FEE | | $ | 100.00- |
| Sep  6 | WA LEVY | | | | 280.44- |
| Sep 10 | Customer Withdrawal | | 8358340147 | | 10,000.00- |
| Sep 25 | Monthly Maintenance Fee | | 2500025537 | | 4.00- |
| | | | **Total Other Withdrawals** | **$** | **10,384.44-** |

# USbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4694     TRN          S          X     ST01

**Uni-Statement**
Account Number:
8595
Statement Period:
Sep 26, 2019
through
Oct 24, 2019

Page 1 of 2

00006237101 AB 0.412 000638248149413 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

☎     **To Contact U.S. Bank**

**By Phone:**          1-800-US BANKS
                       (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**          usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Effective November 11, 2019** the *"Your Deposit Account Agreement"* booklet and *"Consumer Pricing Information"* brochure will include several updates and may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
  - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
  - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
  - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
  - Available Balance and Insufficient Funds sub-sections
    - Clarification of pending merchant transactions regarding posting and impact to available balances
  - Our Fees sub-section
    - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
  - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
  - Removal of the Think Twice™ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
  - Interest Charges and Fees sub-section
    - Change to Late Payment Fee language

The main updates to note in the revised *"Consumer Pricing Information"* brochure include:

- Updates to ATM availability, locations and disclosure
- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Updates to the mortgage benefits and disclosure for Platinum and Gold Checking Package
- Clarification on benefits for senior and military customers required to be checking customers

Starting November 11, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

## STANDARD SAVINGS                                                      *Member FDIC*

U.S. Bank National Association                          **Account Number 2-534-5533-8595**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 26 | $ | 4.00- | Interest Paid this Year | $ | 317.90 |
| Deposits / Credits | | 4.00 | Number of Days in Statement Period | | 29 |
| Other Withdrawals | | 4.00- | | | |
| **Ending Balance on Oct 24, 2019** | **$** | **4.00-** | | | |

Your low balance of $4.00- was below the requirements.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.                                                $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.      $_____

7. Subtract line 6 from line 5.  This is your balance.                      $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

LENDER

 **US bank.**

MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

**Uni-Statement**
Account Number:
8595
Statement Period:
Sep 26, 2019
through
Oct 24, 2019

Page 2 of 2



## STANDARD SAVINGS (CONTINUED)

U.S. Bank National Association                     Account Number 2-534-5533-8595

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Oct 3 | Monthly Maintenance Fee | Refund | $ | 4.00 |
| | | **Total Deposits / Credits** | $ | **4.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Oct 24 | Monthly Maintenance Fee | 2400013464 | $ | 4.00- |
| | | **Total Other Withdrawals** | $ | **4.00-** |

# **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 4694 | TRN | S | X | ST01 |

**Uni-Statement**

Account Number:
8595

Statement Period:
Oct 25, 2019
through
Nov 26, 2019

Page 1 of 1

000006257101 AB 0.412 000638282003574 P Y
MICHAEL J AVENATTI
UNIT 2107
10000 SANTA MONICA BLVD
LOS ANGELES CA 90067-7021

☎ **To Contact U.S. Bank**

**By Phone:**   1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**   usbank.com

---

## STANDARD SAVINGS                                                    *Member FDIC*

U.S. Bank National Association                          **Account Number 2-534-5533-8595**

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 25 | $ | 4.00- | Interest Paid this Year | $ 317.90 |
| Deposits / Credits | | 109.00 | Number of Days in Statement Period | 33 |
| Other Withdrawals | | 4.00- | | |
| **Ending Balance on Nov 26, 2019** | **$** | **101.00** | | |

Your low balance of $4.00- was below the requirements.

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 18 | Monthly Maintenance Fee | Refund | | $ | 4.00 |
| Nov 18 | Deposit | | 8059062035 | | 105.00 |
| | | | **Total Deposits / Credits** | **$** | **109.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Nov 26 | Monthly Maintenance Fee | 2600013412 | $ | 4.00- |
| | | **Total Other Withdrawals** | **$** | **4.00-** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5.  Total lines 3 and 4.                                                  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or error problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

       *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar Amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



**us bank.**   COUNTER DEPOSIT

Michael Avenatti   DATE 5-22-19

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED   ACCOUNT NUMBER

8595   $ 500000.—

00019   04694   0003   05/22/2019   01:17   USB
DEPOSIT   H

8595

⑉560210039⑉   $500,000.00

Kristina
20190522 008655483797 500000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



Kristina
20190522  008655483798  500000.00
19121289872734          3953

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

Michael Avenatti

four thousand DOLLARS

US bank

DATE 6/7/19

SIGNATURE REQUIRED

ACCOUNT NUMBER

AMOUNT

8595 $ 4000.00
00031  05974  0001  06/07/2019 02:01 USB
COUNTER WD H

8595

⑆560680520⑆

$4,000.00

¢0910000224 06072019
E 7648 1D 000 PKT 01
737a59326

Kristina
20190607 009255982154 4000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



```
Kristina
20190607 009255982170 25008.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P
```



Kristina
20190617 008057205667 169016.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



Kristina
20190624 008058971109 144000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



Kristina
20190624 008058971110 152000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**usbank**     **CASHIER'S CHECK**     No. 1710509202     91-38 / 929

DATE:  JUNE 17, 2019

PAY     ONE HUNDRED FIFTY TWO THOUSAND DOLLARS AND 00 CENTS

$ 152,000.00

TO THE
ORDER OF:  MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEAL AVENATTI

Location:  1710 Fesslers Lane

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑈1710509202⑈ ⑆092900383⑆150080235156⑈          $152,000.00



Kristina
20190624 008058971111 152000.00
19121289872734 ▮▮▮▮5156

Kristina Anderson
BC-MN-H21P

**Ex. 40 - Page 72 of 92**



COUNTER WITHDRAWAL

usbank.
All of us serving you™

$8,000.00

⑈560680520⑈

Kristina
20190624 008058971116 8000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



Kristina
20190716 008357966509 135000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P