

**US bank**   **CASHIER'S CHECK**   No. 4694507828   90-3582 1222

DATE:   JUNE 24, 2019

PAY   ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 135,000.00

TO THE
ORDER OF:   MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE
USB CK H   H

⑈4694507828⑈ ⑆122235821⑆153410023953⑈   $135,000.00



Kristina
20190716 008357966510 135000.00
19121289872734          3953

Kristina Anderson
BC-MN-H21P



$135,000.00

Kristina
20190716 008357966515 135000.00
19121289872734      8595

Kristina Anderson
BC-MN-H21P



$105,000.00

:560680520:

Kristina
20190722 008058482954 105000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P



**usbank.** COUNTER DEPOSIT

Michael Avenatti

ACCOUNT TITLE (PRINT)

SIGN ABOVE FOR CASH RECEIVED   ACCOUNT NUMBER

CASH ▶
CHECK
CHECK OR
TOTAL FROM
OTHER SIDE
SUB TOTAL ▶
LESS CASH
RECEIVED

$ 105,000

00062  04694  0001  07/22/2019  02:30 USB
DEPOSIT   H

8595

⑈5602⑈0039⑈:          $105,000.00

CENTS

DOLLARS

CHECKS
USE ONLY

00910000224  07222019
E  3000  10  000  PKT 01
7473577924

TOTAL
MUST HL ENTERED
ON HL-341 SIDE

Kristina
20190722 008058482966 105000.00
19121289872734        8595

Kristina Anderson
BC-MN-H21P





Kristina
20190722 008058482967 105000.00
19121289872734 153410023953

Kristina Anderson
BC-MN-H21P



Kristina
20190731 008655321121 0.40
19121289872734        8595

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **usbank**

**CASHIER'S CHECK**

No. 4694507907

90-3587
1222

DATE:   JULY 31, 2019

PAY     ONE HUNDRED NINETY THREE DOLLARS AND 00 CENTS

$ 193.00

TO THE
ORDER OF:   **AMERICAN EXPRESS**

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55402

00013   04 **NON-NEGOTIABLE**   12:56 USB
CASHR CK   H
AUTHORIZED SIGNATURE

⑉4694507907⑉ ⑆523253004⑈ 251400321400 62⑉                    $193.00

M4910002224   07312019
E 7334 ID 733 PKT 01
7371749296

Kristina
20190731 008655321122 193.00
19121289872734          0062

Kristina Anderson
BC-MN-H21P

PURPOSE/REMITTER: MICHAEL AVENATTI

 **usbank**

**CASHIER'S CHECK**

No. 4694507906

90-3582
1222

DATE: JULY 31, 2019

PAY    ONE THOUSAND SIX HUNDRED SIXTY DOLLARS AND 46 CENTS

$ 1,660.46

TO THE
ORDER OF:    REGAL COURT REPORTING, INC

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

00013  04/**NON NEGOTIABLE** 12:55 USB
CASHR CK   H
_____
AUTHORIZED SIGNATURE

⑈4694507906⑈ ⑆523253004⑆ 25140032140062⑈          $1,660.46

⑈0910000224  07312019
E 7334 ID 733 PKT 01
737 17H4931

Kristina
20190731 008655321123 1660.46
19121289872734 25140032140062

Kristina Anderson
BC-MN-H21P



Kristina
20190731 008655321124 1853.86
19121289872734      8595

Kristina Anderson
BC-MN-H21P



Kristina
20190731 008655321124 1853.86
19121289872734     8595

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

**usbank**

All of us serving you.

SIGNATURE REQUIRED

ACCOUNT NUMBER          AMOUNT

8595 $          393 00 —

00038  04674 0001   08/19/2019 03:30 USB
COUNTER WD H

8595

⑆560680520⑆                        $39,300.00

M99 WW00224  08/29/2019
E 4139  ID 600  PKT 01
757 6503489

Kristina
20190819 008058697655 39300.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



Kristina
20190819 008058697656 39300.00
19121289872734 ⬛ 8595

Kristina Anderson
BC-MN-H21P



**US bank**   **CASHIER'S CHECK**   No. 4694507937

DATE:   AUGUST 16, 2019

PAY   THIRTY NINE THOUSAND THREE HUNDRED DOLLARS AND 00 CENTS

$ 39,300.00

TO THE
ORDER OF:   MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location:   4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

153410023953

⑆469450793⑆⑈122235821⑇153410023953⑈   $39,300.00



Kristina
20190819 008058697657 39300.00
19121289872734          3953

Kristina Anderson
BC-MN-H21P



COUNTER WITHDRAWAL

US bank

$10,000.00

00045   04694   0001   09/10/2019 02:35 USB
COUNTER WD H

8595

⑆560680520⑆

Kristina
20190910 008358340147 10000.00
19121289872734 253455338595

Kristina Anderson
BC-MN-H21P



Kristina
20190910 008358340148 10000.00
19121289872734          8595

Kristina Anderson
BC-MN-H21P



**USbank**   **CASHIER'S CHECK**   No. 4694507962

DATE: AUGUST 30, 2019

PAY ···· TEN THOUSAND DOLLARS AND 00 CENTS

$ 10,000.00

TO THE
ORDER OF: MICHAEL AVENATTI

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

"4694507962" ⑇122235821⑇ 153410023953" $10,000.00



Kristina
20190910 008358340149 10000.00
19121289872734 153410023953

Kristina Anderson
BC-MN-H21P



**usbank.**   COUNTER DEPOSIT

Michael Avenatti

DATE 11-18-19

ACCOUNT TITLE (PRINT)

ACCOUNT NUMBER   8595   $

CASH ▶   105.00
CHECK
CHECK OR
TOTAL FROM
OTHER SIDE
SUB TOTAL ▶   105.00
LESS CASH
RECEIVED ▶
105.00

00003   04694 0004   11/18/2019 11:17 USB
DEPOSIT   H
8595

⑆560210039⑆   $105.00

Kristina
20191118 008059062035 105.00
19121289872734   8595

Kristina Anderson
BC-MN-H21P



```
Kristina
20191118 008059062036 105.00
19121289872734 46940004

Kristina Anderson
BC-MN-H21P
```

# EXHIBIT 41



Deposited into US Bank account ▮▮▮▮7252 at Branch 5888.  Back of check says "Not Used for Purpose Intended"



BOFD – Wells Fargo Bank – RT 091000019



Deposited into US Bank account ██████ 8595 at branch 4694.



| Account No. : 153410023953 | Check No. : 5974507235 | Amount : 25000.00 |
| Routing No. : 12223582 | Sequence No. : 009255518486 | Date : 06/07/2019 |
| Zoom: | 100% | |

**usbank**

**CASHIER'S CHECK**

No. 5974507235

90-3582
1222

DATE: JUNE 07, 2019

PAY   TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 25,000.00

TO THE
ORDER OF:   H. DEAN STEWARD

PURPOSE/REMITTER: LEGAL FEES

Location:   5974 San Clemente Albertsons

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆5974507235⑆ ⑈122235821⑈153410023953⑈

BOFD – MUFG Union Bank – RT 122000496



Cashed at US Bank branch 5888 teller 6 – Cashed against accoun ▒▒▒▒8595



Deposited into US Bank account ████ 8595 at branch 4694 teller 1 - Back of check says "Not Used for Purpose Intended"



Cashed at US Bank branch 5888 teller 4.



Deposited into US Bank account ███████8595 at branch 4694 teller 1



Deposited into US Bank account [redacted] 8595 at branch 4694 teller 1



BOFD – Wells Fargo Bank – RT 091000019



BOFD – Wells Fargo Bank – RT 091000019



Cashed at US Bank branch 4694 teller 3.



Cashed at branch 4694 teller 3

Used to purchase:

Cashier's check # 4694507937 $39,300.00

Cashier's check # 4694507936 $11,200.00

Cashier's check # 4694507933 $ 10,000.00

Cashier's check # 4694507935 $25,000.00

Cash back of $7,000.00



BOFD – Wells Fargo Bank – RT 091000019



BOFD – Pacific Western Bank – RT 122238200



US Bank Branch 4694 Used to purchase:

Cashier's check # 4694507942 $17,500.00

Cashier's check # 4694507941 $ 15,500.00



BOFD – City National Bank – RT 122016066



| Account No. : 153410023953 | Check No. : 3551506497 | Amount : 10998.00 |
| Routing No. : 12223582 | Sequence No. : 008953140735 | Date : 10/10/2019 |
| Zoom: | 100% | |

**US bank**   **CASHIER'S CHECK**   No. 3551506497   50-3582 1222

DATE: OCTOBER 08, 2019

PAY   TEN THOUSAND NINE HUNDRED NINETY EIGHT DOLLARS AND 00 CENTS

$ 10,998.00

TO THE
ORDER OF: JASON C HILL

PURPOSE/REMITTER: CHRISTINE A CARLIN

Location: 3551 Newport Coast Dr

U.S. Bank National Association
Minneapolis, MN 55440

AUTHORIZED SIGNATURE

⑈3551506497⑈ ⑆122235821⑆153410023953⑈

BOFD – JP Morgan Chase – RT 111900057

# EXHIBIT 42

**Michael John Avenatti**
**U.S. Bank Account X8895**

| DATE | TRANSACTION TYPE | DEPOSIT | WITHDRAWALS | DESCRIPTION | TRANSACTOR | NOTES |
|---|---|---|---|---|---|---|
| 5/22/2019 | Account opened | $500,000.00 | | | | Beginning Balance $0 |
| 5/23/2019 | Wire out | | $150,000.00 | Beneficiary Scott Srebnick P. A. | Michael Avenatti | |
| 5/23/2019 | Wire out | | $150,000.00 | Beneficiary Jose Quinon P. A. | Michael Avenatti | |
| 6/7/2019 | Purchased Cashier's Check | | $25,000.00 | Cashier's Check payable to H. Dean Steward | Michael Avenatti | $8.00 fee charged for CC |
| 6/7/2019 | Withdrawal | | $4,000.00 | Counter withdrawal - missing bank document | Michael Avenatti | Missing bank document |
| 6/17/2019 | Conducted Multiple Transactions Totaling $169,016 in Withdrawals | | $8,500.00 | *First transaction:* Purchased $8,500 Cashier's Check payable to MA | Michael Avenatti | $8.00 fee charged for CC |
| | | | $152,000.00 | *Second transaction:* Purchased $152,000 Cashier's Check payable to MA | Michael Avenatti | $8.00 fee charged for CC |
| | | | $8,500.00 | *Third transaction:* Cash withdrawal of $8,500 | Michael Avenatti | |
| 6/21/2019 | Cashed Cashier's Check | $8,500.00 | $8,500.00 | Cashed Cashier's Check purchased on 06/17/19 for $8,500 - Avenatti received cash (Friday) | Michael Avenatti | |
| 6/24/2019 | Deposit of $152,000 Cashier's Check | $152,000.00 | | Deposit of Cashier's Check previously bought on 6/17/19 for $152,000 | Michael Avenatti | |
| 6/24/2019 | Conducted Multiple Transactions totaling $152,000 in Withdrawals | | $9,000.00 | *First transaction:* Purchased $9,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $135,000.00 | *Second transaction:* Purchased $135,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $8,000.00 | *Third transaction:* Cash withdrawal of $8,000 (Monday) | Michael Avenatti | |
| 6/25/2019 | Interest paid by Bank | $275.13 | | Interest paid by Bank | | |
| 7/8/2019 | Deposit of Cashier's Check | $9,000.00 | $9,000.00 | Cashed Cashier's Check purchased on 06/24/19 for $9,000 - Avenatti received cash | Michael Avenatti | |
| 7/16/2019 | Deposit of $135,000 Cashier's Check | $135,000.00 | | Deposit of Cashier's Check previously bought on 06/24/19 for $135,000 | Michael Avenatti | |
| 7/16/2019 | Conducted Multiple Transactions totaling $135,000 in Withdrawals | | $10,700.00 | *First transaction:* Purchased $10,700 Cashier's Check payable to Exclusive Resorts, LLC | Michael Avenatti | |
| | | | $12,500.00 | *Second transaction:* Purchased $12,500 Cashier's Check payable to Pansky Markle | Michael Avenatti | |
| | | | $105,000.00 | *Third transaction:* Purchased $105,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $6,800.00 | *Fourth transaction:* Cash withdrawal of $6,800 | Michael Avenatti | |
| 7/22/2019 | Deposit of $105,000 Cashier's Check | $105,000.00 | | Deposit of Cashier's Check previously bought on 07/16/19 for $105,000 | Michael Avenatti | |
| 7/22/2019 | Conducted Multiple Transactions totaling $105,000 | | $8,000.00 | *First transaction:* Purchased $8,000 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $92,500.00 | *Second transaction:* Purchased $92,500 Cashier's Check payable to Avenatti | Michael Avenatti | |
| | | | $4,500.00 | *Third transaction:* Cash withdrawal of $4,500 | Michael Avenatti | |
| 7/31/2019 | Cashed Cashier's Check | $8,000.00 | $8,000.00 | Cashed Cashier's Check purchased on 07/22/19 for $8,000 - Avenatti received cash | Michael Avenatti | |
| 7/31/2019 | Deposit | $0.40 | | Deposit of .40 cents | Michael Avenatti | |
| 7/31/2019 | Conducted Multiple Transactions totaling $1,853.86 | | $1,660.46 | *First transaction:* Purchased $1,660.46 Cashier's Check payable to Regal Court Reporting, Inc. | Michael Avenatti | |
| | | | $193.00 | *Second transaction:* Purchased $193 Cashier's Check payable to American Express | Michael Avenatti | |

**Michael John Avenatti**
**U.S. Bank Account x8595**

| DATE | TRANSACTION TYPE | DEPOSIT | WITHDRAWALS | DESCRIPTION | TRANSACTOR | NOTES |
|---|---|---|---|---|---|---|
| 8/16/2019 | Deposit of of $92,500 Cashier's Check | $92,500.00 | | Deposit of Cashier's Check previously bought on 07/22/19 for $92,500 | Michael Avenatti | Transaction not reflected on Bank Statements |
| 8/16/2019 | Conducted Multiple Transactions totaling $92,500 in Withdrawals | | $25,000.00 | *First transaction:* Purchased $25,000 Cashier's Check payable to Exclusive Resorts Club Management | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $10,000.00 | *Second transaction:* Purchased $10,000 Cashier's Check payable to Pansky Markle | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $11,200.00 | *Third transaction:* Purchased $11,200 Cashier's Check payable to SM 10000 Property LLC | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $7,000.00 | *Fourth transaction:* Cash withdrawal of $7,000 (Friday) | Michael Avenatti | Transaction not reflected on Bank Statements |
| | | | $39,300.00 | *Fifth Transaction:* Purchased $39,300 Cashier's Check payable to MA | Michael Avenatti | Transaction not reflected on Bank Statements |
| 8/19/2019 | Deposit of $39,300 Cashier's Check | $39,300.00 | | Deposit of Cashier's Check previously bought on 08/16/19 for $39,300 | Michael Avenatti | |
| 8/19/2019 | Conducted Multiple Transactions totaling $39,300 in Withdrawals | | $33,000.00 | *First transaction:* Purchased $33,000 Cashier's Check payable to MA | Michael Avenatti | |
| | | | $6,300.00 | *Second transaction:* Cash withdrawal of $6,300 (Monday) | Michael Avenatti | |
| 8/20/2019 | Deposit of $33,000 Cashier's Check | $33,000.00 | | Deposit of Cashier's Check previously bought on 08/19/19 for $33,000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/20/2019 | Conducted Multiple Transactions totaling $33,000 in Withdrawals | | $17,500.00 | *First transaction:* Purchased $17,500 Cashier's Check payable to Avenatti | Michael Avenatti | Transaction not reflected on Bank Statement |
| | | | $15,500.00 | *Second transaction:* Purchased Cashier's Check payable to Orange County Sheriff | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/26/2019 | Legal Processing Fee | | $100.00 | | Michael Avenatti | |
| 8/30/2019 | Deposit of $17,500 Cashier's Check | $17,500.00 | | Deposit of Cashier's Check previously bought on 8/20/19 for $17,500 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | Conducted Multiple Transactions totaling $17,500 in Withdrawals | | $4,700.00 | *First transaction:* Cash withdrawal of $4,700 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | | | $2,800.00 | *Second transaction:* Purchased Cashier Check payable to James Cameron for $2,8000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 8/30/2019 | | | $10,000.00 | *Third transaction:* Purchase Cashier Check payable to Avenatti for $10,000 | Michael Avenatti | Transaction not reflected on Bank Statement |
| 9/6/2019 | Washington Department of Revenue Levy | | $280.44 | Withdrawal of $280.44 from account pursuant to August 2019, tax levy and January 2019 tax warrant | Michael Avenatti | |
| 9/10/2019 | Deposit of $10,000 Cashier's Check | $10,000.00 | | Deposit of cashier check purchased on 08/30/19 | Michael Avenatti | |
| 9/10/2019 | Conducted Multiple Transactions totaling $10,000 in Withdrawals | | $10,000.00 | *First transaction:* Purchased $2,240 Cashier's Check payable to Anderson and Associates | Michael Avenatti | |
| | | | | *Second transaction:* Cash withdrawal of $7,760 | Michael Avenatti | |
| 11/18/2019 | Cash Deposit | $105.00 | | Cash Deposit | | |
| | **Totals** | $1,110,180.53 | $1,110,033.90 | | | |

2 of 2

EXHIBIT 43

1   DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2   I, *Angie Lanik* , hereby declare as follows:
        (name)

3   1.   I am a duly authorized custodian of records for

4   *Rusnak Auto Group* (the "Business Entity"). In that capacity, I am
    (name of business entity)

5   knowledgeable about the matters set forth herein and I am qualified

6   and authorized to make this declaration.

7       a.   My job title/position is: *Corporate Finance director*

8       b.   I have been employed in this capacity for

9   *1 year* and by the Business Entity for *11 years*   .
    (duration)                                (duration)

10      c.   My job duties are:

11  *Finance Management + compliance*

12

13

14      d.   I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17      [ ✓ ] Training.

18      [ ✓ ] Familiarity with relevant policy/policies.

19      [ ✓ ] Hands-on experience.

20      [ ✗ ] Supervision of one or more others with hands-on experience.

21      [ ] Other. Describe:

22

23

24

25  2.   Attached hereto or enclosed herewith are ~~originals/~~true and

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Ex. 43 - Page 1 of 21**

(Circle either "originals" or "true and correct duplicates" and
strike out the other term.)

    3.    I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of
the matters set forth therein,

        b.   was/were made by, or from information transmitted by,
a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted
activity of the Business Entity;

        d.   was/were made by and in the course of the regularly
conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of
original records.

    I declare under penalty of perjury that the foregoing is true
and correct.  This declaration is executed at _Pasadena_ ,CA ,
(place document was signed)
on _Dec. 27, 2019_ .
(date document was signed)

_____
(signature)

_Angie Lanik_____
(typed or printed name)

2

**Page 2**

## What we do

| | |
|---|---|
| **How does Mercedes Benz of Arcadia protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Mercedes Benz of Arcadia collect my personal information?** | We collect your personal information, for example, when you<br><br>■ Apply for financing<br>■ Apply for a lease<br>■ Provide employment information<br>■ Give us your contact information<br>■ Show your driver's license<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>■ sharing for affiliates' everyday business purposes–information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to independently market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Our affiliates are Rusnak/Pasadena, Rusnak/Westlake and Rusnak Corporation.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Mercedes Benz of Arcadia does not share with nonaffiliates so they can market to you.* |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *Mercedes Benz of Arcadia does not jointly market with nonaffiliated financial companies.* |

## Other important information

By signing below, you acknowledge receipt of this **Privacy Notice:**

| Signature | Date | Signature | Date |
|---|---|---|---|
| Print Name | | Print Name | |

## Reveal ID Document Report

Capture Date and Time:   Monday, May 06, 2019 2:41:34 PM
Document Type:            Arizona (AZ) Driver License (2014)
Document Number:          ███202

Issue Date:               4/3/2019
Expiration Date:          2/16/2036

Result:                   Passed

### Images



Front [Visible]



Front [Infrared]



Back [Visible]

### Biographic Information



| | | | |
|---|---|---|---|
| Name: | MICHAEL JOHN AVENATTI | Height: | 6' 0" |
| Birth Date: | ███1971 | Weight: | 175 |
| Age: | 48 | Hair Color: | BROWN |
| Gender: | Male | Eye Color: | BLUE |
| Address: | ██████████ | | |
| | LAKE HAVASU CITY, AZ 86406-7373 | | |

ActiveReports Evaluation. Copyright 2002-2003 (c) Data Dynamics, Ltd. All Rights Reserved.

**Ex. 43 - Page 4 of 21**

## STATEMENT OF FACTS

**Complete the appropriate section(s) in full (including vehicle description) and sign Section H.**

| LICENSE PLATE/CF NUMBER | VEHICLE/VESSEL ID NUMBER | YEAR/MAKE |
|---|---|---|
| | | |

### E. STATEMENT FOR VEHICLE BODY CHANGE (OWNERSHIP CERTIFICATE REQUIRED)

The current market value of the vehicle or vessel is:  $_____ .

Changes were made at a cost of $_____ on this date _____ .

This is what I changed:  *Check all that apply:*
☐ Unladen Weight changed because _____ (Public Weighmaster Certificate is required.  Exception: Trailers)
☐ Motive Power changed from _____ to _____ .
☐ Body Type changed from _____ to _____ .
☐ Number of Axles changed from _____ to _____ .

### F. NAME STATEMENT (OWNERSHIP CERTIFICATE REQUIRED)

*Please print*

☐ I, _____ and _____ are one and the same person.

☐ My name is misspelled. Please correct it to: _____

☐ I am changing my name from _____ to _____

### G. STATEMENT OF FACTS

I, the undersigned, state:

MODEL: S550
VIN#:  WDDUG8CB8EA008895

I, MICHAEL JOHN AVENATTI, WILL BE RESPONSIBLE FOR THE REGISTRATION AND TITLING OF ABOVE
VEHICLE IN ARIZONA.

### H. APPLICANT'S SIGNATURE

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINTED LAST NAME AVENATTI | FIRST NAME MICHAEL | MIDDLE NAME JOHN | DAYTIME PHONE NUMBER |
|---|---|---|---|
| SIGNATURE X | | | DATE 05/06/2019 |

REG 256 (REV. 8/2008) WWW

CDTFA-447 REV. 8 (8-17)
**STATEMENT PURSUANT TO SECTION 6247**
**OF THE CALIFORNIA SALES AND USE TAX LAW**

STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

The timely acceptance in good faith by the seller of this CDTFA-447, properly completed, will relieve the seller of liability for failure to collect use tax from the purchaser. The seller must retain the original statements. Where the seller does not collect the use tax from the purchaser and it is determined that the vehicle was purchased for use in California, the purchaser must pay the applicable use tax to the California Department of Tax and Fee Administration (CDTFA). Note: This CDTFA-447 only relieves the seller of the duty to collect use tax from the purchaser, and does not relieve the seller from sales tax, which will usually apply if the property is delivered to the purchaser in California. That is, this CDTFA-447 is useful only where the property is delivered to the purchaser outside California, and the seller will have the burden to show such out-of-state delivery. The seller may use CDTFA-448, *Statement of Delivery Outside California*, to help document actual delivery to the purchaser outside California.

**NOTICE TO PURCHASER**

Please note that if this vehicle is brought into California for any reason, other than qualifying warranty or repair service, within the first 12 months of its delivery, it shall be presumed that you have purchased the vehicle for use in California and you may owe California use tax. If use tax applies, you must pay it directly to the CDTFA. Since you are claiming that this vehicle is not purchased for use in California, *it is important that for the first 12 months of ownership, you obtain documentary evidence of the place of use of this vehicle (for example, proof of registration in another state, gas and/or service receipts, credit card statements, check registers, travel logs, lodging, or campground receipts, etc.).* Because the CDTFA may have up to eight years to determine whether your vehicle was actually purchased for use in California, you should retain records for at least eight years showing your out-of-state use during the first 12 months after your purchase. For more detailed information, please contact the CDTFA's Customer Service Center at 1-800-400-7115 (TTY:711) or the CDTFA's Consumer Use Tax Section at 1-916-445-9524. You may find forms and publications on our website at *www.cdtfa.ca.gov.*

**To be completed by the purchaser.** *(please type or print)*

I have an address or I am stationed in the military within the State of California. **My California Address is:**

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**My California Mailing Address is** *(if different from address above):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

I certify that the vehicle described below is being purchased for use outside California and not for storage, use, or other consumption in California, and will be used at the following out-of-state address *(cannot be a P.O. Box):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | LAKE HAVASU CITY | AZ | 86406 |

This vehicle will be delivered to me at the following out-of-state address *(cannot be a P.O. Box):*

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | LAKE HAVASU CITY | AZ | 86406 |

| DRIVER LICENSE NUMBER | STATE | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| 202 | AZ | |

| NAME OF PURCHASER *(please print)* | SIGNATURE | DATE |
|---|---|---|
| MICHAEL JOHN AVENATTI | | 5/6/2019 |

**Fraudulent use of this statement to avoid the payment of California sales and use tax may result in severe penalties.**

**To be completed by the seller.** *(please type or print)*

**Vehicle Description:**

| YEAR | MAKE | MODEL |
|---|---|---|
| 2014 | MERCEDES BENZ | S550 |

| VIN/LICENSE NUMBER | PURCHASE PRICE | DATE OF PURCHASE |
|---|---|---|
| WDDUG8CB8EA008895 | $48988.00 | 5/6/2019 |

**Name and Address of California seller:**

| NAME | CDTFA SELLER'S PERMIT NUMBER | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| MERCEDES-BENZ OF ARCADIA | | ( 626 ) 462-3000 |

| STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 101 N SANTA ANITA AVE | ARCADIA | CA | 91006 |

| NAME OF AGENT *(please print)* | SIGNATURE | DATE |
|---|---|---|
| MICHAEL HWANG | | 5/6/2019 |

**NOTICE TO SELLER**

Please provide a copy of this form to the purchaser and retain the original for your records. This transaction is subject to audit. We request that, within 30 days of the date of delivery to the purchaser, you send a copy of this statement, a copy of the purchase contract, and a copy of the completed CDTFA-448, *Statement of Delivery Outside California*, to the address below.

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
Consumer Use Tax Section
PO Box 942879
Sacramento, CA 94279-0037

**DMV** A Public Service Agency

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

DEAL: 680321
STK#: 35P00172

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**
This form is not the ownership certificate. It must accompany the titling document or
Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| WDDUG8CB8EA008895 | 2014 S550 | MERCEDES-BENZ | 7ETG892 | |

### SECTION 2 — BILL OF SALE

I/We **Mercedes Benz of Arcadia** _____ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to **MICHAEL JOHN AVENATTI** on | 05 | 06 | 2 0 1 9 | for the amount of | $ **Value Received**
PRINT BUYER'S NAME(S)    MO    DAY    YEAR    (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.) $ _____
(GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

The odometer now reads | 0 | 1 | 8 | 2 | 3 | 9 | /10 ths (no tenths) miles, and to the best of my knowledge
reflects the ACTUAL mileage unless one of the following statements is checked.

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is NOT the actual mileage     ☐ Mileage EXCEEDS the odometer mechanical limits
Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

#### BUYER'S SECTION

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under
the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| MICHAEL JOHN AVENATTI | X | 05/06/2019 | 202 |
| PRINT BUYER'S NAME | X SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | X SIGNATURE | DATE | DL/ID OR DEALER/DISM # |

| BUYER'S MAILING ADDRESS | CITY LAKE HAVASU CITY | STATE AZ | ZIP CODE 86406 | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|

#### SELLER'S SECTION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Mercedes Benz of Arcadia | X | 05/06/2019 | 53833 |
| PRINT SELLER'S NAME | X SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | X SIGNATURE | DATE | DL/ID OR DEALER/DISM # |

| SELLER'S MAILING ADDRESS 101 N Santa Anita Ave. | CITY Arcadia | STATE CA | ZIP CODE 91006 | DAYTIME TELEPHONE NO. 626/447-1117 |
|---|---|---|---|---|

### SECTION 5 — POWER OF ATTORNEY

I/We **MICHAEL JOHN AVENATTI** appoint **Mercedes Benz of Arcadia**
PRINT NAME(S)    PRINT NAME(S)
as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 05/06/2019 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X | 05/06/2019 |

REG 262 (REV. 10/2011)

DEAL #:680321

# Pre-Contract Disclosure (Retail Installment Sale Contract)

30142

CUST #:242405

| **Identification of Parties** | | | | | | |
|---|---|---|---|---|---|---|
| Buyer Name(s) ("you") | | | | | | Contract Date |
| **MICHAEL JOHN AVENATTI** | | | | | | |
| Address: Street | | City | State | | Zip | Buyer's Telephone |
| | | **LAKE HAVASU CITY** | **AZ** | | **86406** | **05/06/2019** |
| Dealership | | | | | | Dealer's Telephone |

| **Identification of Vehicle ("Vehicle")** | | | | |
|---|---|---|---|---|
| Year | Make | Model | VIN | |
| **2014** | **MERCEDES-BEN** | **S550** | **WDDUG8CB8EA008895** | |

## Optional Goods and Services

The following goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

☐ Optional Theft Deterrent Device(s):

   (1) **N/A**     $ _____ **N/A**

   (2) **N/A**     $ _____ **N/A**

   (3) **N/A**     $ _____ **N/A**

☐ Optional Surface Protection Product(s):

   (1) **N/A**     $ _____ **N/A**

   (2) **N/A**     $ _____ **N/A**

☐ Optional Service Contract(s):

   (1) **N/A**     $ _____ **N/A**

   (2) **N/A**     $ _____ **N/A**

   (3) **N/A**     $ _____ **N/A**

   (4) **N/A**     $ _____ **N/A**

   (5) **N/A**     $ _____ **N/A**

☐ Optional Debt Cancellation Agreement(s): **N/A**     $ _____ **N/A**

☐ Optional Vehicle Contract Cancellation Option Agreement: **N/A**     $ _____ **N/A**

☐ Optional Insurance Product: __ **N/A**     $ _____ **N/A**

Total $ _____ **N/A**

Installment Payment EXCLUDING Listed Items:    $ __ **49073.00**

Installment Payment INCLUDING Listed Items:    $ __ **49073.00**

**THE ABOVE INSTALLMENT PAYMENTS INCLUDE THE ITEMS DESCRIBED ABOVE, THE PRICE OF THE VEHICLE, GOVERNMENT FEES AND TAXES, FINANCE CHARGES, AND THE ADDITIONAL CHARGES SHOWN BELOW.**

| **Other Goods, Services and Miscellaneous Charges** | | | | |
|---|---|---|---|---|
| Cash Price of Additional Accessories | $ ___ **N/A** | Emissions Testing Charge | $ ___ | **N/A** |
| Other (Nontaxable) | | Prior Credit or Lease Balance | $ ___ | **N/A** |
|   **N/A** | $ ___ **N/A** | | | |
|   **N/A** | $ ___ **N/A** | Other (to whom paid) **N/A** | $ ___ | **N/A** |
| EV Charging Station | $ ___ **N/A** | For: **N/A** | | |
| Electronic Vehicle Registration or Transfer Charge | $ ___ **N/A** | Other (to whom paid) **N/A** | $ ___ | **N/A** |
| Document Processing Charge | $ ___ **85.00** | For: **N/A** | | |

By signing below, you acknowledge:

- All of the charges described above will be included in the retail installment sale contract accompanying the purchase of the Vehicle.
- This document was presented to you prior to signing the retail installment sale contract and you consent to including all the above charges in the retail installment sale contract.
- The goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

**05/06/2019**     ☒ _____     ☒ _____ **N/A**

Date     Buyer's Signature        Co-Buyer's Signature

**ℒAW** FORM NO. LAWCA-PCD 3/19_e (Rev. 3/19)     73488*1*MB-FI
© 2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# DUE BILL

DEAL # 680321
STK # 35P00172

Contract #: 725658

**Service Hours**

**Service Phone Number**

**Sales Manager** WILLY CHIA

| Identification of Parties | | | | | | |
|---|---|---|---|---|---|---|
| Buyer/Lessee Name(s) ("you") MICHAEL JOHN AVENATTI | | | | | Phone | |
| Address | Street | | City LAKE HAVASU CITY AZ 86406 | State | Zip | Contract Date 05/06/2019 |
| Dealership ("dealer") Mercedes Benz of Arcadia | | | | | Salesperson OVSEPYAN | |

| Identification of Vehicle ("Vehicle") | | | | | |
|---|---|---|---|---|---|
| Year 2014 | Make MERCEDES-BENZ | Model S550 | VIN WDDUG8CB8EA008895 | | Stock Number 35P00172 |

### Section A: Acknowledgment of Work

You acknowledge that the work described in this Section A, if any, is the only work that you are entitled to have performed at no additional charge. If you request any additional work, dealer will provide you with an estimate of charges for your approval prior to performing the additional work.

A.1.  **NONE**

A.2.

A.3.

A.4.

A.5.

### Section B: Acknowledgment of Accessories

You acknowledge that the charges for the accessories described in this Section B, if any, were disclosed to you and included in the retail installment sale or lease contract you entered into for the purchase or lease of the Vehicle with your consent. These accessories are the only accessories that you are entitled to have installed at no additional charge. If you request additional accessories, dealer will provide you with an estimate of charges for your approval prior to installation of such accessories.

B.1.  **NONE**

B.2.

B.3.

B.4.

B.5.

PLEASE NOTE THAT LOANER CARS WILL NOT BE AVAILABLE WHILE THE WORK/INSTALLATION IS BEING PERFORMED
PLEASE CONTACT OUR SERVICE DEPARTMENT AS SOON AS POSSIBLE TO SCHEDULE AN APPOINTMENT

05/06/2019
Date _____ Buyer's Signature _____ Co-buyer's Signature

05/06/2019
Date _____ Dealer Representative's Signature

**LAW** FORM NO. LAWCA-412-eps (REV. 7/13)
© 2013 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Contract #: 136348

**DEAL # 680321**
**STK # 35P00172**

# THUMBPRINT VERIFICATION FORM

| BUYER/LESSEE NAME | | | TODAY'S DATE | |
|---|---|---|---|---|
| MICHAEL JOHN AVENATTI | | | 05/06/2019 | |

| ADDRESS (STREET) | | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | LAKE HAVASU CITY | AZ | 86406 |

| YEAR | MAKE | MODEL | VIN | |
|---|---|---|---|---|
| 2014 | MERCEDES-BENZ | S550 | WDDUG8CB8EA008895 | |

This Dealership is committed to the prevention of identiy theft. It is our policy to take a thumbprint of anyone who is purchasing a vehicle on credit or leasing a vehicle.

The box contains the buyer/lessee's:

☒ Right thumbprint

☐ Other (please specify) _____

This print was taken by: _____ **MICHAEL HWANG** _____
Dealer Representative's Printed Name

_____
Dealer Representative's Signature

© BPI Custom Printing Form # 451 • (800) 339-9686 Nationwide • (800) 296-3316 Northern California • www.bpicustomprinting.com
The Printer makes no warranty, expressed or implied, as to content or fitness for purposes of this form.

Buyer 1 Name   MICHAEL   JOHN   AVENATTI

Buyer 2 Name

Name & Address Verified?

Rep Initials

Complete Address   LAKE HAVASU CITY. AZ 86406

## SOLD VEHICLE   Stock # 35P00172

Year  2014   Make  MB   Model  S550   Odometer  18239

VIN   W D D U 6 8 C B 8 E A 0 0 8 8 9 5

VIN Verified By   Joseph
Print Name               Signature

Number of License Plates   ☐ 0 ☐ 1 ☒ 2   Plate # 7ETG852   Exp Date 4/20

CA Temp Tag Number

FSM   MICHAEL HWANG   FSM Initials
Print Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRADE-IN VEHICLE   Stock # _____

Registered Owner 1 Name _____

Registered Owner 2 Name _____

Year _____ Make _____ Model _____ Odometer _____

VIN

VIN Verified By _____
Print Name               Signature

Number of License Plates   ☐ 0 ☐ 1 ☐ 2   Plate # _____ Exp Date _____

License State _____ Title Received? Y / N   Outstanding Reg Fees Collected?   Y / N

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Front and Rear Temp Tag Installed on Vehicle at Delivery?   Y / N

Installed By _____          _____
Print Name          Signature          Date

Buyer 1 Signature _____   Date  5/6/19

Buyer 2 Signature _____   Date _____

The Reynolds and Reynolds Company CC741694 Q (01/19)

# Used Vehicle Disclosure

DEAL# 680321
CUST# 242405
006003

## Identification of Parties

| Buyer Name(s) ("you", "your")<br>**MICHAEL JOHN AVENATTI** | | | | | Contract Date<br>**05/06/2019** |
| --- | --- | --- | --- | --- | --- |
| Address<br>~~3027 N. DESERT HOOK DR~~ | City<br>**LAKE HAVASU CITY** | State<br>**AZ** | | Zip<br>**86406** | Buyer's Telephone |
| Dealership ("Dealer", "we," "us," "our")<br>**Mercedes Benz of Arcadia** | | | | | Dealer's Telephone<br>**626-447-1117** |

## Identification of Vehicle ("Vehicle")

| Year<br>**2014N/A** | Make<br>**MERCEDES-BENZ** | Model<br>**S550** | VIN<br>**WDDUG8CB8EA008895** |
| --- | --- | --- | --- |

The Vehicle you are purchasing is used. You have the right to have this Vehicle inspected by an independent third party, either on or off the premises, at your own expense, and with the approval of the dealer.

_____      _____ **N/A** _____
Buyer Signature                         Co-Buyer Signature

## Accident History – Vehicle History Report

A vehicle history report concerning the Vehicle ("Report") was provided to you. You understand that Dealer obtained this Report from an unaffiliated, third-party service provider. Dealer is not responsible for any errors or omissions in this Report. This Report is provided as a courtesy and is for your information only.

| (Initial) (Initial) | |
| --- | --- |
| **N/A** | REPORT OF PRIOR ACCIDENT(S) |

According to the Report, the Vehicle **HAS** been in an accident and/or **HAS** sustained damage.

| (Initial) (Initial) | |
| --- | --- |
| **N/A** | NO REPORT OF PRIOR ACCIDENT(S) |

**N/A** According to the Report, the Vehicle has **NOT** been in an accident and has **NOT** sustained damage. You further acknowledge that:

(Initial all) (Initial all)

**N/A** Additional vehicle history and/or prior accident information may be added to the Report by the unaffiliated third-party service provider after the date of the Report; AND

**N/A** No dealership employee has promised or represented to you that the Vehicle has not been in a traffic or other accident; AND

**N/A** No dealership employee has promised or represented to you that the Vehicle has not sustained damage.

## Inspection Report – If Applicable

☒ **If this box is checked, the Vehicle is a "certified" used vehicle. You acknowledge receiving a copy of the certified used vehicle inspection report. (NOTE: Dealer may use a separate form acknowledging receipt of the certified used vehicle inspection report.)**

_____      _____ **N/A** _____
Buyer Signature                         Co-Buyer Signature

**LAW** FORM NO. LAWCA-UVHD-EX19_e (REV. 3/19)<br>Copyright © 2019 Auto Advisory Services.<br>THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS<br>FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

72759*1*MB-FI
Page 1 of 2

Customer Initials _____   Co-Customer Initials **N/A**
The Reynolds and Reynolds Company

**Ex. 43 - Page 12 of 21**

## ℐLAW 553-CA-ARB 7/16

Pg. 11/18

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Dealer Number **53833**   Contract Number ____   R.O.S. Number ____   Stock Number **35P00172**
DEAL# 680321

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MICHAEL JOHN AVENATTI <br><br> LAKE HAVASU CITY AZ 86406 <br> MOHAVE   COUNTY | N/A | Mercedes Benz of Arcadia <br> 101 N Santa Anita Ave. <br> Arcadia, CA 91006 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | MERCEDES-BEN S550 | 18239 | WDDUG8CB8EA008895 | Personal, family or household unless otherwise indicated below. <br> ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you. | Amount Financed <br> The amount of credit provided to you or on your behalf. | Total of Payments <br> The amount you will have paid after you have made all payments as scheduled. | Total Sale Price <br> The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00(e) | $ 49073.00(e) | $ 49073.00(e) | $ 49073.00(e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 1 | 49073.00 | Monthly beginning 05/06/2019 |
| N/A | N/A | N/A |
| One final payment | | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories ____ $ 48988.00 (A)
      1. Cash Price Vehicle ____ $ 48988.00
      2. Cash Price Accessories ____ $ N/A
      3. Other (Nontaxable)
         Describe N/A ____ $ N/A
         Describe N/A ____ $ N/A
   B. Document Processing Charge (not a governmental fee) ____ $ 85.00 (B)
   C. Emissions Testing Charge (not a governmental fee) ____ $ N/A (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) N/A ____ $ N/A (D1)
      2. (paid to) N/A ____ $ N/A (D2)

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

|  |  | Term | Premium |
|---|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | | N/A Mos | $ N/A |
| $ N/A Ded. Collision | | N/A Mos | $ N/A |
| Bodily Injury $ N/A Limits | | N/A Mos | $ N/A |
| Property Damage $ N/A Limits | | N/A Mos | $ N/A |
| Medical N/A | | N/A Mos | $ N/A |
| Total Vehicle Insurance Premiums | | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X ____
Co-Buyer X N/A
Seller X Mercedes Benz of Arcadia

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X N/A

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

I1 Company N/A
Term N/A Mos. or N/A Miles
I2 Company N/A
Term N/A Mos. or N/A Miles

**Ex. 43 - Page 13 of 21**

| | | |
|---|---|---|
| E. (Optional) Surface Protection Product(s) | | |
| 1. (paid to) __N/A__ | $ __N/A__ (E1) | |
| 2. (paid to) __N/A__ | $ __N/A__ (E2) | |
| F. EV Charging Station (paid to) __N/A__ | $ __N/A__ (F) | |
| G. Sales Tax (on taxable items in A through F) | $ __N/A__ (G) | |
| H. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (paid to) __N/A__ | $ __N/A__ (H) | |
| I. (Optional) Service Contract(s) | | |
| 1. (paid to) __N/A__ | $ __N/A__ (I1) | |
| 2. (paid to) __N/A__ | $ __N/A__ (I2) | |
| 3. (paid to) __N/A__ | $ __N/A__ (I3) | |
| 4. (paid to) __N/A__ | $ __N/A__ (I4) | |
| 5. (paid to) __N/A__ | $ __N/A__ (I5) | |
| J. Prior Credit or Lease Balance (e) paid by Seller to Vehicle 1 __N/A__ Vehicle 2 __N/A__ (see downpayment and trade-in calculation) | $ __N/A__ (J) | |
| K. (Optional) Debt Cancellation Agreement | $ __N/A__ (K) | |
| L. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ __N/A__ (L) | |
| M. Other (paid to) __N/A__ For __N/A__ | $ __N/A__ (M) | |
| N. Other (paid to) __N/A__ For __N/A__ | $ __N/A__ (N) | |
| Total Cash Price (A through N) | $ __49073.00__ (1) | |

2. Amounts Paid to Public Officials  **ESTIMATE**

| | | |
|---|---|---|
| A. Vehicle License Fees | $ __N/A__ (A) |
| B. Registration/Transfer/Titling Fees | $ __N/A__ (B) |
| C. California Tire Fees | $ __N/A__ (C) |
| D. Other __N/A__ | $ __N/A__ (D) |
| Total Official Fees (A through D) | $ __N/A__ (2) |

3. Amount Paid to Insurance Companies
(Total premiums from Statement of Insurance) ........ $ __N/A__ (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee ........ $ __N/A__ (4)

5. Subtotal (1 through 4) ........ $ __49073.00__ (5)

6. Total Downpayment

| | | |
|---|---|---|
| A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)): Vehicle 1 $ __N/A__ Vehicle 2 $ __N/A__ | $ __N/A__ (A) |
| B. Total Less Prior Credit or Lease Balance (e) Vehicle 1 $ __N/A__ Vehicle 2 $ __N/A__ | $ __N/A__ (B) |
| C. Total Net Trade-In (A–B) (indicate if negative number) Vehicle 1 $ __N/A__ Vehicle 2 $ __N/A__ | $ __N/A__ (C) |
| D. Deferred Downpayment Payable to Seller | $ __N/A__ (D) |
| E. Manufacturer's Rebate | $ __N/A__ (E) |
| F. Other __N/A__ | $ __N/A__ (F) |
| G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card | $ __N/A__ (G) |
| Total Downpayment (C through G) | $ __0.00__ (6) |

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

7. Amount Financed (5 less 6) ........ $ __49073.00__ (7)

| | | |
|---|---|---|
| Term __N/A__ Mos. or __N/A__ Miles | | |
| I4 Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Miles | | |
| I5 Company __N/A__ | | |
| Term __N/A__ Mos. or __N/A__ Miles | | |
| Buyer X __N/A__ | | |

**Trade-In Vehicle(s)**

1. Vehicle 1
Year __N/A__ Make __N/A__
Model __N/A__ Odometer __N/A__
VIN __N/A__

| | | |
|---|---|---|
| a. Agreed Value of Property | $ __N/A__ |
| b. Buyer/Co-Buyer Retained Trade Equity | $ __N/A__ |
| c. Agreed Value of Property Being Traded-In (a–b) | $ __N/A__ |
| d. Prior Credit or Lease Balance | $ __N/A__ |
| e. Net Trade-In (c–d) (must be ≥ 0 for buyer/co-buyer to retain equity) | $ __N/A__ |

2. Vehicle 2
Year __N/A__ Make __N/A__
Model __N/A__ Odometer __N/A__
VIN __N/A__

| | | |
|---|---|---|
| a. Agreed Value of Property | $ __N/A__ |
| b. Buyer/Co-Buyer Retained Trade Equity | $ __N/A__ |
| c. Agreed Value of Property Being Traded-In (a–b) | $ __N/A__ |
| d. Prior Credit or Lease Balance | $ __N/A__ |
| e. Net Trade-In (c–d) (must be ≥ 0 for buyer/co-buyer to retain equity) | $ __N/A__ |

| | | |
|---|---|---|
| Total Agreed Value of Property Being Traded-In (1c+2c) | $ __N/A__ |
| Total Prior Credit or Lease Balance (1d+2d) | $ __N/A*__ |
| Total Net Trade-In (1e+2e) | $ __N/A__ |

(*See item 6A–6C in the Itemization of Amount Financed)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before __N/A__ , Year __N/A__ .
SELLER'S INITIALS __N/A__

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X ____
Co-Buyer Signs X __N/A__

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.
Buyer Signature X __N/A__                    Co-Buyer Signature X __N/A__

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: __N/A__

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X ____                    Co-Buyer Signs X __N/A__

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X ____                    Co-Buyer X __N/A__

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES

**Ex. 43 - Page 14 of 21**

(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

**7. Amount Financed** (5 less 6)     $ **49073.00** (7)

Buyer Signs X _____ /
Co-Buyer Signs X **N/A**

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.

Buyer Signature X **N/A**       Co-Buyer Signature X **N/A**

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable: **N/A**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _____       Co-Buyer Signs X **N/A**

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____       Co-Buyer X _____ **N/A**

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____     X _____ **N/A**

NO ADDITIONAL TERMS TO BE ENTERED IN THIS BOX

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____       Co-Buyer Signature X **N/A**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

| THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION | YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU |
|---|---|
| California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details. | CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED IN COPY WHEN YOU SIGNED IT. |

Buyer Signature X _____ Date **05/06/19**   Co-Buyer Signature X **N/A**   Date **N/A**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X **N/A**       Address **N/A**

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this amount of the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____ Date _____    Guarantor X _____ Date _____

Address _____    Address _____

Seller Signs **Mercedes Benz of Arcadia**   Date **05/06/19**   By X _____   Title **MGR.**

**LAW** FORM NO. 553-CA-ARB (REV. 7/16)
©2016 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM.

ORIGINAL LIENHOLDER

**Ex. 43 - Page 15 of 21**

**MERCEDES-BENZ OF ARCADIA**

101 North Santa Anita Ave.
Arcadia, CA 91006
826-701-8904
Mercedes-Benz   www.rusnakonline.com

PAGE   1 OF   1

31346

| AMOUNT | PAID BY | COMMENT |
|--------|---------|---------|
| 52,983.28 | CC | CHK#5231509042 R#50670 D#680364 |
| | | S#35P00172 US BANK |

CHRISTINE A CARLIN

NEWPORT BEACH   CA   92660

242449

TOTAL RECEIVED:   $52,983.28

DATE-TIME: 09MAY2019 14:06
CASHIER: MARIAH
LOCATION:
CASH DRAWER:

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|----|---------|----|---------|--------|---------|----------|
| 300 | 50 | 300 | 51101 | 52,983.28 | 31346 | |
| | | 300 | 51302 | -52,983.28 | 242449 | |

**CUSTOMER COPY**



**USbank**   **CASHIER'S CHECK**   No. 5231509042   90-3582 / 1222

#31346

DATE:   MAY 09, 2019

PAY   FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

$   52,983.28

TO THE
ORDER OF:   MERCEDES BENZ OF ARCADIA

PURPOSE/REMITTER: CHRISTINE CARLIN

Location:   5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆5231509042⑆ ⑈122235821⑈153410023953⑈



Mercedes-Benz of Arcadia
101 North Santa Anita Avenue
Arcadia, CA 91006
(626) 447-1817

SALES DEPARTMENT

60670

RECEIPT NO

CUST. NO. | KEY | CASH RECEIPTS JOURNAL SOURCE

ACCOUNT | ACCT NO | AMOUNT | KEY

CHRISTINE A CARLIN

DATE 5-9-19

$ 52,983

RECEIVED OF

Dock # 686384    GR# 35P0017    $ 52,983

Cost 7 262.94 Tc

| DETAIL | ACCOUNT | NOTE | HOW PAID | | |
|--------|---------|------|----------|--|--|
| AMOUNT DUE | | | CASH | | |
| AMOUNT PAID | 52,983 | | CHECK | ✓ | |
| | | | CREDIT CARD | | |
| | | | DRAFT | | |
| BALANCE DUE | | | MONEY ORDER | BY | Thank You |

FORM CTN-139-H2 (10/09)

---

## usbank

### CASHIER'S CHECK    No. 5231509042

90-3582
1222

PAY    DATE:  MAY 09, 2019

FIFTY TWO THOUSAND NINE HUNDRED EIGHTY THREE DOLLARS AND 28 CENTS

TO THE
ORDER OF:  MERCEDES BENZ OF ARCADIA          $  52,983.28

PURPOSE/REMITTER: CHRISTINE CARLIN

Location:  5231 Arcadia Foothill

U.S. Bank National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

⑆5231509042⑆ ⑆122235821⑆ 1534100239 53⑆

---



**Patrice May**
Assistant Manager
NMLS #727702

626.445.6040 branch
800.872.2657 24-hour banking
patrice.may@usbank.com

## usbank

Arcadia
101 E Foothill Blvd
LM-CA-5231
Arcadia, CA 91006-2506

usbank.com

DEAL #:880364

# Pre-Contract Disclosure (Retail Installment Sale Contract)

CUST #:242449

30153

| **Identification of Parties** | | | | | |
|---|---|---|---|---|---|
| Buyer Name(s) ("you")<br>**CHRISTINE A CARLIN** | | | | | Contract Date |
| Address:        Street<br>**1436 SEARIDGE** | | City<br>**NEWPORT BEACH** | State<br>**CA** | Zip<br>**92660** | Buyer's Telephone<br>**05/09/2019** |
| Dealership | | | | | Dealer's Telephone |

| **Identification of Vehicle ("Vehicle")** | | | | |
|---|---|---|---|---|
| Year<br>**2014** | Make<br>**MERCEDES-BEN** | Model<br>**S550** | VIN<br>**WDDUG8CB8EA008895** | |

**Optional Goods and Services**

The following goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

☐ Optional Theft Deterrent Device(s):

  (1) N/A ........................................................ $ _____ N/A

  (2) N/A ........................................................ $ _____ N/A

  (3) N/A ........................................................ $ _____ N/A

☐ Optional Surface Protection Product(s):

  (1) N/A ........................................................ $ _____ N/A

  (2) N/A ........................................................ $ _____ N/A

☐ Optional Service Contract(s):

  (1) N/A ........................................................ $ _____ N/A

  (2) N/A ........................................................ $ _____ N/A

  (3) N/A ........................................................ $ _____ N/A

  (4) N/A ........................................................ $ _____ N/A

  (5) N/A ........................................................ $ _____ N/A

☐ Optional Debt Cancellation Agreement(s): N/A ........................................ $ _____ N/A

☐ Optional Vehicle Contract Cancellation Option Agreement: N/A ........................ $ _____ N/A

☐ Optional Insurance Product: _____ N/A ........................................ $ _____ N/A

                                                                         Total $ _____ N/A

Installment Payment EXCLUDING Listed Items:     $ **52983.28**

Installment Payment INCLUDING Listed Items:     $ **52983.28**

**THE ABOVE INSTALLMENT PAYMENTS INCLUDE THE ITEMS DESCRIBED ABOVE, THE PRICE OF THE VEHICLE, GOVERNMENT FEES AND TAXES, FINANCE CHARGES, AND THE ADDITIONAL CHARGES SHOWN BELOW.**

| **Other Goods, Services and Miscellaneous Charges** | | | | |
|---|---|---|---|---|
| Cash Price of Additional Accessories | $ _____ N/A | Emissions Testing Charge | $ _____ | **50.00** |
| Other (Nontaxable)<br>N/A | $ _____ N/A | Prior Credit or Lease Balance | $ _____ | N/A |
| N/A | $ _____ N/A | Other (to whom paid) N/A<br>For: N/A | $ _____ | N/A |
| EV Charging Station | $ _____ N/A | | | |
| Electronic Vehicle Registration or Transfer Charge | $ _____ **30.00** | Other (to whom paid) N/A | $ _____ | N/A |
| Document Processing Charge | $ _____ **85.00** | For: N/A | | |

By signing below, you acknowledge:

- All of the charges described above will be included in the retail installment sale contract accompanying the purchase of the Vehicle.
- This document was presented to you prior to signing the retail installment sale contract and you consent to including all the above charges in the retail installment sale contract.
- The goods and services are NOT required as a condition to obtaining financing terms for the purchase of the Vehicle.

| **05/09/2019** | _(signature)_ | _(signature)_ N/A |
|---|---|---|
| Date | Buyer's Signature | Co-Buyer's Signature |

*LAW* FORM NO. LAWCA-PCD 3/19_e (Rev 3/19)<br>© 2019  The Reynolds and Reynolds Company<br>THERE ARE  NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE, IF  THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL

73488*1*MB-FI

## Reveal ID Document Report

Capture Date and Time:  Thursday, May 09, 2019 4:07:09 PM
Document Type:          California (CA) Driver License (2010)
Document Number:        █████201

Issue Date:             12/18/2014
Expiration Date:        12/30/2019

Result:                 Passed

### Images



Front [Visible]                          Front [Infrared]



Back [Visible]

### Biographic Information



| Name: | CHRISTINE AVENATTI CARLIN | | Height: | 5' 5" |
| Birth Date: | ████1968 | | Weight: | 150 |
| Age: | 50 | | Hair Color: | BROWN |
| Gender: | Female | | Eye Color: | BROWN |
| Address: | ████████ NEWPORT BEACH, CA 92660 | | | |

Reveal ID Document Report                Page  1  of  1           5/9/2019 4:07:20 PM
AssureID V5.1.23                                                  ARCADIA-AIO-21 (Sales)

ActiveReports Evaluation. Copyright 2002-2003 (c) Data Dynamics, Ltd. All Rights Reserved.

# EXHIBIT 44

Electronically FILED by Superior Court of California, County of Los Angeles on 12/12/2019 03:48 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Soto,Deputy Clerk

Case 8:19-cr-00061-JVS   Document 78-2   Filed 01/14/20   Page 64 of 84   Page ID #:1832

BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Benjamin D. Scheibe (State Bar No. 101327)
  bscheibe@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

FRANK SIMS & STOLPER, LLP
Scott H. Sims (SBN 234148)
  ssims@lawfss.com
Andrew D. Stolper (SBN 205462)
  astolper@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, CA  92612
Telephone (949) 201-2400
Facsimile:  (949) 201-2405

Attorneys for Plaintiff Jason Frank Law PLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| JASON FRANK LAW PLC, a professional law corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. AVENATTI, an individual<br><br>    Defendant. | Case No. BC706555<br>[Hon. Edward B. Moreton, Dept. 44]<br><br>DECLARATION OF ANDREW D. STOLPER<br><br><br>Action Filed:        5/16/2018<br>Trial Date:          None Set |

1

DECLARATION OF ANDREW D. STOLPER

1

### DECLARATION OF ANDREW D. STOLPER

2     I, Andrew D. Stolper, declare and state as follows:

3     1.    I am an attorney at law, duly admitted to practice before this Court and all courts of

4 the State of California. I am a member of Frank Sims & Stolper, LLP, counsel of record for Plaintiff

5 Jason Frank Law PLC in this matter. I have firsthand, personal knowledge of the facts set forth

6 below and if called as a witness could competently testify thereto.

7     2.    On October 18, 2019, I was present at the Los Angeles County Superior Court,

8 Stanley Mosk Courthouse located at 111 N. Hill Street, Los Angeles, California 90012 to conduct

9 the resumption of the judgment debtor examination of Michael J. Avenatti pursuant to this Court's

10 ruling on September 30, 2019 in this matter.

11     3.    During my examination of Mr. Avenatti, he testified that he had not driven to the

12 courthouse and had used Uber to arrive at the courthouse. At the conclusion of the examination, as

13 I was leaving the courthouse, I observed a silver Mercedes Benz S550, California License Plate

14 Number 7ETG892. This appeared to me to be the same Mercedes that I was aware Mr. Avenatti

15 drove to the Sherriff's auction on August 20, 2019.

16     4.    When I approached said vehicle, I encountered James Cameron who I know to be

17 Mr. Avenatti's private driver from the time when I was previously employed by Mr. Avenatti's

18 former firm, Eagan Avenatti. I then used my cell phone to take photos of the vehicle and Mr.

19 Cameron. Attached hereto as Exhibit 1 are true and correct copies of the photographs that I took of

20 Mr. Cameron and Mr. Avenatti's vehicle.

21     I declare under penalty of perjury under the laws of the State of California that the foregoing

22 is true and correct. Executed November 22, 2019 in Irvine, California.

23

24                                        _____

25                                        Andrew D. Stolper

26

27

28

2
DECLARATION OF ANDREW D. STOLPER

Exhibit 1





# EXHIBIT 45



June 11, 2019

Michael Avenatti
520 Newport Center Dr. Ste. 1400
Newport Beach, CA 92660

Dear Michael,

We are pleased to count you as a member of Exclusive Resorts!

This Exclusive Resorts Membership Purchase Agreement, including all attachments and addenda (the "**Purchase Agreement**"), together with the attached Exclusive Resorts Club Membership Terms and Conditions (v10.15), are your new "**Membership Agreement**" and govern your relationship with Exclusive Resorts Club Management, LLC (the "**Club**").

Your Exclusive Resorts Ultra Membership provisional conversion purchase is for a 60 Day Ultra Base Membership Plan and includes a Priority Holiday Reservation (Peak). Your Anniversary Date will remain December 1 each year.

To complete your Exclusive Resorts membership provisional conversion, please (1) sign this Purchase Agreement below and return via DocuSign, email, or fax (1-303-474-6987) and (2) submit the balance of your Upgrade Annual Dues and Other Fees of **$10,700.00**, as shown on Attachment B. In the event the Club does not receive your signed Purchase Agreement and payment of the total amount due, this Purchase Agreement will be void and your existing Club membership will remain in full force and effect. To complete your provisional Club membership conversion purchase, you must submit the Remaining Balance Due to the Club on or before the dates set forth on Attachment A. Please note that failure to pay the Remaining Balance Due will result in the termination of your provisional Club membership as set forth on Attachment C. The Club will return a fully executed copy of your Purchase Agreement to you for your files.

Please do not hesitate to contact me should you have any questions. We look forward to providing you and your family with many more years of truly memorable vacation experiences.

Warm regards,

David Westerman
Senior Manager, Member Acquisitions

**EXISTING CLUB MEMBERSHIP DOCUMENTS DEEMED VOID UPON CONVERSION**

After you submit the documents and payments specified in this conversion Purchase Agreement, the Purchase Agreement and Club Membership Agreement (as well as any other agreements or addenda pertaining to your existing Club membership) will each be deemed void, of no further effect and replaced in their entirety with your conversion Membership Agreement. Please note that your converted Membership Agreement contains certain terms and conditions that are materially different from the terms and conditions of your existing Club membership. These new terms may include, but are not limited to, new Annual Dues. If you resign your converted Club membership, you will not receive a refund of any amounts paid to the Club, including any portion of your Annual Dues. Please review the provisions of your conversion Membership Agreement documents carefully before submitting them to the Club.

Exclusive Resorts Club Management, LLC

Michael Avenatti

Signature _Michael Avenatti_
B9A46E7AC12E474...

6/11/2019

Date

Authorized Officer

Signature _____
0F26E97518714CD...

6/11/2019

Date

## PURCHASE AGREEMENT
### ATTACHMENT A

### CONVERSION CREDIT AND
### CONVERTED CLUB MEMBERSHIP INFORMATION

| Club Member | Michael Avenatti | |
|---|---|---|
| **EXISTING CLUB MEMBERSHIP** | 60 Day Ultra Membership | |
| *Priority Holiday Reservation* | Peak | $79,000.00 |
| *Transfer Fee* | | $320,000.00 |
| *Refundable Membership Deposit* | (Not Paid – Due May 30, 2019) | $220,000.00 |
| **Membership Fee** | | **$619,000.00** |
| Less Refundable Membership Deposit | | ($220,000.00) |
| **Conversion Credit** | | **$399,000.00** |
| The amount paid in connection with your existing Club membership that will be applied to the Total Amount for your converted Club membership. | | |
| **CONVERTED CLUB MEMBERSHIP** | | |
| **Base Membership Plan** | 60 Day Ultra Membership | |
| *Priority Holiday Reservation* | Peak | $79,000.00 |
| *Transfer Fee* | | $420,000.00 |
| **Membership Fee** | | **$499,000.00** |
| **REMAINING BALANCE DUE** | | |
| Amount due on or before July 30, 2019 (Consists of 25% of your Conversion Fee) | | **$25,000.00** |
| Amount due on or before December 21, 2019 (consists of 75% of your Conversion Fee) | | **$75,000.00** |
| **Total Amount for Converted Club Membership** | | **$499,000.00** |
| Conversion Credit | | ($399,000.00) |
| **CONVERSION FEE DUE** | | **$100,000.00** |

**PURCHASE AGREEMENT**
**ATTACHMENT B**

**CONVERTED CLUB MEMBERSHIP ANNUAL DUES INFORMATION**

| 2018 Membership Year Active Membership Plan | 20 Days | |
|---|---|---|
| Annual Dues* | | $26,300.00 |
| Annual Dues Credit | Received 1.7.19 | ($16,200.00) |
| Other Fees* | | $600.00 |
| **UPGRADE ANNUAL DUES (AND RELATED FEES)*** | | **$10,700.00** |

**ADDITIONAL INFORMATION**
**Active Membership Plan Initial Annual Dues**

These are the initial Annual Dues and Other Fees for the Active Membership Plans you may select each Membership Year (which will be adjustable in accordance with Section 3.A of your Exclusive Resorts Club Membership Terms and Conditions).

*The Annual Dues and Other Fees amounts reflect a discount for payment by check or wire. If you pay by credit card, the undiscounted rates will apply.

| 2019 Active Membership Plan | Annual Dues | Other Fees |
|---|---|---|
| 60-day | $81,000 | $2,100 |
| 50-day | $67,500 | $1,750 |
| 40-day | $54,000 | $1,400 |
| 30-day | $40,500 | $1,050 |
| 20-day | $27,000 | $700 |

**FOR PAYMENT BY CHECK**
Payee: Exclusive Resorts Club Management, LLC
    Attention: Sales Operations
    1515 Arapahoe Street
    Tower 3, Suite 500
    Denver, CO 80202

**FOR PAYMENT BY WIRE TRANSFER**
Bank Name – Wells Fargo Bank, N.A.
Bank Address – 1050 Seventeenth Street, Denver, CO 80265
Phone: (303) 899-4625
ABA # - 121000248
Swift Code (for international wires) – WFBIUS6WFFX
Account # - 5229875702
Account Name - Exclusive Resorts Club Management, LLC
Re: Conversion Payment – Michael Avenatti



**PURCHASE AGREEMENT**
**ATTACHMENT C**

**ADDITIONAL TERMS AND CONDITIONS**

The following additional terms and conditions apply to your Club membership. To the extent that they conflict with your Exclusive Resorts Club Membership Terms and Conditions, this Purchase Agreement controls.

1. PROVISIONAL CLUB MEMBERSHIP CONVERSION. You will be entitled to all benefits of your converted Club membership under your Membership Agreement on a provisional basis as of the date your converted Club membership is activated, subject to your payment of the Remaining Balance Due on or before the dates set forth on Attachment A. Once the Remaining Balance Due is paid in full, your provisional converted Club membership will be converted automatically to a full Club membership without any further action by you or the Club. In the event you fail to pay any portion of the Remaining Balance Due on or before the payment dates set forth on Attachment A, your provisional converted Club membership will be terminated effective on the date such payment was due, all reservations will be cancelled, and you will not be entitled to a refund of any nonrefundable amounts you have paid to the Club, including your Membership Fee and Annual Dues. **You agree that this is fair and reasonable.**

2. MEMBERSHIP TERM. In accordance with Section 5.A of your Exclusive Resorts Club Membership Terms and Conditions, your converted Membership Agreement will terminate on the earlier of (i) your resignation from or termination by the Club, or (ii) November 30, 2039.

3. ULTRA BASE MEMBERSHIP PLAN. Your Base Membership Plan is Ultra and includes 60 Plan Days. Depending on which Active Membership Plan you select each Membership Year, you may use the following Priority Holiday Reservation:

| Active Membership Plan | 20-day | 30-day | 40-day | 50-day | Ultra (60-day) |
|---|---|---|---|---|---|
| Priority Holiday Reservations (and type) | 1 (Select) | 1 (Peak) | 1 (Peak) | 1 (Peak) | 1 (Peak) |

4. RESIDENCE COLLECTION PRE-BOOK. For new property releases within the Residence Collection selected by the Club, you have the ability to request one reservation per Membership Year for one Club Property prior to the general release, subject to the following terms and conditions:
   a. All pre-booked reservation requests must be made through your Ambassador;
   b. This benefit may not be used to pre-book reservations for any Holiday Week, as identified by the Club;
   c. Pre-booked reservations under this benefit may only be reserved in up to 20% of the inventory in each available destination for any given week. For example, if a destination has ten homes, a maximum of two homes may be pre-booked for any given week under this benefit;
   d. If more reservation requests for pre-booked reservations than can be accommodated under this benefit are received by midnight (Mountain Time) on the Monday immediately preceding the day on which the general release period opens, the Club will award reservations on a random basis from those requests;
   e. Pre-booked reservations may be cancelled without penalty at any time before the applicable general release period opens. After that time, the same cancellation penalties specified in your Membership Agreement will apply to any cancellation;
   f. This benefit may be used only for general releases for new Club Properties in the Residence Collection and cannot be used for general releases of existing Club Properties (i.e., Tuscany summer releases);
   g. This benefit may not be available for all general releases for new property releases in the sole discretion of the Club; you should contact your Ambassador to determine if a particular general release is eligible for pre-booking requests under this benefit;
   h. The ability to request pre-booked reservations under this benefit will end upon the opening of the general release period;
   i. Reservations pre-booked under this benefit are subject to all other standard booking rules for Advanced Reservations (i.e., may be for a maximum of 7 nights) unless booked within the Space Available Reservation Window; and
   j. You must have the required Plan Days available for the applicable Membership Year to pre-book a reservation under this benefit.

5. EXPERIENCE COLLECTION PRE-BOOK. For new Experience Collection releases selected by the Club, you have the ability to request one reservation for one experience per Membership Year prior to the general release, subject to the following terms and conditions:
   a. All pre-booked reservation requests may be for one accommodation unit only and must be made through your Ambassador;

b.  This benefit may not be used to pre-book experiences for any Holiday Week, as identified by the Club;
c.  Pre-booked reservations under this benefit may only be reserved in up to 20% of the inventory for each available experience for any given week. For example, if an experience destination has ten spots, a maximum of two spots may be pre-booked for any given week under this benefit;
d.  If the experience offers different levels of accommodation units, the level of accommodation unit reserved will be at the Club's discretion;
e.  If more reservation requests for pre-booked reservations than can be accommodated under this benefit are received by midnight (Mountain Time) on the Monday immediately preceding the day on which the general release period opens, the Club will award reservations on a random basis from those requests;
f.  Pre-booked reservations may be cancelled without penalty at any time before the applicable general release period opens. After that time, the same cancellation penalties specified in your Membership Agreement or any special terms and conditions for the experience will apply to any cancellation;
g.  This benefit may not be available for all general releases for Experience Collection releases in the sole discretion of the Club; you should contact your Ambassador to determine if a particular Experience Collection general release is eligible for pre-booking requests under this benefit;
h.  The ability to request pre-booked reservations under this benefit will end upon the opening of the general release period; and
i.  You must have the required Plan Days available for the applicable Membership Year to pre-book a reservation under this benefit.

6.  <u>CANCELLATION WATCH LIST/RESIDENCE ALLOCATION SYSTEM REQUESTS</u>. You will have the number of Cancellation Watch List (CWL) requests and the number of RAS requests set forth below, depending on which Active Membership Plan you select each Membership Year.

    20-day:  30 CWL requests; 5 RAS requests
    30-day:  30 CWL requests; 5 RAS requests
    40-day:  30 CWL requests; 5 RAS requests
    50-day:  30 CWL requests; 5 RAS requests
    60-day:  30 CWL requests; 10 RAS requests

7.  <u>CANCELLATION POLICY EXCEPTIONS</u>. You will be permitted to cancel up to two (2) reservations for the Residence Collection per Membership Year at any time without any cancellation penalty, provided that any Holiday Week reservation, Experience Collection reservation, hotel reservation, or other reservations that require the payment of nonrefundable daily or usage fee may not be cancelled under this provision. All cancellation penalties will apply to cancellations of Holiday Week reservations, Experience Collection reservations, hotel reservations, or other reservations that require the payment of nonrefundable daily or usage fees.

8.  <u>COMPLIMENTARY INSPIRATO MEMBERSHIP</u>. As provided in the Club's Ultra Membership Benefits Policy, the Club has arranged for you to receive an Executive membership in Inspirato without the payment of any initiation fee or annual membership fees, subject to your registration as a member with Inspirato. You and your Spouse's parents and children (age 25 or older) may apply Plan Days toward the cost of travel with Inspirato, subject to the Club's and Inspirato's applicable policies. These benefits are subject to the Club's Ultra Membership Benefits Policy which may be changed or terminated in the Club's sole discretion.

DocuSign Envelope ID: 8230E87F-34FA-4D90-8898-1048CBFFA290

**CLUB MEMBERSHIP
PURCHASE ACKNOWLEDGEMENT FORM**

You decided to purchase a Club membership from Exclusive Resorts Club Management, LLC. You have reviewed your Exclusive Resorts Membership Purchase Agreement and your Exclusive Resorts Club Membership Terms and Conditions (collectively, your "**Membership Agreement**"). You understand all terms and conditions of your Membership Agreement, including (please initial each item below):

*Read and acknowledge receipt of the Exclusive Resorts Club Membership Terms and Conditions (v10.15).* You confirm that (i) you have received and reviewed a complete copy of the Terms and Conditions; (ii) the Terms and Conditions have not been modified, added, deleted, or otherwise changed except as specifically provided in your Purchase Agreement; and (iii) the Terms and Conditions apply to and are part of your Club membership.

*Opportunity to Review Information and Ask Questions.* You have been given an opportunity to request and review information from the Club about the Club, its operation and financial condition. You also have been given the opportunity to consult with your own professional advisors regarding your membership and the Club.

*Refundability Conditions Understood.* You understand that if you resign your membership, you are not entitled to receive a refund of any amounts paid to the Club.

*Properties and Services Will Change over Time.* You understand that the Club will, from time to time, add, remove and/or cease operating certain Properties and destinations, and may change, add or eliminate additional services it offers, and you will have no right to limit or challenge such actions by the Club. You are not joining the Club with an expectation that any specific Property or destination will remain available to you through the Club.

*Property Availability Will Vary.* You have been given an opportunity to receive a demonstration of the Exclusive Resorts reservation system through which, as a member, you will be able to view the availability of Properties and make and cancel reservations. You understand that future availability is subject to, among other things, ongoing reservations made by all members, and therefore may differ from current availability.

*No Other Agreements or Understandings.* You understand that your Membership Agreement constitutes the entire agreement between you and the Club. Other than as expressly written in your Membership Agreement, you have not relied on any statements, understandings or agreements, written or oral concerning your membership or use thereof, in making your decision to purchase a membership. You understand that any representation not contained in your Membership Agreement is unauthorized, and such information or representation may not be relied upon.

Print Name: _____         Date: _____6/11/2019_____

Signature:  *Michael Avenatti*

| | |
|---|---|
| **From:** | Scott Hollingsed |
| **To:** | salesoperations |
| **Cc:** | Lainie Smith |
| **Subject:** | RE: ACTION REQUESTED: : Avenatti - DPP Doc Request/Revision |
| **Date:** | Tuesday, June 11, 2019 12:08:20 PM |
| **Attachments:** | image002.png |
| | image003.png |

---

Approved.

---

**From:** salesoperations <salesoperations@exclusiveresorts.com>
**Sent:** Tuesday, June 11, 2019 12:07 PM
**To:** Scott Hollingsed <shollingsed@exclusiveresorts.com>
**Cc:** salesoperations <salesoperations@exclusiveresorts.com>; Lainie Smith <lsmith@exclusiveresorts.com>
**Subject:** ACTION REQUESTED: : Avenatti - DPP Doc Request/Revision

Hi Scott,

For your approval.

Thank you,


Tim Winter

twinter@exclusiveresorts.com
o | 303.493.6269

EXCLUSIVE 🌀 RESORTS

---

**From:** David Westerman <dwesterman@exclusiveresorts.com>
**Sent:** Tuesday, June 11, 2019 12:05 PM
**To:** salesoperations <salesoperations@exclusiveresorts.com>; Lainie Smith <lsmith@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>; Elizabeth Kruse <ekruse@exclusiveresorts.com>; Scott Hollingsed <shollingsed@exclusiveresorts.com>; Christopher Kendys <CKendys@exclusiveresorts.com>
**Subject:** Avenatti - DPP Doc Request/Revision

Hi Tim & Lainie –

Julia and I have connected with Michael Avenatti today and have reached terms for his Deferred Payment Plan extension to a nonrefundable plan. These revised terms have also been approved by Scott. Can you please help us with the revisions below on the docs we created in February?

NEW terms / Revisions required:

- He will owe $10,700 for remaining 20-days of dues now, please include invoice amount in docs (he has already paid $16,200 for his year that started 12/1/18)
- He will pay $100,000 to convert to a nonrefundable plan (as previously outlined in docs), however new payment schedule is as follows:
  - o $25,000 due by July 30, 2019
  - o $75,000 due by Dec 21, 2019
- All other terms remain the same, notably the revision we included where his original T's & C's apply to his upgraded membership (as seen in highlighted section below)

Please see attached documents for reference if needed:

1. Original Terms & Conditions which will apply to his extended membership (appropriate language already included in documents we created in February)
2. Original doc request from February
3. Annual dues invoice with remaining amount he owes for 20-days of dues ($10,700)
4. Extension documents created in February that we need to edit  (please keep them in my name)

Thank you and please let me know if you have any questions.

---

### CLUB MEMBERSHIP
### PURCHASE ACKNOWLEDGEMENT FORM

You decided to purchase a Club membership from Exclusive Resorts Club Management, LLC. You have reviewed your Exclusive Resorts Membership Purchase Agreement and your Exclusive Resorts Club Membership Terms and Conditions (collectively, your "**Membership Agreement**"). You understand all terms and conditions of your Membership Agreement, including (please initial each item below):

_____   *Read and acknowledge receipt of the Exclusive Resorts Club Membership Terms and Conditions (v10.15).* You confirm that (i) you have received and reviewed a complete copy of the Terms and Conditions; (ii) the Terms and Conditions have not been modified, added, deleted, or otherwise changed except as specifically provided in your Purchase Agreement; and (iii) the Terms and Conditions apply to and are part of your Club membership.

Best,
David

David Westerman
dwesterman@exclusiveresorts.com
o | 303.493.6166

Announcing our new Member Referral Program, our way of thanking you for inviting like-minded travelers to join The Club. Help us remain a Club built by and for our Members. Learn More.

---

**From:** Lainie Smith <lsmith@exclusiveresorts.com>
**Sent:** Friday, February 08, 2019 9:20 AM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Subject:** RE: Avenatti - T's & C's

I spoke to Sara about this. She's also fine leaving him on his existing terms and conditions. I will revise the agreement to refer to v10.15 of the terms and conditions and will send to Kenzie together with that version. You can tell him that while we don't believe that there have been substantive changes between his existing terms and conditions and the current version, we don't have an easy way to identify all changes for him. Therefore, for simplicity his new membership agreement will be subject to the same terms as his 2016 agreement. All attributes of his membership will remain the same other than the amount of the Membership Fee and the agreement that the full Membership Fee is non-refundable.

Please let me know if you have any questions.

**Lainie Smith**
lsmith@exclusiveresorts.com | (o) 303.493.6339 | (m) 303.475.3986 | (f) 303.474.7255

---

**From:** David Westerman <dwesterman@exclusiveresorts.com>
**Sent:** Thursday, February 07, 2019 3:39 PM
**To:** Lainie Smith <lsmith@exclusiveresorts.com>
**Subject:** Avenatti - T's & C's

Hi Lainie – Please see below from Michael Avenatti. I'm a bit more sensitive to this opportunity given he is a lawyer. Anything in particular that I should state or point out here? I've attached his upgrade docs and T's & C's for reference if it helps. Appreciate your insight!

---

**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>

**Sent:** Thursday, February 07, 2019 3:36 PM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** Re: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Are there any terms and conditions that change beyond the refundability? If so, what are they?

Michael J. Avenatti, Esq.


The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

On Feb 7, 2019, at 4:20 PM, David Westerman <dwesterman@exclusiveresorts.com> wrote:

> Good afternoon Michael –
>
> Attached please find a copy of the extension agreement for your review. I've also attached our current Terms & Conditions which will outline attributes like the space available window, unlimited AR tokens, etc. I will also have a DocuSign version sent to you shortly for ease when you are ready to execute. Please let me know if you don't see those come through as they sometimes get caught in spam filters.
>
> Please let me know if you have any questions as you review. Thank you for your time and I will look forward to hearing from you.
>
> Have a great day!
>
> Best,
> David
>
>
> _____
> **David Westerman**
> Senior Manager, Member Acquisitions
> Exclusive Resorts, LLC
> dwesterman@exclusiveresorts.com | (o) 303-493-6166
>
> New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

**From:** David Westerman
**Sent:** Thursday, February 07, 2019 12:14 PM
**To:** 'Michael J. Avenatti' <mavenatti@eaganavenatti.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** RE: Exclusive Resorts: Deferred Payment

Thanks Michael. I'll work on the extension agreement and get it your way for review by tomorrow. In the meantime, please let me know if I can do anything else to assist.

Best,
David


_____
**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>
**Sent:** Thursday, February 07, 2019 11:37 AM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>
**Subject:** Re: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Thanks David. The $100,000 option is acceptable. Please draw up the extension agreement for my review.

Appreciate you working with me.

Best,

Michael

Michael J. Avenatti, Esq.


The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

On Feb 6, 2019, at 2:52 PM, David Westerman <dwesterman@exclusiveresorts.com> wrote:

Good afternoon Michael –

Thank you again for your time on the phone yesterday. It was great speaking with you.

To recap, I wanted to provide you with some detail on your current membership and the alternate nonrefundable membership option. As your membership currently stands you have a payment of $220,000 due May 30, 2019. That payment is 100% refundable and would become your Refundable Membership Deposit. Upon completion of that payment your membership would continue for an additional 20 years (for a total of 30 years in the club).

Today we very rarely sell refundable memberships so, while you may absolutely keep your existing structure of plan, we do want to provide you with an opportunity to convert to a nonrefundable structure similar to the plans we are selling today. The typical option for members who have refundable deposits due to convert to a nonrefundable structure would be requiring 66% of the refundable amount due. So the typical cost to adjust your $220,000 refundable payment to a fully nonrefundable payment would be about $145,000. However, given your 10 years with the Club and Ultra membership status, we offered a payment of $95,000 if paid in full by May 31st (or $100k if we spread out payments between now and Dec 21st). That $95,000 payment would be fully nonrefundable and you would be able to continue with membership for up to an additional 20 years beyond your 2019 renewal.

You had also expressed interest in spreading your payments through 2019. We can certainly offer an option where we would execute new documents with a payment of $25,000 due by May 31st (the original payment date) and a remaining payment of $75,000 due any time before December 21st.     Does that option work for you? Please let me know if I can draw up an extension agreement for you to review at your leisure.

I appreciate your time on this and please let me know if you have any questions. I will look forward to

your input when convenient.  Have a great day!

Best,
David

_____
**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
 dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member
favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the
family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>
**Sent:** Monday, February 04, 2019 4:23 PM
**To:** David Westerman <dwesterman@exclusiveresorts.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>; Elizabeth Kruse
<ekruse@exclusiveresorts.com>
**Subject:** RE: Exclusive Resorts: Deferred Payment

[EXTERNAL EMAIL]

Thanks David. I just tried you. I may be reached at 9498874118.

---

**From:** David Westerman [dwesterman@exclusiveresorts.com]
**Sent:** Monday, February 04, 2019 3:08 PM
**To:** Michael J. Avenatti
**Cc:** Julia Branstrator; Elizabeth Kruse
**Subject:** RE: Exclusive Resorts: Deferred Payment

Good afternoon Michael –

I hope 2019 is treating you well thus far.

I'm following up in regards to your upcoming Refundable Membership Deposit payment of $220,000 due
May 30, 2019.  I've also attached your membership documents for reference.  Per my email below, we do
have an alternative non-refundable option should you plan to continue with membership beyond your
current contract year.

I'd appreciate the opportunity to discuss with you when convenient.  Is there a time that we can schedule
for a quick chat either this week or next?

Thank you for your time Michael and I will look forward to your input.

Best,
David

_____
**David Westerman**
Senior Manager, Member Acquisitions
Exclusive Resorts, LLC
 dwesterman@exclusiveresorts.com | (o) 303-493-6166

New year, new travel options! We announce three new Experience Collection trips and the return of one Member
favorite for travel in 2019 and 2020. Explore Vietnam and Cambodia or Costa Rica with National Geographic, or take the
family to the Baja Peninsula or Rome on an Exclusive Resorts Adventure.

---

**From:** David Westerman
**Sent:** Friday, July 06, 2018 1:06 PM
**To:** 'mavenatti@eoalaw.com' <mavenatti@eoalaw.com>
**Cc:** Julia Branstrator <jbranstrator@exclusiveresorts.com>

**Ex. 45 - Page 12 of 20**

**Subject:** Exclusive Resorts: Deferred Payment

Good afternoon Michael –

I hope all is well with you!

My name is David Westerman and I'm a Senior Manager here in Member Services at Exclusive Resorts. I wanted to reach out to you personally to discuss your current membership.

As you may recall, your membership is structured as a Deferred Payment Plan. This structure of plan has a refundable payment due after 10 years of being in the club and, upon completion of that payment, your membership would continue for an additional 20 years. I've included some info below on the specific details of your payment and due date.

**Your Membership: Payment of $220,000 is due on May 30, 2019. That payment is 100% refundable and would become your Refundable Membership Deposit.**

As you may or may not know, we very rarely sell refundable memberships now and our new memberships are virtually all non-refundable over the past several years. While you may absolutely continue to keep your current membership structure, I would like to schedule a time to connect with you to discuss an option to convert to a nonrefundable plan similar to the structure we sell today. This option would be a lower payment and all non-refundable.

Is there a good time for us to connect on a quick call next week? Please let me know what works with your schedule.

I appreciate your time and will look forward to hearing from you. Have a great day!

Best,
David

_____

**David Westerman**
Senior Manager, Member Acquisitions

Log onto the ER Community to read Member reviews about Club destinations, residences, and experiences.

1515 Arapahoe St, Tower 3, Suite 500, Denver, CO 80202
 dwesterman@exclusiveresorts.com | (o) 303-493-6166

\<Avenatti Michael - Membership Conversion.pdf\>
\<Club Membership Terms and Conditions_v10.18_Upgrades_Final.pdf\>



**WELLS FARGO** Lockbox

**Transaction 1 Summary**

**General**

| | |
| --- | --- |
| Lockbox Number: **912964** | Transaction Type: **Multiple Checks** |
| Lockbox Name: **Exclusive Resorts, LLC** | Transaction Total: **$73,800.00** |
| Lockbox Site: **DV** | Deposit Account Number: **5229875702** |
| Batch Number: **900** | Sequence Number: **1** |

**Check(s)**

| | |
| --- | --- |
| Deposit Date: **07/17/2019** | Check Amount: **$10,700.00** |
| Check Number: **4694507870** | Check Account Number: **153410023953** |
| Check RTN: **122235821** | CHECK PAYOR NAME: **MICHAEL AVENATTI** |

✔ Reviewed by Mary Murray on 07/17/2019 at 04:36:42 PM PT

**Check 1**



**Ex. 45 - Page 14 of 20**

# usbank

## CASHIER'S CHECK

No. 4694507935

90-3589
1222

DATE: AUGUST 16, 2019

PAY TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

$ 25,000.00

TO THE
ORDER OF: EXCLUSIVE RESORTS CLUB MANAGEMENT, LLC

PURPOSE/REMITTER: MICHAEL AVENATTI

Location: 4694 Century City

U.S. Bank National Association
Minneapolis, MN 55480



AUTHORIZED SIGNATURE

⑈4694507935⑈ ⑆122235821⑆153410023953⑈