## Christopher Kendys

**From:** Christopher Kendys
**Sent:** Monday, October 14, 2019 3:43 PM
**To:** Brooke Bishop
**Cc:** David Westerman
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Removed. Thanks, Brooke!

Chris Kendys
ckendys@exclusiveresorts.com
o | 303.493.6239

---

**From:** Brooke Bishop
**Sent:** Monday, October 14, 2019 3:28 PM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** David Westerman <dwesterman@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Chris! Can you please remove the pending charge for Avenatti, he is cancelling. Thanks!

Brooke Bishop
*Senior Manager, Experience Collection*
bbishop@exclusiveresorts.com
o | 303.493.6475
m | 303.720.1728

---

**From:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Sent:** Tuesday, October 08, 2019 2:56 PM
**To:** Brooke Bishop <bbishop@exclusiveresorts.com>; David Westerman <dwesterman@exclusiveresorts.com>; Chelsea Tipp <ctipp@exclusiveresorts.com>; Marisa Ford <mford@exclusiveresorts.com>; Meredith Moore <mmoore@exclusiveresorts.com>; Kate Aug <kaug@exclusiveresorts.com>; Jennifer Moody <JMoody@exclusiveresorts.com>; Lambie Swenson <lswenson@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik <Dubrovnik@exclusiveresorts.com>; Jaclyn Schultz <jschultz@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi all,

Brooke, thanks for the upload.

Ambassadors, the charges below wouldn't go through. Would you please see if your member can have their card issuer approve the charge or if they would like to use a different card? If you have any questions, I'm happy to assist.

| Res ID | Principal Member | Primary Member | Destination | MSMName | Amount | CC Number | Card Type |
|---|---|---|---|---|---|---|---|

1



| 1175593 | Avenatti, Michael | Avenatti, Michael | Lake Como, Italy | Branstrator, Julia | $10,132.50 | | |

Thank you!

Chris Kendys
ckendys@exclusiveresorts.com
o | 303.493.6239

---

**From:** Brooke Bishop
**Sent:** Monday, September 23, 2019 12:29 PM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik <Dubrovnik@exclusiveresorts.com>; Jaclyn Schultz <jschultz@exclusiveresorts.com>
**Subject:** RE: One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Again! Please use this report instead – there were a few lines that were off. And here are some additional card changes.

Thanks!
Brooke

Brooke Bishop
*Senior Manager, Experience Collection*
bbishop@exclusiveresorts.com
o | 303.493.6475
m | 303.720.1728

---

**From:** Brooke Bishop <bbishop@exclusiveresorts.com>
**Sent:** Monday, September 23, 2019 10:32 AM
**To:** Christopher Kendys <CKendys@exclusiveresorts.com>
**Cc:** .Exclusive Journeys <exclusivejourneys@exclusiveresorts.com>; Rhine River Cruise <rhine@exclusiveresorts.com>; Holy Land <holyland@exclusiveresorts.com>; Amalfi Coast <amalficoast@exclusiveresorts.com>; Lake Como <LakeComo@exclusiveresorts.com>; Provence <provence@exclusiveresorts.com>; Dubrovnik

&lt;Dubrovnik@exclusiveresorts.com&gt;; Jaclyn Schultz &lt;jschultz@exclusiveresorts.com&gt;
**Subject:** One Off 2020 Europe & 240 Day 2020 OIAL Billings for 9.27.19

Hi Chris!

Here are One Off 2020 Europe & 240 Day 2020 OIAL billings to upload and be charged on **September 27.**

The billing notifications has been sent to the members and I have the Header correctly changed.

**Member Line Item Billings –** ■
**Revenue of** ▬

**Billing Notes:**
▬

**Trip Leads** –all of these invoice emails should be filed in your trip's mailbox under Billing> Initial/240 Day/One-Off > then the appropriate section based on the billing **DO NOT PUT IN THE INDIVIDUAL MEMBER FILES**

Thanks so much!
Brooke

3



# Reservation History

Filter by member: All members in membership ▾    ☐ Show Cancelled Reservations

| Member | Property/Location | Dates | Status | Cancel by Date* | Actions |
|---|---|---|---|---|---|
| **Contract: 12/1/2018 - 11/30/2019** | | | | | |
| Michael Avenatti | Montage Resort - 412 Laguna Beach, California - Montage Laguna Beach | 11/23/2019 - 11/24/2019 | Confirmed | 10/24/2019 | view |
| Michael Avenatti | Park Avenue Place - 34B New York City, New York - Park Avenue Place | 10/8/2019 - 10/9/2019 | Confirmed | 9/8/2019 | view |
| [redacted], a guest of Michael Avenatti | Tre Querce - Tuscany, Italy - Castello di Casole | 9/8/2019 - 9/15/2019 | Confirmed | 5/11/2019 | view |
| Michael Avenatti | Park Avenue Place - 23B New York City, New York - Park Avenue Place | 8/21/2019 - 8/23/2019 | Confirmed | 7/22/2019 | view |
| Michael Avenatti | 210 Central Avenue - Naples, Florida - Naples, Florida | 8/9/2019 - 8/11/2019 | Confirmed | 7/10/2019 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 1/16/2019 - 1/20/2019 | Confirmed | 9/18/2018 | view |
| **Contract: 7/1/2017 - 11/30/2018** | | | | | |
| Michael Avenatti | Esperanza - 704 Los Cabos, Mexico - Esperanza | 5/27/2018 - 5/28/2018 | Confirmed | 1/27/2018 | view |
| Michael Avenatti | 1 Hotel 1515 - Miami Beach, Florida - 1 Hotel South Beach | 2/28/2018 - 3/4/2018 | Confirmed | 10/31/2017 | view |
| Michael Avenatti | Esperanza - 604 Los Cabos, Mexico - Esperanza | 1/27/2018 - 1/30/2018 | Confirmed | 12/28/2017 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 1/26/2018 - 1/28/2018 | Confirmed | 12/27/2017 | view |
| Michael Avenatti | Esperanza - 803 Los Cabos, Mexico - Esperanza | 1/26/2018 - 1/27/2018 | Confirmed | 12/27/2017 | view |
| Michael Avenatti | Esperanza - 704 Los Cabos, Mexico - Esperanza | 1/24/2018 - 1/26/2018 | Confirmed | 12/25/2017 | view |
| Michael Avenatti | Montage Deer Valley - 821 Deer Valley, Utah - Montage Deer Valley | 1/16/2018 - 1/21/2018 | Confirmed | 12/17/2017 | view |
| Michael Avenatti | Montage Resort - 212 Laguna Beach, California - Montage Laguna Beach | 12/25/2017 - 12/26/2017 | Confirmed | 11/25/2017 | view |
| Michael Avenatti | Paris - 2 Bedroom Apartment 1A Paris, France - La Reserve: Paris, France | 11/30/2017 - 12/4/2017 | Confirmed | 10/31/2017 | view |
| Michael Avenatti | 51 Buckingham Gate - 1263 London, England - Taj 51 Buckingham Gate | 11/28/2017 - 11/30/2017 | Confirmed | 10/29/2017 | view |
| Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 11/6/2017 - 11/12/2017 | Confirmed | 7/9/2017 | view |
| Michael Avenatti | 1 Hotel 1515 - Miami Beach, Florida - 1 Hotel South Beach | 10/29/2017 - 11/5/2017 | Confirmed | 9/29/2017 | view |
| Judy Regnier, a guest of Michael Avenatti | Esperanza - 904 Los Cabos, Mexico - Esperanza | 10/19/2017 - 10/22/2017 | Confirmed | 6/21/2017 | view |
| Michael Avenatti | Villa Posto (Europe 2019) - Amalfi Coast, Italy - Europe 2020: Amalfi Coast, Italy | 7/29/2017 - 8/5/2017 | Confirmed | 3/31/2017 | view |

1 2 3 4

*Please refer to your Club Membership Agreement or check with your Exclusive Ambassador for further details on your cancellation policies.

© Copyright 2004 - 2020. Exclusive Resorts, LLC. Denver, Colorado. PRIVACY POLICY   TERMS OF USE
Compass Version 9.5.4.1-101

