
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:     Brett.Sagel@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | NOTICE OF EXECUTION OF ARREST WARRANT AND UNSEALING OF DOCUMENTS |
| v. | |
| MICHAEL J. AVENATTI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby gives notice that the arrest warrant the Court issued on January 14, 2020, in United States v. Avenatti, SA CR No.

1

19-061-JVS, was executed by federal law enforcement agents on January 14, 2020, at approximately 6:06 p.m., in Los Angeles, California.

Pursuant to this Court's January 14, 2020, Order Sealing Documents, the government's motion for an arrest warrant, order revoking pretrial release, and order of detention, and the corresponding proposed order; the declaration of Special Agent Remoun Karlous in support of the government's motion, and the exhibits thereto; the government's <u>ex parte</u> application for an order sealing documents and the corresponding proposed order; the Court's order issuing an arrest warrant; and the arrest warrant should now be unsealed on the Court's docket.

Dated: January 14, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Julian André*
_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys
Major Frauds Section

Attorneys for Applicant
UNITED STATES OF AMERICA

2