UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00061-JVS | Date | January 15, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Rolls Royce Paschal | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] ORDER UNSEALING DOCKET NUMBERS [75], [76], [77] AND [78]

    In light of the defendant, Michael John Avenatti having been detained, the Court orders unsealing the Order Sealing Documents, the government's motion for an arrest warrant, order revoking pretrial release, and order of detention, and the corresponding proposed order; the declaration of Special Agent Remoun Karlous in support of the government's motion, and the exhibits thereto; the government's ex parte application for an order sealing documents and the corresponding proposed order; the Court's order issuing an arrest warrant; and the arrest warrant should now be unsealed on the Court's docket.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | rrp | |