# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00061-JVS | Date | January 15, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Miriam Baird | Brett Sagel & Julian Andre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | X | | H. Dean Steward | X | | X |
| | | | | Thomas D. Warren | X | | X |

**Proceedings:** Bail Review Hearing

    Matter called. Defendant and counsel are present. Also present is Shakira M. Davis, Pretrial Service Officer. Court and counsel confer regarding bail. The Court having heard from the parties, taking all arguments under consideration before ruling, expressing all concerns on the record. It is hereby ORDERED that the motion to revoke bond is GRANTED.

    The Court Orders the defendant remanded forthwith to the custody of the U.S. Marshal. Forthwith transferred to the Southern District of New York, but no later than Friday, January 17, 2020. The Unites States Marshal Service can give temporary custody to the Federal Bureau of Investigation, Internal Revenue Service - Criminal Investigation, or special agents of the United States Attorney's Office for Southern District of New York for the purpose of transporting defendant, Michael John Avenatti to the Southern District of New York.

cc: Pretrial Services
    USMS

| | : | 40 |
|---|---|---|
| Initials of Deputy Clerk | rrp | |