# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>V.<br><br>MICHAEL JOHN AVENATTI<br><br>Defendant(s). | CASE NUMBER:<br><br>SA CR No. 19-061-JVS<br><br>**UNDER SEAL**<br>**AMENDED WARRANT FOR ARREST**<br>Amended to correct year and place of issuance. |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   MICHAEL JOHN AVENATTI

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment  ☐ Information  ☒ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with  (ENTER DESCRIPTION OF OFFENSE BELOW)

violating the terms of his pretrial release conditions, namely, the condition that defendant AVENATTI not commit a federal or state offense while on pretrial release,

in violation of Title  18  United States Code, Section(s)  3148

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>T. Steele<br>SIGNATURE OF DEPUTY CLERK | January 14, 2020  Santa Ana, California<br>DATE AND LOCATION OF ISSUANCE<br><br>By: The Honorable James V. Selna<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT**<br>**CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRIC OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff(s)  V.  MICHAEL JOHN AVENATTI  Defendant(s) | CASE NUMBER:  SA CR No. 19-061-JVS  **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| | |

NOTES: