# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff(s) | CASE NUMBER:<br><br>SA CR No. 19-061-JVS |
| V.<br>MICHAEL JOHN AVENATTI | | **UNDER SEAL**<br>**AMENDED WARRANT FOR ARREST**<br>Amended to correct year and place of issuance. |
| | Defendant(s). | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   MICHAEL JOHN AVENATTI

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):   ☐ Complaint   ☐ Indictment
☐ Information   ☒ Order of Court   ☒ Violation Petition   ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

violating the terms of his pretrial release conditions, namely, the condition that defendant AVENATTI not commit a federal or state offense while on pretrial release,

in violation of Title  18   United States Code, Section(s)  3148

FILED
2020 JAN 15 AM 9:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: EV

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>T. Steele<br>SIGNATURE OF DEPUTY CLERK | January 14, 2020  Santa Ana, California<br>DATE AND LOCATION OF ISSUANCE<br><br>By: The Honorable James V. Selna<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| 1/14/20<br>DATE RECEIVED<br><br>1/14/20<br>DATE OF ARREST | REMOUN KARLOUS<br>NAME OF ARRESTING OFFICER<br><br>SPECIAL AGENT<br>TITLE<br><br>[signature]<br>SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRIC OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA     Plaintiff(s)<br>V.<br>MICHAEL JOHN AVENATTI<br><br>Defendant(s) | SA CR No. 19-061-JVS |
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| | |

NOTES: