# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cr-00061-JVS |
| v. | |
| Michael John Avenatti | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Michael J. Avenatti  
*Name of Party*  
☐ Plaintiff  ☒ Defendant  ☐ Other

to substitute H. Dean Steward of H Dean Steward Law Offices who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

107 Avenida Miramar, Suite C  
*Street Address*

San Clemente, CA 92672-6713   deansteward@fea.net  
*City, State, Zip*   *E-Mail Address*

949-481-4900   949-496-6753   85317  
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of Thomas D. Warren (160921); Daniel Dubin (SBN 313235)  
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated January 27, 2020

*James V. Selna*  
U.S. District Judge