Name H. Dean Steward  SBN 85317
Address 107 Avenida Miramar, Ste. C
City, State, Zip San Clemente, CA 92672
Phone 949-481-4900
Fax 949-496-6753
E-Mail deansteward7777@gmail.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES | CASE NUMBER: |
| PLAINTIFF(S), | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J. AVENATTI | **EMERGENCY** |
| | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Michael J. Avenatti_____ hereby appeals to
                                            *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**                                  **Civil Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]            ☐ Order (specify):
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)                     ☐ Judgment (specify):
☒ Interlocutory Appeals  Pre-Trial Order of Detention
☐ Sentence imposed:
                                                     ☐ Other (specify):

☒ Bail status:
   In custody- Metro Correction Center, New
   York City NY

Imposed or Filed on _____1-15-20_____. Entered on the docket in this action on _1-15-20_____.

A copy of said judgment or order is attached hereto.

1-28-20
Date                                                 Signature
                                                     ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
        of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. SACR 19-00061-JVS | | Date January 15, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter None

| Rolls Royce Paschal | Miriam Baird | Brett Sagel & Julian Andre |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | X | | H. Dean Steward | X | | X |
| | | | | Thomas D. Warren | X | | X |

Proceedings: Bail Review Hearing

    Matter called. Defendant and counsel are present. Also present is Shakira M. Davis, Pretrial Service Officer. Court and counsel confer regarding bail. The Court having heard from the parties, taking all arguments under consideration before ruling, expressing all concerns on the record. It is hereby ORDERED that the motion to revoke bond is GRANTED.

    The Court Orders the defendant remanded forthwith to the custody of the U.S. Marshal. Forthwith transferred to the Southern District of New York, but no later than Friday, January 17, 2020. The Unites States Marshal Service can give temporary custody to the Federal Bureau of Investigation, Internal Revenue Service - Criminal Investigation, or special agents of the United States Attorney's Office for Southern District of New York for the purpose of transporting defendant, Michael John Avenatti to the Southern District of New York.

cc: Pretrial Services
     USMS

                                                                                                : 40

Initials of Deputy Clerk  rrp

2

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on July 29, 2019, service of the defendant's:

NOTICE OF APPEAL- PRE-TRIAL DETENTION ORDER

on the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party:

BRETT SAGEL AND JULIAN ANDRE
Assistant United States Attorneys
Central District of California

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-28-20

/s/ H. Dean Steward
H. Dean Steward