# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-00061-JVS | Date | January 31, 2020 |
|---|---|---|---|

Present: The Honorable   **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter    None

| Rolls Royce Paschal | Sharon Seffens | Brett Sagel & Julian Andre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | Not Present (Waiver on file) | X | | H. Dean Steward | X | | X |

**Proceedings:**    **STATUS CONFERENCE**

      Cause is called for hearing.   Court and counsel confer re the status of this matter.  For the reasons stated on the record, the Court continues this matter to **March 2, 2020 at 9:00 a.m.** and counsel shall file a status report.

cc:

|  | : | 26 |
|---|---|---|

Initials of Deputy Clerk    rrp