NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION |
| v. | FOR AN ORDER DIRECTING THE US MARSHALS SERVICE TO RETURN DEFENDANT MICHAEL JOHN AVENATTI TO |
| MICHAEL JOHN AVENATTI, | THE CENTRAL DISTRICT OF CALIFORNIA BY THE MARCH 2, 2020, STATUS |
| Defendant. | CONFERENCE; DECLARATION OF BRETT A. SAGEL |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Julian L. André and

Brett A. Sagel, hereby files its ex parte application for an Order

directing the United States Marshals Service to return defendant MICHAEL JOHN AVENATTI to the Central District of California by the March 2, 2020, status conference in the above-captioned case.

On February 18, 2020, counsel for defendant, H. Dean Steward, informed the government that defendant opposes this ex parte application.

This ex parte application is based upon the attached memorandum of points and authorities, the Declaration of Assistant United States Attorney Brett A. Sagel, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 20, 2020            Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    /s/ Brett A. Sagel
                                    _____
                                    JULIAN L. ANDRÉ
                                    BRETT A. SAGEL
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 10, 2019, a grand jury in the Central District of California returned a thirty-six count indictment against defendant MICHAEL JOHN AVENATTI ("defendant") charging him with: (a) ten counts of wire fraud, in violation of 18 U.S.C. § 1343; (b) eight counts of willful failure to pay over withheld taxes, in violation of 26 U.S.C. § 7202; (c) one count of endeavoring to obstruct the administration of the Internal Revenue Code, in violation of 26 U.S.C. § 7212(a); (d) ten counts of willful failure to file a tax return, in violation of 26 U.S.C. § 7203; (e) two counts of bank fraud, in violation of 18 U.S.C. § 1344(1); (f) one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1); (g) three counts of false declaration in bankruptcy, in violation of 18 U.S.C. § 152(3); and (h) one count of false testimony under oath in bankruptcy, in violation of 18 U.S.C. § 152(2).  (CR 16.)

On August 26, 2019, this Court scheduled the trial in this case for May 19, 2020.  (CR 64, 66.)  The Court also set a number of other case dates and deadlines pursuant to the parties' stipulation, including a status conference on March 2, 2020, and a pretrial motions hearing on April 13, 2020.  (CR 66.)  The Court subsequently advanced the pretrial motions hearing to April 6, 2020.[1]  (CR 72.)

Upon a motion from the government, on January 15, 2020, this Court ordered defendant's bond revoked and remanded defendant into the custody of the United States Marshals Service.   The Court also ordered that defendant be transferred to the Southern District of New

---

[1] Pretrial motions, including motions in limine, were initially due to be filed on March 16, 2020. (CR 66.)  Because the Court advanced the motions hearing one week from April 13, 2020, to April 6, 2020, pretrial motions are now due on March 9, 2020. (CR 72.)

York by no later than January 17, 2020 (CR 83), to facilitate the timely proceeding of trial in <u>United States v. Avenatti</u>, No. 1:19-CR-373-PGG (the "SDNY Extortion Case") by ensuring defendant's presence in New York without undue delay.  The SDNY Extortion Case proceeded to trial on January 27, 2020.  On February 14, 2020, the jury in the SDNY Extortion Case found defendant guilty on all three counts. Defendant remains on bond in the SDNY Extortion Case.  Defendant is represented by seven attorneys in the SDNY Extortion Case.

On January 31, 2020, this Court held a status conference in this case in which the parties addressed, among other issues, whether defendant should return to the Central District of California after the completion of his trial in the SDNY Extortion Case.  (CR 97.) Defendant was not present at the status conference due to the trial in SNDY Extortion Case.  At the status conference, the parties and the Court agreed that defendant should be returned to this District as soon as possible upon completion of the trial in the SDNY Extortion Case, and at least by the next status conference in this case, which had previously been scheduled for March 2, 2020, at 9:00 a.m.  During the January 31, 2020, status conference, defendant's counsel again acknowledged that defendant's criminal case in this District is the most complex of his three criminal cases.  Defendant is only represented by H. Dean Steward, a solo-practitioner, in this case; Mr. Steward's law office is in San Clemente, California.

The third criminal case in which defendant is charged is <u>United States v. Avenatti</u>, No. 1:19-CR-374-JMF (the "SDNY Fraud Case"). Although this Court had already scheduled on August 26, 2019, the trial in this case for May 19, 2020 (CR 64), on October 8, 2019, defendant, through his counsel Mr. Steward, requested that the SDNY

1   Fraud Case be scheduled for trial on April 21, 2020, less than a
2   month before the trial date in this matter in which defendant is
3   represented by the same counsel, Avenatti, No. 1:19-CR-374-JMF, Dkt.
4   No. 23 (Oct. 8, 2019).

5        On February 11, 2020, the SDNY Fraud case was transferred to the
6   Honorable Jesse M. Furman from the late Honorable Deborah A. Batts,
7   and Judge Furman scheduled a status conference for February 25, 2020,
8   for the parties to address "the trial date and pretrial deadlines."
9   Id., Dkt. No. 36.  The undersigned has learned that Judge Furman as
10  well as defendant's counsel want defendant to be present at the
11  February 25, 2020, status conference.  Defendant is currently
12  represented by four attorneys in the SDNY Fraud Case, including: H.
13  Dean Steward; Thomas D. Warren and Daniel Dubin from the Los Angeles
14  Offices of Pierce Bainbridge Beck Price & Hecht LLP;[2] and Mariel
15  Colon Miro, an attorney with an office in Brooklyn, New York.[3]
16  Defendant remains on bond in the SDNY Fraud Case.

17       The government maintains that defendant needs to be transported
18  to the Central District of California after his February 25, 2020,
19  status conference in New York, but before the March 2, 2020, status
20  conference in this case.  For the same reasons the parties in the
21  SDNY Fraud Case believe defendant should be present at defendant's

22  ─────────────────
23       [2] In both Mr. Warren's and Mr. Dubin's Motions for Admission Pro
    Hac Vice filed in the SDNY Fraud Case, both attorneys listed their
24  Office location as 355 S. Grand Avenue, 44th Floor, Los Angeles
    California.  United States v. Avenatti, No. 1:19-CR-374-JMF, Docket
25  Entries 28, 29.  Both of these attorneys filed notices of appearance
    in this case, before immediately withdrawing from this case, and also
26  listed the same Los Angeles address for their contact information.
    (CR 86, 87.)

27       [3] Notably, Ms. Miro filed her notice of appearance on February
    18, 2020, despite the fact that Mr. Steward advised this Court during
28  the January 31, 2020, status conference that he was unable to obtain
    any assistance to prepare for trial in this case.

status conference on February 25, 2020, defendant should be present at his status conference in this case on March 2, 2020. Defendant's active participation in this status conference is necessary to ensure that the parties are able to have a fulsome and productive discussion regarding the upcoming May 19, 2020, trial in this matter. This is particularly true given that defendant was not present for the last status conference in this case on January 31, 2020, and because pretrial motions in this case are currently due on March 9, 2020.[4] Indeed, the March 2, 2020, status conference may be meaningless or less productive if defendant is not present to consult with his counsel.

Additionally, the government submits that the most effective way to ensure that both of defendant's criminal cases proceed timely is to bring defendant back to Southern California where his attorneys are located. Defendant's only attorney on the present case is here in Southern California, and three of his four attorneys on the SDNY Fraud Case are also located in Southern California.[5] Bringing defendant back to Southern California will enable defendant to regularly meet with his attorneys in this District and thus most effectively prepare for both of his trials -- whether defendant's SDNY Fraud Trial proceeds on April 21, 2020 or not.[6] Transporting defendant back to this District as soon as possible is the best way

---

[4] The government understands that the motions deadline in the SDNY Fraud Case has already passed.

[5] The only attorney in the SDNY Fraud Case located in New York is Ms. Miro, who filed her notice of appearance on February 18, 2020.

[6] If defendant's trial in the SDNY Fraud Case proceeds on April 21, 2020, defendant can be transported back to New York, just as he was prior to his trial in the SDNY Extortion Case.

4

1   to ensure that both this case and the SDNY Fraud Case are able to

2   proceed as currently scheduled.

3       On February 18, 2020, defendant's counsel took the following

4   position regarding the government's <u>ex parte</u> application:

> The defense opposes any movement of the defendant from the
> MCC in New York. On Feb. 25, there's a status conference
> with SDNY Judge Jesse Furman, to examine dates and
> remaining procedures. Defendant needs to be present in NYC
> at least through that hearing, and perhaps beyond.

8   (Sagel Decl. ¶ 4.)

9       As stated above, the government is not seeking to bring

10  defendant back to Southern California before the February 25, 2020,

11  status conference in New York, which defendant will be able to

12  attend.  The government seeks to transfer him back to Southern

13  California after that status conference.  Defendant's counsel has

14  articulated no reason why defendant needs to remain in New York after

15  that hearing, stating merely that he needs to be present at least

16  through the hearing and "perhaps beyond."

17      Indeed, it is hard to conjure a reason why defendant now opposes

18  being returned to this District.  As noted above, defendant's only

19  attorney in this case is located in Southern California, and three of

20  defendant's four attorneys in the SDNY Fraud Case are located in

21  Southern California.  Moreover, given that defendant has repeatedly

22  raised concerns about the conditions of his confinement in New York,

23  <u>see, e.g.</u>, Letter Concerning Mr. Avenatti's Prison Conditions,

24  <u>Avenatti</u>, No. 1:19-CR-373-PGG, Dkt. No. 176, it appears likely that

25  defendant is opposing the government's request that he be returned to

26  this District simply to position himself to argue that the SDNY Fraud

27  Case and the fact that he is in custody in New York require his trial

28  in this District to be delayed.  If defendant has any basis to delay

this case, which the government does not believe he has, defendant should raise these concerns immediately, specifically at the March 2, 2020, status conference, and be physically present to do so.

For the foregoing reasons, the government respectfully requests that this Court Order the United States Marshals Service to transport defendant to the Central District of California as soon as possible after defendant's February 25, 2020, hearing in his SDNY Fraud Case, and in time for his status conference in this case on March 2, 2020.

## <u>DECLARATION OF BRETT A. SAGEL</u>

I, Brett A. Sagel, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California, and am one of the Assistant United States Attorneys representing the government in the prosecution of <u>United States v. Michael John Avenatti</u>, SA CR No. 19-61-JVS.

2.    I have reviewed the docket report and pleadings in <u>United States v. Avenatti</u>, No. 1:19-CR-373-PGG (the "SDNY Extortion Case") and have learned the following.  Defendant MICHAEL JOHN AVENATTI ("defendant") proceeded to trial on the SDNY Extortion Case on January 27, 2020, and was represented by seven attorneys throughout that trial.  On February 14, 2020, the jury in the SDNY Extortion Case found defendant guilty on all three counts he was charged with in that case.

3.    I have reviewed the docket report and pleadings in <u>United States v. Avenatti</u>, No. 1:19-CR-374-JMF (the "SDNY Fraud Case") and have learned the following.  On October 8, 2019, after the Honorable James V. Selna set defendant's trial in the Central District of California for May 19, 2020, H. Dean Steward requested the SDNY Fraud Case be scheduled for trial on April 21, 2020.  On February 11, 2020, the SDNY Fraud case was transferred to the Honorable Jesse M. Furman from the late Honorable Deborah A. Batts, and Judge Furman scheduled a status conference for February 25, 2020, for the parties to address "the trial date and pretrial deadlines."  On February 19, 2020, one of the prosecutors on the SDNY Fraud Case informed the undersigned that Judge Furman wanted defendant present for the February 25, 2020, status conference.  Defendant is represented by four attorneys in the

SDNY Fraud Case, including: H. Dean Steward; Thomas D. Warren and Daniel Dubin from the Los Angeles Offices of Pierce Bainbridge Beck Price & Hecht LLP; and Mariel Colon Miro, an attorney with an office in Brooklyn, New York.  Mr. Warren's and Mr. Dubin's Motions for Admission Pro Hac Vice filed on November 22, 2019, in the SDNY Fraud Case, both attorneys listed their Office location as 355 S. Grand Avenue, 44th Floor, Los Angeles, California.  Ms. Miro filed her notice of appearance on February 18, 2020.

4.   On February 18, 2020, Defendant's counsel, H. Dean Steward, provided the following as his position on the government's ex parte application: "The defense opposes any movement of the defendant from the MCC in New York. On Feb. 25, there's a status conference with SDNY Judge Jesse Furman, to examine dates and remaining procedures. Defendant needs to be present in NYC at least through that hearing, and perhaps beyond."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on February 20, 2020.

_____
/s/
BRETT A. SAGEL
Assistant United States Attorney