1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIAN L. ANDRÉ (Cal. Bar No. 251120)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6683
7       Facsimile: (213) 894-6269
        Email:    Julian.L.Andre@usdoj.gov
8
   BRETT A. SAGEL (Cal. Bar No. 243918)
9  Assistant United States Attorney
        Ronald Reagan Federal Building
10      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
11      Telephone:  (714) 338-3598
        Facsimile:  (714) 338-3708
12      Email:     Brett.Sagel@usdoj.gov

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
14
                  UNITED STATES DISTRICT COURT
15
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
                      SOUTHERN DIVISION
17
   UNITED STATES OF AMERICA,          SA CR No. 19-061-JVS
18
            Plaintiff,                [PROPOSED] ORDER DIRECTING THE US
19                                    MARSHALS SERVICE TO RETURN
                 v.                   DEFENDANT MICHAEL JOHN AVENATTI TO
20                                    THE CENTRAL DISTRICT OF CALIFORNIA
   MICHAEL JOHN AVENATTI,             BY THE MARCH 2, 2020, STATUS
21                                    CONFERENCE
            Defendant.
22

23      The Court having considered the government's ex parte

24 application for an Order directing the United States Marshals Service

25 to return defendant MICHAEL JOHN AVENATTI to the Central District of

26 California by the March 2, 2020, status conference in the above-

27 captioned case, the Court hereby ORDERS as follows:

28

1    The United States Marshals Services are directed to return

2  defendant MICHAEL JOHN AVENATTI to the Central District of

3  California, no earlier than February 26, 2020, and no later than

4  March 1, 2020, so that defendant MICHAEL JOHN AVENATTI can be present

5  at his status conference on March 2, 2020.  Alternatively, the United

6  States Marshals Service may give temporary custody of defendant

7  MICHAEL JOHN AVENATTI to Internal Revenue Service – Criminal

8  Investigations for the purpose of transporting defendant MICHAEL JOHN

9  AVENATTI to the Central District of California.

10

11    IT IS SO ORDERED.

12

13

14  _____          _____
    DATE                                    HONORABLE JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE
15
    Presented by:
16
         /s/ *Brett A. Sagel*
17  JULIAN L. ANDRÉ
    BRETT A. SAGEL
18  Assistant United States Attorneys

19

20

21

22

23

24

25

26

27

28