1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
4  Fax: (949) 496-6753

5  Attorney for Defendant
6  MICHAEL J. AVENATTI

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES,              | Case No. SA-CR-19-61-JVS
12 |                             |
   |         Plaintiff,          | RESPONSE AND OPPOSITION TO
13 |                             | GOVERNMENT'S EX PARTE
14 |    vs.                      | APPLICATION TO TRANSFER
   | MICHAEL J. AVENATTI         | DEFENDANT
15 |      Defendant.             |
16

17

18     Comes now counsel and submits the below response and opposition to the

19 government's application for an order transferring defendant from New York City to
20
21 this district.

22 Dated: 2-23-20           /s./ H. Dean Steward
                                  H. Dean Steward
23                                Counsel for Defendant
24                                H. Dean Steward
25
26
27
28
                                    - 1 -

## I. The Defense Opposes and Movement of the Defendant and Opposes the Government's Ex Parte Application.

Defendant Michael Avenatti, together with counsel, opposes any order to the U.S. Marshals to transport Mr. Avenatti from New York City to the Central District of California at this time.

Mr. Avenatti is set to go to trial on April 21, 2020, before Judge Jesse Furman in the Southern District of New York, *United States v. Avenatti*, CR-19-374-JMF (commonly known as the "Stormy Daniels" case, after the complaining witness). The trial date in that case precedes the trial date in this case.

There is a status conference before Judge Furman in the Stormy Daniels case set for this coming Tuesday, February 25, 2020.

Mr. Avenatti has New York counsel, Mariel Colon Miro, whom he needs to meet with regularly at the Metropolitan Correctional Center in the Southern District of New York to prepare for the Stormy Daniels trial. Similarly, Tom Warren and Daniel Dubin of Pierce Bainbridge Beck Price & Hecht LLP, who also represent Mr. Avenatti, have an office in New York and can meet with him at MCC New York. But Ms. Miro would not have the ability to travel to Los Angeles should Mr. Avenatti be transferred to the Central District of California at this time, impeding Mr. Avenatti's ability to prepare for trial.

Until just a few days ago, Mr. Avenatti had been placed in solitary confinement in the SHU unit at MCC, under extraordinarily restrictive conditions involving essentially no contact with the outside world, for more than a month. Last Thursday, the Warden graciously agreed to transfer Mr. Avenatti to the cadre unit, where he has access to a phone at posted times of the day, can use e-mail through the government's Corr-links system, and can send and receive mail far more easily. He will also be able to review discovery, which he could not do for the most part, over the last 30 days.

Now that Mr. Avenatti has been newly situated by the BOP, and now that his conditions of confinement have substantially improved so he is in a position to more effectively prepare for trial, transferring him at this point would undo all of the work that went into finding appropriate conditions of confinement for Mr. Avenatti.

Forcing Mr. Avenatti to be transferred back and forth to California in the weeks prior to trial in New York will profoundly interfere with his ability to prepare for trial in the Stormy Daniels case. Such a transfer could take 1-2 weeks in each direction in the normal course of prisoner movement. And Mr. Avenatti already lost weeks of trial preparation because of his placement in solitary confinement.

The next hearing in this case is a status conference on March 2, 2020. As he has done before, Mr. Avenatti waives his appearance at that status conference, and a written waiver is on file. No testimony is anticipated at that hearing, and the main topic will likely be discovery, what remains from the government, counsel's progress, and

whatever else the Court wishes to address. Now that Mr. Avenatti has been moved to the general population at MCC New York, it is likely that Mr. Avenatti's participation by phone can be arranged should it be preferred.

**II. Conclusion**

    For the reasons above, the defense opposes any movement of the defendant at this time, and opposes the government's ex parte application.

Dated: 2-23-20                /s./ H. Dean Steward

                                      H. Dean Steward

                                      Counsel for Defendant

                                      Michael J. Avenatti

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. I have caused, on 2-23-20, service

of the defendant's:

**Response & Opposition to Moving the Defendant**

On the following party, using the court's ECF system:

**AUSA'S Brett Sagel & Julian Andre**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-23-20

s/ H. Dean Steward

H. Dean Steward