NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER DIRECTING THE US MARSHALS SERVICE TO RETURN DEFENDANT MICHAEL JOHN AVENATTI TO THE CENTRAL DISTRICT OF CALIFORNIA BY THE MARCH 2, 2020, STATUS CONFERENCE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

The Court having considered the government's ex parte application for an Order directing the United States Marshals Service to return defendant MICHAEL JOHN AVENATTI to the Central District of California by the March 2, 2020, status conference in the above-captioned case, the Court hereby ORDERS as follows:

1  The United States Marshals Services are directed to return
2  defendant MICHAEL JOHN AVENATTI to the Central District of
3  California, no earlier than February 26, 2020, and no later than
4  March 1, 2020, so that defendant MICHAEL JOHN AVENATTI can be present
5  at his status conference on March 2, 2020.  Alternatively, the United
6  States Marshals Service may give temporary custody of defendant
7  MICHAEL JOHN AVENATTI to Internal Revenue Service – Criminal
8  Investigations for the purpose of transporting defendant MICHAEL JOHN
9  AVENATTI to the Central District of California.

     IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

2/24/2020

DATE                                    HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

Presented by:

     /s/ *Brett A. Sagel*
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys