# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACR 19-61-JVS | Date March 2, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | X | | Dean Steward | X | | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with counsel for the defendant and counsel for the Government present. Defendant is not present, waiver of appearance on file. Court and counsel confer re the status of this matter as reflected in the notes of the court reporter.

Counsel may, if they choose, file a brief re defendant's resources.

 : 15

Initials of Deputy Clerk   lmb