# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | March 6, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | X | | Dean Steward | X | | X |

**Proceedings:**   STATUS CONFERENCE

Cause is called for hearing with counsel for the defendant and counsel for the Government present. Defendant is not present, waiver of appearance on file.

Defendant's oral motion to continue trial is denied without prejudice to be renewed once counsel has had the opportunity to speak with his client.

The Pretrial Conference is continued from April 6, 2020 to April 27, 2020 at 9:00 a.m. Deadlines for the filing of pretrial motions are continued as follows:

      Motions to be filed by April 30, 2020
      Oppositions to be filed by April 13, 2020
      Optional reply briefs to be filed by April 20, 2020

Counsel may contact the Court to set a further status conference as necessary.

|  | : | 15 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |