H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES,

       Plaintiff,

   vs.

MICHAEL J. AVENATTI
    Defendant.

Case No. SA-CR-19-61-JVS

[Proposed] ORDER RE RELEASE OF DEFENDANT ON BOND

    GOOD CAUSE HAVING BEEN SHOWN, it is ordered that defendant Michael J. Avenatti shall be re-admitted to bail under the following terms and conditions:

1. $300,000 personal surety bond

2. Signed by two responsible individuals, approved by Pre-Trial Services

3. Defendant to reside in a residence approved by Pre-Trial Services

4. Home detention including electronic monitoring

5. Pre-Trial Services supervision

6. No contact with relevant parties (list has been provided by prosecution)

- 1 -

7. Defendant shall refrain from any financial transactions over $1,000, and if such transactions are necessary, to be approved in advance by Pre-Trial Services

8. Other standard bail conditions for the Central District of California

So ordered.


Dated: March __, 2020                    _____

                                    Hon. James V. Selna

                                    U.S. District Judge

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 3-18-20, service

of the defendant's:

**Proposed order Re Bail**

On the following party, using the court's ECF system:

**AUSA's Brett Sagel & Julian Andre**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-18-20

s/ H. Dean Steward

H. Dean Steward

- 3 -