UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00061JVS | Date | March 18, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Avenatti | Not | X | | Dean Steward | X | | X |

**Proceedings:**   [IN CHAMBERS] ORDER RE SUPPLEMENTAL BRIEFING

    Defendant Michael Avenatti ("Avenatti") has presented an application to reconsider admission to bail, and the Court has made an initial review. (Docket No. 117.) The application is conspicuously devoid of evidentiary support for the allegations in the application.

    One of the primary predicates for relief is that Avenatti had pneumonia within the past six months. (Application, pp. 4, 10.) There is no documentation.

    A second principal assertion is that his cell mate was removed because of coughing and a fever. (Id., p. 4.) Again there is no evidence.

    Avenatti is invited to file immediately a supplement with evidentiary support for these and the other numerous unsupported assertions of fact in the application.

|  | : | 0 |
|---|---|---|
| | Initials of Deputy Clerk | lmb |

cc: