DECLARATION

I, Lea Black, declare:

1. I am a friend of Michael J. Avenatti. I reside in Miami, Florida. I make this declaration at the request of Mr. Avenatti's attorney, H. Dean Steward.

2. On September 19, 2019, I received a call from Mr. Avenatti. He was at an urgent care facility in Coral Gables, Florida and needed help. When I arrived he had a temperature over 104 degrees and he was shaking and shivering. His eyes were red and he was burning hot. Once they got his temperature down to approximately 102 I put him in my car and drove him to the ER at Doctor's Hospital in Coral Gables, Florida. He was admitted to the hospital and they worked on reducing his temperature and put him on an IV. He was still visibly shaking and shivering. I kept giving him water. I stayed in his room the entire time. I had to talk to the doctors and nurses on his behalf because he was not thinking clear enough to handle his own medical care. I kept demanding more and more warm blankets because he could not get warm. I was extremely concerned about his condition. I didn't want him to leave the hospital.

3. At the hospital, the staff got his fever down, put in an IV, and diagnosed his condition as pneumonia. They did further testing and prescribed several medications. The doctor showed us a photo of his x-ray and where the pneumonia was located. It was a gray area on the x-ray. They recommended another chest x-ray in 6 months,



EXHIBIT "B"

1

to make sure there was not some underlying issue. After several hours, he was released and we left the hospital. He was weak but feeling better and was discharged around midnight. He was giving several prescriptions and ordered bed rest for seven days.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-19-20

Lea Black

