

## Urgent Care
### Walk-in - Medical Clinic - Family Practice

| PATIENT NAME | AVENATTI, MICHAEL |
|---|---|
| DATE OF EXAM | 09/17/2019 |
| DATE OF BIRTH | REDACTED |
| MRN | 45905 |
| REFERRING PHYSICIAN | MONES, HARRIS DO DR. |

**INDICATION**: Cough
**CHEST PA & LATERAL**

**FINDINGS:**
The cardiac silhouette measures within normal limits. The hilar and mediastinal structures appear unremarkable. Left hemithorax clear. Fullness right hilar/perihilar region and posterior to right hilum suspicious for central pulmonary mass with postobstructive pneumonitis. Recommend CT thorax with intravenous contrast exclude central pulmonary neoplasm. Infiltrate without central pulmonary neoplasm could potentially also give this appearance.. The osseous structures appear grossly intact.

**IMPRESSION:**
Right hilar mass effect/perihilar mass effect infiltrate with or without central pulmonary neoplasm. Recommend CT with contrast

Electronically Signed by:   ESSER, JAMES M. MD
Date/Time Read:   9/17/2019 8:08:03 PM
American Board Certified Radiologist
of Premier Radiology Services
www.pradiology.com