REDACTED

## Good morning Ms. Davis
3 messages

**Dean Steward** <deansteward7777@gmail.com> REDACTED     Thu, Mar 19, 2020 at 12:17 PM
To: Shakira_Davis@ REDACTED

I am in the process of asking Judge Selna to re-admit Michael Avenatti to bail. A question has come up about Michael's suffering from pneumonia late last year. Judge Selna has asked me for a showing that this is true.

Michael says he sent you med records and informed you of the illness?

Judge Selna's order is attached, and I'd be grateful for a response today.

Dean

--



949-481-4900   www.deansteward.com

📎 court order 3-18-20.pdf
281K

**Shakira Davis** <Shakira_Davis@ REDACTED     Thu, Mar 19, 2020 at 1:08 PM
To: "deansteward7777_gmail.com"

Hello Mr. Steward,

✓ I do recall Mr. Avenatti getting sick while he was traveling and this was the reason he had to change his travel arrangements at the last minute. However, our server is currently down so I do not have access to the details or the the records he may have submitted. Our Administrative Office is currently working on this issue.

You will need a Court Order authorizing Pretrial Services to release any documentation he may have submitted.

Get Outlook for iOS

---

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Thursday, March REDACTED
**To:** Shakira Davis
**Subject:** Good morning Ms. Davis

[Quoted text hidden]

EXHIBIT "D"

**Dean Steward** REDACTED  Thu, Mar 19, 2020 at 1:50 PM
To: Shakira Davi

thank you

[Quoted text hidden]

--



949-481-4900  www.deansteward.com