**Gmail**  Dean Steward <deansteward7777@gmail.com>

## Tweet by Michael Avenatti on Twitter
1 message

**Scott Srebnick** <S━━ REDACTED ━━>  Fri, Mar 20, 2020 at 5:14 AM
To: Dean Steward <━━ REDACTED ━━>



 **Michael Avenatti (@MichaelAvenatti)**
9/20/19, 6:46 PM
On Tues, I had an abnormal x-ray showing a large "mass" on my right lung. After a CT-scan at the hospital, I was diagnosed with severe pneumonia. I am now happy to report I am on the mend. To my supporters - thank you for caring. To Trumpers and my haters - better luck next time.

Download the Twitter app

Scott A. Srebnick, P.A.
201 South Biscayne Boulevard
Suite 1210
Miami, FL 33131
305-285-9019


Sent from my iPad

EXHIBIT "E"