REDACTED

**inmate Michael Avenatti**
1 message

**Dean Steward** <deans— REDACTED —     Thu, Mar 19, 2020 at 9:10 AM
To: Nicole McFarland <

Reg. No. 86743-054
Good morning Ms. McFarland-
As you may recall, I represent Mr. Avenatti on his California indictment. I have asked federal Judge James V. Selna to consider re-admitting my client to bail. I represented to the Judge that Mr. Avenatti's cell mate was removed recently due to coughing and perhaps other health reasons.

I'm aware that HIPAA prevents you from disclosing health info, but are you able to confirm that his cellmate over the last 10 days was removed due to health issues?

Attached is the court order that causes this inquiry.

Thanks in advance,

Dean Steward

--



949-481-4900   www.deansteward.com

📎 court order 3-18-20.pdf
    281K

EXHIBIT "F"