1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
4  Fax: (949) 496-6753

5  Attorney for Defendant
   MICHAEL J. AVENATTI
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES,                | Case No. SA-CR-19-61-JVS |
   |                               |                          |
12 |        Plaintiff,             | WAIVER OF SPEEDY TRIAL   |
13 |                               |                          |
   |        vs.                    |                          |
14 | MICHAEL J. AVENATTI           |                          |
15 |        Defendant.             |                          |

16

17

18

19         I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18

20  USC §3161. I hereby waive my right to a speedy trial under the Act and consent to
21
22  continuing my trial date from May 19, 2020 to:

23  Initials _MJA_   _August 19_____, 2020. I understand the period of the
24
25  continuance will be excluded from computations of time for the purposes of the

26  /

27  /

28

Speedy Trial Act, and I have discussed this waiver with my attorney.

Dated: March 13, 2020



Michael J. Avenatti, Defendant

Agreed and witnessed,

Dated: March 13, 2020



H. Dean Steward
Counsel for Defendant
H. Dean Steward