## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | SACR 19-61-JVS | | Date | March 25, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | X | | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] <u>Invitation to File an *Ex Parte* Request for Reconsideration</u>

      Defendant Michael Avenatti ("Avenatti") applied for reconsideration of the Court's decision to remand him to custody. (Docket No.117.) The Court denied the request. (Docket No. 121.)

      In light of the evolving nature of the Covid-19 pandemic, particularly in the greater New York City area, the Court invites Avenatti to apply *ex parte* for reconsideration of the Court's order at Docket No. 121. The application should address the following two points, as well as any other grounds Avenatti wishes to raise:

      • The nature and extent of the Court's authority to grant release under U.S.C. § 3142 (i) solely on the basis of "another compelling reason."

      • The specifics of any release of Avenatti, including the party or parties into whose "custody" he should be released, an issue not previously addressed by Avenatti. (<u>See</u> Docket No. 121, p. 2.) Further terms of release should also be addressed.

      Should Avenatti file an application, the Government should be prepared to respond within 24 hours. The Court will grant no extension. Should an application be presented, the Court will rule within 24 hours.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | : | 0 |

Initials of Deputy Clerk   lmb