H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | [Proposed Second Amended] ORDER RE BAIL PENDING TRIAL |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that defendant Michael J. Avenatti shall be released from custody on the following terms and conditions:

1. Defendant shall engage in no financial transaction of any kind that exceed $500. Defendant shall allow random Pre-Trial Services/Probation reviews of his cell phone, computer or any other like electronic device for records, e-files, e-mail, or any other indicator of a financial or asset transfer event, to ensure compliance.

2. As a condition precedent to release, the defendant shall submit to screening for COVID-19 by the Bureau of Prisons and/or the United States Marshals Service. If the defendant is found to be exhibiting symptoms consistent with COVID-19 or is

confirmed to have COVID-19, the defendant shall not be released to the public because of the danger the defendant poses to the community.

3. Should the defendant not have symptoms consistent with COVID-19 at the time of the release order, defendant shall be placed in a fourteen-day quarantine ~~before being discharged from~~ upon release from MCC New York and then defendant shall submit to screening for COVID-19 as directed by the Pretrial Services/Probation.

4. Should the defendant then or thereafter exhibit symptoms consistent with COVID-19, the defendant shall remain in quarantine or isolation as directed by Pretrial Services/Probation in a form directed by Pretrial Services/Probation, including self-isolation or self-quarantine.

5. During the period of pre-trial supervision, defendant shall comply with national, state, and local public-health orders regarding COVID-19, including California's Executive Order N-33-20 (March 19, 2020) and, if applicable, the Los Angeles "Safer At Home" Order, Public Order Under City of Los Angeles Emergency Authority (March 19, 2020), or any other applicable local orders, depending on where defendant would actually reside.

6. Any release order is contingent on an additional bond being approved and in place by surety Hubert Bromma in the amount of $300,000, prior to release. If no local U.S. Attorney's Office is available to review the surety's identification, surety to provide the court, counsel and Pre-Trial Services/Probation with a copy of his driver's license and a phone number that can be used to interview him. In addition, the defendant shall sign an appropriate bond form prior to release.

7. Quarantine, Transportation and Residence of Defendant- California Area Transport and Quarantine

    A) _____ Upon release, defendant shall be transported to JFK, La Guardia or Newark airports by his counsel, Mariel Colon, for immediate commercial flight to Los Angeles to the home of Jay Manheimer. He shall be transported from LAX to the Manheimer residence by his counsel, H. Dean Steward.

**_OR_**

    B) _____ Upon release defendant shall be transported to JFK, La Guardia or Newark airports by his counsel, Mariel Colon, for immediate commercial flight to Los Angeles. Defendant shall report to a Pre-Trial Services/Probation approved hotel in the Los Angeles area for 14-day quarantine. After completion of the quarantine and defendant shows no symptoms of covid 19, he shall be transported by attorney Steward to the home of Jay Manheimer in Venice, California.

**_OR_**

8. Quarantine, Transportation and Residence of Defendant- New York Area

    C) _____ Upon release, defendant will quarantine at the Hampton Inn in downtown Brooklyn in close proximity to the residence of the defendant's counsel, Mariel Colon, Esq. Counsel Mariel Colon will provide whatever level of check-in with the defendant the Court or Pre-Trial Services/Probation deems appropriate. If at the conclusion of the 14-day quarantine, the defendant shows no signs of COVID 19, he shall be transported to JFK, La Guardia or Newark airports by attorney Mariel Colon for immediate flight to Los Angeles.

**_OR_**

    D)_____ Upon release, defendant will quarantine for 14 days in Sicklerville NJ, at the home of his brother-in-law Stephen Rodier, where he will comply with all

home quarantine procedures as outlined by the CDC. The defendant's family will arrange for sanitizing and protective products necessary to the quarantine be delivered to Mr. Rodier's address. Mr. Rodier will provide transportation for the defendant form the MCC in New York City to Sicklerville, N.J. If at the conclusion of the 14 day quarantine, the defendant shows no signs of COVID 19, he shall be transported to JFK, La Guardia or Newark airports by attorney Mariel Colon for immediate flight to Los Angeles.

9. Any release order will include home detention with no exceptions other than a medical emergency after first advising the Pre-Trial Services/ Probation Officer.

10. Defense counsel Steward shall provide contact information on Hubert Bromma, Jay Manheimer and Stephen Rodier to the government and Pre-Trial Services/Probation at least 48 hours before the release of the defendant.

11. Any release will be temporary for a period of ninety days. The Court will reserve the power to revoke release in light changed circumstance after notice to the parties.

So ordered.

Dated: March __, 2020        _____

             Hon. James V. Selna

             U.S. District Judge