

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
*Metropolitan Correctional Center*

150 Park Row
New York, New York 10007

March 23, 2020

MEMORANDUM FOR ALL MCC NEW YORK STAFF

FROM:        M. Licon-Vitale, Warden

SUBJECT:     Positive Case for COVID 19

Please be advised an inmate who is housed at MCC New York tested positive for COVID-19 on March 23, 2020. He was complaining of chills, body aches, and fever on Sunday morning. He had a dry cough and headache. He did not have shortness of breath, chest pain, or nasal congestion. He was evaluated in the medical department at around 9:00 pm and was sent to the hospital by ambulance to New York Presbyterian Lower Manhattan Hospital. His test came back positive at approximately 3:00 pm today. He does not meet the criteria for hospitalization. He will be discharged later today and place in isolation in Tier G in the Special Housing Unit.

Inmates who were housed with the source case in 11 South are being quarantined on 11 South. This means no inmates will be moved out of 11 South or moved in to 11 South, unless the inmate is a street release. All inmates are being medically assessed in 11 South. The identified inmates will continue to be assessed daily for symptoms. The Health Services Unit will continue to monitor the situation and will provide any further updates.

We are conducting a contact investigation and all staff who came in contact with the inmate within the last 14 days are being notified and screened.

All staff will continue to be screened and assessed upon entering the institution, and should be performing self-assessment to include measuring their temperature at home and report any fever (oral temperature ≥ 100.4 F) to their supervisor.

All staff entering 11 South should continue to don the PPE when entering 11 South. This includes but is not limited to gloves, gowns, surgical mask, goggle or face shield. Please contact the Health Services Department if you have any additional questions.

— EXHIBIT "A"