UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,     ) CERTIFIED TRANSCRIPT
                 Plaintiff,   )
     vs.                      )
                              )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,        )
                 Defendant.   )
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

March 31, 2020

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     JULIAN L. ANDRE
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 02:50 | 1 | SANTA ANA, CALIFORNIA; TUESDAY, MARCH 31, 2020; 3:04 P.M. |
| 03:04 | 2 | THE CLERK:  SACV-19-00061-JVS, United States of |
| 03:04 | 3 | America versus Michael John Avenatti. |
| 03:05 | 4 | Appearances by the government, please. |
| 03:05 | 5 | MR. ANDRE:  Good afternoon, Your Honor.  Julian |
| 03:05 | 6 | Andre and Brett Sagel on behalf of the United States. |
| 03:05 | 7 | MR. STEWARD:  Dean Steward on behalf of |
| 03:05 | 8 | Mr. Avenatti. |
| 03:05 | 9 | THE COURT:  Okay.  Then my court deputy is on, |
| 03:05 | 10 | Lisa Bredahl, and my court reporter, Sharon Seffens. |
| 03:05 | 11 | I have had a chance to review the second |
| 03:05 | 12 | application, as well as the response that the government |
| 03:05 | 13 | filed this afternoon. |
| 03:05 | 14 | Number one, Mr. Steward, would you confirm that |
| 03:05 | 15 | you have a waiver on file? |
| 03:05 | 16 | MR. STEWARD:  We do have a waiver on file, yes, |
| 03:05 | 17 | Your Honor. |
| 03:05 | 18 | THE COURT:  Okay.  I find good cause to conduct |
| 03:05 | 19 | this hearing telephonically in light of the pandemic |
| 03:06 | 20 | situation. |
| 03:06 | 21 | Here are the concerns that I have with regard to |
| 03:06 | 22 | the proposal: |
| 03:06 | 23 | No. 1, I know nothing about Mr. Manheimer or |
| 03:06 | 24 | Mr. Bromma.  I think it's going to be more important as you |
| 03:06 | 25 | address my concerns that we know certainly about Mr. Bromma. |

| | | |
|---|---|---|
| 03:06 | 1 | I want him interviewed by Pretrial Services, and I want a |
| 03:06 | 2 | report from Pretrial Services as to his suitability for a |
| 03:06 | 3 | custodian under 3142(i). |
| 03:06 | 4 | No. 2, I think Mr. Avenatti should do the 14 days |
| 03:06 | 5 | quarantine at MCC.  I see no point in releasing him to the |
| 03:07 | 6 | public until we have some assurance that going out the door |
| 03:07 | 7 | from MCC he is not infected. |
| 03:07 | 8 | Also, I'm not comfortable in having Mr. Avenatti |
| 03:07 | 9 | at any point travel unaccompanied on his return to |
| 03:07 | 10 | California.  I envisage that they he be met if and when |
| 03:07 | 11 | released from MCC by an officer of the court, preferably one |
| 03:07 | 12 | of his present counsel or another officer of the court |
| 03:07 | 13 | approved by this Court.  That person would escort him to the |
| 03:07 | 14 | airport, fly with him to California, and deliver him to Mr. |
| 03:07 | 15 | Bromma.  Given the circumstances here, I just do not accept |
| 03:07 | 16 | Mr. Avenatti being free at any point by himself. |
| 03:07 | 17 | Next, I believe that the bond needs to be |
| 03:08 | 18 | increased.  I think that the $1 million suggested by the |
| 03:08 | 19 | government is sufficient, one-half of that in hard |
| 03:08 | 20 | securities, hard assets, preferably a U.S. government bond |
| 03:08 | 21 | equivalent or real estate. |
| 03:08 | 22 | If he is released, we need conditions to ensure |
| 03:08 | 23 | that he has no access to any form of telecommunications or |
| 03:08 | 24 | wire.  If he is released to Mr. Bromma, Mr. Bromma needs to |
| 03:08 | 25 | acknowledge the terms upon which he is being released and |

| | | |
|---|---|---|
| 03:08 | 1 | acknowledge that if he observes any violation he assumes the |
| 03:08 | 2 | obligation to promptly advise the probation officer thereof. |
| 03:08 | 3 | Those are my thoughts.  Mr. Steward. |
| 03:09 | 4 | MR. STEWARD:  Yes, Your Honor.  To be clear, who |
| 03:09 | 5 | we proposed him to stay with is Jay Manheimer, a long-time |
| 03:09 | 6 | friend.  Mr. Bromma is the gentleman that has considerable |
| 03:09 | 7 | assets, which is why he has been suggested to be in that |
| 03:09 | 8 | position.  I had suggested in my papers that I supply |
| 03:09 | 9 | Pretrial and the government with the contact information for |
| 03:09 | 10 | these two gentlemen -- three gentlemen actually, the |
| 03:09 | 11 | brother-in-law also -- 48 hours before any release, and my |
| 03:09 | 12 | contemplation was Pretrial and the government would |
| 03:09 | 13 | interview them during that period of time. |
| 03:09 | 14 | THE COURT:  Let's do it that way.  You provide the |
| 03:09 | 15 | information, and I get concurrence that it's acceptable to |
| 03:09 | 16 | Pretrial and the government.  Then we will continue moving |
| 03:10 | 17 | forward. |
| 03:10 | 18 | MR. STEWARD:  I understand the Court's position. |
| 03:10 | 19 | Travel, I understand that. |
| 03:10 | 20 | Bond, I understand what the Court wants there. |
| 03:10 | 21 | And I understand about the access devices or electronics, |
| 03:10 | 22 | anything like that. |
| 03:10 | 23 | Frankly, Your Honor, we can't meet this.  This is |
| 03:10 | 24 | detention for him on any number of counts.  I had to work |
| 03:10 | 25 | very hard to get it as high as I could at this point, and a |

| | | |
|---|---|---|
| 03:10 | 1 | million dollar bond with $500,000 posted is simply not |
| 03:10 | 2 | possible. |
| 03:10 | 3 | THE COURT: If he has friends who have substantial |
| 03:10 | 4 | assets -- and that appears to be the description of |
| 03:10 | 5 | Mr. Bromma -- I infer that anything is possible. I have an |
| 03:10 | 6 | ultimate duty to protect the public here. As I reiterated |
| 03:10 | 7 | at Docket No. 128, the Court has not lost sight and neither |
| 03:10 | 8 | should the parties of this Court's finding and the Ninth |
| 03:10 | 9 | Circuit's affirmance, that Avenatti is a danger to the |
| 03:10 | 10 | community. I'm looking for constructive ways to have him |
| 03:11 | 11 | released, and these are my minimum terms to see that that's |
| 03:11 | 12 | accomplished. |
| 03:11 | 13 | MR. STEWARD: Again, Your Honor, I understand the |
| 03:11 | 14 | Court's position. I'm simply saying I don't think I can do |
| 03:11 | 15 | it. I'll do my best, but what's on the table from the |
| 03:11 | 16 | defense right now as far as I have been able to squeeze this |
| 03:11 | 17 | lemon, I just don't think there is any more juice. However, |
| 03:11 | 18 | I appreciate the Court giving me the opportunity. I will do |
| 03:11 | 19 | everything I can. I'm sure the government will oppose |
| 03:11 | 20 | everything I do at every turn, as they have done throughout, |
| 03:11 | 21 | and I won't say anything more on that subject at this point. |
| 03:11 | 22 | THE COURT: That may be. But one bridge we have |
| 03:11 | 23 | crossed is I have made the finding that there are |
| 03:11 | 24 | extraordinary circumstances here. Neither the defendant or |
| 03:11 | 25 | the government need to revisit that issue in any court |

7

```
03:11   1    filing going forward.
03:12   2            MR. ANDRE:  The government understands the Court's
03:12   3    position on that.
03:12   4            THE COURT:  Does the government have any comments
03:12   5    with regard to the terms I have laid out?
03:12   6            MR. ANDRE:  No, Your Honor.
03:12   7            THE COURT:  Okay.  If and when you are able to
03:12   8    meet these, Mr. Steward, I suggest that you and the
03:12   9    government confer concerning a Proposed Order.
03:12  10            MR. STEWARD:  Okay, Your Honor.
03:12  11            I will work this out with Ms. Seffens, but I sort
03:12  12    of would like a transcript of what we just talked about.  My
03:12  13    notes are good but not perfect, and I want to make sure I
03:12  14    have exactly what the Court's comments were.  I will address
03:12  15    that with Ms. Seffens later.
03:12  16            THE COURT:  Okay.  Is there anything else anyone
03:12  17    wants to raise?
03:12  18            MR. STEWARD:  Not from the defense.
03:12  19            THE COURT:  Okay.  Well, thank you.
03:13  20            MR. ANDRE:  Nothing from the government, Your
03:13  21    Honor.  I assume, however, there will be a Minute Order at
03:13  22    some point regarding this status conference today.
03:13  23            THE CLERK:  There will be a Minute Order for sure,
03:13  24    but I'm not going to have all of those specifics in it.
03:13  25            THE COURT:  I'll ask Ms. Seffens to generate a
```

```
03:13   1    transcript as quickly as possible.
03:13   2              MR. ANDRE:  Thank you very much, Your Honor.
03:13   3              THE COURT:  Okay.
03:13   4              MR. ANDRE:  Thank you.
03:13   5              (Whereupon, the proceedings were concluded.)
03:13   6                         *    *    *
03:13   7
03:13   8
03:13   9
03:13   10
03:13   11
03:13   12
03:13   13
03:13   14
03:13   15
03:13   16
03:13   17
03:13   18
03:13   19
03:13   20
03:13   21
03:13   22
03:13   23
03:13   24
03:13   25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  March 31, 2020

/s/   Sharon A. Seffens   3/31/20
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER