UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | March 31, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | X | | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE RE DEFENDANT'S SECOND FOR BOND

Cause is called for hearing telephonically with counsel for the defendant and counsel for the Government present. Defendant is not present, waiver of appearance on file. The Court finds good cause to conduct the hearing telephonically in light of the pandemic. In order for the defendant to be released on bond, the following conditions must be met:

Mr Bromma and/or Mr Manheimer must be interviewed by Pretrial Services and Pretrial shall submit a report as to suitability for a custodian under 3142(i)

If the defendant were to be released, he would do the 14 day quarantine at MCC. Upon release, if the conditions are all met, the defendant must be released to an officer of the court, preferably one of his present counsel or another officer of the court as approved. That person would escort him to the airport, fly with him to California, and deliver him to Mr. Bromma.

The bond will be increased to $1,000,000, one-half of that in hard securities, hard assets, preferably a US government bond equivalent or real estate.

If released, conditions must be set to ensure that he has no access to any form of telecommunications or wire. If he is released to Mr Bromma or Mr Manheimer, that person needs to acknowledge the terms upon which the defendant is being released and acknowledge that if he observes any violation he assumes the obligation to promptly advise the pretrial services officer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

    The above are in addition to the terms which the Court previously laid out in Docket No. 128.

    The Court finds that there are extraordinary circumstances here, and neither side need to revisit that issue in any future court filing.

|  | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |