1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
   Fax: (949) 496-6753
4

5  Attorney for Defendant
6  MICHAEL J. AVENATTI

7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 UNITED STATES,                    Case No.  SA-CR-19-61-JVS
12        Plaintiff,                 [Proposed] ORDER
13    vs.
14 MICHAEL J. AVENATTI
15
        Defendant.
16

17     A sufficient showing having been made, it is ordered that defendant Michael J.
18 Avenatti shall be released from custody of the following terms and conditions:
19
20

21 1. Immediate release for 90 days after defendant and a responsible, Pre-Trial Services
22 approved surety have signed and filed signature bonds in the amount of $1,000,000.
23 No further quarantine or testing will be required before release.
24

25 2. Posting of property with proven equity of $500,000 by April 20, 2020.
26

27 3. Release only to an officer the court (defense attorney), for immediate transportation
28 to Newark, La Guardia or JFK airports. Then counsel and defendant shall fly to Los

Angles, and counsel shall transport defendant to the home of third-party custodian Jay Manheimer.

4. Defendant shall be under home detention, electronic monitoring and shall not leave the premises except for medical emergencies, in such case with immediate notification to Pre-Trial Services.

5. Defendant shall not have access to any electronic devices.

So ordered.

Dated: April __, 2020  _____

                              Hon. James V. Selna

                              U.S. District Judge