

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

BOP COVID-19 Modified Operations Plan

### BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

### BOP's COVID-19 Response

In February 2020, the BOP's Public Health Service (PHS) staff were placed in operational dress uniforms to be ready to respond to COVID-19 incidents by the Assistant Secretary for Health.

### BOP's COVID-19 Collaboration Efforts

BOP PHS Officers have been deployed for national travel-related screening at airports and NIC has been asked to share BOP-related guidance with state and local corrections.

### Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

### CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

### USA.gov

To learn about international travel restrictions, how you can prepare for coronavirus, and what the U.S. government is doing in response to the virus, visit https://www.usa.gov/coronavirus

EXHIBIT "A"

# Open COVID-19 Tested Positive Cases

| | |
|---|---|
| **Inmates** **91** | **(Inmate) 4/03/2020 -** USP Atlanta (5); MDC Brooklyn; FCI Butner Low (7); FMC Butner; FCI Butner Medium I (3); USP Canaan; FCI Danbury (20); FCI Elkton (2); FCI Forrest City Low (2); USP Lompoc (14); MCC New York (4); FCI Oakdale I (18); FCI Otisville; FCI Yazoo City Medium (4); FCI Yazoo City Low; RRC Brooklyn, NY (4); RRC Janesville, WI; RRC Phoenix, AZ; FLM Guam. |
| **Staff** **50** | **(Staff) 4/03/2020 -** Atlanta, GA (3); Brooklyn, NY (4); Butner, NC; Canaan, PA; Chicago, IL (3); Danbury, CT (6); Lisbon (Elkton), OH; Forrest City, AR; Leavenworth, KS (no inmate contact); Lompoc, CA (2); Milan, MI; New York, NY (5); Oakdale, LA (4); Otisville, NY; Ray Brook, NY (6); Talladega, AL (3); Tucson, AZ; Yazoo, MS (3); Central Office, Washington, DC; Grand Prairie Office Complex, Grand Prairie, TX; Southeast Regional Office, Atlanta, GA. |

*Note:* Due to the rapidly evolving nature of this public health crisis, the BOP will update this dashboard daily at 3:00 p.m. based on the most recently available data from across the agency as reported by the BOP's Office of Occupational Health and Safety.

## Resources

- COVID-19 Visitor/Volunteer/Contractor Screening Tool
- COVID-19 Inmate Screening Tool
- COVID-19 Staff Screening Tool
- Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.
- Coronavirus (COVID-19) Religious Accommodations

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Federal Executions
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

https://www.bop.gov/coronavirus/    2/3