## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | April 6, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | X | | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE RE DEFENDANT'S SECOND EX PARTE FOR BOND PENDING TRIAL

Cause is called for hearing telephonically with counsel for the defendant and counsel for the Government present. Defendant is not present, waiver of appearance on file. The Court finds good cause to conduct the hearing telephonically in light of the pandemic.

The following matters must be completed for the Court to grant bond:

Mr. Bromma and Mr Manheimer must be interviewed by Pretrial Services and a report sent to the Court.

The $500,000 bond must be secured before the Court will sign an order releasing him.

The Court may consider an alternative to having the defendant quarantine for 14 days in MCC if there is some alternative in New York, such as a residence of a friend, but the defendant may not travel to the West Coast until he has be in quarantine for 14 days and is certified not to have the virus.

The above are in addition to the terms which the Court previously laid out in Docket No. 128.

Counsel shall meet and confer re and lodge a proposed order with the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

: 10

Initials of Deputy Clerk  lmb