NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER SETTING FORTH THE CONDITIONS OF TEMPORARY RELEASE FOR DEFENDANT MICHAEL JOHN AVENATTI |

Pursuant to the Court's April 6, 2020, Order (CR 138), plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorneys Julian L. André and Brett A. Sagel, and defendant MICHAEL JOHN AVENATTI ("defendant"), by and through his counsel of record, H. Dean Steward, hereby lodge the

attached [Proposed] Order Setting Forth the Conditions of Temporary Release for defendant.

As directed by the Court (CR 138), the parties met-and-conferred regarding the language of this [Proposed] Order.  The parties agree that the conditions set forth therein are consistent with the Court's prior orders and directions (CR 128; CR 134; CR 138).  The parties further agree that these proposed conditions will address concerns raised by Pretrial Services, defendant's proposed third-party custodian, and defendant's proposed surety.

Dated: April 10, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


  /s/
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: April 10, 2020

  /s/ via email authorization
H. DEAN STEWARD
Attorney for Defendant
MICHAEL JOHN AVENATTI

2