H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.  SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR APPROVAL OF ATTORNEY MINDERS FOR DEFENDANT FROM MCC NEW YORK TO HOME OF THIRD-PARTY CUSTODIAN IN VENICE, CALIFORNIA; DECLARATION OF COUNSEL; [Proposed] ORDER |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

Comes now counsel for defendant Michael J. Avenatti and seeks approval of the Court for three attorney minders for defendant's trip from MCC New York to the third-party surety's home in Venice, California. All three attorneys are counsel of record in a current legal proceeding involving defendant. Details are contained in the attached declaration of counsel, including comments from government counsel.

Dated: 4-13-20           /s./ H. Dean Steward

　　　　　　　　　　　H. Dean Steward
　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　Michael J. Avenatti

- 1 -

## I. Background

On April 10, 2020, this Court issued an order allowing the release of the defendant from custody, pre-trial, under a number of conditions. The condition at §9, p. 3 requires the defendant to be accompanied from the MCC in New York City to the home of the third-party custodian by, "H. Dean Steward, or another individual expressly authorized by this Court…". The defense proposes a team of three attorneys, all of whom are officers of the court, and all of whom represent the defendant in current litigation. (Please see attached declaration).

## II. Proposed Trip and Minders

Details on the three attorney minders are contained in the declaration below. The defense proposes, upon release of the defendant from the MCC in New York City, that attorney Mariel Colon shall accompany Mr. Avenatti to one of the three local New York City airports, (JFK, La Guardia or Newark), depending on which has airport has the flight most expeditious to get Mr. Avenatti to Los Angeles. The defense will, of course, provide Pre-Trial Services with a detailed itinerary at least 24 hours in advance of travel, per §9 of the Court's order.

At the airport, attorney Douglas Hatherley will meet the defendant and attorney Colon, board the flight to California with Mr. Avenatti, and accompany him to LAX airport. At LAX, the undersigned will meet Mr. Avenatti and Mr. Hatherley and then transport Mr. Avenatti to the third-party custodian's home in Venice, California.

## III. Government Comments

The undersigned counsel contacted government counsel on April 10, 2020. Government counsel asked that the following verbiage be included in this application:

> The government does not object to defendant's attorneys, Mariel Colon and Douglas Hatherley, assisting with the transportation of defendant from the

Metropolitan Correctional Center in New York to the residence of the proposed third-party custodian, Jay Manheimer. However, since neither Ms. Colon nor Mr. Hatherley are counsel of record in this case, the government believes Ms. Colon and Mr. Hatherley should each be required to sign and file with this Court an Affidavit of Third-Party Custodian (Form CR-31) or a similar document acknowledging their responsibility to transport defendant and ensure he complies with all conditions of his temporary release during the transport. Having Ms. Colon and Mr. Hatherley sign this affidavit or a similar document to be filed with this Court, will ensure that Ms. Colon and Mr. Hatherley are subject to this Court's jurisdiction if they fail to comply with the Court's order.

The defense objects to this suggestion as unnecessary. Each attorney is an officer of the court, and such further form signature is unneeded.

## IV. Conclusion

For the reasons above, the defense asks the Court to approve the three attorneys set out above as minders for the entire trip across country. Each attorney is an officer of the court, and each represents Mr. Avenatti in civil or criminal litigation.

Dated: 4-13-20         /s./ H. Dean Steward
                       H. Dean Steward
                       Counsel for Defendant
                       Michael J. Avenatti

**Declaration of Counsel**

I, H. Dean Steward, declare:

I am retained counsel for defendant Michael J. Avenatti in the above captioned case. I make this declaration in support of his seeking approval for three attorney minders to transport him from the MCC in New York City to Venice, California, to the third party custodial in this case.

1. Attorney Mariel Colon- Ms. Colon is a member of the New York state bar (#5612247) and is co-counsel on the Nike case in the Southern District of New York *U.S. v. Avenatti* #CR-19-373-PG. Her proposed role would be to transport Mr. Avenatti from the MCC in New York City to a nearby airport.

2. Attorney Douglas Hatherley- Mr. Hatherley is a member of the California state bar, (#265230). He is a member of the firm of Stegmeir, Gelbart et. al. who represent Mr. Avenatti in *Marriage of Avenatti* 17-D 00-99-30 (divorce action). Mr. Hatherly has personally worked on the divorce case and is acquainted with the defendant.

3. H. Dean Steward, undersigned counsel, a member of the bars of the states of California and Hawaii (# 85317 & 4026)l- suggested by the Court at §9 to accompany the defendant, counsel of record in this case and federal court practitioner for 41 years.

4. Due to the coronavirus outbreak, it was *extremely* difficult to locate attorneys willing and able to assist in this travel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-13-20                    /s./ H. Dean Steward
                                            H. Dean Steward
                                            Counsel for Defendant
                                            Michael J. Avenatti

- 4 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

 I am not a party to the above entitled action. I have caused, on 4-13-20, service of the defendant's:

**EX PARTE SEEKING PERMISSION FOR ATTORNEY MINDERS**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA BRETT SAGEL AND JULIAN ANDRE**

**AND PRE-TRIAL SERVICES OFFICER SHAKIRA DAVIS BY EMAIL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-13-20

s/ H. Dean Steward

H. Dean Steward