H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE ATTORNEY MINDERS FOR DEFENDANT'S TRANSPORTATION- NEW YORK TO VENICE, CALIFORNIA |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that upon release from the Metropolitan Correction Center in New York City, NY, defendant shall be accompanied by attorney Mariel Colon to one of three local New York City airports, (JKK, La Guardia or Newark), there to be met by attorney Douglas Hatherley from California. Mr. Avenatti will then travel with attorney Hatherley from New York to California LAX airport via a flight that has been disclose to Pre-Trial Services at least 24 hours in advance of that travel.

Upon arrival at LAX, attorney H. Dean Steward will meet the defendant and attorney Hatherley. Attorney Steward will transport the defendant to the home of Jay S. Manheimer in Venice, California, and turn over the defendant to Mr. Manheimer.

- 1 -

It is the intension of this Court that the defendant be accompanied by counsel <u>at all times during this trip.</u>

So ordered.

Dated: April __, 2020            _____

                                 Hon. James V. Selna
                                 U.S. District Judge