1  H. Dean Steward SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
   Fax: (949) 496-6753

4  Attorney for Defendant
   MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SACR 19-61-JVS |
|---|---|
| Plaintiff, | ORDER RE ATTORNEY MINDERS FOR DEFENDANT'S TRANSPORTATION- NEW YORK TO VENICE, CALIFORNIA |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that upon release from the Metropolitan Correction Center in New York City, NY, defendant shall be accompanied by attorney Mariel Colon to one of three local New York City airports, (JKK, La Guardia or Newark), there to be met by attorney Douglas Hatherley from California. Mr. Avenatti will then travel with attorney Hatherley from New York to California LAX airport via a flight that has been disclose to Pre-Trial Services at least 24 hours in advance of that travel.

Upon arrival at LAX, attorney H. Dean Steward will meet the defendant and attorney Hatherley. Attorney Steward will transport the defendant to the home of Jay S. Manheimer in Venice, California, and turn over the defendant to Mr. Manheimer.

- 1 -

It is the intension of this Court that the defendant be accompanied by counsel <u>at all times during this trip.</u>

**By assuming the role of minder each attorney below consents to jurisdiction of this Court and shall so acknowledge by endorsing and causing to be filed with this Court a copy of this order.**

So ordered.

Dated: April 13, 2020                    _____

                                        Hon. James V. Selna
                                        U.S. District Judge

With respect to my duties as a minder under the above order, I consent to the jurisdiction of the United States District Court for the Central District of California.

Dated: April __, 2020                    _____
                                                Mariel Colon

Dated: April __, 2020                    _____
                                                Douglas Hatherley