# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, vs. | SA-CR-19-61-JVS |
| MICHAEL J. AVENATTI | **AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on  APRIL 10, 2020  to take third-party custody of  MICHAEL J. AVENATTI , I,  JAY. S. MANHEIMER  agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

FRIEND
Relationship to Defendant/Material Witness

N/A
Address (only if the above is an organization)

VENICE, CA.
City and State only

312-208-3388
Telephone Number

Date: **4/13/20**

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 4-16-20, service of the defendant's:

**CR-31- 3rd Party Custodian Form**

On the following party, using the court's ECF system:

**AUSA BRETT SAGEL AND JULIAN ANDRE**

_____

**AND BY E-MAIL ON**

**PRE-TRIAL SERVICES OFFICER SHAKIRA DAVIS**

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-16-20

s/ H. Dean Steward

H. Dean Steward

-2-