H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | |
| vs. | ACKNOWLEDGMENT OF |
| MICHAEL J. AVENATTI | JURISDICTION |
| Defendant. | |

Comes now counsel for defendant and attaches the Court's prior order regarding attorney minders for defendant's trip from MCC in New York City to Venice, California. The order is signed by both attorney Mariel Colon and attorney Douglas Hatherley.

Dated: 4-21-20         /s./ H. Dean Steward

                       H. Dean Steward

                       Counsel for Defendant

                       Michael J. Avenatti

- 1 -

H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SACR 19-61-JVS |
|---|---|
| Plaintiff, | ORDER RE ATTORNEY MINDERS FOR DEFENDANT'S TRANSPORTATION- NEW YORK TO VENICE, CALIFORNIA |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that upon release from the Metropolitan Correction Center in New York City, NY, defendant shall be accompanied by attorney Mariel Colon to one of three local New York City airports, (JKK, La Guardia or Newark), there to be met by attorney Douglas Hatherley from California. Mr. Avenatti will then travel with attorney Hatherley from New York to California LAX airport via a flight that has been disclose to Pre-Trial Services at least 24 hours in advance of that travel.

Upon arrival at LAX, attorney H. Dean Steward will meet the defendant and attorney Hatherley. Attorney Steward will transport the defendant to the home of Jay S. Manheimer in Venice, California, and turn over the defendant to Mr. Manheimer.

- 2 -

It is the intension of this Court that the defendant be accompanied by counsel <u>at all times during this trip.</u>

**By assuming the role of minder each attorney below consents to jurisdiction of this Court and shall so acknowledge by endorsing and causing to be filed with this Court a copy of this order.**

So ordered.

Dated: April 13, 2020

_____
Hon. James V. Selna
U.S. District Judge

With respect to my duties as a minder under the above order, I consent to the jurisdiction of the United States District Court for the Central District of California.

Dated: April ___, 2020            _____
                                                        Mariel Colon

Dated: April 20, 2020            _____
                                                        Douglas Hatherley

-3-

It is the intension of this Court that the defendant be accompanied by counsel <u>at all times during this trip.</u>

**By assuming the role of minder each attorney below consents to jurisdiction of this Court and shall so acknowledge by endorsing and causing to be filed with this Court a copy of this order.**

So ordered.

Dated: April 13, 2020

_____
Hon. James V. Selna
U.S. District Judge

With respect to my duties as a minder under the above order, I consent to the jurisdiction of the United States District Court for the Central District of California.

Dated: April 13, 2020

_____
Mariel Colon

Dated: April ___, 2020

_____
Douglas Hatherley

-4-

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. I have caused, on 4-21-20, service of the defendant's:

**ACKNOWLEDGMENT OF JURISDICTION**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA BRETT SAGEL AND JULIAN ANDRE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-21-20

s/ H. Dean Steward

H. Dean Steward