Date Approved: _____  Extension: _____

By: _____
   ☐ PSA Officer *(for material witness only)*  ☐ AUSA

Signature: _____

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | SACR 19-61-JVS |
| v. | |
| Michael John Avenatti | AFFIDAVIT OF SURETY (NO JUSTIFICATION) |
| DEFENDANT(S). | |

    I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State): San Luis Obispo CA

    I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $500,000.00_____, in the event that the bond is forfeited.

    I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

    I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

    I declare under the penalty of perjury that the foregoing is true and correct. Executed on this __7th__ day of April____, 20 20__.

| Hubert Bromma | X X X - X X |
| Name of Surety | Social Security N— REDACTED *(its only)* |
| *[signature: Hubert Bromma]* | |
| Signature of Surety | Address o REDACTED |
| Friend of Defendant | San Luis Obispo CA 93401 |
| Relationship of Surety | City, State, Zip Code |

---

*Local Criminal Rule 46-6*

   *Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

---

CR-04 ( 02/09)        AFFIDAVIT OF SURETY (NO JUSTIFICATION)

Ex. "A"

Recommend: ☐ Approval   ☐ Disapproval
(*if disapproval is checked, please complete the bottom of page 2*)
☐ Sufficient amount of equity
☐ Lot Book Report confirming title (*dated on or after date on which surety recorded Deed of Trust*)
☐ Property Appraisal (*assessed value or signed written appraisal of current market value*)
☐ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On _____    _____
         Date                              Extension

By: _____
         *Assistant U.S. Attorney*
Signature: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA PLAINTIFF, v. Michael John Avenatti DEFENDANT(S). | CASE NUMBER SACR 19-61-JVS AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in San Luis Obispo CA _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 500,000.00 _____, over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                                                    Page 1 of 2

Address and description of property:   2380 Camino Edna, San Luis Obispo CA 93401
PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish

REDACTED  _ubert        REDACTED  —

                                  Address of Surety

XXX-  REDACTED           San Luis Obispo CA 93401
Social Security Number (Last 4 digits only)   City, State, Zip Code

☐ Sole Holder or Owner   ☑ Tenancy in Common   ☐ Joint Tenancy   ☐ Other: _____

Percentage of Interest of Surety %50
Present Fair Market Value of Property $ 825,000.00 (supporting documentation attached)
Total Amount of Encumbrances and/or All Liens $ 0.00 (list below separately)

Name of Holder of 1st Encumbrance _____   Address, City, State, Zip Code _____

Name of Holder of 2nd Encumbrance _____   Address, City, State, Zip Code _____

Name of Holder of 3rd Encumbrance _____   Address, City, State, Zip Code _____

Total Equity $ 825,000.00 (after deduction of encumbrance/liens)
Homesteaders ☐ Yes ☑ No   Exemption Filed?
Amount of Exemption $ N/A

0                                         N/A
Number of other bonds or undertakings    Amount of other bonds or undertakings

Has the indicated property previously been USED as collateral? ☐ Yes   ☐ No
If yes, list: _____

Was appraisal given by a LICENSED appraiser? ☑ Yes   ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this 7th Day of April 2020

Signature of Surety  /s/ Hubert B____
Hubert Bromma, Trustee of the Hubert Bromma Trust dated May 7, 2007
See Attached for Notary Certificate
MW  Friend of Defendant
Relationship of Surety

Signature of Surety _____   Relationship of Surety _____

Above Surety Approved: _____   Dated: _____
                        United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation         ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____                                _____
                                              Assistant U.S. Attorney

AFFIDAVIT OF SURETY(IES) (PROPERTY)
CR-3 (12/05)                                                              Page 2 of 2

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Luis Obispo

On April 7, 2020 before me, Matthew Aaron Ward, Notary Public
                                    name and title of the officer

personally appeared Huber REDACTED ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____    (Notary Public Seal)
Notary Public Signature

[Notary Seal: Matthew Aaron Ward, Commission # 2252395, Notary Public - California, San Luis Obispo County, My Comm. Expires August 3, 2022]

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of sureties
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
  _____
       (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Recommend: ☐ Approval    ☐ Disapproval
(*if disapproval is checked, please complete the bottom of page 2*)
☐ Sufficient amount of equity
☐ Lot Book Report confirming title (*dated on or after date on which surety recorded Deed of Trust*)
☐ Property Appraisal (*assessed value or signed written appraisal of current market value*)
☐ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On _____     _____
      Date                                                   Extension

By: _____
              *Assistant U.S. Attorney*
Signature: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA         PLAINTIFF, v.  Michael John Avenatti                                     DEFENDANT(S). | CASE NUMBER       SACR 19-61-JVS  AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in San Luis Obispo CA _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 500,000.00 _____, over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                                                                                       Page 1 of 2

Address and description of property: 2380 Camino Edna, San Luis Obispo CA 93401
PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS D[...] MAP OF SAID TRACT.

[...] orm in which title to property is held and if there are other title holders, each must sign as surety and furnish

Print Name of S[REDACTED]

REDACTED

XXX-X[REDACTED]
Social Security Number *(Last 4 digits only)*

San Luis Obispo CA 93401
City, State, Zip Code

☐ Sole Holder or Owner   ☑ Tenancy in Common   ☐ Joint Tenancy   ☐ Other: _____

Percentage of Interest of Surety %50

Present Fair Market Value of Property $ 825,000.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 0.00
*(list below separately)*

Name of Holder of 1st Encumbrance _____
Address, City, State, Zip Code _____

Name of Holder of 2nd Encumbrance _____
Address, City, State, Zip Code _____

Name of Holder of 3rd Encumbrance _____
Address, City, State, Zip Code _____

Total Equity $ 825,000.00
*(after deduction of encumbrance/liens)*

Homesteaders Exemption Filed? ☐ Yes ☑ No

Amount of Exemption $ N/A

0
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes   ☐ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes   ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this ___7th___ Day of __April__ 2020

X _Catherine Stacy Cannon_ (signature)
Signature of Surety   Catherine Stacy Cannon

Friend of Defendant / MW
Relationship of Surety

See Attached for Notary Certificate

Signature of Surety _____   Relationship of Surety _____

Above Surety Approved: _____
United States Magistrate Judge

Dated: _____

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation   ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____

_____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                 Page 2 of 2

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Luis Obispo

On April 7, 2020 before me, ____ Ward, Notary Public ____
(title of the officer)

personally appeared ____ Cathe REDACTED ____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature    (Notary Public Seal)

Matthew Aaron Ward
Commission # 2252395
Notary Public - California
San Luis Obispo County
My Comm. Expires August 3, 2022

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Sureties
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
  _____
  (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

ACCOMMODATION
SENT TO RECORDER PER REQUEST OF THE PARTIES HEREIN.
IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY

RECORDING REQUESTED BY Syrgo

Hubert Bromma
Catherine Stacy Cannon
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

**This document was electronically submitted to San Luis Obispo County for recording**

**2020018674**

Tommy Gong
San Luis Obispo - County Clerk-Recorder
04/17/2020 09:16 AM

Recorded at the request of:
FIDELITY - SHERMAN OAKS
Titles: 2   Pages: 2

Fees: $0.00
Taxes: $0.00
Total: $0.00

## SHORT FORM DEED OF TRUST A[REDACTED]

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FIC[TITIOUS DEED OF TRUST OF RECORD]

THIS DEED OF TRUST, Made this **4/7/20** between [REDACTED], Trustee of the [REDACTED] Bromma Trust dated May 7, 2007 as to an undivided 50% interest a[nd] [REDACTED] an unmarried woman, as to an undivided 50% interest as tenants in common [REDACTED] herein called TRUSTOR, whose address is [REDACTED] Luis Obispo CA 93401 and First Corporate Solutions, Inc. herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California,** herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of **San Luis Obispo**

PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Common Address: **2380 Camino Edna, San Luis Obispo CA 93401**   APN# **044-072-049**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Michael John Avenatti** in Case No **SACR 19-61-JVS** which includes an obligation by said Trustor(s) surety(ies) in the amount of **$ 500,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5 1964 | 149774 | | | |

CR-5 (04/04)                    SHORT FORM DEED OF TRUST

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _[signature]_
Hubert Bromma, Trustee of the Hubert Bromma Trust
dated May 7, 2007

x REDACTED
C

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of San Luis Obispo

4/7/20 before me Matthew Aaron Ward, a notary public, personally appeared

REDACTED REDACTED

ame(s) is/are subscribed to the within instrument -zed capacity(ies), and that by his/her/their signature(s) ted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

(Notary Seal)

Matthew Aaron Ward
Commission # 2252395
Notary Public - California
San Luis Obispo County
My Comm. Expires August 3, 2022

---

REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To_____, Trustee   Dated_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

_____

_____

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                    SHORT FORM DEED OF TRUST



Pacific Corporate & Title Services
A Division of First Corporate Solutions

# Lot Book Report

914 S Street, Sacramento, CA 95811
P: 800.406.1577   F: 888.713.7409

**Issued to:**

U.S. District Court
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

**County:** San Luis Obispo
**PCTS Reference Number:** REDACTED
**Client Reference Number:** REDACTED

## Property Information

**Dated as of:** April 20, 2020 @ 7:30 a.m.
**Property Address:** REDACTED Luis Obispo, CA 93401-8327

The latest available equalized assessment roll in the office of the Assessor of said County discloses the following with respect to the land referred to herein:

**Assessor's Parcel No:** 044-072-049
**Tax Year:** 2019/2020
**Land Valuation:** $832,320.00
**1st Installment:** $4,462.27    PAID
**2nd Installment:** $4,462.27    PAID

The estate or interest in the land hereinafter described or referred to covered by this report is a FEE as created by the following described instrument(s):

**Document:** Grant Deed
**Transfer Tax:**
**Grantor:** REDACTED the Muscarella Family Trust dated March 13,
**Grantee:** REDACTED  REDACTED  REDACTED

**Dated:** March 24, 2017
**Recorded:** April 4, 2017
**Series/Instrument #:** 2017014630

ReportID: 8013                     Page 1 of 3

We guarantee our information to be as accurate as reasonable care can make it, however, the ultimate responsibility for maintaining files rests with the filing officer and we will accept no liability beyond the exercise of reasonable care. No guarantee is given nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown therein. In no event shall the Company's liability exceed the fee amount for the search report.

Subject to any conflicts in boundary lines, or discrepancies that would be revealed by a correct survey, the land referred to in this report is situated in the County shown herein, in the State of California and is more particularly described as follows:

**Lot 49 of Tract No. 2138, in the County of San Luis Obispo, State of California, according to map recorded October 21, 1994 in Book 17, Page 33 of Maps, in the office of the County Recorder of said county.**

ReportID: 8013

Page 2 of 3

We guarantee our information to be as accurate as reasonable care can make it, however, the ultimate responsibility for maintaining files rests with the filing officer and we will accept no liability beyond the exercise of reasonable care. No guarantee is given nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown therein. In no event shall the Company's liability exceed the fee amount for the search report.

## Exceptions

According to the Office Records of the County shown herein, in the State of California, in reference to the property described herein, there are no mortgages or deeds of trust purporting to affect said land other than those set out below. No liability is assumed with respect to the identity, legal effect or priority of any matter, shown or not shown, herein.

1.  **DEED OF TRUST to secure the performance of an agreement, and any other amounts payable under the terms thereof,**

    | | |
    |---:|:---|
    | Amount: | $REDACTED |
    | Trustor: | REDACTED |
    | Trustee: | REDACTED |
    | Beneficiary: | Clerk, U.S. District Court, Central District of California |
    | Case No.: | SACR 19-61-JVS |
    | Dated: | April 7, 2020 |
    | Recorded, Official Records: | April 17, 2020 |
    | Series/Instrument No.: | 2020018674 |

## END OF REPORT

ReportID: 8013                                    Page 3 of 3

We guarantee our information to be as accurate as reasonable care can make it, however, the ultimate responsibility for maintaining files rests with the filing officer and we will accept no liability beyond the exercise of reasonable care. No guarantee is given nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown therein. In no event shall the Company's liability exceed the fee amount for the search report.

ACCOMMODATION
SENT TO RECORDER PER REQUEST OF THE PARTIES HEREIN.
IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY
RECORDING REQUESTED BY Syrgo

Hubert Bromma
Catherine Stacy Cannon
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

**This document was electronically submitted to San Luis Obispo County for recording**

**2020018674**

Tommy Gong
San Luis Obispo - County Clerk-Recorder
04/17/2020 09:16 AM

Recorded at the request of:
FIDELITY - SHERMAN OAKS
Titles: 2   Pages: 2

Fees: $0.00
Taxes: $0.00
Total: $0.00

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

THIS DEED OF TRUST, Made this 4/7/20 between [REDACTED] of the Hubert Bromma Trust dated May 7, 2007 as to an undivided 50% interest and [REDACTED] married woman, as to an undivided 50% interest as tenants in common [REDACTED] herein called TRUSTOR, whose address is [REDACTED] Luis Obispo CA 93401 [REDACTED] and First Corporate Solutions, Inc. herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of San Luis Obispo

PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Common Address:   2380 Camino Edna, San Luis Obispo CA 93401   APN# 044-072-049

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s)   Michael John Avenatti   in Case No   SACR 19-61-JVS
which includes an obligation by said Trustor(s) surety(ies) in the amount of   $   500,000.00

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5 1964 | 149774 | | | |

CR-5 (04/04)                                          SHORT FORM DEED OF TRUST

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

REDACTED
Hubert Bromma Trust

REDACTED

r other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of San Luis Obispo

me Matthew            ary public, personally appeared
      and
REDACTED f satisfactory evid REDACTED ame(s) is/are subscribed to the within instrument
she/they executed                    zed capacity(ies), and that by his/her/their signature(s)
or the entity upon b_____, _____ ___ _____ ___ _____ executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public

Matthew Aaron Ward
Commission # 2252395
Notary Public - California
San Luis Obispo County
My Comm. Expires August 3, 2022

(Notary Seal)

---

REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To_____, Trustee   Dated_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

_____

_____

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                    SHORT FORM DEED OF TRUST

**RECORDING REQUESTED BY:**
First American Title Company

**MAIL TAX STATEMENT
AND WHEN RECORDED MAIL DOCUMENT TO:**

REDACTED

```
2017014630
Tommy Gong
San Luis Obispo - County Clerk-Recorder
04/04/2017 08:00 AM
Recorded at the request of:
FIRST AMERICAN TITLE COMPANY
Titles: 1     Pages: 2
Fees: $17.00
Taxes: $880.00
Total: $897.00
```



Space Above This Line for Recorder's Use Only

A.P.N.: 044-072-049

File No.: 4009-5415782 (LB)

## GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $880.00; CITY TRANSFER TAX $;
SURVEY MONUMENT FEE $

[ x ]  computed on the consideration or full value of property conveyed, OR
[   ]  computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ x ]  unincorporated area;  [ ] City of , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **James A. Muscarella, Trustee of the Muscarella Family Trust dated March 13, 1990**

hereby GRANTS to REDACTED REDACTED **rust dated May 7, 2007 as to an undivided 50%** woman, as to an undivided 50% interest as tena

the following described property in the unincorporated area of the County of **San Luis Obispo**, State of **California**:

**PARCEL 1:**

LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**PARCEL 2:**

AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Mail Tax Statements To:  **SAME AS ABOVE**

DOC #2017014630 Page 2 of 2

Grant Deed - continued

Date: **03/24/2017**

A.P.N.: 044-072-049

File No.: 4009-5415782 (LB)

Dated: March 24, 2017

James A. Muscarella, Trustee of the
Muscarella Family Trust dated March 13,
1990

_____
James A. Muscarella, Trustee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _CALIFORNIA_ )SS
COUNTY OF _ORANGE_ )

On _3-29-17_, before me, _PAUL J. LITNER_, Notary Public, personally appeared _JAMES A. MUSCARELLA_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

PAUL J. LITNER
COMM. # 2177979
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES JAN. 28, 2021

This area for official notarial seal

END OF DOCUMENT

Page 2