H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. SACR 19-61JVS |
| Plaintiff, | SEALING ORDER |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

A sufficient showing having been made, it is order that the attached Exhibits "B" and "C" to the Ex Parte Application for Clarification of Bond Terms shall be sealed by the Clerk of the Court.

So ordered.

Dated: April 22, 2020

_____

Hon. JAMES V. SELNA

United States District Judge

- 1 -