H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>    vs.<br><br>MICHAEL J. AVENATTI<br><br>         Defendant. | Case No.  SA-CR-19-61-JVS<br><br><br>ORDER AND CLARIFICATION RE<br>BAIL PENDING TRIAL |

GOOD CAUSE HAVING BEEN SHOWN, the Court makes the following clarifications on the previously issued order re bond. [docket #  140].

1. Defendant shall sign the bond immediately after release,  and counsel shall file within 48 hours after his release..  If he fails to do so, the minder shall immediately deliver him to MCC, and the release order is revoked.

2. The Court, assuming all other conditions and requirements of the posting of a property bond in this district are met, will approve the submitted property bond without the actual file-stamped deed from the County of San Luis Obispo. The Court will rely primarily on the lot book report issued by Pacific Corporate and Title

Services of Sacramento, California and on file herein. When received, a copy of the file stamped deed shall be submitted to the U.S. Attorneys Office.

Dated: April 23, 2020

_____

Hon. James V. Selna

U.S. District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

 I am not a party to the above entitled action. I have caused, on 4-22-20, service of the defendant's:

**PROPOSED ORDER RE CLARIFICATION OF BOND**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA BRETT SAGEL AND JULIAN ANDRE**

**AND PRE-TRIAL SERVICES OFFICER SHAKIRA DAVIS BY EMAIL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-22-20

s/ H. Dean Steward

H. Dean Steward