H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. AVENATTI<br><br>　　　Defendant. | Case No.  SACR 19-61-JVS<br><br>AMENDED ORDER AND CLARIFICATION RE BAIL PENDING TRIAL |

　　　GOOD CAUSE HAVING BEEN SHOWN, the Court makes the following clarifications on the previously issued order re bond. [docket #  140].

1. Defendant shall sign the bond and passport forms immediately after release, and counsel shall file within 48 hours after his release.  If he fails to do so, the minder shall immediately deliver him to MCC, and the release order is revoked. Defendant shall submit to GPS monitoring by Pretrial Services immediately upon arrival at the Manheimer residence.

2. The Court, assuming all other conditions and requirements of the posting of a property bond in this district are met, will approve the submitted property bond without the actual file-stamped deed from the County of San Luis Obispo. The Court

- 1 -

1 will rely primarily on the lot book report issued by Pacific Corporate and Title Services of Sacramento, California and on file herein. When received, a copy of the file stamped deed shall be submitted to the U.S. Attorneys Office.

Dated: April 23, 2020

Hon. James V. Selna
U.S. District Judge