UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | April 27, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | | X | X | Dean Steward | | X | X |

**Proceedings:** INTERIM TELEPHONIC STATUS CONFERENCE

Cause is called for hearing telephonically with the defendant his counsel and counsel for the Government present. The Court makes findings on the need for a telephonic hearing and the access to the public, (the teleconference information being available on the Court's public calendar.)

Court and counsel confer re discovery and the trial date.  Defense reciprocal discovery to be provide to the Government by June 19, 2020.

A Further Status Conference remains set for June 1, 2020 at 9:00 a.m.

|  | : | 15 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |