Recommend: ☒ Approval ☐ Disapproval
Per Court's 4/23/2020 Order
*(if disapproval is checked, please complete the bottom of page 2)*

☒ Sufficient amount of equity
☒ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☒ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __April 23, 2020__     __x6683__
   Date                    Extension

By: __Julian L. André__
    *Assistant U.S. Attorney*

Signature: /s/ Julian André

FILED
CLERK, U.S. DISTRICT COURT
4/28/20
CENTRAL DISTRICT OF CALIFORNIA
BY: __LB__ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF, | SACR 19-61-JVS |
| v. | |
| Michael John Avenatti | |
| DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in __San Luis Obispo CA__ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ __500,000.00__ ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

Address and description of property:   2380 Camino Edna, San Luis Obispo CA 93401
PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.

Print Name of Surety: Catherine Stacy Cannon
Address of Surety: [redacted]

Social Security Number (Last 4 digits only): XXX-XX-7751
City, State, Zip Code: [redacted]

☐ Sole Holder or Owner   ☑ Tenancy in Common   ☐ Joint Tenancy   ☐ Other: ____

Percentage of Interest of Surety: %50
Present Fair Market Value of Property: $825,000.00 (supporting documentation attached)
Total Amount of Encumbrances and/or All Liens $: 0.00 (list below separately)

Name of Holder of 1st Encumbrance: ____
Address, City, State, Zip Code: ____

Name of Holder of 2nd Encumbrance: ____
Address, City, State, Zip Code: ____

Name of Holder of 3rd Encumbrance: ____
Address, City, State, Zip Code: ____

Total Equity $ 825,000.00 (after deduction of encumbrance/liens)
Homesteaders Exemption Filed? ☐ Yes ☑ No
Amount of Exemption $ N/A

Number of other bonds or undertakings: 0
Amount of other bonds or undertakings: N/A

Has the indicated property previously been USED as collateral? ☐ Yes  ☐ No
If yes, list: ____

Was appraisal given by a LICENSED appraiser? ☑ Yes   ☐ No.  If not, what was basis of appraisal? ____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this 7th Day of April 2020.

X [signed] Catherine Stacy Cannon
Signature of Surety
Relationship of Surety: Friend of Defendant

See Attached for Notary Certificate

Signature of Surety: MW
Relationship of Surety: ____

Above Surety Approved: [signed] James V. Selna
United States ~~Magistrate~~ District Judge
Dated: 4/28/20

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation
☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: ____
Assistant U.S. Attorney

AFFIDAVIT OF SURETY(IES) (PROPERTY)

CR-3 (12/05)
Page 2 of 2

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of San Luis Obispo }

On April 7, 2020 before me, Matthew Aaron Ward, Notary Public
(Here insert name and title of the officer)

personally appeared Catherine Stacy Cannon,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

Matthew Aaron Ward
Commission # 2252395
Notary Public - California
San Luis Obispo County
My Comm. Expires August 3, 2022

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Sureties
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____ (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

INSTRUCTIONS FOR COMPLETING THIS FORM
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865