# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACR 19-61-JVS | Date June 1, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | | X | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The Court makes findings on the need for a telephonic hearing and the access to the public, (the teleconference information being available on the Court's public calendar.)

By close of business on June 5, 2020 counsel shall file a brief re a computer for the defendant and shall be accomplished by June 8, 2020. The same report shall include providing remote access to the IRS terminal. Each party shall separately file by the same date a brief as to the effect of a party having but failing to apply resources in terms of a speedy trial and other rights.

The Court continues the Jury Trial from August 18, 2020 to December 8, 2020 at 8:30 a.m. The Pretrial Conference/Motions hearing date set for July 6, 2020 to November 23, 2020 at 8:00 a.m. All deadlines are continued to conform to the above trial date. Counsel shall filed a stipulation and proposed order regarding the speedy trial waiver and dates and deadlines by June 8, 2020.

A Further Status Conference is set for June 8, 2020 at 9:00 a.m.

| | : 30 |
|---|---|
| Initials of Deputy Clerk | lmb |