NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL JOHN AVENATTI,<br><br>              Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br> December 8, 2020, at 8:30 a.m. |

     The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

parties in this matter.  The Court has also considered Central

District of California General Orders 20-02, 20-03, 20-05, and 20-08,

which address the ongoing public-health concerns relating to the COVID-19 pandemic.

The Court hereby finds that the Stipulation, as well as the applicable General Orders regarding COVID-19, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) failure to grant the continuance would likely put counsel, the parties, witnesses, jurors, and Court personnel at unnecessary risk.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from August 18, 2020, to December 8, 2020, at 8:30 a.m.

2.   The Court also sets the following dates and deadlines:

| | |
|---|---|
| Expert Witness Disclosure Deadline | August 31, 2020 |
| Defendant's Reciprocal Discovery Deadline | August 31, 2020 |
| Deadline to File Pretrial Motions (Motions to Compel, Motions to Suppress, and Motion In Limine) | September 14, 2020 |

| | |
|---|---|
| Deadline to File Oppositions to Pretrial Motions | September 28, 2020 |
| Deadline to File Reply Briefs in Support of Pretrial Motions | October 5, 2020 |
| Pretrial Motions Hearing | October 19, 2020 at 9:00 a.m. |
| Government Witness List Disclosure Deadline | November 10, 2020 |
| Deadline to Disclose Jencks Act Materials and Witness Statements | November 10, 2020 |
| Final Pretrial Conference | November 23, 2020 at 9:00 a.m. |
| Government Exhibit Disclosure Deadline | November 30, 2020 |

3.    All other case deadlines set forth in the Court's standing Order re: Criminal Trial shall remain in place.

4.    The Court further orders the parties to appear[1] for interim status conferences on the following dates:

a.    July 6, 2020, at 9:00 a.m.

b.    August 3, 2020, at 9:00 a.m.

c.    September 7, 2020, at 9:00 a.m.

5.    The time period of August 18, 2020, to December 8, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

6.    Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on December 8, 2020, at 8:30 a.m.

---

[1]  All such appearances shall be telephonic unless and until otherwise instructed by the Court.

3

7.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.   Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
 DATE                                      HONORABLE JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/ Julian L. André_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys