H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S STATUS REPORT<br><br>Hearing Date:  June 8, 2020<br>Hearing Time:  9:00 a.m.<br>Location:  Telephonic - Courtroom of the Hon. James V. Selna |

In advance of the status conference set in this matter for June 8, 2020, defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this Status Report.

Dated: June 5, 2020                                    Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD
Attorney for Defendant
MICHAEL JOHN AVENATTI

## **TABLE OF CONTENTS**

I. STATUS OF DISCOVERY ....................................................................................1

    A. Mr. Avenatti's Computer Access ............................................................1

    B. Access to the IRS Terminal ....................................................................1

    C. The Government's Additional Discovery...............................................2

II. AVAILABILITY OF ADDITIONAL COUNSEL....................................2

CERTIFICATE OF SERVICE...............................................................................3

I.   **STATUS OF DISCOVERY**

   A.   **Mr. Avenatti's Computer Access**

As a result of this Court's directives issued on June 1, 2020, the defense has obtained a pre-owned HP laptop computer for Mr. Avenatti to use so that he may properly review the discovery in this case. Mr. Avenatti is expected to receive the laptop and the discovery in electronic form by defense counsel this weekend or on Monday at the latest. Internet access has been disabled by way of a computer program (Net Disabler) per the defense's agreement with the prosecution.

   B.   **Access to the IRS Terminal**

Since the last Status Conference on June 1, 2020, defense counsel has contacted Mr. Patrick Fitzgerald of the Privilege Review Team to coordinate access to the IRS terminal. As the Court suggested, it is anticipated that counsel will provide search terms via email to Mr. Fitzgerald to be run against the database as needed in the coming months, with the resulting documents being produced to the defense as with prior requests. *The defense expects to be able to significantly limit its requests to targeted documents or specific issues/date ranges after first substantially completing its review of the 87,226 documents produced by the Privilege Review Team on March 13, 2020 and then subsequently provided to the prosecution, although it is presently unclear as to when this will be completed.*[1] The defense is prioritizing this review over the *additional*

---

[1] A widely accepted rule of thumb is that it takes approximately one hour to review 35-50 documents.

39,062 documents that were also produced by the Privilege Review Team to the defense on March 13, 2020 but subsequently withheld from the prosecution.

### C. The Government's Additional Discovery

In its recent Response to Status Report (Docket No. 168), the government stated that it has an additional 9,700 documents (with untold number of pages) to produce to the defense. These documents appear to have been in the possession of the government for approximately one year and yet still have not been produced. The defense has requested that these documents, together with any other unproduced discovery, be provided to the defense as soon as possible.

## II. AVAILABILITY OF ADDITIONAL COUNSEL

As previously noted, Mr. Avenatti continues to attempt to make arrangements for additional counsel to assist in the defense of this case with the hope that such counsel can assist in the review of the discovery and preparation for trial. This process has been significantly hindered by the position previously taken by the government in connection with Mr. Avenatti's bail revocation, namely that every dollar he expends on anything other than paying his estranged wife Lisa Storie or the creditor Jason Frank, is an effort somehow aimed at hindering their efforts at collection and thus amounts to criminal conduct. As this Court can appreciate, and as the court in the Nike case specifically recognized, this position by the government creates a significant impediment to Mr. Avenatti's ability to retain counsel, fund a defense, pay costs and experts, and properly prepare for trial. *Mr. Avenatti is further hampered by the fact that for months now, he*

2

*has had far less than $5,000 in liquid assets*. Despite these obstacles, Mr. Avenatti continues to work diligently to attempt to obtain additional counsel for this case.

Dated: June 5, 2020                      Respectfully submitted,

                                             /s/ H. Dean Steward
                                           H. DEAN STEWARD
                                           Attorney for Defendant
                                           MICHAEL JOHN AVENATTI

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on June 5, 2020, service of the defendant's:

**STATUS REPORT**

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2020

                                             /s/ H. Dean Steward
                                           H. Dean Steward