NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br><u>NOTICE OF LODGING OF [PROPOSED] ORDER MODIFYING DEFENDANT MICHAEL JOHN AVENATTI'S CONDITIONS OF TEMPORARY RELEASE</u> |

Plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorneys Julian L. André and Brett A. Sagel, and defendant MICHAEL JOHN AVENATTI ("defendant"), both individually and by and through his counsel of

record, H. Dean Steward, hereby lodge the attached [Proposed] Order Modifying Defendant's Conditions of Temporary Release.

As directed by the Court during the June 1, 2020, status conference, the parties have met-and-conferred and reached an agreement regarding defendant's use of an internet-disabled laptop computer to access the discovery in this case. The terms of the parties agreement is set forth in the attached [Proposed] Order Modifying the Conditions of Temporary Release.

Dated: June 2, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/
JULIAN L. ANDRE
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 6-5-20

H. DEAN STEWARD
Attorney for Defendant
MICHAEL JOHN AVENATTI

Dated: 6/5/2020

MICHAEL JOHN AVENATTI
Defendant