# PANSKYMARKLE
### ADVISORS TO THE LEGAL PROFESSION®

1010 Sycamore Ave., Suite 308 | South Pasadena, CA 91030 | T 213.626.7300 | F 213.626.7330
panskymarkle.com

October 7, 2019

**VIA EMAIL**
**AND FACSIMILE (213) 75-1568**

The Honorable Yvette D. Roland
Presiding Judge of the State Bar Court
    Hearing Department
The State Bar of California
845 South Figueroa Street
Los Angeles, CA 90017-2515

      *Re:*    *Status Conference: October 7, 2019 at 1:30 p.m.*
             *State Bar Case No: 19-TE-30259*
             *Our client: Michael Avenatti, Esq.*

Dear Judge Roland:

      In advance of the status conference scheduled later today in the above referenced matter, we write to provide an update as to the status of the document production Mr. Avenatti requires for his defense.

      As the Court is aware, discussions with the federal government concerning document production began after Judge Selna ruled on Mr. Avenatti's motion to compel discovery in the pending related criminal proceeding, USDC case no. 19-061-JVS, <u>United States v. Michael John Avenatti</u>. At the status conference before this Court on September 5, 2019, Your Honor expressed in no uncertain terms that Mr. Avenatti should work quickly and diligently to obtain documents related to his representation of [CLIENT 3]. That is precisely what Mr. Avenatti has done, working expeditiously to secure the documents he needs for his defense.

      We informed this Court at the September 5, 2019 status conference that Mr. Avenatti and his criminal defense counsel, Dean Steward, were in the process of scheduling review of the electronic files and emails from the servers seized by the government as soon as the government made them available (expected to be during the week of September 16, 2019). Mindful of the Court's directives at the September 5th hearing, Mr. Avenatti and Mr. Steward expedited that review process to Friday, September 13, 2019.

      On September 13, 2019, Mr. Avenatti and Mr. Steward traveled to the Los Angeles offices of the U.S. Treasury. At that time, Mr. Avenatti and his counsel (1) identified the documents and files Mr.

Hon. Yvette D. Roland
October 7, 2019
Page 2

Avenatti requires to defend himself in this proceeding; (2) requested that the government provide copies of such documents and files forthwith; and (3) requested the opportunity to conduct word searches on the over one million e-mails on the Eagan Avenatti LLP servers, including all of Mr. Avenatti's emails relating to CLIENT 3 and the issues in this proceeding. Notably, this would include not only all emails with CLIENT 3 concerning the multiple matters in which Mr. Avenatti's firm represented him, but also critical internal emails among members and staff of the firm relating to CLIENT 3's settlement proceeds, accounting, costs, etc.[1] The government informed Mr. Avenatti and Mr. Steward that the requested documents would be produced in approximately 7-10 days (i.e. approximately September 20th) and that the emails were not yet in a format that were searchable but would be "processed" and thus able to be searched within approximately 4-5 business days.

Unfortunately, however, the government did not produce documents on schedule. Instead, the government just made its initial production last Friday, October 4, 2019. Counsel is currently reviewing these files (3,600 files totaling over 30,000 pages) in an effort to identify the documents that will be used as exhibits in this proceeding for Mr. Avenatti's defense. This process is expected to take approximately ten days. Moreover, this production was incomplete, as it contained only some of the files that Mr. Avenatti and Mr. Steward had requested relating to CLIENT 3.

Equally important, instead of processing the emails so that they would be searchable on or about September 19, the government has informed Mr. Avenatti's counsel, Mr. Steward, that the process has been delayed and is not expected to be complete until this week. A true and correct copy of the government's letter so informing Mr. Steward is attached hereto as **Exhibit A**. As the attached email exchange shows, Mr. Avenatti and Mr. Steward have already provided the government with the list of search terms to be performed on the email as soon as the emails are searchable, so that the government can run the search terms and export them for use in this proceeding as quickly as possible. It is expected that those emails will not be provided to Mr. Avenatti until late next week at the very earliest.

At the same time that Mr. Avenatti has been actively seeking documents from the government, he and his counsel also immediately restarted discussions with the Eagan Avenatti LLP receiver. However, as communicated to this Court during the September 16, 2019 status conference in the related disciplinary proceeding (case no. 19-O-30366), without notice to Mr. Avenatti, the receiver placed Eagan Avenatti LLP into liquidation under Chapter 7. As a result, the receiver lost all authority over the Eagan Avenatti LLP files and documents, thus requiring Mr. Avenatti and his counsel to begin discussions anew with the newly court-appointed Bankruptcy Trustee. At this point, therefore, we have determined that the quickest course of action for expediting this proceeding is to get the remaining needed documents and files from the government as detailed above.

---

[1] OCTC has claimed that they have produced approximately 100 emails from CLIENT 3 relating to this matter. However, there are many more emails with CLIENT 3 beyond the mere 100 and they should have been produced. Moreover, few emails, if any, have been produced reflecting internal communications within the Eagan Avenatti firm relating to the fees and costs accounting concerning CLIENT 3's matters, which are obviously critical. Further, neither CLIENT 3 nor OCTC has produced critical emails and attachments from the months of November 2018 to early 2019 relating to Mr. Avenatti's continued representation of CLIENT 3. Those emails exist and yet inexplicably have not been produced in full. Moreover, CLIENT 3 communicated with many members of Mr. Avenatti's firm via email, but those emails have likewise not been produced by CLIENT 3 or OCTC.

Hon. Yvette D. Roland
October 7, 2019
Page 3

    Thus, while Mr. Avenatti has made significant progress and has acquired from the government some of the documents that he requested relating to the CLIENT 3 matters, (1) the governments' production is a fraction of the files, documents and emails that he needs for his defense, and (2) the delays are result of no fault of Mr. Avenatti.

    We look forward to discussing this matter further with the Court at today's status conference.

Respectfully submitted,

Art Barsegyan
for
Pansky Markle Attorneys at Law

Enclosures

cc: Eli Morgenstern, Esq. (via email)

# Exhibit A

## Art Barsegyan

From: **Woodring, Joseph (USACAC)** <Joseph.Woodring@usdoj.gov>
Date: Thu, Oct 3, 2019 at 2:19 PM
Subject: RE: filter material
To: Dean Steward <deansteward7777@gmail.com>
Cc: Fitzgerald, Patrick (USACAC) <Patrick.Fitzgerald@usdoj.gov>

Dean,

Thank you for your email. The IRS-CI's processing of the EA LLP server containing emails and attachments is ongoing, and we expect that processing to be complete and the data to be searchable by early next week, barring any technical problems. To avoid any confusion, there are approximately 2.9 million files on that specific EA LLP server (which files include emails, attachments to emails, and system files). As of today, approximately 2.4 million files on that server have completed processing. The IRS-CI computer specialist confirmed that search terms can be run across the body of the email, the attachments, or in any to, from, cc, bcc, or subject field.

Patrick is out of the office this week, and I would like an opportunity to discuss with him the search terms that will be run and the specific protocol for running searches and producing the data. We will follow up early next week, once Patrick returns and the files have completed processing and are searchable, about the anticipated timing for next steps.

Best,

Joe

**Joseph Woodring | Assistant United States Attorney**
T: 213.894.0284 | Joseph.Woodring@usdoj.gov

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Wednesday, October 2, 2019 2:46 PM
**To:** Fitzgerald, Patrick (USACAC) <PFitzgerald2@usa.doj.gov>; Woodring, Joseph (USACAC) <JWoodring1@usa.doj.gov>
**Subject:** filter material

Gentlemen:

1

Now that the email is searchable, we ask that the following initial search terms be run against the database of over 1.4 million emails and the results, with attachments, be produced in native form as soon as possible. These terms should be run in such a way that includes results if the terms are contained in the body of the email, the attachments, or in any to, from, cc, bcc or subject field. These terms are obviously only some of the terms we will be requesting be used. Thank you for your prompt attention to this matter as time is of the essence.

Client 3's Last Name

Quix

Pitch

Bledsoe

Larson

COMPANY 1

Ross


Thanks,


Dean


--



H. DEAN STEWARD
ATTORNEY- PROFESSIONAL CORPORATION

949-481-4900   www.deansteward.com