## Sagel, Brett (USACAC)

| | |
|---|---|
| **From:** | Sagel, Brett (USACAC) |
| **Sent:** | Monday, June 1, 2020 3:54 PM |
| **To:** | Dean Steward |
| **Cc:** | Andre, Julian L. (USACAC) |
| **Subject:** | Digital Devices at IRS |

Dean:

In your status report and during this morning's status conference you stated that you wanted access to the IRS-CI's offices to review emails and electronic documents, presumably from the Eagan Avenatti LLP server. So that we can further evaluate this request and determine what would actually be needed to accommodate it, please provide us with the following information:

1. What specifically are you seeking in connection with the proposed additional searches of the EA LLP server?
2. How much time do you believe you will need to conduct a further review of the EA LLP server and how much of the review do you believe needs to be conducted in person?
3. What relevant emails and documents do you believe have not been produced in the prior productions, including the March 13, 2020, production, that would require such additional searches?
4. What efforts have you made to confirm that the additional documents have not been produced? For example, have you already searched for such documents in the previously produced discovery using the client's email addresses or names?

Depending on what you are seeking from the devices, it is possible that any further searches will not require you or your client's presence and can be produced to you on a defense-provided hard drive. Assuming that the requests are particularized and made in good faith after you have determined the materials were not previously provided to the defense, we will do our best to accommodate those requests. But, as we stated in our response, we believe much of what you claim you are seeking has already been produced and we are more than happy to assist you in finding the relevant documents in the current productions, to the extent they exist.

Please provide us the information as soon as possible, so we can attempt to proceed accordingly.

Brett