## Sagel, Brett (USACAC)

| | |
|---|---|
| **From:** | Sagel, Brett (USACAC) |
| **Sent:** | Wednesday, June 3, 2020 8:40 AM |
| **To:** | Dean Steward; Andre, Julian L. (USACAC) |
| **Subject:** | RE: filter team material |

Dean-
This is not what the Court ordered, nor is it appropriate. The Court stated that you could have access to search the EA server if your request(s) was/were particularized and made in good faith. As you know, the Court has previously ordered that your client does not have a right to complete access to the EA LLP server or other EA LLP digital devices as EA LLP property does not belong to your client. At this time, both the scope and privilege review of the EA LLP devices have been completed. Although the process of you working directly with the Privilege Review Team was used previously, this was prior to the completion of the scope and privilege review. The prosecution team does need to be shielded from potentially privileged materials, but that in no way allows you to conduct your own search of the devices. Nor does it justify you ignoring the Court's direction that the parties' confer in good faith regarding this issue by circumventing government counsel and going straight to the Privilege Review Team, which should not be responsible or involved in any such discussions. Considering that you have not once, including in "your" filings from last week and the email below ever mentioned what you have actually reviewed or done to search the previously produced discovery, the government has doubts about your sincerity in your "need" to have access to these devices. You spend time, both in the filings and below talking about the hypothetical time it will take you to review documents, but you've had the full production of documents for three months (and many other items for over a year), therefore, you should have an actual knowledge of reviewing and searching these documents by now. You should know what you are looking for and, most importantly, whether it has already been produced. We have also confirmed that your claim that the Privilege Review Team's March 2020 production was not Bates-labeled was inaccurate, raising further concerns that you have not actually reviewed the materials that have been produced to you and are seeking to work with the Privilege Review Team as simply a means of further delay. The government remains willing to work with you and your client to accommodate reasonable good-faith discovery requests, but because your response below does not in the least demonstrate any attempt at either good faith nor particularity, the limited resources of our Privilege Review Team and IRS will not be expended on your requests until we receive further guidance from the Court.
Brett

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Tuesday, June 2, 2020 9:07 AM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Subject:** filter team material

Brett:

In response to your email, please be advised that we will deal directly with the privilege team as to what we need to review from the EA files for Mr. Avenatti's defense. This is the process that was utilized before and it is the process we will utilize now. As you know, your office is required to be shielded from this process because of the privileged nature of the majority of the documents. Accordingly, I have reached out to the same individuals I have dealt with previously. Further, as you know, we are not required to provide you with details as to which documents we

believe are important nor are we required to provide you with details as to which documents you may have missed. That is our work product.

In addition, the documents we need to access from the EA server will be an evolving process as we prepare our defense and continue to review what has already been produced. Within the last three months, you have released over 100,000 documents to the defense. Assuming a review of 50 documents an hour, which is a highly aggressive estimate, this production alone would require 2,000 hours to complete. We cannot simply conduct word searches as to the documents - they have to be reviewed.

Thanks,

Dean

--



949-481-4900  www.deansteward.com