NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL JOHN AVENATTI,<br><br>          Defendant. | SA CR No. 19-061-JVS<br><br>GOVERNMENT'S REQUEST FOR INQUIRY REGARDING DEFENDANT MICHAEL JOHN AVENATTI'S POTENTIAL VIOLATIONS OF HIS CONDITIONS OF TEMPORARY RELEASE; DECLARATION OF JULIAN L. ANDRÉ |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys Julian L. André and
Brett A. Sagel, hereby files its request for the Court to conduct an

inquiry regarding potential violations of defendant MICHAEL JOHN AVENATTI's ("defendant") conditions of temporary release.

This submission is based upon the attached memorandum of points and authorities, the declaration of Assistant United States Attorney Julian L. André, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 7, 2020                    Respectfully submitted,

                                       NICOLA T. HANNA
                                       United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       JULIAN L. ANDRÉ
                                       BRETT A. SAGEL
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

In April 2020, this Court ordered defendant MICHAEL JOHN AVENATTI ("defendant") temporarily released from custody pursuant to 18 U.S.C. § 3142(i) due to the current public health crisis relating to COVID-19. (CR 140; CR 154.)  Defendant was released to the custody of third-party custodian Jay Manheimer. (CR 140 ¶ 12; CR 154.)  Among other things, the conditions of defendant's temporary release state that "defendant shall not possess, use, or access any digital devices that offer or allow internet access." (CR 140 ¶ 12; CR 154.)  On or about April 13, 2020, Mr. Manheimer signed an Affidavit of Third-Party Custodian, Form CR 31, and Mr. Manheimer agreed to, among other things, notify Pretrial Services immediately if defendant violates a condition of release. (CR 143.)  Based on the government's interview of Mr. Manheimer to approve him as a suitable Third-Party Custodian, Mr. Manheimer is not a lawyer.

As set forth below, defendant may have violated the conditions of his temporary release by using his third-party custodian Mr. Manheimer's computer to personally draft the past five documents that defendant has filed in this case.  At a minimum, defendant and his counsel, H. Dean Steward, appear to have intentionally misled this Court when they claimed that defendant was unable to access a computer to review discovery in this case during the past six weeks (CR 164 at 2, ¶ 1; CR 167 at ¶ 3).

The government therefore requests that the Court hold a hearing to further inquire as to whether defendant has violated the conditions of his temporary release and provide the parties with an opportunity to address the appropriate remedy, if any, if defendant did in fact commit such violations.

1

**<u>Defendant's May 27, 2020, Status Report (CR 164)</u>**

2      On May 27, 2020, defendant, through counsel Mr. Steward, filed a
3   72-page Status Report, which included as exhibits four news articles
4   pulled from the internet.  (CR 164.)  The metadata[1] for the Adobe PDF
5   file that was submitted through the Court's CM/ECF system (CR 164)
6   shows that the "Author" of the document was defendant's third-party
7   custodian, "JAY MANHEIMER," and that the document was created using
8   Microsoft Word and a Mac computer:

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24   (<u>See</u> André Decl. Ex. 1.)  Although the Status Report appears to be
25   written and created using Mr. Manheimer's computer, defendant claimed
26

27      [1]  The Court can view the metadata for each document defendant
filed by opening the PDF file on a computer, clicking the "File"
28   button on the top left, and selecting "Properties," and then
selecting "Description."

1    in the Status Report that he was unable to review the discovery

2    because he was precluded from using a computer.  (CR 164 at 2, ¶ 1.)

3    **Defendant's May 28, 2020, Supplement to Status Report (CR 165)**

4         On May 28, 2020, defendant filed a Supplement to Status Report.

5    (CR 165.)  Defendant's Supplement attached another news article from

6    the internet and an expert report that had been electronically filed

7    in the Southern District of New York.  (CR 165.)  The metadata for

8    the Adobe PDF file that was submitted through the Court's CM/ECF

9    system (CR 165) shows that the "Author" of the document was

10   defendant's third-party custodian, "JAY MANHEIMER," and that the

11   document was created using Microsoft Word and a Mac computer:



(See André Decl. Ex. 2.)

3

1          **Defendant's May 29, 2020, Second Supplement (CR 167)**

2          In response to the Minute Order this Court issued on May 28,

3     2020 (CR 166), defendant filed a Second Supplement to Status Report

4     (CR 167) on May 29, 2020.  The metadata for the Adobe PDF file that

5     was submitted through the Court's CM/ECF system (CR 167) shows that

6     the "Author" of the document was defendant's third-party custodian,

7     "JAY MANHEIMER," and that the document was created using Microsoft

8     Word and a Mac computer:



27    (André Decl. Ex. 3.)   Despite the Second Supplement to Status Report

28    seemingly being created on Mr. Manheimer's computer, defendant stated

                                      4

1   the he "believes the Court's suggestion [regarding a computer] is a

2   good one and asks that the government work with the defense to

3   accomplish this as quickly as possible."  (CR 167 at 2.)

4   **Defendant's June 5, 2020, Status Report (CR 172)**

5       On June 5, 2020, defendant filed a Status Report in advance of

6   the June 8, 2020, status conference.  (CR 172.)  The Status Report

7   stated, among other things, that defendant was expected to receive a

8   laptop computer to use to review the discovery on Monday, June 8,

9   2020.  (CR 172 at 1.)  The metadata for the Adobe PDF file that was

10  submitted through the Court's CM/ECF system (CR 172) shows that the

11  "Author" of the document was defendant's third-party custodian, "JAY

12  MANHEIMER," and that the document was created using Microsoft Word

13  and a Mac computer:



28  (André Decl. Ex. 4.)

1

**Defendant's June 5, 2020, Memorandum (CR 174)**

2      On June 5, 2020, defendant also filed a Memorandum re Allocation

3  of Assets and the Impact on Defendant's Rights and the Trial Date.

4  (CR 174.)  As with defendant's last four filings, the metadata for

5  the Adobe PDF file that was submitted through the Court's CM/ECF

6  system (CR 174) shows that the "Author" of the document was

7  defendant's third-party custodian, "JAY MANHEIMER," and that the

8  document was created using Microsoft Word and a Mac computer:

9



26  (André Decl. Ex. 5.)

27

28

6

1          **Document's Previously Filed by Mr. Steward**

2          The government has also reviewed a number of the documents

3 Mr. Steward filed on defendant's behalf <u>before</u> defendant was

4 temporarily released from custody in April 2020, including

5 defendant's March 18, 2020, bail reconsideration request (CR 117),

6 defendant's March 24, 2020, ex parte application for a continuance

7 (CR 122), and defendant's April 4, 2020, bail reconsideration request

8 (CR 136).  The metadata for these three documents (CR 117; CR 122; CR

9 136), all have the author as "leenicole" and appear to have been

10 created using a completely different computer and PDF generator.

11 (<u>See</u> André Decl. Exs. 6-8.)  For example, below is the metadata for

12 defendant's April 4, 2020, bail reconsideration request:

13



28

7

1  (André Decl. Ex. 8.)  The metadata for these three documents, which
2  Mr. Steward filed while defendant was in custody, provide further
3  evidence that defendant personally drafted his five most recent
4  pleadings using his third-party custodian Mr. Manheimer's Mac
5  computer.
6       To further confirm that Mr. Steward did not prepare defendant's
7  five most recent filings in this case, and that other documents
8  Mr. Steward have prepared would have "leenicole" identified as the
9  "Author" in the metadata, the government also reviewed the metadata
10 for a Supplement to Rule 29 Motion that Mr. Steward filed with this
11 Court on May 25, 2020, in <u>United States v. Jonathan Brightman</u>, SA CR
12 No. 16-076-JVS, at docket number 1085:



28

8

(André Decl. Ex. 9.)  The metadata for the May 25, 2020, <u>Brightman</u> filing also lists "leenicole" as "Author," and appears to have been created using the same computer and PDF generator as the three documents Mr. Steward filed in this case while defendant was in custody.

Finally, statements defendant and his counsel made during the June 1, 2020, status conference further demonstrate that defendant has been personally drafting these filings.  As the Court may recall, when the Court expressed concern regarding counsel's lack of candor regarding the discovery issues raised in defendant's May 27, 2020, Status Report, defendant himself responded:

> THE COURT:       Sir, I expect a greater degree of candor going forward.  That's a material fact that should have been presented to the Court along with your concerns about the production.
>
> MR. STEWARD:     Understood, Your Honor.
>
> DEFENDANT:       It was included on Page 4, Footnote 5, actually.
>
> THE COURT:       Who is that speaking?
>
> MR. STEWARD:     That was my client, Your Honor.

(6/1/2020 RT 5:14-6:1.)  And when the Court later raised concerns regarding the length and relevancy of much of defendant's 34-page May 27, 2020, Status Report, defense counsel stated: "The Court is very familiar with my writing.  I am usually very succinct."  (6/1/2020 RT 16:9-17:6.)

## Conclusion

In light of the foregoing, the government believes that defendant has likely violated the conditions of his temporary release by using his third-party custodian Jay Manheimer's internet-

accessible computer to draft his last five filings in this case.  At a minimum, defendant and his counsel have not been candid with this Court.  Accordingly, the government requests that the Court hold a hearing to further inquire as to whether defendant has violated the conditions of his release and, if so, allow the parties an opportunity to address the appropriate remedy for any such violations.  Although the government believes that the evidence contained herein is sufficient to establish that defendant violated the conditions of his temporary release, at a minimum, the government believes that the Court should direct Pretrial Services to search Mr. Manheimer's residence, including his computer, and provide the government with an opportunity to question Mr. Manheimer under oath regarding his involvement in the creation of these pleadings and/or defendant's access to Mr. Manheimer's computer and the internet.

Additionally, the government notes that defendant's use of Mr. Manheimer's computer to personally draft the last five pleadings in this case directly contradicts defendant's prior representations to this Court regarding his ability to use a computer.  Such misrepresentations are directly relevant to the other issues currently before this Court, including defendant's representation issues and defendant's claims regarding the discovery in this matter.

The government will be prepared to address defendant's potential violations of his conditions of temporary release further during the June 8, 2020, status conference.

1

## <u>DECLARATION OF JULIAN L. ANDRÉ</u>

2    I, Julian L. André, declare as follows:

3    1.   I am an Assistant United States Attorney ("AUSA") in the

4 United States Attorney's Office for the Central District of

5 California (the "USAO").   I am one of the AUSAs assigned to represent

6 the government in <u>United States v. Michael John Avenatti</u>, SA CR 19-

7 61-JVS.   I submit this declaration in support of the government's

8 request for the Court to conduct an inquiry regarding potential

9 violations of defendant MICHAEL JOHN AVENATTI's ("defendant")

10 conditions of temporary release.

11    2.   On June 7, 2020, I reviewed the metadata for a number of

12 Adobe PDF documents that were filed on defendant's behalf in this

13 matter through the Court's CM/ECF system.   To view the metadata for

14 each filing referenced herein, I took the following steps:

15        a.   Using Adobe Acrobat Pro, I opened each PDF file, which

16 I had previously downloaded from the CM/ECF system and saved onto my

17 computer.

18        b.   I clicked the "File" button on the top left of the

19 Adobe Acrobat program.

20        c.   I selected "Properties" in the "File" drop-down

21 window.

22        d.   I selected the "Description" tab on the "Document

23 Properties" screen.

24        e.   I then took a screenshot of the metadata for each PDF

25 file.

26    3.   Attached hereto as Exhibit 1 is a true and correct copy of

27 a screenshot of the metadata for defendant's May 27, 2020, Status

28

Report, which was filed in this matter at docket number 164 using the Court's CM/ECF system (CR 164).

4.     Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of the metadata for defendant's May 28, 2020, Supplement to Status Report, which was filed in this matter at docket number 165 using the Court's CM/ECF system (CR 165).

5.     Attached hereto as Exhibit 3 is a true and correct copy of a screenshot of the metadata for defendant's May 29, 2020, Second Supplement Status Report, which was filed in this matter at docket number 167 using the Court's CM/ECF system (CR 167).

6.     Attached hereto as Exhibit 4 is a true and correct copy of a screenshot of the metadata for defendant's June 5, 2020, Status Report, which was filed in this matter at docket number 172 using the Court's CM/ECF system (CR 172).

7.     Attached hereto as Exhibit 5 is a true and correct copy of a screenshot of the metadata for defendant's June 5, 2020, Memorandum re Assets and the Impact on Defendant's Rights and the Trial Date, which was filed in this matter at docket number 174 using the Court's CM/ECF system (CR 174).

8.     Attached hereto as Exhibit 6 is a true and correct copy of a screenshot of the metadata for defendant's March 18, 2020, Bail Reconsideration Request, which was filed in this matter at docket number 117 using the Court's CM/ECF system (CR 117).

9.     Attached hereto as Exhibit 7 is a true and correct copy of a screenshot of the metadata for defendant's March 24, 2020, Ex Parte Application for a Continuance, which was filed in this matter at docket number 122 using the Court's CM/ECF system (CR 122).

10.   Attached hereto as Exhibit 8 is a true and correct copy of a screenshot of the metadata for defendant's April 4, 2020, Bail Reconsideration Request, which was filed in this matter at docket number 136 using the Court's CM/ECF system (CR 136).

11.   Attached hereto as Exhibit 9 is a true and correct copy of the metadata for the Supplement to Rule 29 Motion defendant's counsel, H. Dean Steward, filed on May 25, 2020, in <u>United States v. Jonathan Brightman</u>, SA CR No. 16-076-JVS, at docket number 1085 using the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 7, 2020.

_____
JULIAN L. ANDRÉ

# EXHIBIT 1



MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record,

H. Dean Steward, hereby files this Status Report in order to bring to the Court's attention

# EXHIBIT 2

**Document Properties** ×

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: CR 165 - Defendant Supplement to Status Report.pdf

Title: Supplement

Author: JAY MANHEIMER

Subject:

Keywords:

Created: 5/28/2020 6:09:43 PM

Modified: 6/7/2020 10:42:01 AM

Application: Word

Additional Metadata...

Advanced

PDF Producer: macOS Version 10.14.6 (Build 18G4032) Quartz PDFContext; modified using iText® 5.5.9 ©2000-2015 iText Group NV

PDF Version: 1.6 (Acrobat 7.x)

Location: \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\

File Size: 2.77 MB (2,903,047 Bytes)

Page Size: 8.50 x 11.00 in          Number of Pages: 60

Tagged PDF: No          Fast Web View: No

Help          OK          Cancel

In advance of the status conference set in this matter for June 1, 2020, defendant

MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record,

H. Dean Steward, hereby files this supplement to Defendant's Status Report previously

filed on May 27, 2020 [Docket No. 164].

# EXHIBIT 3



In advance of the status conference set in this matter for June 1, 2020 and in brief

# EXHIBIT 4

**Document Properties**                                                                       ×

Description | Security | Fonts | Initial View | Custom | Advanced

Description

   File:  CR 172 - 2020.06.05 Defendant Status Report.pdf

   Title:  Status Report June 8

   Author:  JAY MANHEIMER

   Subject:

   Keywords:

   Created:  6/5/2020 6:04:19 PM                                          [ Additional Metadata... ]

   Modified:  6/5/2020 12:00:48 PM

   Application:  Word

Advanced

   PDF Producer:  macOS Version 10.14.6 (Build 18G4032) Quartz PDFContext; modified using iText® 5.5.9 ©2000-2015 iText Group NV

   PDF Version:  1.4 (Acrobat 5.x)

   Location:  \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\

   File Size:  209.76 KB (214,799 Bytes)

   Page Size:  8.50 x 11.00 in                          Number of Pages:  5

   Tagged PDF:  No                                       Fast Web View:  No

[ Help ]                                                           [ OK ]      [ Cancel ]

Dated: June 5, 2020                          Respectfully submitted,

                                             /s/ H. Dean Steward

**EXHIBIT 5**

**Document Properties**                                                        ✕

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**

File: CR 174 - 2020.06.05 Def. Brief re Representation Issues.pdf

Title:

Author: JAY MANHEIMER

Subject:

Keywords:

Created: 6/5/2020 2:00:29 PM

Modified: 6/5/2020 2:07:34 PM                                    Additional Metadata...

Application: Word

**Advanced**

PDF Producer: macOS Version 10.14.6 (Build 18G4032) Quartz PDFContext; modified using iText® 5.5.9 ©2000-2015 iText Group NV

PDF Version: 1.6 (Acrobat 7.x)

Location: \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\

File Size: 291.60 KB (298,594 Bytes)

Page Size: 8.50 x 11.00 in                      Number of Pages: 16

Tagged PDF: No                                   Fast Web View: No

Help                                             OK              Cancel

H. Dean Steward, hereby files this Memorandum regarding Mr. Avenatti's allocation of

assets and its alleged impact on Mr. Avenatti's rights, his defense in this case, and the

trial date.

**EXHIBIT 6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**Document Properties** ×

Description | Security Fonts | Initial View Custom Advanced

Description

File: CR 117 - Avenatti Bail Reconsideration Motion.pdf

Title: Pleading Wizard

Author: leenicole

Subject:

Keywords:

Created: 3/18/2020 2:39:24 PM                                    Additional Metadata...

Modified: 3/19/2020 12:19:44 AM

Application: Acrobat PDFMaker 11 for Word

Advanced

PDF Producer: Adobe PDF Library 11.0; modified using iText® 5.5.9 ©2000-2015 iText Group NV (AGPL-version)

PDF Version: 1.5 (Acrobat 6.x)

Location: \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\

File Size: 154.34 KB (158,042 Bytes)

Page Size: 8.50 x 11.00 in                    Number of Pages: 18

Tagged PDF: Yes                                Fast Web View: No

Help                                    OK         Cancel

# EXHIBIT 7



**Document Properties** ✕

Description | Security | Fonts | Initial View | Custom | Advanced

---

**Description**

File: CR 122 - Ex Parte App for Continuance.pdf

Title: Pleading Wizard

Author: leenicole

Subject:

Keywords:

Created: 3/24/2020 1:40:00 PM

Modified: 3/24/2020 3:53:07 PM

Application: Acrobat PDFMaker 11 for Word

[Additional Metadata...]

---

**Advanced**

PDF Producer: Adobe PDF Library 11.0; modified using iText® 5.5.9 ©2000-2015 iText Group NV (AGPL-version)

PDF Version: 1.5 (Acrobat 6.x)

Location: \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\

File Size: 47.63 KB (48,776 Bytes)

Page Size: 8.50 x 11.00 in          Number of Pages: 7

Tagged PDF: Yes                      Fast Web View: Yes

[Help]                                    [OK]        [Cancel]

# EXHIBIT 8



Document Properties                                                    ✕

Description | Security | Fonts | Initial View | Custom | Advanced

Description
  File:    CR 136 - Avenatti Fourth Motion for Bond 2020.04.04.pdf
  Title:   Pleading Wizard
  Author:  leenicole
  Subject:
  Keywords:

  Created:   4/4/2020 2:10:11 PM
  Modified:  4/4/2020 3:07:44 PM                          Additional Metadata...
  Application: Acrobat PDFMaker 11 for Word

Advanced
  PDF Producer:  Adobe PDF Library 11.0; modified using iText® 5.5.9 ©2000-2015 iText Group NV (AGPL-version)
  PDF Version:   1.5 (Acrobat 6.x)
  Location:      \\usa.doj.gov\cloud\CAC\LA-Courthouse\Shared\Cases\CR\GBUS\CR_Docket\
  File Size:     87.18 KB (89,271 Bytes)
  Page Size:     8.50 x 11.00 in            Number of Pages:  9
  Tagged PDF:    Yes                        Fast Web View:    No

  Help                                                OK          Cancel

Defendant.

# EXHIBIT 9

**Document Properties** ×

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**

File: 031133134787.pdf

Title: Pleading Wizard

Author: leenicole

Subject:

Keywords:

Created: 5/25/2020 4:17:49 PM

Modified: 6/7/2020 1:24:54 PM

Additional Metadata...

Application: Acrobat PDFMaker 11 for Word

**Advanced**

PDF Producer: Adobe PDF Library 11.0; modified using iText® 5.5.9 ©2000-2015 iText Group NV (AGPL-version)

PDF Version: 1.5 (Acrobat 6.x)

Location: C:\Users\JAndre1\Desktop\

File Size: 67.41 KB (69,029 Bytes)

Page Size: 8.50 x 11.00 in          Number of Pages: 8

Tagged PDF: Yes          Fast Web View: No

Help          OK          Cancel

19  supplements his previously foiled Rule 29 motion and alternatively, motion for new

20

21  trial.

22  Dated: May 25, 2020          /s/ H. Dean Steward

23          H. Dean Steward
          Counsel for Defendant

24          Jonathan Brightman

25

26