H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | DEFENDANT'S SUPPLEMENTAL STATUS REPORT |
| v. | Hearing Date:  June 8, 2020 |
| MICHAEL JOHN AVENATTI, | Hearing Time:  9:00 a.m. |
| Defendant. | Location:  Telephonic - Courtroom of the Hon. James V. Selna |

In advance of the status conference set in this matter for June 8, 2020, defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this Supplemental Status Report to the Status Report filed by the defense on Friday (Docket No. 172).

Dated: June 7, 2020                          Respectfully submitted,

                                             /s/ H. Dean Steward
                                             H. DEAN STEWARD

                                             Attorney for Defendant
                                             MICHAEL JOHN AVENATTI

# **TABLE OF CONTENTS**

I.    STATUS OF DISCOVERY ....................................................................1

    A. Computer Access ...................................................................1

    B.  The IRS Terminal/Database ................................................1

II.    REQUEST TO SUBMIT ADDITIONAL BRIEFING.............................3

CERTIFICATE OF SERVICE...................................................................4

## I.   STATUS OF DISCOVERY

### A.   Computer Access

Mr. Avenatti was provided a computer by counsel on Friday and has spent the weekend reviewing documents first produced by the government in March (while he was in custody at MCC.  By the status conference on Monday morning, it is expected that he will have completed his review of approximately 450 of those documents, totaling in excess of 2,000 pages.

### B.   The IRS Terminal/Database

The Court correctly ruled at the last Status Conference on June 1 that the defense would be afforded reasonable access to the IRS database, which includes some of the most critical documents for the defense, including (a) emails between Mr. Avenatti and the alleged victim clients; (b) emails between and among Mr. Avenatti and others lawyers/staff at his law firm regarding the matters on which they worked for the alleged victim clients; (c) emails between and among Mr. Avenatti and opposing counsel regarding the matters identified in the indictment, including emails relating to the timing and payment of settlement proceeds; (d) cost and fee information and documentation for the cases handled for alleged victim clients; and (e) other documentation and communications relating to the charges in the Indictment (i.e. emails relating to the bank loans, tax filings, and prior bankruptcy case).

*Contrary to the government's claims in its recent filings, the critical cost documentation for each of the alleged victim clients (and other clients for that matter) was not generally kept by the firm and organized by client-matter in Quickbooks.*

Rather, Quickbooks was used as the firm's high level accounting software suite (as a basic check register for instance), with other systems used to track and organize client costs and expenses and the time spent on individual client matters.  Much of this crucial information is included on the EA servers and is part of the IRS database.  This is a central issue in the case and goes to the heart of the allegations against Mr. Avenatti. Mr. Avenatti requires this information for his defense.

As noted in the defense's Status Report (Docket No. 172), the defense expects to utilize targeted searches with the Privilege Review Team to acquire what is needed for trial and it is anticipated that these searches will be able to be significantly limited after the defense first completes its review of the documents produced by the government in March.  The government, however, now seeks to have the Court reverse its ruling of a week ago and hold that the defense is not permitted to access the IRS database in its preparation for trial, despite the fact that the defense has previously enjoyed a professional, cooperative relationship with the Privilege Review Team with no disputes. Indeed, the defense on at least two occasions has been able to request and obtain certain documents directly relating to many of the alleged victim clients identified in the indictment - these searches were _not_ limited to Client 2 as claimed by the government nor did they amount to a "fishing expedition." *And to be clear, seeing as there is a vast amount of legitimate discovery left to review, the defense has no interest in obtaining thousands of additional irrelevant documents to review before trial for no real reason.*

Before the COVID-19 pandemic, this process was relatively seamless.  There is no reason why the defense's access should now be curtailed or otherwise restricted.

## II.   REQUEST TO SUBMIT ADDITIONAL BRIEFING

The parties submitted briefs on Friday relating to Mr. Avenatti's asset allocation and its effect on trial preparation, the trial date and his rights (Docket Nos. 174 and 175). In the government's brief (Docket No. 175), the government made a number of claims relating to the alleged history of Mr. Avenatti's retention of counsel in this matter, his retention of other counsel in other legal matters, and his receipt and expenditure of various monies post-indictment.  The defense respectfully requests the opportunity to submit a responsive brief on Thursday, June 11 of no more than six (6) pages (exclusive of exhibits) to address these claims and bring to the Court's attention a number of inaccuracies.


Dated: June 7, 2020                        Respectfully submitted,


                                           /s/ H. Dean Steward
                                           H. DEAN STEWARD

                                           Attorney for Defendant
                                           MICHAEL JOHN AVENATTI

## <u>CERTIFICATE OF SERVICE</u>

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on June 7, 2020, service of the defendant's:

### SUPPLEMENTAL STATUS REPORT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2020

<u>/s/ H. Dean Steward</u>

H. Dean Steward

4