H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | DEFENDANT'S PRELIMINARY RESPONSE TO GOVERNMENT'S REQUEST RE BAIL CONDITIONS (DOCKET NO. 177) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | Hearing Date:  June 8, 2020<br>Hearing Time:  9:00 a.m.<br>Location:  Telephonic - Courtroom of the Hon. James V. Selna |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this Preliminary Response to Government's Request for Inquiry Regarding Defendant Michael John Avenatti's Potential Violations of His Condition of Temporary Release (Docket No. 177).

Dated: June 7, 2020                    Respectfully submitted,

                                       /s/ H. Dean Steward
                                       H. DEAN STEWARD

                                       Attorney for Defendant
                                       MICHAEL JOHN AVENATTI

# I. **MR. AVENATTI HAS NOT VIOLATED ANY CONDITIONS OF HIS RELEASE**

Contrary to the government's allegations, Mr. Avenatti has not violated any of his conditions of release.  First, Mr. Avenatti has not accessed the internet using any computer or electronic device since his release.  Nor is there any evidence that he has.  In fact, the government has not presented any evidence that Mr. Avenatti has accessed the internet in its filing (Docket No. 177) nor can they.[1]

Instead, the government claims that because certain filings with this court have metadata in the pdfs showing that the final documents were printed to pdf files (this is how a pdf is created, by printing it as a pdf when the print window appears) using Acrobat DC, a computer program registered to Mr. Manheimer, this somehow demonstrates that Mr. Avenatti has violated his bail conditions.  This is not accurate.  As the bail conditions allow, Mr. Avenatti is able to review documents with his counsel via email between Mr. Manheimer and counsel.  Mr. Manheimer is then able to print those documents for Mr. Avenatti's review.  Mr. Avenatti is also able to communicate with his counsel regarding changes and edits to the documents, including via email between Mr. Manheimer and his counsel, and phone calls.  There is also nothing prohibiting Mr.

---

[1] As the Court well knows, the conditions relating to Mr. Avenatti not accessing the internet related entirely to addressing a concern raised by the prosecution that Mr. Avenatti would access the internet to transfer assets or move monies between financial accounts.  It had nothing to do with prohibiting Mr. Avenatti from defending himself or working on legal filings.  Regardless, he has not accessed the internet for any purpose.  And he has fully complied with all other conditions of his release, including all financial reporting and prohibition on financial transactions.

2

Manheimer from printing to pdf the final agreed-upon filings for undersigned counsel's convenience and then emailing that final document for filing by undersigned counsel. This enables counsel to file the final documents directly from home, as opposed to having to go to his office and prepare the final pdfs for filing manually by physically printing the documents and compiling them. Because of the COVID-19 pandemic, this has been necessary as counsel is at high risk due to his age and health condition, and has avoided travelling into the office as much as possible.

There is also nothing prohibiting Mr. Avenatti from working on his case nor is there anything prohibiting him or other lawyers from Mr. Avenatti's other cases assisting with various filings in this case. Indeed, due to the pandemic and the workload of undersigned counsel, as well as the complicated nature of this case and Mr. Avenatti's familiarity with the facts of this case, it would be expected that Mr. Avenatti would assist on the case. Because he is a lawyer, it is also expected that he would have definitive views on the filings made on his behalf in this case and would want to review and comment on those filings before they are finalized. To be clear, the defense does not dispute that Mr. Avenatti has been helping defend himself in this case and will continue to do so.

Finally, counsel has not misled this court regarding Mr. Avenatti's access to a computer to review discovery. Until Friday, Mr. Avenatti did not have the ability to review the discovery via computer. He now has a designated computer for this purpose and indeed spent a good part of the weekend reviewing the discovery as would be

2

1    expected.

2    **II.  CONCLUSION**

3

4         For each of these reasons, there is no basis to conclude that Mr. Avenatti has

5    violated his bail conditions.

6

7

8    Dated: June 7, 2020                    Respectfully submitted,

9                                           /s/ H. Dean Steward

10                                          H. DEAN STEWARD

11                                          Attorney for Defendant
                                            MICHAEL JOHN AVENATTI
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on June 7, 2020, service of the defendant's:

**DEFENDANT'S PRELIMINARY RESPONSE TO GOVERNMENT'S REQUEST**

**RE BAIL CONDITIONS (DOCKET NO. 177)**

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2020

/s/ H. Dean Steward
H. Dean Steward

4