NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER MODIFYING DEFENDANT MICHAEL JOHN AVENATTI'S CONDITIONS OF TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For the reasons set forth in the Court's May 28, 2020, Minute Order (CR 166) and during the June 1, 2020, status conference in this matter, and to ensure that defendant MICHAEL JOHN AVENATTI ("defendant") is able to fully review the discovery in this matter and participate in his defense, the Court HEREBY ORDERS that

defendant's conditions of temporary release (CR 140; CR 154) shall be modified to include the following additional condition:

    1.  To ensure that defendant is able to review the discovery in this matter and the other pending prosecutions involving defendant in the Southern District of New York, defendant may use and possess a computer so long as the computer's ability to access the internet has been disabled and remains disabled.  Prior to providing defendant with such a computer, defense counsel shall arrange for Net Disabler computer software or a comparable software program to be installed on the computer and ensure that the internet access on the computer has been disabled.  Defense counsel shall maintain the password for the Net Disabler software and shall not share the password with defendant or any other person.  Within 24 hours of defendant obtaining an internet-disabled computer, defendant and/or his counsel shall provide the United States Probation and Pretrial Services Office and the United States Attorney's Office for the Central District of California with a description of the computer and confirm in writing that the computer's internet access has been disabled.

    All other conditions of defendant's temporary release (see CR 140; CR 154) shall remain in place.

    IT IS SO ORDERED.

June 08, 2020

DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2

Presented by:

    */s/*  
JULIAN L. ANDRÉ  
BRETT A. SAGEL  
Assistant United States Attorneys

 

H. DEAN STEWARD  
Attorney for Defendant  
MICHAEL JOHN AVENATTI