# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | June 8, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The Court makes findings on the need for a telephonic hearing and the access to the public, (the teleconference information being available on the Court's public calendar.)

Counsel for defendant shall filed a brief by June 15, 2020 re what legal obligation exists to access the IRS database. Any responsive brief by the Government shall be filed by June 22, 2020 when the matter stands submitted. The Court will set a further hearing, if necessary, after considering the briefs.

Counsel for defendant may file a supplemental brief re allocation of assets and the impact on the defendant's rights.

The Pretrial Services Officer shall search the Manheimer residence and computer re possible violations of pretrial release.

Counsel shall meet and confer by Friday June 12, 2020 regarding a date, time and place for the deposition, under oath, of Mr Manheimer and file a joint report.

| | : | 20 |
|---|---|---|
| | Initials of Deputy Clerk | lmb |