1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
4  Fax: (949) 496-6753

5  Attorney for Defendant
6  MICHAEL J. AVENATTI

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES,              | Case No. SA-CR-19-61-JVS
12 |      Plaintiff,              |
13 |                              | [Proposed] ORDER RE PRE-TRIAL SERVICES/PROBATION REVIEW OF MANHEIMER ELECTRONIC DEVICES
14 |      vs.                     |
15 | MICHAEL J. AVENATTI          |
   |      Defendant.              |

16

17

18    GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the electronic

19 devices seized by Pre-Trial Services/Probation on June 10, 2020 from the Jay

20

21 Manheimer home shall be examined for the issues set out by this Court in the 6-8-20

22 hearing. However, Pre-Trial Services/Probation shall not review any attorney/client

23
   communications or attorney/client material contained in those devices.
24

25 So ordered.

26 Dated: June __, 2020            _____

27
                                   Hon. James V. Selna
28                                 U.S. District Judge

- 1 -