H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>   vs.<br>MICHAEL J. AVENATTI<br>     Defendant. | Case No. SA-CR-19-61-JVS<br><br>RESPONSE TO GOVERNMENT OPPOSITION TO EX PARTE FOR ORDER RE: PRIVILEGE |

In its opposition to the defense request for order re: attorney/client privilege (docket #186), the government does not recognize the fact that the Avenatti's counsel, in all his pending cases, are expressly able to communicate with their client via Mr. Manheimer, provided Mr. Avenatti is not receiving or sending the e-mail, and continues to have no access to internet enabled devices.

These communications, together with all drafts of documents and pleadings (i.e. comments regarding the PSR in the Nike matter) prepared as part of his defense are

- 1 -

privileged. Likewise, all reports, articles, and research sent from Mr. Avenatti's counsel in his various legal matters are privileged.

None of the materials lose the protections of the privilege because Mr. Manheimer is needed to be used as a conduit or because such material may be found on his computer or the computer given to Mr. Avenatti.

The privilege afforded the attorney/client relationship is sacrosanct and nothing about Mr. Avenatti's custody/ home confinement abrogates the privilege.

The defense continues to ask the Court to sign the proposed order.

Dated: 6-11-20         /s./ H. Dean Steward

H. Dean Steward

Counsel for Defendant

Michael J. Avenatti

PROOF OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. I have caused, on 6-11-20, service of the defendant's:

**RESPONSE TO GOVT OPPOSITION TO PRIVILEGE ORDER EX PARTE\**

On the following party, using the court's ECF system:

**AUSA'S Brett Sagel & Julian Andre**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-11-20

s/ H. Dean Steward

H. Dean Steward