H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

Denied as moot in light of oral ruling during 6-11-20 conference call.  JVS June 12, 2020

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>   vs.<br>MICHAEL J. AVENATTI<br>     Defendant. | Case No. SA-CR-19-61-JVS<br><br>[Proposed] ORDER RE PRE-TRIAL SERVICES/PROBATION REVIEW OF MANHEIMER ELECTRONIC DEVICES |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the electronic devices seized by Pre-Trial Services/Probation on June 10, 2020 from the Jay Manheimer home shall be examined for the issues set out by this Court in the 6-8-20 hearing. However, Pre-Trial Services/Probation shall not review any attorney/client communications or attorney/client material contained in those devices.

So ordered.

Dated: June 12, 2020

**DENIED**
BY ORDER OF THE COURT

Hon. James V. Selna
U.S. District Judge

- 1 -