NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

        Pursuant to the Court's June 8, 2020, Order (CR 184), plaintiff

United States of America, by and through its counsel of record, the

United States Attorney for the Central District of California and

Assistant United States Attorneys Julian L. André and Brett A. Sagel,

///

///

1   and defendant MICHAEL JOHN AVENATTI ("defendant"), by and through his

2   counsel of record, H. Dean Steward, hereby files their Joint Status

3   Report regarding the examination of defendant's third-party custodian

4   Jay Manheimer.

5

6    Dated: June 12, 2020            Respectfully submitted,

7                                    NICOLA T. HANNA
                                     United States Attorney
8
                                     BRANDON D. FOX
9                                    Assistant United States Attorney
                                     Chief, Criminal Division
10

11                                   _____/s/_____
                                     JULIAN L. ANDRÉ
12                                   BRETT A. SAGEL
                                     Assistant United States Attorneys
13
                                     Attorneys for Plaintiff
14                                   UNITED STATES OF AMERICA

15
     Dated: June 12, 2020            ____/s/ via email authorization___
16                                   H. DEAN STEWARD

17                                   Attorney for Defendant
                                     MICHAEL JOHN AVENATTI
18

19

20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**

On June 8, 2020, this Court ordered that the government be allowed to conduct an under oath deposition of defendant MICHAEL JOHN AVENATTI's ("defendant's") third-party custodian Jay Manheimer.  (CR 184.)  The parties file this joint status report to update the Court on the current arrangements for the deposition of Mr. Manheimer.

- Mr. Manheimer's deposition will take place on Wednesday, June 17, 2020, at 1:00 p.m.

- The deposition will be held in a General Services Administration ("GSA") conference in the Ronald Reagan Federal Building at 411 West Fourth Street in Santa Ana, California (the parties are aware of the specific room, but are not including it in this public filing due to the need to limit individuals in the Federal Building to those with essential business).

- The government has hired a court reporter from Ben Hyatt reporting services to prepare a certified transcript of the deposition, and will be responsible for the cost of the court reporter.

- As of now, the deposition will be attended by six people: Mr. Manheimer; Mr. Manheimer's counsel, Shawn Perez; defendant's counsel, H. Dean Steward; Assistant United States Attorneys Julian L. André and Brett A. Sagel; and the court reporter.  Defendant will be able to participate in the deposition via conference call if he chooses to do so.

- Because the GSA conference room for the deposition typically can accommodate up to 60 people, the conference room should be plenty large enough for the parties to conduct the

deposition while maintaining appropriate social distancing.

- Because the Ronald Reagan Federal Building is currently closed to the public, the government will provide GSA and the United States Marshals Service with the names of the attendees prior to the deposition to ensure that everyone is able to access the building.  All attendees will need to be wearing face coverings to be allowed to access the building.

- To ensure that there is public access to the deposition as the Court requested, the government has arranged the following conference call number that members of the public can use to listen to the deposition.  From a cellular telephone, anyone can listen by dialing:

  +1-929-251-9612

  +1-415-527-5035

  Then enter the Meeting number (access code): 199 796 7780

  Then hit # when the prompt asks for attendee ID.

  The government will control the conference call in number, so all phones calling into the number will automatically be placed on mute.  As the conference room does not have microphones that connect to a phone system, the government anticipates that it will need to place cellular telephones in front of both Mr. Manheimer and whoever is questioning Mr. Manheimer, with both cellular telephones called into the conference call number.

- Order of examination:
  - Government's position: In the government's request for the Court to conduct an inquiry regarding potential violations of defendant's conditions of temporary

2

release (CR 177), the government sought "an opportunity to question Mr. Manheimer under oath regarding his involvement in the creation of these pleadings and/or defendant's access to Mr. Manheimer's computer and the internet." (Id. at 10.)  This Court granted the request at the June 8, 2020, status conference.  As the moving party, the government believes the government should be able to conduct the examination of Mr. Manheimer, and defendant through his counsel, can ask questions of Mr. Manheimer thereafter.

o Defendant's position: Defendant would like to ask questions of Mr. Manheimer to open the session.