UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-61-JVS | Date | June 13, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   [IN CHAMBERS] ORDER RE DEPOSITION

The Court has reviewed the parties' Joint Status Report with regard to the deposition of Jay Manheimer.  (Docket No. 191.)  The Court has the following comments.

1. The Government will examine first.

2. To facilitate the public's opportunity to listen via conference call, the Court directs the courtroom deputy to post the particulars on the Court's daily public calendar.

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |