# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | June 11, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The Court makes findings on the need for a telephonic hearing and the access to the public, (the teleconference information being available on the Court's public calendar.)

Court and counsel confer. The Court orders that the Pretrial Services Officer will make an inspection of the computers and is entitled to open any email to determine if there is attorney/client privilege but will not otherwise review the document. The Court will contact the Pretrial Services Officer with further instruction.

Counsel for the Government states the deposition of Manheimer is tentatively set for Wednesday, June 17, 2020 at 1:00 p.m.

: 20

Initials of Deputy Clerk  lmb