# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | July 6, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The Court makes findings on the need for a telephonic hearing and the access to the public, (the teleconference information being available on the Court's public calendar) and the defendant personally consents to a telephonic hearing.

The Court finds the pretrial services report does not merit any action at this time.

On receipt of the transcript of the Mannheimer transcript, the defendant has 7 days to file a supplemental brief re any relief requested, including whether the report is protected. The Government shall not review the report until the issue is resolved. The Government has 7 days to respond.

Defendant shall remain on release status for an additional 60 days subject to all of the same terms and conditions.

The Defendant's request for further access to the Eagan Avenatti digital devices, VME, IRS's materials is DENIED.

| | : | 20 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |