NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF TRANSCRIPT OF THE JUNE 17, 2020, EXAMINATION OF THIRD-PARTY CUSTODIAN JAY MANHEIMER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby lodges with the Court the transcript of the June 17, 2020, examination of defendant MICHAEL JOHN AVENATTI's third-party custodian, Jay Manheimer, as well as the exhibits

referenced during Manheimer's testimony, and the errata sheet and verification signed by Manheimer on July 14, 2020.  The government has not lodged with the Court exhibits 19 and 20 from Manheimer's examination because those exhibits contain personal information that the parties agree should not be publicly disclosed at this time.[1]

Because Manheimer completed his review of the transcript of his examination on July 14, 2020, pursuant to the Court's July 6, 2020, Order, defendant has until July 21, 2020, to file his brief regarding the alleged violation of defendant's conditions of temporary release and defendant's claim that the report prepared by Pretrial Services is protected by the attorney-client privilege.  (See CR 199.)  The government will then have seven days to file its response.  (Id.)

The government will address the substance of Manheimer's testimony, as well as Manheimer's subsequent changes to his testimony, when it files its response to defendant's forthcoming brief.

| | |
|---|---|
| Dated: July 16, 2020 | Respectfully submitted, |
| | NICOLA T. HANNA<br>United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>JULIAN L. ANDRÉ<br>BRETT A. SAGEL<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

---

[1] If necessary, the government would request to file these two exhibits under seal.