## ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER

| Page : Line | Original | Revised | Reason |
|---|---|---|---|
| 9:10 | I believe to Mr. Avenatti | Sometimes to Mr. Avenatti and sometimes to me, it varies. | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 13:6 | Mr. Steward | Mr. Steward and Mr. Avenatti | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 13:9 | Not that I recall | Yes, Mr. Avenatti or Mr. Steward provided me a copy around April 24 or April 25 | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 15:9 | I mean, I went along with the no access | I understood he could not use a computer that had internet access, meaning the internet enabled when he was using it. | Answer was not transcribed correctly. And I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 15:16 | Yes, as long as there was no internet access | Yes, as long as there was no internet access meaning it was not able to connect to the internet when he used it | I realized the answer was not entirely accurate upon review and after having a moment to think about the correct answer. |
| 16:2 | Yeah, as long as there was no Internet access, that was my understanding | Yeah, as long as there was no internet access, meaning the computer could not connect to the internet when he used it, that was my understanding | I realized the answer was not accurate upon review of and after having a moment to think about the correct answer. |
| 16:11 | I don't recall that | I don't recall those words specifically but we talked about the issue | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 17:16 | I don't know any. I can't think of any specific. | I can't recall any specific ones right now, but I have done some for him and his attorneys | Unintelligible. I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 20:5 | No | Yes, whenever I want. | I realized the answer was not accurate upon review and after |

1

## ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER

| | | | |
|---|---|---|---|
| | | | having a moment to think about the correct answer. |
| 21:17 | Same. It's a pretty small place. Bedroom, living room, outside. | Same as Mr. Avenatti. It's a pretty small place. Bedroom, living room, kitchen, outside. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 26:2 | I had one friend one night | I had one friend stay over one night | Answer was not transcribed correctly. |
| 27:13 | They may go to the bathroom or step out. | His daughters may go to the bathroom or step out but they were generally with Mr. Avenatti with me present. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 27:21 | I do not know that | I do not know that for certain, but I never saw it. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 28:25 | It depends on the waves. I would go every day, but yeah it, it's really sporadic. Maybe once, twice lately. | It depends on the waves. I would go every day if I could, but yeah it, it's really sporadic. Maybe once, twice a week lately and since April 24. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 30:17 | No | Yes, various friends and supporters of Mr. Avenatti have been providing support. | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 30:19 | I pay for it. He's gotten some donations from Mr. Steward | I pay for it. He's gotten some donations like food from friends and supporters, and Mr. Steward has given me about $1,000 in donations for me to use towards various living expenses. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 31:8 | I believe some supporters have donated for Mr. Avenatti | I believe some supporters have made donations to Mr. Steward for Mr. Avenatti's expenses and legal fees | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 32:3 | Maybe 500. I don't recall. | About $1,000 in total. | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 32:5 | Yes. | No. About $1,000 in total | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |

## ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER

| | | | |
|---|---|---|---|
| 32:11 | Mr. Steward sent the check. | Mr. Steward sent checks. | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 33:12 | It does | It does sometimes | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 33:17 | Yes | Sometimes but it depends on the settings and you can't access the computer without the password | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 34:6 | I suppose so, yes | I suppose so, yes, but he could not use it without the password | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 38:2 | No. | No, and to clarify, I have only seen him use the one MacBook and the one PC, which were both not internet enabled when he used them. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 38:12 | Yes | Sometimes. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 42:6 | Cannon | Canon | Spelling |
| 43:11 | I don't know | Not that I know of | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 44:2 | I don't know | I don't know of one | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 46:18 | Not that I recall | Not that I can recall right now | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 48:12 | No. | No, and to clarify, he never accessed the Internet or visited any websites that I know of. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 49:13 | Yes, my personal. I'm sure I have not regularly. | Yes, from time to time. | Unintelligible. I realized the answer was not clear and accurate upon review and after |

**ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER**

|  | I don't really. It's not necessary. |  | having a moment to think about the correct answer. |
|---|---|---|---|
| 55:6 | A couple three, a handful. | A couple three, a handful, but there could have been more or less, I don't have a good recollection about this so I'm not sure. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 59:6 | Correct | I don't recall if Mr. Avenatti edited anything. | I originally refused to answer based on an objection but am now answering. |
| 60:4 | Same | I don't recall if Mr. Avenatti wrote anything. | I originally refused to answer based on an objection but am now answering. |
| 63:6 | Tom Warren, Ryan O'Dea, Evan Jenness. That's all that come to mind. | Tom Warren, Ryan O'Dea, Evan Jenness, Dean Steward, Scott Srebnick, Roy Black, Howard Srebnick, Marial Colon, Prescott Baier, Jim Bastian, and there are others that I cannot recall right now. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 70:17 | I recall searching and printing, but not a specific article | I recall searching and printing articles and other items for Mr. Avenatti and his lawyers, but do not recall the specific articles | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 71:10 | Correct | I recall searching for items for Mr. Avenatti and his lawyers relating to his cases, but do not recall what I searched for | I originally refused to answer based on an objection but am now answering. |
| 72:22 | Possibly. | Yes, among others. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 77:10 | No | No, but I may have. I don't recall one way or the other and as I said, my recollection is not the best as it relates to the details on what I have done for Mr. Avenatti and his lawyers | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 80:1 | I believe I testified that there was, yes, one instance, one or two | I believe I testified that there was, yes, one instance, one or two where I supervised him | I realized the answer was not clear and accurate upon review |

4

**ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER**

|  | where I supervised him without the internet on. | without the internet on or enabled. | and after having a moment to think about the correct answer. |
|---|---|---|---|
| 81:5 | Correct | I don't recall but I know he never accessed the internet or attempted to access the internet, nor could he have because it was not enabled. | I originally refused to answer based on an objection but am now answering. |
| 86:13 | If it was e-mailed to Mr. Steward, then I emailed it. I don't recall creating a pdf. | If it was e-mailed to Mr. Steward, then I emailed it. I don't recall creating a pdf but I may have. As I have said, I don't remember everything I did for Mr. Avenatti and his lawyers. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 91:7 | Yes | Yes, provided the Internet was not enabled on the computer he was using, and it wasn't. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 91:16 | I don't recall | Yes but I do not recall the specifics | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 105:25 | I don't recall. I mean, it's my address, so it has to be addressed to me. | I don't recall. I mean, it's my address, so it has to be addressed to me. Sometimes the packages would also have his name on them. | I realized the answer was not complete and accurate upon review and after having a moment to think about the correct answer. |
| 108:22 | Correct | Two checks | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 108:24 | Correct | Correct, each one was $500 | I realized the answer was not accurate upon review and after having a moment to think about the correct answer. |
| 110:5 | Correct | Correct and after Mr. Avenatti was dropped off, he and I spoke with Ms. Davis | I realized the answer was not complete and accurate upon review and after having a |

5

## ERRATA SHEET FOR JUNE 17, 2020 DEPOSITION OF JAY MANHEIMER

|  |  | together and we all reviewed the conditions. | moment to think about the correct answer. |
|---|---|---|---|
| 114:14 | Correct | Correct but it was one or two times with the internet not enabled. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |
| 115:4 | Not that I recall | Yes but I do not recall the specifics. As I have said, I don't remember everything I have done for Mr. Avenatti and his lawyers, but it has been a lot. | I realized the answer was not clear and accurate upon review and after having a moment to think about the correct answer. |

```
1      I declare under penalty of perjury under the laws of
2   the State of California that the foregoing is true and
3   correct.
4            Executed on  JULY 14th    , 2020 at
5       VENICE                        , California
6
7                              [signature]
8                         SIGNATURE OF THE WITNESS
```