H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>  Plaintiff,<br><br>  vs.<br>MICHAEL J. AVENATTI<br>  Defendant. | Case No. SA-CR-19-61-JVS<br><br>EX PARTE APPLICATION FOR CJA APPOINTMENT; POINTS AND AUTHORITIES; **UNDER SEAL** DECLARATION OF COUNSEL & **UNDER SEAL** CJA 23 FILED SEPARATELY |
|---|---|

Comes now counsel for defendant Michael J. Avenatti and applies for an order from this Court appointing him under the Criminal Justice Act, based on the under seal declaration filed herein, plus accompanying declaration of counsel under seal and CJA 23 form from the defendant.

Dated: July 18, 2020            /s./ H. Dean Steward

                                H. Dean Steward
                                Counsel for Defendant
                                Michael J. Avenatti

- 1 -

POINTS AND AUTHORITIES

## I. Background

By this application, counsel for defendant Michael J. Avenatti seeks an appointment under the Criminal Justice Act, 18 USC Sec. 3006A (CJA). Defendant originally retained the undersigned counsel, but the retainer has long since run out and defendant does not have funds to pay counsel. Details are contained in an under-seal filing, filed concurrently herein, with counsel's declaration and a completed CJA 23 form from the defendant.

## II. Ex Parte Nature of the Application

Under the CJA, 18 USC §3006A, an application may be made by a defendant to the court for court appointed counsel. This may be done ex parte, under seal, without involvement of the prosecution. *U.S. v. Obasi* 435 F.3d 847 (8th Cir. 2006); *U.S. v. Sutton* 464 F.2d 552 (5th Cir. 1972). The ex parte requirement could hardly be expressed in clearer language. "The use of a closed hearing rather than an ex parte proceeding to explore the need for services sought under section 3006A(e) subverts the Act's objective to implement the caliber of criminal justice by providing access to these services. . . The manifest purpose of requiring that the inquiry be ex parte is to ensure that the defendant will not have to make a premature disclosure of his case." *Marshall v. U.S.* 423 F.2d 1315, 1318 (10th Cir. 1970). However, defendant is filing and serving the government with this portion of the application. Details of finances are

contained in an under-seal pleading, filed concurrently herein, not served on the government.

### III. The Undersigned Seeks an Appointment under the Criminal Justice Act.

The undersigned counsel is willing to continue this representation, provided the Court approves a CJA order. Such an arrangement would save considerable taxpayer funds, over staring fresh with new CJA counsel.

In considering CJA fund requests, the district court should inquire into the fee arrangement with the defendant's counsel. *U.S. v. DeFrietas* 410 F. Supp. 241 (D.N.J. 1976), affd. 556 F.2d 569 (3rd Cir. 1979); *U.S. v. Martinez* 385 F. Supp. 323 (W.D. Tex 1974), affd. 522 F.2d 1279 (5th Cir. 1975). Counsel's fee arrangement and details are set out in the declaration and CJA 23 form, filed concurrently here under seal.

The bottom line is that Mr. Avenatti has run out of funds, and faces a complex trial lasting as long as six weeks. A CJA appointment would allow funding for counsel, paralegal services, an investigator, and any experts necessary to defend Mr. Avenatti.

### IV. Conclusion

For the above reasons, the defendant asks the Court to approve the attached proposed order, appointing counsel under the Criminal Justice Act. No nunc pro tunc is requested, and the appointment date would be as of the date on the order.

Dated: July 18, 2020           /s\./ H. Dean Steward

              H. Dean Steward
              Counsel for Defendant
              Michael J. Avenatti

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. I have caused, on 7-18-20, service of the defendant's:

**Ex parte Application for CJA Appointment**

On the following party, using the court's ECF system:

**AUSA's Brett Sagel & Julian Andre**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-18-20

s/ H. Dean Steward

H. Dean Steward