H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI,<br><br>  Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that:

Defendant Michael John Avenatti, having established that the Digital Forensic Examination Report dated June 26, 2020 discloses certain information protected from disclosure by the attorney-client privilege and the work product doctrine, no further review or use of the following portions of the Report shall be permitted: (1) bottom of page 3, section titled "Emails of Interest"; (2) Page 4, beginning at the top of the page and continuing up until the heading titled "Internet Usage"; and (3) Attachments B, D, E, and F.

So ordered.

Dated: July __, 2020

_____
Hon. James V. Selna
U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on July 21, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2020

/s/ H. Dean Steward
H. Dean Steward