NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br><u>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE CONSOLIDATED BRIEF</u> |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby files its unopposed <u>ex parte</u> application for permission to file an oversize consolidated brief in connection with

its position regarding defendant MICHAEL JOHN AVENATTI's ("defendant's") violations of his conditions of temporary release and its opposition to defendant's motion to preclude review and use of the United States Probation and Pretrial Services Office's digital forensic examination report (the "PTS Report").

Rather than file its opposition to defendant's motion to preclude further review of the PTS Report and its position regarding defendant's violation of his temporary release conditions as two separate briefs, the government has prepared and filed one consolidated brief.  Although the government believes that the submission of one consolidated brief is the most effective and efficient way to present these issues to the Court, the memorandum of points and authorities in support of the government's consolidated brief exceeds the 25-page limit and is 34 pages long.

To the extent the Court denies the government's <u>ex parte</u> application, the government requests that it be provided a reasonable amount of time to submit a revised brief that complies with 25-page limit or any other page-limitation the Court believes would be appropriate under these specific circumstances.

On July 28, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government that defendant does not oppose the government's request to file an oversize brief.

///
///
///

This ex parte is based upon the attached declaration of Assistant United States Attorney Julian L. André, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 28, 2020        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


         /s/
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California ("USAO"). I, together with AUSA Brett A. Sagel, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-61-JVS.

2. I submit this declaration in support of the government's request to file an oversize consolidated brief in connection with the government's position regarding defendant's violations of his temporary release conditions and its opposition to defendant's motion to preclude review and use of the United States Probation and Pretrial Services Office's ("PTS") digital forensic examination report (the "PTS Report").

3. Rather than file its position regarding defendant's violation of his temporary release conditions and its opposition to defendant's motion to preclude the review and use of the PTS Report as two separate briefs, the government has prepared and filed one consolidated brief addressing both issues. Although the government believes that the submission of one consolidated brief is the most effective and efficient way to present these issues to the Court, the memorandum of points and authorities in support of the government's consolidated brief exceeds the 25-page limit and is 34 pages long. Accordingly, the government respectfully requests permission to exceed the page limit and file its consolidated brief.

4. To the extent the Court denies the government's ex parte application, the government requests that it be provided a reasonable

amount of time to submit a revised brief that complies with 25-page limit or any other page-limitation the Court believes would be appropriate under these circumstances.

5. On July 28, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government via email that defendant does not oppose the government's request to file an oversize brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 28, 2020.

_____
JULIAN L. ANDRÉ

2