NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO FILE AN OVERSIZE CONSOLIDATED BRIEF |

For good cause shown, the government's unopposed ex parte application for permission to file an oversize consolidated brief in connection with its position regarding defendant MICHAEL JOHN AVENATTI's violations of his conditions of temporary release and opposition to defendant's motion to preclude review and use of the

United States Probation and Pretrial Services Office's digital forensic examination report is GRANTED.

IT IS SO ORDERED.

_____        _____
DATE                                  HONORABLE JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's <u>ex parte</u> application for permission to file an oversize consolidated brief in connection with its position regarding defendant MICHAEL JOHN AVENATTI's violations of his conditions of temporary release and opposition to defendant's motion to preclude review and use of the United States Probation and Pretrial Services Office's digital forensic examination report is DENIED.

The government shall file a revised consolidated brief no later than _____.

The revised memorandum of points and authorities in support of the government's consolidated brief shall not exceed _____ pages.

IT IS SO ORDERED

_____    _____
DATE                            HONORABLE JAMES V. SELNA
                                UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
JULIAN L. ANDRÉ
Assistant United States Attorneys