H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that:

Defendant Michael John Avenatti's response to the relief requested by the government relating to Mr. Avenatti's custody status in their Consolidated Position Regarding Defendant's Defendant's Violations of His Conditions of Temporary Release and Opposition to Defendant's Motion to Preclude Review and Use of Pre-Trial Services Report [Docket No. 217], shall be due one week following the Court's ruling on the pending defense motion relating to the Pre-Trial Services forensic report [Docket No. 207].

So ordered.

Dated: July __, 2020

_____
Hon. James V. Selna
U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on July 29, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2020

/s/ H. Dean Steward
H. Dean Steward