NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-6683
        Facsimile: (213) 894-6269
        Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
        Ronald Reagan Federal Building
        411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
        Telephone:  (714) 338-3598
        Facsimile:  (714) 338-3708
        Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL JOHN AVENATTI,<br><br>              Defendant. | SA CR No. 19-061-JVS<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S *EX PARTE* REQUEST FOR BRIEFING SCHEDULE (CR 220) |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Julian L. André and

Brett A. Sagel, hereby files its response to defendant MICHAEL JOHN

AVENATTI's ("defendant") ex parte request for briefing schedule

relating to the government's consolidated position regarding defendant's violations of his conditions of temporary release and opposition to defendant's motion to preclude review and use of the pre-trial services report (CR 220).  Because defendant did not seek the government's position for his ex parte application as required under the local rules,[1] the government submits this response to advise the Court of its position regarding the requested relief.

As the government explained in its consolidated brief, the government believes the Court should evaluate the record and evidence currently before it and then decide how it wishes to proceed regarding defendant's violation of his temporary release conditions. (CR 217 § III.E.)  The Court has broad discretion under 18 U.S.C. § 3142(i) to either terminate defendant's temporary release or to allow defendant to remain on temporary release.  The government therefore defers to the Court's judgment as to whether additional briefing or information from either party is necessary at this time.

Defendant, however, should not be allowed to unnecessarily delay the Court's evaluation of defendant's violations or engage in further gamesmanship.  Defendant sought, and received, one week from the finalization of the transcript of Jay Manheimer's testimony to file his brief regarding these issues (7/6/2020 RT 6:14-22, 9:23-10:18), but chose to only address the purported privilege issues regarding the Pre-Trial Services Report (CR 207), which had been released to the parties weeks earlier.  And defendant's instant ex parte application, which was prepared in less than 24 hours and largely

---

[1]  The defense informed the government that it was filing the instant ex parte application at approximately 8:04 am on July 29, 2020, and then filed its ex parte application approximately six minutes later at 8:10 a.m.

already responds to the issues raised by the government, demonstrates that the defense is capable of addressing in a timely manner any remaining issues the Court identifies.

Dated: July 29, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA