## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | July 29, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   [IN CHAMBERS] Minute Order re *Ex Parte* Applications

  In response to the parties' recent *ex parte* applications (Docket Nos. 218, 220), the Court takes the following actions:

  1. The Court strikes without prejudice that portion of the Government's Consolidated Position at Docket No. 217 dealing with continued bail for defendant Michael John Avenatti ("Avenatti"). The request for relief is not properly raised in an opposition to a different motion. Moreover, the Court would be better informed after the Court rules on the privilege motion regarding the Probation and Pretrial Services' Report regarding its inspection of the computer devices at Avenatti's current place of residence. (See Docket No. 207.) A motion regarding bail may be filed within seven days after the Court issues its privilege ruling.

  2. The Government's application for an over length brief is denied as moot.

  3. Avenatti shall file any reply to the privilege issues raised in the Government's Consolidated Position no later than August 3, 2020. If the Court determines that a hearing is warranted, a video hearing will be scheduled promptly.

  4. Avenatti's application for a briefing schedule is denied as moot in light of the above. Avenatti is admonished to comply with Local Rule 7-19 when presenting an *ex parte* application.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

  :  
Initials of Deputy Clerk   lmb