H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>ORDER |

　　　Good cause having been shown, it is ordered that:

　　　Defendant Michael John Avenatti, having established his current indigency by filing a CJA Form 23, with attachment, and the Court having reviewed the form and the accompanying Declaration of Counsel, Attorney H. Dean Steward is appointed to represent the Defendant pursuant to 18 USC § 3006A.

　　　So ordered.

Dated: July 29, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　　U.S. District Judge

Cc: CJA