# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 3, 2020 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | X | | X | Dean Steward | X | | X |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

    Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The defendant has a waiver on file.

    The Court strikes Docket #227 as entered in error. Any further briefing to be filed by Friday, August 7, 2020.

|  | : | 05 |
|---|---|---|

Initials of Deputy Clerk   lmb