SENT TO RECORDER PER REQUEST OF THE PARTIES HEREIN.
IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY

RECORDING REQUESTED BY Syvrgo

Hubert Bromma
Catherine Stacy Cannon
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

**This document was electronically submitted to San Luis Obispo County for recording**

**2020018674**

Tommy Gong
San Luis Obispo - County Clerk-Recorder
04/17/2020 09:16 AM

Recorded at the request of:
FIDELITY - SHERMAN OAKS

Titles: 2    Pages: 2

Fees: $0.00
Taxes: $0.00
Total: $0.00



FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2020
CENTRAL DISTRICT OF CALIFORNIA
BY AB for CP    DEPUTY

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this **4/7/20** between **Hubert Bromma, Trustee of the Hubert Bromma Trust dated May 7, 2007 as to an undivided 50% interest and Catherine Stacy Cannon, an unmarried woman, as to an undivided 50% interest as tenants in common** herein called TRUSTOR, whose address is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and First Corporate Solutions, Inc. herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California**, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of **San Luis Obispo**
PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.
Common Address:    **2380 Camino Edna, San Luis Obispo CA 93401**    APN# **044-072-049**
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s)    **Michael John Avenatti**    in Case No    **SACR 19-61-JVS**
which includes an obligation by said Trustor(s) surety(ies) in the amount of    $    **500,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5 1964 | 149774 | | | |

CR-5 (04/04)    SHORT FORM DEED OF TRUST

**ACCOMMODATION**
SENT TO RECORDER FOR RELEASE, OR NO DUTIES HEREIN
IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY

RECORDING REQUESTED BY Syrgo

Hubert Bromma
Catherine Stacy Cannon
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this 4/7/20 between Hubert Bromma, Trustee of the Hubert Bromma Trust dated May 7, 2007 as to an undivided 50% interest and Catherine Stacy Cannon, an unmarried woman, as to an undivided 50% interest as tenants in common herein called TRUSTOR, whose address is ▮▮▮▮▮▮▮▮▮▮ and First Corporate Solutions, Inc. herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California**, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of San Luis Obispo
PARCEL 1: LOT 49 OF TRACT NO. 2138, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED OCTOBER 21, 1994 IN BOOK 17, PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
PARCEL 2: AN EASEMENT FOR INGRESS, EGRESS, PUBLIC UTILITIES AND INCIDENTAL PURPOSES OVER THOSE PORTIONS OF LOT 52 AS DELINEATED ON THE MAP OF SAID TRACT.

Common Address: 2380 Camino Edna, San Luis Obispo CA 93401    APN# 044-072-049

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Michael John Avenatti** in Case No **SACR 19-61-JVS** which includes an obligation by said Trustor(s) surety(ies) in the amount of $ 500,000.00

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5  1964 | 149774 | | | |

CR-5 (04/04)                    **SHORT FORM DEED OF TRUST**

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _____
Hubert Bromma, Trustee of the Hubert Bromma Trust
dated May 7, 2007

x _____
Catherine Stacy Cannon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of San Luis Obispo

On **4/7/20** before me Matthew Aaron Ward, a notary public, personally appeared **Hubert Bromma** and **Catherine Stacy Cannon**
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

> Matthew Aaron Ward
> Commission # 2252395
> Notary Public - California
> San Luis Obispo County
> My Comm. Expires August 3, 2022

---

**REQUEST FOR FULL CONVEYANCE**
To be used only when note has been paid.

To_____, Trustee   Dated_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

_____

_____

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                     SHORT FORM DEED OF TRUST

SENT TO RECORDER PER REQUEST OF THE PARTIES HEREIN. IT HAS NOT BEEN EXAMINED AS TO ITS EFFECT AND VALIDITY

RECORDING REQUESTED BY SYNRGO

Hubert Bromma
Catherine Stacy Cannon
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

**This document was submitted to San Luis Obispo County for recording**

2020018674

**Tommy Gong**
San Luis Obispo - County Clerk-Recorder
04/17/2020 09:16 AM

Recorded at the request of:
FIDELITY - SHERMAN OAKS

Titles: 2  Pages: 2

Fees: $0.00
Taxes: $0.00
Total: $0.00

SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

## Your Document has been professionally recorded by



SYNRGO — Your One Stop for Real Estate Recordings

## Need a Streamline Solution from Creation to Recordation?

# QuickPrep
by SYNRGO

- Web Based App
- Assignments, Satisfactions, SOTs, and Reconveyances
- Increased Productivity, Decreased Costs

### Call our Sales Department Today!
# 1.855.4.SYNRGO



This coverpage is for tracking purposes only and is not part of your recorded instrument