UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,    ) CERTIFIED TRANSCRIPT
                Plaintiff,   )
  vs.                          )
                            ) SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,        )
                Defendant.   )
------------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 3, 2020

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     JULIAN L. ANDRE
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

```
11:00   1    SANTA ANA, CALIFORNIA; MONDAY, AUGUST 3, 2020; 11:00 A.M.
11:00   2              THE CLERK:  Calling Item No. 2, SACV-19-00061-JVS,
11:00   3    United States of America versus Michael John Avenatti.
11:00   4              Appearances on behalf of the government, please.
11:00   5              MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
11:00   6    and Julian Andre on behalf of the United States.
11:01   7              THE CLERK:  Appearance on behalf of the defense.
11:01   8              MR. STEWARD:  Good morning, Your Honor.  Dean
11:01   9    Steward on behalf of Mr. Avenatti with a waiver on file, and
11:01  10    I believe he is also on the line with us.
11:01  11             THE CLERK:  Mr. Avenatti is on the line, judge.
11:01  12             THE COURT:  Good morning.
11:01  13             Let me begin with a correction.  The order entered
11:01  14    at Docket 227 appointing Mr. Steward as CJA counsel was
11:01  15    entered in error.  There were a number of Avenatti orders in
11:01  16    the order folder, and I simply pulled the wrong one.  The
11:01  17    error is entirely mine.  Although my signature these days is
11:01  18    almost exclusively electronic, I apply the signature and I
11:01  19    move the document to the ready folder.  So the error is
11:01  20    entirely mine, and I regret the error.
11:01  21             As evidence that the order was entered in error, I
11:01  22    point to Docket 224, which was the third request for
11:02  23    information.  I have not yet received the response to that
11:02  24    order.  Once I receive that response, I will act promptly on
11:02  25    the application.  I don't believe that I will require
```

```
11:02   1   further information.
11:02   2           That's the only matter I have.  Does the
11:02   3   government want to raise anything?
11:02   4           MR. SAGEL:  Nothing from the government, Your
11:02   5   Honor.
11:02   6           THE COURT:  Mr. Steward.
11:02   7           MR. STEWARD:  Nothing from the defense, Your
11:02   8   Honor.
11:02   9           THE COURT:  Okay.  Your response is I believe due
11:02  10   today on the motion with regard to the Pretrial Services
11:02  11   Report.
11:02  12           MR. STEWARD:  Yes, Your Honor.  We will have that
11:02  13   on file by the end of the day today.
11:02  14           Also, on the Court's third question, our
11:02  15   anticipation is to have that to the Court by Friday.  We had
11:02  16   put our pencils down on that.  We will pick them back up
11:02  17   today.
11:02  18           THE COURT:  Okay.  That's fine.  If you want to
11:03  19   make a single filing on Friday, that's fine.  As I say, I
11:03  20   will act promptly when I receive a response to the third
11:03  21   inquiry.
11:03  22           Anything further for today?
11:03  23           MR. STEWARD:  Not from the defense.
11:03  24           MR. SAGEL:  Nothing from the government, Your
11:03  25   Honor.
```

```
11:03   1              THE COURT:  Okay.  Thank you very much.
11:03   2              (Whereupon, the proceedings were concluded.)
11:03   3                          *     *     *
11:03   4
11:03   5
11:03   6
11:03   7
11:03   8
11:03   9
11:03  10
11:03  11
11:03  12
11:03  13
11:03  14
11:03  15
11:03  16
11:03  17
11:03  18
11:03  19
11:03  20
11:03  21
11:03  22
11:03  23
11:03  24
11:03  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 10, 2020

/s/   Sharon A. Seffens  8/10/20
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER