H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S REQUEST FOR CLARIFICATION REGARDING THE COURT'S RULING ON PRETRIAL SERVICES REPORT [Docket No. 239] |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this Request for Clarification Regarding the Court's Ruling on Pretrial Services Report [Docket No. 239].

Dated: August 13, 2020              Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

On August 11, 2020, this Court issued its Ruling on Pretrial Services Report [Docket No. 239]. By Motion [Docket No. 207], Defendant Avenatti had previously sought to prevent the disclosure and use of the entirety of various attachments to the Digital Forensic Examination Report (the "Report") on the grounds that disclosure of the information would violate various rights of the Defendant and his counsel, including the attorney-client privilege, the work product doctrine and those afforded by the Sixth Amendment. The Court granted the Defendant's Motion in part and ordered various fields and information included in records attached to the Digital Report to be deleted/redacted, including the "Filename", "Title", and "Attachment Name." The Court, however, did not order the "Source" field within Attachments B, E and F to be deleted/redacted, despite the fact that this field discloses the Filenames, Titles and Attachment Names in the body of the field. Defendant believes that this inconsistency likely results from the Court being unaware when reviewing the Digital Report that the Source field included this same information.

Accordingly, Defendant respectfully requests that the Court clarify its Ruling by stating that the "Source" field within Attachments B, E and F shall also be deleted/redacted by Pretrial Services.

Dated: August 13, 2020              Respectfully submitted,

                                    /s/ H. Dean Steward
                                    H. DEAN STEWARD

                                    Attorney for Defendant
                                    MICHAEL JOHN AVENATTI

2

**CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on August 13, 2020, service of the defendant's:

DEFENDANT'S REQUEST FOR CLARIFICATION REGARDING THE COURT'S RULING ON PRETRIAL SERVICES REPORT [Docket No. 239]

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2020

                                   /s/ H. Dean Steward
                                   H. Dean Steward