UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 13, 2020 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**  [IN CHAMBERS] <u>Addendum to Ruling on Pretrial Services Report</u>

At Docket No. 239, the Court ruled on defendant Michael John Avenatti's ("Avenatti") objections to the production and use of Pretrial Services' Pretrial Violation Report–Confidential ("Report"). The Court directed the redaction of certain fields in the attachments to the Report. (Docket No. 239, p. 4.)

Avenatti has filed a request for clarification querying whether the "Source" field should also be redacted. (Docket No. 241.) While those entries are mostly three- and four-line location strings (<u>e.g.</u>, Digital Forensic Examination Report, Attachment E, Record Nos. 1-10), there is a brief descriptor of the subject of the document at the very end.

Consistent with the Court's earlier ruling, the Court directs that the Source fields also be redacted.

: 0

Initials of Deputy Clerk  lmb