NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | <u>DECLARATION OF JULIAN L. ANDRÉ REGARDING COMPLIANCE WITH COURT'S AUGUST 11, 2020, ORDER (CR 239)</u> |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California (the "USAO"). I, together with AUSA Brett A. Sagel, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in <u>United States v. Michael John Avenatti</u>, SA CR 19-61-JVS. I submit this declaration in response to the Court's August 11, 2020, order (CR 239).

2. On August 11, 2020, the Court ordered the government to file a declaration indicating that all copies of the Pretrial Services' Pretrial Violation Report (the "Report") and all notes or other documents reflecting the information identified in the Court's order "have been destroyed and that no copy in any form has been retained." (CR 239.)

3. Pursuant to the Court's order, on August 13, 2020, AUSA Sagel and I searched our email accounts, laptop computers, IPhones, the USAO file server, and our physical files for all copies of the Report and any notes or other documents reflecting the information identified in the Court's order. AUSA Sagel and I then destroyed and/or deleted all copies of the Report and any notes regarding the content of the Report in our possession.

4. To the best of my knowledge, the government has not retained any additional copies of the Report or notes regarding the contents of the Report. Should the government later discover any additional copies of the Report or any notes regarding the portions of the Report identified in the Court's order, the government will

2

immediately delete or destroy such documents and submit a supplemental declaration to the Court.

5. AUSA Sagel and I have not accessed or further reviewed the Report since we conducted a preliminary review of the Report on June 30, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Los Angeles, California, on August 17, 2020.

*Julian André*

JULIAN L. ANDRÉ
Assistant United States Attorney

3