UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 24, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] Minute Order re August 31, 202 Status Conference

The Court would like to address the following topics at the upcoming status conference.

1. <u>Severance.</u> The Court is considering issuing an order to show cause why it should not sever and separately try Counts 1 through 10. Such a trial would be far less complex and presumably much shorter. The relevant discovery would appear to be mostly in the possession of the defendant, thus reducing the burden to prepare for trial.

2. <u>Bond.</u> Further Motion to Revoke Bond.

3. <u>Discover.</u> Status of discovery due August 31, 2020.

  : 0

Initials of Deputy Clerk   lmb