H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward7777@gmail.com

Attorney for Defendant
MAICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.  SACR-19-61-JVS |
| Plaintiff, | ORDER RE SEALING |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the attached Second Supplemental Affidavit re CJA Appointment be sealed by the clerk of the court. So ordered.

Dated:  Aug. 26, 2020  _____

Hon. James V. Selna

U.S. District Court Judge

- 1 -