H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Attorney for Defendant Michael J. Avenatti

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES<br><br>　　　　　　　　　　PLAINTIFF(S)<br>v.<br>MICHAEL J. AVENATTI<br><br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>SA-CR-19-61-JVS<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

AFFIDAVIT

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 8-27-20 | /s./ H. Dean Steward |
|---|---|
| Date | Attorney Name |
|  | Michael J. Avenatti |
|  | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING