UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 27, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] APPOINTMENT OF COUNSEL

      The Court finds that defendant Michael John Avenatti ("Avenatti") qualifies for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA"). The Court appoints H. Dean Steward, Esq. as CJA counsel. This appointment is effective *nunc pro tunc* as of July 18, 2020, the date Avenatti applied for counsel. (See Docket No. 202.)

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |