H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael J. Avenatti

FILED
CLERK, U.S. DISTRICT COURT
8/27/20
CENTRAL DISTRICT OF CALIFORNIA
BY: LB   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | APPLICATION TO SEAL DOCUMENT; [Proposed] ORDER |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

COMES NOW defendant MICHAEL J. AVENATTI, together with counsel, and applies to this Court for an order sealing the attached Affidavit re CJA Counsel. The document contains sensitive, non-public financial information about the defendant, and should not be subject to public review, per local rules.

Dated: 8-27-20

s./ H. Dean Steward
H. Dean Steward
Counsel for Defendant
Michael J. Avenatti

- 1 -

PROOF OF SERVICE

I, H. Dean Steward, declare:

I am employed in the County of Orange, State of California. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am over the age of 18 and not a party to the instant action. I am a member of the bar of this court. On 8-27-20, I served:

**APPLICATION TO SEAL AND PROPOSED ORDER**

    Via e-mail to:

AUSA BRETT SAGAL

This declaration was executed on 8-27-20 at San Clemente, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s./ H. Dean Steward