H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael J. Avenatti

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI<br><br>Defendant. | Case No. SACR 19-61-JVS<br><br>SEALING ORDER |

A sufficient showing having been made, it is ordered that the attached Affidavit of Michael J. Avenatti shall be filed under seal by the clerk of the court.

So ordered.

Dated: AUG. 27 2020

_____
Hon. James V. Selna
United States District Judge

- 1 -