H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael J. Avenatti

```
FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI<br><br>Defendant. | Case No. SA-CR-19-61-JVS<br><br>**CORRECTED** APPLICATION TO SEAL DOCUMENTS; [Proposed] ORDER |

COMES NOW defendant MICHAEL J. AVENATTI, together with counsel, and applies to this Court for an order sealing the attached Second Supplemental Affidavit re CJA Counsel. The document contains sensitive, non-public financial information about the defendant, and should not be subject to public review, per local rules.

Dated: 8-26-20

        s./ H. Dean Steward

        H. Dean Steward
        Counsel for Defendant
        Michael J. Avenatti

- 1 -

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | |
| 3 | I, H. Dean Steward, declare: |
| 4 | |
| 5 | I am employed in the County of Orange, State of California. |
| 6 | My business address is 107 Avenida Miramar, Ste. C, San Clemente, |
| 7 | CA 92672. I am over the age of 18 and not a party to the |
| 8 | instant action. I am a member of the bar of this court. On 8-26-20, I served: |
| 9 | **APPLICATION TO SEAL AND PROPOSED ORDER** |
| 10 | Via e-mail to: |
| 11 | |
| 12 | AUSA BRETT SAGAL |
| 13 | |
| 14 | |
| 15 | This declaration was executed on 8-26-20 at San Clemente, |
| 16 | |
| 17 | California. |
| 18 | I declare under penalty of perjury that the foregoing is true |
| 19 | and correct. |
| 20 | /s./ H. Dean Steward |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

```
1   H. Dean Steward  SBN 85317
    107 Avenida Miramar, Ste. C
2   San Clemente, CA 92672
3   949-481-4900
    Fax: (949) 496-6753
4   deansteward7777@gmail.com
5
6
7   Attorney for Defendant
    MAICHAEL J. AVENATTI
8
9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | ORDER RE SEALING |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the attached Second Supplemental Affidavit re CJA Appointment be sealed by the clerk of the court. So ordered.

Dated: Aug. __, 2020

_____

Hon. James V. Selna

U.S. District Court Judge

- 1 -