# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 31, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

     Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The defendant has a waiver on file and personaly consents to a telephonic hearing.

     Court and counsel confer. Defendant shall file any motion to sever by September 14, 2020. Government shall file their brief re defendant's pretrial services violation by September 4, 2020. Any opposition shall be filed by September 11, 2020. Any reply shall be filed by September 18, 2020 when the matter stands submitted. If the Court deems it necessary, a hearing will be set.

                                                                                : 10

                                              Initials of Deputy Clerk  lmb