H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that:

The defense's motion and opening brief relating to the prosecution team's alleged receipt and review of attorney-client privileged materials shall be filed no later than September 11. The government's opposition shall be filed on September 18. The reply shall be filed no later than September 25. All other motion practice relating to this case is stayed pending a ruling on the defense motion.

So ordered.

Dated: September __, 2020

_____
Hon. James V. Selna
U.S. District Judge