H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>ORDER |

Good cause having been shown, it is ordered that:

The defense's motion and opening brief relating to the prosecution team's alleged receipt and review of attorney-client privileged materials shall be filed no later than September 1, 2020.  The government's opposition shall be filed on September 28, 2020.  The reply shall be filed no later than October 5, 2020.  The Court declines to stay all other motion practice.  The current schedule is controlling.  (See Docket No. 171.)

So ordered.

Dated: September 7, 2020

_____

Hon. James V. Selna

U.S. District Judge