H. Dean Steward (SBN 85317)
107 Avenida Miramar, Ste. C
San Clemente, California 92672
Telephone: 949-481-4900
Facsimile: 949-496-6753

Attorney for Defendant,
MICHAEL AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO.: SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SEVERANCE OF COUNTS 1 – 10 FROM COUNTS 11 – 36** |
| MICHAEL AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that:

The defense's motion requesting that Counts 1 through 10 of the Indictment be severed from Counts 11 through 36 is hereby GRANTED pursuant to Federal Rule of Criminal Procedure 14.

So ordered.

Dated: September_____, 2020      _____
                                                         THE HON. JAMES V. SELNA
                                                         U.S DISTRICT JUDGE

- 1 -