H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE AND OBJECTIONS TO PORTIONS OF AUSA BRETT SAGEL'S DECLARATION SUBMITTED IN SUPPORT OF THE GOVERNMENT'S MOTION TO TERMINATE AND NOT FURTHER EXTEND DEFENDANT'S TEMPORARY RELEASE [DOCKET NO. 262]<br><br>[[Proposed] Order filed concurrently herewith] |

TO U.S. ATTORNEY NICOLA HANNA, AUSA JULIAN ANDRE, and AUSA BRETT SAGEL, PLEASE TAKE NOTICE that Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby moves and files his Motion to Strike and Objections To Portions of AUSA Brett Sagel's Declaration Submitted in Support of the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release [Docket No. 262].  Defendant's motion is based on the attached memorandum of points and authorities; AUSA Brett Sagel's Declaration Submitted in Support of the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release [Docket No. 262]; the files, records and transcripts in this case; and such further evidence and argument as the Court may permit at a hearing on this matter.

Dated: September 10, 2020

Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   <u>INTRODUCTION</u>

AUSA Brett A. Sagel has submitted a declaration to the Court in support of the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release [Docket No. 262].[1]  The declaration is replete with statements that are inadmissible because they constitute hearsay and lack foundation (i.e. are made without personal knowledge) and Mr. Avenatti objects to the admissibility and consideration of those statements.  Accordingly, those portions (page 1, paragraph 2, lines 12-24), together with their corresponding statements in the government's Memorandum of Points and Authorities (page 23, lines 18-28 and page 24, lines 1-5), should not be considered by the Court when ruling on the government's motion[2] and should be stricken.

## II.   <u>ARGUMENT</u>

In his Declaration, AUSA Sagel purports to describe an alleged conversation that he had with a Deputy United States Marshal, during which the Deputy purportedly told AUSA Sagel about the conditions at the Santa Ana Jail ("SAJ") relating to COVID-19. The prosecution attempts to offer these statements for the truth of the matter asserted. The statements are classic hearsay and should be excluded under the law.  *See*, *e.g.*, Federal Rules of Evidence 801 and 802.

Further, even if the statements are not hearsay, they lack foundation and thus must be excluded.  *See*, *e.g.*, Federal Rule of Evidence 602.  There is nothing in the

---

[1]  The Opposition to the Motion will be filed on September 11 as previously directed by the Court.

[2] Nor may the government attempt to cure this defect on Reply or through the submission of additional evidence or another declaration.  The government is not permitted to submit additional, new evidence on Reply.  Further, the government was given until September 4 to file their motion and all supporting evidence and that deadline has passed.

Declaration establishing or even suggesting that either Mr. Sagel or the Deputy have any personal, firsthand knowledge as to the conditions at the jail, let alone the degree of knowledge necessary to state facts relating to preventative measures, COVID-19 infection rates and risks to inmates.  Importantly, there is also nothing in the Declaration stating what the Deputy's role at the SAJ is, if any, or explaining how he allegedly has detailed, personal knowledge as to the present COVID-19 conditions at the jail or at any time over the last five months.  Indeed, the vague, conclusory statements relating to alleged infection rates; COVID-19 outbreaks, and health protocols suggest just the opposite.  Neither AUSA Sagel nor the Deputy disclose how they supposedly can have this knowledge, what information or data they have reviewed, where these alleged "significant health protocols" are documented, if anywhere, or how they have been implemented, how they supposedly "know" that SAJ has had "zero" infected inmates for much of the last five months (an incredible claim under the circumstances) and, most importantly, *what degree of testing is being performed at SJA and MCC*.  As has been fully established since the pandemic began, and recognized universally, if you do not widely and regularly test all individuals in a given situation (i.e. all inmates at an institution), you cannot legitimately claim a low infection rate, nor can you claim that you "have no cases" or that you "only have X cases" and therefore the risk to an inmate is low.  You don't find what you don't look for.  Further, this and other factors have been shown to be consistent problems when jails and prisons make claims about alleged low numbers of COVID-19 cases at their facilities, as a simple google search will reveal.

Accordingly, the statements in the Sagel Declaration and the corresponding statements in the government's submission are unreliable, inadmissible and should be stricken and not considered by the Court.

1

### III.  **CONCLUSION**

For each of the above-detailed reasons, Mr. Avenatti respectfully requests that page 1, paragraph 2, lines 12-24 of the Sagel Declaration, together with their corresponding statements in the government's Memorandum of Points and Authorities (page 23, lines 18-28 and page 24, lines 1-5), be struck and not considered by the Court when ruling on the government's motion.  A detailed [Proposed] Order has been submitted with this motion respectfully requesting an evidentiary ruling on each of the alleged statements.

Dated: September 10, 2020                    Respectfully submitted,


                                                        /s/ H. Dean Steward
                                                          H. DEAN STEWARD

                                                        Attorney for Defendant
                                                        MICHAEL JOHN AVENATTI

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on September 10, 2020, service of the:

DEFENDANT'S MOTION TO STRIKE AND OBJECTIONS TO PORTIONS OF AUSA BRETT SAGEL'S DECLARATION SUBMITTED IN SUPPORT OF THE GOVERNMENT'S MOTION TO TERMINATE AND NOT FURTHER EXTEND DEFENDANT'S TEMPORARY RELEASE [DOCKET NO. 262]

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2020

/s/ H. Dean Steward

H. Dean Steward

4