```
H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that:

The following portions of the Declaration of Brett A. Sagel submitted in support of the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release are hereby stricken and will not be considered by the Court when ruling on the government's motion [Docket No. 262]: page 1, paragraph 2, lines 12-24.

It is further ordered that the corresponding statements in the government's Memorandum of Points and Authorities [Docket No. 262] - page 23, lines 18-28 and

page 24, lines 1-5 - are hereby stricken and will not be considered by the Court when ruling on the motion.

The Court's rulings on each of the evidentiary objections are as follows:

| Page:Line | Statement | Objection | Ruling |
|---|---|---|---|
| 1:12-14 | "Deputy Medrano told me that the Santa Ana Jail ("SAJ") in Orange County currently has four inmates who have been infected with COVID-19." | Hearsay (FRE 801, 802); Lacks Foundation (FRE 602) | Hearsay: Sustained _____ Overruled _____ Lacks Foundation: Sustained _____ Overruled _____ |
| 1:14-16 | "Deputy Medrano said that between March 2000 when the COVID-19 pandemic began and the present there have been no significant COVID-19 outbreaks at SAJ." | Hearsay (FRE 801, 802); Lacks Foundation (FRE 602) | Hearsay: Sustained _____ Overruled _____ Lacks Foundation: Sustained _____ Overruled _____ |
| 1:17-19 | "The most number of COVID-19 infected inmates SAJ has had at any given time | Hearsay (FRE 801, 802); Lacks | Hearsay: Sustained _____ Overruled _____ |

| | | | |
|---|---|---|---|
| | was three to four, and SAJ has had zero infected inmates for much of the time." | Foundation (FRE 602) | Lacks Foundation: Sustained _____ Overruled _____ |
| 1:19-24 | "Deputy Medrano also told me that SAJ has imposed significant health protocols to address COVID-19, including, but not limited to, detailed health screenings, COVID-19 testing for all new inmates, isolation and quarantine procedures, enhanced cleaning procedures, and other modified operations designed to prevent the spread of COVID-19 in SAJ." | Hearsay (FRE 801, 802); Lacks Foundation (FRE 602) | Hearsay: Sustained _____ Overruled _____ Lacks Foundation: Sustained _____ Overruled _____ |

**So ordered.**

Dated: September __, 2020

_____
Hon. James V. Selna
U.S. District Judge

3

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on September 10, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2020

/s/ H. Dean Steward
H. Dean Steward