NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT MICHAEL JOHN AVENATTI'S MOTION TO STRIKE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Julian L. André, hereby files its opposition to the defendant MICHAEL JOHN AVENATTI's motion to strike and objections to portions of AUSA

Brett Sagel's Declaration filed on September 10, 2020, in the above-captioned matter (CR 267).

This response is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: September 10, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


      /s/
BRETT A. SAGEL
JULIAN L. ANDRÉ
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant MICHAEL JOHN AVENATTI ("defendant") filed a six-page motion seeking to strike a declaration filed by the undersigned counsel in support of the government's motion to terminate and not further extend defendant's temporary release (CR 262). Defendant primarily claims that the declaration is inadmissible hearsay under Federal Rules of Evidence 801 and 802, or alternatively, lacks foundation under Federal Rules of Evidence 602. This motion is frivolous.

As this Court, and any federal criminal law practitioner, is aware, Federal Rule of Evidence 1101(d) provides exceptions to the applicability of the Federal Rules of Evidence, including in bail hearings. FRE 1101(d); see also United States v. Winsor, 785 F.2d 755, 756 (9th Cir. 1986) ("As in a preliminary hearing for probable cause, the government may proceed in a detention hearing by proffer or hearsay.").[1] Accordingly, this Court should deny defendant's motion.

---

[1] Defendant's motion to strike is even more illogical given that the primary "evidence" defendant presented regarding the medical condition that allegedly placed defendant at a greater risk from COVID-19 in connection with his initial motion for temporary release was a declaration from a friend with no medical background or experience. (See CR 119-2.)