H. Dean Steward SBN 85317
107 Avenida miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Attorney for Defendant Michael Avenatti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J. AVENATTI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

DECLARATION OF DR. RAMZI ASFOUR

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 9-11-20 | /s./ H. Dean Steward |
|---|---|
| Date | Attorney Name |
| | Michael J. Avenatti |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)     NOTICE OF MANUAL FILING OR LODGING

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 9-11-20, service of the defendant's:

**NOTICE OF UNDER SEAL FILING**

On the following party, using the court's ECF system:

**AUSA's Brett Sagel & Julian Andre**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-11-20

s/ H. Dean Steward

H. Dean Steward