H. Dean Steward (SBN 85317)
107 Avenida Miramar, Ste. C
San Clemente, California 92672
Telephone: 949-481-4900
Facsimile: 949-496-6753

Attorney for Defendant,

MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | **DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT MICHAEL AVENATTI'S MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS** |
| vs. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

I, H. Dean Steward, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and Hawaii, and I am counsel of record for Michael Avenatti in this matter. I make this declaration in support of Mr. Avenatti's Motion for Disclosure of Grand Jury Transcripts. I know all of the following to be true on my own knowledge, or upon information and belief.

2. The Indictment in the above-captioned matter was filed on April 10, 2019. After that time, I became aware that another grand jury had been convened within this District. I became aware that this grand jury was reviewing

- 1 -

documents and hearing testimony in connection with the current Indictment against Mr. Avenatti filed with this Court.

3. During my representation of Mr. Avenatti, I became aware of an individual "witness 1" who received a subpoena to testify and to produce documents in connection with this grand jury proceeding. As a result of this subpoena, I am aware that witness 1 met with prosecutors. The topic of conversation with these prosecutors was Mr. Avenatti's current criminal case. This information was confirmed by counsel for witness 1. I believe that this subpoena was received by witness 1 during July of 2019.

4. During my representation of Mr. Avenatti, I became aware of an individual "witness 2" who received a subpoena to testify before the grand jury in connection with Mr. Avenatti's current changes. Witness 2 testified before the grand jury between December of 2019 and January of 2020.

5. Based upon the information provided by witness 1 and witness 2, I believe that it is likely that several other witnesses were subpoenaed to appear before the grand jury to testify against Mr. Avenatti after April of 2019 and/or provide documents in response to a grand jury subpoena.

6. Based upon the information I have learned, I believe that the prosecutors in this matter convened the grand jury in order to gain additional information on the charges already alleged in the Indictment.

7. If additional information on witness 1 and witness 2 is requested by this Court, I will provide additional information in-camera.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 14th day of September, 2020, at San Clemente, California.

Respectfully Submitted,

/s./ H. Dean Steward

H. Dean Steward

Counsel for Defendant

Michael Avenatti