H. Dean Steward (SBN 85317)
107 Avenida Miramar, Ste. C
San Clemente, California 92672
Telephone: 949-481-4900
Facsimile: 949-496-6753

Attorney for Defendant,

MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | CASE NO.: SA-CR-19-61-JVS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS** |

　　　Good cause having been shown, it is ordered that:

　　　The defense's motion requesting the disclosure of grand jury materials is hereby GRANTED pursuant to Federal Rule of Criminal Procedure 6. This Court ORDERS that the following materials be provided to defense counsel:

1. The relevant subpoena served on witness 1 & a summary of the interview with witness 1 that was performed on or about July of 2019;

2. A copy of any and all documents provided by witness 1 to the prosecution;

3. A copy of the grand jury transcripts in connection with the testimony provided by witness 2 between December of 2019 and January of 2020;

4. A copy of any and all testimony and/or documents provided to the grand jury after April of 2019 in connection with the ongoing investigation of Mr. Avenatti. Specifically, the ongoing investigation of the charges alleged in the current Indictment. This is not limited to the testimony and documentation provided by witness 1 and 2; and,

5. A copy of any and all subpoenas for testimony and/or documentation served on witness 1, witness 2, and any other witnesses that were called to testify or produce documentation in connection with grand jury proceedings focused on the subject of Mr. Avenatti after April of 2019.

So ordered.

Dated: September_____, 2020

_____
THE HON. JAMES V. SELNA
U.S DISTRICT JUDGE