H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
Deansteward7777@gmail.com

Attorney for Defendant
Michael J. Avenatti

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. SACR 19-61-JVS |
| Plaintiff, | ORDER RE SEALING |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

A SUFFICIENT SHOWING HAVING BEEN MADE, it is ordered that the Clerk of the Court shall seal the Declaration of Dr. Ramzi Asfour.

So ordered.

Dated: Sept 11, 2020

_____
Hon. James V. Selna
U.S. District Court Judge

- 1 -