NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> <u>GOVERNMENT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE CONSOLIDATED BRIEF</u> |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby files its <u>ex parte</u> application for permission to file an oversize brief in connection with the government's

consolidated motion in limine to admit evidence of defendant MICHAEL JOHN AVENATTI's ("defendant's") other acts, crimes, and wrongs, and to admit evidence of defendant's prior convictions should he testify at trial (the "motion").

The government's motion addresses five categories of defendant's other crimes, wrongs, and acts, which it will seek to admit at trial. For each category, the government's motion: (1) describes the facts relating to the additional crimes and other acts; (2) sets forth the evidence establishing that defendant committed the additional crimes and other acts; and (3) addresses the admissibility of the additional crimes and other acts. The government's motion also addresses the admissibility of defendant's prior convictions for honest services fraud and extortion in United States v. Avenatti, No. 1:19-CR-373-PGG (the "SDNY Extortion Case") under Federal Rule of Evidence 609. Effectively, the government has combined what could be six smaller motions in limine into one consolidated motion.

The government has endeavored to streamline the memorandum of points and authorities in support of its motion to the best of its abilities, and significantly reduced the length of its brief from earlier drafts. These efforts, however, were challenging due to factual and legal issues which must be addressed as to each category of evidence the government is seeking to admit. Thus, despite the government's best efforts, the memorandum of points and authorities in support of the government's motion currently exceeds the 25-page limit and is 35 pages long. The government believes that the facts and legal analysis set forth in the government's motion are necessary to provide the Court with the factual information and legal arguments

necessary for the Court to thoroughly evaluate the government's motion.

To the extent the Court denies the government's ex parte application, the government requests that it be provided a reasonable amount of time to submit a revised brief that complies with 25-page limit or any other page-limitation the Court believes would be appropriate under these specific circumstances.

On September 13, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government that defendant opposes the government's request to file an oversize brief.

This ex parte is based upon the attached declaration of Assistant United States Attorney Julian L. André, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: September 14, 2020        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


      /s/
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California ("USAO"). I, together with AUSA Brett A. Sagel, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-61-JVS.

2. I submit this declaration in support of the government's ex parte application for permission to file an oversize brief in connection with the government's consolidated motion in limine to admit evidence of defendant's other acts, crimes, and wrongs, and to admit evidence of defendant's prior convictions should he testify at trial (the "motion").

3. The government's motion addresses five categories of defendant's other crimes, wrongs, and acts that it will seek to admit at trial. For each category, the government's motion: (1) describes the facts relating to the additional crimes and other acts; (2) sets forth the evidence establishing that defendant committed the additional crimes and other acts; and (3) addresses the admissibility of the additional crimes and other acts. The government's motion also addresses the admissibility of defendant's prior convictions for honest services fraud and extortion in United States v. Avenatti, No. 1:19-CR-373-PGG (the "SDNY Extortion Case") under Federal Rule of Evidence 609. The government believed it would be most efficient to address the admission of all six categories of evidence in one consolidated motion, as opposed to filing smaller motions addressing each separate category of evidence to be admitted.

4. The government has endeavored to streamline the memorandum of points and authorities in support of its motion to the best of its abilities, and has significantly reduced the length of its brief from earlier drafts. These efforts, however, were challenging due to the factual and legal issues which must be addressed as to each category of evidence the government is seeking to admit. Thus, despite the government's best efforts, the memorandum of points and authorities in support of the government's motion currently exceeds the 25-page limit and is 35 pages long.

5. I believe that the statements of facts and legal analysis set forth in the government's motion are necessary to provide the Court with the factual information and legal arguments necessary for the Court to thoroughly evaluate government's motion.

6. To the extent the Court denies the government's _ex parte_ application, the government requests that it be provided a reasonable amount of time to submit a revised brief that complies with 25-page limit or any other page-limitation the Court believes would be appropriate under these circumstances.

7. On September 13, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government via email that defendant opposes the government's request to file an oversize brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 14, 2020.

_/s/ Julian André_
JULIAN L. ANDRÉ

2