NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, the government's ex parte application for permission to file an oversize brief in connection with the government's consolidated motion in limine to admit evidence of defendant MICHAEL JOHN AVENATTI's ("defendant's") other acts,

crimes, and wrongs, and to admit evidence of defendant's prior convictions should he testify at trial is GRANTED.

IT IS SO ORDERED.

_____            _____
DATE                                                                   HONORABLE JAMES V. SELNA
                                                                                 UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's <u>ex parte</u> application for permission to file an oversize brief in connection with the government's consolidated motion <u>in limine</u> to admit evidence of defendant MICHAEL JOHN AVENATTI's ("defendant's") other acts, crimes, and wrongs, and to admit evidence of defendant's prior convictions should he testify at trial is DENIED.

The government shall file a revised motion no later than _____.

The revised memorandum of points and authorities in support of the government's consolidated brief shall not exceed _____ pages.

IT IS SO ORDERED

_____           _____
DATE                                     HONORABLE JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE


Presented by:

_____/s/_____
JULIAN L. ANDRÉ
Assistant United States Attorneys