**•ıll Sprint   LTE**          12:43 PM          22% 🔋

🔒 mobile.twitter.com

🔍 Search Twitter          ⋮

**Log in**          **Sign up**

**Michael Avenatti** ✔
@MichaelAvenatti

Any claim that any monies due clients were mishandled is bogus nonsense. By way of example only (there are MANY more like this), here is a document Mr. Johnson signed less than a month ago attesting to my ethics and how his case was handled. I look forward to proving my innocence



**Client Testimonial Approval**

I, Geoffrey Johnson, approve the following client testimonial and authorize Michael Avenatti, Esq. to use it in connection with his marketing/media efforts:

"When I first met Michael Avenatti, I was in a very bad place and desperately needed an attorney to help me.  Michael immediately stepped up.  He has always fiercely advocated on my behalf, looked after my needs, communicated with me about all aspects of my case, and made sure I was taken care of.  He is an exceptional, honest and ethical attorney, and I feel fortunate to have had him represent me."

Geoffrey Johnson

9:01 AM · Apr 11, 2019 · Twitter for iPhone