

**Michael Avenatti** @MichaelAvenatti

The best defense to a frivolous lawsuit (with a press conference) filed by an unethical attorney with close ties to Trump is "receipts." And I have them. In spades. Let's see if these facts are actually reported as opposed to more negative BS designed to generate clicks.



7:15 AM · Jun 14, 2019 · Twitter Web Client







4. **GENERAL RELEASE AND WAIVER OF ALL CLAIMS**

4.1 *General Release.* Johnson, on behalf of himself and on behalf of his agents, firms, attorneys, partners, employees, representatives, successors and assigns, hereby forever releases and discharges each of the other Parties to this Agreement, the County of Los Angeles, and the Sheriff's Department, and each of the other Party's current and former agents, partners, employees, representatives, counsel, law firms, including but not limited to Eagan Avenatti, LLP, joint venturers, officers, directors, insurers, attorneys, and parent, subsidiary and affiliated companies and entities, from any and all present, future, liquidated, unliquidated, matured, un-matured, related, un-related, filed, unfiled, known, unknown, contingent and non-contingent claims, complaints, lawsuits, demands, debts, liabilities, accounts, obligations, contracts, costs, expenses, liens, actions, causes of action (at law, in equity, or otherwise), rights, rights of action, rights of indemnity (legal or equitable), rights to subrogation, rights to contribution and remedies of any nature whatsoever (except for those arising as a result of the duties imposed by this Agreement and/or a breach of any provision of this Agreement). **For the avoidance of all doubt, it is the express intention of the Parties that this release and discharge be given the absolute broadest scope, construction, interpretation, and application, and that any and all disputes relating to the scope of this release and discharge be decided in favor of inclusion.**

4.2 *California Civil Code Section 1542.* The Parties understand that the releases provided for in this Agreement extend to all claims, whether or not claimed or suspected or ripe, up to and including the date of execution hereof, and constitute a waiver of each and all of the provisions of California Civil Code section 1542 which reads as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

Each Party to this Agreement hereby expressly, unconditionally and irrevocably relinquishes any and all rights and benefits it has or may have under Section 1542, and any other similar provision contained in the law of any jurisdiction, to the full extent it may lawfully so waive all such rights and benefits pertaining to the subject matter of the release contained in this Agreement. Each Party understands and acknowledges the significance and consequences of this specific waiver of Section 1542, and hereby assumes responsibility for any injury, damage, or loss that may hereafter arise in respect to the release specifically provided in this Agreement, although unknown or unanticipated at the time of the execution of this Agreement. The Parties hereby acknowledge that the effect and import of California Civil Code section 1542 has been fully explained to them and that they are aware of its contents and legal effect. Johnson further

Page 2 of 5

acknowledges that he has had independent counsel of his choosing review this Agreement in its entirety, including all of its terms and the release language in this paragraph and Paragraph 4.1 above, prior to its execution and has relied on the advice of such counsel prior to entering into this Agreement.

