**Sagel, Brett (USACAC)**

| | |
|---|---|
| **From:** | Dean Steward <deansteward7777@gmail.com> |
| **Sent:** | Wednesday, May 6, 2020 11:24 AM |
| **To:** | Sagel, Brett (USACAC) |
| **Subject:** | Re: FW: 2020.03.04 Notice of Counsel Defense Letter.pdf |

On advice of counsel, I have not decided. Please note that in the *Michaels* case with Greg Staples and Judge Selna, the issue was not addressed until trial began, and even then towards the end of trial. It was a jury instruction issue.

On Tue, May 5, 2020 at 5:53 PM Sagel, Brett (USACAC) <Brett.Sagel@usdoj.gov> wrote:

> Dean-
>
> We have sent you the below and attached twice and have not heard anything from you regarding the matter.  Because the motions date has changed again, please let us know by close of business, May 11, 2020.  Let me know if you have any questions or wish to discuss the matter further.
>
> Brett
>
> ---
>
> **From:** Sagel, Brett (USACAC)
> **Sent:** Monday, March 16, 2020 3:17 PM
> **To:** 'Dean Steward' <deansteward7777@gmail.com>
> **Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
> **Subject:** FW: 2020.03.04 Notice of Counsel Defense Letter.pdf
>
> Dean-
>
> We had previously sent you the attached letter with the deadline of March 6, 2020, however, circumstances obviously changed.  In light of the new dates as currently set, please let us know the information sought in the letter by Monday, March 23, 2020.  Also, based on our conversation today in which you stated your client would not accept the plea agreement previously extended to your client by the government, the plea agreement is therefore formally rescinded.  Let us know if you have any questions.
>
> Brett

1

**From:** Sagel, Brett (USACAC)
**Sent:** Wednesday, March 4, 2020 2:35 PM
**To:** deansteward7777_gmail.com <deansteward7777@gmail.com>
**Cc:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Subject:** 2020.03.04 Notice of Counsel Defense Letter.pdf

See attached.

--



949-481-4900   www.deansteward.com