**Sagel, Brett (USACAC)**

| | |
|---|---|
| **From:** | Dean Steward <deansteward7777@gmail.com> |
| **Sent:** | Thursday, August 20, 2020 2:34 PM |
| **To:** | Sagel, Brett (USACAC); Andre, Julian L. (USACAC) |
| **Subject:** | Pre-Trial Services report and Advice of Counsel defense |

Gentlemen-

As you know, the Court has ruled that Mr. Avenatti's protected and privileged information was included in the pre-trial services report and that he is entitled to keep this information confidential under the Sixth Amendment. As a result, the Court ordered all prior versions destroyed. So that we can ensure my client's rights are protected, I wrote to you earlier this week and asked that you confirm that no portions of the report were shared outside your office either orally or in writing with any third party. You have not responded.

Please respond and simply confirm that no portions of the report were shared outside your office with anyone either orally or in writing. This is a very straightforward request. If we do not receive this confirmation, we will be forced to bring this issue to the attention of the Court, which we want to avoid as the Court has a very busy docket and this issue should be able to be resolved quickly, provided that you have not shared any of the contents of the report.

In addition, you previously inquired as to whether Mr. Avenatti is asserting an advice of counsel defense. We cannot answer this question until we have substantially completed our review of the discovery in this case (well over one million pages and counting) and also received access to all of Mr. Avenatti's communications with the firm's prior bankruptcy counsel and others (i.e. his staff) relating to the prior bankruptcy proceeding, what schedules were prepared by whom, how they were prepared, what advice was given and when, etc. Obviously, we need all of those details before we can make an educated decision on whether to assert the defense. As you know, we do not presently have access to this information (i.e. the emails) and the government has prevented us from gaining access from the IRS. As a

result, we are having to resort to other means, which is substantially delaying the process.

Dean

--



949-481-4900  www.deansteward.com

 Virus-free. www.avg.com