# JOHN C. DRUM
## Vice President

Phone
Fax: 7  **REDACTED**        **REDACTED**
john

Mr. Drum specializes in complex financial accounting and the application of finance and accounting theory to questions arising in commercial disputes, securities, and finance litigation. His litigation work has included complicated areas of GAAP, financial statement analysis, valuation, and disclosures. Mr. Drum has also provided analyses and led case teams in matters involving damages estimations, intellectual property disputes, executive stock options, proxy fights, mergers and acquisitions, contract disputes, and bankruptcies. He has also worked with numerous clients facing Securities and Exchange Commission (SEC) investigations by advising clients in support of pre-litigation negotiations and supporting expert testimony in litigation. Mr. Drum has provided business valuation expertise in numerous matters, including a Delaware appraisal matter. His work has covered a number of industries, including automotive, entertainment, software, real estate, steel, tobacco, food, energy, pharmaceuticals, retail, and financial services. Prior to joining Analysis Group, Mr. Drum was part of the accounting advisory and valuation services practices at KPMG, and was a postgraduate technical assistant at the Financial Accounting Standards Board. He is a certified public accountant and a Chartered Financial Analyst.

## EDUCATION

| | |
|---|---|
| 2007 | M. Accounting, The Ohio State University Fisher College of Business |
| 2007 | B.S.B.A., finance and accounting, The Ohio State University |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2011–Present | Analysis Group, Inc. <br> *Vice President (2018–Present)* <br> *Manager (2014-2017)* <br> *Associate (2012–2014)* <br> *Senior Analyst (2011–2012)* |
| 2008–2011 | KPMG LLP <br> *Senior Associate* |
| 2007–2008 | Financial Accounting Standards Board <br> *Post Graduate Technical Assistant* |

## SELECTED CONSULTING EXPERIENCE

- **Confidential client in the agriculture**
  Submitted expert report calculating damages suffered by a party to a joint venture due to the joint venture partner's failure to fulfill its obligations under the agreement.

- **Confidential client in the insurance industry**
  Submitted expert report attesting to the legal fees incurred for at-issue matters in a dispute over coverage for directors and officers insurance.

- **Confidential matter supporting SEC**
  Supported three expert reports and depositions evaluating accounting failures, assessing materiality of misstatements, and investigating failures of internal controls.

- **Confidential client in a financial dispute**
  Supported expert report illustrating a local bank's lack of knowledge that one of its clients was operating a large Ponzi scheme.

- **Confidential client in an SEC investigation**
  For a client anticipating an SEC investigation related to their financial statement restatement, consulted with counsel on whether the various accounting errors were suggestive of a fraudulent financial reporting environment.

- **Confidential client – collateral valuation**
  Supported expert report and deposition regarding the use of fresh start accounting values to assess the collateral value of a $1.5 billion loan.

- *In re: Alere-Abbott Merger Litigation*
  On behalf of Abbott Laboratories, supported expert report estimating the loss in value that Alere incurred due to various material adverse events.

- *SoundExchange Inc. v. Sirius XM Radio*
  Supported expert report and testimony providing accounting explanation for the GAAP revenue definition contained in a licensing agreement.

- **Various RMBS matters**
  For various defendants in residential mortgage-backed securities (RMBS) litigations, supported expert report and depositions explaining the GAAP requirements for reporting causes of debt securities impairments.

- *BOKF, N.A. v. Caesars Entertainment Corporation*
  Supported expert report evaluating whether a parent's sale of a portion of the equity in a subsidiary caused the subsidiary to no longer be a "wholly owned subsidiary," as that term is used in accounting, and thereby released the parent guaranty.

- *Çukurova Holding A. Ş., v. Sonera Holding B.V.*
  *Arbitration in Geneva Switzerland*
  Supported expert report in support of Sonera's damages claim arising from the failed acquisition. Estimated value enhancements arising from improved liquidity, control, and synergies.

- *PS Fund 1, LLC, Pershing Square Capital Management, L.P., Valeant Pharmaceuticals International, Inc., and Valeant Pharmaceuticals International, v. Allergan Inc., et al.*
  *Court of Chancery of the State of Delaware*
  Supported expert report analyzing the breadth, transparency, and clarity of Valeant's accounting disclosures and financial performance.

- **Green Mountain Coffee Roasters – SEC investigation**
  Supported expert report and presentation supporting client's accounting for reacquired rights.

- ***FHFA v. HSBC North America Holdings Inc., et al.***
  *United States District Court Southern District of New York*
  Supported expert report and deposition testimony rebutting opposing expert's model to assess the credibility of real estate appraisals.

- ***Lehman Brothers Holdings Inc., et al, v. JPMorgan Chase Bank, N.A., et al.***
  *United States Bankruptcy Court, Southern District of New York*
  Supported expert report and testimony showing material the misstatement of certain financial statement items. Provided research and analysis concerning application of GAAP and financial statement disclosures pertaining to consolidation of Variable Interest Entities, qualifying Special Purpose Entities, accounting for repurchase agreements under FAS 140, goodwill impairments, and inadequate disclosure.

- ***FHFA v. Bank of America, et al.***
  *US District Court, Southern District of New York*
  Supported expert report showing that FHFA's accounting disclosures indicate that the GSE's attributed a majority of RMBS write-downs to factors other than underwriting failures.

- ***Commonwealth REIT et al. v. Corvex Management LP, and Related Fund Management LLC***
  Analyzed historical under-performance of Commonwealth REIT in support respondents' motion seeking a shareholder vote on removal of the Commonwealth REIT Trustees.

- ***RG Steel Sparrows Point, LLC v. Kinder Morgan Bulk Terminals, Inc.***
  *US District Court, District of Maryland*
  Supported expert report quantifying the economic damages due to physical damage of the plaintiff's facility and equipment.

- **Commonwealth of Australia – tobacco packaging**
  Provided consulting support to the Australian government. Used tobacco firms' accounting data to rebut damages claims resulting from Australia's plain packaging legislation.

- ***Huff Fund Investment Partnership, et al. v. CKx Inc.***
  *Court of the Chancery of the State of Delaware*
  Supported expert report and testimony in defense of CKx, Inc. in a shareholder appraisal matter. Provided business valuation and financial analysis assistance.

- ***Pharmathene, Inc., v. SIGA Technologies, Inc.***
  *Court of Chancery of the State of Delaware*
  Supported expert declaration in support of client's accounting definition of "net profits."

- ***Edgenet, Inc., v. Home Depot U.S.A., Inc. and James Musial***
  *State of Wisconsin, Circuit Court, Waukesha County*
  Supported expert report in a case of alleged trade secret misappropriation. Quantified a range of damages estimates related to the misappropriation of proprietary software.

USAO_EX_000003