H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DECLARATION OF MICHAEL JOHN AVENATTI IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY |

Comes now H. Dean Steward, counsel for Defendant Michael John Avenatti, and submits the below Declaration in Support of Defendant's Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery.

Dated: September 14, 2020          Respectfully submitted,


                                   /s/ H. Dean Steward
                                   H. DEAN STEWARD

                                   Attorney for Defendant
                                   MICHAEL JOHN AVENATTI

**DECLARATION**

I, Michael John Avenatti, declare:

1.      As of March 2019, I was a licensed attorney who had served as the Managing Partner of Eagan Avenatti, LLP (aka The Trial Group) ("EA"), a California law firm, since approximately 2011. I was first licensed to practice law in California in June 2000 and later co-founded the EA firm in approximately August 2007 with two other equity partners.

2.      By early March 2019, EA, me and the firm's other attorneys had represented literally thousands of clients over the years in connection with various investigations and cases across the United States. Some of those clients had been represented by EA and other attorneys of the firm in connection with federal criminal charges, or potential federal criminal charges, including in the Central District of California.

3.      As of March 2019, the documents and materials relating to EA, my and the other EA attorney's representation of clients were stored primarily (i) on the law firm's multiple servers; (ii) within the hard copy files of the firm, including within files kept by an employee with the initials "JR," the firm's Office Manager and lead paralegal; and (iii) on the personal devices of employees and attorneys of the firm, including me and JR, as well as on the cloud.

4.      These documents and materials collectively consisted of over one million emails, millions of pages of documents, and a huge amount of electronic data. The servers alone held many terabytes of data. As would be expected when dealing with a law firm's files, the information included vast amounts of information protected by the work product doctrine and the attorney-client privilege as of March 2019.

5.      Beginning in 2007 and continuing through approximately early 2019, I regularly used my EA email address to communicate with attorneys representing me in a myriad of various legal matters and likewise stored documents relating to those

representations among the firm's files, including on its servers.  Included among these files were communications between me and my counsel relating to my potential criminal exposure and criminal investigations concerning me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this Declaration is executed at Venice, California.

Dated: September 14, 2020



MICHAEL JOHN AVENATTI

2

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on September 14, 2020, service of the defendant's:

DECLARATION OF MICHAEL JOHN AVENATTI IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020

/s/ H. Dean Steward

H. Dean Steward