H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that:

(1) A proper and through review of the search warrant materials and documents shall be conducted by a magistrate judge, or a special master, with ultimate privilege determinations made by a magistrate judge, in accordance with legal requirements and the Constitution;

(2) All search warrant materials and documents previously produced by the Filter Team shall be disgorged by the prosecution team (which includes the investigating agents) within three court days;

(3) No further review of the search warrant materials and documents shall occur by the Filter Team and the prosecution until the magistrate's review is completed;

(4) An evidentiary hearing will be conducted within ten days of this Order so as to permit the defense to make adequate inquiry as requested in its motion as to issues

surrounding the review, production and use of privileged materials, as well as the areas identified on page 21 of the motion; and

(5) The defense shall be permitted to conduct reasonable discovery as to the issues identified in the motion forthwith.

**So ordered.**

Dated: September __, 2020

_____

Hon. James V. Selna

U.S. District Judge

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on September 14, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020

/s/ H. Dean Steward

H. Dean Steward
