1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   JULIAN L. ANDRÉ (Cal. Bar No. 251120)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6683
7       Facsimile: (213) 894-6269
        Email:     Julian.L.Andre@usdoj.gov
8
   BRETT A. SAGEL (Cal. Bar No. 243918)
9  Assistant United States Attorney
        Ronald Reagan Federal Building
10      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
11      Telephone:  (714) 338-3598
        Facsimile:  (714) 338-3708
12      Email:      Brett.Sagel@usdoj.gov

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

14

15                UNITED STATES DISTRICT COURT

16            FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                      SOUTHERN DIVISION

18 UNITED STATES OF AMERICA,          SA CR No. 19-061-JVS

19        Plaintiff,                  ORDER GRANTING GOVERNMENT'S *EX
                                      PARTE* APPLICATION FOR PERMISSION
20        v.                          TO FILE AN OVERSIZE BRIEF

21 MICHAEL JOHN AVENATTI,

22              Defendant.

23

24      For good cause shown, the government's ex parte application for

25 permission to file an oversize brief **of thirty five pages** in

26 connection with the government's consolidated motion in limine to

27 admit evidence of defendant MICHAEL JOHN AVENATTI's ("defendant's")

28

1  other acts, crimes, and wrongs, and to admit evidence of defendant's

2  prior convictions should he testify at trial is GRANTED.

3       IT IS SO ORDERED.

4

5  September 15, 2020

6  DATE                                    HONORABLE JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN CASE OF DENIAL:**

The government's <u>ex parte</u> application for permission to file an oversize brief in connection with the government's consolidated motion <u>in limine</u> to admit evidence of defendant MICHAEL JOHN AVENATTI's ("defendant's") other acts, crimes, and wrongs, and to admit evidence of defendant's prior convictions should he testify at trial is DENIED.

The government shall file a revised motion no later than

_____.

The revised memorandum of points and authorities in support of the government's consolidated brief shall not exceed _____ pages.

IT IS SO ORDERED

_____       _____
DATE                                  HONORABLE JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

Presented by:

\_\_\_\_\_/s/_____
JULIAN L. ANDRÉ
Assistant United States Attorneys