H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this *Ex Parte* Application for an Order Extending Defendant's Temporary Release.

Dated: September 15, 2020          Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

Pursuant to this Court's prior Orders, Defendant Michael John Avenatti ("Mr. Avenatti") is presently on temporary release and home confinement in Venice, California. If necessary, the defense is prepared to file a formal motion to extend Mr. Avenatti's temporary release for sixty (60) days for the reasons set forth in (a) the Opposition [Docket No. 271] filed last Friday to the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release and (b) the accompanying declarations filed with the Opposition, including that of Dr. F. Ramzi Asfour (under seal) attesting to Mr. Avenatti's health conditions and risks were he to be remanded [Docket No. 280]. The government's Reply in support of their motion is due this Friday, September 18, 2020. Absent a further extension, Mr. Avenatti will be required to self-surrender next Tuesday, September 22, 2020.

Accordingly, in order to provide enough time for the Court to rule on the government's motion and for the Court and the parties to address any further motion by the defense (to be filed if necessary), defendant respectfully requests that the Court extend his temporary release to October 6, 2020.

Counsel for the defendant and the government conferred and the government's position is as follows: "We do not object to defendant remaining on temporary release until October 6, 2020, or until the Court's resolution of the matter, whichever is earlier."

Dated: September 15, 2020                Respectfully submitted,

                                            /s/ H. Dean Steward
                                        H. DEAN STEWARD

                                        Attorney for Defendant
                                        MICHAEL JOHN AVENATTI

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on September 15, 2020, service of the defendant's:

DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2020

/s/ H. Dean Steward
H. Dean Steward