H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. His temporary release to home confinement is extended until October 6, 2020 on the same conditions as previously ordered by the Court.

**So ordered.**

Dated: September __, 2020

_____
Hon. James V. Selna
U.S. District Judge

1