1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,    )CERTIFIED TRANSCRIPT
                    Plaintiff,  )
     vs.                        )
                                )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,          )
                    Defendant.  )
------------------------------)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 31, 2020


                    SHARON A. SEFFENS, RPR
                    United States Courthouse
                    411 West 4th Street, Suite 1-1053
                    Santa Ana, CA  92701
                    (714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
1   APPEARANCES OF COUNSEL:

2   For the Plaintiff:

3   NICOLA T. HANNA
    United States Attorney
4   BRANDON D. FOX
    Assistant United States Attorney
5   Chief, Criminal Division
    JULIAN L. ANDRE
6   Assistant United States Attorney
    Major Frauds Section
7   1100 United States Courthouse
    312 North Spring Street
8   Los Angeles, CA  90012
    (213) 894-6683
9
    BRETT A. SAGEL
10  Assistant United States Attorney
    Ronald Reagan Federal Building
11  411 West Fourth Street, Suite 8000
    Santa Ana, CA  92701
12  (714) 338-3598

13  For the Defendant:

14  H. DEAN STEWARD
    H. DEAN STEWARD LAW OFFICES
15  107 Avenida Miramar, Suite C
    San Clemente, CA  92672
16  (949) 481-4900

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SANTA ANA, CALIFORNIA; MONDAY, AUGUST 31, 2020; 8:59 A.M. |
| | 2 | (Per telephonic conference) |
| 08:59 | 3 | THE CLERK:  Calling Item No. 2, SACV-19-00061-JVS, |
| 08:59 | 4 | United States of America versus Michael John Avenatti. |
| 08:59 | 5 | Appearances on behalf of the government, please. |
| 08:59 | 6 | MR. ANDRE:  Good morning, Your Honor.  Julian |
| 08:59 | 7 | Andre and Brett Sagel on behalf of the United States.  And |
| 08:59 | 8 | on behalf of the defendant. |
| 08:59 | 9 | MR. STEWARD:  Good morning, Your Honor.  Dean |
| 08:59 | 10 | Steward on behalf of Mr. Avenatti.  We have a waiver on |
| 08:59 | 11 | file, but I believe he has joined us by telephone. |
| 08:59 | 12 | THE DEFENDANT:  Good morning. |
| 08:59 | 13 | THE COURT:  Good morning. |
| 08:59 | 14 | Mr. Avenatti, do you consent to conducting this |
| 09:00 | 15 | hearing via a telephone conference? |
| 09:00 | 16 | THE DEFENDANT:  Yes, I do, Your Honor. |
| 09:00 | 17 | THE COURT:  I sent out a minute order on August 24 |
| 09:00 | 18 | listing a number of items I wanted to discuss.  I would like |
| 09:00 | 19 | to go through those and visit on any additional matters you |
| 09:00 | 20 | would like to discuss. |
| 09:00 | 21 | The first item is if there is a possibility of |
| 09:00 | 22 | severing the first ten counts dealing with the individual |
| 09:00 | 23 | victim claims. Comments. |
| 09:00 | 24 | MR. ANDRE:  Julian Andre on behalf of the |
| 09:00 | 25 | government. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:00  1      Our position remains that the counts are properly

09:00  2  joined under Rule 8 and that there would be no legal basis

09:00  3  to sever the counts under either Rule 8 or under Rule 14.

09:00  4      The defendant indicated for quite some time that

09:01  5  he intended to file a severance motion.  So to the extent

09:01  6  the Court is contemplating under severance Rule 8 or Rule

09:01  7  14, our position would be the defendant should file a motion

09:01  8  prior to the current motion deadline.

09:01  9      We also note that under ordinary circumstances the

09:01 10  most efficient and appropriate way to proceed would be to

09:01 11  try the entire case at one time as opposed to having two

09:01 12  trials.  There would be a significant amount of overlapping

09:01 13  evidence and witnesses between the two trials.  I know the

09:01 14  Court indicated in its order an issue with respect to the

09:01 15  discovery.  The defendants has all the discovery as to all

09:01 16  the charges at this point.

09:01 17      The government's perspective -- and we were hoping

09:01 18  the Court would be inclined to do so -- is if it could

09:01 19  provide a little bit more information as to what its

09:02 20  thinking is as to why a severance would be appropriate and

09:02 21  whether, for example, that related to the current

09:02 22  circumstances regarding COVID-19 or if there is some other

09:02 23  reason.

09:02 24      THE COURT:  Well, I think I put the reasons in the

09:02 25  minute order.  It would be a substantially simpler and

09:02 **1** shorter trial.

09:02 **2**        Assume that all the charges are tried.  What is

09:02 **3** the government's current estimate?

09:02 **4**        MR. ANDRE:  Your Honor, I think our case-in-chief

09:02 **5** we estimated for all counts tried together probably would be

09:02 **6** at least two to three weeks.  We understand the Court's view

09:02 **7** that focusing on the wire fraud charges would be shorter and

09:03 **8** potentially simpler, but there is significant overlap

09:03 **9** between these charges.  That's why they were joined.  So the

09:03 **10** only reason at least from the government's perspective we

09:03 **11** could see there would be any benefit to a severance for the

09:03 **12** Court or for the parties would be a severance and a shorter

09:03 **13** trial would prevent the case from being delayed any further

09:03 **14** or significantly delayed further.

09:03 **15**        THE COURT:  Well, it's certainly a possibility.  I

09:03 **16** wouldn't imagine that a trial on the first ten counts would

09:03 **17** take the government more than five or six days in its

09:03 **18** case-in-chief.

09:04 **19**        MR. ANDRE:  Your Honor, we would need a little bit

09:04 **20** more time to go through that to evaluate what a severed

09:04 **21** trial would be like.  We are obviously interested and remain

09:04 **22** interested in making sure that this case can proceed to

09:04 **23** trial as soon as practically possible.  Our concern still

09:04 **24** remains that under ordinary circumstances the most efficient

09:04 **25** way to proceed would be to try the case all together given

| | | |
|---|---|---|
| 09:04 | 1 | some overlap. |
| 09:04 | 2 | THE COURT:  Mr. Steward. |
| 09:05 | 3 | MR. STEWARD:  Our position is that the Court |
| 09:05 | 4 | should go ahead and issue the OSC.  We think there are |
| 09:05 | 5 | issues under both Rule 8 and Rule 14 and some other |
| 09:05 | 6 | practical considerations, and it really isn't a good use of |
| 09:05 | 7 | our time to litigate it in the status conference this |
| 09:05 | 8 | morning.  We're more than prepared to answer the |
| 09:05 | 9 | government's position in response to an OSC.  If the Court |
| 09:05 | 10 | declines to do that, we'll file a motion.  But one way or |
| 09:05 | 11 | the other, I think the best way to handle this and to cover |
| 09:05 | 12 | all the considerations is in writing. |
| 09:06 | 13 | THE COURT:  I agree.  I put this on the calendar |
| 09:06 | 14 | not for resolution but rather just to see what people's |
| 09:06 | 15 | general thoughts were.  At this point, I think the best way |
| 09:06 | 16 | to proceed is simply allow you to file no later than |
| 09:06 | 17 | September 14, Mr. Steward, a Motion to Sever. |
| 09:06 | 18 | MR. STEWARD:  I will do that, Your Honor. |
| 09:06 | 19 | THE COURT:  The second item is the potential |
| 09:06 | 20 | renewal of the Government's Motion to Revoke the Bond.  We |
| 09:06 | 21 | have got the privilege issues out of the way with regard to |
| 09:06 | 22 | the Pretrial Services report. |
| 09:06 | 23 | What does the government intend to do at this |
| 09:06 | 24 | point? |
| 09:06 | 25 | MR. ANDRE:  The government intends to file a brief |

09:06   1   regarding the violations.  Our intent was to do so this
09:06   2   Friday.  We received the report on Friday, so we are
09:06   3   planning to file our brief this Friday.
09:07   4          THE COURT:  Okay.  The last item is certain
09:07   5   discovery is due today.  Mr. Steward addressed that in the
09:07   6   filing he made last week.
09:07   7          Any further comments by anyone with regard to
09:07   8   discovery due dates today?
09:07   9          MR. ANDRE:  Our understanding is their reciprocal
09:07  10   discovery deadline remains today.  It appears to be that the
09:07  11   defense is indicating they are not planning to produce any
09:07  12   reciprocal discovery.  If that's the case, that's the case.
09:07  13          I would also note that as to the expert disclosure
09:07  14   deadline that to the extent the defendant has any expert's
09:07  15   testimony he intends to rely on that it would be the
09:07  16   deadline for him to disclose that as well.  The government
09:07  17   completed its expert disclosures first in March and provided
09:07  18   an update in May, so the defense has had our expert
09:08  19   disclosures for quite some time now.
09:08  20          THE COURT:  Mr. Steward.
09:08  21          MR. STEWARD:  Your Honor, I don't have anything to
09:08  22   add to what we filed in our status update last week.
09:08  23          THE COURT:  All right.  Are there any other topics
09:08  24   anyone would like to take up?
09:08  25          MR. STEWARD:  Your Honor, I assume that when the

09:08   1   government files their Motion to Remand my client on Friday
09:08   2   that we can have a week to respond to that in writing.
09:08   3              THE COURT:  Yes.
09:08   4              MR. STEWARD:  Thank you.
09:08   5              THE COURT:  Would anyone who is not participating
09:08   6   in the call directly please mute.
09:08   7              The government will have seven days from the
09:08   8   filing of your response to put in a rebuttal and then I will
09:08   9   either rule or schedule a hearing.
09:08  10              Mr. Steward, any other matters you would like to
09:08  11   raise?
09:08  12              MR. STEWARD:  No, Your Honor.
09:09  13              THE COURT:  The government?
09:09  14              MR. ANDRE:  Nothing further from the government,
09:09  15   Your Honor.
09:09  16              THE COURT:  Okay.  Once the briefing is completed
09:09  17   on this Motion to Remand, I'll probably set a hearing and
09:09  18   have a status on that.  Let's see where we go once those
09:09  19   briefs come in.
09:09  20              Okay, anything further for today?
09:09  21              MR. STEWARD:  Not from the defense, Your Honor.
09:09  22   Thank you.
09:09  23              THE COURT:  Well, let me say one thing.  In terms
09:09  24   of the trial date, there's still no firm anticipated date as
09:09  25   to when the Court will move to the next phase which would

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

9

| | | |
|---|---|---|
| 09:09 | 1 | allow for the public in the courthouse.  Things do seem to |
| 09:09 | 2 | be getting better in Orange County, but I think we will know |
| 09:09 | 3 | a whole lot more after the Labor Day weekend and see what |
| 09:10 | 4 | plays out after that.  But I'm hopeful the matter will |
| 09:10 | 5 | proceed on December 8, and everyone ought to proceed on that |
| 09:10 | 6 | assumption. |
| 09:10 | 7 | Okay, thank you. |
| 09:10 | 8 | MR. STEWARD:  Thank you. |
| 09:10 | 9 | MR. ANDRE:  Thank you. |
| 09:10 | 10 | (Whereupon, the proceedings were concluded.) |
| 09:10 | 11 | *     *     * |
| 09:10 | 12 | |
| 09:10 | 13 | |
| 09:10 | 14 | |
| 09:10 | 15 | |
| 09:10 | 16 | |
| 09:10 | 17 | |
| 09:10 | 18 | |
| 09:10 | 19 | |
| 09:10 | 20 | |
| 09:10 | 21 | |
| 09:10 | 22 | |
| 09:10 | 23 | |
| 09:10 | 24 | |
| 09:10 | 25 | |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

CERTIFICATE


          I hereby certify that pursuant to Section 753,

Title 28, United States Code, the foregoing is a true and

correct transcript of the stenographically reported

proceedings held in the above-entitled matter and that the

transcript page format is in conformance with the

regulations of the Judicial Conference of the United States.


Date:  September 14, 2020



                    /s/   Sharon A. Seffens  9/14/20
                    _____
                    SHARON A. SEFFENS, U.S. COURT REPORTER