H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward7777@gmail.com

Attorney for Defendant
MICHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. AVENATTI<br><br>      Defendant. | Case No.  SACR 19-61-JVS<br><br>ORDER RE SEALING |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that Ex. "A" to defense motion to exclude experts [docket #285] shall be sealed by the clerk of the court.

Dated: Sept. 16, 2020    _____

                         Hon. James V. Selna

                         U.S. District Court Judge

- 1 -