H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

**DENIED**

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that:

The deadline for the defendant to file his pre-trial motions is extended from September 14, 2020 to November 30, 2020 (77 days).

**So ordered.**

**DENIED**

BY ORDER OF THE COURT

Dated: September __, 2020

_____

Hon. James V. Selna

U.S. District Judge

Denied.  Avenatti may apply for the late filing of any motion upon a particularized showing of good cause relating the specific issues raised by any late tendered motion. No good cause has been shown on the present motion.  JVS September 16, 2020