BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Ira Bibbero (State Bar No. 217518)
  ibibbero@bgrfirm.com
Jacob S. Sarabian (State Bar No. 322108)
  jsarabian@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

FRANK SIMS & STOLPER, LLP
Scott H. Sims (SBN 234148)
  ssims@lawfss.com
Andrew D. Stolper (SBN 205462)
  astolper@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, CA  92612
Telephone (949) 201-2400
Facsimile:  (949) 201-2405

Attorneys for Plaintiff Jason Frank Law PLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| JASON FRANK LAW PLC, a professional law corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI, an individual<br><br>Defendant. | Case No. BC706555<br>[Hon. Dennis J. Landin, Dept. 51]<br><br>**NOTICE OF RULING ON MOTION FOR ORDER REQUIRING DELIVERY OF PROPERTY FOLLOWING EXAMINATION OF THIRD-PARTY CHRISTINE CARLIN**<br><br>Date: January 7, 2020<br>Time: 9:30 a.m.<br>Judge: Hon. Edward B. Moreton<br>Dept.: 44<br><br>Action Filed:     5/16/2018<br>Trial Date:        None Set |

1401750.1

NOTICE OF RULING ON TURNOVER MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the motion of Plaintiff Jason Frank Law, PLC ("Plaintiff") for an Order Requiring Delivery of Property After Examination of Third-Party Christine Avenatti-Carlin ("Carlin") (the "Motion") came on regularly for hearing on January 7, 2020 at 9:30 a.m. in Department 44 of the above referenced Court, the Honorable Edward B. Moreton presiding. Appearances are as noted in record.

**PLEASE TAKE FURTHER NOTICE** that upon review of parties' supporting and opposing documents, the pleadings and papers filed in this action, and any arguments of counsel presented at the hearing on the motion, the Court issued a final ruling granting the Motion as follows.

Carlin shall deliver:

1. Cash in the amount of $717,723.00 to Plaintiff's counsel of record, Andrew Stolper, at his business address of 19800 MacArthur Blvd., #855, Irvine, CA 92612, within seven (7) days of entry of the Order;

2. The artwork, or the proceeds of a good faith arm's length transaction from the disposition of the artwork, purchased by judgment debtor Michael Avenatti ("Avenatti") on August 20, 2019 to be delivered through the Los Angeles County Sheriff's Office, Civil Division, Room 525 of this Courthouse within seven (7) days of entry of the Order. The specific pieces of artwork to be delivered are as follows:

| |
|---|
| SEO YOUNG DEOK, Anguish 23 30X30X50 METAL CHAIN SCULPTURE w/ pedestal |
| Sculpture "Meditation 2" , metal chain by Seo Young-Deok in commissione |
| Antonio Sannino, BATMAN MULTIPLE PROJECT 1 140x185 dipinto tecnica mista su tela **- Bar Code No. 193-10225** |
| Antonio Sannino, BATMAN MULTIPLE PROJECT 2 140x185 dipinto tecnica mista su tela **- Bar Code No. 193-10225** |
| Antonio Sannino, BATMAN MULTIPLE PROJECT 3 140x185 dipinto tecnica mista su tela **- Bar Code No. 193-10225** |
| Dipinto contemporaneo olio su tela di 185x150 "Undressed 88" **- Bar Code No. 193-10217** |

| | |
|---|---|
| fingerprint of gold leaf on black - | **Bar Code No. 193-10227** |
| fingerprint of gold text on red - | **Bar Code No. 193-10228** |
| Escape III - | **Bar Code No. 193-10223** |
| Escape IV - | **Bar Code No. 193-10225** |
| Landscape 3 - | **Bar Code No. 193-10224** |
| b/w photo of stone bridge - | **Bar Code No. 193-10221** |
| Sous la jupe - | **Bar Code No. 193-10222** |
| b/w photo of racecar, custom gift - | **Bar Code No. 193-10226** |

A minute order from the Motion is attached hereto as Exhibit A.

Dated: January 14, 2020

BROWNE GEORGE ROSS LLP
Eric M. George
Ira Bibbero
Jacob Sarabian

By: /s/ Jacob S. Sarabian
Jacob S. Sarabian
Attorneys for Plaintiff Jason Frank Law PLC

1401750.1

# EXHIBIT A

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 44

| | |
|---|---:|
| **BC706555** | January 7, 2020 |
| **JASON FRANK LAW PLC VS MICHAEL J AVENATTI** | 9:30 AM |

Judge: Honorable Edward B. Moreton         CSR: Estrella Herman, CSR13865
Judicial Assistant: J. Fletes                          ERM: None
Courtroom Assistant: S. Brown                   Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): PLC Jason Frank Law by Andrew D. Stolper and Jason M. Frank

For Defendant(s): Michael J. Avenatti by Daniel Dubin and Thomas D. Warren

**NATURE OF PROCEEDINGS:** Hearing on Motion - Other Turnover Order; Hearing on Motion to Compel Production

Pursuant to Government Code sections 68086, 70044, and California Rules of Court, rule 2.956, Estrella Herman, CSR#13865, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

The matter is called for hearing.

Motion for turnover order is heard, argued, and granted as to cash only, not vehicle.

The Court orders property to be turned over in seven days.

Order granting motion for order requiring delivery of property is signed and filed as modified.

Motion to Compel production is denied as to all.

Counsel to submit a new proposed order.

# PROOF OF SERVICE

**Jason Frank Law, PLC v. Michael J. Avenatti**
**Los Angeles County Superior Court Case No. BC706555**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On January 14, 2020, I served true copies of the following document(s) described as **NOTICE OF RULING ON MOTION FOR ORDER REQUIRING DELIVERY OF PROPERTY FOLLOWING EXAMINATION OF THIRD-PARTY CHRISTINE CARLIN** on the interested parties in this action as follows:

| | |
|---|---|
| Thomas D. Warren, Esq.<br>Daniel Dubin, Esq.<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Avenue, 44th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 262-0333<br>email: twarren@piercebainbridge.com<br>ddubin@piercebainbridge.com | Counsel for Michael J. Avenatti |

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 14, 2020, at Los Angeles, California.

*Angelina Caviles*
Angelina Caviles

1401750.1

-6-
NOTICE OF RULING ON TURNOVER MOTION