<u>GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SEVER</u>
<u>COUNTS 1-10 FROM COUNTS 11-36</u>

# EXHIBIT 1

**RE: Eagan Avenatti Credit Facility**

**From:** Michael J. Avenatti <mavenatti@eaganavenatti.com>                    Wed, Nov 12, 2014 06:22 PM
**Subject:** RE: Eagan Avenatti Credit Facility                                              🖉1 attachment
**To:** ▊▊▊▊@thepeoples.com)
     ▊▊▊▊@thepeoples.com>
**Cc:** ▊▊▊▊@thepeoples.com>

Dear ▊▊:

In furtherance to my email below, ▊▊ suggested that I prepare the attached, which reflects our expected and estimated contingency fees in 2015. Please note that this does not reflect all of our contingency cases but rather only those expected to be paid in FY 2015. In addition, it obviously does not reflect our projected gross hourly revenue from non-contingency cases in 2015.

Please let me know if you desire any further information.

Best,

Michael

---

**From:** Michael J. Avenatti
**Sent:** Monday, November 10, 2014 3:27 PM
**To:** ▊▊▊▊@thepeoples.com)
**Cc:** ▊▊▊▊
**Subject:** Eagan Avenatti Credit Facility

Dear ▊▊:

I trust this email finds you well.

I write as a follow-up to our discussion a number of weeks ago relating to a potential $2.5 million credit facility for the firm. As we discussed, the firm is interested in establishing a $2.5 million line of credit to assist from time to time with various case costs and working capital needs that may arise throughout a particular year. This facility would be required to be repaid once per annum and would be secured with a full security agreement (we presently are debt free with no UCC-1s on file), as well as a pledge of our fee interest in the Meridian litigation in Seattle, which is being administered by ▊▊▊▊ (estimated fees of at least $10mm). We would also permit direct pay of sufficient proceeds from that litigation to the bank as an added guarantee.

We previously provided a litany of financial information on the firm in connection with the prior facility that the bank was able to assist with. We are obviously happy to provide further information if needed.

Thank you as always for your consideration.

Warmest regards,

Michael

Michael J. Avenatti, Esq.
Eagan Avenatti, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050
Cell: (949) 887-4118
mavenatti@eaganavenatti.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**2015 Contigency Schedule.pdf**
130 KB

# Eagan Avenatti, LLP
## Estimated FY 2015 Contigency Fees
(as of November 12, 2014)

| Case Name | Expected Gross Recovery | Approximate Net Costs and Atty Fees Due EA | Expected Payment Date |
|---|---|---|---|
| *Barela v.* ▮ | $8,500,000 | $2,975,000 | Q4 - 2015 |
| | $4,000,000 | $1,000,000 | Q2 - 2015 |
| | $8,000,000 | $2,400,000 | Q3 - 2015 |
| | $45,000,000 | $10,800,000 | Q3 - 2015 |
| | $3,000,000 | $1,200,000 | Q1 - 2015 |
| | $13,000,000 | $3,680,000 | Q3 - 2015 |
| *Johnson v. Los Angeles County* | $4,000,000 | $1,810,000 | Q1 - 2015 |
| | $18,500,000 | $6,905,000 | Q4 - 2015 |
| | $6,000,000 | $2,280,000 | Q2 - 2015 |
| | $14,000,000 | $4,200,000 | Q4 - 2015 |
| | $3,000,000 | $570,000 | Q1 - 2015 |
| | $27,500,000 | $6,875,000 | Q1 - 2015 |
| | $11,000,000 | $2,920,000 | Q2 - 2015 |
| **Total** | | **$47,615,000** | |

The above is true and correct to the best of my knowledge and belief as of the date stated above.

*[signature]*

Michael Avenatti, Managing Partner