JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney, Major Frauds Section
312 North Spring Street, 11th Floor
Los Angeles, California 90012
Julian.L.Andre@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

(1) Government's Ex Parte Application for In Camera and Under Seal Filing

(2) [Proposed] Order Authorizing In Camera and Under Seal Filing

(3) Government's In Camera Submission

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 28, 2020
Date

Julian L. André
Attorney Name
United States of America
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING