NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby files its ex parte application for permission to file an oversize brief in connection with the government's

1  opposition to defendant MICHAEL JOHN AVENATTI's ("defendant's")
2  motion for a privilege review, evidentiary hearing, and discovery (CR
3  286).
4      Defendant's motion challenges the privilege-review protocols
5  that a Magistrate Judge approved and under which the parties have
6  been operating for eighteen months, argues that the government
7  violated the attorney-client privilege belonging to himself and his
8  former law firm's former clients, and accuses the government of
9  misconduct.  In order to adequately respond to defendant's privilege
10 and misconduct claims, the government's opposition describes eighteen
11 months of factual and procedural history relating to the six separate
12 search warrants executed in connection with this investigation, and
13 addresses the various legal issues defendant raised, as well as other
14 legal issues defendant's motion largely ignored, such as standing.
15     The government has endeavored to streamline the memorandum of
16 points and authorities in support of its motion, and has
17 significantly reduced the length of its brief from earlier drafts.
18 These efforts, however, were challenging due to the lengthy factual
19 and legal issues which must be addressed in response to defendant's
20 claims.  Thus, despite the government's best efforts, the memorandum
21 of points and authorities in support of the government's motion
22 currently exceeds the 25-page limit and is 33 pages long.  The
23 government believes that the facts and legal analysis set forth in
24 the government's motion are necessary to provide the Court with the
25 factual information and legal arguments necessary for the Court to
26 thoroughly evaluate defendant's claims.
27     To the extent the Court denies the government's <u>ex parte</u>
28 application, the government requests that it be provided a reasonable

amount of time to submit a revised brief that complies with 25-page limit or any other page-limitation the Court believes would be appropriate under these specific circumstances.

On September 28, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government that defendant opposes the government's request to file an oversize brief.

This ex parte application is based upon the attached declaration of Assistant United States Attorney Julian L. André, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: September 28, 2020           Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          /s/
                                    _____
                                    JULIAN L. ANDRÉ
                                    BRETT A. SAGEL
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California ("USAO"). I, together with AUSA Brett A. Sagel, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-61-JVS.

2. I submit this declaration in support of the government's ex parte application for permission to file an oversize brief in connection with the government's opposition to defendant MICHAEL JOHN AVENATTI's ("defendant's") motion for a privilege review, evidentiary hearing, and discovery (CR 286).

3. Defendant's motion challenges the privilege-review protocols that a Magistrate Judge approved and under which the parties have been operating for eighteen months, argues that the government violated the attorney-client privilege belonging to himself and his former law firm's former client, and accuses the government of misconduct. In order to adequately respond to defendant's privilege and misconduct claims, the government's opposition describes eighteen months of factual and procedural history relating to the six separate search warrants executed in connection with this investigation, and addresses the various legal issues defendant raised, as well as other legal issues defendant's motion largely ignored, such as standing.

4. The government has endeavored to streamline the memorandum of points and authorities in support of its motion, and has significantly reduced the length of its brief from earlier drafts.

1  These efforts, however, were challenging due to the significant
2  factual and legal issues which must be addressed to respond to
3  defendant's claims.  Thus, despite the government's best efforts, the
4  memorandum of points and authorities in support of the government's
5  motion currently exceeds the 25-page limit and is 35 pages long.

6      5.   I believe that the statements of facts and legal analysis
7  set forth in the government's motion are necessary to provide the
8  Court with the factual information and legal arguments necessary for
9  the Court to thoroughly evaluate defendant's claims.

10      6.   To the extent the Court denies the government's <u>ex parte</u>
11  application, the government requests that it be provided a reasonable
12  amount of time to submit a revised brief that complies with 25-page
13  limit or any other page-limitation the Court believes would be
14  appropriate under these circumstances.

15      7.   On September 28, 2020, defendant, through his counsel H.
16  Dean Steward, Esq., informed the government via email that defendant
17  opposes the government's request to file an oversize brief.

18      I declare under penalty of perjury under the laws of the United
19  States of America that the foregoing is true and correct and that
20  this declaration is executed at Los Angeles, California, on September
21  28, 2020.

*[signature: Julian André]*

JULIAN L. ANDRÉ

2