NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, the government's ex parte application for permission to file an oversize brief in connection with the government's opposition to defendant MICHAEL JOHN AVENATTI's motion for a privilege review, evidentiary hearing, and discovery is GRANTED.

IT IS SO ORDERED.

_____        _____
DATE                                   HONORABLE JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's ex parte application for permission to file an oversize brief in connection with the government's opposition to defendant MICHAEL JOHN AVENATTI's motion for a privilege review, evidentiary hearing, and discovery is DENIED.

The government shall file a revised opposition no later than _____.

The revised memorandum of points and authorities in support of the government's opposition shall not exceed _____ pages.

IT IS SO ORDERED

_____        _____
DATE                                   HONORABLE JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys