**DECLARATION OF BRETT A. SAGEL**

I, Brett A. Sagel, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California (the "USAO"). I, together with AUSA Julian L. André, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in <u>United States v. Michael John Avenatti</u>, SA CR 19-61-JVS. I submit this declaration in support of the government's opposition to defendant's motion for privilege review, evidentiary hearing, and discovery.

2. On May 13, 2020, AUSA André and I were conducting a review of the search warrant materials that the Privilege Review Team had recently released to the Prosecution Team and had been loaded onto the Prosecution Team's Relativity document review database.

3. While searching through the search warrant materials during the afternoon and evening of May 13, 2020, AUSA André and I came across a handful of emails between EA Employee 1 and Eagan Avenatti LLP's ("EA LLP") counsel in the EA LLP bankruptcy proceedings relating to the preparation of EA LLP's Monthly Operating Reports that needed to be filed with the bankruptcy court.

4. On May 14, 2020, AUSA André and I discussed the emails between EA Employee 1 and EA LLP's bankruptcy counsel and agreed that although we did not believe the documents we had reviewed were privileged, we should out of an abundance of caution notify the Privilege Review Team to ensure those documents were not released to the Prosecution Team inadvertently.

5. I have reviewed the Relativity Spreadsheet and Filtered Relativity Spreadsheet attached as Exhibits 18 and 19 to the

government's opposition. Although Exhibits 18 and 19 reflect that I may have briefly "viewed" 71 out of the 299 documents that were removed from the Prosecution Team's database, I only recall reviewing the substance of a small number of emails on May 13 and May 14, 2020, that included EA LLP's bankruptcy counsel, and do not recall seeing any similar documents at other times. I believe that I likely skipped over most of the 71 documents without reviewing the substance of the documents or did not notice whether or not they referenced EA LLP's bankruptcy counsel. For example, the Filtered Relativity Spreadsheet (Exhibit 19) indicates that between 8:19 pm (PST) and 8:50 pm (PST) on May 13, 2020, I "viewed" approximately 55 documents, and that many of these documents were "viewed" within less than 30 seconds of each other. This information suggests to me that I was merely clicking through the documents while conducting my review of the search warrant materials. Additionally, it does not appear that I tagged any of the 71 documents, which is what I would likely have done had I reviewed the substance of the documents.

6. I do not remember anything regarding the content of the small number of documents I reviewed on May 13 and May 14, 2020, beyond the information AUSA André included in his May 14, 2020, email to the Privilege Review Team (see Ex. 17).

7. I did not save or print any of the 299 documents the Privilege Review Team removed from the Prosecution Team's possession.

///

///

///

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed at Santa Ana, California on September 25, 2020.

BRETT A. SAGEL
Assistant United States Attorney

3