H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this *Ex Parte* Application for an Order Extending Defendant's Temporary Release for 14 days.

Dated: September 29, 2020                    Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

Pursuant to this Court's prior Orders, Defendant Michael John Avenatti ("Mr. Avenatti") is presently on temporary release and home confinement in Venice, California. If necessary, the defense is prepared to file a formal noticed motion to extend Mr. Avenatti's temporary release for sixty (60) days for the reasons set forth in (a) the Opposition [Docket No. 271] to the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release, which is pending, and (b) the accompanying declarations filed with the Opposition, including that of board-certified infectious disease specialist Dr. F. Ramzi Asfour (under seal) [Docket No. 280]. Absent a further extension, Mr. Avenatti will be required to self-surrender next Tuesday, October 6, 2020.

Any comparison between the data from March/April and today demonstrates that the current risks and fallout from the COVID-19 pandemic are exponentially greater now in the Central District than in March/April, when Mr. Avenatti was ordered released to home confinement. *See, e.g.*, Exhibit A to Docket No. 271 (extensive comparison of the data and citing to multiple sources). The rate of infection is far higher; the rate of death is far higher; the rate of hospitalization is far higher; the number of cases has exploded; and the number of deaths is far greater. According to Johns Hopkins University, California surpassed 813,000 confirmed cases statewide today – the most in the nation (a 17,600% increase over when Mr. Avenatti was ordered released and California had 4,600 cases in total). Over 15,600 deaths have also been recorded in the state (a 14,100% increase over when Mr. Avenatti was ordered released and California had 110 deaths in total). Further, when Mr. Avenatti was ordered released, Orange County had a <u>total</u> of 3 deaths and 321 cases – those numbers are now routinely being matched or exceeded *every two days at most* and the county has now recorded over 1,215 deaths and 53,400 cases, an over 40,500% and 16,600% increase, respectively, compared to the numbers when Mr. Avenatti was ordered released on March 27.

A comparison of the March/April data to the data today for Los Angeles County is even more stark.

Cases and deaths in Los Angeles County and Orange County are not continuing to decline from their July peak at the same rate they were a few weeks ago and appear to be rising again. According to the health department, on Sunday, Orange County recorded its highest number of new cases (246) in the past five weeks (since August 21). Hospitalizations are expected to increase in the state 89% in the next 30 days according to statements made last Friday by Dr. Mark Ghaly, California's health and human services secretary. And officials from both Orange and Los Angeles counties have stated in the last 24 hours that they have failed to qualify for less restrictive tiers; the next opportunity for them to do so will not be until mid-October (depending on the data).

Meanwhile, medical expert after medical expert is predicting a second wave that will likely be far more deadly and pervasive than the first wave, including in California and in the Central District. Dr. Anthony Fauci warned yesterday on ABC that "we're not in a good place" with flu season fast approaching and cases beginning to rise, and that the United States needed to "double down" now on protective measures. 55,000 new infections across the nation were reported last Friday alone (the highest rate in six weeks) and cases are rising in 33 states, with some states experiencing spikes over 75%. The 7-day moving average is still far higher than when Mr. Avenatti was released and is getting worse. Even Vice-President Mike Pence, who is also the Chair of The White House Coronavirus Task Force and has repeatedly downplayed the virus for months, warned yesterday at a White House press conference that "The American people should anticipate that cases will rise in the days ahead."

Virtually no experts are predicting a further decline in cases and deaths, or a return to normalcy in Los Angeles and Orange counties, in the coming weeks.

New York (the venue of Mr. Avenatti's other two criminal matters) is experiencing a resurgence. And a well-respected University of Washington model projects that the U.S. Death rate with quadruple over the next few months, with the U.S. experiencing 3,059 deaths *per day* by January.

In addition, the risks to Mr. Avenatti were he to contract the virus remain significant according to expert Dr. F. Ramzi Asfour. *See* Declaration of Dr. F. Ramzi Asfour (under seal) and attached report (attesting to the risks to Mr. Avenatti's health conditions and the risks to him were he to be remanded) [Docket No. 280]. In July, the American Medical Association confirmed that "COVID-19 case rates have been substantially higher and escalating much more rapidly in prisons than in the U.S. population." The Journal article further provides a telling chart on the rate of coronavirus infection in prisons versus the wider population, and there can be no dispute – prisons and jails are vastly more dangerous. *See* B. Saloner, Ph D., et al., *Covid-19 Cases and Deaths in Federal & State Prisons*, J. Am. Med. Assoc. (July 8, 2020). The researchers found that the infection rate for prisoners was 5.5 times higher than the U.S. population and the death rate in the prison population was 3.0 times higher. Other data shows that the risk remains exceedingly high in jails and prisons. *See, e.g.*, charts at end of Exhibit A to Docket No. 271.

Accordingly, in order provide additional time for the Court to rule on the government's pending motion and for the Court and the parties to address any further motion by the defense (to be filed if necessary), as well as examine the pandemic data relating to the virus in the interim time period (which has an obvious impact on Mr. Avenatti's release), defendant respectfully requests that the Court extend his temporary release to October 20, 2020 under the same conditions previously ordered.

Counsel for the defendant and the government conferred and the government's position is that their position regarding Mr. Avenatti's temporary release is set forth in their briefing on the pending motion and they will defer to the Court on whether it needs additional time to rule on the motion.

Dated: September 29, 2020          Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on September 29, 2020, service of the defendant's:

EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S

TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2020

/s/ H. Dean Steward
H. Dean Steward