H. Dean Steward (SBN 85317)
107 Avenida Miramar, Ste. C
San Clemente, California 92672
Telephone: 949-481-4900
Facsimile: 949-496-6753

Attorney for Defendant,

MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: SA-CR-19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. His temporary release to home confinement extended until October 20, 2020 on the same conditions are previously ordered by the Court.

**So ordered.**

Dated: September ___, 2020

                                                   Hon. James v. Selna
                                                   U.S. District Judge