H. Dean Steward (SBN 85317)
107 Avenida Miramar, Ste. C
San Clemente, California 92672
Telephone: 949-481-4900
Facsimile: 949-496-6753

Attorney for Defendant,

MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI, | CASE NO.: SA-CR-19-61-JVS<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS (Docket Number 276)** |

Defendant, by and through his counsel, hereby withdraws his previously filed Motion for Disclosure of Grand Jury Materials (Docket Number 276). Accordingly, the Court need not review the motion, the opposition (Docket Number 302), or the in-camera submission filed by the government in connection with the opposition as the matter is moot.

Dated: October 3, 2020          /s./ H. Dean Steward
                                H. Dean Steward
                                Counsel for Defendant
                                MICHAEL JOHN AVENATTI

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on 10-3-20, service of the:

DEFENDANT'S WITHDRAWAL OF MOTION FOR DISCLOSURE OF GRAND JURY MATERIAL

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-3-20

/s/ H. Dean Steward
H. Dean Steward

-2-
4