H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Comes now H. Dean Steward, counsel for Defendant Michael John Avenatti, and submits the below Declaration in Support of Defendant's Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery.

Dated: October 5, 2020          Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

**DECLARATION**

I, H. Dean Steward, declare:

1. I have been retained counsel for defendant Michael John Avenatti in this matter since approximately May 15, 2019.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence I had with AUSAs Brett Sagel and Julian Andre earlier this year (in May and August) relating to the government's repeated inquiries concerning whether Mr. Avenatti would be asserting the advice of counsel defense in connection with certain charges in the Indictment, including the bankruptcy related counts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed at San Clemente, California.

Dated: October 5, 2020        /s/ H. Dean Steward
                              H. DEAN STEWARD

**EXHIBIT A**

2

From: **Sagel, Brett (USACAC)** <Brett.Sagel@usdoj.gov>
Date: Mon, Aug 3, 2020 at 8:51 PM
Subject: RE: FW: 2020.03.04 Notice of Counsel Defense Letter.pdf
To: Dean Steward <deansteward7777@gmail.com>
Cc: Andre, Julian L. (USACAC) <Julian.L.Andre@usdoj.gov>

Dean-

We have reached out to you on several occasions regarding whether your client would be asserting an advice of counsel defense, and you provided the below response on May 6, 2020.  The Court ordered that defendant's deadline to provide reciprocal discovery is August 31, 2020, and the pretrial motions deadline is September 14, 2020.   If defendant intends to rely upon an advice of counsel defense at trial, the government believes the case law is clear that defendant would need to produce reciprocal discovery pursuant to FRCP 16(b) regarding any advice of counsel defense, including, but not limited to: correspondence, memoranda, notes, calendar entries, billing records, and other documents reflecting meetings with any attorney on whose advice your client plans to rely and the purpose of the meeting; any documents concerning defendant's knowledge of the attorney(s)' qualifications and reputation; all of the attorney(s)' files and notes concerning defendant's disclosure of facts related to the advice; all files and notes concerning the nature of the advice given by the attorney(s); and any attorney(s) files and notes concerning whether defendant complied with the attorney(s)' advice.  The government is also entitled to sufficient time to conduct discovery regarding any advice of counsel defense.  I am emailing you again now to provide you with sufficient time to produce such discovery within your court-ordered reciprocal discovery deadline.  If you have not produced such reciprocal discovery and provided the government with notice that you intend to rely upon such a defense by the August 31 deadline, we will move to preclude defendant from raising an advice of counsel defense at trial and/or exclude evidence not provided by the deadline.  Let me know if you have any questions or wish to discuss this matter further.

Brett

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Wednesday, May 6, 2020 11:24 AM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>
**Subject:** Re: FW: 2020.03.04 Notice of Counsel Defense Letter.pdf

On advice of counsel, I have not decided. Please note that in the *Michaels* case with Greg Staples and Judge Selna, the issue was not addressed until trial began, and even then towards the end of trial. It was a jury instruction issue.

On Tue, May 5, 2020 at 5:53 PM Sagel, Brett (USACAC) <Brett.Sagel@usdoj.gov> wrote:

Dean-

We have sent you the below and attached twice and have not heard anything from you regarding the
matter.  Because the motions date has changed again, please let us know by close of business, May 11, 2020.  Let me know if you have any questions or wish to discuss the matter further.

Brett


# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on October 5, 2020, service of the defendant's:

DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2020

                                                        /s/ H. Dean Steward
                                                        H. Dean Steward