H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Cl;emente, CA 92672
949-481-4900
Attorney for Defendant Michael J. Avenatti

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J. AVENATTI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit "B" to Motion for Privilege Review

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

10-5-2020
Date

H. DEAN STEWARD
Attorney Name

MICHAEL J. AVENATTI
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on October 5, 2020, service of the:

DEFENDANT'S REPLY -PRIVILAGE REVIEW MOTION

on the following party, using the Court's ECF system:
AUSA BRETT SAGEL AND AUSA JULIAN ANDRE
I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2020

/s/ H. Dean Steward
H. Dean Steward