NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF OBJECTION TO DEFENDANT FILING OVER-SIZED REPLY BRIEFS (CR 320, CR 326, CR 327) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Julian L. André, hereby files its notice of objection to defendant filing over-sized reply briefs in docket numbers 320, 326, and 327.

This Court's Order Re Criminal Trials, revised August 17, 2017, requires that reply briefs "shall not exceed 12 pages." (Id. ¶ 4.) Defendant recently filed three reply briefs in support of motions defendant previously filed. The memorandum of points and authorities for all three reply briefs exceed the Court's twelve-page limit. On October 2, 2020, defendant filed a 13-page reply brief in support of his motion to sever counts (CR 320), and on October 5, 2020, defendant filed a 14-page reply brief in support of his motion to exclude expert witnesses (CR 326), and a 21-page reply brief in support of his motion for privilege review (CR 327). Defendant neither filed an ex parte application for leave to file an over-sized brief for any of the three filings, nor sought the government's position as to the filing of these over-sized briefs. The government objects to defendant's over-sized reply briefs.

Dated: October 6, 2020         Respectfully submitted,

                               NICOLA T. HANNA
                               United States Attorney

                               BRANDON D. FOX
                               Assistant United States Attorney
                               Chief, Criminal Division


                                    /s/
                               BRETT A. SAGEL
                               JULIAN L. ANDRÉ
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA