UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00061-JVS |
| Date | October 7, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl/Rolls Royce Paschal | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] Order Striking Reply Briefs

      The Government objects to Michael John Avenatti's ("Avenatti") Reply briefs at Docket Nos. 320 (13 pages), 326 (14 pages), and 327 (21 pages) as exceeding the page limit in the Court's Order re Criminal Trials.  (Docket No. 332.)

      The Court strikes the briefs at Docket Nos. 326 and 327.  Avenatti shall file conforming briefs within five days.  The Court notes that it denied the Government's request for an overlength opposition to Avenatti's privilege motion.  (Docket No. 313.)

: 0

Initials of Deputy Clerk  lmb/rrp