Patrick R. Fitzgerald
Assistant United States Attorney
California Bar Number: 135512
1300 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-4591

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

USAO PRIVILEGE REVIEW TEAM'S OPPOSED EX PARTE APPLICATION FOR LEAVE TO LODGE DOCUMENTS CONTAINING POTENTIALLY PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS UNDER SEAL AND IN CAMERA; DECLARATION; [PROPOSED] ORDER

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  - see list above

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

October 7, 2020            Patrick R. Fitzgerald
Date                                          Attorney Name

                                                                  United States of America
                                                                   Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                                **NOTICE OF MANUAL FILING**