Patrick R. Fitzgerald
Assistant United States Attorney
California Bar Number: 135512
1300 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-4591

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br>MICHAEL JOHN AVENATTI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 19-061-JVS<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
USAO PRIVILEGE REVIEW TEAM'S NOTICE OF LODGING DOCUMENTS CONTAINING
POTENTIALLY PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS UNDER SEAL AND IN
CAMERA

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  - see list above

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*): _____

October 8, 2020
Date

Patrick R. Fitzgerald
Attorney Name

United States of America
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                              **NOTICE OF MANUAL FILING**