NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S NOTICE OF ADDITIONAL INFORMATION RELATING TO DEFENDANT'S MOTION FOR PRIVILEGE REVIEW, EVIDENTIARY HEARING, AND DISCOVERY; GOVERNMENT EXHIBIT 22</u> |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby provides the Court with notice of additional information relating to defendant MICHAEL JOHN AVENATTI's

("defendant") pending motion for privilege review, evidentiary hearing, and discovery (CR 286).

On October 8, 2020, the government's Prosecution Team discovered in its Relativity Database one or two additional emails involving Eagan Avenatti LLP's bankruptcy counsel from Pachulski Stang Ziehl & Jones LLP (the "Pachulski Firm"). The Prosecution Team immediately notified the Privilege Review Team that it had encountered these documents, as required under the applicable search warrant protocols. It appears that these two documents were not identified by the Privilege Review Team at the time of the June 2020 "clawback." The Privilege Review Team is currently looking into this issue, and taking the necessary steps to identify any further documents involving the Pachulski Firm in the Prosecution Team's Relativity Database. The government will provide further information to the defense and the Court regarding this issue as soon as such information is available.

The government's notice to the defense regarding this issue and the related discovery materials are attached hereto as Government Exhibit 22, for the Court's reference.

Dated: October 9, 2020                Respectfully submitted,

                                      NICOLA T. HANNA
                                      United States Attorney

                                      BRANDON D. FOX
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                           /s/
                                      JULIAN L. ANDRÉ
                                      BRETT A. SAGEL
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

2

# GOVERNMENT EXHIBIT 22



# United States Department of Justice

## United States Attorney's Office
## Central District of California

| | |
|---|---|
| *Julian L. André* | *1100 United States Courthouse* |
| *Phone: (213) 894-6683* | *312 North Spring Street* |
| *E-mail: Julian.L.Andre@usdoj.gov* | *Los Angeles, California 90012* |

October 9, 2020

**VIA E-MAIL**

H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
deansteward7777@gmail.com

      Re:    United States v. Michael John Avenatti,
                   No. SA CR 19-061-JVS

Dear Counsel:

We write to notify you that while reviewing the search warrant materials in preparation for trial yesterday (October 8, 2020), the Prosecution Team identified one or two additional documents involving Eagan Avenatti LLP's ("EA LLP") bankruptcy counsel at Pachulski Stang Ziehl & Jones LLP (the "Pachulski Firm") in the Prosecution Team's Relativity Database. The Prosecution Team immediately notified the Privilege Review Team of the issue, as required under the applicable search warrant protocols. It appears that these documents were not identified by the Privilege Review Team at the time of the June 2020 "clawback." The Privilege Review Team is currently looking into this issue and taking the necessary steps to identify any further documents involving the Pachulski Firm. The government will provide you and the Court with additional information regarding this issue as soon as it is available.

Enclosed please find additional discovery materials regarding the issue described above, which have been Bates-labeled PROS_TEAM_000117 to PROS_TEAM_000120. The enclosed materials, information, and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials and information to you at this time, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations and does not waive any privileges the government holds.

///

///

///

H. Dean Steward
RE:  United States v. Avenatti
October 9, 2020
Page 2


Please let us know if you would like to further discuss any of the matters raised above.

Very truly yours,

*Julian André*

JULIAN L. ANDRÉ
Assistant United States Attorney
Major Frauds Section

cc:     AUSA Brett A. Sagel
        AUSA Patrick R. Fitzgerald
        AUSA Joseph B. Woodring

| | |
|---|---|
| **From:** | Fitzgerald, Patrick (USACAC) |
| **To:** | Andre, Julian L. (USACAC) |
| **Cc:** | Woodring, Joseph (USACAC); Sagel, Brett (USACAC); Rhoades, Justin (USACAC); Katzenstein, Ranee (USACAC) |
| **Subject:** | Re: Avenatti - Privilege Issue |
| **Date:** | Thursday, October 8, 2020 12:37:25 PM |

We will locate the document now and then discuss.

Sent from my iPhone

> On Oct 8, 2020, at 12:35 PM, Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov> wrote:
>
> Patrick and Joe:
>
> While reviewing a batch of documents in the Relativity Database just now, Brett just came across an email from [EA Employee 1] to Avenatti in which [EA Employee 1] is forwarding Avenatti an email from a different attorney from the Pachulski Law Firm. The control number of the document is GB_T_00240498. Brett also tagged it as Privilege Review Team, has closed the document, and has not reviewed its contents any further. Brett believes there is an attachment to the document as well, but he did not try to open or tag the attachment. In the search screen, Brett also noticed there was another email involving [EA Employee 1] and Robert Saunders from the Pachulski Firm. Brett did not open that email. Can you please look into this immediately? Brett and I will cease any further review in the Relativity Database until we can all discuss this matter further, and will instruct the agents to do the same. We would like to discuss this ASAP, so please let us know when you are available.
>
> Thank you.
>
> Julian
>
> **Julian L. André**
> **Assistant United States Attorney**
> **Major Frauds Section**
> United States Courthouse, Suite 1100
> 312 N. Spring St. | Los Angeles, California 90012
> T: 213.894.6683 | julian.l.andre@usdoj.gov

PROS_TEAM_000117

| | |
|---|---|
| **From:** | Gomez, Yeni (USACAC) |
| **To:** | Andre, Julian L. (USACAC) |
| **Cc:** | Sagel, Brett (USACAC) |
| **Subject:** | RE: Avenatti - Relativity Database |
| **Date:** | Thursday, October 8, 2020 12:37:30 PM |

Understood.

yg

**From:** Andre, Julian L. (USACAC) <JAndre1@usa.doj.gov>
**Sent:** Thursday, October 8, 2020 12:36 PM
**To:** Gomez, Yeni (USACAC) <ygomez@usa.doj.gov>
**Cc:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>
**Subject:** Avenatti - Relativity Database

Yeni,

Until further notice, please do not access the Relativity Database in the Avenatti case.  Thank you.

Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

| | |
|---|---|
| From: | Karlous Remoun G |
| To: | Andre, Julian L. (USACAC); Kim James M |
| Cc: | Sagel, Brett (USACAC) |
| Subject: | RE: Avenatti - Relativity Database |
| Date: | Thursday, October 8, 2020 12:39:17 PM |

Ok.

Remoun Karlous
Special Agent

---

**From:** "Andre, Julian L. (USACAC)" <Julian.L.Andre@usdoj.gov>
**Sent:** Oct 8, 2020 12:35 PM
**To:** Karlous Remoun G ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Kim James M ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** "Sagel, Brett (USACAC)" <Brett.Sagel@usdoj.gov>
**Subject:** Avenatti - Relativity Database

Remoun and James:

Until further notice, please do not access the Relativity Database for the Avenatti case.  Thank you.

Julian

**Julian L. André**
**Assistant United States Attorney**
**Major Frauds Section**
United States Courthouse, Suite 1100
312 N. Spring St. | Los Angeles, California 90012
T: 213.894.6683 | julian.l.andre@usdoj.gov

PROS_TEAM_000119

| | |
|---|---|
| **From:** | Kim James M |
| **To:** | Karlous Remoun G; Andre, Julian L. (USACAC) |
| **Cc:** | Sagel, Brett (USACAC) |
| **Subject:** | RE: Avenatti - Relativity Database |
| **Date:** | Thursday, October 8, 2020 12:41:44 PM |

10-4

PROS_TEAM_000120