H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
959-481-4900
Attorney for Defendant Michael J. Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>         PLAINTIFF(S)<br>v.<br><br>MICHAEL J. AVENATTI<br><br>         DEFENDANT(S). | CASE NUMBER:<br><br>SA-CR-19-61-JVS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibit B to Steward Declaration re Revised Reply- Privilege Review Motion

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| 10-12-20<br>Date | /s./ H. Dean Steward<br>Attorney Name<br>Michael J. Avenatti<br>Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on 10-12-20 service of the defendant's:

**G-92 Notice**

On the following party, using the court's ECF system:

**AUSA'S BRETT SAGEL AND JULIAN ANDRE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10-12-20

s/ H. Dean Steward

H. Dean Steward