H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | SUPPLEMENTAL DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Comes now H. Dean Steward, counsel for Defendant Michael John Avenatti, and submits the below Supplemental Declaration in Support of Defendant's Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery.

Dated: October 12, 2020        Respectfully submitted,

/s/ H. Dean Steward
 H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

# DECLARATION

I, H. Dean Steward, declare:

1. I have been retained counsel for defendant Michael John Avenatti in this matter since approximately May 15, 2019. Since July 18, 2020, I have been appointed as counsel for defendant Michael John Avenatti.

2. Attached hereto as Exhibit A is a spreadsheet cross-referencing the internal USAO bates stamps (beginning with "GB_T_") used on the spreadsheets attached to the Revised Reply in Support of Defendant's Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery Support (i.e. Exhibit 2 attached to the Revised Reply) with the USAO bates stamps used on the documents produced to the defense by the government pursuant to Rule 16 (beginning with "USAO_").

3. Attached hereto as Exhibit B (filed in camera, under seal) are the 79 documents produced to the prosecution and accessed, read, reviewed, etc. by AUSAs Brett Sagel and Julian Andre beginning in April as shown on Exhibit 2 to the Revised Reply. The slip sheets correspond to the document number shown on the far left under "Control ID" on Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed at San Clemente, California.

Dated: October 12, 2020          /s/ H. Dean Steward
                                 H. Dean Steward

**EXHIBIT A**

2

AUSA Control IDs with Corresponding USAO Bates Numbers

|    | AUSA Control ID | Production: Begin Bates | Production: End Bates |
|----|-----------------|-------------------------|----------------------|
| 53 | GB_T_00263811 | USAO_00607232 | USAO_00607278 |
| 23 | GB_T_00243071 | USAO_00591003 | USAO_00591004 |
| 24 | GB_T_00243072 | USAO_00591005 | USAO_00591005 |
| 25 | GB_T_00243075 | USAO_00591006 | USAO_00591007 |
| 26 | GB_T_00243099 | USAO_00591008 | USAO_00591009 |
| 27 | GB_T_00243100 | USAO_00591010 | USAO_00591010 |
| 28 | GB_T_00243657 | USAO_00591425 | USAO_00591426 |
| 29 | GB_T_00243658 | USAO_00591427 | USAO_00591427 |
| 30 | GB_T_00243659 | USAO_00591428 | USAO_00591429 |
| 36 | GB_T_00246084 | USAO_00592469 | USAO_00592471 |
| 37 | GB_T_00246085 | USAO_00592472 | USAO_00592472 |
| 62 | GB_T_00263873 | USAO_00607334 | USAO_00607335 |
| 63 | GB_T_00263874 | USAO_00607336 | USAO_00607337 |
| 47 | GB_T_00255093 | USAO_00597077 | USAO_00597079 |
| 48 | GB_T_00263723 | USAO_00607206 | USAO_00607207 |
| 49 | GB_T_00263724 | USAO_00607208 | USAO_00607208 |
| 52 | GB_T_00263810 | USAO_00607230 | USAO_00607231 |
| 8  | GB_T_00240658 | USAO_00590126 | USAO_00590127 |
| 9  | GB_T_00240665 | USAO_00590128 | USAO_00590129 |
| 10 | GB_T_00240674 | USAO_00590132 | USAO_00590134 |
| 11 | GB_T_00240675 | USAO_00590135 | USAO_00590137 |
| 12 | GB_T_00240677 | USAO_00590141 | USAO_00590143 |
| 13 | GB_T_00240678 | USAO_00590144 | USAO_00590147 |
| 14 | GB_T_00240679 | USAO_00590148 | USAO_00590151 |
| 15 | GB_T_00240680 | USAO_00590152 | USAO_00590154 |
| 16 | GB_T_00242912 | USAO_00590909 | USAO_00590911 |
| 17 | GB_T_00242918 | USAO_00590917 | USAO_00590919 |
| 18 | GB_T_00242921 | USAO_00590923 | USAO_00590926 |
| 19 | GB_T_00242922 | USAO_00590927 | USAO_00590929 |
| 20 | GB_T_00243061 | USAO_00590964 | USAO_00590964 |
| 21 | GB_T_00243062 | USAO_00590965 | USAO_00590983 |
| 22 | GB_T_00243063 | USAO_00590984 | USAO_00591002 |
| 31 | GB_T_00243702 | USAO_00591435 | USAO_00591436 |
| 32 | GB_T_00243703 | USAO_00591437 | USAO_00591437 |
| 33 | GB_T_00243704 | USAO_00591438 | USAO_00591438 |
| 34 | GB_T_00246061 | USAO_00592460 | USAO_00592461 |
| 35 | GB_T_00246072 | USAO_00592467 | USAO_00592468 |
| 38 | GB_T_00246095 | USAO_00592477 | USAO_00592477 |

AUSA Control IDs with Corresponding USAO Bates Numbers

|    | AUSA Control ID | Production: Begin Bates | Production: End Bates |
|----|-----------------|-------------------------|------------------------|
| 39 | GB_T_00246096   | USAO_00592478           | USAO_00592508          |
| 40 | GB_T_00246097   | USAO_00592509           | USAO_00592535          |
| 41 | GB_T_00247771   | USAO_00593135           | USAO_00593135          |
| 42 | GB_T_00247772   | USAO_00593136           | USAO_00593171          |
| 43 | GB_T_00247784   | USAO_00593174           | USAO_00593175          |
| 44 | GB_T_00247785   | USAO_00593176           | USAO_00593176          |
| 46 | GB_T_00255067   | USAO_00597052           | USAO_00597053          |
| 50 | GB_T_00263725   | USAO_00607209           | USAO_00607210          |
| 51 | GB_T_00263796   | USAO_00607228           | USAO_00607228          |
| 60 | GB_T_00263818   | USAO_00607322           | USAO_00607323          |
| 61 | GB_T_00263872   | USAO_00607333           | USAO_00607333          |
| 64 | GB_T_00263884   | USAO_00607344           | USAO_00607346          |
| 76 | GB_T_00422731   | USAO_00711329           | USAO_00711329          |
| 70 | GB_T_00293831   | USAO_00632093           | USAO_00632093          |
| 66 | GB_T_00288347   | USAO_00627933           | USAO_00627933          |
| 67 | GB_T_00293050   | USAO_00631706           | USAO_00631707          |
| 68 | GB_T_00293051   | USAO_00631708           | USAO_00631719          |
| 69 | GB_T_00293052   | USAO_00631720           | USAO_00631724          |
| 71 | GB_T_00295974   | USAO_00632671           | USAO_00632672          |
| 72 | GB_T_00295975   | USAO_00632673           | USAO_00632675          |
| 73 | GB_T_00295976   | USAO_00632676           | USAO_00632678          |
| 77 | GB_T_00422732   | USAO_00711330           | USAO_00711362          |
| 78 | GB_T_00424901   | USAO_00712648           | USAO_00712650          |
| 79 | GB_T_00424902   | USAO_00712651           | USAO_00712684          |
| 74 | GB_T_00306121   | USAO_00637776           | USAO_00637778          |
| 75 | GB_T_00306122   | USAO_00637779           | USAO_00638241          |
| 65 | GB_T_00263885   | USAO_00607347           | USAO_00607378          |
| 45 | GB_T_00254870   | USAO_00596947           | USAO_00596969          |
| 54 | GB_T_00263812   | USAO_00607279           | USAO_00607283          |
| 55 | GB_T_00263813   | USAO_00607284           | USAO_00607287          |
| 56 | GB_T_00263814   | USAO_00607288           | USAO_00607292          |
| 57 | GB_T_00263815   | USAO_00607293           | USAO_00607302          |
| 58 | GB_T_00263816   | USAO_00607303           | USAO_00607316          |
| 59 | GB_T_00263817   | USAO_00607317           | USAO_00607321          |
| 1  | GB_T_00108334   | USAO_00508773           | USAO_00508774          |
| 2  | GB_T_00108335   | USAO_00508775           | USAO_00508815          |
| 3  | GB_T_00108336   | USAO_00508816           | USAO_00508817          |
| 4  | GB_T_00108337   | USAO_00508818           | USAO_00508818          |

AUSA Control IDs with Corresponding USAO Bates Numbers

|   | AUSA Control ID | Production: Begin Bates | Production: End Bates |
|---|---|---|---|
| 5 | GB_T_00108338 | USAO_00508819 | USAO_00508819 |
| 6 | GB_T_00108339 | USAO_00508820 | USAO_00508827 |
| 7 | GB_T_00108340 | USAO_00508828 | USAO_00508829 |

**EXHIBIT B (filed in camera under seal)**

3

**CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on October 12, 2020, service of the defendant's:

SUPPLEMENTAL DECLARATION OF H. DEAN STEWARD IN SUPPORT OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2020

/s/ H. Dean Steward
H. Dean Steward

4