NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>MICHAEL JOHN AVENATTI,<br><br>          Defendant. | No. SA CR 19-061-JVS<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A THREE-PAGE SUR-REPLY AND SUPPORTING EVIDENCE IN RESPONSE TO DEFENDANT'S REVISED REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR PRIVILEGE REVIEW, EVIDENTIARY HEARING, AND DISCOVERY; DECLARATION OF JULIAN L. ANDRÉ |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and Brett A. Sagel, hereby seeks leave to file a three-page sur-reply and supporting evidence in response to defendant MICHAEL JOHN AVENATTI's

("defendant") revised reply brief in support of his motion for privilege review, evidentiary hearing, and discovery (CR 345; CR 327-1; CR 327-2).

This ex parte application is based upon the attached memorandum of points and authorities, the declaration of Julian L. André, the files and records in this case, and such further evidence and argument as the Court may permit.

On October 13, 2020, H. Dean Steward, counsel for defendant, advised the government via email that defendant opposes the government's request to file a sur-reply.

Dated: October 13, 2020         Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

       /s/
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 5, 2020, defendant MICHAEL JOHN AVENATTI ("defendant") filed his reply brief in support of his motion for privilege review, evidentiary hearing, and discovery.  (CR 327.)  On October 12, 2020, defendant filed a revised reply brief in support of his privilege motion.  (CR 345.)  In support of his reply brief and revised reply brief, defendant filed: (1) the declaration of H. Dean Steward (CR 327-1); and (2) the supplemental declaration of defendant (CR 327-2).  The government seeks leave to file a three-page sur-reply, and supporting evidence, in order to respond to and correct three false factual assertions defendant raised for the first time in his revised reply brief and the two supporting declarations.

Pursuant to Local Civil Rule 7-10, an opposing party may not file a sur-reply in response to a reply brief "[a]bsent prior written order of the Court."[1]  The Court, however, has discretion to allow the filing of a sur-reply "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief."  Baxter Bailey & Assocs. v. Ready Pac Foods, Inc., No. CV 18-8246-AB (GJS), 2020 WL 3107889, at *1 (C.D. Cal. Feb. 14, 2020) (citation omitted).  A sur-reply is also appropriate when, as is the case here, the moving party presents "new evidence" in connection with a reply brief.  See Watts v. Aly, No. SA CV 18-693-JVS (MAA), 2020 WL 1224281, at *1 (C.D. Cal. Jan. 29, 2020), report and recommendation adopted, 2020 WL 5370612 (C.D. Cal. Mar. 11, 2020) (granting leave to file a sur-reply to respond to new evidence); see also Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996) ("[W]here

---

[1] The Local Civil Rules are applicable under Local Criminal Rule 57-1.

new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond.") (internal citations and quotations omitted).  Here, there is good cause to allow the filing of a short sur-reply to address the new evidence and arguments defendant presented in his revised reply brief.

<u>First</u>, in defendant's revised reply brief, defendant argued for the first time that the government attempted to "pressure" defendant to waive his attorney-client privilege <u>after</u> the Prosecution Team had reviewed some of the 299 documents relating to Eagan Avenatti LLP's ("EA LLP") bankruptcy counsel.  (Rev. Reply at 5.)  In support of this argument, however, defendant only submitted a portion of an email string with government counsel and failed to include the full correspondence between the parties dating back to March 4, 2020.  The government's proposed sur-reply will address defendant's new argument, and attach as exhibits the complete email string and the March 4, 2020, letter attached to the March 2020 emails, both of which directly refute defendant's false and misleading claim.

<u>Second</u>, in support of his revised reply brief, defendant filed a supplemental declaration in which he claimed for the first time that he was personally represented by Pachulski Stang Ziehl & Jones LLP (the "Pachulski Firm"), which had represented EA LLP in <u>In re Eagan Avenatti LLP</u>, No. 8:17-bk-11961-CB (C.D. Cal.) (the "2017 EA Bankruptcy").[2]  The government's proposed sur-reply will attach a

---

[2] The government's opposition noted that defendant's motion failed to present any evidence or proffer any facts establishing that he had standing to assert the attorney-client privilege as to communications with EA LLP's bankruptcy counsel.  (CR 317 at 10, 21.)

2

declaration from Richard A. Marshack, the court-appointed Chapter 7 Bankruptcy Trustee for EA LLP, and a copy of the Retention Agreement between the Pachulski Firm and EA LLP, which will refute defendant's claim that the Pachulski Firm represented defendant. Moreover, the sur-reply will address that the Pachulski Firm would have had to disclose to the bankruptcy court that they also represented defendant individually during the 2017 EA Bankruptcy, if they had.

<u>Third</u>, in his revised reply brief, defendant argued for the first time that the 299 documents relating to EA LLP's bankruptcy counsel that were removed from the Prosecution Team's possession included "47 pages of billing records from counsel detailing over $230,000 worth of legal work and privileged communications." (Rev. Reply at 3.) The government's proposed sur-reply will address the fact that all of the Pachuslki Firm's billing records were publicly filed in the 2017 EA Bankruptcy and therefore are not privileged.

In sum, the government's proposed sur-reply is necessary to correct the record and ensure that the Court is provided with accurate information and evidence. Accordingly, the government respectfully requests leave to file a sur-reply in opposition to defendant's motion and revised reply. The government's sur-reply will not exceed three pages, and will attach two exhibits and the declaration of Richard A. Marshack with one exhibit attached thereto.

Alternatively, the government respectfully requests that it be allowed to file the three documents referenced herein and declaration of Richard A. Marshack.

**DECLARATION OF JULIAN L. ANDRÉ**

I, Julian L. André, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California ("USAO"). I, together with AUSA Brett A. Sagel, am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-61-JVS.

2. I submit this declaration in support of the government's ex parte application for leave to file a three-page sur-reply and supporting evidence in response to new evidence and arguments raised by defendant in his revised reply in support of his motion for a privilege review, evidentiary hearing, and discovery (CR 345).

3. On October 13, 2020, defendant, through his counsel H. Dean Steward, Esq., informed the government via email that defendant opposes the government's request for leave to file a sur-reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 13, 2020.

_Julian André_
JULIAN L. ANDRÉ