NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT LEAVE TO FILE A SUR-REPLY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    For good cause shown, the government's <u>ex parte</u> application for leave to file a three-page sur-reply and supporting evidence in response to defendant MICHAEL JOHN AVENATTI's ("defendant") revised reply brief in support of his motion for privilege review, evidentiary hearing, and discovery is GRANTED.

The government shall file its sur-reply and the supporting evidence referenced in its application within 24 hours of this Order. The memorandum of points and authorities in support of the sur-reply shall not exceed three pages.

IT IS SO ORDERED.

_____          _____
DATE                                 HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys