NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT LEAVE TO FILE A SUR-REPLY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, the government's ex parte application for leave to file a three-page sur-reply and supporting evidence in response to defendant MICHAEL JOHN AVENATTI's ("defendant") revised reply brief in support of his motion for privilege review, evidentiary hearing, and discovery is GRANTED.

The government shall file its sur-reply and the supporting evidence referenced in its application within 24 hours of this Order. The memorandum of points and authorities in support of the sur-reply shall not exceed three pages.

IT IS SO ORDERED.

October 13, 2020
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys