H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, Defendant's *Ex Parte* Application for an Order Permitting the Defense to File a Three-Page Sur-Reply In Response to the Government's Sur-Reply relating to Defendant's motion concerning the attorney-client privilege [Docket No. 350] is granted.  Defendant may file a memorandum of points and authorities not exceeding three pages in length within 24 hours of this Order.

**So ordered.**

Dated: October 16, 2020

_____
Hon. James V. Selna
U.S. District Judge

## <u>CERTIFICATE OF SERVICE</u>

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on October 15, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2020

<u>/s/ H. Dean Steward</u>

H. Dean Steward

2