# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| 1a. Contact Person for this Order | Dean Steward | 2a. Contact Phone Number | 949-481-4900 | 3a. Contact E-mail Address | deansteward7777@gmail.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | same | 2b. Attorney Phone Number | same | 3b. Attorney E-mail Address | same |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
107 Avenida Miramar, Ste. C
San Clemente, CA 92672

| 5. Name & Role of Party Represented | Michael J. Avenatti, defendant |
|---|---|
| 6. Case Name | U.S. v. Avenatti |
| 7a. District Court Case Number | SA-CR-19-61-JVS |
| 7b. Appeals Court Case Number | n/a |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: S. Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal  |  ☒ Criminal  ☐ Civil  |  ☒ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):*

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION *If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.* | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|
| | | | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 10/19/20 | Selna | Pre-Trial motions | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) ▶ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

*(One per line, but check with court reporter before choosing any type but "ordinary.")*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

*(CM/ECF access included with purchase of transcript.)*

*(Provide release date of e-filed transcript, or check to certify none yet on file.)*

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Transcript of pre-trial motions hearing. Needed for trial preparation. Court made rulings that either added or subtracted procedures and issues. Need transcript as a guide to follow what the court ordered.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  10/20/20                                   Signature  *[signed]*

G-120 (06/18)