H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | DEFENDANT'S EX PARTE APPLICATION FOR A BRIEFING SCHEDULE REGARDING DEFENDANT'S PENDING MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this *Ex Parte* Application for a Briefing Schedule Regarding Defendant's Pending Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery.

Dated: October 22, 2020          Respectfully submitted,


                                 /s/ H. Dean Steward
                                  H. DEAN STEWARD

                                 Attorney for Defendant
                                 MICHAEL JOHN AVENATTI

1    On Monday, October 19, this Court held a hearing on a number of motions

2    filed in this case, including Defendant's Motion for a Proper Privilege Review,

3    Evidentiary Hearing and Discovery (the "Privilege Motion").  Early during the

4    hearing on the Privilege Motion, the defense suggested that it could provide the

5    information requested by the Court in its tentative relating to the privileged

6    documents attached as Exhibit B to the Declaration of H. Dean Steward on Friday,

7    October 23.  Then, later in the hearing on the Privilege Motion, the head of the

8    Filter Review Team, Mr. Patrick Fitzgerald, disclosed for the first time to the Court

9    and the defense that a significant number of *additional* privileged or potentially

10   privileged documents, beyond the 299 documents previously disclosed in early

11   September, may have been produced to the prosecution team.   Specifically, Mr.

12   Fitzgerald disclosed that the Filter Review Team had identified approximately

13   10,000 documents that had been previously produced to the prosecution team that

14   now had to be re-reviewed for privilege due to concerns by the Filter Team that

15   some may be privileged and have to be clawed back.  This disclosure followed (a)

16   the defense's argument to the Court during the hearing that the government had

17   refused to answer for weeks as to whether any other privileged documents beyond

18   the 299 had been produced to the prosecution or reviewed by them and (b) the

19   prosecution's failure to directly answer the question when asked by the Court.

20   Following Mr. Fitzgerald's revelation, the Court continued the hearing on

21   the motion to November 16 and instructed the Filter Review Team to submit a

22   report in camera in two weeks.  The Court also directed the parties to submit any

23   additional briefs on November 9.

24   In order to (a) ensure an organized briefing of the facts and the law, (b)

25   ensure the defense, as the moving party, is given an opportunity to properly

26   respond to (i) any new privileged documents raised in the report to be submitted by

27   the Filter Review Team and (ii) any new arguments or evidence submitted by the

28

1

1   government in their later submissions; (c) ensure a full and complete record; and

2   (d) avoid cross-briefing and the need for further *ex parte* applications by the parties

3   relating to briefing (i.e. requesting an opportunity to submit a sur-reply), the

4   defense respectfully requests that the Court set the following briefing schedule:

5         1.  No later than November 2, the Filter Review Team shall provide their

6             in camera submission to the Court (with service on the defense)

7             regarding the additional privileged and/or potentially privileged

8             documents they referenced at the October 19 hearing.

9         2.  If the prosecution wishes to provide a supplemental brief, they may

10            file it no later than November 5.  The brief shall be limited to no

11            greater than 7 pages exclusive of exhibits.

12        3.  The defense, as the moving party, may file a supplemental brief of no

13            more than 7 pages (exclusive of exhibits), including any response to

14            any issues raised by the government in its supplemental brief, no later

15            than November 10.  On this same date, the defense shall also provide,

16            in camera with service on the Filter Team, (a) the information the

17            Court has requested as to the exhibits attached at Exhibit B to the

18            Declaration of H. Dean Steward and (b) similar information as to any

19            other documents identified by the Filter Review Team in their

20            November 2 submission that the defense maintains are privileged or

21            potentially privileged.

22        4.  In the event the Filter Review Team makes any submission in

23            response to the defense's in camera submission, the defense, as the

24            moving party, will be provided an opportunity to respond in writing

25            before any ruling on the matter.

26

27

28

1    Counsel for the defendant and the government conferred and the government

2    opposes the *ex parte*.  Their position is that the Court previously directed that the

3    parties would submit additional briefs on November 9 if desired and the defense

4    would submit their response relating to Exhibit B on October 23, and there is

5    presently no need to modify the schedule.  *However*, in light of the disclosure

6    made late in the hearing about the additional documents and the report to be made

7    in camera, the above proposed schedule will result in a more organized briefing,

8    while at the same time permitting the defense, as the moving party, to respond to

9    the Court's request for additional information and the Filter Team's report, as well

10   as any new arguments and evidence raised by the government in its briefing.

11

12   Dated:  October 22, 2020                    Respectfully submitted,

13                                               /s/ H. Dean Steward

14                                               H. DEAN STEWARD
                                                 Attorney for Defendant
15                                               MICHAEL JOHN AVENATTI

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on October 22, 2020, service of the defendant's:

DEFENDANT'S EX PARTE APPLICATION FOR A BRIEFING SCHEDULE REGARDING DEFENDANT'S PENDING MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2020

/s/ H. Dean Steward

H. Dean Steward

4