H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MICHAEL JOHN AVENATTI,  Defendant. | SA CR No. 19-061-JVS  [PROPOSED] ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. The briefing schedule for Defendant's Pending Motion for a Proper Privilege Review, Evidentiary Hearing and Discovery is as follows:

1. No later than November 2, the Filter Review Team shall provide their in camera submission to the Court (with service on the defense) regarding the additional privileged and/or potentially privileged documents they referenced at the October 19 hearing.

2. If the prosecution wishes to provide a supplemental brief, they may file it no later than November 5. The brief shall be limited to no greater than 7 pages exclusive of exhibits.

3. The defense, as the moving party, may file a supplemental brief of no more than 7 pages (exclusive of exhibits), including any response to any issues raised by the government in its supplemental brief, no later than November 10. On this same date, the defense shall also provide, in camera with service on the Filter Team, (a) the information the Court has requested as to the exhibits attached at Exhibit B to the Declaration of H. Dean Steward and (b) similar information as to any other documents identified by the Filter Review Team in their November 2 submission that the defense maintains are privileged or potentially privileged.

4. In the event the Filter Review Team makes any submission in response to the defense's in camera submission, the defense, as the moving party, will be provided an opportunity to respond in writing before any ruling on the matter.

**So ordered.**

Dated: October ___, 2020

_____
Hon. James V. Selna
U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on October 22, 2020, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2020

/s/ H. Dean Steward

H. Dean Steward

3