# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | October 19, 2020 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | | X | X | Dean Steward | X | | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with the defendant appearing telephonically (waiver on file), his counsel, and counsel for the Government present. Patrick Fitzgerald, AUSA on the Government privilege review team also present.

Reciprocal discovery production extended to December 1, 2020.

The Motion to Sever [265] is granted as stated on the record. The Government shall prepare a statement by October 23, 2020 regarding what the allegations are. Defendant shall file a brief re documents by October 23, 2020.

Hearing on the privileged documents is continued to November 16, 2020 at 9:00 a.m. (Later: the hearing is continued to November 16, 2020 at 10:00 am)

| | 1 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |