# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | October 27, 2020 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | Dean Steward | X | | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

    Cause is called for hearing telephonically with the defendant, his counsel, and counsel for the Government present. The defendant has a waiver on file and personally consents to a telephonic hearing.

    Court and counsel confer. The Court sets the trial as to Counts 1-10 for February 23, 2021 at 8:30 a.m. The date for the remaining counts to be set agreed upon by counsel in October 2021. Counsel for the Government to submit a stipulation and/or proposed order.

                                                                                        : 10

Initials of Deputy Clerk    lmb