UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | November 2, 2020 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:**   **[IN CHAMBERS]** <u>Order Regarding Request for Briefing</u>

   Defendant Michael John Avenatti ("Avenatti") moved to exclude three Government experts: John Drum ("Drum"), Kevin Mohr ("Mohr"), and Traci Kass ("Kass"). Dkt. No. 285. He also sought a Daubert hearing. <u>Id.</u> The Government filed an opposition. Dkt. No. 299. Avenatti replied. Dkt. No. 339.

   On reflection, the Court invites the parties' further input with respect to the motion as it relates to Mohr. Accordingly, the Court requests that Avenatti and the Government each submit a brief of no more than 5 pages regarding the admissibility and permissible scope of Mohr's testimony. The briefs should speak specifically about the propriety of Mohr testifying about *what the law is* under Fed. R. Evid. 702(a) and Fed. R. Evid. The parties should submit the briefs in no more than seven (7) days from the date of this order.

   **IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |