Name & Address:
H. Dean Steward SBN 85317
107 Avenida Miramar Suite C
San Clemente, California 92672
949 481 4900
Attorney for Defendant Michael J. Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J. AVENATTI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

(1) Declaration of Michael John Avenatti
(2) Exhibit A - Personal Balance Sheet

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: August 27, 2020
☐ Other:

November 2, 2020                                       H. Dean Steward
Date                                                   Attorney Name
                                                       Michael J. Avenatti
                                                       Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**