H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY |

　　　　TO U.S. ATTORNEY NICOLA HANNA, AUSA JULIAN ANDRE and AUSA BRETT SAGEL, PLEASE TAKE NOTICE that Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby withdraws his prior Motion For a Proper Privilege Review, Evidentiary Hearing and Discovery [Docket No. 286] (the "Motion") without prejudice.

　　　　On September 14, Defendant filed the Motion seeking an Order directing (1) that a proper and through review of various search warrant materials be conducted by a magistrate judge, or a special master, with ultimate privilege determinations made by a magistrate judge, in accordance with legal requirements and the Constitution; (2) all search warrant materials and documents previously produced by the Filter Team be disgorged by the prosecution team (which including the investigating agents); (3) that no further review of the search warrant materials and documents occur by the Filter Team and the prosecution until the magistrate's review was completed, (4) that an evidentiary

hearing be conducted so as to permit the defense to make adequate inquiry as to certain issues surrounding the various privileged materials, and (5) that the defense be permitted to conduct discovery as to certain issues in the Motion.

Since the filing of the Motion, including within the last three court days, significant additional information has come to the attention of the defense relating to the pervasive receipt, mishandling and review of attorney-client privileged materials and documents by the prosecution team.  This information includes the disclosure by the privilege review team on November 4, 2020 that (a) 307 <u>additional</u> privileged documents belonging to Mr. Avenatti are being clawed back from the prosecution team and (b) the prosecution team received thousands of other privileged documents (which the defense believes were also reviewed by the prosecution team).  The defense has also discovered that the prosecution team reviewed other privileged documents, in some instances repeatedly, during the prosecution of the defendant.  Meanwhile, despite repeated requests by the defense, the prosecution and the privilege review team refuse to provide full disclosure of easily accessible data from the document database showing exactly which privileged documents were reviewed by the prosecution and when.  The defense maintains that all of this conduct is highly prejudicial and operates to violate Mr. Avenatti's attorney-client privilege and his other fundamental rights, including his right to due process and other rights guaranteed under the Constitution and the law of the Ninth Circuit.

The discovery of the above information since the filing of the Motion necessitates the withdrawal of the prior Motion and the filing of a new motion alleging additional facts and seeking different relief, including but not limited to the dismissal of the indictment, the dismissal of various counts in the indictment, the disqualification of one or more members of the prosecution team, sanctions under the Court's inherent powers, an evidentiary hearing, and/or discovery.  The defense anticipates that this motion will

be filed no later than Tuesday, November 24 and will adhere to a traditional briefing schedule.[1]

Dated: November 6, 2020        Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

---

[1] This motion will also address the government's claim that the attorney-client privilege was waived as to certain (but not all) of the documents. The evidence and the law will show that the privilege was never waived as to thousands of privileged documents received (and likely reviewed) by the prosecution.

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on November 6, 2020, service of the:

DEFENDANT'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR A PROPER PRIVILEGE REVIEW, EVIDENTIARY HEARING AND DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2020

/s/ H. Dean Steward
H. Dean Steward