H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S TEMPORARY RELEASE |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this *Ex Parte* Application for an Order Extending Defendant's Temporary Release for 60 days.

Dated: November 10, 2020        Respectfully submitted,

/s/ H. Dean Steward
 H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

Pursuant to this Court's prior Orders, Defendant Michael John Avenatti ("Mr. Avenatti") is presently on temporary release and home confinement in Venice, California. If necessary, the defense is prepared to file a formal noticed motion to extend Mr. Avenatti's temporary release for the reasons set forth in (a) the Opposition [Docket No. 271] to the Government's Motion to Terminate and Not Further Extend Defendant Michael John Avenatti's Temporary Release, which is pending, and (b) the accompanying declarations filed with the Opposition, including that of board-certified infectious disease specialist Dr. F. Ramzi Asfour (under seal) [Docket No. 280]. Absent a further extension, Mr. Avenatti will be required to self-surrender on Tuesday, November 17.

With each passing day, the nation is setting new records relating to the COVID-19 pandemic and the risk to public health is exploding. This past Saturday, there were 126,742 cases reported according to Johns Hopkins University. This followed previous records of 126,480 cases on Friday, 121,888 cases on Thursday, and 102,831 cases on Wednesday. Further, hospitalizations are also increasing dramatically with 22 states recording record hospitalizations within the last week and it is expected that total hospitalizations in the nation will set a new record this week. On Monday, the current number of patients hospitalized with COVID-19 in California surpassed 3,000 – a number not seen since September 10, with 838 of them in intensive care units, the most since September 16. Hospitalizations and ICU totals for the state are up 32% and 38% respectively, in the past two weeks, an alarming sign. The daily death rate, which lags behind new cases, is also beginning to increase significantly and is expected to shortly reach over 2,000 deaths per day.

The risks associated with the pandemic are also increasing in Los Angeles and Orange County. <u>The health metrics relating to the virus for Orange County have gotten far worse since this Court's last few orders extending Mr. Avenatti's</u>

home confinement due to the pandemic. For instance, Orange County is now routinely reporting over 300 cases a day - this past Saturday alone, Orange County registered 322 new cases and on Sunday, the county reported 512 new cases. Neither Orange County nor Los Angeles County is on pace to qualify for a less restrictive tier. In fact, there is a significant likelihood that Orange County will be moved into the most restrictive tier – the purple tier – as a result of the worsening conditions. For instance, the adjusted daily case rate per 100,000 is now 6.0 and quickly increasing toward 7.0 – the rate at which the county will be moved into the more restrictive tier. Dr. Matthew Zhan, Medical Director with the Orange County Health Care Agency, publicly stated on November 6 (according to www.abc7.com): "There seems almost to be a sense of inevitability this is going to happen over the next couple of months."

     A comparison of the data from March/April, when Mr. Avenatti was ordered released to home confinement, and today demonstrates that the current risks and fallout from the COVID-19 pandemic are far greater now in the Central District. This comparison is even more dramatic than when defendant filed his Opposition. *See*, *e.g.*, Exhibit A to Docket No. 271 (extensive comparison of the data and citing to multiple sources). The rate of infection is higher; the rate of death is higher; the rate of hospitalization is higher; the number of cases has exploded; and the number of deaths is far greater. According to Johns Hopkins University, California has now surpassed 969,000 confirmed cases statewide – the second most in the nation (a 21,000% increase over when Mr. Avenatti was ordered released and California had 4,600 cases in total). Over 17,960 deaths have also been recorded in the state (a 16,300% increase over when Mr. Avenatti was ordered released and California had 110 deaths in total). Further, when Mr. Avenatti was ordered released, Orange County had a total of 3 deaths and 321 cases – those numbers are now routinely matched or exceeded *every two days at most* and the county has now recorded over

1,506 deaths and 61,740 cases according to the Orange County Health Department, an over 50,100% and 19,200% increase, respectively. Comparing the March/April data for Los Angeles County to today is even more alarming. And the 7-day moving averages for the nation, California, and Orange and Los Angeles counties remain far higher than when Mr. Avenatti was released (and are getting worse).

Meanwhile, medical expert after medical expert is predicting a second wave that will be far more deadly and pervasive than the first wave, including in California and in the Central District. Each day brings a slew of experts who are predicting serious problems in the weeks and months ahead, with some experts predicting another 200,000 deaths by late January. As Dr. Anthony Fauci stated on November 9: "We can't run away from the data, it's real. . . . We have to double down [on preventative measures]." <u>It is widely believed that the next two to three months will be the deadliest during the entire pandemic.</u>

In addition, the risks to Mr. Avenatti were he to contract the virus remain significant according to expert Dr. F. Ramzi Asfour. *See* Declaration of Dr. F. Ramzi Asfour (under seal) and attached report (attesting to the risks to Mr. Avenatti's health conditions and the risks to him were he to be remanded) [Docket No. 280]. In July, the American Medical Association confirmed that "COVID-19 case rates have been substantially higher and escalating much more rapidly in prisons than in the U.S. population." The Journal article further provides a telling chart on the rate of coronavirus infection in prisons versus the wider population, and there can be no dispute – prisons are vastly more dangerous. *See* B. Saloner, Ph D., et al., *Covid-19 Cases and Deaths in Federal & State Prisons*, J. Am. Med. Assoc. (July 8, 2020). The researchers found that the infection rate for prisoners was 5.5 times higher than the U.S. population and the death rate in the prison population was 3.0 times higher. Other data shows that the risk remains exceedingly high in jails and prisons. *See*, *e.g.*, charts at end of Exhibit A to

Docket No. 271. By way of example only, the federal Western Region Detention Facility in San Diego, which largely houses pre-trial inmates, is presently experiencing an outbreak with at least 86 inmates and 10 staff members testing positive.

    Accordingly, in order provide additional time for the Court to rule on the government's pending motion and for the Court and the parties to address any further motion by the defense (to be filed if necessary), as well as examine the data relating to the virus in the interim time period, defendant respectfully requests that the Court extend his temporary release 60 days to January 16, 2021 under the same conditions previously ordered.

    Counsel for the defendant and the government conferred and the government's position is as follows: "we oppose for the reasons set forth in our prior motion."

Dated: November 10, 2020        Respectfully submitted,

                                                    /s/ H. Dean Steward
                                        H. DEAN STEWARD

                                        Attorney for Defendant
                                        MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on November 10, 2020, service of the defendant's:

EX PARTE APPLICATION FOR AN ORDER EXTENDING DEFENDANT'S TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA JULIAN ANDRE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2020

/s/ H. Dean Steward
H. Dean Steward