```
 1  H. Dean Steward, SBN 85317
    107 Avenida Miramar, Ste. C
 2  San Clemente, CA 92672
    Tel (949) 481-4900
 3  Fax (949) 497-6753
 4  Attorney for Defendant
    MICHAEL JOHN AVENATTI
 5
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. His temporary release to home confinement is extended until January 16, 2021 on the same conditions as previously ordered by the Court unless otherwise revoked on notice.

**So ordered.**

Dated: November 10, 2020

_____

Hon. James V. Selna

U.S. District Judge

Cc: PTS/SA