NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MICHAEL JOHN AVENATTI,<br><br>            Defendant. | No. SA CR 19-061-JVS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATES:**<br>  February 23, 2021 (Counts 1-10)<br>  October 12, 2021 (Counts 11-36) |

The Court has read and considered the Stipulation Regarding (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court has also considered Central District of California General

Orders 20-02, 20-03, 20-05, 20-08, 20-09, and 20-12, which address the ongoing public-health concerns relating to the COVID-19 pandemic.

The Court hereby finds that the Stipulation, as well as the applicable General Orders regarding COVID-19 and the Court's ruling on defendant's motion to sever Counts 1 to 10, which this Court incorporates by reference into this Order, demonstrates facts that further support the Court's continuance of the trial dates in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuances outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuances would be likely to make a continuation of the proceedings impossible, or result in a miscarriage of justice. .

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial on Counts 1 to 10 of the Indictment in this matter is continued from December 8, 2020, to February 23, 2021, at 8:30 a.m.

2. The trial on Counts 11 to 36 of the Indictment in this matter is continued from December 8, 2020, to October 12, 2021, at 8:30 a.m.

3. The Court also sets the following dates and deadlines with respect to the trial on Counts 1 to 10 of the Indictment in this matter:

| | |
|---|---|
| Government Witness List Disclosure Deadline | January 25, 2021 |
| Deadline to Disclose Jencks Act Materials and Witness Statements | January 25, 2021 |

| Final Pretrial Conference | February 8, 2021 at 8:00 a.m. |
|---|---|
| Government Exhibit Disclosure Deadline | February 16, 2021 |

4.   With respect to Counts 1 to 10 of the Indictment, the time period of December 8, 2020, to February 23, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i).

5.   With respect to Counts 11 to 36 of the Indictment, the time period of December 8, 2020, to October 12, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(b), (h)(7)(A), and (h)(7)(B)(i).

6.   Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on February 23, 2021, at 8:30 a.m., and October 12, 2021, at 8:30 a.m.

7.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

///

///

///

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

November 13, 2020
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/ *Julian L. André*
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

4