# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | January 6, 2021 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Julian Andre/Brett Sagel/ Patrick Fitzgerald (taint team) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | | X | X | Dean Steward | X | | X |

**Proceedings:** VIDEO STATUS CONFERENCE

Cause is called for hearing via video teleconference with the defendant, his counsel, and counsel for the Government present. The defendant has a waiver on file and personally consents to hearing via video

Court and counsel confer re the trial date. The Court continues the trial from February 23, 2021 to July 13, 2021 at 8:30 a.m. If Mr. Steward's trial before Judge Carter in June does not proceed, the Court may advance the trial. Counsel shall meet and confer and file a stipulation and proposed speedy trial order including a pretrial conference date on a Monday at 8:00 a.m.

Defendant's renewed motion for discovery shall be filed by January 22, 2021. Defense counsel is reminded of his discovery responsibilities.

Counsel shall file the joint proposed jury instructions 60 days prior to trial.

:  20

Initials of Deputy Clerk  lmb