TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-6269
    Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | No. SA CR 19-061-JVS<br><br>[PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)(1) |

    The Court, having read and considered defendant MICHAEL JOHN AVENATTI's motion for an order requiring the government's prompt compliance with the Due Process Protections Act and advising the government of the consequences for failing to comply (CR 398) and the government's response to defendant's motion, hereby issues the following order pursuant to Federal Rule of Criminal Procedure 5(f):

Pursuant to Rule 5(f), the Court confirms the prosecutor's continuing duty to disclose material evidence that is favorable to the defendant, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. If the Court finds that the government has failed to comply with this obligation, the Court may, as appropriate, order the production of such information; grant a continuance; impose evidentiary and other appropriate sanctions; order a new trial; or, in extreme cases, dismiss charges.

None of the Court's case management or discovery orders are otherwise altered.

IT IS SO ORDERED.

_____  _____
DATE                          HONORABLE JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ *Julian L. André*
 _____
 JULIAN L. ANDRÉ
 BRETT A. SAGEL
 Assistant United States Attorneys