TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:    Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHAEL JOHN AVENATTI, | **CURRENT TRIAL DATE:** February 23, 2021 (Counts 1-10) |
| Defendant. | **CONTINUED TRIAL DATE:** July 13, 2021 (Counts 1-10) |

     The Court has read and considered the Ex Parte Application
Regarding (1) Continuance of Trial Date and (2) Findings of
Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
government in this matter.  The Court has also considered Central

District of California General Orders 20-02, 20-03, 20-05, 20-08, 20-09, 20-12, and 20-15, and Chief Judge Orders Nos. 20-042, 20-044, 20-097, 20-179, and 21-02 which address the ongoing public-health concerns relating to the COVID-19 pandemic.

Given the grave public-health concerns discussed in the Court's General Orders and the Chief Judge's Orders, and given the facts set forth in the government's Ex Parte Application (which the Court incorporates fully by reference), the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

The Court hereby finds that defendant's filing on January 5, 2021 (CR 395), the statements made by the parties at the January 6, 2021, status conference, the applicable General Orders regarding COVID-19, and the Court's ruling on defendant's motion to sever Counts 1 to 10, which this Court incorporates by reference into this Order, demonstrate facts that further support the Court's continuance of the trial date on Counts 1 to 10 of the Indictment in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuances outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuances would be likely to make a continuation of the proceedings impossible, or result in a miscarriage of justice.

Failure to continue this case would also likely put parties, witnesses, jurors, counsel, and court personnel at unnecessary risk.

The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys

for the government or the defense, or failure on the part of the attorneys for the government to obtain available witnesses.

Accordingly, the Court finds that there are facts that support a continuance of the trial date in this matter, and there is good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial on Counts 1 to 10 of the Indictment in this matter is continued from February 23, 2021, to July 13, 2021, at 8:30 a.m.

2. The Court also sets the following dates and deadlines with respect to the trial on Counts 1 to 10 of the Indictment in this matter:

| | |
|---|---|
| Government Witness List Disclosure Deadline | June 14, 2021 |
| Deadline to Disclose Jencks Act Materials and Witness Statements | June 14, 2021 |
| Final Pretrial Conference | June 28, 2021 at 8:00 a.m. |
| Government Exhibit Disclosure Deadline | July 6, 2021 |

3. With respect to Counts 1 to 10 of the Indictment, the time period of February 23, 2021, to July 13, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i).

4. Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on July 13, 2021, at 8:30 a.m.

5.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.   Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 25, 2021
_____
DATE

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/ Julian L. André_____
JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

4