NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Good cause having been shown, it is ordered that Defendant Michael John Avenatti's Motion For An Order Requiring the Government's Prompt Compliance With the Due Process Protections Act and Advising the Government of the Consequences for Failing to Comply is granted.

    Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, The government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

    Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

    This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the

government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**So ordered.**

Dated: January 25, 2021

_____

Hon. James V. Selna

U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I

2

1  am not a party to the above-entitled action.  I have caused, on January 18, 2021 service of
2  the defendant's:

[PROPOSED] ORDER

5  on the following party, using the Court's ECF system:
6  AUSA BRETT SAGEL AND AUSA JULIAN ANDRE
7  I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on January 18, 2021

                                        /s/ H. Dean Steward
                                        H. Dean Steward