H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael J. Avenatti

FILED
CLERK, U.S. DISTRICT COURT
3/1/21
CENTRAL DISTRICT OF CALIFORNIA
BY: LB DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. AVENATTI<br><br>　　　　Defendant. | Case No. SA-CR-19-61-JVS<br><br>EX PARTE APPLICATION TO SEAL DECLARATION AND FILE IN CAMERA; [Proposed] ORDER |

Comes now defendant Michael J. Avenatti, through counsel, and applies to this honor Court for:

1. An order sealing the attached declaration of defendant and

2. For filing in camera filing of the declaration

Said declaration was ordered by this Court to be filed on 8-27-20, to be filed periodically. Specifically, the declaration contains information related to counsel's

- 1 -

CJA appointment and financial information from the defendant. Such information must be sealed by local rule, and the in camera filing is necessary to preserve the sensitive nature of the private, non-public information in the document.

Dated: 2-28-21  /s./ H. Dean Steward

H. Dean Steward
Counsel for Defendant
Michael J. Avenatti

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. On 2-28-21, I have caused service of the defendant's:

**EX PARTE TO SEAL AND FILE IN CAMERA DEFENDANT'S DECLARATION**

On the following parties by e-mail, as the application, proposed order and underlying document contain sensitive material.

**AUSAS BRETT SAGEL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-28-21

s/ H. Dean Steward

H. Dean Steward