H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
MIACHAEL J. AVENATTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>   vs.<br><br>MICHAEL J. AVENATTI<br><br>       Defendant. | Case No.  SACR 19-61-JVS<br><br>ORDER SEALING IN CAMERA FILING |

GOOD CAUSE HAVING BEEN SHOWN, the attached Declaration of defendant Michael J. Avenatti shall be sealed and filed IN CAMERA.

Dated: March 1, 2021

*[signature]*

Hon. James V. Selna

U.S. District Judge

- 1 -