H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | **[PROPOSED] ORDER TO SHOW CAUSE RE CIVIL CONTEMPT** |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

On March 8, 2021, Defendant Michael John Avenatti filed a Motion For An Order To Show Cause Re Civil Contempt and a Finding of Contempt as to why the government should not be held in civil contempt for their failure to comply with the Court's January 25, 2021 Order (the "Order"). In the motion, Mr. Avenatti presented evidence that the government has violated the Order.

Having considered the motion, the opposition, and the reply, for good cause shown, Mr. Avenatti's motion for an order to show cause is hereby GRANTED.

IT IS FURTHER ORDERED that, on _____ at _____ a.m./p.m., the government shall appear before this Court to show cause why an order of civil contempt should not be issued and, at that time.

The hearing may be video. The Court will advise.


IT IS SO ORDERED.


Dated: March ___, 2021

_____

Hon. James V. Selna

U.S. District Judge

2

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on March 8, 2021, service of the defendant's:

[PROPOSED] ORDER RE CIVIL CONTEMPT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2021

/s/ H. Dean Steward

H. Dean Steward