<u>DECLARATION OF BRETT A. SAGEL</u>

I, Brett A. Sagel, declare as follows:

1.    I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California.  Together with AUSA Alexander C.K. Wyman, I am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in <u>United States v. Michael John Avenatti</u>, SA CR 19-61-JVS.  I submit this declaration in support of the government's opposition to defendant's motion for an order to show cause re civil contempt and a finding of contempt (CR 415).

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a brief that was publicly filed in support of a motion to compel production of <u>Brady</u> material and for an order to show cause in <u>United States v. Michael Flynn</u>, CR 17-232-EGS (D.D.C.).

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a letter that I received from defense counsel H. Dean Steward on or about February 17, 2021.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the government's response to Mr. Steward's February 17, 2021, letter, which I emailed to Mr. Steward on or about March 1, 2021.  Also on or about March 1, 2021, and as described in the government's letter, my Office sent a supplemental discovery production to defendant that contained 67 pages of Bates-stamped documents.

5.    Filed concurrently under seal as **Exhibit 4** is a true and correct copy of the 67 pages of Bates-stamped documents that the government produced to defendant on or about March 1, 2021.

1    6.    Attached hereto as **Exhibit 5** is a true and correct copy of

2    General Order 21-02 that the Chief Judge of the Central District of

3    California issued on or about March 8, 2021.

4    7.    Filed concurrently under seal as **Exhibit 6** is a true and

5    correct copy of an email and attachment, which contained a list of

6    victims and potential witnesses with whom defendant would be

7    precluded from contacting under his bail conditions, that the

8    government sent to Mr. Steward on or about May 15, 2020.

9    8.    Attached hereto as **Exhibit 7** is a true and correct copy of

10   an email that I sent to Mr. Steward on or about January 20, 2021.

11   9.    Filed concurrently under seal as **Exhibit 8** is a true and

12   correct copy of an email and attachment, which contained a list of

13   victims and potential witnesses with whom defendant would be

14   precluded from contacting under his bail conditions, that the

15   government sent to Mr. Steward on or about September 6, 2019.

16   10.   Attached hereto as **Exhibit 9** is a true and correct copy of

17   a publicly filed order issued in United States v. Michael Flynn, CR

18   17-232-EGS (D.D.C.).

19   11.   Filed concurrently under seal as **Exhibit 10** is a true and

20   correct excerpt of an extraction report showing text messages between

21   an employee of Global Baristas and an individual identified in the

22   Indictment as EA Employee 1.  The government previously produced the

23   contents of EA Employee 1's iPhone 8 Plus obtained pursuant to search

24   warrants to the defense on November 25, 2019, which contained these

25   text messages.

26   I declare under penalty of perjury under the laws of the United

27   States of America that the foregoing is true and correct and that

28

1   this declaration is executed at Santa Ana, California, on March 15,

2   2021.

3

4                                    _____

5                                    BRETT A. SAGEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28