BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Email:   Brett.Sagel@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

(1) Government's Unopposed Ex Parte Application For Under Seal Filing

(2) [Proposed] Order Authorizing Under Seal Filing

(3) Government's Under Seal Submission

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   December 31, 2019
☐ Other:
(CR 74.)

March 15, 2021
Date

Brett A. Sagel
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING