H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI,<br><br>  Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. His temporary release to home confinement is extended from March 31, 2021 to May 31, 2021 on the same conditions as previously ordered by the Court unless otherwise revoked on notice.

**So ordered.**

Dated: March __, 2021       _____

                                               Hon. James V. Selna
                                               U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on March 15, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2021

/s/ H. Dean Steward
H. Dean Steward

2