DECLARATION OF BRETT A. SAGEL

I, Brett A. Sagel, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. Together with AUSA Alexander C.K. Wyman, I am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-61-JVS. I submit this declaration in support of the government's opposition to defendant's ex parte application for an order extending defendant's temporary release (CR 420).

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email that I sent to defense counsel H. Dean Steward on or about March 8, 2021, along with Mr. Steward's response to my email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on March 15, 2021.

BRETT A. SAGEL