## Sagel, Brett (USACAC)

**From:**      Dean Steward <deansteward7777@gmail.com>
**Sent:**      Wednesday, March 10, 2021 9:37 AM
**To:**        Sagel, Brett (USACAC)
**Subject:**   Re: COVID Vaccination

Brett:
Thank you for the email. We will let you know when and if we need any modifications of my client's bail conditions relating to the vaccine.

Dean

On Mon, Mar 8, 2021 at 6:35 PM Sagel, Brett (USACAC) <Brett.Sagel@usdoj.gov> wrote:

> Dean-
>
> According to the California COVID-19 website (link below), beginning March 15, healthcare providers such as your client's doctor, Dr. Asfour, at their discretion and clinical judgment, can vaccinate individuals deemed to be high risk from getting very sick from COVID-19 if they were to contract it (there may be other bases for which your client would be eligible of vaccines as well).  The government is willing to stipulate to a modification of your client's bail conditions to permit him to leave his third-party custodian's residence to receive vaccinations as long as he's accompanied by yourself or his third-party custodian, Jay Manheimer.  This would basically be an agreement to modify paragraph 10 in the bail conditions (CR 154).  Let me know if you have any questions or wish to discuss this further.  Thanks,
>
> Brett
>
>
>
> https://covid19.ca.gov/vaccines/

--



         949-481-4900  www.deansteward.com

1