H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's ("Avenatti") *ex parte* application is granted. His temporary release to home confinement is extended from March 31, 2021 to May 31, 2021 on the same conditions as previously ordered by the Court unless otherwise revoked on notice.

Upon notification in advance to Avenatti's Pretrial Services officer, Avenatti is permitted to leave the Manheimer residence to secure one or more Covid-19 vaccinations, provided that he is accompanied at all times by Jay Manheimer or Dean Steward, Esq.  Securing vaccination would be consistent with Avenatti's past representations concerning his underling health condition.

Dated: March 16, 2021

_____
Hon. James V. Selna
U.S. District Judge