H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S STATUS REPORT SUBMITTED IN RESPONSE TO THE COURT'S ORDER [DKT. 426] |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this Status Report in Response to the Court's Order [Dkt. 426] requesting information concerning the matter of *United States v. Michael Avenatti* (SDNY, Case No. 1:19-CR-00374-JMF (the "Daniels Case")).

### Conditions of Bail and Current Bail Status

On May 28, 2019, Mr. Avenatti travelled to New York City from Los Angeles and voluntarily surrendered to the FBI in connection with the Daniels Case. He was arraigned and entered a plea of not guilty that same day. He was released on bond and placed under the supervision of the U.S. Pretrial Services Agency ("PS"), with the following conditions requested by the government: $300,000 unsecured personal recognizance bond; travel restricted to SDNY, EDNY, CDCA, and points in between for travel to court/personal attorney; additional domestic travel with prior notification to PS;

surrender travel documents within 48 hours and no new applications; pretrial supervision as directed by PS; defendant to be released on his own signature; no contact with alleged victim except through counsel; compliance with standard conditions. [Dkt. 4, 5].[1] By agreement between the PS offices of the Central District of California and the Southern District of New York, he was subsequently assigned for supervision to PS Officer Specialist Ms. Shakira Davis of the Central District. Mr. Avenatti remains on bail under the original conditions, with no modifications to the conditions or custody status having been sought by the government or ordered by the court since his arraignment almost two years ago.

### Trial Date and Other Important Dates

On January 8, 2021, the Honorable Jesse M. Furman adjourned the trial in the Daniels Case to January 10, 2022. [Dkt. 103]. On January 29, the court set May 1, 2021 as the deadline for any defense motions, with responses due by June 1, 2021 and replies due by June 18, 2021. [Dkt. 105].

### Other Potentially Relevant Information

For the benefit of the Court, the defense wishes to bring the following additional information to the Court's attention:

Mr. Avenatti remains on bail pending sentencing in connection with the Nike Case under the same conditions as his original release on March 25, 2019 (which are substantially similar to those of the Daniels Case, with the exception that a signature surety (with no collateral) was required). No modifications to his original bail

---

[1] The government did not argue Mr. Avenatti is a flight risk. *See also*, May 2020 presentence report: "[Mr. Avenatti] is not viewed as a flight risk or a danger to the community." Dkt. 295, p.51 (filed May 13, 2020); Case No. 1:19-CR-00373-PGG (SDNY) (the "Nike Case").

2

conditions or custody status have been sought by the government or ordered by the court, nor has any claim ever been made that Mr. Avenatti is a flight risk.

Mr. Avenatti is presently awaiting a ruling on his post-trial motions for judgment of acquittal and for new trial, which have been fully briefed since April 21, 2020. [Dkt. 291]. Mr. Avenatti's sentencing in the Nike Case is expected to proceed as scheduled on May 7, 2021, unless continued again due to the pandemic.

Dated: March 17, 2021                    Respectfully submitted,


/s/ H. Dean Steward
 H. DEAN STEWARD
 Attorney for Defendant
 MICHAEL JOHN AVENATTI

3

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on March 17, 2021, service of the:

DEFENDANT'S STATUS REPORT SUBMITTED IN RESPONSE TO THE COURT'S ORDER [DKT. 426]

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2021

/s/ H. Dean Steward
H. Dean Steward

4