TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR LEAVE TO DESIGNATE AN ALTERNATE EXPERT ON THE SUBJECT OF SPECIAL NEEDS TRUSTS; DECLARATION OF ALEXANDER C.K. WYMAN, EXHIBITS 1-5 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | [No Hearing Requested] |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Motion for Leave to Designate an Alternate Expert on the Subject of Special Needs Trusts.

This Motion is based upon the attached memorandum of points and authorities, the attached Declaration of Alexander C.K. Wyman and accompanying exhibits, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 29, 2021         Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

          /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 1, 2020, the government provided notice to defendant MICHAEL JOHN AVENATTI that it intended to call Tracy Kaas as an expert on the subject of special needs trusts and structured settlements. (See CR 285, Ex. A at 16-18.) After defendant moved to exclude Ms. Kaas and other experts designated by the government, on October 19, 2020, this Court excluded Ms. Kaas as an expert on the basis that her work with another law firm provided "a colorable basis for disqualification." (CR 371 at 15.)

In so ruling, the Court noted that "the subject of special needs trust is highly relevant to the Counts involving Client 1," that "[t]he subject matter is far beyond the ken of lay jurors and likely most lawyers," and that "[t]estimony in this area would be helpful to the jury." (Id.) The Court then ordered the parties to meet and confer regarding a potential stipulation on this issue and stated that, absent a stipulation between the parties on this topic, the Court was "likely to grant the Government leave to designate an alternate expert." (Id.)

Pursuant to the Court's Order, government counsel contacted defense counsel on November 6, 2020 and November 23, 2020 by email and sent a proposed stipulation on the subject. (Wyman Decl. Exs. 1-2.) Defendant did not agree to the stipulation and did not propose an alternative situation on this topic. (Wyman Decl. ¶ 3, Ex. 3.) Accordingly, the government retained an alternate expert witness on the subject of special needs trusts, attorney Susan Katzen. On March 16, 2021, the government provided defendant with notice of its intent to seek leave from this Court to designate Ms. Katzen as an alternate expert witness, as contemplated by the Court's October 19, 2020 Order

(CR 371). (Wyman Decl. Exs. 4-5.)  In response, defense counsel indicated that defendant would oppose the government's motion, although defense counsel did not specify the basis for defendant's opposition.  (Id. ¶ 4.)

The government hereby seeks leave from this Court to designate Ms. Katzen as an alternate expert witness on the subject of special needs trusts and structured settlements.  As the Court recognized, the subject of special needs trusts is both highly relevant to the counts involving Client 1 and a subject that is "far beyond the ken of lay jurors," such that "[t]estimony in this area would be helpful to the jury."  (CR 371 at 15.)  Ms. Katzen is highly qualified in this subject matter.  As evidenced by Ms. Katzen's curriculum vitae attached as an exhibit to the government's expert notice (Wyman Decl. Ex. 5), Ms. Katzen has over 40 years of experience practicing in the areas of special needs planning, litigation settlement planning, trust planning, probate, and trust administration.  Moreover, the testimony that the government informed defendant it intends to elicit from Ms. Katzen is nearly identical to the testimony it proposed to elicit from Ms. Kaas in March 2020.  (Compare Wyman Decl. Ex. 5 at 5-8, with CR 285, Ex. A at 16-18.)  The Court's reasoning regarding the value of Ms. Kaas's proffered testimony therefore applies with equal force to Ms. Katzen's expected testimony.

For the foregoing reasons, the government respectfully requests leave to designate Susan Katzen as an expert witness at trial on the subject of special needs trusts and structured settlements.