TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO DESIGNATE AN ALTERNATE EXPERT ON THE SUBJECT OF SPECIAL NEEDS TRUSTS |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, the government's motion for leave to designate an alternate expert on the subject of special needs trusts is GRANTED. The government may designate attorney Susan Katzen as an

//

//

//

expert witness to testify on the subject of special needs trusts and structured settlements.

IT IS SO ORDERED.

_____     _____
DATE                            HONORABLE JAMES V. SELNA
                                UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
ALEXANDER C.K. WYMAN
Assistant United States Attorney