UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-61-JVS | | Date | March 30, 2021 |
|---|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] ORDER DENYING ORDER TO SHOW CAUSE RE CONTEMPT

Defendant Michael John Avenatti ("Avenatti") seeks an order for the Government to show cause why it should not be held in contempt for failure to comply with the Court's Order of January 25, 2021, dealing with the Government's discovery obligations under Rule 5(f) of the Federal Rules of Criminal Procedure.[1]  (Docket No. 415.)  The Government has filed an opposition (Docket No. 418), and Avenatti has replied (Docket No. 428).

In those limited instances where Avenatti's allegations pass the level of mere surmise and speculation, he has not established by clear and convincing evidence that the Government has failed to meet its obligations under the order.  In re Dual-Deck Video Cassette Recorder Antitrust Litigation, 10 F.3d 693, 95 (9th Cir. 1993); KSM Fastening Systems, Inc. v. H.A. Jones Co., Inc., 776 F.2d 1522, 1524 (Fed. Cir. 1985).

The Court denies the motion for an order to show cause.  The Court vacates the April 5, 2021 hearing.

: 0

Initials of Deputy Clerk   lmb

---

[1] Docket No. 408.