UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | April 8, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | Dean Steward | X | | X |

**Proceedings:** ZOOM VIDEO CONFERENCE STATUS CONFERENCE

Cause is called for hearing with the defendant appearing telephonically (waiver on file), his counsel, and counsel for the Government present via video conference.

Court and counsel confer. Counsel stipulate to a time qualified jury of 150 and extensive questionnaires with a time estimate for trial of 15 days.

The Court GRANTS the Government's motion for an additional expert is GRANTED.

Counsel shall meet and confer on a proposed jury questionnaire and submit it to the Court no later than mid-May. The jury questionnaires will be sealed. Counsel stipulate to an agreed on statement of the case to be read to the prospective jurors in lieu of the Indictment and it shall be submitted to the Court by May 13, 2021 along with the proposed jury instructions. The Government shall disclose their witness list by June 14, 2021 as previously ordered.

| | : | 20 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |