## DECLARATION OF ALEXANDER C.K. WYMAN

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. Together with AUSA Brett A. Sagel, I am assigned to represent the government in the prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Michael John Avenatti, SA CR 19-061-JVS. I submit this declaration in support of the government's Opposition to Defendant's Motion in Limine to Exclude Expert Testimony of Susan Katzen and Request for Daubert Hearing.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the curriculum vitae of the government's initially disclosed expert on special needs trusts, Traci Kaas, that government counsel sent to defense counsel on approximately March 1, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email that defense counsel, H. Dean Steward, sent to government counsel on April 7, 2021, after the Court's recent status conference, along with my response to that email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 20, 2021.

ALEXANDER C.K. WYMAN

# EXHIBIT 1

# Curriculum Vitae
# of
# Traci Kaas
# President, Kaas Settlement Consulting

20341 SW Birch Street, Suite 120
Newport Beach, CA 92660
Phone: 714-335-4977
Email: traci@tracikaas.com

**Overview:**

After several years dedicated to helping plaintiffs plan for their future, Traci formed Kaas Settlement Consulting. Kaas Settlement Consulting ensures clients receive the best access to a national network of reputable and highly-rated insurance carriers, corporate trustees, government benefit experts and wealth managers.

Traci has helped clients with a broad spectrum of catastrophic personal injury and wrongful death cases including product liability, medical malpractice, workers' compensation, mass torts, and cases involving minors. Her breadth of experience also includes non-personal injury cases such as class actions, divorce, defamation, employment, the sale of business or property, and much more.

Armed with extensive and ongoing training as a Certified Financial Transitionist® from the Sudden Money® Institute, Traci understands how to best navigate the technical and personal issues clients will experience during their financial transitions. Traci has found that thoughtfully and purposefully approaching each case on an individual basis results in the best, most customized solutions for clients' personal and financial goals.

**Professional Licenses and Designations:**

- Certified Structured Settlement Consultant
- Certified Financial Transitionist®
- Certified Medicare Secondary Payer Professional
- Series 7/FINRA Securities License
- Series 63/FINRA Securities License
- Series 65/FINRA Securities License
- Life & annuity licenses in all 50 states
- CA License #0E33570
- Author, *What You Can Expect When Expecting a Settlement*

Exhibit 1
1

USAO_EX_000011

**Traci L. Kaas**
**Curriculum Vitae**
_____

**Professional Experience:**

**Kaas Settlement Consulting**
**Newport Beach, CA**
**Founder**
**2008-Present**

Kaas Settlement Consulting is a comprehensive settlement planning firm involved in personal injury, workers' compensation, and wrongful death cases.  As Founder and President, Traci oversees company matters related to a full range of settlement consulting services for minors and adults, including financial planning consultation, government benefit preservation, structured settlement annuities (income tax-free and tax-deferred), mass tort settlement resolution, qualified settlement fund administration, and attorney fee deferrals. Kaas Settlement Consulting also assists in lien resolution, Medicare Set-Asides, trust services, and tax planning issues. Specialized in settlement planning for personal injury, workers' compensation, and wrongful death cases. Traci's expertise is in a full range of settlement services including case, damage and wage loss analysis; life care planning, costing and financing; access to settlement annuity, bond trust, funding agreement and reinsurance providers; and customized settlement solutions.

**Millennium Settlements**
**Tallahassee, FL**
**Settlement Planner/Independent Consultant**
**2006-2008**

Settlement planning consisting of advising attorneys and plaintiffs on the different settlement planning options.

**Ringler & Associates**
**Mission Viejo, CA**
**Settlement Planner**
**2006-2008**

Settlement planning consisting of advising attorneys and plaintiffs on the different settlement planning options.

**Professional Affiliations:**

- National Structured Settlements Trade Association
- Society of Settlement Planners
- Sudden Money® Institute
- American Association for Justice
- Orange County Trial Lawyers Association
- Orange County Women Lawyers Association
- Orange County Bar Association

1

Exhibit 1
2

USAO_EX_000012

**Traci L. Kaas**
**Curriculum Vitae**
_____

- Consumer Attorneys Association of Los Angeles
- Consumer Attorneys of California
- California Applicant Attorneys Association
- San Francisco Trial Lawyers Association
- Los Angeles Trial Lawyers' Charities

2

Exhibit 1
3
USAO_EX_000013

# EXHIBIT 2

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Wednesday, April 7, 2021 6:12 PM |
| **To:** | Dean Steward; Sagel, Brett (USACAC) |
| **Subject:** | RE: expert |

Dean,

We do not currently intend to supplement our March 16, 2021 disclosure regarding Ms. Katzen's anticipated testimony and qualifications.  With regard to your motion, the Court has already ruled on the Rule 702, 704, and 403 arguments you raised in opposition to our motion for leave to designate Ms. Katzen as an expert.

Thanks,
Alex

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Wednesday, April 7, 2021 3:47 PM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Wyman, Alex (USACAC) <AWyman@usa.doj.gov>
**Subject:** expert

Alex and Brett:

Is the government's letter dated March 16, 2021 your complete expert disclosure regarding Ms. Susan Katzen or is there a different disclosure you intend to make before we file our *Daubert* /702/704/403 Motion to Exclude?

Thank you in advance for getting back to me promptly as I want to file our motion in the next few days.

Dean

--



949-481-4900  www.deansteward.com