H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

　　　Good cause having been shown, it is ordered that Defendant Michael John Avenatti's Motion to Reopen Detention Hearing pursuant to 18 U.S.C. § 3142(f) is granted.  The reopened detention hearing shall proceed as follows:_____
_____
_____.

　　　**So ordered.**

Dated:  May \_\_, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on May 7, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2021

/s/ H. Dean Steward

H. Dean Steward

2