H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Attorney for Defendant Micheal J. Avenatti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J. AVENATTI | APPLICATION TO THE CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER; ORDER THEREON |
| DEFENDANT(S). | |

Application is hereby made to Judge James V. Selna y the ☐ Government  ☒ Defendant  ☐ PSA pursuant to Local Criminal Rule 46-1.4 for a review of the bail set in the above-entitled matter as follows:

Name of Defendant: MICHAEL J. AVENATTI
Nature of case (check one): ☒ Local   ☐ Out-of-District
Upon (check one) ☐ Complaint  ☒ Indictment  ☐ Information
Set by United States Magistrate Judge John D. Early  on 6-10-19.
(List all dates of any additional bail reviews: 4-1-19, 6-10-19, 1-15-20.)
Present bail: Set at: $_____   ☒ Detention
Type of Bond: Temporary release bond in place
Additional Conditions of Release: See docket #128, 140,, 142, and 151
☒ Pre-Trial Supervision     ☒ Surrender of Passport     ☒ Travel Restrictions
☐ CTC Placement             ☐ Drug Testing              ☐ Nebbia Hearing
☐ Other: $1,000,000 with $500,000 deeding of property and other conditions and restrictions

The government ☐ has  ☐ has not requested a stay from the Magistrate Judge of the order setting bail pending a review and decision of the criminal duty judge, and a stay has been
☐ Granted to n/a _____.
☐ Denied.
☐ Pending Review.

## NOTICE OF COURT ORDER

By Order of Court, Application for Review is:
  ☐ Denied without prejudice to a hearing by the trial judge.
  ☐ Granted and this case is calendared for hearing on _____ at _____
    before the District Judge _____ in Courtroom No. _____.

Notice shall be given to:  ☐ U.S. Attorney   ☐ Defense counsel   ☐ Pre Trial Services Agency   ☐ Interpreter Section
no later than _____.

_____                    _____
Date                                        Criminal Duty Clerk

cc: Magistrate Judge whose bail setting is subject of review

## PROOF OF SERVICE

Notice is hereby given to you of an Application to Criminal Duty Judge for Review of Magistrate Judge's Bail Order and Order Thereon, setting this matter on calendar for hearing.

Notice is given on __5-10-21__ at __SAN CLEMENTE__ by:

- ☐ personally handing or
- ☒ faxing a copy to __ROBTS SAUER & ALEX WYMAN__ EMAIL
  *(Name of counsel for the Government or Defendant)*

### ACKNOWLEDGMENT OF SERVICE   BY EMAIL PERMISSION

Received by government's counsel on __5-10-21__ by __[signature]__ 5-10-21
*Signature of person served*

__H. DEAN STEWART__
*Name of person served*

Received by defendant's counsel on _____ by n/a
*Signature of person served*

_____
*Name of person served*

Received by Pre-Trial Services on __May 7, 2021__ by __[signature]__
*Signature of person served*

Shakira Davis
*Name of person served*

Received by Interpreter's Section on _____ by n/a
*Signature of person served*

_____
*Name of person served*