# EXHIBIT 1
# (Defendant's Proposed Jury Questionnaire)

**JUROR NAME:** _____
**JUROR NUMBER:** _____

## TO THE PROSPECTIVE JUROR:

The purpose of this **confidential** questionnaire is to provide information to the judge, the prosecutors, the defense attorneys, and the Defendant to assist them in determining whether you can be a fair and impartial juror in this case. You must give true and complete answers to every question.

Where indicated, please check the space for "Yes" or "No" and, as requested, furnish answers, explanations, and/or details in the spaces provided. Please print your answers in blue or black ink. Please do not leave any questions unanswered. If you don't understand any question, please write, "I don't understand." If there is not enough space for you to complete the answer to a question, please continue your answer on the back of the page.

All of your responses will remain completely confidential. Do not discuss the questions or answers with anyone, including your fellow prospective jurors. It is extremely important that your answers be your own answers and not influenced by those around you. During the jury selection process, it is critically important that you not read anything about the case, that you not discuss it with anyone, that you not let anyone talk to you about the case, and that you do not do any research about the case on the Internet or any place else. If you are selected for the jury, I will have more instructions for you later on this topic.

Please enter your name and juror number on the front page of the questionnaire and at the top of each page.

## INTRODUCTION

## NATURE OF CASE:

This is a criminal case. The defendant, Michael Avenatti, is a lawyer charged with [insert agreed-upon case description].

Michael Avenatti is presumed innocent of the charges against him, and it is the Government's burden to prove, beyond a reasonable doubt, that he committed these crimes. Michael Avenatti has no burden to present any evidence at all and also has no obligation to testify at trial.

This case has received significant press attention. Many of you may have heard of Michael Avenatti. He is a well-known lawyer who has been involved in a number of high-profile matters. As a result, this questionnaire asks whether you have read, seen, or heard anything about Michael Avenatti or this case, whether you have strong views about some of the topics that may arise during the trial, and whether you will follow the Court's instructions to decide this case based solely on the evidence that will be presented in court. It is critical for the parties and the Court to know everything you can remember about Michael Avenatti, this case, and each of the questions below. Please take your time to search your memory and fully answer each of the questions below.

It is vitally important that the jury's verdict be based solely on the evidence received in the courtroom, and not on what might have been written or said about Michael Avenatti in the media, including social media. Nothing that has been said or written about Michael Avenatti matters at all at trial. Instead, we rely on people like you to listen carefully to the evidence and the judge's instructions on the law, and come to a verdict based solely on that evidence and that law.

IT IS CRITICALLY IMPORTANT THAT YOU NOT DO ANY RESEARCH INTO MICHAEL AVENATTI FROM THIS POINT FORWARD UNTIL SUCH TIME AS THE TRIAL HAS CONCLUDED.  YOU MUST NOT "GOOGLE" MR. AVENATTI NOR ARE YOU PERMITTED TO SEARCH HIS NAME ON THE INTERNET OR ON SOCIAL MEDIA, INCLUDING FACEBOOK, TWITTER, INSTAGRAM, ETC.  YOU MUST AVOID ANY AND ALL INFROMATION ABOUT MR. AVENATTI EXCEPT INFORMATION YOU LEARN IN THE COURTROOM.

**JUROR NAME:** _____

**JUROR NUMBER:** _____

**<u>QUESTIONS</u>**

1. Do you have any physical/medical problem(s) that would interfere with your ability to serve as a juror?     \_\_\_\_\_ Yes     \_\_\_\_\_ No

   If yes, please explain the hardship:

   _____

   _____

   _____

2. Is English your native language?     \_\_\_\_\_ Yes     \_\_\_\_\_ No

   If no, do you have any difficulty reading or understanding English?

   _____

3. Please provide the following information:

   a. Marital Status: _____

   If married, spouse's occupation: _____

   b. Are you:

   \_\_\_\_\_ Employed full-time

   \_\_\_\_\_ Self Employed

   \_\_\_\_\_ Retired

   \_\_\_\_\_ Student (if so, indicate area of study: _____)

   \_\_\_\_\_ Employed part-time     \_\_\_\_\_ Homemaker

   \_\_\_\_\_ Unemployed/laid-off     \_\_\_\_\_ Other (Please describe)

**JUROR NAME:** _____
**JUROR NUMBER:** _____

    a.  What is your occupation (please list name of employer)?

        _____

    b.  How long have you been engaged in your current occupation? _____

    c.  If you are retired, unemployed, or have been at your current occupation less than five years, what was your previous occupation? _____

    d.  What are/were your specific duties at your job? _____

    e.  How many people do you supervise? _____

    f.  Do you have any children? _____ Yes   _____ No

    If yes, please fill out the chart below:

    <u>Age</u>      <u>Male/Female</u>      <u>Occupation or Year in School</u>

    _____

    _____

    _____

4.    Educational Background:

    _____ Less than High School

    _____ High School graduate

    _____ College Graduate. If so, please indicate degree and/or field of study:

    _____

    _____ Post-Graduate degree. If so, please indicate degree and/or field of study:

    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

5. Have you ever heard of Michael Avenatti? _____Yes   \_\_\_\_\_No

    If yes: How did you hear about him and what did you hear? Please explain.

    _____

    _____

    _____

    _____

6. If you have heard of Michael Avenatti, what is your opinion of him? Please explain.

    _____

    _____

    _____

    _____

7. Is your impression of Michael Avenatti negative in any way? \_\_\_\_\_Yes _____No
    Please explain.

    _____

    _____

    _____

8. Do you have any concern about whether you can be completely fair and impartial when hearing evidence about Michael Avenatti? _____Yes   \_\_\_\_\_No
    Please explain.

    _____

    _____

    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

9. Have you read, seen, or heard anything about this case? _____Yes   _____No

   If yes: What have you read, seen or heard and where did you get your information?

   _____

   _____

   _____

   _____

10. Based on what you have read, seen, or heard about this case, did you form an opinion about Michael Avenatti's guilt? ___Yes   _____No

    If yes: What is your opinion?

    _____

    _____

    _____

    _____

11. Would your opinion interfere with your ability to decide this case based solely on the evidence presented at trial? ___Yes   _____No

    If yes, please explain:

    _____

    _____

    _____

**JUROR NAME:** _____

**JUROR NUMBER:** _____

12. Have you read, seen, or heard anything about any other cases involving Michael Avenatti?

    _____ Yes     _____ No

    If yes: Please describe or summarize every case you associate with Michael Avenatti, including what you have read, seen or heard about the case and where did you get your information?

    _____

    _____

    _____

    _____

13. In 2018, Michael Avenatti sued President Trump on behalf of Stormy Daniels. Have you heard about that lawsuit? _____ Yes     _____ No

    If yes: What have you heard? Is there anything about Michael Avenatti's filing of lawsuits against President Trump that may make it difficult for you to be a fair and impartial juror in this case? Please explain.

    _____

    _____

    _____

14. Have you, a family member, or a friend, ever hired an attorney to represent you? _____ Yes _____ No. If so, in connection with what case or issue? Please explain.

    _____

    _____

    _____

11

**JUROR NAME:** _____

**JUROR NUMBER:** _____

15. Have you, a family member, or a friend ever had a less than satisfactory or negative experience with any attorney? _____Yes _____No

    Please explain:
    _____
    _____
    _____

16. Do you believe that attorneys make too much money or take advantage of the legal system?_____Yes _____No

    Please explain:
    _____
    _____
    _____

17. Do you believe a lawyer representing a client should not communicate with the press, go on television, or hold press conferences?____Yes _____No

    Please explain.
    _____
    _____
    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

18. Michael Avenatti is a civil trial lawyer who sues individuals and corporations.

    a. What is your opinion of civil trial lawyers?
    _____

    b. Do you believe there are too many lawsuits in this country?

    Please explain: _____
    _____

    c. Do you believe that people are too ready to sue?

    Please explain: _____
    _____

    d. Do you believe that lawsuits are costing us all too much money?

    Please explain: _____
    _____
    _____

    e. Do you feel that money damages awarded in lawsuits are:

    ☐ Excessive?  ☐ Occasionally too low?

    ☐ Often too large?  ☐ Often too low?

    ☐ About right?

**JUROR NAME:** _____
**JUROR NUMBER:** _____

    f.  Do you have any negative opinions about people who bring lawsuits for money damages to compensate them for injury or harm?
_____ Yes  _____ No

If yes, please explain:
_____
_____
_____

    g.  Do you believe there should be caps or limits on the amount of money juries can award? _____ Yes _____ No

If yes, please explain:
_____
_____
_____

19. Do you believe most large public companies behave ethically and responsibly?

_____ Yes _____ No

Please explain:
_____
_____
_____

20. Have you, a family member, or a friend ever filed for bankruptcy?
_____ Yes _____ No

If yes, please explain:
_____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

21. Do you have an opinion about companies or individuals who file for bankruptcy?
    _____Yes  _____No

    Please explain:

    _____

    _____

    _____

22. Do you typically spend time on the Internet or social media?
    _____Yes  _____No

    If yes, how many hours a day do you typically spend on the Internet or social media, and for what purposes do you commonly use the Internet or social media?

    _____

    _____

    _____

23. Are you a member of Twitter, Facebook, or Instagram or a similar social media website?  _____Yes  \_\_\_\_\_No.

    If yes, what functions do you use on those social media sites?

    _____

    _____

    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

24. Would you describe yourself as a fan of the National Football League?
_____ Yes _____ No.

    Please explain.

    _____
    _____
    _____

25. On average, how many National Football League games do you attend or watch on television each year?

    _____
    _____

26. Years ago, there was an incident in connection with Super Bowl 45 in Dallas, Texas where certain fans had purchased seats that were later found to either not exist or had obstructed views. Do you remember anything about this?

    _____ Yes _____ No.

    If yes, what do you remember?

    _____
    _____
    _____

27. Have you, a family member, or a close friend ever worked in law enforcement (including state or local police departments, the FBI, the Securities and Exchange Commission, any prosecutor's office, the Department of Corrections, any regulatory agency, etc.): _____Yes _____No

    If yes, please explain:

    _____
    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

28. Have you, your spouse/significant other, and/or a close family member ever served in the military?  _____ Yes  _____ No

    If yes, what branch and how long: _____

29. Who are the three publicly known people you admire most?

    a. _____

    b. _____

    c. _____

30. Who are the three publicly known people you admire least?

    a. _____

    b. _____

    c. _____

31. What are your hobbies?

32. What is your main source for news?

33. Please list any newspapers and/or magazines that you read on a regular basis:

    _____

17

**JUROR NAME:** _____
**JUROR NUMBER:** _____

34. Please check which of the following news stations you watch on a regular basis:

   _____        _____        _____
   CNN             FOX             MSNBC

   Please list any others:
   _____

35. Have you ever served as a juror at trial?    \_\_\_\_\_Yes    \_\_\_\_\_No

   If applicable, please briefly described the case(s) in which you served as a juror, using the following table:

| Civil or Criminal | Type of Case (e.g. personal injury, homicide, etc) | Did you reach a verdict, did the jury hang, or was the case settled? If you reached a verdict, what was it? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

36. If you have served on a civil jury, you must understand that the burden of proof in a criminal case requires the prosecution to prove the defendant's guilty "beyond a reasonable doubt," while in civil cases the burden of proof requires the plaintiff to prove his or her case by a preponderance of the evidence, which is a far lesser standard. Do you feel that you might have difficulty following the law as it applies to this case, a criminal trial? Yes No

   If yes, please explain:
   _____

   _____

   _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

37. Have you ever served as a grand juror?  _____Yes  _____No

    If you have served on a grand jury, you understand that grand juries bring charges based on "probable cause," while in criminal cases the burden of proof requires the prosecution to prove the defendant's guilt "beyond a reasonable doubt," a much higher standard. Do you feel that you might have difficulty following the law as it applies to this case – a criminal trial? _____Yes _____No

    If you have served on a grand jury, did anything happen during your time as a grand juror that might affect your ability to be fair and impartial in this case?
    _____ Yes  _____No

    If yes, please explain:
    _____
    _____

38. Have you ever testified as a witness at any kind of legal proceeding, including a case or trial?
    _____ Yes  _____No

    If yes, please explain:
    _____
    _____
    _____

39. Have you ever been involved in a civil or criminal proceeding as either a plaintiff or defendant? _____Yes  _____No

    If yes, please explain:
    _____
    _____
    _____

**JUROR NAME:** _____

**JUROR NUMBER:** _____

40. If this case receives media attention, will you be able to follow the Court's instruction that you are not to watch television, go on the internet or social media, read newspapers, magazines, or any other form of print media, and/or listen to or watch any media coverage regarding this case or do research about Michael Avenatti and that the <u>only</u> evidence you are permitted to consider is that which is presented in court? _____Yes _____No

    If no, please explain:

    _____

    _____

41. What are your thoughts about the criminal justice system in the United States?

    _____

    _____

    _____

42. Michael Avenatti is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides that his guilt has been proven beyond a reasonable doubt. The burden of proving guilt beyond a reasonable doubt rests entirely with the government. Michael Avenatti has no burden of proof whatsoever and he is not required to present any evidence. Would you have any difficulty following these rules?

    _____ Yes _____No

    If yes, please explain:

    _____

    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

43. An indictment itself is not evidence. It merely is a document that describes the charges the government has brought against Michael Avenatti. It is only an accusation. It may not be considered by you as any evidence whatsoever of Michael Avenatti's guilt. Would you have any difficulty following this rule of law?

    _____Yes   _____No

    If yes, please explain:
    _____
    _____
    _____
    _____

44. Under the law, Michael Avenatti need not testify in his own defense. If he does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty. Would you have any difficulty following this rule of law?

    _____Yes   _____No

    If yes, please explain:
    _____
    _____
    _____

45. ==Are you or anyone you know acquainted with any of the following individuals? Please circle names of individuals you are acquainted with.==

    ==[Add Names of Witnesses and Attorneys]==

**JUROR NAME:** _____

**JUROR NUMBER:** _____

    46. If you circled anyone above, please explain how you know the individual(s):

    _____

    _____

    _____

    47. Is there anything in your background or life experiences that you think we should know in connection with you being considered to serve as a juror in this case?
        _____ Yes      _____ No

        If yes, please explain:

    _____

    _____

    _____

    48. Is there any reason that you think you cannot be a fair and impartial juror in this case?

        _____ Yes      _____ No

        If yes, please explain:

    _____

    _____

    _____

**DECLARATION:**

I,_____ declare under penalty of perjury that the foregoing answers set forth in his Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this_____day of_____, 2021.

_____
(Signature)