1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2435
7       Facsimile: (213) 894-6269
        Email:    Alex.Wyman@usdoj.gov
8
   BRETT A. SAGEL (Cal. Bar No. 243918)
9  Assistant United States Attorney
        Ronald Reagan Federal Building
10      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
11      Telephone: (714) 338-3598
        Facsimile: (714) 338-3708
12      Email:    Brett.Sagel@usdoj.gov

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

14

15                    UNITED STATES DISTRICT COURT

16               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | GOVERNMENT'S REPORT RE PARTIES' POSITIONS ON PROPOSED VERDICT FORM |
| v. | Trial Date:  July 13, 2021 |
| MICHAEL JOHN AVENATTI, | Trial Time:  8:30 |
| Defendant. | Location:    Courtroom of the Hon. James V. Selna |

23      Plaintiff United States of America, by and through its counsel

24 of record, the Acting United States Attorney for the Central

25 District of California and Assistant United States Attorneys Brett

26 A. Sagel and Alexander C.K. Wyman, hereby submits its Report Re

27 Parties' Positions on Proposed Verdict Form.

28

1    On April 29, 2021, the government sent defense counsel its
2    proposed verdict form (in Word format), which is attached hereto as
3    Exhibit 1.  On May 11, 2021, defense counsel sent the government a
4    PDF of a revised verdict form, attached hereto as Exhibit 2, that
5    defense counsel said was "modified with our objections."  Because
6    the two verdict forms materially differ with respect to each count,
7    the government has attached the two competing versions in a single
8    packet as described in the Court's Order re Criminal Trial, ¶ 17.

9    Defendant appears to propose two modifications with respect to
10   each question.  First, defendant has changed the order of the
11   Guilty/Not Guilty lines to put Not Guilty first.  Although a minor
12   point, the "Guilty" line is appropriately on top because the
13   government has the burden of proof at trial and because such an
14   order is consistent with how this Court has fashioned its verdict
15   forms in prior criminal cases.  See, e.g., United States v. Michaels
16   et al., SA CR 16-076-JVS (Dkt. 966).

17   Defendant's second modification to each question stems from his
18   objection, lodged to each, that the specificity inserted by the
19   government regarding the wiring at issue in each wire fraud count
20   "is confusing, unnecessary and argumentative."  While ordinarily the
21   government would have no objection to the shorter version proposed
22   by the defense, here the Court has indicated that it will not be
23   sending the Indictment back with the jury.  This specificity in the
24   verdict form is intended to address that fact by informing the jury
25   which wires form the basis of each wire fraud count.  If the Court
26   ultimately decides to send back a redacted version of the
27   Indictment, or if the Court prefers another method of instructing

28

1  the jury on the specific wires at issue in each count, the

2  government has no objection to a shorter verdict form.

3   Dated: May 13, 2021                Respectfully submitted,

4                                      TRACY L. WILKISON
                                       Acting United States Attorney
5
                                       BRANDON D. FOX
6                                      Assistant United States Attorney
                                       Chief, Criminal Division
7

8                                        /s/
                                       _____
                                       BRETT A. SAGEL
9                                      ALEXANDER C.K. WYMAN
                                       Assistant United States Attorneys
10
                                       Attorneys for Plaintiff
11                                     UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1
# (Government Version)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>MICHAEL JOHN AVENATTI,<br><br>          Defendant. | No. SA CR 19-061-JVS<br><br>VERDICT FORM FOR DEFENDANT<br>MICHAEL JOHN AVENATTI |

     We, the Jury in the above-captioned case, hereby present the following unanimous verdict as to the following counts as alleged in the Indictment against defendant MICHAEL JOHN AVENATTI:

## COUNT ONE

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____     GUILTY

_____     NOT GUILTY

of the offense charged in Count One of the Indictment, wire fraud, regarding a wire transfer, on or about January 30, 2015, of approximately $250,000 sent from a California Bank & Trust account ending in 0661 in the name of "Avenatti & Assoc. A Professional Corp.," through the Fedwire Funds Transfer System, to a HomeStreet Bank account in Seattle, Washington in the name of Global Baristas US LLC.

*(Proceed to Count Two.)*

## COUNT TWO

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____          GUILTY

_____          NOT GUILTY

of the offense charged in Count Two of the Indictment, wire fraud, regarding a wire transfer, on or about February 10, 2015, of approximately $50,000 sent from a California Bank & Trust account ending in 0661 in the name of "Avenatti & Assoc. A Professional Corp.," through the Fedwire Funds Transfer System, to a Bank of America account in the name of the defendant MICHAEL JOHN AVENATTI. *(Proceed to Count Three.)*

## COUNT THREE

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____      GUILTY

_____      NOT GUILTY

of the offense charged in Count Three of the Indictment, wire fraud, regarding a wire transfer, on or about January 26, 2017, of approximately $2,500,000 sent from a California Bank & Trust account ending in 8671 in the name "The State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a JP Morgan Chase Bank account in the name of The X-Law Group PC.

*(Proceed to Count Four.)*

## COUNT FOUR

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

\_\_\_\_\_          GUILTY

\_\_\_\_\_          NOT GUILTY

of the offense charged in Count Four of the Indictment, wire fraud, regarding a wire transfer, on or about January 5, 2018, of approximately $1,600,000 sent from a Silicon Valley Bank account in the name of Brock USA, LLC, through the Fedwire Funds Transfer System, to a City National Bank account ending in 5566 in the name of "Michael J. Avenatti, Attorney Client Trust Account."

*(Proceed to Count Five.)*

1

## COUNT FIVE

## [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____          GUILTY

_____          NOT GUILTY

of the offense charged in Count Five of the Indictment, wire fraud, regarding a wire transfer, on or about January 10, 2018, of approximately $60,000 sent from a City National Bank account ending in 5566 in the name of "Michael J. Avenatti, Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a California Bank & Trust account ending in 3714 in the name of "The State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account." *(Proceed to Count Six.)*

6

## COUNT SIX

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

\_\_\_\_\_          GUILTY

\_\_\_\_\_          NOT GUILTY

of the offense charged in Count Six of the Indictment, wire fraud, regarding a wire transfer, on or about March 15, 2018, of approximately $3,000,000 sent from a City National Bank account ending in 4705 in the name of "Michael J. Avenatti, Esq., Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a California Bank & Trust account ending in 4613 in the name of "State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account."

*(Proceed to Count Seven.)*

1

## COUNT SEVEN

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____      GUILTY

_____      NOT GUILTY

of the offense charged in Count Seven of the Indictment, wire fraud, regarding a wire transfer, on or about March 15, 2018, of approximately $2,828,423 sent from a California Bank & Trust account ending in 4613 in the name of "State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a bank account with City National Bank in the name of SulmeyerKupetz.

_(Proceed to Count Eight.)_

## **COUNT EIGHT**

### **[Wire Fraud]**

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

      _____      GUILTY

      _____      NOT GUILTY

of the offense charged in Count Eight of the Indictment, wire fraud, regarding a wire transfer, on or about March 20, 2018, of approximately $200,000 sent from a City National Bank account ending in 4705 in the name of "Michael J. Avenatti, Esq., Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a California Bank & Trust account ending in 4613 in the name of "State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account."

*(Proceed to Count Nine.)*

## COUNT NINE

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____ GUILTY

_____ NOT GUILTY

of the offense charged in Count Nine of the Indictment, wire fraud, regarding a wire transfer, on or about June 18, 2018, of approximately $16,000 sent from a California Bank & Trust account ending in 4613 in the name of "State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a JP Morgan Chase Bank account in the name of Alexis Gardner.

*(Proceed to Count Ten.)*

## COUNT TEN

### [Wire Fraud]

We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

_____        GUILTY

_____        NOT GUILTY

of the offense charged in Count Ten of the Indictment, wire fraud, regarding a wire transfer, on or about July 13, 2018, of approximately $1,900 sent from a California Bank & Trust account ending in 4613 in the name of "State Bar of California, Eagan Avenatti LLP, Attorney Client Trust Account," through the Fedwire Funds Transfer System, to a Bank of America account in the name of Geoffrey Johnson.

_____        _____
DATED                                  FOREPERSON OF THE JURY

# EXHIBIT 2

# (Defense Version)

1

2

3

4

5

6

7

8

9

10

11                           UNITED STATES DISTRICT COURT

12                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

UNITED STATES OF AMERICA,              No. SA CR 19-061-JVS

14            Plaintiff,                VERDICT FORM FOR DEFENDANT
                                        MICHAEL JOHN AVENATTI
15                  v.

16    MICHAEL JOHN AVENATTI,

17            Defendant.

18

19

20

21        We, the Jury in the above-captioned case, hereby present the

22    following unanimous verdict as to the following counts as alleged in

23    the Indictment against defendant MICHAEL JOHN AVENATTI:

24

25

26

27

28

## COUNT ONE

### [Wire Fraud]


    We, the Jury in the above-captioned action, unanimously find
defendant MICHAEL JOHN AVENATTI:

                        _____        NOT GUILTY

                        _____        GUILTY

of the offense charged in Count One of the Indictment, wire fraud.


*(Proceed to Count Two.)*

[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

## COUNT TWO

### [Wire Fraud]


    We, the Jury in the above-captioned action, unanimously find
defendant MICHAEL JOHN AVENATTI:

                    ____        NOT GUILTY

                    ____        GUILTY

of the offense charged in Count Two of the Indictment, wire fraud.


*(Proceed to Count Three.)*


[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

## COUNT THREE

### [Wire Fraud]


We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

    \_\_\_\_   NOT GUILTY

    \_\_\_\_   GUILTY

of the offense charged in Count Three of the Indictment, wire fraud.


*(Proceed to Count Four.)*


[Objection: the defense objects to the additional language proposed by the government as the language is confusing, unnecessary and argumentative.]

**COUNT FOUR**

**[Wire Fraud]**


    We, the Jury in the above-captioned action, unanimously find
defendant MICHAEL JOHN AVENATTI:

                    ____        NOT GUILTY

                    ____        GUILTY

of the offense charged in Count Four of the Indictment, wire fraud.


*(Proceed to Count Five.)*


[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

## **COUNT FIVE**

### **[Wire Fraud]**


    We, the Jury in the above-captioned action, unanimously find
defendant MICHAEL JOHN AVENATTI:

                    _____          NOT GUILTY

                    _____          GUILTY

of the offense charged in Count Five of the Indictment, wire fraud.


*(Proceed to Count Six.)*


[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

## **COUNT SIX**

### **[Wire Fraud]**


    We, the Jury in the above-captioned action, unanimously find
defendant MICHAEL JOHN AVENATTI:

                    _____          NOT GUILTY

                    _____          GUILTY

of the offense charged in Count Six of the Indictment, wire fraud.


*(Proceed to Count Seven.)*


[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT SEVEN**

**[Wire Fraud]**


    We, the Jury in the above-captioned action, unanimously find

defendant MICHAEL JOHN AVENATTI:

                    _____        NOT GUILTY

                    _____        GUILTY

of the offense charged in Count Seven of the Indictment, wire fraud.


*(Proceed to Count Eight.)*


[Objection: the defense objects to the additional language proposed
by the government as the language is confusing, unnecessary and
argumentative.]

## **COUNT EIGHT**

### **[Wire Fraud]**


We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

        \_\_\_\_        NOT GUILTY

        \_\_\_\_        GUILTY

of the offense charged in Count Eight of the Indictment, wire fraud.


*(Proceed to Count Nine.)*


[Objection: the defense objects to the additional language proposed by the government as the language is confusing, unnecessary and argumentative.]

**COUNT NINE**

**[Wire Fraud]**


    We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

               \_\_\_\_           NOT GUILTY

               \_\_\_\_           GUILTY

of the offense charged in Count Nine of the Indictment, wire fraud.


*(Proceed to Count Ten.)*


[Objection: the defense objects to the additional language proposed by the government as the language is confusing, unnecessary and argumentative.]

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT TEN**

**[Wire Fraud]**

 

    We, the Jury in the above-captioned action, unanimously find defendant MICHAEL JOHN AVENATTI:

               \_\_\_\_          NOT GUILTY

               \_\_\_\_          GUILTY

of the offense charged in Count Ten of the Indictment, wire fraud.

[Objection: the defense objects to the additional language proposed by the government as the language is confusing, unnecessary and argumentative.]

_____        _____

DATED                                       FOREPERSON OF THE JURY