# EXHIBIT 1

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Thursday, May 13, 2021 2:12 PM |
| **To:** | 'Dean Steward'; Sagel, Brett (USACAC) |
| **Subject:** | RE: J.I.s |

Dean – please let us know which parts are inaccurate.  We plan to prepare to file at 3 PM.

Alex

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Thursday, May 13, 2021 2:06 PM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Wyman, Alex (USACAC) <AWyman@usa.doj.gov>
**Subject:** J.I.s

Alex & Brett

Your proposed joint filing is unacceptable due to your insistence on including a self-serving inaccurate and irrelevant narrative relating to our alleged communications and efforts (page 2, line 7 through page 4, line 2).  This has no place in the proposed joint filing and we object to its inclusion. Provided this information is removed, you have our permission to jointly file the document.  If however you insist on filing this document as is, we ask that you attach this email to the filing and make note of it.

Thanks

Dean

--

949-481-4900   www.deansteward.com