## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | May 13, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] Minute Order re Jury Questionnaire

As the parties acknowledge in their joint filing at Docket No. 451, the Court ordered the submission of "one joint proposal." (Page 1.) Instead they have submitted two separate proposed jury questionnaires. The parties shall submit what the Court ordered, one joint proposal, no later than May 19, 2021.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |