TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | JOINTLY SUBMITTED JURY QUESTIONNAIRE AND OBJECTIONS |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Pursuant to the Court's order (CR 456), plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, and

///

defendant MICHAEL JOHN AVENATTI, by and through his counsel of record, H. Dean Steward, hereby jointly file their proposed jury questionnaire.  The parties respectfully reserve the right to supplement these jury questionnaires as needed.

The Parties submit the jointly proposed jury questionnaire with only one question for the Court to determine as appropriate, Question 38.  Defendant's objection to the government's proposed question 38: it should not be limited to criminal investigations and to law enforcement.  The government's objection to defendant's proposed question 38: the defendant's proposed question would likely elicit too many answers that would be irrelevant.

Dated: May 17, 2021                Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   _____
                                   BRETT A. SAGEL
                                   ALEXANDER C.K. WYMAN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: May 17, 2021                     /s/
                                   _____
                                   H. DEAN STEWARD

                                   Attorney for Defendant
                                   MICHAEL JOHN AVENATTI

**JUROR NAME:** _____
**JUROR NUMBER:** _____

## JURY QUESTIONNAIRE

**PRELIMINARY INSTRUCTIONS**

Please read the following instructions carefully before completing any portion of this questionnaire. Please print your juror name and number in the space provided at the top of each page. Please answer each and every question by circling your response or by providing the information requested. Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE**. This questionnaire is designed to help simplify and shorten the jury selection process for the Court and the parties to learn enough information about each juror's background and experiences to select a fair and impartial jury. The purpose of the questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters. The use of this questionnaire will avoid the necessity of asking each prospective juror these questions in open court and will substantially shorten the jury selection process. Efforts will be made to keep your responses as confidential as possible.

Please answer all questions as fully and completely as you can to the best of your ability. If you do not know the answer to a question then write, "I don't know." There are no "right" or "wrong" answers, only <u>truthful</u> answers. If you have strong feelings about this case in general, please do not hesitate to share them. Although you may be a perfectly good juror in another case, this may or may not be the right case for you to sit on as an impartial juror. Both parties have the right to get honest answers and to hear your true opinions.

If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. <u>Do not write anything on the back of any page</u>.

**DO NOT DISCUSS YOUR QUESTIONS AND ANSWERS OR THE CASE WITH ANYONE, NOW OR UNTIL FURTHER INSTRUCTED BY THE COURT.** You should not discuss the questions or answers with fellow jurors. It is very important that your answers be your own individual answers. More broadly, do not discuss the case with anyone, including the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else. Do not communicate about the case in any way, including telephone, e-mail, any social media app or website (such as Facebook), or any communications app or website (such as Twitter). You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

**DO NOT DO YOUR OWN RESEARCH ON MICHAEL AVENATTI OR ON THE CASE.** Do not conduct any research into Michael Avenatti or the case (or anyone participating in the case) at any time before your entire jury service has been completed. That includes performing Internet

JUROR NAME: _____
JUROR NUMBER: _____

searches, searching social media, asking other people about Mr. Avenatti or the case, reading news stories, books, or reports about Mr. Avenatti or the case, or watching films or television programs that relate to Mr. Avenatti or the case.  Do not read, watch, or listen to any information about Mr. Avenatti or this case.

Michael Avenatti is presumed innocent of the charges against him, and it is the government's burden to prove, beyond a reasonable doubt, that he committed these crimes. Michael Avenatti has no burden to present any evidence at all and also has no obligation to testify at trial.

If you believe that any of your answers contain private information that could embarrass you or otherwise seriously compromise your privacy and wish to request that the Court keep them confidential and not distribute them beyond the judge and counsel, you may indicate that on one of the blank pages at the end of this form.  (Please identify the specific answer or answers that you believe should remain confidential.)  After a jury has been selected, all copies of your responses to the questionnaire will be returned to the Court.

**TRIAL SCHEDULE AND PERSONAL HARDSHIP**

The trial in this matter is expected to last approximately four to five weeks, with the trial days generally being on Tuesday through Friday from 9 a.m. to 4:30 p.m.

1. Do any circumstances exist such that serving on the jury in this case would entail serious hardship or extreme inconvenience?  (Please Circle: YES or NO).  If yes, please briefly describe the serious hardship or extreme inconvenience:_____
   _____
   _____
   _____
   _____

2. Do you have any difficulty reading, speaking, or understanding English?  (Please Circle: YES or NO).

3. Do you have any mental or physical condition or illness that makes you unable to serve on a jury?  (Please Circle: YES or NO).  If yes, please briefly describe the condition or illness:
   _____
   _____
   _____
   _____

**GENERAL BACKGROUND**

4. How old are you? _____
5. What city do you live in? _____
   And for approximately how long? _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

6. In what other city or county, if any, have you lived in the last five years?
   _____
   _____

7. How far did you go in school?_____

   If you attended college, graduate, and/or professional school, please specify your area of study and what degree you received, if any: _____
   _____

8. How are you currently employed (if you have multiple jobs, list each)?_____
   _____
   a. How long have you worked at your job? _____
   b. If less than five years, what did you do previously?_____
   c. What are your specific duties at your job?_____
   _____
   d. How many people, if any, do you supervise?_____

9. If you are retired, when did you retire? _____
   a. What was your last job prior to retiring? _____
   b. How long did you work at your last job? _____

10. If you are not employed outside of the home, please describe your circumstances (for example, a student, a homemaker, between jobs, disabled, or other) and how long it has been since you were last employed outside of the home? _____
    _____
    _____

11. What is your marital status?_____
    a. If married, how is your spouse employed? _____
    b. Do you have any children? (Please Circle: YES or NO) If yes, how many and what are their ages?_____
    _____
    c. If not married, but you share a household with another adult(s), how are they employed?_____
    _____

12. If you have any adult children, how are they employed? _____
    _____
    _____
    _____

13. Have you, or anyone close to you, ever been employed by the federal government? (Please Circle: YES or NO). If yes, in what capacity? _____
    _____
    _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

Has that employment left you with a negative, positive, or neutral impression of the federal government or individuals who work for the federal government? _____
_____
_____

14. What newspapers, magazines, websites, television channels or shows, radio stations or shows, or applications, if any, do you read, watch, visit, or use on a regular basis? _____

15. What newspapers, magazines, websites, television channels or shows, radio stations or shows, or applications, if any, do you read, watch, visit, or use on a regular basis <u>to get news</u>? _____

16. Do you watch television shows and/or read books or websites about the police, lawyers, and/or the criminal justice system? How often? Which ones? _____

17. Do you use social media websites, including Twitter, Facebook, Instagram, or others? (Please Circle: YES or NO). If yes, which ones and what functions do you use on those social media sites?_____

18. Do you belong to or volunteer your time to any associations, organizations, clubs, or unions? (Please Circle: YES or NO). If yes, please list the group and explain your involvement and any leadership roles you have? _____

19. Have you, or someone close to you, ever been the victim of a crime? (Please Circle: YES or NO). If yes, please describe (including the type of crime, whether anyone was arrested, whether there was a trial, and/or what the outcome was): _____

    If you answered yes, has this experience left you with a negative, positive, or neutral impression of law enforcement, judges, prosecutors, defense attorneys, or the criminal

**JUROR NAME:** _____
**JUROR NUMBER:** _____

justice system? _____
_____
_____

20. Have you, or someone close to you, ever been investigated for, arrested for, charged with, or convicted of any offense (other than a minor traffic offense)? (Please Circle: YES or NO). If yes, please describe the nature of the offense, the outcome, and whether the experience has left you with a negative, positive, or neutral impression of law enforcement, judges, prosecutors, defense attorneys, or the criminal justice system: _____

_____
_____
_____
_____

**PRIOR JURY SERVICE**

21. Have you ever served on a jury in a civil or criminal trial? (Please Circle: YES or NO). If yes, please describe the case(s), stating whether the trial(s) was civil or criminal, in state or federal court, and whether a verdict was reached (do NOT state the verdict, just whether one was reached): _____

_____
_____
_____
_____
_____

22. Have you ever served on a grand jury? (Please Circle: YES or NO). If yes, please describe when and where: _____
_____

23. This is a <u>criminal</u> case. Among other things, that means that the burden of proof differs from the burdens of proof that apply in a civil case or in the grand jury. <u>If you have previously served as a juror in a civil case or on a grand jury</u>, would you be able to follow the Court's instructions with respect to the burdens that apply in this case? (Please Circle: YES or NO).

24. <u>If you have previously served as a juror</u>, was there anything about your jury experience that would make you unable to be fair and impartial in this case? (Please Circle: YES or NO). If you answered yes, please describe why: _____

_____
_____
_____

JUROR NAME: _____
JUROR NUMBER: _____

**KNOWLEDGE AND OPINIONS OF THE CASE AND PARTIES**

25. Before today, had you read, seen, or heard anything about Mr. Avenatti? (Please Circle: YES or NO). If yes, please describe what you remember reading, seeing, and/or hearing and from where: _____
    _____
    _____
    _____

26. Based on anything that you have read, seen, or heard about Mr. Avenatti, have you formed any opinions about Mr. Avenatti that might make it difficult for you to be a fair and impartial juror in this case? (Please Circle: YES or NO or Not Applicable, as I have not read/seen/heard anything about Mr. Avenatti). If yes, please explain why: _____
    _____
    _____
    _____
    _____
    _____

27. Based on anything that you have read, seen, or heard about Mr. Avenatti, would you be able to follow the Court's instruction to put that information out of your mind and decide this case based only on the evidence presented at trial? (Please Circle: YES or NO or Not Applicable, as I have not read/seen/heard anything about Mr. Avenatti). If no, please explain why: _____
    _____

28. Defendant in this case is Michael Avenatti. Do you, or anyone close to you, personally know or have past or present dealings with Mr. Avenatti or any of his family members? (Please Circle: YES or NO). If yes, please describe: _____
    _____
    _____
    _____
    _____

29. Before today, had you read, seen, or heard anything about criminal charges brought against Mr. Avenatti? (Please Circle: YES or NO). If yes, please describe what you remember reading, seeing, and/or hearing and from where: _____
    _____
    _____
    _____
    _____

30. Years ago, there was an incident in connection with Super Bowl 45 in Dallas, Texas where certain fans had purchased seats that were later found to either not exist or have obstructed views. Do you remember anything about this? (Please Circle: YES or NO). If yes,

**JUROR NAME:** _____
**JUROR NUMBER:** _____

what do you remember:_____
_____

31. You were instructed, and will be instructed throughout the trial, that you cannot read or listen to any accounts of this case in the media or on social media. Do you think this will be too difficult to do? (Please Circle: YES or NO). If yes, please explain why: _____
_____
_____

    If you inadvertently hear or see something, can you give the Court and the parties your assurance that you will still decide the case based only on the evidence presented in the courtroom? _____

32. Mr. Avenatti is a civil trial lawyer who sues individuals and corporations. Would you give greater or lesser weight to the evidence in the case simply because he is a lawyer? (Please Circle: YES or NO). If yes, please describe why: _____
_____
_____

    What is your opinion of civil trial lawyers?_____
_____

    Do you believe there are too many lawsuits in this country? (Please Circle: YES or NO). Please explain:_____
_____
_____

    Would the fact that Mr. Avenatti is a lawyer affect your ability to be fair and impartial in this case? (Please Circle: YES or NO). If yes, please describe why: _____
_____
_____
_____

33. Are you, or anyone close to you, a lawyer? (Please Circle: YES or NO). If yes, please describe who and your relationship to that person and whether that has left you with a negative, positive, or neutral impression of judges, prosecutors, defense attorneys, the criminal justice system, or lawyers generally: _____
_____
_____
_____

34. Have you ever hired a lawyer to represent you? (Please Circle: YES or NO). If yes, was there anything positive or negative about the experience of being represented by a lawyer? _____
_____
_____
_____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

35. Have you, or someone close to you, ever served in the military? (Please Circle: YES or NO). If yes, please describe who, what branch, and how long:_____
_____
_____

36. Have you, or someone close to you, ever had any contact with law enforcement officials that has caused you to form strong opinions, either positive or negative, regarding law enforcement? (Please Circle: YES or NO). If yes, please describe:_____
_____
_____

37. Have you, or someone close to you, ever been employed in law enforcement (including state or local police departments, federal investigatory agencies such as the FBI, the Securities and Exchange Commission, any prosecutor's office, the Department of Corrections, any regulatory agency, etc.)? (Please Circle: YES or NO). If yes, in what capacity?_____
_____
_____

Has that employment caused you to form strong opinions, either positive or negative, regarding law enforcement? (Please Circle: YES or NO). If yes, please describe: _____
_____
_____
_____

38. **Government's proposed question**: Have you, or someone close to you, ever been questioned as part of a criminal investigation by a law enforcement agency? (Please Circle: YES or NO). If yes, please describe who, the circumstances, and whether the experience left you with a negative, positive, or neutral impression of law enforcement:_____
_____
_____

**Defendant's proposed question**: Have you, or someone close to you, ever been questioned as part of any investigation? (Please Circle: YES or NO). If yes, please describe who, the circumstances, and whether the experience left you with a negative, positive, or neutral impression of who questioned you:_____
_____
_____

39. Have you ever testified as a witness at any kind of legal proceeding, including a case or trial? (Please Circle: YES or NO). If yes, please describe the circumstances:_____
_____
_____
_____

JUROR NAME: _____

JUROR NUMBER: _____

40. Have you ever been involved in a civil or criminal proceeding as either a plaintiff or defendant? (Please Circle: YES or NO). If yes, please describe the circumstances:_____
   _____
   _____
   _____

41. This case was investigated by special agents employed by the Internal Revenue Service – Criminal Investigations. Do you have any feelings or opinions about the Internal Revenue Service that would affect your ability to be fair and impartial to either the government or Mr. Avenatti? (Please Circle: YES or NO). If yes, please describe: _____
   _____
   _____
   _____

   Have you, or someone close to you, had a bad experience with the Internal Revenue Service? (Please Circle: YES or NO). If yes, please describe: _____
   _____
   _____

   If yes, would this experience affect your ability to be a fair and impartial juror?  _____
   _____

42. Do you, or anyone close to you, work in the criminal justice system? (Please Circle: YES or NO). If yes, please describe who and your relationship to that person and whether that has left you with a negative, positive, or neutral impression of judges, prosecutors, defense attorneys, the criminal justice system, or lawyers generally: _____
   _____
   _____
   _____

43. Do you have any opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officials, that would make it difficult for you to be fair and impartial jurors in this case? (Please Circle: YES or NO). If yes, please describe: _____
   _____
   _____
   _____

44. Do you believe that our laws provide criminals with too many rights? Too few rights?
   _____
   _____
   _____

45. Have you, or someone close to you, ever filed for bankruptcy? (Please Circle: YES or NO). If yes, please describe: _____
   _____
   _____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

Do you have any opinions, either positive or negative, about individuals or companies that file for bankruptcy? (Please Circle: YES or NO). If yes, please describe: _____
_____
_____
_____

46. Under our justice system, the facts are to be determined by the jury and the law is to be determined by the Court. These two responsibilities are separate and distinct. Thus, when the Court instructs you on the law during and at the end of the trial, you are required to accept the law as the Court states it even though you might not agree with it personally. Is there any reason that you would be unwilling or unable to apply the law as given to you by the Court? (Please Circle: YES or NO). If yes, please describe: _____
_____
_____
_____

47. Have you, or anyone close to you, ever been engaged in a lawsuit against the United States government? (Please Circle: YES or NO). If yes, please describe: _____
_____
_____

If yes, was there anything about the lawsuit that would affect your ability to serve as a fair and impartial juror? _____
_____
_____

48. Have you, or anyone close to you, ever had any dealings with the United States Attorney's Office? (Please Circle: YES or NO). If yes, please describe: _____
_____
_____
_____

If yes, was there anything about those circumstances that would affect your ability to serve as a fair and impartial juror?_____
_____
_____

49. Michael Avenatti is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides that his guilt has been proven beyond a reasonable doubt. The burden of proving guilt beyond a reasonable doubt rests entirely with the government. Michael Avenatti has no burden of proof whatsoever and he is not required to present any evidence. Would you have any difficulty following these rules? (Please Circle: YES or NO). If yes, please explain why:_____
_____

**JUROR NAME:** _____
**JUROR NUMBER:** _____

_____
_____

50. An indictment itself is not evidence. It merely is a document that describes the charges the government has brought against Michael Avenatti. It is only an accusation. It may not be considered by you as any evidence whatsoever of Michael Avenatti's guilt. Would you have any difficulty following this rule of law? (Please Circle: YES or NO). If yes, please explain why: _____

51. Under the law and the Constitution, Michael Avenatti need not testify in his own defense. If he does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty. Would you have any difficulty following this rule of law? (Please Circle: YES or NO). If yes, please explain why:_____

52. Do you know or have you heard of any of the following people or entities, which include the lawyers in this case, people who may testify at trial, and other names and entities that may be mentioned during the course of the trial? (Please circle any for whom/which the answer is YES):
**[The parties to list the names/entities]**
If you circled any of the above, please describe your familiarity with that person or entity:

If you circled any of the above, would your familiarity with any person or entity affect your ability to serve as a fair and impartial juror? (Please Circle: YES or NO). If yes, please describe:_____

53. Do you know of any reason why you may be prejudiced for or against the government, for or against any witness, or for or against Mr. Avenatti because of the nature of the charges or otherwise? _____

54. If chosen to sit as a juror, the Court will order you not to discuss this case amongst yourselves or with any others until it is submitted to you for a decision. The Court will also instruct you that you must neither form nor express any opinion on any subject connected with the case until it is finally submitted to you for your decision. Will you be able to follow

**JUROR NAME:** _____
**JUROR NUMBER:** _____

these instructions? (Please Circle: YES or NO). If no, please explain why:_____
_____
_____

55. There are some people who, for moral, ethical, religious, or other reasons, believe that it is not proper or would find it difficult to pass judgment on the conduct of others. Do you hold such beliefs or believe that you might be affected by such beliefs? (Please Circle: YES or NO). If yes, please explain why: _____
_____
_____

56. Is there anything in your background or life experiences that you think we should know in connection with you being considered to serve as a juror in this case?  (Please Circle: YES or NO). If yes, please explain why? _____
_____
_____

57. Is there any reason that you think you cannot be a fair and impartial juror in this case? (Please Circle: YES or NO). If yes, please explain why: _____
_____
_____

58. If the Court instructs you that your verdict must not be based on sympathy, passion, or prejudice, but only on the evidence presented in this case and on the law as the Court instructs you on it, will you be able to follow that instruction? (Please Circle: YES or NO). If no, please explain why: _____
_____
_____

59. The potential punishment for the offenses charged in the indictment is a matter that the jury should never consider in arriving at an impartial verdict of guilty or not guilty for the accused. If you are selected as a juror in this case, will you be able to hear the evidence, deliberate with your fellow jurors, and apply the law as the Court instructs you on it without speculating about whatever punishment may or may not be imposed in this case? (Please Circle: YES or NO). If no, please explain why: _____
_____
_____

60. If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors. This will require you to discuss the evidence and the law in this case with those other jurors. Is there anything that might interfere with your ability to deliberate and reach a verdict in this case?_____
_____
_____

Is there anything that leads you to believe that you might be unable or unwilling to engage

**JUROR NAME:** _____
**JUROR NUMBER:** _____

in such discussions with your fellow jurors?_____
_____

## **DECLARATION**

I, _____ (***print name***) declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this _____ day of June/July, 2021

_____
(*signature*)

**JUROR NAME: _____**
**JUROR NUMBER: _____**

**JUROR NAME: _____**
**JUROR NUMBER:  _____**