# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00061-JVS |
| Date | May 17, 2021 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti (via telephone) | X | | X | Dean Steward | X | | X |

**Proceedings:** STATUS CONFERENCE

Case is called for hearing and counsel make their appearances.

The Court ORDERS the parties to resubmit a joint Jury Questionnaire.

The government will provide copies of the juror questionnaires to all counsel and the Court.

Hearing for BOND REVIEW scheduled for May 24th, 2021 at 11am.

: 15

Initials of Deputy Clerk  lmb