UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,     ) CERTIFIED TRANSCRIPT
                  Plaintiff, )
     vs.                      )
                              )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,        )
                  Defendant.  )
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

October 27, 2020

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     JULIAN L. ANDRE
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

```
 1    SANTA ANA, CALIFORNIA; TUESDAY, OCTOBER 27, 2020; 8:54 A.M.
 2                 (Per telephonic conference)
 3              THE CLERK:  Calling Item No. 3, SACV-19-00061-JVS,
 4    United States of America versus Michael John Avenatti.
 5              Appearances on behalf of the government, please.
 6              MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
 7    and Julian Andre on behalf of the United States.
 8              THE COURT:  Good morning.
 9              THE CLERK:  On behalf of the defendant.
10              MR. STEWARD:  Your Honor, Dean Steward, on behalf
11    of Mr. Avenatti.  We have a waiver on file.  He is with us
12    on the telephone.
13              THE COURT:  Okay.  Good morning.
14              THE DEFENDANT:  Good morning.
15              THE COURT:  At the last hearing, I had directed
16    the parties to meet and confer about a continued trial date.
17    We're still in the red zone in Orange County, and a
18    December 8 trial date isn't feasible.  December 8 at this
19    point is more than 49 days out.  That's the lead time to
20    impanel a jury.  So tell me about your discussions.
21              MR. SAGEL:  This is Brett Sagel.
22              The quickest way to say it is we reached out to
23    Mr. Steward as Your Honor asked us to do, and we proposed a
24    date in January, January 19 to be specific, for Counts 1
25    through 10, and then we proposed setting off the remaining
```

```
08:56    1    counts to a date in the future.  I believe we proposed
08:56    2    July 2021.
08:56    3             The response we got back from Mr. Steward was how
08:56    4    about May -- I think it was the 10th or May 2021.  At that
08:56    5    point, based on prior dealings with Mr. Steward on this
08:56    6    case, at a minimum, we didn't feel like it was worth
08:56    7    discussing it any further with him because we didn't believe
08:56    8    there was a real discussion in line with what this Court and
08:56    9    the parties had addressed previously.
08:56   10             The response we received for the reason why it
08:56   11    needed to be in May, including a case that is more recent
08:56   12    than ours and has less continuances than ours, is that he
08:56   13    would still be able to handle it even if our case was in
08:56   14    January.  And that's when we asked your courtroom deputy for
08:57   15    a status conference.
08:57   16             Even the date that we chose in January would give
08:57   17    us and the Court enough time over a month to determine if we
08:57   18    get into the orange tier for a trial and for the Court to
08:57   19    issue summons or for us to also know by the end of the year
08:57   20    whether a January date is feasible in this case.  So that's
08:57   21    what we were hoping for.  A January 19 date would provide
08:57   22    plenty of time for our case to conclude.  And if
08:57   23    Mr. Steward's February trial that he mentioned is still
08:57   24    going, he would still have sufficient time between those
08:57   25    cases to handle the two matters.
```

```
08:57   1              THE COURT:  Mr. Steward.
08:57   2              MR. STEWARD:  Yes, Your Honor, I have a February 9
08:57   3   trial in Judge Carter's court.  It's approximately two
08:57   4   weeks.  It's definitely going to go.  I agree that it is a
08:57   5   newer number, but it's been continued twice.  It's an
08:58   6   unwritten rule in Judge Carter's court that you get one
08:58   7   continuance, and I have had two.
08:58   8              The second trial is March 2 also in Judge Carter's
08:58   9   court.  It's a 2013 case that was tried in 2017, and it went
08:58  10   to the Ninth Circuit and was reversed and got sent back.
08:58  11   That one is going to go at least three weeks, or it did the
08:58  12   last time we tried it, and that's where I am.  I'm not
08:58  13   trying to be recalcitrant.  I have got other cases, and
08:58  14   that's where I am.
08:58  15              THE COURT:  What's your February date?
08:58  16              MR. STEWARD:  February 9, Your Honor.  That's U.S.
08:58  17   versus Koon in Judge Carter's court.
08:58  18              THE COURT:  I am going to set this down for
08:58  19   February 23 at 8:30 a.m.  We'll deal with the conflicting
08:59  20   circumstances if and when they arise.
08:59  21              MR. STEWARD:  Understood, Your Honor.
08:59  22              THE COURT:  If you don't want to stipulate to
08:59  23   that, I'll just make the appropriate findings.  In my view,
08:59  24   there has been sufficient preparation such that had we been
08:59  25   able to conduct a jury trial commencing December 8 we would
```

```
08:59   1    have started the trial December 8.  Given it will be another
08:59   2    two months out, I believe there is more than adequate time
08:59   3    for the defense preparation, particularly since Mr. Avenatti
08:59   4    has been out of custody since I guess April.
08:59   5              MR. STEWARD:  Your Honor, to be clear, this is not
08:59   6    a request from the defense having to do with preparation.
08:59   7    It has to do with these other two trials.
08:59   8              THE COURT:  Well, that's fine.  Either submit a
08:59   9    stipulation or invite the government to submit a proposed
08:59  10    one, or I'm making the appropriate unilateral findings by
09:00  11    the Court.
09:00  12              MR. STEWARD:  Understood, Your Honor.
09:00  13              THE COURT:  Okay.  Anything else?
09:00  14              MR. SAGEL:  Does Your Honor want to take up while
09:00  15    we are all here together a date to include in that
09:00  16    stipulation for the remaining counts of the Indictment?
09:00  17              THE COURT:  Mr. Steward.
09:00  18              MR. STEWARD:  Your Honor, my suggestion would be
09:00  19    let's see what happens in the first trial and adjust after
09:00  20    that.  I don't really care one way or the other frankly.
09:00  21              MR. SAGEL:  I believe -- and I haven't looked this
09:00  22    up, Your Honor, but I believe there would still need to be
09:00  23    some excludable time on the remaining counts.  I don't think
09:00  24    they just stand idle, but we can work that out between the
09:00  25    parties.
```

| | | |
|---|---|---|
| 09:00 | 1 | THE COURT: Why don't you pick a date in October, |
| 09:00 | 2 | October 2021. |
| 09:01 | 3 | MR. SAGEL: Yes, Your Honor. |
| 09:01 | 4 | THE COURT: Okay.  Thank you very much. |
| 09:01 | 5 | MR. SAGEL: Thank you, Your Honor. |
| 09:01 | 6 | MR. STEWARD: Thank you, Your Honor. |
| 09:01 | 7 | (Whereupon, the proceedings were concluded.) |
| 09:01 | 8 | * * * |
| 09:01 | 9 | |
| 09:01 | 10 | |
| 09:01 | 11 | |
| 09:01 | 12 | |
| 09:01 | 13 | |
| 09:01 | 14 | |
| 09:01 | 15 | |
| 09:01 | 16 | |
| 09:01 | 17 | |
| 09:01 | 18 | |
| 09:01 | 19 | |
| 09:01 | 20 | |
| 09:01 | 21 | |
| 09:01 | 22 | |
| 09:01 | 23 | |
| 09:01 | 24 | |
| 09:01 | 25 | |

## CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  May 8, 2021


/s/   Sharon A. Seffens   May 8, 2021
_____
SHARON A. SEFFENS, U.S. COURT REPORTER