UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-00061-JVS | Date | May 21, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Karlen Dubon | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** [IN CHAMBERS] MINUTE ORDER RE JURY QUESTIONAIRE

The Court has reviewed the parties' proposed jury questionnaire and thanks them for their cooperative efforts. (See Doc. No. 460.) The Court has the following comments:

1. Move the Juror Name/Juror Number block to the right side of the page. Stapling will likely obscure the block in its present position.

2. The questionnaire should be paginated.

3. With regard to Question 38, the Court adopts the Government's proposal.

4. Given that the Court will not read the indictment, is Question 50 necessary

5. The lawyers should be included in the list for Question 52.

6. In Question 59, delete the reference to the indictment.

7. In the jurat on the final page, the following should be included: "under laws of the United States of America". Also include "at Santa Ana, California."

: 0

Initials of Deputy Clerk    kdu