# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | May 28, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | Dean Steward | X | X | |

**Proceedings:** Defendant's Motion to Reopen Detention Hearing [448]

Cause is called for hearing with the defendant appearing telephonically (waiver on file), his counsel, and counsel for the Government present. Pretrial Services Officer Devona Gardner is also present.

Motion is argued. The Court DENIES the motion.

| | 0 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |