H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>STIPULATION RELATING TO EXTENTION AND MODIFICATION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE<br><br>[Proposed] Order filed concurrently herewith |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, and defendant MICHAEL JOHN AVENATTI, by and through his counsel of record, H. Dean Steward, hereby submit this Stipulation Relating to Extension and Modification of Defendant's Temporary Release.  The parties hereby agree and stipulate to the following:

1. Mr. Avenatti's temporary release shall be extended under its current terms, with the modifications set forth below in paragraphs 2 and 3, from May 31, 2021 until July 13, 2021.

2. Mr. Avenatti is permitted to travel to the Ronald Reagan Federal Building and U.S. Courthouse located in Santa Ana for the purposes of pretrial proceedings and trial in this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

3. Mr. Avenatti is permitted to travel within the Central District to meet with his counsel in this matter, H. Dean Steward, and/or the CJA paralegals assigned to this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

Dated: May 28, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

/s/ [by email permission 5-28-21]

BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/

Dated: May 28, 2021

H. DEAN STEWARD
Attorney for Defendant
MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on May 28, 2021, service of the:

STIPULATION RELATING TO EXTENTION AND MODIFICATION OF

DEFENDANT'S TERMS OF TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2021

/s/ H. Dean Steward
H. Dean Steward