H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER RELATING TO EXTENTION AND MODIFICATION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE |

Good cause having been shown and by agreement and stipulation of the parties, it is ordered that Defendant Michael John Avenatti's Temporary Release is extended under its current terms until July 13, 2021, with the following modifications:

1. Mr. Avenatti is permitted to travel to the Ronald Reagan Federal Building and U.S. Courthouse located in Santa Ana for the purposes of pretrial proceedings and trial in this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

2. Mr. Avenatti is permitted to travel within the Central District to meet with his counsel in this matter, H. Dean Steward, and/or the CJA paralegals assigned to

this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

**So Ordered**.

Dated: May ___, 2021

                                        _____
                                        Hon. James V. Selna
                                        U.S. District Judge