## DECLARATION OF ALEXANDER C.K. WYMAN

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. Together with AUSA Brett A. Sagel, I represent the government in United States v. Michael John Avenatti, SA CR 19-061-JVS. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On May 21, 2021, I sent an email to H. Dean Steward, counsel for defendant MICHAEL JOHN AVENATTI, attaching a letter that identifies by bates range the business records that the government may introduce at trial, along with the corresponding declarations from custodians of records, all of which have been produced in discovery. Attached as **Exhibit A** is a true and correct copy of the letter that I sent to Mr. Steward.

3. On May 23, 2021, Mr. Steward sent an email indicating that defendant opposes this motion. A true and correct copy of Mr. Steward's email identifying his objections, as well as my response, is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 31, 2021.

/s/
ALEXANDER C.K. WYMAN

# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Alexander C.K. Wyman*  
*Phone: (213) 894-2435*  
*E-mail: alex.wyman@usdoj.gov*

*1100 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

May 20, 2021

**VIA E-MAIL**

H. Dean Steward  
107 Avenida Miramar, Suite C  
San Clemente, California 92672  
deansteward7777@gmail.com

      Re:    United States v. Michael Avenatti,  
                  SA CR No. 19-61-JVS

Dear Mr. Steward:

I am writing to give notice that the government intends to introduce business records from various entities at trial pursuant to Federal Rule of Evidence 902(11).

Rule 902 of the Federal Rules of Evidence provides in pertinent part:

> **Evidence That Is Self-Authenticating**
>
> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> . . .
>
> (11) Certified Domestic Records of a Regularly
>
> Conducted Activity.  The original or a duplicate of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or rule prescribed by the Supreme Court.  Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

**Exhibit A**  
**1**

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 2

Pursuant to Rule 803(6) of the Federal Rules of Evidence, a business record is admissible if:

    (A)    the record was made at or near the time by – or from information transmitted by – someone with knowledge;

    (B)    the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

    (C)    making the record was a regular practice of the activity;

    (D)    all of these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

    (E)    neither the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

The government will provide you with its exhibit disclosures by the applicable deadline (currently July 6, 2021) to identify which particular business records the government intends to introduce in its case-in-chief at trial.  In the meantime, the government provides notice pursuant to Federal Rule of Evidence 902(11) that it may introduce business records from the following entities at trial:

**AC Fine Art**

- USAO_0012255-122560 [Certification at USAO_00122553-USAO_00122554]

**Alant Corp. dba Circle Porsche**

- USAO_00134102-USAO_000134208 [Certification at USAO_00134100-USAO_00134101]

**AppRiver LLC 1-9, 1-2, 11-11-11**

- USAO_00000003-USAO_00000009 [Certification at USAO_00000001-USAO_00000002]

**American Express**

- USAO_00000423-USAO_0000424 [Certification at USAO_00000425-USAO_00000426]
- USAO_00000427-USAO_00004372 [Certification at USAO_00000425-USAO_00000426]
- USAO_00004373-USAO_00004375 [Certification at USAO_00004376-USAO_00004377]
- USAO_00004378-USAO_00009809 [Certification at USAO_00004376-USAO_00004377]

**Exhibit A**
**2**

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 3

### Arizona DMV

- USAO_00455263-USAO_00455274 [Certification at USAO_00455275]
- USAO_00455276-USAO_00455287 [Certification at USAO_00455275]

### AT&T Mobility

- USAO_00009810 [Certification at USAO_00009811 and USAO_00011126]
- USAO_00009812-USAO_00011125 [Certification at USAO_00009811 and USAO_00011126]

### Bank of America

- USAO_00011127-USAO_00014450 [Certification at USAO_00460650]
- USAO_00014451-USAO_00014456 [Certification forthcoming]
- USAO_00014457-USAO_00020405 [Certification at USAO_00460650]

### Blue Water Escrow

- USAO_00020407-USAO_00020995 [Certification at USAO_00460668-USAO_00460669]

### Burke Contracting LLC

- USAO_00164924-USAO_00164925 [Certification at USAO_00164926-USAO_00164927]
- USAO_00164928-USAO_00164973 [Certification at USAO_00164926-USAO_00164927]

### California Bank & Trust

- USAO_00020997-USAO_00021377 [Certification at USAO_00020996]
- USAO_00021379-USAO_00033123 [Certification at USAO_00021378]
- USAO_00033126-USAO_00034269 [Certification at USAO_00033124-USAO_00033125]
- USAO_00089469-USAO_00089472 [Certification at USAO_00021378]

### Chase Bank

- USAO_00034271-USAO_00034272 [Certification at USAO_00034273]
- USAO_00034274-USAO_00034395 [Certification at USAO_00034273]
- USAO_00034396-USAO_00034398 [Certification at USAO_00034398]
- USAO_00034399-USAO_00034412 [Certification at USAO_00034414]
- USAO_00034413 [Certification at USAO_00034414]
- USAO_00034415-USAO_00034805 [Certification at USAO_00034414]

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 4

**Chase Bank (continued)**

- USAO_00034807-USAO_00038495 [Certification at USAO_00034806]
- USAO_00038496 [Certification at USAO_00038497]
- USAO_00038498-USAO_00038519 [Certification at USAO_00038497]
- USAO_00038520 [Certification at USAO_00038521]

**Chase Bank (continued)**

- USAO_00038522-USAO_00038525 [Certification at USAO_00038521]
- USAO_00038526 [Certification at USAO_00038527]
- USAO_00038528-USAO_00039255 [Certification at USAO_00038527]
- USAO_00039256-USAO_00039260 [Certification at USAO_00039261]
- USAO_00039262-USAO_00040136 [Certification at USAO_00039261]
- USAO_00040137-USAO_00040138 [Certification at USAO_00040139]
- USAO_00040140-USAO_00041934 [Certification at USAO_00040139]
- USAO_00061637 [Certification at USAO_00061638]
- USAO_00061639-USAO_00062031 [Certification at USAO_00061638]
- USAO_00062033-USAO_00064991 [Certification at USAO_00062032]
- USAO_00089473-USAO_00089476 [Certification at USAO_00034806]
- USAO_00111753-USAO_00111765 [Certification at USAO_00034398]
- USAO_00452455 [Certification at USAO_00452456-USAO_00452458]
- USAO_00452459-USAO_00454601 [Certifications at USAO_00452456-USAO_00452458]
- USAO_00454602 [Certification at USAO_00454603]
- USAO_00454604-USAO_00454608 [Certification at USAO_00454603]
- USAO_00454609 [Certification at USAO_00454610]
- USAO_00454611-USAO_00454612 [Certification at USAO_00454610]
- USAO_00454613 [Certification at USAO_00454614]
- USAO_00454615-USAO_00454626 [Certification at USAO_00454614]

**City Bank National**

- USAO_00042497 [Certification at USAO_00042498-USAO_00042499]
- USAO_00042500-USAO_00042592 [Certification at USAO_00042498-USAO_00042499]
- USAO_00042595-USAO_00042796 [Certification at USAO_00042593-USAO_00042594]

H. Dean Steward, Esq.
RE:  <u>United States v. Avenatti</u>
May 20, 2021
Page 5

### Competition Motorsports

- USAO_00165007-USAO_00165017 [Certification at USAO_00165005-USAO_00165006]

### Cox Communications

- USAO_00042798-USAO_00043909 [Certification at USAO_00042797]

### Daytona International Speedway LLC

- USAO_00165020-USAO_00165289 [Certification at USAO_00165018-USAO_00165019]

### Early Warning Services

- USAO_00457802-USAO_00457803 [Certification at USAO_00457804-USAO_00457805]
- USAO_00457806-USAO_00458772 [Certification at USAO_00457804-USAO_00457805]

### E*Trade Securities LLC

- USAO_00043910-USAO_00043911 [Certification at USAO_00043912-USAO_00043913]
- USAO_00043914-USAO_00045190 [Certification at USAO_00043912-USAO_00043913]

### Exclusive Resorts LLC

- USAO_00165334-USAO_00168527 [Certification at USAO_00168528-USAO_00168529]
- USAO_00168530-USAO_00168581 [Certification at USAO_00168528-USAO_00168529]
- USAO_00454627-USAO_00454681 [Certification forthcoming]

### European Collectibles

- USAO_00136764-USAO_00136783 [Certification at USAO_00136762-USAO_00136763]

### Experian

- USAO_00045191 [Certification at USAO_00045192-USAO_00045193]
- USAO_00045194-USAO_00045211 [Certification at USAO_00045192-USAO_00045193]
- USAO_0045212 [Certification at USAO_0004513-USAO_00045214]
- USAO_00045215-USAO_00045242 [Certification at USAO_00045213-USAO_00045214]
- USAO_00136231-USAO_00136232 [Certification at USAO_00136233-USAO_00136234]
- USAO_00136235-USAO_00136260 [Certification at USAO_00136233-USAO_00136234]

### FAA

- USAO_00454683-USAO_00454701 [Certification at USAO_00454682]

**Exhibit A**
5

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 6

**Fidelity National Financial**

- USAO_00041936-USAO_00042496 [Certification at USAO_00041935]

**First National Bank of Omaha**

- USAO_00045314 [Certification at USAO_00045315-USAO_00045316]
- USAO_00045317-USAO_00046969 [Certification at USAO_00045315-USAO_00045316]

**Gallo Builders, Inc.**

- USAO_00152098-USAO_00152684 [Certification at USAO_00152096-USAO_00152097]

**Google**

- USAO_00048228 [Certification at USAO_00048229]
- USAO_00048230-USAO_00048231 [Certification at USAO_00048229]
- USAO_00172507 [Certification at USAO_00172508]
- USAO_00172509-USAO_00172511 [Certification at USAO_00172508]

**Gold N Koi LLC**

- USAO_00152687-USAO_00152721 [Certification at USAO_00152685-USAO_00152686]

**GoDaddy**

- USAO_00047091 [Certification at USAO_00047092]
- USAO_00047093-USAO_00048049 [Certification at USAO_00047092]

**Graham Architecture**

- USAO_00164974-USAO_00164975 [Certification at USAO_00164976-USAO_00164977]
- USAO_00164978-USAO_00165004 [Certification at USAO_00164976-USAO_00164977]

**Halaby Restoration**

- USAO_00152724-USAO_00152803 [Certification at USAO_00152722-USAO_00152723]

**Home Street Bank**

- USAO_00048238-USAO_00048264 [Certification at USAO_00048265-USAO_00048266]
- USAO_00048267-USAO_00050857 [Certification at USAO_00048265-USAO_00048266]
- USAO_00050858-USAO_00055257 [Certification at USAO_00460491-USAO_00460492]

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 7

**Honda Aircraft Company LLC**

- USAO_00164262-USAO_00164909 [Certification at USAO_00460648-USAO_00460649]
- USAO_00172512-USAO_00173552 [Certification at USAO_00460648-USAO_00460649]

**Ide & Associates Inc.**

- USAO_00176684-USAO_00176875 [Certification at USAO_00460646-USAO_00460647]

**IMSA**

- USAO_00173596-USAO_00173597 [Certification at USAO_00173594-USAO_00173595]

**Jaguar Land Rover**

- USAO_00160036-USAO_00160042 [Certification at USAO_00160033-USAO_00160035]

**Jewelers On Time**

- USAO_00160045-USAO_00160057 [Certification at USAO_00160043-USAO_00160044]

**Key Bank**

- USAO_00068751-USAO_00068752 [Certification at USAO_00068753]
- USAO_00068754-USAO_00069828 [Certification at USAO_00068753]
- USAO_00069829-USAO_00069830 [Certification at USAO_00069831]
- USAO_00069832-USAO_00088922 [Certification at USAO_00069831]

**Mariners Escrow**

- USAO_00088924 [Certification at USAO_00088925-USAO_00088926]
- USAO_00088927-USAO_00089458 [Certification at USAO_00088925-USAO_00088926]

**Montage Hotel**

- USAO_00183826-USAO_00183906 [Certification at USAO_00183907-USAO_00183908]
- USAO_00183909-USAO_00184166 [Certification at USAO_00183907-USAO_00183908]

**Paychex**

- USAO_00089609-USAO_00089619 [Certification at USAO_00089620-USAO_00089621]
- USAO_00089622-USAO_00091393 [Certification at USAO_00089620-USAO_00089621]

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 8

**Peterson Sullivan LLP**

- USAO_00181187 [Certification at USAO_00181188]
- USAO_00181189-USAO_00183390 [Certification at USAO_00181188]

**Porsche**

- USAO_00092227-USAO_00092307 [Certification at USAO_00092225-USAO_00092226]

**Rusnak Auto Group**

- USAO_00262333-USAO_00262495 [Certification at USAO_00262331-USAO_00262332]

**SM 10000 Property LLC**

- USAO_00120559-USAO_00120113 [Certification at USAO_00120058]
- USAO_00458778-USAO_00458907 [Certification at USAO_00458777]

**Southland Credit Union**

- USAO_00458910-USAO_00458981 [Certification at USAO_00458908-USAO_00458909]

**Sprint**

- USAO_00092308-USAO_00092332 [Certification at USAO_00092333]
- USAO_00092334-USAO_00092390 [Certification at USAO_00092333]

**The California Club**

- USAO_00261185-USAO_00261213 [Certification at USAO_00261183-USAO_00261184]

**The Escrow Connection**

- USAO_00261214 [Certification at USAO_00261215-USAO_00261216]
- USAO_00261217-USAO_00261473 [Certification at USAO_00261215-USAO_00261216]

**The George Washington University**

- USAO_00458774-USAO_00458775 [Certification at USAO_00458773]

**The People's Bank**

- USAO_00091394-USAO_00091395 [Certification at USAO_00091396-USAO_00091397]
- USAO_00091398-USAO_00092224 [Certification at USAO_00091394-USAO_00091397]

**TSYS Merchant Solutions**

- USAO_00067053-USAO_00068248 [Certification at USAO_00460489-USAO_00460490]

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 9

- USAO_00101788-USAO_00105435 [Certification at USAO_00460489-USAO_00460490]
- USAO_00136579-USAO_00136761 [Certification at USAO_00460489-USAO_00460490]

**Union Bank**

- USAO_00163716-USAO_00163774 [Certification at USAO_00163714-USAO_00163715]

**US Bank**

- USAO_00105436-USAO_00105437 [Certification at USAO_000105438-USAO_00105439]
- USAO_00105440-USAO_00106095 [Certification at USAO_000105438-USAO_00105439]
- USAO_00457382-USAO_00457418 [Certification at USAO_0045719-USAO_00457420]
- USAO_00457421-USAO_00457593 [Certification at USAO_0045719-USAO_00457420]

**USAA Federal Savings**

- USAO_00261474-USAO_00261475 [Certification at USAO_00261476-USAO_00261477]
- USAO_00261478-USAO_00262043 [Certification at USAO_00261476-USAO_00261477]
- USAO_00457594-USAO_00457595 [Certification at USAO_00457596-USAO_00457597]
- USAO_00457598-USAO_00457769 [Certification at USAO_00457596-USAO_00457597]
- USAO_00457770-USAO_00457771 [Certification at USAO_00457772-USAO_00457773]

**USAA Federal Savings (continued)**

- USAO_00457774-USAO_00457799 [Certification at USAO_00457772-USAO_00457773]

**Verizon Wireless**

- USAO_00123136-USAO_00132119 [Certification at USAO_0123134-USAO_00123135]
- USAO_00134897-USAO_00135195 [Certification at USAO_0123134-USAO_00123135]

**Villas and Apartments**

- USAO_00177290-USAO_00177303 [Certification at USAO_00177288-USAO_00177289]

**Vincent Builders Inc.**

- USAO_00177304 [Certification at USAO_00177305-USAO_00177306]
- USAO_00177307-USAO_00177393 [Certification at USAO_00177304-USAO_00177306]

**Wells Fargo Bank**

- USAO_000106100-USAO_000106463 [Certification at USAO_000106098-USAO_000106099]

**Exhibit A**
9

H. Dean Steward, Esq.
RE:  United States v. Avenatti
May 20, 2021
Page 10

Please let us know by **May 27, 2021** whether you object to the admission of business records from these entities—other than objections as to relevance, which we understand you cannot speak to until you know which specific records we intend to introduce at trial—as we intend to file a motion *in limine* for a ruling that such records are admissible under Rule 902(11) (if relevant to the charges) if we cannot agree on the admissibility of such records.

Very truly yours,

ALEXANDER C.K. WYMAN
Assistant United States Attorney
Major Frauds Section

cc:    AUSA Brett Sagel

# EXHIBIT B

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Monday, May 24, 2021 7:58 AM |
| **To:** | 'Dean Steward'; Sagel, Brett (USACAC) |
| **Subject:** | RE: YOUR 5-20-21 LETTER |

Dean,

As we made clear in our letter (page 10), we are not asking your position on the relevance of these documents, only their authenticity, and we do not intend to admit all of these documents at trial. Once we have made our exhibit disclosures, we would be happy to work with you to sort out which exhibits you would stipulate are admissible and which you have objections to.

We will be filing a motion for an order that the documents are self-authenticating and may be admitted without needing to call a custodian of records if admissible under Rules 401 and 403. We will note your objection.

Thanks,
Alex

**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Sunday, May 23, 2021 1:24 PM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Wyman, Alex (USACAC) <AWyman@usa.doj.gov>
**Subject:** YOUR 5-20-21 LETTER

Alex and Brett:

I write in response to your letter dated May 20, 2021 regarding the government's intention to introduce what the government has described as "business records." The government's letter lists tens of thousands of pages (at last count over 26,000) from thousands of documents (at last count over 6,400) allegedly obtained from approximately 59 different sources. It is improper for the government to request that we review tens of thousands of pages and respond with whether we have any objections to admission of these documents within one week, especially when it is highly unlikely that the government will seek to admit tens of thousands of pages into evidence. It is also improper to file a motion seeking to admit tens of thousands of pages of documents.

Further, even a cursory review of the list of the documents in your letter shows that many of the documents are entirely irrelevant to the charges in this case, not to mention highly prejudicial. By way of example only, what possible relevance do the

1

Exhibit B

11

documents relating to Circle Porsche, American Express, Arizona DMV, Bank of America, Blue Water Escrow, Competition Motorsports, Daytona Speedway, Exclusive Resorts, European Collectibles, Gallo Builders, etc., etc. have to this case?

Please provide a list of the documents the government actually intends to attempt to admit at trial and we will review the documents and respond with our position.

Thanks,

Dean

--

949-481-4900   [www.deansteward.com](www.deansteward.com)