DECLARATION OF ALEXANDER C.K. WYMAN

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. Together with AUSA Brett A. Sagel, I represent the government in United States v. Michael John Avenatti, SA CR 19-061-JVS. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On May 25, 2021, I sent an email to H. Dean Steward, counsel for defendant MICHAEL JOHN AVENATTI, informing him that the government would be filing a motion in limine to admit certain of defendant's statements, identifying for him which excerpts from which transcripts (by bates number, page number, and line number) we intended to admit. I also asked for defendant's position on the motion, as well as whether he objected to any particular excerpts (and the grounds for those objections) and if there were any additional portions he believed should be included under the Rule of Completeness. Attached hereto as **Exhibit A** is a true and correct copy of the email that I sent to Mr. Steward. Mr. Steward responded by email on May 26, 2021, indicating that he opposes the government's motion. A true and correct copy of Mr. Steward's response is attached hereto as **Exhibit K**.

3. Attached hereto as **Exhibit B** is a true and correct copy of a reporter's transcript of proceedings from November 7, 2014, in Geoffrey Ernest Johnson v. Leroy Baca et al., CV 13-4496-MMM (AJWx).

4. Attached hereto as **Exhibit C** is a true and correct copy of a transcript of a judgment debtor examination of defendant in In re:

1 Eagan Avenatti LLP, No. 8:17-bk-11961-CB (C.D. Cal.), which took
2 place on July 25, 2018.
3     5.    Attached hereto as **Exhibit D** is a true and correct copy of
4 a transcript of a judgment debtor examination of defendant in In re:
5 Eagan Avenatti LLP, No. 8:17-bk-11961-CB (C.D. Cal.), which took
6 place on March 22, 2019.
7     6.    Attached hereto as **Exhibit E** is a true and correct copy of
8 a document that Mr. Steward produced to the government in reciprocal
9 discovery on December 17, 2020.
10     7.    Attached hereto as **Exhibit F** is a true and correct copy of
11 a document that Mr. Steward produced to the government in reciprocal
12 discovery on December 17, 2020.
13     8.    Attached hereto as **Exhibit G** is a true and correct copy of
14 a transcript of a creditors meeting held pursuant to 11 U.S.C.
15 § 341(a), in In re: Eagan Avenatti LLP, No. 8:17-bk-11961-CB (C.D.
16 Cal.), which took place on June 12, 2017.
17     9.    Attached hereto as **Exhibit H** is a true and correct copy of
18 a transcript of a creditors meeting held pursuant to 11 U.S.C.
19 § 341(a), in In re: Eagan Avenatti LLP, No. 8:17-bk-11961-CB (C.D.
20 Cal.), which took place on July 14, 2017.
21     10.    Attached hereto as **Exhibit I** is a true and correct copy of
22 a transcript of a judgment debtor examination of defendant in
23 connection with defendant's divorce proceedings with his second wife,
24 in Michael Avenatti v. Lisa Storie-Avenatti, Case No. 17D00-99-30,
25 which took place on January 30, 2019.
26     11.    Attached hereto as **Exhibit J** is a true and correct copy of
27 a transcript of a judgment debtor examination of defendant in
28

connection with the civil lawsuit in Jason Frank Law PLC v. Michael John Avenatti, Case No. BC706555, which took place on March 15, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 31, 2021.

/s/
ALEXANDER C.K. WYMAN