# EXHIBIT A

# Wyman, Alex (USACAC)

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Tuesday, May 25, 2021 12:01 PM |
| **To:** | Dean Steward |
| **Cc:** | Sagel, Brett (USACAC) |
| **Subject:** | Motion in Limine re Defendant's Statements |

Dean,

Given that the pretrial conference is set for four weeks from Monday, we intend to file several motions *in limine* on Monday.  The first motion concerns the relevance of the underlying facts of the victims' civil disputes, which you already informed us (in your May 19 email) that you oppose.  The second motion concerns the authenticity of business records, which we understand from your email on Sunday that you oppose.

In addition, we intend to file a motion regarding statements by your client at various proceedings that we intend to admit as statements of a party opponent.  The purpose of the motion is to hash out any Rule of Completeness arguments you may wish to raise in advance of trial.  Currently, we intend to introduce the following excerpts (identified by page and line numbers) from the transcripts of your client's prior testimony and statements at hearings:

**November 7, 2014 Transcript of Status Conference in Johnson v. Baca, CV 13-4496-MMM (AJWx) (C.D. Cal.) (USAO_00520825-USAO_00520848)**

- 4:6-6:4
- 8:5-9:4

**June 12, 2017 341(a) Examination in In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB (C.D. Cal.) (USAO_00060858-USAO_00061054)**

- 2:11-15
- 9:23-10:6
- 15:10-16:3
- 17:9-18:5
- 20:25-25:7
- 109:7-110:13
- 174:6-175:5
- 178:6-25

**July 14, 2017 341(a) Examination in In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB (C.D. Cal.) (USAO_00061055-USAO_00061200)**

- 66:1-11

**July 25, 2018 Examination in In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB (C.D. Cal.) (USAO_00162685-USAO_00162823)**

- 109:22-111:13
- 113:4-8

**January 30, 2019 Judgment Debtor Examination in <u>In re the Marriage of Michael Avenatti and Lisa Storie-Avenatti</u>, No. 17D00-99-30 (Los Angeles Superior Court) (USAO_00454908-USAO_00455053)**

- 33:3-24
- 48:17-49:4

**March 15, 2019 Judgment Debtor Examination in <u>Jason Frank Law PLC v. Michael J. Avenatti</u>, No. BC7065555 (Los Angeles Superior Court) (USAO_00059429-USAO_00059501 (Part 1), USAO_00059168-USAO_00059271 (Part 2))**

- 122:11-20
- 123:23-124:15
- 130:20-131:3
- 132:10-12
- 134:2-135:6
- 137:1-3
- 137:15-25
- 154:11-23
- 155:8-18
- 156:10-158:3
- 159:11-22
- 164:12-22

**March 22, 2019 Debtor Examination in <u>In re Eagan Avenatti, LLP</u>, No. 8:17-bk-11961-CB (C.D. Cal.) (USAO_00059873-USAO_000162823)**

- 88:25-89:14
- 129:19-130:7
- 141:23-142:7
- 151:8-125:12
- 152:19-153:4
- 153:17-155:6
- 170:4-7
- 175:9-12
- 180:4-181:15
- 186:8-190:21
- 214:1-25
- 215:14-16
- 216:5-217:22
- 218:5-24
- 220:5-25
- 224:10-17
- 225:24-226:12
- 232:2-12
- 232:16-233:6
- 236:3-23
- 237:17-239:10
- 241:6-15
- 242:12-19

Please let us know by COB on Friday (May 28) if you oppose this motion, if you object to any particular excerpts (and the grounds for those objections), and if there are any additional portions of these transcripts that you believe should be included under the Rule of Completeness.

Thanks,
Alex

**Alex Wyman | Assistant United States Attorney**
**Major Frauds Section**
United States Attorney's Office | Central District of California
312 N. Spring St. | Los Angeles, California  90012
T: 213.894.2435 | Alex.Wyman@usdoj.gov

3
**Exhibit A**