# EXHIBIT C

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


IN RE:

    EAGAN AVENATTI, LLP,          CASE NUMBER
                                 8:17-bk-11961-CB

             Debtor,

_____


EXAMINATION OF MICHAEL AVENATTI

July 25, 2018

11:00 a.m.


411 West Fourth Street

Courtroom 5D Conference Room

Santa Ana, California


REPORTED BY:

Lynette Milakovich

CSR No. 5098

Exhibit C

USAO_00162685
GB_C_00001300

```
 1    APPEARANCES:

 2    For Debtor Eagan Avenatti, LLP:
          RAINES FELDMAN, LLP
 3        BY:  JOHN S. CHA
                  and
 4            HAMID R. RAFATJOO
              Attorney at Law
 5        1800 Avenue of the Stars
          12th Floor
 6        Los Angeles, CA  90067
          (310)440-4100
 7        Jcha@raineslaw.com

 8    For the Judgment Creditor Jason Frank Law:
          WEINTRAUB & SELTH
 9        BY:  JAMES R. SELTH
              Attorney at Law
10        11766 Wilshire Boulevard
          Suite 1170
11        Los Angeles, CA  90025
          (310)207-1494
12        Jim@wsrlaw.net
                  and
13        PERKINS COIE
          BY:  SARA L. CHENETZ
14            Attorney at Law
          1888 Century Park East
15        Suite 1700
          Los Angeles, CA  90067-1721
16        (310)788-3218
          Schenetz@perkinscoie.com
17
      For the U.S. Department of Justice:
18        UNITED STATES ATTORNEY'S OFFICE
          BY:  NAJAH J. SHARIFF
19            Assistant United States Attorney
          300 North Los Angeles Street
20        Suite 7211
          Los Angeles, CA  90012
21        (213)894-2534
          Najah.shariff@usdoj.gov
22    Also Present:
          JASON M. FRANK
23        Judgment Creditor

24

25
```

Exhibit C

USAO_00162686

GB_C_00001300

```
 1                    INDEX TO EXAMINATION

 2

 3        WITNESS:   MICHAEL AVENATTI

 4   EXAMINATION                                    PAGE

 5   By Mr. Selth                                      5

 6

 7

 8            WITNESS INSTRUCTED/REFUSED TO ANSWER

 9                     Page 13    Line  9

10                     Page 30    Line 11

11                     Page 62    Line 16

12                     Page 67    Line  9

13                     Page 67    Line 22

14                     Page 74    Line 19

15                     Page 87    Line 5

16                     Page 90    Line 13

17                     Page 92    Line 23

18

19

20

21

22

23

24

25
```

Exhibit C

USAO_00162687

GB_C_00001300

<pre>
1                     INDEX TO EXHIBITS

2                     MICHAEL AVENATTI

3               IN RE:  EAGAN AVENATTI, LLP

4                 Wednesday, July 25, 2018

5            Lynette Milakovich, CSR No. 5098

6
     MARKED       DESCRIPTION                         PAGE
7
     Exhibit 1    Order to Appear for Examination       5
8                 of Judgment Debtor

9    Exhibit 2    Notice of Subpoena Commanding         5
                  the Production of Documents
10
     Exhibit 3    Declaration of Michael J. Avenatti   13
11                In Response to Order Issued on
                  November 30, 2016
12
     Exhibit 4    Official Form 410 - Proof of Claim   18
13
     Exhibit 5    Declaration of Michael J. Avenatti   76
14                in Support of Opposition to Jason Frank
                  Law, PLC's Amended Motion for Entry of
15                Assignment and Restraining Order

16   Exhibit 6    Verified Amended Complaint for Breach 72
                  Of Guaranty Agreement
17
     Exhibit 7    Order Granting In Part and Denying in 85
18                Part Amended Motion for Assignment and
                  Restraining Order
19
     Exhibit 8    List of Cases - Exhibit A - J Amended 85
20                Motion

21   Exhibit 9    Submission of Amended Schedules       36

22

23

24

25
</pre>

Exhibit C

USAO_00162688

GB_C_00001300

```
 1                    SANTA ANA, CALIFORNIA

 2           WEDNESDAY, JULY 25, 2018; 11:00 A.M.

 3

 4                    MICHAEL AVENATTI,

 5              having been first duly sworn,

 6                 testified as follows:

 7

 8                      EXAMINATION

 9    BY MR. SELTH:

10         Q   Mr. Avenatti, I am attaching a copy of the

11    Order to Appear for Judgment Debtor Examination that has

12    been issued, why you are here today.

13              I am attaching as Exhibit 2 the copy of

14    Notice of Subpoena that was filed with the court which

15    attaches the subpoena to appear.

16         (Exhibit Numbers 1 and 2 were marked for

17         identification.)

18         Q   (BY MR. SELTH:)  Have you received copies of

19    these documents, Mr. Avenatti?

20         A   Just give me one second.

21              I believe so, yes.

22         Q   Have you brought any documents today in

23    compliance with the subpoena?

24         A   I provided documents to my counsel.  I don't

25
```

Exhibit C

USAO_00162689

GB_C_00001300

July 25, 2018

1    know if he brought them with him today.

2           MR. RAFATJOO:  What we have is documents that have

3    been filed already in the Avenatti bankruptcy.

4           MR. SELTH:  Have been filed in the bankruptcy

5    case.

6           MR. RAFATJOO:  Yes, pending the hearing on the

7    Motion for Protective Order.

8           MR. SELTH:  The only documents you brought are the

9    documents already filed in the bankruptcy case?

10          MR. RAFATJOO:  Yes.

11          THE WITNESS:  Go ahead.

12          Q    (BY MR. SELTH:)  What is your position at

13   Eagan Avenatti, LLP?

14          A    Managing partner.

15          Q    Mr. Avenatti, are you responsible for managing

16   the finances of Eagan Avenatti?

17          A    Generally, yes.

18          Q    Are you solely responsible for making

19   financial decisions for EA?

20               I am going to use "EA" for an

21   abbreviation.

22          A    No.

23          Q    Who else's responsibility?

24          A    Well, when you say, "Financial decisions,"

25   that's a broad term.

Exhibit C

USAO_00162690

GB_C_00001300

```
 1          Q    Okay.  How do you define it?

 2          MR. CHA:  Hang on a second.  You are examining

 3   him, and you used the phrase, so why don't you define it,

 4   and then Mr. Avenatti can understand your definition.

 5   Why don't you go ahead and define it.

 6          Q    (BY MR. SELTH:)  Paying expenses?

 7          A    That's what you mean by "financial decisions."

 8          Q    Are you responsible for making those

 9   decisions?

10          A    Not all decisions paying expenses.

11          Q    Who else has responsibilities?

12          A    Judy Regnier.

13          Q    R-e-g --

14          A    N-i-e-r.

15          Q    What is her position?

16          A    Office manager.  She's also a paralegal.

17          Q    Office manager and paralegal.

18               Is there anybody else at AE who has

19   responsibilities for paying expenses?

20          A    No.

21          Q    Who are the authorized signers on the EA bank

22   accounts, if more than one?

23          A    Me and Ms. Regnier.

24          Q    Are two signatures required or just one?

25          A    I think it depends on the amount and the
```

Exhibit C

USAO_00162691

GB_C_00001300

July 25, 2018

1    account.

2            Q    Who would be responsible for making decisions

3    regarding responsibilities for making the major decisions

4    such as leasing offers?

5            A    I don't know what you mean by "major

6    decisions," but if you're asking me who has the

7    responsibility for leasing office space, that would

8    be me.

9            Q    Who has the decision at EA regarding accepting

10   a new case or not?

11           A    Me.

12           Q    Who has responsibility at EA for negotiating

13   fee settlements?

14           A    Fee settlements between EA and another firm or

15   a client?

16           Q    Between EA and a client.

17           A    Me.

18           Q    And between EA and, say, opposing counsel,

19   if there was a negotiation as to how much fees would be

20   allowed?

21           A    Well, it would depend on the case and what our

22   role in the case was.  If we were lead counsel, that would

23   be me.

24           Q    But as far as EA, it would be you, not other

25   firms that were involved?

Exhibit C

USAO_00162692

GB_C_00001300

July 25, 2018

```
 1              A    I don't think I understand what you are asking

 2    me.

 3              Q    Are you responsible for EA's books and

 4    records?

 5              A    Somewhat.

 6              Q    Do you maintain possession of them?

 7              A    Personally?

 8              Q    Yes.

 9              A    No.

10              Q    Who does?

11              A    They are maintained at the firm.

12              Q    At the Irvine office?

13              A    No.  Newport Beach office.

14              Q    Newport Beach office.

15                   Who has access to those books and records?

16              A    Well, it depends on what books and records you

17    are talking about.  That's a very broad term.  So there

18    may be exceptions to what I'm about to say, but generally

19    Ms. Regnier and I do, but she does not have access to all

20    of the books and records.

21              Q    Okay.  Do you have access to all the books and

22    records?

23              A    Well, I don't know what you mean by "access,"

24    but do I have the ability to get my hands on those books

25    and records?  Generally, yes.
```

Exhibit C

USAO_00162693
GB_C_00001300

1          Q    Is there anybody at EA who is more

2    knowledgeable than you about EA's current financial

3    condition?

4          A    No.

5          Q    What payments have been made towards the

6    judgment that was entered on May 22nd of 2018?

7          A    Are you talking about Mr. Frank's judgment?

8          Q    Yes.

9          A    None.

10         Q    What are plans for paying this judgment?

11         MR. CHA:   That's a little overbroad.  Are you

12   talking about immediately, or are you talking about in the

13   next ten days?  Are you talking about in the next six

14   months?  What do you mean by "what plans"?

15         Q    (BY MR. SELTH:)  Do you have any plans to

16   repay this judgment?

17         A    We are going to attempt to repay the judgment

18   from revenues from the firm or at least a portion of it.

19         Q    Do you plan to pay as much of the judgment as

20   you can from revenues of the firm?

21         A    We haven't made a determination as to what we

22   believe should be paid relating to the judgment.

23         Q    Do you believe you are entitled to pay less

24   than the full amount of the judgment?

25         A    Yeah.  I believe the 10,000,000-million-dollar

Exhibit C

USAO_00162694

GB_C_00001300

July 25, 2018

1    judgment is bogus.

2           Q   Have you filed an appeal of the judgment?

3           A   Do you want to argue with me, or do you want

4    to ask me questions?

5           Q   It's a yes or no question.

6               Have you filed an appeal?

7           MR. CHA:  When you are referring to "you," you are

8    referring to EA, not Mr. Avenatti?

9           MR. SELTH:  Yes.  I know it's easy to make that

10   mistake.  When I mean him personally, I will say, "You

11   personally."

12          MR. CHA:  Correct.

13          MR. SELTH:  If I say, "You," I am not meaning you

14   personally.

15          MR. CHA:  Very good.  Thank you.

16              Q   (BY MR. SELTH:)  Has EA filed tax returns

17   for 2017?

18          A   No.

19          Q   Has EA filed tax returns for 2016?

20          A   I believe so.

21          Q   Who would know for certain?

22          A   I don't understand the question.

23          Q   You said you believe so?

24          A   That's my answer.  I believe so.

25          Q   You don't know to a certainty?

Exhibit C

USAO_00162695

GB_C_00001300

July 25, 2018

1          A    That's the best answer I can give.

2          Q    Thank you.

3               How about 2015?  Have you filed tax

4    returns for 2015?

5          A    Same answer.

6          Q    Which is?

7          A    I believe so.

8          Q    What about 2014?

9          A    Same answer.

10         Q    What about 2013?

11         A    Same answer.

12         Q    Would those returns -- when were those returns

13   filed?

14         A    I don't know.

15         Q    Who would know that?

16         A    I would have to look at the returns.  I don't

17   recall exactly when they were filed.

18         Q    Do you have those returns?

19         A    Do I have them with me today?  No.

20         Q    Are you in possession of them at your office?

21         A    I believe we have them, yes.

22         Q    Do you recall that one of the issues in the

23   arbitration with Jason Frank Law was the production of

24   EA tax returns?

25         A    Are you here to ask me about the arbitration,

Exhibit C

USAO_00162696

GB_C_00001300

1    or are you here to ask me about the --

2              Q   Just a yes or no question, Mr. Avenatti.

3                  Do you recall if the issue of the returns

4    is one of the issues?

5              MR. CHA:  I'm sorry.  I'm going to object.  That's

6    beyond the scope of his judgment debtor examination.

7    Let's move on.

8              THE WITNESS:  I believe -- go ahead.

9              MR. CHA:  Let's move on.

10             MR. SELTH:  You are instructing him not to answer.

11                  Please mark it any time there's an

12   instruction not to answer so we can go back into the court

13   and get authorization on that.

14             (Exhibit Number 3 was marked for identification.)

15             Q   (BY MR. SELTH:)  I am going to show you

16   Exhibit 3 which is a copy of a declaration that you

17   provided in the arbitration case.  Ask you to take a look

18   at that.  And tell me if, after you've read it, if this is

19   a declaration you signed.

20             MR. CHA:  Jim, what is the date on that, please?

21             MR. SELTH:  The date is December 1, 2016.

22             MR. CHA:  Thank you.

23             THE WITNESS:  The question is:  Is that my

24   signature?  Yes.

25             Q   (BY MR. SELTH:)  And in this declaration did

Exhibit C

USAO_00162697

GB_C_00001300

July 25, 2018

```
1    you state that you were unable at that time to locate the

2    2013 tax returns for EA?

3           MR. CHA:  Hang on a second.  This is not a

4    deposition, as you know.

5           MR. SELTH:  No.  It's a judgment debtor

6    examination.

7           MR. CHA:  So we are not going into credibility

8    issues, recollection issues.

9           MR. SELTH:  Talking about tax returns.

10          MR. CHA:  You want to find out what assets are

11   available to satisfy --

12          MR. SELTH:  Mr. Cha, I am allowed a broad scope of

13   questioning, and tax returns are at the heart of the

14   finances of a judgment debtor.

15          MR. CHA:  Right, but you are asking about a

16   declaration, and you are trying to impeach this witness

17   apparently.

18          MR. SELTH:  I am trying to find information about

19   what tax returns and when and where they were filed.

20          MR. CHA:  He already testified to 2013, '14, '15,

21   '16, '17.

22          MR. SELTH:  I'm following up on those questions.

23          MR. CHA:  He's giving you his best testimony.

24          MR. SELTH:  I am following up on those questions.

25          MR. CHA:  What you are doing is putting a
```

Exhibit C

USAO_00162698

GB_C_00001300

1    declaration in front of him that's almost two years old

2    and saying is this true and is it true what you said at

3    the time.  Apparently it was true at the time he signed

4    it.

5            MR. SELTH:  I am asking him --

6            Q   (BY MR. SELTH:)  Mr. Avenatti, in this

7    declaration did you say you were unable to locate the

8    tax returns for 2013 through 2015?

9            MR. CHA:  The document speaks for itself, Jim.

10   It says what it says.

11           THE WITNESS:  I don't know.  I haven't read it.

12           MR. SELTH:  Take your time.  Read it.

13           THE WITNESS:  (Witness reading.)

14                 Okay.  I've read the declaration.  What is

15   the question?

16           Q   (BY MR. SELTH:)  Is that declaration true and

17   correct?

18           A   To the best of my knowledge, yes.

19           Q   And in that declaration you stated that EA's

20   accountant, Marjorie Hendricks, could not find those tax

21   returns as well; is that correct?

22           MR. CHA:  Again, the document speaks for itself.

23   It says what it says.

24           THE WITNESS:  Yeah, I don't think that's what the

25   declaration says in Paragraph 3.  I stand by the

USAO_00162699

GB_C_00001300

1    declaration.

2              Q   (BY MR. SELTH:)  Ms. Hendricks was not in

3    possession of the returns?

4         A    Yeah.  That's not what you asked me.

5         Q    Is she in possession of the returns now?

6         A    I don't know.

7         Q    Attached to it is a copy of a Form 4506 that

8    appears to be signed by you.  Did you submit this 4506 to

9    the IRS to obtain copies of the returns?

10        A    I believe so.  It was almost two years --

11   yeah, almost two years ago.  I think so.

12        Q    So tax returns have been filed for all those

13   three years?

14        A    Sir, I've answered your questions.  I am going

15   to stand by my prior answers.

16        Q    You believe returns were filed for '13, '14,

17   and '15?

18        A    Whatever the transcript is is what my answer

19   is.

20        Q    Did EA file tax returns for 2016?

21        MR. CHA:  That's already been asked and answered.

22        THE WITNESS:  I am going to stand by my prior

23   answer.

24        Q    (BY MR. SELTH:)  What was that?

25        MR. CHA:  He said he believes it was.

Exhibit C

USAO_00162700

GB_C_00001300

July 25, 2018

1           THE WITNESS:  Whatever the transcript --

2      Q    (BY MR. SELTH:)  When were those filed?

3      A    Can you please not talk over me.

4      Q    You talk over me.  Let's keep it calm.

5                When were the 2016 returns filed?

6      A    I think you asked me that, but maybe you

7   didn't.  I don't know.

8      Q    Who would know?  If you don't know, who would

9   know?

10     A    Well, I imagine if we had the return, that

11  would indicate when it was filed.

12     Q    Let's ask this.  Did you apply for an

13  extension to file the 2016 return?

14     A    I think we did, but I'm not certain about

15  that.

16     Q    So you believe it would have been filed later

17  in 2017?  More recently within the last twelve months?

18          MR. CHA:  It calls for speculation.  He's giving

19  you the best answer possible.

20          MR. SELTH:  He is the only person who would know.

21          MR. CHA:  I understand that, but he's given you

22  the answer.

23          THE WITNESS:  I don't remember when the '16 return

24  was filed, sir.

25     Q    (BY MR. SELTH:)  Okay.  But the bankruptcy

Exhibit C

USAO_00162701
GB_C_00001300

July 25, 2018

1    case was filed in March 2017, correct?

2          A    The first bankruptcy case in Florida?  I don't

3    know.  I think it was -- maybe it was in early March.

4    I don't remember.

5          Q    You think so?

6          A    I think it was early March.

7          Q    Had the 2013, '14, and '15 tax returns been

8    filed at the time of the bankruptcy case?

9          A    I don't remember.

10          Q    You don't remember if the 2013 returns had

11    been filed by March 2017?

12          A    I think you just asked me that.

13          Q    So you are not sure if they were filed timely

14    or were late?

15          A    Sir, I don't remember what returns had been

16    filed as of the date of bankruptcy.

17          Q    And the only way you would know is to look at

18    the returns themselves?

19          A    Well, I'm sure that's not the only way that

20    I could figure that out, but as I sit here right now,

21    that would probably be the best way.

22          Q    What would be another way you could figure it

23    out --

24          A    I don't know.  I can't speculate.

25          Q    -- as to how you would find out when they were

Exhibit C

USAO_00162702

GB_C_00001300

1    filed?

2              (Exhibit Number 4 was marked for identification.)

3         Q    (BY MR. SELTH:)  Let me show you Exhibit 4.

4    And this is a Proof of Claim that was filed by the IRS in

5    October of 2017.  I will represent the IRS filed Proof of

6    Claim and several amendments to Proof of Claim.  This was

7    the last Proof of Claim filed in the bankruptcy case, and

8    it was amended and filed on October 10th as Claim 1-6.

9              MR. CHA:  October 10, 2017?

10             MR. SELTH:  Yes, sir.

11             MR. CHA:  Okay.

12        Q    (BY MR. SELTH:)  Mr. Avenatti, on the last

13   page of this Proof of Claim, the IRS states that tax

14   returns for '14, '15, and '16 have not been filed.

15   Do you see that?

16        A    I've never seen this document before, so if

17   you're asking me -- I mean I see the words on the page

18   here, on the last page.  I can't --

19        Q    Do you have any reason to believe it's not

20   true?

21             MR. CHA:  Based upon the answers --

22             THE WITNESS:  Please stop interrupting me.

23             MR. CHA:  Based on the upon the answers he's

24   given, the record speaks for itself.

25        Q    (BY MR. SELTH:)  Do you have any reason to

Exhibit C

USAO_00162703
GB_C_00001300

July 25, 2018

```
 1    believe that this Proof of Claim is not correct?

 2           A    I don't know.  I've never seen the document

 3    before.

 4           Q    Did you look at any of the Proofs of Claim

 5    filed in the bankruptcy case?

 6           A    A few.

 7           Q    Any of the IRS claims?

 8           A    I think I did early on.

 9           Q    You cut a settlement with the IRS as part of

10    the dismissal of the bankruptcy case --

11           A    Yes.

12           Q    -- in which you agreed to pay certain payroll

13    taxes?

14           A    Certain taxes, yes.

15           Q    But you don't recall seeing this Proof of

16    Claim at the time you were negotiating that settlement

17    with the IRS?

18           A    I'm sure my lawyers took a good look at it.

19           Q    Did EA provide K-1's to you for the years 2013

20    through 2016?

21           A    I believe they did.

22           Q    Did you file personal tax returns reflecting

23    that income?

24           A    I'm not going to answer that question.

25           MR. CHA:  Objection to that.  He's not a judgment
```

Exhibit C

USAO_00162704

GB_C_00001300

1    debtor.

2          THE WITNESS:  My personal finances have nothing to

3    do with this.

4          MR. SELTH:  Actually that's not correct.  So maybe

5    we should discuss this now, and that is --

6          THE WITNESS:  I'm not a personal judgment --

7    I'm not a personal judgment debtor in connection with this

8    matter, sir.  There's no judgment against me.

9          MR. SELTH: Okay.  We can have the discussion with

10   Judge Clarkson at a later date.  Maybe we should address

11   this now.

12                As you are aware, I know you have more

13   experience than I do of a judgment debtor examination, but

14   an entity may include questions regarding assets of its

15   principal.  I will cite you an Eighth Circuit case.

16   Credit Lyonnair versus SGC Int'l, Inc., 160 F 3d 428.

17                So I believe that we are allowed to ask

18   questions regarding the assets of a principal, especially

19   a principal who is the managing partner of the firm and

20   owns 75 percent of the firm.

21          MR. CHA:  Mr. Avenatti does not own 75 percent of

22   the firm.

23          MR. SELTH:  He owns it through Avenatti &

24   Associates there which he owns 100 percent.  If you

25   would like this issue addressed with Judge Clarkson now

Exhibit C

USAO_00162705

GB_C_00001300

1    or if you want to discuss with your client.

2         MR. CHA:  I haven't checked to see when

3    Judge Clarkson is available, but if you want to have a

4    continuing list of issues you want to present, I think

5    it makes more sense to present to the judge all the issues

6    at one time.  Or do you want to go in one at a time?

7         MR. SELTH:  I'd rather not go in one at a time,

8    but this is an issue that is going to come up repeatedly

9    if I'm going to ask Mr. Avenatti about payments to him

10   from his firm and he says you can't ask those questions of

11   me.

12        THE WITNESS:  That's a different issue.

13        MR. CHA:  That's an entirely different issue.  You

14   can ask him that.

15        MR. SELTH:  I can ask about his assets?

16        MR. CHA:  No.

17        MR. SELTH:  So you disagree.  I know I am citing a

18   case you haven't read yet.

19        MR. CHA:  Correct.

20        MR. SELTH:  It's an important issue.

21        MR. CHA:  I think what you can do is, to the

22   extent that we are going to have this hearing on the 8th

23   of August, more likely than not we are going to have a

24   second session.

25        MR. SELTH:  I am not going to skip all those

Exhibit C

USAO_00162706
GB_C_00001300

July 25, 2018

1    questions today.  Who knows what will happen in the

2    future?

3            MR. CHA:  This is your examination, Jim.  I am not

4    trying to be a barrier.  I am trying to keep it confined.

5    I want you to get as much information today as you like to

6    the extent that we will allow it.  There are certain

7    things we will not allow, certain things we will obviously

8    allow, but if your question is you want to find out what

9    EA has paid Mr. Avenatti's professional corporation,

10   that's a different issue.  You haven't asked that yet.

11   The only thing you've asked is, have you received K-1's or

12   has the Avenatti & Associates received K-1's.  I believe

13   that was your question.

14           MR. SELTH:  That is my question.

15           MR. CHA:  Okay.  Then you can proceed from there.

16           MR. FRANK:  What was your answer?

17           MR. SELTH:  He answered yes, he received K-1s.

18           Q   (BY MR. SELTH:)  Mr. Avenatti, how much was

19   your K-1 in 2016 from EA?

20           A   I don't know.

21           Q   Give your best estimate, please.

22           A   I don't really have an estimate.  I have to go

23   back and look at it.  I know that we filed -- and I think

24   we brought some of that with us.  I think we filed a

25   schedule relating to all monies distributed to me in

Exhibit C

USAO_00162707

GB_C_00001300

July 25, 2018

1      connection with the bankruptcy in 2016, and I think that

2      it covered that.

3              Q    How much was that?

4              A    I don't know.  I'd have to go back and look at

5      the documents.

6              Q    Can you give me a range?

7              A    I can't.  I want to look at the documents.

8              Q    How about 2017?  How much did you receive in

9      2017 from EA?

10             A    Not much.

11             Q    Less than a million?

12             A    I don't know what the number is.  I'd have --

13     I'd have to look at documents in order to answer that

14     question.  I think we had all of the payments up through

15     the date of the bankruptcy.

16             Q    I am asking now for 2017.  So that wouldn't

17     have been filed in the bankruptcy?

18             A    No.  Actually it would have been filed in the

19     bankruptcy, sir.

20             Q    March 2017 you would have filed payments up

21     through that date?

22             A    But wouldn't we have filed reports from that

23     point forward showing disbursements to --

24             MR. RAFATJOO:  The monthly operating reports will

25     show disbursements.

Exhibit C

USAO_00162708

GB_C_00001300

July 25, 2018

1        Q   (BY MR. SELTH:)  I am trying to get your

2   testimony as to what your income was from you in 2017.

3   When I say, "You" --

4        A   I don't recall.  I'd have to go back and look

5   at the documents, but I would point to the schedules in

6   the other documents filed in the bankruptcy.

7        Q   You can't even estimate it?

8        A   No.

9        Q   Who would know that number?

10       A   Well, I would know the number if I went back

11   and looked at the documents.

12       Q   Would Judy Regnier know that number?

13       A   Probably not entirely, no.

14       Q   Is she involved in any way in the preparation

15   of the firm's tax returns?

16       A   Yes.

17       Q   Does she act as a bookkeeper as well as office

18   manager?

19       A   Most of the time, yeah.

20       Q   So she would help provide the accountant with

21   financial information to prepare the returns?

22       A   Yes.

23       Q   Is Marjorie Hendricks still the accountant for

24   EA?

25       A   Yes.

Exhibit C

USAO_00162709
GB_C_00001300

July 25, 2018

1        Q    How much have you or you through

2   A & Associates been paid by EA through 2018 to date?

3        A    I can't provide an estimate.  It's less than

4   a million dollars.  It may in fact be a couple hundred

5   thousand dollars.

6        Q    Between a couple hundred thousand and a

7   million or on the lower end of it?

8        A    I would have to go look back and look at the

9   documents.

10        Q    Okay.  So what documents would you have to

11   look at to know how much you've received this year?

12        A    I could probably go and take a look at bank

13   statements in order to figure that out, but I'm sure we

14   can get you that number.

15        Q    Have you had distributions through EA in all

16   years?

17        A    Would you like us to get you that number?

18        Q    I would.

19        A    Okay.

20        Q    Thank you.

21             Have you had distributions from EA in

22   every year from 2013 to the present?

23        A    Yes, yes.

24        Q    If you can please describe the type of

25   distributions you received.  Did you receive loan

Exhibit C

USAO_00162710

GB_C_00001300

July 25, 2018

1    repayments, expense reimbursements, salary, profit

2    sharing, distribution?  What form of distribution?

3         A   Basically all of those with the exception of

4    salary.  But I may have received salary in '13, but

5    I just don't remember.

6         Q   In the bankruptcy schedules there was a list

7    of loan repayments to you in the twelve months prior to

8    the bankruptcy filing.  Is there still a loan owed from

9    EA to you?

10        A   I believe there is, but I'm not certain about

11   that.

12        Q   Do you know the balance?

13        A   I don't.

14        Q   When was the last time EA repaid a loan

15   payment to you?

16        A   I think it was before the bankruptcy.  I think

17   it was listed on one of the schedules.

18        Q   What company is handling the payroll for EA?

19        A   I don't know.  I don't know the name of the

20   company.  We have a payroll company, but I don't know the

21   name of it.

22        Q   Who would know that?  Judy?

23        A   Yeah.  I'm sure we can get you the name of it.

24        Q   Is it the same payroll company that was

25   handling it during the bankruptcy?

Exhibit C

USAO_00162711

GB_C_00001300

July 25, 2018

1        A    I think it is.

2        Q    Is it Paychecks?

3        A    Sir, I don't know the name.  I don't get a

4    check from the company, so I don't know the name of it.

5        Q    Does your payroll company handle your payroll

6    tax withholdings?

7        A    I believe they do.

8        Q    For a while that was not the case; is that

9    correct?

10       A    I don't understand the question.

11       Q    Prior to the bankruptcy being filed, didn't

12   you testify -- excuse me.

13            In the meeting of creditors that

14   Mr. Hauler conducted I believe in June of 2017, you were

15   asked about who was handling the payroll tax withholding

16   payments for EA.  Do you recall that?

17       A    I recall being asked questions on that topic.

18   I do not recall what my answers were at the time.

19       Q    Do you recall testifying at the meeting of

20   creditors that EA had taken the payroll tax withholding

21   back in-house, so to speak, instead of Paychecks handling

22   it?

23       A    I don't recall testifying to that.  That does

24   not -- by that answer I do not mean to suggest that that

25   was not my testimony.  I just don't remember.

Exhibit C

USAO_00162712

GB_C_00001300

July 25, 2018

```
 1          Q    How did EA fall delinquent in payroll taxes

 2    prior to bankruptcy filing?

 3          A    What does this to have to do --

 4          MR. CHA:  I was going to say.

 5          MR. SELTH:  It's about EA.

 6          MR. CHA:  Your client --

 7          THE WITNESS:  You are just trying to embarrass me.

 8          MR. SELTH:  I couldn't care less about that.

 9          MR. CHA:  Your client is trying to collect a

10    judgment.  No issues there.  But the question you just

11    asked is so far afield from the purpose for which we are

12    here.

13          MR. SELTH:  No.

14          MR. CHA:  It makes it seem patently obvious that

15    you are asking, one, irrelevant questions, and, two, you

16    are not pursuing the goal for which you are here.

17          MR. SELTH:  It's my job of how I get to that goal,

18    Mr. Cha.

19          MR. CHA:  You are asking for something that

20    happened in 2013.  You are asking him to testify to

21    recollections of testimony previously given.

22          MR. SELTH:  Right.  He's going to do his best.

23          MR. CHA:  I've got transcripts.  I've got the

24    transcripts.  You've got the transcripts.  You know what

25    his prior testimonies were in two different settings.
```

Exhibit C

USAO_00162713

GB_C_00001300

July 25, 2018

```
 1          Q    (BY MR. SELTH:)   My question is:   How did the
 2     EA come to fall behind on its payroll tax?
 3          A    I don't remember.
 4          Q    Really?
 5               Did you pay 2,000,000 dollars to the
 6     IRS as part of the dismissal of the bankruptcy case?
 7          A    You want to ask me questions or argue with me?
 8          MR. CHA:   That's argumentative.
 9          Q    (BY MR. SELTH:)   Why did you pay 2,000,000
10     dollars if you didn't owe it?
11          MR. CHA:   Jim, that's argumentative.   I am going
12     to instruct him not to answer.   You can mark that one,
13     too.
14          Q    (BY MR. SELTH:)   The question is:   How did
15     EA fall behind on the payroll tax?   You don't remember?
16          A    I don't recall.
17          Q    You are saying that with a straight face.
18          MR. CHA:   Wait a second, Jim.
19          MR. SELTH:   Mr. Cha.
20          MR. CHA:   Jim.
21          MR. SELTH:   It's one thing for him to say he
22     doesn't recall his precise payment in 2013.
23          MR. CHA:   May I finish?
24          MR. SELTH:   Yes.
25          MR. CHA:   I will give you as much latitude as
```

Exhibit C

USAO_00162714

GB_C_00001300

July 25, 2018

```
 1    I think you are entitled to, but if you breach that,

 2    go beyond that, we are going to walk out of here.

 3            MR. SELTH:  No, you're not.

 4            MR. CHA:  Yes, we are.

 5            MR. SELTH:  We are going to go back in front of

 6    the judge and tell him.

 7            MR. CHA:  Either way we are going to walk out of

 8    this room.  Let's keep it relevant.  I want you to get the

 9    information you need.  I am not here to be a barrier to

10    your questions so long as the questions are relevant,

11    legitimate, and pursue the purpose for which you are here.

12    If not, I will be a barrier.  Okay?  So I am just giving

13    you as much leeway as I can for the purpose for which we

14    are here.  I am finished.

15            MR. SELTH:  Mr. Cha, if your client is going to

16    say, "I don't remember," to a question as huge as how did

17    the company fall 2,000,000 dollars in arrears in payroll

18    taxes, it's showing he has no interest in participating in

19    this examination in good faith.  "I don't remember" to

20    that question?  We can ask Judge Clarkson.  Why I am

21    asking these questions --

22            MR. CHA:  I'm sorry, Jim.  If you don't like the

23    witness's answer, I really can't do anything about that.

24    Okay?  But don't argue with my client.

25            MR. SELTH:  You can advise him I'm --
```

Exhibit C

USAO_00162715

GB_C_00001300

July 25, 2018

```
 1              MR. CHA:  Don't argue with my client.  That's all.
 2              MR. SELTH:  When an answer is given that is that
 3    absurd, I am not arguing.  I am saying that's absurd.
 4              MR. CHA:  You can think that.  Okay?  Let's not
 5    burden the record with your thoughts or your feelings.
 6    That's not relevant.  Okay.  Let's go.  We are here.  We
 7    are here for you.
 8              Q   (BY MR. SELTH:)  Who is handling the payroll
 9    tax withholdings for EA right now, Mr. Avenatti?
10              A   I believe our payroll tax company.
11              Q   Is EA current on its payroll tax since the
12    bankruptcy case has been dismissed?
13              A   To the best of my knowledge, yes.
14              Q   Please name all financial institutions where
15    EA has had a bank account in the last four years.
16              A   California Bank & Trust, and I think that that
17    is it.  Although there was a loan from a Mississippi bank,
18    and I don't remember if we had an account there or not or
19    if that would qualify as an account.
20              Q   How long ago was that?
21              A   I mean, I think there was discovery on this
22    in connection with the bankruptcy.  I don't remember.
23    It was some time ago.  But it may have been during this
24    four-year -- it may have been from 2014 to the present,
25    so that's why.
```

Exhibit C

USAO_00162716

GB_C_00001300

July 25, 2018

```
 1          Q    But there is no account there now?
 2          A    No.
 3          Q    And no loan there now?
 4          A    No.
 5          Q    How many current -- how many open accounts
 6     does EA currently have at California Bank & Trust?
 7          A    I think two or three.
 8          Q    Is there one or more than one client trust
 9     IOLTA account?
10          A    I think there's one IOLTA.
11          Q    At California Bank & Trust?
12          A    Period.
13          Q    And it's at California Bank & Trust?
14          A    Yes.
15          Q    In the bankruptcy schedules filed in June
16     of 2017 there were two accounts listed at California
17     Bank & Trust.  Are those the same two accounts that you
18     have now?
19          A    At some point during the bankruptcy the
20     accounts were changed.
21          Q    To debtor in possession accounts?
22          A    Correct.  I don't believe that those have been
23     changed since the conclusion of the bankruptcy case.
24          Q    What is the current balance in the two
25     accounts at California Bank & Trust?
```

Exhibit C

USAO_00162717

GB_C_00001300

1       A    I don't know.  It's not a lot of money.

2       Q    Who would know that?

3       A    Well, I would know that if I undertook an

4    effort to get the balances in the accounts.

5       Q    Do you have access to that on your phone?

6       A    No.

7       Q    You don't have access to that bank account

8    statement?

9            MR. CHA:  You just asked him that.

10      Q    (BY MR. SELTH:)  Why not?

11      A    Why don't I have access on my phone?  I don't

12   have access to any bank account balance on my phone.

13   I don't know why.

14      Q    Has EA recently -- does EA bank online with

15   California Bank & Trust?

16      A    Yes.

17      Q    Only from the office?

18      A    Or from a laptop or computer.

19      Q    But not from your phone?

20      A    No.

21      Q    Has EA opened a new bank account at California

22   Bank & Trust since the bankruptcy was dismissed?

23      A    I don't think so.

24      Q    You testified earlier that you and Judy have

25   check-signing authority on EA bank accounts and, I believe

Exhibit C

USAO_00162718

GB_C_00001300

1    you testified, a single signature up to a certain balance;

2    is that correct?

3            A    Again, I am going stand by what I said

4    previously.  I think that's correct.

5            Q    And what about the IOLTA account?  Are you the

6    only person authorized to sign on that?

7            A    I think that's true, but I don't recall

8    exactly, but I think that's true.

9            Q    Who are the individuals who have authorized to

10   make online transfers on the California Bank & Trust

11   accounts?

12           A    Ms. Regnier and I, but it would depend on the

13   account and the amount.

14           Q    There may be a limit?

15           A    Yes.

16           Q    Would it be Ms. Regnier who has the limit set

17   and that you are unlimited?

18           A    Yes.

19           Q    What bank account does EA pay its payroll

20   from?

21           A    An account at California Bank & Trust.

22           Q    If there are two accounts at California

23   Bank & Trust, which I believe you testified, how would

24   you -- describe what are each of them.

25           A    I don't recall exactly.  It was set up

Exhibit C

USAO_00162719

GB_C_00001300

```
 1    pursuant to the courts.  However, we had to do it for the

 2    bankruptcy case, and I believe at the time the bankruptcy

 3    court required us to have a separate payroll account,

 4    a separate debtor in possession account.  I believe that's

 5    true.

 6         Q    You wouldn't have had to open a new one after

 7    the bankruptcy was open?

 8         A    That's what I am talking about.

 9         Q    But the schedules --

10         (Exhibit Number 9 was marked for identification.)

11         MR. SELTH:  Let's attach Exhibit 9 now.  This is

12    Amended Schedules, the last schedules that were filed.

13         MR. CHA:  Did you say Exhibit 9?

14         MR. SELTH:  Exhibit 9.  Yes.  I jumped ahead.

15         MR. CHA:  You jumped ahead.  Okay.

16         Q    (BY MR. SELTH:)  Did I give you one?

17         MR. CHA:  He has one.  Is this for me?

18         MR. SELTH:  I guess I have an extra one.

19         MR. CHA:  You want this to be Exhibit 9?

20         MR. SELTH:  Yes.  I marked it.

21         Q    (BY MR. SELTH:)  Mr. Avenatti, go to Page 6,

22    please, of Exhibit 9.

23         A    Page 6?

24         Q    Yes, please.

25         MR. CHA:  Is that on top on the main document,
```

Exhibit C

USAO_00162720
GB_C_00001300

1    7 of 26?

2           MR. SELTH:  6 of 26.

3           MR. CHA:  6 of 26.

4           Q    (BY MR. SELTH:)  Do you have that page open,

5    sir?

6           A    I was on seven.

7                Yes.

8           Q    Okay.  So in Section 3 there are two

9    California Bank & Trust accounts listed, one checking,

10   one money market.  These I think your counsel would agree

11   would be the accounts that were open at the time the

12   bankruptcy was filed, not the debtor in possession

13   accounts opened later.  Is that your understanding?

14          A    I'm sorry?

15          Q    The two accounts listed in the schedules would

16   be the accounts that were open at the time the bankruptcy

17   was filed, not the debtor in possession accounts which

18   would only be opened after the bankruptcy was filed.

19   Do you still have those two accounts at California

20   Bank & Trust now, or have they been changed, renumbered?

21          MR. CHA:  There are multiple questions there.

22   Let's go with:  Are these two accounts, one with 112,000,

23   one with 100,000, were these preexisting accounts before

24   the bankruptcy filing?  That is the first question.

25          THE WITNESS:  Yes.

Exhibit C

USAO_00162721

GB_C_00001300

July 25, 2018

```
 1          Q   (BY MR. SELTH:)  Are those two accounts,
 2   if you know, those account numbers still open now?
 3          A   No.  I think they were required to be closed
 4   by the bankruptcy court.
 5          Q   So you opened a debtor in possession account
 6   when the bankruptcy was dismissed.  Did you close the
 7   debtor in possession account and open a new account?
 8          A   No.
 9          Q   Do you still have a debtor in possession
10   account now that's called debtor in possession, or did you
11   change the designation?
12          A   I think it's titled the same.
13          Q   You believe there are two or just one?
14          A   Whatever accounts were set up in connection
15   with the bankruptcy are the accounts now, to the best of
16   my knowledge.  I don't know of any other account.
17          MR. SELTH:  Okay.  I believe the bank statements
18   were requested as part of the subpoena.  I don't think you
19   went that far to say the bank statements should be
20   produced.
21          MR. RAFATJOO:  I don't have any bank statements,
22   but I will get those to you.
23          Q   (BY MR. SELTH:)  So which account does EA pay
24   its rent from, Mr. Avenatti?
25          A   One of the accounts at California Bank &
```

Exhibit C

USAO_00162722
GB_C_00001300

July 25, 2018

 1 | Trust.

 2 |        Q   Is one account used as a savings and one

 3 | account used to pay operating expenses?

 4 |        A   I think -- and, again, I mean, you asked me

 5 | this before, and I just don't -- I just don't remember.

 6 | I don't know what exactly -- which account is what.

 7 | Whatever accounts had to be set up in connection with the

 8 | bankruptcy, that's what accounts exist now.  As I recall,

 9 | an account had to be set up for payroll and a separate

10 | account for operating expenses.

11 |        Q   During the bankruptcy?

12 |        A   I believe that's true.

13 |        Q   And you believe that you are still basically

14 | using those accounts in the same manner?

15 |        A   Yes.

16 |        Q   Which bank account would the recent payments

17 | to the unsecured creditors be made from?

18 |        A   One of the accounts at California Bank &

19 | Trust.

20 |        Q   But you don't know which one?

21 |        A   I don't know.  I mean, I'm assuming that your

22 | client knows because he got one of the checks.

23 |        Q   But it's not the one -- you don't believe it's

24 | one that payroll is paid from?  You believe it's not the

25 | non-payroll account?

Exhibit C

USAO_00162723

GB_C_00001300

July 25, 2018

```
 1              MR. CHA:  He doesn't have a belief.  He said he
 2      didn't know.  He said he didn't know.  He said your client
 3      would know.
 4              Q   (BY MR. SELTH:)  Okay.  So since the
 5      bankruptcy has been dismissed, what has been the source
 6      of funds to pay EA operating expenses?
 7              A   Generally my personal funds.
 8              Q   You have had to contribute personal funds
 9      to --
10              A   Yes, sir.
11              Q   Has that been done as a loan or as a capital
12      contribution?
13              A   It's been done as a loan.
14              Q   So how much does EA owe you now?
15              A   I don't know.
16              Q   Can you give me an estimate?
17              A   I can't.  It's a significant amount of money,
18      but I don't know the exact amount.  I don't have any
19      reason to know that exact amount right now because the
20      firm doesn't have any intention of paying it back right
21      now so -- I mean at this exact moment, I should say.
22              Q   So has EA received some revenue since the
23      bankruptcy was dismissed?
24              A   Yes.
25              Q   Some fee revenue?
```

Exhibit C

USAO_00162724

GB_C_00001300

 1          A    I believe that's true, yeah.

 2          Q    Approximately how much?

 3          A    Not a lot.  I don't know.  I'd have to look at

 4   it, but it's not a lot.

 5          Q    Under a quarter million?

 6          A    What was the date of the dismissal of the

 7   bankruptcy?

 8          MR. FRANK:  March 15th.

 9          Q    (BY MR. SELTH:)  Like four months.

10          A    Yes, less than a quarter million dollars.

11          Q    Which fees -- which cases have paid fees since

12   March 15th?

13          A    You know, I don't recall.  I don't know --

14   you know, as I sit here, with that being the date, four

15   months ago, -- well the Med-Line matter which pays on a

16   monthly basis would have paid fees, so that would be --

17   let's call it 140,000 dollars.  I think that's the only

18   matter, but I may be wrong about it, but I think that's

19   the only matter.

20          Q    Med-Line pays a monthly fixed fee; is that

21   correct?

22          A    Yes, sir.

23          Q    How much?

24          A    I think it's 35,000 dollars a month.  It was

25   the same -- the amount has not changed since the

Exhibit C

USAO_00162725

GB_C_00001300

 1   bankruptcy.

 2          Q    They pay consistently every month?

 3          A    Well, sometimes they are late.  Sometimes they

 4   don't pay on time.  But it's generally --

 5          Q    They don't generally accrue unpaid fees?

 6          A    No.  They do accrue if they don't pay on time.

 7          Q    Is it due on a certain date each month?

 8          A    It is, but I can't tell you the date.

 9          Q    So funds that have gone into EA to pay its

10   operating expenses, you testified that's the majority of

11   your personal funds; correct?

12          A    Yes, sir.

13          Q    What accounts have transferred funds into

14   EA bank accounts since the bankruptcy was dismissed?

15   Accounts just in your name?  Are there any others that

16   have transferred?

17          A    I think it's just in my name.  When I say,

18   "My name," I don't recall exactly what account the monies

19   came into as loans.  I'm sorry.

20          Q    From?

21          A    I know where the monies came into.  I don't

22   know where the monies came from as I sit here now.

23   I think they were from Avenatti & Associates.

24          Q    A bank account?

25          A    A bank account.

Exhibit C

USAO_00162726
GB_C_00001300

July 25, 2018

1          Q    A bank account of Avenatti & Associates?

2          A    Right.

3          Q    Is it possible some came from your bank

4     account with your personal name?

5          A    No, that's not correct.

6          Q    What about Global Barista?

7          A    No, I don't think that's accurate.

8          Q    Are there any other entities that have

9     contributed money to, as you say, loaned money to EA

10    to keep it going?

11         A    I don't think so.

12         Q    Have there been any transfers from EA accounts

13    to other entities' accounts, either loan repayment or --

14         A    You are talking about things other than our

15    trust account obviously?

16         Q    Right now I am talking about non-trust payment

17    account, not client payments.

18         A    The question is?

19         Q    What accounts have received transfers from

20    EA accounts since the bankruptcy was filed -- dismissed?

21    Excuse me.

22         A    Well, we paid bills.

23         Q    Right.  I am talking about actually transfers,

24    not bill pays, like not paying the electric bill, but

25    I mean a transfer.  You were transferring money from

Exhibit C

USAO_00162727
GB_C_00001300

July 25, 2018

```
 1    Avenatti & Associates to EA.  I assume it was some kind of

 2    online transfer to do that.  Could have been a check.

 3    I don't know.  But I am asking what accounts have received

 4    transfers from EA, not paying vendors or bills.

 5          A   There may have been instances where

 6    Avenatti & Associates received money back from EA, but

 7    I'm not certain about that.

 8          Q   Would that be for loan repayment, or were

 9    there other connections?

10          A   Loan repayment for expenses.

11          Q   What do you mean:  "For expenses"?  When would

12    EA pay Avenatti & Associates?

13          A   If I would incur an expense and then seek

14    reimbursement from EA, that would likely come back to

15    A & A.

16          Q   Okay.

17          MR. CHA:  A & A.

18          Q   (BY MR. SELTH:)  "A & A" meaning Avenatti &

19    Associates?

20          A   Yeah.

21              Did EA -- do you know who Pete Norell is,

22    Mr. Avenatti?

23          A   Yes, sir.

24          Q   Did EA pay Pete Norell 25,000 dollars in March

25    of this year?  You started to say something.
```

Exhibit C

USAO_00162728

GB_C_00001300

July 25, 2018

1       A    A payment was made to Pete Norell, and I don't

2    recall how much it was or when it was, but it was after

3    the bankruptcy was dismissed.

4       Q    What was it for?

5       A    It was for a settlement of a claim that

6    Pete Norell had.

7       Q    A settlement -- a claim that he had against

8    EA?

9       A    Yes.

10      Q    Was it for a matter he had worked on or

11   multiple matters?

12      A    I think it was multiple matters.

13      Q    What account was that payment made from?

14      A    I don't remember, but I think it came from

15   California Bank & Trust.

16      Q    Was it made from a general account?

17      A    I don't remember.  It may have been made from

18   Avenatti & Associates.  I don't know.  I don't know.

19      Q    Was it a client expense that was owed by a

20   client to be paid from IOLTA account?

21      A    No.

22      Q    Or was it an EA expense?

23      A    No.  I think it was an EA expense.

24      Q    You don't pay any EA expenses from your

25   IOLTA account, correct?

Exhibit C

USAO_00162729

GB_C_00001300

July 25, 2018

1          A    Generally not, no.

2          Q    Has EA written checks payable to cash in the

3     last twelve months?

4          A    Not that I know of.

5          Q    What about in the last several years?

6          A    Maybe.  I don't know.

7          Q    Do you have any recollection of instructing EA

8     to write checks payable to cash?  Are there circumstances

9     where this might be?

10         A    There might be an instance here or there that

11    happened.  I just don't remember.

12         Q    Would these be modest amounts like petty cash

13    levels?

14         A    Again, I don't recall.  There may have been a

15    check that was made payable to cash because we had to get

16    a cashier's check for something, for instance.  I mean,

17    I am just speculating.

18         MR. CHA:  Let's not speculate.  You have been

19    speculating for the last four answers.  Let's not

20    speculate.

21         THE WITNESS:  You don't want to go for five?

22         MR. CHA:  No.

23         Q    (BY MR. SELTH:)  Has EA taken out counter

24    checks payable to cash from the bank?

25         A    In it's existence I'm sure at some point.

Exhibit C

USAO_00162730

GB_C_00001300

July 25, 2018

1      Q    What about in the last two years?

2      A    I have no idea.  I don't know.

3      Q    Does EA own or lease any vehicles?

4      A    No.

5      Q    Does EA pay a driver to drive you?

6      A    No.

7      Q    Does A & A pay a driver to drive you?

8      A    I'm not here to testify about A & A.  A & A is

9    not --

10          MR. CHA:  Judgment debtor.

11          THE WITNESS:  Correct.

12          Q    (BY MR. SELTH:)  So EA does not pay any

13    expenses to drive you?

14          MR. CHA:  That's what he said.

15          Q    (BY MR. SELTH:)  Does EA pay for your

16    security, for personal experiences, if you have such?

17          A    No.

18          Q    Does EA pay for your travel?

19          A    It would depend on what the travels were.

20          Q    So for, let's say, Stephanie Clifford-related

21    matters and Michael Cohen-related matters, does EA pay for

22    that travel?

23          A    No.

24          Q    Does it pay for travel?  Lodging?

25          A    It would depend on the matter.

Exhibit C

USAO_00162731
GB_C_00001300

July 25, 2018

```
 1              Q    So if it was more an EA case that you were
 2       flying for EA business, EA might pay for the travel
 3       expenses?
 4              A    Maybe.  It would depend on the matter, and it
 5       would also depend on whether -- let me back up.  It would
 6       depend on the matter.  Generally what would happen is
 7       A & A would pay for that and then at some point seek
 8       reimbursement.
 9              Q    Because A & A had more cash available, it's
10       just easier?
11              A    That's just the way it's done.
12              Q    Does EA pay the rents for your apartment?
13              A    I'm sorry?
14              Q    Does EA pay the rent for your apartment?
15              A    No.
16              Q    How many offices does EA have?
17              A    Two.  Well, I don't know.  Technically I guess
18       three but two where EA pays rent.
19              Q    So what are those two?  Newport Beach is one,
20       correct?
21              A    Yes, sir.
22              Q    What is the second one?
23              A    The second one is in Los Angeles.
24              Q    What is that address?
25              A    It's off of Sunset Boulevard.  I'm blanking on
```

Exhibit C

USAO_00162732

GB_C_00001300

July 25, 2018

```
 1    the address.  I can get it for you.
 2         Q    And what is the third address that's not
 3    really --
 4         A    It's Embarcadero Center in San Francisco.
 5         Q    Is that a shared suite situation?
 6         A    No.  I mean, we technically list it as an
 7    office.  Michael Eagan works out of that office.
 8         Q    He has his Eagan law firm, correct?
 9         A    Yes, sir.
10         Q    EA pays the rent for Sunset Boulevard and
11    Newport Beach but not for Embarcadero Center, correct?
12         A    Yes, sir.
13         Q    Can you please name the attorneys who work at
14    the Sunset Boulevard office?
15         MR. CHA:  For EA?
16         MR. SELTH:  Okay.  Thank you.
17         Q    (BY MR. SELTH:)  For EA?
18         A    I don't believe there are any attorneys that
19    work at the Sunset Boulevard office.  I mean it depends.
20    Sometimes if I'm in Los Angeles, I will work.
21         Q    Work out of it.  But is their primary
22    location?
23         A    I don't think there are any attorneys.
24         Q    Are there attorneys from other law firms
25    working at Sunset Boulevard from that office?
```

Exhibit C

USAO_00162733
GB_C_00001300

July 25, 2018

```
 1          A    Yes.

 2          Q    Are they subtenants?

 3          A    It's basically a shared space arrangement

 4    is probably the best way for me to put it.

 5          Q    Okay.  With other unrelated law firms?

 6          A    Well, I don't know what you mean by "unrelated

 7    law firms" but with other law firms.

 8          Q    In which you don't have an interest?

 9          A    Correct.

10          Q    You pay a share of the office rent because --

11          A    A share of the expenses associated with the

12    office.

13          Q    Okay.  Is there a sign on the door that says

14    you are EA?

15          A    I believe there is, yes.

16          Q    Who is attorneys who work out of Newport Beach

17    office?

18          A    Myself, John Arden, Matty Brim, Thomas Gray,

19    Damon Rogers, Carlos Colorado.

20          Q    Colorado?

21          A    Yes, sir.

22          A    I think that's it.

23          Q    Six?

24          A    I think that's right.  Yeah.

25          Q    Are they employees of EA?  Other than you,
```

Exhibit C

USAO_00162734

GB_C_00001300

July 25, 2018

1    are the other five W-2 employees of EA?

2         A    Yes.

3         Q    And they receive a paycheck from EA?

4         A    Yes, sir.

5         Q    Are any of these attorneys also employed by

6    Avenatti & Associates?

7         A    Yes.

8         Q    Do they receive separate payment from A & A?

9         A    No.  A & A reimburses EA for the use of their

10   time in connection with various matters.

11        Q    I believe I remember at the time of the

12   meeting of creditors you thought -- you testified there

13   were nine attorneys at the time the bankruptcy was filed.

14   Has there been a decline?

15        A    Whatever I testified to I testified to.

16        Q    Have any attorneys left the firm since the

17   bankruptcy was filed?

18        A    I don't remember.

19        Q    In the last year?

20        A    I don't remember who has -- I guess I could

21   think about it and figure out -- I don't know the timing

22   of various departures I guess is the best way.

23        Q    But now there's you plus five?  You would call

24   them associates?

25        A    Well, some of them carry the title of partner,

Exhibit C

USAO_00162735

GB_C_00001300

1  but they were like Mr. Frank.  They never had equity in

2  the firm.

3       Q   Mr. Ibraham, is he held out as a partner?

4       A   I think he carries that title.

5       Q   Who else?

6       A   I think he's the only one.

7       Q   So I want to confirm your testimony is that

8  none of these five associates receive compensation from

9  any other entity other than EA?

10      A   Well, I don't know.

11      MR. CHA:  That calls for speculation.  They could

12  be doing whatever they are doing.  They may own a yoga

13  shop.

14      Q   (BY MR. SELTH:)  Any entity which you are

15  connected other than EA?

16      A   Directly?  Because I've already explained the

17  issue relating to --

18      Q   No, I understand.  Indirectly they get paid by

19  EA, and EA is reimbursed by A & A; is that right?  Is that

20  what you said?

21      A   I'm sorry.  Say that again.

22      MR. CHA:  I lost you, too.

23      Q   (BY MR. SELTH:)  The five associates are paid

24  by EA only?

25      A   I think we already established one of them

Exhibit C

USAO_00162736

GB_C_00001300

July 25, 2018

```
 1    goes by the title "Partner."
 2         Q    But you said they are W-2?
 3         A    But you said, "And Associates."
 4         Q    I thought you said you called them associates,
 5    but they hold themselves out as a partner.
 6         MR. CHA:  One.
 7         Q    (BY MR. SELTH:)  One does.  None of them
 8    receive compensation directly from any other entity which
 9    you are involved; is that correct?
10         A    I think that's accurate.
11         Q    So when Mr. Ibraham's name appears on a
12    caption of a pleading filed in the same of Avenatti &
13    Associates, he's working for Avenatti & Associates,
14    being compensated by EA, and EA is being compensated by
15    Avenatti & Associates?
16         A    Generally, yes.
17         Q    Who is Susie Quinn?
18         A    Susie Quinn is a woman that's done various
19    P.R. consulting over the years for me and for the firm.
20         Q    For EA?
21         A    Well, for Global Barista, for EA, for
22    Avenatti & Associates, and for me personally and perhaps
23    other entities that I may have had involvement with.
24    I just don't remember.
25         Q    Has EA made any payments to Ms. Quinn or any
```

Exhibit C

USAO_00162737

GB_C_00001300

July 25, 2018

```
 1    entity of hers in the last twelve months?

 2         A    Probably, but I'm not certain about that.

 3         Q    You say it's public relations work?

 4         A    Uh-huh.

 5         MR. CHA:  You meant yes?

 6         THE WITNESS:  Yes.

 7         MR. SELTH:  It's five to 12:00.  Do you have a

 8    preference to try to coordinate our lunch with the

 9    judge's?

10         MR. CHA:  I want to get you as fatigued as I can

11    get you.

12         MR. SELTH:  I don't need one right now, but

13    I think I'd like to balance it with the judge's.  Do you

14    want to maybe go to the judge's --

15         MR. CHA:  Apparently the judge is whenever.

16         MR. SELTH:  Is that true?  Can I take a

17    five-minute break?

18         MR. CHA:  Sure.  Take a five-minute break.

19         (A recess was taken.)

20         Q    (BY MR. SELTH:)  So we agreed we'd go to

21    12:30.

22         THE WITNESS:  I am prepare -- we are on the

23    record?  I am prepared to go straight through, so whatever

24    you guys want to do.

25         MR. SELTH:  No.  I think 12:30 would make sense
```

Exhibit C

USAO_00162738

GB_C_00001300

July 25, 2018

```
 1    for everybody for lunch.
 2              MR. CHA:  We are back on the record?
 3              MR. SELTH:  Back on the record.
 4              MR. CHA:  We have been on the record.  Great.
 5              Q   (BY MR. SELTH:)  Mr. Avenatti, why don't you
 6    follow up on something that you talked about earlier this
 7    morning which was that when you're traveling on -- when
 8    you're traveling on EA matters and A & A pays the expenses
 9    while you are traveling, then EA reimburses A & A.  Did
10    I say that correctly?
11              A   You said that correctly, but sometimes there's
12    a significant lag time.
13              Q   How do you determine what's an EA matter and
14    what's an A & A matter?
15              A   It depends on the matter.  It depends on who
16    has the retention agreement.
17              Q   So it's on a case-by-case basis?
18              A   Correct.
19              Q   If you are traveling on a case that's an
20    EA case, it's an EA matter, and if you're traveling on
21    an A & A case, it's an A & A matter?
22              A   I don't think I understand your question.
23              MR. CHA:  I lost you, too.
24              Q   (BY MR. SELTH:)  So if you're traveling on an
25    A & A matter, does EA have any involvement monetarily with
```

Exhibit C

USAO_00162739

GB_C_00001300

July 25, 2018

1   anything on that matter?

2        A   No.

3        Q   If you are traveling on an EA matter, you

4   testified you will use expenses using an A & A account

5   that EA reimburses?

6        A   Generally that's true, but that's not true

7   all the time.  And I may also advance expense monies

8   personally.  I don't have an EA credit card.

9        Q   Okay.

10       A   Okay?  Nobody has an EA credit card.

11       Q   You've got a personal credit card and an A & A

12   credit card but not an EA credit card?

13       A   I'm not going to get into what credit cards

14   I have other than to say EA doesn't have any credit card.

15       Q   Does EA ever make payments on your credit

16   cards to reimburse you for expenses you paid?

17       A   No, not that I can recall.

18       Q   How does EA reimburse you when you personally

19   put out the money?

20       A   They would make a payment to either me

21   personally or to A & A.

22       Q   And when is it to you personally and to A & A?

23       A   It depends on who advanced the monies.

24       Q   If A & A advances it, EA pays A & A, and if

25   you advance, pays EA pays you?

Exhibit C

USAO_00162740

GB_C_00001300

1          A    Yes, although I don't know if that has

2     occurred since the bankruptcy.

3          Q    So you are accruing unpaid expenses?

4          A    Generally, yeah.

5          Q    Do you have records of how much those are?

6          A    Sure.

7          Q    So you testified that you have been loaning

8     money to EA since the bankruptcy to keep expenses paid,

9     and that was a personal loan by you; is that right?

10         A    What do you mean:  "A personal loan"?

11         Q    Are you making those loans from you or from

12    A & A?

13         A    I believe from A & A, but there may have been

14    instances of me personally.  I just don't know.

15         Q    Are records being kept of those loans as to

16    how much EA owes?

17         A    We don't have a ledger, if that's what you are

18    asking.

19         Q    You don't have a ledger?

20         A    No, but, I mean, it could be figured out.

21         Q    And there's no written promissory notes?

22         A    No.

23         Q    There's no other terms of how it will be

24    repaid?

25         A    No.  It's going to be paid when cash flow

Exhibit C

USAO_00162741

GB_C_00001300

July 25, 2018

1    permits it to be repaid.

2          Q    No interest?

3          A    Probably not.

4          Q    Okay.  So when you say you are not keeping a

5    ledger but it can be figured out how much is owed, if you

6    have to answer the question how much does EA owe A & A

7    today, how would you figure that out?

8          A    We would go back and look at the transfers

9    into the EA account, and that's how we would figure it out

10   coupled with whatever expenses had been accrued.

11         Q    By?

12         A    By me or A & A on EA-related matters.

13         Q    So how does -- when you are traveling on

14   EA matters, how are the expenses paid?  Is it by a check?

15   Is it by credit card?  Is it by cash?

16         A    I've answered this question.

17         Q    What was the answer?  I don't recall it.

18         A    Sir, when I'm traveling on EA-related matters,

19   I pay expenses, whether it be by cash or by credit card

20   or by check.  I then am reimbursed ultimately at some

21   point in time from EA, but very often that point in time

22   has been three months, six months, nine months, sometimes

23   eighteen months down the road.  That's how it's always

24   run.

25         Q    Is Michael Eagan still a partner of EA?

Exhibit C

USAO_00162742

GB_C_00001300

July 25, 2018

1          A    No.

2          Q    When did he cease becoming a partner?

3          A    I don't recall.

4          Q    Since the bankruptcy case was dismissed?

5          A    I don't recall.

6          Q    At the time of the bankruptcy filing, was

7     he a 25-percent owner of the company?

8          A    I think that he was.  Whatever I testified to

9     in the 341, but I'm not certain as to the timing.

10          Q    Does he have any ownership interest in EA as

11     of today?

12          A    No.

13          Q    Does A & A have 100 percent ownership interest

14     of EA?

15          A    Yes.

16          Q    When was the last time that the EA partnership

17     agreement was amended?

18          A    I don't remember.

19          Q    Was it amended when Michael Eagan left?

20          A    I don't remember.  I don't remember.

21          Q    How did Michael Eagan come to leave the

22     partnership?

23          A    He departed the partnership.

24          Q    What were the circumstances that led to him

25     departing?

Exhibit C

USAO_00162743

GB_C_00001300

July 25, 2018

```
 1          A   How is that relevant?

 2          MR. CHA:  I was just going to say, "Relevance."

 3   Why are we talking about Michael Eagan?

 4          MR. SELTH:  Because he is a former owner of a

 5   company.

 6          MR. CHA:  He's no longer.

 7          MR. SELTH:  That's why we are finding out why.

 8          MR. CHA:  There is no difference.  The judgment

 9   debtor is EA, and whether it's constituted by M.E.,

10   Michael Eagan, A.B., Smith Jones, whatever, it doesn't

11   matter.

12          MR. SELTH:  You are instructing him not to answer?

13          MR. CHA:  I am challenging on the circumstances

14   under which Mr. Eagan left.  In fact, it may infringe on

15   his privacy rights, too.

16          MR. SELTH:  The purpose of a judgment debtor

17   examination is to leave no stone unturned.

18          MR. CHA:  I am allowing you to overturn large

19   stones, but now you are looking at pebbles.

20          MR. SELTH:  Not necessarily.  Let me be the judge

21   of that, please.

22          MR. CHA:  No.  That's how I am viewing it.

23          MR. SELTH:  You are instructing him not to answer.

24          MR. CHA:  No.  I am suggesting to you that we need

25   to be a little more focused on the judgment debtor --
```

Exhibit C

USAO_00162744

GB_C_00001300

 1          MR. SELTH:  Okay.

 2          MR. CHA:  -- and the circumstances under which

 3   Michael Eagan is no longer a partner of EA.  Probably has

 4   nothing to do with this.

 5          MR. SELTH:  But it might.

 6          THE WITNESS:  Let me answer the question.  He

 7   decided to leave the partnership.

 8          Q   (BY MR. SELTH:)  When?

 9          A   You just asked me that moments ago.

10          Q   Give me an estimate of when.

11          A   I don't recall when.

12          Q   You think it was after the bankruptcy case was

13   filed?

14          A   No, I didn't say that.  I don't recall when he

15   left.

16          Q   In the bankruptcy schedule A & A is listed as

17   a 75 percent owner of Eagan Avenatti.  Was that true?

18          A   I don't know.

19          Q   You don't know if it was 100 percent owner?

20          A   I'm sure the schedules are accurate.  I don't

21   agree with you necessarily what the schedules were.

22   I don't have the schedules.  That's my answer.

23          Q   Did he submit a formal resignation, or was it

24   a handshake "I'm out of here" kind of thing?

25          A   I don't remember.  I think there was an

Exhibit C

USAO_00162745
GB_C_00001300

1    argument.  I think there was an argument.

2         Q   Are there any other, today, equity owners of

3    EA besides Avenatti & Associates?

4         A   No.

5         Q   Or equity partners of Eagan Avenatti?

6         A   No.

7         Q   Was Mr. Eagan a partner when the bankruptcy

8    case was dismissed?

9         A   I don't remember.

10        Q   Did he leave before the judgment was entered

11   against Eagan Avenatti?

12        A   I am going to answer this for the last

13   time, okay?  I do not recall when Mr. Eagan left the

14   partnership, period.  You can ask me the same question

15   25 different ways.

16             Go ahead and mark that part of the

17   transcript so we can just keep coming back to it.

18        Q   I am trying to narrow it down.

19        A   It's neither here nor there.  I don't

20   understand what that has to do with the payments of this

21   gentleman's judgment.

22        Q   That's a different issue.  Saying you don't

23   remember, saying it's not relevant is your opinion.

24   Saying you don't remember is either truthful or not.

25        MR. CHA:  It's just testimony.

Exhibit C

USAO_00162746

GB_C_00001300

July 25, 2018

```
 1              THE WITNESS:  Next question.  Can we get the next
 2    question?
 3              MR. FRANK:  Counsel, I am going to say something.
 4              MR. CHA:  No, you're not.
 5              MR. FRANK:  I can say whatever I want, Mr. Cha.
 6              THE WITNESS:  If he's going to give a speech, I am
 7    going to walk out.  Sir, when you are ready to ask your
 8    questions, I am going to come back because I'm not going
 9    to have my time wasted by some speech by Mr. Frank, but
10    I am prepared to answer your questions.  Unless he wants
11    to appear pro se and ask questions.
12              MR. FRANK:  I've already appeared.  I will appear
13    pro se and ask questions.  Go ahead and please sit down,
14    Mr. Avenatti.  I am appearing pro se in the last
15    questions.
16              THE WITNESS:  They don't have a judgment, sir.
17              MR. FRANK:  I've already appeared on behalf of
18    Frank Sims.
19              THE WITNESS:  Sir, I'm not going to play this
20    game.
21              MR. SELTH:  Let's go off the record.
22              (Off the record.)
23              MR. CHA:  Let's go back on the record.
24              Q   (BY MR. SELTH:)  Did Michael Eagan leave the
25    firm prior to entry of the judgment?
```

Exhibit C

USAO_00162747

GB_C_00001300

July 25, 2018

1          MR. CHA:  Asked and answered.

2          THE WITNESS:  I am going to stand by my prior

3   answer.  I don't recall.

4          Q   (BY MR. SELTH:)  When was the last time

5   Michael Eagan received any payment from EA either as

6   compensation, distribution, loan repayment, expense

7   reimbursement, or anything else?

8          A   I think he received expense reimbursement in

9   '16 or '17, but I don't believe he received a distribution

10   from the firm for quite a long time.  And I can't tell you

11   how long it's been, but it's been a long time.

12          Q   Meaning no K-1 for quite a long time?

13          A   No.  Because you don't get a cash contribution

14   doesn't mean you don't get a K-1.

15          Q   But the K-1 wouldn't show any distribution;

16   it would just show the normal financial information on a

17   K-1.

18          A   I don't know.  K-1 shows whatever K-1 shows.

19          Q   You mentioned that there's sort of an office

20   that's not really an office in the Embarcadero Center

21   which is Mr. Eagan's office.  How is that connected to

22   EA now?

23          A   We just list the San Francisco office, but

24   no one has been there operating out of that office for

25   a long time.

Exhibit C

USAO_00162748

GB_C_00001300

1        Q   Are you able to use it if you have business

2    in the Bay Area?

3        A   I guess I could if I wanted to, but I haven't

4    been up there in --

5        Q   The only name on the door is Eagan --

6    I'm sorry.

7        THE WITNESS:  Mr. Frank, are you taping me?

8        MR. FRANK:  I'm writing an email.

9        MR. SELTH:  He's not recording you.

10       THE WITNESS:  I'm sorry.  Go ahead.

11       Q   (BY MR. SELTH:)  Mr. Eagan's name is on the

12   door in Embarcadero Centre?

13       A   I assume so.  I don't know.  It's been a long

14   time since I was there.  I haven't been in that office in

15   three or four years.

16       Q   When is the last time you met with Mr. Eagan

17   in person?

18       A   A couple months ago.  Maybe a month ago.

19       Q   In the last twelve months have any EA

20   attorneys worked on any cases handled under the name of

21   Law Offices of Michael Eagan?

22       A   Not that I know of.

23       Q   How many new cases have been filed by EA since

24   the bankruptcy case was dismissed?

25       A   I don't know.  I don't know if EA has filed

Exhibit C

USAO_00162749

GB_C_00001300

1      any cases since the bankruptcy case was dismissed.

2          Q   How many new cases have been filed by

3      Avenatti & Associates since the EA case was dismissed?

4          A   I believe a few, but I don't have the exact

5      number.  But, again, we are not here to talk about

6      Avenatti & Associates, at least from my perspective.

7      But go ahead.

8          Q   I mean we kind of are based on the restraining

9      order that's issued.  Do you want to go through that now?

10         A   You want me to review the restraining order?

11         Q   No.  If you are going to say you are not going

12     to answer questions on Avenatti & Associates cases --

13         A   No.  Let's be clear.  That was not your

14     question.  Your question was:  What cases have been filed

15     by A & A?  The restraining order or the -- I don't know

16     that it's a restraining order.  Maybe it is.  Whatever the

17     title is, the order's title is, that does not restrict me

18     from filing other cases.

19         Q   Of course not, but it requires you to give

20     notice when you receive payments, et cetera.

21         A   Not payments from all cases, just certain

22     cases.

23         MR. CHA:  Exhibit A.

24         Q   (BY MR. SELTH:)  Cases in Exhibit A?

25         A   Yes.

Exhibit C

USAO_00162750

GB_C_00001300

1          Q    Obviously a case that you filed after

2     Exhibit A.

3          A    It requires us to disclose fees from those

4     cases, right?

5          Q    Right.

6               Have you filed any cases under any other

7     entity name other than EA or Avenatti & Associates since

8     the EA case was dismissed?

9          A    I'm not going to answer that question.

10         Q    Why not?

11         A    Because it's irrelevant.  I'm not a judgment

12    debtor.

13         Q    You have been working out of EA offices,

14    haven't you, and you testified that whenever work is done

15    out of the EA offices for non-EA cases, EA is reimbursed.

16         A    I don't understand your question, sir.

17         Q    Have you filed any cases under any entities

18    other than EA and Avenatti & Associates since the

19    bankruptcy case?

20         A    Has EA filed or have me personally?

21         Q    Have you?

22         A    No, I am not going to answer that question.

23         Q    You realize the restraining order requires you

24    to make payments or give notice of any cases filed by you

25    that are on that list.

Exhibit C

USAO_00162751

GB_C_00001300

July 25, 2018

```
 1              A    You are not restricting your question to the
 2     list.
 3              Q    Are there cases that aren't on that list that
 4     you don't want to answer?
 5              A    Maybe, maybe not, but it's irrelevant.
 6     That's not what the order goes to, sir.  The order doesn't
 7     restrain me from filing other cases personally, nor could
 8     the Court issue that order.
 9              Q    I am not saying it does.
10              A    Okay.  If you want to ask me about the order,
11     I will answer questions about the order.
12              Q    We'll go through the cases on Exhibit A.
13                   So when you meet with a client, you
14     testified I think that you decided who would represent the
15     case, either EA or Avenatti & Associates?  You make that
16     decision, correct?
17              A    I don't understand the question.
18              Q    When you meet with a new client, do you decide
19     whether those clients will be represented by EA or
20     Avenatti & Associates?
21              A    Not by myself, no.
22              Q    Who else makes that decision?
23              A    Well, in consultation with the client.
24              Q    So if a client calls you because they know
25     you personally, they don't know different firms, and they
```

Exhibit C

USAO_00162752

GB_C_00001300

July 25, 2018

```
 1    say, Michael, I have a great case, and you say, come on

 2    into the office, let's talk about it, do you make a

 3    decision we will file this case under the name of EA or

 4    under the name of Avenatti & Associates?

 5         A    It would depend on the circumstances of the

 6    case.

 7         Q    What are the circumstances?

 8         A    I can't speculate, but it would be completely

 9    within in my right as a member of the bar to file that

10    case on behalf of anybody.  Frankly, I could file on

11    behalf EA; I could file it on behalf A & A; I could file

12    it under myself individually.  That is my right by law.

13    It is what it is.

14         Q    It's your decision?

15         A    No.  I am going to stand by my prior answer.

16         MR. CHA:  He said in consultation with the client.

17         Q    (BY MR. SELTH:)  In consultation with the

18    client, you and the client decide who should be the

19    representing firm?

20         A    I think I have answered that.

21         Q    Prior to the dismissal of the EA bankruptcy

22    case, were any cases filed in the name of Avenatti &

23    Associates?

24         A    I don't remember.

25         MR. SELTH:  Let's break now because I was going to
```

Exhibit C

USAO_00162753
GB_C_00001300

July 25, 2018

```
1    start a new exhibit.
2              THE WITNESS:  I am prepared to go straight
3    through.
4              MR. SELTH:  Attorney Rafatjoo wants lunch.  I want
5    lunch.  Let's go to 1:30.  Let's have lunch.  We will come
6    back.
7              MR. RAFATJOO:  We have a two o'clock hearing now,
8    so you may not have time.
9              MR. FRANK:  We will take lunch now.
10             THE WITNESS:  I am prepared to go --
11             MR. FRANK:  Mr. Avenatti is trying to do a thing
12   to show he's willing to stay longer so we he can try to
13   get out of the second day of the examination.  That is not
14   going to work because he hasn't produced the documents.
15   Counsel has already asked for lunch because he has a
16   medical condition that he needs lunch.  Counsel for the
17   IRS has also indicated that she needs to leave at lunch
18   because she needs a lunch break as well, and she also
19   needs to move her car.  That's why we are leaving.
20             THE WITNESS:  Mr. Frank is playing games.
21   I disagree with everything he just said.  I am prepared
22   to go to two o'clock.
23             (The lunch recess was taken.)
24             MR. SELTH:  So we are on the record.  We left for
25   lunch around 12:30.  We came back around 1:30 to proceed
```

Exhibit C

USAO_00162754

GB_C_00001300

1   with the examination.

2           And, Mr. Cha, you want to say?

3       MR. CHA:  Yes.  It's 1:39 right now, and there is

4   a scheduled hearing at two o'clock before Judge Clarkson

5   with regard to media access, and we have over the lunch

6   hour asked some attorneys of my firm to prepare some

7   responses, research, et cetera, which I would like time

8   between now and two o'clock to be prepared for.  So

9   I would ask that we resume this examination after the

10  hearing.

11          Anything else?

12      MR. SELTH:  No.

13      MR. CHA:  Okay.  Thanks.

14      (A recess was taken.)

15      (Ms. Chenetz is no longer present for the

16          following proceedings.)

17      MR. SELTH:  Back on the record.

18      Q   (BY MR. SELTH:)  Mr. Avenatti, what debts and

19  obligations of EA have you personally guaranteed?

20      A   I think there was a personal -- there was a

21  personal guaranty signed in connection with the payment to

22  Mr. Frank.  There may be others.  I just can't think of

23  any right now.

24      Q   Have you guaranteed any of the leases of EA?

25      A   No.

Exhibit C

USAO_00162755
GB_C_00001300

1          Q    Any bank loans?

2          A    Current outstanding bank loans?

3          Q    Yes.

4          A    I don't think so.

5          (Exhibit Number 6 was marked for identification.)

6          Q    (BY MR. SELTH:  Okay.  I am showing you this

7     is Exhibit 1 of our Exhibit Number 6.  If you could review

8     this Guaranty and tell me if in fact that's the Guaranty

9     that you signed and just testified as to.

10         MR. CHA:  I'm sorry, Jim.  What did you identify

11    that as?

12         MR. SELTH:  This is Exhibit 6 I've marked.  It's a

13    copy of the complaint.  I am not going to go through the

14    complaint.  I am just using it for the exhibits.

15         MR. CHA:  New exhibit you are introducing?

16         MR. SELTH:  New exhibit.

17         MR. CHA:  Got you.

18              Is this something I can mark on?

19         MR. SELTH:  Sure.  It's your copy.

20         MR. CHA:  Exhibit 6.  What are we looking at?

21         MR. SELTH:  Exhibit 1 which I have tabbed.

22         THE WITNESS:  Are you asking me if that's my

23    signature?

24         Q    (BY MR. SELTH:)  Yes.

25         A    Yes.

Exhibit C

USAO_00162756
GB_C_00001300

July 25, 2018

```
 1              Q    This is the personal guaranty you just
 2    mentioned in relation to Jason Frank Law a minute ago.
 3              A    Sir, I don't understand what you are getting
 4    at.  The document speaks for itself.  It says that it's
 5    a personal guaranty relating to a payment to Jason Frank
 6    Law, PLC, and I signed it.
 7              Q    Okay.  It's the obligation of EA that you are
 8    guaranteeing.  I am just saying, not anyone else?
 9              A    I don't understand your question.
10              Q    Are you guaranteeing an obligation of EA by
11    this personal guaranty?
12              A    I think that calls for a legal conclusion.
13    I haven't thought about it that way.  I signed this
14    personal guaranty on or about the 12th day of December,
15    2017.
16              Q    Okay.  Can you turn to hard tab five and look
17    at that document.
18              A    Yeah.
19              Q    Is that the settlement agreement that you
20    signed with Mr. Frank that led to the dismissal of the
21    bankruptcy case?
22              A    Yes.
23              Q    And did you sign that both individually and
24    as president -- excuse me -- as managing partner of EA and
25    president of Avenatti & Associates?
```

Exhibit C

USAO_00162757

GB_C_00001300

```
 1            A    Yes.

 2            Q    And did Michael Eagan sign that individually?

 3            A    It appears so.

 4            Q    Did you enter into that written guaranty

 5      agreement on December 12th, 2017, between you and

 6      Jason Frank Law, you personally and Jason Frank Law?

 7            A    Which agreement?

 8            Q    Exhibit Number 1.

 9            MR. CHA:  Tell me --

10            THE WITNESS:  He's trying to establish testimony

11      for Mr. Frank in his other action in state court.  That's

12      what is going on here, and this is not the proper

13      procedure here.

14            MR. CHA:  I am certainly going to object on the

15      basis that this is prediscovery in a pending action that's

16      wholly unrelated to this judgment debtor examination

17      as well as the effort to collect the judgment that

18      Mr. Frank's entity has.  So I would object on that basis,

19      instruct the client not to answer, instruct Mr. Avenatti

20      not to answer.

21                  This is Exhibit 6 that you are introducing?

22            MR. SELTH:  Exhibit 6 is the entire document, and

23      I was referring specifically to first Exhibit 1 and then

24      Exhibit 5 of Exhibit 6.

25            MR. CHA:  I understand, but the document itself
```

Exhibit C

USAO_00162758
GB_C_00001300

1    that you handed me is Exhibit 6 to this debtor

2    examination?

3           MR. SELTH:  Yes.

4           MR. CHA:  That's all I wanted.  Did I mark six on

5    there?

6           MR. SELTH:  One of them should have -- give me

7    that blue tab for the court reporter.  Thanks.

8           Q   (BY MR. SELTH:)  So the settlement agreement

9    that you just looked at as Exhibit 5, Mr. Avenatti,

10   required EA to make certain payments to Jason Frank;

11   isn't that correct?

12          MR. CHA:  Objection.  The document speaks for

13   itself.

14          THE WITNESS:  Yes.

15             Q   (BY MR. SELTH:)  Did EA make the first

16   2,000,000 dollars to Jason Frank Law as required on or

17   about May 14th?

18          A   No.

19          Q   Why not?

20          A   Because the firm did not have adequate cash

21   flow.

22          Q   Did EA make the second payment of 2,850,000 to

23   Jason Frank Law required under the settlement agreement on

24   or about July 14 2018?

25          A   No.  Because Eagan Avenatti, LLP, did not have

Exhibit C

USAO_00162759
GB_C_00001300

1    adequate cash flow.

2           Q    Have you personally paid any sums, personally,

3    to Jason Frank Law under the Guaranty, Exhibit 1?

4           A    No, because I don't have an obligation to.

5           Q    Why is that?

6           A    Because the document doesn't require it and

7    California law doesn't require it.  That's why.

8           Q    Why does not California?

9           A    The document is not valid.  I guarantee it's

10   not valid under the law.

11          Q    What is the basis of that?

12          A    I don't recall.

13          Q    Why is the Guaranty not valid in California

14   law?

15          A    I don't recall.  I'm sure I will recall in

16   connection with the other piece of litigation at some

17   point, but who knows?  Maybe I won't.

18          MR. CHA:  Let me object as further calling for

19   potential attorney-client privilege.

20          MR. SELTH: Okay.  Let's mark as Exhibit 5 a

21   declaration you filed in this case three weeks ago, give

22   or take.

23          (Exhibit Number 5 was marked for identification.)

24          Q    (BY SELTH:)  I'll have you take a look at

25   that, Mr. Avenatti.  Tell me if you recall signing that

USAO_00162760
GB_C_00001300

 1    declaration and if that's in fact your signature.

 2         A    That is my signature.

 3         Q    The date appears to be a typo on your

 4    signature because it was filed on July 2nd, but

 5    I'm assuming you obviously signed it before it was filed.

 6         A    I think that's a fair assumption.  I don't

 7    know why it says July 9th.

 8         Q    I'd like to refer you specifically to

 9    Paragraph 8 of the declaration which I am just going to

10    read out loud for the record.  "In addition, on some

11    matters, Avenatti & Associates, APC, uses the time of

12    associates employed by EA.  When this occurs,

13    Avenatti & Associates, APC, compensates EA for the use

14    of this time.  The compensation is negotiated on a

15    case-by-case basis."  Is that a correct statement,

16    Mr. Avenatti?

17         A    The statement in Paragraph 8 is correct.

18         Q    How is the reimbursement owed from Avenatti &

19    Associates to EA calculated?

20         A    I don't think I understand the question.

21    What do you mean?

22         Q    How is the amount owed from Avenatti &

23    Associates to EA calculated on this case-by-case basis?

24         A    On a per-hour basis.

25         Q    What records are being kept to calculate the

Exhibit C

USAO_00162761

GB_C_00001300

July 25, 2018

1    reimbursement amount?

2            MR. CHA:  Lacks foundation.  Objection.

3            Q    (BY MR. SELTH:)  Mr. Avenatti --

4            MR. CHA:  Do you understand the question?

5            THE WITNESS:  Yeah.  You want me to answer it?

6            MR. CHA:  Yes.

7            THE WITNESS:  Can you rephrase the question or

8    repeat the question for me.

9            (The requested portion of the record

10           was read by the court reporter.)

11           MR. CHA:  And the objection was lacks foundation.

12           THE WITNESS:  I keep track.

13           Q    (BY MR. SELTH:)  How?

14           MR. CHA:  He asked for documents.

15           Q    (BY MR. SELTH:)  What records?

16           A    Yeah.  I keep track.  I keep a ledger.

17           Q    Of what?

18           A    Of the time spent.

19           Q    By who?

20           A    What do you mean:  "By who"?  By the people

21   that are issued in Paragraph 8.

22           Q    Attorneys at EA?

23           A    Yeah.  Isn't that what eight refers to?

24           Q    Right.

25           A    Yes, associates employed by EA.

Exhibit C

USAO_00162762

GB_C_00001300

July 25, 2018

```
1            Q   So did the attorneys keep time records to show
2    the time they are spending?
3            A   No.  I keep a record of generally how much
4    time they spent.
5            Q   Do you do that on a daily basis or weekly
6    basis?
7            A   On a fairly daily basis.
8            Q   Do you talk to each -- let me back up.
9                Are attorneys during the day working on
10   both EA and A & A matters?
11           A   It depends on the attorneys.
12           Q   Some may; some might not?
13           A   Correct.
14           Q   Do you talk to the attorney each day to find
15   out the time they spent on each matter?
16           A   I have a general idea on how much time they
17   spent on their matters.
18           Q   Does Avenatti & Associates reimburse EA for
19   use of EA office?
20           A   No.
21           Q   Does Avenatti & Associates reimbursement EA --
22           A   I'm sorry.  Are you talking about the use of
23   the office base?
24           Q   Yes.
25           A   Yes.  That's calculated into the mix, but EA
```

Exhibit C

USAO_00162763
GB_C_00001300

1    doesn't -- first of all, EA owes A & A much more money

2    than A & A could ever use up in resources of EA, just to

3    be clear.  But go ahead with your question.

4         Q    Right now I'm only asking about what A & A

5    owes EA I, understand there may be offsets.

6         A    I am not claiming there are offsets.

7         Q    I am talking about records you would show what

8    A & A owes EA.

9         A    Uh-huh.

10        Q    Hypothetically, if a bankruptcy was to be

11   filed by EA, the amounts that A & A owed EA would be what

12   would be relevant in terms of collection.

13        A    I don't know about that.

14        Q    When I said, does Avenatti & Associates

15   reimburse EA for A & A office space, and you correctly

16   said you mean office space?

17        A    Yes.  That's tracked.

18        Q    The office space?  How?

19        A    Yeah, that's tracked.

20        Q    How do you mean?  By square footage?

21        A    On a ledger it's calculated.  It's like a

22   percentage of the rents.

23        Q    But how is that percentage calculated?

24        A    It's an agreed-upon percentage.

25        Q    What is that percentage?

Exhibit C

USAO_00162764

GB_C_00001300

July 25, 2018

```
 1            A    It's between five and ten.  I don't know
 2     exactly what it is.  I'd have to look at the ledger.
 3            Q    Is there a written agreement between EA and
 4     A & A?
 5            A    No.
 6            Q    Is it an agreement between yourself and
 7     yourself?
 8            A    No.  It's an agreement between two entities,
 9     Avenatti & Associates and Eagan Avenatti.
10            Q    A verbal agreement?
11            A    It's an agreement.  Last time I checked,
12     those agreements are contracts -- are you going to let
13     me finish?
14            Q    Sure.
15            A    Okay.  Last time I checked, that's a valid
16     agreement under California law.  Do you have a problem
17     with it?
18            Q    You are not asking me questions.  I am asking
19     you questions.
20            A    I am just asking, do you have a problem with
21     that agreement?
22            Q    I am going to ask you about the agreement.
23     Let's get some details about it.
24            A    Okay.
25            Q    It's not in writing, so the only way I'm going
```

Exhibit C

USAO_00162765

GB_C_00001300

July 25, 2018

```
 1    to find out about it is you telling me who entered into it

 2    on behalf of EA.

 3         A    Me.

 4         Q    Who entered on behalf of Avenatti &

 5    Associates?

 6         A    Me.

 7         Q    You said it's a 25 and 10 percent number?

 8         A    Yeah.  I don't remember exactly what it is.

 9         Q    It's not written down anywhere?

10         A    No.  It's on the ledger.

11         Q    What ledger is this?

12         A    It's not even a ledger.  It's a paper.  It's

13    where we track the resources we're using.

14         Q    Does the number vary depending on how much

15    work is being done on A & A cases on a particular month?

16         A    No.

17         Q    So if A & A cases start taking up half the

18    time of the attorneys, would the number still stay at

19    five or ten percent?

20         A    I don't know.  I can't speculate as to that.

21         Q    Right now do you believe that A & A cases are

22    only using about five to ten percent of EA attorney time?

23         A    I haven't really thought about it.  I'd have

24    to think about it.

25         Q    Go ahead and think about it.
```

Exhibit C

USAO_00162766
GB_C_00001300

July 25, 2018

1         A    I'd need to look at the case list.  There's a

2    bunch of documents I would have to look at in order to

3    make that -- sir, you keep trying to interrupt me.  Please

4    don't interrupt, and please don't laugh at me either.

5         Q    Sorry.

6         A    I would have to look at what the case list is

7    and give it some thought as to whether it takes up more or

8    less than five to ten percent.

9         Q    How long has that five to ten percent number

10   been in place?

11        A    Months.  Less than a year.

12        Q    Okay.  And you just haven't had -- you haven't

13   recalibrated that number since it was originally set?

14        A    Correct.

15        Q    Does Avenatti & Associates reimburse EA for

16   use of EA equipment and supplies?

17        A    No.

18        Q    Copiers, faxes, email, Lexis searches?

19        A    No.  It would be di minimus.

20        Q    Does Avenatti & Associates reimburse EA for

21   use of EA non-attorney support staff?

22        A    Avenatti & Associates does not bill EA for

23   all of the expenses and everything else that Avenatti &

24   Associates incurs from time to time, just to be clear.

25   But you are asking me about support staff?

Exhibit C

USAO_00162767

GB_C_00001300

July 25, 2018

1       Q   Right.  You said that you kept track of

2   attorney time.

3       A   Right.  That's included within the

4   Paragraph 8.

5       Q   Paralegal time?  Secretarial?

6       A   I thought eight was --

7       Q   It says, "Associates."

8       A   Okay.

9       Q   So I am asking about non-associates.

10      A   Same concept with Paragraph 8.

11      Q   You keep track on a ledger of --

12      A   Generally, yeah.

13      Q   How much has Avenatti & Associates paid EA

14   reimbursement expenses in 2018?

15      A   Nothing because EA owes Avenatti & Associates

16   money.

17      Q   Okay.  How many days a week do you usually

18   spend at the office at Newport Beach?

19      A   It depends on what week it is or what month.

20      Q   Give me an estimate for the last month.

21      A   It varies from time to time.

22      Q   What is an estimate based on the last month?

23      A   I don't know.  I'd have to think about it.

24      Q   Can you?  Can you give me your best estimate?

25      A   How many days in the last month?  I don't

Exhibit C

USAO_00162768

GB_C_00001300

1      know.  Four or five days.

2              Q    How are you able to prepare a ledger on a

3      daily basis of how much time is being worked by attorneys

4      in the office if you are only there on an average of four

5      to five days a month?

6              A    Because I don't have to be there to know

7      what's going on in my law firm.  That's why.

8              Q    Are you checking online?

9              A    I don't know what you mean by that.

10             Q    Logging into the company computer to see

11     what's being done?

12             A    Sir, I have a general idea -- pretty good idea

13     of what's going on within Eagan Avenatti on any given day.

14             Q    A general idea.

15             (Exhibit Numbers 7 and 8 were marked for

16             identification.)

17             Q    (BY MR. SELTH:)  Let's look at the restraining

18     order which I don't think we have introduced before.

19     It's Exhibit 7.

20                  And why don't we, since it relates to a

21     list of cases in Exhibit A, we will introduce Exhibit 8

22     as the list of cases referred to therein.

23                  So I'm referring -- I am looking on Page 2,

24     Mr. Avenatti.  It's a three-paragraph section.  I am going

25     to be asking questions about these sections.

Exhibit C

USAO_00162769

GB_C_00001300

```
 1              Is EA in compliance with this restraining

 2   order?

 3       A    To the best of my knowledge, it is.

 4       Q    Is Avenatti & Associates in compliance with

 5   this restraining order?

 6       A    To the best of my knowledge, it is.

 7       Q    You personally?

 8       A    To the best of my knowledge, I am.

 9       Q    And Michael Eagan, if you know?

10       A    To the best of my knowledge, he is.

11       Q    Has EA received any monies from any of the

12   cases listed on Exhibit 8 since July 11th?

13       A    I don't believe so.  I'm sorry.  Any what?

14       Q    Any of the cases --

15       MR. CHA:  Hang on a second.

16       THE WITNESS:  I didn't understand the question.

17       MR. CHA:  First of all, I am going to object as

18   argumentative.  The witness just testified that as far as

19   he knows he's in compliance.  Now you are flipping that

20   same question over and saying, has X, Y, and Z done

21   something different than what he just testified to.

22   So it's highly argumentative.

23       MR. SELTH:  No.  I am going into more detail.

24       MR. CHA:  It's like saying, "Are you married?"

25   "Yes." "Is your wife married to you?"  It's the same
```

Exhibit C

USAO_00162770
GB_C_00001300

July 25, 2018

1    question.  It's already been asked and answered.  So

2    I am going to object.

3              MR. SELTH:  Are you going to instruct him not to

4    answer?

5              MR. CHA:  I am going to instruct him not to

6    answer.  One, it's a silly question, and, two, it's

7    argumentative.

8              MR. SELTH:  Will you please mark that and come

9    into court with us.

10             THE WITNESS:  Why don't you just reask the

11   question, and let's see if we can answer it and move on.

12             MR. SELTH:  Are you withdrawing the objection?

13             MR. CHA:  I am not withdrawing the objection, but

14   you're welcome to reask the question.

15             THE WITNESS:  Let's not argue form over question.

16             Can I get the question read back, please.

17             (The requested portion of the record

18             was read by the court reporter.)

19             THE WITNESS:  Eagan Avenatti has not assigned,

20   encumbered, or in any way transferred any procedures.

21        Q    (BY MR. SELTH:)  Mr. Avenatti, that's not my

22   question.

23        A    Please don't interrupt me.

24        Q    That's not my question.

25        A    You are not entitled to interrupt me.

Exhibit C

USAO_00162771
GB_C_00001300

```
 1    I've been doing this a long time, too, and you are not
 2    entitled to interrupt me.
 3         Q   But you are not allowed to start a speech
 4    that's not answering a question.
 5         MR. CHA:  You asked him a question.
 6         MR. SELTH:  I asked him a specific question.
 7         MR. CHA:  The witness is entitled to answer the
 8    question.  If you don't like the answer, that's no one's
 9    problem except yours.
10         MR. SELTH:  It's a yes or no question.
11         MR. CHA:  If the witness can certainly finish the
12    answer, I think that would be appropriate.
13              Go ahead and finish the answer.
14         THE WITNESS:  Go ahead, sir.
15         Q   (BY MR. SELTH:)  Has EA received any monies
16    from any of the cases listed in Exhibit 8 since July 11?
17         A   I don't believe so.
18         Q   And that includes Med-Line which is listed as
19    Number 14.
20         MR. CHA:  On Exhibit 8?
21         MR. SELTH:  Yes, sir.
22         THE WITNESS:  I actually think that we may have
23    received a check from Med-Line within the last few days.
24         MR. CHA:  Just for clarification, is that Med-Line
25    where we had talked about earlier in the day as monthly
```

Exhibit C

USAO_00162772
GB_C_00001300

1    payments?

2         MR. SELTH:  Yes, sir.

3         Q    (BY MR. SELTH:)  You have not yet filed with

4    the court and served on --

5         A    Were we obligated to?

6         Q    Yes.  It's on the last paragraph.

7         A    I know, but was there a time frame associated

8    with that.

9         Q    No, there's no time frame.

10        A    Okay.

11        Q    Have you done that yet?

12        A    I don't think we have done that yet because

13   I don't believe there's a time frame.

14        Q    So if I were to look at the EA bank statements

15   from July 11 through today, the only fees I would see

16   would be possibly that Med-Line payment; is that correct?

17        A    I think that's true.

18        Q    Has Avenatti & Associates received any monies

19   from any of the cases listed in Exhibit 8 since July 11th?

20        A    I don't believe so.

21        Q    So the same question:  If we were to check the

22   Avenatti & Associates bank account since July 11th,

23   we would not see any fee deposits from any of these cases

24   since July 11th?

25        A    I think that's true.

USAO_00162773

GB_C_00001300

July 25, 2018

1          Q    Including any crowdfunding payments on the

2     Stephanie Clifford cases?

3          A    I think that's true.

4          Q    Where does Avenatti & Associates hold its bank

5     accounts?

6          MR. CHA:  I'm sorry.  What was the question?

7          Q    (BY MR. SELTH:)  Where does Avenatti & Associates

8     hold its bank accounts?

9          MR. CHA:  I'm going to object as irrelevant, lacks

10    foundation, and wholly unrelated to this judgment debtor

11    examination.

12         MR. SELTH:  Are you instructing him not to answer?

13         MR. CHA:  Yes.

14         MR. SELTH:  Let's go into court.

15         THE WITNESS:  Don't you think it's more efficient

16    that you mark it and then just go into court?

17         MR. SELTH:  No.  That got me in trouble last time.

18    Judge Clarkson wants to hear them now.

19         MR. CHA:  Do you want to answer that?

20         THE WITNESS:  No.  I want the judge to rule on

21    that.

22         MR. SELTH:  Can you come in.

23         (A recess was taken.)

24         Q    (BY MR. SELTH:)  Where does Avenatti &

25    Associates hold its bank accounts?

Exhibit C

USAO_00162774

GB_C_00001300

July 25, 2018

```
 1            A    California Bank & Trust.

 2            Q    Has Avenatti & Associates had any other bank

 3       accounts since 2016?

 4            A    No.

 5            Q    What are the account numbers on Avenatti &

 6       Associates accounts?

 7            A    I can't remember.

 8            Q    Do you have the information with you in your

 9       wallet?

10            A    No.

11            Q    You don't have an ATM wallet that has the

12       number?

13            A    No.  All I brought was my ID.

14            Q    We can subpoena them.  I guess we will

15       subpoena them.

16                      Have you personally --

17            A    I don't agree with that colloquy on the

18       record, but go ahead.

19            Q    Have you personally received any monies from

20       any of the cases listed in Exhibit 8 since July 11th?

21            A    Not that I recall.

22            Q    So there will be no deposits in any of your

23       personal accounts with a fee income from any of those

24       cases since July 11?

25            A    I don't recall.
```

Exhibit C

USAO_00162775

GB_C_00001300

1          Q   Has Michael Eagan received any monies listed

2     on any of the cases on Exhibit 8 since July 11?

3          A   I don't recall.

4          Q   Has any entity controlled by EA, Avenatti &

5     Associates, you personally, or Michael Eagan received any

6     monies on any of the cases listed in Exhibit 8 since

7     July 11?

8          A   Can I have that read back again.  I'm sorry.

9              (The requested portion of the record

10             was read by the court reporter.)

11         THE WITNESS:  I think I already answered that.

12         Q   (BY MR. SELTH:)  Has any entity controlled

13     by -- I went through each of them individually.  Now I am

14     asking any entity controlled by you which is --

15         A   Not that I recall.

16         Q   What entities do you control, Mr. Avenatti?

17         MR. CHA:  I'm going to object as overbroad.  It

18     seeks irrelevant information.  Also lacks foundation,

19     and unless you can create some offer of proof or some

20     connection to this judgment debtor examination, but

21     barring that, I am going to stand on the objection.

22         MR. SELTH:  Instruct him not to answer?

23         MR. CHA:  I am going to instruct him not to answer

24     it.

25         THE WITNESS:  I am going to join in each of those

Exhibit C

USAO_00162776

GB_C_00001300

```
 1   actions as well as it violates right to privacy personally
 2   and on behalf of Avenatti & Associates and Eagan Avenatti.
 3        Q    (BY MR. SELTH:)  I am going to restate the
 4   question with an introduction based on Exhibit 7 so that
 5   it's clear for the judge why I am asking it, so we can go
 6   back.
 7        MR. CHA:  Are you reading from the order?
 8        MR. SELTH:  Yes.
 9        THE WITNESS:  You can do that, but we are going to
10   ask that the entirety of this line of questioning be
11   presented to the judge because I think it's important.
12        MR. SELTH:  No problem with having everything
13   being read.
14        Q    (BY MR. SELTH:)  Mr. Avenatti, the last
15   paragraph of Section 2 of the restraining order entered
16   on July 11, '18, states as follows:  "Debtor shall also
17   file with the Court and serve on Jason Frank Law, PLC, the
18   Internal Revenue Service, the Official Committee of
19   Creditors, and their respective counsel, a notice of
20   receipt of any monies in relation to the cases,
21   regardless of whether the payment is made to debtor,
22   Avenatti & Associates, Michael Avenatti, or Michael Eagan,
23   or any entity controlled by debtor, Avenatti & Associates,
24   Michael Avenatti, or Michael Eagan."
25                And having read that, my question is:
```

Exhibit C

USAO_00162777

GB_C_00001300

1    What entities do you control, Mr. Avenatti?

2          A    And I am going to stand on the objections,

3    and I've already answered your questions relating to

4    whether any entity controlled by me has received any such

5    monies.

6          MR. SELTH:  Let's go back in.

7          MR. CHA:  Sure.

8          (A recess was taken.)

9          Q    (BY MR. SELTH:)  Mr. Avenatti, at the meeting

10   of creditors in the bankruptcy case there was testimony

11   that EA had transferred money at sometime to Global

12   Barista.  Is that an entity controlled by you?

13         A    The question is:  Is Global Barista an entity

14   controlled my me?

15         Q    Yes.

16         A    Yes.

17         Q    Has any other -- has EA transferred money to

18   any other entities controlled by you in the last four

19   years besides Global Barista?

20         A    I don't know.  Maybe.

21         Q    What entities?

22         A    I don't know.

23         Q    What entities might those have been?

24         A    Sir, you are asking -- I mean, for four years,

25   I don't know.

Exhibit C

USAO_00162778
GB_C_00001300

1          MR. CHA:  I am going to object as calling for

2     speculation.

3          Q   (BY MR. SELTH:)  Let's narrow it down to since

4     the bankruptcy was dismissed.

5               Since the bankruptcy was dismissed, will

6     the bank statements of EA show transfers to any entities

7     outside of EA?

8          A   Well, I'm sure.  I mean, we have made payments

9     to people.  We've done all kinds of business.

10         Q   By transfer or by check?

11         A   I don't know what you mean by "transfer."

12         Q   To any entities controlled by you since the

13    dismissal of the bankruptcy case.  How is that?

14         A   I don't recall.

15         Q   Have you made transfers to Avenatti &

16    Associates since the bankruptcy case was dismissed?

17         A   I don't recall.  I'd have to look at the

18    document.

19         Q   I am going to turn to Exhibit 9 which I think

20    was already introduced.

21         MR. CHA:  It was.

22         MR. SELTH:  Those are the schedules.  You guys

23    have those?

24         MR. CHA:  We do.

25         MR. SELTH:  Okay.

Exhibit C

USAO_00162779
GB_C_00001300

July 25, 2018

1        Q   (BY MR. SELTH:)  And this is a 26-page

2    document, Mr. Avenatti.  You signed Page 25 on behalf of

3    Eagan Avenatti?

4        A   Yes.

5        Q   And to the best of your belief, was the

6    schedule accurate at the time they were signed?

7        A   To the best of my belief at the time they were

8    signed.

9        Q   And on Page 6, earlier this morning we asked

10   about the two California Bank & Trust accounts listed,

11   so I don't need to ask about those again.

12            At the time of the bankruptcy filing,

13   did EA have any other bank accounts?  I think you said

14   perhaps Mississippi --

15       A   I don't recall.  I think -- whatever

16   I testified to I testified to.

17       Q   On Page 7, the next page, and Section 39,

18   this is a listing of office furniture with a value of

19   50,000 dollars.  Do you see that?

20       A   Yes.

21       Q   Does EA still own all that furniture?

22       A   I believe so.

23       Q   Is all that furniture at EA's Newport Beach

24   office?

25       A   I think so, yeah.

Exhibit C

USAO_00162780

GB_C_00001300

July 25, 2018

1          Q    What are the most valuable pieces of

2     furniture?

3          A    I don't know.  I haven't given any thought to

4     it.  I don't know.

5          Q    Please estimate.  What do you think are the

6     most valuable pieces of furniture?

7          A    I have no idea.

8          Q    If you had to sell a piece of furniture now to

9     make money, which one would you sell that would give you

10    the most money?

11         A    None of it.

12         Q    Does EA have a marble conference table?

13         A    Not that I know of.

14         Q    What kind of conference table does it have?

15         A    There's a wood conference table.

16         Q    How large is it?

17    MR. CHA:  It's okay.

18    THE WITNESS:  I don't know.  12-by-30 maybe.

19         Q    (BY MR. SELTH:)  How long has EA owned it?

20         A    Three years.

21         Q    Do you remember what you paid for it?

22         A    I don't.

23         Q    Do you remember where you bought it at?

24         A    No.

25         Q    Does EA own a Porsche office chair in your

Exhibit C

USAO_00162781
GB_C_00001300

July 25, 2018

1    office?

2         A    No.  Michael Avenatti owns a Porsche office

3    chair.

4         Q    It's you personally?

5         A    Yes.

6         Q    That's not included in the 50,000 dollars'

7    worth of furniture?

8         A    Correct.  In fact, the vast majority of the

9    furniture in the office is owned by me, as is the artwork

10   and other items.

11        Q    The furniture you are saying is not owned by

12   the debtor?

13        A    No.

14        Q    How much do you think the furniture is worth

15   that is owned by the debtor?

16        A    It was valued around 50 grand at the time of

17   the schedule.

18        Q    Let's look at the artwork which is on the same

19   page, 42.  The schedules state that EA owns artwork valued

20   at 50,000 dollars.  Is that correct?

21        A    That's what the schedule is.

22        Q    Does EA own that artwork, or do you own that

23   artwork?

24        A    The artwork that's listed on the schedule?

25        Q    Yes.

Exhibit C

USAO_00162782

GB_C_00001300

1          A    EA owns this artwork.

2          Q    What artwork is that?

3          A    I think it's two prints.

4          Q    Two prints?

5          A    Prints.

6          Q    Originals?

7          A    No.  They are prints.

8          Q    How are they worth 50,000 dollars?  Are they

9     rare?

10         A    That's an estimate as to what they are worth.

11    We didn't have an appraisal done.  They may be worth a lot

12    less than that.  They may be worth a lot more than that.

13         Q    Who were they by?

14         A    I don't remember the artist.

15         Q    Where are they hanging?

16         A    They are hanging in the office towards --

17    well, actually one of them is towards the back of the

18    office near the copy room, as I recall, and the other one

19    I think is near the server room, but I may be mistaken

20    about that.  I am trying to envision where they are.

21         Q    Are there other paintings hanging in the

22    office that belong to you personally?

23         A    Yes.

24         Q    Approximately how many?

25         A    I don't know.

Exhibit C

USAO_00162783
GB_C_00001300

```
 1          Q    Less than ten?

 2          A    Probably less than ten.

 3          Q    Is there a sculpture in the office?

 4          A    Yes, and I own it personally.

 5          Q    Purchased by you?

 6          A    Yes.

 7          Q    So the only things that were owned by the

 8     debtor are two prints worth 50,000 dollars?

 9          A    No.  There's other things that are owned by

10     the debtor in the office.

11          Q    The artwork.  I am under "Artwork."

12          A    Yes, I believe that's true.

13          Q    When were those prints purchased?

14          A    I don't remember.

15          Q    When did you move into the Newport Beach

16     office?

17          A    I think three years ago.

18          Q    Did you already own them at the time?

19          A    I don't remember.  We may have.  I just don't

20     remember.

21          Q    And the conference room table was bought at

22     the time you moved in.  You said three years ago for that?

23          A    I think so, yeah.  I think that's true.

24     Actually, no.  I think that conference room table was

25     purchased back in 2007 or '08.
```

Exhibit C

USAO_00162784
GB_C_00001300

1          Q   Did you list the payment for all the artwork

2     as an EA expense in your discovery responses in the

3     arbitration?

4          A   I don't know what you mean by "all the

5     artwork."

6          Q   All the artwork that's in the Newport Beach

7     office.

8          A   No.

9          Q   Did you ever claim that any artwork that you

10    owned was purchased by EA?

11         A   I don't understand the question.

12         Q   Did you ever claim that EA purchased artwork

13    that you owned?

14         MR. CHA:  Objection.  Vague:  "Claim."

15         THE WITNESS:  I don't remember.

16         BY MR. CHA:  Claim to whom?  When?

17         Q   (BY MR. SELTH:)  In discovery responses in any

18    legal proceeding?

19         A   I don't remember.

20         Q   On the page just above the Artwork there's

21    computer equipment listed.  Just says, "Computer

22    equipment," value 100,000 dollars.  Does EA still own

23    all that computer equipment that it owned a year ago?

24         A   The equipment that's listed here?

25         Q   Yes.

Exhibit C

USAO_00162785
GB_C_00001300

1        A    Yes.

2        Q    Can you describe what that equipment

3    constitutes?

4        A    Some desktop computers.

5        Q    Any servers?

6        A    No.

7        Q    So when you mention a server, there used to be

8    a server?

9        A    No.  A server is there.  It's just not owned

10   by EA.

11       Q    Who owns it?

12       A    I do.

13       Q    You paid for it personally?

14       A    I own it.

15       Q    When did you buy it?

16       A    I don't remember.

17       Q    Did you buy it before EA moved into the

18   Newport Beach office?

19       A    I don't remember.

20       Q    Is the server more than three years old?

21       A    I think it is.

22       Q    The desktop computers are owned by EA?

23       A    Which desktop computers?

24       Q    I asked you about this computer equipment.

25       A    Certain desktop computers are owned by EA.

Exhibit C

USAO_00162786
GB_C_00001300

```
 1              Q    What other computer equipment is owned by EA?

 2              A    There's probably a few laptops that are owned

 3    by EA.

 4              Q    Any printers?

 5              A    Yes, printers.

 6              Q    Any other computer equipment?

 7              A    Not that I can recall.  Owned by EA?

 8              Q    Owned by EA.

 9              A    Not that I can recall.

10              Q    So the 100,000 dollars of computer equipment

11    consists of desktop computers, some laptops, and some

12    printers?

13              A    Yes.

14              Q    Nothing else?

15              A    Not that I can recall.

16              Q    On the next page, Page 8, Section 71, there's

17    a promissory note listed.

18              A    Yes.

19              Q    Who is that is owed by?

20              A    I just don't remember.

21              Q    Was it a client?

22              A    I don't -- I just don't remember as I sit

23    here.

24              Q    Is it still owed?

25              A    I don't know.
```

Exhibit C

USAO_00162787

GB_C_00001300

1          Q    When was that note given to EA?

2          A    I don't remember.

3          Q    Who would know the answer to that?

4          A    No.  Well, I would if I go and find the

5     promissory note.

6          Q    What efforts has EA made to collect that note?

7          A    Nothing within the last twelve months.

8          Q    Did it ever file suit on the note?

9          A    I don't remember.

10         Q    Has the statute of limitations passed on the

11    note?

12         A    I don't remember.  I can't answer the question

13    because I don't remember exactly the context of the

14    promissory note.  Unless this is the promissory note

15    relating to the -- well, it may have been related to the

16    Eagan Avenatti credit card.  I don't remember.

17         Q    What was that?

18         A    Eagan Avenatti had -- actually no.  Scratch

19    that.  The promissory note does not relate to the credit

20    card because that was secured by the money market account.

21         Q    EA credit card that was secured by the money

22    market account was a California Bank & Trust account?

23         A    Yes.

24         Q    I think it was listed in Schedule D.

25         A    I don't remember.

Exhibit C

USAO_00162788
GB_C_00001300

1        Q    On Page 13, go back about five pages.

2        MR. CHA:  Is that 13 of 26?

3        MR. SETH:  Yes, sir.

4        MR. CHA:  Okay.

5        Q    (BY MR. SELTH:)  Section 2.4, about halfway

6   down, there is a secured claim listed to the Employment

7   Development Department in the amount of 493,565.  Do you

8   see that?

9        A    Yes.

10        Q    And the Employment Development Department

11   filed a proof of claim in the bankruptcy case I will

12   represent for 604,444.  Is that money still owed to the

13   EDD?

14        A    I think that claim is disputed, so I don't

15   believe that money is owed to the EDD.

16        Q    Have you taken any action to remove the liens

17   that were filed by the EDD?

18        A    I don't know that liens were filed by the EDD.

19        Q    Your schedule said there were.

20        A    Well, they are certainly not liens, to the

21   best of my knowledge, for the full amount you mentioned.

22   I don't know what the status of those liens are.

23        Q    Why does EDD claim you owe this money?

24        A    I don't know.  You have to ask EDD.

25        Q    You have no idea what the claim is based on?

Exhibit C

USAO_00162789

GB_C_00001300

```
 1              A    I don't recall.

 2              Q    But you listed the claim in the schedule.

 3    You knew there was a claim.

 4              A    Sir, you want to argue with me, or you want to

 5    ask your question?

 6              Q    I am asking what's it's based on.

 7              A    I don't remember.  I'm sure if we looked up

 8    the tax liens, if they still exist, we can figure it out.

 9              Q    Do you recall having a dispute with EDD about

10    having unpaid employment tax?

11              A    We have a dispute with EDD.

12              Q    Has EDD taken any efforts or enforcement

13    actions to recover the lien?

14              A    Not that I know of.

15              Q    Recover the tax?

16              A    Not that I know of.  First of all, I don't

17    agree there's any tax owing.

18              MR. CHA:  The question asked was efforts.  Whether

19    it's old, not old, efforts, period.

20              Q    (BY MR. SELTH:)  Page 21, Mr. Avenatti,

21    Section 3.41 near the bottom, there is a contingent

22    unliquidated claim owed to the X Law Group in the amount

23    of 17,000,000 dollars.

24              A    Yes.

25              Q    Is that sum still owed to the X Law Group?
```

Exhibit C

USAO_00162790

GB_C_00001300

1           A   Well, that was an estimate of the amount,

2    but there is an amount owed to the X Law Group, yes.

3           Q   What amount do you believe that is today?

4           A   I haven't calculated what the exact amount is.

5           Q   Is it less than 17,000,000?

6           A   It may be less.  It may be more.  I don't

7    know.

8           Q   How would you calculate that?

9           A   I would have to calculate it based on expected

10   recoveries on a variety of cases on a percentage basis.

11          Q   Which cases do they have an interest in?

12          A   I would have to go through the case list.

13          Q   Okay.  So when we go through them together,

14   you will be able to say which ones?

15          A   I don't know if I will be able to estimate for

16   you, but I'd have to actually look at the agreement.

17          Q   So is there a single fee-sharing agreement,

18   or is there a separate agreement for each case?

19          A   There's an agreement between Eagan Avenatti

20   and the X Law Group relating to the 17,000,000.  It may be

21   less.  It may be more.  I'm out --

22          Q   Is that agreement in writing?

23          A   Yes.

24          Q   Who holds that?

25          A   I think we have a copy, and I think the

Exhibit C

USAO_00162791
GB_C_00001300

```
 1    X Law Group has a copy.
 2          Q    Is Mr. Marchino the person to contact at
 3    X Law Group?
 4          A    I would think so, yes.
 5          Q    He knows most about this from the X Law Group?
 6          A    I don't know if he knows the most or not,
 7    but I would assume so.
 8          Q    Is that who you deal with at the X Law Group?
 9          A    Yes.
10          Q    Is there anyone else at X Law Group in a
11    management capacity?
12          A    Not that I know of.
13          Q    When was this agreement entered into?
14          A    I don't remember as I sit here right now.
15          Q    How long have you been working with the X Law
16    Group?
17          A    I don't understand what you mean.
18          Q    How long have you been working with the X Law
19    Group?
20          A    I don't understand what you mean.
21          Q    You don't understand --
22          A    What do you mean:  Working with the X Law
23    group?
24          Q    Working on cases with them?
25          A    I don't know.  Years.
```

Exhibit C

USAO_00162792

GB_C_00001300

```
1              Q    Five?

2              A    Probably less than five.

3              Q    Mr. Avenatti, Schedule G on Page 23 lists a

4    lease of storage space at 500 Newport Center Drive.

5              A    Yes.

6              Q    Do you still have -- does EA still have that

7    storage space?

8              A    To the best of my knowledge.

9              Q    Is there anything in there besides documents?

10             A    Not that I know of.

11             Q    Is that onsite at your building?

12             A    I'm sorry?

13             Q    Is that in the same building that your office

14   is at, or is it offsite?

15             A    I think it's in a building next door.

16             Q    In fact, I see on the next page there's two

17   other storage spaces listed.  Do you have three different

18   storage spaces?

19             A    Whatever is listed here is accurate.

20             Q    There's been no change?

21             A    To the best of my knowledge, no.

22             Q    I am going to ask you some questions about the

23   Eden Memorial Park class action case.  Are you familiar

24   with that case?

25             A    Yes.
```

Exhibit C

USAO_00162793

GB_C_00001300

```
 1          Q    What were EA's total fees received from that
 2     case?
 3          A    I don't remember.
 4          Q    Can you please give me your best estimate?
 5          A    Net fees?
 6          Q    What is net fees as compared to -- okay.
 7     Why don't you explain what you mean by net fees as
 8     compared to gross fees.
 9          A    Correct.
10          Q    So since I don't do class action work, can you
11     explain what net fees are?
12          A    I am asking you for a clarification.
13          Q    What are net fees?
14          A    The net amount of attorney fees that Eagan
15     Avenatti received?
16          Q    Yes.
17          A    It was -- I don't remember exactly what the
18     number was.  It was in the teens.
19          Q    I'm sorry?
20          A    It was in the teens.
21          Q    The teen millions?
22          A    Teen millions.
23          Q    What fees were awarded by the Court?
24          A    I think it was 21 or 23 million total, but
25     Eagan Avenatti did not receive all that.
```

Exhibit C

USAO_00162794

GB_C_00001300

1           Q    Who did it have to share the fees with?

2           A    It had to share the fees with Ed Ricci.

3    It had to share the fees with me personally.  It had to

4    share the fees with -- I think there was an objector or

5    two, as I recall.  I think that's it.

6           Q    Why did it have to share with fees with you

7    personally?

8           A    Because there was an agreement for me to

9    receive a portion of the fees.

10          Q    Origination fee?

11          A    Yes.

12          Q    Agreement between EA and you?

13          A    Yeah.

14          Q    So net to A & A is after the payment of your

15   origination fee and to Mr. Ricci and --

16          A    The number that I gave you would be net of all

17   that.

18          Q    That would be in the teens?

19          A    Yes.

20          Q    Were these fees paid by a claims

21   administrator?

22          A    Yeah, I believe.  Yeah, I believe so.

23          Q    Okay.  Is the name Gilardi & Company the

24   claims administrator that was handling that?

25          A    I think so.

Exhibit C

USAO_00162795

GB_C_00001300

1         Q   When was the last time any fees were received

2    in this case by EA or any other firm?

3         A   A long time ago.  I don't remember exactly.

4         Q   None in 2017 or 2018?

5         A   Not that I recall.

6         Q   Are there any fees due to EA from this class

7    action?

8         A   I don't think, so but I don't think the final

9    motion for the accounting has been approved yet.  I don't

10   think the final order has been put in place.

11        Q   Do you believe EA is still owed additional

12   fees?

13        A   I don't know, but I don't think so.

14        Q   Did you file an ex-parte application in 2017

15   seeking payment of additional fees?

16        A   Yes, but it turned out I was wrong.

17        Q   So was it granted, or was it --

18        A   It was granted, and then I think it was

19   withdrawn.  I don't remember exactly what happened.

20        Q   But you no longer -- you were mistaken?  You

21   no longer claim any fees?

22        A   I don't believe we are entitled to any

23   additional fees from it.

24        Q   When you say, "Net fees," net of the 23 --

25   I believe the number was 23.5 is what my client tells me.

Exhibit C

USAO_00162796

GB_C_00001300

```
 1    Do all the fees come into EA and then it pays Mr. Ricci
 2    and you and the objectors?
 3          A    I think that's what happened.
 4          Q    Is Ed Ricci an attorney?  Was he acting as a
 5    co-counsel in the case?
 6          A    Yes.
 7          Q    Is he here in California?
 8          A    No.
 9          Q    You talked about the Med-Line case earlier.
10    What is the status of that case?
11          A    It's pending.
12          Q    Is there a trial date set?
13          A    I don't think so, but I may be wrong about
14    that.
15          Q    Do you have that case -- when I say, "You,"
16    I mean EA, hybrid now -- on a fixed fee per hour plus a
17    contingency?
18          A    Yes.
19          Q    Is there a fee-sharing agreement shared with
20    any other counsel?
21          A    I think we have a fee-sharing agreement with
22    another counsel.
23          Q    In another state?
24          A    Yes.
25          Q    Is that in Georgia?
```

Exhibit C

USAO_00162797
GB_C_00001300

1          A    Yes.

2          Q    Do you know who that attorney is?

3          A    I do, but I can't remember her name.

4          Q    It's a woman in Georgia?

5          A    Yes.

6          Q    She is acting as your local counsel?

7          A    Yes.

8          Q    Referring to the Greco versus National

9     Football League case, is that case fully concluded?

10         A    Yes.

11         Q    How much did EA earn in fees for that case?

12         A    I don't remember.

13         A    Not a lot.

14         Q    So there's a website online called

15    "Topverdict.com" that lists it is one of the top twenty

16    settlements in Texas in 2017 with a 5,000,000-dollar fee.

17    Is that correct, or is that mistaken?

18         A    A 5,000,000-dollar fee, no.  No way.

19         Q    Is that perhaps a total settlement in the

20    case?

21         A    I don't remember what the amount of the

22    settlement was as I sit here right now.  What I do

23    remember is that the fees were diminimus, and I don't

24    believe actually -- and when I talk about fees, I don't

25    believe the monies even covered our costs from the case.

Exhibit C

USAO_00162798
GB_C_00001300

1          Q    When was that settlement paid?

2          A    I don't remember.  I don't even remember the

3     date of the settlement as I sit here right now.

4          Q    Do you believe it was before the bankruptcy

5     case was filed?

6          A    I don't remember.

7          Q    Exhibit 9 here.

8          MR. FRANK:  Exhibit A.

9          MR. SELTH:  No.  It's his attachment.

10         MR. CHA:  Is it this?  Maybe I didn't make copy of

11    that.

12         MR. SELTH:  Yes.  It's not been marked as an

13    exhibit.

14         Q    (BY MR. SELTH:)  Let's finish today by asking

15    about the Bahamas Surgery case, Mr. Avenatti.

16         A    Yes.

17         Q    I understand that case is under appeal.

18         A    Yes.

19         Q    What is the status of the appeal?

20         A    It's in the appellate process.  I don't

21    believe briefing has even started yet.

22         Q    Briefing has not commenced.

23              Okay.  Are there any mediations scheduled

24    in this case?

25         A    No.

Exhibit C

USAO_00162799

GB_C_00001300

1          Q    Are you working with an appellate counsel on

2     the case?

3          A    Yes.

4          Q    Is that Mr. Esner?

5          A    Yes.

6          Q    What is the fee arrangement in this case with

7     Mr. Esner?

8          A    I think he's just charging us by the hour.

9          Q    Charging EA by the hour?

10         A    Yes.

11         Q    He's not sharing in the contingency?

12         A    Correct.

13         MR. CHA:  Stuart Esner, E-s-n-e-r, S-t-u-a-r-t.

14              Q    (BY MR. SELTH:)  How much has EA paid

15    Mr. Esner to date?

16         A    I don't remember.

17         Q    How long has he been working with EA on the

18    case?  Since the judgment?

19         A    Yeah.  May have been before that, but probably

20    since early 2017.

21         Q    Is he owed money by EA now?

22         A    Probably.

23         Q    So do you believe he's received some of the

24    payments but probably not in full?

25         A    I'd have to look at what the payable is for

Exhibit C

USAO_00162800
GB_C_00001300

1    Mr. Esner.

2         Q    Were you working with an attorney named

3    Bill Hearon in the case?

4         A    Yes.

5         Q    What was the fee arrangement with him?

6         A    I don't remember.  He gets a percentage of the

7    fee.  I don't remember what the percentage is.

8         Q    Is that a written fee agreement?

9         A    Yes.

10        Q    Do you have a copy of that?

11        A    Not with me.

12        Q    Back at the office?

13        A    Yes.

14        Q    Can you give me a best estimate of what

15   percent?

16        A    I wouldn't want to do that without looking at

17   the agreement.

18        Q    Would it be less than 20 percent?

19        A    I don't know.  I don't know.

20        Q    Is this the biggest outstanding potential that

21   EA has?

22        MR. CHA:  You mean the case or --

23        MR. SELTH:  Yes.

24        MR. CHA:  -- or Hearon?

25        MR. SELTH:  No.  This case.

Exhibit C

USAO_00162801
GB_C_00001300

1           MR. CHA:  The Bahamas case?

2           THE WITNESS:  I mean, maybe it would be near the

3     top, if not the top.  I haven't really thought about it.

4           Q    (BY MR. SELTH:)  What is EA's lodestar on the

5     case?

6           A    I don't know.  I haven't even looked at it.

7           Q    Have you estimated the hours spent in the

8     case?

9           A    No.  It's a big number.

10          Q    Is that logged somewhere?

11          A    Yes.

12          Q    What would the hourly rate be for the case?

13          A    I don't know.

14          Q    Can you estimate it, please?

15          A    It would be up there, probably be north of

16    500 dollars.

17          Q    Have you entered into a financing arrangement

18    in this case?  By "you," I mean EA.

19          A    Financing arrangement on the Bahamas case?

20          Q    Yes.

21          A    No.

22          Q    Other than with Mr. Hearon, are there any

23    fee-sharing agreements in the Bahamas case?

24          A    Yeah.  There's a fee share -- I mean,

25    Mr. Hearon has a right to the fee, Eagan Avenatti has a

Exhibit C

USAO_00162802
GB_C_00001300

1    right to the fee, and I have a right to the fee.

2           Q    As an origination?

3           A    No.  I was named as class counsel.  The firm

4    was not.

5           Q    So there are logs kept as to the hours spent

6    on that case?

7           A    We have a lodestar in the case, yes.

8           Q    Okay.  So how does one keep -- again, I don't

9    do class action work.  How does one keep a lodestar?

10          A    We have a calculation relating to what the

11   lodestar is that's been arrived at.

12          Q    Is that maintained by you?

13          A    Yes.

14          Q    Is it on a computer and a ledger?  I mean, by

15   hand?  In your head?  I just don't know how one does it.

16          A    It's a file on a computer.

17          Q    Has EA entered into any financing agreements

18   on any of the current open cases?

19          A    They may have.  I just can't recall any as

20   I sit here right now.

21          Q    Which cases would those be?

22          A    I don't know.

23          Q    Who would they have been with?

24          A    I don't know.

25          Q    Are they different financing companies that

Exhibit C

USAO_00162803

GB_C_00001300

1    you've worked with?

2           A    Yes.

3           Q    And you don't know which ones you've worked

4    with now?

5           A    I can't recall their names right now.

6           Q    Or the cases you have them with?

7           A    Correct.  I'm not even saying there are any,

8    to be clear.

9           Q    But definitely -- but you said it's not

10   Bahamas case for sure?

11          A    I'm fairly certain that we haven't done

12   anything on the Bahamas case.

13          THE WITNESS:  What time do you have, Ms. Court

14   Reporter?

15          THE COURT REPORTER:  5:57.

16          Q    (BY MR. SELTH:)  If you have some such

17   financing agreements, are they for specific cases or

18   for the firm?

19          MR. CHA:  Objection.  Calls for speculation.

20   Improper hypothetical.

21          THE WITNESS:  I don't remember.

22          MR. SELTH:  Okay.  So I think we are going to be

23   back for a new date.  Mr. Avenatti agreed on the record

24   there will be a new date set on the 8th.

25          MR. RAFATJOO:  Correct.

Exhibit C

USAO_00162804
GB_C_00001300

1        MR. SELTH:  That date will be set, and it will --

2        MS. SHARIFF:  Hopefully there will be a date after

3    the 18th of August.

4        MR. RAFATJOO:  Yes.

5        MR. SELTH:  Okay.  Thank you.

6        MR. FRANK:  My office will take care of getting

7    the copy.

8        MR. CHA:  We should probably get a copy.

9        (The hearing was concluded at 5:57 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit C

USAO_00162805
GB_C_00001300

```
 1    STATE OF CALIFORNIA        )
                                 )
 2    COUNTY OF SAN BERNARDINO   )

 3

 4        I, Lynette Milakovich, a Certified Shorthand

 5    Reporter, do hereby certify:

 6        That prior to being examined, the witness in

 7    the foregoing proceedings was by me duly sworn to

 8    testify to the truth, the whole truth, and nothing but

 9    the truth;

10        That said proceedings were taken before me at

11    the time and place therein set forth and were taken

12    down by me in shorthand and thereafter transcribed

13    into typewriting under my direction and supervision;

14        I further certify that I am neither counsel for,

15    nor related to, any party to said proceedings, nor

16    in any way interested in the outcome thereof.

17        In witness whereof, I have hereunto subscribed

18    my name.

19

20    Dated:  July 27, 2018

21

22

23    Lynette Milakovich
      CSR No. 5098
24

25
```

Exhibit C

USAO_00162806
GB_C_00001300

| | | | |
|---|---|---|---|
| **Exhibits** | **10**  19:9 82:7 | **2,850,000**  75:22 | **39**  96:17 |
| | **10,000,000-** | **2.4**  105:5 | **3d**  21:16 |
| **EX 0001 Michael** | **million-dollar** | **20**  117:18 | |
| **Avenatti 072518** |   10:25 | **2007**  100:25 | **4** |
|   4:7 72:7,21 | **100**  21:24 59:13 | **2013**  12:10 | |
|   74:8,23 76:3 |   61:19 |   14:2,20 15:8 | **4**  19:2,3 |
| **EX 0002 Michael** | **100,000**  37:23 |   18:7,10 20:19 | **42**  98:19 |
| **Avenatti 072518** |   101:22 103:10 |   26:22 29:20 | **428**  21:16 |
|   4:9 5:13 | **10th**  19:8 |   30:22 | **4506**  16:7,8 |
| **EX 0003 Michael** | **11**  88:16 89:15 | **2014**  12:8 32:24 | **493,565**  105:7 |
| **Avenatti 072518** |   91:24 92:2,7 | **2015**  12:3,4 | |
|   4:10 13:14,16 |   93:16 |   15:8 | **5** |
| **EX 0004 Michael** | **112,000**  37:22 | **2016**  11:19 | |
| **Avenatti 072518** | **11:00**  5:2 |   13:21 16:20 | **5**  74:24 75:9 |
|   4:12 19:2,3 | **11th**  86:12 |   17:5,13 20:20 |   76:20,23 |
| **EX 0005 Michael** |   89:19,22,24 |   23:19 24:1 | **5,000,000-dollar** |
| **Avenatti 072518** |   91:20 |   91:3 |   114:16,18 |
|   4:13 74:24 | **12-by-30**  97:18 | **2017**  11:17 | **50**  98:16 |
|   75:9 76:20,23 | **12:00**  54:7 |   17:17 18:1,11 | **50,000**  96:19 |
| **EX 0006 Michael** | **12:30**  54:21,25 |   19:5,9 24:8,9, |   98:6,20 99:8 |
| **Avenatti 072518** |   70:25 |   16,20 25:2 |   100:8 |
|   4:16 72:5,7, | **12th**  73:14 74:5 |   28:14 33:16 | **500**  109:4 |
|   12,20 74:21, | **13**  16:16 27:4 |   73:15 74:5 |   118:16 |
|   22,24 75:1 |   105:1,2 |   112:4,14 | **5:57**  120:15 |
| **EX 0007 Michael** | **14**  14:20 16:16 |   114:16 116:20 | |
| **Avenatti 072518** |   18:7 19:14 | **2018**  5:2 10:6 | **6** |
|   4:17 85:19 |   75:24 88:19 |   26:2 75:24 | |
|   93:4 | **140,000**  41:17 |   84:14 112:4 | **6**  36:21,23 |
| **EX 0008 Michael** | **14th**  75:17 | **21**  106:20 |   37:2,3 72:5,7, |
| **Avenatti 072518** | **15**  14:20 16:16 |   110:24 |   12,20 74:21, |
|   4:19 85:21 |   18:7 19:14 | **22nd**  10:6 |   22,24 75:1 |
|   86:12 88:16,20 | **15th**  41:8,12 | **23**  109:3 110:24 |   96:9 |
|   89:19 91:20 | **16**  14:21 17:23 |   112:24 | **604,444**  105:12 |
|   92:2,6 |   19:14 64:9 | **23.5**  112:25 | |
| **EX 0009 Michael** | **160**  21:16 | **25**  5:2 62:15 | **7** |
| **Avenatti 072518** | **17**  14:21 64:9 |   82:7 96:2 | |
|   4:21 36:10,11, | **17,000,000** | **25,000**  44:24 | **7**  37:1 85:15,19 |
|   13,14,19,22 |   106:23 107:5, | **25-percent**  59:7 |   93:4 96:17 |
|   95:19 115:7 |   20 | **26**  37:1,2,3 | **71**  103:16 |
| | **18**  93:16 |   105:2 | **75**  21:20,21 |
| **0** | **1:30**  70:5,25 | **26-page**  96:1 |   61:17 |
| | **1:39**  71:3 | **2nd**  77:4 | |
| **08**  100:25 | | | **8** |
| | **2** | **3** | |
| **1** | | | **8**  77:9,17 78:21 |
| | **2**  5:13,16 85:23 | **3**  13:14,16 |   84:4,10 85:15, |
| **1**  5:16 13:21 |   93:15 |   15:25 37:8 |   21 86:12 |
|   72:7,21 74:8, | **2,000,000**  30:5, | **3.41**  106:21 |   88:16,20 89:19 |
|   23 76:3 |   9 31:17 75:16 | **341**  59:9 |   91:20 92:2,6 |
| **1-6**  19:8 | | **35,000**  41:24 |   103:16 |

Exhibit C

USAO_00162807
GB_C_00001300

8th  22:22
  120:24

9

9  36:10,11,13,
  14,19,22 95:19
  115:7
9th  77:7

A

A.B.  60:10
A.M.  5:2
abbreviation
  6:21
ability  9:24
absurd  32:3
accepting  8:9
access  9:15,19,
  21,23 34:5,7,
  11,12 71:5
account  8:1
  32:15,18,19
  33:1,9 34:7,
  12,21 35:5,13,
  19,21 36:3,4
  38:2,5,7,10,
  16,23 39:2,3,
  6,9,10,16,25
  42:18,24,25
  43:1,4,15,17
  45:13,16,20,25
  56:4 58:9
  89:22 91:5
  104:20,22
accountant
  15:20 25:20,23
accounting
  112:9
accounts  7:22
  33:5,16,17,20,
  21,25 34:4,25
  35:11,22 37:9,
  11,13,15,16,
  17,19,22,23
  38:1,14,15,25
  39:7,8,14,18
  42:13,14,15
  43:12,13,19,20
  44:3 90:5,8,25
  91:3,6,23

96:10,13
accrue  42:5,6
accrued  58:10
accruing  57:3
accurate  43:7
  53:10 61:20
  96:6 109:19
act  25:17
acting  113:4
  114:6
action  74:11,15
  105:16 109:23
  110:10 112:7
  119:9
actions  93:1
  106:13
addition  77:10
additional
  112:11,15,23
address  21:10
  48:24 49:1,2
addressed  21:25
adequate  75:20
  76:1
administrator
  111:21,24
advance  56:7,25
advanced  56:23
advances  56:24
advise  31:25
AE  7:18
afield  29:11
agree  37:10
  61:21 91:17
  106:17
agreed  20:12
  54:20 120:23
agreed-upon
  80:24
agreement  55:16
  59:17 73:19
  74:5,7 75:8,23
  81:3,6,8,10,
  11,16,21,22
  107:16,17,18,
  19,22 108:13
  111:8,12
  113:19,21
  117:8,17
agreements
  81:12 118:23

119:17 120:17
ahead  6:11 7:5
  13:8 36:14,15
  62:16 63:13
  65:10 66:7
  80:3 82:25
  88:13,14 91:18
allowed  8:20
  14:12 21:17
  88:3
allowing  60:18
amended  19:8
  36:12 59:17,19
amendments  19:6
amount  7:25
  10:24 35:13
  40:17,18,19
  41:25 77:22
  78:1 105:7,21
  106:22 107:1,
  2,3,4 110:14
  114:21
amounts  46:12
  80:11
ANA  5:1
Angeles  48:23
  49:20
answering  88:4
answers  16:15
  19:21,23 28:18
  46:19
apartment
  48:12,14
APC  77:11,13
apparently
  14:17 15:3
  54:15
appeal  11:2,6
  115:17,19
appeared  63:12,
  17
appearing  63:14
appears  16:8
  53:11 74:3
  77:3
appellate
  115:20 116:1
application
  112:14
apply  17:12

appraisal  99:11
approved  112:9
Approximately
  41:2 99:24
arbitration
  12:23,25 13:17
  101:3
Arden  50:18
Area  65:2
argue  11:3 30:7
  31:24 32:1
  87:15 106:4
arguing  32:3
argument  62:1
argumentative
  30:8,11 86:18,
  22 87:7
arrangement
  50:3 116:6
  117:5 118:17,
  19
arrears  31:17
arrived  119:11
artist  99:14
artwork  98:9,
  18,19,22,23,24
  99:1,2 100:11
  101:1,5,6,9,
  12,20
assets  14:10
  21:14,18 22:15
assigned  87:19
associates
  21:24 23:12
  26:2 42:23
  43:1 44:1,6,
  12,19 45:18
  51:6,24 52:8,
  23 53:3,4,13,
  15,22 62:3
  66:3,6,12
  67:7,18 68:15,
  20 69:4,23
  73:25 77:11,
  12,13,19,23
  78:25 79:18,21
  80:14 81:9
  82:5 83:15,20,
  22,24 84:7,13,
  15 86:4 89:18,
  22 90:4,7,25
  91:2,6 92:5

Exhibit C

USAO_00162808
GB_C_00001300

93:2,22,23
95:16
assume  44:1
65:13 108:7
assuming  39:21
77:5
assumption  77:6
ATM  91:11
attach  36:11
Attached  16:7
attaches  5:15
attaching  5:10,
13
attachment
115:9
attempt  10:17
attorney  70:4
79:14 82:22
84:2 110:14
113:4 114:2
117:2
attorney-client
76:19
attorneys
49:13,18,23,24
50:16 51:5,13,
16 65:20 71:6
78:22 79:1,9,
11 82:18 85:3
August  22:23
authority  34:25
authorization
13:13
authorized  7:21
35:6,9
Avenatti  5:4,
10,19 6:3,13,
15,16 7:4 11:8
13:2 15:6
19:12 21:21,23
22:9 23:12,18
32:9 36:21
38:24 42:23
43:1 44:1,6,
12,18,22 45:18
51:6 53:12,13,
15,22 55:5
61:17 62:3,5,
11 63:14 66:3,
6,12 67:7,18
68:15,20 69:4,
22 70:11 71:18

73:25 74:19
75:9,25 76:25
77:11,13,16,
18,22 78:3
79:18,21 80:14
81:9 82:4
83:15,20,22,23
84:13,15
85:13,24 86:4
87:19,21
89:18,22 90:4,
7,24 91:2,5
92:4,16 93:2,
14,22,23,24
94:1,9 95:15
96:2,3 98:2
104:16,18
106:20 107:19
109:13 110:15,
25 115:15
118:25 120:23
Avenatti's  23:9
average  85:4
awarded  110:23
aware  21:12

___

B

back  13:12
23:23 24:4
25:4,10 26:8
28:21 31:5
40:20 44:6,14
48:5 55:2,3
58:8 62:17
63:8,23 70:6,
25 71:17 79:8
87:16 92:8
93:6 94:6
99:17 100:25
105:1 117:12
120:23
Bahamas  115:15
118:1,19,23
120:10,12
balance  27:12
33:24 34:12
35:1 54:13
balances  34:4
bank  7:21 26:12
32:15,16,17
33:6,11,13,17,

25 34:7,12,14,
15,21,22,25
35:10,19,21,23
37:9,20 38:17,
19,21,25
39:16,18
42:14,24,25
43:1,3 45:15
46:24 72:1,2
89:14,22 90:4,
8,25 91:1,2
95:6 96:10,13
104:22
bankruptcy  6:3,
4,9 17:25
18:2,8,16 19:7
20:5,10 24:1,
15,17,19 25:6
27:6,8,16,25
28:11 29:2
30:6 32:12,22
33:15,19,23
34:22 36:2,7
37:12,16,18,24
38:4,6,15
39:8,11 40:5,
23 41:7 42:1,
14 43:20 45:3
51:13,17 57:2,
8 59:4,6
61:12,16 62:7
65:24 66:1
67:19 69:21
73:21 80:10
94:10 95:4,5,
13,16 96:12
105:11 115:4
bar  69:9
Barista  43:6
53:21 94:12,
13,19
barrier  23:4
31:9,12
barring  92:21
base  79:23
based  19:21,23
66:8 84:22
93:4 105:25
106:6 107:9
basically  27:3
39:13 50:3
basis  41:16
55:17 74:15,18

76:11 77:15,
23,24 79:5,6,7
85:3 107:10
Bay  65:2
Beach  9:13,14
48:19 49:11
50:16 84:18
96:23 100:15
101:6 102:18
behalf  63:17
69:10,11 82:2,
4 93:2 96:2
belief  40:1
96:5,7
believes  16:25
belong  99:22
big  118:9
biggest  117:20
bill  43:24
83:22 117:3
bills  43:22
44:4
blanking  48:25
blue  75:7
bogus  11:1
bookkeeper
25:17
books  9:3,15,
16,20,21,24
bottom  106:21
bought  97:23
100:21
Boulevard  48:25
49:10,14,19,25
breach  31:1
break  54:17,18
69:25 70:18
briefing
115:21,22
Brim  50:18
broad  6:25 9:17
14:12
brought  5:22
6:1,8 23:24
91:13
building
109:11,13,15
bunch  83:2
burden  32:5
business  48:2
65:1 95:9

Exhibit C

USAO_00162809

GB_C_00001300

buy   102:15,17

---

**C**

calculate   77:25
  107:8,9
calculated
  77:19,23 79:25
  80:21,23 107:4
calculation
  119:10
California   5:1
  32:16 33:6,11,
  13,16,25
  34:15,21
  35:10,21,22
  37:9,19 38:25
  39:18 45:15
  76:7,8,13
  81:16 91:1
  96:10 104:22
  113:7
call   41:17
  51:23
called   38:10
  53:4 114:14
calling   76:18
  95:1
calls   17:18
  52:11 68:24
  73:12 120:19
calm   17:4
capacity   108:11
capital   40:11
caption   53:12
car   70:19
card   56:8,10,
  11,12,14
  58:15,19
  104:16,20,21
cards   56:13,16
care   29:8
Carlos   50:19
carries   52:4
carry   51:25
case   6:5,9
  8:10,21,22
  13:17 18:1,2,8
  19:7 20:5,10
  21:15 22:18
  28:8 30:6

32:12 33:23
  36:2 48:1
  55:19,20,21
  59:4 61:12
  62:8 65:24
  66:1,3 67:1,8,
  19 68:15 69:1,
  3,6,10,22
  73:21 76:21
  83:1,6 94:10
  95:13,16
  105:11 107:12,
  18 109:23,24
  110:2 112:2
  113:5,9,10,15
  114:9,11,20,25
  115:5,15,17,24
  116:2,6,18
  117:3,22,25
  118:1,5,8,12,
  18,19,23
  119:6,7
  120:10,12
case-by-case
  55:17 77:15,23
cases   41:11
  65:20,23 66:1,
  2,12,14,18,21,
  22,24 67:4,6,
  15,17,24 68:3,
  7,12 69:22
  82:15,17,21
  85:21,22
  86:12,14 88:16
  89:19,23 90:2
  91:20,24 92:2,
  6 93:20
  107:10,11
  108:24 119:18,
  21 120:6,17
cash   46:2,8,12,
  15,24 48:9
  57:25 58:15,19
  64:13 75:20
  76:1
cashier's   46:16
cease   59:2
Center   49:4,11
  64:20 109:4
Centre   65:12
certainty   11:25
cetera   66:20
  71:7

Cha   7:2 10:11
  11:7,12,15
  13:5,9,20,22
  14:3,7,10,12,
  15,20,23,25
  15:9,22 16:21,
  25 17:18,21
  19:9,11,21,23
  20:25 21:21
  22:2,13,16,19,
  21 23:3,15
  29:4,6,9,14,
  18,19,23 30:8,
  11,18,19,20,
  23,25 31:4,7,
  15,22 32:1,4
  34:9 36:13,15,
  17,19,25 37:3,
  21 40:1 44:17
  46:18,22
  47:10,14 49:15
  52:11,22 53:6
  54:5,10,15,18
  55:2,4,23
  60:2,6,8,13,
  18,22,24 61:2
  62:25 63:4,5,
  23 64:1 66:23
  69:16 71:2,3,
  13 72:10,15,
  17,20 74:9,14,
  25 75:4,12
  76:18 78:2,4,
  6,11,14 86:15,
  17,24 87:5,13
  88:5,7,11,20,
  24 90:6,9,13,
  19 92:17,23
  93:7 94:7
  95:1,21,24
  97:17 101:14,
  16 105:2,4
  106:18 115:10
  116:13 117:22,
  24 118:1
  120:19
chair   97:25
  98:3
challenging
  60:13
change   38:11
  109:20
changed   33:20,

23 37:20 41:25
charging   116:8,
  9
check   28:4 44:2
  46:15,16
  58:14,20 88:23
  89:21 95:10
check-signing
  34:25
checked   22:2
  81:11,15
checking   37:9
  85:8
checks   39:22
  46:2,8,24
Chenetz   71:15
Circuit   21:15
circumstances
  46:8 59:24
  60:13 61:2
  69:5,7
cite   21:15
citing   22:17
claim   19:4,6,7,
  8,13 20:1,4,16
  45:5,7 101:9,
  12,14,16
  105:6,11,14,
  23,25 106:2,3,
  22 112:21
claiming   80:6
claims   20:7
  111:20,24
clarification
  88:24 110:12
Clarkson   21:10,
  25 22:3 31:20
  71:4 90:18
class   109:23
  110:10 112:6
  119:3,9
clear   66:13
  80:3 83:24
  93:5 120:8
client   8:15,16
  22:1 29:6,9
  31:15,24 32:1
  33:8 39:22
  40:2 43:17
  45:19,20
  68:13,18,23,24
  69:16,18 74:19

Exhibit C

USAO_00162810
GB_C_00001300

103:21 112:25
clients   68:19
Clifford   90:2
Clifford-related
  47:20
close   38:6
closed   38:3
co-counsel
  113:5
Cohen-related
  47:21
collect   29:9
  74:17 104:6
collection
  80:12
colloquy   91:17
Colorado   50:19,
  20
commenced
  115:22
Committee   93:18
companies
  119:25
company   27:18,
  20,24 28:4,5
  31:17 32:10
  59:7 60:5
  85:10 111:23
compared   110:6,
  8
compensated
  53:14
compensates
  77:13
compensation
  52:8 53:8 64:6
  77:14
complaint
  72:13,14
completely   69:8
compliance   5:23
  86:1,4,19
computer   34:18
  85:10 101:21,
  23 102:24
  103:1,6,10
  119:14,16
computers
  102:4,22,23,25
  103:11

concept   84:10
concluded   114:9
conclusion
  33:23 73:12
condition   10:3
  70:16
conducted   28:14
conference
  97:12,14,15
  100:21,24
confined   23:4
confirm   52:7
connected   52:15
  64:21
connection   21:7
  24:1 32:22
  38:14 39:7
  51:10 71:21
  76:16 92:20
connections
  44:9
consistently
  42:2
consists   103:11
constituted
  60:9
constitutes
  102:3
consultation
  68:23 69:16,17
consulting
  53:19
contact   108:2
context   104:13
contingency
  113:17 116:11
contingent
  106:21
continuing   22:4
contracts   81:12
contribute   40:8
contributed
  43:9
contribution
  40:12 64:13
control   92:16
  94:1
controlled
  92:4,12,14
  93:23 94:4,12,
  14,18 95:12

coordinate   54:8
Copiers   83:18
copies   5:18
  16:9
copy   5:10,13
  13:16 16:7
  72:13,19 99:18
  107:25 108:1
  115:10 117:10
corporation
  23:9
correct   11:12
  15:17,21 18:1
  20:1 21:4
  22:19 28:9
  33:22 35:2,4
  41:21 42:11
  43:5 45:25
  47:11 48:20
  49:8,11 50:9
  53:9 55:18
  68:16 75:11
  77:15,17 79:13
  83:14 89:16
  98:8,20 110:9
  114:17 116:12
  120:7,25
correctly
  55:10,11 80:15
costs   114:25
counsel   5:24
  8:18,22 37:10
  63:3 70:15,16
  93:19 113:20,
  22 114:6 116:1
  119:3
counter   46:23
couple   26:4,6
  65:18
coupled   58:10
court   5:14
  13:12 36:3
  38:4 68:8
  74:11 75:7
  78:10 87:9,18
  89:4 90:14,16
  92:10 93:17
  110:23 120:13,
  15
courts   36:1
covered   24:2
  114:25

create   92:19
credibility
  14:7
credit   21:16
  56:8,10,11,12,
  13,14,15
  58:15,19
  104:16,19,21
creditors
  28:13,20 39:17
  51:12 93:19
  94:10
crowdfunding
  90:1
current   10:2
  32:11 33:5,24
  72:2 119:18
cut   20:9

─────────────

D

daily   79:5,7
  85:3
Damon   50:19
date   13:20,21
  18:16 21:10
  24:15,21 26:2
  41:6,14 42:7,8
  77:3 113:12
  115:3 116:15
  120:23,24
day   70:13 73:14
  79:9,14 85:13
  88:25
days   10:13
  84:17,25 85:1,
  5 88:23
deal   108:8
debtor   5:11
  13:6 14:5,14
  21:1,7,13
  33:21 36:4
  37:12,17 38:5,
  7,9,10 47:10
  60:9,16,25
  67:12 74:16
  75:1 90:10
  92:20 93:16,
  21,23 98:12,15
  100:8,10
debts   71:18

Exhibit C

USAO_00162811
GB_C_00001300

December 13:21
  73:14 74:5
decide 68:18
  69:18
decided 61:7
  68:14
decision 8:9
  68:16,22 69:3,
  14
decisions 6:19,
  24 7:7,9,10
  8:2,3,6
declaration
  13:16,19,25
  14:16 15:1,7,
  14,16,19,25
  16:1 76:21
  77:1,9
decline 51:14
define 7:1,3,5
definition 7:4
delinquent 29:1
departed 59:23
departing 59:25
Department
  105:7,10
departures
  51:22
depend 8:21
  35:12 47:19,25
  48:4,5,6 69:5
depending 82:14
depends 7:25
  9:16 49:19
  55:15 56:23
  79:11 84:19
deposition 14:4
deposits 89:23
  91:22
describe 26:24
  35:24 102:2
designation
  38:11
desktop 102:4,
  22,23,25
  103:11
detail 86:23
details 81:23
determination
  10:21

determine 55:13
Development
  105:7,10
di 83:19
difference 60:8
diminimus
  114:23
directly 52:16
  53:8
disagree 22:17
  70:21
disbursements
  24:23,25
disclose 67:3
discovery 32:21
  101:2,17
discuss 21:5
  22:1
discussion 21:9
dismissal 20:10
  30:6 41:6
  69:21 73:20
  95:13
dismissed 32:12
  34:22 38:6
  40:5,23 42:14
  43:20 45:3
  59:4 62:8
  65:24 66:1,3
  67:8 95:4,5,16
dispute 106:9,
  11
disputed 105:14
distributed
  23:25
distribution
  27:2 64:6,9,15
distributions
  26:15,21,25
document 15:9,
  22 19:16 20:2
  36:25 73:4,17
  74:22,25 75:12
  76:6,9 95:18
  96:2
documents 5:19,
  22,24 6:2,8,9
  24:5,7,13
  25:5,6,11
  26:9,10 70:14
  78:14 83:2
  109:9

dollars 26:4,5
  30:5,10 31:17
  41:10,17,24
  44:24 75:16
  96:19 98:20
  99:8 100:8
  101:22 103:10
  106:23 118:16
dollars' 98:6
door 50:13
  65:5,12 109:15
drive 47:5,7,13
  109:4
driver 47:5,7
due 42:7 112:6
duly 5:5

_____

**E**

E-S-N-E-R
  116:13
EA 6:19,20 7:21
  8:9,12,14,16,
  18,24 10:1
  11:8,16,19
  12:24 14:2
  16:20 20:19
  23:9,19 24:9
  25:24 26:2,15,
  21 27:9,14,18
  28:16,20 29:1,
  5 30:2,15
  32:9,11,15
  33:6 34:14,21,
  25 35:19 38:23
  42:9,14 43:9,
  12,20 44:1,4,
  6,12,14,21,24
  45:8,22,23,24
  46:2,7,23
  47:3,5,12,15,
  18,21 48:1,2,
  12,14,16,18
  49:10,15,17
  50:14,25 51:1,
  3,9 52:9,15,
  19,24 53:14,
  20,21,25 55:8,
  9,13,20,25
  56:3,5,8,10,
  12,14,15,18,
  24,25 57:8,16

58:6,9,14,21,
  25 59:10,14,16
  60:9 61:3 62:3
  64:5,22 65:19,
  23,25 66:3
  67:7,8,13,15,
  18,20 68:15,19
  69:3,11,21
  71:19,24 73:7,
  10,24 75:10,
  15,22 77:12,
  13,19,23
  78:22,25
  79:10,18,19,
  21,25 80:1,2,
  5,8,11,15 81:3
  82:2,22 83:15,
  16,20,21,22
  84:13,15 86:1,
  11 88:15 89:14
  92:4 94:11,17
  95:6,7 96:13,
  21 97:12,19,25
  98:19,22 99:1
  101:2,10,12,22
  102:10,17,22,
  25 103:1,3,7,8
  104:1,6,21
  109:6 111:12
  112:2,6,11
  113:1,16
  114:11 116:9,
  14,17,21
  117:21 118:18
  119:17
EA's 9:3 10:2
  15:19 96:23
  110:1 118:4
EA-RELATED
  58:12,18
Eagan 6:13,16
  49:7,8 58:25
  59:19,21 60:3,
  10,14 61:3,17
  62:5,7,11,13
  63:24 64:5
  65:5,16,21
  74:2 75:25
  81:9 85:13
  86:9 87:19
  92:1,5 93:2,
  22,24 96:3
  104:16,18
  107:19 110:14,

Exhibit C

USAO_00162812
GB_C_00001300

25 118:25
**Eagan's** 64:21
 65:11
**earlier** 34:24
 55:6 88:25
 96:9 113:9
**early** 18:3,6
 20:8 116:20
**earn** 114:11
**easier** 48:10
**easy** 11:9
**Ed** 111:2 113:4
**EDD** 105:13,15,
 17,18,23,24
 106:9,11,12
**Eden** 109:23
**efficient** 90:15
**effort** 34:4
 74:17
**efforts** 104:6
 106:12,18,19
**eighteen** 58:23
**Eighth** 21:15
**electric** 43:24
**else's** 6:23
**email** 65:8
 83:18
**Embarcadero**
 49:4,11 64:20
 65:12
**embarrass** 29:7
**employed** 51:5
 77:12 78:25
**employees** 50:25
 51:1
**employment**
 105:6,10
 106:10
**encumbered**
 87:20
**end** 26:7
**enforcement**
 106:12
**enter** 74:4
**entered** 10:6
 62:10 82:1,4
 93:15 108:13
 118:17 119:17
**entire** 74:22
**entirety** 93:10

**entities** 43:8
 53:23 67:17
 81:8 92:16
 94:1,18,21,23
 95:6,12
**entities'** 43:13
**entitled** 10:23
 31:1 87:25
 88:2,7 112:22
**entity** 21:14
 52:9,14 53:8
 54:1 67:7
 74:18 92:4,12,
 14 93:23 94:4,
 12,13
**entry** 63:25
**envision** 99:20
**equipment** 83:16
 101:21,22,23,
 24 102:2,24
 103:1,6,10
**equity** 52:1
 62:2,5
**Esner** 116:4,7,
 13,15 117:1
**establish** 74:10
**established**
 52:25
**estimate** 23:21,
 22 25:7 26:3
 40:16 61:10
 84:20,22,24
 97:5 99:10
 107:1,15 110:4
 117:14 118:14
**estimated** 118:7
**ex-parte** 112:14
**exact** 40:18,19,
 21 66:4 107:4
**examination**
 5:8,11 13:6
 14:6 21:13
 23:3 31:19
 60:17 70:13
 71:1,9 74:16
 75:2 90:11
 92:20
**examining** 7:2
**exception** 27:3
**exceptions** 9:18
**excuse** 28:12
 43:21 73:24

**exhibit** 5:13,16
 13:14,16 19:2,
 3 36:10,11,13,
 14,19,22
 66:23,24 67:2
 68:12 70:1
 72:5,7,12,15,
 16,20,21 74:8,
 21,22,23,24
 75:1,9 76:3,
 20,23 85:15,
 19,21 86:12
 88:16,20 89:19
 91:20 92:2,6
 93:4 95:19
 115:7,8,13
**exhibits** 72:14
**exist** 39:8
 106:8
**existence** 46:25
**expected** 107:9
**expense** 27:1
 44:13 45:19,
 22,23 56:7
 64:6,8 101:2
**expenses** 7:6,
 10,19 39:3,10
 40:6 42:10
 44:10,11 45:24
 47:13 48:3
 50:11 55:8
 56:4,16 57:3,8
 58:10,14,19
 83:23 84:14
**experience**
 21:13
**experiences**
 47:16
**explain** 110:7,
 11
**explained** 52:16
**extension** 17:13
**extent** 22:22
 23:6
**extra** 36:18

---

**F**

**face** 30:17
**fact** 26:4 60:14
 72:8 77:1 98:8
 109:16

**fair** 77:6
**fairly** 79:7
 120:11
**faith** 31:19
**fall** 29:1 30:2,
 15 31:17
**familiar** 109:23
**fatigued** 54:10
**faxes** 83:18
**fee** 8:13,14
 40:25 41:20
 89:23 91:23
 111:10,15
 113:16 114:16,
 18 116:6
 117:5,7,8
 118:24,25
 119:1
**fee-sharing**
 107:17 113:19,
 21 118:23
**feelings** 32:5
**fees** 8:19
 41:11,16 42:5
 67:3 89:15
 110:1,5,6,7,8,
 11,13,14,23
 111:1,2,3,4,6,
 9,20 112:1,6,
 12,15,21,23,24
 113:1 114:11,
 23,24
**figure** 18:20,22
 26:13 51:21
 58:7,9 106:8
**figured** 57:20
 58:5
**file** 16:20
 17:13 20:22
 69:3,9,10,11
 93:17 104:8
 112:14 119:16
**filed** 5:14 6:3,
 4,9 11:2,6,16,
 19 12:3,13,17
 14:19 16:12,16
 17:2,5,11,16,
 24 18:1,8,11,
 13,16 19:1,4,
 5,7,8,14 20:5
 23:23,24
 24:17,18,20,22

USAO_00162813
GB_C_00001300

25:6 28:11
33:15 36:12
37:12,17,18
43:20 51:13,17
53:12 61:13
65:23,25 66:2,
14 67:1,6,17,
20,24 69:22
76:21 77:4,5
80:11 89:3
105:11,17,18
115:5
filing  27:8
29:2 37:24
59:6 66:18
68:7 96:12
final  112:8,10
finances  6:16
14:14 21:2
financial  6:19,
24 7:7 10:2
25:21 32:14
64:16
financing
118:17,19
119:17,25
120:17
find  14:10,18
15:20 18:25
23:8 79:14
82:1 104:4
finding  60:7
finish  30:23
81:13 88:11,13
115:14
finished  31:14
firm  8:14 9:11
10:18,20
21:19,20,22
22:10 40:20
49:8 51:16
52:2 53:19
63:25 64:10
69:19 71:6
75:20 85:7
112:2 119:3
120:18
firm's  25:15
firms  8:25
49:24 50:5,7
68:25

five-minute
54:17,18
fixed  41:20
113:16
flipping  86:19
Florida  18:2
flow  57:25
75:21 76:1
flying  48:2
focused  60:25
follow  55:6
footage  80:20
Football  114:9
form  16:7 27:2
87:15
formal  61:23
forward  24:23
foundation
78:2,11 90:10
92:18
four-year  32:24
frame  89:7,9,13
Francisco  49:4
64:23
Frank  12:23
23:16 41:8
52:1 63:3,5,9,
12,17,18 65:7,
8 70:9,11,20
71:22 73:2,5,
20 74:6,11
75:10,16,23
76:3 93:17
115:8
Frank's  10:7
74:18
Frankly  69:10
front  15:1 31:5
full  10:24
105:21 116:24
fully  114:9
funds  40:6,7,8
42:9,11,13
furniture
96:18,21,23
97:2,6,8 98:7,
9,11,14
future  23:2

## G

game  63:20
games  70:20
gave  111:16
general  45:16
79:16 85:12,14
generally  6:17
9:18,25 40:7
42:4,5 46:1
48:6 53:16
56:6 57:4 79:3
84:12
gentleman's
62:21
Georgia  113:25
114:4
Gilardi  111:23
give  5:20 12:1
23:21 24:6
30:25 36:16
40:16 61:10
63:6 66:19
67:24 75:6
76:21 83:7
84:20,24 97:9
110:4 117:14
giving  14:23
17:18 31:12
Global  43:6
53:21 94:11,
13,19
goal  29:16,17
good  11:15
20:18 31:19
85:12
grand  98:16
granted  112:17,
18
Gray  50:18
great  55:4 69:1
Greco  114:8
gross  110:8
group  106:22,25
107:2,20
108:1,3,5,8,
10,16,19,23
guarantee  76:9
guaranteed
71:19,24

guaranteeing
73:8,10
guaranty  71:21
72:8 73:1,5,
11,14 74:4
76:3,13
guess  36:18
48:17 51:20,22
65:3 91:14
guys  54:24
95:22

## H

half  82:17
halfway  105:5
hand  119:15
handed  75:1
handle  28:5
handled  65:20
handling  27:18,
25 28:15,21
32:8 111:24
hands  9:24
handshake  61:24
Hang  7:2 14:3
86:15
hanging  99:15,
16,21
happen  23:1
48:6
happened  29:20
46:11 112:19
113:3
hard  73:16
Hauler  28:14
head  119:15
hear  90:18
hearing  6:6
22:22 70:7
71:4,10
Hearon  117:3,24
118:22,25
heart  14:13
held  52:3
Hendricks  15:20
16:2 25:23
highly  86:22
hold  53:5 90:4,
8,25

Exhibit C

USAO_00162814
GB_C_00001300

holds  107:24
hour  71:6
  113:16 116:8,9
hourly  118:12
hours  118:7
  119:5
huge  31:16
hundred  26:4,6
hybrid  113:16
hypothetical
  120:20
Hypothetically
  80:10

I

Ibraham  52:3
Ibraham's  53:11
ID  91:13
idea  47:2 79:16
  85:12,14 97:7
  105:25
identification
  5:17 13:14
  19:2 36:10
  72:5 76:23
  85:16
identify  72:10
imagine  17:10
immediately
  10:12
impeach  14:16
important  22:20
  93:11
Improper  120:20
in-house  28:21
include  21:14
included  84:3
  98:6
includes  88:18
Including  90:1
income  20:23
  25:2 91:23
incur  44:13
incurs  83:24
Indirectly
  52:18
individually
  69:12 73:23
  74:2 92:13

individuals
  35:9
information
  14:18 23:5
  25:21 31:9
  64:16 91:8
  92:18
infringe  60:14
instance  46:10,
  16
instances  44:5
  57:14
institutions
  32:14
instruct  30:12
  74:19 87:3,5
  92:22,23
instructing
  13:10 46:7
  60:12,23 90:12
instruction
  13:12
Int'l  21:16
intention  40:20
interest  31:18
  50:8 58:2
  59:10,13
  107:11
Internal  93:18
interrupt  83:3,
  4 87:23,25
  88:2
interrupting
  19:22
introduce  85:21
introduced
  85:18 95:20
introducing
  72:15 74:21
introduction
  93:4
involved  8:25
  25:14 53:9
involvement
  53:23 55:25
IOLTA  33:9,10
  35:5 45:20,25
irrelevant
  29:15 67:11
  68:5 90:9
  92:18

IRS  16:9 19:4,
  5,13 20:7,9,17
  30:6 70:17
Irvine  9:12
issue  13:3
  21:25 22:8,12,
  13,20 23:10
  52:17 62:22
  68:8
issued  5:12
  66:9 78:21
issues  12:22
  13:4 14:8
  22:4,5 29:10
items  98:10

J

Jason  12:23
  73:2,5 74:6
  75:10,16,23
  76:3 93:17
Jim  13:20 15:9
  23:3 30:11,18,
  20 31:22 72:10
job  29:17
John  50:18
join  92:25
Jones  60:10
judge  21:10,25
  22:3,5 31:6,20
  54:15 60:20
  71:4 90:18,20
  93:5,11
judge's  54:9,
  13,14
judgment  5:11
  10:6,7,10,16,
  17,19,22,24
  11:1,2 13:6
  14:5,14 20:25
  21:6,7,8,13
  29:10 47:10
  60:8,16,25
  62:10,21
  63:16,25 67:11
  74:16,17 90:10
  92:20 116:18
Judy  7:12 25:12
  27:22 34:24
July  5:2 75:24
  77:4,7 86:12

88:16 89:15,
  19,22,24
  91:20,24 92:2,
  7 93:16
jumped  36:14,15
June  28:14
  33:15

K

K-1  23:19
  64:12,14,15,
  17,18
K-1's  20:19
  23:11,12
K-1S  23:17
keeping  58:4
kind  44:1 61:24
  66:8 97:14
kinds  95:9
knew  106:3
knowledge  15:18
  32:13 38:16
  86:3,6,8,10
  105:21 109:8,
  21
knowledgeable
  10:2

L

lacks  78:2,11
  90:9 92:18
lag  55:12
laptop  34:18
laptops  103:2,
  11
large  60:18
  97:16
late  18:14 42:3
latitude  30:25
laugh  83:4
law  12:23 49:8,
  24 50:5,7
  65:21 69:12
  73:2,6 74:6
  75:16,23 76:3,
  7,10,14 81:16
  85:7 93:17
  106:22,25
  107:2,20

Exhibit C

USAO_00162815
GB_C_00001300

108:1,3,5,8,
10,15,18,22
lawyers  20:18
lead  8:22
League  114:9
lease  47:3
  109:4
leases  71:24
leasing  8:4,7
leave  59:21
  60:17 61:7
  62:10 63:24
  70:17
leaving  70:19
led  59:24 73:20
ledger  57:17,19
  58:5 78:16
  80:21 81:2
  82:10,11,12
  84:11 85:2
  119:14
leeway  31:13
left  51:16
  59:19 60:14
  61:15 62:13
  70:24
legal  73:12
  101:18
legitimate
  31:11
levels  46:13
Lexis  83:18
lien  106:13
liens  105:16,
  18,20,22 106:8
limit  35:14,16
limitations
  104:10
list  22:4 27:6
  49:6 64:23
  67:25 68:2,3
  83:1,6 85:21,
  22 101:1
  107:12
listed  27:17
  33:16 37:9,15
  61:16 86:12
  88:16,18 89:19
  91:20 92:1,6
  96:10 98:24
  101:21,24

103:17 104:24
  105:6 106:2
  109:17,19
listing  96:18
lists  109:3
  114:15
litigation
  76:16
LLP  6:13 75:25
loan  26:25
  27:7,8,14
  32:17 33:3
  40:11,13 43:13
  44:8,10 57:9,
  10 64:6
loaned  43:9
loaning  57:7
loans  42:19
  57:11,15 72:1,
  2
local  114:6
locate  14:1
  15:7
location  49:22
lodestar  118:4
  119:7,9,11
Lodging  47:24
logged  118:10
Logging  85:10
logs  119:5
long  31:10
  32:20 64:10,
  11,12,25 65:13
  83:9 88:1
  97:19 108:15,
  18 112:3
  116:17
longer  60:6
  61:3 70:12
  71:15 112:20,
  21
looked  25:11
  75:9 106:7
  118:6
Los  48:23 49:20
lost  52:22
  55:23
lot  34:1 41:3,4
  99:11,12
  114:13

loud  77:10
lower  26:7
lunch  54:8 55:1
  70:4,5,9,15,
  16,17,18,23,25
  71:5
Lyonnair  21:16

_____

M

M.E.  60:9
made  10:5,21
  39:17 45:1,13,
  16,17 46:15
  53:25 93:21
  95:8,15 104:6
main  36:25
maintain  9:6
maintained  9:11
  119:12
major  8:3,5
majority  42:10
  98:8
make  11:9 35:10
  54:25 56:15,20
  67:24 68:15
  69:2 75:10,15,
  22 83:3 97:9
  115:10
makes  22:5
  29:14 68:22
making  6:18 7:8
  8:2,3 57:11
management
  108:11
manager  7:16,17
  25:18
managing  6:14,
  15 21:19 73:24
manner  39:14
marble  97:12
March  18:1,3,6,
  11 24:20 41:8,
  12 44:24
Marchino  108:2
Marjorie  15:20
  25:23
mark  13:11
  30:12 62:16
  72:18 75:4
  76:20 87:8

90:16
marked  5:16
  13:14 19:2
  36:10,20 72:5,
  12 76:23 85:15
  115:12
market  37:10
  104:20,22
married  86:24,
  25
matter  21:8
  41:15,18,19
  45:10 47:25
  48:4,6 55:13,
  14,15,20,21,25
  56:1,3 60:11
  79:15
matters  45:11,
  12 47:21 51:10
  55:8 58:12,14,
  18 77:11
  79:10,17
Matty  50:18
meaning  11:13
  44:18 64:12
meant  54:5
Med-line  41:15,
  20 88:18,23,24
  89:16 113:9
media  71:5
mediations
  115:23
medical  70:16
meet  68:13,18
meeting  28:13,
  19 51:12 94:9
member  69:9
Memorial  109:23
mention  102:7
mentioned  64:19
  73:2 105:21
met  65:16
Michael  5:4
  47:21 49:7
  58:25 59:19,21
  60:3,10 61:3
  63:24 64:5
  65:21 69:1
  74:2 86:9
  92:1,5 93:22,
  24 98:2

Exhibit C

USAO_00162816

GB_C_00001300

million  24:11
  26:4,7  41:5,10
  110:24
millions
  110:21,22
minimus  83:19
minute  73:2
Mississippi
  32:17  96:14
mistake  11:10
mistaken  99:19
  112:20  114:17
mix  79:25
modest  46:12
moment  40:21
moments  61:9
monetarily
  55:25
money  34:1
  37:10  40:17
  43:9,25  44:6
  56:19  57:8
  80:1  84:16
  94:11,17  97:9,
  10  104:20,21
  105:12,15,23
  116:21
monies  23:25
  42:18,21,22
  56:7,23  86:11
  88:15  89:18
  91:19  92:1,6
  93:20  94:5
  114:25
month  41:24
  42:2,7  65:18
  82:15  84:19,
  20,22,25  85:5
monthly  24:24
  41:16,20  88:25
months  10:14
  17:17  27:7
  41:9,15  46:3
  54:1  58:22,23
  65:18,19  83:11
  104:7
morning  55:7
  96:9
motion  6:7
  112:9
move  13:7,9
  70:19  87:11

100:15
moved  100:22
  102:17
multiple  37:21
  45:11,12

_____

**N**

N-I-E-R  7:14
named  117:2
  119:3
names  120:5
narrow  62:18
  95:3
National  114:8
necessarily
  60:20  61:21
negotiated
  77:14
negotiating
  8:12  20:16
negotiation
  8:19
net  110:5,6,7,
  11,13,14
  111:14,16
  112:24
Newport  9:13,14
  48:19  49:11
  50:16  84:18
  96:23  100:15
  101:6  102:18
  109:4
non-associates
  84:9
non-attorney
  83:21
non-ea  67:15
non-payroll
  39:25
non-trust  43:16
Norell  44:21,24
  45:1,6
normal  64:16
north  118:15
note  103:17
  104:1,5,6,8,
  11,14,19
notes  57:21
notice  5:14
  66:20  67:24

93:19
number  13:14
  19:2  24:12
  25:9,10,12
  26:14,17  36:10
  66:5  72:5,7
  74:8  76:23
  82:7,14,18
  83:9,13  88:19
  91:12  110:18
  111:16  112:25
  118:9
numbers  5:16
  38:2  85:15
  91:5

_____

**O**

object  13:5
  74:14,18  76:18
  86:17  87:2
  90:9  92:17
  95:1
objection  20:25
  75:12  78:2,11
  87:12,13  92:21
  101:14  120:19
objections  94:2
objector  111:4
objectors  113:2
obligated  89:5
obligation
  73:7,10  76:4
obligations
  71:19
obtain  16:9
obvious  29:14
occurred  57:2
occurs  77:12
October  19:5,8,
  9
offer  92:19
offers  8:4
office  7:16,17
  8:7  9:12,13,14
  12:20  25:17
  34:17  49:7,14,
  19,25  50:10,
  12,17  64:19,
  20,21,23,24
  65:14  69:2

79:19,23
  80:15,16,18
  84:18  85:4
  96:18,24  97:25
  98:1,2,9
  99:16,18,22
  100:3,10,16
  101:7  102:18
  109:13  117:12
offices  48:16
  65:21  67:13,15
Official  93:18
offsets  80:5,6
offsite  109:14
one's  88:8
online  34:14
  35:10  44:2
  85:8  114:14
onsite  109:11
open  33:5  36:6,
  7  37:4,11,16
  38:2,7  119:18
opened  34:21
  37:13,18  38:5
operating  24:24
  39:3,10  40:6
  42:10  64:24
opinion  62:23
opposing  8:18
order  5:11  6:7
  24:13  26:13
  66:9,10,15,16
  67:23  68:6,8,
  10,11  83:2
  85:18  86:2,5
  93:7,15  112:10
order's  66:17
originally
  83:13
Originals  99:6
origination
  111:10,15
  119:2
outstanding
  72:2  117:20
overbroad  10:11
  92:17
overturn  60:18
owe  30:10  40:14
  58:6  105:23

USAO_00162817
GB_C_00001300

owed  27:8 45:19
  58:5 77:18,22
  80:11 103:19,
  24 105:12,15
  106:22,25
  107:2 112:11
  116:21
owes  57:16
  80:1,5,8 84:15
owing  106:17
owned  97:19
  98:9,11,15
  100:7,9
  101:10,13,23
  102:9,22,25
  103:1,2,7,8
owner  59:7 60:4
  61:17,19
owners  62:2
ownership
  59:10,13
owns  21:20,23,
  24 98:2,19
  99:1 102:11

_____

P

_____

P.R.  53:19
pages  105:1
paid  10:22 23:9
  26:2 39:24
  41:11,16 43:22
  45:20 52:18,23
  56:16 57:8,25
  58:14 76:2
  84:13 97:21
  102:13 111:20
  115:1 116:14
paintings  99:21
paper  82:12
paragraph  15:25
  77:9,17 78:21
  84:4,10 89:6
  93:15
paralegal  7:16,
  17 84:5
Park  109:23
part  20:9 30:6
  38:18 62:16
participating
  31:18

partner  6:14
  21:19 51:25
  52:3 53:1,5
  58:25 59:2
  61:3 62:7
  73:24
partners  62:5
partnership
  59:16,22,23
  61:7 62:14
passed  104:10
patently  29:14
pay  10:19,23
  20:12 30:5,9
  35:19 38:23
  39:3 40:6
  42:2,4,6,9
  44:12,24 45:24
  47:5,7,12,15,
  18,21,24 48:2,
  7,12,14 50:10
  58:19
payable  46:2,8,
  15,24 116:25
paycheck  51:3
Paychecks  28:2,
  21
paying  7:6,10,
  19 10:10 40:20
  43:24 44:4
payment  27:15
  30:22 43:16
  45:1,13 51:8
  56:20 64:5
  71:21 73:5
  75:22 89:16
  93:21 101:1
  111:14 112:15
payments  10:5
  22:9 24:14,20
  28:16 39:16
  43:17 53:25
  56:15 62:20
  66:20,21 67:24
  75:10 89:1
  90:1 95:8
  116:24
payroll  20:12
  27:18,20,24
  28:5,15,20
  29:1 30:2,15
  31:17 32:8,10,

11 35:19 36:3
  39:9,24
pays  41:15,20
  43:24 48:18
  49:10 55:8
  56:24,25 113:1
pebbles  60:19
pending  6:6
  74:15 113:11
people  78:20
  95:9
per-hour  77:24
percent  21:20,
  21,24 59:13
  61:17,19 82:7,
  19,22 83:8,9
  117:15,18
percentage
  80:22,23,24,25
  107:10 117:6,7
period  33:12
  62:14 106:19
permits  58:1
person  17:20
  35:6 65:17
  108:2
personal  20:22
  21:2,6,7 40:7,
  8 42:11 43:4
  47:16 56:11
  57:9,10 71:20,
  21 73:1,5,11,
  14 91:23
personally  9:7
  11:10,11,14
  53:22 56:8,18,
  21,22 57:14
  67:20 68:7,25
  71:19 74:6
  76:2 86:7
  91:16,19 92:5
  93:1 98:4
  99:22 100:4
  102:13 111:3,7
perspective
  66:6
Pete  44:21,24
  45:1,6
petty  46:12
phone  34:5,11,
  12,19

phrase  7:3
piece  76:16
  97:8
pieces  97:1,6
place  83:10
  112:10
plan  10:19
plans  10:10,14,
  15
play  63:19
playing  70:20
PLC  73:6 93:17
pleading  53:12
point  24:23
  25:5 33:19
  46:25 48:7
  58:21 76:17
Porsche  97:25
  98:2
portion  10:18
  78:9 87:17
  92:9 111:9
position  6:12
  7:15
possession  9:6
  12:20 16:3,5
  33:21 36:4
  37:12,17 38:5,
  7,9,10
possibly  89:16
potential  76:19
  117:20
precise  30:22
prediscovery
  74:15
preexisting
  37:23
preference  54:8
preparation
  25:14
prepare  25:21
  54:22 71:6
  85:2
prepared  54:23
  63:10 70:2,10,
  21 71:8
present  22:4,5
  26:22 32:24
  71:15
presented  93:11

Exhibit C

USAO_00162818

GB_C_00001300

president
  73:24,25
pretty  85:12
previously
  29:21 35:4
primary  49:21
principal
  21:15,18,19
printers  103:4,
  5,12
prints  99:3,4,
  5,7 100:8,13
prior  16:15,22
  27:7 28:11
  29:2,25 63:25
  64:2 69:15,21
privacy  60:15
  93:1
privilege  76:19
pro  63:11,13,14
problem  81:16,
  20 88:9 93:12
procedure  74:13
procedures
  87:20
proceed  23:15
  70:25
proceeding
  101:18
proceedings
  71:16
process  115:20
produced  38:20
  70:14
production
  12:23
professional
  23:9
profit  27:1
promissory
  57:21 103:17
  104:5,14,19
proof  19:4,5,6,
  7,13 20:1,15
  92:19 105:11
Proofs  20:4
proper  74:12
Protective  6:7
provide  20:19
  25:20 26:3

provided  5:24
  13:17
public  54:3
purchased
  100:5,13,25
  101:10,12
purpose  29:11
  31:11,13 60:16
pursuant  36:1
pursue  31:11
pursuing  29:16
put  50:4 56:19
  112:10
putting  14:25

_____

Q

qualify  32:19
quarter  41:5,10
question  11:5,
  22 13:2,23
  15:15 20:24
  23:8,13,14
  24:14 28:10
  29:10 30:1,14
  31:16,20 37:24
  43:18 55:22
  58:6,16 61:6
  62:14 63:1,2
  66:14 67:9,16,
  22 68:1,17
  73:9 77:20
  78:4,7,8 80:3
  86:16,20 87:1,
  6,11,14,15,16,
  22,24 88:4,5,
  6,8,10 89:21
  90:6 93:4,25
  94:13 101:11
  104:12 106:5,
  18
questioning
  14:13 93:10
questions  11:4
  14:22,24 16:14
  21:14,18 22:10
  23:1 28:17
  29:15 30:7
  31:10,21 37:21
  63:8,10,11,13,
  15 66:12 68:11
  81:18,19 85:25

94:3 109:22
Quinn  53:17,18,
  25

_____

R

R-E-G  7:13
Rafatjoo  6:2,6,
  10 24:24 38:21
  70:4,7 120:25
range  24:6
rare  99:9
rate  118:12
read  13:18
  15:11,12,14
  22:18 77:10
  78:10 87:16,18
  92:8,10 93:13,
  25
reading  15:13
  93:7
ready  63:7
realize  67:23
reask  87:10,14
reason  19:19,25
  40:19
recalibrated
  83:13
recall  12:17,22
  13:3 20:15
  25:4 28:16,17,
  18,19,23
  30:16,22 35:7,
  25 39:8 41:13
  42:18 45:2
  46:14 56:17
  58:17 59:3,5
  61:11,14 62:13
  64:3 76:12,15,
  25 91:21,25
  92:3,15 95:14,
  17 96:15 99:18
  103:7,9,15
  106:1,9 111:5
  112:5 119:19
  120:5
receipt  93:20
receive  24:8
  26:25 51:3,8
  52:8 53:8
  66:20 110:25
  111:9

received  5:18
  23:11,12,17
  26:11,25 27:4
  40:22 43:19
  44:3,6 64:5,8,
  9 86:11 88:15,
  23 89:18 91:19
  92:1,5 94:4
  110:1,15 112:1
  116:23
recent  39:16
recently  17:17
  34:14
recess  54:19
  70:23 71:14
  90:23 94:8
recollection
  14:8 46:1
recollections
  29:21
record  19:24
  32:5 54:23
  55:2,3,4
  63:21,22,23
  70:24 71:17
  77:10 78:9
  79:3 87:17
  91:18 92:9
  120:23
recording  65:9
records  9:4,15,
  16,20,22,25
  57:5,15 77:25
  78:15 79:1
  80:7
recover  106:13,
  15
recoveries
  107:10
refer  77:8
referred  85:22
referring  11:7,
  8 74:23 85:23
  114:8
refers  78:23
reflecting
  20:22
regard  71:5
Regnier  7:12,23
  9:19 25:12
  35:12,16

Exhibit C

USAO_00162819

GB_C_00001300

reimburse
  56:16,18 79:18
  80:15 83:15,20
reimbursed
  52:19 58:20
  67:15
reimbursement
  44:14 48:8
  64:7,8 77:18
  78:1 79:21
  84:14
reimbursements
  27:1
reimburses  51:9
  55:9 56:5
relate  104:19
related  104:15
relates  85:20
relating  10:22
  23:25 52:17
  73:5 94:3
  104:15 107:20
  119:10
relation  73:2
  93:20
relations  54:3
Relevance  60:2
relevant  31:8,
  10 32:6 60:1
  62:23 80:12
remember  17:23
  18:4,9,10,15
  27:5 28:25
  30:3,15 31:16,
  19 32:18,22
  39:5 45:14,17
  46:11 51:11,
  18,20 53:24
  59:18,20 61:25
  62:9,23,24
  69:24 82:8
  91:7 97:21,23
  99:14 100:14,
  19,20 101:15,
  19 102:16,19
  103:20,22
  104:2,9,12,13,
  16,25 106:7
  108:14 110:3,
  17 112:3,19
  114:3,12,21,23
  115:2,6 116:16

117:6,7 120:21
remove  105:16
rent  38:24
  48:14,18 49:10
  50:10
rents  48:12
  80:22
renumbered
  37:20
repaid  27:14
  57:24 58:1
repay  10:16,17
repayment  43:13
  44:8,10 64:6
repayments
  27:1,7
repeat  78:8
repeatedly  22:8
rephrase  78:7
reporter  75:7
  78:10 87:18
  92:10 120:14,
  15
reports  24:22,
  24
represent  19:5
  68:14 105:12
represented
  68:19
representing
  69:19
requested  38:18
  78:9 87:17
  92:9
require  76:6,7
required  7:24
  36:3 38:3
  75:10,16,23
requires  66:19
  67:3,23
research  71:7
resignation
  61:23
resources  80:2
  82:13
respective
  93:19
responses  71:7
  101:2,17
responsibilities
  7:11,19 8:3

responsibility
  6:23 8:7,12
responsible
  6:15,18 7:8
  8:2 9:3
restate  93:3
restrain  68:7
restraining
  66:8,10,15,16
  67:23 85:17
  86:1,5 93:15
restrict  66:17
restricting
  68:1
resume  71:9
retention  55:16
return  17:10,
  13,23
returns  11:16,
  19 12:4,12,16,
  18,24 13:3
  14:2,9,13,19
  15:8,21 16:3,
  5,9,12,16,20
  17:5 18:7,10,
  15,18 19:14
  20:22 25:15,21
revenue  40:22,
  25 93:18
revenues  10:18,
  20
review  66:10
  72:7
Ricci  111:2,15
  113:1,4
rights  60:15
road  58:23
Rogers  50:19
role  8:22
room  31:8
  99:18,19
  100:21,24
rule  90:20
run  58:24

---

**S**

---

S-T-U-A-R-T
  116:13
salary  27:1,4

San  49:4 64:23
SANTA  5:1
satisfy  14:11
savings  39:2
schedule  23:25
  61:16 96:6
  98:17,21,24
  104:24 105:19
  106:2 109:3
scheduled  71:4
  115:23
schedules  25:5
  27:6,17 33:15
  36:9,12 37:15
  61:20,21,22
  95:22 98:19
scope  13:6
  14:12
Scratch  104:18
sculpture  100:3
searches  83:18
Secretarial
  84:5
section  37:8
  85:24 93:15
  96:17 103:16
  105:5 106:21
sections  85:25
secured  104:20,
  21 105:6
security  47:16
seek  44:13 48:7
seeking  112:15
seeks  92:18
sell  97:8,9
SELTH  5:9,18
  6:4,8,12 7:6
  10:15 11:9,13,
  16 13:10,15,
  21,25 14:5,9,
  12,18,22,24
  15:5,6,12,16
  16:2,24 17:2,
  20,25 19:3,10,
  12,25 21:4,9,
  23 22:7,15,17,
  20,25 23:14,
  17,18 25:1
  29:5,8,13,17,
  22 30:1,9,14,
  19,21,24 31:3,
  5,15,25 32:2,8

Exhibit C

USAO_00162820
GB_C_00001300

34:10 36:11,
14,16,18,20,21
37:2,4 38:1,
17,23 40:4
41:9 44:18
46:23 47:12,15
49:16,17
52:14,23 53:7
54:7,12,16,20,
25 55:3,5,24
60:4,7,12,16,
20,23 61:1,5,8
63:21,24 64:4
65:9,11 66:24
69:17,25 70:4,
24 71:12,17,18
72:6,12,16,19,
21,24 74:22
75:3,6,8,15
76:20,24 78:3,
13,15 85:17
86:23 87:3,8,
12,21 88:6,10,
15,21 89:2,3
90:7,12,14,17,
22,24 92:12,22
93:3,8,12,14
94:6,9 95:3,
22,25 96:1
97:19 101:17
105:5 106:20
115:9,12,14
116:14 117:23,
25 118:4
120:16,22
**sense** 22:5
54:25
**separate** 36:3,4
39:9 51:8
107:18
**serve** 93:17
**served** 89:4
**server** 99:19
102:7,8,9,20
**servers** 102:5
**Service** 93:18
**session** 22:24
**set** 35:16,25
38:14 39:7,9
83:13 113:12
120:24
**SETH** 105:3

**settings** 29:25
**settlement**
20:9,16 45:5,7
73:19 75:8,23
114:19,22
115:1,3
**settlements**
8:13,14 114:16
**SGC** 21:16
**share** 50:10,11
111:1,2,3,4,6
118:24
**shared** 49:5
50:3 113:19
**sharing** 27:2
116:11
**shop** 52:13
**show** 13:15 19:3
24:25 64:15,16
70:12 79:1
80:7 95:6
**showing** 24:23
31:18 72:6
**shows** 64:18
**sign** 35:6 50:13
73:23 74:2
**signature** 13:24
35:1 72:23
77:1,2,4
**signatures** 7:24
**signed** 13:19
15:3 16:8
71:21 72:9
73:6,13,20
77:5 96:2,6,8
**signers** 7:21
**significant**
40:17 55:12
**signing** 76:25
**silly** 87:6
**Sims** 63:18
**single** 35:1
107:17
**sir** 16:14 17:24
18:15 19:10
21:8 24:19
28:3 37:5
40:10 41:22
42:12 44:23
48:21 49:9,12
50:21 51:4

58:18 63:7,16,
19 67:16 68:6
73:3 83:3
85:12 88:14,21
89:2 94:24
105:3 106:4
**sit** 18:20 41:14
42:22 63:13
103:22 108:14
114:22 115:3
119:20
**situation** 49:5
**skip** 22:25
**Smith** 60:10
**solely** 6:18
**sort** 64:19
**source** 40:5
**space** 8:7 50:3
80:15,16,18
109:4,7
**spaces** 109:17,
18
**speak** 28:21
**speaks** 15:9,22
19:24 73:4
75:12
**specific** 88:6
120:17
**specifically**
74:23 77:8
**speculate** 18:24
46:18,20 69:8
82:20
**speculating**
46:17,19
**speculation**
17:18 52:11
95:2 120:19
**speech** 63:6,9
88:3
**spend** 84:18
**spending** 79:2
**spent** 78:18
79:4,15,17
118:7 119:5
**square** 80:20
**staff** 83:21,25
**stand** 15:25
16:15,22 35:3
64:2 69:15
92:21 94:2

**start** 70:1
82:17 88:3
**started** 44:25
115:21
**state** 14:1
74:11 98:19
113:23
**stated** 15:19
**statement** 34:8
77:15,17
**statements**
26:13 38:17,
19,21 89:14
95:6
**states** 19:13
93:16
**status** 105:22
113:10 115:19
**statute** 104:10
**stay** 70:12
82:18
**Stephanie** 47:20
90:2
**stone** 60:17
**stones** 60:19
**stop** 19:22
**storage** 109:4,
7,17,18
**straight** 30:17
54:23 70:2
**Stuart** 116:13
**submit** 16:8
61:23
**subpoena** 5:14,
15,23 38:18
91:14,15
**subtenants** 50:2
**suggest** 28:24
**suggesting**
60:24
**suit** 104:8
**suite** 49:5
**sum** 106:25
**sums** 76:2
**Sunset** 48:25
49:10,14,19,25
**supplies** 83:16
**support** 83:21,
25
**Surgery** 115:15

Exhibit C

USAO_00162821
GB_C_00001300

Susie 53:17,18
sworn 5:5

---

T

tab 73:16 75:7
tabbed 72:21
table 97:12,14,
  15 100:21,24
takes 83:7
taking 82:17
talk 17:3,4
  66:5 69:2
  79:8,14 114:24
talked 55:6
  88:25 113:9
talking 9:17
  10:7,12,13
  14:9 36:8
  43:14,16,23
  60:3 79:22
  80:7
taping 65:7
tax 11:16,19
  12:3,24 14:2,
  9,13,19 15:8,
  20 16:12,20
  18:7 19:13
  20:22 25:15
  28:6,15,20
  30:2,15 32:9,
  10,11 106:8,
  10,15,17
taxes 20:13,14
  29:1 31:18
technically
  48:17 49:6
teen 110:21,22
teens 110:18,20
  111:18
telling 82:1
tells 112:25
ten 10:13 81:1
  82:19,22 83:8,
  9 100:1,2
term 6:25 9:17
terms 57:23
  80:12
testified 5:6
  14:20 34:24
  35:1,23 42:10

51:12,15 56:4
57:7 59:8
67:14 68:14
72:9 86:18,21
96:16
testify 28:12
  29:20 47:8
testifying
  28:19,23
testimonies
  29:25
testimony 14:23
  25:2 28:25
  29:21 52:7
  62:25 74:10
  94:10
Texas 114:16
thing 23:11
  30:21 61:24
  70:11
things 23:7
  43:14 100:7,9
Thomas 50:18
thought 51:12
  53:4 73:13
  82:23 83:7
  84:6 97:3
  118:3
thoughts 32:5
thousand 26:5,6
three-paragraph
  85:24
time 13:11 14:1
  15:3,12 18:8
  20:16 22:6,7
  25:19 27:14
  28:18 32:23
  36:2 37:11,16
  42:4,6 51:10,
  11,13 55:12
  56:7 58:21
  59:6,16 62:13
  63:9 64:4,10,
  11,12,25
  65:14,16 70:8
  71:7 77:11,14
  78:18 79:1,2,
  4,15,16 81:11,
  15 82:18,22
  83:24 84:2,5,
  21 85:3 88:1
  89:7,9,13

90:17 96:6,7,
  12 98:16
  100:18,22
  112:1,3 120:13
timely 18:13
timing 51:21
  59:9
title 51:25
  52:4 53:1
  66:17
titled 38:12
today 5:12,22
  6:1 12:19
  23:1,5 58:7
  59:11 62:2
  89:15 107:3
  115:14
top 36:25
  114:15 118:3
topic 28:17
Topverdict.com
  114:15
total 110:1,24
  114:19
track 78:12,16
  82:13 84:1,11
tracked 80:17,
  19
transcript
  16:18 17:1
  62:17
transcripts
  29:23,24
transfer 43:25
  44:2 95:10,11
transferred
  42:13,16 87:20
  94:11,17
transferring
  43:25
transfers 35:10
  43:12,19,23
  44:4 58:8
  95:6,15
travel 47:18,
  22,24 48:2
traveling 55:7,
  8,9,19,20,24
  56:3 58:13,18
travels 47:19
trial 113:12

trouble 90:17
true 15:2,3,16
  19:20 35:7,8
  36:5 39:12
  41:1 54:16
  56:6 61:17
  89:17,25 90:3
  100:12,23
trust 32:16
  33:6,8,11,13,
  17,25 34:15,22
  35:10,21,23
  37:9,20 39:1,
  19 43:15 45:15
  91:1 96:10
  104:22
truthful 62:24
turn 73:16
  95:19
turned 112:16
twelve 17:17
  27:7 46:3 54:1
  65:19 104:7
twenty 114:15
type 26:24
typo 77:3

---

U

Uh-huh 54:4
  80:9
ultimately
  58:20
unable 14:1
  15:7
understand 7:4
  9:1 11:22
  17:21 28:10
  52:18 55:22
  62:20 67:16
  68:17 73:3,9
  74:25 77:20
  78:4 80:5
  86:16 101:11
  108:17,20,21
  115:17
understanding
  37:13
undertook 34:3
unlimited 35:17
unliquidated
  106:22

Exhibit C

USAO_00162822

GB_C_00001300

unpaid  42:5
 57:3 106:10
unrelated  50:5,
 6 74:16 90:10
unsecured  39:17
unturned  60:17

_____

**V**
_____

Vague  101:14
valid  76:9,10,
 13 81:15
valuable  97:1,6
valued  98:16,19
varies  84:21
variety  107:10
vary  82:14
vast  98:8
vehicles  47:3
vendors  44:4
verbal  81:10
versus  21:16
 114:8
viewing  60:22
violates  93:1

_____

**W**
_____

W-2  51:1 53:2
Wait  30:18
walk  31:2,7
 63:7
wallet  91:9,11
wanted  65:3
 75:4
wasted  63:9
ways  62:15
website  114:14
WEDNESDAY  5:2
week  84:17,19
weekly  79:5
weeks  76:21
wholly  74:16
 90:10
wife  86:25
withdrawing
 87:12,13
withdrawn
 112:19

withholding
 28:15,20
withholdings
 28:6 32:9
witness's  31:23
woman  53:18
 114:4
wood  97:15
words  19:17
work  49:13,19,
 20,21 50:16
 54:3 67:14
 70:14 82:15
 110:10 119:9
worked  45:10
 65:20 85:3
 120:1,3
working  49:25
 53:13 67:13
 79:9 108:15,
 18,22,24
 116:1,17 117:2
works  49:7
worth  98:7,14
 99:8,10,11,12
 100:8
write  46:8
writing  65:8
 81:25 107:22
written  46:2
 57:21 74:4
 81:3 82:9
 117:8
wrong  41:18
 112:16 113:13

_____

**Y**
_____

year  26:11,22
 44:25 51:19
 83:11 101:23
years  15:1
 16:10,11,13
 20:19 26:16
 32:15 46:5
 47:1 53:19
 65:15 94:19,24
 97:20 100:17,
 22 102:20
 108:25
yoga  52:12

Exhibit C

USAO_00162823
GB_C_00001300