# EXHIBIT E

**Client Testimonial Approval**

I, Geoffrey Johnson, approve the following client testimonial and authorize Michael Avenatti, Esq. to use it in connection with his marketing/media efforts:

"When I first met Michael Avenatti, I was in a very bad place and desperately needed an attorney to help me. Michael immediately stepped up. He has always fiercely advocated on my behalf, looked after my needs, communicated with me about all aspects of my case, and made sure I was taken care of. He is an exceptional, honest and ethical attorney, and I feel fortunate to have had him represent me."

_____
Geoffrey Johnson