

In the Matter Of:

Michael Avenatti

vs

Lisa Storie-Avenatti

## J.D.E - MICHAEL AVENATTI Vol I

January 30, 2019

Case No: 17D00-99-30

CERTIFIED COPY

**Exhibit I**

USAO_00454907
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                  FOR THE COUNTY OF ORANGE

3

4    In re the Marriage of          )  Case No.: 17D00-99-30
                                     )
5    Petitioner:  MICHAEL AVENATTI   )
                                     )
6    and                             )
                                     )
7    Respondent:  LISA STORIE-AVENATTI )
     _____)

8

9

10

11

12             JUDGMENT DEBTOR EXAMINATION OF:

13               MICHAEL AVENATTI, VOLUME I

14                    JANUARY 30, 2019

15

16

17

18

19

20

21   Reported by:            CERTIFIED COPY
     Miranda J. Gentry
22   CSR No. 14165

23

24

25


**Exhibit I**

USAO_00454908
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF ORANGE

 3

 4   In re the Marriage of          )  Case No.: 17D00-99-30
                                     )
 5   Petitioner:  MICHAEL AVENATTI   )
                                     )
 6   and                             )
                                     )
 7   Respondent:  LISA STORIE-AVENATTI )
     _____)

 8

 9

10

11

12

13

14

15        The Judgment Debtor Examination of MICHAEL AVENATTI,

16   taken on behalf of the Judgment Creditor, before Miranda

17   Gentry, Certified Shorthand Reporter, for the State of

18   California, commencing at 1:17 p.m., Wednesday,

19   January 30, 2019, at 19762 MacArthur Boulevard, Suite 200,

20   Irvine, California.

21

22

23

24

25
                                                              2
```

**Exhibit I**

USAO_00454909
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1    APPEARANCES:

 2

 3        For Petitioner:

 4            STEGMEIER, GELBART, SCHWARTZ & BENAVENTE, LLP
             By:   SAUL GELBART
 5           19762 MacArthur Boulevard, Suite 200
             Irvine, California 92612
 6           (949) 337-4050
             sgelbart@sgsblaw.com
 7

 8        For Respondent:

 9            PRESCOTT & PRESCOTT
             By:   MATTHEW S. DEARMEY
10           950 West Seventeenth Street, Suite A
             Santa Ana, California 92706
11           (714) 558-7744
             matt@dearmeylaw.com
12

13

14        Also Present:

15            Lisa Storie-Avenatti

16            Rod Collins

17

18

19

20

21

22

23

24

25
                                                      3
```



**Exhibit I**

USAO_00454910
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1                           I N D E X

 2    EXAMINATION:                                    PAGE

 3      By Mr. DeArmey                                    5

 4

 5                        E X H I B I T S

 6                          (NONE)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                         4
```

**Exhibit I**

USAO_00454911
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1                      Irvine, California
 2              Wednesday, January 30, 2019; 1:17 p.m.
 3
 4                      MICHAEL AVENATTI,
 5    was called by and on behalf of the Judgment Creditor, and
 6    having been first duly sworn by the Court Clerk, was
 7    examined and testified as follows:
 8
 9                         EXAMINATION
10    BY MR. DEARMEY:
11        Q    Sir, you've been previously sworn at court on
12    January 23rd, 2019, for your Judgment Debtor Exam.
13            Do you recall that?
14        A    Yes.
15        Q    Okay.  You understand that you are still under
16    oath?
17        A    Yes.
18        Q    Please state your full name for the record.
19        A    Michael John Avenatti.
20        Q    Sir, before we get started with the questioning,
21    are you aware that the court issued a turnover order on
22    January 25th, 2019?
23        A    I'm aware of a turnover.  I don't recall the exact
24    date.
25        Q    So I have that turnover requires you to turn over
```
                                                              5

**Exhibit I**

USAO_00454912
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   assets listed in it to be held pending further hearing or

2   further order of the court to a registered process server

3   or the levying officer, which would be the Los Angeles

4   County Sheriffs.

5          We have today Rod Collins present who is a

6   registered process server.  He has, in his possession, the

7   original writ, as well as a copy of the turnover for you.

8   He's happy to serve those on you presently for assets to

9   be turned over.

10         So, Rod.

11         Do you need a moment off the record with your

12  counsel?

13     A   Is this the turnover order based on the bogus

14  order that your client got due to her perjury?  Is that

15  this order?

16     Q   No.  This is the turnover order based upon a

17  validly issued writ of execution issued by the court.

18     A   Based on the bogus order that your client got as a

19  result of her perjury about her expenses --

20     Q   Right --

21     A   -- is that right?

22     Q   Listen.  It's going to be a long afternoon.

23     A   It certainly is --

24     Q   I understand --

25     A   It certainly is.  And when I'm talking, please

6

**Exhibit I**

USAO_00454913
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    don't talk over me, because you know the court reporter
2    can only take down one of us speaking at a time.
3            So, Counsel, I'm going to strive -- you can laugh
4    at me all you want.  I don't think that's very
5    professional.
6       Q    It's funny to me.
7       A    I don't think it's very professional for you to
8    laugh at me --
9       Q    Okay --
10      A    -- I'm not going to laugh at you, and you're not
11   going to laugh at me.  Let's have that agreement --
12      Q    Okay.
13      A    -- so when I'm speaking, let me finish --
14      Q    Sure.
15      A    -- and then I'm going to stop, and then I'm going
16   to let you finish --
17      Q    Great.  Take all the time you want, sir.
18      A    I'm going to take as much time as I need.  I
19   appreciate that.
20      Q    Sure.
21      A    So what I'm telling you is -- I'm asking you a
22   question --
23      Q    First you need to slow down for our court reporter
24   because she can only take down certain things.  I would
25   like to have an accurate record of what you want to say
```

7

**Exhibit I**

USAO_00454914
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   since you want to put things on the record.  So please

 2   slow down --

 3        A    That's interrupting me again --

 4        THE COURT REPORTER:  Okay.  Yes.  Please --

 5        THE WITNESS:  That's interrupting me again.

 6   BY MR. DEARMEY:

 7        Q    You are right.  For the benefit of our court

 8   reporter.

 9        A    I've probably dealt with court reporters a little

10   more than you have, Counsel, so let me just finish this.

11             There you go laughing at me, again.  I'm going to

12   ask you --

13        Q    You think that --

14        A    -- sir, I'm going to ask you not to laugh at me

15   because I don't think it's professional.

16        Q    That's fine.  Whatever you think.

17        A    Maybe we should videotape this.

18        Q    I think it's great, but first we're going to do it

19   my way.  It's my examination.

20             So I asked your counsel if he needed time off the

21   record to discuss the turnover order.  Just similar to a

22   deposition, I ask questions, you answer them.

23        MR. DEARMEY:  So, Mr. Gelbart, did you need any

24   additional time to review it?

25        MR. GELBART:  No.  Thank you very much.
```

8

**Exhibit I**

USAO_00454915

GB_C_00027019

1    BY MR. DEARMEY:

2        Q    So, sir, you've been served the order.  We can go

3    through the order to ascertain the location first of those

4    assets.

5        MR. DEARMEY:  Counsel, would you like to provide the

6    order to your client so we can go through the items one at

7    a time.

8    BY MR. DEARMEY:

9        Q    So you have the order in front of you.  Item

10   Number 1, does it exist?

11       A    I imagine it exists, but I don't have them.

12       Q    So the original shares of the law corporation,

13   there is a corporation called Avenatti & Associates;

14   correct?

15       A    Formed in 2006.

16       Q    Correct.  So you are aware of the existence of

17   that corporation?

18       A    Yes, I'm aware of the existence of the

19   corporation.

20       Q    You are the sole shareholder of that corporation;

21   correct?

22       A    Yes, sir.

23       Q    So the court has required you to turn over

24   100 percent of the shares of that corporation.  Do those

25   shares exist?

                                                              9

**Exhibit I**

USAO_00454916
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    A    I guess technically they would exist, but I don't
2  have any share certificates.  So there's nothing for me to
3  turn over.
4    Q    So you've never issued for this corporation share
5  certificates to yourself?
6    A    No.  I believe they were issued in 2006, but I
7  searched for them and I couldn't locate them.
8    Q    Who prepared them?
9    A    I don't remember.  That was 12 years -- maybe 13
10 years -- no, about 12 years ago.
11   Q    Is there a corporate kit of all the corporate
12 records, minutes, and so forth for the corporation?
13   A    There's documents relating to the formation of the
14 corporation in a file, and I looked through that file and
15 there were no share certificates.  But that doesn't
16 preclude your client from properly executing the shares of
17 the corporation, as you know, whether the shares are in
18 hard copy form or not.
19   Q    Well, have you ever seen share certificates?
20   A    I believe at one point in time, but, again, it was
21 a very long time ago.  It was over 12 years ago.
22   Q    What did you do to search for them?
23   A    Like I believe I just testified, I looked in a
24 file --
25   Q    Okay --

10

**Exhibit I**

USAO_00454917
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    Please don't interrupt me.

2        Q    Go ahead.

3        A    I looked in a file of documents relating to the

4    formation of the company.

5        Q    Okay.  Where is that file located presently?  What

6    is the address?

7        A    I don't know where that file is presently located.

8        Q    Well, when did you look at it?

9        A    I looked at it -- what?  About a week ago, maybe a

10   little longer ago.  The first time I became aware of a

11   draft of this.

12       Q    So when you went and looked at it at that time in

13   the last few weeks, where was the file located?

14       A    It was in a box of documents along with other

15   files relating to the law corporation.

16       Q    At what location, sir?  What address?

17       A    It was at the 520 location.  520 Newport Center.

18       Q    That 520 Newport location, you were evicted from

19   that location; correct?

20       A    Not where the box was located.

21       Q    Oh, do you still have a rental space at 520?

22       A    No.

23       Q    So where was the box located?

24       A    In the storage associated with that address.

25       Q    Okay.  Does that storage still exist?
```

11

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00454918

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    No.
2        Q    What happened to the boxes that were located at
3   the storage?
4        A    There was 1300 boxes, I believe, that were culled
5   through.  Some of which were sent to storage, and some of
6   which were shredded.
7        Q    Okay.  And the ones that were sent to storage,
8   where were they sent?
9        A    I don't know.
10       Q    You don't know?
11       A    I don't know.  I didn't handle it.
12       Q    Who handled it?
13       A    Judy Regnier.
14       Q    Please spell her name for the court reporter.
15       A    R-e-g-n-i-e-r.
16       Q    Who is Judy employed by?
17       A    Eagan Avenatti.
18       Q    Does Eagan Avenatti exist as a corporation?
19       A    Yes.  No.  Wait.  No.  No.
20       MR. GELBART:  Hold on --
21       THE WITNESS:  Not as a corporation.
22  BY MR. DEARMEY:
23       Q    It exists as a partnership?
24       A    Correct.
25       Q    Do you know who the partners of that partnership
```

12

**Exhibit I**

USAO_00454919

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   are?

2       A    What do you mean by "partners"?

3       Q    Well, partnership has partners; correct?

4       A    Yep.

5       Q    So who are the partners?

6       A    Avenatti & Associates.

7       Q    Who else?

8       A    Me individually.

9       Q    So you as an individual own a partnership interest

10  in Eagan Avenatti?

11      A    Yes.

12      Q    What partnership interest do you hold in Eagan

13  Avenatti?

14      A    I would have to go back and look at the

15  partnership agreement.

16      Q    You don't recall?

17      A    I don't recall.

18      Q    How much does Avenatti & Associates hold as a

19  partner?

20      A    Same answer.

21      Q    You don't know?

22      A    I would have to go back and look at the

23  partnership agreement.  I don't recall.

24      Q    Do you have a copy of the partnership agreement?

25      A    Not in my possession today.

                                                              13

**Exhibit I**

USAO_00454920
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q   Where is it?

2    A   It would be with the same files where the files

3    relating to the enterprise are located, to the best of my

4    knowledge.

5    Q   Who are the other partners besides you, yourself,

6    and Avenatti & Associates?

7    A   There are no other partners.

8    Q   So Eagan Avenatti is 100 percent owned by Michael

9    Avenatti, an individual, and Avenatti & Associates?

10   A   I think that's correct.

11   Q   When was the most recent time you saw the

12   partnership agreement?

13   A   I don't recall.

14   Q   Do you receive a K-1 from the partnership?

15   A   Yes.

16   Q   Who is the tax preparer for the K-1?

17   A   The last tax preparer that the company -- or that

18   the partnership had was Marjorie Hendricks.

19   Q   Where is she employed?

20   A   I don't remember the name of the firm.

21   Q   She's a CPA?

22   A   Yes.

23   Q   With respect to Ms. Hendricks, did she prepare

24   your personal returns as well as the returns of the Eagan

25   Avenatti partnership?

14

**Exhibit I**

USAO_00454921
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1       A    I believe so.

2       Q    Did she also prepare the returns for Avenatti &

3    Associates?

4       A    I don't remember.  She may have.

5       Q    Can you spell Ms. Hendricks' name for us?

6       A    I don't recall how to spell it.  I think it's

7    -i-c-k-s, but it may be -i-x.

8       Q    Would that be Hendricks Company on San Vicente

9    Boulevard in Los Angeles?

10      A    She's operated at two different firms, so I'm not

11   certain which firm she's presently with.

12      Q    When was the most recent year you filed personal

13   tax returns?

14      A    '16.

15      Q    When was the most recent time Avenatti &

16   Associates filed returns?

17      A    I believe the same.

18      Q    And Eagan Avenatti, when did they most recently

19   file?

20      A    I believe the same.

21      Q    Are you in possession of copies of those returns?

22      A    No.

23      Q    Who would have possession of those returns?

24      A    I imagine Ms. Hendricks.

25      Q    Is she the one who prepared those returns?
```

                                                               15

**Exhibit I**

USAO_00454922

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    I've already answered that.

2        Q    Is that yes?

3        A    No.  The answer is I've already answered that.

4        MR. GELBART:  Excuse me for a second.

5        THE WITNESS:  To the best of my knowledge.

6    BY MR. DEARMEY:

7        Q    Sir, with respect to our list there, Item

8    Number 2, does it exist?

9        A    It exists, but I don't have actual shares.

10       Q    Okay.  Is that investment in your name or somebody

11   else's name?

12       A    I don't recall.

13       Q    So for the record, we're talking about the hundred

14   percent of the shares owned by you in Seek Thermal, Inc.,

15   formerly Tyrian, T-y-r-i-a-n, Systems, Inc.

16            At the time you made the investment, was it in

17   Tyrian Systems?

18       A    I think so.

19       Q    With respect to Seek Thermal, were you notified of

20   the change of name?

21       A    I became aware of the change.  I don't know if I

22   was notified or not.

23       Q    How did you become aware?

24       A    I don't remember.

25       Q    With respect to the investment, do you know what
```

16

**Exhibit I**

USAO_00454923
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   percentage you own of the entity?

2       A    It's not a big percentage.  I know that.

3            It may be a couple percent, but I'm speculating.

4   I don't remember because there's been dilution along the

5   way.

6            You can call Mr. Parrish, and I'm sure he can put

7   you in touch with whoever handled the issuance of the

8   shares and they have a register of shares and shareholders

9   and you can get all the information you need from them, I

10  would imagine.

11      Q    So with respect to this investment, it's owned in

12  your name alone, individually?

13      A    Again, you just asked me that, and I told you I

14  don't recall.  And I'm going to give you the same answer

15  again, I don't recall.

16      Q    Where did the funds come from to make the

17  investment?

18      A    I don't remember if there were shares that were

19  given to me for service to the company or that I received

20  by way of compensation, and then there were other shares

21  that were acquired.  And I don't remember where those

22  funds originated from.

23           I can tell you they most certainly did not come

24  from your client, because she never contributed any

25  financial dollars during the course of the marriage at

                                                        17

REGAL

**Exhibit I**

USAO_00454924
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   all.  So I know that it didn't come from Lisa.  She hasn't

2   earned any income since 2013.  And I think the acquisition

3   of the shares was since then, but I may be mistaken about

4   that.

5        I can tell you unequivocally it most certainly

6   didn't come from her, because she never contributed a

7   dime, unless it related to buying things for herself.

8        Q   So aside from that --

9        A   Or cosmetic surgery and things like that.

10       Q   Sure.  So aside from that, as you sit here today,

11  do you have any records related to this investment?

12       A   I may have.  I didn't search for records.  I don't

13  know.  I'm sure I do, I just don't -- I wasn't asked to

14  bring any.  I haven't looked for any.

15       Q   So with respect to -- would those be contained in

16  the unknown location of the storage unit?

17       A   I don't know, because I don't know if I have

18  records.  If I don't know if I have records, I couldn't

19  speculate as to where they may or may not be.

20       Q   Let's try this:  With respect to Item Number 3 on

21  your list, one hundred percent of the funds due and owing

22  to you from the Fight PAC, FEC Committee ID -- and it's

23  listed on the order.

24       Do you know what that is?  The Fight PAC?

25       A   I know what the Fight PAC is, but I'm not due any

18

**Exhibit I**

USAO_00454925
GB_C_00027019

1  money from the Fight PAC.

2     Q   Previous -- in the last 12 months, you received

3  reimbursements from the Fight PAC; correct?

4     A   Correct.  But I'm not presently due any

5  reimbursements from the Fight PAC.

6     Q   You are the treasurer of the Fight PAC; correct?

7     A   I believe I am currently, yes.

8     Q   Do you have documents in your possession, custody,

9  or control that evidence the reimbursements that you

10  received from the Fight PAC?

11     A   I'm sure I do.  I think it's all publicly reported

12  already.  So it's --

13     Q   Well --

14     A   I'm still not done, so please don't interrupt me.

15         So the answer to your question is yes.  It's also,

16  I believe, publicly available.  But I'm not due any

17  reimbursements at all from the Fight PAC.  And I haven't

18  been due any reimbursements from the Fight PAC for some

19  time.

20     Q   The records that you submitted to the Fight PAC

21  for reimbursement of the expenses that you incurred on

22  behalf of the Fight PAC, were those your personal

23  financial documents?

24     A   I don't know what you mean by that.

25     Q   Okay.  Well, do you know what a reimbursement is?

19

**Exhibit I**

USAO_00454926
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1      A    Yeah.

2      Q    So you have an entity, you claimed a

3   reimbursement, did you have to provide some kind of a

4   documentation to the entity in order to get them to

5   reimburse you?

6      A    Yes.

7      Q    So such as a receipt, or a credit card statement,

8   any kind of financial document substantiating the expense

9   that you were claiming reimbursement?

10     A    Yes.

11     Q    Then you have, within your possession, custody, or

12  control, copies of all of the documents which you

13  submitted to the Fight PAC for reimbursement; correct?

14     A    I don't know that for a fact, because I wasn't

15  asked to look for such documentation, but I imagine that

16  you are likely correct about that.

17     Q    Again, you are the treasurer of the Fight PAC;

18  correct?

19     A    I wasn't the treasurer at the time of the

20  reimbursement, sir.

21     Q    Who was the treasurer?

22     A    The treasurer was a woman by the name of Amy and

23  I'm blanking on her last name.  She's located in Michigan.

24     Q    Does the Fight PAC have bank accounts?

25     A    Yes.

                                                        20

**Exhibit I**

USAO_00454927
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1      Q    Are you a signer on those accounts?
 2      A    I think so, but I don't know.
 3      Q    Have you ever written a check out of those
 4   accounts?
 5      A    No.
 6      Q    Have you ever wired funds from those accounts?
 7      A    Not that I can recall.
 8      Q    Do you have any access to the finances for the
 9   Fight PAC?
10      A    Well, when you say "I have access to the
11   finances," you mean the information.
12      Q    No, sir.  I'm saying the control of the money.
13   You either know you are on a bank account or you don't?
14      A    Well, sir, no, it's not that easy quite honestly,
15   because depending on your level of sophistication or what
16   you have going on in your life, perhaps you don't know
17   whether you are on an account or not, especially if you
18   are not accessing the account every day.  So it's not that
19   easy, so I disagree.  Maybe in your life it's that easy,
20   but it's certainly not that easy in mine.
21           So my answer stands.  I don't recall whether I
22   have access to those funds or not.  But what I can tell
23   you is that I have received reimbursement from time to
24   time, but it has not been sizeable.  And I believe it's
25   all been reported and it's publicly available.
```

21

**Exhibit I**

USAO_00454928
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q    So it's your testimony here today that you have no

2    recollection as to whether or not you are a signer on any

3    bank accounts for the Fight PAC; correct?

4    A    I believe that I am a signer on a bank account for

5    the Fight PAC, but I do not recall, as I sit here today,

6    whether I'm the signer, because those funds are not

7    personal funds, sir.  I'm sure that you understand that.

8    Q    So which institution is that account located at?

9    A    The Fight PAC account?

10   Q    Yes.

11   A    Amalgamated Bank in Washington, D.C.

12   Q    Have you ever been to Amalgamated Bank in

13   Washington, D.C.?

14   A    No.

15   Q    Have you ever visited any branch of Amalgamated

16   Bank?

17   A    No.

18   Q    Are you a signer on any other bank accounts at any

19   institution anywhere in the world?

20   A    Other than this account at Amalgamated Bank?

21   Q    Yes.  For any other purpose, any other entity,

22   just any accounts, and we'll go through and start making a

23   list.

24   A    I'm a signer on accounts at City National Bank.

25   I'm signer on accounts at Bank of America.  I think that's

                                                              22

**Exhibit I**

USAO_00454929

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   it.
 2        Q    Okay.
 3        A    I've never been a signer on any foreign bank
 4   account in my entire life, for the record.
 5        Q    Okay.
 6        A    Let me repeat that.  I've never been a signer on
 7   any foreign bank account in my entire life, for the
 8   record.
 9             Your client has had these spurious accusations
10   that she has from time to time, which are completely
11   unfounded and untrue, which is one of the reasons why
12   we're sitting here now in a divorce proceeding.
13             But any accusation that I've ever had any foreign
14   bank accounts is a bunch of nonsense.
15        Q    Do you have funds in anybody else's name at all?
16   Meaning somebody is holding funds for you.  Your funds in
17   anybody else's accounts?
18        A    Not that I know of.
19        MR. GELBART:  Let me interject for a second.
20             I'm not sure that we've transferred from trust to
21   pay ourselves our last bill yet, so it's possible that we
22   still may have a very small amount of Mr. Avenatti's funds
23   in our trust account.
24        THE WITNESS:  Yeah.  I hadn't even thought of that.
25   ///
```

23

**Exhibit I**

USAO_00454930
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    BY MR. DEARMEY:
2        Q    Aside from your counsel, Mr. Gelbart's trust
3    account, any other funds being held by any third party for
4    you?
5        A    Not that I can think of.
6        Q    So City National Bank, you said you are a signer
7    on accounts there.  Are those your individual accounts or
8    for an entity?
9        A    Those are individual accounts.
10       Q    How many accounts?
11       A    Two.
12       Q    Are those checking and savings?
13       A    Checking and a trust account.
14       Q    Is that an IOLTA account?
15       A    Yes.
16       Q    With respect to -- and those are both in your name
17   alone, not in the name of a corporation?
18       A    I believe that's correct.
19       Q    Any other accounts other than those two accounts
20   at City National Bank?
21       A    There may be a second operating account -- well,
22   there may be two other accounts at City National Bank, but
23   I don't believe they have any money in them, and I think
24   they were -- at least one of them was used in the past and
25   hasn't been used in some time.
```

                                                                24

**Exhibit I**

USAO_00454931
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1      Q    Are those individual accounts or in the name of an
2    entity?
3      A    I think one of them is an individual account.  And
4    I think one may be under Avenatti & Associates.
5      Q    So going to Bank of America.  How many accounts at
6    Bank of America?
7      A    That I have an interest?
8      Q    That you are a signer on.
9      A    Well, those are two different questions.  You want
10   to know what I have an interest in or you want to know
11   what I'm a signer on?
12     Q    First a signer, and then we'll go to interest.
13     A    I think there's one account that I'm a signer on.
14     Q    Okay.  And what account is that?
15     A    That was the community property checking account
16   that I had with your client.
17     Q    Okay.  And you have other accounts that you have
18   an interest in?
19     A    Yes.
20     Q    What are those?
21     A    That would be the $900,000 account that your
22   client stole in connection with our divorce and took
23   possession of the funds.  Oh, I don't know if that's at
24   Bank of America or if that's at Goldman Sachs or wherever
25   she transferred the money before she improperly used it

                                                          25

**Exhibit I**

USAO_00454932
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   connection with her business and to pay other expenses.

2   But I consider myself to have an interest in that account.

3       Q   So any other accounts that you have that you are a

4   signer on?

5       A   Wherever else she put the money.

6       Q   No, sir.  I'm talking about any other accounts

7   other than the one you've said, the community property

8   checking account?

9       MR. GELBART:  He's talking about signer, not interest

10  at this point.

11  BY MR. DEARMEY:

12      Q   Were you a signer on any accounts for Eagan

13  Avenatti?

14      A   Yes.  Eagan Avenatti doesn't have any accounts.

15      Q   There's no bank accounts for Eagan Avenatti?

16      A   No.

17      Q   How do you pay the employees?

18      A   I pay them out of one of the accounts at City

19  National Bank that I mentioned.

20      Q   So with respect to -- who are the employees that

21  you pay?

22      A   I'm not going to answer that question.  The

23  employees that Eagan Avenatti pays are employees of Eagan

24  Avenatti.  That's not of any relevance to this proceeding.

25  I'm not going to answer that question.

26

**Exhibit I**

USAO_00454933
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1       MR. DEARMEY:  Saul.

2       THE WITNESS:  These are not my personal employees.

3            You want to make a note, we can talk about it at

4  the next break and come back to it?

5       MR. DEARMEY:  Do you want to take a break?

6       THE WITNESS:  No, we don't need to take a break right

7  now.

8       MR. GELBART:  It's up to him if he wants us to break

9  now or take a break later to talk about it.

10       MR. DEARMEY:  I would like to resolve the issue.  I

11  think I'm entitled to the information.

12       MR. GELBART:  Yeah, we'll take a break.

13       MR. DEARMEY:  Do you need me to tell you why I think

14  I'm entitled to the information?

15       THE WITNESS:  Sure.  I'd like to hear it.

16       MR. DEARMEY:  Eagan Avenatti is a hundred percent

17  controlled entity from Avenatti & Associates, which is

18  covered under the turnover order and you as an individual

19  who is the subject of the examination.  So I think I'm

20  entitled to know what money comes in and what goes out and

21  where it goes.

22       MR. GELBART:  So the only problem I have with it that

23  I have to wrestle with and I have some notes to look at

24  is, the amount of money paid to a third party could be

25  violating their privacy rights.  And that is one of the

27

**Exhibit I**

USAO_00454934
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    only rights in an objection at an OJD that we can assert.
2    They are not here to assert it for them.  It would be like
3    asking for their social security numbers, et cetera.
4    There is a right of privacy we have to be careful of.
5         I'm going to talk to him and see how far removed or
6    what's so complicated about the deal.
7         MR. DEARMEY:  That would be great.
8          We're off the record and let me know when you are
9    ready.
10        (Off the record.)
11   BY MR. DEARMEY:
12    Q   Sir, were you ever a signer on any accounts at
13   California Bank & Trust?
14    A   Yes.
15    Q   Do those accounts still exist?
16    A   No.
17    Q   Why not?
18    A   Because they were closed.
19    Q   When were they closed?
20    A   I don't recall exactly.  Within the last six
21   months.
22    Q   Were there funds in those accounts when they were
23   closed?
24    A   De minimis funds.
25    Q   Sir, Eagan Avenatti at one point was in
```

28

**Exhibit I**

USAO_00454935
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    bankruptcy; do you recall that?
2         A    Yes.
3         Q    And you signed certain financial statements and
4    documents as the person most knowledgeable for Eagan
5    Avenatti and filed them with the bankruptcy court; do you
6    recall that?
7         A    Yes.
8         Q    As part of that, you submitted copies of banking
9    records from California Bank & Trust; do you recall that?
10        A    I don't recall that.
11        Q    Well, I'm going to represent to you that listed in
12   those documents that you filed with the bankruptcy court
13   were a list of your employees -- the employees at that
14   time of Eagan Avenatti as well as copies of the checks
15   that were paid to them for their payroll.
16             I'm giving you that information just because we
17   had a brief discussion off the record about third party
18   privacy rights and so forth.
19             So I'm going to ask you a very brode question
20   without listing each of the people's names here.  Would
21   the employees that would have been your employees on or
22   about January of 2018 -- the employees when you say
23   "your," of Eagan Avenatti -- would that list be
24   substantially the same as it is today?  Or has it
25   materially changed?
```

29

**Exhibit I**

USAO_00454936

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    I don't know.  I would have to see the list.
2    There's been people that have come and go since then.
3        Q    Okay.  Do you want to --
4        MR. GELBART:  Do you want to turn that around and show
5    it to him?
6        MR. DEARMEY:  Yeah, I can do that.
7             Do you want me to email it to you to print?
8        MR. GELBART:  How about this.  Just go off the record
9    and give him the names that you see.
10       MR. DEARMEY:  That's fine.  We're off the record.
11       (Off the record.)
12       MR. DEARMEY:  So we've had an informal discussion off
13   the record for purposes of privacy.  I've listed some
14   names that are in the publicly filed documents with the
15   United States Bankruptcy Court.  The gentleman, I believe,
16   is willing to specifically confirm or not confirm
17   employees.
18            So why don't we do it this way.  Why don't we
19   leave this question and the list of employees as something
20   the court can weigh in on February 15th at the continued
21   OJD, which is the court proceeding.  And whether or not
22   those questions have to be answered or not, we can leave
23   that list to the court.
24       MR. GELBART:  Okay.
25   ///
```

                                                                    30

**Exhibit I**

USAO_00454937
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   BY MR. DEARMEY:

2       Q    With respect to, then, City National Bank, is

3   there -- strike that.

4            With respect to Eagan Avenatti, sir, are you aware

5   of any financial accounts at any institution for Eagan

6   Avenatti?

7       A    Not that I can recall as I sit here right now.

8       Q    Well, sir, you are the sole shareholder of the

9   company that owns it and essentially have a hundred

10  percent partnership interest in Eagan Avenatti.  So you

11  are telling me you are not aware if the entity has any

12  financial accounts?

13      A    That's not what I said.  Do you want to argue with

14  me?  Or do you want to ask questions and get answers?

15  Because if you want to ask questions and get answers,

16  that's great.  If you want to argue with me, I'm not going

17  to argue with you here today, Counsel.

18           You asked me a question.  Why don't we have it

19  read back and have my answer read back, and then I'll

20  decide if I want to supplement it.

21      Q    There you go.

22      A    Ms. Court Reporter, can you please do that.

23               (Record read as follows:

24               Q    With respect to Eagan Avenatti, sir,

25               are you aware of any financial accounts

                                                    31

**Exhibit I**

USAO_00454938

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1                    at any institution for Eagan Avenatti?

2               A   Not that I can recall as I sit here

3               right now.)

4         THE WITNESS:   That's my answer:  Not that I recall as

5    I sit here right now.

6            Want me to answer it again?

7            Not that I recall as I sit here right now.

8    BY MR. DEARMEY:

9         Q   Sir, are you aware of any individual who has

10   signing authority on any financial account for Eagan

11   Avenatti other than yourself?

12        A   Not that I recall as I sit here right now.

13        MR. DEARMEY:   Saul, do you want to have another

14   conversation with your client about his answers?

15        MR. GELBART:   No.   I think that's a fair answer to

16   your question.

17        MR. DEARMEY:   Okay.

18   BY MR. DEARMEY:

19        Q   So, sir, you don't -- are there any signers on any

20   financial accounts other than you for Eagan Avenatti, to

21   your knowledge?

22        A   Same answer.

23        Q   Which is?

24        A   Not that I recall.

25        Q   Do you have any documents that would refresh your
```

                                                              32

**Exhibit I**

USAO_00454939
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

| | | |
|---|---|---|
| 1 | | recollection? |
| 2 | A | Not that I can think of as I sit here right now. |
| 3 | Q | Okay. Sir, do you have a residence? |
| 4 | A | Yes. |
| 5 | Q | What is the address? |
| 6 | A | 10000 Santa Monica Boulevard. |
| 7 | Q | Is there a unit number there? |
| 8 | A | Yes. |
| 9 | Q | Which unit? |
| 10 | A | 2107. |
| 11 | Q | Do you pay monthly rent there? |
| 12 | A | Yes. |
| 13 | Q | How much is that rent? |
| 14 | A | I think 11,000. |
| 15 | Q | Per month? |
| 16 | A | Yes. |
| 17 | Q | Did you pay your rent last month? |
| 18 | A | Yes. |
| 19 | Q | What was the source of the funds to pay the rent |
| 20 | | last month? |
| 21 | A | Where did the rent money come from? |
| 22 | Q | Sure. What financial institution? |
| 23 | A | From the account at City National Bank that I |
| 24 | | referenced earlier. |
| 25 | Q | Who is your landlord? |

33



**Exhibit I**

USAO_00454940
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    I don't remember the name of the company.
2        Q    You don't know who you write the checks to for
3    $11,000 a month?
4        A    Sir, I don't remember the name of the entity.
5    It's paid electronically.  I don't remember.
6        Q    Did you sign a lease?
7        A    Yes.
8        Q    Did you fill out a financial application at the
9    time of that lease?
10       A    No.
11       Q    Do you have any credit cards?
12       A    I have a bank card.
13       Q    Sir, do you know what a credit card is?
14       A    Yeah, I know what a credit card is, Counsel.
15       Q    Okay.  So do you have any credit cards?
16       A    No, not that I can think of.
17       Q    Do you have an American Express card?
18       A    I used to have a black card that I paid for.
19   That's the only way your client was able to get one, but
20   she cut me off without notice when she decided she wanted
21   a divorce, even though I was paying the bill, which, at
22   the time was running about 70- or $80,000 a month largely
23   due to her shoes and handbags and cosmetic surgeries and
24   other things.  I'm sure if you look at the statements,
25   you'll see that.
```

34

**Exhibit I**

USAO_00454941
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        Q    Great.  So my question is:  As you sit here today,
2    do you have an American Express account?
3        A    No.
4        Q    Do you have any Visa accounts?
5        A    Not that I can recall.
6        Q    Well, sir, do you have any documents that would
7    refresh your recollection as to whether or not you have
8    any Visa accounts?
9        A    Sir, not that I recall.  I don't have a Visa in my
10   billfold.
11       Q    I understand you don't have it in your billfold,
12   sir, that doesn't mean you don't have access to a Visa
13   credit account.
14       A    To the best of my knowledge, I have no access to a
15   Visa credit account.  I did at one time, I don't believe I
16   have access to it anymore.  The account may still be open,
17   it may not.  I don't know.
18            At one point in time, I had a Bank of America Visa
19   card, Counsel.  I don't know if it's still active or not.
20   I haven't used it in a very, very long time.
21       Q    Do you have any Mastercard accounts?
22       A    It may have been a Mastercard, by the way.  I
23   thought it was Visa.  It may have been a Mastercard, but
24   it's one account.
25       Q    So other than American Express, you only had one
```

35

**Exhibit I**

USAO_00454942
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   other credit card, that's your testimony?
 2       A    Other than American Express?  Well, I haven't had
 3   American Express in years since your client cut me off.
 4       Q    So you have no American Express --
 5       A    Does your client still have the black card?
 6       Q    I'm sure she does.
 7            With respect to your --
 8       A    It must be nice.  It must be because of her
 9   incredible income earning over the last five years.
10            Go ahead, ask your question.
11       Q    Do you need a break, sir?
12       MR. GELBART:  No.  He's fine.
13   BY MR. DEARMEY:
14       Q    Going to your credit accounts, do you have a
15   credit account with any financial institution?
16       A    A credit card account?
17       Q    A credit account of any kind.
18       A    I don't know what you mean by "a credit account."
19       Q    Whether that's a credit card, a personal line of
20   credit, a mortgage, an auto loan.  Any financial
21   institution who has offered you credit, do you have any of
22   those kinds of accounts?
23       A    I don't know.  I may.  It being that broad, I'm
24   not going to answer no and I'm not going to answer yes.
25            If I had a firm recollection of having such an
```

                                                              36

**Exhibit I**

USAO_00454943
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    account, I would answer yes.  But I'm certainly not going

2    to answer no, because it's too broad a question.

3         Q    Sir, do you use services such as Uber and Lyft?

4         A    Yes.

5         Q    Did you put a credit card into those apps to be

6    able to use those services?

7         A    No.  I put a bank card.

8         Q    So is that a debit card?

9         A    Yeah.  That's what I've used and have used for a

10   very long time.  In fact, I believe that I used that

11   predominately when I was together with your client, other

12   than the black card, which was used from time to time,

13   about 5 percent by me and 95 percent by her.

14        Q    Who is the institution that has issued the debit

15   card?

16        A    The same bank.

17        Q    Which is City National Bank?

18        A    Yes, sir.

19        Q    With respect to your --

20        A    Oh, I also have a debit card with Amalgamated that

21   was used from time to time in connection with the PAC.

22        Q    Any other debit cards for any account that you've

23   used?

24        A    Not that I can recall.

25        Q    Any documents or records that would refresh your

                                                              37

**Exhibit I**

USAO_00454944

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   recollection?

2          Is that no?

3      A    I don't know.  When you ask me that question, I

4   don't know how to answer that question, frankly.

5      Q    Well, sir, I'm entitled to refresh your

6   recollection.  You are not answering no.  You are saying

7   you don't recall, which means there may be something in

8   your possession, custody, or control that would refresh

9   your recollection as to whether or not you have financial

10  accounts, credit card accounts, debit cards, and so forth.

11         So when you tell me you don't recall, then I have

12  to ask you, do you have any documents or records in your

13  possession, custody, or control that would refresh your

14  recollection.

15     A    That's actually not how it works.

16     Q    Well, that's how I work.

17     A    Normally how it works is if you ask a question and

18  the witness says "I don't recall," and if you have a

19  document that you think may refresh their recollection,

20  you then use it, and then you ask if that reflects their

21  recollection.

22         You can't ask a witness to speculate as to whether

23  some document out there in the ether might refresh their

24  recollection because that calls for speculation and they

25  wouldn't have any way of knowing that.

                                                            38

**Exhibit I**

USAO_00454945

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1              So as I sit here right now, sir, as I sit here
 2    right now, I don't know if there's a document out there
 3    that might refresh my recollection, but I'm going to stand
 4    by my prior answer.
 5       Q    Do you receive monthly statements for the
 6    financial accounts that you have, sir?
 7       A    Yes.
 8       Q    Are they sent to you electronically or in the
 9    mail?
10       A    I think they are sent in the mail.
11       Q    And what address are they sent to, sir?
12       A    They are sent to my 10000 address, to the best of
13    my recollection, but I don't recall exactly.
14              They were sent to the 520 address, and I don't
15    remember if they are now sent to the 10000 address or not.
16       Q    Are there any other addresses where you accept
17    mail?
18       A    There's an address on Sunset Boulevard that I
19    accept mail.
20       Q    What is that address?
21       A    I believe it is 9960, but I may be wrong on the
22    number.  I don't use it directly from time to time -- or
23    on a regular basis.
24       Q    What address is that for?
25       A    That's a LA location -- office location that I use
```

                                                              39

**Exhibit I**

USAO_00454946
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    from time to time.

2        Q    Do you have a physical office for your law firm?

3        A    Yes.  That's the address.

4        Q    When I looked at the state bar website as an

5    attorney, it listed the 520 address.  Is there another

6    address that you have that you --

7        A    We just haven't updated the addresses yet.  We're

8    going to be doing that shortly.

9        Q    So as you sit here today, you can't give me the

10   exact address for your law firm?

11       A    I can get you -- I believe it's 9960 Sunset

12   Boulevard.

13       Q    Is there a suite number?

14       A    I believe it's 450.

15       Q    Is that a permanent office or is that like an

16   executive suite?

17       A    No.  It's an office we've had for some time -- for

18   a couple years.

19       Q    Is there a leasing company?

20       A    There is.

21       Q    Who is the leasing company?

22       A    I think it's Church at the Foursquare.

23            Oh, the address is listed on the schedules you

24   referenced earlier, by the way.  It's the same address.

25   The bankruptcy schedules.  If you have those and can pull

                                                          40

**Exhibit I**

USAO_00454947

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1    it up, I'd be happy to confirm it, if you would like.
 2         Q    Do you know which entity is the lessor of the
 3    space?
 4         A    I believe Eagan Avenatti is the lessor.
 5         Q    Are you still doing business under the name Eagan
 6    Avenatti?
 7         A    From time to time, yes.
 8         Q    Are you doing business under any other name?
 9         A    Avenatti & Associates.
10         Q    Any other name other than those two?
11         A    My name.
12         Q    Any other name other than those three?
13         A    No, not that I can recall.
14         Q    Do you keep business records, sir?
15         A    Yes.
16         Q    For Eagan Avenatti, what is the location where
17    those business records are stored?
18         A    I would have some of them in my possession.  I
19    would have other business records and there would be other
20    business records in storage.  There would be other
21    business records at the Sunset Boulevard address.
22         Q    When you say "in your possession," do you mean at
23    your 10000 address?
24         A    Yes.
25         Q    With respect to storage, you mean the unknown
```

41

**Exhibit I**

USAO_00454948
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   storage unit where the records were moved from 520 into an

2   unknown storage location?

3       A    Into a storage that I don't recall what it is

4   because I didn't handle it.

5       Q    Other than those three locations:  Your personal

6   residence, the unknown storage location, and the Sunset

7   office, any other places you store business records?

8       A    There may be other locations, but I can't think of

9   any as I sit here right now.

10      Q    If there were other locations, how would you

11  ascertain that information?

12      A    I would think about it, and I would contact other

13  people that I work with to figure out where those

14  documents were.  But I wasn't asked to do that in

15  preparation for today.

16      Q    Who was the person you would talk to?  Would that

17  be the lady that moved the storage unit records?

18      A    Ms. Regnier, yes.

19      Q    Does 1910 Sunset Boulevard ring a bell?

20      A    That's the address.

21      Q    Suite 450?

22      A    Yes.

23      Q    What was the date that office was leased?

24      A    We've occupied that office for a couple years now.

25      Q    With respect to -- do you have any retirement

                                                              42

**Exhibit I**

USAO_00454949
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    accounts?

2        A    I do.

3        Q    Where are they located?

4        A    I think it's with Hancock.

5        Q    John Hancock?

6        A    Yeah.

7        Q    Do you know what kind of account that is?

8        A    I think it's an IRA.

9        Q    Do you know how much money is in the IRA

10   presently?

11       A    I think $36,000, but there may be a loan against

12   it, I just don't recall.

13       Q    Are you able to borrow against the IRA?

14       A    You are if -- depending on the loan balance.

15            I mean, you are talking about in general?

16       Q    Yeah.  You said there may be a loan against it, so

17   you were able to borrow against the IRA balance?

18       A    Correct.

19       Q    Did you borrow against the IRA balance?

20       A    At some point in time.  A while ago, but I believe

21   it was paid.  But I just don't know what the balance is

22   right now.

23       Q    Okay.  Other than your -- do you receive income

24   from Eagan Avenatti?

25       A    I have received income in the past, yeah.

                                                              43

**Exhibit I**

USAO_00454950

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q    In the last 12 months, have you received any funds
2    personally from Eagan Avenatti?
3    A    I'm sure I have.
4    Q    In the last 30 days, have you received any funds
5    personally from Eagan Avenatti?
6    A    Not that I can recall.
7    Q    Well, if you did receive those funds, they would
8    have come through City National Bank; correct?
9    A    I think that's right.
10    Q    Because, to your knowledge, Eagan Avenatti has no
11    other financial accounts; correct?
12    A    Again, I think I answered that before.
13    Q    So is that correct?
14    A    As I sit here today, I don't recall any other
15    financial accounts.
16    Q    So then you agree with me that the way you are
17    phrasing your answer that doesn't mean they don't exist,
18    you just don't recall them, as you sit here today?
19    A    I don't understand your question.
20    Q    Well, sir, I'm trying to determine if they exist.
21    Are there any records that Eagan Avenatti would keep that
22    would show all of the financial accounts that they hold?
23    A    Sir, I want to be clear about this as I possibly
24    can.  As I sit here, I don't recall any other accounts.
25    If there's an account out there right now, I don't recall

44

**Exhibit I**

USAO_00454951
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    it.  That does not mean there are accounts.  It doesn't
2    mean there aren't accounts.
3         My answer is a fair answer.  It's an answer that I
4    received on countless occasions in litigation.  You've
5    asked me now this question 4, 5, 6 times.  You seem to
6    think there's a bunch of money out there.  Your client
7    seems to think there's a bunch of money out there.  And
8    I've got bad news for you, okay, there's not a bunch of
9    money out there.  So there you go.
10       Q   Okay.  Same with Avenatti & Associates.  Have you
11   received any funds in the last 12 months from Avenatti &
12   Associates?
13       A   I'm sure I have.
14       Q   Have you received any funds in the last 30 days
15   from Avenatti & Associates?
16       A   Not that I can recall.
17       Q   If you did, they would have come from the City
18   National Bank account; correct?
19       A   I would be speculating.  I would assume so.
20       Q   Does Avenatti & Associates have any other
21   financial accounts other than the one you listed at City
22   National Bank?
23       A   Not that I can recall as I sit here right now.
24       Q   Does Avenatti & Associates have any records that
25   would list out all of the financial accounts held by

45

**Exhibit I**

USAO_00454952
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Avenatti & Associates?

2         A    No.   There's no list of accounts held by --

3         Q    Well, sir, do you know what a bank resolution is?

4         A    Generally.

5         Q    When you open a bank account, they usually

6    require -- the bank requires if it's for a corporation or

7    partnership, some type of resolution showing that the bank

8    is authorized to open the account on behalf of the entity?

9         A    I generally am familiar with this, yes.

10        Q    You would have used one of those when you were

11   opening the accounts previously for Avenatti & Associates?

12        A    I don't know that.  Sometimes banks don't require

13   bank resolutions.

14        Q    But you, yourself, personally have not opened any

15   other financial accounts at any institution other than

16   Bank of America and City National Bank or California Bank

17   & Trust for Eagan Avenatti; correct?

18        MR. GELBART:  Can we put a time frame.

19   BY MR. DEARMEY:

20        Q    The last five years.

21        A    I don't know that would be true.  I mean, with

22   that breadth of time, I just don't recall.

23        Q    In the last 12 months?  I'll shorten it for you.

24        MR. GELBART:  I lost track of the question.

25   ///

46

**Exhibit I**

USAO_00454953
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   BY MR. DEARMEY:
 2       Q    Sure.  We're starting with Eagan Avenatti, and
 3   then we're going to go through Avenatti & Associates, and
 4   then you personally.
 5            Have you, sir, personally with your participation,
 6   have you participated in the opening of any financial
 7   accounts at any institution other than City National Bank,
 8   Bank of America, and California Bank & Trust --
 9       A    No.
10       Q    -- for Eagan Avenatti?
11       A    No.
12       Q    Same three institutions, have you participated in
13   the opening of any accounts at any institution in the last
14   12 months other than City National, California Bank &
15   Trust, and Bank of America for Avenatti & Associates?
16       A    No.
17       Q    With the exception of -- strike that.
18            Have you as an individual on your own behalf
19   participated in the opening of any accounts with any
20   institution in the last 12 months other than Bank of
21   America, California Bank & Trust, and City National Bank?
22       A    No, not that I can recall.
23       MR. GELBART:  Did you ask him on behalf of himself?
24       MR. DEARMEY:  Yes.  As an individual.
25       THE WITNESS:  No, not that I can recall.
```

47

**Exhibit I**

USAO_00454954
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    BY MR. DEARMEY:

2        Q    Other than the Fight PAC, which you testified

3    about you may have participated in some form in opening

4    the account for Amalgamated Bank --

5        A    Well, I participated in opening the account, to be

6    clear.  I just don't remember if I'm a signatory of the

7    account.  I probably am.

8        Q    But you participated in opening the account.

9    That's why I'm phrasing it this way.

10           Other than the Fight PAC where you participated in

11   opening that account at Amalgamated Bank, have you

12   participated in the last 12 months in opening any other

13   financial accounts for any other entity in the last 12

14   months?

15       A    I'm sure I've participated in opening accounts on

16   behalf of clients.  I mean, there's a very broad question.

17       Q    Do you hold trust accounts at any other

18   institution other than City National Bank?

19       A    I'm not going to answer questions about where I

20   hold my trust accounts because those funds don't belong to

21   me, so that's privileged.  I'm not going to answer that

22   question.

23       MR. GELBART:  I believe he's right.

24   BY MR. DEARMEY:

25       Q    I'm entitled to know the location of accounts, not

                                                              48

REGAL

**Exhibit I**

USAO_00454955
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   entitled to know the client.

2        A    Not if they don't belong to me.   They don't belong

3   to me.   And I don't even know if there are any as I sit

4   here, to be honest with you.

5        Q    I'm entitled to know the existence of the accounts

6   and where they are located.

7        MR. GELBART:   I don't know that that's true,

8   Mr. DeArmey.

9        MR. DEARMEY:   I think it is.

10        THE WITNESS:   I don't think so.

11        MR. DEARMEY:   Do you want to add that to our list?

12        MR. GELBART:   I think that would be best.

13        MR. DEARMEY:   That's fine.

14        MR. GELBART:   Let me make sure I understand.   Without

15   first establishing or even asking if Mr. Avenatti has a

16   right to any part of those IOLTA trust accounts, you want

17   to know information about possible trust accounts that do

18   not belong to Mr. Avenatti, he just has opened them on

19   behalf of clients; right?

20        MR. DEARMEY:   No.   I was asking for his trust

21   accounts, if either they exist, if he has participated in

22   opening them.   And my next question was if they existed,

23   does he have any right to the funds.

24        MR. GELBART:   I'm confused as to what you mean by

25   "trust accounts."   Trust accounts for clients or trust

49

**Exhibit I**

USAO_00454956

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    accounts for himself?

2         MR. DEARMEY:  Just any other account on behalf of any

3    entity.  I didn't focus it on trust accounts.

4              I said, have you participated on behalf of any

5    other entity opening any other accounts on behalf of any

6    other entity?  Just like the Fight PAC, that's not a trust

7    account.

8         MR. GELBART:  I understand.

9         MR. DEARMEY:  I'm asking if he's --

10        MR. GELBART:  But trust accounts are a subset of your

11   question.  Unless you excise them from the question, I

12   think it's a very difficult question to answer.

13        MR. DEARMEY:  Let's do it in two parts.

14   BY MR. DEARMEY:

15        Q    Excluding any trust accounts where you have no

16   interest in the trust funds on behalf of clients, have you

17   participated in the last 12 months opening financial

18   accounts on behalf of any other entity?

19        A    At any institution other than those three?

20        Q    Yes.

21        A    No.

22        Q    Do you have any equitable interest or claim of

23   right to any funds in any trust account held by any third

24   party based upon your services rendered as an attorney?

25        A    If I understand the question, no.

                                                              50

**Exhibit I**

USAO_00454957

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1      Q    Well, let me explain.  I want to make sure we have
 2   an understanding.
 3           As an attorney, you can do work on other people's
 4   cases and that can earn you a right or lien on some of the
 5   fees that would come from a case or so forth, either on
 6   behalf of a client of your firm or on behalf of a client
 7   at another firm --
 8      A    Are you asking me if there's money sitting in a
 9   trust account right now and I have a right to a portion of
10   those monies as a result of the services I rendered as an
11   attorney?
12      Q    Yes.
13      A    I don't believe I do.
14      Q    Okay.  Whether it be your account or some other
15   attorney's trust account?
16      A    I understood your question to encompass both.
17      Q    Did you used to have a personal account at JP
18   Morgan Private Bank?
19      A    Yes.
20      Q    Does that account still exist?
21      A    I think it may still exist, yeah.  It's got a de
22   minimis amount of money in it.  I'd forgotten about that.
23      Q    Did you used to have an account at KeyBank in
24   Seattle?
25      A    No, not personally.
```

51

**Exhibit I**

USAO_00454958
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q    Were you a signer on an account?

2    A    I'm sure I was, yes.

3    Q    Do you know if those funds still exist?

4    A    I don't believe there's any money in that account.

5    Q    With respect to -- we've talked about Avenatti &

6    Associates and Eagan Avenatti, and per our turnover order,

7    we've talked about Tyrian Systems, Inc., now known as Seek

8    Thermal, Inc.  Going to Number 4 on our list, shares owned

9    in a company Desert Harvest, LLC.

10   A    I've never owned any interest in that.

11   Q    Do you or any entity that you control own an

12   interest in Desert Harvest, LLC?

13   A    No.

14   Q    Do you know what Desert Harvest, LLC, is?

15   A    Yeah.  It's a client.

16   Q    With respect to -- is that a client of Eagan

17   Avenatti or Avenatti & Associates or yourself personally?

18   A    I don't recall of one or maybe more than one of

19   those entities.  I don't recall.

20   Q    With respect to -- do you own any other shares or

21   member interest in any other entity?

22   MR. GELBART:  Are you including publically traded

23   companies?

24   MR. DEARMEY:  Sure.  I was going to go through those

25   with brokerage accounts and other stock certificates.  I

52

REGAL

Exhibit I

USAO_00454959
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    was thinking more closely related things.  Like you had

2    the Global Baristas, but my understanding is that went

3    belly-up.

4         THE WITNESS:  I mean, certainly Global Baristas.

5    Doppio, Inc.

6    BY MR. DEARMEY:

7         Q    How do you spell that?

8         A    D-o-p-p-i-o, I-n-c.  Tyrian.  We've already talked

9    about the various legal businesses.  GB Autosport.

10             Not that I can recall beyond that.  There may be,

11   but nothing of any substance.

12        Q    Is GB Autosport still operating?

13        A    No.  It's still in existence, I believe.

14        Q    Who is the person most knowledgeable about that

15   business?

16        A    Me.

17        Q    Does it have any financial accounts?

18        A    I think it has a Bank of America account.

19        Q    Any funds?

20        A    Less than a thousand dollars, I recall.

21        Q    Doppio, Inc., who is the person most

22   knowledgeable?

23        A    Me.

24        Q    You are the person most knowledgeable?

25        A    Yes.

                                                            53

**Exhibit I**

USAO_00454960
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q   With any financial accounts?

2    A   I don't believe it's ever had a financial account.

3    Q   Okay.  As to the other entities that you listed,

4  Global Baristas, are you the person most knowledgeable?

5    A   Yes.

6    Q   Any financial accounts?

7    A   I'm sure it does.

8    Q   Do you know if there's any funds?

9    A   Again, de minimis amount, if anything.  There's

10 sub-corporations underneath that, but same answer to the

11 extent they have accounts.  There's not a lot of cash.

12       I think Global had an account at a U.S. Bank, for

13 instance, KeyBank.

14   Q   Were you signers on those accounts?

15   A   I don't believe -- well, I was signers on -- I may

16 have been signers on all of them.  I was a signer on most

17 of them.  I don't remember if it was everything.

18   Q   Okay.  Is there a bookkeeper you employ to pay all

19 the bills for these entities?  Other than like a CPA that

20 we already talked about.  Is there a third party you hire

21 to make these payments on your behalf?

22   A   A third party?

23   Q   Yeah.  Like a bookkeeper.  Some people -- they

24 don't use their CPA, they use a bookkeeper to reconcile

25 their monthly accounts and make payments and so forth?

                                                    54

**Exhibit I**

USAO_00454961

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        MR. GELBART:   What time period?

2        MR. DEARMEY:   Presently.

3        THE WITNESS:   There's no bills to pay associated with

4   Global.

5   BY MR. DEARMEY:

6        Q   But, I mean for all of your entities.  So you have

7   payroll going out for --

8        A   I don't have one person that pays all my bills for

9   all of my entities.

10       Q   Do you use a payroll service for your businesses?

11       A   Yes.

12       Q   Which one do you use?

13       A   I don't remember the name of the payroll service

14   because I don't deal with them.

15       Q   Who deals with them?

16       A   Judy Regnier.

17       Q   Is that the R-e-g- -- that's the same lady that

18   moved the boxes?

19       A   Yes.

20       Q   Is she like your office manager?

21       A   Basically.

22       Q   Would she be the person who would be doing the

23   bookkeeping function?

24       A   No.  Not for all of the -- you asked a very broad

25   question.
```

55

**Exhibit I**

USAO_00454962
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1     Q    Let's talk Eagan Avenatti, does she do the

2     bookkeeping for Eagan Avenatti?

3     A    Generally, yeah.

4     Q    Would she do the bookkeeping for Avenatti &

5     Associates?

6     A    Generally, yeah.

7     Q    Would she do the bookkeeping for you individually?

8     A    No.

9     Q    Do you have an individual bookkeeper?

10    A    No.

11    Q    You do your own bookkeeping?

12    A    Generally.

13    Q    Is there any person other than you that does

14    bookkeeping for you?

15    A    No.  Ms. Regnier may do it from time to time.

16    Q    With respect to other entities, it's my

17    understanding that none of those are operating; right?

18    A    Again, I don't know what we're talking about now.

19    Q    So Doppio isn't operating; correct?

20    A    Doppio holds interest in other entities.  So I

21    think -- I don't know what you mean by "operating."  It's

22    not an operating company.  It's a holding company.

23    Q    What interest does Doppio hold in what companies?

24    A    I'm not certain but as I recall, the interest in

25    Global Baristas is held by Doppio.

                                                              56

REGAL

**Exhibit I**

USAO_00454963
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1      Q    Any other entities that it holds an interest in?
 2      A    It may, but nothing we haven't already talked
 3   about.
 4      Q    So like GB Autosport, would it hold the interest?
 5      A    It may.  I don't remember the exact structure.
 6      Q    Did Doppio have tax returns prepared for it?
 7      A    I think it filed one year, but hasn't filed in a
 8   while because it hasn't been operating.
 9      Q    Do you recall what year?
10      A    I don't.
11      Q    Was Ms. Hendricks the one who prepared that
12   return?
13      A    I don't think so.
14      Q    Do you know who would have prepared that return?
15      A    I don't remember.
16      Q    Do you have any records or copy of that return?
17      A    I don't know.
18      Q    Do you have any safe-deposit boxes at any
19   institutions?
20      A    No.  Actually, I think there was a safe deposit
21   box that was opened with your client, and so whatever
22   would be in that safe deposit box, at least at the date of
23   separation, I think I would have an interest in and maybe
24   whatever is in it now.  But I'm not certain about that.
25      Q    Do you have any property being held by any third
```

57

**Exhibit I**

USAO_00454964
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    party on your behalf?

2        A    I don't understand the question.

3        Q    Have you taken any of your property and placed it

4    with any third party who is holding it on your behalf?

5    Taken a ring, a watch, a car, cash, any assets of any kind

6    and given it to somebody else for them to hold for you --

7        A    Well, your client has a number of asset of mine,

8    which were not given to her, but she took from me.

9        Q    Excluding my client.  Anybody else?  Any third

10   party?

11       MR. GELBART:  And excluding what possibly could be in

12   our trust account.

13       MR. DEARMEY:  Excluding your attorney trust account.

14       THE WITNESS:  No, not that I know of.  Not that I can

15   recall as I sit here right now.

16   BY MR. DEARMEY:

17       Q    You had certain watches you placed to be sold with

18   a jeweler; correct?

19       A    Incorrect.

20       Q    Well, in the prior turnover order, you had my

21   client pick them up by a guy named Kenny was his name;

22   isn't that right?

23       A    That's right.  But your question is not right.

24       Q    Oh, you had them just held by him, not to be sold?

25       A    Correct.

58

**Exhibit I**

USAO_00454965

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1     Q    Does he currently have any watches on hold for

2    you?

3     A    No.

4     Q    Do you presently have any watches in your

5    possession, custody, or control?

6     A    No.

7     Q    There were three watches that were listed in the

8    turnover order and they were all Patek Philippes?

9     A    Yep.  Your client has them.

10    Q    So the model number 5035.  Item Number 5.  It's

11   your testimony that my client is in possession of that

12   watch?

13    A    To the best of my knowledge.  There was a watch

14   box in the house when I came to move my belongings out.

15   Your client had taken that watch box and the watches

16   contained within the box without my permission and

17   knowledge, and she still has them, to the best of my

18   knowledge.

19    Q    The Patek Philippe watch model 5270.  Item

20   Number 6.  What happened to that watch?

21    A    I believe that she has that as well.  I don't have

22   Patek watches left.  The other ones were sold to pay the

23   Victoria's Secret models for Ikaria.  I don't know what

24   she did with the other one.

25    Q    The Patek Philippe watch model number 5055, which

                                                        59

**Exhibit I**

USAO_00454966
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   is Item Number 7 on our list.  What happened to that

2   watch?

3        A    That's one of the watches that your client took

4   with the watch box before I moved out of the residence.

5   And she has it, to the best of my knowledge.  I have no

6   Patek watches.

7             She's taken all kinds of things and disposed of

8   assets that she should not have disposed of, and I believe

9   the watches are included in that, as well as our dog and a

10  bunch of other things.

11       Q    Do you presently have any watches in your

12  possession, custody, or control of any kind?

13       A    No.

14       Q    Do you have any jewelry?

15       A    No.

16       Q    Do you have any cash?

17       A    I don't have any cash on me.

18       Q    Do you have cash at your residence?

19       A    No.

20       Q    Do you have cash in any other place?

21       A    I imagine that there's cash in the bank.

22       Q    Okay.  How much do you presently have in City

23  National Bank?

24       A    I have no idea.  Probably less than $10,000.

25       Q    In the checking account -- the individual account,

60

**Exhibit I**

USAO_00454967

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1  you said there, you think your balance is less than

2  10,000?

3       A    Uh-huh.

4       Q    Is that yes?

5       A    Yes.

6       Q    With respect to the IOLTA account, excluding trust

7  funds, do you have any earned fees you have not

8  transferred from the IOLTA account into your business or

9  checking account?

10      A    No.

11      Q    With respect to the -- you said you may have two

12  other accounts at City National, an Avenatti & Associates

13  account or an individual account.

14           With respect to Avenatti & Associates, do you know

15  the balance of that account?

16      A    It's de minimis.

17      Q    With respect to individual?

18      A    De minimis.

19      Q    In the month of January, how much did you earn?

20  January 2019?  Year to date, essentially.

21      A    Probably $25,000 --

22      MR. GELBART:  Hold on.  I'm vague on the word

23  "earned."  He may have earned but not collected.  You may

24  mean how much has he received for what he has earned in

25  the past.

61

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00454968
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1              I don't know if you are talking about receipts.  I
2    don't know if you mean gross receipts from the business or
3    gross receipts to him.  "Earned" is a little bit vague, if
4    you wouldn't mind.
5         MR. DEARMEY:  Fair enough.
6    BY MR. DEARMEY:
7         Q    How much cash have you received in terms of funds,
8    dollars, year to date from all sources?
9         A    Less than $20,000.  I mean, that's an estimate.
10        Q    In the year -- in the month of December 2018, how
11   much cash did you receive?
12        A    Probably less than 50,000.  May be significantly
13   less than that.  I don't know.  I didn't look before I
14   came.
15        Q    Now, you are including from all of your business
16   interest?
17        A    Yeah.
18        Q    Excluding business interest, meaning, not asking
19   for your gross of your businesses but just from the net to
20   you as an individual, how much did you receive per your
21   own personal expenses in the month of January 2019?
22        A    I thought that's what you were asking.
23        Q    Okay.  Let's try it two ways.
24    Do you know how much funds Eagan Avenatti received in the
25   month of January 2015?
```

                                                              62

**Exhibit I**

USAO_00454969

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        A    2019?

 2        Q    2019.  Thanks.

 3        A    I don't know, but it's --

 4        Q    Can you give me an estimate?

 5        A    It's less than a hundred thousand dollars.  It may

 6   be significantly less than a hundred thousand dollars.

 7        Q    Do you account for Eagan Avenatti, Avenatti &

 8   Associates, and yourself individually as an attorney

 9   separately?

10        A    I don't understand that question.

11        Q    My understanding is you have a law practice that

12   you are in a partnership with, which is Eagan Avenatti?

13        A    Correct.

14        Q    Then you have Avenatti & Associates, which is a

15   law corporation that may be earning fees separate and

16   outside of Eagan Avenatti?

17        A    Correct.

18        Q    And then you have yourself as an individual who

19   may be providing services to individual clients or other

20   clients outside of Avenatti & Associates and Eagan

21   Avenatti; correct?

22        A    Correct.

23        Q    So then tracing those three income streams, do you

24   have -- just focusing only on Eagan Avenatti, what were

25   the gross receipts of Eagan Avenatti for 2018?
```

63

**Exhibit I**

USAO_00454970

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1          A    I don't know.

2          Q    Who would have that information?

3          A    Ms. Regnier.

4          Q    What were the gross receipts of Avenatti &

5     Associates for 2018?

6          A    I don't know.  I would have to look at documents.

7          Q    That would be Ms. Regnier as well?

8          A    Not entirely.  I would have to consult her, and I

9     would also have to look in other documents.

10         Q    What documents would you have to look at?

11         A    I don't know.  Documents relating to the receipts.

12         Q    What documents --

13         A    Maybe the bank statements.  Probably the bank

14    statements.

15         Q    Those would be the City National Bank accounts?

16         A    And the California Bank & Trust.

17         Q    And the California Bank & Trust, because it

18    switched at some point during the year?

19         A    Yes.

20     Can you excuse me for a minute?

21         MR. DEARMEY:  Sure.  Let's go off the record.

22         (Recess.)

23    BY MR. DEARMEY:

24         Q    Sir, for you as an individual, you receive -- you

25    do work as an attorney as an individual; correct?  We

                                                              64

**Exhibit I**

USAO_00454971

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    established that?

2        A    Yes.

3        Q    Do you accept -- strike that.

4             Have you taken any property in exchange for

5    services in the last 12 months?

6        A    Not that I can recall, no.

7        Q    So only cash?

8        A    Cash or a promise to pay in the future.  I

9    generally don't take a lot of cash, cash.

10       Q    But I'm saying, US dollars, meaning people haven't

11   paid you in any kind of property where they've given you

12   items of property, like a watch or a ring or something in

13   exchange for your services?

14       A    Not that I recall.

15       Q    Have you received --

16       A    Actually, I want to change an answer.  You asked

17   me do I have an interest in any other entities.

18       Q    Yes.

19       A    I have an interest in Ikaria and whatever other

20   companies were spun out of Ikaria, if any.

21       Q    Any other interest in any other companies that you

22   are aware of?

23       A    Not that I can recall.

24       Q    Are you the owner of any trademarks?

25       A    In my name?

                                                              65

**Exhibit I**

USAO_00454972

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1      Q    Or in any of your controlled entities.

2      A    I don't know what trademarks Global has, for

3    instance, so I'm going to go with yes.

4      Q    Would those be, other than Global Baristas, any

5    other entities that would have trademarks where you would

6    have an interest?

7      A    I don't know if GB Autosport does or not.  Maybe.

8      Q    Are you the owner of any other intangible

9    property?

10     A    Oh, I think Ikaria has a trademark too.

11     Q    Okay.  Are you the owner of any other intangible

12   property?

13     A    I don't know what you mean by "intangible

14   property."

15     Q    Sure.  You are a fairly high profile individual,

16   have you been offered any funds for exchange for a book

17   deal or your story or anything like that?

18     A    I've been offered -- I received a bunch of offers

19   for all kinds of things over the last year.

20     Q    What are they offering you in exchange for what?

21   I mean, they are offering you money in exchange for what?

22     A    There's been all kinds of offers.  There's been --

23   I mean, I can't even begin to tell you how many offers

24   I've received.

25     Q    So they are offering you money.  All of the offers

66

REGAL

**Exhibit I**

USAO_00454973
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   that they make to you are for money --
 2       A    Not necessarily.  It's not just money.  There's
 3   been any number of offers or proposals.  I receive offers
 4   and proposals all the time.
 5       Q    What is the property that they want from you?  Use
 6   of your likeness?  Is it your story?  Is it -- I need you
 7   to describe for me what they are trying to contract you
 8   for?
 9       A    It depends.  There's all kinds of things.
10   Likeness, story, movie rights, TV show rights.  All kinds
11   of things.
12       Q    Are these all written offers?
13       A    No.
14       Q    Some are verbal offers?
15       A    Yes.
16       Q    Anything other than likeness, story, movie rights,
17   TV show rights --
18       A    Life rights.
19       Q    Otherwise known as biography rights?
20       A    I've never heard that term "biography right."
21       Q    Okay.  Life rights.
22        Anything else?
23       A    Not that I can think of.
24       Q    Was there a dollar figure that you have with
25   respect to those intangible rights, we'll call them
```

67

**Exhibit I**

USAO_00454974
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   likeness, story, movie right, TV show right, life right,

2   that you have associated with those assets?

3       A   Not that I am associated with.

4       Q   With respect to the watches that were placed with

5   Kenny that were the subject of the first turnover

6   stipulation from December 2018, do you agree that there

7   was a $100,000 loan against those properties?

8       A   I don't agree or disagree.  I don't remember

9   exactly what the number was.

10      Q   But you had taken some loan against those watches?

11      A   I think so, yeah.

12      Q   What happened to the $100,000 -- or the funds?

13  Whatever the proceeds were of that loan --

14      A   Went to pay for expenses.

15      Q   Do you agree that none of the funds from that loan

16  were provided to my client?

17      A   No.  I disagree with that.  Actually, I don't

18  know.  I don't know whether that's true or not true.

19      Q   Do you have any records that you would use to

20  provide an accounting of the receipt of those funds and

21  how they were spent?

22      A   I'm going to think the bank records.

23      Q   Did you deposit whatever funds you received into

24  the bank?

25      A   I don't remember what I did, but I believe I did.

                                                          68

**Exhibit I**

USAO_00454975
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        I don't remember exactly what I did, but I believe I
 2   did.
 3        Q    That would have been City National Bank?
 4        A    I think it was California Bank & Trust at the
 5   time.
 6        Q    Did you have individual accounts at California
 7   Bank & Trust as well?
 8        A    No.
 9        Q    Just Avenatti & Associates and Eagan Avenatti?
10        A    I think that's right.
11        Q    At any point in time while operating the Eagan
12   Avenatti accounts at California Bank & Trust, did you ever
13   pay personal expenses directly from Eagan Avenatti?
14        A    I don't remember.  I may have.  But I would have
15   been permitted to.
16        Q    At any point in time in the California Bank &
17   Trust account for Avenatti & Associates, did you ever pay
18   personal expenses directly from that account?
19        A    Same answer.  I may have.  But I would have been
20   permitted to under standard corporate governance.
21        Q    With respect to the City National accounts, at
22   least for Avenatti & Associates, have you ever paid any
23   funds directly for your benefit out of that account?
24        A    Same answer.
25        Q    Okay.  What about your trust account, have you
```

69

**Exhibit I**

USAO_00454976

GB_C_00027019

1  ever paid any funds directly for your own benefit from

2  your trust account?

3      A   I don't recall.

4      Q   With respect to -- there was a house located at

5  106 McKnight Drive, M-c capital K-n-i-g-h-t in Laguna

6  Beach, California 92651.  Did you receive proceeds from

7  sale of that property?

8      A   The property was sold and there were proceeds from

9  the sale.

10     Q   Okay.  Which bank account were the proceeds wired

11 to?

12     A   I don't remember, but your client sent me an email

13 the other day telling me she has all the records.  So if

14 you have some documents that would refresh my

15 recollection, I would be happy to look at them.

16     Q   Did you wire any of those funds to Global Baristas

17 US, LLC, at KeyBank?

18     A   I may have.  I don't remember.

19     Q   Were you and my client co-owners of that property?

20     A   In my view, no.

21     Q   Well, by the title?

22     A   I believe so.  But she never contributed a dime to

23 that property.  Not one red cent.  Just like every other

24 asset of the marriage, unless you count purses and

25 handbags and things like that.

70

**Exhibit I**

USAO_00454977

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1        Q     Where did the funds come from to purchase the
2    property?
3        A     Those were my funds.
4        Q     From what account?
5        A     I don't remember.  She didn't contribute any
6    dollars to that house, not a penny.  Not a penny on the
7    down payment, the improvements, the mortgage payments,
8    nothing.  Not an absolute dollar.
9        Q     Are you familiar with a lender called Acamar,
10   A-c-a-m-a-r?
11       A     Yes.
12       Q     Who are they to you?
13       A     It was a company that loaned money to, I believe,
14   me.
15       Q     Would that have been money to Eagan Avenatti?
16       A     I don't remember.
17       Q     Those would be advances on some type of class
18   action litigation; correct?
19       A     I don't remember.  It may have been, I just don't
20   remember.  It's been a number of years ago.
21       Q     To your knowledge, were any funds paid from the
22   sale of the McKnight property to pay off the loan to
23   Acamar?
24       A     They may have been, I just don't remember.  It was
25   around the same time.

                                                                71

**Exhibit I**

USAO_00454978
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1     Q    Okay.  Did you own a Range Rover in the year 2018?

2     A    Yes.

3     Q    Was that car sold?

4     A    Yes.

5     Q    Who did you sell it to?

6     A    I sold it to CarMax.

7     Q    Did you receive money in exchange for the sale?

8     A    Yes.

9     Q    How much did you receive?

10    A    I think 90,000.

11    Q    Where did those funds go?

12    A    Into the bank.

13    Q    City National Bank?

14    A    Either that or California Bank & Trust.  I think

15  City National.

16    Q    Did you provide any of those funds to my client?

17    A    No.  She wasn't entitled to any of them.

18    Q    Did you have documents to support that sale?

19    A    I imagine I do.  I don't have anything with me.

20    Q    Right.  Sir, I understand you don't have a lot of

21  documents with you today or any documents with you today.

22  I'm trying to identify what documents exist and where they

23  would be so I can get them.

24         With respect to the Range Rover, was that car in

25  your name?

72

**Exhibit I**

USAO_00454979
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    I believe it was, yeah.

2        Q    Did you give my client notice prior to the sale?

3        A    No.  Because I don't believe that I had --

4        MR. GELBART:  Hold on for a second.  Don't answer that

5    question.  It has nothing to do with the Judgment Debtor

6    Examination.

7    BY MR. DEARMEY:

8        Q    With respect to the --

9        A    Did your client give me notice of all the things

10    she sold and got rid of including our dog and jewelry and

11    everything else?

12        Q    With respect to -- was there a Porsche Speedster

13    in your name?

14        A    At one time.

15        Q    What happened to it?

16        A    It was sold.

17        Q    And do you know when it was sold?

18        A    It was sold before the date of separation.

19        Q    Okay.  How much for?

20        A    I don't remember.

21        Q    Do you know where the funds went from the proceeds

22    of the sale?

23        A    Into one of the bank accounts.  Probably to pay

24    the outrageous American Express your client was running up

25    every month.
```

73

**Exhibit I**

USAO_00454980

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        Q    Was there a vintage Ferrari?

2        A    I don't know what you mean by "vintage Ferrari."

3        Q    Well, other than the Ferrari that was the lease

4    that was turned over to my client, did you have any other

5    Ferrari that you owned in the last five years?

6        A    Yes.

7        Q    What kind of Ferrari?

8        A    I think it was 550, but may have been a 575.

9        Q    What year?

10       A    I don't remember.

11       Q    What happened to that car?

12       A    That car was sold.

13       Q    During the marriage?

14       A    Yeah.

15       Q    Do you know how much you received for it?

16       A    I don't remember.

17       Q    Who was it sold to?

18       A    I believe it was sold to South Bay Ferrari.

19       Q    Do you know what year it was sold?

20       A    I don't.

21       Q    Was there an '80s Porsche?

22       A    There was a '98 Porsche.

23       Q    My understanding is you had two Porsches, a

24   regular kind of Porsche and like a race car kind of

25   Porsche.  Did you own some Porsches?
```

74

REGAL

**Exhibit I**

USAO_00454981
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1       A    I've owned racecars over the years.  I didn't own
 2   any race car Porsches as of the date of separation.
 3       I didn't own any race cars as of the date of
 4   separation that I can recall.  I haven't owned a racecar
 5   in a long time.
 6       Q    Did you own any Porsches in the last five years?
 7       A    I've owned all kinds of Porsches.  I don't own any
 8   Porsches anymore.
 9       Q    When did you sell the most recent Porsche?
10       A    I think at the time the Ferrari -- the 488 was
11   acquired.  The one that -- or around that time.  The one
12   that was turned back over to your client.
13       Q    Okay.  When you sold that Porsche, what happened
14   to the proceeds of the sale?
15       A    I think it went towards that 488.  Or a check may
16   have gone to the bank.  I don't remember.  It was before
17   the date of separation.
18       Q    So from the date of separation to today's date,
19   other than the Range Rover, have you sold any vehicles?
20   And excluding the Ferrari that was turned over to my
21   client which is a lease.
22       A    No.
23       Q    Do you have any vehicles, as you sit here today,
24   that you own?
25       A    No, not that I can recall.
```

75

**Exhibit I**

USAO_00454982
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        Q    Do you have access to a vehicle that you drive?
2        A    I have access to a Escalade that is leased that is
3    not in my name that I drive from time to time.
4        Q    Do you know whose name it is in?
5        A    Yes.  It's in Ms. Regnier's name.  It was leased
6    three or four years ago.
7        Q    Okay.  Is that a vehicle that you primarily drive?
8        A    No.
9        Q    Does she -- who keeps custody of the vehicle?
10       A    Generally, the driver that I use from time to
11   time, James Cameron.
12       Q    With respect to --
13       A    But I don't own that vehicle.  And I don't have
14   any interest in the vehicle.
15       Q    Who pays the bill on the vehicle?
16       A    It's a prepaid lease.  It was all paid at the time
17   it was leased.  It's a single prepaid lease.  It was
18   leased three and a half years ago -- not three and a half.
19   A little less than three and a half.
20       Q    Who paid for the lease?
21       A    The firm, I think.
22       Q    Eagan Avenatti?
23       A    I think so.
24       Q    With respect to -- have you ever heard of
25   something called Augusta, LLP?
```

76

**Exhibit I**

USAO_00454983
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    Yes.

2        Q    Do you know what it is?

3        A    Yeah.  It's a limited liability partnership.

4        Q    Are you a member?

5        A    No.

6        Q    Do you know who the partners are?

7        A    No.

8        Q    Do you have any interest in the partnership?

9        A    No.

10       Q    Does Eagan Avenatti have an interest in the

11   partnership?

12       A    No.

13       Q    Does Avenatti & Associates have an interest in the

14   partnership?

15       A    No.

16       Q    Is somebody holding an interest in the partnership

17   on your behalf?

18       A    No.

19       Q    Then how do you know what it is?

20       A    Because I formed it for a client.

21       Q    Oh.  My understanding is --

22       A    How do you know what it is considering that it's a

23   confidential communication between me and clients.  That's

24   a little disturbing, Counsel.

25       Q    So you have an ex-wife other than my client;
```

                                                                77



**Exhibit I**

USAO_00454984
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1  correct?
 2      A   Yes.
 3      Q   Do you pay support for any children of that
 4  marriage?
 5      A   Yes.
 6      Q   Are you current in that support?
 7      A   No.
 8      Q   What is your support obligation to that -- well,
 9  what is her name?  Let's start with that.
10      A   Christine.
11      Q   Same last name as you?
12      A   Yes.  Actually, no.  It's Carlin, C-a-r-l-i-n.
13      Q   What is your monthly obligation to Ms. Carlin for
14  child support?
15      A   Well, that's a complicated question.
16      Q   Is there a court order amount?
17      A   Yeah.  But the amount has been modified.
18      Q   Are there arrears?
19      A   Yes.
20      Q   What county is that case out of?
21      A   LA County.
22      Q   Is there a spousal support obligation to
23  Ms. Carlin?
24      A   There was, but it's expired.
25      Q   Okay.
```

78



**Exhibit I**

USAO_00454985

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    A    There's a judgment in that case that predates your

2    client by about 12 years.  Actually, no.  It was 2007, the

3    judgment, I think.

4    Q    Do you have any artwork in your name in the

5    position of -- this is Number 8 on our list on the

6    turnover order -- Orange County Fine Art Storage?

7    A    No.

8    Q    Do you have any art in your name at all other than

9    the artwork that was turned over to my client?

10   A    No.

11   Q    Do you have any artwork in your possession,

12   custody, or control?

13   A    Well, there's items that your client has that

14   belong to me, art.  I mean, those belong to me or at least

15   they are community property at a minimum.  So I'm going to

16   say yes.  And I believe some of that is at Fine Art, at

17   that storage facility.

18   Q    Other than the items that were listed specifically

19   as artworks in our December 2018 turnover order, is there

20   any other artwork you are alleging that is under an

21   account in your name at Orange County Fine Art Storage?

22   A    There is art at that storage facility that belongs

23   to me, either individually or by way of community

24   property.  Yes.

25   Q    That art that is there is different art than the

                                                              79

**Exhibit I**

USAO_00454986

GB_C_00027019

```
1    art that was already turned over in the December 2018

2    order?

3        A    There's other art -- we had a conversation at the

4    time about this.  There is not -- all the art Lisa and I

5    had was listed on that order -- that stipulation.

6        Q    Okay.

7        A    You and I discussed it at the time.

8        Q    Okay.  With respect -- so then the artwork that is

9    there, we know it exists.

10            Is there any artwork in the name of Avenatti &

11   Associates?  Item Number 9.

12       A    No.

13       Q    Is there artwork in the name of Eagan Avenatti at

14   Orange County Fine Art Storage?

15       A    I'm not going to answer that question.

16       Q    What do you mean?

17            You are the owner of Eagan Avenatti.  I'm entitled

18   to ascertain the assets of --

19       A    The answer is no.  Fine.  The answer is no.

20       Q    Okay.  Is Orange County Fine Art Storage holding

21   any artwork on your behalf under any other entity's name

22   other than yourself, Avenatti & Associates, and Eagan

23   Avenatti?

24       A    Yes.  Whatever account your client has put that on

25   under.  Wherever that art is.  Unless she sold it or
```

80

**Exhibit I**

USAO_00454987
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    disposed of it like she did of all the other assets I've

2    lost track of.  So I don't know how to answer that.

3            There's other art there.  I don't know what Lisa

4    has done with it.  But that's the best answer I can give

5    you.

6        Q    Okay.  Focusing on -- so the plane that was turned

7    over, my understanding is that you had invested to acquire

8    the interest in 420, which was the LLC that owned the

9    plane with Mr. Parrish for Avenatti & Associates, can you

10   tell me where the funds that went into the plane came

11   from?

12       A    I don't remember.

13       Q    Have you taken any vacations in the last 12

14   months?

15       A    One vacation.  Five days.

16       Q    Where did the funds come from --

17       A    I didn't go to Portugal or any of those other

18   far-off destinations like your client.

19       Q    Where did those funds come from?

20       A    What do you mean "where did they come from"?

21       Q    Were they from your earnings?

22       A    Yeah, from my earnings.

23       Q    So would they have been paid for just on the debit

24   card or out of the account?

25       A    To the best of my knowledge.

81

**Exhibit I**

USAO_00454988

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1             I've been a little busy the last 12 months.  I
 2    haven't had a lot of vacation time.  Of course, I don't
 3    earn as much as Lisa, so. . .
 4        Q    Have you received any funds payable to you in your
 5    services as an attorney from an entity called GoFundMe?
 6        A    I don't know what GoFundMe is.
 7        Q    You don't know what GoFundMe is?
 8        A    What is GoFundMe?
 9        Q    It's a website people can go and set up a cause
10    and people can fund things and you receive the funds?
11        A    No.  I haven't received anything from GoFundMe, to
12    the best of my knowledge.
13        MR. DEARMEY:  Can we go off the record for a second?
14        MR. GELBART:  Sure.
15        (Recess.)
16        MR. DEARMEY:  Back on the record.
17    BY MR. DEARMEY:
18        Q    Ms. Regnier, she has the car in her name, the
19    Escalade.  Is there any other property that you have
20    access to that she has under her name?
21        A    I mean, she could have documents relating to the
22    businesses.  I don't know what you mean by "property."
23        Q    Sure.  I mean, has she leased any apartments or
24    office space on your behalf?
25        A    No.
```

                                                              82

REGAL

**Exhibit I**

USAO_00454989
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q   Is she a signer on any checking accounts for Eagan
2   Avenatti?
3    A   I don't think Eagan Avenatti has any checking
4   accounts.
5    Q   Okay.  Is she a signer on any accounts for
6   Avenatti & Associates?
7    A   I'm sure she is.  Whatever accounts exist, she is
8   probably a signer on.
9    Q   Are you holding any funds and transacting any
10  business under her name?
11   A   No.
12   Q   So she doesn't have a checking account set up
13  under her name that's really your funds where you are
14  asking her to pay bills or hold money?
15   A   Absolutely not.
16   Q   Is she holding any property for you such as
17  watches, jewelry, anything like that?
18   A   No.
19   Q   Sir, you were requested to produce certain
20  documents early in the litigation related to your
21  finances, which you did not do.
22       We talked about your tax returns.  Are there any
23  other tax returns where you receive a K-1 from any other
24  entity other than Eagan Avenatti or Avenatti & Associates?
25   A   I mean, Global I would assume at one point.

83

**Exhibit I**

USAO_00454990
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1       Q    Other than Global and Doppio?
 2       A    Nothing from any of the entity -- maybe Tyrian at
 3  one point, but I don't think so, because I'm just a
 4  shareholder.
 5       Q    Right.  It's a corporation, it's not a --
 6       A    Correct.  Correct.
 7       Q    It's not a closely held corporation?
 8       A    Actually, I don't know.  I think you may be able
 9  to define it as closely held.  I don't know what the
10  shareholder cutoff number is for closely held.
11       Q    Is it a pass-through entity, meaning an S
12  corporation or something like that?
13       A    I didn't think so.  I think it's a C corporation.
14       Q    Is there any other source of additional income
15  from you?  Any monies?  Do you have any source whatsoever
16  other than what you've stated here so far?
17       A    Currently?
18       Q    Sure.  Presently.
19       A    Not that I can think of.
20       Q    In the last 12 months, any sources of income for
21  you other than your services as an attorney?  You are not
22  paid for any of your television appearances or any
23  promotional events?
24       A    That's not true.  I was paid for a handful of
25  television appearances, but nothing on a regular basis.  I
```
                                                                84

**Exhibit I**

USAO_00454991
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   think Bill Maher was like 500 bucks or a thousand dollars.

2   I may have received a small stipend for a couple other

3   appearances.

4       Q    Okay.  I know at some point you were doing

5   promotional events for different entities, showing up at

6   different rallies and things like that.  Were you paid for

7   those appearances?

8       A    I don't know what you are referring to.  Are you

9   talking about political events?

10      Q    Yeah.

11      A    I may have been paid for one or two of them, but

12  generally, no.

13      Q    Do you receive documents such as 1099s or W-2s for

14  those services?

15      A    No.

16      Q    Do you know the total amount of funds you received

17  in 2018 from nonlegal services that would be related to

18  these promotional events or appearances?

19      A    I think it would be less than $15,000.  Maybe far

20  less than that.

21      Q    Okay.  In your office -- strike that.

22      Do you have any other offices that you guys practice

23  out of?

24      A    No.

25      Q    Just the one in Pasadena or Echo Park?

                                                           85

**Exhibit I**

USAO_00454992

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1       A    Yeah.

2       Q    Does any other law firm share that space?

3       A    Yes.

4       Q    What law firm?

5       A    The X-Law Group.

6       Q    What is The X-Law Group?

7       A    It's a law firm.

8       Q    Do they do any work for any of your entities?

9       A    We do joint venture cases from time to time.

10      Q    When you say joint venture cases, is that like

11  associate counsel?

12      A    Yeah.  Worked on cases together.

13      Q    Have they received any proceeds of settlement or

14  profit from those cases?

15      A    Yes.

16      Q    When the money comes in on your joint venture

17  cases, does it go into their trust account to get paid to

18  you or does it go into yours to get paid to them?

19      A    There's only been a few instances, and I think

20  it's been both.

21      Q    Do they have any funds on cases that are due to

22  you?

23      A    No.

24      Q    Do you have any funds on any cases that are due to

25  them?

                                                        86

**Exhibit I**

USAO_00454993
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1      A   Not that I can recall.
 2      Q   Do you have a financial interest in any pending
 3   litigation right now that you believe will provide you
 4   future income?
 5      A   Me personally, no.
 6      Q   Does Eagan Avenatti have any interest in any cases
 7   right now that you believe will generate future income?
 8      A   Sure.
 9      Q   How many?
10      A   I have no idea.
11      Q   Can you give me an estimate of the future income?
12      A   I can't.
13      Q   My understanding was there was a fairly large
14   judgment prior to the date of separation from a case, at
15   least from what I saw from the bankruptcy, it was Kimberly
16   Clark?
17      A   That's actually false.  It was after the date of
18   separation.
19      Q   Regardless, so --
20      A   No.  That's not a small regardless, but go ahead.
21      Q   Regardless for my purposes today collecting and
22   enforcing, are there funds due to Eagan Avenatti from
23   Kimberly Clark?
24      A   A de minimis amount.  Well, actually, I'm going to
25   say no.
```

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00454994
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1      Q    Are there funds that are pending before judicial
2   determination to be awarded to Eagan Avenatti?
3      A    No.
4      Q    Are they to be awarded to your client of which
5   Eagan Avenatti receives a share?
6      A    No.  The case was up on appeal.
7      Q    So a judgment was entered, that amount is on
8   appeal, so if that appeal is successful, then Eagan
9   Avenatti would not get money or get money?
10     A    We don't know.  There's been no fee application
11  approved.  There's been no fees approved.  We don't know
12  how those fees would be paid, if they would be paid, or
13  the amount of those fees.
14     Q    What was the judgment for?
15     A    25 million and change.
16     Q    Of the 25 million and change, how much is Eagan
17  Avenatti supposed to receive?
18     A    Right now, zero.
19     Q    Well, if Eagan Avenatti is successful in
20  winning --
21     A    I can't speculate, because it's approved by the
22  court.  There is not a fee agreement.  It's a class action
23  case.  That's not how --
24     Q    Is there a certain estimate you can give me as to
25  what the fee request was or would be?
```

88

**Exhibit I**

USAO_00454995
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A    No.

2        Q    More than a dollar?

3        A    Well, first of all, no fees have been applied for,

4    no fees have been approved, no legal basis has been

5    approved by the court for the awardence of fees.

6        Q    Is there an amount of fees that you've incurred to

7    date that you would be seeking reimbursement through

8    application?

9        A    I don't understand the question.

10       Q    So you have a case, you got a judgment; correct?

11       A    Correct.

12       Q    My understanding was originally it was

13   $400 million?

14       A    Correct.

15       Q    And that got reduced --

16       A    This is the verdict where your client refused to

17   come up the day of the verdict --

18       Q    Right.  Right.  Where you allege she was --

19       A    No.  I don't allege.  That's exactly what

20   happened.  She was too busy in Orange County to put

21   herself in a car and come up and celebrate the verdict.

22       Q    Okay.  So my understanding is at some point that

23   verdict got reduced; correct?

24       A    Yes.

25       Q    And it got reduced from $400 million to what
```

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00454996
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    amount?

2        A    25 million.

3            And now your client wants a piece of the verdict

4    that she couldn't even come up to celebrate.  I just want

5    to make sure I get that right.

6        Q    You have it correct, yes.

7        A    That's one of life's great ironies.

8        Q    It is.  And I finally got to make you smile and

9    laugh.

10           With respect to the --

11       A    What a disgrace.

12       Q    Thank you.

13       A    Disgusting.

14       Q    With the $25 million --

15           I'm assuming you were referring to my client and

16   not to me?  Or you can be referring to both.  That's fine.

17       A    No.  I'm not referring to either one of you.  I'm

18   referring to that position I find to be disgraceful and

19   disgusting.  That's what I'm referring to.

20       Q    Okay.  So with respect to that $25 million, is

21   there an expectation of the amount of money that would be

22   received by your firm as compensation for the services

23   that have been rendered and work done in that case?

24       A    No.

25       Q    So you believe the value of that presently is --

90

**Exhibit I**

USAO_00454997
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        A    Zero.

 2        Q    Zero?

 3        A    Yep.  Because any experienced trial lawyer will

 4   tell you that you cannot put a value to it until it's

 5   actually received.  Because anybody that has been doing

 6   this a long time knows that until the money is received,

 7   you really can't count it.

 8        Q    Okay.  With respect to -- then of all of the

 9   pending cases of Eagan Avenatti, would you agree with me

10   that the value of your law firm is less than $10,000?

11        MR. GELBART:  I can't ask him to answer that.

12        THE WITNESS:  I have no way of valuing Eagan Avenatti.

13   You've got a $10 million judgment against Eagan

14   Avenatti --

15        MR. GELBART:  I would prefer you just stop talking

16   about the value of Eagan Avenatti.

17        MR. DEARMEY:  I'm entitled to know what his basis of

18   opinion of value of his assets are.

19        MR. GELBART:  If you are taking his deposition for a

20   divorce, but not an OJD.

21        MR. DEARMEY:  In a turnover order, I'm entitled to

22   ascertain in an OJD what he believes what his assets are

23   and what he believes they are a net value of.

24        MR. GELBART:  He's got no foundation for the value and

25   you know that.
```

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00454998

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1      MR. DEARMEY:  Counsel, I respectfully beg to differ
 2  considering he is the person most knowledgeable of the
 3  value used to sign documents for the bankruptcy court
 4  evidencing the value, specifically what the value of the
 5  asset is.
 6      MR. GELBART:  I'm sorry.  But I also am the person
 7  here at this law firm who signs the checks and could not
 8  tell you the value of my law firm.  Okay.
 9      MR. DEARMEY:  You are aware that your client signed
10  financial statements with the bankruptcy court that would
11  list the net value of his law firm.
12      MR. GELBART:  No.  I'm not aware of that at all.
13  BY MR. DEARMEY:
14      Q   Sir, do you recall signing documents on a regular
15  basis and filing them with the bankruptcy court for Eagan
16  Avenatti representing to that court as the person most
17  knowledgeable what the net value of the business was?
18      A   I may --
19      MR. GELBART:  The value for what purpose?  Bankruptcy
20  court?  Or for the valuation in a family law proceeding?
21      MR. DEARMEY:  I'm not asking for the purpose of a
22  family law proceeding, Counsel.  I'm not asking as a
23  family law proceeding.
24          I'm asking for what he believes the net value of
25  his law firm is for the purpose of collections.  Which
```

                                                          92

**Exhibit I**

USAO_00454999
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    would, I think, be the same as bankruptcy, because that's

2    what creditors are.  So he would list the net value of the

3    business.

4        MR. GELBART:  I'm following what you are saying, and I

5    think that if he confirms what he wrote in the bankruptcy

6    court as filling out the document the way they require it,

7    that's fine.  But I don't want him to have -- to answer a

8    question that can be interpreted wrong.

9    BY MR. DEARMEY:

10       Q    Well, I'm entitled to know, sir, if I'm asking for

11   the turnover of Eagan Avenatti what you believe the fair

12   value that you should be credited against the amount of

13   support owed is for Eagan Avenatti.

14       MR. GELBART:  He think that's --

15       THE WITNESS:  That's a statement.

16       MR. GELBART:  That's not a question.

17       THE WITNESS:  That's not a question.

18   BY MR. DEARMEY:

19       Q    I'm asking what is it?

20       A    Sir, I don't know.  I haven't thought about it.

21   I'm not a law firm valuation expert.  We would have to

22   retain an expert.

23           I'll tell you this, the value is a lot different

24   if I'm involved versus if I'm not involved.  And the last

25   time I checked, I don't have to stay involved with any of

                                                              93

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00455000
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   these entities --
 2       MR. GELBART:  Okay.  Let's stop.
 3       THE WITNESS:  I don't have to continue to prosecute
 4   cases, for instance --
 5       MR. GELBART:  I would prefer that you not speak to
 6   this issue anymore.
 7   BY MR. DEARMEY:
 8       Q   With respect to Avenatti & Associates, since we've
 9   asked for the turnover of the shares, do you have, in your
10   mind, an opinion of value as to what Avenatti & Associates
11   is worth?
12       A   I would have to consult with my counsel, and I
13   would have to learn what the standards are under family
14   law, and probably consult an expert.
15       Q   Not for family law.  In terms of the asset itself,
16   if I understand your possession, all of your pending cases
17   have a zero value; correct?  Because no funds have been
18   awarded; correct?
19       A   In this context, sure.
20       Q   Has Eagan Avenatti, in the last 12 months, filed
21   any applications for fees that are currently pending
22   before any court?
23       A   No.
24       Q   In the last 12 months, have Avenatti & Associates
25   filed any application for fees that is pending before any
```

94

**Exhibit I**

USAO_00455001
GB_C_00027019

1    court?

2         A    No.

3         Q    As we sit here today, have you as an individual

4    attorney on behalf of any client, filed any application

5    for fees that is pending in any court?

6         A    Not that I can recall.

7         Q    So all three entities where you are practicing law

8    in various entities and forms -- strike that.

9              Are you a joint venture or associate counsel on

10   any case with any other law firm that has a pending

11   application for fees?

12        A    Not that I can recall.

13        Q    So would you agree with me, sir, based upon your

14   statement of value that until fees are determined and

15   awarded by a court that a case has a zero value, that all

16   of the cases that Avenatti & Associates has have a zero

17   value?

18        A    No.  I would completely disagree with that.  You

19   are mixing apples and oranges.

20        Q    Would you agree with me that Eagan Avenatti --

21   that all the cases pending using your determination of the

22   fact that there's no fees awarded, that the case is at

23   zero value?

24        A    No.  It would depend on the context.  Again, I'm

25   not an expert.  I can't provide a valuation for this

                                                            95

**Exhibit I**

USAO_00455002
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    exercise, Counsel.  I would have to consult with my

2    lawyer.  I would have to understand how you value an

3    entity.  I just don't know.

4        Q    You would have to get a list of the cases that you

5    have first; correct?

6        A    No, not necessarily.

7        Q    Does a case list exist in which Eagan Avenatti has

8    a financial interest?

9        A    I don't think we have a case list.  No, I don't

10   think we have an existing case list.

11       Q    Do you have a list of cases that Avenatti &

12   Associates has a financial interest in?

13       A    No, I don't think we have a list, per se.

14       Q    Do you have a list of cases that you, yourself

15   have a financial interest in?

16       A    I don't believe I have a list of cases.

17       Q    Can you tell me the amount of money that Eagan

18   Avenatti has invested in pending cases in the last 12

19   months?

20       A    I don't know.  I would have to look at documents.

21   I have no idea.

22       Q    Are those the financial records and bank

23   statements of the entity?

24       A    Yes.

25       Q    Are there other documents that would evidence --

                                                             96

**Exhibit I**

USAO_00455003
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1      A    I'm sure there are.  I just can't think of any --
2      Q    We're stepping on each other again.  I apologize
3   to ask it again, but so it's clear for our record.
4        Are there other documents that would evidence the
5   amounts that have been invested in the cases of Eagan
6   Avenatti in the last 12 months?
7      A    Do they exist?  I'm sure, yes.
8      Q    Who would be the custodian of those records?
9      A    I have no idea, because I don't know what the
10  documents are.  In answer to your question, I'm sure such
11  documents exist.  I'm going to go out on a limb and say
12  yes.
13     Q    That would be Ms. Regnier would typically be the
14  person?
15     A    No.  Again, that's not -- you are not being clear
16  in your questions or you are purposely trying to trip me
17  up.
18        Let's be clear.  You asked me, do other documents
19  exist?
20        I said, I'm sure they do.
21        You said, Where would they be located?
22        I said, I'm not certain, because I don't know what
23  they are.  So if I don't know what the document is, then I
24  don't know where it's located.  If I don't know where it's
25  located, then I don't know who has possession, custody, or
```

97

**Exhibit I**

USAO_00455004

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    control.

2           Am I clear?

3       Q   You are very clear.

4           So Ms. Regnier is the office manager; correct?

5    For Eagan Avenatti?

6       A   I think we've already gone through this.

7       Q   So would it be fair to say that if any funds would

8    have been expended and invested into cases that she would

9    be aware of it?

10      A   No.

11      Q   Who, other than her, would be aware of amounts

12   expended and invested into cases?

13      A   I don't know.  It would depend on what was

14   invested and what was expended.  I don't know.

15          This is all speculation and hypothetical.  I have

16   no idea.

17      Q   At any point in time did you ever set a value on

18   the art in the name of Eagan Avenatti?

19      A   I don't remember.  I may have.

20      Q   Have you conducted any appraisal of any assets in

21   which you own an interest in the last 12 months?

22      A   I don't remember.  I may have, I just don't

23   remember.

24      Q   Expanding that to 24 months.  Have you conducted

25   any appraisals of any assets in which you have an interest

                                                          98

**Exhibit I**

USAO_00455005
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    in the last 24 months?

2         A    I may have, I just don't remember.

3         Q    When we say "appraisals," if you have them, where

4    would they be?  In your personal records?

5         A    I don't know of any appraisals, per se.

6              Did I bring in an appraiser to appraise things?

7    Is that what you are asking?

8              I don't know what you mean by "appraisers."

9         Q    You don't know what an appraisal is?

10        A    Sir, I generally know what an appraisal is.  When

11   I go out and hire an appraiser to come in and give me a

12   valuation of a particular asset.  That would be

13   classified, in my opinion, as an appraisal.

14             So if you are limiting it to that, have I brought

15   in an appraiser within the last 24 months to give a

16   written appraisal as to any asset, the answer to that

17   question would be no.

18        MR. GELBART:  Hold on just a second, please.

19             Can I just inquire?  The Laguna Beach house, when

20   was it sold?

21        THE WITNESS:  Long before the date of separation.

22        MR. GELBART:  And before the 24-month period?

23        THE WITNESS:  Yes.

24        MR. GELBART:  Okay.  Thanks.

25   ///
```

99

**Exhibit I**

USAO_00455006

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    BY MR. DEARMEY:

2        Q    Sir, do you keep any personal books of account?

3    Cash receipts?  Disbursement ledgers?  Things like that?

4        A    No.

5        Q    Do you use any personal accounting software for

6    you or your businesses?  Quicken?  QuickBooks?  Microsoft

7    Money?

8        A    I don't, no.

9        Q    Do you know if Eagan Avenatti has QuickBooks?

10       A    I'm sure they have an accounting software.  I

11   don't know if it's QuickBooks or if it's something else.

12       Q    Have you applied for credit at any institution in

13   the last 24 months?  Car loan?  Lease?  Credit card?

14   Anything?

15       A    I may have, but as I sit here right now, I don't

16   recall.

17       Q    Do you own any interest in any real property?

18       A    No.

19       Q    Do you have any insurance policies in your name

20   alone?

21       A    I have the life insurance policy that you are

22   aware of.

23       Q    Right.  I'm asking about any other policies such

24   as liability --

25       A    You didn't exclude that one.  You said any.

                                                          100

**Exhibit I**

USAO_00455007

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        Q    Right.

2             So other than the life insurance policy that we've

3    documented in the turnover, any other insurance

4    policies --

5        A    There's a million dollar life insurance policy

6    that my first wife has.

7        Q    Any other life insurance policies like Eagan

8    Avenatti or Avenatti & Associates have any key man

9    policies?

10       A    Well, the $5 million policy.  I don't know who

11   owns that policy.  There's only two life insurance

12   policies, a million dollars that is held by my first wife,

13   and the $5-million policy that is owned by whoever it's

14   owned by.  Thankfully it's not owned by your client.

15       Q    Are you aware of any inventories of your personal

16   property that would have been used for any kind of

17   insurance policy for appraisals or setting values?

18       A    I think Lisa prepared all those at some point in

19   time.  She got a bunch of jewelry insured.  Are we

20   counting that as community property?  Because evidently we

21   are, so if we are then I guess we would have to look at

22   that appraisal.  I'm not aware of any other appraisal.

23       Q    Sir, other than the artwork, do you have any other

24   kind of collectible?  Toys?  Precious metal?  Things like

25   that?
```

101

**Exhibit I**

USAO_00455008
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1      A    No.  Lisa has done a really good job.

2      Q    Do you have any interest in any boats?

3      A    No.  I have no interest in boats.

4      Q    Other than the one interest that was in the LLC

5    for the airplane --

6         MR. GELBART:  Do you need to take a break?

7         THE WITNESS:  No.  I'm good.

8         MR. GELBART:  Sorry I interrupted.  Can you give me

9    that last question?

10   BY MR. DEARMEY:

11     Q    Sure.  With respect to your -- other than the

12   plane that was in the LLC that was transferred pursuant to

13   our turnover order, is there any other interest in any

14   other planes?

15     A    No.

16     Q    We talked about credit cards.  Do you have any

17   kind of private credit cards such as oil, gas, department

18   stores, things like that?  Nordstrom cards?

19     A    Neiman Marcus cards?  Things like that?

20     Q    Right.

21     A    No.  I don't have a black card.  I don't have a

22   Neiman Marcus card.

23     Q    Do you have any stock brokerage accounts?

24     A    No.  I don't refer to myself as a goddess either.

25     Q    With respect to stock brokerage accounts, do you

102

**Exhibit I**

USAO_00455009
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   have any -- since you don't have any accounts, do you have
 2   any shares of stocks that are not held in a brokerage
 3   account, such as open shares?
 4        A    No.
 5        Q    Do you own any stock in any public employed
 6   companies?
 7        A    No.
 8        Q    Have you entered into any employment contracts or
 9   agreements in the last 12 months to provide services of
10   any kind other than, I would say, client representation
11   retainer agreements, which could be attorney-client
12   privilege?
13        A    No, not that I can think of.
14             Well, other than speaking arrangements in the few
15   instances that we talked about.  You already covered that.
16        Q    I did.  But do documents exist?  Were there
17   agreements and licensing?  My understanding is when you do
18   one of those, they want you to sign a form --
19        A    Right.
20        Q    So do you have copies of those?
21        A    I don't think I kept copies of it.  It's like a
22   lease of some sort and they pay you a thousand dollars or
23   whatever it is.
24        Q    Have you been granted any stock options in any
25   entity or that we would call alternative compensation --
```

103

**Exhibit I**

USAO_00455010
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   payment upon completion of services?
 2       A   No.
 3       Q   Other than the IRA you have, are you an owner of
 4   any kind of benefit plan, whether it be profit sharing,
 5   retirement, 401(k)?
 6       A   By the way, the account at John Hancock is a
 7   401(k).
 8       Q   That's fine.  We previously identified it as an
 9   IRA, but you are saying it's a 401(k)?
10       A   I believe it is a 401(k).
11       Q   Do you know what employer it was created under?
12       A   I think it was created under Greene Broillet.
13       Q   Do you want to spell that for our court reporter.
14       A   Sure.  Greene, G-r-e-e-n-e, Broillet,
15   B-r-o-i-l-l-e-t.
16       Q   Do you currently receive any fringe benefits
17   otherwise known as perquisites from any of the entities
18   that you provide services for?
19       A   I receive health insurance.
20       Q   Okay.  How much is that premium per month?
21       A   I have no idea.
22       Q   Do you know who pays it?
23       A   The entity.
24       Q   Which one?
25       A   I think it's still under Eagan Avenatti.
```

104

**Exhibit I**

USAO_00455011

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Q    Okay.  In terms of expense accounts or --

2    A    It's the same health plan that your client and my

3  son is under.

4    Q    With respect to things such as, like, do they pay

5  your cell phone or any kind of vehicle expenses or

6  transportation?

7    A    My cell phone is paid.

8    Q    Do you know how much that is a month?

9    A    I have no idea.

10    Q    Any other perquisites or benefits that we would

11  consider?

12    A    I'm sure that there's meals that are paid from

13  time to time, travel expenses associated with client

14  representation from time to time.  I believe Avenatti &

15  Associates pays the driver, which is $5,000 a month.  I

16  believe it's $5,000 a month.  It may be a little less than

17  that actually.

18        I can't think of anything that they currently pay.

19    Q    You said -- do you have any interest in any

20  annuities?

21    A    No.

22    Q    Do you have any interest, other than the things we

23  talked about here, any other investments you have an

24  interest in?

25    A    Not that I can think of.

105

**Exhibit I**

USAO_00455012
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        Q    Does anybody owe you money that you have a note
 2    receivable for?
 3        A    Me personally, no.
 4        Q    Anybody owe Eagan Avenatti money that you have a
 5    receivable for?
 6        A    I guess technically, yes.  Although it was written
 7    off some time ago.
 8        Q    What was that?
 9        A    A former client of the firm owed the firm, I
10    think, 250- or $300,000, 400,000.
11        Q    What about Avenatti & Associates?  Any notes
12    receivable for Avenatti & Associates?
13        A    No.
14        Q    Do you own any bonds?
15        A    No.
16        Q    Do you have any certificates of deposit?
17        A    No.
18        Q    Other than the securities that we talked about
19    from Tyrian and the ones for the entities in which you
20    participate in, do you have any other securities presently
21    in your name?
22        A    No, not that I can recall.
23        Q    And are you a member of any social clubs that may
24    have an interest?  Balboa Bay Club?  Those kinds of
25    things?
```

106

**Exhibit I**

USAO_00455013
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        A    No.  I'm not a member of Balboa Bay Club.

 2        Q    No.  That's just an example.  I know.

 3             I'm just saying anything that could have a

 4   membership that can be transferable or sold?

 5        A    I'm not a member of any country clubs, and I'm not

 6   a member of any social clubs like the Balboa Bay Club.

 7        Q    Okay.  How much have you paid into your attorney's

 8   trust account?

 9        A    I have no --

10        MR. GELBART:  We're not going to talk about that.

11        MR. DEARMEY:  Well, how much does he still have on

12   account in the trust account that's used and unearned.

13        THE WITNESS:  I don't know.  You can try to attach the

14   interest in my attorney-client trust.

15        MR. GELBART:  I can represent to you that if there's

16   anything in the trust account, it would be very little.

17        MR. DEARMEY:  Okay.  It will be done by today.

18        MR. GELBART:  If it's in there, it hasn't been

19   transferred out yet.  It's very small anyway.

20   BY MR. DEARMEY:

21        Q    Are you the beneficiary of any trust or estates?

22        A    No.  I mean, I may be.  I don't know.  If my

23   parents die.  Does she want that money too?

24             It's an expensive seven years, man.

25        Q    Sir, do you have any documents transferring --
```

107

**Exhibit I**

USAO_00455014

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1        A     Wow.  I hope I hit the lottery like this some day.
2              I really do.  I hope I can quit my job and do
3     nothing and hit the lottery like this.
4        MR. GELBART:  We're almost done.
5        MR. DEARMEY:  Do you want to take a break?
6        MR. GELBART:  No.  We're almost done.
7        MR. DEARMEY:  Yeah.  I'm trying to get there.
8        THE WITNESS:  I don't want to take a break.
9        MR. GELBART:  Okay.  Just listen to his questions,
10    answer them, and we'll be done sooner than later.
11    BY MR. DEARMEY:
12       Q     Do you have any documents evidencing the transfers
13    of property by you to other persons in the last 24 months?
14       A     I don't know what that means.
15       Q     Is there anything you've sold or transferred to
16    any other person?  Like be it the Range Rover?  Sales
17    contract?  Or things like that?  Do you have those
18    records?
19       A     I mean, you have the answer to your question,
20    Counsel.  You already know the answer.  So I guess the
21    answer is yes, because we already established the Range
22    Rover, so how could the answer be no?
23       Q     So I'm asking for any records related to transfers
24    of property by you, sir?  Do you have those records or
25    not?
```

108

**Exhibit I**

USAO_00455015

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    A    Well, I mean, I'm sure I have some records that
2  fit the broad definition as contained within your
3  question.
4    Q    Okay.  Sir, you've asserted here today that you
5  have property -- an interest in property currently in the
6  possession of my client; correct?
7    A    Whatever the record says is what the record says.
8    Q    Well, sir, you referenced $900,000, a business
9  interest, and so forth?
10   A    Yeah.
11   Q    Great.  Do you have any documents or evidence
12 supporting those figures in your possession, custody, or
13 control?
14   A    Documents or evidence?
15   Q    Sure.
16   A    Yes.
17   Q    Where would those be located?  What address?
18   A    Well, my testimony is evidence, the last time I
19 checked --
20   Q    Well, I said documents.
21   A    No.  You said documents or evidence.  And the last
22 time I checked the evidence code, at least instructions
23 that I give juries from time to time or that judges give
24 juries include testimony.  So I'm going to say yes.
25 Responsive to your question.  I also probably have

109

**Exhibit I**

USAO_00455016
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    documents.

2        Q    Again, to my question, the documents which

3    evidence your allegations that you have property that you

4    own an interest in that is currently in the possession of

5    my client, what address are those located at, please?

6        A    I don't know.  I would have to think about it.

7             And you didn't say documents which evidence.  You

8    said documents or evidence.

9        Q    Would it be one of the three locations you listed?

10       A    Well, whatever her residence is would be one of

11   the locations where the documents would be located, okay.

12   Because I think, technically, if there's documentation

13   during the course of the marriage, then those documents

14   would evidence.

15            So this would be documents of the jewelry she

16   disposed of, the Mercedes she disposed of, the dog she

17   disposed of, the $900,000 that I referenced, the watches

18   that she took.  I mean, all of these things; right?  And

19   probably others, but we can start there.

20            I think she probably has the documents relating to

21   the Goldman Sachs, the bank account that had almost a

22   million dollars in it.

23            So her address -- her residential address, her

24   business address.

25       Q    Sir, any other address where you keep your records

110

**Exhibit I**

USAO_00455017

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   other than your residence, your business office, or the

2   unknown storage address?

3       A    Her residence and her office address, because

4   those documents -- or those addresses are likely where

5   documents relating to these assets are located.  Wherever

6   she keeps her bank statements.

7       Q    If I understand your testimony, you don't have any

8   documents supporting your allegations that your property

9   is in my client's possession with those documents being

10  within your possession, custody, or control; correct?

11      A    That's not what I said.

12      Q    Great.  Sir, where are the records that would be

13  -- that evidence your allegations, that seem to be very

14  specific, that evidence your allegations that are within

15  your possession, custody, or control?

16      A    Well, those records would be -- included within

17  those records would be records that are at your client's

18  residence, her place of employment -- or she's not really

19  employed because she's not earning any money, but her

20  office she maintains for Ikaria so she can describe

21  herself as an entrepreneur and a goddess.  And then my

22  residence.  Ms. Regnier may have some of those documents.

23  And my office.

24      Q    Okay.  With respect to --

25      A    But if you want to turn over those records -- the

                                                            111

**Exhibit I**

USAO_00455018

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   bank records, I guess we can turn them back over to you,
 2   if that's what you want.  I'm not exactly sure.
 3       Q    Sir, do you have agreements which evidence your
 4   ownership in Eagan Avenatti?
 5       A    Sure.
 6       Q    Where are those located?
 7       A    I don't know.  Probably at the office.
 8       Q    Articles of incorporation, corporate minutes,
 9   books, et cetera, for Eagan Avenatti, are those at the
10   office as well?
11       A    Partnerships don't keep corporate minute books.
12       Q    Okay.  Partnership agreements, things like that,
13   those are at the office?
14       A    That would be a document that would evidence the
15   ownership.
16       Q    As to Avenatti & Associates, that would also be at
17   the office?
18       A    No.  We already established that.  Remember,
19   that's how we started this.
20       Q    Do you receive a salary from Eagan Avenatti?
21       A    No.
22       Q    Do you receive a salary from Avenatti &
23   Associates?
24       A    No.
25       Q    Do you receive a draw from Eagan Avenatti?
```

112

**Exhibit I**

USAO_00455019

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1        A    Not a regular draw.

 2        Q    Do you receive a draw from Avenatti & Associates?

 3        A    Not a regular draw.

 4        Q    Are you currently covered under any auto insurance

 5   policies?

 6        A    Yes.

 7        Q    Which carrier would that be?

 8        A    Geico.

 9        Q    If you don't have any vehicles, sir, other than

10   the Cadillac, is it just the Cadillac you are covered on?

11        A    I think so --

12        MR. GELBART:  He doesn't have the Cadillac.

13   BY MR. DEARMEY:

14        Q    Right.  So what car are you covering if you don't

15   have any -- if you don't. . .

16        A    Because I drive the Cadillac from time to time so

17   it's covered.

18        Q    So you have access to the Cadillac.  Other than

19   the Cadillac, any other vehicles you are covered on?

20        A    There's vehicles of your client.  There were the

21   two Ferraris.  I don't know if she got rid of the

22   California.  That would be another vehicle, by the way,

23   that I would have an interest in, so I don't know what

24   happened to that car.  I don't know if she got rid of that

25   one or not, but that would have been a community property
```

113

REGAL

**Exhibit I**

USAO_00455020
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1  asset.  I never approved getting rid of that car.  I don't
2  know what the status of that is.  That was on the policy.
3        The Ferrari 488 was on the policy.  We had a
4  stipulation on that one.  There was a Mercedes G63 at the
5  time of separation.  I never authorized getting rid of
6  that car.  That was on the policy.  I think that's it --
7  and then the Cadillac.
8     Q   Are you familiar with an entity called Rest Your
9  Case Evidence Storage?
10    A   Sure.
11    Q   Is that where you store your business records,
12  sir?
13    A   No.  That's where we've stored evidence from time
14  to time relating to cases.
15    Q   Does Avenatti & Associates have any other funds in
16  other attorneys' client trust accounts whether they be for
17  services rendered?  Just like you have money in
18  Mr. Gelbart's?
19    A   You've asked me that at least three times.  I'm
20  going to stand by my prior answer and the answer is no.
21    Q   Actually, sir, I've asked you about money from the
22  joint venture standpoint --
23    MR. GELBART:  His answer is no.
24  BY MR. DEARMEY:
25    Q   I'm asking about that are providing services to

                                                    114

**Exhibit I**

USAO_00455021
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   Avenatti & Associates, funds that have been paid to other
 2   law firms that are providing services that would be in
 3   those firms?
 4        A    No.
 5        Q    Does Eagan Avenatti have funds that they paid to a
 6   law firm providing services to Eagan Avenatti that would
 7   be contained in those firms' trust accounts?
 8        A    No.
 9        Q    Have you ever heard of a company called Aderant
10   Holdings Lockbox?
11        A    I don't know what that is.  If you have a document
12   that will refresh my recollection, perhaps that would
13   assist.
14        Q    Sure.  Listed as a creditor with unsecured claims
15   on the asset and debt schedule that you filed in January
16   of 2018?
17        A    I don't know what that is.
18        MR. DEARMEY:  Why don't we go off the record.
19        (Recess.)
20        MR. DEARMEY:  Back on the record.
21   BY MR. DEARMEY:
22        Q    We were talking earlier about -- let's go first to
23   the turnover order.  I was going down the list of art, so
24   I want to clarify.
25             I was looking at Number 8.  Any artwork in your
```

115

**Exhibit I**

USAO_00455022
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    name that is in the possession of Orange County Fine Art
2    Storage?
3        A    No.   Other than the art that your client is aware
4    of that she placed -- or was placed from the communal home
5    at Orange County Fine Art.
6        Q    We established Number 9.  No artwork in the name
7    of Avenatti & Associates at Orange County Fine Art
8    Storage; correct?
9        A    Correct.
10       Q    You are not sure -- is there artwork there in the
11   name of Eagan Avenatti?
12       A    No, absolutely not.
13       Q    With respect to -- has there ever been in the last
14   24 months artwork there in the name of Eagan Avenatti?
15       A    Not that I know of.
16       Q    If there was any artwork that was in the name of
17   Eagan Avenatti in the last, say, 90 days, it would not
18   have been transferred to any other entity's name that you
19   are aware of?
20       A    Not that I know of.
21       Q    Looking at -- just so the record is clear.  I'm
22   looking at seller's closing statement dated 11/2/2015 from
23   Blue Water Escrow, Inc.  I want to ask you about some
24   funds.
25            There was a payoff from the sale of the McKnight
```

116

**Exhibit I**

USAO_00455023
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   property in the amount of 5,046,828.76.  That was the loan
 2   that was against the house for the property?
 3       A    Who was the payee?
 4       Q    Chase.
 5       A    Okay.  Yeah.
 6       Q    There was a payoff loan to Acamar Investments,
 7   Inc., in the amount of 1,215,264.65.  That was the company
 8   that had done financing for cases for Eagan Avenatti?
 9       A    And for me personally.  That would have been a
10   community property debt, but sure.
11       Q    You don't dispute those funds were paid to Acamar?
12   How it is going to be characterized by a court later on
13   is --
14       A    It's a community property debt, but yeah.
15       Q    I understand that's your position.  But --
16       A    That's also the truth.
17       Q    That's fine.  You agree those funds were paid;
18   correct?
19       A    If that's what the number says, I'm going to take
20   your word for it.
21       Q    Did any amount of those funds ever come back to
22   you in another form?
23       A    No.
24       Q    There was an amount for $350,000 that had been
25   released to Global Baristas, LLC, did any of those funds
```

117

**Exhibit I**

USAO_00455024

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   ever come back to you in another form?

2       A    Not that I recall.  I mean, there was money that

3   flowed in and out of Global.  I don't know how you would

4   trace that.  But if I'm understanding your question, the

5   answer would be no.

6       Q    Meaning you paid the 350 to Global, and later down

7   the road Global paid back 350 to you in another -- it came

8   back to you --

9       A    Like in a bulk transaction?  Or three or four

10  transactions?

11      Q    Sure.  In any amount.

12      A    That's where it gets messy, because if there's

13  money that goes into Global and later there's money sent

14  back.  It wasn't the same funds.

15      Q    So the answer is maybe?

16      A    The answer is highly unlikely.

17      Q    There was an amount for an IRS demand in the

18  amount of 1,042,878.98.  I know, however unlikely, did any

19  of those funds ever come back to you in any form?

20      A    No.

21      Q    Such as a refund?  Things like that?

22      A    No.

23      Q    And then it's showing that the balance of

24  4,552,687.17 was the amount that was the net proceeds of

25  escrow and those were wired to a KeyBank account ending

                                                        118

**Exhibit I**

USAO_00455025
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   6139 for Global Baristas US.  Is that your recollection?
 2       A    I think that's right.  If you are telling me
 3   that's what it says, I'm sure you are right.
 4       Q    With respect to your -- that's what it appears
 5   from the documents that I'm looking at that that's what
 6   occurred based on the wire instructions and the supporting
 7   documentation.
 8            With respect to those funds, did any amount of
 9   those funds -- of the 4 million and change come back to
10   you at some later date?
11       A    I'm sure it did.
12       Q    But we would need to look at the -- are there any
13   funds presently from those outstanding to you --
14       A    No.
15       Q    You got to let me finish for the record.
16       A    I've heard this accusation from your client
17   repeatedly.
18       MR. GELBART:  Let him ask the question.
19       THE WITNESS:  I know.  But that's why I know where
20   he's going.
21   BY MR. DEARMEY:
22       Q    Did any of those funds -- are they presently being
23   held for you by any third party at this time?
24       A    No.
25       Q    Are you familiar with a gentleman by the name of
```

119

**Exhibit I**

USAO_00455026

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    Masamo?

2         A    No, I don't know who Masamo is.

3         Q    You don't have any financial adviser or attorney

4    in Italy who would be holding funds for you in Italy?

5         A    I think I covered this.  I'll say it again.

6    There's no money in Italy or anywhere else overseas.

7         Q    Listen, I'm doing my job.

8         A    It is a spurious outrageous accusation with no

9    evidence whatsoever like so many others over the years.

10        MR. DEARMEY:  So then with our record, I think we're

11   clear that your client's position is that of the nine

12   items on the turnover order -- just so we have a common

13   understanding, the shares in the corporation, the share

14   certificates, he doesn't know where they are located.

15   They may be in a storage place, and you are going to get

16   me the name and location where they are at?

17        THE WITNESS:  No.  No.  No.

18        MR. GELBART:  I don't think that was the testimony.

19        MR. DEARMEY:  He says the last time he saw them --

20   they may not even exist, but he saw the corporate records

21   and they were in a folder in storage at 520, and then Judy

22   moved them to a storage location that he doesn't know the

23   location of.

24        THE WITNESS:  No.  That wasn't the testimony.

25             The testimony is I went and looked in the folder

                                                              120

**Exhibit I**

USAO_00455027
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1   with the corporate documents, there were no share

2   certificates.  I haven't seen the share certificates if

3   ever in well over ten years.  I'm sure I saw them 12 years

4   ago.  I have no recollection of seeing such share

5   certificates at least in the last decade.

6   BY MR. DEARMEY:

7       Q    Who is the president of Avenatti & Associates?

8       A    I am.

9       Q    Who is the person who has the power to control the

10  stock transfer of shares?

11      A    I am.

12      Q    So you have the ability to place 100 percent of

13  the shares of the corporation, despite there being lost

14  certificates of Avenatti & Associates into the name of the

15  registered process server pursuant to the turnover order

16  to be held pending the court; correct?

17      MR. GELBART:  He's not going to answer that question.

18          He's not going to answer that question.

19          You are not going to answer that question.

20          You are just arguing with him.

21      MR. DEARMEY:  I'm not.  I'm asking does he have that

22  present ability as the president of the company who is in

23  charge of turning over the shares.

24      THE WITNESS:  I don't know.

25      MR. DEARMEY:  I believe he's obligated to turn the

                                                        121

**Exhibit I**

USAO_00455028
GB_C_00027019

1  shares over.

2      MR. GELBART:  Now you are arguing again.

3      MR. DEARMEY:  I'm not.  I'm asking, will he turn over

4  the shares?

5      THE WITNESS:  I don't have shares to turn over.  I

6  don't have the shares to turn over, sir.

7  BY MR. DEARMEY:

8      Q   I understand you don't have the shares that were

9  issued to you to turn over, but you have the ability to

10  turn over the shares of the ownership stock into the name

11  of the levying officer to be held; correct?  You have the

12  ability to also issue duplicate shares to yourself for the

13  law shares and turn those over to the levying officer;

14  correct?

15      A   Sir, I don't know what ability I have or don't

16  have, okay.  I'm sure that we'll comply with the order or

17  whatever the judge orders us to do.  But you asked for the

18  share certificates.  I don't have the share certificates

19  to give you.  If I had them, I would give them to you.  I

20  don't have them, okay.

21      Q   Sir, the order is clear.  It doesn't say the share

22  certificates, it says 100 percent of the shares.

23          You are an attorney duly licensed to practice law

24  in the state of California, if you don't know what that is

25  or how to do that, then -- I'm not your attorney.  I don't

                                                          122

**Exhibit I**

USAO_00455029

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   advise you.  But you have competent counsel.
 2           With respect to Tyrian shares, now Seek Thermal,
 3   those are in the name of -- you say you don't actually
 4   have physical share certificates, but they are on the
 5   register.  So I think we can deal with that directly with
 6   the entity.
 7           And my understanding is as to everything else,
 8   they don't exist.  So really there's only Items 1 and 2
 9   that need any action.  We can deal with Item 2
10   extraneously.  Item Number 1, if not done, I'll deal with
11   on the 15th of February.
12     A    I'm sure you can communicate with my counsel about
13   that.
14     MR. DEARMEY:  Sure.  So with that, I don't have any
15   further questions, informally.
16           When we come back, we do have our issues that we
17   have outlined relating to Eagan Avenatti and so forth on
18   the 15th.
19     MR. GELBART:  One issue that I'm aware of.
20     MR. DEARMEY:  I think there's a couple.  You were
21   going to get me the issue of the employees.  And then we
22   have the issue of the corporate books and records.  I have
23   a right to know where the corporate books and records are.
24     MR. GELBART:  I'm sorry.  I was making notes, best to
25   my ability, while you were doing this Judgment Debtor Exam
```

123

**Exhibit I**

USAO_00455030
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
1    for the last almost three hours, and I tried to mark down
2    where it was that we would go on February 15th to review
3    and I would circle it, and the only one I have is
4    regarding the employees.
5           Do you want to identify for me the other issue,
6    because I don't have that written down?
7        MR. DEARMEY:  There was a second one we discussed that
8    we were going to add to our list that was related to the
9    location -- institutions where he has trust accounts.
10   That was one of the items.
11       MR. GELBART:  Institutions where?
12       MR. DEARMEY:  Your client has opened trust accounts.
13       MR. GELBART:  For himself or for clients?
14       MR. DEARMEY:  Any trust accounts.  I'm entitled to
15   know where he has his trust accounts.
16       MR. GELBART:  Oh, okay.  I understand your position.
17   That's an issue for February 15th.
18       THE WITNESS:  So employees and trust accounts.
19       MR. DEARMEY:  I'm also entitled to ascertain -- it was
20   also related to Eagan Avenatti.  I believe I'm entitled to
21   his opinion of value and --
22       MR. GELBART:  Opinion of value.
23       MR. DEARMEY:  -- as to the assets being requested to
24   be turned over.  His lay opinion of value.
25          If he has no opinion of value, then I take it at
```
124

**Exhibit I**

USAO_00455031
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    no value.

2         MR. GELBART:  He already told you he has none.

3         MR. DEARMEY:  I'm willing to accept that.

4         MR. GELBART:  Is that an issue for February 15th or

5    no?

6         MR. DEARMEY:  If he's assigning no value, zero value

7    to Eagan Avenatti and Avenatti & Associates, that's fine.

8         MR. GELBART:  He didn't say that.

9         MR. DEARMEY:  So if it's anything other than a zero

10   value, then I'm entitled to an opinion of value.  If it's

11   a dollar, it's a dollar.

12        MR. GELBART:  He said he has no opinion of value.

13        THE WITNESS:  Let me answer the question.  As I sit

14   right now, I have no opinion of value without reviewing

15   the standards of valuation relating to these assets and

16   other information that may go to their value, and without

17   consulting with my client, reviewing the law, reviewing

18   what evidence comes in as to valuation in this context, as

19   well as possibly consulting one or more experts.

20            At that point in time, I could provide a value.

21   But I'm not prepared to give you a value here today, and

22   the answer is today based on my lack of knowledge, which

23   in pure speculation, I don't know what the value is.  But

24   I reserve the right to amend that answer after I get a

25   chance to do all the things that I mentioned before.

                                                          125

**Exhibit I**

USAO_00455032
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1       MR. DEARMEY:  Great.  So if those things can be done
2    before the 15th of February, that would be great.  And I'm
3    entitled to have a copy of any document he uses to
4    establish his opinions of value since that's an issue for
5    the court.
6       MR. GELBART:  I'm confused as to what you are doing
7    except for the fact that you want to bring the issue of
8    opinion of value before the judge on February 15th.
9       MR. DEARMEY:  No.  I'm entitled to a turnover order --
10      MR. GELBART:  We're not going to be able to get you --
11   and you know this very well.  We're not going to be able
12   to get you an opinion of value before February 15th.  We
13   haven't even retained a forensic accountant.  If you know
14   a forensic accountant that can turn that around in two
15   weeks.
16      MR. DEARMEY:  I'm not asking for him to retain a
17   forensic accountant, Counsel.  I'm not asking for a family
18   law valuation of opinion of value.  I'm operating as a
19   creditor who is saying I've asked and I have a turnover
20   order for the shares of stock in an entity, which is
21   essentially the entity.  So the gentleman owes a debt,
22   he's asking for credit for assets turned over.  This watch
23   is worth $30,000, I want you to take $30,000 off my tab.
24          If he has no opinion as to the shares of Avenatti
25   & Associates and Eagan Avenatti and those interest, then

                                                          126

**Exhibit I**

USAO_00455033
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1   that's fine.
 2          So the record is clear --
 3      MR. GELBART:  Is it the opinion of value if those
 4   shares are in his name or in your client's name to sell to
 5   another attorney to operate Avenatti & Associates for
 6   which my client will abandon once he's not part of it?
 7          I mean, what is the real value of this?
 8   Seriously.  Come on, man.  I mean, I just can't see it.
 9          But if you want to reserve it for the judge,
10   that's fine.  It's not a car.  You don't look it up on
11   Kelley Blue Book and say PI lawyer firm in LA with certain
12   amount of lawyers with a book of business like this is
13   worth X.
14      MR. DEARMEY:  I understand.  But I asked for a value
15   as to the Kimberly Clark, and I got, well, it has no value
16   because we haven't submitted any fee requests.  So
17   presently there's no income stream coming from that.
18          So if he wants to think about those answers and
19   say, well, I've got 20 cases and we've invested $5 million
20   in these 20 cases, and we think our return is going to be
21   $45 million over the next five years and that's what I
22   think the present value of the future cash flow is, and
23   use some rationality to it, fine.
24          But if the answer is Kimberly Clark has a zero
25   value, great.  I'll split out one asset and take Kimberly
```

127

**Exhibit I**

USAO_00455034
GB_C_00027019

```
 1   Clark and somebody else might pay me a dollar for it.
 2        THE WITNESS:  I just want to --
 3        MR. GELBART:  Please stop.
 4        THE WITNESS:  I just --
 5        MR. GELBART:  Don't, please.  It's okay.  We're just
 6   arguing on the record.
 7            Of course, if your client wants to take out a
 8   buyout of support for a million dollars off the Kimberly
 9   Clark recovery when it finally comes, we'll do that right
10   now.  Of course, if there's no recovery, she gets zero for
11   support.
12            It's the same exact thing you are asking him.
13        MR. DEARMEY:  I'm not because that's for a community
14   property issue, not for a judgment debtor collection
15   issue.
16            With respect to today so we can close this volume,
17   and why don't we call it Volume I.
18        MR. GELBART:  No.  No.  You have today to exam and
19   only on the reserved issues, February 15th.  If you want
20   to ask him more questions, we keep going.  I'm not coming
21   back for another session of examination unless the
22   judge --
23        MR. DEARMEY:  I'm not waiving my statutory rights,
24   Counsel.  I agreed to my examination privately here, we
25   can go through -- I promise you his examination will be
```

128

**Exhibit I**

USAO_00455035
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    closed on February 15th, 2019.

2            It remains open so if the court says he has to

3    answer those questions, I have to have a Volume II.

4        MR. GELBART:  Easy does it.  We're okay.  I think

5    we're talking about the same thing with very little

6    difference.

7            We both understand that the only other date of

8    examination for this OJD is February 15th.

9        MR. DEARMEY:  Correct.

10       MR. GELBART:  And it's only on the issues that you

11   reserved for February 15 from the judge and what logically

12   flows from those.

13       MR. DEARMEY:  Absolutely.

14       MR. GELBART:  Okay.

15       MR. DEARMEY:  So this has to be closed as Volume I.

16       MR. GELBART:  Okay.  That's fine.

17       THE WITNESS:  Do I get a chance to read and review?

18       MR. GELBART:  No.

19       MR. DEARMEY:  It's not a deposition.  It's not sworn

20   like that.  Honestly, you don't have to have a court

21   reporter for it.  I did since we were doing it here,

22   because if there were issues of, hey, you didn't answer

23   this or that, I wanted to have a record for counsel and

24   the benefit of both parties.

25       THE WITNESS:  Well, and I know when you try to accuse

                                                            129

www.regalcourtreporting.com
866-228-2685

REGAL

**Exhibit I**

USAO_00455036

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

1    people of something, and you call ABC, they want the

2    transcript.  I deal with the media all the time.  They are

3    going to want the transcript.

4         MR. DEARMEY:  That's fine.

5         MR. GELBART:  So we understand where we are?  We're

6    done for today?

7         MR. DEARMEY:  We're done for today.

8         MR. GELBART:  That's great.

9         MR. DEARMEY:  So we're off the record.

10        (Whereupon, the proceeding concluded at 4:12 p.m.)

11                         *    *    *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                              130



**Exhibit I**

USAO_00455037
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1                        CERTIFICATE

 2                            OF

 3                 CERTIFIED SHORTHAND REPORTER

 4                       *   *   *   *

 5

 6

 7       The undersigned Certified Shorthand Reporter of the

 8   State of California does hereby certify:

 9       That the foregoing proceeding was taken before me at

10   the time and place therein set forth.

11       That the testimony and all objections made at the time

12   of the proceeding were recorded stenographically by me and

13   were thereafter transcribed, said transcript being a true

14   and correct copy of the proceedings thereof.

15       In witness whereof, I have subscribed my name, this

16   date:  February 12, 2017.

17

18

19

20

21

22           Miranda J. Gentry, CSR No. 14165

23

24

25
                                                          131
```

**Exhibit I**

USAO_00455038
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

| | | | 70- 34:22 | 46:5,8 48:4,5,7, |
|---|---|---|---|---|

**$**

$10 91:13

$10,000 60:24
91:10

$100,000 68:7,12

$11,000 34:3

$15,000 85:19

$20,000 62:9

$25 90:14,20

$25,000 61:21

$30,000 126:23

$300,000 106:10

$350,000 117:24

$36,000 43:11

$400 89:13,25

$45 127:21

$5 101:10 127:19

$5,000 105:15,16

$5-million
101:13

$80,000 34:22

$900,000 25:21
109:8 110:17

**-**

-i-c-k-s 15:7

-i-x 15:7

**1**

1 9:10 123:8,10

1,042,878.98
118:18

1,215,264.65
117:7

10,000 61:2

100 9:24 14:8
121:12 122:22

10000 33:6
39:12,15 41:23

106 70:5

1099s 85:13

11,000 33:14

11/2/2015 116:22

12 10:9,10,21
19:2 44:1 45:11
46:23 47:14,20
48:12,13 50:17
65:5 79:2 81:13
82:1 84:20
94:20,24 96:18
97:6 98:21 103:9
121:3

13 10:9

1300 12:4

15 129:11

15th 30:20
123:11,18 124:2,
17 125:4 126:2,
8,12 128:19
129:1,8

16 15:14

1910 42:19

1:17 5:2

**2**

2 16:8 123:8,9

20 127:19,20

2006 9:15 10:6

2007 79:2

2013 18:2

2015 62:25

2018 29:22 62:10
63:25 64:5 68:6
72:1 79:19 80:1
85:17 115:16

2019 5:2,12,22
61:20 62:21
63:1,2 129:1

2107 33:10

23rd 5:12

24 98:24 99:1,15
100:13 108:13
116:14

24-month 99:22

25 88:15,16 90:2

250- 106:10

25th 5:22

**3**

3 18:20

30 5:2 44:4 45:14

350 118:6,7

**4**

4 45:5 52:8 119:9

4,552,687.17
118:24

400,000 106:10

401(k) 104:5,7,9,
10

420 81:8

450 40:14 42:21

488 75:10,15
114:3

4:12 130:10

**5**

5 37:13 45:5
59:10

5,046,828.76
117:1

50,000 62:12

500 85:1

5035 59:10

5055 59:25

520 11:17,18,21
39:14 40:5 42:1
120:21

5270 59:19

550 74:8

575 74:8

**6**

6 45:5 59:20

6139 119:1

**7**

7 60:1

**8**

8 79:5 115:25

80s 74:21

**9**

9 80:11 116:6

90 116:17

90,000 72:10

92651 70:6

95 37:13

98 74:22

9960 39:21 40:11

**A**

A-C-A-M-A-R
71:10

abandon 127:6

ABC 130:1

ability 121:12,22
122:9,12,15
123:25

absolute 71:8

absolutely 83:15
116:12 129:13

Acamar 71:9,23
117:6,11

accept 39:16,19
65:3 125:3

access 21:8,10,22
35:12,14,16
76:1,2 82:20
113:18

accessing 21:18

account 21:13,
17,18 22:4,8,9,
20 23:4,7,23
24:3,13,14,21
25:3,13,14,15,21
26:2,8 32:10
33:23 35:2,13,
15,16,24 36:15,
16,17,18 37:1,22
43:7 44:25 45:18

8,11 50:2,7,23
51:9,14,15,17,
20,23 52:1,4
53:18 54:2,12
58:12,13 60:25
61:6,8,9,13,15
63:7 69:17,18,
23,25 70:2,10
71:4 79:21 80:24
81:24 83:12
86:17 100:2
103:3 104:6
107:8,12,16
110:21 118:25

accountant
126:13,14,17

accounting 68:20
100:5,10

accounts 20:24
21:1,4,6 22:3,18,
22,24,25 23:14,
17 24:7,9,10,19,
22 25:1,5,17
26:3,6,12,14,15,
18 28:12,15,22
31:5,12,25 32:20
35:4,8,21 36:14,
22 38:10 39:6
43:1 44:11,15,
22,24 45:1,2,21,
25 46:2,11,15
47:7,13,19
48:13,15,17,20,
25 49:5,16,17,
21,25 50:1,3,5,
10,15,18 52:25
53:17 54:1,6,11,
14,25 61:12
64:15 69:6,12,21
73:23 83:1,4,5,7
102:23,25 103:1
105:1 114:16
115:7 124:9,12,
14,15,18

accurate 7:25

accusation 23:13
119:16 120:8

accusations 23:9

accuse 129:25

acquire 81:7



**Exhibit I**

USAO_00455039
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

acquired 17:21
75:11

acquisition 18:2

action 71:18
88:22 123:9

active 35:19

actual 16:9

add 49:11 124:8

additional 8:24
84:14

address 11:6,16,
24 33:5 39:11,
12,14,15,18,20,
24 40:3,5,6,10,
23,24 41:21,23
42:20 109:17
110:5,23,24,25
111:2,3

addresses 39:16
40:7 111:4

Aderant 115:9

advances 71:17

advise 123:1

adviser 120:3

afternoon 6:22

agree 44:16 68:6,
8,15 91:9 95:13,
20 117:9

agreed 128:24

agreement 7:11
13:15,23,24
14:12 88:22

agreements
103:9,11,17
112:3,12

ahead 11:2 36:10
87:20

airplane 102:5

allegations 110:3
111:8,13,14

allege 89:18,19

alleging 79:20

alternative
103:25

Amalgamated
22:11,12,15,20
37:20 48:4,11

amend 125:24

America 22:25
25:5,6,24 35:18
46:16 47:8,15,21
53:18

American 34:17
35:2,25 36:2,3,4
73:24

amount 23:22
27:24 51:22 54:9
78:16,17 85:16
87:24 88:7,13
89:6 90:1,21
93:12 96:17
117:1,7,21,24
118:11,17,18,24
119:8 127:12

amounts 97:5
98:11

Amy 20:22

Angeles 6:3 15:9

annuities 105:20

answering 38:6

answers 31:14,15
32:14 127:18

anymore 35:16
75:8 94:6

apartments
82:23

apologize 97:2

appeal 88:6,8

appearances
84:22,25 85:3,7,
18

appears 119:4

apples 95:19

application 34:8
88:10 89:8 94:25
95:4,11

applications
94:21

applied 89:3
100:12

appraisal 98:20
99:9,10,13,16
101:22

appraisals 98:25
99:3,5 101:17

appraise 99:6

appraiser 99:6,
11,15

appraisers 99:8

approved 88:11,
21 89:4,5 114:1

apps 37:5

argue 31:13,16,
17

arguing 121:20
122:2 128:6

arrangements
103:14

arrears 78:18

art 79:6,8,14,16,
21,22,25 80:1,3,
4,14,20,25 81:3
98:18 115:23
116:1,3,5,7

Articles 112:8

artwork 79:4,9,
11,20 80:8,10,
13,21 101:23
115:25 116:6,10,
14,16

artworks 79:19

ascertain 9:3
42:11 80:18
91:22 124:19

assert 28:1,2

asserted 109:4

asset 58:7 70:24
92:5 94:15
99:12,16 114:1
115:15 127:25

assets 6:1,8 9:4
58:5 60:8 68:2
80:18 81:1
91:18,22 98:20,
25 111:5 124:23
125:15 126:22

assigning 125:6

assist 115:13

associate 86:11
95:9

Associates 9:13
13:6,18 14:6,9
15:3,16 25:4

27:17 41:9
45:10,12,15,20,
24 46:1,11 47:3,
15 52:6,17 56:5
61:12,14 63:8,
14,20 64:5 69:9,
17,22 77:13
80:11,22 81:9
83:6,24 94:8,10,
24 95:16 96:12
101:8 105:15
106:11,12
112:16,23 113:2
114:15 115:1
116:7 121:7,14
125:7 126:25
127:5

assume 45:19
83:25

assuming 90:15

attach 107:13

attorney 40:5
50:24 51:3,11
58:13 63:8 64:25
82:5 84:21 95:4
120:3 122:23,25
127:5

attorney's 51:15
107:7

attorney-client
103:11 107:14

attorneys'
114:16

Augusta 76:25

authority 32:10

authorized 46:8
114:5

auto 36:20 113:4

Autosport 53:9,
12 57:4 66:7

Avenatti 5:4,19
9:13 12:17,18
13:6,10,13,18
14:6,8,9,25 15:2,
15,18 25:4
26:13,14,15,23,
24 27:16,17
28:25 29:5,14,23
31:4,6,10,24
32:1,11,20 41:4,
6,9,16 43:24

44:2,5,10,21
45:10,11,15,20,
24 46:1,11,17
47:2,3,10,15
49:15,18 52:5,6,
17 56:1,2,4
61:12,14 62:24
63:7,12,14,16,
20,21,24,25 64:4
69:9,12,13,17,22
71:15 76:22
77:10,13 80:10,
13,17,22,23 81:9
83:2,3,6,24 87:6,
22 88:2,5,9,17,
19 91:9,12,14,16
92:16 93:11,13
94:8,10,20,24
95:16,20 96:7,
11,18 97:6 98:5,
18 100:9 101:8
104:25 105:14
106:4,11,12
112:4,9,16,20,
22,25 113:2
114:15 115:1,5,6
116:7,11,14,17
117:8 121:7,14
123:17 124:20
125:7 126:24,25
127:5

Avenatti's 23:22

awarded 88:2,4
94:18 95:15,22

awardence 89:5

aware 5:21,23
9:16,18 11:10
16:21,23 31:4,
11,25 32:9 65:22
92:9,12 98:9,11
100:22 101:15,
22 116:3,19
123:19

**B**

B-R-O-I-L-L-E-
T 104:15

back 13:14,22
27:4 31:19 75:12
82:16 112:1
115:20 117:21
118:1,7,8,14,19



Exhibit I

USAO_00455040
GB_C_00027019

119:9 123:16
128:21

bad 45:8

balance 43:14,
17,19,21 61:1,15
118:23

Balboa 106:24
107:1,6

bank 20:24 21:13
22:3,4,11,12,16,
18,20,24,25
23:3,7,14 24:6,
20,22 25:5,6,24
26:15,19 28:13
29:9 31:2 33:23
34:12 35:18
37:7,16,17 44:8
45:18,22 46:3,5,
6,7,13,16 47:7,8,
14,15,20,21
48:4,11,18 51:18
53:18 54:12
60:21,23 64:13,
15,16,17 68:22,
24 69:3,4,7,12,
16 70:10 72:12,
13,14 73:23
75:16 96:22
110:21 111:6
112:1

banking 29:8

bankruptcy
29:1,5,12 30:15
40:25 87:15
92:3,10,15,19
93:1,5

banks 46:12

bar 40:4

Baristas 53:2,4
54:4 56:25 66:4
70:16 117:25
119:1

based 6:13,16,18
50:24 95:13
119:6 125:22

Basically 55:21

basis 39:23 84:25
89:4 91:17 92:15

Bay 74:18 106:24
107:1,6

Beach 70:6 99:19

beg 92:1

begin 66:23

behalf 5:5 19:22
46:8 47:18,23
48:16 49:19
50:2,4,5,16,18
51:6 54:21 58:1,
4 77:17 80:21
82:24 95:4

believes 91:22,23
92:24

bell 42:19

belly-up 53:3

belong 48:20
49:2,18 79:14

belongings 59:14

belongs 79:22

beneficiary
107:21

benefit 8:7 69:23
70:1 104:4
129:24

benefits 104:16
105:10

big 17:2

bill 23:21 34:21
76:15 85:1

billfold 35:10,11

bills 54:19 55:3,8
83:14

biography 67:19,
20

bit 62:3

black 34:18 36:5
37:12 102:21

blanking 20:23

Blue 116:23
127:11

boats 102:2,3

bogus 6:13,18

bonds 106:14

book 66:16
127:11,12

bookkeeper
54:18,23,24 56:9

bookkeeping
55:23 56:2,4,7,
11,14

books 100:2
112:9,11 123:22,
23

borrow 43:13,17,
19

Boulevard 15:9
33:6 39:18 40:12
41:21 42:19

box 11:14,20,23
57:21,22 59:14,
15,16 60:4

boxes 12:2,4
55:18 57:18

branch 22:15

breadth 46:22

break 27:4,5,6,8,
9,12 36:11 102:6
108:5,8

bring 18:14 99:6
126:7

broad 36:23 37:2
48:16 55:24
109:2

brode 29:19

Broillet 104:12,
14

brokerage 52:25
102:23,25 103:2

brought 99:14

bucks 85:1

bulk 118:9

bunch 23:14
45:6,7,8 60:10
66:18 101:19

business 26:1
41:5,8,14,17,19,
20,21 42:7 53:15
61:8 62:2,15,18
83:10 92:17 93:3
109:8 110:24
111:1 114:11
127:12

businesses 53:9
55:10 62:19
82:22 100:6

busy 82:1 89:20

buying 18:7

buyout 128:8

---

### C

C-A-R-L-I-N
78:12

Cadillac 113:10,
12,16,18,19
114:7

California 5:1
28:13 29:9 46:16
47:8,14,21
64:16,17 69:4,6,
12,16 70:6 72:14
113:22 122:24

call 17:6 67:25
103:25 128:17
130:1

called 5:5 9:13
71:9 76:25 82:5
114:8 115:9

calls 38:24

Cameron 76:11

capital 70:5

car 58:5 72:3,24
74:11,12,24 75:2
82:18 89:21
100:13 113:14,
24 114:1,6
127:10

card 20:7 34:12,
13,14,17,18
35:19 36:1,5,16,
19 37:5,7,8,12,
15,20 38:10
81:24 100:13
102:21,22

cards 34:11,15
37:22 38:10
102:16,17,18,19

careful 28:4

Carlin 78:12,13,
23

Carmax 72:6

carrier 113:7

cars 75:3

case 51:5 78:20
79:1 87:14 88:6,
23 89:10 90:23
95:10,15,22
96:7,9,10 114:9

cases 51:4 86:9,
10,12,14,17,21,
24 87:6 91:9
94:4,16 95:16,21
96:4,11,14,16,18
97:5 98:8,12
114:14 117:8
127:19,20

cash 54:11 58:5
60:16,17,18,20,
21 62:7,11 65:7,
8,9 100:3 127:22

celebrate 89:21
90:4

cell 105:5,7

cent 70:23

Center 11:17

certificates 10:2,
5,15,19 52:25
106:16 120:14
121:2,5,14
122:18,22 123:4

cetera 28:3 112:9

chance 125:25
129:17

change 16:20,21
65:16 88:15,16
119:9

changed 29:25

characterized
117:12

charge 121:23

Chase 117:4

check 21:3 75:15

checked 93:25
109:19,22

checking 24:12,
13 25:15 26:8
60:25 61:9 83:1,
3,12

checks 29:14
34:2 92:7

child 78:14



Exhibit I

USAO_00455041
GB_C_00027019

children 78:3

Christine 78:10

Church 40:22

circle 124:3

City 22:24 24:6,
20,22 26:18 31:2
33:23 37:17 44:8
45:17,21 46:16
47:7,14,21 48:18
60:22 61:12
64:15 69:3,21
72:13,15

claim 50:22

claimed 20:2

claiming 20:9

claims 115:14

clarify 115:24

Clark 87:16,23
127:15,24 128:1,
9

class 71:17 88:22

classified 99:13

clear 44:23 48:6
97:3,15,18 98:2,
3 116:21 120:11
122:21 127:2

Clerk 5:6

client 6:14,18 9:6
10:16 17:24 23:9
25:16,22 32:14
34:19 36:3,5
37:11 45:6 49:1
51:6 52:15,16
57:21 58:7,9,21
59:9,11,15 60:3
68:16 70:12,19
72:16 73:2,9,24
74:4 75:12,21
77:20,25 79:2,9,
13 80:24 81:18
88:4 89:16 90:3,
15 92:9 95:4
101:14 103:10
105:2,13 106:9
109:6 110:5
113:20 114:16
116:3 119:16
124:12 125:17
127:6 128:7

client's 111:9,17
120:11 127:4

clients 48:16
49:19,25 50:16
63:19,20 77:23
124:13

close 128:16

closed 28:18,19,
23 129:1,15

closely 53:1 84:7,
9,10

closing 116:22

Club 106:24
107:1,6

clubs 106:23
107:5,6

co-owners 70:19

code 109:22

collected 61:23

collectible
101:24

collecting 87:21

collection 128:14

collections 92:25

Collins 6:5

Committee 18:22

common 120:12

communal 116:4

communicate
123:12

communication
77:23

community
25:15 26:7
79:15,23 101:20
113:25 117:10,
14 128:13

companies 52:23
56:23 65:20,21
103:6

company 11:4
14:17 15:8 17:19
31:9 34:1 40:19,
21 52:9 56:22
71:13 115:9
117:7 121:22

compensation

17:20 90:22
103:25

competent 123:1

completely 23:10
95:18

completion 104:1

complicated 28:6
78:15

comply 122:16

concluded
130:10

conducted 98:20,
24

confidential
77:23

confirm 30:16
41:1

confirms 93:5

confused 49:24
126:6

connection 25:22
26:1 37:21

consult 64:8
94:12,14 96:1

consulting
125:17,19

contact 42:12

contained 18:15
59:16 109:2
115:7

context 94:19
95:24 125:18

continue 94:3

continued 30:20

contract 67:7
108:17

contracts 103:8

contribute 71:5

contributed
17:24 18:6 70:22

control 19:9
20:12 21:12
38:8,13 52:11
59:5 60:12 79:12
98:1 109:13
111:10,15 121:9

controlled 27:17
66:1

conversation
32:14 80:3

copies 15:21
20:12 29:8,14
103:20,21

copy 6:7 10:18
13:24 57:16
126:3

corporate 10:11
69:20 112:8,11
120:20 121:1
123:22,23

corporation
9:12,13,17,19,
20,24 10:4,12,
14,17 11:15
12:18,21 24:17
46:6 63:15 84:5,
7,12,13 120:13
121:13

correct 9:14,16,
21 11:19 12:24
13:3 14:10 19:3,
4,6 20:13,16,18
22:3 24:18 43:18
44:8,11,13 45:18
46:17 56:19
58:18,25 63:13,
17,21,22 64:25
71:18 78:1 84:6
89:10,11,14,23
90:6 94:17,18
96:5 98:4 109:6
111:10 116:8,9
117:18 121:16
122:11,14 129:9

cosmetic 18:9
34:23

counsel 6:12 7:3
8:10,20 9:5 24:2
31:17 34:14
35:19 77:24
86:11 92:1,22
94:12 95:9 96:1
108:20 123:1,12
126:17 128:24
129:23

count 70:24 91:7

counting 101:20

countless 45:4

country 107:5

county 6:4 78:20,
21 79:6,21
80:14,20 89:20
116:1,5,7

couple 17:3
40:18 42:24 85:2
123:20

court 5:6,11,21
6:2,17 7:1,23
8:4,7,9 9:23
12:14 29:5,12
30:15,20,21,23
31:22 78:16
88:22 89:5 92:3,
10,15,16,20 93:6
94:22 95:1,5,15
104:13 117:12
121:16 126:5
129:2,20

covered 27:18
103:15 113:4,10,
17,19 120:5

covering 113:14

CPA 14:21
54:19,24

created 104:11,
12

credit 20:7
34:11,13,14,15
35:13,15 36:1,
14,15,16,17,18,
19,20,21 37:5
38:10 100:12,13
102:16,17
126:22

credited 93:12

creditor 5:5
115:14 126:19

creditors 93:2

culled 12:4

current 78:6

custodian 97:8

custody 19:8
20:11 38:8,13
59:5 60:12 76:9
79:12 97:25
109:12 111:10,
15

Exhibit I

USAO_00455042
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

cut 34:20 36:3
cutoff 84:10

D

D-O-P-P-I-O 53:8
D.C. 22:11,13
date 5:24 42:23 57:22 61:20 62:8 73:18 75:2,3,17, 18 87:14,17 89:7 99:21 119:10 129:7
dated 116:22
day 21:18 70:13 89:17 108:1
days 44:4 45:14 81:15 116:17
de 28:24 51:21 54:9 61:16,18 87:24
deal 28:6 55:14 66:17 123:5,9,10 130:2
deals 55:15
dealt 8:9
Dearmey 5:10 8:6,23 9:1,5,8 12:22 16:6 24:1 26:11 27:1,5,10, 13,16 28:7,11 30:6,10,12 31:1 32:8,13,17,18 36:13 46:19 47:1,24 48:1,24 49:8,9,11,13,20 50:2,9,13,14 52:24 53:6 55:2, 5 58:13,16 62:5, 6 64:21,23 73:7 82:13,16,17 91:17,21 92:1,9, 13,21 93:9,18 94:7 100:1 102:10 107:11, 17,20 108:5,7,11 113:13 114:24 115:18,20,21 119:21 120:10, 19 121:6,21,25

122:3,7 123:14, 20 124:7,12,14, 19,23 125:3,6,9 126:1,9,16 127:14 128:13, 23 129:9,13,15, 19 130:4,7,9
debit 37:8,14,20, 22 38:10 81:23
debt 115:15 117:10,14 126:21
debtor 5:12 73:5 123:25 128:14
decade 121:5
December 62:10 68:6 79:19 80:1
decide 31:20
decided 34:20
define 84:9
definition 109:2
demand 118:17
department 102:17
depend 95:24 98:13
depending 21:15 43:14
depends 67:9
deposit 57:20,22 68:23 106:16
deposition 8:22 91:19 129:19
describe 67:7 111:20
Desert 52:9,12, 14
destinations 81:18
determination 88:2 95:21
determine 44:20
determined 95:14
die 107:23
differ 92:1

difference 129:6
difficult 50:12
dilution 17:4
dime 18:7 70:22
directly 39:22 69:13,18,23 70:1 123:5
disagree 21:19 68:8,17 95:18
Disbursement 100:3
discuss 8:21
discussed 80:7 124:7
discussion 29:17 30:12
disgrace 90:11
disgraceful 90:18
disgusting 90:13, 19
disposed 60:7,8 81:1 110:16,17
dispute 117:11
disturbing 77:24
divorce 23:12 25:22 34:21 91:20
document 20:8 38:19,23 39:2 93:6 97:23 112:14 115:11 126:3
documentation 20:4,15 110:12 119:7
documented 101:3
documents 10:13 11:3,14 19:8,23 20:12 29:4,12 30:14 32:25 35:6 37:25 38:12 42:14 64:6,9,10, 11,12 70:14 72:18,21,22 82:21 83:20 85:13 92:3,14 96:20,25 97:4, 10,11,18 103:16

107:25 108:12 109:11,14,20,21 110:1,2,7,8,11, 13,15,20 111:4, 5,8,9,22 119:5 121:1
dog 60:9 73:10 110:16
dollar 67:24 71:8 89:2 101:5 125:11 128:1
dollars 17:25 53:20 62:8 63:5, 6 65:10 71:6 85:1 101:12 103:22 110:22 128:8
Doppio 53:5,21 56:19,20,23,25 57:6 84:1
draft 11:11
draw 112:25 113:1,2,3
drive 70:5 76:1, 3,7 113:16
driver 76:10 105:15
due 6:14 18:21, 25 19:4,16,18 34:23 86:21,24 87:22
duly 5:6 122:23
duplicate 122:12

E

Eagan 12:17,18 13:10,12 14:8,24 15:18 26:12,14, 15,23 27:16 28:25 29:4,14,23 31:4,5,10,24 32:1,10,20 41:4, 5,16 43:24 44:2, 5,10,21 46:17 47:2,10 52:6,16 56:1,2 62:24 63:7,12,16,20, 24,25 69:9,11,13 71:15 76:22 77:10 80:13,17,

22 83:1,3,24 87:6,22 88:2,5,8, 16,19 91:9,12, 13,16 92:15 93:11,13 94:20 95:20 96:7,17 97:5 98:5,18 100:9 101:7 104:25 106:4 112:4,9,20,25 115:5,6 116:11, 14,17 117:8 123:17 124:20 125:7 126:25
earlier 33:24 40:24 115:22
early 83:20
earn 51:4 61:19 82:3
earned 18:2 61:7, 23,24 62:3
earning 36:9 63:15 111:19
earnings 81:21, 22
easy 21:14,19,20 129:4
Echo 85:25
electronically 34:5 39:8
else's 16:11 23:15,17
email 30:7 70:12
employ 54:18
employed 12:16 14:19 103:5 111:19
employees 26:17, 20,23 27:2 29:13,21,22 30:17,19 123:21 124:4,18
employer 104:11
employment 103:8 111:18
encompass 51:16
ending 118:25
enforcing 87:22



Exhibit I

USAO_00455043
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

entered 88:7
103:8

enterprise 14:3

entire 23:4,7

entities 52:19
54:3,19 55:6,9
56:16,20 57:1
65:17 66:1,5
85:5 86:8 94:1
95:7,8 104:17
106:19

entitled 27:11,14,
20 38:5 48:25
49:1,5 72:17
80:17 91:17,21
93:10 124:14,19,
20 125:10 126:3,
9

entity 17:1 20:2,4
22:21 24:8 25:2
27:17 31:11 34:4
41:2 46:8 48:13
50:3,5,6,18
52:11,21 82:5
83:24 84:2,11
96:3,23 103:25
104:23 114:8
123:6 126:20,21

entity's 80:21
116:18

entrepreneur
111:21

equitable 50:22

Escalade 76:2
82:19

escrow 116:23
118:25

essentially 31:9
61:20 126:21

establish 126:4

established 65:1
108:21 112:18
116:6

establishing
49:15

estates 107:21

estimate 62:9
63:4 87:11 88:24

ether 38:23

events 84:23
85:5,9,18

evicted 11:18

evidence 19:9
96:25 97:4
109:11,14,18,21,
22 110:3,7,8,14
111:13,14 112:3,
14 114:9,13
120:9 125:18

evidencing 92:4
108:12

evidently 101:20

ex-wife 77:25

exact 5:23 40:10
57:5 128:12

exam 5:12
123:25 128:18

examination 5:9
8:19 27:19 73:6
128:21,24,25
129:8

examined 5:7

exception 47:17

exchange 65:4,13
66:16,20,21 72:7

excise 50:11

exclude 100:25

excluding 50:15
58:9,11,13 61:6
62:18 75:20

excuse 16:4
64:20

executing 10:16

execution 6:17

executive 40:16

exercise 96:1

exist 9:10,25 10:1
11:25 12:18 16:8
28:15 44:17,20
49:21 51:20,21
52:3 72:22 83:7
96:7 97:7,11,19
103:16 120:20
123:8

existed 49:22

existence 9:16,18
49:5 53:13

existing 96:10

exists 9:11 12:23
16:9 80:9

Expanding 98:24

expectation
90:21

expended 98:8,
12,14

expense 20:8
105:1

expenses 6:19
19:21 26:1 62:21
68:14 69:13,18
105:5,13

expensive 107:24

experienced 91:3

expert 93:21,22
94:14 95:25

experts 125:19

expired 78:24

explain 51:1

Express 34:17
35:2,25 36:2,3,4
73:24

extent 54:11

extraneously
123:10

---

**F**

facility 79:17,22

fact 20:14 37:10
95:22 126:7

fair 32:15 45:3
62:5 93:11 98:7

fairly 66:15
87:13

false 87:17

familiar 46:9
71:9 114:8
119:25

family 92:20,22,
23 94:13,15
126:17

far-off 81:18

February 30:20
123:11 124:2,17

125:4 126:2,8,12
128:19 129:1,8,
11

FEC 18:22

fee 88:10,22,25
127:16

fees 51:5 61:7
63:15 88:11,12,
13 89:3,4,5,6
94:21,25 95:5,
11,14,22

Ferrari 74:1,2,3,
5,7,18 75:10,20
114:3

Ferraris 113:21

Fight 18:22,24,
25 19:1,3,5,6,10,
17,18,20,22
20:13,17,24 21:9
22:3,5,9 48:2,10
50:6

figure 42:13
67:24

figures 109:12

file 10:14,24
11:3,5,7,13
15:19

filed 15:12,16
29:5,12 30:14
57:7 94:20,25
95:4 115:15

files 11:15 14:2

filing 92:15

fill 34:8

filling 93:6

finally 90:8
128:9

finances 21:8,11
83:21

financial 17:25
19:23 20:8 29:3
31:5,12,25
32:10,20 33:22
34:8 36:15,20
38:9 39:6 44:11,
15,22 45:21,25
46:15 47:6 48:13
50:17 53:17
54:1,2,6 87:2
92:10 96:8,12,

15,22 120:3

financing 117:8

find 90:18

fine 8:16 30:10
36:12 49:13
79:6,16,21
80:14,19,20
90:16 93:7 104:8
116:1,5,7 117:17
125:7 127:1,10,
23 129:16 130:4

finish 7:13,16
8:10 119:15

firm 14:20 15:11
36:25 40:2,10
51:6,7 76:21
86:2,4,7 90:22
91:10 92:7,8,11,
25 93:21 95:10
106:9 115:6
127:11

firms 15:10
115:2,3

firms' 115:7

fit 109:2

flow 127:22

flowed 118:3

flows 129:12

focus 50:3

focusing 63:24
81:6

folder 120:21,25

foreign 23:3,7,13

forensic 126:13,
14,17

forgotten 51:22

form 10:18 48:3
103:18 117:22
118:1,19

formation 10:13
11:4

formed 9:15
77:20

forms 95:8

foundation 91:24

Foursquare
40:22

REGAL

**Exhibit I**

USAO_00455044
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

frame 46:18

frankly 38:4

fringe 104:16

front 9:9

full 5:18

function 55:23

fund 82:10

funds 17:16,22
18:21 21:6,22
22:6,7 23:15,16,
22 24:3 25:23
28:22,24 33:19
44:1,4,7 45:11,
14 48:20 49:23
50:16,23 52:3
53:19 54:8 61:7
62:7,24 66:16
68:12,15,20,23
69:23 70:1,16
71:1,3,21 72:11,
16 73:21 81:10,
16,19 82:4,10
83:9,13 85:16
86:21,24 87:22
88:1 94:17 98:7
114:15 115:1,5
116:24 117:11,
17,21,25 118:14,
19 119:8,9,13,22
120:4

funny 7:6

future 65:8 87:4,
7,11 127:22

**G**

G-R-E-E-N-E
104:14

G63 114:4

gas 102:17

GB 53:9,12 57:4
66:7

Geico 113:8

Gelbart 8:23,25
12:20 16:4 23:19
26:9 27:8,12,22
30:4,8,24 32:15
36:12 46:18,24
47:23 48:23
49:7,12,14,24

50:8,10 52:22
55:1 58:11 61:22
73:4 82:14
91:11,15,19,24
92:6,12,19 93:4,
14,16 94:2,5
99:18,22,24
102:6,8 107:10,
15,18 108:4,6,9
113:12 114:23
119:18 120:18
121:17 122:2
123:19,24
124:11,13,16,22
125:2,4,8,12
126:6,10 127:3
128:3,5,18
129:4,10,14,16,
18 130:5,8

Gelbart's 24:2
114:18

general 43:15

generally 46:4,9
56:3,6,12 65:9
76:10 85:12
99:10

generate 87:7

gentleman 30:15
119:25 126:21

get all 17:9

give 17:14 30:9
40:9 63:4 73:2,9
81:4 87:11 88:24
99:11,15 102:8
109:23 122:19
125:21

giving 29:16

Global 53:2,4
54:4,12 55:4
56:25 66:2,4
70:16 83:25 84:1
117:25 118:3,6,
7,13 119:1

goddess 102:24
111:21

Gofundme 82:5,
6,7,8,11

Goldman 25:24
110:21

good 102:1,7

governance
69:20

granted 103:24

great 7:17 8:18
28:7 31:16 35:1
90:7 109:11
111:12 126:1,2
127:25 130:8

Greene 104:12,
14

gross 62:2,3,19
63:25 64:4

Group 86:5,6

guess 10:1
101:21 106:6
108:20 112:1

guy 58:21

guys 85:22

**H**

half 76:18,19

Hancock 43:4,5
104:6

handbags 34:23
70:25

handful 84:24

handle 12:11
42:4

handled 12:12
17:7

happened 12:2
59:20 60:1 68:12
73:15 74:11
75:13 89:20
113:24

happy 6:8 41:1
70:15

hard 10:18

Harvest 52:9,12,
14

health 104:19
105:2

hear 27:15

heard 67:20
76:24 115:9
119:16

hearing 6:1

held 6:1 24:3
45:25 46:2 50:23
56:25 57:25
58:24 84:7,9,10
101:12 103:2
119:23 121:16
122:11

Hendricks 14:18,
23 15:8,24 57:11

Hendricks' 15:5

hey 129:22

high 66:15

highly 118:16

hire 54:20 99:11

hit 108:1,3

hold 12:20 13:12,
18 44:22 48:17,
20 56:23 57:4
58:6 59:1 61:22
73:4 83:14 99:18

holding 23:16
56:22 58:4 77:16
80:20 83:9,16
120:4

Holdings 115:10

holds 56:20 57:1

home 116:4

honest 49:4

honestly 21:14
129:20

hope 108:1,2

hours 124:1

house 59:14 70:4
71:6 99:19 117:2

hundred 16:13
18:21 27:16 31:9
63:5,6

hypothetical
98:15

**I**

I-N-C 53:8

ID 18:22

idea 60:24 87:10
96:21 97:9 98:16
104:21 105:9

identified 104:8

identify 72:22
124:5

II 129:3

Ikaria 59:23
65:19,20 66:10
111:20

imagine 9:11
15:24 17:10
20:15 60:21
72:19

improperly
25:25

improvements
71:7

include 109:24

included 60:9
111:16

including 52:22
62:15 73:10

income 18:2 36:9
43:23,25 63:23
84:14,20 87:4,7,
11 127:17

incorporation
112:8

Incorrect 58:19

incredible 36:9

incurred 19:21
89:6

individual 13:9
14:9 24:7,9 25:1,
3 27:18 32:9
47:18,24 56:9
60:25 61:13,17
62:20 63:18,19
64:24,25 66:15
69:6 95:3

individually 13:8
17:12 56:7 63:8
79:23

informal 30:12

informally
123:15

information 17:9
21:11 27:11,14
29:16 42:11
49:17 64:2
125:16



**Exhibit I**

USAO_00455045

GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

inquire 99:19

instance 54:13
66:3 94:4

instances 86:19
103:15

institution 22:8,
19 31:5 32:1
33:22 36:15,21
37:14 46:15
47:7,13,20 48:18
50:19 100:12

institutions
47:12 57:19
124:9,11

instructions
109:22 119:6

insurance
100:19,21 101:2,
3,5,7,11,17
104:19 113:4

insured 101:19

intangible 66:8,
11,13 67:25

interest 13:9,12
25:7,10,12,18
26:2,9 31:10
50:16,22 52:10,
12,21 56:20,23,
24 57:1,4,23
62:16,18 65:17,
19,21 66:6 76:14
77:8,10,13,16
81:8 87:2,6 96:8,
12,15 98:21,25
100:17 102:2,3,
4,13 105:19,22,
24 106:24
107:14 109:5,9
110:4 113:23
126:25

interject 23:19

interpreted 93:8

interrupt 11:1
19:14

interrupted
102:8

interrupting 8:3,
5

inventories
101:15

invested 81:7
96:18 97:5 98:8,
12,14 127:19

investment
16:10,16,25
17:11,17 18:11

investments
105:23 117:6

involved 93:24,
25

IOLTA 24:14
49:16 61:6,8

IRA 43:8,9,13,
17,19 104:3,9

ironies 90:7

IRS 118:17

Irvine 5:1

issuance 17:7

issue 27:10 94:6
122:12 123:19,
21,22 124:5,17
125:4 126:4,7
128:14,15

issued 5:21 6:17
10:4,6 37:14
122:9

issues 123:16
128:19 129:10,
22

Italy 120:4,6

Item 9:9 16:7
18:20 59:10,19
60:1 80:11
123:9,10

items 9:6 65:12
79:13,18 120:12
123:8 124:10

J

James 76:11

January 5:2,12,
22 29:22 61:19,
20 62:21,25
115:15

jeweler 58:18

jewelry 60:14
73:10 83:17
101:19 110:15

job 102:1 108:2
120:7

John 5:19 43:5
104:6

joint 86:9,10,16
95:9 114:22

JP 51:17

judge 122:17
126:8 127:9
128:22 129:11

judges 109:23

judgment 5:5,12
73:5 79:1,3
87:14 88:7,14
89:10 91:13
123:25 128:14

judicial 88:1

Judy 12:13,16
55:16 120:21

juries 109:23,24

K

K-1 14:14,16
83:23

K-N-I-G-H-T
70:5

Kelley 127:11

Kenny 58:21
68:5

key 101:8

Keybank 51:23
54:13 70:17
118:25

Kimberly 87:15,
23 127:15,24,25
128:8

kind 20:3,8 36:17
43:7 58:5 60:12
65:11 74:7,24
101:16,24
102:17 103:10
104:4 105:5

kinds 36:22 60:7
66:19,22 67:9,10
75:7 106:24

kit 10:11

knowing 38:25

knowledge 14:4
16:5 32:21 35:14
44:10 59:13,17,
18 60:5 71:21
81:25 82:12
125:22

knowledgeable
29:4 53:14,22,24
54:4 92:2,17

L

LA 39:25 78:21
127:11

lack 125:22

lady 42:17 55:17

Laguna 70:5
99:19

landlord 33:25

large 87:13

largely 34:22

laugh 7:3,8,10,11
8:14 90:9

laughing 8:11

law 9:12 11:15
40:2,10 63:11,15
86:2,4,7 91:10
92:7,8,11,20,22,
23,25 93:21
94:14,15 95:7,10
115:2,6 122:13,
23 125:17
126:18

lawyer 91:3 96:2
127:11

lawyers 127:12

lay 124:24

learn 94:13

lease 34:6,9 74:3
75:21 76:16,17,
20 100:13
103:22

leased 42:23
76:2,5,17,18
82:23

leasing 40:19,21

leave 30:19,22

ledgers 100:3

left 59:22

legal 53:9 89:4

lender 71:9

lessor 41:2,4

level 21:15

levying 6:3
122:11,13

liability 77:3
100:24

licensed 122:23

licensing 103:17

lien 51:4

life 21:16,19
23:4,7 67:18,21
68:1 100:21
101:2,5,7,11

life's 90:7

likeness 67:6,10,
16 68:1

limb 97:11

limited 77:3

limiting 99:14

Lisa 18:1 80:4
81:3 82:3 101:18
102:1

list 16:7 18:21
22:23 29:13,23
30:1,19,23 45:25
46:2 49:11 52:8
60:1 79:5 92:11
93:2 96:4,7,9,10,
11,13,14,16
115:23 124:8

listed 6:1 18:23
29:11 30:13
40:5,23 45:21
54:3 59:7 79:18
80:5 110:9
115:14

listen 6:22 108:9
120:7

listing 29:20

litigation 45:4
71:18 83:20 87:3

LLC 52:9,12,14
70:17 81:8
102:4,12 117:25

Exhibit I


USAO_00455046
GB_C_00027019

**LLP** 76:25

**loan** 36:20 43:11, 14,16 68:7,10, 13,15 71:22 100:13 117:1,6

**loaned** 71:13

**locate** 10:7

**located** 11:5,7, 13,20,23 12:2 14:3 20:23 22:8 43:3 49:6 70:4 97:21,24,25 109:17 110:5,11 111:5 112:6 120:14

**location** 9:3 11:16,17,18,19 18:16 39:25 41:16 42:2,6 48:25 120:16,22, 23 124:9

**locations** 42:5,8, 10 110:9,11

**Lockbox** 115:10

**logically** 129:11

**long** 6:22 10:21 35:20 37:10 75:5 91:6 99:21

**longer** 11:10

**looked** 10:14,23 11:3,9,12 18:14 40:4 120:25

**Los** 6:3 15:9

**lost** 46:24 81:2 121:13

**lot** 54:11 65:9 72:20 82:2 93:23

**lottery** 108:1,3

**Lyft** 37:3

**M**

**M-C** 70:5

**made** 16:16

**Maher** 85:1

**mail** 39:9,10,17, 19

**maintains** 111:20

**make** 17:16 27:3 49:14 51:1 54:21,25 67:1 90:5,8

**making** 22:22 123:24

**man** 101:8 107:24 127:8

**manager** 55:20 98:4

**Marcus** 102:19, 22

**Marjorie** 14:18

**mark** 124:1

**marriage** 17:25 70:24 74:13 78:4 110:13

**Masamo** 120:1,2

**Mastercard** 35:21,22,23

**materially** 29:25

**Mcknight** 70:5 71:22 116:25

**meals** 105:12

**meaning** 23:16 62:18 65:10 84:11 118:6

**means** 38:7 108:14

**media** 130:2

**member** 52:21 77:4 106:23 107:1,5,6

**membership** 107:4

**mentioned** 26:19 125:25

**Mercedes** 110:16 114:4

**messy** 118:12

**metal** 101:24

**Michael** 5:4,19 14:8

**Michigan** 20:23

**Microsoft** 100:6

**million** 88:15,16 89:13,25 90:2,

14,20 91:13 101:5,10,12 110:22 119:9 127:19,21 128:8

**mind** 62:4 94:10

**mine** 21:20 58:7

**minimis** 28:24 51:22 54:9 61:16,18 87:24

**minimum** 79:15

**minute** 64:20 112:11

**minutes** 10:12 112:8

**mistaken** 18:3

**mixing** 95:19

**model** 59:10,19, 25

**models** 59:23

**modified** 78:17

**moment** 6:11

**money** 19:1 21:12 24:23 25:25 26:5 27:20,24 33:21 43:9 45:6,7,9 51:8,22 52:4 66:21,25 67:1,2 71:13,15 72:7 83:14 86:16 88:9 90:21 91:6 96:17 100:7 106:1,4 107:23 111:19 114:17,21 118:2, 13 120:6

**Monica** 37:6

**monies** 51:10 84:15

**month** 33:15,17, 20 34:3,22 61:19 62:10,21,25 73:25 104:20 105:8,15,16

**monthly** 33:11 39:5 54:25 78:13

**months** 19:2 28:21 44:1 45:11 46:23 47:14,20 48:12,14 50:17

65:5 81:14 82:1 84:20 94:20,24 96:19 97:6 98:21,24 99:1,15 100:13 103:9 108:13 116:14

**Morgan** 51:18

**mortgage** 36:20 71:7

**move** 59:14

**moved** 42:1,17 55:18 60:4 120:22

**movie** 67:10,16 68:1

**N**

**named** 58:21

**names** 29:20 30:9,14

**National** 22:24 24:6,20,22 26:19 31:2 33:23 37:17 44:8 45:18,22 46:16 47:7,14,21 48:18 60:23 61:12 64:15 69:3,21 72:13,15

**necessarily** 67:2 96:6

**needed** 8:20

**Neiman** 102:19, 22

**net** 62:19 91:23 92:11,17,24 93:2 118:24

**Newport** 11:17, 18

**news** 45:8

**nice** 36:8

**nonlegal** 85:17

**nonsense** 23:14

**Nordstrom** 102:18

**note** 27:3 106:1

**notes** 27:23 106:11 123:24

**notice** 34:20 73:2,9

**notified** 16:19,22

**number** 9:10 16:8 18:20 33:7 39:22 40:13 52:8 58:7 59:10,20,25 60:1 67:3 68:9 71:20 79:5 80:11 84:10 115:25 116:6 117:19 123:10

**numbers** 28:3

**O**

**oath** 5:16

**objection** 28:1

**obligated** 121:25

**obligation** 78:8, 13,22

**occasions** 45:4

**occupied** 42:24

**occurred** 119:6

**offered** 36:21 66:16,18

**offering** 66:20, 21,25

**offers** 66:18,22, 23,25 67:3,12,14

**office** 39:25 40:2, 15,17 42:7,23,24 55:20 82:24 85:21 98:4 111:1,3,20,23 112:7,10,13,17

**officer** 6:3 122:11,13

**offices** 85:22

**oil** 102:17

**OJD** 28:1 30:21 91:20,22 129:8

**open** 35:16 46:5, 8 103:3 129:2

**opened** 46:14 49:18 57:21 124:12

**opening** 46:11


**Exhibit I**

USAO_00455047
GB_C_00027019

47:6,13,19 48:3,
5,8,11,12,15
49:22 50:5,17

operate 127:5

operated 15:10

operating 24:21
53:12 56:17,19,
21,22 57:8 69:11
126:18

opinion 91:18
94:10 99:13
124:21,22,24,25
125:10,12,14
126:8,12,18,24
127:3

opinions 126:4

options 103:24

Orange 79:6,21
80:14,20 89:20
116:1,5,7

oranges 95:19

order 5:21 6:2,
13,14,15,16,18
8:21 9:2,3,6,9
18:23 20:4 27:18
52:6 58:20 59:8
78:16 79:6,19
80:2,5 91:21
102:13 115:23
120:12 121:15
122:16,21 126:9,
20

orders 122:17

original 6:7 9:12

originally 89:12

originated 17:22

outlined 123:17

outrageous 73:24
120:8

outstanding
119:13

overseas 120:6

owe 106:1,4

owed 93:13
106:9

owes 126:21

owing 18:21

owned 14:8
16:14 17:11
52:8,10 74:5
75:1,4,7 81:8
101:13,14

owner 65:24
66:8,11 80:17
104:3

ownership 112:4,
15 122:10

owns 31:9 101:11

**P**

p.m. 5:2 130:10

PAC 18:22,24,25
19:1,3,5,6,10,17,
18,20,22 20:13,
17,24 21:9 22:3,
5,9 37:21 48:2,
10 50:6

paid 27:24 29:15
34:5,18 43:21
65:11 69:22 70:1
71:21 76:16,20
81:23 84:22,24
85:6,11 86:17,18
88:12 105:7,12
107:7 115:1,5
117:11,17 118:6,
7

parents 107:23

Park 85:25

Parrish 17:6
81:9

part 29:8 49:16
127:6

participate
106:20

participated
47:6,12,19 48:3,
5,8,10,12,15
49:21 50:4,17

participation
47:5

parties 129:24

partner 13:19

partners 12:25
13:2,3,5 14:5,7
77:6

partnership
12:23,25 13:3,9,
12,15,23,24
14:12,14,18,25
31:10 46:7 63:12
77:3,8,11,14,16
112:12

Partnerships
112:11

parts 50:13

party 24:3 27:24
29:17 50:24
54:20,22 58:1,4,
10 119:23

Pasadena 85:25

pass-through
84:11

past 24:24 43:25
61:25

Patek 59:8,19,22,
25 60:6

pay 23:21 26:1,
17,18,21 33:11,
17,19 54:18 55:3
59:22 65:8 68:14
69:13,17 71:22
73:23 78:3 83:14
103:22 105:4,18
128:1

payable 82:4

payee 117:3

paying 34:21

payment 71:7
104:1

payments 54:21,
25 71:7

payoff 116:25
117:6

payroll 29:15
55:7,10,13

pays 26:23 55:8
76:15 104:22
105:15

pending 6:1 87:2
88:1 91:9 94:16,
21,25 95:5,10,21
96:18 121:16

penny 71:6

people 30:2
42:13 54:23
65:10 82:9,10
130:1

people's 29:20
51:3

percent 9:24 14:8
16:14 17:3 18:21
27:16 31:10
37:13 121:12
122:22

percentage 17:1,
2

period 55:1
99:22

perjury 6:14,19

permanent 40:15

permission 59:16

permitted 69:15,
20

perquisites
104:17 105:10

person 29:4
42:16 53:14,21,
24 54:4 55:8,22
56:13 92:2,6,16
97:14 108:16
121:9

personal 14:24
15:12 19:22 22:7
27:2 36:19 42:5
51:17 62:21
69:13,18 99:4
100:2,5 101:15

personally 44:2,5
46:14 47:4,5
51:25 52:17 87:5
106:3 117:9

persons 108:13

Philippe 59:19,
25

Philippes 59:8

phone 105:5,7

phrasing 44:17
48:9

physical 40:2
123:4

PI 127:11

pick 58:21

piece 90:3

place 60:20
111:18 120:15
121:12

places 42:7

plan 104:4 105:2

plane 81:6,9,10
102:12

planes 102:14

point 10:20
26:10 28:25
35:18 43:20
64:18 69:11,16
83:25 84:3 85:4
89:22 98:17
101:18 125:20

policies 100:19,
23 101:4,7,9,12
113:5

policy 100:21
101:2,5,10,11,
13,17 114:2,3,6

political 85:9

Porsche 73:12
74:21,22,24,25
75:9,13

Porsches 74:23,
25 75:2,6,7,8

portion 51:9

Portugal 81:17

position 79:5
90:18 117:15
120:11 124:16

possession 6:6
13:25 15:21,23
19:8 20:11 25:23
38:8,13 41:18,22
59:5,11 60:12
79:11 94:16
97:25 109:6,12
110:4 111:9,10,
15 116:1

possibly 44:23
58:11 125:19

power 121:9

practice 63:11
85:22 122:23

REGAL

**Exhibit I**

USAO_00455048
GB_C_00027019 

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

| | | | | |
|---|---|---|---|---|
| practicing 95:7 | 92:20,22,23 | pure 125:23 | race 74:24 75:2,3 | 43:25 44:1,4 |
| Precious 101:24 | 130:10 | purpose 22:21 | racecar 75:4 | 45:4,11,14 61:24 |
| preclude 10:16 | proceeds 68:13 | 92:19,21,25 | racecars 75:1 | 62:7,24 65:15 |
| predates 79:1 | 70:6,8,10 73:21 | purposely 97:16 | rallies 85:6 | 66:18,24 68:23 |
| predominately | 75:14 86:13 | purposes 30:13 | Range 72:1,24 | 74:15 82:4,11 |
| 37:11 | 118:24 | 87:21 | 75:19 108:16,21 | 85:2,16 86:13 |
| prefer 91:15 94:5 | process 6:2,6 | purses 70:24 | rationality | 90:22 91:5,6 |
| premium 104:20 | 121:15 | pursuant 102:12 | 127:23 | receives 88:5 |
| prepaid 76:16,17 | produce 83:19 | 121:15 | read 31:19,23 | recent 14:11 |
| preparation | professional 7:5, | put 8:1 17:6 26:5 | 129:17 | 15:12,15 75:9 |
| 42:15 | 7 8:15 | 37:5,7 46:18 | ready 28:9 | recently 15:18 |
| prepare 14:23 | profile 66:15 | 80:24 89:20 91:4 | real 100:17 127:7 | Recess 64:22 |
| 15:2 | profit 86:14 | | reasons 23:11 | 82:15 115:19 |
| prepared 10:8 | 104:4 | **Q** | recall 5:13,23 | recollection 22:2 |
| 15:25 57:6,11,14 | promise 65:8 | question 7:22 | 13:16,17,23 | 33:1 35:7 36:25 |
| 101:18 125:21 | 128:25 | 19:15 26:22,25 | 14:13 15:6 16:12 | 38:1,6,9,14,19, |
| preparer 14:16, | promotional | 29:19 30:19 | 17:14,15 21:7,21 | 21,24 39:3,13 |
| 17 | 84:23 85:5,18 | 31:18 32:16 35:1 | 22:5 28:20 29:1, | 70:15 115:12 |
| present 6:5 | properly 10:16 | 36:10 37:2 38:3, | 6,9,10 31:7 32:2, | 119:1 121:4 |
| 121:22 127:22 | properties 68:7 | 4,17 44:19 45:5 | 4,7,12,24 35:5,9 | reconcile 54:24 |
| presently 6:8 | property 25:15 | 46:24 48:16,22 | 37:24 38:7,11,18 | record 5:18 6:11 |
| 11:5,7 15:11 | 26:7 57:25 58:3 | 49:22 50:11,12, | 39:13 41:13 42:3 | 7:25 8:1,21 |
| 19:4 43:10 55:2 | 65:4,11,12 66:9, | 25 51:16 55:25 | 43:12 44:6,14, | 16:13 23:4,8 |
| 59:4 60:11,22 | 12,14 67:5 70:7, | 58:2,23 63:10 | 18,24,25 45:16, | 28:8,10 29:17 |
| 84:18 90:25 | 8,19,23 71:2,22 | 73:5 78:15 80:15 | 23 46:22 47:22, | 30:8,10,11,13 |
| 106:20 119:13, | 79:15,24 82:19, | 89:9 93:8,16,17 | 25 52:18,19 | 31:23 64:21 |
| 22 127:17 | 22 83:16 100:17 | 97:10 99:17 | 53:10,20 56:24 | 82:13,16 97:3 |
| president 121:7, | 101:16,20 | 102:9 108:19 | 57:9 58:15 65:6, | 109:7 115:18,20 |
| 22 | 108:13,24 109:5 | 109:3,25 110:2 | 14,23 70:3 75:4, | 116:21 119:15 |
| Previous 19:2 | 110:3 111:8 | 118:4 119:18 | 25 87:1 92:14 | 120:10 127:2 |
| previously 5:11 | 113:25 117:1,2, | 121:17,18,19 | 95:6,12 100:16 | 128:6 129:23 |
| 46:11 104:8 | 10,14 128:14 | 125:13 | 106:22 118:2 | 130:9 |
| primarily 76:7 | proposals 67:3,4 | questioning 5:20 | receipt 20:7 | records 10:12 |
| print 30:7 | prosecute 94:3 | questions 8:22 | 68:20 | 18:11,12,18 |
| prior 39:4 58:20 | provide 9:5 20:3 | 25:9 30:22 | receipts 62:1,2,3 | 19:20 29:9 37:25 |
| 73:2 87:14 | 68:20 72:16 87:3 | 31:14,15 48:19 | 63:25 64:4,11 | 38:12 41:14,17, |
| 114:20 | 95:25 103:9 | 97:16 108:9 | 100:3 | 19,20,21 42:1,7, |
| privacy 27:25 | 104:18 125:20 | 123:15 128:20 | receivable 106:2, | 17 44:21 45:24 |
| 28:4 29:18 30:13 | provided 68:16 | 129:3 | 5,12 | 57:16 68:19,22 |
| private 51:18 | providing 63:19 | Quickbooks | receive 14:14 | 70:13 96:22 97:8 |
| 102:17 | 114:25 115:2,6 | 100:6,9,11 | 39:5 43:23 44:7 | 99:4 108:18,23, |
| privately 128:24 | public 103:5 | Quicken 100:6 | 62:11,20 64:24 | 24 109:1 110:25 |
| privilege 103:12 | publically 52:22 | quit 108:2 | 67:3 70:6 72:7,9 | 111:12,16,17,25 |
| privileged 48:21 | publicly 19:11,16 | | 82:10 83:23 | 112:1 114:11 |
| problem 27:22 | 21:25 30:14 | **R** | 85:13 88:17 | 120:20 123:22, |
| proceeding 23:12 | pull 40:25 | R-E-G- 55:17 | 104:16,19 | 23 |
| 26:24 30:21 | purchase 71:1 | R-E-G-N-I-E-R | 112:20,22,25 | recovery 128:9, |
| | | 12:15 | 113:2 | 10 |
| | | | received 17:19 | red 70:23 |
| | | | 19:2,10 21:23 | reduced 89:15, |
| | | | | 23,25 |



**Exhibit I**

USAO_00455049
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

refer 102:24

referenced 33:24
40:24 109:8
110:17

referring 85:8
90:15,16,17,18,
19

reflects 38:20

refresh 32:25
35:7 37:25 38:5,
8,13,19,23 39:3
70:14 115:12

refund 118:21

refused 89:16

register 17:8
123:5

registered 6:2,6
121:15

Regnier 12:13
42:18 55:16
56:15 64:3,7
82:18 97:13 98:4
111:22

Regnier's 76:5

regular 39:23
74:24 84:25
92:14 113:1,3

reimburse 20:5

reimbursement
19:21,25 20:3,9,
13,20 21:23 89:7

reimbursements
19:3,5,9,17,18

related 18:7,11
53:1 83:20 85:17
108:23 124:8,20

relating 10:13
11:3,15 14:3
64:11 82:21
110:20 111:5
114:14 123:17
125:15

released 117:25

relevance 26:24

remains 129:2

remember 10:9
14:20 15:4 16:24
17:4,18,21 34:1,
4,5 39:15 48:6

54:17 55:13
57:5,15 68:8,25
69:1,14 70:12,18
71:5,16,19,20,24
73:20 74:10,16
75:16 81:12
98:19,22,23 99:2
112:18

removed 28:5

rendered 50:24
51:10 90:23
114:17

rent 33:11,13,17,
19,21

rental 11:21

repeat 23:6

repeatedly
119:17

reported 19:11
21:25

reporter 7:1,23
8:4,8 12:14
31:22 104:13
129:21

reporters 8:9

represent 29:11
107:15

representation
103:10 105:14

representing
92:16

request 88:25

requested 83:19
124:23

requests 127:16

require 46:6,12
93:6

required 9:23

requires 5:25
46:6

reserve 125:24
127:9

reserved 128:19
129:11

residence 33:3
42:6 60:4,18
110:10 111:1,3,
18,22

residential
110:23

resolution 46:3,7

resolutions 46:13

resolve 27:10

respect 14:23
16:7,19,25 17:11
18:15,20 24:16
26:20 31:2,4,24
36:7 37:19 41:25
42:25 52:5,16,20
56:16 61:6,11,
14,17 67:25 68:4
69:21 70:4 72:24
73:8,12 76:12,24
80:8 90:10,20
91:8 94:8
102:11,25 105:4
111:24 116:13
119:4,8 123:2
128:16

respectfully 92:1

Responsive
109:25

Rest 114:8

result 6:19 51:10

retain 93:22
126:16

retained 126:13

retainer 103:11

retirement 42:25
104:5

return 57:12,14,
16 127:20

returns 14:24
15:2,13,16,21,
23,25 57:6
83:22,23

review 8:24
124:2 129:17

reviewing
125:14,17

rid 73:10 113:21,
24 114:1,5

rights 27:25 28:1
29:18 67:10,16,
17,18,19,21,25
128:23

ring 42:19 58:5
65:12

road 118:7

Rod 6:5,10

Rover 72:1,24
75:19 108:16,22

running 34:22
73:24

---

S

---

Sachs 25:24
110:21

safe 57:20,22

safe-deposit
57:18

salary 112:20,22

sale 70:7,9 71:22
72:7,18 73:2,22
75:14 116:25

Sales 108:16

San 15:8

Santa 33:6

Saul 27:1 32:13

savings 24:12

schedule 115:15

schedules 40:23,
25

search 10:22
18:12

searched 10:7

Seattle 51:24

Secret 59:23

securities 106:18,
20

security 28:3

Seek 16:14,19
52:7 123:2

seeking 89:7

sell 72:5 75:9
127:4

seller's 116:22

separate 63:15

separately 63:9

separation 57:23
73:18 75:2,4,17,

18 87:14,18
99:21 114:5

serve 6:8

served 9:2

server 6:2,6
121:15

service 17:19
55:10,13

services 37:3,6
50:24 51:10
63:19 65:5,13
82:5 84:21
85:14,17 90:22
103:9 104:1,18
114:17,25 115:2,
6

session 128:21

set 82:9 83:12
98:17

setting 101:17

settlement 86:13

share 10:2,4,15,
19 86:2 88:5
120:13 121:1,2,4
122:18,21 123:4

shareholder 9:20
31:8 84:4,10

shareholders
17:8

shares 9:12,24,25
10:16,17 16:9,14
17:8,18,20 18:3
52:8,20 94:9
103:2,3 120:13
121:10,13,23
122:1,4,5,6,8,10,
12,13,22 123:2
126:20,24 127:4

sharing 104:4

Sheriffs 6:4

shoes 34:23

shorten 46:23

shortly 40:8

show 30:4 44:22
67:10,17 68:1

showing 46:7
85:5 118:23

shredded 12:6



Exhibit I

USAO_00455050
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

sign 34:6 92:3 103:18

signatory 48:6

signed 29:3 92:9

signer 21:1 22:2, 4,6,18,24,25 23:3,6 24:6 25:8, 11,12,13 26:4,9, 12 28:12 52:1 54:16 83:1,5,8

signers 32:19 54:14,15,16

significantly 62:12 63:6

signing 32:10 92:14

signs 92:7

similar 8:21

single 76:17

sir 5:11,20 7:17 8:14 9:2,22 11:16 16:7 20:20 21:12,14 22:7 26:6 28:12,25 31:4,8,24 32:9, 19 33:3 34:4,13 35:6,9,12 36:11 37:3,18 38:5 39:1,6,11 41:14 44:20,23 46:3 47:5 64:24 72:20 83:19 92:14 93:10,20 95:13 99:10 100:2 101:23 107:25 108:24 109:4,8 110:25 111:12 112:3 113:9 114:12,21 122:6, 15,21

sit 18:10 22:5 31:7 32:2,5,7,12 33:2 35:1 39:1 40:9 42:9 44:14, 18,24 45:23 49:3 58:15 75:23 95:3 100:15 125:13

sitting 23:12 51:8

sizeable 21:24

slow 7:23 8:2

small 23:22 85:2 87:20 107:19

smile 90:8

social 28:3 106:23 107:6

software 100:5, 10

sold 58:17,24 59:22 70:8 72:3, 6 73:10,16,17,18 74:12,17,18,19 75:13,19 80:25 99:20 107:4 108:15

sole 9:20 31:8

son 105:3

sooner 108:10

sophistication 21:15

sort 103:22

source 33:19 84:14,15

sources 62:8 84:20

Sunth 74:18

space 11:21 41:3 82:24 86:2

speak 94:5

speaking 7:2,13 103:14

specific 111:14

specifically 30:16 79:18 92:4

speculate 18:19 38:22 88:21

speculating 17:3 45:19

speculation 38:24 98:15 125:23

Speedster 73:12

spell 12:14 15:5,6 53:7 104:13

spent 68:21

split 127:25

spousal 78:22

spun 65:20

spurious 23:9 120:8

stand 39:3 114:20

standard 69:20

standards 94:13 125:15

standpoint 114:22

stands 21:21

start 22:22 78:9 110:19

started 5:20 112:19

starting 47:2

state 5:18 40:4 122:24

stated 84:16

statement 20:7 93:15 95:14 116:22

statements 29:3 34:24 39:5 64:13,14 92:10 96:23 111:6

States 30:15

status 114:2

statutory 128:23

stay 93:25

stepping 97:2

stipend 85:2

stipulation 68:6 80:5 114:4

stock 52:25 102:23,25 103:5, 24 121:10 122:10 126:20

stocks 103:2

stole 25:22

stop 7:15 91:15 94:2 128:3

storage 11:24,25 12:3,5,7 18:16 41:20,25 42:1,2, 3,6,17 79:6,17, 21,22 80:14,20

111:2 114:9 116:2,8 120:15, 21,22

store 42:7 114:11

stored 41:17 114:13

stores 102:18

story 66:17 67:6, 10,16 68:1

stream 127:17

streams 63:23

strike 31:3 47:17 65:3 85:21 95:8

strive 7:3

structure 57:5

sub-corporations 54:10

subject 27:19 68:5

submitted 19:20 20:13 29:8 127:16

subset 50:10

substance 53:11

substantially 29:24

substantiating 20:8

successful 88:8, 19

suite 40:13,16 42:21

Sunset 39:18 40:11 41:21 42:6,19

supplement 31:20

support 72:18 78:3,6,8,14,22 93:13 128:8,11

supporting 109:12 111:8 119:6

supposed 88:17

surgeries 34:23

surgery 18:9

switched 64:18

sworn 5:6,11 129:19

Systems 16:15,17 52:7

___

T

___

T-Y-R-I-A-N 16:15

tab 126:23

taking 91:19

talk 7:1 27:3,9 28:5 42:16 56:1 107:10

talked 52:5,7 53:8 54:20 57:2 83:22 102:16 103:15 105:23 106:18

talking 6:25 16:13 26:6,9 43:15 56:18 62:1 85:9 91:15 115:22 129:5

tax 14:16,17 15:13 57:6 83:22,23

technically 10:1 106:6 110:12

television 84:22, 25

telling 7:21 31:11 70:13 119:2

ten 121:3

term 67:20

terms 62:7 94:12 105:1

testified 5:7 10:23 48:2

testimony 22:1 36:1 59:11 109:18,24 111:7 120:18,24,25

Thankfully 101:14

Thermal 16:14, 19 52:8 123:2



Exhibit I

USAO_00455051
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

thing 128:12
129:5

things 7:24 8:1
18:7,9 34:24
53:1 60:7,10
66:19 67:9,11
70:25 73:9 82:10
85:6 99:6 100:3
101:24 102:18,
19 105:4,22
106:25 108:17
110:18 112:12
118:21 125:25
126:1

thinking 53:1

thought 23:24
35:23 62:22
93:20

thousand 53:20
63:5,6 85:1
103:22

time 7:2,17,18
8:20,24 9:7
10:20,21 11:10,
12 14:11 15:15
16:16 19:19
20:19 21:23,24
23:10 24:25
29:14 34:9,22
35:15,18,20
37:10,12,21
39:22 40:1,17
41:7 43:20
46:18,22 55:1
56:15 67:4 69:5,
11,16 71:25
73:14 75:5,10,11
76:3,10,11,16
80:4,7 82:2 86:9
91:6 93:25 98:17
101:19 105:13,
14 106:7 109:18,
22,23 113:16
114:5,13,14
119:23 120:19
125:20 130:2

times 45:5
114:19

title 70:21

today 6:5 13:25
18:10 22:1,5
29:24 31:17 35:1

40:9 42:15
44:14,18 72:21
75:23 87:21 95:3
107:17 109:4
125:21,22
128:16,18 130:6,
7

today's 75:18

told 17:13 125:2

total 85:16

touch 17:7

Toys 101:24

trace 118:4

tracing 63:23

track 46:24 81:2

traded 52:22

trademark 66:10

trademarks
65:24 66:2,5

transacting 83:9

transaction
118:9

transactions
118:10

transcript 130:2,
3

transfer 121:10

transferable
107:4

transferred
23:20 25:25 61:8
102:12 107:19
108:15 116:18

transferring
107:25

transfers 108:12,
23

transportation
105:6

travel 105:13

treasurer 19:6
20:17,19,21,22

trial 91:3

trip 97:16

true 46:21 49:7
68:18 84:24

trust 23:20,23
24:2,13 28:13
29:9 46:17 47:8,
15,21 48:17,20
49:16,17,20,25
50:3,6,10,15,16,
23 51:9,15
58:12,13 61:6
64:16,17 69:4,7,
12,17,25 70:2
72:14 86:17
107:8,12,14,16,
21 114:16 115:7
124:9,12,14,15,
18

truth 117:16

turn 5:25 9:23
10:3 30:4 111:25
112:1 121:25
122:3,5,6,9,10,
13 126:14

turned 6:9 74:4
75:12,20 79:9
80:1 81:6 124:24
126:22

turning 121:23

turnover 5:21,
23,25 6:7,13,16
8:21 27:18 52:6
58:20 59:8 68:5
79:6,19 91:21
93:11 94:9 101:3
102:13 115:23
120:12 121:15
126:9,19

TV 67:10,17 68:1

type 46:7 71:17

typically 97:13

Tyrian 16:15,17
52:7 53:8 84:2
106:19 123:2

U

U.S. 54:12

Uber 37:3

Uh-huh 61:3

underneath
54:10

understand 5:15

6:24 22:7 35:11
44:19 49:14
50:8,25 58:2
63:10 72:20 89:9
94:16 96:2 111:7
117:15 122:8
124:16 127:14
129:7 130:5

understanding
51:2 53:2 56:17
63:11 74:23
77:21 81:7 87:13
89:12,22 103:17
118:4 120:13
123:7

understood
51:16

unearned 107:12

unequivocally
18:5

unfounded 23:11

unit 18:16 33:7,9
42:1,17

United 30:15

unknown 18:16
41:25 42:2,6
111:2

unsecured
115:14

untrue 23:11

updated 40:7

V

vacation 81:15
82:2

vacations 81:13

vague 61:22 62:3

validly 6:17

valuation 92:20
93:21 95:25
99:12 125:15,18
126:18

values 101:17

valuing 91:12

vehicle 76:1,7,9,
13,14,15 105:5
113:22

vehicles 75:19,23
113:9,19,20

venture 86:9,10,
16 95:9 114:22

verbal 67:14

verdict 89:16,17,
21,23 90:3

versus 93:24

Vicente 15:8

Victoria's 59:23

videotape 8:17

view 70:20

vintage 74:1,2

violating 27:25

Visa 35:4,8,9,12,
15,18,23

visited 22:15

volume 128:16,
17 129:3,15

W

W-2S 85:13

Wait 12:19

waiving 128:23

wanted 34:20
129:23

Washington
22:11,13

watch 58:5
59:12,13,15,19,
20,25 60:2,4
65:12 126:22

watches 58:17
59:1,4,7,15,22
60:3,6,9,11 68:4,
10 83:17 110:17

Water 116:23

ways 62:23

website 40:4 82:9

Wednesday 5:2

week 11:9

weeks 11:13
126:15

weigh 30:20



Exhibit I

USAO_00455052
GB_C_00027019

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

**whatsoever**
84:15 120:9

**wife** 101:6,12

**winning** 88:20

**wire** 70:16 119:6

**wired** 21:6 70:10
118:25

**woman** 20:22

**word** 61:22
117:20

**work** 38:16
42:13 51:3 64:25
86:8 90:23

**Worked** 86:12

**works** 38:15,17

**world** 22:19

**worth** 94:11
126:23 127:13

**Wow** 108:1

**wrestle** 27:23

**writ** 6:7,17

**write** 34:2

**written** 21:3
67:12 99:16
106:6 124:6

**wrong** 39:21
93:8

**wrote** 93:5

---
## X
---

**X-LAW** 86:5,6

---
## Y
---

**year** 15:12 57:7,9
61:20 62:8,10
64:18 66:19 72:1
74:9,19

**years** 10:9,10,21
36:3,9 40:18
42:24 46:20
71:20 74:5 75:1,
6 76:6,18 79:2
107:24 120:9
121:3 127:21



**Exhibit I**

USAO_00455053
GB_C_00027019