**EXHIBIT K**

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Dean Steward <deansteward7777@gmail.com> |
| **Sent:** | Wednesday, May 26, 2021 12:31 PM |
| **To:** | Sagel, Brett (USACAC); Wyman, Alex (USACAC) |
| **Subject:** | your email |

Alex and Brett,

Giving the defense 72 hours to review seven transcripts totaling 1,100 pages and provide substantive objections, completeness arguments, etc., when the government has known about this for months (including before the motion cut-off which was long ago), is not acceptable. This is especially true because you know I am preparing for my trial scheduled to begin Wednesday in Judge Carter's. If you proceed with the motion, we will oppose for this reason and others. Please include this response with the motion if you insist on filing it.

Thanks,

Dean

--



949-481-4900  www.deansteward.com

1
Exhibit K