H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL JOHN AVENATTI, <br> Defendant. | SA CR No. 19-061-JVS <br><br> [PROPOSED] ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's Motion in Limine to Exclude Evidence of Wealth, Spending Habits, Debts, Financial Condition, and Lifestyle is granted. The government is precluded from referencing or admitting any facts or evidence at trial concerning or relating to Mr. Avenatti's wealth, spending habits, debts, financial condition, and lifestyle.

**So ordered.**

Dated: June ___, 2021

_____

Hon. James V. Selna
U.S. District Judge