```
1  H. Dean Steward, SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  Tel (949) 481-4900
   Fax (949) 497-6753
4
   Attorney for Defendant
5  MICHAEL JOHN AVENATTI
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | ORDER RELATING TO EXTENTION AND MODIFICATION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Good cause having been shown and by agreement and stipulation of the parties, it is ordered that Defendant Michael John Avenatti's Temporary Release is extended under its current terms until July 13, 2021, with the following modifications:

1. Mr. Avenatti is permitted to travel to the Ronald Reagan Federal Building and U.S. Courthouse located in Santa Ana for the purposes of pretrial proceedings and trial in this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

2. Mr. Avenatti is permitted to travel within the Central District to meet with his counsel in this matter, H. Dean Steward, and/or the CJA paralegals assigned to

this matter, provided he is accompanied by a member of the defense team or Mr. Jay Manheimer.

**So Ordered**.

Dated: May 29, 2021

_____
Hon. James V. Selna
U.S. District Judge