TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    Facsimile: (213) 894-6269
    Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defendant with a copy of the grand jury testimony of any witness whom the government may call at trial. The purpose of this order is to enable defendant to prepare

his defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defendant shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony provided to defendant (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

DATE

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE