H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that the trial date in this matter is continued from July 13, 2021 to September 14, 2021 and the final pre-trial status conference is continued from June 28, 2021 to _____.  The Court further finds that: (1) the ends of justice served by a continuance outweigh the best interest of the public and Mr. Avenatti in a speedy trial; (2) failing to grant the continuance would result in a miscarriage of justice; and (3) failing to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//

//

Accordingly, the time between the currently set trial date, July 13, 2021, and September 14, 2021, shall be excluded for purposes of calculating time under the Speedy Trial Act.

**So ordered.**

Dated: June __, 2021

_____

Hon. James V. Selna

U.S. District Judge

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.  I am not a party to the above-entitled action.  I have caused, on June 7, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2021

/s/ H. Dean Steward

H. Dean Steward

3