H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Michael J. Avenatti

FILED
CLERK, U.S. DISTRICT COURT
6/8/21
CENTRAL DISTRICT OF CALIFORNIA
BY: LB  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. AVENATTI<br>  Defendant. | Case No. SA-CR-19-61-JVS<br><br>APPLICATION TO SEAL EXHIBIT "A" TO EX PARTE APPLICATION FOR CONTINUANCE OF TRIAL DATE |

Comes now counsel and applies to this Court ex parte for an order sealing Exhibit "A" to the Ex Parte Application for Continuance of Trial Date [docket #484]. The exhibit contains personal information about a government witness and must be sealed pursuant to HIPAA and local rules.

Dated: 6-7-21                /s./ H. Dean Steward
                             H. Dean Steward
                             Counsel for Defendant
                             Michael J. Avenatti

- 1 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

    I am not a party to the above entitled action. On 6-7-21, I have caused service of the defendant's:

**EX PARTE TO SEAL EXHIBIT "A"**

On the following parties by e-mail, as the application, proposed order and underlying document contain sensitive material.

**AUSAS BRETT SAGEL AND ALEX WYMAN**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-7-21

s/ H. Dean Steward

H. Dean Steward