# EXHIBIT 5

**Sagel, Brett (USACAC)**

---

| | |
|---|---|
| **From:** | Ted Donohue <                          > |
| **Sent:** | Monday, April 5, 2021 1:12 PM |
| **To:** | Sagel, Brett (USACAC); Remoun.Karlous            ; Wyman, Alex (USACAC); john@ |
| **Subject:** | FW: Avenatti -- Judy Regnier |

This is the response I received.

**Francis T. Donohue III, Ph.D.**
Voss, Cook & Thel LLP
2301 Dupont Drive, Suite 500
Irvine, CA 92612-7504
Telephone
Direct Phone:

---

**From:** Dean Steward
**Sent:** Tuesday, March 30, 2021 12:08 PM
**To:** Ted Donohue
**Subject:** Re: Avenatti -- Judy Regnier

thank you for your response. I have my answer and will cease contact.

Dean Steward

On Tue, Mar 30, 2021 at 11:19 AM Ted Donohue <TDonohue@vctlaw.com> wrote:

> Mr. Steward
>
> I represent Judy Regnier in two civil actions in which she is named a defendant along with Mr. Avenatti.
>
> They are the Johnson matter and the Barela matter.
>
> I have instructed her to not respond to your communications.
>
> She is represented by counsel. Please stop attempting to contact her.
>
>
> Thank you.

1

Ted

**Francis T. Donohue III, Ph.D.**
Voss, Cook & Thel LLP
2301 Dupont Drive, Suite 500

Irvine, CA 92612-7504
Telephone
Direct Phon

--



949-481-4900  www.deansteward.com