H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI,<br><br>  Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

    Good cause having been shown, it is ordered that defendant Michael J. Avenatti is permitted to file the requested reply to the government's opposition to defendant's Ex Parte Application for an Order Continuing the Trial Date and Finding of Excludable Time. The reply filed as Exhibit A to the Ex Parte Application for an Order Allowing Defendant to File a 3-Page Reply is to be filed forthwith.

    **So ordered.**

Dated: June __, 2021

                                                                   Hon. James V. Selna
                                                                   U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am not a party to the above-entitled action. I have caused, on June 10, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2021

/s/ H. Dean Steward

H. Dean Steward