H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL JOHN AVENATTI, Defendant. | SA CR No. 19-061-JVS ORDER |

Good cause having been shown, it is ordered that defendant Michael J. Avenatti is permitted to file the requested reply to the government's opposition to defendant's Ex Parte Application for an Order Continuing the Trial Date and Finding of Excludable Time. The reply filed as Exhibit A to the Ex Parte Application for an Order Allowing Defendant to File a 3-Page Reply is to be filed forthwith.

**So ordered.**

Dated: June 11, 2021

_____
Hon. James V. Selna
U.S. District Judge