1

<u>DECLARATION OF ALEXANDER C.K. WYMAN</u>

2

I, Alexander C.K. Wyman, declare as follows:

3

1.   I am an Assistant United States Attorney ("AUSA") in the

4

United States Attorney's Office for the Central District of

5

California.  Together with AUSA Brett A. Sagel, I represent the

6

government in <u>United States v. Michael John Avenatti</u>, SA CR 19-061-

7

JVS.  I have knowledge of the facts set forth herein and could and

8

would testify to those facts fully and truthfully if called and sworn

9

as a witness.

10

2.   Attached hereto as **Exhibit 1** is a true and correct copy of

11

a set of draft summary charts prepared by the government's financial

12

analyst, John Drum, which was produced to defendant in May 2020 and

13

attached to the government's opposition to defendant's motion to

14

exclude Mr. Drum (CR 299, Exhibit 1).  It is being reattached to this

15

filing for the Court's convenience in reviewing the instant motion.

16

3.   Attached hereto as **Exhibit 2** is a true and correct copy of

17

a bank statement for defendant's bank account ending in 0661 in the

18

name of Avenatti & Associates, dated January 30, 2015, obtained by

19

the government in its investigation of defendant.  The statement has

20

been highlighted to illustrate the relevant transactions.

21

4.   Attached hereto as **Exhibit 3** is a true and correct copy of

22

a signed contract between defendant and Villas and Apartments Abroad

23

LLC, dated January 20, 2015, and transmitted by facsimile on January

24

27, 2015, which the government obtained during its investigation of

25

defendant.

26

5.   Attached hereto as **Exhibit 4** is a true and correct copy of

27

a set of two bank statements for defendant's bank account ending in

28

0661 in the name of Avenatti & Associates, dated January 31, 2017,

and February 28, 2017, obtained by the government in its investigation of defendant.  The statements have been highlighted to illustrate the relevant transactions.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of a bank statement for defendant's bank account ending in 0661 in the name of Avenatti & Associates, dated April 30, 2018, obtained by the government in its investigation of defendant.  The statement has been highlighted to illustrate the relevant transactions.

7.   Attached hereto as **Exhibit 6** is a true and correct copy of a set of two bank statements for defendant's bank account ending in 0661 in the name of Avenatti & Associates, dated May 31, 2017, and June 30, 2017, obtained by the government in its investigation of defendant.  The statements have been highlighted to illustrate the relevant transactions.

8.   Attached hereto as **Exhibit 7** is a true and correct copy of an agreement between HTP Motorsport GmbH and defendant's car-racing company, GB Autosport, LLC, that appears to have been signed by defendant on June 12, 2016.  The government obtained this document during its investigation of defendant.

9.   Attached hereto as **Exhibit 8** is a true and correct copy of an email AUSA Sagel and I received from defense counsel, H. Dean Steward, on May 28, 2021, as well as my response and Mr. Steward's reply.  I received no further response to my email from Mr. Steward beyond this email exchange.

//

//

//

//

1    I declare under penalty of perjury under the laws of the United

2   States of America that the foregoing is true and correct and that

3   this declaration is executed at Los Angeles, California, on June 14,

4   2021.

5                                        /s/
                                    _____
6                                   ALEXANDER C.K. WYMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1
# (Filed Under Seal)

# EXHIBIT 2
# (Filed Under Seal)

# EXHIBIT 3
# (Filed Under Seal)

# EXHIBIT 4
# (Filed Under Seal)

# EXHIBIT 5
# (Filed Under Seal)

# EXHIBIT 6
# (Filed Under Seal)

# EXHIBIT 7

# Agreement

- Hereinafter referred to as the "Agreement"–

Between
HTP Motorsport GmbH
Bökelmannstraße 12,
65624 Altendiez
Germany
UID DE815397475


Hereinafter referred to as "Team"

And

GB Autosport, LLC
520 Newport Center Drive, Suite 1400
Newport Beach, USA, CA 92660


Hereinafter referred to as "Company" -

representing the racing drivers "Michael Avenatti and others TBA by the Company"
- Hereinafter referred to as the "Drivers" -

-

Hereinafter collectively referred to as the "Parties" -


The Parties agree as follows:

### Section 1
Subject Matter of the Agreement

In the 2017 Season, the Drivers will take part with in the following racing events:

- all events of the **Blancpain Series Endurance Cup 2017** (see Appendix A) (hereinafter referred to as the "Endurance Racing Events");
- **5 days of testing** on various circuits (hereinafter referred to as the "Testing Events").

The racing car, a AMG Mercedes GT GT3 (hereinafter referred to as the "Racing Car"), shall be prepared, attended to and deployed by HTP.



**Exhibit 7**
**141**

USAO_00571311

**Section 2**
**Services of HTP**

*Testing and Racing Events*

(1)     HTP shall prepare and provide the Racing Car for the Testing and Racing Events, including any necessary replacement and wearing parts as well as any necessary materials and supplies.

(2)     HTP shall be responsible for transporting the Racing Car to the race tracks for all Testing and Racing Events and for deploying it through appropriate personnel.

(3)     In the event of an accident involving the Racing Car, HTP shall repair it at the racing track to the extent HTP is able to do so. If HTP is not able to repair the Racing Car at the racing track during a Racing or Testing Event due to a lack of technical means and that, as a result, the Racing Car is not able to participate in a Racing or Testing Event, this shall not affect the obligation for payments as set out in Section 4.

(4)     HTP gives the Company the possibility to fix logotypes of the sponsors of the Company by the following arrangements:

     a.  Placing the logotypes of the sponsors on the Racing Car.  Shown as in appendix B (approx.  80% of the car space)
     b.  Position and size will be defined together by HTP and the Company.
     c.  Placing the logotypes of the sponsors on the Driver's racing suit. Position and size as in shown in appendix C.
     d.  Position and size will be defined together by HTP and the Company.
     e.  If any sponsor is a direct competitor to one of the sponsors of HTP, section (4) a. and (4) c. of this agreement are not valid for this sponsor.

(5)     HTP shall procure and provide four (4) free paddock guest passes for the Company at all the Racing and Testing Events during the term of this Agreement.

*Racing Events*

(5)     In the context of the Racing Events, HTP shall provide the Racing Car in accordance with the Blancpain GT Series 2017 regulations (hereinafter referred to as the "Blancpain Regulations")

*Testing Events*

(6)     HTP shall be responsible for organizing Testing Events for the Drivers on various racetracks in Europe (see appendix "Testing") with the common goal of HTP and the Driver to improve the driving skills of the Driver and continuously work on and improve the setup of the Racing Car.



**Exhibit 7**
**142**

(7)     HTP shall be responsible to organize and bear the cost of the Testing Events. New tires usage will be invoiced separately on actual usage of new tires during testing events (current price per set of slick Pirelli tyres is 1680, - Euro)

(8)     The dates of the Testing Events will be defined by agreement between HTP, the Company and the Driver.

(9)     If more testing days are requested by the "company", HTP will try to organize this request in a best way and the cost for such additional testing days will be charged on a "cost covering" rate.

## Section 3
### Services of the Drivers

(1)     The Drivers shall obligate, to participate in all events and meetings of the Blancpain Series Endurance Cup 2017 as listed under Section 1 and of its organizer as set out in the Blancpain GT Series Regulations as listed under Section 1 (driver meetings, press conferences, prize awarding ceremonies, etc.). Any penalty for non-attendance at the events and meetings above or any sports penalty for which the Driver is responsible shall be paid by the Driver.

(2)     The Drivers accepts that HTP will render its services as set out in Section 2 Paragraph 5, in accordance with the Blancpain Regulations and other Events Regulations as listed under Section 1 (including handicap weights, restrictor changes, etc.).

(3)     The Drivers guarantees the Team his necessary physical fitness for the race assignment. He commits himself to a minimum of two medical examinations arranged by HTP & and to participate in the organized fitness days of the Team.

(4)     The Drivers shall obligate to have a valid license for the demanded race category.

(5)     The Drivers declares hereby, that they will follow all instructions related to driving the Racing Car by HTP or its responsible representatives at all Racing Events and Testing Events.

(6)     The Drivers shall wear suitable Team clothing (including the branding of sponsors) as directed by HTP as the case may be.

(7)     The Drivers will use due care in all press releases, statements or interviews so as to ensure that the Drivers acts as ambassadors for HTP.

**Exhibit 7**
**143**

USAO_00571313

### Section 4
### Payments

(1)     For the services provided by HTP as set out in Section 2 Paragraphs 1 to 9, the Company shall pay to HTP an overall amount of EUR 650.000,00 € (hereinafter referred to as the "Amount").

(2)     The Company shall pay the Amount in instalments against invoices as follows (hereinafter referred to as the "Instalments"):

1.  Instalment of EUR 50,000,00 €     10 days after contract signature;
2.  Instalment of EUR 100,000,00 €    by 15.March 2017
3.  Instalment of EUR 100,000,00 €    by 01.Mai 2017
4.  Instalment of EUR 100,000,00 €    by 10.June 2017
5.  Instalment of EUR 200,000,00 €    by 15.July 2017
6.  Instalment of EUR 100,000,00 €    by 15. September 2017

Bank Details:       Commerzbank Saarbrücken
IBAN CODE:          IBAN DE 8959 0400 0006 0077 3600
BIC/SWIFT CODE:     BIC COBADEFFXXX

(3)     If and as long as the Company is in arrears with one or more of the Instalments, HTP shall be entitled without any further notification or setting of a deadline to deploy other drivers instead of the Drivers. This shall not affect the effectiveness of this Agreement not the obligations of the Drivers. If the Company delays the payment of the Instalments, HTP shall be entitled to terminate the Agreement with immediate effect.

### Section 5
### Sponsorship

(1)     Any Sponsorship and financial support from 3rd Parties that can be organized from HTP for the Drivers, will be forwarded in full to the driver with a 15% commission for HTP.



### Exhibit 7
### 144

### Section 6
### Confidentiality

1)    During the time and after the termination of the Agreement, the Drivers or the Company shall not use or disclose to any third parties' business or trade secrets of HTP, which are disclosed to the Drivers or the Company or come to the Driver's or the Companies knowledge as such in the course of the cooperation between the Parties.

### Section 7
### Duration

(1)    This Agreement shall come into effect by signing and will end on the 31th of October 2017.

(2)    HTP and the Driver agree to intend to work together in 2018. Therefore, both parties will try to finalize an agreement for 2018 by the end of November 2017.

### Section 8
### Prize money

(1)    Prize money will be given to the "drivers" according to the Blancpain GT series regulations 2017.  HTP will keep 50% of all prize money given from SRO to the "drivers"

### Section 9
### Liability / Insurance

(1)    HTP and its vicarious agents shall not assume any liability and warranty for defects of the Racing Car, if any, unless they are attributable to wilful intent or gross negligence. Moreover, HTP shall not assume any liability towards the Driver and any third party for any accident caused by the Drivers.

(2)    The Drivers shall participate to the Racing and Testing Events at his own risks, i.e. the Drivers shall conclude on his own account an insurance agreement covering his risks (in particular health and accident insurance, damages caused to third parties).

(3)    Damage to the car caused by the Driver under this Agreement shall be covered with proper insurance taken out by HTP for the duration of the Agreement as set out in



**Exhibit 7**
**145**

USAO_00571315

Section 6. Fully comprehensive insurance for the racing car and an excess of 25.000 EURO at all races and tests per claim, this excess has to be covered by the Company.

## Section 10
## Final Provisions

(1)     This Agreement contains the entire agreement between the Parties relating to the subject matter of this Agreement and supersedes all prior or contemporaneous oral or written understandings and agreements. None of the terms or provisions of this Agreement may be altered, modified or amended except by an instrument in writing duly executed by the Parties.

(2)     If any provision of this Agreement is held to be unenforceable for any reason, it shall be adjusted rather than voided, if possible, in order to achieve the intent of the Parties to this Agreement to the fullest extent possible. In any event, all other provisions of this Agreement shall remain valid and enforceable to the fullest extent possible.

(3)     The courts of Germany, shall have jurisdiction over all disputes, controversy or claim arising out of or in relation to this Agreement, unless another place of jurisdiction is required by mandatory law.

(4)     This Agreement shall be exclusively governed and construed in accordance with the laws of Germany.

Date: ___6-12-16___               Date: ___07. 12. 2016___

_____           _____
GB Autosport, LLC                 HTP Motorsport

**Exhibit 7**
**146**

**Appendix A**

### BLANCPAIN GT Endurance Cup 2017

**ITALY |** 22 – 23 April 2017          Monza

**GREAT BRITAIN |** 13 – 14 May 2017          Silverstone

**FRANCE |** 23 – 24 June 2017          Paul Ricard 1000 kms

**BELGIUM |** 27 – 30 July 2017          Total 24 Hours of Spa

**SPAIN |** 30 – 01 October  2017          Barcelona

**Appendix B**

Tba

**Appendix C**



AREA  marked in green to be reserved for HTP

**Appendix "Testing"**

2 days testing at Paul Ricard pre-season (15. /16. March 2017)
1 day testing at Spa (4. July 2017)

**Exhibit 7**
**147**

USAO_00571317

2 days testing   venue and date   TBA

**Exhibit 7**
**148**

USAO_00571318

# EXHIBIT 8

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Dean Steward <deansteward7777@gmail.com> |
| **Sent:** | Saturday, May 29, 2021 2:18 PM |
| **To:** | Wyman, Alex (USACAC) |
| **Subject:** | Re: gentlemen |
| **Attachments:** | ~WRD000.jpg |

Thanks

On Sat, May 29, 2021, 1:31 PM Wyman, Alex (USACAC) <Alex.Wyman@usdoj.gov> wrote:

Dean,


We intend to introduce a limited amount of evidence related to some of the items below, as they are relevant to proving your client's financial motive for the fraud and (in some cases) how your client used the victims' funds. The evidence of this nature will all be related either to the clients in the charged counts or to the time period in which he is alleged to have stolen their money.


Thanks,

Alex


**From:** Dean Steward <deansteward7777@gmail.com>
**Sent:** Friday, May 28, 2021 12:47 PM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Wyman, Alex (USACAC) <AWyman@usa.doj.gov>
**Subject:** gentlemen


In your case in chief, are you planning on introducing "life style" evidence, i.e.


the jet

cars

racing

apartment

travel


and the like?


Thanks,


Dean


--


949-481-4900  www.deansteward.com

**Exhibit 8**
**150**