ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
312 N. Spring Street, 11th Floor
Los Angeles, CA  90012
Alex.Wyman@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. MICHAEL JOHN AVENATTI, DEFENDANT(S). | CASE NUMBER: SA CR 19-061-JVS <br><br> **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

UNDER SEAL DOCUMENT

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

June 14, 2021                                       Alexander C.K. Wyman
Date                                                      Attorney Name

                                                              United States of America
                                                              Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    **NOTICE OF MANUAL FILING OR LODGING**