TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          No. SA CR 19-061-JVS

          Plaintiff,               REPLY IN SUPPORT OF GOVERNMENT'S
                                   MOTION *IN LIMINE* TO ADMIT BUSINESS
               v.                  RECORDS UNDER THE SELF-
                                   AUTHENTICATION PROVISION OF
MICHAEL JOHN AVENATTI,             FEDERAL RULE OF EVIDENCE 902(11);
                                   EXHIBIT C
          Defendant.
                                   Hearing Date: June 28, 2021
                                   Hearing Time: 8:00 AM
                                   Location:     Courtroom of the
                                                 Hon. James V. Selna

     Plaintiff United States of America, by and through its counsel

of record, the Acting United States Attorney for the Central District

of California and Assistant United States Attorneys Brett A. Sagel

and Alexander C.K. Wyman, hereby files its Reply in support of its

1  Motion in Limine to Admit Business Records Under the Self-

2  Authentication Provision of Federal Rule of Evidence 902(11).

3      This Reply is based upon the attached memorandum of points and

4  authorities, the accompanying Exhibit to this Reply, the files and

5  records in this case, and such further evidence and argument as the

6  Court may permit.

7   Dated: June 21, 2021              Respectfully submitted,

8                                     TRACY L. WILKISON
                                      Acting United States Attorney
9
                                      SCOTT M. GARRINGER
10                                    Assistant United States Attorney
                                      Chief, Criminal Division
11

12                                    _____/s/_____
                                      BRETT A. SAGEL
13                                    ALEXANDER C.K. WYMAN
                                      Assistant United States Attorneys
14
                                      Attorneys for Plaintiff
15                                    UNITED STATES OF AMERICA

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### MEMORANDUM OF POINTS AND AUTHORITIES

2      The relief sought by the government in this motion in limine is

3  narrow: the government has obtained numerous business records in this

4  document-intensive case and wishes to avoid calling custodians of

5  record to authenticate these documents under Federal Rule of Evidence

6  803(6).  That is, of course, the purpose of Rule 902(11) -- to

7  prevent a party from wasting time authenticating ordinary business

8  records at trial.  Given that the upcoming trial involving

9  defendant's embezzlement from five victims, even with the severance,

10  is likely to last three to four weeks, streamlining the trial is in

11  the best interests of both parties and the Court.  Nevertheless,

12  defendant continues to refuse to stipulate to or even substantively

13  meet and confer on any ordinary trial issues such as the admission of

14  business records at trial.

15      Defendant's claims in opposition to the government's motion are

16  unfounded and unreasonable.  The government identified by bates

17  number -- both in its letter to defendant and in the exhibit attached

18  to its motion (CR 473 Ex. A at 2-9) -- both the business records it

19  may admit and the corresponding custodian-of-record declarations, but

20  did not attach them in the hopes that defendant would identify with

21  some specificity any such declarations he deemed insufficient and

22  explain why.  He did not.  Instead, defendant asserted blanket

23  objections to all business records and declarations in his opposition

24  "based on hearsay, lack of foundation and authentication," and the

25  Confrontation Clause.  (Opp'n at 1 n.1.)  As a result, the government

26  has attached the custodian-of-record declarations here (Exhibit C),

27  so that the Court can see for itself that they are the customary

28  custodian declarations that satisfy Rule 902(11).  If defendant

wishes to file a sur-reply to identify deficiencies in any of these declarations -- the vast majority of which he has had in discovery for two years, not six days as he claims -- the government has no objection.

Further, as stated in the government's motion, the government is not seeking admission of all of these documents.  Rather, the government is seeking a limited, narrow ruling from the Court that these business records are admissible if admissible under Rules 401 and 403, and subject to any particularized hearsay objection by defendant, so that the government does not need to subpoena custodians of record to testify and prolong this already-lengthy trial.  The Court should grant this motion under Rule 902(11) and in the interest of judicial efficiency.

# EXHIBIT C

# AC Fine Art

Exhibit C
1

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _ANDERS WAHLSTEDT_ hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for
_AC Fine Art, Inc d/b/a_
_Anders Wahlstedt Fine Art_ (the "Business Entity").   In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

        a.   My job title/position is: _Director/Owner_

        b.   I have been employed in this capacity for

_12 years_    and by the Business Entity for _12 years_.
(duration)                                          (duration)

        c.   My job duties are:
        _Running my art Gallery_
        _Anders Wahlstedt Fine Art_


        d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

        [√] Training.

        [√] Familiarity with relevant policy/policies.

        [√] Hands-on experience.

        [√] Supervision of one or more others with hands-on experience.

        [ ] Other.   Describe:



2.   Attached hereto or enclosed herewith are _originals/true and_

_correct duplicates_ of a record or records of a regularly conducted

activity of the Business Entity named above.

Exhibit C
2

USAO_00122553

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

   3.   I certify that the attached record(s):

      a.   was/were made at or near the time of the occurrence of the matters set forth therein, *true & correct duplicates*

      b.   was/were made by, or from information transmitted by, a person with knowledge of those matters; *true & correct duplicates*

      c.   was/were kept in the course of the regularly conducted activity of the Business Entity; *true & correct duplicates*

      d.   was/were made by and in the course of the regularly conducted activity as a regular practice; *true & correct duplicates*

      e.   if not original records, are exact duplicates of original records. *true & correct duplicates*

   I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at *New York, NY*,
on *5/30-2019*.
                                          *(place document was signed)*
   *(date document was signed)*

                              *(signature)*

                              *ANDERS WAHLSTEDT*
                              *(typed or printed name)*

2

**Exhibit C**
3

USAO_00122554

# Alant Corp. dba Circle Porsche

Exhibit C
4

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Mike ERNST_ , hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for
_ALANT CORP_
_THE CIRCLE PURCHE_ (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified
and authorized to make this declaration.

a.   My job title/position is: _VICE PRESIDENT, COO_

b.   I have been employed in this capacity for
_34 YEARS_   and by the Business Entity for _34 YEAR_ .
(duration)                                                    (duration)

c.   My job duties are:
_DAY TO DAY OVERSEE ENTIRE DEALERSHIP AND THEIR_
_MANAGEMENT TEAM. NEGOTIATE VENDOR CONTRACTS_
_INTERACT WITH MANUFACTURER EXECUTIVE_
_SET POLICY   DEAL WITH ALL LEGAL (OFFICERS)_

d.   I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

[ ] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are originals/true and
correct duplicates of a record or records of a regularly conducted
activity of the Business Entity named above.

**Exhibit C**
**5**

USAO_00134100

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4       3.    I certify that the attached record(s):
5           a.    was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7           b.    was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9           c.    was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.    was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.    if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.   This declaration is executed at _SANTA ANA CA_,
                                                    (place document was signed)
17  on _6/3/19_.
       (date document was signed)

                                            _____
18                                          (signature)

                                            _MIKE ERNST_
19                                          (typed or printed name)
20
21
22
23
24
25
26
27
28

                                2

Exhibit C
6

USAO_00134101

# AppRiver LLC 1-9, 1-2, 11-11-11

Exhibit C
7

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Scott Cutler_____, attest, under penalties of

perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this certification is true and correct.

1.    I am employed by ___AppRiver LLC_____ ("the

Provider"), my title is ___Chief Operating Officer_____, and I have been

employed in this capacity since approximately ____2009_____ and by

the Provider since approximately _____2003_____. I am qualified to

authenticate the records attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved based upon (check all that apply):

[  ] Training.

[ ✓ ] Familiarity with relevant policy/policies, systems

[  ] Hands-on experience.

[  ] Supervision of one or more others with hands-on experience.

[  ] Other.  Describe:


2.    I state and certify that the records attached hereto, enclosed herewith, or made

accessible by URL or online portal ("the Records"), are true duplicates of the original records in

the custody of the Provider.  The Records are responsive to the legal process which process is

either attached hereto, enclosed herewith, or assigned the Provider's internal reference number

_____.

**Exhibit C**
**8**

USAO_00000001

3.      I further state and certify that the Records:

a.      were made at or near the time of the occurrence of the matters set forth therein;

b.      were made by, or from information transmitted by, a person with knowledge of those matters;

c.      were kept in the course of the regularly conducted activity of the Provider;

d.      were made by and in the course of the regularly conducted activity as a regular practice; and

e.      were generated by the Provider's electronic process or system that produces an accurate result, to wit:

1.      the Records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by the Provider, and at all times pertinent to the Records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.


_____11/9/2018_____          _____
Date                                        Signature


**Exhibit C**
**9**

USAO_00000002

# American Express

Exhibit C
10

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, __MADELYN GONZALEZ__, hereby declare as follows:
    (name)

1.    I am a duly authorized custodian of records for

__AMERICAN EXPRESS__    (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

        a.    My job title/position is:  ASS'T CUSTODIAN OF RECORDS

        b.    I have been employed in this capacity for

__14 YEARS__    and by the Business Entity for __37 YEARS__.
    (duration)                                          (duration)
        c.    My job duties are:
                RESEARCH, ORDER, COMPILE AND SHIP



        d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [X] Training.

    [X] Familiarity with relevant policy/policies.

    [X] Hands-on experience.

    [ ] Supervision of one or more others with hands-on experience.

    [ ] Other.  Describe:




2.    Attached hereto or enclosed herewith are *originals/true and

correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**11**

USAO_00000425

1
2    (Circle either "originals" or "true and correct duplicates" and
3    strike out the other term.)
4         3.   I certify that the attached record(s):
5              a.   was/were made at or near the time of the occurrence of
6    the matters set forth therein,
7              b.   was/were made by, or from information transmitted by,
8    a person with knowledge of those matters;
9              c.   was/were kept in the course of the regularly conducted
10   activity of the Business Entity;
11             d.   was/were made by and in the course of the regularly
12   conducted activity as a regular practice;
13             e.   if not original records, are exact duplicates of
14   original records.
15        I declare under penalty of perjury that the foregoing is true
16   and correct.  This declaration is executed at ____AMERICAN EXPRESS____,
                                                      (place document was signed)
17   on _____8/17/208_____.
         (date document was signed)
18                                 _____
                                   (signature)
19
                                   MADELYN GONZALEZ
20                                 (typed or printed name)
21
22
23
24
25
26
27
28
                                       2

Exhibit C
12

USAO_00000426

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, _Erica Friesen_ , hereby declare as follows:
            (name)

1.    I am a duly authorized custodian of records for

__American Express TRS., Inc.__ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

        a.    My job title/position is:

        b.    I have been employed in this capacity for

_9 months_ and by the Business Entity for _6 years_ .
  (duration)                                      (duration)

        c.    My job duties are:




        d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [X] Training.

    [X] Familiarity with relevant policy/policies.

    [X] Hands-on experience.

    [ ] Supervision of one or more others with hands-on experience.

    [ ] Other.  Describe:




2.    Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**13**

USAO_00004376

1
2   (Circle either "~~originals~~" or "true and correct duplicates" and
3   strike out the other term.)
4       3.  I certify that the attached record(s):
5           a.  was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7           b.  was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9           c.  was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.  was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.  if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _Phoenix, AZ_,
                                                    (place document was signed)
17  on _8-14-2018_.
        (date document was signed)
18                                              _____
                                                (signature)
19
20  _Erica Friesen_
        (typed or printed name)
21
22
23
24
25
26
27
28

                                    2

**Exhibit C**
**14**

USAO_00004377

# Arizona DMV

Exhibit C
15

 **CERTIFICATE OF AUTHENTICATION**

**Motor Vehicle Division**
82-8405 R03/15    azdot.gov

The duly appointed Division Director, Arizona Department of Transportation, Motor Vehicle Division, certifies that the signature on the accompanying document(s) is that of the Custodian of Records related to the issuance of Arizona titles and driver licenses for the Motor Vehicle Division, Arizona Department of Transportation, and is incumbent in the office and the signature is genuine.



Eric R. Jorgensen
**DIVISION DIRECTOR**
Motor Vehicle Division
Arizona Department of Transportation

Date: JAN 6, 2020

**Exhibit C**
**16**

# AT&T Mobility

Exhibit C
17



11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Rolando Lopez**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

   1.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

   2.  The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

September 14, 2018

*Rolando Lopez*

_____          _____
Date                                 Signature

**Exhibit C**
**18**

USAO_00009811



11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Rolando Lopez**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b. Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

September 14, 2018                    *Rolando Lopez*

_____    _____
Date                                Signature

**Exhibit C**
**19**

# Bank of America

Exhibit C
20

Bank of America Legal Order Processing
Regarding reference number:
Court case number: N/A
Court or issuer: Federal Grand Jury Subpoena
Investigating Agency: IRS – Criminal Investigation Division

I, Brittany D'Amore, declare as follows:

1. I am a duly authorized bank officer and/or custodian of the records of Bank of America N.A, with authority to execute this affidavit and certify to the authenticity and accuracy records described herein. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of Bank of America, N.A. based upon my training, personal experience, and familiarity with relevant policies and procedures of Bank of America, N.A.

2. I certify that the documents produced by Bank of America N.A. in connection with this matter, bearing Bates-labels BANA-IRS-000001-009465:
   a. were made at or near the time of the occurrence of the matters set forth therein;
   b. were made by, or from information transmitted by, a person with knowledge of those matters;
   c. were kept in the course of regularly conducted banking activity of Bank of America, N.A.;
   d. were made by and in the course of the regularly conducted activity as a regular practice; and
   e. if not originals, are exact duplicates of original records.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on the date set forth below at Newark, DE.

Date: __3/4/2020__   Signature: _Brittany D'amore_

**Exhibit C**
**21**

USAO_00460650

Bank of America Legal Order Processing
Regarding reference number:
Court case number: N/A
Court or issuer: ██████████ Subpoena
Court case name: IRS – Criminal Investigation Division

I, Brittany D'Amore, declare as follows:

1.  I am a duly authorized bank officer and/or custodian of the records of Bank of America N.A, with authority
    to execute this affidavit and certify to the authenticity and accuracy records described herein.  I am
    knowledgeable about the matters set forth herein and the relevant record-keeping practices of Bank of
    America, N.A. based upon my training, personal experience, and familiarity with relevant policies and
    procedures of Bank of America, N.A.

2.  I certify that the documents produced by Bank of America N.A. in connection with this matter, bearing
    Bates-labels BANA-IRS-009466-009468:
    a.  were made at or near the time of the occurrence of the matters set forth therein;
    b.  were made by, or from information transmitted by, a person with knowledge of those matters;
    c.  were kept in the course of regularly conducted banking activity of Bank of America, N.A.;
    d.  were made by and in the course of the regularly conducted activity as a regular practice; and
    e.  if not originals, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on
the date set forth below at Newark, DE.

Date: 05/14/2021   Signature: _____

Brittany
DAmore

Digitally signed by
Brittany DAmore
Date: 2021.05.14 15:41:20
-04'00'

Exhibit C
22

USAO_01141270

# Blue Water Escrow

Exhibit C
23

1           DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2     I, _Jason Miller_ (*name*), hereby declare as follows:

3     1.   I am a duly authorized custodian of records for

4 _Blue Water Escrow, Inc._ (*name of business or entity*) (the

5 "Business Entity").  In that capacity, I am knowledgeable about the

6 matters set forth herein and am qualified and authorized to make this

7 declaration.

8     a.   My job title/position is: _Escrow Officer/Branch Mgr._

9     b.   I have been employed in this capacity for _10+ years_

10         (*duration*), and by the Business Entity for _12+ years_

11         (*duration*).

12     c.   My job duties are: _Manage the office & handle_

13 _real estate escrow transactions._

14

15     d.   I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon the following (*check all that apply*):

18         ☒   Training

19         ☒   Familiarity with relevant policy/policies

20         ☒   Hands-on experience

21         ☒   Supervision of one or more others with hands-on

22             experience

23         ☐   Other (*describe*):

24

25     2.   The documents referenced below are ☐ originals ☒ true and

26 correct duplicates (*check one of the boxes*) of a record or records of

27 a regularly conducted activity of the Business Entity named above.

28

<div align="center">1</div>

**Exhibit C**
**24**

USAO_00460668

1       3.   I certify that the records the Business Entity produced on

2   or about August 22, 2018, which were titled "15-4457 – 1 of 2.pdf,"

3   "15-4457 –2 of 2.pdf," "15-4506 – 1 of 2.pdf," and "15-4506 – 2 of

4   2.pdf":

5          a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein;

7          b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice; and

13         e.   if not original records, are exact duplicates of

14  original records.

15

16      I declare under penalty of perjury that the foregoing is true

17  and correct.  This declaration is executed on _3/19/2020_

18  (*date document was signed*) and executed at _Newport Beach, CA_ (*place*

19  *document was signed*).

20  _____

21                         (*signature*)

22         Jason Miller

23                (*typed or printed name*)

24

25

26

27

28

2

Exhibit C
25

USAO_00460669

# Burke Contracting LLC

Exhibit C
26

1      DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I, _Bradley Burke_ , hereby declare as follows:
                (name)

3      1.   I am a duly authorized custodian of records for

4
_Burke Contracting, LLC_ (the "Business Entity").  In that capacity, I am
(name of business entity)

5  knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7           a.   My job title/position is: _Managing Member_

8           b.   I have been employed in this capacity for

9
10  _approx. 2 years_  and by the Business Entity for  _approx. 2 years_ .
       (duration)                                    (duration)

11          c.   My job duties are:

12                    _General Contractor and manager for the LLC._

13

14          d.   I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17     [ ] Training.

18     [ ] Familiarity with relevant policy/policies.

19     [ ] Hands-on experience.

20     [ ] Supervision of one or more others with hands-on experience.

21     [✓] Other.  Describe:

22                    _Sole manager of the LLC_
23

24

25     2.   Attached hereto or enclosed herewith are ~~originals~~/(true and

26  correct duplicates) of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**27**

USAO_00164926

1

2 (Circle either "originals" or "true and correct duplicates" and

3 strike out the other term.)

4     3.    I certify that the attached record(s):

5         a.    was/were made at or near the time of the occurrence of

6 the matters set forth therein,

7         b.    was/were made by, or from information transmitted by,

8 a person with knowledge of those matters;

9         c.    was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.    was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.    if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at Ft. Lauderdale, FL ,
                                              (place document was signed)

17 on  6/5/19            .
       (date document was signed)

18 _____
                    (signature)

19

20 Bradley Burke
         (typed or printed name)

21

22

23

24

25

26

27

28

                            2

Exhibit C
28

USAO_00164927

# California Bank & Trust

Exhibit C
29

## CUSTODIAN OF RECORDS AFFIDAVIT

**Client Name:**   Michael J Avenatti et al

**Case No.:**      Call# R 18 11010

COMES NOW,  **Kevin Mwangi**                      , who does swear and affirm the following:

1.  I am a duly authorized custodian of the records for  **California Bank & Trust, a division of ZB, N.A.**        and as such have access to the records and data maintained by this division in the regular course of its business.

2.  I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3.  I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4.  I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters.  Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5.  I hereby declare under penalty of perjury under the laws of the State of  **CALIFORNIA**        that the foregoing is true and correct.

DATED this   12th   day of        September      , 2018.

                    Signature:  _Kevin Mwangi_

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

  12th   day of      September      , 2018.

_____

Notary Public     Lindsey Michelle Mortensen

                    Commission No. 694309

                    Notary Public

                    State of Utah

                    My commission expires March 01, 2021

**Exhibit C**
**30**

USAO_00020996

**CUSTODIAN OF RECORDS AFFIDAVIT**

**Client Name:** Eagan Avenatti LLP et al

**Case No.:** Call# R 18 10920

COMES NOW, **Lindsey Mortensen** , who does swear and affirm the following:

1. I am a duly authorized custodian of the records for **California Bank & Trust, a division of ZB, N.A.** and as such have access to the records and data maintained by this division in the regular course of its business.

2. I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3. I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4. I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5. I hereby declare under penalty of perjury under the laws of the State of **CALIFORNIA** that the foregoing is true and correct.

DATED this   12th   day of   September   , 2018.

Signature: _____

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

  12   day of   September   , 2018.

_____
Notary Public

Janet Young

Commission No. 689328

Notary Public

State of Utah

My commission expires 07/22/2020

**Exhibit C**
**31**

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, <u>Kevin Mwangi</u>, hereby declare as follows:
          <span style="font-size:smaller">(name)</span>

3    1.   I am a duly authorized custodian of records for

4    <u>California Bank & Trust</u> (the "Business Entity").  In that capacity, I am
     <span style="font-size:smaller">(name of business entity)</span>

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7
          a.   My job title/position is: Custodian of Records

8
          b.   I have been employed in this capacity for

9    <u>9 years</u> and by the Business Entity for <u>19 years</u>.
        <span style="font-size:smaller">(duration)</span>                              <span style="font-size:smaller">(duration)</span>

10        c.   My job duties are:
               Respond to Legal Orders

11

12

13

14        d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17   [✓] Training.

18   [✓] Familiarity with relevant policy/policies.

19   [✓] Hands-on experience.

20   [✓] Supervision of one or more others with hands-on experience.

21   [ ] Other.  Describe:

22

23

24

25   2.   Attached hereto or enclosed herewith are *originals/true and*

26   *correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

**Exhibit C**
**32**

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5           a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9           c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at ___1875 S Redwood Road Salt Lake City, UT___,

                                                   (place document was signed)

17  on ___02/25/2019_____.

        (date document was signed)

18                                      _Kevin Mwangi_____

                                         (signature)

19

                                        **Kevin Mwangi**

20                                      _____
                                         (typed or printed name)

21

22

23

24

25

26

27

28

                                        2

**Exhibit C**
**33**

USAO_00033125

# Chase Bank

Exhibit C
34

## AFFIDAVIT

### Case No. : R 18 10986 2018R01744

Debra S Allen , certifies and declares as follows:

1.   I am over the age of 18 years and not a party to this action.
2.   My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3.   I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.
4.   Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.
5.   Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.
6.   It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 8-27-18

By:

Debra S Allen
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 27 day of August, 20 18.

Notary Public

Commission Expires  9.12.19

OFFICIAL SEAL
JENNIFER ARNEY
NOTARY PUBLIC – INDIANA
MARION COUNTY
My Comm. Expires Sept. 12, 2019

SD_SwornDocumentExecution_000154180007
SB959054-F1

**Exhibit C**
**35**

## **AFFIDAVIT**

### **Case No. : R 18 10914**

Suzanne L Story , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a Doc Review Sr Specialist III and Custodian of Records for Paymentech LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.
5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.
6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: _9·5·18_____

By: _Suzanne L Story_____

Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this _5ᵗʰ_ day of _September_, 20_18_.

_Krystina Lynne Tyler_
Notary Public

_1—16·22_
Commission Expires

KRYSTINA LYNNE TYLER
Notary Public – Seal
Marion County – State of Indiana
Commission Number 650319
My Commission Expires Jan 16, 2022

SD_SwornDocumentExecution_000155010110
SB958801-F2

**Exhibit C**
**36**

### AFFIDAVIT
### Case No. : 2018R01744, R 19 02399

Cristeena Kesse, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist I and Custodian of Records for Chase Bank USA, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 2·25·2019

By: Cristeena Kesse
Cristeena Kesse
Doc Review Sr Specialist I
National Subpoena Processing

Sworn to before me this 25th day of February, 2019.

Notary Public

Commission Expires 12.21.2022

MARLA BYNDOM
Notary ID #131834844
My Commission Expires
December 21, 2022

SD_SwornDocumentExecution_000175230027
SB991755-F3

**Exhibit C**
**37**

## AFFIDAVIT
### Case No. : 2018R01744, R 19 02399

Cristeena Kesse, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr Specialist I and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 2-25-2019

By: _Cristeena Kesse_

    Cristeena Kesse
    Doc Review Sr Specialist I
    National Subpoena Processing

Sworn to before me this 25th day of _February_, 20 19.

_Marla Byndom_
Notary Public

_12-21-2022_
Commission Expires

MARLA BYNDOM
Notary ID #131834844
My Commission Expires
December 21, 2022
NOTARY PUBLIC STATE OF TEXAS

SD_SwornDocumentExecution_000175140039
SB991755-F3

**Exhibit C**
**38**

**AFFIDAVIT**

**Case No. : R 18 10986; 2018R01744**

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: _11 - 5 -18_

By: _____
Debra S Allen
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this _5_ day of _November_ , 20_18_.

_____
Notary Public

_9.12.19_
Commission Expires

OFFICIAL SEAL
JENNIFER ARNEY
NOTARY PUBLIC – INDIANA
MARION COUNTY
My Comm. Expires Sept. 12, 2019

SD_SwornDocumentExecution_000162330108
SB959054-F5

**Exhibit C**
**39**

USAO_00038497

## AFFIDAVIT

### Case No. : R 18 10986; 2018R01744

Debra S Allen, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11-14-18

By: _____
Debra S Allen
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 14th day of November, 20 18.

_____
Notary Public

2/23/26
Commission Expires

BRANDI HENDERSON
Marion County
My Commission Expires
February 23, 2026

SD_SwornDocumentExecution_000163410052
SB959054-F6

**Exhibit C**
**40**

USAO_00038521

## AFFIDAVIT

### Case No. : R 18 10986; 2018R01744

Angel Ballard , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3.  I am a Doc Review Sr Specialist III and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.
4.  Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.
5.  Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.
6.  It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: _10-18-18_

By: _Angel Ballard_

Angel Ballard
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this _18_ day of _October_ , 20_18_.

_Cathy Jo Johnson_
Notary Public
_4-3-21_

Commission Expires

OFFICIAL SEAL
CATHY JO JOHNSON
NOTARY PUBLIC - INDIANA
HENDRICKS COUNTY
My Comm. Expires 04-03-2021

SD_SwornDocumentExecution_000160230096
SB959054-F4

**Exhibit C**
**41**

USAO_00038527

**AFFIDAVIT**

**Case No. : R 18 10986; 2018R01744**

Debra S Allen , certifies and declares as follows:

1.    I am over the age of 18 years and not a party to this action.
2.    My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3.    I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.
4.    Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.
5.    Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.
6.    It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 9 - 1 8 - 1 8

By:

Debra S Allen
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 18th day of September, 20 18

Notary Public

1 - 16 - 22

Commission Expires

KRYSTINA LYNNE TYLER
Notary Public – Seal
Marion County – State of Indiana
Commission Number 650319
My Commission Expires Jan 16, 2022

SD_SwornDocumentExecution_000156550026
SB959054-F3

**Exhibit C**
**42**

USAO_00039261

## AFFIDAVIT

### Case No. : R 18 10986; 2018R01744

Erika D Fields , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.
5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.
6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: _9-11-2018_

By: _Erika D Fields_

Erika D Fields
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this _11_ day of _September_ , 20_18_

_Cathy Jo Johnson_
Notary Public
_4-3-21_

Commission Expires

OFFICIAL SEAL
CATHY JO JOHNSON
NOTARY PUBLIC - INDIANA
HENDRICKS COUNTY
My Comm. Expires 04-03-2021

SD_SwornDocumentExecution_000155820073
SB959054-F2

**Exhibit C**
**43**

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for Paymentech LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12-2-19

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 2 day of December , 20 19.

_Denise M Clemons_
Notary Public
3/13/2027

```
DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027
```

Commission Expires
Subp91

SD_SwornDocumentExecution_000206600065
SB1083103-F1

**Exhibit C**
**44**

USAO_00452456

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for J.P. Morgan Securities LLC (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: _12·2·19_

By: _Suzanne L Story_
    Suzanne L Story
    Doc Review Sr Specialist III
    National Subpoena Processing

Sworn to before me this _2_ day of _December_ , 20 _19_

_Denise M Clemons_
Notary Public

_3/13/2027_
Commission Expires
Subp91

```
DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027
```

SD_SwornDocumentExecution_000206660076
SB1083103-F1

**Exhibit C**
**45**

USAO_00452458

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: _12·5·19_____

By: _____
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this _5_ day of _December_____, 20 _19_

_____
Notary Public
_3/13/2027_

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

Commission Expires
Subp91

SD_SwornDocumentExecution_000207050023
SB1083103-F2

**Exhibit C**
**46**

USAO_00454603

**AFFIDAVIT**
**Case No. : R 20 01155**

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: 12·20 19

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 20 day of December , 20 19.

_Denise M Clemons_
Notary Public

DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027

3/13/2027
Commission Expires
Subp91

SD_SwornDocumentExecution_000208730012
SB1083103-F3

**Exhibit C**
**47**

## AFFIDAVIT
### Case No. : R 20 01155

Suzanne L Story, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated:  1-23-20

By: _Suzanne L Story_
Suzanne L Story
Doc Review Sr Specialist III
National Subpoena Processing

Sworn to before me this 23 day of January, 20 20.

_Denise M Clemons_
Notary Public

3/13/2027
Commission Expires
Subp91

```
DENISE M CLEMONS
Notary Public - Seal
Johnson County - State of Indiana
Commission Number NP0719174
My Commission Expires Mar 13, 2027
```

SD_SwornDocumentExecution_000212010044
SB1083103-F5

**Exhibit C**
**48**

USAO_00454614

## AFFIDAVIT

### Case No. : 2018R01744, R 19 02399

Michael A Denton II, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Doc Review Sr. Specialist I  and Custodian of Records for Chase Bank USA, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 1/10/19

By: _Michael A Denton II_

Michael A Denton II
Doc Review Sr. Specialist I
National Subpoena Processing

Sworn to before me this 10 day of January , 20 19.

_Tina Burns_
Notary Public

8. 21. 2021
Commission Expires

TINA BURNS
Notary ID #131252865
My Commission Expires
August 21, 2021

SD_SwornDocumentExecution_000169930054
SB991755-F1

**Exhibit C**
**49**

USAO_00061638

## AFFIDAVIT

### Case No. : 2018R01744, R 19 02399

Michael A Denton II, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Doc Review Sr. Specialist I  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 1/10/19

By: Michael A Denton II
Michael A Denton II
Doc Review Sr. Specialist I
National Subpoena Processing

Sworn to before me this 10 day of January , 20 19.

Tina Burns
Notary Public

8.21.2021
Commission Expires

TINA BURNS
Notary ID #131252865
My Commission Expires
August 21, 2021

SD_SwornDocumentExecution_000169990038
SB991755-F1

**Exhibit C**
**50**

# City National Bank

Exhibit C
51



**CITY NATIONAL BANK**
The way up.®

## DECLARATION AS TO BUSINESS RECORDS

*State of California, County of Los Angeles, ss:*

*I, the undersigned, hereby declare and state as follows:*

1. *I am employed by **City National Bank**, a national banking association ("CNB"), which is engaged in the general business of banking.  My place of employment is at 350 South Grand Ave, 4th Floor, Los Angeles, CA 90071.*

2. *I am a duly authorized custodian of the records, or qualified witness, and have authority to certify the records herein described.*

3. *City National Bank responds to the ▇▇▇▇▇▇ Subpoena in the matter of **USDOJ  v. Michael John Avenatti***

4. *Furnished herewith are true copies of all the records described in the ▇▇▇▇▇▇ Subpoena redacted as indicated in the particular document redacted, except as hereinafter stated.  If you contend text was improperly redacted, please contact us to discuss. If you believe a document was improperly omitted from the production, please contact us to discuss. Pursuant to stipulation between the subpoenaing party and CNB, only deposit account records consisting of signature cards, statements, checks, deposits with offsets, wires, and cashier's checks will be produced at this time.  Communications regarding wires have been requested by the subpoenaing party and the production of those records is pending.*

5. *The records consist of the following:*

| Account Number | Account Name | Time Period | Documents Produced |
|---|---|---|---|
| 270148611 | *Avenatti LLP* | 12/01/2018 – 03/20/2019 | *Signature Cards, Statements, Checks, Deposits with Offsets and Wires* |
| 270143504 | *Michael Avenatti, Esq* | 12/01/2018 – 03/20/2019 | *Signature Cards, Statements, Checks, Deposits with Offsets, and Wires* |
| 270143512 | *Michael Avenatti Esq Attorney Client Trust Account* | 12/01/2018 – 03/20/2019 | *Signature Cards, Statements, Checks, Deposits with Offsets, Wires, and Cashier's Checks* |
| 270144705 | *Michael Avenatti Esq Attorney Client Trust Account* | 12/01/2018 – 03/20/2019 | *Signature Cards and Statements* |
| 270145566 | *Michael Avenatti Attorney Client Trust Account* | 12/01/2018 – 03/20/2019 | *Signature Cards and Statements* |

6. *CNB may not have fully redacted personal information on the records being produced.  For example, if copies of checks have been produced, account numbers reflected on checks (whether on the face or reverse of the check) have not been redacted.  Statute(s) or local court rule(s) may require full or partial redaction of information contained in the produced records before filing with the Court.  Please ensure compliance.*

7. *CNB objects to the Subpoena to the extent it seeks confidential information or information protected by any applicable privilege, including without limitation the attorney-client privilege or the attorney work product doctrine, and any and all other rights and privileges which protect such information from disclosure.  To the extent any Request seeks documents falling within any of these or related categories, CNB will not produce any such documents.  To the extent any document subject to such a privilege is inadvertently produced, such production shall not be considered a waiver of said privilege and CNB expressly reserve the right to assert said privilege.*

8. *To the extent included within the request, CNB has not produced documents routinely delivered to an identified defined party at opening and periodically thereafter such as the Account Agreement and Disclosures, Fee Schedules, Privacy Notice, etc., and further has not produced general mailings such as product offerings (for example, an invitation to purchase debit cards during holiday seasons) or notices related to a particular product such as changes in rates and/or terms.  If particular documents within these categories are desired, please contact the undersigned.*

9. *To the extent included within the request, CNB has not produced general customer e-mails received by an identified defined party and others.  For example, a general product solicitation or invitation to a business forum or summary of clients using a particular product sent to or identifying tens, hundreds or thousands of customers with a single line identifying an identified defined party as a recipient of the e-mail or a party using the product will not be produced.*

10. *CNB's systems do not permit the automated, automatic inclusion of e-mail attachments when producing e-mails and so e-mail attachments have not been produced with requested e-mails except as otherwise described in 5 above.  To the extent the attachments are within the scope of a production and desired, please contact the undersigned to discuss production.  Additionally, CNB's e-mail retrieval system only has e-mails on CNB's computer systems as of June 1, 2008, regardless of when a particular e-mail was sent or received.  (All e-mails on the system as of June 1, 2008, regardless of the sent/received date are available; anything deleted from the system before June 1, 2008 is not available.  For example, an e-mail sent on January 1, 2002 and not deleted by all CNB employees who sent or received the e-mail prior to June 1, 2008 is available and will be produced if within the date parameters identified in the subpoena but an e-mail sent May 30, 2008 and deleted May 31, 2008 cannot be retrieved and so cannot be produced, regardless of whether it is within the date parameters identified in the subpoena.)*

**Exhibit C**
52

USAO_00042498

11. *To the extent included within the request, CNB has not searched for documents other than those identified as produced in paragraph 5 above or identified as unable to furnish in paragraph 13 below. If you wish to discuss the absence of particular documents or production of additional documents, or contend additional documents are within the scope of your request, please contact the undersigned.*

12. *The bank records, true copies of which are furnished herewith, were prepared by or received by the personnel of **City National Bank** in the ordinary course of business, at or near the time of the applicable act, condition or event.*

13. *The records produced were copied from the original or copies maintained by City National Bank as a business record.*

14. *Following is a list of records described in the subpoena, which cannot be furnished, because the bank does not have the records so described: **City National Bank is unable to locate any records pertaining to Passport 420 LLC, Global Baristas LLC, Global Baristas US LLC, GB Autosport LLC, Doppio Inc., and The Trial Group LLP within the scope of the subpoena.***

**TO:  Internal Revenue Service**
**Criminal Investigation Division**
**ATTN: Special Agent Remoun Karlous**
**ADDRESS: 2400 Avila Road, M/S #2395**
**Laguna Niguel, CA 92677**

*Executed at Los Angeles, California, this 29th day of March, 2019.*

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and, if called, I would so testify.*

**Eric Wood**
**Assistant Vice President**

**Exhibit C**
**53**

USAO_00042499



**CITY NATIONAL BANK**
The way up.®

## *DECLARATION AS TO BUSINESS RECORDS*

*State of California, County of Los Angeles, ss:*

*I, the undersigned, hereby declare and state as follows:*

1.  *I am employed by **City National Bank**, a national banking association ("CNB"), which is engaged in the general business of banking.  My place of employment is at 350 South Grand Ave, 4ᵗʰ Floor, Los Angeles, CA 90071.*

2.  *I am a duly authorized custodian of the records, or qualified witness, and have authority to certify the records herein described.*

3.  *City National Bank responds to the ▇▇▇▇▇▇subpoena   in the matter of USDJ V. EAGAN AVENATTI LLP ET AL..*

4.  *Furnished herewith are true copies of all the records described in the ▇▇▇▇▇ subpoena, redacted as indicated in the particular document redacted, except as hereinafter stated.  If you contend text was improperly redacted, please contact us to discuss. If you believe a document was improperly omitted from the production, please contact us to discuss. Pursuant to stipulation between the subpoenaing party and CNB producing Deposit account records consisting of Signature Card, Statements, Checks, Deposit with Offsets, Wires, and Cashiers Checks.*

5.  *The records consist of the following:*

| *Account Number* | *Account Name* | *Time Period* | *Documents Produced* |
|---|---|---|---|
| *270148611* | *Avenatti LLP* | *11/30/2018 ( Opened) - 12/12/2018* | *Signature Card, Statements, Checks, Deposit with Offsets and Cashiers Checks* |
| *270143504* | *Michael Avenatti ESQ* | *05/11/2017 (Opened)- 12/12/2018* | *Signature Card, Statements, Checks, Deposit with Offsets, Wires, and Cashiers Checks.* |
| *270143512* | *Michael Avenatti ESQ* | *05/11/2017 (Opened)-12/12/2018* | *Signature Card, Statements, Checks, Wires, and Cashier's Checks* |
| *270144705* | *Michael Avenatti ESQ* | *09/15/2017 (Opened)-12/12/2018* | *Signature Card, Statements, Checks and Cashier's Checks* |
| *270145566* | *Michael Avenatti ESQ* | *12/28/2017-12/12/2018* | *Signature Card, Statements, Checks, Wires and Cashier's Checks* |

6.  *CNB may not have fully redacted personal information on the records being produced.  For example, if copies of checks have been produced, account numbers reflected on checks (whether on the face or reverse of the check) have not been redacted.  Statute(s) or local court rule(s) may require full or partial redaction of information contained in the produced records before filing with the Court.  Please ensure compliance.*

7.  *CNB objects to the Subpoena to the extent it seeks confidential information or information protected by any applicable privilege, including without limitation the attorney-client privilege or the attorney work product doctrine, and any and all other rights and privileges which protect such information from disclosure.  To the extent any Request seeks documents falling within any of these or related categories, CNB will not produce any such documents.  To the extent any document subject to such a privilege is inadvertently produced, such production shall not be considered a waiver of said privilege and CNB expressly reserve the right to assert said privilege.*

8.  *To the extent included within the request, CNB has not produced documents routinely delivered to an identified defined party at opening and periodically thereafter such as the Account Agreement and Disclosures, Fee Schedules, Privacy Notice, etc., and further has not produced general mailings such as product offerings (for example, an invitation to purchase debit cards during holiday seasons) or notices related to a particular product such as changes in rates and/or terms. If particular documents within these categories are desired, please contact the undersigned.*

9.  *To the extent included within the request, CNB has not produced general customer e-mails received by an identified defined party and others.  For example, a general product solicitation or invitation to a business forum or summary of clients using a particular product sent to or identifying tens, hundreds or thousands of customers with a single line identifying an identified defined party as a recipient of the e-mail or a party using the product will not be produced.*

10. *CNB's systems do not permit the automated, automatic inclusion of e-mail attachments when producing e-mails and so e-mail attachments have not been produced with requested e-mails except as otherwise described in 5 above.  To the extent attachments are within the scope of a production and desired, please contact the undersigned to discuss production.  Additionally, CNB's e-mail retrieval system only has e-mails on CNB's computer systems as of June 1, 2008, regardless of when a particular e-mail was sent or received.  (All e-mails on the system as of June 1, 2008, regardless of the sent/received date are available; anything deleted from the system before June 1, 2008 is not available.  For example, an e-mail sent or received on January 1, 2002 and not deleted by all CNB employees who sent or received the e-mail prior to June 1, 2008 is available and will be produced if within the date parameters identified in the subpoena but an e-mail sent May 30, 2008 and deleted May 31, 2008 cannot be retrieved and so cannot be produced, regardless of whether it is within the date parameters identified in the subpoena.)*

11. *To the extent included within the request, CNB has not searched for documents other than those identified as produced in paragraph 5 above or identified as unable to furnish in paragraph 13 below. If you wish to discuss the absence of particular documents or*

**Exhibit C**
**54**

USAO_00042593

production of additional documents, or contend additional documents are within the scope of your request, please contact the undersigned.

12. The bank records, true copies of which are furnished herewith, were prepared by or received by the personnel of **City National Bank** in the ordinary course of business, at or near the time of the applicable act, condition or event.

13. The records produced were copied from the original or copies maintained by City National Bank as a business record.

14. Following is a list of records described in the subpoena, which cannot be furnished, because the bank does not have the records so described: **City National Bank was unable to locate any records within the scope provided pertaining to Eagan Avenati LLP, Passport 420 LLC, Global Baristas LLC, Global Baristas US LLC, GB Autosport LLC, Doppio Inc, and/or Lisa Storie aka Lisa Avenatti.**

*TO: Internal Revenue Service (Criminal Investigation Division)*
*ATTN: SA Remoun Karlous*
*ADDRESS: 24000 Avila Rd M/S #2395*
*Laguna Niguel CA 92677*

Executed at Los Angeles, California, this 2nd day of January, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and, if called, I would so testify.

_____
**Jennifer Martinez**
**Assistant Vice President**

**Exhibit C**
**55**

USAO_00042594

# Competition Motorsports

Exhibit C
56

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, _BOB FAIERN_ , hereby declare as follows:
(name)

1.    I am a duly authorized custodian of records for

_Competition Motorsport_ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

   a.    My job title/position is:  OWNER

   b.    I have been employed in this capacity for

_____ and by the Business Entity for _____.
(duration)                                                    (duration)

   c.    My job duties are:

OWN   MANAGE   RUN   TEAM



   d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[ ] Training.

[ ] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:




2.    Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
57

USAO_00165005

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4     3.   I certify that the attached record(s):

5        (a.)   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7        b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9        c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11        d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13        e.   if not original records, are exact duplicates of

14  original records.

15     I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at ___3200 Big Tujunga Canyon__

17  on _6-7-2019_____ .
           (place document was signed)
   (date document was signed)

18                       _____
                  (signature)

19

20                 _Bob Faison_____
               (typed or printed name)

21

22

23

24

25

26

27

28

2

Exhibit C
58

USAO_00165006

# Cox Communications

Exhibit C
59

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Jacqueline Murray_____, state that I am employed

by ___COX Communications, Inc.,_____ (business), and that my

official title is __Subpoena Specialist_____. I am a custodian of

records for such business entity.  I state that each of the records

attached hereto is the original record or a true duplicate of the original

record in the custody of ___COX Communications, Inc.,_____ (name of business

from which documents are produced), and that I am the custodian of the

attached records consisting of _____ pages.

I further state that:

    A.    all records attached to this certificate were made at or near the time of the

        occurrence of the matters set forth, by, or from information transmitted

        by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business

        activity of ___COX Communications, Inc.,_____ (business); and

    C.    such records were made by ___COX Communications, Inc.,_____

        (business) as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/30/2018_____.

_____
Signature

Exhibit C
60

USAO_00042797

# Daytona International Speedway LLC

Exhibit C
61

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, Ben Odom, hereby declare as follows:

1.      I am a duly authorized custodian of records for Daytona International Speedway, LLC ("DIS"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

2.      I am employed by International Speedway Corporation ("ISC") as a Vice-President and Deputy General Counsel in Daytona Beach, Florida. I also serve as the Assistant Secretary of DIS, which is a subsidiary of ISC. I have been employed by ISC for many years and in this capacity for approximately one and one-half years.

3.      In my role with DIS, I am familiar with the relevant record-keeping practices and business records of DIS. My job duties include responding to subpoenas served on DIS.

4.      I am knowledgeable about the matters set forth herein based upon my personal knowledge or upon the review of the business records of DIS.

5.      Attached are true and correct copies of records of regularly conducted activity of DIS that are responsive to the ▮▮▮▮▮▮ Subpoena issued by the Clerk of Court of the United States District Court for the Central District of California dated June 12, 2019, served on DIS by the United States Attorney's Office for the Central District of California.

6.      I certify that the attached records were

      a.      made at or near the time of the occurrence of the matters set forth therein;

      b.      were made by, or from information transmitted by, a person with knowledge of those matters;

      c.      were kept in the course of the regularly conducted activity of DIS;

      d.      were made by and in the course of the regularly conducted activity as a

**Exhibit C**
**62**

USAO_00165018

regular practice; and

e.      are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration
is executed at Daytona Beach, Florida on July 23, 2019.


_____
Ben Odom

2

**Exhibit C**
**63**

# Early Warning Services

Exhibit C
64

### Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

Serena Alvarez
(name of declarant)

  I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

  I am in receipt of a ▮▮▮▮▮▮ Subpoena, and signed by an Assistant United States Attorney, requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

  (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

  (2) were kept in the course of regularly conducted business activity; and

  (3) were made by the regularly conducted business activity as a regular practice. I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this _8th_ day of _January_, 2020.

_Serena Alvarez_
Signature

Sr. Manager, Delivery Management, Delivery Operations
Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260

Exhibit C
65

USAO_00457804

## <u>CERTIFICATE OF RECORDS</u>

I, <u>Scott Bernier</u>, hereby certify that:

1. I am the Director of Consumer Services and the custodian of records at Early Warning Services ("the Company"), located in Scottsdale, AZ.

2. I have examined the records of the Company and they contain the attached documents, each of which is the original or the duplicate of the original records, described more particularly as <u>Comprehensive File Disclosure(s) and/or Summary File Disclosure(s)</u>.

3. These records were made at or near the time of the occurrence of the matters set forth therein, by a person with knowledge of these matters or from information transmitted by such a person.

4. These records were kept in the course of a regularly conducted activity of the Company.

5. Making the records was a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2020.



Name: Scott Bernier

Address: 16552 N. 90th ST, Scottsdale, AZ 85260

Phone Number: 480-909-3079

**Exhibit C**
**66**

USAO_00457805

# E*Trade Securities LLC

Exhibit C
67

1  <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2  I, _Anthony Cowherd_, hereby declare as follows:
   (name)

3  1.   I am a duly authorized custodian of records for

4
5  _ETrade Securities_  (the "Business Entity").   In that capacity, I am
   (name of business entity)
   knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7
8       a.   My job title/position is: Legal Process Coordinator

9       b.   I have been employed in this capacity for 11½ years

10  _11½ years_____   and by the Business Entity for _12 years_____.
    (duration)                                      (duration)

11      c.   My job duties are:

12

13

14
15      d.   I am knowledgeable about the matters set forth herein
    and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17      [✓] Training.

18      [✓] Familiarity with relevant policy/policies.

19      [✓] Hands-on experience.

20      [ ] Supervision of one or more others with hands-on experience.

21      [ ] Other.   Describe:

22

23

24

25      2.   Attached hereto or enclosed herewith are *originals/true and*
26  *correct duplicates* of a record or records of a regularly conducted
27  activity of the Business Entity named above.

28

**Exhibit C**
**68**

USAO_00043912

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.    was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.    was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.    was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.    was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.    if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at _Jersey City_ ,
                                     (place document was signed)

17 on _9/24/2018_ .
       (date document was signed)

18               _Anthony Cowherd_
                    (signature)

19

20               _Anthony Cowherd_
                  (typed or printed name)

21

22

23

24

25

26

27

28

                           2

Exhibit C
69

USAO_00043913

# Exclusive Resorts LLC

Exhibit C
70

1        <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2        I, <u>Sara Whitford</u>, hereby declare as follows:
                <sub>(name)</sub>

3        1.   I am a duly authorized custodian of records for

4   <u>Exclusive Resorts, LLC</u>   (the "Business Entity").   In that capacity, I am
      <sub>(name of business entity)</sub>

5   knowledgeable about the matters set forth herein and I am qualified

6   and authorized to make this declaration.

7             a.   My job title/position is:  Senior Vice President and General Counsel

8             b.   I have been employed in this capacity for

9

10  <u>il years  l month</u>  and by the Business Entity for <u>li years  l month</u>
       <sub>(duration)</sub>                                    <sub>(duration)</sub>

11            c.   My job duties are:

12

13

14            d.   I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17       [X] Training.

18       [X] Familiarity with relevant policy/policies.

19       [X] Hands-on experience.

20       [X] Supervision of one or more others with hands-on experience.

21       [ ] Other.   Describe:

22

23

24

25       2.   Attached hereto or enclosed herewith are x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶(*true and*)

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**71**

USAO_00168528

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at  Denver, Colorado            ,

   (place document was signed)

17 on  6/24/19            .

   (date document was signed)

18                                    _____
                                        (signature)

19

20                                    Sara Whitford
                                        (typed or printed name)

21

22

23

24

25

26

27

28

                                    2

Exhibit C
72

USAO_00168529

## DECLARATION OF CUSTODIAN OF RECORDS

Records pertain to:  Michael J. Avenatti, et al.

Description of Records: See Attachment "A"

I, the undersigned, am duly authorized custodian of records for Exclusive Resorts, LLC, whose business address is 1515 Arapahoe Street, Tower 3, Suite 500, Denver, Colorado 80202, and have authority to certify records. I am qualified to testify as to the preparation and maintenance of the records sought by the subpoena attached hereto and, if called as a witness, could testify competently thereto. Further, I hereby certify to the following:

## CERTIFICATE OF RECORDS COPIED

1. The accompanying copies are true copies of records in my custody or control.

2. The accompanying records were prepared in the following manner: from computer stored data.

I DECLARE under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on May 21, 2021 at Denver, Colorado.

Helaine Smith, Vice President and Associate
General Counsel
Exclusive Resorts, LLC
1515 Arapahoe Street, Tower 3, Suite 500
Denver, Colorado 80202
(303) 493-6323

Exhibit C
73

USAO_01141271

**STATE OF COLORADO**                    §
                                         §
**CITY AND COUNTY OF DENVER**            §


The foregoing Declaration of Custodian of Records was acknowledged before me this 21st day of May, 2021, by Helaine Smith, Vice President and Associate General Counsel of Exclusive Resorts, LLC, a Delaware limited liability company.

_____
Notary Public

My commission expires:

___9-11-22___

DIANE DE MOOY
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 19914003345
MY COMMISSION EXPIRES SEP 11, 2022

**Exhibit C**
**74**

USAO_01141272

# European Collectibles

Exhibit C
75

1        DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2        I, Christopher Casler (*name*), hereby declare as follows:

3        1.   I am a duly authorized custodian of records for

4        **EUROPEAN COLLECTIBLES** _____ (*name of business or entity*) (the

5    "Business Entity"). In that capacity, I am knowledgeable about the

6    matters set forth herein and am qualified and authorized to make this

7    declaration.

8        a.   My job title/position is: Sales Manager.

9        b.   I have been employed in this capacity for 28 years

10           (*duration*), and by the Business Entity for 23 years

11           (*duration*).

12       c.   My job duties are: Buy, Sell, restore

13       day to day Advertisment + working with

14       Clients

15           d.   I am knowledgeable about the matters set forth herein

16   and the relevant record-keeping practices of the Business Entity

17   based upon the following (*check all that apply*):

18           [ ] Training

19           [ ] Familiarity with relevant policy/policies

20           [✓] Hands-on experience

21           [ ] Supervision of one or more others with hands-on

22           experience

23           [ ] Other (*describe*):

24

25       2.   Attached hereto or enclosed herewith are [ ] originals [✓]

26   true and correct duplicates (*check one of the boxes*) of a record or

27   records of a regularly conducted activity of the Business Entity

28   named above.

1

**Exhibit C**
**76**

1     3.   I certify that the attached record(s):

2        a.   was/were made at or near the time of the occurrence of

3 the matters set forth therein;

4        b.   was/were made by, or from information transmitted by,

5 a person with knowledge of those matters;

6        c.   was/were kept in the course of the regularly conducted

7 activity of the Business Entity;

8        d.   was/were made by and in the course of the regularly

9 conducted activity as a regular practice; and

10        e.   if not original records, are exact duplicates of

11 original records.

12

13    I declare under penalty of perjury that the foregoing is true

14 and correct.  This declaration is executed on ___6/18/19___

15 (*date document was signed*) and executed at ___1665 BABCOCK ST.___ (*place*

16 *document was signed*).

                 EUROPEAN COLLECTIBLES
                 1665 BABCOCK ST.
                 COSTA MESA, CA 92627

17

18                           (*signature*)

19     Christopher Casler
               (*typed or printed name*)

20

21

22

23

24

25

26

27

28

**Exhibit C**
**77**

USAO_00136763

# Experian

Exhibit C
78

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, *Doug Sint*, hereby declare as follows:
(name)

1. I am a duly authorized custodian of records for

*Experian* (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a. My job title/position is: *Custodian Of Records*

    b. I have been employed in this capacity for

*1 YR 11 MTH* and by the Business Entity for *9 YR 1 MTH*.
(duration)                                             (duration)

    c. My job duties are:

*Custodian Of Records*

    d. I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. Attached hereto or enclosed herewith are (originals) true and

correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**79**

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4         3.   I certify that the attached record(s):
5               a.   was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7               b.   was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9               c.   was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11              d.   was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13              e.   if not original records, are exact duplicates of
14  original records.
15        I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _AllEN, TX____,
                                                  (place document was signed)
17  on __9-12-18__.
          (date document was signed)
18                                  _Doug Sims_____
19                                  (signature)
20                                  _Doug Sims_____
                                    (typed or printed name)
21
22
23
24
25
26
27
28

                                2

**Exhibit C**
**80**

USAO_00045193

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1

2   I, _Rick V. Haas_, hereby declare as follows:
    (name)

3   1.   I am a duly authorized custodian of records for

4   _Experian_ (the "Business Entity"). In that capacity, I am
    (name of business entity)

5   knowledgeable about the matters set forth herein and I am qualified

6   and authorized to make this declaration.

7
         a.   My job title/position is: _Custodian of Records_
8

9        b.   I have been employed in this capacity for

10  _18 yrs_ and by the Business Entity for _20 yrs_.
    (duration)                                    (duration)

11       c.   My job duties are:

12                          _various_

13

14

15       d.   I am knowledgeable about the matters set forth herein

16  and the relevant record-keeping practices of the Business Entity

17  based upon (check all that apply):

18       [ ✓ ] Training.

19       [ ✓ ] Familiarity with relevant policy/policies.

20       [ ✓ ] Hands-on experience.

21       [ ] Supervision of one or more others with hands-on experience.

22       [ ] Other. Describe:

23

24

25
    2.   Attached hereto or enclosed herewith are originals/true and
26
    correct duplicates of a record or records of a regularly conducted
27
    activity of the Business Entity named above.
28

Exhibit C
81

USAO_00045213

1

2 (Circle either "originals" or "true and correct duplicates" and

3 strike out the other term.)

4     3.   I certify that the attached record(s):

5         a.   was/were made at or near the time of the occurrence of

6 the matters set forth therein,

7         b.   was/were made by, or from information transmitted by,

8 a person with knowledge of those matters;

9         c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct. This declaration is executed at ___Allen TX___,

                                                      (place document was signed)

17 on ___8/10/18___.

     (date document was signed)

18                             ___Rick V. Haas___

19                               (signature)

20                             ___Rick V. Haas___

                            (typed or printed name)

21

22

23

24

25

26

27

28

2

Exhibit C
82

USAO_00045214

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1. I, _Rick V. Haas_ , hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_Experian_ (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: _Custodian of Records_

    b.   I have been employed in this capacity for

_19 yrs._ and by the Business Entity for _21 yrs._ .
(duration)                          (duration)

    c.   My job duties are:

_various_

    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2.   Attached hereto or enclosed herewith are ~~originals/~~true and
~~correct duplicates~~ of a record or records of a regularly conducted

activity of the Business Entity named above.

Exhibit C
83

USAO_00136233

1

2 (Circle either "originals" or "true and correct duplicates" and

3 strike out the other term.)

4      3.   I certify that the attached record(s):

5           a.   was/were made at or near the time of the occurrence of

6 the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8 a person with knowledge of those matters;

9           c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11           d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13           e.   if not original records, are exact duplicates of

14 original records.

15      I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at ___Allen TX___,

                                                    (place document was signed)

17 on ___3|11|19___.

       (date document was signed)

18                          _Rick V. Haas_____

                              (signature)

19                          _Rick V. Haas_____

20                              (typed or printed name)

21

22

23

24

25

26

27

28

                              2

Exhibit C
84

USAO_00136234

# FAA

Exhibit C
85

DEPARTMENT OF TRANSPORTATION

# CERTIFICATE OF TRUE COPY

I HEREBY CERTIFY that the attached are true copies of the records in the aircraft file as of May 9, 2018, pertaining to Honda Aircraft Co LLC HA-420, serial number 42000029, registration N227WP, on file in the Aircraft Registration Branch, Federal Aviation Administration, and that I am the legal custodian thereof.

Signed and dated at Oklahoma City, Oklahoma

this 9th day of May 2018

*Michelle Endsley*

by Michelle Endsley
Supervisory Legal Instruments Examiner

*********************************************************************

I HEREBY CERTIFY that Michelle Endsley who signed the foregoing certificate is now, and was at the time of signing Supervisory Legal Instruments Examiner, Aircraft Registration Branch, and the legal custodian of the aforesaid records, and that full faith and credit should be given this certificate as such.

IN WITNESS WHEREOF, I have hereunto

subscribed my name and caused the seal of the

Department of Transportation to be affixed

this 9th day of May 2018

at Oklahoma City, Oklahoma

*Natalie Wiltkowski*

Ken W. Thompson
Manager,
Aircraft Registration Branch

REGAR-COPY-2 (01/14)

**Exhibit C**
**86**

USAO_00454682

# Fidelity National Financial

Exhibit C
87

AFFIDAVIT OF CUSTODIAN OF RECORDS

State of Georgia          )
                          ) ss.
County of DeKalb          )

I, MacKenzie Landerman, of lawful age, being first duly sworn deposes and states:

1. I am a duly authorized custodian of records for Fidelity National Financial, and I have authority to certify these records; and

2. These are true copies of Chicago Title Insurance Company and Fidelity National Title Insurance Company requested, property located at 106 McKnight Drive, Laguna Beach, California 92651 which are in the control of Fidelity National Financial; and

3. These records were prepared by personnel of Fidelity National Financial by or from information transmitted by a person with firsthand knowledge acquired in the course of a regularly conducted business activity; and

4. These records were made and kept entirely in the ordinary course of business; and

5. These records were made pursuant to regular practices of Fidelity National Financial at or near the time of the act, condition, or event; and

I certify under penalty of perjury that the foregoing is true and correct.

_____
Custodian of Records

The foregoing instrument was acknowledged before me this 21st day August, 2018.

_____
Notary Public

My Commission Expires:

**Melissa Castillo**
**Notary Public**
**Gwinnett County, Georgia**
**My Comm. Expires 05/09/2021**

Matter: Our Subpoena No. SUB008284 and SUB008276

**Exhibit C**
**88**

USAO_00041935

# First National Bank of Omaha

Exhibit C
89

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Adam Price_____, hereby declare as follows:
       (name)

1.    I am a duly authorized custodian of records for

_First National Bank of Umm_ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

       a.    My job title/position is: _Paralegal_

       b.    I have been employed in this capacity for

_Two months_____ and by the Business Entity for _Four years 11 months_.
   (duration)                                          (duration)

       c.    My job duties are:

          _Custodian of Records_


       d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

       [X] Training.

       [X] Familiarity with relevant policy/policies.

       [X] Hands-on experience.

       [ ] Supervision of one or more others with hands-on experience.

       [ ] Other.  Describe:




2.    Attached hereto or enclosed herewith are ~~originals~~/true and

correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**90**

USAO_00045315

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4      3.   I certify that the attached record(s):

5         a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7         b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9         c.   was/were kept in the course of the regularly conducted

10   activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12   conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14   original records.

15      I declare under penalty of perjury that the foregoing is true

16   and correct.  This declaration is executed at _Omaha NE_____,

                                                   (place document was signed)

17   on _November 14, 2018_.

       (date document was signed)

18                                          _____

                                              (signature)

19

20                  _Adam Price_____

                 (typed or printed name)

21

22

23

24

25

26

27

28

                            2

**Exhibit C**
**91**

USAO_00045316

# Gallo Builders, Inc.

Exhibit C
92

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1    I, _ERIN GALLO_ , hereby declare as follows:
      (name)

1.    I am a duly authorized custodian of records for

_GALLO BUILDERS, INC_ (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified
and authorized to make this declaration.

      a.    My job title/position is: _SECRETARY_

      b.    I have been employed in this capacity for
_15 YRS_ and by the Business Entity for _15 YRS_.
(duration)                                      (duration)
      c.    My job duties are: _Book keeping_

      d.    I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

      [ ] Training.
      [✓] Familiarity with relevant policy/policies.
      [✓] Hands-on experience.
      [✓] Supervision of one or more others with hands-on experience.
      [ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are ~~originals/~~ true and
correct duplicates of a record or records of a regularly conducted
activity of the Business Entity named above.

**Exhibit C**
93

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.    if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _GALLO BUILDERS, INC.,_

        (place document was signed)

17  on _6. 5. 19_____.

        (date document was signed)

18                              _Erin Gallo_____
                                (signature)

19                              _ERIN GALLO_____
20                              (typed or printed name)

21

22

23

24

25

26

27

28

                                2

**Exhibit C**
**94**

USAO_00152097

# Google

Exhibit C
95



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MJAVENATTI,* with Google Ref. No. 2160614 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the ▮▮▮▮▮▮ Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Richard Daugherty_____
(Signature of Records Custodian)

Date: 11/13/2018


     Richard Daugherty
(Name of Records Custodian)

Exhibit C
96

USAO_00048229



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *XLACCTJ*, with Google Ref. No. 2675527 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the ▇▇▇▇▇ Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Richard Daugherty_____                    Date: 8/23/2019
(Signature of Records Custodian)


     Richard Daugherty
(Name of Records Custodian)

Exhibit C
97

USAO_00172508

# Gold N Koi LLC

Exhibit C
98

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, _JACK BEROKOFF_ , hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_Gold N Koi LLC_   (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.   My job title/position is: _Member / Owner_

b.   I have been employed in this capacity for

_Owner of Both Gold n koi + Gold n Koi LLC   Since 1989_   and by the Business Entity for _____.
(duration)                                                                    (duration)

c.   My job duties are:

_Sales, Maintenance, Repairs_
_Accounting_
_Management of Operations_

d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[√] Training.

[√] Familiarity with relevant policy/policies.

[√] Hands-on experience.

[√] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~ true and
correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**99**

USAO_00152685

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5         a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7         b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9         c.   was/were kept in the course of the regularly conducted

10   activity of the Business Entity;

11        d.   was/were made by and in the course of the regularly

12   conducted activity as a regular practice;

13       e.   if not original records, are exact duplicates of

14   original records.

15     I declare under penalty of perjury that the foregoing is true

16   and correct.  This declaration is executed at _LA HABRA, CA_____,

                                                                       (place document was signed)

17   on _6/19/19_____.

         (date document was signed)

18

19                                                                        _Jack Berokoff_____

                                                                 (signature)

20                                                              _JACK BEROKOFF_____

                                                        (typed or printed name)

21

22

23

24

25

26

27

28

                                                2

Exhibit C
100

USAO_00152686

GoDaddy

Exhibit C
101

**CERTIFICATE OF AUTHENTICITY**
**OF**
**BUSINESS RECORDS**

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.      Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.      such records are kept in the course of a regularly conducted business activity;

3.      the business activity made such records as a regular practice; and

4.      if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this _2nd_ day of November 2018.

Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

**Exhibit C**
**102**

# Graham Architecture

Exhibit C
103

1    DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _CARLTON GRAHAM_ , hereby declare as follows:
         (name)

3    1.    I am a duly authorized custodian of records for

4    _GRAHAM ARCHITECTURE_ (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7         a.    My job title/position is: _OWNER_

8         b.    I have been employed in this capacity for
                              _OWNER_

9    _____ and by the Business Entity for _____.
        (duration)                                    (duration)

10        c.    My job duties are: _OWNER_

11

12

13

14        d.    I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17   [ ] Training.

18   [ ] Familiarity with relevant policy/policies.

19   [ ] Hands-on experience.

20   [ ] Supervision of one or more others with hands-on experience.

21   [✓] Other.  Describe: _I AM THE OWNER AND DO ALL THE_

22               _CONTRACTS AND INVOICES_

23

24

25   2.    Attached hereto or enclosed herewith are _originals/true and_

26   _correct duplicates_ of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

**Exhibit C**
**104**

USAO_00164976

1

2  (Circle either "originals" or "true and correct duplicates") and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.    was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.    was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.    was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.    was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.    if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at GRAHAM ARCHITECTURE

        (place document was signed)

17 on ___6/10/19___ .

        (date document was signed)

18                                    _____

                                     (signature)

19

20                                    CARLTON GRAHAM

                                     (typed or printed name)

21

22

23

24

25

26

27

28

                        2

Exhibit C
105

USAO_00164977

# Halaby Restoration

Exhibit C
106

1   DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2   I, _Jade Wilson_ , hereby declare as follows:
        (name)

3   1.   I am a duly authorized custodian of records for

4   _Halsey Restoration_ (the "Business Entity").  In that capacity, I am
    (name of business entity)

5   knowledgeable about the matters set forth herein and I am qualified

6   and authorized to make this declaration.

7   

8       a.   My job title/position is: OFFICE MANAGER

9       b.   I have been employed in this capacity for

10  _21 YEARS_ and by the Business Entity for _15 YEARS_ .
     (duration)                                    (duration)

11      c.   My job duties are:
             PAYROLL
12           BILLING
             PROPOSALS/BIDS
13           ACCOUNTING

14      d.   I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17      [X] Training.

18      [X] Familiarity with relevant policy/policies.

19      [X] Hands-on experience.

20      [X] Supervision of one or more others with hands-on experience.

21      [ ] Other.  Describe:

22  

23  

24  

25  2.   Attached hereto or enclosed herewith are *originals/true and*

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28  

**Exhibit C**
**107**

USAO_00152722

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5       a.  was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7       b.  was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9       c.  was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11      d.  was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13      e.  if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _HALASY RESTORATION_ LAKE FOREST, CA ,

                                                                 (place document was signed)

17  on   6/10/19   .

       (date document was signed)

18                                       _____

19                                       (signature)

20                           JADE WILSON  _____

                                (typed or printed name)

21

22

23

24

25

26

27

28

                               2

Exhibit C
108

USAO_00152723

# Home Street Bank

**Exhibit C**
**109**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, _Kim Becker_ , hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_HomeStreet Bank_ (the "Business Entity").   In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: _Commercial Lending Operations Mgr_

    b.   I have been employed in this capacity for

___1 year___ and by the Business Entity for ___1 year___.
(duration)                                         (duration)

    c.   My job duties are:
        _Oversee records & information management_
        _for Commercial Lending_

    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

    [ ] Training.

    [X] Familiarity with relevant policy/policies.

    [ ] Hands-on experience.

    [ ] Supervision of one or more others with hands-on experience.

    [ ] Other.   Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~ (true and

correct duplicates) of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**110**

USAO_00048265

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.   I certify that the attached record(s):

5             a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.   if not original records, are exact duplicates of

14  original records.

15       I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Spokane WA_ ,
                                                   (place document was signed)

17  on _8-14-18_ .
        (date document was signed)

18                                     _Kim Becker_
                                              (signature)

19
                                       _Kim Becker_
20                                       (typed or printed name)

21

22

23

24

25

26

27

28

                              2

Exhibit C
111

USAO_00048266

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, <u>Rhea Jason</u>, hereby declare as follows:
<br>(name)

1.   I am a duly authorized custodian of records for

<u>HomeStreet Bank</u> (the "Business Entity"). In that capacity, I am
<br>(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

     a.   My job title/position is: Operations Support Specialist

     b.   I have been employed in this capacity for

<u>9 months</u> and by the Business Entity for _____.
<br>(duration)                                              (duration)

     c.   My job duties are:

Legal document handling & processing for retail banking - operations support.

     d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[✓] Training.

[ ] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~/true and correct duplicates of a record or records of a regularly conducted activity of the Business Entity named above.

**Exhibit C**
**112**

USAO_00460491

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.    I certify that the attached record(s):
5           a.    was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7           b.    was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9           c.    was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11           d.    was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13           e.    if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at *Federal Way, WA*,
                                                  (place document was signed)
17  on *8/30/18*                .
        (date document was signed)
18                                  *Rhea Jason*
                                    (signature)
19
20                                  *Rhea Jason*
                                    (typed or printed name)
21
22
23
24
25
26
27
28

                                2

**Exhibit C**
**113**

USAO_00460492

# Honda Aircraft Company LLC

Exhibit C
114

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, Christopher W. Belcher (*name*), hereby declare as follows:

1.   I am a duly authorized custodian of records for Honda Aircraft Company, LLC (*name of business or entity*) (the "Business Entity").  In that capacity, I am knowledgeable about the matters set forth herein and am qualified and authorized to make this declaration.

a.   My job title/position is: Senior Counsel _____.

b.   I have been employed in this capacity for 4.5 years (*duration*), and by the Business Entity for 5.5 years (*duration*).

c.   My job duties are:



d.   I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon the following (*check all that apply*):

☐   Training

☑   Familiarity with relevant policy/policies

☑   Hands-on experience

☐   Supervision of one or more others with hands-on experience

☐   Other (*describe*):

2.   Attached hereto or enclosed herewith are ☐ originals ☑ true and correct duplicates (*check one of the boxes*) of a record or records of a regularly conducted activity of the Business Entity named above.

1

**Exhibit C**
**115**

USAO_00460648

1       3.   I certify that the attached record(s):

2          a.   was/were made at or near the time of the occurrence of

3  the matters set forth therein;

4          b.   was/were made by, or from information transmitted by,

5  a person with knowledge of those matters;

6          c.   was/were kept in the course of the regularly conducted

7  activity of the Business Entity;

8          d.   was/were made by and in the course of the regularly

9  conducted activity as a regular practice; and

10          e.   if not original records, are exact duplicates of

11  original records.

12

13      I declare under penalty of perjury that the foregoing is true

14  and correct.  This declaration is executed on 3/4/2020

15  {date document was signed} and executed at Greensboro, North Carolina {place

16  document was signed}.

17

18                         (signature)

19      Christopher W. Belcher

19              (typed or printed name)

20

21

22

23

24

25

26

27

28

2

Exhibit C
116

USAO_00460649

# Ide & Associates Inc.

Exhibit C
117

1   DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2  I, _Steve Ide_ (*name*), hereby declare as follows:

3  1. I am a duly authorized custodian of records for

4 _Ide + Associates, Inc._ (*name of business or entity*) (the

5 "Business Entity"). In that capacity, I am knowledgeable about the

6 matters set forth herein and am qualified and authorized to make this

7 declaration.

8  a. My job title/position is: _President_.

9  b. I have been employed in this capacity for _4 1/2 years_

10   (*duration*), and by the Business Entity for _4 1/2 years_

11   (*duration*).

12  c. My job duties are: _Tax preparation_

13

14

15  d. I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon the following (*check all that apply*):

18  ☑ Training

19  ☑ Familiarity with relevant policy/policies

20  ☑ Hands-on experience

21  ☑ Supervision of one or more others with hands-on

22   experience

23  ☐ Other (*describe*):

24

25  2. Attached hereto or enclosed herewith are ☐ originals ☐

26 true and correct duplicates (*check one of the boxes*) of a record or

27 records of a regularly conducted activity of the Business Entity

28 named above.

<div align="center">1</div>

<div align="center">**Exhibit C**</div>
<div align="center">**118**</div>

USAO_00460646

1    3.    I certify that the attached record(s):

2            a.    was/were made at or near the time of the occurrence of

3    the matters set forth therein;

4            b.    was/were made by, or from information transmitted by,

5    a person with knowledge of those matters;

6            c.    was/were kept in the course of the regularly conducted

7    activity of the Business Entity;

8            d.    was/were made by and in the course of the regularly

9    conducted activity as a regular practice; and

10           e.    if not original records, are exact duplicates of

11   original records.

12

13   I declare under penalty of perjury that the foregoing is true

14   and correct.  This declaration is executed on ___2-24-20___

15   (date document was signed) and executed at _Woodland Hills, CA_ (place

16   document was signed).

17                                _____
                                              (signature)
18
                                 _____
19                                   Steve Id
                                    (typed or printed name)

20

21

22

23

24

25

26

27

28

Exhibit C
119

USAO_00460647

# IMSA

Exhibit C
120

1       DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2     I, **Dave Pettit**_____, hereby declare as follows:
         (name)

3

4     1.   I am a duly authorized custodian of records for

   **ImSA**_____ (the "Business Entity"). In that capacity, I am

5  (name of business entity)
  knowledgeable about the matters set forth herein and I am qualified

6
  and authorized to make this declaration.

7

8       a.   My job title/position is: **VP Marketing**

9       b.   I have been employed in this capacity for

10  **6 years**_____ and by the Business Entity for ___**10 years**___ .
    (duration)                            (duration)

11       c.   My job duties are:

12       **Marketing & Communications**

13

14

15       d.   I am knowledgeable about the matters set forth herein

  and the relevant record-keeping practices of the Business Entity

16
  based upon (check all that apply):

17
    [ ] Training.

18
    [X] Familiarity with relevant policy/policies.

19
    [X] Hands-on experience.

20
    [X] Supervision of one or more others with hands-on experience.

21
    [ ] Other.  Describe:

22

23

24

25     2.   Attached hereto or enclosed herewith are *originals/true and*

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**121**

USAO_00173594

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.    was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.    was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.    was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.    was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.    if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Daytona Beach, FL_,

17  on _6/18/19_.
       (date document was signed)                (place document was signed)

18                                    _D Pettit_
                                         (signature)

19
20                                    _David Pettit_
                                         (typed or printed name)

21

22

23

24

25

26

27

28

                                    2

Exhibit C
122

USAO_00173595

# Jaguar Land Rover

Exhibit C
123

1    DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2        I, *PAMELA DOYLE*    , hereby declare as follows:
         (name)

3        1.    I am a duly authorized custodian of records for

4    ~~Jaguar Land Rover Newport Beach~~ (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7        a.    My job title/position is: *FINANCE/COMPLIANCE*
8                                        *DIRECTOR*

9        b.    I have been employed in this capacity for

10   *30 YEARS*    and by the Business Entity for  *43 YEARS*    .
     (duration)                                     (duration)

11       c.    My job duties are:

12

13

14

15       d.    I am knowledgeable about the matters set forth herein

16   and the relevant record-keeping practices of the Business Entity

17   based upon (check all that apply):

18       [X] Training.

19       [X] Familiarity with relevant policy/policies.

20       [X] Hands-on experience.

21       [ ] Supervision of one or more others with hands-on experience.

22       [ ] Other.  Describe:

23

24

25       2.    Attached hereto or enclosed herewith are *originals/true and*

26   *correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

**Exhibit C**
**124**

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.   I certify that the attached record(s):

5            a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7            b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9            c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11           d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13           e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.   This declaration is executed at _____,

17  on  JUNE 14 2019  .
                                                    (place document was signed)

18      (date document was signed)

19                                    _Pamela Doyle_____
                                         (signature)

20                                    _Pamela Doyle_____
                                      (typed or printed name)

21

22

23

24

25

26

27

28

                                    2

**Exhibit C**
**125**

USAO_00160034

# Jewelers On Time

Exhibit C
126

1         DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2     I, _Kenny Nguyen_ , hereby declare as follows:
        (name)

3     1.   I am a duly authorized custodian of records for

4 _Jewelrs On Time_ (the "Business Entity"). In that capacity, I am
  (name of business entity)

5 knowledgeable about the matters set forth herein and I am qualified

6 and authorized to make this declaration.

7

8       a.   My job title/position is: _Manager_

9       b.   I have been employed in this capacity for

10 _Since inception_ and by the Business Entity for _Since inception_.
   (duration)                          (duration)

11       c.   My job duties are:

12           _Overall mangement_

13

14       d.   I am knowledgeable about the matters set forth herein

15 and the relevant record-keeping practices of the Business Entity

16 based upon (check all that apply):

17     [ ] Training.

18     [✓] Familiarity with relevant policy/policies.

19     [ ] Hands-on experience.

20     [✓] Supervision of one or more others with hands-on experience.

21     [ ] Other.  Describe:

22

23

24

25     2.   Attached hereto or enclosed herewith are *originals/true and*

26 *correct duplicates* of a record or records of a regularly conducted

27 activity of the Business Entity named above.

28

**Exhibit C**
**127**

USAO_00160043

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10   activity of the Business Entity;

11          d.   was/were made by and in the course of the regularly

12   conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14   original records.

15      I declare under penalty of perjury that the foregoing is true

16   and correct.  This declaration is executed at ___Newport Beach___,

17   on ___6-5-19___.
                         (place document was signed)

18         (date document was signed)

19

20                 (signature)

                 Kenny Nguyen
                 (typed or printed name)

21

22

23

24

25

26

27

28

<center>2</center>

<center>**Exhibit C**
**128**</center>

USAO_00160044

# Key Bank

Exhibit C
129

## AFFIDAVIT

STATE OF OHIO                                     )
COUNTY OF CUYAHOGA                    ) SS:  Michael J. Avenatti

Now comes Anita Osbey , being first duly sworn, deposes and says the following:

1. I am Custodian of Records for **KeyBank National Association**, and I have knowledge of the matters herein referred to.

2. Attached hereto, and made a part of hereof, are true and correct copies of the original documents of **KeyBank National Association**.  These records are maintained in the normal course of business at **KeyBank National Association**.

Affiant further sayeth naught,

Sworn to before me and subscribed in my presence, this 24th day of August, 2018.

Elizabeth Nolan
Notary Public

ELIZABETH NOLAN
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
10-26-2021

**Exhibit C**
**130**

USAO_00068753

**AFFIDAVIT**

STATE OF OHIO                                              )

COUNTY OF CUYAHOGA             ) SS:    Michael Avenatti

Now comes Anita Osbey, being first duly sworn, deposes and says the following:

1. I am Custodian of Records for **<u>KeyBank National Association</u>**, and I have knowledge of the matters herein referred to.

2. Attached hereto, and made a part of hereof, are true and correct copies of the original documents of **<u>KeyBank National Association</u>**.  These records are maintained in the normal course of business at **<u>KeyBank National Association</u>**.

Affiant further sayeth naught,

Sworn to before me and subscribed in my presence, this 18th day of September, 2018.

Notary Public

DANIELLE D. CAIRNS
Notary Public
In and for the State of Ohio
No Expiration Date

**Exhibit C**
**131**

# Mariners Escrow

Exhibit C
132

1      DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I, **R. Michael Perisi**    , hereby declare as follows:
          (name)

3      1.   I am a duly authorized custodian of records for

4  **Mariners Escrow Corp.** (the "Business Entity").  In that capacity, I am
   (name of business entity)

5  knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7
        a.   My job title/position is: **President/CEO**

8
        b.   I have been employed in this capacity for

9

10     **8 years**   and by the Business Entity for    **25 years**  .
    (duration)                    (duration)

11          c.   My job duties are: **Handling all aspects of running
                    a successful independant escrow company.**

12

13

14
        d.   I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17     [ ] Training.

18     [**X**] Familiarity with relevant policy/policies.

19     [**X**] Hands-on experience.

20     [**X**] Supervision of one or more others with hands-on experience.

21     [ ] Other.  Describe:

22

23

24

25      2.   Attached hereto or enclosed herewith are *originals/true and*

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**133**

USAO_00088925

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4       3.   I certify that the attached record(s):

5           a.   Was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9           c.   Was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.   Was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at **Newport Beach, CA**   ,
                                                  (place document was signed)

17  on **10/12/18**   .
       (date document was signed)

18                                          _R. Michael Perisi_ _(signature)_
                                                    (signature)

19

20                                          **R. Michael Perisi**
                                               (typed or printed name)

21

22

23

24

25

26

27

28

                                  2

Exhibit C
134

USAO_00088926

# Montage Hotel

Exhibit C
135

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

I, _Andrew Flor_, hereby declare as follows:
<br>(name)

1.    I am a duly authorized custodian of records for

_Montage Hotels + Resorts_ (the "Business Entity"). In that capacity, I am
<br>(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.    My job title/position is: _V.P. Risk Management_

    b.    I have been employed in this capacity for

_20 years_ and by the Business Entity for _7 years_ .
<br>(duration)                                          (duration)

    c.    My job duties are:

_Corporate insurance management, claims management, risk management_

    d.    I am knowledgeable about the matters set forth herein
and the relevant record-keeping practices of the Business Entity
based upon (check all that apply):

[ ] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:




2.    Attached hereto or enclosed herewith are *originals/true and
correct duplicates* of a record or records of a regularly conducted
activity of the Business Entity named above.

Exhibit C
136

USAO_00183907

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4      3.   I certify that the attached record(s):

5         a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7         b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9         c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11        d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13        e.   if not original records, are exact duplicates of

14  original records.

15     I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at  Bluffton, SC  ,
                                                  (place document was signed)

17  on   10/4/19   .
        (date document was signed)

18                                          _____
                                            (signature)

19                                          Andrew Flor
20                                          (typed or printed name)

21

22

23

24

25

26

27

28

                            2

Exhibit C
137

USAO_00183908

# Paychex

Exhibit C
138

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

1

2   I, <u>Michael Moon</u>, hereby declare as follows:
    <span style="font-size:smaller">(name)</span>

3   1.   I am a duly authorized custodian of records for

4

<u>Paychex Inc</u> (the "Business Entity"). In that capacity, I am
<span style="font-size:smaller">(name of business entity)</span>

5   knowledgeable about the matters set forth herein and I am qualified

6   and authorized to make this declaration.

7
        a.   My job title/position is: Supervisor
8

9       b.   I have been employed in this capacity for

10  <u>10 years</u> and by the Business Entity for <u>18 years</u>.
    <span style="font-size:smaller">(duration)</span>                                 <span style="font-size:smaller">(duration)</span>

11      c.   My job duties are:

12

13

14

15      d.   I am knowledgeable about the matters set forth herein

16  and the relevant record-keeping practices of the Business Entity

17  based upon (check all that apply):

18      [ ] Training.

19      [ ] Familiarity with relevant policy/policies.

20      [X] Hands-on experience.

21      [ ] Supervision of one or more others with hands-on experience.

22      [ ] Other.  Describe:

23

24

25

26  2.   Attached hereto or enclosed herewith are *originals/true and*

27  *correct duplicates* of a record or records of a regularly conducted

28  activity of the Business Entity named above.

**Exhibit C**
**139**

1

2 (Circle either "originals" or "true and correct duplicates" and

3 strike out the other term.)

4     3.   I certify that the attached record(s):

5         a.  was/were made at or near the time of the occurrence of

6 the matters set forth therein,

7         b.  was/were made by, or from information transmitted by,

8 a person with knowledge of those matters;

9         c.  was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.  was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.  if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at _Orange county office_,
                                                      (place document was signed)

17 on   _8/24/18_ .
      (date document was signed)

18                                                      (signature)

19

20                                Michael Moon
                                (typed or printed name)

21

22

23

24

25

26

27

28

                                   2

**Exhibit C**
**140**

USAO_00089621

# Peterson Sullivan LLP

Exhibit C
141

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| | : | |
| In Re: ▆▆▆▆▆▆ **Subpoena** | : | |
| **dated August 19, 2019** | : | |

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS**
**PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Andrew A. Mitchell, CPA, CM&AA, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746 that the information contained in this declaration is true and correct. I am a Partner with the firm Peterson Sullivan LLP, to whom this subpoena was directed, and authorized to speak for said firm. I am a custodian of records for such entity with respect to the attached records. I state that each of the records attached hereto is a true duplicate of the original record in the custody of Peterson Sullivan LLP consisting of 2,203 pages Bates Stamped PS000001 – PS002202.

I further state that:

A.     all records attached to this certificate were supplied to Peterson Sullivan LLP at or near the time of the occurrence of the matter recorded, by, or from information transmitted by, a person with knowledge of such matters;

B.     such records were maintained in the course of a regularly conducted business activity of Peterson Sullivan LLP; and

C.     such records maintained by and/or supplied to Peterson Sullivan LLP were maintained in the ordinary course of the business of Peterson Sullivan LLP as a part of its regular business practices.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

DATED        September 12, 2019        _Andrew A. Mitchell_, CPA
_____
                                       Andrew A. Mitchell, CPA, CM&AA
                                       For Peterson Sullivan LLP

**Exhibit C**
**142**

USAO_00181188

# Porsche

Exhibit C
143

<div style="border:1px solid">

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, <u>Jerrell Jackson</u>, hereby declare as follows:
<br>       (name)

3

4    1.   I am a duly authorized custodian of records for
<br>**PORSCHE FINANCIAL SERVICES**

5    <u>           </u> (the "Business Entity"). In that capacity, I am
<br>(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: Supervisor

    b.   I have been employed in this capacity for

<u>11 months</u> and by the Business Entity for <u>3 years 3 months</u>.
<br>(duration)                              (duration)

    c.   My job duties are:

    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[ ] Training.

[✓] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2.   Attached hereto or enclosed herewith are *originals/true and*

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

</div>

**Exhibit C**
**144**

1

2     (Circle either "originals" or "true and correct duplicates" and

3     strike out the other term.)

4          3.    I certify that the attached record(s):

5              a.    was/were made at or near the time of the occurrence of

6     the matters set forth therein,

7              b.    was/were made by, or from information transmitted by,

8     a person with knowledge of those matters;

9              c.    was/were kept in the course of the regularly conducted

10    activity of the Business Entity;

11             d.    was/were made by and in the course of the regularly

12    conducted activity as a regular practice;

13             e.    if not original records, are exact duplicates of

14    original records.

15    I declare under penalty of perjury that the foregoing is true

16    and correct.  This declaration is executed at      PORSCHE LEASING LTD.

                                                              1 PORSCHE DRIVE      ,

17    on   9/20/2018                               (place document was signed)

          (date document was signed)                 ATLANTA, GA 30354

18

19                                              (signature)

20                                              Jerrell Jackson
                                                (typed or printed name)

21

22

23

24

25

26

27

28

                                      2

Exhibit C
145

USAO_00092226

# Rusnak Auto Group

Exhibit C
146

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Angie Lanik_, hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_Rusnak Auto Group_ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

    a.   My job title/position is: _Corporate Finance director_

    b.   I have been employed in this capacity for

_1 year_       and by the Business Entity for _11 years_ .
(duration)                                          (duration)

    c.   My job duties are:

_Finance Management + compliance_

    d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[ ✓ ] Training.

[ ✓ ] Familiarity with relevant policy/policies.

[ ✓ ] Hands-on experience.

[ ✓ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~/true and

*correct duplicates* of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**147**

USAO_00262331

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4        3.    I certify that the attached record(s):

5             a.    was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.    was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.    was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.    was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.    if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Pasadena_ ,CA_ ,
                                                  (place document was signed)

17  on _Dec. 27, 2019_ .
       (date document was signed)

18                                              _____
                                                (signature)

19                                              _Angie Lanik_____
                                                (typed or printed name)
20

21

22

23

24

25

26

27

28

                              2

Exhibit C
148

USAO_00262332

# SM 10000 Property LLC

**Exhibit C**
**149**

**DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD**

I, PABLO DE ALMAGRO, hereby declare as follows:

    1.    I am a duly authorized custodian of records for SM 10000 PROPERTY, LLC (the "**Business Entity**"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

    a.    I am employed by CH EMPLOYMENT SERVICES, LLC ("**CHES**") and hold the job title of Controller and I am the duly appointed Treasurer of the Business Entity.

    b.    I have been employed by CHES as Controller for approximately 18 years, and I have been the duly appointed Treasurer of the Business Entity since its formation.

    c.    My job duties entail oversight of accounting, treasury and financial record keeping responsibilities for the Crescent Heights Group.

    d.    I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[ ] Training.
[X] Familiarity with relevant policy/policies.
[ ] Hands-on experience.
[X] Supervision of one or more others with hands-on experience.
[ ] Other. Describe: None

    2.    Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regular conducted activity of the Business Entity named above. (Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.    I certify that the attached record(s):

    a.    Was/were made at or near the time of the occurrence of the matters set forth therein;
    b.    Was/were made by, or from information transmitted by, a person with knowledge of those matters;
    c.    Was/were kept in the course of the regularly conducted activity of the Business Entity;
    d.    Was/were made by and in the course of the regularly conducted activity as a regular practice;
    e.    If not original records, are exact duplicates of original records.

    I declare under penalties of perjury that the foregoing is true and correct. This declaration is executed in Miami, Florida on April 1, 2019.

PABLO DE ALMAGRO

**Exhibit C**
**150**

USAO_00120058

**DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD**

I, Nicole Browne, hereby declare as follows:

1.　　I am a duly authorized custodian of records for SM 10000 PROPERTY, LLC (the "**Business Entity**"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

    a.　　I am employed by CH EMPLOYMENT SERVICES, LLC ("**CHES**") and hold the job title of Director of Residences of the Business Entity, duly appointed.

    b.　　I have been employed by CHES and I have been the duly appointed Director of Residences of the Business Entity for approximately 3 years (hired 05/2017).

    c.　　My job duties entail oversight of operations, leasing and record keeping responsibilities for the Business Entity.

    d.　　I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

    [X] Training.
    [X] Familiarity with relevant policy/policies.
    [X] Hands-on experience.
    [X] Supervision of one or more others with hands-on experience.
    [ ] Other. Describe: None

2.　　Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regular conducted activity of the Business Entity named above. (Circle either "originals" or "true and correct duplicates" and strike out the other term.)

3.　　I certify that the attached record(s):

    a.　　Was/were made at or near the time of the occurrence of the matters set forth therein;
    b.　　Was/were made by, or from information transmitted by, a person with knowledge of those matters;
    c.　　Was/were kept in the course of the regularly conducted activity of the Business Entity;
    d.　　Was/were made by and in the course of the regularly conducted activity as a regular practice;
    e.　　If not original records, are exact duplicates of original records.

I declare under penalties of perjury that the foregoing is true and correct. This declaration is executed in Los Angeles, California on February ___, 2020.

Nicole Browne

**Exhibit C**
**151**

USAO_00458777

# Southland Credit Union

Exhibit C
152

1    DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _TRACY B. KOEHLER_, hereby declare as follows:
         (name)

3    1.    I am a duly authorized custodian of records for

4    _SOUTHLAND CREDIT UNION_ (the "Business Entity"). In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7         a.    My job title/position is: AVP COMPLIANCE & RISK MGT

8         b.    I have been employed in this capacity for

9

10   _11 YEARS_    and by the Business Entity for   _16 YEARS_.
         (duration)                                     (duration)

11        c.    My job duties are:

12             COMPLIANCE
               BSA OFFICER
13             RISK MANAGEMENT

14        d.    I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17        [✓] Training.

18        [✓] Familiarity with relevant policy/policies.

19        [✓] Hands-on experience.

20        [✓] Supervision of one or more others with hands-on experience.

21        [ ] Other.  Describe:

22

23

24

25   2.    Attached hereto or enclosed herewith are *originals/true and*

26   *correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

**Exhibit C**
**153**

USAO_00458908

1

2   (Circle either "originals" or "true and correct duplicates" and

3   strike out the other term.)

4         3.   I certify that the attached record(s):

5             a.   was/were made at or near the time of the occurrence of

6   the matters set forth therein,

7             b.   was/were made by, or from information transmitted by,

8   a person with knowledge of those matters;

9             c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11            d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13            e.   if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _SOUTHLAND CU____,
                                                   (place document was signed)

17  on _FEB 4, 2020_____.
        (date document was signed)

18                                    _Tracy B. Koehler_____
                                          (signature)

19                                    _TRACY B. KOEHLER_____
20                                        (typed or printed name)

21

22

23

24

25

26

27

28

                              2

Exhibit C
154

USAO_00458909

# Sprint

Exhibit C
155



## CERTIFICATION PURSUANT TO RULES 803(6) AND 902(11)
## OF THE FEDERAL RULES OF EVIDENCE AND 28 U.S.C. § 1746

Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence and subject to the penalties for perjury under 28 U.S.C. § 1746, I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Linnette McCall.    I am a United States citizen and I am over eighteen years of age.    I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a Subpoena requesting specified records of the business named below.    This certification is for documents provided on 08/10/2018 for the following number 3865279491

in regards to Sprint case number 2018-157277.    I hereby certify that the records attached hereto:

1.  were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2.  were kept in the course of the regularly conducted business activity; and

3.  were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 08/10/2018.

/s/ *[signature]*

Linnette McCall
Subpoena Compliance Analyst
Sprint

Exhibit C
156

USAO_00092333

# The California Club

Exhibit C
157

1      DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I, _PeTer J. SchAuB_, hereby declare as follows:
              (name)

3      1.   I am a duly authorized custodian of records for

4  _The CALifornia Club_ (the "Business Entity").  In that capacity, I am
       (name of business entity)
5  knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7          a.   My job title/position is: _General Manager_

8          b.   I have been employed in this capacity for

9

10 _11 years_    and by the Business Entity for _21 years_.
       (duration)                                        (duration)
11         c.   My job duties are:

12

13

14

15         d.   I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon (check all that apply):

18     [ ] Training.

19     [X] Familiarity with relevant policy/policies.

20     [ ] Hands-on experience.

21     [ ] Supervision of one or more others with hands-on experience.

22     [ ] Other.  Describe:

23

24

25     2.   Attached hereto or enclosed herewith are *originals/true and*

26 *correct duplicates* of a record or records of a regularly conducted

27 activity of the Business Entity named above.

28

Exhibit C
158

USAO_00261183

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at  THE CALIFORNIA CLUB ,
                                                  (place document was signed)

17 on  11/6/19          .
       (date document was signed)

18                                            _____
                                              (signature)

19

20                                             PETER J. SCHAUB
                                              (typed or printed name)

21

22

23

24

25

26

27

28

                                2

Exhibit C
159

USAO_00261184

# The Escrow Connection

Exhibit C
160

1  DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2  I, _Kathy Kleindienst_ hereby declare as follows:
(name)

3  1.  I am a duly authorized custodian of records for

4  _The Escrow Connection_ (the "Business Entity").  In that capacity, I am
(name of business entity)

5  knowledgeable about the matters set forth herein and I am qualified

6  and authorized to make this declaration.

7  a.  My job title/position is: _Escrow Officer/_
8  _Manager/Owner_
   b.  I have been employed in this capacity for

9
10  _since 1984_   and by the Business Entity for _since 1984_.
   (duration)                                          (duration)

11  c.  My job duties are:
   _Escrow Officer_
12  _Manager_

13

14  d.  I am knowledgeable about the matters set forth herein

15  and the relevant record-keeping practices of the Business Entity

16  based upon (check all that apply):

17  [X] Training.

18  [X] Familiarity with relevant policy/policies.

19  [X] Hands-on experience.

20  [X] Supervision of one or more others with hands-on experience.

21  [ ] Other.  Describe:

22

23

24

25  2.  Attached hereto or enclosed herewith are *originals/true and*

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**161**

USAO_00261215

```
 1
 2   (Circle either "originals" or "true and correct duplicates" and
 3   strike out the other term.)
 4       3.   I certify that the attached record(s):
 5            a.   was/were made at or near the time of the occurrence of
 6   the matters set forth therein,
 7            b.   was/were made by, or from information transmitted by,
 8   a person with knowledge of those matters;
 9            c.   was/were kept in the course of the regularly conducted
10   activity of the Business Entity;
11            d.   was/were made by and in the course of the regularly
12   conducted activity as a regular practice;
13            e.   if not original records, are exact duplicates of
14   original records.
15       I declare under penalty of perjury that the foregoing is true
16   and correct.  This declaration is executed at Palm Springs CA,
17   on  10-30-19         .                        (place document was signed)
18            (date document was signed)
19                                       Kathy Kleindienst
20                                       (signature)
21                                       Kathy Kleindienst
22                                       (typed or printed name)
23
24
25
26
27
28
```

**Exhibit C**
**162**

# The George Washington University

Exhibit C
163

<u>Declaration of Custodian of Records</u>

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is <u>Meghan Arias</u>
(name of declarant)

  I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

  I am in receipt of a Trial Subpoena, dated January 9, 2020, and signed by Assistant United States Attorney Robert B. Sobelman, requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

  (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

  (2) were kept in the course of regularly conducted business activity; and

  (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>1|17|19</u>
(date)

<u>Meghat</u>
(signature of declarant)

<u>Meghan Arias, Deputy Registrar</u>
(name and title of declarant)

<u>The George Washington University</u>
(name of business)

<u>1918 F Street, NW Washington, DC 20052</u>
(business address)

<u>Definitions of terms used above:</u>
As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**Exhibit C**
**164**

USAO_00458773

# The People's Bank

Exhibit C
165

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Minh Nguyen_, hereby declare as follows:
(name)

1.    I am a duly authorized custodian of records for

_The Peoples Bank_ (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.    My job title/position is:

b.    I have been employed in this capacity for

_9 years_    and by the Business Entity for _35 years_ .
(duration)                                             (duration)

c.    My job duties are: _Administers functions related to subpoenas garnishments and levies, ensuring compliance to the organization's policy, legal, + government rules and regulations_

d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are ~~originals~~/ true and

correct duplicates of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**166**

USAO_00091396

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4     3.   I certify that the attached record(s):

5       a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7       b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9       c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11      d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13     (e.)  if not original records, are exact duplicates of

14  original records.

15    I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _The Peoples Bank_

                                           (place document was signed)

17  on _August 28, 2018_ .

        (date document was signed)

18                                _Minh Nguyen_

                                    (signature)

19

20                                _MINH NGUYEN_

                                    (typed or printed name)

21

22

23

24

25

26

27

28

<center>2</center>

**Exhibit C**
**167**

USAO_00091397

# TSYS Merchant Solutions

Exhibit C
168

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, **J. Brandon Simpson** (*name*), hereby declare as follows:

1.   I am a duly authorized custodian of records for **TSYS Merchant Solutions, L** (*name of business or entity*) (the "Business Entity").  In that capacity, I am knowledgeable about the matters set forth herein and am qualified and authorized to make this declaration.

a.   My job title/position is: **Associate General Counsel** .

b.   I have been employed in this capacity for **13 years** (*duration*), and by the Business Entity for **13 years** (*duration*).

c.   My job duties are:

d.   I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon the following (*check all that apply*):

☐   Training

☑   Familiarity with relevant policy/policies

☐   Hands-on experience

☐   Supervision of one or more others with hands-on experience

☐   Other (*describe*):

2.   Attached hereto or enclosed herewith are ☐ originals ☑ true and correct duplicates (*check one of the boxes*) of a record or records of a regularly conducted activity of the Business Entity named above.

1

Exhibit C
169

USAO_00460489

1      3.    I certify that the attached record(s):

2            a.    was/were made at or near the time of the occurrence of

3    the matters set forth therein;

4            b.    was/were made by, or from information transmitted by,

5    a person with knowledge of those matters;

6            c.    was/were kept in the course of the regularly conducted

7    activity of the Business Entity;

8            d.    was/were made by and in the course of the regularly

9    conducted activity as a regular practice; and

10           e.    if not original records, are exact duplicates of

11   original records.

12

13   I declare under penalty of perjury that the foregoing is true

14   and correct.  This declaration is executed on February 25, 2020

15   (*date document was signed*) and executed at 1601 Dodge Stre (*place*

16   *document was signed*).

17                                          _____
                                                  (*signature*)

18                                          J. Brandon Simpson

19                                          _____
                                             (*typed or printed name*)

20

21

22

23

24

25

26

27

28

                                     2

Exhibit C
170

USAO_00460490

# Union Bank

**Exhibit C**
**171**



## DECLARATION OF CUSTODIAN OF RECORDS

██████████

Declaration of Custodian of Records
Legal Process Department
MUFG Union Bank, N.A.

Re:     United States District Court
        Subpoena – ██████████

In The Matter Of:  Eagan Avenatti, LLP and Passport 420 LLC and Global Baristas, LLC and Global
Baristas US LLC and GB Autosport, LLC and Avenatti and Associates and Doppio, Inc. and Augustus,
LLP

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank,
N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to Augustus, LLP are true
copies of records demanded in the ██████████ Subpoena dated 05/03/2019.

Signature Card for 0110211449
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211449
Deposit with Offsets - Period 02/13/2019 through 04/30/2019 for 0110211449
Withdrawal Slips - Period 02/13/2019 through 04/30/2019 for 0110211449
Purchased Cashier's Check - Period 02/13/2019 through 04/30/2019 for 0110211449
Cancelled Checks - Period 02/13/2019 through 04/30/2019 for 0110211449
Wire Transfers - Period 02/13/2019 through 04/30/2019 for 0110211449
Signature Card for 0110211457
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211457

The original records were prepared by the Bank's personnel in the ordinary course of business at or
about the time of the act, condition, or event.

I certify under penalty of perjury that the foregoing is true and correct.

May 31, 2019

_____
Custodian of Records

Rashunda Pina
S1512946

Legal Process Department
P.O. Box 60005
Tempe, AZ 85082
A member of MUFG, a global financial group

Tel. 323 278 4770

DFULLGJ 1 2

**Exhibit C**
**172**

USAO_00163714



## DECLARATION OF CUSTODIAN OF RECORDS

████████

Declaration of Custodian of Records
Legal Process Department
MUFG Union Bank, N.A.

Re:     United States District Court
        Subpoena – ████████

In The Matter Of:  Eagan Avenatti, LLP and Passport 420 LLC and Global Baristas, LLC and Global Baristas US LLC and GB Autosport, LLC and Avenatti and Associates and Doppio, Inc. and Augustus, LLP

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank, N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to Augustus, LLP are true copies of records demanded in the ████████ Subpoena dated 05/03/2019.

Signature Card for 0110211449
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211449
Deposit with Offsets - Period 02/13/2019 through 04/30/2019 for 0110211449
Withdrawal Slips - Period 02/13/2019 through 04/30/2019 for 0110211449
Purchased Cashier's Check - Period 02/13/2019 through 04/30/2019 for 0110211449
Cancelled Checks - Period 02/13/2019 through 04/30/2019 for 0110211449
Wire Transfers - Period 02/13/2019 through 04/30/2019 for 0110211449
Signature Card for 0110211457
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211457

The original records were prepared by the Bank's personnel in the ordinary course of business at or about the time of the act, condition, or event.

I certify under penalty of perjury that the foregoing is true and correct.

May 31, 2019

                                        /s/ _____
                                        Custodian of Records

Received from the Legal Process Department, MUFG Union Bank, N.A., copies of the records described above.

Legal Process Department          Tel. 323 278 4770                    DFULLGJ 1.2
P.O. Box 60005
Tempe, AZ 85082
A member of MUFG, a global financial group

**Exhibit C**
**173**

USAO_00163715

US Bank

Exhibit C
174

<u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

1    I, _Kristina Anderson_ hereby declare as follows:
   (name)

1.   I am a duly authorized custodian of records for

_U.S. Bank_ (the "Business Entity"). In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.   My job title/position is: _Paralegal_

b.   I have been employed in this capacity for

_6+ years_ and by the Business Entity for _6+ years_.
   (duration)                                          (duration)

c.   My job duties are:

d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.   Describe:

2.   Attached hereto or enclosed herewith are ~~originals~~ (true and

correct duplicates) of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**175**

USAO_00105438

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5      a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7      b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9      c.   was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11      d.   was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13      e.   if not original records, are exact duplicates of

14  original records.

15    I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _Minneapolis, MN_,
     (place document was signed)

17  on _2/11 2019_____.
    (date document was signed)

18  _Kristina Anderson_____
     (signature)

19

20  _Kristina Anderson_____
    (typed or printed name)

21

22

23

24

25

26

27

28

2

Exhibit C
176

USAO_00105439

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

1, _Kristina Anderson_, hereby declare as follows:
(name)

1.    I am a duly authorized custodian of records for

_U.S. Bank_ (the "Business Entity"). In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

a.    My job title/position is: _Paralegal_

b.    I have been employed in this capacity for

_+7 years_ and by the Business Entity for _+6 years_.
(duration)                                          (duration)

c.    My job duties are:

_Paralegal / Legal Records Coordinator_

d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are ~~originals~~ (true and
correct duplicates) of a record or records of a regularly conducted

activity of the Business Entity named above.

**Exhibit C**
**177**

USAO_00457419

1

2 (Circle either "originals" or "true and correct duplicates" and

3 strike out the other term.)

4      3.   I certify that the attached record(s):

5           a.   was/were made at or near the time of the occurrence of

6 the matters set forth therein,

7           b.   was/were made by, or from information transmitted by,

8 a person with knowledge of those matters;

9           c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11           d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13           e.   if not original records, are exact duplicates of

14 original records.

15      I declare under penalty of perjury that the foregoing is true

16 and correct.   This declaration is executed at _Minneapolis, MN_,
                                                  (place document was signed)

17 on _12/13 2019_.
      (date document was signed)

18                              _Kristina Anderson_
                                (signature)

19
                                _Kristina Anderson_
20                              (typed or printed name)

21

22

23

24

25

26

27

28

2

Exhibit C
178

USAO_00457420

# USAA Federal Savings

Exhibit C
179

1      DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2    I, _____Isabel Luna_____, hereby declare as follows:
          (name)

3    1.   I am a duly authorized custodian of records for

4
_USAA Federal Savings Bank_   (the "Business Entity"). In that capacity, I am
(name of business entity)

5
knowledgeable about the matters set forth herein and I am qualified

6
and authorized to make this declaration.

7

8        a.   My job title/position is:

9        b.   I have been employed in this capacity for

10  _5 years_____ and by the Business Entity for _31 years_____.
    (duration)                    (duration)

11        c.   My job duties are:

12    To process subpoena's on behalf of USAA federal Savings Bank

13

14

15        d.   I am knowledgeable about the matters set forth herein

16 and the relevant record-keeping practices of the Business Entity

17 based upon (check all that apply):

18    [ x] Training.

19    [ x] Familiarity with relevant policy/policies.

20    [ x] Hands-on experience.

21    [ x] Supervision of one or more others with hands-on experience.

22    [ ] Other.  Describe:

23

24

25

26    2.   Attached hereto or enclosed herewith are *originals/true and*

27 *correct duplicates* of a record or records of a regularly conducted

28 activity of the Business Entity named above.

Exhibit C
180

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.   I certify that the attached record(s):

5          a.   was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.   was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.   was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11         d.   was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13         e.   if not original records, are exact duplicates of

14 original records.

15     I declare under penalty of perjury that the foregoing is true

16 and correct.   This declaration is executed at San Antonio, Texas      ,
                                                   (place document was signed)

17 on   November 18, 2019      .
        (date document was signed)

18                                            _____
                                                        (signature)

19

20                                            Isabel Luna
                                              _____
                                              (typed or printed name)

21

22

23

24

25

26

27

28

                              2

Exhibit C
181

USAO_00261477

1        <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2        I, <u>Isabel Luna</u>      , hereby declare as follows:
                    (name)

3        1.    I am a duly authorized custodian of records for

4    <u>USAA Federal Savings Bank</u> (the "Business Entity").  In that capacity, I am

5    (name of business entity)
     knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7
8              a.    My job title/position is:

9              b.    I have been employed in this capacity for

10   <u>  5 years      </u> and by the Business Entity for  <u>  30 years      </u>.
            (duration)                                         (duration)

11             c.    My job duties are:

12

13

14
             d.    I am knowledgeable about the matters set forth herein
15
     and the relevant record-keeping practices of the Business Entity
16
     based upon (check all that apply):
17
     [X] Training.
18
     [X] Familiarity with relevant policy/policies.
19
     [X] Hands-on experience.
20
     [X] Supervision of one or more others with hands-on experience.
21
     [ ] Other.  Describe:
22

23

24

25   2.   Attached hereto or enclosed herewith are *originals/true and*
26   *correct duplicates* of a record or records of a regularly conducted
27   activity of the Business Entity named above.
28

**Exhibit C**
**182**

USAO_00457596

1

2    (Circle either "originals" or "true and correct duplicates" and

3    strike out the other term.)

4         3.    I certify that the attached record(s):

5             a.    was/were made at or near the time of the occurrence of

6    the matters set forth therein,

7             b.    was/were made by, or from information transmitted by,

8    a person with knowledge of those matters;

9             c.    was/were kept in the course of the regularly conducted

10   activity of the Business Entity;

11            d.    was/were made by and in the course of the regularly

12   conducted activity as a regular practice;

13            e.    if not original records, are exact duplicates of

14   original records.

15        I declare under penalty of perjury that the foregoing is true

16   and correct.   This declaration is executed at   San Antonio, TX          ,
                                                       (place document was signed)

17   on   11/21/2019              .
          (date document was signed)

18                                              _____
                                                (signature)
19
                                                 Isabel Luna
20                                              _____
                                                (typed or printed name)

21

22

23

24

25

26

27

28

                                      2

Exhibit C
183

USAO_00457597

1      <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2          I, <u>Isabel Luna</u>        , hereby declare as follows:
                  (name)

3          1.   I am a duly authorized custodian of records for

4   <u>USAA Federal Savings Bank</u>(the "Business Entity").  In that capacity, I am
5   (name of business entity)
    knowledgeable about the matters set forth herein and I am qualified
6
    and authorized to make this declaration.
7
8              a.   My job title/position is:

9              b.   I have been employed in this capacity for

10  <u>  5 years  </u>     and by the Business Entity for  <u>  30 years  </u>    .
           (duration)                                        (duration)
11             c.   My job duties are:

12

13

14
               d.   I am knowledgeable about the matters set forth herein
15
    and the relevant record-keeping practices of the Business Entity
16
    based upon (check all that apply):
17
    [ X] Training.
18
    [X] Familiarity with relevant policy/policies.
19
    [ X] Hands-on experience.
20
    [ X] Supervision of one or more others with hands-on experience.
21
    [ ] Other.  Describe:
22

23

24

25
    2.   Attached hereto or enclosed herewith are *originals/true and*
26
    *correct duplicates* of a record or records of a regularly conducted
27
    activity of the Business Entity named above.
28

**Exhibit C**
**184**

USAO_00457772

<pre>
 1
 2   (Circle either "originals" or "true and correct duplicates" and
 3   strike out the other term.)
 4        3.   I certify that the attached record(s):
 5             a.   was/were made at or near the time of the occurrence of
 6   the matters set forth therein,
 7             b.   was/were made by, or from information transmitted by,
 8   a person with knowledge of those matters;
 9             c.   was/were kept in the course of the regularly conducted
10   activity of the Business Entity;
11             d.   was/were made by and in the course of the regularly
12   conducted activity as a regular practice;
13             e.   if not original records, are exact duplicates of
14   original records.
15        I declare under penalty of perjury that the foregoing is true
16   and correct.  This declaration is executed at San Antonio, Texas      ,
                                                    (place document was signed)
17   on    12/26/2019          .
          (date document was signed)
18                                    _____
                                             (signature)
19
20                                    Isabel Luna
                                      (typed or printed name)
21
22
23
24
25
26
27
28
</pre>

<div align="center">2</div>

**Exhibit C**
**185**

USAO_00457773

# Verizon Wireless

**Exhibit C**
**186**

1          DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I,  Juan Figueroa              , hereby declare as follows:
              (name)

3      1.    I am a duly authorized custodian of records for

4      Verizon                (the "Business Entity").  In that capacity, I am
       (name of business entity)
5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7            a.    My job title/position is:

8            b.    I have been employed in this capacity for

9
       4 years               and by the Business Entity for    10 years          .
10       (duration)                                             (duration)

11           c.    My job duties are:

12

13

14           d.    I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17     [X] Training.

18     [x] Familiarity with relevant policy/policies.

19     [X] Hands-on experience.

20     [x] Supervision of one or more others with hands-on experience.

21     [ ] Other.  Describe:

22

23

24

25     2.    Attached hereto or enclosed herewith are          *true and

26   correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

**Exhibit C**
**187**

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4       3.    I certify that the attached record(s):

5            a.    was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7            b.    was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9            c.    was/were kept in the course of the regularly conducted

10 activity of the Business Entity;

11           d.    was/were made by and in the course of the regularly

12 conducted activity as a regular practice;

13           e.    if not original records, are exact duplicates of

14 original records.

15       I declare under penalty of perjury that the foregoing is true

16 and correct.  This declaration is executed at Bedminster, NJ 07921

                                          180 Washington Valley Road

                                          (place document was signed)

17 on _____3/26/19_____.

        (date document was signed)

18

                                    _____
                                           (signature)
19

                                       Juan Figueroa
20                                 (typed or printed name)

21

22

23

24

25

26

27

28

                                2

Exhibit C

188

# Villas and Apartments

Exhibit C
189

1          DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2          I, _Schwab_____ hereby declare as follows:
             (name)

3

4          1.   I am a duly authorized custodian of records for

5   _Villas and Apartments Abai__ (the "Business Entity").  In that capacity, I am
      (name of business entity)

6   knowledgeable about the matters set forth herein and I am qualified

7   and authorized to make this declaration.

8                a.   My job title/position is: _Owner/ President_

9                b.   I have been employed in this capacity for

10  _36 Years_____ and by the Business Entity for _36 Years_____ .
       (duration)                                      (duration)

11               c.   My job duties are: _Organizing Family Vacations_

12                                       _in Mexico, Italy, France ..._

13                                       _Oversee Business Operations_

14

15               d.   I am knowledgeable about the matters set forth herein

16  and the relevant record-keeping practices of the Business Entity

17  based upon (check all that apply):

           [ ] Training.

18         [X] Familiarity with relevant policy/policies.

19         [X] Hands-on experience.

20         [X] Supervision of one or more others with hands-on experience.

21         [ ] Other.  Describe:

22

23

24

25         2.   Attached hereto or enclosed herewith are *originals/true and*

26  *correct duplicates* of a record or records of a regularly conducted

27  activity of the Business Entity named above.

28

**Exhibit C**
**190**

USAO_00177288

1
2 (Circle either "originals" or "true and correct duplicates" and
3 strike out the other term.)
4    3.  I certify that the attached record(s):
5       a.  was/were made at or near the time of the occurrence of
6 the matters set forth therein,
7       b.  was/were made by, or from information transmitted by,
8 a person with knowledge of those matters;
9       c.  was/were kept in the course of the regularly conducted
10 activity of the Business Entity;
11       d.  was/were made by and in the course of the regularly
12 conducted activity as a regular practice;
13       e.  if not original records, are exact duplicates of
14 original records.
15    I declare under penalty of perjury that the foregoing is true
16 and correct.  This declaration is executed at _365 Fifth Ave, Suite 1008,_
                                                            (place document was signed)
17 on _06/10/2019_ .
    (date document was signed)
18
19 _____
    (signature)
20 _Sylvia Delvaille Jones_
    (typed or printed name)
21
22
23
24
25
26
27
28
                                       2

**Exhibit C**
**191**

USAO_00177289

# Vincent Builders Inc.

**Exhibit C**
**192**

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, _Kathleen Crehan_, hereby declare as follows:
(name)

1.   I am a duly authorized custodian of records for

_Vincent Builders Inc._ (the "Business Entity").  In that capacity, I am
(name of business entity)

knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

  a.   My job title/position is: _Office Manager_

  b.   I have been employed in this capacity for

_3 years_     and by the Business Entity for _3 years_    .
(duration)                                            (duration)

  c.   My job duties are:

_managing the office, including accounting, record-keeping, and AR/AP._

  d.   I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.  Describe:


2.   Attached hereto or enclosed herewith are *originals/true and
correct duplicates* of a record or records of a regularly conducted
activity of the Business Entity named above.

**Exhibit C**
**193**

USAO_00177305

1
2  (Circle either "originals" or "true and correct duplicates" and
3  strike out the other term.)
4      3.    I certify that the attached record(s):
5          a.    was/were made at or near the time of the occurrence of
6  the matters set forth therein,
7          b.    was/were made by, or from information transmitted by,
8  a person with knowledge of those matters;
9          c.    was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11          d.    was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13          e.    if not original records, are exact duplicates of
14  original records.
15      I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at _9183 El Colorado Ave, Fountain Valley_
                                                    (place document was signed)  CA
                                                                                92708
17  on __6|18|19__.
        (date document was signed)
18                                    _____
                                                (signature)
19
20                                    _Kathleen Crehan_____
                                            (typed or printed name)
21
22
23
24
25
26
27
28
                                        2

Exhibit C
194

USAO_00177306

# Wells Fargo Bank

**Exhibit C**
**195**



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Kalina Young, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 20684899

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Checks/Debits | XXXXXX5938 | 4 | 4 |
| Deposits with offsets | XXXXXX4641 | 54 | 54 |
| Large Currency | XXXXXX0740 | 0 | 0 |
| Unable to locate large currency for the time frame requested. | | | |
| Statements | XXXXXX0740 | 11 | 11 |
| Statements | XXXXXX4641 | 35 | 35 |
| Signature Cards | XXXXXX0740 | 3 | 3 |
| Checks/Debits | XXXXXX0740 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX4641 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX5938 | 2 | 2 |
| Deposits with offsets | XXXXXX5938 | 57 | 57 |
| Statements | XXXXXX5938 | 63 | 63 |
| Signature Cards | XXXXXX4641 | 2 | 2 |
| Deposits with offsets | XXXXXX0740 | 26 | 26 |
| **Total Copies Delivered:** | | | **257** |

Additional comments: Unable to locate Alison A. Hoslet with social security number 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. Unable to locate safe deposit box, credit cards and certificates of deposit within time frame requested.

Case No: 20684899; Agency Case No: 2018R01744

**Exhibit C**
**196**

USAO_00106098

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of October, 2018, in the City of Tempe, State of ARIZONA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 20684899; Agency Case No: 2018R01744

**Exhibit C**
**197**

USAO_00106099