UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | June 25, 2021 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** **[IN CHAMBERS] Minute Order re Filed Documents**

In the course on considering the parties' briefs on the motions *in limine* to be heard on June 28, 2021, it came to the Court's attention that Avenatti's filings do not comply with ECF requirements in that they cannot be searched nor can extracts be copied from the documents. This is a significant hindrance to the Court.

The parties are directed to comply strictly with the filing requirements, including:

***L.R. 5-4.3.1 Technical Requirements (File Format and Size Limitations).*** Documents filed electronically must be submitted in PDF. Except as provided elsewhere in this L.R. 5-4, the document filed with the Court must be created using word-processing software, then published to PDF from the original word-processing file (to permit the electronic version of the document to be searched). PDF IMAGES CREATED BY SCANNING PAPER DOCUMENTS ARE PROHIBITED, except that exhibits submitted as attachments to a document and records in bankruptcy appeals, habeas corpus proceedings, and administrative review cases such as Social Security appeals, ERISA, and IDEA cases may be scanned and attached, in text-searchable PDF form, if the filer does not possess a word-processing-file version of the attachment. Individual PDF files shall not exceed 35 MB in size, and shall contain no more than one document or portion of one document per file. PDF files that exceed 35 MB must be divided into sub-volumes.

EcfWhere scanned signature pages are authorized under L.R. 5-4.3.4(a), only the signature pages may be scanned; the remainder of the document must be generated by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

publishing to PDF from the original word-processing file.

Failure to comply with this requirement may result in suspension of counsel's ECF filing privileges.

: 0

Initials of Deputy Clerk  lmb