# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | June 28, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | Dean Steward | X | | X |

**Proceedings:** PRETRIAL CONFERENCE/MOTIONS IN LIMINE

Cause is called for hearing with the defendant, his counsel, and counsel for the Government present. Motions in limine are argued. A separate minute order re motions in limine to issue.

Court and counsel confer re trial logistics. The filling out of questionnaires by prospective jurors and jury selection is continued from July 7, 2021 to July 13, 2021 at 8:00 a.m. Any changes to the questionnaire by defendant must be submitted by July 6, 2021.

Opening statements will begin on July 20, 2021 at 8:30 a.m.

|  |  | 1 | : | 00 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | lmb | | |