H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> STIPULATION RELATING TO MODIFICATION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE <br><br> ([Proposed] Order filed concurrently Herewith) |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, and defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his counsel of record, H. Dean Steward, hereby submit this Stipulation Relating to Modification of Defendant's Terms of Temporary Release. The parties hereby agree and stipulate to the following:

1. Mr. Avenatti is permitted to travel to the Southern District of New York and points in between for the purposes of attending his sentencing hearing in SDNY Case No. 19 Cr. 373 (PGG) and meeting with his attorneys during the time period July 6, 2021 to July 8, 2021, provided that: (a) Mr. Avenatti is

accompanied at all times by Ms. Emma Hernandez[1]; (b) While in New York, Mr. Avenatti is permitted to be present at, and travel in between, the airport, his hotel, the offices of his attorneys, and the federal courthouse for the Southern District of New York; (c) Mr. Avenatti provides his flight and hotel information to the Pretrial Services Agency ("PSA") (and the Court if requested) by noon on July 3, 2021; (d) Mr. Avenatti complies with any other conditions imposed by the PSA; and, (e) Mr. H. Dean Steward confirms with Mr. Avenatti's surety that he consents to permit Mr. Avenatti to travel as set forth above.

Dated: July 1, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

/s/
_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 1, 2021

/s/
_____
H. DEAN STEWARD
Attorney for Defendant
MICHAEL JOHN AVENATTI

---

[1] Ms. Hernandez is a member of Mr. Avenatti's defense team. Until approximately 18 months ago, she was employed by the Federal Public Defender's Office in the Central District, where she worked for 28 years. While in that office, she also served as the Material Witness Coordinator, worked closely with the Pretrial Services Agency, and facilitated the government's use of cooperating witnesses.

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 1, 2021, service of the:

STIPULATION RELATING TO MODIFICATION OF DEFENDANT'S TERMS OF

TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2021

/s/ H. Dean Steward
H. Dean Steward

3