H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER RELATING TO MODIFICATION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown and by agreement and stipulation of the parties, it is ordered that Defendant Michael John Avenatti's Temporary Release is modified by the following term:

1. Mr. Avenatti is permitted to travel to the Southern District of New York and points in between for the purposes of attending his sentencing hearing in SDNY Case No. 19 Cr. 373 (PGG) and meeting with his attorneys during the time period July 6, 2021 to July 8, 2021, provided that: (a) Mr. Avenatti is accompanied at all times by Ms. Emma Hernandez; (b) While in New York, Mr. Avenatti is permitted to be present at, and travel in between, the airport, his hotel, the offices of his attorneys, and the federal courthouse for the Southern

District of New York; (c) Mr. Avenatti provides his flight and hotel information to the Pretrial Services Agency ("PSA") (and the Court if requested) by noon on July 3, 2021; (d) Mr. Avenatti complies with any other conditions imposed by the PSA; and, (e) Mr. H. Dean Steward confirms with Mr. Avenatti's surety that he consents to permit Mr. Avenatti to travel as set forth above.

**So Ordered.**

Dated: July ___, 2021

_____
Hon. James V. Selna
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 1 2021, service of the:

[PROPOSED] ORDER RELATING TO MODIFICATION OF DEFENDANT'S

TERMS OF TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2021

/s/ H. Dean Steward
H. Dean Steward