H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S FURTHER SUBMISSION REGARDING THE JURY QUESTIONNAIRE |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files this further submission regarding the jury questionnaire. On June 28, 2021, the Court issued an Order indicating, "[a]ny changes to the questionnaire by defendant must be submitted by July 6, 2021." [Dkt. 514].

On July 4, 2021, the defendant submitted to the government a copy of his proposed additions and edits to the jury questionnaire. Earlier today, the government agreed to make some, but not all, of Mr. Avenatti's changes. Accordingly, Mr. Avenatti hereby submits to the Court the defendant's additional requested proposed additions and edits to the jury questionnaire, which the government opposes.

1. Request No. 1: The defense requests that the following names be added to Question No. 51: Leroy Baca and Los Angeles County Sheriff's Department

for consistency. Namely, the government requested that the names of every other defendant in each of the five underlying client matters at issue in the indictment be included *other than these two names*. For consistency, either all defendants from the underlying matters should be listed or all defendants should be removed.

2. Request No. 2: On Question No. 51 add the language, "and what do you think about that person or entity" after the language "please describe your familiarity with that person or entity." This addition will help ensure that the Court and the parties will have more information by which to determine whether the perspective juror must be excused.

3. Request No. 3: Between Question 17 and Question 18, add this question: "Have you ever posted online or on social media about any court case or legal proceeding? (Please Circle: YES or NO). If yes, please describe what you have posted and when." This addition will further assist the Court and the parties in determining likely prejudice.

4. Request No. 4: Question No. 34 should be edited to read as follows: "Have you, or someone close to you, ever hired a lawyer? (Please Circle: YES or NO). If yes, why and was there anything positive or negative about that experience? Please describe:" These edits will assist the Court and the parties in determining likely prejudice.

The defendant respectfully requests that the foregoing changes be made to the questionnaire prior to distribution to the venir.

Dated: July 6, 2021Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 6, 2021, service of the:

DEFENDANT'S FURTHER SUBMISSION REGARDING THE JURY QUESTIONNAIRE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2021

/s/ H. Dean Steward
H. Dean Steward