TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | RESPONSE TO DEFENDANT'S FURTHER SUBMISSION REGARDING JURY QUESTIONNAIRE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its response to defendant's further submission regarding jury questionnaire.

On May 17, 2021, the parties jointly submitted the jury questionnaire along with any outstanding objections. (CR 460.) The Court issued a minute order on May 21, 2021, with rulings regarding the jury questionnaire and changes to be made. (CR 466.) After making the required changes by the Court and further consultation with defendant, the government filed the revised joint questionnaire on May 26, 2021. (CR 469.) On June 21, 2021, the government provided defendant with the updated questionnaire with witnesses, parties, and potential names included in question 51, and sought any additional names defendant wished to add. After defendant failed to respond, the government emailed defense counsel again on June 23, 2021, with the same inquiry. Defense counsel replied with "me[,] Courtney Cummings" -- defense counsel's name was already included in the government's list. On June 23, 2021, the government provided a proposed final questionnaire with names filled into question 51.

Defendant provided nothing further until an email on July 4, 2021 -- after the Court directed defendant to provide any final information. In the July 4, 2021, email, defendant proposed adding thirteen additional names not provided previously and corrected the one name previously provided to read "Courtney Cummings Cefali." The government has added eleven of the names defendant proposed, however, adding the Los Angeles County Sheriff's Department and/or Leroy Baca would likely result in receiving countless responses, none of which would be meaningful to this case that would not be captured elsewhere in the questionnaire. Although the other parties to the civil cases were included in the list, none of them would result in such expansive responses. Moreover, the County of Los Angeles paid the settlement in that matter and with the Court's order regarding the

exclusion of underlying facts from the civil matters, Leroy Baca and the Los Angeles County Sheriff's Department's names will hardly be used at trial and nothing that would require screening for bias.

Defendant further sought to add or modify three questions to the questionnaire. These additions are untimely and unnecessary. Defendant stipulated to the questionnaire (pending the addition of names in question 51). Question 51 already asks the prospective jurors to describe their familiarity with any of the people or entities they identified and whether their familiarity with the person or entity would affect their ability to serve as a fair and impartial juror. Defendant's additional question is unnecessary for purposes of the questionnaire.

Defendant requested an additional question about whether a potential juror has ever posted online or on social media about any court case or legal proceeding. This proposed addition similarly would provide no meaningful information that would not already be obtained by other questions. Finally, defendant's proposed edit to question 34 would likely result in countless additional responses that would provide no meaningful information for this case.

///

The Court should deny defendant's request to add the two names to question 51 and modify the questionnaire relating to the three questions.

Dated: July 6, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA