# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 19-61-JVS | Date: July 7, 2021 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** **[IN CHAMBERS] Minute Order re Jury Questionnaires**

The Court has reviewed the parties' submission with regard to the addition of questions to the jury questionnaire which the Court has approved (Docket No. 469). (See Docket Nos. 525, 526.) The Court orders the following:

1. <u>Question No. 51.</u> The Government has added the requested additional names with the exception of Leroy Bacca and the Los Angeles County Sheriff's Department. The Court sees no basis to exclude these two, and they shall be added. No further additions required. Further inquiry may be pursued as part of individual or group voir dire.

2. <u>Additional Question Following Question No. 17.</u> Given the concerns about social media (<u>see</u> Court's Proposed Initial Jury Instructions, pp. 28-29), the Court finds that a question concerning posts related to legal proceedings is appropriate. The question shall be included.

3. <u>Question No. 34.</u> No addition required. Further inquiry may be pursued as part of individual or group voir dire.

The Court directs Avenatti to discharge his meet and confer obligations is a more timely manner. Contacting the Government by email on July 4, 2021 in the middle of a three-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

day weekend does not meet that obligation even if further proposed revisions to the questionnaire were due July 6, 2021.  (See Docket No. 514.)

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |