ALEXANDER C.K. WYMAN (SBN 295339)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring St., 11th Floor, Los Angeles, CA 90012
Phone: (213) 894-2435; Email: alex.wyman@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 19-00061-JVS |
|---|---|
| | **NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

GOVERNMENT'S FILING OF WITNESS STATEMENTS

**Reason:**

☑ Under Seal

☑ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated: _____

☐ Administrative Record

☐ Other:

Pursuant to Order Re Criminal Trial Order 8/17/17

July 8, 2021
_____
Date

ALEXANDER C.K. WYMAN
_____
Attorney Name

UNITED STATES OF AMERICA
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*