Ronald Richards, Esq. (SBN 176246)
Morani Stelmach (SBN 296670)
ron@ronaldrichards.com
**LAW OFFICES OF**
**RONALD RICHARDS & ASSOCIATES,**
**A.P.C.**
P.O. Box 11480
Beverly Hills, CA  90213
310-556-1001 Tel
310-277-3325 Fax

Attorneys on behalf of Law Offices of
Ronald Richards & Associates, A.P.C., the
general public, the media, and those similarly
situated

FILED
CLERK, U.S. DISTRICT COURT

7/9/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LB _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No: SA CR 19-061-JVS |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR REMOTE PUBLIC ACCESS VIA A CALL IN NUMBER OR ZOOM CALL IN** |
| MICHAEL JOHN AVENATTI, | |
| Defendant | |

1

1    This request for remote public access is filed on behalf of the Law Offices of

2    Ronald Richards & Associates, A.P.C., the general public, the media, and those

3    similarly situated.  The court staff directed counsel that a request for public access

4    needs to be made to the Honorable Judge.  Therefore, this request is seeking the

5    Judge's approval.

6        The current trend is to allow the public to listen remotely to court

7    proceedings, rather than attending in person[1].  Listening and attending a proceeding

8    remotely has proven to work well.  It limits the need for the public to attend in

9    person and crowd the courtrooms.  There would be no disruptions to the

10   proceedings.  The Court's current General Order allows for public access (Exh. A)

11   and the technical capabilities are already in place.  It makes sense for the public to

12   have a mechanism to listen to this case and the trial scheduled for next week.

13   Counsel wished to request public access beginning July 13, 2021 for jury selection

14   but is willing to forego early access and just have access from July 20, 2021 for

15   opening statements.  The recording can originate in the overflow courtroom or from

16   the Courtroom itself.

17

18

19

20

21

22   [1] See *In re Press & Pub. Access to Video Exhibits in Capitol Riot Cases*, No. MC 21-46
     (BAH), 2021 WL 1946378, at *7 (D.D.C. May 14, 2021), granting request for issuance of a
23   standing order to provide a streamlined means in Court for making video exhibits in Capital
     Cases accessible to the media ("The D.C. Circuit has explained that "there is a 'strong
24   presumption in favor of public access to judicial proceedings,' including judicial records." *In re
     Leopold to Unseal Certain Electronic Surveillance Applications and Orders*, 964 F.3d 1121,
25   1127 (D.C. Cir. 2020) (quoting *United States v. Hubbard*, 650 F.2d 293, 317 (D.C. Cir. 1980)");
     *see also Epic Games, Inc. v. Apple Inc.*, No. 4:20-CV-05640-YGR, 2021 WL 2350812, at *1
26   (N.D. Cal. Apr. 21, 2021) ["…the Court orders a specific telephone line for media specifically
     and for the attorneys for the Class Plaintiffs to ensure that they have access to the audio. To
27   access this telephone line…")

28

1

1    This honorable Court should respectfully allow and provide for a public
2    access line, consistent with Mr. Avenatti's New York case that was being heard in
3    the U.S District Court for the Southern District of New York, *USA v. Avenatti,* Case
4    No. 8:19-cr-00061-JVS.  The New York Court allowed the press and public to
5    obtain access to Mr. Avenatti's sentencing by phone.  (See Exh. B).

6    In *USA v. Avenatti,* Case No. 8:19-cr-00061-JVS, the public was able to
7    listen to the sentencing hearing this afternoon, on July 8, 2021.  Had there not been
8    an access line, the public would never have been able to know or hear the genuine
9    remorse in Avenatti's voice when he did his allocation and would not have been
10   able to hear the effectiveness of counsel's arguments on both sides.  Nor would the
11   public have had the benefit of hearing the extremely capable and overly intelligent
12   District Court judge who had an extreme command of the facts, which is a
13   testament to the entire judiciary and how the system works.  The public needs to
14   know how brilliant the Court is in general in dispensing justice as well as this
15   Court's keen intellect in its rulings and tentatives.

16   This specific Court has all the above attributes and more and the public
17   would benefit from the wisdom of this Court's rulings, the rationale for them, and
18   this Court's consistent dispensing of justice in California.  Having a reporter filter
19   the actual analysis of the Court is a poor substitute for verbatim rulings with human
20   expression.  In addition, it saves the public and the bar resources that may not be
21   available to listen to a long trial in person.

22   The public would be severely disadvantaged if public access was restricted
23   and not available. If possible, this request is made with the utmost respect and is
24   only asking for this Court to consider it.  Numerous members of the public
25   benefitted from today's sentencing and access to the Courts is an important concept
26   for an important case if possible.  Ultimately, it is up to this Court but this firm felt
27   obliged to make the humble request and thanks the Court in advance for any
28   consideration it may provide.

1

2                                              Respectfully Submitted,

3

4    Dated: July 8, 2021                       Law Offices of Ronald Richards &
                                               Associates, APC
5

6                                              By: /s/ Ronald Richards

7                                              _____

8                                                  Ronald Richards

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

1
2
3
4
5
6
7



**FILED**
CLERK, U.S. DISTRICT COURT

June 11, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

8       UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA

10
11      IN RE:                                    )        GENERAL ORDER NO. 21-08
                                                  )
12      CORONAVIRUS PUBLIC                         )        (Supersedes General Order No. 21-
        EMERGENCY                                  )        07, General Order No. 21-06, General
13                                                 )        Order No. 21-03, and Order of the
        ORDER CONCERNING PHASED                    )        Chief Judge No. 20-078)
14      REOPENING OF THE COURT                     )
                                                   )
15                                                 )

16

17          WHEREAS, the Court adopted the Plan for Phased Resumption of Operations

18      ("Reopening Plan"), which consisted of three phases: Phase 1 (return of certain staff to

19      the courthouses to prepare for limited in-court hearings); Phase 2 (reopening

20      courthouses for limited in-court hearings); and Phase 3 (resumption of jury trials);

21          WHEREAS, the Reopening Plan was adopted to limit the public's and the

22      Court's exposure to COVID-19; and

23          WHEREAS, the Centers for Disease Control and Prevention and the State of

24      California have lifted, or will soon lift, many of the previous restrictions regarding

25      mandatory physical distancing and face coverings for individuals vaccinated against

26      COVID-19;

27          Upon unanimous vote of the Executive Committee, the Court orders as follows:

28

1.   All of the divisions of the Central District of California will resume normal operations on June 15, 2021.

2.   Hearings by video or telephonic conference may continue to be held in civil matters at the discretion of the assigned judge.

3.   Hearings by video or telephonic conference may continue to be held in certain criminal matters as set forth in Order of the Chief Judge No. 20-043, unless the findings and authorizations in the Order are subsequently terminated.

4.   All individuals seeking entry to, or occupying, the United States Courthouses or Probation and Pretrial Services Offices in the Central District of California must follow the Centers for Disease Control and Prevention's most recent guidance regarding face coverings or masks, except under certain circumstances during in-court proceedings as noted below.

   a.   If the Centers for Disease Control and Prevention's most recent guidance or a district judge requires an individual to wear a mask, the mask must completely conceal the individual's nose and mouth at all times.

   b.   The United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order and deny entry to individuals not following the Centers for Disease Control and Prevention's most recent guidance regarding face coverings or masks.

5.   To protect public health and safety, the following protocols are adopted for all in-court proceedings:

2

a.   Everyone in the courtroom must follow the Centers for Disease Control and Prevention's most recent guidance regarding face coverings and masks.

6.   Judges will continue to determine when their chambers staff will return to work at the Courthouses.  The District Court Executive/Clerk of Court will continue to determine when and which Clerk's Office and Probation and Pretrial Services Office staff will return to the Courthouses.

This Order shall take effect on June 15, 2021.

IT IS SO ORDERED.



_____

CHIEF UNITED STATES DISTRICT JUDGE

*Date of Approval by the Executive Committee:*          June 10, 2021

*Date of Filing by the Clerk:*                                        June 11, 2021

3

# EXHIBIT B

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:19-cr-00373-PGG All Defendants

Case title: USA v. Avenatti                          Date Filed: 05/22/2019

Magistrate judge case number: 1:19-mj-02927-UA

---

Assigned to: Judge Paul G. Gardephe

**Defendant (1)**

**Michael Avenatti**                    represented by   **Jose Manuel Quinon**
                                                         Jose M. Quinon, P.A
                                                         2333 Brickell Avenue, Suite A-1
                                                         Miami, FL 33129
                                                         (786)-348-3778
                                                         Fax: (786)-348-3778
                                                         Email: jquinon@quinonlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Scott Alan Srebnick**
                                                         Scott A. Srebnick
                                                         2214 NW 1st Place
                                                         Ste Second Floor
                                                         Miami, FL 33127
                                                         305-285-9019
                                                         Fax: 305-377-9937
                                                         Email: scott@srebnicklaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sylvie Jill Levine**
                                                         Federal Defenders of New York
                                                         52 Duane Street, 10th Floor
                                                         New York, NY 10007
                                                         (212) 417-8700
                                                         Fax: (212) 571-0392
                                                         Email: sylvie_levine@fd.org
                                                         *TERMINATED: 03/25/2018*
                                                         *LEAD ATTORNEY*
                                                         *Designation: Public Defender or*
                                                         *Community Defender Appointment*

                                                         **Benjamin Adam Silverman**
                                                         Law Office of Benjamin Silverman
                                                         224 W. 30th St., Suite 302
                                                         New York, NY 10001

New York, NY 10007
212-637-1947
Email: matthew.podolsky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Benjamin Sobelman**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2616
Email: robert.sobelman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Daniel Charles Richenthal**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2109
Fax: (212) 637-2615
Email: daniel.richenthal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2021 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Sentencing held on 7/8/2021 for Michael Avenatti (1) Count 1s,2s,3s. Sentence held. Defendant M. Avenatti present with attorneys Scott Srebnick and E. Danya Perry. AUSAs Matthew Podolsky, Robert Sobelman and Daniel Richenthal present. See Judgment for terms of sentence. (Court Reporter Michael McDaniel) (ap) (Entered: 07/08/2021) |
| 07/06/2021 | 337 | ORDER as to Michael Avenatti: The sentencing of the Defendant will take place on Thursday, July 8, 2021 at 1:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square,New York, New York. The press and public may obtain access to the sentencing by telephone by dialing 888-363-4749 to participate, and entering the access code 6212642. (Sentencing set for 7/8/2021 at 01:00 PM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe) (Signed by Judge Paul G. Gardephe on 7/6/2021) (ap) (Entered: 07/06/2021) |
| 07/06/2021 | 336 | MEMORANDUM OPINION & ORDER as to Michael Avenatti. Defendant's post-trial motions are denied. The Clerk of Court is directed to terminate the motions (Dkt. Nos. 291, 333). (Signed by Judge Paul G. Gardephe on 7/6/2021) (See ORDER set forth) (ap) (Entered: 07/06/2021) |
| 07/05/2021 | 335 | REPLY MEMORANDUM OF LAW in Support by Michael Avenatti re: 321 Sentencing Submission filed by USA, 317 Sentencing Submission filed by Michael Avenatti . (Attachments: # 1 Exhibit 1: Factual Bases in US v. Litzenburg and US v. Kincheloe) (Srebnick, Scott) (Entered: 07/05/2021) |
| 07/05/2021 | 334 | NOTICE of Filing Sentencing Letters as to Michael Avenatti (Srebnick, Scott) (Entered: 07/05/2021) |
| 07/05/2021 | 333 | LETTER MOTION addressed to Judge Paul G. Gardephe from Benjamin Silverman dated July 5, 2021 re: Regnier witness statements . Document filed by Michael Avenatti. |

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA)

3
                     : ss.
COUNTY OF LOS ANGELES)

4
I am employed in the County of Los Angeles, State of California. I am over the age

5
of 18, and not a party to the within action; my business address is P.O. BOX 11480,
BEVERLY HILLS, CA 90213.

6
On the date indicated below, I served the foregoing documents described as:

7

8
REQUEST FOR REMOTE PUBLIC ACCESS VIA A CALL IN NUMBER OR
ZOOM CALL IN

9
in this action, by:

10
 _X_   delivering via **Email PDF**, addressed below as follows:

11
Alexander

12
Wyman    alex.wyman@usdoj.gov,CaseView.ECF@usdoj.gov,USACAC.Criminal

13
@usdoj.gov

14
Brett A.

15
Sagel    brett.sagel@usdoj.gov,CaseView.ECF@usdoj.gov,USACAC.SACriminal

16
@usdoj.gov

17
H. Dean Steward    deansteward7777@gmail.com,deansteward@fea.net

18

19
 _X_   (State) I declare under penalty of perjury under the laws of the State of

20
California that the foregoing is true and correct.

21
Executed on July 8, 2021, at Los Angeles, California.

22
                     /s Ronald Richards

23
                     _____

24
                     Ronald Richards

25

26

27

28