Ronald Richards, Esq. (SBN 176246)
Morani Stelmach (SBN 296670)
ron@ronaldrichards.com
**LAW OFFICES OF**
**RONALD RICHARDS & ASSOCIATES,**
**A.P.C.**
P.O. Box 11480
Beverly Hills, CA  90213
310-556-1001 Tel
310-277-3325 Fax

Attorneys on behalf of Law Offices of
Ronald Richards & Associates, A.P.C., the
general public, the media, and those similarly
situated

**DENIED**

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: SA CR 19-061-JVS |
| Plaintiff, | |
| v. | **(PROPOSED ORDER) ON REQUEST FOR REMOTE PUBLIC ACCESS VIA A CALL IN NUMBER OR ZOOM CALL IN** |
| MICHAEL JOHN AVENATTI, | |
| Defendant | |

The Court, after considering the request for a remote public access number, hereby directs the Clerk of the Court to provide the public a listen only dial in number and docket the information in order for the public to remotely listen to the trial.  The Clerk may adopt any other medium consistent with this order including zoom or other platforms that works for the Court's IT system.

7/9/21

**DENIED**

BY ORDER OF THE COURT

James V. Selna
United States District Court Judge

1