H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> STIPULATION RELATING TO EXTENSION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE <br><br> [Proposed] Order filed concurrently herewith |

Good cause having been shown and by agreement and stipulation of the parties, it is ordered that Defendant Michael John Avenatti's Temporary Release is extended under its current terms until August 17, 2021.

**So Ordered.**

Dated: July ___, 2021

_____
Hon. James V. Selna
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 9, 2021, service of the:

[PROPOSED] ORDER GRANTING EXTENSION OF DEFENDANT'S TERMS OF TEMPORARY RELEASE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2021

/s/ H. Dean Steward

H. Dean Steward