H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Attorney for Defendant
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL JOHN AVENATTI,<br><br>           Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S OFFER OF PROOF RE SENTENCING RESCHEDULING IN THE SOUTHERN DISTRICT OF NEW YORK |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files his Offer of Proof Re Sentencing Rescheduling in the Southern District of New York.

During the hearing earlier today on Defendant's Ex Parte Application For an Order Continuing Trial Date and Finding Excludable Time Due to Recent Pervasive Publicity and the Government's Associated Conduct (the "Application") [Dkt. 534], the government made various representations to the Court relating to Mr. Avenatti's reasons for delaying his sentencing in the Southern District of New York in Case No. 19 Cr. 373 (PGG) (the "Nike case") and the specific requests made to that court. This Court subsequently relied on those representations when denying the Application.

Attached hereto as Exhibits A, B and C are true and correct copies of three relevant letter motions previously filed in the Nike case concerning Mr. Avenatti's

efforts to adjourn the sentencing date in that case and the reasons those adjournments were requested [SDNY Dkt. 311 (March 30, 2021); SDNY Dkt. 312 (March 31, 2021); and SDNY Dkt. 324 (June 21, 2021)].

Dated: July 13, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ H. Dean Steward
　　　　　　　　　　　　　　　　　　 H. DEAN STEWARD

　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

March 30, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
               **Unopposed Motion for an Additional 50-day Adjournment
               of Sentencing Date and Filing of Sentencing Submissions**

Dear Judge Gardephe

      Mr. Avenatti's sentencing hearing is currently scheduled for May 7, 2021. We write to respectfully request an additional adjournment of the sentencing date for approximately fifty (50) days, until **June 23-25, 2021**, or **June 28-30, 2021**. Mr. Avenatti further requests a corresponding adjournment of the dates for the defense and government to file their sentencing submissions. The government does not oppose the requested adjournment.

      As this Court is aware, on February 14, 2020, a jury found Mr. Avenatti guilty of the three counts charged against him in the Superseding Indictment. At the time, Mr. Avenatti was in custody pursuant to a remand order entered by United States District Judge James Selna of the Central District of California. On April 24, 2020, Mr. Avenatti was temporarily released to home confinement in California pursuant to conditions set by Judge Selna in the wake of the COVID-19 pandemic. *See United States v. Avenatti*, Case No. SA-CR-19-61-JVS (ECF No. 154:7). Mr. Avenatti remains under home confinement in Venice, California.

      COVID-19 cases continue to spike around the United States. https://www.cnn.com/2021/03/30/health/us-coronavirus-tuesday/index.html. The United States has averaged 65,700 new cases per day over the last week – a 22% jump from the prior week. The seven-day moving average of new cases in New York City is 6,166 (and 10,033 new cases in the State), higher than when the Court last granted an adjournment. The director of the CDC has expressed concern about surges because of spring break travel and the B.1.1.7 variant that is deadlier and more contagious. On March 11, 2021, the United States District Court for the Southern District of New York issued a Fourth Amended Standing Order, M-10-468, 20 Misc 176 (CM), extending the provisions of the CARES Act for the holding of criminal proceedings remotely for 90 days from March 24, 2021 (i.e., through June 22, 2021), having

found that proceedings such as sentencing hearings "cannot in all instances be conducted in person without seriously jeopardizing public health and safety."

Mr. Avenatti is scheduled to receive his first dose of a two-dose COVID-19 vaccine regimen during the last week of April 2021. His two daughters will finish high school in California on or about June 10, 2021 and wish to attend the sentencing hearing. For these reasons, Mr. Avenatti respectfully requests that the Court grant an additional adjournment of the sentencing of approximately 50 days, until late June 2021, before requiring him and his family to travel to New York for sentencing. It is reasonable to expect that, by late June 2021, Mr. Avenatti will have been fully vaccinated and the increased vaccination of the public will make domestic travel safer and allow for in-person hearings. Moreover, Mr. Avenatti respectfully requests that his sentencing submission be due three weeks before any new sentencing date and that the government's sentencing submission be due one week after the due date for the defense submission.

A further delay would not prejudice the government. Mr. Avenatti remains on home confinement, subject to restrictive conditions, and continues to prepare for multiple trials in connection with two additional indictments.[1] The alleged victims in the case – Coach Gary Franklin and Nike – have already testified extensively at trial, so there is no risk that the victims will not be heard.

The government advised that it has no objection to an adjournment to the suggested dates. Thank you for your consideration of this request.

                                            Respectfully Submitted,
                                            /s Scott Srebnick
                                            Scott A. Srebnick
                                            E. Danya Perry

cc: Government Counsel

---

[1] Mr. Avenatti's trial (of severed counts) in the California case has been set for July 13, 2021.

# Exhibit B

March 31, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Avenatti*__, No. S1 19 Cr. 373 (PGG)__
             **Letter of Correction Regarding Proposed Adjournment**

Dear Judge Gardephe

      In the letter motion undersigned counsel filed yesterday requesting an adjournment of Mr. Avenatti's sentencing date, we proposed June 28, 2021, as one of the dates for a rescheduled sentencing. Undersigned counsel (Srebnick) overlooked that Mr. Avenatti has a status conference scheduled at 8:00am on that date in his California case. Therefore, we respectfully propose that Mr. Avenatti's sentencing date be scheduled on **June 23-25, 2021**, or **June 29-30, 2021** and not on June 28.

      Thank you for your understanding and consideration of this request.

                                    Respectfully Submitted,
                                    /s Scott Srebnick
                                    Scott A. Srebnick
                                    E. Danya Perry

cc: Government Counsel

# Exhibit C

June 21, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Avenatti*, No. S1 19 Cr. 373 (PGG)
               **Motion for an Additional 60-day Adjournment of
               Sentencing Date**

Dear Judge Gardephe:

      Mr. Avenatti's sentencing hearing is currently scheduled for June 30, 2021. We write to respectfully request an additional adjournment of the sentencing date for approximately sixty (60) days, until late August 2021.

      The reasons for this request are two-fold. First, for the first time last Wednesday, the government provided notice that it will seek $1,000,000 in restitution on behalf of Nike by filing certain information *in camera*. (Dkt No. 321:15-17 & n.3). The restitution request was unexpected; the PSR states that restitution is "not an issue," "not applicable" and "not recommended," and does not include any information from the victims necessary to make such a determination. PSR, at pp. 34, 44. Mr. Avenatti is entitled to review documents and information relevant to this request in advance of the sentencing hearing; he has received none. Indeed, 18 U.S.C. §3664(a) requires that the PSR, or a separate report, include "information sufficient for the court to exercise its discretion in fashioning a restitution order." The PSR does not contain any such information. Section 3664(a) further requires the PSR include, "to the extent practicable, a complete accounting of the losses to each victim…" The PSR does not contain such information. Moreover, 18 U.S.C. §3664(d)(1) requires that "not later than 60 days prior to the date initially set for sentencing, the attorney for the Government, after consulting, to the extent practicable, with all identified victims, shall promptly provide the probation officer with a listing of the amounts subject to restitution." To our knowledge, the government did not timely provide such information. Finally, 18 U.S.C. §3664(d)(5) provides that "[i]f the victim's losses are not ascertainable by the date that is 10 days prior to sentencing, the attorney for the Government or probation officer shall so inform the court, and the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." We are now nine days prior to sentencing, yet Nike still has not provided the defense with sufficient information related to its claimed losses. It makes sense as a matter of judicial economy to have

Mr. Avenatti's sentencing and restitution hearing in this case held in one proceeding, rather than in two separate proceedings ninety days apart.

  Second, an adjournment will allow time for the Court to resolve Mr. Avenatti's pending motions before he is sentenced. This includes the motion to compel, recently filed by separate counsel, addressing issues related to the government's failure to disclose certain 3500 material at trial. As noted in his submissions (Dkt. Nos. 315, 323), Mr. Avenatti respectfully requests time to make a record of the government's discovery lapses and related issues before he is sentenced in this case.

  Mr. Avenatti's trial in the Central District of California is scheduled to commence on July 13, 2021 and last four weeks, For the foregoing reasons, we respectfully request that the Court adjourn Mr. Avenatti's sentencing by 60 days until the week of August 30, 2021. We have conferred with the government; AUSA Sobelman advises that the government opposes this request.

  Thank you for your consideration.

              Respectfully Submitted,
              /s Scott Srebnick
              Scott A. Srebnick
              E. Danya Perry

cc: Government Counsel

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 13, 2021, service of the:

DEFENDANT'S OFFER OF PROOF RE SENTENCING RESCHEDULING IN THE SOUTHERN DISTRICT OF NEW YORK

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2021

/s/ H. Dean Steward
H. Dean Steward

3