H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Attorney for Defendant
MICHAEL JOHN AVENATTI

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND FINDING EXCLUDABLE TIME DUE TO RECENT PERVASIVE AND PREJUDICIAL PRE-TRIAL PUBLICITY AND THE GOVERNMENT'S ASSOCIATED CONDUCT |

Good cause having been shown, it is ordered that the trial date in this matter is continued from July 13, 2021 to October 12, 2021 and the final pre-trial status conference is scheduled for _____. The Court further finds that: (1) the ends of justice served by a continuance outweigh the best interest of the public and Mr. Avenatti in a speedy trial; (2) failing to grant the continuance would result in a miscarriage of justice; (3) failing to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (4) failing to grant the continuance would allow for the pervasive and prejudicial media coverage of Mr. Avenatti's July 8, 2021 sentencing to improperly taint the jury venire.

Accordingly, the time between the currently set trial date, July 13, 2021 and October 12, 2021, shall be excluded for the purposes of calculating time under the Speedy Trial Act.

**So Ordered.**

Dated: July 13, 2021

**DENIED**
BY ORDER OF THE COURT
_____
Hon. James V. Selna
U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 12, 2021, service of the defendant's:

DEFENDANT'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND FINDING EXCLUDABLE TIME DUE TO RECENT PERVASIVE AND PREJUDICIAL PRE-TRIAL PUBLICITY AND THE GOVERNMENT'S ASSOCIATED CONDUCT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2021

/s/ H. Dean Steward
H. Dean Steward