# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.: **SACR 19-61-JVS**　　　　　　　　　　　Date: July 13, 2021

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter: 

| Lisa Bredahl | Sharon Seffens | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | X | Dean Steward | NOT | | X |

Proceedings: **[IN CHAMBERS] ORDER RE DAILY TRANSCRIPT**

Payment under the Criminal Justice Act is hereby authorized for the defendant to obtain daily transcripts of all trial proceedings beginning July 13, 2021, through the end of the trial (including voir dire, open and closing statement, and jury instructions) as the Court has determined that the trial is a lengthy and complex trial.

This Court hereby orders that the billing rate for daily transcripts with Word Indexing shall be $7.26 per page for the original transcript.

Dated: July 13, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James V Selna, US District Court Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 0

　　　　　　　　　　　　Initials of Deputy Clerk　lmb

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                      SOUTHERN DIVISION

                            - - -

        THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


    UNITED STATES OF AMERICA,    )
                    Plaintiff,   )
                                 )          ORDER
         vs.                     )
                                 )     SACR-19-00061-JVS
    MICHAEL JOHN AVENATTI,       )
                    Defendant.   )
    -----------------------------)
```

Payment under the Criminal Justice Act is hereby authorized for the defendant to obtain daily transcripts of all trial proceedings beginning July 13, 2021, through the end of the trial (including voir dire, open and closing statement, and jury instructions) as the Court has determined that the trial is a lengthy and complex trial.

This Court hereby orders that the billing rate for daily transcripts with Word Indexing shall be $7.26 per page for the original transcript.

DATED: July 12, 2021

_____
JAMES V. SELNA
United States District Judge

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER