H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> DEFENDANT'S TRIAL MOTION FOR EXCLUSION OF WITNESSES PURSUANT TO FEDERAL RULE OF EVIDENCE 615 AND DEFENDANT'S DUE PROCESS RIGHTS |

Defendant Michael John Avenatti ("Mr. Avenatti"), through counsel, hereby moves for the exclusion of all witnesses, including government agents subpoenaed by the defense, from all aspects of the trial in this matter pursuant to Federal Rule of Evidence 615 and Mr. Avenatti's Constitutional right to due process. *See, e.g.*, *United States v. Brewer*, 947 F.2d 404, 407-08 (9th Cir. 1991); *United States v. Ell*, 718 F.2d 291, 292 (9th Cir. 1983) ("The rule makes the exclusion of witnesses a matter of right and the decision is no longer committed to the court's discretion as it once was.").

//
//
//

|   |   |   |
|---|---|---|
| 1 | Dated: July 16, 2021 | Respectfully submitted, |
| 2 |  | /s/ H. Dean Steward |
| 3 |  | H. DEAN STEWARD |
| 4 |  | Attorney for Defendant MICHAEL JOHN AVENATTI |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 16, 2021, service of the:

DEFENDANT'S TRIAL MOTION FOR WITNESS SEQUESTRATION PURSUANT TO FEDERAL RULE OF EVIDENCE 615 AND DEFENDANT'S DUE PROCESS RIGHTS

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2021

                                                         /s/ H. Dean Steward
                                                         H. Dean Steward