H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL JOHN AVENATTI, <br> Defendant. | SA CR No. 19-061-JVS <br><br> DEFENDANT'S MOTION FOR A TRIAL CONTINUANCE OR, IN THE ALTERNATIVE, SIGNIFICANT *VOIR DIRE* BY THE COURT RELATING TO COVID-19 AND THE DELTA VARIANT |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his counsel of record, H. Dean Steward, hereby files his Motion for a Trial Continuance or, in the Alternative, Significant *Voir Dire* by the Court Relating to Covid-19 and the Delta Variant.

Dated: July 19, 2021                     Respectfully submitted,

                                            /s/ H. Dean Steward
                                             H. DEAN STEWARD

                                            Attorney for Defendant
                                            MICHAEL JOHN AVENATTI

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND FACTUAL BACKGROUND

The risks due to Covid-19 and the Delta variant in particular have skyrocketed in the United States and in the Central District since *voir dire* began in this case on July 13, 2021. Local and national health officials are raising alarms regarding the impending health crisis because the Delta variant is widely understood to be dramatically more transmissible, severe and deadly than prior variants of the virus.[1] *See*, *e.g.*, "L.A. County coronavirus spike hits alarming levels, with 10,000 infected in a week, as Delta variant spreads" Los Angeles Times, July 19, 2021. <u>Further, as the Court recently noted, the vaccine is "no silver bullet" – one can still get the virus and suffer serious health problems and even death from the infection.</u>

Over this past weekend (July 17 and 18), due to the alarming rise in cases and the associated health risks, Los Angeles County implemented an indoor mask mandate. The rate of new Covid-19 cases <u>has increased 300%</u> since July 4 according to the county health department. Hospitalizations in the county due to Covid-19 have doubled from last month. The daily test positivity rate in Los Angeles County has risen from .5% on June 15 to 3.7% last week - an increase of over **7x**. Los Angeles County is now recording more than 10,000 cases a week – a pace not seen since March. The infection rate on the day that the county was re-opened, June 15, went from an average of 173 new cases a day to the most recent seven-day period that ended last week with 1,077 new cases. On Sunday, 1,635 new cases were reported. The data for this week promises to be even worse, especially because the Delta variant spreads much more rapidly and infects many more age groups than prior variants. Further, the county just surpassed the

---

[1] All indications are that the Delta variant affects a broader cross-section of the community and results in far more serious illness than prior variants. Additionally, the true effectiveness of the vaccines against the Delta variant is presently unknown; reports of vaccinated individuals contracting the virus have begun to surface with greater frequency over the last two weeks.

2

threshold to have "high" community transmission of the disease, the worst tier as defined by the U.S. Centers for Disease Control and Prevention.  *See*, *e.g.*, "Amid new LA County mask mandate, concerning COVID trend shows no sign of abating," abc7.com, July 19, 2021; "People unvaccinated against Covid-19 risk the most serious virus of their lives, expert says," cnn.com, July 19, 2021; "The Delta variant is so contagious, those unprotected will likely get it, a Trump administration FDA chief says," cnn.com, July 18, 2021.

The data from Orange County is equally concerning.  The most recent data from last week shows that the daily case average has more than tripled over the prior two weeks.  Only fourteen days prior, the daily average of new cases was about 48.  The figure last Tuesday stood at 150, with a similar rise in hospitalizations.  And it is expected that when the data on the Orange County Health Care dashboard is updated tomorrow from the last update almost a week on July 13, the increase in infections will be even more dramatic. Hospitalizations and deaths in the county are also rising.  Indeed, it is widely understood and agreed that illness and death from the virus will increase dramatically in the county in the days and weeks ahead.  There are few, if any, experts who are predicting anything other than significantly rising cases and deaths in the days and weeks ahead.

A jury has yet to be impaneled in this case, which involves a trial that is expected to last at least one month and involve approximately 25-30 witnesses, including witnesses travelling from outside of the Central District.  One prospective juror was sent home on Friday due to health concerns and illness[2] - others are sure to follow.

---

[2] It is unknown whether she has been diagnosed with the Covid-19 virus, but if so, she may have infected other members of the venire, which could have obvious disastrous effects.

## II. ARGUMENT

### A. The Trial Should Be Continued

Simply put, it makes little sense to proceed with impaneling a jury for a month-long trial, in the middle of a health crisis that is widely expected, by all reasonable experts, to grow exponentially worse in the days and weeks ahead. The health risks to the Court, its staff, the jurors, witnesses, attorneys and the Defendant[3] are simply too great and not worth the difference between trying this case now versus mere months from now. Further, the prejudice to the government associated with a delay is negligible compared to the significant health risks attendant with proceeding with the trial and the likely prejudice to the defendant if the trial proceeds as scheduled.

The risks are especially dangerous because of the fact that the virus and the Delta variant often spread by way of asymptomatic transmission, meaning that a person can carry and spread the virus without ever knowing they have the virus and without ever exhibiting any symptoms. In reality, this means that a person can be present in court or among other jurors, have no symptoms, and yet infect numerous other people that she or he comes into contact with.

Moreover, Mr. Avenatti is entitled to a fair trial before a jury undistracted by a health crisis that threatens their health and safety. Proceeding with a trial at this juncture literally risks lives - unnecessarily. It also risks the defendant suffering severe prejudice as a result of jurors who are most interested in getting to any verdict as quickly as possible as opposed to the right verdict after a measured, deliberative process. Rushing through a trial and deliberations because a deadly virus is infecting the community and spreading like wildfire is not consistent with fundamental due process.

---

[3] The risks to Mr. Avenatti's health associated with contracting the virus have been well documented for the Court and supported by expert declaration. *See*, *e.g.*, Declaration of board-certified infectious disease specialist Dr. F. Ramzi Asfour (under seal) [Dkt. No. 280].

Mr. Avenatti was recently sentenced to 30 months in federal prison in connection with the Nike related case; he is required to self-surrender on September 15.  He is currently on home confinement, under severe restrictions imposed by this Court.  He has never been found to be a flight risk, let alone a serious flight risk.  He has been on home confinement for over a year with no issues or violations.  And the Pre-Trial Services Agency recently reported to the Court that he is not a danger to the community or a flight risk.  As a result, there is little risk that a brief delay will result in any real prejudice to the government associated with Mr. Avenatti not being available for trial once the risk has subsided.  Further, if this motion is granted, Mr. Avenatti is prepared to waive his speedy-trial rights in connection with any continuance and provide a knowing, voluntary, and intelligent waiver of such rights.

**B.     In The Alternative, The Court Should Conduct Significant *Voir Dire* Regarding the Covid-19 Virus, the Delta Variant, the Associated Risks and the Associated Concerns of the Venire**

In the event the Court denies the continuance request, Mr. Avenatti respectfully requests, pursuant to Fed. R. Crim. P. 24(a), that the Court conduct significant *voir dire* of the venire regarding the Covid-19 virus, the Delta variant, the associated risks, and the associated concerns of the venire.  It is vital to Mr. Avenatti's ability to obtain a fair trial and his right to due process that the Court and the parties be assured that the current and looming health crisis will in no way affect the ability to seat a random, fair cross-section of community and also ensure a fair trial.

//

//

//

## III. CONCLUSION

For each of the reasons stated herein, Mr. Avenatti respectfully requests that the Court grant a continuance and delay the trial. In the alternative, Mr. Avenatti requests that the Court conduct significant *voir dire* regarding the issues identified above.

Dated: July 19, 2021            Respectfully submitted,

/s/ H. Dean Steward
H. DEAN STEWARD

Attorney for Defendant
MICHAEL JOHN AVENATTI

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 19, 2021, service of the:

DEFENDANT'S MOTION FOR A TRIAL CONTINUANCE OR, IN THE ALTERNATIVE, SIGNIFICANT *VOIR DIRE* BY THE COURT RELATING TO COVID-19 AND THE DELTA VARIANT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2021

/s/ H. Dean Steward
H. Dean Steward

7