H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Attorney for Defendant
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN IMMEDIATE EVIDENTIARY HEARING REGARDING IMPROPER AND PREJUDICIAL PUBLIC COMMENTS/SOCIAL MEDIA POSTS BY FORMER AUSA JULIAN ANDRE |

    Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. The evidentiary hearing requested shall proceed on _____.

    **So ordered.**

Dated: July ___, 2021

                                               _____
                                                 Hon. James V. Selna
                                                 U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 19, 2021, service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN IMMEDIATE EVIDENTIARY HEARING REGARDING IMPROPER AND PREJUDICIAL PUBLIC COMMENTS/SOCIAL MEDIA POSTS BY FORMER AUSA JULIAN ANDRE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2021

/s/ H. Dean Steward
H. Dean Steward

2