# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | Date | July 13, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffesn | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | H Dean Steward | X | | X |

\_\_\_\_ Day COURT TRIAL    1st Day JURY TRIAL    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;  X  Begun (1st day);  \_\_\_\_ Held & continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made \_\_\_\_

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) \_\_\_\_ rest.

\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_    Guilty on count(s) \_\_\_\_    Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled    \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_    Referred to Probation Office for Investigation & Report and continued to \_\_\_\_ for sentencing.

Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

Bond exonerated as to Dft # \_\_\_\_

X  Case continued to    July 14, 2021 at 1:30 p.m.    for further trial/further jury deliberation.

X  Other: The statement of the case is read to the jurors and the jurors fill out jury questionnaires. The Court speaks with jurors re excusals. Counsel shall give the Court any objections to the initial jury instructions by 7/16/21. Defendant's ex parte to continue trial is DENIED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

                                                                    2  :  40

Initials of Deputy Clerk  _____