# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61JVS | Date | July 14, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE | | |
| Interpreter | | | |

| Lisa Bredahl | Sharon Seffesn | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | H Dean Steward | X | | X |

\_\_\_\_ Day <u>COURT TRIAL</u>   <u>2nd</u> Day <u>JURY TRIAL</u>   \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   <u>X</u> Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified \_\_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.   Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) _____   \_\_\_\_ Not Guilty on count(s) _____

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_ remanded to custody.   Remand/Release# \_\_\_\_\_ issd.   Dft # \_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

<u>X</u> Case continued to 7/15/21 at 8:30 a.m. for further trial/further jury deliberation.

<u>X</u> Other: Court and counsel confer re which jurors will be returning for individual questioning and trial matters

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  |  | 1 | : | 35 |
|---|---|---|---|---|
| Initials of Deputy Clerk |  |  |  |  |