# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | SACR 19-61JVS | Date: July 15, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** | |
| Interpreter | | |

| Lisa Bredahl | Sharon Seffesn | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | H Dean Steward | X | | X |

| | Day COURT TRIAL | 3rd Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified _____ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_\_ granted \_\_\_\_\_ denied \_\_\_\_\_ submitted

\_\_\_\_ Closing arguments made \_\_\_\_\_ Court instructs jury \_\_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_\_ Jury retires to deliberate   \_\_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows: \_\_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_\_ Guilty on count(s) _____ Not Guilty on count(s) _____

\_\_\_\_ Jury polled \_\_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists \_\_\_\_\_ Filed Jury notes \_\_\_\_\_ Filed Jury Instructions \_\_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   Remand/Release# \_\_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_\_

X Case continued to  7/16/21 at 8:30 am.  for further trial/further jury deliberation.

X Other:  Court and counsel question potential jurors individually in open court and discuss other trial matters.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

                                                                       4  :  00

Initials of Deputy Clerk _____