UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | | Date | July 16, 2021 |
|---|---|---|---|---|

Present: The Honorable  **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffesn | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | | X | H Dean Steward | X | X | |

_____ Day COURT TRIAL          4th Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1ˢᵗ day);     X  Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

  X   Motion for mistrial by          DEFENDANT          is  _____ granted   X   denied   _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)     is  _____ granted  _____ denied  _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

  X   Case continued to     July 20, 2021 at 8:30 a. m.     for further trial/further jury deliberation.

  X   Other:     Defendant's motion to continue trial is DENIED.

          Court and counsel confer re the technical problems.  Trial is continued.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   | 1 | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | | | |