UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | July 19, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | | X | Dean Steward | NOT | | X |

**Proceedings:** QUESTIONING OF ABSENT JURORS

Cause is called for hearing with no counsel or the defendant present. The Court questions two prospective jurors for their failure to appear on July 16, 2021.

|  | : | 05 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |