H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> DEFENDANT'S REQUESTED VOIR DIRE INQUIRY REGARDING COVID-19 AND THE DELTA VARIANT |

      Pursuant to Fed. R. Crim. P. 24(a) and undersigned counsel's representations on the record this morning before *voir dire* began, Defendant Michael John Avenatti ("Mr. Avenatti"), through H. Dean Steward, hereby requests that the Court conduct the following voir dire of the venire relating to Covid-19 and the Delta variant. This request is made as a result of the dramatically increased risks from the virus and the variant as detailed in Defendant's Motion for a Trial Continuance or, In the Alternative, Significant *Voir Dire* by the Court Relating to Covid-19 and the Delta Variant. [Dkt. 547].

//
//
//

**Defendant's Proposed *Voir Dire* Questions**

1. The Court: Who here is concerned about serving on a jury in this case in light of the Coronavirus or the Delta variant? [record names or numbers]

2. The Court: Who here believes that their ability to properly serve as a juror would be impacted by their concerns about the Coronavirus or the Delta variant? [record names or numbers]

Conduct individualized *voir dire* of each juror who answered yes to either question above, outside the presence of the other jurors.

A. The Court: Tell me about your concerns about the Coronavirus or the Delta variant?

B. The Court: Do you think those concerns would interfere with your ability to properly serve as a juror?

C. Provide an opportunity to the defense and the government to ask follow-up questions.

Dated: July 20, 2021                 Respectfully submitted,

                                     /s/ H. Dean Steward
                                      H. DEAN STEWARD

                                     Attorney for Defendant
                                     MICHAEL JOHN AVENATTI

# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 20, 2021, service of the:

DEFENDANT'S REQUESTED VOIR DIRE INQUIRY REGARDING COVID-19 AND THE DELTA VARIANT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2021

/s/ H. Dean Steward
H. Dean Steward