TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2435
        Facsimile: (213) 894-6269
        Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
        Ronald Reagan Federal Building
        411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
        Telephone: (714) 338-3598
        Facsimile: (714) 338-3708
        Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. SA CR 19-061-JVS

            Plaintiff,                 GOVERNMENT'S EXHIBIT LIST

                 v.                    Trial: July 13, 2021
                                       Location:    Courtroom of the
MICHAEL JOHN AVENATTI,                              Hon. James V. Selna

            Defendant.

1     Plaintiff United States of America, by and through its counsel

2 of record, the Acting United States Attorney for the Central District

3 of California and Assistant United States Attorneys Brett A. Sagel

4 and Alexander C.K. Wyman, hereby files its Exhibit List.

5

6 Dated: July 20, 2021          Respectfully submitted,

7                              TRACY L. WILKISON
                               Acting United States Attorney
8
                               SCOTT M. GARRINGER
9                              Assistant United States Attorney
                               Chief, Criminal Division
10

11                                    /s/
                               _____
                               BRETT A. SAGEL
12                             ALEXANDER C.K. WYMAN
                               Assistant United States Attorneys
13
                               Attorneys for Plaintiff
14                             UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 1 | Attorney-Client Fee Contract Between EA and G. Johnson 11/8/2011 | | |
| 2 | Attorneys' Fees Sharing Agreement Between EA, R. Baeda, and G. Johnson 11/8/2011 | | |
| 3 | 2/17/2012 Email between Avenatti and Ruth Johnson | | |
| 4 | 9/7/2012 Email from Regnier to Avenatti re Johnson with Attachment | | |
| 5 | 10/15/2012 Email from Regnier to Avenatti re CareMeridian with Attachment | | |
| 6 | CareMeridian Complaint Against Johnson and Avenatti 11/15/2012 | | |
| 7 | 12/14/2012 Email from Mosby to Avenatti and others re Johnson with Attachment | | |
| 8 | 3/11/2013 Email from Regnier to Avenatti re Funds | | |
| 9 | 3/15/2013 Emails between Avenatti and Regnier re Geoff Johnson | | |
| 10 | 3/15/2013 Email from Regnier to Avenatti re Geoff Johnson | | |
| 11 | Settlement Agreement, General Release, and Stipulation for Entry of Judgment with CareMeridian 11/21/2013 | | |
| 12 | New Case Data Sheet for McNicholas & McNicholas re Geoffrey Ernest Johnson 5/12/2014 | | |
| 13 | 6/11/2014 Email from Regnier to Avenatti re Geoff Johnson | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 14 | 10/7/2014 Email from Avenatti to Colorado, McNicholas, and others re Johnson Mediation with Judge Meisinger | | |
| 15 | 10/16/2014 Letter from Avenatti to Hon. L. Meisinger re Geoffrey Johnson | | |
| 16 | 10/17/2014 Regnier Email to Avenatti re Johnson Mediation | | |
| 17 | Attorney Fee Split Agreement Between McNicholas and EA 10/20/2014 | | |
| 18 | ADR Services Inc. Invoice for $5,390 10/22/2014 | | |
| 19 | 10/23/2014 Email from McNicholas re Johnson v. COLA | | |
| 20 | Intentionally Blank | | |
| 21 | 10/31/2014 Email between Avenatti and others re Johnson | | |
| 22 | 11/7/2014 Transcript of Proceedings in Johnson v. Baca, CV 13-4496-MMM-AJW | | |
| 23 | 11/10/2014 Email from McNicholas re Johnson v. COLA settlement status | | |
| 24 | 11/11/2014 Emails with Avenatti re Johnson - Draft Settlement Agreement with Attachment | | |
| 25 | 11/12/2014 Email from Avenatti to The Peoples Bank re Eagan Avenatti Credit Facility | | |
| 26 | 11/17/2014 Email from Avenatti to Hurrell re Johnson | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 27 | 11/22/2014 Email from Regnier to Avenatti re Finances | | |
| 28 | 12/2/2014 Email from Regnier to Phan and Hurrell re Johnson v. Baca with Attachment | | |
| 29 | 12/3/2014 Email from Avenatti to Phan and Others re Johnson - Executed Settlement Agreement | | |
| 30 | 12/8/2014 Email from Hurrell to Avenatti re Johnson - Executed Settlement Agreement | | |
| 31 | 12/11/2014 Joint Report in Johnson v. Baca, CV 13-4496-MMM-AJW | | |
| 32 | 1/6/2015 Email from Avenatti to Hurrell re Johnson - Joint Report re settlement | | |
| 33 | 1/8/2015 Email from Hurrell to Avenatti re G. Johnson | | |
| 34 | 1/12/2015 Email from Avenatti to Hurrell re Johnson - Executed Settlement Agreement | | |
| 35 | Email from Hurrell to Avenatti re G. Johnson | | |
| 36 | 1/21/2015 Email from Regnier to Mosby re Johnson - Executed Settlement Agreement | | |
| 37 | 1/22/2015 Letter from Phan to Avenatti and McNicholas re Johnson v. Baca with Settlement Agreement | | |
| 38 | 1/22/2015 Email from Hurrell to Avenatti re Signature Page - Johnson Settlement with Attachment | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 39 | 1/27/2015 Email from Maxwell to Avenatti and McDonald re Garnishment Global Baristas US | | |
| 40 | 1/29/2015 Letter from Phan to Avenatti re Settlement Check and Stipulated Dismissal | | |
| 41 | Check and Deposit Slip for Johnson Settlement Funds | | |
| 42 | Intentionally Blank | | |
| 43 | 1/30/2015 Email from Regnier to Avenatti re Wire | | |
| 44 | 1/30/2015 Email from Regnier to Avenatti re Wires - It Worked with Attachment | | |
| 45 | 1/31/2015 EA Deposit Detail - January 2015 | | |
| 46 | 2/3/2015 Email from Regnier to Avenatti Attaching Johnson Fee Agreement | | |
| 47 | McNicholas & McNicholas Client Costs Advanced re Johnson v. Baca | | |
| 48 | 2/4/2015 email from Regnier to Avenatti with Updated Johnson Cost Bill Attached | | |
| 49 | Intentionally Blank | | |
| 50 | 2/4/2015 Email from Regnier to Avenatti re Johnson with Attachment (Costs) | | |
| 51 | 2/4/2015 Email from McNicholas to Avenatti and Sims re Johnson Stipulation for Dismissal | | |
| 52 | Intentionally Blank | | |

4

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 53 | Check from EA Trust Account 8541 dated 4/1/2015 to McNicholas & McNicholas Client Trust Account for $350,000 | | |
| 54 | McNicholas & McNicholas Case Accounting Sheet for Johnson v. Baca 4/6/2015 | | |
| 55 | 4/8/2015 Email from Regnier to Avenatti re Msg- Geoff Johnson | | |
| 56 | 4/28/2015 Email from Regnier to Avenatti re Geoff Johnson | | |
| 57 | 5/6/2015 Email from Regnier to Avenatti re Geoff Johnson - SSI with Attachment | | |
| 58 | 5/6/2015 Email from Avenatti to Regnier re Geoff Johnson – SSI | | |
| 59 | 5/13/2015 Email from Johnson to Regnier re Special Needs Trust | | |
| 60 | 5/13/2015 Email from Johnson to Regnier re Geoff Johnson with Attachment | | |
| 61 | 5/14/2015 Email from Regnier to Avenatti re Geoff Johnson with Attachment (SNT Help info) | | |
| 62 | 7/16/2015 Email from Masry to Avenatti re Geoff Johnson - Preliminary Proposals – Attachments | | |
| 63 | 8/27/2015 Email from Regnier to Avenatti re Johnson - Questionnaire with Attachment | | |
| 64 | 12/22/2015 Email from Regnier to Avenatti re Finances | | |

### UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 65 | 3/14/2016 Social Security letter to G. Johnson | | |
| 66 | Intentionally Blank | | |
| 67 | 3/15/2016 Email from Regnier to Avenatti re Johnson | | |
| 68 | Intentionally Blank | | |
| 69 | 3/31/2016 Email between Avenatti and Regnier re Address for freedom to live | | |
| 70 | 4/13/2016 Letter from Avenatti to SSA re Geoffrey Ernest Johnson | | |
| 71 | 8/1/2016 Email from Regnier to Avenatti re Address for freedom to live | | |
| 72 | Intentionally Blank | | |
| 73 | 8/31/2016 Email from Regnier to Avenatti re Checks | | |
| 74 | 1/24/2017 Email from Regnier to Avenatti re Geoff Called | | |
| 75 | 3/7/2017 Regnier Email to Avenatti re Potential Homes for Geoff | | |
| 76 | 5/1/2017 Email from Goeders with Offer by Johnson to Purchase Property | | |
| 77 | 5/3/2017 email from Avenatti to Goeders re Funds Letter - Geoff Johnson | | |
| 78 | 5/3/2017 Email from Regnier to Avenatti re Need Letter of Letterhead with Attachment | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 79 | 5/31/2017 Purchase Agreement for the G. Johnson Trust to Purchase Parthenia Property | | |
| 80 | 8/21/2017 Email from Goeders to Avenatti re Parthenia | | |
| 81 | 8/31/2017 Email from Goeders to Avenatti re Parthenia - possible solution | | |
| 82 | 9/8/2017 Email from Goeders to Napolitano | | |
| 83 | 9/20/2017 Email from Avenatti to Yeghishian and Regnier re 21923 Parthenia Street | | |
| 84 | 9/27/2017 Email from Avenatti to Goeders with Escrow Addendum | | |
| 85 | 10/2/2017 Email from Avenatti to Regnier re New LLC | | |
| 86 | 10/3/2017 Email from Berg to Regnier re 21923 PARTHENIA STREET, LLC with Attachment | | |
| 87 | 10/5/2017 Emails between Yeghishian, Regnier, and Avenatti re 21923 Parthenia Street | | |
| 88 | 10/10/2017 Email from Goeders to Yeghishian re Parthenia | | |
| 89 | 10/13/2017 Email from Avenatti to Goeders re 21923 Parthenia Street - New LOI | | |
| 90 | 10/13/2017 Email from Yeghishian to Avenatti and others re 21923 Parthenia Street - New Johnson LOI | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 91 | 10/13/2017 Email from Avenatti to Yeghishian and others re 21923 Parthenia St. New LOI | | |
| 92 | 10/13/2017 Email from Yeghishian to Avenatti re 21923 Parthenia Street - New LOI | | |
| 93 | 10/13/2017 Email from Goeders to Newman re Parthenia | | |
| 94 | 10/16/2017 Email from Regnier to Yeghishian and Avenatti re 21923 Parthenia with attachments | | |
| 95 | 10/16/2017 Email from Regnier to Yeghishian and Avenatti re 21923 Parthenia with attachment | | |
| 96 | 10/16/2017 Email from Yeghishian to Avenatti re 21923 Parthenia Street - New LOI | | |
| 97 | 10/18/2017 Email from Yeghishian to Avenatti re Parthenia - 3rd Followup | | |
| 98 | 11/1/2017 Email Chain Between Goeders and Tiratsuyan re Parthenia Property Cancellation | | |
| 99 | 11/7/2017 Email Between Goeders and Tiratsuyan re Parthenia | | |
| 100 | 3/12/2018 Email from Regnier to Avenatti re Stuff | | |
| 101 | 3/12/2018 Email from Regnier to Avenatti re Geoff | | |

### UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 102 | EA Income by Customer Detail - Johnson 6/25/2018 | | |
| 103 | 8/19/2018 Email from Johnson to Regnier re Deposit | | |
| 104 | Intentionally Blank | | |
| 105 | 9/10/2018 Email from Regnier to Avenatti re Good and Bad Today | | |
| 106 | 9/12/2018 Email from Johnson to Regnier and Avenatti re Would it be helpful to get all requests into one email? | | |
| 107 | 9/13/2018 Email from Regnier to Avenatti re From Today | | |
| 108 | 11/1/2018 Letter from SSA Manager to Johnson | | |
| 109 | 11/7/2018 voicemail to Avenatti and Regnier from Johnson | | |
| 110 | 12/5/2018 Email from Regnier to Avenatti re Geoff Johnson with Attachments | | |
| 111 | 1/3/2019 email from Johnson to Regnier re Dental work and deposit | | |
| 112 | 1/31/2019 email from Johnson to Regnier forwarded to Avenatti re Rent | | |
| 113 | 2/1/2019 Email from Regnier to Avenatti re Geoff Johnson SSI with Attachments | | |
| 114 | Geoffrey Johnson Text Messages | | |
| 115 | 3/23/2019 General Release re Johnson (unsigned) | | |

9

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 116 | 3/23/2019 Client Testimonial Agreement re Johnson (unsigned) | | |
| 117 | Johnson Text Messages with Puchlevich | | |
| 118 | Johnson Text Messages with Regnier | | |
| 119 | Johnson Text Messages with Avenatti and Regnier | | |
| 120 | Johnson Text Messages with Avenatti | | |
| 121 | Johnson approval 3/23/2019 (signed) | | |
| 122 | Johnson settlement 3/23/2019 (signed) | | |
| 123 | Johnson Text Messages with Goeders | | |
| 124 | Goeders Text Messages with Avenatti | | |
| 125 | Intentionally Blank | | |
| 126 | Intentionally Blank | | |
| 127 | Intentionally Blank | | |
| 128 | Intentionally Blank | | |
| 129 | Intentionally Blank | | |
| 130 | 8/1/2016 Email from M. Avenatti to F. Marchino with Attachment | | |
| 131 | 9/16/2016 Email from R. Mize to M. Avenatti and F. Marchino re Honda Jet with Attachment | | |
| 132 | Attorney-Client Fee Contract with A. Gardner - Signed 12/5/2016 | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 133 | Intentionally Blank | | |
| 134 | Intentionally Blank | | |
| 135 | 12/22/2016 Email from Avenatti to Weiner and Hon. Meisinger re Judge Meisinger - confidential mediation on January 7 with Attachment | | |
| 136 | 12/22/2016 Email from Regnier to Roads re Further Assurances letter with Attachment | | |
| 137 | 12/22/2016 Email from Avenatti to Regnier re Draft Settlement Agreement with Attachment | | |
| 138 | 1/26/2017 Email from Avenatti to Regnier re Wire Instructions with Attachment | | |
| 139 | 1/7/2017 Settlement Agreement Between Gardner and Whiteside | | |
| 140 | 1/10/2017 email from Regnier to Parrish re Wire Instructions for HondaJet | | |
| 141 | 1/16/2017 Email from Avenatti to Weiner re Call | | |
| 142 | 1/19/2017 email from Avenatti to Regnier re Draft Letter | | |
| 143 | 1/20/2017 emails between Avenatti and Regnier re Draft Letter | | |
| 144 | 1/20/2017 Email from Avenatti to Weiner re Call | | |
| 145 | 1/20/2017 Voicemail from Avenatti to Weiner | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 146 | 1/23/2017 Email from Regnier to Avenatti re Alexis Gardner Lease with Attachment | | |
| 147 | 1/24/2017 Cashier's Check to Rachel Dourec for $51,935 | | |
| 148 | CBT Statement for EA Account 8671 – 1/31/2017 | | |
| 149 | 1/25/2017 2.75M Wire Confirmation | | |
| 150 | 1/25/2017 Email from Avenatti to Weiner re Call | | |
| 151 | 1/25/2017 Voicemail from Avenatti to Weiner | | |
| 152 | Chase Statement for X Law Group Account 7608 – 1/31/2017 | | |
| 153 | 1/26/2017 Email from Marchino to Avenatti re Info with Attachment | | |
| 154 | 1/26/2017 Email to Avenatti and Regnier re SN29 – Financial Status of 5PM 1/26 | | |
| 155 | 1/26/2017 Emails between Avenatti and Regnier re SN29 – Financial Status of 5PM 1/26 | | |
| 156 | 1/26/2017 Email from Avenatti to Ohman re SN29 – Financial Status of 5PM 1/26 | | |
| 157 | EA Income by Customer Detail - Gardner 3/9/2017 | | |
| 158 | EA Payments to Alexis Gardner with Checks | | |
| 159 | 2/20/2018 Email from Regnier to CBT re Cashier's Check - EA 4613 | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 160 | Gardner Text Messages with Avenatti | | |
| 161 | Missed Call from M. Avenatti to Gardner – 4/6/2018 | | |
| 162 | Cassaro Text Messages with Gardner | | |
| 163 | 5/23/2018 Email from Regnier to CBT re Cashier's Check – EA 4613 | | |
| 164 | 2/24/2019 Email from Gardner to Avenatti re Alexis Gardner Meeting Overview | | |
| 165 | Missed Call from Avenatti to Gardner – 3/29/2019 | | |
| 166 | 2/17/19 Text Message between Regnier and Avenatti re Gardner account | | |
| 167 | Intentionally Blank | | |
| 168 | Intentionally Blank | | |
| 169 | Intentionally Blank | | |
| 170 | 9/12/2014 Barela Engagement Letter Local Counsel | | |
| 171 | 9/16/2014 Email from Regnier to Barela re Barela IP Rights with Attachment | | |
| 172 | 8/10/2017 Email from Avenatti to Regnier re Coblantzlaw | | |
| 173 | 9/21/2017 Email from Regnier to Avenatti re Misc | | |
| 174 | 12/19/2017 Email from Regnier to Avenatti re Barela Cost Bill with Attachment | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 175 | 12/20/2017 Email from Avenatti to Sheikh re Barela-Brock Settlement | | |
| 176 | Barela Text Messages - Forensic Report | | |
| 177 | Intentionally Blank | | |
| 178 | 12/22/2017 Email to Avenatti re Barela-Brock Settlement | | |
| 179 | 12/23/2017 Email from Avenatti re Barela-Brock Settlement (Attaching MJA Revised Draft redline) | | |
| 180 | 12/26/2017 Email from Avenatti to JAG re Barela v. Brock | | |
| 181 | 12/27/2017 Email from Avenatti re Barela-Brock Settlement with Attachment | | |
| 182 | Draft Barela Settlement Agreement 12/20/2017 | | |
| 183 | 12/28/2017 Email to Avenatti re Barela-Brock Settlement | | |
| 184 | Barela Settlement Agreement with March Dates and No Signatures | | |
| 185 | 12/28/2017 Email to Avenatti and Regnier from Shved re IRS Notices Received in Mail | | |
| 186 | 12/28/2017 Email from Avenatti to Sheikh re Barela Signature Pages (with Attachments) | | |
| 187 | 12/29/2017 Email from Sheikh to Avenatti re Barela Signature Pages (with Attachments) | | |
| 188 | 12/29/2017 Filed Stipulated Dismissal of Barela Litigation | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 189 | 12/29/2017 Letter from Sheikh to Judge Boland re Barela v. Brock Dismissal | | |
| 190 | 1/2/2018 Email from Regnier to Avenatti re Wire Instruction | | |
| 191 | 1/2/2018 Email from Avenatti to Sheikh re Barela-Brock Settlement | | |
| 192 | 1/5/2018 Wire Brock USA 2018 Settlement Payment | | |
| 193 | 1/11/2018 Email from Regnier to CNB re Cashier's Check for "Case Costs" | | |
| 194 | 1/16/2018 Email from Shved to Avenatti and Regnier re AP COGS and Urgent Utilities - approval needed with Attachment | | |
| 195 | 1/30/2018 Email to Avenatti re Dillanos Wire | | |
| 196 | 1/30/2018 Email from Shved to Regnier re Dillanos Wire due today | | |
| 197 | 1/31/2018 EA Deposit Detail - January 2018 | | |
| 198 | 1/31/2018 Email from Avenatti to Regnier re Coblentz Wire Transfer with Attachment | | |
| 199 | 2/12/2018 Email from Regnier to Avenatti re Payments Due Today | | |
| 200 | 2/16/2018 Email from Avenatti to Regnier re Trust Wire Info with Attachment | | |
| 201 | 3/14/2018 Email from Barela to Avenatti re Nda | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 202 | 1/8/2018 Email from Regnier to CNB re Cashier's Check | | |
| 203 | 4/2/2018 Email from Barela to Avenatti re Thanks! | | |
| 204 | 4/5/2018 Email from Barela to Avenatti re Wire and Brock | | |
| 205 | 4/16/2018 Email from Avenatti to Barela re Sunday call | | |
| 206 | 4/22/2018 Email from Barela to Avenatti re Sunday call | | |
| 207 | 5/7/2017 Email from Barela to Avenatti re action list | | |
| 208 | 5/15/2018 Email from Barela to Avenatti re Let's talk as soon as you can! | | |
| 209 | 5/22/2018 Email from Barela to Avenatti and Regnier re Wire | | |
| 210 | 5/25/2018 (1:35) Email from Barela to Avenatti and J. Regnier re Wire | | |
| 211 | 5/25/2018 (6:47) Email from Barela to Avenatti and Regnier re Wire | | |
| 212 | 5/25/2018 (7:17) Email from Barela to Avenatti and Regnier re Wire | | |
| 213 | 5/25/2018 (7:48) Email from Avenatti to Regnier re Wire | | |
| 214 | 5/25/2018 (8:29) Email from Barela to Avenatti and Regnier re Wire | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 215 | 5/25/2018 (9:10) Email from Barela to Avenatti and Regnier re Wire | | |
| 216 | 5/25/2018 (9:51) Email from Barela to Avenatti and Regnier re Wire | | |
| 217 | 5/25/2018 (6:48) Email from Regnier to Avenatti re Wire | | |
| 218 | 5/25/2018 (7:23) Email from Regnier to Avenatti re Wire with Attachment | | |
| 219 | 5/25/2018 (8:00) Email from Regnier to Barela and Avenatti re Wire with Attachment | | |
| 220 | Intentionally Blank | | |
| 221 | EA Income by Customer Detail - Barela | | |
| 222 | 6/25/2018 Email from Barela to Avenatti re Greg Barela list | | |
| 223 | 6/27/2018 Email from Barela to Regnier re wire | | |
| 224 | 6/29/2018 Email from Avenatti to Regnier re Barela Settlement Agreement | | |
| 225 | 7/23/2018 Email from Regnier to Avenatti re Second Request | | |
| 226 | 7/25/2018 Email from Avenatti to Barela re Intro from M. Avenatti | | |
| 227 | 7/26/2018 Email from Avenatti to Barela re Intro from M. Avenatti | | |
| 228 | Confidential Settlement Agreement Between Brock and Barela - March Dates (with signatures) | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 229 | 8/22/2018 Email from Avenatti to Barela re GB list. Tomorrow is my big scary day! | | |
| 230 | 9/10/2018 Email from Barela to Avenatti and Regnier re Wire | | |
| 231 | 10/10/2018 Email from Barela to Avenatti re Need some help | | |
| 232 | 10/14/2018 Email from Barela to Avenatti re Action list | | |
| 233 | 10/22/2018 Email from Barela to Avenatti re List | | |
| 234 | 11/11/2018 Email from Barela to Avenatti re List | | |
| 235 | Payments to Barela | | |
| 236 | 11/14/2018 Email from Barela to Avenatti re Brock and Barela | | |
| 237 | 11/17/2018 Letter to Avenatti from Larson O'Brien | | |
| 238 | 11/17/2018 Email from Avenatti to Barela re Contact | | |
| 239 | 11/17/2018 Voicemail from Avenatti to Barella | | |
| 240 | Intentionally Blank | | |
| 241 | 11/19/2018 Email from Arden to Avenatti and Others re Gregory Barela - Proceeds of Confidential Settlement with Attachment | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 242 | 11/19/2018 Email from Ibrahim to Avenatti and Others re Gregory Barela - Proceeds of Confidential Settlement with Attachment | | |
| 243 | 11/20/2018 Letter from Ibrahim and Arden to Bledsoe re Brock v. Barela | | |
| 244 | 11/21/2018 Letter from Sheikh to Bledsoe re Confidential Settlement Agreement - Barela v. Brock | | |
| 245 | Intentionally Blank | | |
| 246 | 12/1/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. with Attachment | | |
| 247 | 12/6/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. (Follow-Up) with Attachment | | |
| 248 | 12/10/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. (Follow-Up) - Attachment 1 | | |
| 249 | 12/6/2018 Email from Regnier to Avenatti re Client file transfer request re Quix Supply, Inc. | | |
| 250 | 12/11/2018 Email from Avenatti to Waterman and Barela | | |
| 251 | CDCA Docket for Ryan Hendrix | | |
| 252 | CDCA Docket for Ryan Hendrix - Designation Counsel | | |
| 253 | WDPA Docket for Ryan Hendrix | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 254 | WDPA Docket for Ryan Hendrix – Pro Hac for Avenatti | | |
| 255 | WDPA Docket for Ryan Hendrix – Pro Hac for Gailey | | |
| 256 | 11/19/18 Letter from Barela to Avenatti re Request for Transfer of File and Client Funds | | |
| 257 | 12/3/18 Letter from Larson O'Brien to Avenatti | | |
| 258 | 11/15/2019 Stipulation as to Facts State Bar Court | | |
| 259 | Intentionally Blank | | |
| 260 | 11/8/17 Text Messages from Regnier's iPhone 6s | | |
| 261 | 2/22/18 Text Messages from Regnier's iPad Pro | | |
| 262 | 3/22/19 Text Message from Regnier's iPhone 8Plus | | |
| 263 | 8/14/18 Text Message from Regnier's iPhone 8Plus | | |
| 264 | Intentionally Blank | | |
| 265 | 3/1/2017 Email from Avenatti to Tran re ipsy | | |
| 266 | 8/15/2017 Email from Tran to Avenatti and Marchino re Executed Fee Agreement | | |
| 267 | 8/16/2017 Email from Avenatti to Tran and Marchino re Signature Page with Attachment | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 268 | Phan Personalized Beauty Discovery, Inc. Common Stock Repurchase Agreement 9/17/2017 | | |
| 269 | 9/18/2017 Email from Avenatti to Regnier re Wire Instructions with Attachment | | |
| 270 | 9/21/2017 Email from Avenatti to Regnier re Wire Info | | |
| 271 | 9/21/2017 Email from Avenatti to Tran re Wire Received | | |
| 272 | 3/8/2018 Email from Tong to Phan re ipsy common stock repurchase agreement | | |
| 273 | 3/8/2018 Email from Tong to Tran re ipsy common stock repurchase agreement | | |
| 274 | Tran Text Messages with Marchino | | |
| 275 | 3/14/2018 Email from Tran to Avenatti, Regnier, and Marchino re Wire Info | | |
| 276 | 3/15/2018 Email from Regnier to Avenatti re Due today – tomorrow | | |
| 277 | 3/21/2018 Email from Regnier | | |
| 278 | Tran Text Messages with Avenatti | | |
| 279 | 4/23/2018 Email from Regnier to Avenatti re Funds - just a recap all ok | | |
| 280 | 4/26/2018 Email from Tran to Avenatti and Regnier re Wire Fed Ref # | | |
| 281 | 5/1/2018 Emails Between Tran, Avenatti, and Regnier re Michelle Wire | | |

21

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 282 | 5/10/2018 (9:38) Email from Regnier to Avenatti re Emailing – Wire Confirm (with Attachment) | | |
| 283 | 5/10/2018 (3:18) Email from Regnier to Avenatti re Emailing – Wire Confirm (with Attachment) | | |
| 284 | 5/11/2018 Email from Marchino to Tran re Wire Confirmation | | |
| 285 | 5/11/2018 Email from Tran to Marchino re Michelle Phan | | |
| 286 | 5/11/2018 Email from Regnier to Avenatti re Emailing – Avenatti wire trs 5-4-18 4M to Michelle Phan | | |
| 287 | 5/15/2018 Email from Marchino to Avenatti re Per Our Conversation | | |
| 288 | 8/7/2018 Email from Regnier to Avenatti re Corr from Orrick – Phan with Attachment | | |
| 289 | Intentionally Blank | | |
| 290 | 12/12/2018 Email from Regnier to Avenatti re NBPD Message re Phan | | |
| 291 | 12/12/2018 (10:32:20) Email from Regnier to Avenatti with 3 emails attached | | |
| 292 | 12/12/2018 (10:32:32) Email from Regnier to Avenatti with 12 emails attached | | |
| 293 | 12/12/2018 (10:32:44) Email from Regnier to Avenatti with 7 emails attached | | |
| 294 | Phan Text Messages with Avenatti | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 295 | Tran Cell Phone logs with Avenatti | | |
| 296 | Common Stock Repurchase Agreement between Personalized Beauty Discovery, Inc. and Long Tran | | |
| 297 | Intentionally Blank | | |
| 298 | Intentionally Blank | | |
| 299 | Intentionally Blank | | |
| 300 | Intentionally Blank | | |
| 301 | EA Letter re NFL Super Bowl Litigation -- Susko 2/17/2012 | | |
| 302 | Greco v. Jones Plaintiff Settlement Authorization - Susko 3/14/2017 | | |
| 303 | 3/26/2017 Email from Colorado to Kirk | | |
| 304 | 4/26/2017 Email from Behrens to Ayres and Others re Greco v. NFL with Attachments | | |
| 305 | 5/2/2017 Email from Avenatti to Ayres and Regnier re Greco - Please Review | | |
| 306 | 5/4/2017 Email from Avenatti to Court re Greco v. National Football League | | |
| 307 | 5/6/2017 Email from Avenatti to Behrens and Others with Attachment | | |
| 308 | 5/10/2017 Email from Ayres to Avenatti re Wire Plans | | |
| 309 | 5/10/2017 Email from Ayres to Behrens re Wiring Instructions | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 310 | 5/12/2017 Email from Behrens to Avenatti and Others re NFL - Confidential Settlement Agreement and Release with Attachment | | |
| 311 | 5/15/2017 Email from Avenatti to Ayres and Others re Wire Plans | | |
| 312 | 5/31/2017 EA Deposit Detail - May 2017 | | |
| 313 | Ayres Northern Trust Statement 5/31/2017 | | |
| 314 | 7/25/2017 Email from Regnier to Avenatti re NFL callers | | |
| 315 | 9/28/2017 Email from McMaster to Regnier and Colorado re NFL suit | | |
| 316 | 10/24/2017 Email from Susko to Regnier re 2nd. Request | | |
| 317 | 11/15/2017 Email from Regnier to Avenatti re NFL Callers | | |
| 318 | 11/15/2017 Email from Regnier to Susko re NFL CASE/DALLAS/SUPERBOWL | | |
| 319 | 11/17/2017 Cashier's Check from EA to Susko | | |
| 320 | 11/20/2017 Email from Regnier to Avenatti re NFL CASE/DALLAS/SUPERBOWL | | |
| 321 | 11/21/2017 Email from Avenatti to Susko and others re NFL Superbowl Case/Dallas | | |
| 322 | 11/23/2017 Email from Regnier to Susko re NFL Superbowl Case with Attached Letter | | |
| 323 | 12/6/2017 Email from McBee to Colorado re NFL Litigation - Immediate Action Required | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 324 | Intentionally Blank | | |
| 325 | 12/7/2017 Email from Regnier to Avenatti re Stuff | | |
| 326 | 12/13/2017 Email from Regnier to Susko re NFL Case Dallas Super Bowl | | |
| 327 | 1/19/2018 Email from Avenatti to Regnier Re Dallas Super Bowl Case | | |
| 328 | 2/20/2018 Email from Regnier to Avenatti and Susko re Conf Call | | |
| 329 | EA Income by Customer Detail - NFL | | |
| 330 | 6/20/2018 Email from Regnier to Avenatti re NFL- Henciak/Wagler Payments with Attachment | | |
| 331 | 10/17/2018 Email from Dispatch to Avenatti and Regnier re Voicemail from D. Weissman | | |
| 332 | 12/17/2018 Email from Regnier to Avenatti re NFL Callers | | |
| 333 | 12/18/2018 Email from Regnier to Avenatti re Emergency Caller David Weissman | | |
| 334 | 3/5/2019 Email from Shento to Colorado re Super Bowl XLV Lawsuit - Settlement Information | | |
| 335 | Intentionally Blank | | |
| 336 | Intentionally Blank | | |
| 337 | Intentionally Blank | | |
| 338 | Intentionally Blank | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 339 | Intentionally Blank | | |
| 340 | EA Involuntary Bankruptcy – Submission of Amended Schedules – 6/7/2017 | | |
| 341 | EA Involuntary Bankruptcy – Monthly Operating Report Disbursement Summary – 6/19/2017 | | |
| 342 | Avenatti Motion for Order Approving Settlement and Dismissing Case and Declaration of Avenatti 1/30/2018 | | |
| 343 | EA Involuntary Bankruptcy – Cash Receipts and Disbursements – 2/15/2018 | | |
| 344 | 3/15/2018 Declaration of Mark Horoupian Relating to Avenatti's Motion for Order Approving Settlement and Dismissing Case | | |
| 345 | 5/27/2015 CBT Email to Avenatti and Regnier re Global Baristas | | |
| 346 | 1/3/2016 Email from Avenatti to Regnier re attached image | | |
| 347 | 6/30/2016 Exclusive Resorts Membership Purchase Agreement | | |
| 348 | Limited Liability Company Operating Agreement of Passport 420, LLC 7/11/2016 | | |
| 349 | 1/27/2017 Addendum to HondaJet Purchase Agreement Delivery Receipt | | |
| 350 | 1/27/2017 Honda Aircraft Company Letter re Post Delivery Commitments, Aircraft Serial Number 42000029, Contract Number 40000316 | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 351 | 12/19/2018 Email from Regnier to Avenatti re Augustus LLP – Attachment | | |
| 352 | 12/19/2018 Email from Regnier to Avenatti re AUGUSTUS EIN with Attachment | | |
| 353 | 12/20/2018 Secretary of State filing for Augustus LLP | | |
| 354 | 1/5/2019 email from Regnier to Avenatti re Augustus Secretary of State conformed with Attachment | | |
| 355 | 2/12/2019 Email from Regnier to Avenatti re Augustus LLP Documents with Attachments | | |
| 356 | Checks to Freedom to Live – AA 0661 | | |
| 357 | Signature Card – AA 0661 | | |
| 358 | Statements – AA 0661 – 1.1.2015-4.30.2015 | | |
| 359 | Statements – AA 0661 – 1.1.2017-2.28.2017 | | |
| 360 | Statements – AA 0661 – 3.1.2018-8.31.2018 | | |
| 361 | Cashier's Checks – CNB 3504 | | |
| 362 | Checks – CNB 3504 | | |
| 363 | Deposits – CNB 3504 | | |
| 364 | Outgoing Wires – CNB 3504 | | |
| 365 | Signature Card – CNB 3504 | | |
| 366 | Statements – CNB 3504 – 5.11.2017-2.28.2018 | | |
| 367 | Checks – CNB 4705 | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 368 | Statements – CNB 4705 | | |
| 369 | Wires – CNB 4705 | | |
| 370 | Statements – CNB 5566 | | |
| 371 | Transaction Detail Report – CNB 5566 | | |
| 372 | Wires – CNB 5566 | | |
| 373 | Signature Card – CNB 8611 | | |
| 374 | Wires – CNB 8611 | | |
| 375 | Cashier's Checks – EA 2851 | | |
| 376 | Checking Account Debit to R. Dourec – EA 2851 | | |
| 377 | Checks – EA 2851 – 1.30.2015-3.30.2015 | | |
| 378 | Checks to Freedom to Live – EA 2851 | | |
| 379 | Checks to G. Johnson – EA 2851 | | |
| 380 | Checks to Sunrise of West Hills – EA 2851 | | |
| 381 | Signature Card – EA 2851 | | |
| 382 | Statement – EA 2851 – 1.31.2017 | | |
| 383 | Statement – EA 2851 – 5.31.2017 | | |
| 384 | Statements – EA 2851 – 1.30.2015-3.30.2015 | | |
| 385 | Signature Card – EA 8671, EA 3714, EA 4613 | | |
| 386 | Statements – EA 3714 | | |
| 387 | Statements – EA 4613 | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 388 | Checks - EA 8541 | | |
| 389 | Intentionally Blank | | |
| 390 | Signature Card - EA 8541 | | |
| 391 | Statements - EA 8541 | | |
| 392 | 3/26/18 SulmeyerKupetz Check to IRS | | |
| 393 | People's Bank Custodian of Records Declaration | | |
| 394 | California Bank & Trust Custodian of Records Declaration | | |
| 395 | Chase Custodian of Records Declaration | | |
| 396 | Honda Aircraft Company Custodian of Records Declaration | | |
| 397 | City National Bank Custodian of Records Declaration | | |
| 398 | Intentionally Blank | | |
| 399 | Intentionally Blank | | |
| 400 | 6/12/2017 Section 341 Hearing Transcript in Eagan Avenatti Bankruptcy | | |
| 401 | 7/14/2017 Section 341 Hearing Transcript in Eagan Avenatti Bankruptcy | | |
| 402 | 7/25/2018 Transcript of Avenatti Debtor Proceedings | | |
| 403 | 1/30/2019 Judgment Debtor Examination Transcript of Avenatti Vol. I | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 404 | 3/15/2019, Morning Session, Judgment Debtor Examination of Avenatti | | |
| 405 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part I) | | |
| 406 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part II) | | |
| 407 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part I) with Exhibit 60 from Examination attached | | |
| 408 | Exhibit 60 from the 3/22/2019 Avenatti Judgment Debtor Examination | | |
| 409 | Intentionally Blank | | |
| 410 | Intentionally Blank | | |
| 411 | Intentionally Blank | | |
| 412 | Intentionally Blank | | |
| 413 | Intentionally Blank | | |
| 414 | Intentionally Blank | | |
| 415 | Intentionally Blank | | |
| 416 | Intentionally Blank | | |
| 417 | Intentionally Blank | | |
| 418 | Intentionally Blank | | |
| 419 | Intentionally Blank | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 420 | Summary Financial Tracing Analysis: Total Amount Due to Geoffrey Johnson as of 1/29/15 | | |
| 421 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Geoffrey Johnson's Settlement Funds | | |
| 422 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 8541 After Receiving Geoffrey Johnson's Settlement Payment | | |
| 423 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Account 2851 After Receiving Portions of Geoffrey Johnson's Settlement Payment from EA Trust Account 8541 | | |
| 424 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of A&A Account 0661 After Receiving Portions of Geoffrey Johnson's Settlement Payment from EA Account 2851 | | |
| 425 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Geoffrey Johnson | | |
| 426 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 4/7/16 EA 2851 Balance | | |
| 427 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 1/5/18 EA 3714 Balance | | |

### UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 428 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 2/15/18 EA 4613 Balance | | |
| 429 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 0313... CNB 4705 Balance | | |
| 430 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Alexis Gardner as of 1/25/17 and November 2020 | | |
| 431 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Alexis Gardner's First Settlement Payment | | |
| 432 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 8671 After Receiving Alexis Gardner's First Settlement Payment | | |
| 433 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Alexis Gardner | | |
| 434 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 4/14/17 A&A 0661 Balance | | |
| 435 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 5/15/17 A&A 0661 Balance | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 436 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 1/16/18 EA 3714 Balance | | |
| 437 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 2/20/18 EA 4613 Balance | | |
| 438 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | | |
| 439 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Greg Barela as of 1/5/18 and January 2021 | | |
| 440 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Greg Barela's First Settlement Payment | | |
| 441 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 5566 After Receiving Greg Barela's First Settlement Payment | | |
| 442 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Greg Barela | | |
| 443 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 444 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Michelle Phan, Pratigya Phan, and Long Tran as of 3/14/18 | | |
| 445 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Michelle Phan, Pratigya Phan, and Long Tran's First Repurchase Payment | | |
| 446 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 4705 After Receiving the First Repurchase Payment | | |
| 447 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Michelle Phan, Pratigya Phan, and Long Tran's Second Repurchase Payment | | |
| 448 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 4705 After Receiving the Second Repurchase Payment | | |
| 449 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 4613 After Receiving a Portion of the Second Repurchase Payment from CNB Trust Account 4705 | | |
| 450 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | | |
| 451 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to NFL Clients as of 5/17/17 | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 452 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing NFL Clients' First Settlement Funds | | |
| 453 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 3512 After Receiving the First Settlement Funds | | |
| 454 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing NFL Clients' Second Settlement Funds | | |
| 455 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Operating Account 2851 After Receiving the Second Settlement Funds | | |
| 456 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Most Payments Made to Clients Were Not Directly from Their Settlements | | |
| 457 | Summary Exhibit of Wire Transfers in Indictment | | |
| 458 | Intentionally Blank | | |
| 459 | Intentionally Blank | | |
| 460 | Summary Exhibit of Payments Made to Geoffrey Johnson | | |
| 461 | Summary Exhibit of Payments Made to Alexis Gardner | | |
| 462 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Geoff Johnson | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 463 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Alexis Gardner | | |
| 464 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Greg Barela | | |
| 465 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Michelle Phan | | |
| 466 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Long Tran | | |
| 467 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Judy Regnier | | |
| 468 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Eagan Avenatti LLP | | |