Name & Address:
H. Dean Steward
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481 4900
Fax (949) 706 9994

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: **(List Documents)**

Declaration of Michael John Avenatti

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: July 21, 2021
☐ Other:

July 21, 2021

Date

H. Dean Steward, Advisory Counsel

Attorney Name
Michael John Avenatti

Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    **NOTICE OF MANUAL FILING OR LODGING**