```
 1

 2

 3

 4              UNITED STATES DISTRICT COURT

 5            CENTRAL DISTRICT OF CALIFORNIA

 6                  SOUTHERN DIVISION

 7                     - - -

 8      THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

 9
        UNITED STATES OF AMERICA,    )CERTIFIED TRANSCRIPT
10                     Plaintiff,  )
            vs.                      )
11                                   )  SACR-19-00061-JVS
        MICHAEL JOHN AVENATTI,       )
12                     Defendant.  )  TRIAL DAY 1
        -----------------------------)
13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              Santa Ana, California

17                July 13, 2021

18

19                  SHARON A. SEFFENS, RPR
                    United States Courthouse
20                  411 West 4th Street, Suite 1-1053
                    Santa Ana, CA  92701
21                  (714) 543-0870

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

1   APPEARANCES OF COUNSEL:

2   For the Plaintiff:

3   NICOLA T. HANNA
    United States Attorney
4   BRANDON D. FOX
    Assistant United States Attorney
5   Chief, Criminal Division
    ALEXANDER WYMAN
6   Assistant United States Attorney
    Major Frauds Section
7   1100 United States Courthouse
    312 North Spring Street
8   Los Angeles, CA   90012
    (213) 894-6683
9
    BRETT A. SAGEL
10  Assistant United States Attorney
    Ronald Reagan Federal Building
11  411 West Fourth Street, Suite 8000
    Santa Ana, CA   92701
12  (714) 338-3598

13  For the Defendant:

14  H. DEAN STEWARD
    H. DEAN STEWARD LAW OFFICES
15  107 Avenida Miramar, Suite C
    San Clemente, CA   92672
16  (949) 481-4900

17

18

19

20

21

22

23

24

25

3

1

2                        I-N-D-E-X

3                                                    PAGE

4    JURY SELECTION                                   4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   SANTA ANA, CALIFORNIA; TUESDAY, JULY 13, 2021; 8:30 A.M.
 2            THE CLERK:  Item No. 1, SACR-19-00061-JVS, United
 3   States of America versus Michael John Avenatti.
 4            MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
 5   and Alexander Wyman on behalf of the United States.
 6            THE COURT:  Good morning.
 7            MR. STEWARD:  And, Your Honor, Dean Steward for
 8   Mr. Avenatti, who is present next to me.  Good morning.
 9            THE COURT:  Good morning.
10            We are going to commence the jury selection
11   process today.  I have a number of matters I want to take up
12   first.  The first item is Mr. Avenatti's ex parte
13   application to continue.  I would like to hear from the
14   government first.
15            MR. SAGEL:  Your Honor, I will make this brief,
16   unless Your Honor has any questions, for the very reason
17   there's 150 jurors approximately coming in today and filling
18   out a questionnaire to determine if we can pick an impartial
19   jury.  That's what we're doing.  There is nothing new.
20   Nothing has changed.
21            The one thing that I'd also point out is that
22   despite the number of times the defendant says the
23   government did this, he fails to acknowledge he was the one
24   who continued his sentencing from April until the eve of
25   trial.
```

08:32   1         THE COURT:  Yes.  I would like to probe that.  The

08:32   2 representation last night is that it was Mr. Avenatti's

08:32   3 request that caused the sentencing in the Nike case to be

08:32   4 continued from June 30th to July 8th.  In his ex parte

08:32   5 application he suggests that it was Judge Gardephe who

08:33   6 caused that continuance to July 8th.

08:33   7         What are the facts?

08:33   8         MR. SAGEL:  I apologize because I don't have the

08:33   9 filings with me, but I will sum it up from memory and I can

08:33  10 provide the specifics.

08:33  11         When Mr. Avenatti's sentencing was scheduled for

08:33  12 April, he asked for it to be moved to June 28th, 29th, or

08:33  13 30th, which was going to conflict with this trial.  Never

08:33  14 once in that motion mentioned this trial.  And the reason in

08:33  15 that motion to continue his sentencing was so that his

08:33  16 daughters could attend his sentencing.

08:33  17         He then got it moved to June 30th.  We then moved

08:33  18 these dates.  He asked for a continuance of two months.

08:33  19 When he was not able to get this trial moved, he then asked

08:33  20 for that sentencing to be moved for two months.  Judge

08:33  21 Gardephe in response to his request moved it eight or ten

08:33  22 days later.

08:33  23         So with many things that are written by the

08:33  24 defense, there is a barely a grain of truth to it, and that

08:34  25 Judge Gardephe set that date upon a request by Mr. Avenatti

08:34  1    to continue this sentencing.

08:34  2              THE COURT:  For two months.

08:34  3              MR. SAGEL:  For two months.  And Judge Gardephe

08:34  4    moved it for ten days or eight days or whatever the number

08:34  5    was.

08:34  6              Again, as I mentioned last night, at no point in

08:34  7    any of defendant's filings did he mention the conflicts he

08:34  8    had in this case in his request for his continuances.

08:34  9              The very reason we are starting the jury selection

08:34  10   process this week, moving off from last week, is well

08:34  11   covered by Your Honor last week in that we wanted time for

08:34  12   the jury pool to possibly see whatever information they

08:34  13   would or not see and will be able to choose.  I think there

08:34  14   is a reference that he is entitled to 150 people who have

08:34  15   never heard of him.  That's just silly.

08:34  16             THE COURT:  I think he is entitled to 12 plus

08:34  17   4 who may have heard of him but whatever they may have

08:34  18   heard can serve as fair and impartial jurors.  That's the

08:35  19   test.

08:35  20             MR. SAGEL:  Absolutely, Your Honor.  Absolutely.

08:35  21   And I think the motion itself is extremely premature.  I

08:35  22   have some estimates, and I would guess we're both going to

08:35  23   find out from the 150 questionnaires.  But it really

08:35  24   doesn't matter as long as we can choose from the pool who

08:35  25   can be impartial and objective.  That's all that's

08:35 1    necessary.

08:35 2            THE COURT:  That's the test, the inquiry today and

08:35 3    for the next couple of days.  As we start here, we don't

08:35 4    have the answers to the inquiry.

08:35 5            MR. SAGEL:  Right.

08:35 6            THE COURT:  Anything further?

08:35 7            MR. SAGEL:  Nothing from the government, Your

08:35 8    Honor.

08:35 9            THE COURT:  Mr. Steward.

08:35 10           MR. STEWARD:  Yes, Your Honor.  I do have one of

08:35 11   the filings from the Southern District of New York, if I may

08:35 12   pass it up to the Court now.

08:35 13           (Document handed to the Court)

08:35 14           MR. STEWARD:  Your Honor, what I am passing up is

08:35 15   document 324, a defense motion from the Judge Gardephe case

08:35 16   back in New York dated June 21, 2021.

08:36 17           Your Honor, it's a two-page document that outlines

08:36 18   the reason for the request to continuance back in mid

08:36 19   June of 2021.  Prior to mid June of 2021 there were no

08:36 20   in-person sentencings in the Southern District of New York,

08:36 21   and the request for the 60-day continuance was for two

08:36 22   reasons.

08:36 23           First, Nike had submitted a million-dollar-plus

08:36 24   restitution request at the last minute.  The second was that

08:36 25   there were a number of post-trial motions pending that had

08:36  1   been pending for 14 months and had not been resolved and
08:36  2   were not resolved until, I think it was, 48 hours before the
08:36  3   sentencing.
08:37  4          So that is the reason for the request of
08:37  5   continuance there.  Here our position is that the
08:37  6   questionnaire is just not going to be enough given the
08:37  7   pervasive publicity.  And I think we have attached a number
08:37  8   of what I would call convincing documents outlining how
08:37  9   pervasive it's been.
08:37  10         This is a case that there is no parallel to it.
08:37  11  There is no other published or probably nonpublished case
08:37  12  where there are three different indictments, a trial has
08:37  13  already been completed, two more to go, and you've got a
08:37  14  very, very high-profile defendant.
08:37  15         It's kind of like the Shepard case, the Supreme
08:37  16  Court case, on steroids.  That's the way I would analogize
08:37  17  it.  So we don't believe that the questionnaire is going to
08:37  18  be sufficient, and we ask the Court to continue the case for
08:37  19  the 90 days requested.
08:38  20         THE COURT:  Of course, we won't know whether the
08:38  21  questionnaire is sufficient until it is administered to the
08:38  22  jurors and we conduct individual voir dire of individuals
08:38  23  that indicate some knowledge of Mr. Avenatti and the
08:38  24  circumstances.  So I believe that argument is premature.  It
08:38  25  may or may not be accurate.  We'll find out.

| | | |
|---|---|---|
| 08:38 | 1 | I do note in the pleading that Mr. Steward handed |
| 08:38 | 2 | up that the Court in New York was advised of the trial |
| 08:38 | 3 | commencement date here.  I also think it's accurate that |
| 08:38 | 4 | at the time that Mr. Avenatti moved to have his sentencing |
| 08:38 | 5 | continued through June that he was aware of this date, and |
| 08:38 | 6 | I don't hear any dissent from that.  Whether or not he |
| 08:38 | 7 | advised Judge Gardephe of a potential conflict, I believe |
| 08:38 | 8 | that Mr. Avenatti knew that we had a July 13th trial |
| 08:39 | 9 | date. |
| 08:39 | 10 | A question for you, Mr. Steward.  You note that |
| 08:39 | 11 | the U.S. Attorney's Office in the Southern District of New |
| 08:39 | 12 | York promptly issued a press release following the Avenatti |
| 08:39 | 13 | sentencing in that court.  I have read the press release. |
| 08:39 | 14 | It makes no reference to the U.S. Attorney's Office in the |
| 08:39 | 15 | Central District of California; does it? |
| 08:39 | 16 | MR. STEWARD:  I don't believe it did, Your Honor, |
| 08:39 | 17 | which suggests that that's beside the point. |
| 08:39 | 18 | THE COURT:  No, sir, it's not beside the point. |
| 08:39 | 19 | By citing the government's statement in response to alleged |
| 08:39 | 20 | plagiarism on your part, his part, the quoted statement in |
| 08:39 | 21 | one of the footnotes that we're all the same brethren, the |
| 08:39 | 22 | innuendo I draw from that is that the U.S. Attorney's Office |
| 08:39 | 23 | had some involvement in the issuance of the press release |
| 08:40 | 24 | from the U.S. Attorney's Office in the Southern District of |
| 08:40 | 25 | New York.  I believe that that innuendo is probably false |

08:40  1    and should have not been put before the Court.

08:40  2              Mr. Steward.

08:40  3              MR. STEWARD:  Your Honor, all I can say is that

08:40  4    the government has continued to issue press releases --

08:40  5              THE COURT:  When you say the government, which

08:40  6    government are you talking about?

08:40  7              MR. STEWARD:  The FBI, Your Honor, yesterday:

08:40  8    Michael Avenatti sentenced to over two years in prison for

08:40  9    attempting -- and I believe the rest of it is extortion.

08:40  10             THE COURT:  Okay.  Is that tied in any way to

08:40  11   counsel in the U.S. Attorney's Office for the Central

08:40  12   District of California?

08:40  13             MR. STEWARD:  No.

08:40  14             THE COURT:  So it would be correct to conclude

08:40  15   that the U.S. Attorney's Office in the Central District of

08:40  16   California had no participation in the issuance of a press

08:40  17   release by the U.S. Attorney's Office in the Southern

08:40  18   District of New York?

08:41  19             MR. STEWARD:  We don't know, Your Honor.  We do

08:41  20   not know.

08:41  21             THE COURT:  We don't know, or you have no

08:41  22   evidence?  There's no evidence to back up the innuendo.

08:41  23             MR. STEWARD:  Other than the fact that the U.S.

08:41  24   Attorney's Office in the Southern District of New York has

08:41  25   said several times that they've been in contact with the

08:41   1   U.S. Attorney's Office here.  That's the closest I can come.

08:41   2          But when you're talking about their press

08:41   3   officers, I don't know what they're doing.

08:41   4          THE COURT:  But the point is you have no evidence.

08:41   5          MR. STEWARD:  I would suggest the point is

08:41   6   pervasive.

08:41   7          THE COURT:  No, sir.  The point is you have no

08:41   8   evidence.

08:41   9          MR. STEWARD:  I have none.

08:41   10          THE COURT:  Okay.  The ex parte application is

08:41   11   denied for the following reasons.  One, by requesting that

08:41   12   the trial date be -- that the sentencing date in the Nike

08:41   13   case be moved to June 30th, only two weeks before this

08:41   14   trial, I believe Mr. Avenatti caused to come about publicity

08:42   15   more proximate to the start of this trial than otherwise

08:42   16   would have occurred had the sentencing been continued in

08:42   17   April and would have been scheduled before Judge Gardephe.

08:42   18          I also find that publicity is a function of this

08:42   19   case.  This case all by itself has and will generate

08:42   20   publicity.  I give you a point, an example.  When I was

08:42   21   driving in to court this morning listening to KNX radio, at

08:42   22   about 6:45 a one-minute news report comes on that this trial

08:42   23   is going to commence.

08:42   24          I have no way of knowing any other evidence of

08:42   25   publicity with regard to this trial is out there, but in the

08:42   1   past it has been and I assume it will be.

08:42   2         Using a questionnaire in probing for jurors'

08:42   3   knowledge of Mr. Avenatti and his experiences, we'll find

08:42   4   out whether they have exposure to this trial or exposure to

08:43   5   this experience in New York.  I believe that without going

08:43   6   forward and testing the questionnaire and the results of the

08:43   7   questionnaire, it's premature to conclude that we cannot

08:43   8   pick a fair and impartial jury.

08:43   9         The questionnaire contains 59 questions.  Six of

08:43   10  them are specifically focused on Mr. Avenatti and the

08:43   11  juror's knowledge of Mr. Avenatti, those being 25 through

08:43   12  39, and 32 has a number of subparts.

08:43   13        I attach great significance to the fact that the

08:43   14  parties submitted a joint proposed questionnaire, thus

08:43   15  Mr. Avenatti had a full opportunity to suggest questions to

08:43   16  the Court that would probe any prejudice or unfair knowledge

08:43   17  on the part of the jurors.

08:43   18        Until proven otherwise I'm prepared to go forward

08:43   19  and test the results of the questionnaire.  Accordingly, the

08:44   20  ex parte application to continue is denied.

08:44   21        Some time ago the parties each submitted a

08:44   22  summary, I believe on June 30th.  Ms. Bredahl sent to the

08:44   23  parties my draft of the summary which in the main follows

08:44   24  the defendant's proposal, a few more cautionary remarks.

08:44   25        Are there any further comments with regard to the

08:44   1    summary?

08:44   2            MR. SAGEL:  Not from the government, Your Honor.

08:44   3            MR. STEWARD:  Not from the defense, Your Honor.

08:44   4            THE COURT:  Okay.  We'll read it once more for

08:44   5    typos and file it, and that's what we'll use downstairs

08:44   6    today.

08:44   7            I need to give the jury an end date for the trial.

08:44   8    Fifteen trial days, assuming we get going with evidence on

08:44   9    the 21st of July, will take us through the 13th of August.

08:44   10   I propose to tell the jury that the trial is likely to

08:45   11   extend sometime into the week of August 16, 2021.

08:45   12           Comments?

08:45   13           MR. SAGEL:  I think it's fine, Your Honor.  Out of

08:45   14   an abundance of caution I would maybe move it to the week of

08:45   15   August 20th.  I think August 20th is a Friday of that week.

08:45   16           THE COURT:  Yes.  All right.  I will advise -- I

08:45   17   don't want to give them an estimate that intimidates the

08:45   18   jury by the nature of the estimate, but I also want to

08:45   19   accurately inform them as to what we are looking at in terms

08:45   20   of their obligation for this trial.  So I'll --

08:45   21           Mr. Steward, your thought?

08:45   22           MR. STEWARD:  We agree with the 20th, Your Honor.

08:45   23           THE COURT:  Okay.  Then that's what I'll do.

08:46   24           Here is my plan for the questionnaires.  We will

08:46   25   go down at approximately 9:00 and again at 1:30, and I will

08:46  1    read the statement of the case to the jurors.  I will advise

08:46  2    them what the likely end date is.

08:46  3            And I will also advise them what our present plan

08:46  4    is in terms of COVID-19 procedures, and that would be to

08:46  5    maintain social distancing and allow any juror who is fully

08:46  6    vaccinated the option of wearing or not wearing a mask.  I

08:46  7    go into more detail in the initial jury instructions.  But I

08:46  8    think in terms of the jurors, what I will say is we are

08:46  9    mindful of the following and we are taking precautions.

08:46  10           Any objections to advising them of that?

08:47  11           MR. SAGEL:  Your Honor will be telling them that

08:47  12   any of us who are not wearing masks, that's because --

08:47  13           THE COURT:  Right.

08:47  14           MR. SAGEL:  Thank you, Your Honor.  No further

08:47  15   comment.

08:47  16           THE COURT:  I know of Mr. Steward's prior

08:47  17   objections to having jurors wearing masks during the course

08:47  18   of voir dire.

08:47  19           MR. STEWARD:  And I do continue to object, Your

08:47  20   Honor.

08:47  21           THE COURT:  Yes.  Again in the record today,

08:47  22   that's the procedure I'm going to follow.  We'll have a

08:47  23   different procedure for witnesses who testify.  I don't

08:47  24   think we need to share that with the jurors.

08:47  25           Okay.  We will have the jurors fill out the

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:47  1    questionnaires.  The questionnaires will go to the

08:47  2    government for copying and ordering, in the order in which

08:48  3    jurors will ultimately be called.  And then copies will be

08:48  4    distributed to Mr. Steward and the Court.

08:48  5         And I think we'll all probably need tomorrow

08:48  6    morning to go through those.  So again if you would like a

08:48  7    discussion in the afternoon, I propose to resume at 1:30 in

08:48  8    the afternoon tomorrow.  The first order of business, we'll

08:48  9    go through the questionnaires and talk about identifying

08:48  10   people who are already called for individual voir dire.

08:48  11        I want to do that first so that we can get the

08:48  12   list and Ms. Bredahl can get it to the clerk's office so we

08:48  13   can notify those people that they need to come in.

08:48  14        Second, then we will go back through if there are

08:48  15   any bases for challenge for cause or otherwise based on the

08:48  16   questionnaires themselves.  I have a pretty high threshold

08:48  17   for excusals just on the basis of the questionnaire, but

08:49  18   often there are circumstances which are self-evident and

08:49  19   require excusal, self-evident in terms of potential bias or

08:49  20   prejudice or other disqualifications.

08:49  21        Let me say in most instances if anybody wants to

08:49  22   voir dire a person or if there is any doubt at all, we will

08:49  23   reserve to the full voir dire any decision about that

08:49  24   person.

08:49  25        At some point this week or first thing next

08:49  1    week -- no, I want to do it this week.  I need your initial

08:49  2    comments if any with regard to the initial jury

08:49  3    instructions.  The last draft I distributed was rough in the

08:49  4    sense that I left in instructions I'm not going to give and

08:49  5    have provided comments involving a number of places.  We

08:50  6    need to finalize those.

08:50  7          I believe the government exchanged with

08:50  8    Mr. Avenatti a witness list.  Can you provide the Court a

08:50  9    copy of the witness list?

08:50  10          MR. SAGEL:  We can, Your Honor.  Assuming it made

08:50  11   its way, I think you should have also gotten the witness

08:50  12   binders.

08:50  13          THE COURT:  Right.

08:50  14          MR. SAGEL:  I just want to make sure because I

08:50  15   know that once the clerk's office has it, it's brought to

08:50  16   chambers.  We will do so, and we can take up at another time

08:50  17   probably there will be three custodian witnesses that we

08:50  18   would call, non-substantive, just to lay foundations.

08:50  19          THE COURT:  Okay.

08:50  20          Mr. Avenatti filed his trial brief after 8:00 last

08:50  21   night.  I've just had a chance to flip through it, but there

08:51  22   may be some topics on which the Court will invite a response

08:51  23   on the part of the government.  The government is of course

08:51  24   free to file any response it wants to that brief, but there

08:51  25   may be some things I'll specifically ask for a response for.

08:51　1　　　　　　Finally, there is an issue of Mr. Avenatti's

08:51　2　transportation to court.  I don't think it's proper for the

08:51　3　government to pay his expense to come to court.

08:51　4　　　　　　MR. STEWARD:  Your Honor, we've resolved that.  We

08:51　5　are withdrawing our original plan with the CJA Office.  We

08:51　6　have got another plan that we think will work.

08:51　7　　　　　　THE COURT:  Okay.

08:51　8　　　　　　Is there anything else anyone would like to raise?

08:51　9　　　　　　MR. SAGEL:  Very briefly, Your Honor.  Your

08:51　10　Honor's trial order has us delivering full sets of exhibits

08:51　11　on the first day of trial.  They're ready in our office, but

08:51　12　I don't know if you want them sitting in your courtroom for

08:52　13　seven days.  So we can bring them up whenever you want, or

08:52　14　we can wait until a later time, whatever is most convenient

08:52　15　to you.

08:52　16　　　　　　THE COURT:  Why don't you bring them up next

08:52　17　Monday.  Have you delivered them to defense counsel?

08:52　18　　　　　　MR. SAGEL:  They have an electronic copy.  We have

08:52　19　a physical copy for them that we can get at any time.

08:52　20　　　　　　THE COURT:  Okay.  In terms of examining the

08:52　21　witnesses -- we deferred to the mechanics of this, but what

08:52　22　are we going to do?

08:52　23　　　　　　MR. SAGEL:  We are going to try as much as -- we

08:52　24　have all their exhibits on trial, so we are going to have it

08:52　25　electronically.  The witnesses will also have binders if

08:52   1   necessary and if it's easier.  I can tell you I'm the least

08:52   2   computer savvy person in this courtroom, I'm sure, so

08:52   3   Mr. Wyman and our agents will be handling most of the trial

08:52   4   records.

08:52   5          I know there are ways to put them on the screen so

08:52   6   the jury is obviously not looking at it.  We'll try that as

08:52   7   much as possible so that we're not using binders, but we may

08:52   8   need to.

08:53   9          THE COURT:  You are free to have your own

08:53   10  technical person.

08:53   11         MR. SAGEL:  I'm sure I would like that.  I'm not

08:53   12  sure if my office would like to give her up for four or five

08:53   13  weeks.  But we can work on that as well.

08:53   14         THE COURT:  Well, it's not uncommon, you know, to

08:53   15  have one set of electronics over here and one set of

08:53   16  electronics over there being run by techs.

08:53   17         MR. SAGEL:  I fully appreciate that, and I know

08:53   18  that would be my request, but I know that I have two other

08:53   19  counsel that may not agree with my request.

08:53   20         One other issue and I will raise it, and

08:53   21  Mr. Steward can provide his context with the defense issue.

08:53   22         Mr. Steward asked us if he could -- if we would

08:53   23  accept service of process for subpoenas for what amounted to

08:53   24  I think about nine, give or take, nine federal agents that

08:53   25  he wanted to subpoena.  From what we can tell, they're just

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:54  1   agents who were on various memorandums of interviews

08:54  2   conducted and so forth.  Our response was, you need to

08:54  3   comply with 2(e).  His response was --

08:54  4            THE COURT:  I don't think statutorily you can do

08:54  5   that, to coop with a particular agency.

08:54  6            MR. SAGEL:  Our response was, you need to comply

08:54  7   with 2(e).  He even sent -- I'm paraphrasing some of this,

08:54  8   but sent back, in one of the e-mails back, are you going to

08:54  9   accept service?  And we said we cannot do that.  You need to

08:54  10  comply with 2(e).

08:54  11           I know that he had two agents in New York served

08:54  12  with subpoenas.  What I wanted to confirm with him is that

08:54  13  they don't need to be here on July 20th as the subpoenas

08:54  14  state.  So at least them or anybody else are not required to

08:54  15  be here.

08:54  16           The second part is he is now saying that he is

08:54  17  going to have the marshals do it because he is now CJA

08:54  18  counsel.  Our only position is that we will cooperate and

08:55  19  our agents will cooperate if and when it's necessary for

08:55  20  them to be here and if he can make a showing to the Court

08:55  21  that there is a relevance for them to be a witness, which,

08:55  22  that's step two to three at this point.

08:55  23           THE COURT:  If you want to move to quash, that's

08:55  24  another issue.  If he has got a valid subpoena, he doesn't

08:55  25  have to make any prima facie showing.

08:55   1          MR. SAGEL:  Agreed, Your Honor.  And that's why
08:55   2   I'm saying it's two to three steps removed.  We can't accept
08:55   3   the service obviously, but we obviously don't want anything
08:55   4   where the marshals are going to an agent's house.  Our
08:55   5   agents will be available if there is an appropriate reason
08:55   6   for them to be available as witnesses, which wouldn't come
08:55   7   about until his defense case, which we're talking about will
08:55   8   be four weeks from now.
08:55   9          So I'm just raising it because he just doesn't
08:55   10  believe 2(e) exists and he just wants to ignore it.  We are
08:55   11  at a point where he's claiming he's just going to start
08:55   12  serving subpoenas.
08:55   13          THE COURT:  Okay.
08:55   14          Mr. Steward.
08:55   15          MR. STEWARD:  It sounds like I'm doing my job,
08:56   16  Your Honor.
08:56   17          THE COURT:  Is it doing your job to request the
08:56   18  government to undertake an act which statutorily it doesn't
08:56   19  have the power to do?
08:56   20          MR. STEWARD:  Every trial I've ever had --
08:56   21          THE COURT:  Sir, answer my question, please.
08:56   22          MR. STEWARD:  I'm sorry.  I didn't catch the
08:56   23  question.
08:56   24          THE COURT:  The government isn't failing in its
08:56   25  obligation to honor your request when you ask the government

08:56   1   to do something that they're statutorily not allowed to do.

08:56   2        MR. STEWARD:  I didn't catch the question part.

08:56   3        THE COURT:  Is the government failing in its

08:56   4   obligations when it declines a request on your part to ask

08:56   5   it to undertake an action which it statutorily doesn't have

08:56   6   the power to do?

08:56   7        MR. STEWARD:  Dozens of times I've made this

08:56   8   request.

08:56   9        THE COURT:  Sir, answer the question.  Answer the

08:56   10  question.  I will hear you, but answer the question.

08:56   11       MR. STEWARD:  No.  May I speak?

08:57   12       THE COURT:  You may.

08:57   13       MR. STEWARD:  Dozens and dozens of times I've

08:57   14  asked prosecutors to accept subpoenas for their agents.

08:57   15  This is the first time in 42 years I've ever had it turned

08:57   16  down.  I was shocked, and it's just typical of the way this

08:57   17  case has gone from day one.  I'm just going to submit it,

08:57   18  and we will do what we are statutorily empowered to do and

08:57   19  no more.

08:57   20       THE COURT:  Empowered or required?

08:57   21       MR. STEWARD:  Both.

08:57   22       THE COURT:  Sir, if you think you have a basis for

08:57   23  me to compel the government to act, you are free to present

08:57   24  the law.

08:57   25       MR. STEWARD:  I understand that, and I will

08:57   1   comply.

08:57   2            I did have two other points, Your Honor.

08:57   3            THE COURT:  Please.

08:57   4            MR. STEWARD:  First, I would ask the Court to

08:57   5   consider giving us at least until Wednesday at 1:30 to

08:57   6   review the questionnaires.

08:57   7            THE COURT:  Well, that's what I said, I thought.

08:57   8            MR. STEWARD:  I'm sorry.  Thursday.

08:57   9            THE COURT:  No.

08:57  10            MR. STEWARD:  Because there are 14 pages.  It's

08:58  11   150 of them.  If we spend four or five minutes on each one

08:58  12   of them, we're talking hours and hours and hours.  I don't

08:58  13   know the math, but I suggest it's just not long enough.  The

08:58  14   other thing is that the questionnaire itself -- at some

08:58  15   point we would ask the Court to file a blank copy just to

08:58  16   make a record of it.  And I really don't care when.

08:58  17            THE COURT:  We will do that promptly.

08:58  18            MR. STEWARD:  Okay.  That's all I have, Your

08:58  19   Honor.  Thank you.

08:58  20            THE COURT:  At least in terms of identifying the

08:58  21   jurors for whom we need to conduct individual voir dire,

08:58  22   that's a two-minute glance if you know where to look.  I've

08:58  23   already suggested where to look.  It's questions 25 through

08:58  24   29, and 32.

08:58  25            There may be others, but I think it would be no

08:58  1    great burden even if we do that sitting here all together

08:58  2    and commence at 1:30 to plan the jurors for whom we need

08:59  3    individual voir dire.

08:59  4            Given that I'm providing the parties with a list

08:59  5    in which the jurors will be called, it seems to me that the

08:59  6    review can be prioritized, and I suspect that each side will

08:59  7    have more than one person to look at these questionnaires.

08:59  8    So we will commence at 1:30 tomorrow.

08:59  9            Do you have any other items, Mr. Steward?

08:59  10           MR. STEWARD:  No, Your Honor.  Thank you.

08:59  11           THE COURT:  Okay.  Then why don't we be in recess

08:59  12   and wait until the clerk's office advises us that they are

08:59  13   ready for us downstairs.

08:59  14           MR. SAGEL:  Do you want us to stay here?

08:59  15           THE CLERK:  Let me check and get a time estimate.

09:00  16           THE COURT:  Let me provide one piece of guidance

09:00  17   with respect to examination of witnesses.  I expect

09:00  18   witnesses to answer the question asked and to not duck the

09:00  19   question.

09:00  20           I think counsel have a right to ask the Court to

09:00  21   direct the witness to answer, and if I feel the witness is

09:00  22   being evasive, I will do that.  If I see persistence in that

09:00  23   pattern of conduct with any witness -- and sometimes I see

09:01  24   it with experts -- I will intervene.  It's a waste of the

09:01  25   Court's time and a waste of the jury's time to have evasive

09:01  1   witnesses.

09:01  2          If a witness continues to be evasive, I will

09:01  3   exercise my powers to remind the jury of what factors they

09:01  4   can take into account in assessing the credibility of a

09:01  5   witness, namely, the manner in which the witness testified.

09:01  6          So I want you to be forewarned, particularly if

09:01  7   any experts are called, that the witness will be expected to

09:01  8   answer the question.  That's the witness's duty.

09:01  9          Any questions about that?

09:01  10         MR. STEWARD:  Not from the defense, Your Honor.

09:01  11         MR. SAGEL:  No, Your Honor.

09:01  12         Mr. Wyman is not here.  I will just preface

09:01  13  something now which we'll probably bring up later in trial.

09:01  14  That is that there are a few -- one that's coming to my mind

09:01  15  right now is the defendant was arrested on a domestic

09:02  16  violence in November of 2018.  We obviously have no

09:02  17  intentions of doing anything or saying anything about that.

09:02  18         There are at least four witnesses I can think of

09:02  19  who have some circumstances related to that who speak to the

09:02  20  defendant or had a conversation with others because of that

09:02  21  event.  So the reason they had the conversations they had is

09:02  22  because of his arrest.

09:02  23         That's an example where we would ask so that we

09:02  24  can be very leading with our question:  "Did you have a

09:02  25  conversation on November 14th?" so that we can move past the

09:02  1    reason the conversation took place was that they heard

09:02  2    Mr. Avenatti was arrested.

09:02  3          So there will be a few places where Your Honor has

09:02  4    discretion under 611 to allow us to use those leading

09:02  5    questions to avoid an improper area.  So if and when we have

09:02  6    such a witness, we will give Your Honor advance notice that

09:02  7    there will be a section there.

09:02  8          THE COURT:  Right.  Give me a heads-up and

09:02  9    Mr. Steward a heads-up.

09:02  10          MR. SAGEL:  Correct, Your Honor.  Thank you.

09:02  11          THE COURT:  But your instincts are right.  You

09:02  12    don't need to get into context.

09:03  13          MR. SAGEL:  And there will be -- I'm trying to

09:03  14    think off the top of my head.  I think there might be one

09:03  15    other, and it might be just his arrest for, like, basically

09:03  16    the charges in this case which aren't -- obviously

09:03  17    extraneous, but it's that March 25th date.  But the only one

09:03  18    that's popping out of my head definitively is the

09:03  19    November 14th or November 15th conversations.

09:03  20          THE COURT:  Okay.  Let's wait for Ms. Bredahl to

09:03  21    come back.

09:04  22          THE CLERK:  About ten minutes.

09:04  23          THE COURT:  Okay.  We will be in recess.

09:04  24              (Recess taken at 9:04 a.m.)

09:04  25    (The following proceedings were in the Jury Assembly Room.)

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:04 | 1 | (Prospective jurors present) |
| 09:20 | 2 | THE COURT:  Good morning, ladies and gentlemen. |
| 09:20 | 3 | Welcome to federal court.  I'm Judge Jim Selna, |
| 09:20 | 4 | United States District Judge.  We are in the process of |
| 09:20 | 5 | beginning to select a jury for a criminal case, United |
| 09:20 | 6 | States of America versus Michael John Avenatti. |
| 09:20 | 7 | Today you will be asked to fill out a |
| 09:21 | 8 | questionnaire that will shorten the jury selection process. |
| 09:21 | 9 | And once you have completed that, you will be able to go |
| 09:21 | 10 | home for the day.  Some of you may be called back for |
| 09:21 | 11 | tomorrow for questioning, and everyone will come back on |
| 09:21 | 12 | Friday and we'll begin the process of selecting a jury. |
| 09:21 | 13 | Let me say a couple things.  Number one, welcome. |
| 09:21 | 14 | Outside of voting this is your most important, I think, |
| 09:21 | 15 | civic duty in times of peace.  Our system of justice simply |
| 09:21 | 16 | doesn't work unless ordinary people come down to the |
| 09:21 | 17 | courthouse, listen to the evidence, do their best to come to |
| 09:21 | 18 | a verdict. |
| 09:21 | 19 | It's a right that's guaranteed by the United |
| 09:21 | 20 | States Constitution both in civil and criminal cases, and in |
| 09:21 | 21 | some ways the United States is one of the very few countries |
| 09:21 | 22 | around the world who place that trust in its citizens to |
| 09:21 | 23 | participate in the justice process. |
| 09:21 | 24 | So whatever you do in this process, whether you're |
| 09:21 | 25 | just here a day or two, I want you to know what you're doing |

| 09:22 | 1 | is important because it surely is, ladies and gentlemen. |
| 09:22 | 2 | This trial is expected to last through |
| 09:22 | 3 | August 20th.  That will include hearing all the evidence, |
| 09:22 | 4 | closing arguments, and time for deliberating. |
| 09:22 | 5 | As far as the questionnaire goes, it's about 15 |
| 09:22 | 6 | pages.  I don't think it will more than 15, 20 minutes to |
| 09:22 | 7 | fill out.  There are no wrong answers, so don't worry about |
| 09:22 | 8 | whether this is the right answer just as long as it's your |
| 09:22 | 9 | answer and you have done your best to fill this out |
| 09:22 | 10 | completely and accurately. |
| 09:22 | 11 | I want to share a couple of other things with you. |
| 09:22 | 12 | In this time of the COVID pandemic, we realize that there is |
| 09:22 | 13 | a health danger to everyone.  For this trial we are going to |
| 09:22 | 14 | be doing this.  Number one, if anyone is fully vaccinated, |
| 09:22 | 15 | they can wear a mask at their option. |
| 09:23 | 16 | Secondly, we will maintain social distancing.  We |
| 09:23 | 17 | haven't quite got it here perfectly, but we will have in the |
| 09:23 | 18 | courtroom.  So things may change and may change rapidly, but |
| 09:23 | 19 | for now masks are optional if you are fully vaccinated, and |
| 09:23 | 20 | we will maintain social distancing. |
| 09:23 | 21 | If you have a circumstance that you think is |
| 09:23 | 22 | unusual and that you should be excused, Ms. Bredahl is going |
| 09:23 | 23 | to provide you a form and ask you to fill that out.  Then I |
| 09:23 | 24 | and counsel will visit with you very briefly about that |
| 09:23 | 25 | process. |

09:23   1            As I say, after you finish the questionnaire, you

09:23   2    are free to go today.  You may get a call later this

09:23   3    afternoon or this evening inviting you back tomorrow, and

09:23   4    all of you are invited, or ordered, I guess, to come back on

09:23   5    Friday.

09:23   6            Okay.  Well, I guess you have to call in.  So

09:24   7    everybody calls in.  Some of you will get to come back.

09:24   8            Let me introduce my courtroom deputy, Ms. Bredahl.

09:24   9    And my courtroom reporter is Ms. Sharon Seffens.  She is

09:24  10    generating the record.  This machine is really wonderful.  I

09:24  11    don't have it hooked up here to a monitor, but when I sit on

09:24  12    the bench, I get a realtime transcript.  If I think I've

09:24  13    missed something, it's right there.  So it's a great, great

09:24  14    help to me in trials, especially a long trial.

09:24  15            So I'm going to ask the courtroom deputy to swear

09:24  16    you at this time, and then we will proceed to the

09:24  17    questionnaires.

09:24  18            Before I do that, I want to introduce counsel and

09:24  19    the parties in this case.

09:24  20            Mr. Sagel, would you like to introduce yourself

09:24  21    and your colleague?

09:24  22            MR. SAGEL:  Good morning, everybody.  My name is

09:24  23    Brett Sagel.  With me is Alexander Wyman.  We are both

09:25  24    Assistant United States Attorneys, and we represent the

09:25  25    United States.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:25 1        THE COURT:  Mr. Steward, would you introduce
09:25 2    yourself and your client.
09:25 3        MR. STEWARD:  My name is Dean Steward.  My client
09:25 4    is Michael Avenatti, standing next to me.  Good morning.
09:25 5        THE COURT:  Let me say with regard to counsel,
09:25 6    they, too, have the option if fully vaccinated to wear or
09:25 7    not wear a mask.  That's true here and that will be true in
09:25 8    the courtroom.  You are not to make any adverse inferences
09:25 9    because someone decides that they do wish to wear a mask.
09:25 10       THE CLERK:  If all jurors will please rise and
09:25 11   raise your right hand.
09:25 12       (Prospective jurors sworn)
09:25 13       THE CLERK:  Does anybody not?
09:25 14       Thank you.  You can be seated.
09:25 15       THE COURT:  Okay, we are going to adjourn back
09:26 16   here and visit with anyone who has an excuse.
09:26 17            (Recess taken at 9:26 a.m.;
09:26 18             proceedings resumed at 9:33 a.m.)
09:33 19       THE COURT:  Okay, let's go through these and let
09:33 20   me share my initial thoughts with you.
09:33 21       The first one is J.D.  I would inquire of this
09:33 22   prospective juror.  Let the jurors know our schedule.  Never
09:33 23   go more than an hour and a half.  See if that would meet
09:33 24   this person's needs.  If somebody wants to be excused, I'll
09:34 25   just tell them to raise their hand.  Let's see about this

09:34   1   person's condition.

09:34   2          S.C., indicates there is a language issue.  I will

09:34   3   have some conversation with him and make some judgments on

09:34   4   that.

09:34   5          A.O., oral surgery, first of three appointments.

09:34   6   I would be inclined to excuse this person.

09:34   7          MR. STEWARD:  Agreed from the defense, Your Honor.

09:34   8          MR. SAGEL:  Yes, Your Honor.  Same.

09:34   9          THE COURT:  Okay.  Well, we won't even bring her

09:34  10   in.

09:34  11          The last one is S.H.  My company will not pay for

09:34  12   jury duty beyond the first day.  I will inquire of this

09:34  13   person what the annual household income is.  Depending on

09:34  14   what it is, I will excuse or not excuse the person.

09:35  15          MR. SAGEL:  Just out of curiosity, we have a very

09:35  16   large pool, so I'm not as concerned, but does Your Honor

09:35  17   inquire who the company is.  I know a couple of your

09:35  18   colleagues obviously do.

09:35  19          THE COURT:  No.  I mean, the two biggest

09:35  20   employers, Disney pays and Boeing pays.  Boeing is here in a

09:35  21   much smaller presence, but they have been our two largest

09:35  22   employers and they pay.  I think it puts the prospective

09:35  23   juror in an awkward position if the Court intervenes.

09:35  24          Okay.

09:36  25          (Pause in proceedings)

09:37  1              THE COURT:  Do you want to walk quickly through
09:37  2      these with me?
09:37  3              The first one is B.S.  I know the defendant's
09:37  4      daughter.  My daughter and his --
09:37  5              MR. SAGEL:  -- play on the same tennis team.
09:37  6              THE COURT:  Okay.  Thoughts?
09:37  7              MR. SAGEL:  I would ask for some inquiry on that,
09:37  8      Your Honor.
09:37  9              THE COURT:  Okay.  D.R.  I'm a teacher for Long
09:37 10      Beach.  I would be inclined to excuse her.
09:38 11              Either that, or if she is kept, I would release
09:38 12      her for the training if she's in fact seated on the jury.
09:38 13              B.B.  We need to find out what his reason is.
09:38 14              E.D.  Out of state in July.  We need to talk to
09:38 15      him.
09:38 16              A.R.  Let's find out the particulars.  If that
09:38 17      person is kept, I'd let her go.  It's a once-in-a-lifetime
09:38 18      experience to take your son or daughter to college.
09:38 19              R.G.  Out of town, prebooked vacation August 16.
09:39 20      We need to talk to her as well.
09:39 21              Do you need some more time to look at these?
09:39 22              MR. STEWARD:  No.
09:39 23              MR. SAGEL:  The only one we're excusing outright
09:39 24      is A.O.?
09:39 25              THE COURT:  Right.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:39   1                    Okay.  Let's begin with J.D.

09:39   2                    (Prospective juror enters courtroom)

09:39   3              THE COURT:  Good morning, sir.

09:40   4              PROSPECTIVE JUROR:  Good morning.

09:40   5              THE COURT:  You may be seated.

09:40   6              PROSPECTIVE JUROR:  Thank you.

09:40   7              THE COURT:  And the second question is where do

09:41   8    you currently live?

09:41   9              PROSPECTIVE JUROR:  We moved temporarily to

09:41   10   Riverside.  I used to live in Orange County, Irvine.

09:41   11             THE COURT:  Are you still a resident of Orange

09:41   12   County, though?

09:41   13             PROSPECTIVE JUROR:  Yes, but our house in Irvine

09:41   14   is a lease, so we moved to my daughter's house, which is in

09:41   15   Riverside.

09:41   16             THE COURT:  But you are still registered to vote

09:41   17   here?

09:41   18             PROSPECTIVE JUROR:  Yes.

09:41   19             THE COURT:  You didn't register to vote in

09:41   20   Riverside?

09:41   21             PROSPECTIVE JUROR:  No, I never vote there.  Only

09:41   22   in Irvine.

09:41   23             THE COURT:  Our trial day is usually 9:00 to

09:41   24   12:00, and we take a 15-minute break about 10:30.  And then

09:41   25   in the afternoon we go from 1:30 to 4:30, again a 15-minute

09:41   1    break about 3:00.  So we go about an hour, hour and 20 hour,

09:42   2    hour and 30 at a stretch.  If somebody needs to take a break

09:42   3    in between, I tell the jurors just raise your hand.  No big

09:42   4    deal.  We will take a break.  Would that suit your personal

09:42   5    physical needs?

09:42   6              PROSPECTIVE JUROR:  It could, but my traveling

09:42   7    from Riverside to here is about more than an hour at 6:00 in

09:42   8    the morning.

09:42   9              THE COURT:  That's a good time.

09:42   10             PROSPECTIVE JUROR:  I know, but still I arrive

09:42   11   here, like, at 8:00.

09:42   12             THE COURT:  Okay.

09:42   13             Any questions for Mr. J.D.?

09:42   14             MR. STEWARD:  Not for the defense.

09:42   15             MR. SAGEL:  No.

09:42   16             THE COURT:  Sir, would you just wait outside.

09:42   17             PROSPECTIVE JUROR:  Am I done?

09:42   18             THE COURT:  No, not yet.

09:42   19             (Prospective juror exits courtroom)

09:42   20             THE COURT:  There are other places in the county

09:43   21   that have an hour commute.  What are your thoughts?

09:43   22             MR. STEWARD:  My thought was he's got kind of a

09:43   23   double whammy with the diabetes and the drive.  If he had

09:43   24   just one of either of those problems, I would say to keep

09:43   25   him.  But I would suggest the combination is probably too

09:43  1   much.

09:43  2              MR. SAGEL:  I don't think it's necessary, but we

09:43  3   will defer to the Court.

09:43  4              THE COURT:  Okay.  We will excuse Mr. J.D.

09:43  5              THE CLERK:  S.C. will be the next person.  He is

09:43  6   in the rest room right now.

09:44  7              THE COURT:  Okay.

09:44  8              THE CLERK:  I'll tell Mr. J.D. he's excused.

09:44  9              THE COURT:  Let me just thank him.

09:44  10             THE CLERK:  Okay.

09:44  11             (Prospective juror reenters courtroom)

09:45  12             THE COURT:  Mr. J.D., thank you for coming down

09:45  13   today.  I'm going to excuse you.  Have a good day.

09:45  14             (Prospective juror exits courtroom)

09:45  15             THE COURT:  We need to go back out there and read

09:46  16   the statement.

09:46  17             MR. SAGEL:  Which is arguably more efficient, but

09:46  18   at least for the people who aren't going to be staying --

09:46  19             (Prospective juror enters courtroom)

09:46  20             THE COURT:  Good morning, Mr. S.C.

09:46  21             PROSPECTIVE JUROR:  Hi.

09:46  22             THE COURT:  Sir, what do you do?

09:46  23             PROSPECTIVE JUROR:  Handyman/construction.

09:46  24             THE COURT:  How long have you been speaking

09:46  25   English?

| | | |
|---|---|---|
| 09:46 | 1 | PROSPECTIVE JUROR:  I speak Korean. |
| 09:46 | 2 | THE COURT:  How long have you been speaking |
| 09:46 | 3 | English? |
| 09:46 | 4 | PROSPECTIVE JUROR:  Twenty to 30 years. |
| 09:46 | 5 | THE COURT:  Okay.  And how long have you been in |
| 09:46 | 6 | the United States? |
| 09:46 | 7 | PROSPECTIVE JUROR:  30 years. |
| 09:46 | 8 | THE COURT:  And when did you get naturalized? |
| 09:47 | 9 | PROSPECTIVE JUROR:  No. |
| 09:47 | 10 | THE COURT:  But you're a citizen, right? |
| 09:47 | 11 | PROSPECTIVE JUROR:  Yes. |
| 09:47 | 12 | THE COURT:  When did you get naturalized? |
| 09:47 | 13 | PROSPECTIVE JUROR:  2003. |
| 09:47 | 14 | THE COURT:  Okay.  Do you regularly read anything |
| 09:47 | 15 | in English? |
| 09:47 | 16 | PROSPECTIVE JUROR:  Yes. |
| 09:47 | 17 | THE COURT:  What do you regularly read? |
| 09:47 | 18 | PROSPECTIVE JUROR:  Internet. |
| 09:47 | 19 | THE COURT:  Okay.  In English? |
| 09:47 | 20 | PROSPECTIVE JUROR:  Yes. |
| 09:47 | 21 | THE COURT:  Okay.  Do you watch television? |
| 09:47 | 22 | PROSPECTIVE JUROR:  Not too much. |
| 09:47 | 23 | THE COURT:  Okay.  You don't watch any |
| 09:47 | 24 | English-language shows? |
| 09:47 | 25 | PROSPECTIVE JUROR:  No. |

| | | |
|---|---|---|
| 09:47 | 1 | THE COURT:  News? |
| 09:47 | 2 | PROSPECTIVE JUROR:  Sometimes I watch the news. |
| 09:47 | 3 | THE COURT:  How do you get your news regularly? |
| 09:47 | 4 | PROSPECTIVE JUROR:  By the Internet, the |
| 09:47 | 5 | newspaper. |
| 09:47 | 6 | THE COURT:  Okay.  Who are your customers? |
| 09:47 | 7 | PROSPECTIVE JUROR:  Mostly Asian customers. |
| 09:48 | 8 | THE COURT:  In dealing with your customers, do you |
| 09:48 | 9 | have to speak English? |
| 09:48 | 10 | PROSPECTIVE JUROR:  No. |
| 09:48 | 11 | THE COURT:  Do you have any hobbies? |
| 09:48 | 12 | PROSPECTIVE JUROR:  Fishing. |
| 09:48 | 13 | THE COURT:  Okay.  Are there parts of your life |
| 09:48 | 14 | where you interact with people who speak English regularly? |
| 09:48 | 15 | PROSPECTIVE JUROR:  No. |
| 09:48 | 16 | THE COURT:  Who would like to ask any questions? |
| 09:48 | 17 | MR. SAGEL:  No, Your Honor. |
| 09:48 | 18 | MR. STEWARD:  None from the defense, Your Honor. |
| 09:48 | 19 | THE COURT:  Thank you, sir. |
| 09:48 | 20 | (Prospective juror exits courtroom) |
| 09:48 | 21 | THE COURT:  Thoughts? |
| 09:48 | 22 | MR. SAGEL:  He appeared to understand each and |
| 09:48 | 23 | every question Your Honor asked with the exception of one, |
| 09:48 | 24 | which I think was just a misunderstanding and not a language |
| 09:48 | 25 | issue.  When you repeated it, he did understand it then.  I |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:49  1   don't think he should be struck.

09:49  2              MR. STEWARD:  Agreed.

09:49  3              THE COURT:  Okay.  My theory is you don't have to

09:49  4   speak perfect king's English to be a juror as long as you

09:49  5   understand the essence of what's going on.  I think with one

09:49  6   exception his answers were responsive.

09:49  7              THE CLERK:  The next one is S.H.

09:49  8              (Prospective juror enters courtroom)

09:49  9              THE COURT:  Good morning.

09:50  10             PROSPECTIVE JUROR:  Good morning.

09:50  11             THE COURT:  Thank you for coming down to the

09:50  12  courthouse today.

09:50  13             You indicate that your employer just pays for the

09:50  14  first day?

09:50  15             PROSPECTIVE JUROR:  Yeah, it only pays for the

09:50  16  first day, for today.

09:50  17             THE COURT:  Okay.  Are there any other wage

09:50  18  earners in your household?

09:50  19             PROSPECTIVE JUROR:  Yes, but I am the primary.  My

09:50  20  spouse also makes money.

09:50  21             THE COURT:  What is your average annual household

09:50  22  income?

09:50  23             PROSPECTIVE JUROR:  About $130,000 a year.

09:51  24             THE COURT:  What do you do for a living?

09:51  25             PROSPECTIVE JUROR:  I work with medical students.

09:51    1    I coordinate medical students from the hospital.  And

09:51    2    actually I'm the only person in my company that does that

09:51    3    job, too.

09:51    4              THE COURT:  What happens if you go on vacation?

09:51    5              PROSPECTIVE JUROR:  Chaos.  I haven't taken a

09:51    6    vacation since -- I have taken one vacation since I started

09:51    7    this job.

09:51    8              THE COURT:  How long has that been?

09:51    9              PROSPECTIVE JUROR:  Almost two years.

09:51   10              THE COURT:  Any questions?

09:51   11              MR. STEWARD:  No, Your Honor.

09:51   12              MR. SAGEL:  No, Your Honor.

09:51   13              THE COURT:  Thank you.  We'll get back to you in

09:51   14    just a second.

09:51   15              (Prospective juror exits courtroom)

09:51   16              THE COURT:  That's a hardship, but I'm not

09:51   17    inclined to excuse her.

09:51   18              MR. SAGEL:  We agree.

09:51   19              MR. STEWARD:  Agreed, Your Honor.

09:52   20              THE CLERK:  B.S.

09:52   21              THE COURT:  Why don't we stop here and go back and

09:52   22    let me read that.  I want to get those people that have not

09:52   23    heard this before, before they complete the questionnaire.

09:52   24    It will just take a bit.

09:52   25              (Pause in proceedings)

09:54   1          THE COURT:  This is a summary of the charges which
09:54   2   the government makes in Counts 1 through 10 of the
09:54   3   Indictment, the document that charges Michael John Avenatti
09:54   4   with certain crimes.  This summary is not evidence and
09:54   5   proves nothing.  It is simply provided to offer context for
09:54   6   the questionnaire you will be asked to complete and for
09:54   7   questions you may be asked in person in open court as part
09:54   8   of the jury selection process.
09:54   9          The government has charged Avenatti with ten
09:54   10   counts of wire fraud.  Avenatti denies all charges and has
09:54   11   pled not guilty.  He is presumed innocent of the charges
09:54   12   against him, and it is the government's burden to prove
09:55   13   beyond a reasonable doubt that he committed these crimes.
09:55   14   Unless and until the government does so, he is presumed
09:55   15   innocent.
09:55   16          According to the government, during the relevant
09:55   17   time period, Avenatti was an attorney licensed to practice
09:55   18   law in the State of California, and provided legal services
09:55   19   to clients in exchange for attorneys' fees.  The government
09:55   20   claims that Avenatti practiced law through his law firms,
09:55   21   Eagan Avenatti, LLP ("EA LLP") and Avenatti & Associates,
09:55   22   APC ("A&A"), which were principally located in Newport Beach
09:55   23   and Los Angeles, California.
09:55   24          The government asserts that beginning as early as
09:55   25   in or about January 2015 and continuing through at least in

09:55    1    or about March 2019, Avenatti knowingly and with intent to

09:55    2    defraud, devised, participated in, and executed a scheme to

09:56    3    defraud victim-clients to whom defendant Avenatti had agreed

09:56    4    to provide legal services, namely, Geoffrey Johnson, Alexis

09:56    5    Gardner, Gregory Barela, Michelle Phan, and Long Tran, and

09:56    6    to obtain money and property from such victim-clients by

09:56    7    means of material false and fraudulent pretenses,

09:56    8    representations, and promises, and the concealment of

09:56    9    material facts that Avenatti had a duty to disclose

09:56   10    according to the government.

09:56   11         The government maintains that Avenatti operated a

09:56   12    fraudulent scheme by taking the following actions.  first,

09:56   13    he would negotiate on behalf of a client a settlement that

09:56   14    would require the payment of funds to the client; then, he

09:56   15    would misrepresent, conceal, and falsely describe to the

09:56   16    client the true terms of the settlement and/or the

09:56   17    disposition of the settlement proceeds; next, he would cause

09:56   18    the settlement proceeds to be deposited into a bank account

09:57   19    that Avenatti controlled; he would then embezzle and

09:57   20    misappropriate settlement proceeds to which he was not

09:57   21    entitled; and finally, he would lull the client to prevent

09:57   22    the client from discovering his embezzlement and

09:57   23    misappropriation by, among other things, falsely denying

09:57   24    that the settlement proceeds had been paid, sending funds to

09:57   25    the client under the false pretense that such funds were

09:57  1    "advances" on the purportedly yet-to-be received settlement

09:57  2    proceeds, and falsely claiming that payment of settlement

09:57  3    proceeds to the client had been delayed for legitimate

09:57  4    reasons and would occur at a later time.

09:57  5            At this point, these are mere allegations by the

09:57  6    government that have yet to be proven with any evidence.

09:57  7    Avenatti, as is his right, disputes the government's

09:57  8    allegations and maintains his innocence.

09:57  9            I remind you that this summary is not evidence and

09:58  10   proves nothing.  Avenatti is presumed innocent of the

09:58  11   charges against him, and it is the government's burden to

09:58  12   prove beyond a reasonable doubt that he committed these

09:58  13   crimes.  Unless and until the government does so, he is

09:58  14   presumed innocent.

09:58  15           My apologies for not reading this earlier, but

09:58  16   this should give you some context for filling out the

09:58  17   questionnaires.  Thank you.

09:58  18               (Pause in proceedings)

09:58  19               THE CLERK:  This is B.S.

09:58  20               (Prospective juror enters courtroom)

10:00  21               THE COURT:  Good morning, sir.

10:00  22               PROSPECTIVE JUROR:  Good morning.

10:00  23               THE COURT:  You indicate that you know

10:00  24   Mr. Avenatti's daughters.

10:00  25               PROSPECTIVE JUROR:  Correct -- one of them.

| | | |
|---|---|---|
| 10:00 | 1 | THE COURT:  Tell me about that, please. |
| 10:00 | 2 | PROSPECTIVE JUROR:  Our daughters play on the same |
| 10:00 | 3 | tennis team at Corona Del Mar High School.  I just didn't |
| 10:00 | 4 | know if that was going to be a conflict of interest. |
| 10:00 | 5 | THE COURT:  Have you ever met Mr. Avenatti? |
| 10:00 | 6 | PROSPECTIVE JUROR:  No. |
| 10:00 | 7 | THE COURT:  How close are your daughter and his |
| 10:00 | 8 | daughter? |
| 10:00 | 9 | PROSPECTIVE JUROR:  They're on the same team. |
| 10:00 | 10 | They're very close. |
| 10:00 | 11 | THE COURT:  Okay.  Six or eight girls total for |
| 10:00 | 12 | the team? |
| 10:00 | 13 | PROSPECTIVE JUROR:  No.  There is probably 15 |
| 10:00 | 14 | girls on the team. |
| 10:00 | 15 | THE COURT:  Do you feel that the fact that you |
| 10:00 | 16 | have had some contact and know his daughter would have any |
| 10:00 | 17 | bearing on how you approach your duties in this case? |
| 10:00 | 18 | PROSPECTIVE JUROR:  No. |
| 10:00 | 19 | THE COURT:  Okay. |
| 10:00 | 20 | Defense, any questions? |
| 10:01 | 21 | MR. STEWARD:  No, Your Honor. |
| 10:01 | 22 | MR. SAGEL:  Do you know his daughter that just |
| 10:01 | 23 | graduated from high school, or what age? |
| 10:01 | 24 | PROSPECTIVE JUROR:  The one that just -- she knows |
| 10:01 | 25 | both of them, the one that just graduated and went to |

| | | |
|---|---|---|
| 10:01 | 1 | college.  And then there's a younger one, Nicole, that's |
| 10:01 | 2 | still on the team. |
| 10:01 | 3 | MR. SAGEL:  Thank you. |
| 10:01 | 4 | THE COURT:  Thank you, sir.  If you would just |
| 10:01 | 5 | stand by, please. |
| 10:01 | 6 | (Prospective juror exits courtroom) |
| 10:01 | 7 | THE COURT:  I wouldn't be inclined to excuse him |
| 10:01 | 8 | based on that fact alone. |
| 10:01 | 9 | MR. STEWARD:  Agreed, Your Honor. |
| 10:01 | 10 | MR. SAGEL:  I agree. |
| 10:01 | 11 | THE CLERK:  Next is D.R. |
| 10:02 | 12 | THE DEFENDANT:  Your Honor, after this juror can I |
| 10:02 | 13 | just go to the bathroom real quick? |
| 10:02 | 14 | THE COURT:  Sure. |
| 10:02 | 15 | THE DEFENDANT:  I didn't know if I could leave. |
| 10:02 | 16 | THE COURT:  Thank you for asking.  I think there |
| 10:02 | 17 | is a rest room right over there somewhere. |
| 10:02 | 18 | (Prospective juror enters courtroom) |
| 10:02 | 19 | THE COURT:  Good morning, Ms. D.R. |
| 10:02 | 20 | PROSPECTIVE JUROR:  Hello. |
| 10:02 | 21 | THE COURT:  This is mandatory training you have |
| 10:02 | 22 | got? |
| 10:02 | 23 | PROSPECTIVE JUROR:  The district is requiring it. |
| 10:02 | 24 | It's equity training.  Honestly if the Court could give me |
| 10:02 | 25 | something saying I have to be here instead of there, I |

```
10:03   1    wouldn't be mad about it.
10:03   2            THE COURT:  Well, what would you like to do if you
10:03   3    had your druthers?
10:03   4            PROSPECTIVE JUROR:  I would rather be here.
10:03   5            THE COURT:  You may or may not serve on this case.
10:03   6    And, you know, depending on how long this trial lasts, you
10:03   7    may be able to go to these classes anyway.
10:03   8            PROSPECTIVE JUROR:  I would rather be here.  I
10:03   9    think this whole process is fascinating.  I have never
10:03   10   served before.  I received my first summons in Las Vegas
10:03   11   like a week after my 18th birthday.  And I've never gotten
10:03   12   called, so --
10:03   13           THE COURT:  Okay.  Well, let me visit with counsel
10:03   14   for a minute.
10:03   15           PROSPECTIVE JUROR:  Okay.
10:03   16           (Prospective juror exits courtroom)
10:03   17           THE COURT:  I would write a letter to her employer
10:03   18   saying she is on jury duty and she needs to be here.
10:03   19   Apparently it's not going to offend her.  Unless you have
10:04   20   any thoughts, I'm not inclined to excuse her.
10:04   21           MR. STEWARD:  Agreed, Your Honor.
10:04   22           MR. SAGEL:  Agreed.
10:04   23           THE COURT:  Okay.
10:04   24           THE CLERK:  Next would be B.B.
10:04   25           MR. SAGEL:  Your Honor --
```

| | | |
|---|---|---|
| 10:04 | 1 | THE COURT:  Go ahead, Mr. Avenatti. |
| 10:04 | 2 | THE DEFENDANT:  I will be quick, Your Honor. |
| 10:05 | 3 | (Pause in proceedings) |
| 10:05 | 4 | (Prospective juror enters courtroom) |
| 10:05 | 5 | THE COURT:  Good morning, Mr. B.B. |
| 10:06 | 6 | PROSPECTIVE JUROR:  Good morning. |
| 10:06 | 7 | THE COURT:  Sir, you said you are unable to serve. |
| 10:06 | 8 | Tell me about that. |
| 10:06 | 9 | PROSPECTIVE JUROR:  Well, it's 15 days that you |
| 10:06 | 10 | mentioned. |
| 10:06 | 11 | THE COURT:  Correct. |
| 10:06 | 12 | PROSPECTIVE JUROR:  I'm not even sure if my |
| 10:06 | 13 | company will pay me for 15 days to be on jury duty. |
| 10:06 | 14 | THE COURT:  Do you know one way or the other? |
| 10:06 | 15 | PROSPECTIVE JUROR:  No, I don't.  I have only |
| 10:06 | 16 | taken one day off for jury duty and they paid me, but I |
| 10:06 | 17 | don't know if there is a limit. |
| 10:06 | 18 | THE COURT:  Sir, could you go and make a phone |
| 10:06 | 19 | call and find out for us, please? |
| 10:06 | 20 | PROSPECTIVE JUROR:  Okay. |
| 10:06 | 21 | (Prospective juror exits courtroom) |
| 10:06 | 22 | THE CLERK:  Next is E.D. |
| 10:06 | 23 | (Prospective juror enters courtroom) |
| 10:06 | 24 | THE COURT:  Good morning, Mr. E.D. |
| 10:08 | 25 | PROSPECTIVE JUROR:  Good morning. |

```
10:08   1            THE COURT:  Sir, you indicate that you're going to
10:08   2    be out of state at the end of July for training with your
10:08   3    company?
10:08   4            PROSPECTIVE JUROR:  Yeah.  For work, we have a
10:08   5    program where we have to learn about new cars and technology
10:08   6    for our dealership.  They -- for our new electric cars, we
10:08   7    have certain training for it, and they scheduled me to do
10:08   8    that at the end of the month.
10:08   9            THE COURT:  It cannot be rescheduled?
10:08  10            PROSPECTIVE JUROR:  I can try, but I'm not too
10:08  11    sure.  They gave me that date.  They didn't work around my
10:08  12    schedule.
10:08  13            THE COURT:  Sir, I would like to see if your
10:08  14    employer can't accommodate you and see if you can be
10:08  15    rescheduled later in August or September.  So why don't you
10:08  16    try and make a phone call now.  If you can't get them today,
10:09  17    fill out the request, and you'll be invited back to tell us
10:09  18    what the result was tomorrow or the next day.
10:09  19            PROSPECTIVE JUROR:  Okay.
10:09  20            THE COURT:  Okay.  Thank you.
10:09  21            (Prospective juror exits courtroom)
10:09  22            THE CLERK:  A.R. will be next.
10:09  23            THE COURT:  Anybody have any thoughts on this one?
10:09  24            MR. STEWARD:  I would like to hear a little more,
10:09  25    Your Honor.
```

10:09  1          MR. SAGEL:  It appears to be a niece.  I don't

10:09  2  know their relationship, but it's a niece.

10:09  3          (Prospective juror enters courtroom)

10:10  4          THE COURT:  Good morning.

10:10  5          PROSPECTIVE JUROR:  Good morning.

10:10  6          THE COURT:  You indicate you're scheduled to move

10:10  7  your niece to Baylor in August?

10:10  8          PROSPECTIVE JUROR:  Yes.

10:10  9          THE COURT:  How close are you to your niece?

10:10  10          PROSPECTIVE JUROR:  Very close.  Her mother asked

10:10  11  me to go with her as support.  It's very emotional for her

10:10  12  mom, and I would like to be there to help her.

10:10  13          THE COURT:  Are there some particular

10:10  14  circumstances that make this different than just taking a

10:10  15  son or daughter off to college that contribute to the

10:10  16  emotional nature of it?

10:10  17          PROSPECTIVE JUROR:  Well, she's a single mom.  She

10:11  18  doesn't have a spouse to support her in this case.  We're

10:11  19  just very close, so -- she is not my sister, but we are so

10:11  20  close that they refer -- her children refer to me and my

10:11  21  husband as aunt and uncle, and we're just very involved with

10:11  22  each other's lives.

10:11  23          THE COURT:  How frequently do you see her?

10:11  24          PROSPECTIVE JUROR:  Oh, every weekend, if not more

10:11  25  throughout the week.

| | | |
|---|---|---|
| 10:11 | 1 | THE COURT:  Do they live close by? |
| 10:11 | 2 | PROSPECTIVE JUROR:  Yes. |
| 10:11 | 3 | THE COURT:  How far? |
| 10:11 | 4 | PROSPECTIVE JUROR:  About ten minutes away.  We're |
| 10:11 | 5 | in the same city. |
| 10:11 | 6 | THE COURT:  Any questions? |
| 10:11 | 7 | MR. STEWARD:  No, Your Honor. |
| 10:11 | 8 | MR. SAGEL:  No, Your Honor. |
| 10:11 | 9 | THE COURT:  Thank you.  Would you just stand by |
| 10:11 | 10 | for a moment, please. |
| 10:11 | 11 | (Prospective juror exits courtroom) |
| 10:11 | 12 | THE COURT:  We could be done by the 17th.  Your |
| 10:12 | 13 | thoughts? |
| 10:12 | 14 | MR. STEWARD:  I was just thinking about the fact |
| 10:12 | 15 | that the niece -- I assume this is her sister's mom.  As a |
| 10:12 | 16 | single parent, I think that adds a little bit to the |
| 10:12 | 17 | thoughts of the situation. |
| 10:12 | 18 | MR. SAGEL:  By our estimate, we believe we |
| 10:12 | 19 | probably would be done by then, but we will defer to the |
| 10:12 | 20 | Court.  I don't believe -- if this was happening in the next |
| 10:12 | 21 | two to three weeks, I think it would be of more concern. |
| 10:12 | 22 | But as of right now I don't think it's a basis to excuse |
| 10:12 | 23 | her. |
| 10:12 | 24 | THE COURT:  I'd likely release her. |
| 10:12 | 25 | MR. SAGEL:  Understood. |

| | | |
|---|---|---|
| 10:12 | 1 | THE COURT:  Okay.  I'll release her. |
| 10:12 | 2 | Would you ask her to come back in, please. |
| 10:13 | 3 | (Prospective juror reenters courtroom) |
| 10:13 | 4 | THE COURT:  I'm not going to excuse you at this |
| 10:13 | 5 | time.  If you are seated on the jury and we're still in |
| 10:13 | 6 | trial, I will likely release you to take the trip.  We're |
| 10:13 | 7 | going to have four alternates.  So you may be seated, but I |
| 10:13 | 8 | think you can count on going on this trip. |
| 10:13 | 9 | PROSPECTIVE JUROR:  Oh, that would be wonderful. |
| 10:13 | 10 | THE COURT:  Okay.  Thank you. |
| 10:13 | 11 | (Prospective juror exits courtroom) |
| 10:13 | 12 | THE CLERK:  And then the last one will be R.G. |
| 10:13 | 13 | THE COURT:  One unknown at this point is we don't |
| 10:13 | 14 | know where these folks are on the list.  It may be academic. |
| 10:13 | 15 | They will be seated anyway. |
| 10:15 | 16 | (Prospective juror enters courtroom) |
| 10:15 | 17 | THE COURT:  Good morning. |
| 10:15 | 18 | PROSPECTIVE JUROR:  Good morning. |
| 10:15 | 19 | THE COURT:  You indicate you have got a vacation |
| 10:15 | 20 | planned for the middle of August? |
| 10:15 | 21 | PROSPECTIVE JUROR:  I do.  It's my ten-year |
| 10:15 | 22 | wedding anniversary. |
| 10:15 | 23 | THE COURT:  Prepaid? |
| 10:15 | 24 | PROSPECTIVE JUROR:  Yes. |
| 10:15 | 25 | THE COURT:  Where are you going to go? |

10:15    1           PROSPECTIVE JUROR:  San Francisco, Lake Tahoe, and

10:15    2   Yosemite.

10:15    3           THE COURT:  Any questions?

10:15    4           MR. STEWARD:  No, Your Honor.

10:15    5           MR. SAGEL:  No, Your Honor.

10:15    6           THE COURT:  We will get back to you in just a

10:15    7   minute.

10:15    8         (Prospective juror exits courtroom)

10:16    9           THE COURT:  I'm inclined to excuse her.

10:16   10           MR. STEWARD:  Me as well, Your Honor.  Agreed.

10:16   11           MR. SAGEL:  Agree.  Yes.

10:16   12           THE COURT:  If we seat her on the jury and she's

10:16   13   worried about whether she can go, this is a big deal.  So

10:16   14   she will be excused.  Would you ask her to come in.

10:16   15           THE CLERK:  Yes.  And then the two gentlemen both

10:16   16   got hold of their employers, so I will bring them in one at

10:16   17   a time after.

10:16   18         (Prospective juror reenters courtroom)

10:16   19           THE COURT:  I'm going to excuse you.  I hope you

10:16   20   have a great tenth anniversary trip.  Thank you for coming

10:16   21   down today.

10:16   22           PROSPECTIVE JUROR:  Thank you.

10:16   23           THE CLERK:  I will bring back Mr. B.B.

10:16   24         (Prospective juror reenters courtroom)

        25

| | | |
|---|---|---|
| 10:16 | 1 | THE COURT:  Thank you for checking with your |
| 10:17 | 2 | employer. |
| 10:17 | 3 | PROSPECTIVE JUROR:  Yes. |
| 10:17 | 4 | THE COURT:  What did you find out? |
| 10:17 | 5 | PROSPECTIVE JUROR:  He told me that the most that |
| 10:17 | 6 | they've ever paid any employee is seven days.  They told me |
| 10:17 | 7 | to tell you they would pay for seven to nine days. |
| 10:17 | 8 | THE COURT:  Are you the only wage earner in your |
| 10:17 | 9 | house? |
| 10:17 | 10 | PROSPECTIVE JUROR:  No.  I have somebody on |
| 10:17 | 11 | disability that I live with, and he does receive social |
| 10:17 | 12 | security. |
| 10:17 | 13 | THE COURT:  Between the two of you what's your |
| 10:17 | 14 | approximate household income per year? |
| 10:17 | 15 | PROSPECTIVE JUROR:  Per year, mine is 72 and then |
| 10:17 | 16 | his is 30. |
| 10:18 | 17 | THE COURT:  Any questions? |
| 10:18 | 18 | MR. STEWARD:  Mr. B.B., what kind of work do you |
| 10:18 | 19 | do? |
| 10:18 | 20 | PROSPECTIVE JUROR:  I work for a promotional |
| 10:18 | 21 | company. |
| 10:18 | 22 | MR. STEWARD:  If you're not there, what happens, |
| 10:18 | 23 | for example, if you go on vacation? |
| 10:18 | 24 | PROSPECTIVE JUROR:  I'm also concerned about that |
| 10:18 | 25 | also.  Because of the pandemic a lot of people either didn't |

10:18  1   come back or they cut their jobs down.  Right now I'm the
10:18  2   only person who knows how to do what I'm doing, so I'm
10:18  3   concerned about that also.
10:18  4          MR. STEWARD:  So if you're not there, it doesn't
10:18  5   get done.
10:18  6          PROSPECTIVE JUROR:  Yeah.
10:18  7          THE COURT:  What kind of business is it?
10:18  8          PROSPECTIVE JUROR:  It's a promotional products
10:18  9   company.
10:18  10          THE COURT:  What does that mean?
10:18  11          PROSPECTIVE JUROR:  Products they just put logos
10:18  12   on and different types of those items.
10:18  13          THE COURT:  Any other questions?
10:18  14          Sir, would you just stand by.
10:18  15          (Prospective juror exits courtroom)
10:18  16          THE COURT:  Thoughts?
10:18  17          MR. STEWARD:  I suggest we excuse him, Your Honor.
10:19  18   You know, 70,000 in Southern California is not what it used
10:19  19   to be.  He's kind of a unique employee, it sounds like.
10:19  20          MR. SAGEL:  We would stipulate to his excusal,
10:19  21   Your Honor.
10:19  22          THE COURT:  Okay.
10:19  23          THE CLERK:  Then we have Mr. E.D. again.
10:19  24          THE COURT:  Ask him to come back in.
10:19  25          THE CLERK:  Mr. E.D., you can come in.

| | | |
|---|---|---|
| 10:19 | 1 | THE COURT:  Mr. B.B., I'm going to excuse you. |
| 10:19 | 2 | Thank you for coming down today.  We appreciate it. |
| 10:19 | 3 | (Prospective juror exits courtroom) |
| 10:19 | 4 | (Prospective juror enters courtroom) |
| 10:20 | 5 | THE COURT:  Thanks for checking with your |
| 10:20 | 6 | employer. |
| 10:20 | 7 | PROSPECTIVE JUROR:  Yeah.  So I didn't have any |
| 10:20 | 8 | luck unfortunately.  The date for training was given to us |
| 10:20 | 9 | back in May, but due to COVID it kept getting pushed back. |
| 10:20 | 10 | THE COURT:  What do you do? |
| 10:20 | 11 | PROSPECTIVE JUROR:  I work at a dealership. |
| 10:20 | 12 | THE COURT:  What do you do at the dealership? |
| 10:20 | 13 | PROSPECTIVE JUROR:  I work in the BDC, Business |
| 10:20 | 14 | Development Center. |
| 10:21 | 15 | THE COURT:  So I take it you need this training as |
| 10:21 | 16 | part of just doing your job with the new models? |
| 10:21 | 17 | PROSPECTIVE JUROR:  Correct, yeah.  I'm pretty |
| 10:21 | 18 | much the front line for our Service Department, the phone |
| 10:21 | 19 | calls and everything. |
| 10:21 | 20 | THE COURT:  What would happen if you missed this |
| 10:21 | 21 | course? |
| 10:21 | 22 | PROSPECTIVE JUROR:  I guess the information I give |
| 10:21 | 23 | to the customers wouldn't be up to what my knowledge could |
| 10:21 | 24 | be, I guess. |
| 10:21 | 25 | THE COURT:  Okay. |

```
10:21    1              MR. STEWARD:  What kind of cars?
10:21    2              PROSPECTIVE JUROR:  I work at a Porsche
10:21    3    dealership.
10:21    4              MR. STEWARD:  And you're going to get training on
10:21    5    electric Porsches?
10:21    6              PROSPECTIVE JUROR:  Yeah.  It's a new -- it's
10:21    7    called Python.
10:21    8              THE COURT:  Would you stand by for a minute,
10:21    9    please.
10:21   10              (Prospective juror exits courtroom)
10:22   11              THE COURT:  Thoughts?
10:22   12              MR. STEWARD:  My thought is keep him, Your Honor.
10:22   13    It sounds like kind of a hardship for him, but I think there
10:22   14    will also be other training for him.  And Porsche is a
10:22   15    pretty big company.  They must have other people.
10:22   16              MR. SAGEL:  I don't think there is enough to
10:22   17    excuse him at this point.
10:22   18              THE COURT:  Okay.  We will keep Mr. E.D.
10:22   19              THE CLERK:  Okay.
10:22   20              THE COURT:  I think that's all of them.
10:22   21              THE CLERK:  Yes.
10:22   22              THE COURT:  We have excused four people.
10:22   23              THE CLERK:  Yes.
10:22   24              THE COURT:  Okay.  I will direct these hardship
10:23   25    requests be marked as Court's A and sealed.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:23 | 1 | Anything else for now?  1:30? |
| 10:23 | 2 | THE CLERK:  1:30, yes. |
| 10:23 | 3 | MR. SAGEL:  Will you be calling me?  Calling the |
| 10:23 | 4 | law office? |
| 10:23 | 5 | THE CLERK:  I will be calling you -- or unless you |
| 10:23 | 6 | want to give me a number to call. |
| 10:23 | 7 | MR. SAGEL:  I just need to know if I need to be in |
| 10:23 | 8 | my office. |
| 10:23 | 9 | THE CLERK:  Just have your phone. |
| 10:23 | 10 | MR. SAGEL:  Okay. |
| 10:23 | 11 | THE COURT:  See you at 1:30. |
| 10:23 | 12 | (Recess taken at 10:23 a.m.; |
| 10:23 | 13 | proceedings resumed at 1:48 p.m.) |
| 10:23 | 14 | **(Prospective jurors not present)** |
| 01:48 | 15 | THE COURT:  Let me question the people in the |
| 01:48 | 16 | audience. |
| 01:48 | 17 | Have any of you been called for jury service |
| 01:48 | 18 | today? |
| 01:48 | 19 | MR. SAGEL:  All five of them are special agents |
| 01:48 | 20 | with the IRS. |
| 01:48 | 21 | THE COURT:  Okay.  Fine.  Thank you. |
| 01:48 | 22 | MR. SAGEL:  Or with the Department of Treasury for |
| 01:49 | 23 | clarification. |
| 01:49 | 24 | THE COURT:  Okay.  Thank you. |
| 01:49 | 25 | Mr. Avenatti has filed a document entitled |

01:49  1    "Defendant's Objection to Voir Dire Procedures.  Motion for
01:49  2    New Trial and Motion for Mistrial."
01:49  3            It's a fairly short motion.  Has the government
01:49  4    had enough time to read it?
01:49  5            MR. SAGEL:  We have reviewed it.  I don't know in
01:49  6    any depth, but we have reviewed it, Your Honor.
01:49  7            THE COURT:  Let me share my initial thoughts, and
01:49  8    then I'll be happy to hear each one of you.
01:49  9            A number of different challenges are made in this
01:49  10   document.  One, relief is sought on the basis of the Court
01:49  11   not giving the jurors admonition with regard to not doing
01:49  12   any fact finding or any studying.
01:49  13           The Court did not give such an admonition to the
01:49  14   panel that was here this morning.  I will give Proposed
01:49  15   Initial Instruction 13 to the folks who come in this
01:50  16   afternoon.  That's the standard instruction about keeping an
01:50  17   open mind and not doing any research.
01:50  18           I note that, one, no request for an instruction
01:50  19   was given.  I don't believe that the Court has a sua sponte
01:50  20   obligation to give that instruction, and thus I find no
01:50  21   basis for leave on the ground that the Court did not give
01:50  22   that instruction.
01:50  23           I think it's important to keep the focus on where
01:50  24   we are in this trial.  We have 150 jurors who were summoned,
01:50  25   75 this morning and 75 this afternoon.  I had previously

01:50  1    indicated that we were going to conduct two sessions, one

01:50  2    with the first 75 in the morning and one with the other 75

01:50  3    in the afternoon, and that we would do that down in the jury

01:51  4    assembly room.

01:51  5         We would do that for the purpose of as best

01:51  6    possible ensuring that we keep social distancing among the

01:51  7    jurors.  Mr. Avenatti and his counsel were present for that

01:51  8    and government counsel.

01:51  9         When we convened at 8:30 this morning, I observed

01:51  10   one person in the courtroom that might have been from the

01:51  11   press, but no one made a request today to participate in the

01:51  12   proceedings that were conducted in the jury assembly room.

01:51  13        No objection has been made previously to the fact

01:51  14   that we called the panel in 75 at a time.  That was done for

01:51  15   public health reasons, and I believe that that's a

01:51  16   reasonable accommodation.  When we get to the full-blown

01:52  17   voir dire -- well, when we get to the individual voir dire

01:52  18   and the full-blown voir dire, that will be done in this

01:52  19   courtroom and there will members of the public allowed to

01:52  20   attend.

01:52  21        Individual voir dire will be conducted just with

01:52  22   the witness, and the remainder of the panel will not be

01:52  23   exposed to it.  The reason for proceeding in that manner is

01:52  24   the Court doesn't wish to poison the panel with adverse or

01:52  25   prejudicial remarks which might be made by any juror.

01:52  1          I don't believe that the defendant has a right to

01:52  2   force the Court into a position when there is a potential

01:52  3   for poisoning the entire panel, so we will proceed in that

01:52  4   fashion.

01:52  5          When we get to the full voir dire on Friday

01:52  6   hopefully, the maximum number of jurors we can accommodate

01:53  7   for social distancing in the courtroom will be here, and the

01:53  8   balance will be down in the jury assembly room, and the

01:53  9   proceedings here will be broadcast to the jurors down there.

01:53  10  Thus every juror regardless of where he or she is will have

01:53  11  a full opportunity to hear the general voir dire.

01:53  12         If the defendant wishes an observer down in the

01:53  13  jury assembly room during that process, the Court will

01:53  14  certainly allow that.

01:53  15         The proceedings today are administrative, not

01:53  16  substantive, except for the discussion with the

01:53  17  approximately ten jurors that requested to be excused.  With

01:53  18  respect to the folks who requested to be excused this

01:53  19  afternoon, they'll be brought up here.  The courtroom is

01:53  20  open, and I will conduct further examination.

01:54  21         Given the ministerial nature of the proceedings

01:54  22  today, I don't believe it's a structural error or otherwise

01:54  23  an error that there may or may not have been members of the

01:54  24  public present this morning.

01:54  25         With those luminary remarks, I would be happy to

01:54  1   hear you, Mr. Steward.

01:54  2          MR. STEWARD:  Your Honor, just so we can establish

01:54  3   factually, it appeared that the room where we all were aside

01:54  4   from the main jury room was closed to the public.  Am I

01:54  5   correct?

01:54  6          THE COURT:  No member -- the door wasn't really

01:54  7   closed, but no member of the public attempted to come in.

01:54  8          MR. STEWARD:  Okay.  But like this morning, I

01:54  9   guess the question is:  Was it closed?  I understand that

01:55  10  nobody tried to come in, but was it closed to the public?

01:55  11         THE COURT:  We wouldn't have intended to allow the

01:55  12  public in for public health reasons.

01:55  13         MR. STEWARD:  That's fine, Your Honor.  Beyond

01:55  14  that, I submit.

01:55  15         THE COURT:  Okay.  The Court -- anything further,

01:55  16  Mr. Sagel?

01:55  17         MR. SAGEL:  I would also point out if Mr. Steward

01:55  18  wants to point things out for the record, in the courtroom

01:55  19  right now for an open public hearing for Mr. Avenatti, there

01:55  20  are zero people here other than the agents working on this

01:55  21  matter.  So even when it's open to the public, it doesn't

01:55  22  mean anybody's here.

01:55  23         THE COURT:  To the extent he has a right to have

01:55  24  the public here, he has the right to have the public here

01:55  25  whether they come or not.

01:55   1            All right.  I will modify the procedures we
01:55   2   engaged in today.  I will bring up the individual jurors who
01:56   3   request to be excused.  We will do that in this courtroom.
01:56   4   I will give the jurors this afternoon what is currently
01:56   5   Proposed Jury Instruction No. 13.
01:56   6            Other than that, I find no due process error.  I
01:56   7   find no violation of Mr. Avenatti's rights.  I decline to
01:56   8   dismiss the venire, and I decline to grant a new trial.
01:56   9            Anything further?
01:56   10           MR. STEWARD:  Not from the defense, Your Honor.
01:56   11           MR. SAGEL:  Nothing from the government.
01:56   12           THE COURT:  Okay.  Then let's go downstairs and
01:56   13   have a session.
01:56   14           THE CLERK:  They're not ready yet, Your Honor.
01:56   15           THE COURT:  Okay.  All right.
01:56   16           MR. SAGEL:  Just for our clarification, we are
01:56   17   going to go downstairs and then immediately come back up
01:56   18   here?
01:56   19           THE COURT:  Right.
01:56   20           MR. SAGEL:  Thank you, Your Honor.
01:57   21           THE COURT:  Any approximate estimate of the
01:57   22   questionnaires copied?
01:57   23           MR. SAGEL:  The first batch is already copied.
01:57   24   They're alphabetized, but from what I'm understanding,
01:57   25   they're waiting for the list to put them in order for you.

01:57  1          So, for example, the defense and the government

01:57  2   have our batches.  I don't know what they're doing.  We're

01:57  3   just reading through them on our own not knowing what order

01:57  4   they're going to be called in.  As soon as we get the list,

01:57  5   we can then put them in the order for you.

01:57  6          We can obviously provide Your Honor with the first

01:57  7   approximate 75.  They're currently in alphabetical order,

01:57  8   which would make it easier to put them in order for you

01:57  9   later, but however Your Honor wants them.

01:57  10         THE COURT:  Let's discuss it when we finish up.

01:57  11         MR. SAGEL:  Okay.  Am I correct, Dean, you guys

01:57  12  have the one set already?

01:57  13         MR. STEWARD:  We have access to them.  I think

01:57  14  they're being copied at the Federal Defender's Office, but

01:57  15  we do have them.

01:58  16         THE COURT:  In other words, you were delivered a

01:58  17  complete set of this morning's questionnaires?

01:58  18         MR. STEWARD:  That's correct, Your Honor.

01:58  19         THE COURT:  Okay.  Then you can proceed as you

01:58  20  wish, but you have them.

01:58  21         MR. STEWARD:  Correct.

01:58  22         THE COURT:  Okay.  We'll be in recess until we go

01:58  23  downstairs.

01:58  24                  (Recess taken at 1:58 p.m.;

01:58  25                   proceedings resumed at 2:21 p.m.)

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

01:58  1               (Prospective jurors present)

02:21  2          THE COURT:  Good afternoon, ladies and gentlemen.

02:21  3  Welcome to federal court.  I want to thank you for coming

02:21  4  down here this afternoon.  We are about to begin to pick a

02:22  5  jury for a criminal case called United States versus Michael

02:22  6  John Avenatti.

02:22  7          In peacetime, the most important duty as citizens

02:22  8  beyond voting is jury service.  Our system of justice both

02:22  9  on the criminal and civil side simply does not work unless

02:22  10  ordinary people take time away from the workplace, home,

02:22  11  school, whatever your daily activity is, come down here and

02:22  12  listen to the evidence, and do your best to reach a verdict.

02:22  13          Our founding fathers thought this right was so

02:22  14  important that they put it in the Bill of Rights.  There are

02:22  15  very few countries on the face of the earth that have a jury

02:22  16  trial.  There are very few countries on the face of the

02:22  17  earth that trust their citizens to participate in the

02:22  18  justice process.

02:22  19          The founding fathers thought you had an important

02:22  20  role to play then and now, so I want to thank you regardless

02:22  21  of what your role is in this case.  Whether you simply

02:23  22  answer some questions today, perhaps come back tomorrow, or

02:23  23  are excused, I want to thank you for your service because

02:23  24  it's important, important for our Constitution that you are

02:23  25  exercising your rights and duties to come down here to the

02:23  1    courthouse.

02:23  2        Let me tell you what we are going to be doing over
02:23  3    the next day or so.  This afternoon you will be asked to
02:23  4    fill out a questionnaire.  There are no right or wrong
02:23  5    answers to the questionnaire.  Simply do your best and
02:23  6    answer as fully and completely as possible.

02:23  7        This will help us cut down the time that we spend
02:23  8    in the actual courtroom with all the jurors, getting down to
02:23  9    picking the final 12 jurors and four alternates.  So do your
02:23  10   best to be as complete as possible.  There is no wrong
02:23  11   answer.  Just answer as best you can and as truthfully and
02:23  12   faithfully as you can.

02:23  13       In order to give you some context for the
02:24  14   questions you will be asked, I have a short summary of the
02:24  15   case.

02:24  16       This is a summary of the charges which the
02:24  17   government makes in Counts 1 through 10 of the Indictment,
02:24  18   the document which charges Michael John Avenatti with
02:24  19   certain crimes.  This summary is not evidence and proves
02:24  20   nothing.  It is simply provided to offer context for the
02:24  21   questionnaire you will be asked to complete and for
02:24  22   questions you may be asked in person in court as part of the
02:24  23   jury selection process.

02:24  24       The government has charged Avenatti with ten
02:24  25   counts of wire fraud.  Avenatti denies all charges and has

02:24  1   pled not guilty.  He is presumed innocent of the charges

02:25  2   against him, and it is the government's burden to prove

02:25  3   beyond a reasonable doubt that he committed these crimes.

02:25  4   Unless and until the government does so, he is presumed

02:25  5   innocent.

02:25  6           According to the government, during the relevant

02:25  7   time period, Avenatti was an attorney licensed to practice

02:25  8   law in the State of California, and provided legal services

02:25  9   to clients in exchange for attorneys' fees.

02:25  10          The government claims that Avenatti practiced law

02:25  11  through his law firms, Eagan Avenatti, LLP ("EA LLP") and

02:25  12  Avenatti & Associates, APC ("A&A"), which were principally

02:25  13  located in Newport Beach and Los Angeles, California.

02:25  14          The government asserts that beginning as early as

02:25  15  in or about January 2015 and continuing through at least in

02:25  16  or about March 2019, Avenatti knowingly and with intent to

02:26  17  defraud, devised, participated in, and executed a scheme to

02:26  18  defraud victim-clients to whom defendant Avenatti had agreed

02:26  19  to provide legal services, namely, Geoffrey Johnson, Alexis

02:26  20  Gardner, Gregory Barela, Michelle Phan, and Long Tran, and

02:26  21  to obtain money and property from such victim-clients by

02:26  22  means of material false and fraudulent pretenses,

02:26  23  representations, and promises, and the concealment of

02:26  24  material facts that Avenatti had a duty to disclose

02:26  25  according to the government.

02:26   1          The government maintains that Avenatti operated

02:26   2   the fraudulent scheme by taking the following actions.

02:26   3   first, he would negotiate on behalf of the client a

02:26   4   settlement that would require the payment of funds to the

02:26   5   client; then, he would misrepresent, conceal, and falsely

02:26   6   describe to the client the true terms of the settlement

02:27   7   and/or disposition of the settlement proceeds; next, he

02:27   8   would cause the settlement proceeds to be deposited into a

02:27   9   bank account that Avenatti controlled; he would then

02:27   10  embezzle and misappropriate settlement funds to which he was

02:27   11  not entitled; and finally, he would lull the client to

02:27   12  prevent the client from discovering his embezzlement and

02:27   13  misappropriation by, among other things, falsely denying

02:27   14  that the settlement proceeds had been paid, sending funds to

02:27   15  the client under the false pretense that such funds were

02:27   16  "advances" on the purportedly yet-to-be received settlement

02:27   17  proceeds, and falsely claiming that payment of the

02:27   18  settlement proceeds to the client had been delayed for

02:27   19  legitimate reasons and would occur at a later time.

02:27   20          At this point, these are mere allegations by the

02:27   21  government that have yet to be proven with any evidence.

02:27   22  Avenatti, as is his right, disputes the government's

02:27   23  allegations and maintains his innocence.

02:27   24          I remind you that this summary is not evidence and

02:28   25  proves nothing.  Avenatti is presumed innocent of the

02:28   1    charges against him, and it is the government's burden to
02:28   2    prove beyond a reasonable doubt that he committed these
02:28   3    crimes.  Unless and until the government does so, he is
02:28   4    presumed innocent.
02:28   5            This case is expected to last through
02:28   6    approximately August 20, 2021.  I think you have already
02:28   7    been asked if you felt that you had a hardship for service
02:28   8    of that period.  A number of you filled out the forms.
02:28   9            If there is anyone else who would like to fill out
02:28   10   a form in light of your confirming what the likelihood is,
02:28   11   please feel free to ask for a form.  If you fill out a form,
02:28   12   I'll visit with you upstairs individually, and we'll discuss
02:28   13   your individual situation.
02:28   14           We are taking special precautions because of
02:29   15   COVID-19.  During the course of the trial, anyone who is
02:29   16   fully vaccinated has the option of wearing or not wearing a
02:29   17   mask, and we will try to socially space every individual in
02:29   18   the courtroom out so there is a minimal risk to folks.
02:29   19           We have only been able to do that down here to a
02:29   20   limited extent, but when we get the trial going and we are
02:29   21   in the courtroom, everyone will be socially spaced.
02:29   22           The right to determine whether to wear a mask will
02:29   23   also be true for the parties and their clients.  They have
02:29   24   the right if they wish to do so to wear a mask or not to
02:29   25   wear a mask if they are fully vaccinated.

02:29    1          You are not to draw any inference from the fact
02:29    2   that an individual has chosen to wear a mask, and you're not
02:29    3   to draw any adverse inference or make any assumption with
02:29    4   regard to that person.
02:29    5          Finally, I want to give you a little bit of
02:30    6   guidance as jurors in the case in advance even though you
02:30    7   are not formal jurors yet.  First, keep an open mind
02:30    8   throughout the trial and do not decide what the verdict
02:30    9   should be until you and your fellow jurors have completed
02:30   10   your deliberations at the end of the case.
02:30   11          For present purposes you have to make up your mind
02:30   12   on the basis of that summary.  As I indicated, it's just a
02:30   13   summary.
02:30   14          Because you must decide this case based solely on
02:30   15   the evidence received in the case and on my instructions as
02:30   16   to the law that applies, you must not be exposed to any
02:30   17   other information about the case or to the issues it
02:30   18   involves during the course of your jury duty until the end
02:31   19   of the case or unless I tell you otherwise.
02:31   20          Do not communicate with anyone in any way, and do
02:31   21   not let anyone else communicate with you in any way about
02:31   22   the merits of the case or anything to do with it.  This
02:31   23   restriction includes discussing the case in person, in
02:31   24   writing; by phone, tablet, or computer, or any other means
02:31   25   via e-mail, via text messaging, or internet chat room, blog,

02:31  1   website, or application, including but not limited to

02:31  2   Facebook, YouTube, Twitter, Instagram, Snapchat, TikTok, or

02:31  3   any other form of social media.

02:31  4          This regulation also applies to communicating with

02:31  5   your fellow jurors until I give you the case for your

02:31  6   deliberation, and it applies to communicating with everyone

02:31  7   else in your family including your family members, your

02:31  8   employer, the media or press, and the people involved in the

02:31  9   trial, although you may notify your family and your employer

02:32  10  that you have been seated as a juror in the case and how

02:32  11  long you expect the trial to last.

02:32  12          If you are asked or approached in any way about

02:32  13  your jury service or anything about this case, you must

02:32  14  respond that you have been ordered not to discuss the matter

02:32  15  and, in addition, you must report the contact to the Court.

02:32  16          Because you will receive all the evidence and

02:32  17  legal instruction you properly may consider to return a

02:32  18  verdict, do not read, watch, or listen to any news or media

02:32  19  accounts or commentary about this case or anything to do

02:32  20  with it.  Do not do any research such as consulting

02:32  21  dictionaries, searching the internet, or using other

02:32  22  reference materials, and do not make any investigation or in

02:32  23  any manner try to learn about the case on your own.

02:32  24          Do not visit or view any place discussed in the

02:32  25  case, and do not use the internet or any other resource to

02:32  1    search for or view any place discussed during the trial.

02:32  2            Do not do any research about this case, the law,

02:33  3    or the people involved including the parties, the witnesses,

02:33  4    or the lawyers until you have been excused as jurors.

02:33  5            If you happen to read or hear anything touching on

02:33  6    this case, turn away and report it to me as soon as

02:33  7    possible.  These rules protect each party's right to have

02:33  8    the case decided only on the evidence that has been

02:33  9    presented in court.

02:33  10           That concludes that, ladies and gentlemen.

02:33  11           Finally, let me introduce the parties and their

02:33  12   counsel.

02:33  13           Mr. Sagel.

02:33  14           MR. SAGEL:  Good afternoon.  I'm an Assistant

02:33  15   United States Attorney.  My name is Brett Sagel.  And with

02:33  16   me is Alexander Wyman.

02:33  17           MR. STEWARD:  I'm Dean Steward.  I'm Michael

02:33  18   Avenatti's lawyer.  And this is my client, Michael Avenatti.

02:34  19           THE COURT:  Okay.  I think we have concluded our

02:34  20   formalities.  Again, if you now think you have an excuse and

02:34  21   you didn't fill out a form, please ask for a form.

02:34  22           Please call in tonight to see whether you are

02:34  23   being asked to come back tomorrow.  I suspect some folks

02:34  24   will be asked to come back Thursday, and I expect everybody

02:34  25   to call in tomorrow night to see if you are requested to

02:34  1    come back Thursday.  I suspect everyone will be asked to

02:34  2    come back on Friday, not tomorrow.

02:34  3          The questionnaires haven't been passed out yet, so

02:35  4    you'll be writing on a clean slate.  Not to worry.

02:35  5          Okay.  Thank you, ladies and gentlemen.

02:35  6          The clerk will swear the panel at this time.

02:35  7          THE CLERK:  Will you all please stand and raise

02:35  8    your right hand.

02:35  9                (Prospective jurors sworn)

02:35  10         THE CLERK:  Thank you.  You can be seated.

02:35  11         THE COURT:  Okay.  Thank you, ladies and

02:35  12   gentlemen.

02:35  13                    (Recess taken at 2:35 p.m.;

02:35  14                     proceedings resumed at 2:52 p.m.)

02:35  15                (Prospective jurors not present)

02:35  16         THE COURT:  I want to add two things to the

02:35  17   observations I made in denying Mr. Avenatti's motion.  First

02:35  18   of all, as part of the normal greeting process to the

02:35  19   prospective jurors, Chief Justice Roberts covers in his

02:35  20   remarks social media and other topics:  "We, the people,

02:52  21   have the honor of jury service."  We can provide you an

02:52  22   email link to that if anybody wants to read it.  That was

02:53  23   played to the jurors.

02:53  24         In addition, the Clerk's Office has its own

02:53  25   introductory script.  If you would like, I will bring

02:53  1    Ms. Steele, the Deputy In-Charge, and put her in the box.
02:53  2    If she were to come and testify, she would confirm that she
02:53  3    read her standard script and that the standard script
02:53  4    includes the following:
02:53  5            "Do not let anyone else talk to you about the case
02:53  6    or about anyone who has anything to do with it.  If someone
02:53  7    does try to talk to you about it, you must immediately
02:53  8    report back to the Court or a member of the Court's staff.
02:53  9            "Do not read any news stories or articles nor
02:53  10   listen to or watch any radio or television reports about the
02:53  11   case or anyone involved with it in any way.  Do not browse
02:54  12   the internet for any information relating to the case or
02:54  13   research the case or the people involved by any means.
02:54  14           "This includes any electronic device such as
02:54  15   iPhones, iPads, androids, or other smart devices.  Do not
02:54  16   discuss the case with anyone involved with it or any other
02:54  17   person by phone or through e-mail, text messaging, social
02:54  18   media such as Twitter, Instagram, Snapchat, Facebook,
02:54  19   Periscope, Tumblr, Reddit, or any message boards."
02:54  20           I will have this extract marked as Court's B, and
02:54  21   I'll ask Ms. Bredahl to hand these out.  Is there anyone who
02:54  22   would like Ms. Steele to come up here and confirm that she
02:55  23   in fact read that to the jurors both this morning and this
02:55  24   afternoon?
02:55  25           MR. SAGEL:  The government doesn't think that's

02:55  1   necessary.

02:55  2         MR. STEWARD:  Agreed, Your Honor.  I believe

02:55  3   that's the third time today.

02:55  4         THE COURT:  What's the third time?

02:55  5         MR. STEWARD:  That I've agreed with the

02:55  6   government.

02:55  7         THE COURT:  All right.  Correction.  The video is

02:55  8   called Call to Service, but it's narrated by the Chief

02:55  9   Justice.  I believe had the Court done nothing further, that

02:55  10  would have been adequate to advise the jurors that they are

02:55  11  not to consult social media or do any research.

02:55  12        The fact that further specific instruction is not

02:55  13  read by the Court is fine.  I believe it's harmless.  In any

02:55  14  event, the Court read the instruction to the jury this

02:55  15  afternoon.

02:55  16        One further observation.  The session with the

02:55  17  approximately ten jurors that was conducted in the side room

02:55  18  resulted in the Court excusing four jurors and declining to

02:55  19  excuse the balance.  As reflected in the record of that

02:56  20  proceeding, Mr. Avenatti did not object to any juror being

02:56  21  excused, and Mr. Avenatti did not request the excuse of any

02:56  22  juror who the Court retained.

02:56  23        That summary will be confirmed by the Court

02:56  24  record.

02:56  25        Are we ready to visit with these folks?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

02:56  1          THE CLERK:  We are, Judge.  The first one will be
02:56  2  Mr. R.M.
02:57  3          THE COURT:  One further comment.  Ms. Bredahl
02:57  4  reported to me that Mr. Steward and Mr. Avenatti remained
02:57  5  down in the juror assembly room for approximately an hour.
02:57  6  I believe that they had access to the separate rooms in
02:57  7  which the jurors were filling out the questionnaires.
02:57  8          Mr. Steward, you are invited if you wish to have a
02:57  9  further inspector down there while the second set of jurors
02:57  10  are filling out their questionnaires.
02:57  11          MR. STEWARD:  We plan to do that, Your Honor, yes.
02:57  12  Thank you.
02:57  13          THE COURT:  Do you have one down there right now?
02:57  14          MR. STEWARD:  I'm sorry, Your Honor.  Are the
02:57  15  jurors filling out their questionnaires now?
02:57  16          THE COURT:  Yes.  So my point is Mr. Avenatti and
02:58  17  Mr. Steward were down there for a period this morning.  They
02:58  18  had, as far as I know, access to contiguous rooms in which
02:58  19  the jurors were filling out the questionnaires.
02:58  20          I assume if anything untoward had been observed,
02:58  21  it would have been brought to the Court's attention in case
02:58  22  there's other comments with regard to the proceedings this
02:58  23  morning that were brought to the Court's attention via the
02:58  24  motion that I ruled on this afternoon.
02:58  25          Thank you.

| | | |
|---|---|---|
| 02:58 | 1 | (Prospective juror enters courtroom) |
| 02:58 | 2 | THE COURT:  Good afternoon, Mr. R.M. |
| 02:59 | 3 | PROSPECTIVE JUROR:  Good afternoon. |
| 02:59 | 4 | THE COURT:  This is R.M. |
| 02:59 | 5 | Sir, I understand you just started a new job. |
| 02:59 | 6 | PROSPECTIVE JUROR:  Yes. |
| 02:59 | 7 | THE COURT:  Where?  With whom? |
| 02:59 | 8 | PROSPECTIVE JUROR:  I work at Valvoline. |
| 02:59 | 9 | THE COURT:  Where? |
| 02:59 | 10 | PROSPECTIVE JUROR:  What? |
| 02:59 | 11 | THE COURT:  Where do you work at? |
| 02:59 | 12 | PROSPECTIVE JUROR:  Valvoline. |
| 02:59 | 13 | THE COURT:  Oh, Valvoline.  Sorry. |
| 02:59 | 14 | Sir, did you have a gap in employment before |
| 02:59 | 15 | coming to this position? |
| 02:59 | 16 | PROSPECTIVE JUROR:  Before that I was just working |
| 02:59 | 17 | with my dad.  He was working at a mom and pop shop, and I |
| 02:59 | 18 | was just helping him out. |
| 02:59 | 19 | THE COURT:  Okay.  Is he still operating that |
| 02:59 | 20 | shop? |
| 02:59 | 21 | PROSPECTIVE JUROR:  No.  He hasn't been working |
| 02:59 | 22 | for a while.  For a while we were struggling.  A couple |
| 02:59 | 23 | months ago he fell off a ladder and broke both of his arms. |
| 02:59 | 24 | So right now he is at home, and my grandma is taking care of |
| 02:59 | 25 | him. |

02:59  1          THE COURT:  Sir, are you the only wage earner in
02:59  2  the house now?

03:00  3          PROSPECTIVE JUROR:  Yes.

03:00  4          THE COURT:  Tell me approximately what your annual
03:00  5  income is.

03:00  6          PROSPECTIVE JUROR:  Well, like I said, I just
03:00  7  started working like a month and a half ago.

03:00  8          THE COURT:  How much money do you make?

03:00  9          PROSPECTIVE JUROR:  Every two weeks I make about,
03:00  10  like, $1,100.

03:00  11          THE COURT:  Okay.

03:00  12          Any questions for Mr. R.M.?

03:00  13          MR. SAGEL:  Not from the government, Your Honor.

03:00  14          MR. STEWARD:  Not from the defense, Your Honor.

03:00  15          THE COURT:  Sir, if you would just go back in the
03:00  16  jury room for a second, I would appreciate it.

03:00  17          (Prospective juror exits courtroom)

03:00  18          THE COURT:  I'm going to excuse him on the basis
03:00  19  of hardship.  His two-week salary annualized comes out to
03:01  20  about 28,000 a year.

03:01  21          MR. SAGEL:  No objection, Your Honor.

03:01  22          MR. STEWARD:  No objection.

03:01  23          THE COURT:  Mr. R.M. will be excused.

03:01  24          THE CLERK:  Next is J.A.

03:01  25          (Prospective juror enters courtroom)

| | | |
|---|---|---|
| 03:01 | 1 | THE COURT:  Good afternoon. |
| 03:02 | 2 | PROSPECTIVE JUROR:  Pardon? |
| 03:02 | 3 | THE COURT:  Good afternoon. |
| 03:02 | 4 | PROSPECTIVE JUROR:  Good afternoon. |
| 03:02 | 5 | THE COURT:  It's hard to hear everybody with the |
| 03:02 | 6 | masks on through the plexiglass. |
| 03:02 | 7 | Are you currently being treated by a medical |
| 03:02 | 8 | person? |
| 03:02 | 9 | PROSPECTIVE JUROR:  I saw a counselor.  I go to UC |
| 03:03 | 10 | Davis.  I saw a counselor at the beginning of last year, but |
| 03:03 | 11 | I haven't gone back since.  I haven't been able to go in |
| 03:03 | 12 | person.  But I was seeing him but not anymore. |
| 03:03 | 13 | THE COURT:  How long have you been experiencing |
| 03:03 | 14 | anxiety? |
| 03:03 | 15 | PROSPECTIVE JUROR:  I was having panic attacks and |
| 03:03 | 16 | I was taken to the emergency room, but I haven't been |
| 03:03 | 17 | receiving constant treatment. |
| 03:03 | 18 | THE COURT:  What kind of things trigger these |
| 03:03 | 19 | events? |
| 03:03 | 20 | PROSPECTIVE JUROR:  It changes sometimes.  Certain |
| 03:03 | 21 | experiences with people.  Feeling guilty about things. |
| 03:03 | 22 | Being in trouble. |
| 03:03 | 23 | THE COURT:  Have you ever been a juror before? |
| 03:03 | 24 | PROSPECTIVE JUROR:  No. |
| 03:03 | 25 | THE COURT:  Have you ever watched a jury in |

03:03   1   person, not on television but in person?

03:03   2           PROSPECTIVE JUROR:  No.

03:03   3           THE COURT:  Okay.  In this trial, we'll have 12

03:04   4   jurors.  See those white pages around?  We'll have 12 jurors

03:04   5   and four alternates, and that's where those folks will be

03:04   6   sitting on the left side, your right.  And once we get the

03:04   7   trial going, we'll have members of the public.

03:04   8           How do you think you would react to being in that

03:04   9   situation?  We are here from 9:00 to 12:00 and 1:30 to 4:30.

03:04   10          PROSPECTIVE JUROR:  I think I would be very

03:04   11  panicked, especially since it's Michael Avenatti.

03:04   12          THE COURT:  Well, why is that?

03:04   13          PROSPECTIVE JUROR:  I've been reading about the

03:04   14  case.  I've watched him on the View and stuff like that, and

03:04   15  I don't feel comfortable making a judgment.

03:04   16          THE COURT:  Any questions from the government?

03:04   17          MR. SAGEL:  Nothing from the government, Your

03:04   18  Honor.

03:04   19          THE COURT:  Mr. Steward?

03:04   20          MR. STEWARD:  No, Your Honor.  Thank you.

03:05   21          (Prospective juror exits courtroom)

03:05   22          THE COURT:  I'm inclined to excuse her.  I think

03:05   23  her anxiety condition is real, that trials are not lightly

03:05   24  called trials, trials with everyone participating in them,

03:05   25  that combined with the fact that it appears that the high

03:05  1   profile nature of this case with Mr. Avenatti would cause

03:05  2   her further tension.  Based on all that it would be my

03:05  3   inclination to excuse her.

03:05  4              MR. SAGEL:  The government would agree, Your

03:05  5   Honor.

03:05  6              MR. STEWARD:  Your Honor, it doesn't sound like

03:05  7   she's under a doctor's care or medication or anything along

03:06  8   that line, so we would object to excusing her.

03:06  9              THE COURT:  Would you like to ask her further

03:06  10  questions?

03:06  11             MR. STEWARD:  Well, on the issues that I just

03:06  12  mentioned, I suppose I should ask her so we can be sure

03:06  13  about whether or not she is personally now under a doctor's

03:06  14  care, whether she is taking medication.

03:06  15             THE COURT:  I heard her say she hadn't been

03:06  16  counseling in some months.

03:06  17             MR. STEWARD:  I thought she said even longer than

03:06  18  that.  So if she's already said that, I think that supports

03:06  19  my objection.

03:06  20             THE COURT:  I'm going to excuse her.  I think her

03:06  21  condition combined with her suspicion of Mr. Avenatti's high

03:06  22  profile nature and the high profile nature of the case might

03:06  23  trigger some event, and I think that's sufficient to excuse

03:06  24  her.

03:06  25             Let me note for the record that this is an open

03:07  1    courtroom.  We have one person in the audience who I believe
03:07  2    is affiliated with one of the parties.  Other than that, the
03:07  3    courtroom is empty.
03:07  4              MR. STEWARD:  That's from the defense, Your Honor.
03:07  5    It's one of our paralegals, Barb Borelli.
03:07  6              THE COURT:  Welcome.
03:07  7              THE CLERK:  G.K.
03:07  8              (Prospective juror enters courtroom)
03:08  9              THE COURT:  Good afternoon, Mr. G.K.  Do you feel
03:08  10   that you are up to the physical stress that you have in the
03:08  11   early stages just from getting from the parking lot over to
03:08  12   the courtroom up here?
03:08  13             PROSPECTIVE JUROR:  I'm having trouble because I
03:08  14   had trouble getting here.
03:08  15             THE COURT:  Respiratory or what?
03:08  16             PROSPECTIVE JUROR:  It's mostly just my legs.
03:08  17             THE COURT:  Okay.  And you are 78 years old?
03:08  18             PROSPECTIVE JUROR:  Yes.
03:08  19             THE COURT:  Are you currently under the treatment
03:08  20   of a physician?
03:08  21             PROSPECTIVE JUROR:  Yes, but that's for something
03:08  22   different.  That's for my heart.
03:08  23             THE COURT:  Okay.
03:08  24             Any questions for Mr. G.K.?
03:08  25             MR. STEWARD:  Not from the defense, Your Honor.

03:09  1          MR. SAGEL:  Not from the government, Your Honor.

03:09  2          THE COURT:  Mr. G.K., would you just stand by for

03:09  3  a minute, please.

03:09  4          (Prospective juror exits courtroom)

03:09  5          THE COURT:  I'm inclined to excuse Mr. G.K.  He

03:09  6  described his physical symptoms, and I observed him walking

03:09  7  from the jury room to the lectern in a very halting fashion.

03:09  8  His breathing might have been labored a little bit, too.  I

03:10  9  think for physical reasons he needs to be excused.

03:10  10          MR. SAGEL:  Agreed, Your Honor.

03:10  11          MR. STEWARD:  Agreed.

03:10  12          THE COURT:  He will be excused.

03:10  13          THE CLERK:  C.S.

03:10  14          (Prospective juror enters courtroom)

03:11  15          THE COURT:  Good afternoon, Ms. C.S.

03:11  16          PROSPECTIVE JUROR:  Good afternoon.

03:11  17          THE COURT:  Thank you for coming down to the

03:11  18  courthouse.  You indicate you have had three to four

03:11  19  episodes.  Is there anything in particular that triggers

03:11  20  these?

03:11  21          PROSPECTIVE JUROR:  Food does, events, changing

03:11  22  barometric pressure.

03:11  23          THE COURT:  Are you currently under a physician's

03:11  24  care for this problem?

03:11  25          PROSPECTIVE JUROR:  Yes.

03:11  1            THE COURT:  Do you take regular medication or just
03:11  2   when you have an episode?
03:11  3            PROSPECTIVE JUROR:  Just for the episode.
03:11  4            THE COURT:  When you have an episode, how long
03:11  5   does this typically occur?
03:11  6            PROSPECTIVE JUROR:  When the medicine works, you
03:11  7   know, if it works, probably within a couple hours I start to
03:11  8   get relief.  And if the medicine doesn't work, then I just
03:11  9   go to bed and put the covers over my head.
03:11  10           THE COURT:  Is there anything about being in
03:12  11   public meetings or in a group of people that would trigger
03:12  12   an episode?
03:12  13           PROSPECTIVE JUROR:  It shouldn't, no.
03:12  14           THE COURT:  Does the government have any
03:12  15   questions?
03:12  16           MR. SAGEL:  Very briefly, Your Honor.
03:12  17           How long have you been suffering from these
03:12  18   migraines for?
03:12  19           PROSPECTIVE JUROR:  At least since I was a
03:12  20   teenager.
03:12  21           MR. SAGEL:  Have you ever served on a jury before?
03:12  22           PROSPECTIVE JUROR:  I have, yes.
03:12  23           MR. SAGEL:  How long did that jury service last
03:12  24   for?
03:12  25           PROSPECTIVE JUROR:  I have been on a couple.  One

03:12  1    was only a couple days.  Another one I think was maybe four

03:12  2    days.

03:12  3                MR. SAGEL:  Did you suffer any episodes during

03:12  4    those jury service times?

03:12  5                PROSPECTIVE JUROR:  No.  That was a long time ago.

03:12  6    They seem to come more often as I get older.

03:12  7                MR. SAGEL:  Thank you.

03:12  8                THE COURT:  Mr. Steward.

03:13  9                MR. STEWARD:  Just one or two, Your Honor.

03:13  10               Ma'am, when one hits you, I think you said at

03:13  11   times you have had to go to bed and pull the covers up, so

03:13  12   it hits you really hard.  Is that what you're telling us?

03:13  13               PROSPECTIVE JUROR:  Yeah.  I get nauseous,

03:13  14   vomiting.  Sometimes I lay on the bathroom floor so I can

03:13  15   avoid light and sound.

03:13  16               MR. STEWARD:  So you're pretty much debilitated

03:13  17   when it hits you?

03:13  18               PROSPECTIVE JUROR:  Yes.  That was my concern,

03:13  19   yes.

03:13  20               MR. STEWARD:  Thank you.  I appreciate it.

03:13  21               THE COURT:  So let me ask you this.  If you have a

03:13  22   typical attack while we were here at the courthouse, would

03:13  23   you be physically able to get home?

03:13  24               PROSPECTIVE JUROR:  That's a good question.  A lot

03:13  25   of times the medicine -- the way that it works depends on if

03:13   1   I have eaten something or not.  On an empty stomach it works

03:13   2   better.  I mean, I probably could.  I can't see as well

03:13   3   because the light --

03:14   4            THE COURT:  But how long does it take once you

03:14   5   take this medicine for it to begin working so that you could

03:14   6   get yourself home?

03:14   7            PROSPECTIVE JUROR:  Again, that depends on if I

03:14   8   have eaten or not.  On an empty stomach usually it works

03:14   9   between an hour or two hours to kick in.

03:14   10           THE COURT:  Okay.

03:14   11           Any further questions?

03:14   12           MR. SAGEL:  No, Your Honor.

03:14   13           MR. STEWARD:  No, Your Honor.

03:14   14           THE COURT:  Thank you.  We'll visit with you in a

03:14   15  little bit.  Thank you.

03:14   16           (Prospective juror exits courtroom)

03:14   17           THE COURT:  I'm inclined to excuse Ms. C.S.  If

03:14   18  she has three or four a month, it sounds highly likely that

03:14   19  she will have at least one during the course of the trial.

03:14   20  And even if the medicine works in an hour or two, she is

03:15   21  incapacitated and couldn't get herself home during that

03:15   22  period.  I think for her safety we should let her go.

03:15   23           MR. SAGEL:  Agreed, Your Honor.

03:15   24           MR. STEWARD:  Agreed.

03:15   25           THE COURT:  Okay.  She is excused.

| | | |
|---|---|---|
| 03:15 | 1 | THE CLERK:  J.B. |
| 03:15 | 2 | (Prospective juror enters courtroom) |
| 03:15 | 3 | THE COURT:  Good afternoon. |
| 03:16 | 4 | PROSPECTIVE JUROR:  Good afternoon. |
| 03:16 | 5 | THE COURT:  How is your arm doing?  Oh, I'm sorry. |
| 03:16 | 6 | That's your purse.  I thought you had an arm in a sling. |
| 03:16 | 7 | PROSPECTIVE JUROR:  No. |
| 03:16 | 8 | THE COURT:  Okay. |
| 03:16 | 9 | So do you work outside the home? |
| 03:16 | 10 | PROSPECTIVE JUROR:  I do not. |
| 03:16 | 11 | THE COURT:  Okay.  If you weren't there to attend |
| 03:16 | 12 | to your siblings, who would tend to them, if anyone? |
| 03:16 | 13 | PROSPECTIVE JUROR:  Well, then I have to pay for a |
| 03:16 | 14 | babysitter possibly or try and find some other way around |
| 03:16 | 15 | it. |
| 03:16 | 16 | THE COURT:  Do these children go to school? |
| 03:16 | 17 | PROSPECTIVE JUROR:  Not right now since it's |
| 03:16 | 18 | summer. |
| 03:17 | 19 | THE COURT:  Right.  Okay.  So school doesn't start |
| 03:17 | 20 | up until the end of August? |
| 03:17 | 21 | PROSPECTIVE JUROR:  Yes. |
| 03:17 | 22 | THE COURT:  Would the government like to ask any |
| 03:17 | 23 | questions? |
| 03:17 | 24 | MR. SAGEL:  Not at this time, Your Honor. |
| 03:17 | 25 | THE COURT:  Mr. Steward? |

03:17   1          MR. STEWARD:  May I ask, Ms. Bennett.  It sounds

03:17   2    like the childcare issues are on Monday and Wednesday?

03:17   3          PROSPECTIVE JUROR:  From what I know, that's

03:17   4    correct.

03:17   5          MR. STEWARD:  Okay.  From what you know, what do

03:17   6    you mean by that?

03:17   7          PROSPECTIVE JUROR:  One parent works in the ER as

03:17   8    a nurse, so I'm only needed Mondays and Wednesdays.  But

03:17   9    sometimes they need me other days, too.

03:17  10          MR. STEWARD:  Nothing further, Your Honor.

03:18  11          THE COURT:  Where is the other parent on Monday

03:18  12    and Wednesday?

03:18  13          PROSPECTIVE JUROR:  The other parent works at a

03:18  14    company called AAA, so outside of the home.

03:18  15          THE COURT:  Okay.  Normal work hours?

03:18  16          PROSPECTIVE JUROR:  Yes, normal work hours.

03:18  17          THE CLERK:  How do they get to school when they're

03:18  18    in school?

03:18  19          PROSPECTIVE JUROR:  Well, my mom takes them in the

03:18  20    morning early.  We then have daycare after school, before

03:18  21    school starts, or we have neighbors take them to the bus

03:18  22    stop.

03:18  23          THE COURT:  Okay.  Thank you.  We'll get back with

03:18  24    you in just a bit.

03:18  25          PROSPECTIVE JUROR:  Thank you.

03:18  1                (Prospective juror exits courtroom)

03:18  2                THE COURT:  Thoughts, Mr. Sagel?

03:19  3                MR. SAGEL:  I would say -- and I don't know if we

03:19  4     know the number is enough, but I feel like there's enough

03:19  5     there to say it would be a severe financial hardship for her

03:19  6     or her family, because obviously any money that she'd be

03:19  7     making as a juror is not going to compensate for days off

03:19  8     for babysitting expenses.  We would not object to her being

03:19  9     dismissed.

03:19  10               MR. STEWARD:  Your Honor, we would object.  It

03:19  11    sounds like the dad, the father, works.  I think she said he

03:19  12    works in an ER with varying hours.  It sounds like the

03:19  13    mother has -- she works for AAA and must have a pretty solid

03:19  14    job.  So we would object.

03:19  15               THE COURT:  I don't think this request is based on

03:19  16    finances.  It's rather the childcare issue.

03:19  17               MR. SAGEL:  And I misspoke when I said the

03:19  18    offsetting, but it's the childcare issue, that she was

03:19  19    saying that they would need to find substitute childcare.

03:20  20               THE COURT:  I'm going to excuse her.

03:20  21               By the way, she indicates that she is not trying

03:20  22    to be relieved from all jury service.  She said she would

03:20  23    like to come back after August.

03:20  24               (Prospective juror enters courtroom)

03:21  25               THE CLERK:  J.R.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

03:22    1                    THE COURT:  Good afternoon, Mr. J.R.

03:22    2                    PROSPECTIVE JUROR:  Good afternoon.

03:22    3                    THE COURT:  Thank you for coming down to the

03:22    4    courthouse.

03:22    5                    You indicate that you think you might have trouble

03:22    6    with the English?

03:22    7                    PROSPECTIVE JUROR:  Yeah.  It's kind of hard to

03:22    8    concentrate.  You know, I try to think about it, because my

03:22    9    first language is Spanish.

03:22   10                    THE COURT:  When I went downstairs, I read a brief

03:22   11    summary of the case.  Do you recall that?

03:22   12                    PROSPECTIVE JUROR:  I didn't understand.

03:22   13                    THE COURT:  Okay.  Remember I was reading

03:22   14    something for a while?

03:22   15                    PROSPECTIVE JUROR:  Oh, yeah.  Downstairs?

03:22   16                    THE COURT:  Yeah.

03:22   17                    PROSPECTIVE JUROR:  Yeah, I catch a few things.

03:22   18                    THE COURT:  Okay.  Part of it was describing a

03:22   19    little bit about what the case is about.

03:22   20                    PROSPECTIVE JUROR:  All I can say is is this case

03:22   21    a criminal case?

03:22   22                    THE COURT:  Yes.  Do you remember what the

03:22   23    government charges here?

03:23   24                    PROSPECTIVE JUROR:  Not really.

03:23   25                    THE COURT:  Sir, how many years have you been

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

03:23  1    speaking English?

03:23  2              PROSPECTIVE JUROR:  Well, I try to learn more, but

03:23  3    I still, you know --

03:23  4              THE COURT:  How many years have you been speaking

03:23  5    English?

03:23  6              PROSPECTIVE JUROR:  Oh, about 15, 20 years.

03:23  7              THE COURT:  Okay.  Are you employed?

03:23  8              PROSPECTIVE JUROR:  Yeah, I'm employed.

03:23  9              THE COURT:  As what?

03:23  10             PROSPECTIVE JUROR:  Truck driver.

03:23  11             THE COURT:  Okay.  And tell me, how much do you

03:23  12   interact with people as a truck driver?

03:23  13             PROSPECTIVE JUROR:  Well, not really too many

03:23  14   people because most of it I get on the computer or passenger

03:23  15   in the car.

03:23  16             THE COURT:  Do you do that in English, though?

03:23  17             PROSPECTIVE JUROR:  Pretty much.  Being in the car

03:24  18   with two gentlemen still.  And even before that I was, like,

03:24  19   a chef in the restaurant, and I had a real good

03:24  20   communication with some of them, and they speak only English

03:24  21   and we had a pretty good relationship.  But, you know, to me

03:24  22   it's hard to understand what did they say.

03:24  23             THE COURT:  Do you read English?

03:24  24             PROSPECTIVE JUROR:  Pretty much, but there's still

03:24  25   a lot of words I have to understand more than that.  Even

03:24  1    the writing, I feel kind of short on the writing.

03:24  2            THE COURT:  Do you read anything regularly in

03:25  3    English, like a newspaper?

03:25  4            PROSPECTIVE JUROR:  Yes.  I read the news on the

03:25  5    computer.  I really like it.  I really like it to be here

03:25  6    and help you guys, but, I mean, I still short.

03:25  7            THE COURT:  Do you get your news from the

03:25  8    internet?

03:25  9            PROSPECTIVE JUROR:  Yeah, from the internet and TV

03:25  10   sometimes.

03:25  11           THE COURT:  What channels?

03:25  12           PROSPECTIVE JUROR:  Nine.

03:25  13           THE COURT:  KCAL-9?

03:25  14           PROSPECTIVE JUROR:  Yes.

03:25  15           THE COURT:  Okay.

03:25  16           Any questions on the part of the government?

03:25  17           MR. SAGEL:  No, Your Honor.

03:25  18           THE COURT:  Mr. Steward?

03:25  19           MR. STEWARD:  No, Your Honor.

03:25  20           THE COURT:  Thank you, sir.  We will be back to

03:25  21   you in just a minute.

03:25  22           PROSPECTIVE JUROR:  Thank you.

03:25  23           (Prospective juror exits courtroom)

03:26  24           THE COURT:  I don't think he meets the minimum

03:26  25   threshold.  Some of his responses to my questions or answers

03:26   1   to my questions in response -- some weren't -- he wasn't

03:26   2   able to tell us what this case is about even in the most

03:26   3   general terms but did know that it was criminal.  I would be

03:26   4   inclined to excuse him for the language deficiencies.

03:26   5           MR. SAGEL:  The government would agree, Your

03:26   6   Honor.

03:26   7           MR. STEWARD:  Your Honor, it seemed like he was

03:26   8   trying very hard and he did seem to understand most of the

03:26   9   Court's questions.  And he watches KCAL-9, which is all in

03:26   10  English.  So we would object.

03:26   11          THE COURT:  I won't excuse him now, but we'll see.

03:26   12  Let me assess his English proficiency.  So I'm not excusing

03:27   13  him now.  If he is still on the panel and it looks as if

03:27   14  he's likely to be seated, I will come back to this

03:27   15  objection.

03:27   16          THE CLERK:  A.L.

03:27   17          (Prospective juror enters courtroom)

03:27   18          THE COURT:  Good afternoon, Mr. A.L.

03:28   19          PROSPECTIVE JUROR:  Good afternoon.

03:28   20          THE COURT:  You indicate that from time to time

03:28   21  you have anxiety attacks?

03:28   22          PROSPECTIVE JUROR:  Yes.

03:28   23          THE COURT:  Are you currently being treated by any

03:28   24  medical provider?

03:28   25          PROSPECTIVE JUROR:  Yes.

03:28   1            THE COURT:  Tell me about that.

03:28   2            PROSPECTIVE JUROR:  I am on medication.  It's like

03:28   3    when I'm stuck in the room right now, it's just like small

03:28   4    spaces and stuff.  I work outdoors for the same reason.

03:28   5            THE COURT:  Tell me what feelings you were

03:28   6    experiencing in the jury room.

03:28   7            PROSPECTIVE JUROR:  I don't know.  Like, I feel

03:28   8    like my chest is all, like, I can't breathe, that type of

03:28   9    stuff.  When I was down the way with a lot of people, I sat

03:28   10   in the very back corner, like, facing the wall.  I just

03:28   11   don't do good when I am around a lot of people.

03:28   12           THE COURT:  How long have you been experiencing

03:28   13   this condition?

03:28   14           PROSPECTIVE JUROR:  I think I have been on

03:28   15   medication for about at least five years.

03:28   16           THE COURT:  And how often do you have to medicate?

03:29   17           PROSPECTIVE JUROR:  Every day.

03:29   18           THE COURT:  So you have a normal everyday

03:29   19   medication that you take?

03:29   20           PROSPECTIVE JUROR:  Yes.  I take every day in the

03:29   21   morning and the afternoon the medication I take.

03:29   22           THE COURT:  Okay.  And does that forestall anxiety

03:29   23   attacks coming on?

03:29   24           PROSPECTIVE JUROR:  Yes.  I guess it controls it.

03:29   25   I take it, like -- so I used to get them really bad, like,

03:29  1  to the point where I was going into the hospital and I

03:29  2  couldn't breathe and they thought I was having, like, a

03:29  3  heart attack.  So they gave me this medication, and it

03:29  4  slowly is helping.

03:29  5            THE COURT:  When you feel an attack coming on, the

03:29  6  feelings you're getting right now, do you have something you

03:29  7  can take?

03:29  8            PROSPECTIVE JUROR:  No, that's all they have given

03:29  9  me is just that medication.

03:29  10            THE COURT:  Just the morning and afternoon,

03:29  11  evening?

03:29  12            PROSPECTIVE JUROR:  Yeah.

03:29  13            THE COURT:  Do you attend any group meetings

03:30  14  regularly or any --

03:30  15            PROSPECTIVE JUROR:  No.

03:30  16            THE COURT:  -- church, for example?

03:30  17            PROSPECTIVE JUROR:  Well, on Sundays we were

03:30  18  doing, like, a Zoom thing with my wife.

03:30  19            THE COURT:  What did you say?

03:30  20            PROSPECTIVE JUROR:  Like church on Zoom.

03:30  21            THE COURT:  Oh, okay.  But not in person?

03:30  22            PROSPECTIVE JUROR:  No.

03:30  23            THE COURT:  So in the past have you attended any

03:30  24  meetings regularly in person, such as church?

03:30  25            PROSPECTIVE JUROR:  Yeah, church on Sunday.

03:30  1          THE COURT:  In that environment -- are you

03:30  2    comfortable in that environment?

03:30  3          PROSPECTIVE JUROR:  Yes, but I always sit towards

03:30  4    the back where there is nobody at.

03:30  5          THE COURT:  In this trial because of social

03:30  6    distancing, we are all going to be kind of spread out.  Look

03:30  7    around the courtroom.  You see the white sheets on the

03:30  8    chairs there and in the backs in the audience?

03:30  9          PROSPECTIVE JUROR:  Yes.

03:30  10         THE COURT:  Would that degree of distancing give

03:30  11   you any comfort?

03:30  12         PROSPECTIVE JUROR:  Not really because even just

03:30  13   being in this room right now, I'm getting, like, cramps in

03:30  14   my stomach.

03:31  15         THE COURT:  Okay.  Thank you, sir.

03:31  16         Any questions from the government?

03:31  17         MR. SAGEL:  One quick question.

03:31  18         When you are experiencing what you're experiencing

03:31  19   here and in the room before, would it make it difficult for

03:31  20   you to concentrate and listen to other things that are going

03:31  21   on?

03:31  22         PROSPECTIVE JUROR:  Yes, because I'm focusing on

03:31  23   that feeling.

03:31  24         MR. SAGEL:  Thank you, sir.

03:31  25         THE COURT:  Mr. Steward?

03:31  1          MR. STEWARD:  Nothing, Your Honor.  Thank you.

03:31  2          THE COURT:  Thank you, sir.  We will get back to

03:31  3  you in just a minute.

03:31  4          (Prospective juror exits courtroom)

03:32  5          THE COURT:  I find his concerns credible.  He has

03:32  6  indicated that he's been under the care of a physician for

03:32  7  five years, takes regular medication.  I find his testimony

03:32  8  concerning his symptoms today credible, and I'm inclined to

03:32  9  excuse him.

03:32  10          MR. SAGEL:  The government would agree, Your

03:32  11  Honor.

03:32  12          MR. STEWARD:  Agreed, Your Honor.

03:32  13          THE COURT:  Okay.  Mr. A.L. will be excused.

03:32  14          Thank you.

03:32  15          THE CLERK:  A.W.

03:33  16          (Prospective juror enters courtroom)

03:34  17          THE COURT:  Good afternoon, Mr. A.W.

03:34  18          PROSPECTIVE JUROR:  Good afternoon, Judge.

03:34  19          THE COURT:  Sir, where are you going to school?

03:34  20          PROSPECTIVE JUROR:  I'm going to Biola University.

03:34  21          THE COURT:  Okay.  And are you putting yourself

03:34  22  through school?

03:34  23          PROSPECTIVE JUROR:  During the summer or --

03:34  24          THE COURT:  Well, do you work to support yourself

03:34  25  so that you can go to school?

03:34   1              PROSPECTIVE JUROR:  Oh, yes.

03:34   2              THE COURT:  And how much of your summer earnings

03:34   3    account for what you need to go to school?

03:34   4              PROSPECTIVE JUROR:  I'm not sure of the exact

03:34   5    percentage, but for me personally, because we discussed it

03:34   6    with my family, my parents help pay for the tuition and then

03:34   7    I have to pay for, like, living expenses.

03:34   8              THE COURT:  If you didn't work for a month, what

03:34   9    would that cost you?

03:34   10             PROSPECTIVE JUROR:  Until the 20th, I would

03:34   11   believe around $4,000, about $4,000.

03:34   12             THE COURT:  What do you do?

03:34   13             PROSPECTIVE JUROR:  I work at Jersey Mike's.  I

03:34   14   make sandwiches.

03:35   15             THE COURT:  And do you work for them during the

03:35   16   school year as well?

03:35   17             PROSPECTIVE JUROR:  No.  This is just a summer

03:35   18   job.  I'm too busy during the school year with track, and

03:35   19   I'm double majoring as well.

03:35   20             THE COURT:  So that's a third to a quarter of your

03:35   21   expenses that you need for the school year?

03:35   22             PROSPECTIVE JUROR:  Yes.

03:35   23             THE COURT:  Any questions?

03:35   24             MR. SAGEL:  No, Your Honor.

03:35   25             MR. STEWARD:  Neither here.  No questions.

03:35  1              THE COURT:  Thank you, sir.  We'll be back to you

03:35  2       in a minute.

03:35  3              PROSPECTIVE JUROR:  All right.  Thank you so much.

03:35  4              (Prospective juror exits courtroom)

03:35  5              THE COURT:  I think jury service would

03:35  6       substantially burden his ability to support himself during

03:36  7       college.  I'm inclined to excuse him.

03:36  8              MR. SAGEL:  The government would agree, Your

03:36  9       Honor.

03:36  10             MR. STEWARD:  Agreed, Your Honor.

03:36  11             THE COURT:  Okay.  Mr. A.W. will be excused.

03:36  12             THE CLERK:  M.J.

03:37  13             (Prospective juror enters courtroom)

03:37  14             THE COURT:  Good afternoon, Ms. M.J.

03:37  15             PROSPECTIVE JUROR:  Hello, Your Honor.

03:37  16             THE COURT:  You work for the D.A.'s Office?

03:37  17             PROSPECTIVE JUROR:  For over 31 years, yes.

03:37  18             THE COURT:  Good for you.  Now, the training

03:37  19       you're talking about, is this training you're doing or

03:37  20       training you are receiving?

03:37  21             PROSPECTIVE JUROR:  I am receiving.

03:38  22             THE COURT:  Okay.  What type of training?

03:38  23             PROSPECTIVE JUROR:  It's a training program from

03:38  24       another job.

03:38  25             THE COURT:  What's the nature of the training?

03:38  1          PROSPECTIVE JUROR:  It's training for new land.  I
03:38  2   bid new land.  I do tree planting for the mall.  I didn't
03:38  3   know that we were going to start on Thursday, so I'm pretty
03:38  4   much good if you want me.
03:38  5          THE COURT:  Well, if you can rearrange things
03:38  6   here.  We won't be back tomorrow, but we'll be back possibly
03:38  7   Thursday and for sure on Friday.  If you can work out this
03:38  8   training so that you at least have an opportunity to serve,
03:38  9   we would all appreciate it.
03:38  10         PROSPECTIVE JUROR:  So you think that they would
03:39  11  want me to serve?
03:39  12         THE COURT:  I think so.
03:39  13         PROSPECTIVE JUROR:  Okay.
03:39  14         THE COURT:  I mean, we won't know until we get to
03:39  15  the end of the process.  For a lot of different reasons
03:39  16  we've invited 150 people to come down here, and we're only
03:39  17  going to need 12 for jurors and four for alternates.  So you
03:39  18  can figure the odds.  We had to call a lot to make sure we
03:39  19  get enough people.  Yes, we'd like you to stay if you can do
03:39  20  that.
03:39  21         PROSPECTIVE JUROR:  Yeah.  It's just that in the
03:39  22  past it has just been a waste of five days, three days, four
03:39  23  days, and then eventually I'm excused.  I have been called
03:39  24  many times, and I never -- I feel like it's a waste of days
03:39  25  that I'm out there being questioned and then it's not

03:39   1   helpful.

03:39   2          THE COURT:  Well, unfortunately it's part of the

03:39   3   system.  There's a bulletin on the first floor that says:

03:40   4   They also serve who only stand and wait.

03:40   5          PROSPECTIVE JUROR:  I will stand and wait, yes.

03:40   6   I'm okay with it.

03:40   7          THE COURT:  That's very good.  We will be glad to

03:40   8   have you with us.

03:40   9          PROSPECTIVE JUROR:  Thank you.

03:40   10          THE COURT:  Thank you.

03:40   11          (Prospective juror leaves courtroom)

03:41   12          THE CLERK:  L.S.

03:41   13          (Prospective juror enters courtroom)

03:42   14          THE COURT:  Good afternoon, Ms. L.S.

03:42   15          PROSPECTIVE JUROR:  Hi.

03:42   16          THE COURT:  Thanks for coming down.  Hip

03:42   17   replacement surgery?

03:42   18          PROSPECTIVE JUROR:  Yes.  It has been put off a

03:42   19   couple times for various reasons.  I was planning on getting

03:42   20   it in the next month or so, and it's very hard to sit for a

03:42   21   long time.

03:42   22          THE COURT:  Our normal court day would be 9:00 to

03:42   23   12:00 and a 15-minute break at about 10:30; and then 1:30 to

03:42   24   4:30, same thing, 15-minute break about 3:00.  Is that more

03:42   25   than you could handle?

03:42  1          PROSPECTIVE JUROR:  I'm not sure.  It's just

03:42  2   mostly I need to stretch and move, and I might be making

03:42  3   faces because it gets stuck and my leg feels sore, like I

03:42  4   will get pains down the side of my leg.  I got it a couple

03:43  5   times today while waiting.  I just don't want to look, you

03:43  6   know, be able to concentrate and stuff.

03:43  7          THE COURT:  Well, you know, if somebody had a

03:43  8   problem, I would probably seat them in the back row so they

03:43  9   could stand up anytime they wanted.

03:43  10          PROSPECTIVE JUROR:  Okay.  We're allowed to stand

03:43  11   up?

03:43  12          THE COURT:  Sure.

03:43  13          PROSPECTIVE JUROR:  Yeah.  It's just -- mostly I'm

03:43  14   better if I can stretch and not sit for so long.

03:43  15          THE COURT:  Do you think if you were in the back

03:43  16   row -- you wouldn't be bothering anybody.  Do you think if

03:43  17   you could stand up anytime you wanted, you could do it?

03:43  18          PROSPECTIVE JUROR:  I think so.

03:43  19          THE COURT:  Okay.  Then we will ask you to hang in

03:43  20   there, then.

03:43  21          PROSPECTIVE JUROR:  Okay.  Thank you.

03:43  22          (Prospective juror exits courtroom)

03:44  23          THE CLERK:  Mr. Na.

03:45  24          (Prospective juror enters courtroom)

03:45  25          THE COURT:  Good afternoon, Mr. Na.

03:45   1           PROSPECTIVE JUROR:  Good afternoon, Your Honor.

03:45   2           THE COURT:  Sir, you indicate that at time you are

03:45   3   having difficulties with remembering and concentrating?

03:45   4           PROSPECTIVE JUROR:  Yes, I have.

03:45   5           THE COURT:  Sir, how old are you?

03:45   6           PROSPECTIVE JUROR:  I'm 54.

03:45   7           THE COURT:  Have you been diagnosed for any

03:45   8   cognitive difficulties?

03:45   9           PROSPECTIVE JUROR:  These days I have difficulty

03:45  10   understanding long sentences because I very frequently lose

03:46  11   my concentration on what someone says.  So I have to use my

03:46  12   computer, and I usually repeat what people said so I can

03:46  13   better understand.

03:46  14           THE COURT:  Have you seen a doctor for any of

03:46  15   these conditions?

03:46  16           PROSPECTIVE JUROR:  No, not yet, because of

03:46  17   pandemic.  The pandemic is still -- I think COVID is still

03:46  18   around, so I'm not comfortable to go to a doctor.

03:46  19           THE COURT:  How long have you had this condition?

03:46  20           PROSPECTIVE JUROR:  I think over six months.

03:46  21           THE COURT:  Did anything cause it to begin, to

03:47  22   trigger it?

03:47  23           PROSPECTIVE JUROR:  So the loss in my ability to

03:47  24   memorize, in addition to losing my ability to remember.  So

03:47  25   I often feel headache.  I'm not sure.  Also I have to remove

```
03:47   1   mucus discharge.  I have to remove many times.  I don't know
03:47   2   if that affects my memory or headache.
03:47   3           THE COURT:  Is there any particular event that
03:47   4   caused you to start to have these problems -- for example, a
03:47   5   fall or an auto accident or something like that?
03:47   6           PROSPECTIVE JUROR:  I don't think so.  So I have a
03:48   7   doctor appointment July 27 or 25, on Monday, to discuss my
03:48   8   symptoms, my experience with my doctor.
03:48   9           THE COURT:  What do you do for a living?
03:48  10           PROSPECTIVE JUROR:  I work for the government and
03:48  11   I do air resources for.  So my major job is doing emission
03:48  12   testing, so my focus is on technique for that.
03:48  13           THE COURT:  Do you have to attend meetings as part
03:48  14   of your job?
03:48  15           PROSPECTIVE JUROR:  Yes.
03:48  16           THE COURT:  How often?
03:48  17           PROSPECTIVE JUROR:  I've been at least twice or
03:48  18   three times a week.
03:48  19           THE COURT:  And how long do they last?
03:48  20           PROSPECTIVE JUROR:  Please?
03:48  21           THE COURT:  How long do these meetings last?
03:49  22           PROSPECTIVE JUROR:  Sometimes an hour or more.
03:49  23           THE COURT:  Are you able to track what is going on
03:49  24   in these meetings?
03:49  25           PROSPECTIVE JUROR:  So when I get a focus, that is
```

03:49  1  kind of everything that tell me how to follow what people

03:49  2  said.  Somehow I start thinking that, but so I'll catch up

03:49  3  what I missed, I usually use my voice recorder.

03:49  4          THE COURT:  So you'll be in the meeting and you'll

03:49  5  hear something and you'll make a voicemail note of it?

03:49  6          PROSPECTIVE JUROR:  Yes.  I use the headset.

03:49  7          THE COURT:  Okay.

03:49  8          Any questions on behalf of the government?

03:49  9          MR. SAGEL:  No, Your Honor.

03:49  10         PROSPECTIVE JUROR:  So this is my first time to

03:50  11  serve as a juror, so I'm very interested in this case and

03:50  12  the jury.  But the jury, for me to fully understand what is

03:50  13  said, it will be difficult for me to give a right judgment

03:50  14  between what is right and wrong.

03:50  15         THE COURT:  Do you recall that when we were

03:50  16  downstairs, I read to you a brief summary of what this case

03:50  17  is about?  Do you remember that?

03:50  18         PROSPECTIVE JUROR:  I don't remember.

03:50  19         THE COURT:  Do you remember that I said it's a

03:50  20  criminal case?

03:50  21         PROSPECTIVE JUROR:  Yes, that a criminal case was

03:51  22  not evidence, right?

03:51  23         THE COURT:  Right.  But did I say anything about

03:51  24  what kind of a criminal case it was?

03:51  25         PROSPECTIVE JUROR:  I lost my focus when you said

03:51   1    it.

03:51   2                  THE COURT:  Okay.

03:51   3                  Mr. Steward?

03:51   4                  MR. STEWARD:  No questions.

03:51   5                  MR. SAGEL:  No questions, Your Honor.

03:51   6                  THE COURT:  Thank you, sir.  We'll get back to you

03:51   7    in a minute.

03:51   8                  (Prospective juror exits courtroom)

03:51   9                  THE COURT:  In his note Mr. N. was very articulate

03:51   10   in describing his situation.  He has indicated that he has

03:51   11   had these conditions for about five years.  He is seeing a

03:52   12   doctor shortly.

03:52   13                  He answered most of my questions in a responsive

03:52   14   manner, but the level of detail that he remembered from the

03:52   15   jury description, the case description, is somewhat

03:52   16   troubling.  I would be inclined to release him.

03:52   17                  MR. SAGEL:  We would agree, Your Honor.

03:52   18                  MR. STEWARD:  Agreed, Your Honor.

03:52   19                  THE COURT:  Okay.  Then Mr. N. will be excused.

03:52   20                  Do we have some more?

03:52   21                  THE CLERK:  I don't think so, but I'm going to

03:52   22   check.  So as far as I know, that's everybody.

03:52   23                  THE COURT:  Okay.

03:55   24                  (Pause in proceedings)

03:55   25                  THE CLERK:  There are more.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

03:55  1                    THE COURT:  Do you want to take a short break
03:56  2     until we get these copied?
03:56  3                    MR. SAGEL:  How many are there, Ms. Bredahl?
03:56  4                    THE COURT:  Enough to take a short break.
03:56  5                    THE CLERK:  Close to ten.
03:56  6                         (Recess taken at 3:56 p.m.;
03:56  7                          proceedings resumed at 4:09 p.m.)
04:09  8                    THE CLERK:  We are ready, Judge.
04:09  9                    THE COURT:  Okay.  Let's go.
04:09  10                    THE CLERK:  All right.  The first one will be S.H.
04:09  11                    (Prospective juror enters courtroom)
04:10  12                    THE COURT:  Good afternoon, Mr. S.H.
04:10  13                    PROSPECTIVE JUROR:  Good afternoon.
04:10  14                    THE COURT:  You correctly note that the summons
04:10  15     that went out said this case was likely to last through
04:10  16     August 6th.  Well, between the time the notice went out and
04:10  17     we actually started, we started a little later than we were
04:10  18     going to.  So at least there is some explanation.  We're not
04:10  19     just changing these things up.
04:10  20                    Where are you going to go on your vacation?
04:10  21                    PROSPECTIVE JUROR:  Hawaii.
04:10  22                    THE COURT:  Okay.  Prepaid?  Nonrefundable
04:10  23     airfare?
04:10  24                    PROSPECTIVE JUROR:  I don't know if it's
04:10  25     nonrefundable airfare as I, you know, paid for the hotel, my

04:10  1    airplane, the flights, the car, two kids, and my wife.

04:10  2    There's very limited time we can go between -- one's in

04:10  3    college and one's in high school and sports and everything

04:10  4    else.

04:10  5              THE COURT:  Does the government have any

04:10  6    questions?

04:10  7              MR. SAGEL:  No, Your Honor.

04:11  8              THE COURT:  Mr. Steward?

04:11  9              MR. STEWARD:  No, Your Honor.

04:11  10             THE COURT:  Sir, we will get back to you in just a

04:11  11   minute.

04:11  12             (Prospective juror exits courtroom)

04:11  13             THE COURT:  I think that he has a legitimate

04:11  14   request.  I'm inclined to defer him to another date.

04:11  15             MR. STEWARD:  We agree, Your Honor.

04:11  16             THE COURT:  Okay.

04:11  17             MR. SAGEL:  No objection.

04:11  18             THE COURT:  Okay.  The next one is A.A.  This is

04:12  19   more of a substantive excuse, but let's deal with it now.

04:12  20             MR. STEWARD:  And, Your Honor, I would just note

04:12  21   for the record that we are looking at hardships, and clearly

04:12  22   this is not one.  But I understand what the Court's thinking

04:12  23   is.

04:12  24             THE CLERK:  A.A.

04:12  25             (Prospective juror enters courtroom)

| | | |
|---|---|---|
| 04:12 | 1 | THE COURT:  Good afternoon, Ms. A.A. |
| 04:13 | 2 | PROSPECTIVE JUROR:  Good afternoon. |
| 04:13 | 3 | THE COURT:  Thanks for coming down.  You indicate |
| 04:13 | 4 | that your mother had a similar situation.  Why don't you |
| 04:13 | 5 | tell us about that. |
| 04:13 | 6 | PROSPECTIVE JUROR:  It was a long time ago, and I |
| 04:13 | 7 | was a child.  She was in accounting, and so her employer was |
| 04:13 | 8 | having her write checks and it was fraudulent.  I don't |
| 04:13 | 9 | recall all the details because I was a kid, but I remember |
| 04:13 | 10 | there was a comment about, you know, even though she was |
| 04:13 | 11 | innocent, all the evidence was against her. |
| 04:13 | 12 | So it kind of resonates a little bit, so I don't |
| 04:13 | 13 | know how I feel about being a part of this case.  I don't |
| 04:13 | 14 | know how to process it.  I don't recall the details, but I |
| 04:13 | 15 | know she was innocent.  I don't know how anybody could be in |
| 04:13 | 16 | accounting and -- he's a businessman, so what if somebody |
| 04:13 | 17 | was seen behind his back and embezzling? |
| 04:13 | 18 | I don't know how to process all of that.  They |
| 04:13 | 19 | said that there is no evidence.  Anyway, I'm a processor, so |
| 04:14 | 20 | I can hope and I can try, but I'm not sure how impartial I |
| 04:14 | 21 | can be. |
| 04:14 | 22 | THE COURT:  Well, then, let's explore that a |
| 04:14 | 23 | little bit.  Number one, as I said downstairs, as we sit |
| 04:14 | 24 | here now, we have no evidence because the government hasn't |
| 04:14 | 25 | presented any evidence. |

04:14  1      The question is not whether you have a similar

04:14  2  experience in the past or whether this resonates.  It's

04:14  3  whether you think you can be fair and impartial, put aside

04:14  4  your mother's experience and come in here, listen to the

04:14  5  evidence in this case, and decide this case on its own

04:14  6  facts.  That's the question.

04:14  7      PROSPECTIVE JUROR:  Yeah, I'm a very impartial

04:14  8  person.  I look to either side and look at the merits pretty

04:14  9  logically.  So I would look at the details and the facts and

04:14  10  take it from there.

04:14  11      THE COURT:  Well, for job employment?

04:14  12      PROSPECTIVE JUROR:  I work for the university.

04:14  13      THE COURT:  So would you be comfortable making a

04:15  14  decision in this kind of case?

04:15  15      PROSPECTIVE JUROR:  I'm a logical person in

04:15  16  general, so sure.

04:15  17      THE COURT:  Does the government have any

04:15  18  questions?

04:15  19      MR. SAGEL:  I'm assuming we will have an

04:15  20  opportunity to --

04:15  21      THE COURT:  Yes.

04:15  22      MR. SAGEL:  Then no further questions at this

04:15  23  time.

04:15  24      MR. STEWARD:  None from the defense, Your Honor.

04:15  25      THE COURT:  Okay.  Why don't you stand by for just

04:15  1    one minute.

04:15  2            (Prospective juror exits courtroom)

04:16  3            THE COURT:  As I indicated at the outset, if

04:16  4    anybody wants to conduct further voir dire, we'll do that.

04:16  5    So I'm inclined to retain her for the time being.

04:16  6            MR. SAGEL:  Agreed, Your Honor.

04:16  7            THE COURT:  Okay.

04:16  8            MR. STEWARD:  Agreed.

04:16  9            THE COURT:  Okay.

04:16  10           Ms. Steele told me at the end of the session this

04:16  11   morning that Mr. S.C. put in a request for excuse based on

04:16  12   language, and I didn't excuse him.  It turns out he wasn't

04:16  13   supposed to be here.  He came in the door and they processed

04:16  14   him.  And when he went to check out, they found that he

04:16  15   wasn't on the list, so they sent him home.

04:16  16           They also found that another person that came in

04:16  17   the door got processed, was supposed to be there, but next

04:16  18   week.  So they sent him home, too.

04:17  19           MR. SAGEL:  We can tell Mr. Staples we met one of

04:17  20   his jurors today.

04:17  21           THE COURT:  Okay.

04:17  22           THE CLERK:  Are you ready, Judge?

04:17  23           THE COURT:  Yes.

04:17  24           THE CLERK:  S.L.

04:17  25           (Prospective juror enters courtroom)

```
04:17   1              THE COURT:  Good afternoon, Ms. S.L.
04:17   2              PROSPECTIVE JUROR:  Good afternoon.
04:17   3              THE COURT:  You've got a vacation next month?
04:17   4              PROSPECTIVE JUROR:  I do.
04:17   5              THE COURT:  Where are you going to go?
04:17   6              PROSPECTIVE JUROR:  To see my mom for the first
04:17   7    time in almost two years.
04:17   8              THE COURT:  Where?
04:17   9              PROSPECTIVE JUROR:  Phoenix.  She's from Peoria,
04:18  10    Illinois.
04:18  11              THE COURT:  How are you going to get there?
04:18  12              PROSPECTIVE JUROR:  I'm driving.
04:18  13              THE COURT:  Okay.  And she's flying?
04:18  14              PROSPECTIVE JUROR:  Yes.
04:18  15              THE COURT:  Okay.  And you've got all the
04:18  16    logistics arranged for her?
04:18  17              PROSPECTIVE JUROR:  Yes, we do.
04:18  18              THE COURT:  Okay.  I assume she has got prepaid
04:18  19    flights?
04:18  20              PROSPECTIVE JUROR:  Yes.
04:18  21              THE COURT:  Nonrefundable?
04:18  22              PROSPECTIVE JUROR:  That I'm not sure.
04:18  23              THE COURT:  Okay.  In this day and age, probably.
04:18  24              PROSPECTIVE JUROR:  I would reckon.
04:18  25              THE COURT:  Okay.
```

| | | |
|---|---|---|
| 04:18 | 1 | Any questions for Ms. S.L.? |
| 04:18 | 2 | MR. SAGEL:  None from the government, Your Honor. |
| 04:18 | 3 | MR. STEWARD:  No, Your Honor.  Thank you. |
| 04:18 | 4 | THE COURT:  We'll be back to you in one minute. |
| 04:18 | 5 | (Prospective juror exits courtroom) |
| 04:18 | 6 | THE COURT:  I'm pretty sure we will be in the |
| 04:18 | 7 | evidentiary phase during the period she has a vacation |
| 04:19 | 8 | scheduled, so I'm inclined to release her. |
| 04:19 | 9 | MR. SAGEL:  No objection from the government, Your |
| 04:19 | 10 | Honor. |
| 04:19 | 11 | MR. STEWARD:  Agreed, Your Honor. |
| 04:19 | 12 | THE COURT:  Okay. |
| 04:19 | 13 | THE CLERK:  B.R. |
| 04:19 | 14 | (Prospective juror enters courtroom) |
| 04:19 | 15 | THE COURT:  Why don't you go over to the mic, |
| 04:19 | 16 | please. |
| 04:19 | 17 | Good afternoon, Ms. B.R. |
| 04:19 | 18 | PROSPECTIVE JUROR:  Good afternoon. |
| 04:19 | 19 | THE COURT:  I understand you have some upcoming |
| 04:20 | 20 | surgery? |
| 04:20 | 21 | PROSPECTIVE JUROR:  Yes. |
| 04:20 | 22 | THE COURT:  When is that scheduled for? |
| 04:20 | 23 | PROSPECTIVE JUROR:  I have an appointment in about |
| 04:20 | 24 | 20 minutes, and I have another one in two weeks.  And then |
| 04:20 | 25 | actually on August 20th I have another one. |

04:20  1              THE COURT:  Were these just medical appointments,
04:20  2  or what's that for?
04:20  3              PROSPECTIVE JUROR:  For surgery that I'm going to
04:20  4  have.
04:20  5              THE COURT:  Sometime later?
04:20  6              PROSPECTIVE JUROR:  They're trying to get me in as
04:20  7  soon as possible because it hasn't been easy for me to make
04:20  8  those appointments.  So I don't know.  It's something I
04:20  9  really need.
04:20  10             THE COURT:  May I ask what kind of surgery?
04:20  11             PROSPECTIVE JUROR:  It's for a hysterectomy.
04:20  12             THE COURT:  Okay.
04:20  13             Any questions?
04:20  14             MR. SAGEL:  Nothing from the government, Your
04:20  15  Honor.
04:20  16             MR. STEWARD:  No, Your Honor.  Thanks.
04:20  17             THE COURT:  Thank you.  We'll be back to you in a
04:20  18  minute.
04:20  19             PROSPECTIVE JUROR:  Thank you.
04:20  20             (Prospective juror exits courtroom)
04:20  21             THE COURT:  I'm inclined to excuse her.
04:21  22  Appointments are hard to get these days, and it appears she
04:21  23  needs this surgery sooner rather than later.
04:21  24             MR. STEWARD:  Agreed, Your Honor.
04:21  25             MR. SAGEL:  Agreed, Your Honor.

04:21    1                    THE COURT:  Okay.  She will be excused.

04:21    2                    THE CLERK:  D.M.

04:21    3                    (Prospective juror enters courtroom)

04:22    4                    THE COURT:  Good afternoon, Ms. D.M.

04:22    5                    PROSPECTIVE JUROR:  Hello.

04:22    6                    THE COURT:  You indicate that you're going to be

04:22    7    in a trial starting August 16th?

04:22    8                    PROSPECTIVE JUROR:  Correct.

04:22    9                    THE COURT:  Do you know when you're going to

04:22    10   appear in that trial?

04:22    11                   PROSPECTIVE JUROR:  I don't.  I just found out

04:22    12   yesterday actually that I will be a defense witness in that

04:22    13   case.

04:22    14                   THE COURT:  Okay.  So it wouldn't be the first

04:22    15   couple days likely.  Now, these prep dates you have, can

04:22    16   they be adjusted?

04:22    17                   PROSPECTIVE JUROR:  I would have to consult our

04:22    18   attorney to see if they can do anything just because we're

04:22    19   getting close to that time.

04:22    20                   THE COURT:  Well, we're not in session on Mondays.

04:22    21                   PROSPECTIVE JUROR:  Okay.

04:22    22                   THE COURT:  So you'd be free all day Monday.  Our

04:22    23   usual schedule is 9:00 to 12:00, 1:30 to 4:30.  If someone

04:22    24   came over here, you could meet for an hour and a half for

04:23    25   lunch.

04:23   1          PROSPECTIVE JUROR:  Okay.  I can find out if
04:23   2   that's possible.  My employer is in San Bernardino, and I
04:23   3   just went to San Bernardino.  That's why I met with him
04:23   4   yesterday.  But I might be able to see if we can make some
04:23   5   kind of arrangement around that.
04:23   6          THE COURT:  Okay.  Why don't you do that and let's
04:23   7   get some more information.
04:23   8          PROSPECTIVE JUROR:  Okay.
04:23   9          THE COURT:  Thanks very much.
04:23   10         (Prospective juror exits courtroom)
04:23   11         THE CLERK:  M.C.
04:24   12         (Prospective juror enters courtroom)
04:24   13         THE COURT:  Good afternoon, Mr. M.C.
04:24   14         PROSPECTIVE JUROR:  Good afternoon.
04:24   15         THE COURT:  You indicate that your employer pays
04:24   16   for three weeks?
04:24   17         PROSPECTIVE JUROR:  That's correct.
04:24   18         THE COURT:  Are you the only wage earner in your
04:24   19   house?
04:24   20         PROSPECTIVE JUROR:  No.
04:24   21         THE COURT:  What's the total income from your
04:25   22   household?
04:25   23         PROSPECTIVE JUROR:  I would guess about, annual
04:25   24   income, probably about a hundred thousand.
04:25   25         THE COURT:  Okay.

04:25    1                    Any questions for Mr. M.C.?

04:25    2                    MR. SAGEL:  What do you do for a living, Mr. M.C.?

04:25    3                    PROSPECTIVE JUROR:  I work in the office support

04:25    4    industry.  I provide office support to mainly law offices.

04:25    5    I work at a particular law office in Irvine and mainly

04:25    6    mailroom duties and copying duties and interoffice

04:25    7    messenger.

04:25    8                    MR. SAGEL:  What type of law firm do you work for?

04:25    9                    PROSPECTIVE JUROR:  It's probably about 50

04:26   10    attorneys.

04:26   11                    THE COURT:  Do you work for the firm, or are you a

04:26   12    contractor?

04:26   13                    PROSPECTIVE JUROR:  I work for a contractor that's

04:26   14    hired by the firm.

04:26   15                    THE COURT:  Okay.  What's the firm?

04:26   16                    PROSPECTIVE JUROR:  Allen Matkins.

04:26   17                    MR. SAGEL:  And so the compensation for jury duty

04:26   18    is through your contractor Matkins?

04:26   19                    PROSPECTIVE JUROR:  That's correct.

04:26   20                    MR. SAGEL:  No further questions, Your Honor.

04:26   21                    THE COURT:  Mr. Steward?

04:26   22                    MR. STEWARD:  No questions, Your Honor.

04:26   23                    THE COURT:  Okay.  Sir, we'll be back to you in

04:26   24    just a minute.

04:26   25                    PROSPECTIVE JUROR:  Okay.

04:26  1              (Prospective juror exits courtroom)

04:26  2              THE COURT:  I'm not inclined to excuse him.  I

04:26  3  would like him to verify that he gets three weeks' paid jury

04:26  4  service.  So it would be my intent not to excuse him at this

04:27  5  time and let him come back to me and confirm that he gets

04:27  6  three weeks paid.  If he doesn't, I think we'll revisit when

04:27  7  I know he's actually going to get paid.

04:27  8              MR. SAGEL:  That's fine with the government, Your

04:27  9  Honor.

04:27  10             MR. STEWARD:  Also reduction in pay.

04:27  11             THE COURT:  Okay.

04:27  12             Would you ask him to come back in, please.

04:27  13             (Prospective juror reenters courtroom)

04:27  14             THE COURT:  Mr. M.C., could I ask you to go back

04:27  15  to your employer and confirm that you get three weeks.

04:27  16             PROSPECTIVE JUROR:  Sure.

04:27  17             THE COURT:  If it's different than what it

04:27  18  actually is, then I'll ask you to come back and tell

04:27  19  Ms. Bredahl what it actually is.

04:27  20             PROSPECTIVE JUROR:  Okay.

04:27  21             THE COURT:  Thank you.

04:27  22             (Prospective juror exits courtroom)

04:28  23             THE CLERK:  K.L.

04:28  24             (Prospective juror enters courtroom)

04:29  25             THE COURT:  Good afternoon, Mr. K.L.

04:29  1          PROSPECTIVE JUROR:  Good afternoon.

04:29  2          THE COURT:  Sir, you indicate you have a trip

04:29  3   beginning August 16?

04:29  4          PROSPECTIVE JUROR:  Yes.

04:29  5          THE COURT:  Where are you going to go?

04:29  6          PROSPECTIVE JUROR:  It's a family trip.  We are

04:29  7   driving to Yellowstone, North Dakota, and then come back

04:29  8   through Colorado.  It's a three-week trip.

04:29  9          THE COURT:  Are there any prepaid expenses

04:29  10  associated with this trip?

04:29  11         PROSPECTIVE JUROR:  Yes.  We booked some hotels.

04:29  12  If we cancel it, we need to pay a penalty for that.

04:29  13         THE COURT:  What's the magnitude of the penalties?

04:29  14         PROSPECTIVE JUROR:  The magnitude will be

04:29  15  ten percent of the hotel fee.

04:29  16         THE COURT:  Is there any chance you could postpone

04:29  17  this trip a week or two?

04:30  18         PROSPECTIVE JUROR:  It's usually very difficult to

04:30  19  book some hotels especially in this season.  The reason we

04:30  20  booked this trip is because I received this jury duty notice

04:30  21  on July 7, and that indicated that this case would run about

04:30  22  two weeks, end of July.  We thought that by August 16 we

04:30  23  still have enough time for me to serve jury duty.  So that's

04:30  24  why.

04:30  25         THE COURT:  Well, a couple things changed between

04:30  1    the time those notices went out and we actually started.  So

04:30  2    it sounds like you did some good planning and the dates got

04:30  3    changed up on you.

04:30  4              Any questions by the government?

04:30  5              MR. SAGEL:  No, Your Honor.

04:30  6              THE COURT:  Mr. Steward?

04:30  7              MR. STEWARD:  No, Your Honor.

04:30  8              THE COURT:  Okay.  Thank you, sir.  We'll be back

04:30  9    to you in a minute.

04:31  10             PROSPECTIVE JUROR:  Thank you.

04:31  11             (Prospective juror exits courtroom)

04:31  12             THE COURT:  I'm inclined to excuse him.

04:31  13   Three-week trips are hard to put together with family

04:31  14   members.

04:31  15             MR. SAGEL:  The government would agree, Your

04:31  16   Honor.

04:31  17             MR. STEWARD:  Agreed, Your Honor.

04:31  18             THE COURT:  He will be excused.  Thank you.

04:31  19             Okay, next.

04:31  20             THE CLERK:  J.P.

04:32  21             (Prospective juror enters courtroom)

04:32  22             THE COURT:  Good afternoon, Mr. J.P.

04:32  23             PROSPECTIVE JUROR:  Hello, sir.

04:32  24             THE COURT:  Thank you for coming down to the

04:32  25   courthouse today.

04:32   1              PROSPECTIVE JUROR:  You're welcome.

04:32   2              THE COURT:  Tell me about the trip that you and

04:32   3      your wife have planned.

04:32   4              PROSPECTIVE JUROR:  When I filled out the form, it

04:32   5      said August 5th, and I felt very comfortable that, you know,

04:32   6      that timeline was fine.  My birthday is August 17th.  My

04:32   7      anniversary is August 13th.  And my wife planned for both

04:33   8      events.

04:33   9              On the 13th we are going to a Van Gogh exhibit for

04:33   10     our anniversary and then dinner.  And then on the 17th or

04:33   11     right around that time -- I can't say exactly the 17th --

04:33   12     for my birthday we're going to -- she chartered a boat to go

04:33   13     whale watching, something everyone enjoys doing.

04:33   14             THE COURT:  Chartered the whole boat just for you

04:33   15     and your family?

04:33   16             PROSPECTIVE JUROR:  There's only six that are

04:33   17     going.  See, because I have a disability, it's really kind

04:33   18     of hard for me to be on anything that's crowded, especially

04:33   19     over the ocean and losing my balance or anything.

04:33   20             THE COURT:  Can you reschedule those events?  I

04:33   21     realize they wouldn't coincide with your birthday and your

04:33   22     anniversary.

04:33   23             PROSPECTIVE JUROR:  I do think we would lose

04:34   24     money, but she's the one who made the plans, so I can't

04:34   25     honestly say.  It's for my birthday, so I don't know what

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
04:34    1    the stipulations were for cancellation or not.
04:34    2              THE COURT:  Well, Van Gogh's in a museum.  I
04:34    3    suspect you could trade those tickets in.
04:34    4              PROSPECTIVE JUROR:  Yeah.  Yeah, I would think so.
04:34    5              THE COURT:  Could you find out what penalties
04:34    6    there would be if the boat charter were canceled?  And when
04:34    7    you come back in a day or two, would you let Ms. Bredahl
04:34    8    know and we'll take another look at this?
04:34    9              PROSPECTIVE JUROR:  Yes.
04:34   10              THE COURT:  Okay.  Thank you, sir.
04:34   11              PROSPECTIVE JUROR:  Sure.
04:34   12              (Prospective juror exits courtroom)
04:34   13              MR. SAGEL:  Your Honor, is your Friday schedule
04:35   14    going to be the same as Tuesday through Thursday, because I
04:35   15    know sometimes Your Honor takes --
04:35   16              THE COURT:  Unless there is some special event.
04:35   17              MR. SAGEL:  I know that sometimes, especially with
04:35   18    the longer trials, you take Friday afternoons.
04:35   19              THE COURT:  No, I don't.
04:35   20              MR. SAGEL:  I apologize, then.
04:35   21              THE COURT:  No, not as a regular course I don't.
04:35   22    We just go Tuesday through Thursday -- Tuesday through
04:35   23    Friday.  Judge Taylor used to do that.
04:35   24              MR. SAGEL:  I remember, and I guess in my head I
04:35   25    thought with your trial with Michaels you ended earlier on
```

04:35   1   Friday so you could prepare for your Monday calendar.

04:35   2           THE COURT:  Well, I tried Michaels from 8:00 to

04:35   3   2:00.

04:35   4           MR. SAGEL:  Correct.

04:35   5           THE COURT:  We're not doing that.

04:35   6           MR. SAGEL:  Correct.  That's why I was just want

04:35   7   to confirm.

04:36   8           THE COURT:  Okay.

04:36   9           THE CLERK:  Ready, Judge?

04:36   10          THE COURT:  Yes, please.

04:36   11          THE CLERK:  Okay.

04:36   12          (Prospective juror enters courtroom)

04:36   13          THE COURT:  Good afternoon, Ms. J.G.

04:36   14          PROSPECTIVE JUROR:  Good afternoon.

04:36   15          THE COURT:  Thank you for coming down.  Tell me a

04:36   16  little bit more about your job duties.

04:36   17          PROSPECTIVE JUROR:  I work for Reborn Cabinets,

04:36   18  and I wear a lot of hats.  I'm a sales manager for the

04:36   19  remodeling division, so I have a chain of designers

04:36   20  underneath me.

04:36   21          I have been with them for 23 years, so they depend

04:36   22  upon me for a lot of different things.  Currently we have a

04:36   23  lot of projects underway.  We are totally revamping our

04:37   24  pricing structure for our price guide.

04:37   25          One of the biggest things is at the beginning of

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

04:37  1    this year we signed a huge account with Costco, so we are

04:37  2    now doing refacing in our Costco.  We are currently in about

04:37  3    50 stores.  They recently asked us to go in 37 more in the

04:37  4    western region, and there is a huge Costco tour coming the

04:37  5    first week in August.

04:37  6              So there is a lot of work that needs to be done to

04:37  7    the showroom in order to prepare for that tour, and I'm

04:37  8    responsible for putting that together and getting all the

04:37  9    products from our vendors, getting the installers to put in

04:37  10   all the product.

04:37  11             We do kitchen and bathroom remodeling.  I should

04:37  12   have explained that.  So I think I may have checked the

04:37  13   wrong box on my form.  I'm not asking to be excused

04:37  14   indefinitely.

04:37  15             THE COURT:  To be extended.

04:37  16             PROSPECTIVE JUROR:  Yes.

04:37  17             THE COURT:  Any questions?

04:38  18             MR. SAGEL:  None from the government, Your Honor.

04:38  19             MR. STEWARD:  No, Your Honor.

04:38  20             THE COURT:  Okay.  We'll be back in just a minute.

04:38  21             PROSPECTIVE JUROR:  Thank you.

04:38  22             (Prospective juror exits courtroom)

04:38  23             THE COURT:  I'm inclined to continue her date of

04:38  24   service.  This sounds like a fairly significant event in the

04:38  25   life of this company, and there is a window they have to do

04:38  1    certain things and she appears to be central to that.

04:38  2           Comments?

04:38  3           MR. SAGEL:  The government would agree.

04:38  4           MR. STEWARD:  Agreed, Your Honor.

04:38  5           THE COURT:  Okay.  Then she will be continued.

04:38  6           THE CLERK:  Okay.  That's all.

04:38  7           THE COURT:  Okay.  I will order that the hardship

04:39  8    questionnaires that we went through this afternoon be added

04:39  9    to the Court's Exhibit A, and that the exhibit as I

04:39  10   indicated will be sealed.

04:39  11          Anything else we ought to take up?

04:39  12          MR. SAGEL:  With the questionnaires, does the

04:39  13   Court want them delivered to the Court this evening?  When

04:39  14   they are probably ready, obviously at the time we are still

04:39  15   going to need to get the sheets to know the order in which

04:39  16   we are going to ask.

04:39  17          We're going to have the staff to put them together

04:39  18   until they're ready.  I just don't know if someone will be

04:39  19   here to accept them and if you want them this evening.

04:39  20          THE COURT:  How are we coming on getting the list?

04:39  21          THE CLERK:  They have to get through those people

04:39  22   into the computer, so I'm hoping within the next 15 minutes.

04:40  23          THE COURT:  How about delivering them at 7:00 a.m.

04:40  24   tomorrow.  Knock on our door.  Push the buzzer.  That would

04:40  25   be adequate for me.  If Mr. Steward wants to make another

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
04:40    1    arrangement, speak up.
04:40    2              MR. STEWARD:  That's fine, Your Honor.  We'll work
04:40    3    it out.
04:40    4              MR. SAGEL:  He's going to have his just not in the
04:40    5    order, but he'll have his tonight or this evening.
04:40    6              THE COURT:  Okay.  Well, I think if I get them at
04:40    7    7:00 tomorrow, I and my clerks will have adequate time to do
04:40    8    what we need to do tomorrow.  First pass is who do we need
04:40    9    to call back.  Second pass is are there any questionnaires
04:40   10    that would provide a dispositive ground for disqualification
04:40   11    or excuse.
04:40   12              Okay.  Then we will see you in the afternoon
04:40   13    tomorrow.
04:40   14              MR. SAGEL:  Thank you, Your Honor.
04:40   15              THE COURT:  Thank you.
04:40   16              MR. STEWARD:  Thank you.
04:40   17              THE DEFENDANT:  Thank you, Your Honor.
04:41   18                 (Proceedings adjourned at 4:40 p.m)
04:41   19                         *    *    *
04:41   20
04:41   21
04:41   22
04:41   23
04:41   24
04:41   25
```

124

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  July 13, 2021

/s/   Sharon A. Seffens  7/13/21

SHARON A. SEFFENS, U.S. COURT REPORTER

**MR. SAGEL: [119]** 4/4 4/15 5/8 6/3 6/20 7/5
7/7 13/2 13/13 14/11 14/14 16/10 16/14 17/9
17/18 17/23 18/11 18/17 19/6 20/1 23/14
24/11 25/10 25/13 28/22 30/8 30/15 31/5 31/7
31/23 33/15 34/2 34/17 36/17 36/22 38/12
38/18 42/22 42/3 43/3 43/10 44/22 44/25 47/1
48/18 48/25 50/5 50/11 52/20 54/16 55/3 55/7
55/10 55/19 55/22 56/5 59/17 60/11 60/16
60/20 60/23 61/11 69/14 71/25 75/13 75/21
77/17 78/4 80/1 80/10 81/16 81/21 81/23 82/3
82/7 83/12 83/23 84/24 86/3 86/17 89/17 90/5
93/17 93/24 94/10 95/24 96/8 102/9 103/5
103/17 104/3 105/7 105/17 107/19 107/22
108/6 108/19 110/2 110/9 111/14 111/25
114/2 114/8 114/17 114/20 115/8 117/5
117/15 119/13 119/17 119/20 119/24 120/4
120/6 121/18 122/3 122/12 123/4 123/14
**MR. STEWARD: [109]** 4/7 7/10 7/14 9/16
10/3 10/7 10/13 10/19 10/23 11/5 11/9 13/3
13/22 14/19 17/4 20/15 20/20 20/22 21/2 21/7
21/11 21/13 21/21 21/25 22/4 22/8 22/10
22/18 23/10 24/10 29/3 30/7 31/22 33/14
33/22 36/18 37/2 38/11 38/19 42/21 43/9
44/21 46/24 48/7 48/14 50/4 50/10 51/18
51/22 52/4 52/17 54/1 54/4 54/12 59/2 59/8
59/13 60/10 61/13 61/18 61/21 69/17 72/2
72/5 73/11 73/14 75/14 75/22 77/20 78/6
78/11 78/17 79/4 79/25 80/11 82/9 82/16
82/20 83/13 83/24 85/1 85/5 85/10 86/10
89/19 90/7 94/1 94/12 95/25 96/10 103/4
103/18 105/9 105/15 105/20 107/24 108/8
110/3 110/11 111/16 111/24 114/22 115/10
117/7 117/17 121/19 122/4 123/2 123/16
**PROSPECTIVE JUROR: [281]**
**THE CLERK: [58]** 4/2 23/15 25/22 29/10
29/13 34/5 34/8 34/10 37/7 38/20 41/19 43/11
44/24 45/22 46/22 49/12 50/15 50/23 52/23
52/25 54/19 54/21 54/23 55/2 55/5 55/9 60/14
70/7 70/10 73/1 75/24 79/7 80/13 84/1 85/17
86/25 90/16 94/15 96/12 98/12 99/23 103/21
103/25 104/5 104/8 104/10 105/24 108/22
108/24 110/13 112/2 113/11 115/23 117/20
120/9 120/11 122/6 122/21
**THE COURT: [497]**
**THE DEFENDANT: [4]** 43/12 43/15 45/2
123/17

**$**
**$1,100 [1]** 75/10
**$130,000 [1]** 37/23
**$4,000 [2]** 95/11 95/11

**/**
**/s [1]** 124/16

**0**
**0870 [1]** 1/21

**1**
**1-1053 [1]** 1/20
**10 [2]** 39/2 63/17
**1053 [1]** 1/20
**107 [1]** 2/15
**10:23 [1]** 55/12
**10:30 [2]** 32/24 98/23
**1100 [1]** 2/7
**12 [5]** 6/16 63/9 77/3 77/4 97/17
**12:00 [4]** 32/24 77/9 98/23 112/23
**13 [5]** 1/17 4/1 56/15 60/5 124/14
**13th [4]** 9/8 13/9 118/7 118/9
**14 [2]** 8/1 22/10
**14th [2]** 24/25 25/19
**15 [7]** 27/5 27/6 42/13 45/9 45/13 88/6 122/22
**15-minute [4]** 32/24 32/25 98/23 98/24
**150 [6]** 4/17 6/14 6/23 22/11 56/24 97/16
**15th [1]** 25/19
**16 [4]** 13/11 31/19 116/3 116/22
**16th [1]** 112/7

**17 [4]** 48/12 118/6 118/10 118/11
**18th [2]** 4/7 118/24
**19 [2]** 14/4 66/15
**1:30 [12]** 13/25 15/7 22/5 23/2 23/8 32/25
55/1 55/2 55/11 77/9 98/23 112/23
**1:48 [1]** 55/13
**1:58 [1]** 61/24

**2**
**20 [5]** 27/6 33/1 66/6 88/6 110/24
**2003 [1]** 35/13
**2015 [2]** 39/25 64/15
**2018 [1]** 24/16
**2019 [2]** 40/1 64/16
**2021 [8]** 1/17 4/1 7/16 7/19 7/19 13/11 66/6
124/14
**20th [7]** 13/15 13/15 13/22 19/13 27/3 95/10
110/25
**21 [2]** 7/16 124/16
**213 [1]** 2/8
**21st [1]** 13/9
**23 [1]** 120/21
**25 [3]** 12/11 22/23 101/7
**25th [1]** 25/17
**27 [1]** 101/7
**28 [1]** 124/8
**28,000 [1]** 75/20
**28th [1]** 5/12
**29 [1]** 22/24
**29th [1]** 5/12
**2:00 [1]** 120/3
**2:21 [1]** 61/25
**2:35 [1]** 70/14
**2:52 [1]** 70/14

**3**
**30 [4]** 33/2 35/4 35/7 51/16
**30th [5]** 5/4 5/13 5/17 11/13 12/22
**31 [1]** 96/17
**312 [1]** 2/7
**32 [2]** 12/12 22/24
**324 [1]** 7/15
**338-3598 [1]** 2/12
**3598 [1]** 2/12
**37 [1]** 121/3
**39 [1]** 12/12
**3:00 [2]** 33/1 98/24
**3:56 [1]** 104/6

**4**
**411 [2]** 1/20 2/11
**42 [1]** 21/15
**48 [1]** 8/2
**481-4900 [1]** 2/16
**4900 [1]** 2/16
**4:09 [1]** 104/7
**4:30 [4]** 32/25 77/9 98/24 112/23
**4:40 [1]** 123/18
**4th [1]** 1/20

**5**
**50 [2]** 114/9 121/3
**54 [1]** 100/6
**543-0870 [1]** 1/21
**59 [1]** 12/9
**5th [1]** 118/5

**6**
**60-day [1]** 7/21
**611 [1]** 25/4
**6683 [1]** 2/8
**6:00 in [1]** 33/7
**6:45 [1]** 11/22
**6th [1]** 104/16

**7**
**7/13/21 [1]** 124/16
**70,000 [1]** 52/18
**714 [2]** 1/21 2/12

**151 [1]** 51/15
**1563 [2]** 2/2 2/3
**753 [2]** 124/7
**78 [1]** 79/17
**7:00 a.m [1]** 122/23
**7:00 tomorrow [1]** 123/7

**8**
**8000 [1]** 2/11
**894-6683 [1]** 2/8
**8:00 [2]** 33/11 120/2
**8:00 last [1]** 16/20
**8:30 [2]** 4/1 57/9
**8th [2]** 5/4 5/6

**9**
**90 [1]** 8/19
**90012 [1]** 2/8
**92672 [1]** 2/15
**92701 [2]** 1/20 2/11
**949 [1]** 2/16
**9:00 [4]** 32/23 77/9 98/22 112/23
**9:00 and [1]** 13/25
**9:04 [1]** 25/24
**9:26 [1]** 29/17
**9:33 [1]** 29/18

**A**
**A.A [3]** 105/18 105/24 106/1
**A.L [3]** 90/16 90/18 94/13
**a.m [6]** 4/1 25/24 29/17 29/18 55/12 122/23
**A.O [2]** 30/5 31/24
**A.R [2]** 31/16 46/22
**A.W [3]** 94/15 94/17 96/11
**AAA [2]** 85/14 86/13
**ability [3]** 96/6 100/23 100/24
**able [5]** 5/19 6/13 26/9 44/7 66/19 76/11
82/23 90/2 99/6 101/23 113/4
**about [79]** 10/6 11/2 11/14 11/22 15/9 15/23
18/24 20/7 20/7 24/9 24/17 25/22 27/5 27/7
27/24 29/25 32/24 33/1 33/1 33/7 37/23 39/25
40/1 42/1 44/1 44/1 45/8 46/5 48/4 48/14 50/13
51/24 52/3 56/16 62/4 64/15 64/16 64/16 67/17
67/21 68/12 68/13 68/19 68/23 69/2 71/5 71/6
71/7 71/10 75/9 75/20 76/21 77/13 78/13
81/10 87/8 87/19 87/19 88/6 90/2 91/1 91/15
95/11 96/19 98/23 98/24 102/17 102/23
103/11 106/5 106/16 106/13 110/23 113/23
113/24 114/9 116/21 118/2 118/2 120/16 121/2
122/23
**above [1]** 124/10
**above-entitled [1]** 124/10
**Absolutely [2]** 6/20 6/20
**abundance [1]** 13/14
**academic [1]** 49/14
**accept [5]** 18/23 19/9 20/2 21/14 122/19
**access [3]** 61/13 73/6 73/18
**accident [1]** 101/5
**accommodate [2]** 46/14 58/6
**accommodation [1]** 57/16
**according [4]** 39/16 40/10 64/6 64/25
**Accordingly [1]** 12/19
**account [5]** 24/4 40/18 65/9 95/3 121/1
**accounting [2]** 106/7 106/16
**accounts [1]** 68/19
**accurate [2]** 8/25 9/3
**accurately [2]** 13/19 27/10
**acknowledge [1]** 4/23
**act [2]** 20/18 21/23
**action [1]** 21/5
**actions [2]** 40/12 65/2
**activity [1]** 62/11
**actual [1]** 63/8
**actually [8]** 38/2 104/17 110/25 112/12 115/7
115/18 115/19 117/1
**add [1]** 70/16
**added [1]** 122/8
**addition [3]** 68/15 70/24 100/24
**adds [1]** 48/16

**A**

**adequate [3]**  72/10 122/25 123/7
**adjourn [1]**  29/15
**adjourned [1]**  123/18
**adjusted [1]**  112/16
**administered [1]**  8/21
**administrative [1]**  58/15
**admonition [2]**  56/11 56/13
**advance [2]**  25/6 67/6
**advances [2]**  41/1 65/16
**adverse [3]**  29/8 57/24 67/3
**advise [4]**  13/16 14/1 14/3 72/10
**advised [2]**  9/2 9/7
**advises [1]**  23/12
**advising [1]**  14/10
**affects [1]**  101/2
**affiliated [1]**  79/2
**after [7]**  16/20 28/1 43/12 44/11 50/17 85/20
86/23
**afternoon [56]**  15/7 15/8 28/3 32/25 56/16
56/25 57/3 58/19 60/4 62/2 62/4 63/3 69/14
71/24 72/15 73/24 74/2 74/3 76/3 76/4
79/9 80/15 80/16 84/3 84/4 87/1 87/2 90/18
90/19 91/21 92/10 94/17 94/18 96/14 98/14
99/25 100/1 104/12 104/13 106/1 106/2 109/1
109/2 110/17 110/18 112/4 113/13 113/14
115/25 116/1 117/22 120/13 120/14 122/8
123/12
**afternoons [1]**  119/18
**again [8]**  6/6 13/25 14/21 15/6 32/25 52/23
69/20 83/7
**against [5]**  39/12 41/11 64/2 66/1 106/11
**age [2]**  42/23 109/23
**agency [1]**  19/5
**agent's [1]**  20/4
**agents [9]**  18/3 18/24 19/1 19/11 19/19 20/5
21/14 55/19 59/20
**ago [5]**  12/21 74/23 75/7 82/5 106/6
**agree [13]**  13/22 18/19 38/18 43/10 50/11
78/4 90/5 94/10 96/8 103/12 105/15 117/15
122/3
**agreed [26]**  20/1 30/7 37/2 38/19 40/3 43/9
44/21 44/22 50/10 64/18 72/2 72/5 80/10
80/11 83/23 83/24 94/12 96/10 103/18 108/6
108/8 110/11 111/24 115/25 117/17 122/4
**ahead [1]**  45/2
**air [1]**  101/11
**airfare [2]**  104/23 104/25
**airplane [1]**  105/1
**ALEXANDER [4]**  2/5 4/5 28/23 69/16
**Alexis [2]**  40/4 64/19
**all [43]**  6/25 9/21 10/3 11/19 13/16 15/5 15/22
17/24 22/18 23/1 27/3 28/4 29/10 39/10 54/20
55/19 59/3 60/1 60/15 63/8 63/25 68/16 70/7
70/18 72/7 78/2 86/22 87/20 90/9 91/8 92/8
93/6 96/3 97/9 104/10 106/9 106/11 106/18
109/15 112/22 121/8 121/10 122/6
**allegations [4]**  41/5 41/8 65/20 65/23
**alleged [1]**  9/19
**Allen [1]**  114/16
**allow [4]**  14/5 25/4 58/14 59/11
**allowed [3]**  21/1 57/19 99/10
**almost [2]**  38/9 109/7
**alone [1]**  43/8
**along [1]**  78/7
**alphabetical [1]**  61/7
**alphabetized [1]**  60/24
**already [7]**  8/13 15/10 22/23 60/23 61/12 66/6
78/18
**also [19]**  4/21 9/3 11/18 13/18 14/3 16/11
17/25 37/20 51/24 51/25 52/3 54/14 59/17
66/23 68/4 98/4 100/25 108/16 115/10
**alternates [4]**  49/7 63/9 77/5 97/17
**although [1]**  68/9
**always [1]**  93/3
**am [8]**  7/14 33/17 37/19 59/4 61/11 91/2
91/11 96/21
**AMERICA [3]**  1/9 4/3 26/6
**among [3]**  40/23 57/6 65/13

**amounted [1]**  18/23
**analogize [1]**  8/16
**androids [1]**  71/15
**Angeles [3]**  2/8 39/23 64/13
**anniversary [1]**  49/22 50/20 118/7 118/10
118/22
**annual [4]**  30/13 37/21 75/4 113/23
**annualized [1]**  75/19
**another [13]**  16/16 17/6 19/24 82/1 96/24
105/14 108/16 110/24 110/25 119/8 122/25
**answer [13]**  20/21 21/9 21/13 22/18 23/18
23/21 24/8 27/8 27/9 62/22 63/6 63/11 63/11
**answered [1]**  103/13
**answers [5]**  7/4 27/7 37/6 63/5 89/25
**anxiety [6]**  74/14 77/23 90/21 91/22
**any [107]**  4/16 6/7 9/6 10/10 11/24 12/16
12/25 14/5 14/10 14/12 15/15 15/22 15/23
16/2 16/24 17/19 19/25 23/9 23/23 24/7 24/9
29/8 33/13 35/23 36/11 36/16 37/17 38/10
41/6 42/16 42/20 44/20 46/23 48/6 50/3 51/6
51/17 52/13 53/7 55/17 56/6 56/12 56/12
56/17 57/25 60/21 65/21 67/1 67/3 67/3 67/16
67/20 67/21 67/24 68/3 68/12 68/18 68/20
68/22 68/23 68/24 68/25 69/1 69/2 71/9 71/10
71/11 71/12 71/13 71/14 71/16 71/19 72/11
72/13 72/20 72/21 75/12 77/16 79/24 81/14
82/3 83/11 84/22 86/6 89/16 90/23 92/13
92/14 92/23 93/11 93/16 95/23 100/7 100/14
101/3 102/8 105/5 106/25 107/17 110/1
111/13 114/1 116/9 116/16 117/4 121/17
123/9
**anybody [16]**  15/21 19/14 29/13 46/23 70/22
99/16 106/15 108/4
**anybody's [1]**  59/22
**anymore [1]**  76/12
**anyone [13]**  17/8 27/14 29/16 66/9 66/15
67/20 67/21 71/5 71/6 71/11 71/16 71/21
84/12
**anything [25]**  7/6 17/8 20/3 24/17 24/17 35/14
55/1 59/15 60/9 67/22 68/13 68/19 69/5 71/6
73/20 78/7 80/19 81/10 89/2 100/21 102/23
112/18 118/18 118/19 122/11
**anytime [1]**  99/9 99/17
**anyway [2]**  44/7 49/15 106/19
**APC [2]**  39/22 64/12
**apologies [1]**  41/15
**apologize [2]**  5/8 119/20
**Apparently [1]**  44/19
**appear [1]**  112/10
**APPEARANCES [1]**  2/1
**appeared [2]**  36/22 59/3
**appears [4]**  47/1 77/25 111/22 122/1
**application [5]**  4/13 5/5 11/10 12/20 68/1
**applies [3]**  67/16 68/4 68/6
**appointment [2]**  101/7 110/23
**appointments [4]**  30/5 111/1 111/8 111/22
**appreciate [5]**  18/17 53/2 75/16 82/20 97/9
**approach [1]**  42/17
**approached [1]**  42/18
**appropriate [1]**  20/5
**approximate [3]**  51/14 60/21 61/7
**approximately [7]**  4/17 13/25 58/17 66/6
72/17 73/5 75/4
**April [3]**  4/24 5/12 11/17
**are [135]**
**area [1]**  25/5
**aren't [2]**  25/16 34/18
**arguably [1]**  34/17
**argument [1]**  8/24
**arguments [1]**  27/4
**arm [2]**  84/5 84/6
**arms [1]**  74/23
**around [10]**  26/22 46/11 77/4 84/14 91/11
93/7 95/11 100/18 113/5 118/11
**arranged [1]**  109/16
**arrangement [2]**  113/5 123/1
**arrest [2]**  24/22 25/15
**arrested [2]**  24/15 25/2

**arrive [1]**  33/10
**arrived [1]**  110/9
**articulate [1]**  103/9
**as [87]**  6/6 6/18 6/24 6/24 7/3 13/19 17/23
17/23 18/6 18/7 18/13 19/13 20/6 27/5 27/5
27/8 27/8 28/1 30/16 31/20 37/4 37/4 39/7
39/24 39/24 41/7 47/11 47/21 48/15 48/22
50/10 53/15 54/25 57/5 61/4 61/4 61/9 62/7
63/6 63/6 63/10 63/10 63/11 63/11 63/12
63/22 64/14 64/14 65/22 67/6 67/12 67/15
68/10 68/20 69/4 69/6 69/6 70/8 71/14 71/18
71/20 72/19 73/18 73/18 82/6 83/2 85/7 86/7
88/9 88/12 90/13 92/24 95/16 95/19 101/13
102/11 103/22 103/22 104/25 106/23 106/23
108/3 111/6 111/7 119/14 119/21 122/9
**Asian [1]**  36/7
**aside [2]**  59/3 107/3
**ask [29]**  8/18 16/25 20/25 21/4 22/4 22/15
23/20 24/23 27/23 28/15 31/7 36/16 49/2
50/14 52/24 66/11 69/21 71/21 78/9 78/12
82/21 84/22 85/1 99/19 111/10 115/12 115/14
115/18 122/16
**asked [5]**  5/12 5/18 5/19 18/22 21/14 23/18
26/7 36/23 39/6 39/7 47/10 63/3 63/14 63/21
63/22 66/7 68/12 69/23 69/24 70/1 121/3
**asking [2]**  43/16 121/13
**assembly [6]**  25/25 57/4 57/12 58/8 58/13
73/5
**asserts [2]**  39/24 64/14
**assess [1]**  90/12
**assessing [1]**  24/4
**Assistant [5]**  2/4 2/6 2/10 28/24 69/14
**associated [1]**  116/10
**Associates [2]**  39/21 64/12
**assume [4]**  12/1 48/15 73/20 109/18
**assuming [1]**  13/8 16/10 107/19
**assumption [1]**  67/3
**attach [1]**  12/13
**attached [1]**  8/7
**attack [3]**  82/22 92/3 92/5
**attacks [3]**  76/15 90/21 91/23
**attempted [1]**  59/7
**attempting [1]**  10/9
**attend [5]**  5/16 57/20 84/11 92/13 101/13
**attended [1]**  92/23
**attention [2]**  73/21 73/23
**attorney [8]**  2/3 2/4 2/6 2/10 39/17 64/7 69/15
112/18
**Attorney's [9]**  9/11 9/14 9/22 9/24 10/11
10/15 10/17 10/24 11/1
**attorneys [2]**  28/24 114/10
**attorneys' [2]**  39/19 64/9
**audience [2]**  55/16 79/1 93/8
**August [21]**  13/9 13/11 13/15 13/15 27/3
31/19 46/15 47/7 49/20 66/6 84/20 86/23
104/16 110/25 112/7 116/3 116/22 118/5
118/6 118/7 121/5
**August 13th [1]**  118/7
**August 16 [4]**  13/11 31/19 116/3 116/22
**August 16th [1]**  112/7
**August 17th [1]**  118/6
**August 20 [1]**  66/6
**August 20th [3]**  13/15 13/15 27/3 110/25
**August 5th [1]**  118/5
**August 6th [1]**  104/16
**aunt [1]**  47/21
**auto [1]**  101/5
**available [2]**  20/5 20/6
**AVENATTI [60]**  1/11 4/3 4/8 5/25 8/23 9/4 9/8
9/12 10/8 11/14 12/3 12/10 12/11 12/15 16/8
16/20 25/2 26/6 29/4 39/3 39/9 39/10 39/17
39/20 39/21 39/21 40/1 40/3 40/9 40/11 40/19
41/7 41/10 42/5 45/1 55/25 57/7 59/19 62/6
63/18 63/24 63/25 64/7 64/10 64/11 64/12
64/16 64/18 64/24 64/25 65/5 65/9 65/25
69/18 72/20 72/21 73/4 73/16 77/11 78/1
**Avenatti's [4]**  4/12 5/2 5/11 17/1 41/24 60/7
69/18 70/17 78/21
**Avenida [1]**  2/15

**A**

average [1] 37/21
avoid [2] 25/5 82/15
aware [1] 9/5
away [3] 48/4 62/10 69/6
awkward [1] 30/23

**B**

B.B [6] 31/13 44/24 45/5 50/23 51/18 53/1
B.R [2] 110/13 110/17
B.S [3] 31/3 38/20 41/19
babysitter [1] 84/14
babysitting [1] 78/8
back [60] 7/16 7/18 10/22 15/14 19/8 19/8 25/21 26/10 26/11 28/3 28/4 28/7 29/15 34/15 38/13 38/21 46/17 49/2 50/6 50/23 52/1 52/24 53/9 53/9 60/17 62/22 69/23 69/24 70/1 70/2 71/8 75/15 76/11 85/23 86/23 89/20 90/14 91/10 93/4 94/2 96/1 97/6 97/6 99/8 99/15 103/6 105/10 106/17 110/4 111/17 114/23 115/5 115/12 115/14 115/18 116/7 117/8 119/7 121/20 123/9
backs [1] 93/8
bad [1] 91/25
balance [2] 58/8 72/19 118/19
bank [2] 40/18 65/9
Barb [1] 79/5
Barela [2] 40/6 64/20
barely [1] 5/24
barometric [1] 80/22
based [6] 15/15 43/8 67/14 78/2 86/15 108/11
bases [1] 15/15
basically [1] 25/15
basis [7] 15/17 21/22 48/22 56/10 56/21 67/12 75/18
batch [1] 60/23
batches [1] 61/2
bathroom [3] 43/13 82/14 121/11
Baylor [1] 47/7
BDC [1] 53/13
be [197]
Beach [3] 31/10 39/22 64/13
bearing [1] 42/17
because [34] 5/8 14/12 16/14 19/17 20/9 22/10 24/20 24/22 27/1 29/9 51/25 62/23 66/14 67/14 68/16 79/13 83/3 86/6 87/8 88/14 93/5 93/12 93/22 95/5 99/3 100/10 100/16 106/9 106/24 111/7 112/18 116/20 118/17 119/14
bed [2] 81/9 82/11
been [54] 8/1 8/1 8/9 8/13 10/1 10/25 11/16 11/17 12/1 30/21 34/24 35/2 35/5 38/8 40/24 41/3 55/17 57/10 57/13 58/23 65/14 65/18 66/7 66/19 68/10 68/14 69/4 69/8 70/3 72/10 73/20 73/21 74/21 76/11 76/13 76/16 76/23 77/13 78/15 80/8 81/17 81/25 87/25 88/4 91/12 91/14 94/6 97/22 97/23 98/4 100/7 101/17 111/7 120/21
before [15] 8/2 10/1 11/13 11/17 28/18 38/23 38/23 44/10 74/14 74/16 76/23 81/21 85/20 88/18 93/19
begin [5] 26/12 32/1 62/4 83/5 100/21
beginning [6] 26/5 39/24 64/14 76/10 116/3 120/25
behalf [1] 4/5 40/13 65/3 102/8
behind [1] 106/17
being [17] 12/11 18/16 23/22 61/14 69/23 72/20 76/7 76/22 77/8 81/10 86/8 88/17 90/23 93/13 97/25 106/13 108/5
believe [23] 8/17 8/24 9/7 9/16 9/25 10/9 11/14 12/5 12/22 16/7 20/10 48/18 48/20 56/19 57/15 58/1 58/22 72/2 72/9 72/13 73/6 79/1 95/11
bench [1] 28/12
Bennett [1] 85/1
Bernardino [2] 113/2 113/3
beside [1] 9/17 9/18
best [7] 26/17 27/9 57/5 62/12 63/5 63/10 63/11

better [3] 83/2 99/14 100/13
between [7] 33/6 91/23 93/8 93/14 104/8 105/2 116/25
beyond [5] 30/12 39/13 41/12 59/13 62/8 64/3 66/2
bias [1] 15/19
big [3] 33/3 50/13 54/15
biggest [2] 30/19 120/25
Bill [1] 62/14
binders [3] 16/12 17/25 18/7
Biola [1] 94/20
birthday [5] 44/11 118/6 118/12 118/21 118/25
bit [10] 38/24 48/16 67/5 80/8 83/15 85/24 87/19 106/12 106/23 120/16
blank [1] 22/15
blog [1] 67/25
blown [2] 57/16 57/18
boards [1] 71/19
boat [3] 118/12 118/14 119/6
Boeing [2] 30/20 30/20
book [1] 116/19
booked [2] 116/11 116/20
Borelli [1] 79/5
both [10] 6/22 21/21 26/20 28/23 42/25 50/15 62/8 71/23 74/23 118/7
bothering [1] 99/16
box [2] 71/1 121/13
BRANDON [1] 2/4
break [8] 32/24 33/1 33/2 33/4 98/23 98/24 104/1 104/4
breathe [1] 91/8 92/2
breathing [1] 80/8
Bredahl [10] 12/22 15/12 25/20 27/22 28/8 71/21 73/3 104/3 115/19 119/7
brethren [1] 91/8
BRETT [4] 2/9 4/4 28/23 69/15
brief [4] 4/15 16/20 16/24 87/10 102/16
briefly [3] 17/9 27/24 81/16
bring [8] 17/13 17/16 24/13 30/9 50/16 50/23 60/2 70/25
broadcast [1] 58/9
broke [1] 74/23
brought [4] 16/15 58/19 73/21 73/23
browse [1] 71/1
Building [1] 2/10
bulletin [1] 98/3
burden [6] 23/1 39/12 41/11 64/2 66/1 96/6
bus [1] 85/21
business [3] 15/8 52/7 53/13
businessman [1] 106/16
busy [1] 95/18
buzzer [1] 122/24

**C**

C.S [3] 80/13 80/15 83/17
CA [4] 1/20 2/8 2/11 2/15
Cabinets [1] 120/17
calendar [1] 120/1
CALIFORNIA [11] 1/5 1/16 4/1 9/15 10/12 10/16 39/18 39/23 52/18 64/8 64/13
call [12] 8/8 16/18 28/2 28/6 45/19 46/16 55/6 69/22 69/25 72/8 97/18 123/9
called [15] 15/3 15/10 23/5 24/7 26/10 44/12 54/7 55/17 57/14 61/4 62/5 72/8 77/24 85/14 97/23
calling [1] 55/3 55/3 55/5
calls [2] 28/7 53/19
came [3] 108/13 108/16 112/24
can [66] 4/18 5/9 6/18 6/24 6/25 10/3 11/1 15/11 15/12 15/13 16/8 16/10 16/16 17/13 17/14 17/19 18/1 18/13 18/21 18/25 19/4 19/20 23/6 24/4 24/18 24/24 24/25 27/15 29/14 43/12 46/10 46/14 49/8 52/25 58/6 59/2 61/5 61/6 61/19 63/11 63/12 70/10 70/21 78/12 82/14 87/20 92/7 94/25 97/5 97/7 97/18 97/19 99/14 100/12 105/2 106/20 106/20 106/21 107/3 108/19 112/15 112/18

113/1 113/4 118/20
can't [7] 109 46/1 48/16 83/2 98/8 116/11 118/24
cancel [1] 116/12
canceled [1] 119/6
cancellation [1] 119/1
cannot [3] 12/7 19/9 46/9
car [3] 83/15 88/17 105/1
care [6] 22/16 74/24 78/7 78/14 80/24 94/6
cars [3] 46/5 46/6 54/1
case [68] 5/3 6/8 7/15 8/10 8/11 8/15 8/16 8/18 11/13 11/19 11/19 14/1 20/7 21/1 21/16 26/5 28/19 42/17 44/5 47/18 62/5 62/21 63/15 66/5 67/6 67/10 67/14 67/15 67/17 67/19 67/22 67/23 68/5 68/10 68/13 68/19 68/23 68/25 69/2 69/6 69/8 71/5 71/11 71/12 71/13 71/16 73/21 77/14 78/1 78/22 87/11 87/19 87/20 87/21 90/2 102/11 102/16 102/20 102/21 102/24 103/15 104/15 106/13 107/5 107/5 107/14 112/13 116/21
cases [1] 26/20
catch [4] 20/22 21/2 87/17 102/2
cause [5] 15/15 40/17 65/8 78/1 100/21
caused [4] 5/3 5/6 11/14 101/4
caution [1] 13/14
cautionary [1] 12/24
Center [1] 53/14
certain [5] 39/4 46/7 63/19 76/20 122/1
certainly [1] 58/14
CERTIFICATE [1] 124/5
CERTIFIED [1] 1/9
certify [1] 124/7
chain [1] 120/19
chairs [1] 93/8
challenge [1] 15/15
challenges [1] 56/9
chambers [1] 16/16
chance [2] 16/21 116/16
change [2] 27/18 27/18
changed [3] 4/20 116/25 117/3
changes [1] 76/20
changing [1] 80/21 104/19
channels [1] 89/11
Chaos [1] 38/5
Charge [1] 71/1
charged [2] 39/9 63/24
charges [12] 25/16 39/1 39/3 39/10 39/1 41/11 63/16 63/18 63/25 64/1 66/1 87/23
charter [1] 119/6
chartered [2] 118/12 118/14
chat [1] 67/25
check [3] 23/15 103/22 108/14
checked [1] 121/12
checking [1] 51/1 53/5
checks [1] 106/8
chef [1] 88/19
chest [1] 91/8
Chief [2] 2/5 70/19 72/8
child [1] 106/7
childcare [4] 85/2 86/16 86/18 86/19
children [2] 47/20 84/16
choose [2] 6/13 6/24
chosen [1] 67/2
church [4] 92/16 92/20 92/24 92/25
circumstance [1] 27/21
circumstances [4] 8/24 15/18 24/19 47/14
citing [1] 9/19
citizen [1] 35/10
citizens [3] 26/22 62/7 62/17
city [1] 26/15
civic [1] 26/15
civil [2] 26/20 62/9
CJA [2] 17/5 19/17
claiming [2] 20/11 41/2 65/17
claims [2] 39/20 64/10
clarification [1] 55/23 60/16
classes [1] 44/7
clean [1] 70/4

**C**

clearly [1] 105/21
Clemente [1] 2/15
clerk [1] 70/6
clerk's [4] 15/12 16/15 23/12 70/24
clerks [1] 123/7
client [17] 29/2 29/3 40/13 40/14 40/16 40/21 40/22 40/25 41/3 65/3 65/5 65/6 65/11 65/12 65/15 65/18 69/18
clients [7] 39/19 40/3 40/6 64/9 64/18 64/21 66/23
close [9] 42/7 42/10 47/9 47/10 47/19 47/20 48/1 104/5 112/19
closed [4] 59/4 59/7 59/9 59/10
closest [1] 11/1
closing [1] 27/4
Code [1] 124/8
cognitive [1] 100/8
coincide [1] 118/21
colleague [1] 28/21
colleagues [1] 30/18
college [5] 31/18 43/1 47/15 96/7 105/3
Colorado [1] 116/8
combination [1] 33/25
combined [2] 77/25 78/21
come [40] 11/1 11/14 15/13 17/3 20/6 25/21 26/11 26/16 26/17 28/4 28/7 49/2 50/14 52/1 52/24 52/25 56/15 59/7 59/10 59/25 60/17 62/11 62/22 62/25 69/23 69/24 70/1 70/2 71/2 71/22 82/6 86/23 90/14 97/16 107/4 115/5 115/12 115/18 116/7 119/7
comes [1] 11/22 75/19
comfort [1] 93/11
comfortable [5] 77/15 93/2 100/18 107/13 118/5
coming [18] 4/17 24/14 34/12 37/11 50/20 53/2 62/3 74/15 80/17 87/3 91/23 92/5 98/16 106/3 117/24 120/15 121/4 122/20
commence [4] 4/10 11/23 23/2 23/8
commencement [1] 9/3
comment [3] 14/15 73/3 106/10
commentary [1] 68/19
comments [6] 12/25 13/12 16/2 16/5 73/22 122/2
committed [4] 39/13 41/12 64/3 66/2
communicate [2] 67/20 67/21
communicating [2] 68/4 68/6
communication [1] 88/20
commute [1] 33/21
company [10] 30/11 30/17 38/2 45/13 46/3 51/21 52/9 54/15 85/14 121/25
compel [1] 21/23
compensate [1] 86/7
compensation [1] 114/17
complete [5] 38/23 39/6 61/17 63/10 63/21
completed [3] 8/13 26/9 67/9
completely [2] 27/10 63/6
comply [4] 19/3 19/6 19/10 22/1
computer [6] 18/2 67/24 88/14 89/5 100/12 122/22
conceal [2] 40/15 65/5
concealment [2] 40/8 64/23
concentrate [3] 87/8 93/20 99/6
concentrating [1] 100/3
concentration [1] 100/11
concern [2] 48/21 82/18
concerned [3] 30/16 51/24 52/3
concerning [1] 94/8
concerns [1] 94/5
conclude [2] 10/14 12/7
concluded [1] 69/19
concludes [1] 69/10
condition [5] 30/1 77/23 78/21 91/13 100/19
conditions [2] 100/15 103/11
conduct [6] 8/22 22/21 23/23 57/1 58/20 108/4
conducted [4] 19/12 57/12 57/21 72/17
Conference [1] 124/12
confirm [6] 19/12 71/2 71/22 115/5 115/15

120/7
confirmed [1] 72/20
confirming [1] 66/10
conflict [5] 5/13 9/7 42/4
conflicts [1] 6/7
conformance [1] 124/11
consider [2] 22/5 68/17
constant [1] 76/17
Constitution [2] 26/20 62/24
construction [1] 34/23
consult [2] 72/11 112/17
consulting [1] 68/20
contact [3] 10/25 42/16 68/15
contains [1] 12/9
context [6] 18/21 25/12 39/5 41/16 63/13 63/20
contiguous [1] 73/18
continuance [5] 5/6 5/18 7/18 7/21 8/5
continuances [1] 9/2
continue [7] 4/13 5/15 6/1 8/18 12/20 14/19 121/23
continued [6] 4/24 5/4 9/5 10/4 11/16 122/5
continues [1] 24/2
continuing [1] 39/25 64/15
contractor [2] 114/12 114/13 114/18
contribute [1] 47/15
controlled [2] 40/19 65/9
controls [1] 91/24
convened [1] 57/9
convenient [1] 17/14
conversation [4] 24/20 24/25 25/1 30/3
conversations [2] 24/21 25/19
convincing [1] 8/8
coop [1] 19/5
cooperate [2] 19/18 19/19
coordinate [1] 38/1
copied [4] 60/22 60/23 61/14 104/2
copies [1] 15/3
copy [4] 16/9 17/18 17/19 22/15
copying [2] 15/2 114/6
corner [1] 91/10
Corona [1] 42/3
correct [16] 10/14 25/10 41/25 45/11 53/17 59/5 61/11 61/18 61/21 85/4 112/8 113/17 114/19 120/4 120/6 124/9
Correction [1] 72/7
correctly [1] 104/14
cost [1] 95/9
Costco [1] 121/1 121/2 121/4
could [21] 5/16 18/22 33/8 43/15 43/24 45/18 48/12 52/3 83/2 83/5 98/25 99/9 99/17 99/17 106/15 112/24 115/14 116/16 119/3 119/5 120/1
couldn't [2] 83/21 92/2
counsel [13] 2/1 10/11 17/17 18/19 19/18 23/20 27/24 28/18 29/5 44/13 57/7 57/8 69/12
counseling [1] 78/16
counselor [2] 79/6 76/10
count [1] 49/8
countries [2] 26/21 62/15 62/16
counts [4] 39/2 39/10 63/17 63/25
county [3] 32/10 32/12 33/20
couple [12] 7/3 26/13 27/11 30/17 74/22 81/7 81/25 82/1 98/19 99/4 112/15 116/25
course [8] 8/20 14/17 16/23 53/21 66/15 67/18 83/19 119/21
Court's [9] 23/25 54/25 71/8 71/20 73/21 73/23 90/9 105/22 122/9
courthouse [9] 1/19 2/7 26/17 37/12 63/1 80/18 82/22 98/1 99/4 112/15 116/25
courtroom [90] 17/12 18/2 27/18 28/8 28/9 28/15 29/8 32/2 33/19 34/11 34/14 34/19

36/20 37/8 38/15 41/20 43/6 43/18 44/16 45/4 45/20 45/24 46/2 46/9 48/1 48/10 49/16 50/8 50/18 50/24 52/15 53/3 53/4 54/10 57/10 57/19 58/7 58/19 59/18 60/3 63/8 66/18 66/21 74/1 75/17 75/25 77/21 79/1 79/3 79/8 79/12 80/4 80/14 83/16 84/2 86/1 86/24 89/23 90/17 93/7 94/4 94/16 96/4 96/13 98/11 98/13 99/22 99/24 103/8 104/11 105/12 105/25 108/2 108/25 110/5 110/14 111/20 112/3 113/10 113/12 115/1 115/13 115/22 115/24 117/11 117/21 119/12 120/12 121/22
covered [1] 6/11
covers [3] 70/19 81/9 82/11
COVID [1] 14/4 27/12 53/9 66/15 100/17
COVID-19 [2] 14/4 66/15
cramps [1] 93/13
credibility [1] 24/4
credible [2] 94/5 94/8
crimes [6] 39/4 39/13 41/13 63/19 64/3 66/3
criminal [10] 2/5 26/5 26/20 62/5 62/9 87/21 90/3 102/20 102/21 102/24
crowded [1] 118/18
curiosity [1] 30/15
currently [9] 32/8 60/4 61/7 76/7 79/19 80/23 90/23 120/22 121/2
custodian [1] 16/17
customers [4] 36/6 36/7 36/8 53/23
cut [2] 52/1 63/7

**D**

D.A.'s [1] 96/16
D.M [2] 112/2 112/4
D.R [3] 31/9 43/11 43/19
dad [2] 74/17 86/11
daily [1] 62/11
Dakota [1] 116/7
danger [1] 27/13
date [14] 5/25 9/3 9/5 9/9 11/12 11/12 13/7 14/2 25/17 46/11 53/8 105/14 121/23 124/14
dated [1] 7/16
dates [3] 5/18 112/15 117/2
daughter [8] 31/4 31/4 31/18 42/7 42/8 42/16 42/22 47/15
daughter's [1] 32/14
daughters [3] 5/16 41/24 42/2
Davis [1] 76/10
day [20] 1/12 7/21 17/11 21/17 26/10 26/25 30/12 32/23 34/13 37/14 37/16 45/16 46/18 63/3 91/17 91/20 98/22 109/23 112/22 119/7
daycare [1] 85/22
days [22] 5/22 6/4 6/4 7/3 8/19 13/8 17/13 45/9 45/13 51/6 51/7 82/1 82/2 85/9 86/7 97/22 97/22 97/23 97/24 100/9 111/22 112/15
deal [3] 33/4 50/13 105/19
dealership [4] 46/6 53/11 53/12 54/3
dealing [1] 36/8
DEAN [6] 2/14 2/14 4/7 29/3 61/11 69/17
debilitated [1] 82/16
decide [3] 67/8 67/14 107/5
decided [1] 69/8
decides [1] 29/9
decision [2] 15/23 107/14
decline [2] 60/7 60/8
declines [1] 21/4
declining [1] 72/18
defendant [10] 1/12 2/13 4/22 8/14 24/15 24/20 40/3 58/1 58/12 64/18
defendant's [4] 6/7 12/24 31/3 56/1
Defender's [1] 61/14
defense [18] 5/24 7/15 13/3 17/17 18/21 20/7 24/10 30/7 33/14 36/18 42/20 60/10 61/1 75/14 79/4 79/25 107/24 112/12
defer [3] 34/3 48/19 105/14
deferred [1] 17/21
deficiencies [1] 90/4
definitively [1] 25/18
defraud [2] 40/2 40/3 64/17 64/18
degree [1] 93/10
Del [1] 42/3

**D**

delayed [2] 41/3 65/18
deliberating [1] 27/4
deliberation [1] 68/6
deliberations [1] 67/10
delivered [3] 17/17 61/16 122/13
delivering [2] 17/10 122/23
denied [2] 11/11 12/20
denies [2] 39/10 63/25
denying [3] 40/23 65/13 70/17
Department [2] 53/18 55/22
depend [1] 120/21
depending [2] 30/13 44/6
depends [2] 82/25 83/7
deposited [2] 40/18 65/8
depth [1] 56/6
deputy [3] 28/8 28/15 71/1
describe [2] 40/15 65/6
described [1] 80/6
describing [2] 87/18 103/10
description [2] 103/15 103/15
designers [1] 120/19
despite [1] 4/22
detail [2] 14/7 103/14
details [3] 106/9 106/14 107/9
determine [2] 4/18 66/22
Development [1] 53/14
device [1] 71/14
devices [1] 71/15
devised [2] 40/2 64/17
diabetes [1] 33/23
diagnosed [1] 100/7
dictionaries [1] 68/21
did [23] 4/23 6/7 9/16 22/2 24/24 35/8 35/12
36/25 51/4 56/13 56/21 72/20 72/21 74/14
81/23 82/3 88/22 90/3 90/8 92/19 100/21
102/23 117/2
didn't [23] 20/22 21/2 32/19 42/3 43/15 46/11
51/25 53/7 69/21 87/12 95/8 97/2 108/12
different [8] 8/12 14/23 47/14 52/12 56/9
79/22 97/15 115/17 120/22
difficult [3] 93/19 102/13 116/18
difficulties [2] 100/3 100/8
difficulty [1] 100/9
dinner [1] 118/10
dire [15] 8/22 14/18 15/16 15/10 15/22 15/23 22/21
23/3 56/1 57/17 57/17 57/18 57/21 58/5 58/11
108/4
direct [2] 23/21 54/24
disability [2] 51/11 118/17
discharge [1] 101/1
disclose [2] 40/9 64/24
discovering [2] 40/22 65/12
discretion [1] 25/4
discuss [5] 61/10 66/12 68/14 71/16 101/7
discussed [3] 68/24 69/1 95/5
discussing [1] 67/23
discussion [2] 15/7 58/16
dismiss [1] 60/8
dismissed [1] 86/9
Disney [1] 30/20
disposition [2] 40/17 65/7
dispositive [1] 123/10
disputes [2] 41/7 65/22
disqualification [1] 123/10
disqualifications [1] 15/20
dissent [1] 9/6
distancing [7] 14/5 27/16 27/20 57/6 58/7
93/6 93/10
distributed [2] 15/4 16/3
district [13] 1/4 1/5 7/11 7/20 9/11 9/15 9/24
10/12 10/15 10/18 10/24 26/4 43/23
division [1] 1/6 2/5 120/19
do [145]
doctor [5] 100/14 100/18 101/7 101/8 103/12
doctor's [1] 78/7 78/13
document [7] 7/13 7/15 7/17 39/3 55/25
56/10 63/18
documents [1] 8/8

does [20] 9/15 29/13 30/16 38/2 39/14 41/13
51/1 53/2 60/4 62/6 74/6 87/21 89/2 92/2 92/8
81/14 83/4 91/22 105/5 107/17 122/12
doesn't [15] 6/24 19/24 20/9 20/18 21/5 26/16
47/18 52/4 57/24 59/21 71/25 78/6 81/8 84/19
115/6
doing [20] 4/19 11/3 20/15 20/17 24/17 26/25
27/14 52/2 53/16 56/11 56/17 61/2 63/2 84/5
92/18 96/19 101/11 118/13 120/5 121/2
dollar [1] 7/23
domestic [1] 24/15
don't [69] 5/8 7/3 8/17 9/6 9/16 10/19 10/21
11/3 13/17 14/23 17/2 17/12 17/16 19/4 19/13
20/3 22/12 22/16 23/11 25/12 27/6 27/7 28/11
34/2 35/23 37/1 37/3 38/21 45/15 45/17 46/15
47/1 48/20 48/22 49/13 54/16 56/5 56/19 58/1
58/22 61/2 77/15 86/3 86/15 89/24 91/7 91/11
99/5 101/1 101/6 102/18 103/21 104/24 106/4
106/8 106/12 106/13 106/14 106/15 106/18
107/25 110/15 111/8 112/11 113/6 118/25
119/19 119/21 122/18
done [9] 27/9 33/17 48/12 48/19 52/5 57/14
57/18 72/9 121/6
door [4] 59/6 108/13 108/17 122/24
double [2] 33/23 95/19
doubt [5] 15/22 39/13 41/12 64/3 66/2
down [31] 13/25 21/16 26/16 34/12 37/11
50/21 52/1 53/2 57/3 58/8 58/9 58/12 62/4
62/11 62/25 63/7 63/8 66/19 73/5 73/9 73/13
73/17 80/17 87/3 91/9 97/16 98/16 99/4 106/3
117/24 120/15
downstairs [9] 13/5 23/13 60/12 60/17 61/23
87/10 87/15 102/16 106/23
draft [2] 12/23 16/3
draw [3] 9/22 67/1 67/3
drive [1] 33/23
driver [2] 88/10 88/12
driving [3] 11/21 109/12 116/7
druthers [1] 44/3
duck [1] 23/18
due [2] 53/9 60/6
during [15] 14/17 39/16 58/13 64/6 66/15
67/16 69/1 82/3 83/19 83/21 94/23 95/15
95/18 96/6 110/7
duties [5] 42/17 62/25 114/6 114/6 120/16
duty [13] 24/8 26/15 30/12 40/9 44/18 45/13
45/16 62/7 64/24 67/18 114/17 116/20 116/23

**E**

e-mail [2] 67/25 71/17
e-mails [1] 19/6
E.D [6] 31/14 45/22 45/24 52/23 52/25 54/18
EA [2] 39/21 64/11
each [7] 12/21 22/11 23/6 36/22 47/22 56/8
69/7
Eagan [1] 39/21 64/11
earlier [2] 41/15 119/25
early [4] 39/24 64/14 79/11 85/20
earner [3] 51/8 75/1 113/18
earners [1] 37/18
earnings [1] 95/2
earth [2] 62/15 62/17
easier [2] 18/1 61/8
easy [1] 111/7
eaten [2] 83/1 83/8
efficient [1] 34/17
eight [3] 5/21 6/4 42/11
either [4] 31/11 33/24 51/25 107/8
electric [2] 46/6 54/5
electronic [2] 17/18 71/14
electronically [1] 17/25
electronics [2] 18/15 18/16
else [9] 17/8 19/14 55/1 66/9 67/21 68/7 71/5
105/4 122/11
email [1] 70/22
embezzle [2] 40/19 65/10
embezzlement [2] 40/22 65/12
embezzling [1] 106/17

emergency [1] 76/16
emission [1] 107/16
emotional [2] 47/11 47/16
employed [2] 88/7 88/8
employee [2] 51/6 52/19
employer [11] 37/13 44/17 46/14 51/2 53/6
68/8 68/9 106/7 113/2 113/15 115/15
employers [3] 30/20 30/22 50/16
employment [2] 74/14 107/11
empowered [2] 21/18 21/20
empty [3] 79/3 83/1 83/8
end [10] 13/7 14/2 46/2 46/8 67/10 67/18
84/20 97/15 108/10 116/22
ended [1] 119/25
engaged [1] 60/2
English [17] 34/25 35/3 35/15 35/19 35/24
36/9 36/14 37/4 87/6 88/1 88/5 88/16 88/20
88/23 89/3 90/10 90/12
English-language [1] 35/24
enjoys [1] 118/13
enough [8] 8/6 22/13 54/16 56/4 86/4 86/4
97/19 104/4 116/23
ensuring [1] 57/6
enters [30] 32/2 34/19 37/8 41/20 43/18 45/4
45/23 47/3 49/16 53/4 74/1 75/25 79/8 80/14
84/2 86/24 90/17 94/16 96/13 98/13 99/24
104/11 105/25 108/25 110/14 112/3 113/12
115/24 117/21 120/12
entire [1] 58/3
entitled [6] 6/14 6/16 40/21 55/25 65/11
124/10
environment [2] 93/1 93/2
episode [4] 81/2 81/3 81/4 81/12
episodes [2] 80/19 82/3
equity [1] 43/24
ER [2] 85/7 86/12
error [3] 58/22 58/23 60/6
especially [5] 28/14 77/11 116/19 118/18
119/17
essence [1] 37/5
establish [1] 59/2
estimate [5] 13/17 13/18 23/15 48/18 60/21
estimates [1] 6/22
evasive [2] 23/22 23/25 24/2
eve [1] 4/24
even [13] 19/7 23/1 30/9 45/12 59/21 67/6
78/17 83/20 88/18 88/25 90/2 93/12 106/10
evening [5] 28/3 92/11 122/13 122/19 123/5
event [6] 24/21 72/14 78/23 101/3 119/16
121/24
events [4] 76/19 80/21 118/8 118/20
eventually [1] 97/23
ever [7] 20/20 21/15 42/5 51/6 76/23 76/25
81/21
every [8] 20/20 36/23 47/24 58/10 66/17 75/9
91/17 91/20
everybody [5] 28/7 28/22 69/24 76/5 103/22
everyday [1] 91/18
everyone [7] 26/11 27/13 66/21 68/6 70/1
77/24 118/13
everything [5] 53/19 102/1 105/3
evidence [24] 10/22 10/22 11/4 11/8 11/24
13/8 26/17 27/3 39/4 41/6 41/9 62/12 63/19
65/21 65/24 67/15 68/16 69/8 102/22 106/11
106/19 106/24 106/25 107/5
evident [2] 5/18 15/19
evidentiary [1] 110/7
ex [4] 4/12 5/4 11/10 12/20
exact [1] 95/4
exactly [1] 118/11
examination [2] 23/17 58/20
examining [1] 17/20
example [6] 11/20 24/23 51/23 61/1 92/16
101/4
except [1] 58/16
exception [2] 36/23 37/6
exchange [2] 39/19 64/9
exchanged [1] 16/7
excusal [2] 15/19 52/20

**E**

**excusals** [1] 15/17
**excuse** [40] 29/16 30/6 30/14 30/14 31/10 34/4 34/13 38/17 43/7 44/20 48/22 49/4 50/9 50/19 52/17 53/1 54/17 69/20 72/19 72/21 75/18 77/22 78/3 78/20 78/23 80/5 83/17 86/20 90/4 90/11 94/9 96/7 105/19 108/11 108/12 111/21 115/2 115/4 117/12 123/11
**excused** [22] 27/22 29/24 34/8 50/14 54/22 58/17 58/18 60/3 62/23 69/4 72/21 75/23 80/9 80/12 83/25 94/13 96/11 97/23 103/19 112/1 117/18 121/13
**excusing** [4] 31/23 72/18 78/8 90/12
**executed** [2] 40/2 64/17
**exercise** [1] 24/3
**exercising** [1] 62/25
**exhibit** [3] 118/9 122/9 122/9
**exhibits** [2] 17/10 17/24
**exists** [1] 20/10
**exits** [34] 33/19 34/14 36/20 38/15 43/6 44/16 45/21 46/21 48/11 49/11 50/8 52/15 53/3 54/10 75/17 77/21 80/4 83/16 86/1 89/23 94/4 96/4 99/22 103/8 105/12 108/2 110/5 111/20 113/10 115/1 115/22 117/11 119/12 121/22
**expect** [3] 23/17 68/11 69/24
**expected** [2] 24/7 27/2 66/5
**expense** [1] 17/3
**expenses** [4] 86/8 95/7 95/21 116/9
**experience** [5] 12/5 31/18 101/8 107/2 107/4
**experiences** [2] 12/3 76/21
**experiencing** [5] 76/13 91/6 91/12 93/18 93/18
**experts** [2] 23/24 24/7
**explained** [1] 121/12
**explanation** [1] 104/18
**explore** [1] 106/22
**exposed** [2] 57/23 67/16
**exposure** [2] 12/4 12/4
**extend** [1] 13/11
**extended** [1] 121/15
**extent** [2] 59/23 66/20
**extortion** [1] 10/9
**extract** [1] 71/20
**extraneous** [1] 25/17
**extremely** [1] 6/21

**F**

**face** [2] 62/15 62/16
**Facebook** [2] 68/2 71/18
**faces** [1] 99/3
**facie** [1] 19/25
**facing** [1] 91/10
**fact** [12] 10/23 12/13 31/12 42/15 43/8 48/14 56/12 57/13 67/1 71/23 72/12 77/25
**factors** [1] 24/3
**facts** [5] 5/7 40/9 64/24 107/6 107/9
**factually** [1] 59/3
**failing** [2] 20/24 21/3
**fails** [1] 4/23
**fair** [3] 6/18 12/8 107/3
**fairly** [2] 56/3 121/24
**faithfully** [1] 63/12
**fall** [1] 101/5
**false** [5] 9/25 40/7 40/25 64/22 65/15
**falsely** [6] 40/15 40/23 41/6 65/5 65/13 65/17
**family** [8] 68/7 68/7 68/9 86/6 95/6 116/6 117/13 118/15
**far** [4] 27/5 48/3 73/18 103/22
**fascinating** [1] 44/9
**fashion** [2] 58/4 80/7
**father** [1] 86/11
**fathers** [2] 62/13 62/19
**FBI** [1] 10/7
**federal** [5] 2/10 18/24 26/3 61/14 62/3
**fee** [1] 116/15
**feel** [12] 23/21 42/15 66/11 77/15 79/9 86/4 89/1 91/7 92/5 97/24 100/25 106/13
**feeling** [2] 76/21 93/23
**feelings** [1] 91/5 92/6

**feels** [1] 99/3
**fees** [2] 39/16 69/9
**fell** [1] 74/23
**fellow** [2] 67/9 68/5
**felt** [2] 66/7 118/5
**few** [7] 12/24 24/14 25/3 26/21 62/15 62/16 87/17
**Fifteen** [1] 13/8
**figure** [1] 97/18
**file** [3] 13/5 16/24 22/15
**filed** [2] 16/20 55/25
**filings** [3] 5/9 6/7 7/11
**fill** [10] 14/25 26/7 27/7 27/9 27/23 46/17 63/4 66/9 66/11 69/21
**filled** [2] 66/8 118/4
**filling** [6] 4/17 41/16 73/7 73/10 73/15 73/19
**final** [1] 63/9
**finalize** [1] 16/6
**finally** [5] 17/1 40/21 65/11 67/5 69/11
**finances** [1] 86/16
**financial** [1] 86/5
**find** [17] 6/23 8/25 11/18 12/3 31/13 31/16 45/19 51/4 56/20 60/6 60/7 84/14 86/19 94/5 94/7 113/1 119/5
**finding** [1] 56/12
**fine** [7] 13/13 55/21 59/13 72/13 115/8 118/6 123/2
**finish** [2] 28/1 61/10
**firm** [4] 114/8 114/11 114/14 114/15
**firms** [2] 39/20 64/11
**first** [33] 4/12 4/12 4/14 7/23 15/8 15/11 15/25 17/11 21/15 22/4 29/21 30/5 30/12 31/3 37/14 37/16 40/12 44/10 57/1 63/6 65/3 67/7 70/17 73/1 87/9 98/3 102/10 104/10 109/6 112/14 121/5 123/8
**Fishing** [1] 36/12
**five** [7] 18/12 22/11 55/19 91/15 94/7 97/22 103/11
**flights** [1] 105/1 109/19
**flip** [1] 16/21
**floor** [2] 82/14 98/3
**flying** [1] 109/13
**focus** [4] 56/23 101/12 101/25 102/25
**focused** [1] 12/10
**focusing** [1] 93/22
**folks** [17] 49/14 56/15 58/18 66/18 69/23 72/25 77/5
**follow** [2] 14/22 102/1
**following** [7] 9/12 11/11 14/9 25/25 40/12 65/2 71/4
**follows** [1] 12/23
**Food** [1] 80/21
**footnotes** [1] 9/21
**force** [1] 58/2
**foregoing** [1] 124/8
**forestall** [1] 91/22
**forewarned** [1] 24/6
**form** [9] 27/23 66/10 66/11 66/11 68/3 69/21 69/21 118/4 121/13
**formal** [1] 67/7
**formalities** [1] 69/20
**format** [1] 124/11
**forms** [1] 66/8
**forth** [1] 19/2
**forward** [2] 12/6 12/18
**found** [3] 108/14 108/16 112/11
**foundations** [1] 16/18
**founding** [2] 62/13 62/19
**four** [14] 18/12 20/8 22/11 24/18 49/7 54/22 63/9 72/18 77/5 80/18 82/1 83/18 97/17 97/22
**Fourth** [1] 2/11
**FOX** [1] 2/4
**Francisco** [1] 50/1
**fraud** [2] 39/10 63/25
**Frauds** [1] 2/6
**fraudulent** [5] 40/7 40/12 64/22 65/2 106/8
**free** [6] 16/24 18/9 21/23 28/2 66/11 112/22
**frequently** [2] 47/23 100/10
**Friday** [10] 13/15 26/12 28/5 58/5 70/2 97/7

119/13 119/18 119/23 120/1
**front** [1] 59/6
**full** [7] 12/15 15/23 17/10 57/16 57/18 58/5 58/11
**full-blown** [2] 57/16 57/18
**fully** [9] 14/5 18/17 27/14 27/19 29/6 63/6 66/16 66/25 102/12
**function** [1] 11/18
**funds** [7] 40/14 40/24 40/25 65/4 65/10 65/14 65/15
**further** [18] 7/6 12/25 14/14 58/20 59/15 60/9 72/9 72/12 72/16 73/3 73/9 78/2 78/9 83/11 85/10 107/22 108/4 114/20

**G**

**G.K** [5] 79/7 79/9 79/24 80/2 80/5
**gap** [1] 74/14
**Gardephe** [7] 5/5 5/21 5/25 6/3 7/15 9/7 11/17
**Gardner** [2] 40/5 64/20
**gave** [2] 46/11 92/3
**general** [3] 58/11 90/3 107/16
**generate** [1] 11/19
**generating** [1] 28/10
**gentlemen** [8] 26/2 27/1 50/15 62/2 69/10 70/5 70/12 88/18
**Geoffrey** [2] 40/4 64/19
**get** [53] 5/19 13/8 15/11 15/12 17/19 23/15 25/12 28/2 28/7 28/12 35/8 35/12 36/3 38/13 38/22 46/16 50/6 52/5 54/4 57/4 57/16 57/17 58/5 61/4 66/20 77/6 81/8 82/6 82/13 82/23 83/6 83/21 85/17 85/23 88/14 89/7 91/25 94/2 97/14 97/19 99/4 101/25 103/6 104/2 105/10 109/11 111/6 111/22 113/7 115/7 115/15 122/15 122/21 123/6
**gets** [3] 99/3 115/3 115/5
**getting** [11] 53/9 63/8 79/11 79/14 92/6 93/13 98/19 112/19 121/8 121/9 122/20
**girls** [2] 42/11 42/14
**give** [22] 11/20 13/7 13/17 16/4 18/12 18/24 25/6 25/8 41/16 43/24 53/22 55/6 56/13 56/14 56/20 56/21 60/4 63/13 67/5 68/5 93/10 102/13
**given** [6] 8/6 23/4 53/8 56/19 58/21 92/8
**giving** [2] 22/5 56/11
**glad** [1] 98/7
**glance** [1] 22/22
**go** [49] 8/13 12/18 13/25 14/7 15/1 15/6 15/9 15/14 26/9 28/2 29/19 29/23 31/17 32/25 33/1 34/15 38/4 38/21 43/13 44/7 45/1 45/18 47/11 49/25 50/13 51/23 60/12 60/17 61/22 75/15 76/9 76/11 81/9 82/11 83/22 84/16 94/25 95/3 100/18 104/9 104/20 105/2 109/5 110/15 115/14 116/5 118/12 119/22 121/3
**goes** [1] 27/5
**Gogh** [1] 118/9
**Gogh's** [1] 119/2
**going** [71] 4/10 5/13 6/22 8/6 8/17 11/23 12/5 13/8 14/22 16/4 17/22 17/23 17/24 19/8 19/17 20/4 20/11 21/17 27/13 27/22 28/15 29/15 34/13 34/18 37/5 42/4 44/19 46/1 49/4 49/7 49/8 49/25 50/19 53/1 54/4 57/1 60/17 61/4 63/2 66/20 75/18 77/7 78/20 86/7 86/20 92/1 93/6 93/20 94/19 94/20 97/3 97/17 101/23 103/21 104/18 104/20 106/1 106/2 109/7 110/17 110/18 112/4 113/13 113/14 115/25 116/1 117/2 117/22 120/13 120/14 121/1
**gone** [2] 21/17 76/11
**good** [71] 4/4 4/6 4/8 4/9 26/2 28/22 29/4 32/3 32/4 33/9 34/13 34/20 37/9 37/10 41/21 41/22 43/19 45/5 45/6 45/24 45/25 47/4 47/5 49/17 49/18 62/2 69/14 74/2 74/3 76/1 76/3 76/4 79/9 80/15 80/16 82/24 84/3 84/4 87/1 87/2 88/19 88/21 90/18 90/19 91/11 94/17 94/18 96/14 96/18 97/4 98/7 98/14 99/25 100/1 104/12 104/13 106/1 106/2 109/1 109/2 110/17 110/18 112/4 113/13 113/14 115/25 116/1 117/2 117/22 120/13 120/14 123/4
**got** [15] 5/17 8/13 17/6 19/24 27/17 33/22 43/22 49/19 50/16 99/4 108/17 109/3 109/15

**G**

**got...** [2] 109/18 117/2
**gotten [2]** 16/11 44/11
**government [69]** 4/14 4/23 7/7 10/4 10/5 10/6
13/2 15/2 16/7 16/23 16/23 17/3 20/18 20/24
20/25 21/3 21/23 39/2 39/9 39/14 39/16 39/19
39/24 40/10 40/11 41/6 41/13 56/3 57/8 60/11
61/1 63/17 63/24 64/4 64/6 64/10 64/14 64/25
65/1 65/21 66/3 71/25 72/6 75/5 77/23 77/17
78/4 80/1 81/14 84/22 87/23 89/16 90/5 93/16
94/10 96/8 101/10 102/8 105/5 106/24 107/17
110/2 110/9 111/14 115/8 117/4 117/15
121/18 122/3
**government's [7]** 9/19 39/12 41/7 41/11 64/2
65/22 66/1
**graduated [2]** 42/23 42/25
**grain [1]** 5/24
**grandma [1]** 74/24
**grant [1]** 60/8
**great [5]** 12/13 23/1 28/13 28/13 50/20
**greeting [1]** 106/5
**Gregory [2]** 40/5 64/20
**ground [2]** 56/21 123/10
**group [2]** 81/11 92/13
**guaranteed [1]** 26/19
**guess [9]** 6/22 28/4 28/6 53/22 53/24 59/9
91/24 113/23 119/24
**guidance [2]** 23/16 67/6
**guide [1]** 120/14
**guilty [2]** 39/11 64/1 76/21
**guys [2]** 61/11 89/6

**H**

**had [46]** 6/8 7/23 7/25 8/1 9/8 9/23 10/16
11/16 12/15 16/21 19/11 20/20 21/15 24/20
24/21 24/21 33/23 40/3 40/9 40/24 41/3 42/16
44/3 56/4 56/25 62/19 64/18 64/24 65/14
65/18 66/7 72/9 73/6 73/18 73/20 79/14 80/18
82/11 84/6 88/19 88/21 97/18 99/7 100/19
103/11 106/4
**hadn't [1]** 78/15
**half [3]** 29/23 75/7 112/24
**halting [1]** 80/7
**hand [5]** 29/11 29/25 33/3 70/8 71/21
**handed [2]** 7/13 9/1
**handle [1]** 113/2
**handling [1]** 18/3
**Handyman [1]** 34/23
**Handyman/construction [1]** 34/23
**hang [1]** 99/19
**HANNA [1]** 2/3
**happen [2]** 53/20 69/5
**happening [1]** 48/20
**happens [2]** 38/4 51/22
**happy [2]** 56/8 58/25
**hard [9]** 76/5 82/12 87/7 88/22 90/8 98/20
111/22 117/13 118/18
**hardship [7]** 38/16 54/13 54/24 66/7 75/19
86/5 122/7
**hardships [1]** 105/21
**harmless [1]** 72/13
**has [41]** 4/16 4/20 8/12 10/4 10/24 11/19 12/1
12/12 16/15 17/10 19/24 21/17 25/3 29/16
38/8 39/9 39/10 55/25 56/3 56/19 57/13 58/1
59/23 59/24 63/24 63/25 66/25 67/6 67/2 69/8
70/24 71/6 83/18 86/13 94/5 97/22 98/18
103/10 103/10 105/13 109/18 110/7
**hasn't [3]** 74/21 106/24 111/7
**hats [1]** 120/18
**have [211]**
**haven't [6]** 27/17 38/5 70/3 76/11 76/11 76/16
**having [6]** 14/17 76/15 79/13 92/2 100/3
106/8
**Hawaii [1]** 104/21
**he [88]** 4/23 4/23 5/5 5/12 5/17 5/18 5/19 5/9
6/7 6/7 6/14 6/16 9/5 9/6 18/22 18/25 19/7
19/11 19/16 19/16 19/17 19/18 24/19 24/19 24/24
20/9 20/10 33/23 34/5 36/22 36/25 37/1 39/11
39/13 39/14 40/13 40/14 40/17 40/19 40/20

40/21 41/12 41/13 51/5 51/25 58/10 59/23
60/24 60/24 61/5 62/4 63/6 64/8 64/8 65/4
65/10 65/11 66/2 66/3 74/17 74/19 74/21
74/23 74/24 80/1 80/9 80/12 86/11 89/24 90/1
90/7 90/8 90/9 90/13 94/5 103/10 103/10
103/11 103/13 103/14 105/13 108/12 108/13
108/14 108/14 115/3 115/5 115/6 117/18
**he did [1]** 36/25
**he'll [1]** 123/5
**he's [10]** 20/11 20/11 33/22 34/8 52/19 90/14
94/6 106/16 115/7 123/4
**head [2]** 51/25 81/9 119/24
**headache [2]** 100/25 101/2
**heads [2]** 25/8 25/9
**heads-up [1]** 25/8 25/9
**headset [1]** 102/6
**health [3]** 27/13 57/15 59/12
**hear [10]** 4/13 9/6 21/10 46/24 56/8 58/11
59/1 69/5 76/5 102/5
**heard [6]** 6/15 6/17 6/18 25/1 38/23 78/15
**hearing [2]** 7/3 59/19
**heart [2]** 79/22 92/3
**held [1]** 124/10
**Hello [4]** 43/20 96/15 112/5 117/23
**help [5]** 28/14 47/12 63/7 89/6 95/6
**helpful [1]** 98/1
**helping [2]** 74/18 92/4
**her [53]** 18/2 30/9 31/10 31/12 31/17 31/20
38/17 44/17 44/19 44/20 47/10 47/11 47/11
47/12 47/18 47/20 47/23 48/15 48/23 48/24
49/1 49/2 50/9 52/14 50/14 71/1 71/3 77/22
77/23 78/2 78/3 78/8 78/9 78/12 78/15 78/20
78/20 78/21 78/24 83/22 83/22 86/5 86/6 86/8
86/20 106/7 106/8 106/11 108/5 109/16 110/8
111/21 121/23
**here [55]** 7/3 8/5 9/3 11/1 13/24 18/15 19/13
19/15 19/20 23/1 23/14 24/12 26/25 27/17
28/11 29/7 29/16 30/20 32/17 33/7 33/11
38/21 43/25 44/4 44/8 44/18 56/14 58/7 58/9
58/19 59/20 59/22 59/24 59/24 60/18 62/4
62/11 62/25 66/19 71/22 77/9 79/12 79/14
82/22 87/23 89/5 93/19 95/25 97/6 97/16
106/24 107/4 108/13 112/24 122/19
**hereby [1]** 124/7
**herself [1]** 83/21
**Hi [2]** 34/21 98/15
**high [8]** 8/14 15/16 42/3 42/23 77/25 78/21
78/22 105/3
**high-profile [1]** 8/14
**highly [1]** 83/18
**him [42]** 6/15 6/17 19/12 30/3 31/15 33/25
34/9 39/14 41/11 43/7 52/17 52/24 54/12
54/13 54/14 54/17 64/2 66/1 74/18 74/25
75/18 76/12 77/14 80/6 90/4 90/11 90/13 94/9
96/7 103/16 105/14 108/12 108/14 108/15
108/18 113/3 115/2 115/3 115/4 115/5 115/2
117/12
**himself [1]** 96/6
**Hip [1]** 98/16
**hired [1]** 114/14
**his [52]** 4/24 5/4 5/15 5/15 5/16 5/21 6/8 6/8
9/4 9/20 12/3 18/12 18/21 19/3 20/7
24/22 25/15 31/4 31/13 37/6 39/20 40/22 41/7
41/8 42/7 42/16 42/22 51/16 52/20 57/7 60/6
65/12 65/22 65/23 70/19 74/23 75/19 80/6
80/8 89/25 90/12 94/5 94/7 94/8 96/6 103/9
103/10 106/17 108/20 123/4 123/5
**hits [3]** 82/10 82/12 82/17
**hobbies [1]** 36/11
**hold [1]** 50/16
**home [10]** 26/10 62/10 74/24 82/23 83/6
83/21 84/9 85/14 108/15 108/18
**honestly [1]** 43/24 118/25
**honor [137]**
**Honor's [1]** 17/10
**HONORABLE [1]** 1/8
**hooked [1]** 28/11
**hope [3]** 50/19 106/20
**hopefully [1]** 58/6

**hoping [1]** 122/22
**hospital [1]** 61/19
**hotel [2]** 104/25 116/15
**hotels [2]** 116/11 116/19
**hour [12]** 29/23 33/1 33/1 33/1 33/2 33/7
33/21 73/5 83/9 83/20 101/22 112/24
**hours [9]** 8/2 22/12 22/12 22/12 81/7 83/9
85/15 85/16 86/12
**house [6]** 20/4 32/13 32/14 51/9 75/2 113/19
**household [5]** 30/13 37/18 37/21 51/14
113/22
**how [44]** 8/8 34/24 35/2 35/5 36/3 38/8 42/7
42/17 44/6 47/9 47/23 48/3 52/2 68/10 75/8
76/13 77/8 81/4 81/17 81/23 83/4 84/5 85/17
87/25 88/4 88/11 91/12 91/16 95/2 100/5
100/19 101/16 101/19 101/21 102/1 104/3
106/13 106/14 106/15 106/18 106/20 109/11
122/20 122/23
**however [1]** 61/9
**huge [2]** 121/1 121/4
**hundred [1]** 113/24
**husband [1]** 47/21
**hysterectomy [1]** 111/11

**I**

**I'd [3]** 4/21 31/17 48/24
**I'll [11]** 13/20 13/23 16/25 29/24 34/8 49/1
56/8 66/12 71/21 102/2 115/18
**I'm [91]** 12/18 14/22 14/6 18/1 18/2 18/11
18/11 19/7 20/2 20/9 20/15 20/22 21/17 22/8
23/4 25/13 26/3 28/15 30/16 31/9 34/13 38/2
38/16 44/20 45/12 46/10 49/4 50/9 50/19
51/24 52/1 52/2 52/2 53/1 53/17 60/24 69/14
69/17 69/17 73/14 75/18 77/22 78/20 79/13
80/5 83/17 84/5 85/8 86/20 88/8 90/12 91/3
93/13 93/22 94/8 94/20 95/4 95/18 95/19 96/7
97/3 97/23 97/25 98/6 99/1 99/13 100/6
100/18 100/25 102/11 103/21 105/14 106/19
106/20 107/7 107/15 107/19 108/5 109/12
109/22 110/6 110/8 111/3 111/21 115/2
117/12 120/18 121/7 121/13 121/23 122/22
**I've [12]** 16/21 20/20 21/7 21/13 21/15 22/22
28/12 44/11 72/5 77/13 77/14 101/17
**I-N-D-E-X [1]** 3/2
**identifying [2]** 15/9 22/20
**ignore [1]** 20/10
**Illinois [1]** 109/10
**immediately [1]** 60/17 71/7
**impartial [1]** 4/18 6/18 6/25 12/8 106/20
107/3 107/7
**important [8]** 26/14 27/1 56/23 62/7 62/14
62/19 62/24 62/24
**improper [1]** 25/5
**incapacitated [1]** 83/21
**inclination [1]** 78/3
**inclined [20]** 30/6 31/10 38/17 43/7 44/20
50/9 77/22 80/5 83/17 90/4 94/8 96/7 103/16
105/14 108/5 110/8 111/21 115/2 117/12
121/23
**include [1]** 27/3
**includes [3]** 67/23 71/4 71/14
**including [3]** 68/1 68/7 69/3
**income [6]** 30/13 37/22 51/14 75/5 113/21
113/24
**indefinitely [1]** 121/14
**indicate [14]** 8/23 37/13 41/23 46/1 47/6
49/19 80/18 87/5 90/20 100/2 106/3 112/6
113/15 116/2
**indicated [7]** 57/1 67/12 94/6 103/10 108/3
116/21 122/10
**indicates [2]** 30/2 86/21
**Indictment [2]** 39/3 63/17
**indictments [1]** 8/12
**individual [10]** 8/22 15/10 22/21 23/3 57/17
57/21 60/2 66/13 66/17 67/2
**individually [1]** 66/12
**individuals [1]** 8/22
**industry [1]** 114/4
**inference [2]** 67/1 67/3

**I**

inferences [1] 29/8
inform [1] 13/19
information [5] 6/12 53/22 67/17 71/12 113/7
initial [6] 14/7 16/1 16/2 29/20 56/7 56/15
innocence [2] 41/8 65/23
innocent [10] 39/11 39/15 41/10 41/14 64/1
 64/5 65/25 66/4 106/11 106/15
innuendo [3] 9/22 9/25 10/22
inquire [3] 29/21 30/12 30/17
inquiry [3] 7/2 7/4 31/7
inspector [1] 73/9
Instagram [2] 68/2 71/18
installers [1] 121/9
instances [1] 15/21
instead [1] 43/25
instincts [1] 25/11
instruction [9] 56/15 56/16 56/18 56/20 56/22
 60/5 68/17 72/12 72/14
instructions [4] 14/7 16/3 16/4 67/15
intended [1] 9/8
intent [3] 40/1 64/16 115/4
intentions [1] 24/17
interact [2] 36/14 88/12
interest [1] 42/4
interested [1] 102/11
internet [8] 35/18 36/4 67/25 68/21 68/25
 71/12 89/8 89/9
interoffice [1] 114/6
intervene [1] 23/24
intervenes [1] 30/23
interviews [1] 19/1
intimidates [1] 13/17
introduce [5] 28/8 28/18 28/20 29/1 69/11
introductory [1] 70/25
investigation [2] 68/22
invite [1] 16/22
invited [4] 28/4 46/17 73/8 97/16
inviting [1] 28/3
involved [6] 47/21 68/8 69/3 71/11 71/13
 71/16
involvement [1] 9/23
involves [1] 67/18
involving [1] 16/5
iPads [1] 71/15
iPhones [1] 71/15
IRS [1] 55/20
Irvine [4] 32/10 32/13 32/22 114/5
is [253]
isn't [1] 20/24
issuance [2] 9/23 10/16
issue [9] 10/4 17/1 18/20 18/21 19/24 30/2
 36/25 86/16 86/18
issued [1] 9/12
issues [3] 67/17 78/11 85/2
it [172]
it's [76] 7/17 8/9 8/15 9/3 9/18 12/7 13/13
 16/15 17/2 18/1 18/14 19/19 20/2 21/16 22/10
 22/13 22/23 23/24 25/17 26/19 27/5 27/8
 28/13 28/13 31/17 34/2 43/24 44/19 45/9 47/2
 47/11 48/22 49/21 50/8 55/8 56/4 56/5 56/23
 58/22 59/21 62/24 67/12 72/8 72/13 76/5
 77/11 79/5 79/16 84/17 86/16 86/18 87/7
 88/22 91/2 91/3 96/23 97/1 97/21 97/24 97/25
 98/2 98/20 99/1 103/14 102/19 104/24 107/2
 111/8 111/11 114/9 115/17 116/6 116/8
 116/18 118/17 118/25
item [2] 4/2 4/12
items [2] 23/9 52/12
its [5] 16/11 20/24 21/3 26/22 70/24 107/5
itself [3] 6/21 11/19 22/14

**J**

J.A [1] 75/24
J.B [1] 84/1
J.D [6] 29/21 32/1 33/13 34/4 34/8 34/12
J.G [1] 120/13
J.P [2] 117/20 117/22
J.R [2] 86/25 87/1
JAMES [1] 1/8
January [2] 59/25 64/16
January 2015 [1] 64/15
Jersey [1] 95/13
Jim [1] 26/3
job [13] 20/15 20/17 38/3 38/7 53/16 74/5
 86/14 95/18 96/24 101/11 101/14 107/11
 120/16
jobs [1] 52/1
JOHN [6] 1/11 4/3 26/6 39/3 62/6 63/18
Johnson [2] 40/4 64/19
joint [1] 12/14
JUDGE [16] 1/8 5/5 5/20 5/25 6/3 7/15 9/7
 11/17 26/3 26/4 73/1 94/18 104/8 108/22
 119/23 120/9
judgment [2] 77/15 102/13
judgments [1] 30/3
Judicial [1] 124/12
July [13] 1/17 4/1 5/4 5/6 9/8 13/9 19/13
 14/13 46/2 101/7 116/21 116/22 124/14
July 13th [1] 9/8
July 20th [1] 19/13
July 27 [1] 101/7
July 7 [1] 116/21
July 8th [2] 5/4 5/6
June [9] 5/4 5/12 5/17 7/16 7/19 7/19 9/5
 11/13 12/22
June 21 [1] 7/16
June 28th [1] 5/12
June 30th [2] 5/4 5/17 11/13 12/22
June of [1] 7/19
juror [86] 14/5 29/22 30/23 32/2 33/19 34/11
 34/14 34/19 36/20 37/4 37/8 38/15 41/20 43/6
 43/12 43/18 44/16 45/4 45/21 45/23 46/21
 47/3 48/11 49/3 49/9 49/11 49/16 50/8 50/18
 50/22 50/24 52/15 53/3 53/4 54/10 57/25
 58/10 68/10 72/20 72/22 73/5 74/1 75/17
 75/25 76/23 77/21 79/8 80/4 80/14 83/16 84/2
 86/1 86/7 86/24 89/23 90/17 94/4 94/16 96/4
 96/13 98/11 98/13 99/22 99/24 102/11 103/8
 104/11 105/12 105/25 108/2 108/25 110/5
 110/14 111/20 112/3 113/10 113/12 115/1
 115/13 115/22 115/24 117/11 117/21 119/12
 120/12 121/22
juror's [1] 12/11
jurors [51] 4/17 6/18 8/22 12/17 14/1 14/8
 14/17 14/24 14/25 15/3 22/21 23/2 23/5 26/1
 29/10 29/12 29/22 31/12 39/8 44/18 45/13
 54/7 58/6 58/9 58/17 60/2 60/4 62/1 63/8 63/9
 67/6 67/7 67/8 67/25 69/4 70/9 70/15 70/19
 70/23 71/23 72/10 72/17 72/18 73/7 73/9
 73/15 73/19 77/14 77/4 97/17 108/20
jurors' [1] 12/2
jury [56] 3/4 4/10 4/19 6/9 6/12 12/8 13/7
 13/10 13/18 14/7 16/2 18/6 24/3 25/25 26/5
 26/8 26/12 30/12 31/12 39/8 44/18 45/13
 45/16 49/5 50/12 55/17 57/3 57/12 58/8 58/13
 59/4 60/5 62/5 62/8 62/15 63/23 67/18 68/10
 70/21 72/14 75/16 76/25 80/7 81/21 81/23
 82/4 86/22 91/6 96/5 102/12 102/12 103/15
 114/17 115/3 116/20 116/23
jury's [1] 23/25
just [94] 6/15 8/6 15/17 16/14 16/18 16/21
 18/25 20/9 20/9 20/10 20/11 21/16 21/17
 22/13 22/15 24/12 25/15 26/25 27/8 29/25
 30/15 33/3 33/16 33/24 34/9 36/24 37/13
 38/14 38/24 42/3 42/22 42/24 42/25 43/4
 43/13 47/14 47/19 47/21 48/9 48/14 50/6
 61/3 63/11 67/12 74/5 74/16 74/18 75/6 75/15
 78/11 79/17 88/14 118/14 119/22 120/6 121/20
 122/18 123/4
justice [6] 26/15 26/23 62/8 62/18 70/19 72/9
JVS [1] 1/11 4/2

**K**

K.L [2] 115/23 115/25
KCAL [2] 89/13 90/9
KCAL-9 [2] 89/13 90/9
keep [6] 33/24 54/12 54/18 56/23 57/6 67/7
keeping [1] 56/16
kept [3] 31/11 31/17 53/9
kick [1] 83/9
kid [1] 106/9
kids [1] 105/1
kind [18] 8/15 33/22 51/18 52/7 52/19 54/1
 54/13 76/18 87/7 89/1 93/6 102/1 102/24
 106/12 107/14 111/10 113/5 118/17
king's [1] 37/4
kitchen [1] 121/11
knew [1] 9/8
Knock [1] 122/24
know [69] 8/20 10/19 10/20 10/21 11/3 14/16
 16/15 17/12 18/5 18/14 18/17 18/18 19/11
 22/13 22/22 26/25 29/22 30/17 31/3 33/10
 41/23 42/4 42/16 42/22 43/15 44/5 44/15
 45/17 47/2 49/14 52/18 55/7 56/5 61/2 73/18
 81/7 85/3 85/5 86/3 86/4 87/8 88/3 88/21 90/3
 91/7 97/3 97/14 99/6 99/7 101/1 103/22
 104/24 104/25 106/10 106/13 106/14 106/15
 106/15 106/18 111/8 112/9 115/7 118/5
 118/25 119/8 119/15 119/17 122/15 122/18
knowing [2] 11/24 61/3
knowingly [2] 40/1 64/16
knowledge [5] 8/23 12/3 12/11 12/16 53/23
knows [2] 42/24 52/2
KNX [1] 11/21
Korean [1] 35/1

**L**

L.S [2] 98/12 98/14
labored [1] 80/8
ladder [1] 74/23
ladies [6] 26/2 27/1 62/2 69/10 70/5 70/11
Lake [1] 50/1
land [2] 97/1 97/2
language [6] 30/2 35/24 36/24 87/9 90/4
 108/12
large [1] 30/16
largest [1] 30/21
Las [1] 44/10
last [17] 5/2 6/6 6/10 6/11 7/24 16/3 16/20
 27/2 30/11 49/12 66/5 68/11 76/10 81/23
 101/19 101/21 104/15
lasts [1] 44/6
later [11] 5/22 17/14 24/13 28/2 41/4 46/15
 61/9 65/19 104/17 111/5 111/23
law [14] 2/14 21/24 39/18 39/20 39/20 55/4
 64/8 64/10 64/11 67/16 69/2 114/4 114/5
 114/8
lawyer [1] 69/18
lawyers [1] 69/4
lay [2] 16/18 82/14
leading [2] 24/24 25/4
learn [3] 46/5 68/23 88/2
lease [1] 50/1
least [14] 18/1 19/14 22/5 22/20 24/18 34/18
 39/25 64/15 81/19 83/19 91/15 97/8 101/17
 104/18
leave [2] 43/15 56/21
leaves [1] 98/11
lectern [1] 80/7
left [2] 16/4 77/6
leg [2] 99/3 99/4
legal [5] 39/18 40/4 64/8 64/19 68/17
legitimate [3] 41/3 65/19 105/13
legs [1] 79/16
let [24] 15/21 23/15 23/16 26/13 28/8 29/5
 29/19 29/22 31/17 34/9 38/22 44/13 55/15
 56/7 63/2 67/21 69/11 71/5 78/25 82/21 83/22
 90/12 115/5 119/7
let's [11] 25/20 29/19 29/25 31/16 32/1 60/12
 61/10 104/9 105/19 106/22 113/6
letter [1] 44/17

**L**

**level [1]** 103/14
**licensed [2]** 39/17 64/7
**life [2]** 36/13 121/25
**lifetime [1]** 31/17
**light [3]** 66/10 82/15 83/3
**lightly [1]** 77/23
**like [60]** 4/13 5/1 8/15 15/6 17/8 18/11 18/12 20/15 25/15 28/20 33/11 36/16 44/2 44/11 46/13 46/24 47/12 52/19 54/13 59/8 66/9 70/25 71/22 75/6 75/7 75/10 77/14 78/6 78/9 84/22 85/2 86/4 86/11 86/12 86/23 88/18 89/3 89/5 89/5 90/7 91/2 91/3 91/7 91/8 91/10 91/25 91/25 92/2 92/18 92/20 93/13 95/7 97/19 97/24 99/3 101/5 115/3 117/2 121/24
**likelihood [1]** 66/10
**likely [8]** 13/10 14/2 48/24 49/6 83/18 90/14 104/15 112/15
**limit [1]** 45/17
**limited [3]** 66/20 68/1 105/2
**line [2]** 53/18 78/8
**link [1]** 70/22
**list [9]** 15/12 16/8 16/9 23/4 49/14 60/25 61/4 108/15 122/20
**listen [1]** 26/17 62/12 68/18 71/10 93/20 107/4
**listening [1]** 11/21
**little [10]** 46/24 48/16 67/5 80/8 83/15 87/19 104/17 106/12 106/23 120/16
**live [4]** 32/8 32/10 48/1 51/11
**lives [1]** 47/22
**living [4]** 37/24 95/7 101/9 114/2
**LLP [4]** 39/21 39/21 64/11 64/11
**located [2]** 39/22 64/13
**logical [1]** 107/15
**logically [1]** 107/9
**logistics [1]** 109/16
**logos [1]** 52/11
**long [28]** 6/24 22/13 27/8 28/14 31/9 34/24 35/2 35/5 37/4 38/8 40/5 44/6 64/20 68/11 76/13 81/4 81/17 81/23 82/5 83/4 91/12 98/21 99/14 100/10 100/19 101/19 101/21 106/6
**longer [2]** 78/17 119/18
**look [10]** 22/22 22/23 23/7 31/21 93/6 99/5 107/8 107/8 107/9 119/8
**looking [3]** 13/19 18/6 105/21
**looks [1]** 90/13
**Los [3]** 2/8 39/23 64/13
**lose [2]** 100/10 118/23
**losing [2]** 100/24 118/19
**loss [1]** 100/23
**lost [1]** 102/25
**lot [12]** 51/25 79/11 82/24 88/25 91/9 91/11 97/15 97/18 120/18 120/22 120/23 121/6
**luck [1]** 53/8
**lull [2]** 40/21 65/11
**luminary [1]** 58/25
**lunch [1]** 112/25

**M**

**M.C [5]** 113/11 113/13 114/1 114/2 115/14
**M.J [2]** 96/12 96/14
**Ma'am [1]** 82/10
**machine [1]** 28/10
**mad [1]** 44/1
**made [8]** 16/10 21/7 56/9 57/11 57/13 57/25 70/17 118/24
**magnitude [2]** 116/13 116/14
**mail [2]** 67/25 71/17
**mailroom [1]** 114/6
**mails [1]** 19/8
**main [2]** 12/23 59/4
**mainly [2]** 114/4 114/5
**maintain [3]** 14/5 27/16 27/20
**maintains [4]** 40/11 41/8 65/1 65/23
**major [2]** 2/6 101/11
**majoring [1]** 95/19
**make [23]** 4/15 16/14 19/20 19/25 22/16 29/8 30/3 45/18 46/16 47/14 61/8 67/3 67/11 68/22

**makes [4]** 9/14 37/20 39/2 63/17
**making [4]** 77/15 86/7 99/2 107/13
**mall [1]** 97/2
**manager [1]** 120/18
**mandatory [1]** 43/21
**manner [2]** 24/5 57/23 68/23 103/14
**many [7]** 5/23 87/25 88/4 88/13 97/24 101/1 104/3
**Mar [1]** 42/3
**March [3]** 25/17 40/1 64/16
**March 2019 [2]** 40/1 64/16
**March 25th [1]** 25/17
**marked [2]** 54/25 71/20
**marshals [2]** 19/17 20/4
**mask [9]** 14/6 27/15 29/7 29/9 66/17 66/22 66/24 66/25 67/2
**masks [4]** 14/12 14/17 27/19 76/6
**material [4]** 40/7 40/9 64/22 64/24
**materials [1]** 68/22
**math [1]** 22/13
**Matkins [1]** 114/16 114/18
**matter [4]** 6/24 59/21 68/14 124/10
**matters [1]** 4/11
**maximum [1]** 58/6
**may [32]** 6/17 6/17 7/11 8/25 8/25 16/22 16/25 18/17 18/19 21/11 21/12 22/25 26/10 27/18 27/18 28/2 32/5 39/7 44/5 44/5 44/7 49/7 49/14 53/9 58/23 58/23 63/22 68/9 68/17 85/1 111/10 121/12
**maybe [2]** 13/14 82/1
**me [68]** 4/8 5/9 15/21 21/23 23/5 23/15 23/16 25/8 26/13 28/8 28/14 28/23 29/4 29/5 29/20 31/2 34/9 38/22 42/1 43/24 44/13 45/8 45/13 45/16 46/7 46/11 47/11 47/20 50/10 51/5 51/6 55/3 55/6 55/15 56/7 63/2 69/6 69/11 69/16 73/4 75/4 78/25 82/21 85/9 88/11 88/21 90/12 91/1 91/5 92/3 92/9 95/5 97/4 97/11 102/1 102/12 102/13 108/10 111/6 111/7 115/5 116/23 118/2 118/18 120/15 120/20 120/22 122/25
**mean [7]** 30/19 52/10 59/22 83/2 85/6 89/6 97/14
**means [4]** 40/7 64/22 67/24 71/13
**mechanics [1]** 17/21
**media [6]** 68/3 68/8 68/18 70/20 71/18 72/11
**medical [5]** 37/25 38/1 76/7 90/24 111/1
**medicate [1]** 91/16
**medication [10]** 78/7 78/14 81/1 91/2 91/15 91/19 91/21 92/3 92/9 94/7
**medicine [5]** 81/6 81/8 82/25 83/5 83/20
**meet [2]** 29/23 112/24
**meeting [1]** 102/4
**meetings [6]** 81/11 92/13 92/24 101/13 101/21 101/24
**meets [1]** 89/24
**member [6]** 9/6 59/7 71/8
**members [5]** 57/19 58/23 68/7 77/7 117/14
**memorandums [1]** 19/1
**memorize [1]** 100/24
**memory [2]** 5/9 101/2
**mention [1]** 6/7
**mentioned [4]** 5/14 6/6 45/10 78/12
**mere [2]** 41/5 65/20
**merits [2]** 67/22 107/8
**message [1]** 71/19
**messaging [1]** 67/25 71/17
**messenger [1]** 114/7
**met [3]** 42/5 108/19 113/3
**mic [1]** 110/15
**MICHAEL [11]** 1/11 4/3 10/8 26/6 29/4 39/3 62/5 63/18 69/17 69/18 77/11
**Michaels [2]** 119/25 120/2
**Michelle [2]** 40/5 64/20
**mid [2]** 7/18 77/19
**middle [1]** 49/20
**might [9]** 25/14 25/15 57/10 57/25 78/22 80/8 87/5 99/2 113/4

**migraines [1]** 81/18
**Mike [1]** 11/15
**million [1]** 7/23
**million-dollar-plus [1]** 7/23
**mind [24]** 24/14 56/17 67/7 67/11
**mindful [1]** 14/9
**mine [1]** 51/15
**minimal [1]** 66/18
**minimum [1]** 89/24
**ministerial [1]** 58/21
**minute [22]** 7/24 11/22 22/22 32/24 32/25 44/14 50/7 54/8 80/3 89/21 94/3 96/2 98/23 98/24 103/7 105/11 108/1 110/4 111/18 114/24 117/9 121/20
**minutes [6]** 22/11 25/22 27/6 48/4 110/24 122/22
**Miramar [1]** 2/15
**misappropriate [2]** 40/20 65/10
**misappropriation [2]** 40/23 65/13
**misrepresent [2]** 40/15 65/5
**missed [3]** 28/13 53/20 102/3
**misspoke [1]** 86/17
**Mistrial [1]** 56/2
**misunderstanding [1]** 36/24
**models [1]** 53/16
**modify [1]** 60/1
**mom [6]** 47/12 47/17 48/15 74/17 85/19 109/6
**moment [1]** 48/10
**Monday [5]** 17/17 85/2 85/11 101/7 112/22 120/1
**Mondays [2]** 85/8 112/20
**money [6]** 37/20 40/6 64/21 75/8 86/6 118/24
**monitor [1]** 28/11
**month [6]** 46/8 75/7 83/18 95/8 98/20 109/3
**months [8]** 5/18 5/20 6/2 6/3 8/1 74/23 78/16 100/20
**more [26]** 8/13 11/15 12/24 13/4 14/7 21/19 23/7 27/6 29/23 31/21 33/7 34/17 46/24 47/24 48/21 82/6 88/2 88/25 98/24 101/22 103/20 103/25 105/19 113/7 120/16 121/3
**morning [39]** 4/4 4/6 4/8 4/9 11/21 15/6 26/2 28/22 29/4 32/3 32/4 33/8 34/20 37/9 37/10 41/21 41/22 43/19 45/5 45/6 45/24 45/25 47/4 47/5 49/17 49/18 56/14 56/25 57/2 57/9 58/24 59/8 71/23 73/17 73/23 85/20 91/21 92/10 108/11
**morning's [1]** 61/17
**most [10]** 15/21 17/14 18/3 26/14 51/5 62/7 88/14 90/2 90/8 103/13
**mostly [4]** 36/7 79/16 99/2 99/13
**mother [3]** 47/10 86/13 106/4
**mother's [1]** 107/4
**motion [9]** 5/14 5/15 6/21 7/15 56/1 56/2 56/3 70/17 73/24
**motions [1]** 7/25
**move [5]** 13/14 19/23 24/25 47/6 99/2
**moved [11]** 5/12 5/17 5/17 5/19 5/20 5/21 6/4 9/4 11/13 32/9 32/14
**moving [1]** 6/10
**Mr [15]** 5/11 5/25 12/3 29/1 34/8 34/12 45/24 51/18 53/1 60/7 70/17 78/21 82/8 89/18 114/2
**Mr. [89]** 4/8 4/12 5/2 7/9 8/23 9/1 9/4 9/8 9/10 10/2 11/14 12/10 12/11 12/15 13/21 14/16 15/4 16/8 16/20 17/1 18/3 18/21 18/22 20/14 23/9 24/12 25/2 25/9 28/20 33/13 34/4 34/20 41/24 42/5 45/1 45/5 50/23 52/23 52/25 54/18 55/25 57/7 59/1 59/16 59/17 59/19 69/13 72/20 72/21 73/2 73/4 73/4 73/8 73/16 73/17 74/2 75/12 75/23 77/19 78/1 79/9 79/24 80/2 80/5 84/25 86/2 87/1 90/18 93/25 94/13 94/17 96/11 99/23 99/25 103/3 103/9 103/19 104/12 105/8 108/11 108/19 113/13 114/1 114/21 115/14 115/25 117/6 117/22 122/25
**Mr. A.L [2]** 90/18 94/13
**Mr. A.W [2]** 94/17 96/11
**Mr. Avenatti [24]** 4/8 8/23 9/4 9/8 11/14 12/10 12/11 12/15 16/8 16/20 25/2 42/5 43/5 45/1 55/25 57/7 59/19 72/20 72/21 73/4 73/16 78/1
**Mr. Avenatti's [4]** 4/12 5/2 17/1 41/24

**M**

Mr. B.B [2] 45/5 50/23
Mr. E.D [3] 52/23 52/25 54/18
Mr. G.K [4] 79/9 79/24 80/2 80/5
Mr. J.D [2] 33/13 34/4
Mr. J.P [1] 117/22
Mr. J.R [1] 87/1
Mr. K.L [1] 115/25
Mr. M.C [3] 113/13 114/1 115/14
Mr. N [2] 103/9 103/19
Mr. Na [2] 99/23 99/25
Mr. R.M [4] 73/2 74/2 75/12 75/23
Mr. S.C [2] 34/20 108/11
Mr. S.H [1] 104/12
Mr. Sagel [4] 28/20 59/16 69/13 86/2
Mr. Staples [1] 108/19
Mr. Steward [24] 7/9 9/1 9/10 10/2 13/21 15/4
18/21 18/22 20/14 23/9 25/9 59/1 59/17 73/4
73/8 73/17 77/19 84/25 93/25 103/3 105/8
114/21 117/6 122/25
Mr. Steward's [1] 14/16
Mr. Wyman [2] 18/3 24/12
Ms [5] 25/20 28/8 43/19 108/10 120/13
Ms. [21] 12/22 15/12 27/22 28/9 71/1 71/21
71/22 73/3 80/15 83/17 85/1 96/14 98/14
104/3 106/1 109/1 110/1 110/17 112/4 115/19
119/7
Ms. A.A [1] 106/1
Ms. B.R [1] 110/17
Ms. Bennett [1] 85/1
Ms. Bredahl [8] 12/22 15/12 27/22 71/21 73/3
104/3 115/19 119/7
Ms. C.S [2] 80/15 83/17
Ms. D.M [1] 112/4
Ms. L.S [1] 98/14
Ms. M.J [1] 96/14
Ms. S.L [2] 109/1 110/1
Ms. Sharon [1] 28/9
Ms. Steele [2] 71/1 71/22
much [15] 17/23 18/7 30/21 34/1 35/22 53/18
75/8 82/16 88/11 88/17 88/24 95/2 96/3 97/4
113/9
mucus [1] 101/1
museum [1] 119/2
must [7] 54/15 67/14 67/16 68/13 68/15 71/7
86/13
my [88] 12/23 13/24 18/12 18/18 18/19 20/15
20/21 24/13 24/14 25/14 25/18 28/8 28/9 28/22
29/3 29/3 29/20 30/11 31/4 32/14 33/6 33/22
37/3 37/19 38/2 41/15 44/10 44/11 45/12
46/11 47/19 47/20 49/21 53/23 54/12 55/8
56/7 67/15 69/15 69/18 73/16 74/17 74/24
78/2 78/19 79/16 79/22 81/9 82/18 85/19 87/8
89/25 90/1 91/8 92/18 93/14 95/6 95/6 99/3
99/4 100/11 100/11 100/23 100/24 101/2
101/7 101/8 101/8 101/11 101/12 102/3
102/10 102/25 103/13 104/25 105/1 109/6
113/2 115/4 118/6 118/6 118/7 118/12 118/19
118/25 119/24 121/13 123/7

**N**

Na [2] 99/23 99/25
name [3] 28/22 29/3 69/15
namely [3] 24/5 40/4 64/19
narrated [1] 72/8
naturalized [2] 35/8 35/12
nature [1] 13/18 47/16 58/21 78/1 78/22
78/22 96/25
nauseous [1] 82/13
necessary [5] 7/1 18/1 19/19 34/2 72/1
need [33] 13/7 14/24 15/5 15/13 16/1 16/6
16/8 19/2 19/6 19/9 19/13 22/21 23/2 25/12
31/13 31/14 34/20 31/21 34/15 53/15 55/7
55/7 85/9 86/19 95/3 95/21 97/17 99/2 111/9
116/12 122/15 123/8 123/8
needed [1] 85/8
needs [7] 29/24 33/2 33/5 44/18 80/9 111/23
121/6
negotiate [2] 40/13 65/3

**N**

neighbors [1] 85/21
Neither [1] 95/8
never [7] 5/13 6/15 29/22 32/21 44/9 44/11
97/24
new [20] 4/19 7/11 7/16 7/20 9/2 9/11 9/25
10/18 10/24 12/5 19/11 46/5 46/6 53/16 54/6
56/2 60/8 74/5 97/1 97/2
Newport [2] 39/22 64/13
news [8] 11/22 36/1 36/2 36/3 68/18 71/9
89/4 89/7
newspaper [2] 36/5 89/3
next [23] 4/8 7/3 15/25 17/16 29/4 34/5 37/7
40/17 43/11 44/24 45/22 46/18 46/22 48/20
63/3 65/7 75/24 98/20 105/18 108/17 109/3
117/19 122/22
NICOLA [1] 2/3
Nicole [1] 43/1
niece [5] 47/1 47/2 47/7 47/9 48/15
night [4] 5/2 6/6 16/21 69/25
Nike [3] 5/3 7/23 11/12
nine [4] 18/24 18/24 51/7 89/12
no [99] 4/2 6/6 7/19 8/10 8/11 9/14 9/18 10/13
10/16 10/21 10/24 11/4 11/6 11/7 11/24 14/14
16/1 21/11 21/19 22/9 22/25 23/10 24/11
24/16 27/7 30/19 31/22 32/21 33/3 33/15
33/18 35/9 35/25 36/10 36/15 36/17 38/11
38/12 42/6 42/13 42/18 42/21 45/15 48/7 48/8
50/4 50/5 51/10 56/18 56/20 57/11 57/13 59/6
59/7 60/5 60/6 60/7 63/4 63/10 74/21 75/21
75/22 76/24 77/2 77/20 81/13 82/5 83/12
83/13 84/7 89/17 89/19 92/8 92/15 92/22
95/7 95/24 95/25 100/16 102/9 103/4 103/5
105/7 105/9 105/17 106/19 106/24 107/22
110/3 110/9 111/16 113/20 114/20 114/22
117/5 117/7 119/19 119/21 121/19
nobody [2] 59/10 93/4
non [1] 16/18
non-substantive [1] 16/18
none [5] 11/9 36/18 107/24 110/2 121/18
nonpublished [1] 8/11
nonrefundable [3] 104/22 104/25 109/21
normal [7] 70/18 85/15 85/16 91/18 98/22
North [2] 2/7 116/7
not [142]
note [8] 9/1 9/10 56/18 78/25 102/5 103/9
104/14 105/20
nothing [13] 4/19 4/20 7/7 39/5 41/10 60/11
63/20 65/25 72/9 77/9 85/10 94/1 111/14
notice [3] 25/6 104/16 116/20
notices [1] 117/1
notify [2] 15/13 68/9
November [4] 24/16 24/25 25/19 25/19
November 14th [2] 24/25 25/19
November of [1] 24/16
now [31] 7/12 19/16 19/17 20/8 24/13 24/15
27/19 34/6 46/16 48/22 52/1 55/1 59/19 62/20
69/20 73/13 73/15 74/24 75/2 78/13 84/17
90/11 90/13 91/3 92/6 93/13 96/18 105/19
106/24 112/15 121/2
number [15] 4/11 4/22 6/4 7/25 8/7 12/12
16/5 26/13 27/14 55/6 56/9 58/6 66/8 86/4
106/23
nurse [1] 85/8

**O**

object [7] 14/19 72/20 78/8 86/8 86/10 86/14
90/10
objection [8] 56/1 57/13 75/21 75/22 78/19
90/15 105/17 110/9
objections [2] 14/10 14/17
objective [1] 6/25
obligation [3] 13/20 20/25 56/20
obligations [1] 21/4
observation [1] 72/16
observations [1] 70/17
observed [3] 57/9 73/20 80/6
observer [1] 58/12
obtain [2] 40/6 64/21
obviously [9] 18/6 20/3 20/3 24/16 25/16

30/18 61/6 86/6 122/14
occasion [3] 14/4 65/22 68/5
occurred [1] 11/16
ocean [1] 118/19
odds [1] 97/18
off [7] 6/10 25/14 45/16 47/15 74/23 86/7
98/18
offend [1] 44/19
offer [2] 39/5 63/20
office [23] 9/11 9/14 9/22 9/24 10/11 10/15
10/17 10/24 11/1 15/12 16/15 17/5 17/11
18/12 23/12 55/4 55/8 61/14 70/24 96/16
114/3 114/4 114/5
officers [1] 11/3
offices [2] 2/14 114/4
offsetting [1] 86/18
often [5] 15/18 82/6 91/16 100/25 101/16
Oh [8] 47/24 49/9 74/13 84/5 87/15 88/6
92/21 95/1
okay [134]
old [2] 79/17 100/5
older [1] 82/6
once [5] 5/14 13/4 16/15 26/9 31/17 77/6 83/4
one [72] 4/21 4/23 7/10 9/21 11/11 11/22
18/15 18/15 18/20 19/8 21/17 22/11 23/7
23/16 24/14 25/14 25/17 26/13 26/21 27/14
29/21 30/11 31/3 31/23 33/24 36/23 37/5 37/7
38/6 41/25 42/24 42/25 43/1 45/14 45/16
46/23 49/12 50/16 56/8 56/10 56/18 56/18
57/1 57/2 57/10 57/11 61/12 72/16 73/1 73/3
73/13 79/1 79/2 79/5 81/25 82/1 82/9 82/10
83/19 85/7 93/17 104/10 105/18 105/22
106/23 108/1 108/19 110/4 110/24 110/25
118/24 120/25
one's [2] 105/2 105/3
one-minute [1] 11/22
only [20] 11/13 19/18 25/17 31/23 32/21
37/15 38/2 45/15 51/8 52/2 66/19 69/8 75/1
82/1 85/8 88/20 97/16 98/4 113/18 118/16
open [8] 39/7 56/17 58/20 59/19 59/21 67/7
78/25
operated [2] 40/11 65/1
operating [1] 74/19
opportunity [4] 12/15 58/11 97/8 107/20
opportunity to [1] 107/20
option [4] 14/6 27/15 29/6 66/16
optional [1] 27/19
oral [1] 30/5
Orange [2] 32/10 32/11
order [13] 15/2 15/8 17/10 60/25 61/3 61/5
61/7 61/8 63/13 121/7 122/15 123/5
ordered [2] 28/4 68/14
ordering [1] 15/2
ordinary [2] 26/16 62/10
original [1] 17/5
other [38] 8/11 10/23 11/24 15/20 18/18
18/20 22/2 22/14 23/9 25/15 27/11 33/20
37/17 40/23 45/14 52/13 54/14 54/15 57/2
59/20 60/6 61/16 65/13 67/17 67/24 68/3
68/21 68/25 70/24 71/15 71/16 73/22 79/2
84/14 85/9 85/11 85/13 93/20
other's [1] 47/22
others [2] 22/25 24/20
otherwise [5] 11/15 12/18 15/15 58/22 67/19
ought [1] 122/11
our [38] 8/5 14/3 17/5 17/11 18/3 19/2 19/6
19/18 19/19 20/4 24/24 26/15 29/22 30/21
32/13 32/23 42/2 46/6 46/6 48/18 53/18 60/16
61/2 61/3 62/8 62/13 62/24 69/19 79/5 98/22
112/17 112/22 118/10 120/23 120/24 121/2
121/9 122/24
out [53] 4/18 4/21 6/23 8/25 11/25 12/4 13/13
14/25 25/18 26/7 27/7 27/9 27/23 30/15 31/13
31/14 31/16 31/19 34/15 41/16 45/19 46/2
46/17 51/4 59/17 59/18 63/4 66/8 66/9 66/11
66/18 69/21 70/3 71/21 73/7 73/10 73/15
73/19 74/18 75/19 93/6 97/7 97/25 104/15
104/16 108/12 108/14 112/1 113/1 117/1
118/4 119/5 123/3

**O**

**outdoors** [1] 91/4
**outlines** [1] 7/17
**outlining** [1] 8/8
**outright** [1] 31/23
**outset** [1] 108/3
**outside** [4] 26/14 33/16 84/9 85/14
**over** [12] 10/8 18/15 18/16 43/17 63/2 79/11 81/9 96/17 100/20 110/15 112/24 118/19
**own** [5] 18/9 61/3 68/23 70/24 107/5

**P**

**p.m** [8] 55/13 61/24 61/25 70/13 70/14 104/6 104/7 123/18
**page** [3] 3/3 7/17 124/11
**pages** [3] 22/10 27/6 77/4
**paid** [8] 40/24 45/16 51/6 65/14 104/25 115/3 115/6 115/7
**pains** [1] 99/4
**pandemic** [4] 27/12 51/25 100/17 100/17
**panel** [6] 56/14 57/14 57/22 57/24 58/3 70/6 90/13
**panic** [1] 76/15
**panicked** [1] 77/11
**paralegals** [1] 79/5
**parallel** [1] 8/10
**paraphrasing** [1] 19/7
**Pardon** [1] 76/2
**parent** [4] 48/16 85/7 85/11 85/13
**parents** [1] 95/6
**parking** [1] 79/11
**part** [16] 9/20 9/20 12/17 16/23 19/16 21/2 21/4 39/7 53/16 63/22 70/18 87/18 89/16 98/2 101/13 106/13
**parte** [4] 4/12 5/4 11/10 12/20
**participate** [3] 26/23 57/11 62/17
**participated** [2] 40/2 64/17
**participating** [1] 77/24
**participation** [1] 10/16
**particular** [5] 19/5 47/13 80/19 101/3 114/5
**particularly** [1] 24/6
**particulars** [1] 31/16
**parties** [9] 12/14 12/21 12/23 23/4 28/19 66/23 69/3 69/11 79/2
**parts** [1] 36/13
**party's** [1] 69/7
**pass** [3] 7/12 123/8 123/9
**passed** [1] 70/3
**passenger** [1] 88/14
**passing** [1] 7/14
**past** [5] 12/1 24/25 92/23 97/22 107/2
**pattern** [1] 23/23
**Pause** [5] 30/25 38/25 41/18 45/3 103/24
**pay** [10] 17/3 30/11 30/22 45/13 51/7 84/13 95/6 95/7 115/10 116/12
**payment** [4] 40/14 41/2 65/4 65/17
**pays** [5] 30/20 30/20 37/13 37/15 113/15
**peace** [1] 26/15
**peacetime** [1] 62/7
**penalties** [2] 116/13 119/5
**penalty** [1] 116/12
**pending** [2] 7/25 8/1
**people** [28] 6/14 15/10 15/13 26/16 34/18 36/14 38/22 51/25 54/15 54/22 55/15 59/20 62/10 68/8 69/3 70/20 71/13 76/21 81/11 88/12 88/14 91/9 91/11 97/16 97/19 100/12 102/1 122/21
**Peoria** [1] 109/9
**per** [2] 51/14 51/15
**percent** [1] 116/15
**percentage** [1] 95/5
**perfect** [1] 37/4
**perfectly** [1] 27/17
**perhaps** [1] 62/22
**period** [6] 39/17 64/7 66/8 73/17 83/22 110/7
**Periscope** [1] 71/19
**persistence** [1] 23/22
**person** [29] 7/20 15/22 15/24 18/2 18/10 23/7 30/6 30/13 30/14 31/17 34/5 38/2 39/7 52/2

**person's** [2] 29/24 30/1
**personal** [1] 33/4
**personally** [2] 78/13 95/5
**pervasive** [3] 8/7 8/9 11/6
**Phan** [2] 40/5 64/20
**phase** [1] 110/7
**Phoenix** [1] 109/9
**phone** [6] 45/18 46/16 53/18 55/9 67/24 71/17
**physical** [5] 17/19 33/5 79/10 80/6 80/9
**physically** [1] 82/23
**physician** [2] 79/20 94/6
**physician's** [1] 80/23
**pick** [3] 4/18 12/8 62/4
**picking** [1] 63/9
**piece** [1] 23/16
**place** [4] 25/1 26/22 68/24 69/1
**places** [3] 16/5 25/3 33/20
**plagiarism** [1] 9/20
**Plaintiff** [2] 1/10 2/2
**plan** [6] 13/24 14/3 17/5 17/6 23/2 73/11
**planned** [3] 49/20 118/3 118/7
**planning** [2] 98/19 117/2
**plans** [1] 118/24
**planting** [1] 97/2
**play** [3] 31/5 42/2 62/20
**played** [1] 70/23
**pleading** [1] 9/1
**please** [18] 20/21 22/3 29/10 42/1 43/5 45/19 48/10 49/2 54/9 66/11 69/12 69/22 70/7 80/3 101/20 110/16 115/12 120/10
**pled** [2] 39/11 64/1
**plexiglass** [1] 76/6
**plus** [2] 6/16 7/23
**point** [20] 4/21 6/9 9/17 9/18 11/4 11/5 11/7 11/20 15/25 19/22 20/11 22/15 41/5 49/13 54/17 59/17 59/18 65/20 73/16 92/1
**points** [1] 22/2
**poison** [1] 57/24
**poisoning** [1] 58/3
**pool** [3] 6/12 6/24 30/16
**pop** [1] 74/17
**popping** [1] 25/18
**Porsche** [2] 54/2 54/14
**Porsches** [1] 54/5
**position** [5] 8/5 19/18 30/23 58/2 74/15
**possible** [7] 18/7 57/6 63/6 63/10 69/7 111/7 113/2
**possibly** [6] 6/12 84/14 97/6
**post** [1] 7/25
**post-trial** [1] 7/25
**postpone** [1] 116/16
**potential** [3] 9/7 15/19 58/2
**power** [2] 20/19 21/6
**powers** [1] 24/3
**practice** [2] 39/17 64/7
**practiced** [2] 39/20 64/10
**prebooked** [1] 31/19
**precautions** [2] 14/9 66/14
**preface** [1] 24/12
**prejudice** [2] 12/16 15/20
**prejudicial** [1] 57/25
**premature** [6] 6/21 8/24 12/7
**prep** [1] 112/15
**prepaid** [4] 49/23 104/22 109/18 116/9
**prepare** [2] 120/1 121/7
**prepared** [1] 12/18
**presence** [1] 30/21
**present** [10] 4/8 14/3 21/23 26/1 55/14 57/7 58/24 62/1 67/11 70/15
**presented** [2] 69/9 106/25
**PRESIDING** [1] 1/8
**press** [8] 9/12 9/13 9/23 10/4 10/16 11/2 57/11 68/8
**pressure** [1] 80/22
**presumed** [8] 39/11 39/14 41/10 41/14 64/1 64/4 65/25 66/4
**pretense** [2] 40/25 65/15

**pretenses** [2] 40/7 64/22
**pretty** [1] 73/5
**prevail** [4] 40/16 53/25 54/5 62/18 86/13
**prevent** [2] 40/21 65/12
**previously** [2] 56/25 57/13
**price** [1] 120/24
**pricing** [1] 120/24
**prima** [1] 19/25
**primary** [1] 37/19
**principally** [2] 39/22 64/12
**prior** [2] 7/19 14/16
**prioritized** [1] 23/6
**prison** [1] 10/8
**probably** [8] 8/11 9/25 15/5 16/17 24/13 33/25 42/13 48/19 81/7 83/2 99/8 109/23 113/24 114/9 122/14
**probe** [2] 5/1 12/16
**probing** [1] 12/2
**problem** [2] 80/24 99/8
**problems** [3] 33/24 101/4
**procedure** [2] 14/22 14/23
**procedures** [3] 14/4 56/1 60/1
**proceed** [3] 28/16 58/3 61/19
**proceeding** [2] 57/23 72/20
**proceedings** [19] 1/15 25/25 29/18 30/25 38/25 41/18 45/3 55/13 57/12 58/9 58/15 58/21 61/25 70/14 73/22 103/24 104/7 123/18 124/10
**proceeds** [11] 40/17 40/18 40/20 40/24 41/2 41/3 65/7 65/8 65/14 65/17 65/18
**process** [19] 4/11 6/10 18/23 26/4 26/8 26/12 26/23 26/24 27/25 39/8 44/9 58/13 60/6 62/18 63/23 70/18 97/15 106/14 106/18
**processed** [2] 108/13 108/17
**processor** [1] 106/19
**product** [1] 121/10
**products** [3] 52/8 52/11 121/9
**proficiency** [1] 90/12
**profile** [4] 8/14 78/1 78/22 78/22
**program** [2] 46/5 96/23
**projects** [1] 120/23
**promises** [1] 40/8 64/23
**promotional** [2] 51/20 52/8
**promptly** [2] 9/12 22/17
**proper** [1] 17/2
**properly** [1] 68/17
**property** [2] 40/6 64/21
**proposal** [1] 12/24
**propose** [2] 13/10 15/7
**proposed** [3] 12/14 56/14 60/5
**prosecutors** [1] 21/14
**prospective** [81] 26/1 29/12 29/22 30/22 32/2 33/19 34/11 34/14 34/19 36/20 37/8 38/15 41/20 43/6 43/18 44/16 45/4 45/21 45/23 46/21 47/3 48/11 49/3 49/9 49/11 49/16 50/8 50/18 50/22 50/24 52/15 53/3 53/4 54/10 55/14 62/1 70/9 70/15 70/19 74/1 75/17 75/25 77/21 79/8 80/4 80/14 83/16 84/2 86/1 86/24 89/23 90/17 94/4 94/16 96/4 96/13 98/11 98/13 99/22 99/24 103/8 104/11 105/12 105/25 108/2 108/25 110/5 110/14 111/20 112/3 113/10 113/12 115/1 115/13 115/22 115/24 117/11 117/21 119/12 120/12 121/22
**protect** [1] 69/7
**prove** [4] 39/12 41/12 64/2 66/2
**proven** [3] 12/18 41/6 65/21
**proves** [4] 39/5 41/10 63/19 65/25
**provide** [11] 5/10 16/8 18/21 23/16 27/23 40/4 61/6 64/19 70/21 114/4 123/10
**provided** [5] 16/5 39/5 39/18 63/20 64/8
**provider** [1] 90/24
**providing** [2] 23/4
**proximate** [1] 11/15
**public** [14] 57/15 57/19 58/24 59/4 59/7 59/10 59/12 59/12 59/19 59/21 59/24 59/24 77/7 81/11
**publicity** [5] 8/7 11/14 11/18 11/20 11/25
**published** [1] 8/11
**pull** [1] 82/11

## P

**purportedly [2]** 41/1 65/16
**purpose [1]** 57/5
**purposes [1]** 67/11
**purse [1]** 84/6
**pursuant [1]** 124/7
**Push [1]** 122/24
**pushed [1]** 53/9
**put [15]** 10/1 18/5 52/11 60/25 61/5 61/8 62/14 71/1 81/9 98/18 107/3 108/11 117/13 121/9 122/17
**puts [1]** 30/22
**putting [2]** 94/21 121/8
**Python [1]** 54/7

## Q

**quarter [1]** 95/20
**quash [1]** 19/23
**question [19]** 9/10 20/21 20/23 21/2 21/9 21/10 21/10 23/18 23/19 24/8 24/24 32/7 36/23 55/15 59/9 82/24 93/17 107/1 107/6
**questioned [1]** 97/25
**questioning [1]** 26/11
**questionnaire [20]** 4/18 8/6 8/17 8/21 12/2 12/6 12/7 12/9 12/14 12/19 15/1 12/14 26/8 27/5 28/1 38/23 39/6 63/4 63/5 63/21
**questionnaires [20]** 6/23 13/24 15/1 15/1 15/9 15/16 22/6 23/7 28/17 41/17 60/22 61/17 70/3 73/7 73/10 73/15 73/19 122/8 122/12 123/9
**questions [46]** 4/16 12/9 12/15 22/23 24/9 25/5 33/13 36/16 38/10 39/7 42/20 48/6 50/3 51/17 52/13 62/22 63/14 63/22 75/12 77/16 78/10 79/24 81/15 83/11 84/23 89/16 89/25 90/1 90/9 93/16 95/23 95/25 102/8 103/4 103/5 103/13 105/6 107/18 107/22 110/1 111/3 114/1 114/20 114/22 117/4 121/17
**quick [3]** 43/13 45/2 93/17
**quickly [1]** 31/1
**quite [1]** 27/17
**quoted [1]** 9/20

## R

**R.G [2]** 31/19 49/12
**R.M [5]** 73/2 74/2 74/4 75/12 75/23
**radio [2]** 11/21 71/10
**raise [6]** 17/8 18/20 29/11 29/25 33/3 70/7
**raising [1]** 20/9
**rapidly [1]** 27/18
**rather [4]** 44/4 44/8 86/16 111/23
**reach [1]** 62/12
**react [1]** 77/8
**read [21]** 9/13 13/4 14/1 34/15 35/14 35/17 38/22 56/4 68/18 69/5 70/22 71/3 71/9 71/23 72/13 72/14 87/10 88/23 89/2 89/4 102/16
**reading [4]** 41/15 61/3 77/13 87/13
**ready [9]** 17/11 23/13 60/14 72/25 104/8 108/22 120/9 122/14 122/14
**Reagan [1]** 2/10
**real [3]** 43/13 77/23 88/19
**realize [2]** 27/12 118/21
**really [13]** 6/23 22/16 28/10 59/6 82/12 87/24 88/13 89/5 89/5 91/25 93/12 111/9 118/17
**realtime [1]** 28/12
**rearrange [1]** 97/5
**reason [2]** 4/16 5/14 6/9 7/18 8/4 20/5 24/21 25/1 31/13 57/23 91/4 116/19
**reasonable [5]** 39/13 41/12 57/16 64/3 66/2
**reasons [9]** 7/22 11/11 41/4 57/15 59/12 65/19 80/9 97/15 98/19
**Reborn [1]** 120/17
**recall [4]** 87/11 102/15 106/9 106/14
**receive [2]** 51/11 68/16
**received [3]** 41/1 44/10 65/16 67/15 116/20
**receiving [3]** 76/17 96/20 96/21
**recently [1]** 121/3
**recess [9]** 23/11 25/23 25/24 29/17 55/12 61/22 61/24 70/13 104/6
**reckon [1]** 109/24

**record [8]** 14/21 22/16 28/10 59/18 72/19 73/2 98/25 118/25 119/2
**recorder [1]** 102/3
**records [1]** 18/4
**Reddit [1]** 71/19
**reduction [1]** 115/10
**reenters [5]** 34/11 49/3 50/18 50/24 115/13
**refacing [1]** 121/2
**refer [2]** 47/20 47/20
**reference [3]** 6/14 9/14 68/22
**reflected [1]** 72/19
**regard [7]** 11/25 12/25 16/2 29/5 56/11 67/4 73/22
**regardless [2]** 58/10 62/20
**region [1]** 121/4
**register [1]** 32/19
**registered [1]** 32/16
**regular [3]** 81/1 94/7 119/21
**regularly [7]** 35/14 35/17 36/3 36/14 89/2 92/14 92/24
**regulation [1]** 68/4
**regulations [1]** 124/12
**related [1]** 24/19
**relating [1]** 71/12
**relationship [2]** 47/2 88/21
**release [10]** 9/12 9/13 9/23 10/17 31/11 48/24 49/1 49/6 103/16 110/8
**releases [1]** 10/4
**relevance [1]** 19/21
**relevant [2]** 39/16 64/6
**relief [2]** 56/10 81/8
**relieved [1]** 86/22
**remainder [1]** 57/22
**remained [1]** 73/4
**remarks [4]** 12/24 57/25 58/25 70/20
**remember [8]** 87/13 87/22 100/24 102/17 102/18 102/19 106/9 119/24
**remembered [1]** 103/14
**remembering [1]** 100/3
**remind [3]** 24/3 41/9 65/24
**remodeling [2]** 120/19 121/11
**removed [1]** 100/25 101/1
**removed [1]** 20/2
**repeat [1]** 100/12
**repeated [1]** 36/25
**replacement [1]** 98/17
**report [4]** 11/22 68/15 69/6 71/8
**reported [2]** 73/4 124/9
**reporter [2]** 28/9 124/7
**REPORTER'S [1]** 1/15
**reports [1]** 71/10
**represent [1]** 28/24
**representation [1]** 5/2
**representations [2]** 40/8 64/23
**request [22]** 5/3 5/21 5/25 6/8 7/18 7/21 7/24 8/4 18/18 18/19 20/17 20/25 21/4 21/8 46/17 56/18 57/11 60/3 72/21 86/15 105/14 108/11
**requested [4]** 8/19 58/17 58/18 69/25
**requesting [1]** 11/11
**requests [1]** 54/21
**require [3]** 15/19 40/14 65/4
**required [2]** 19/14 21/20
**requiring [1]** 43/23
**reschedule [1]** 118/20
**rescheduled [2]** 46/9 46/15
**research [5]** 56/17 68/20 69/2 71/13 72/11
**reserve [1]** 15/23
**resident [1]** 32/11
**resolved [1]** 8/1 8/2 17/4
**resonates [2]** 106/12 107/2
**resource [1]** 68/25
**resources [1]** 101/11
**respect [2]** 23/17 58/18
**Respiratory [1]** 79/15
**respond [1]** 68/14
**response [9]** 5/21 9/19 16/22 16/24 16/25 19/2 19/3 19/6 90/1
**responses [1]** 89/25
**responsible [1]** 121/8

**responsive [2]** 37/6 103/13
**rest [7]** 10/4 14/4 30/8
**restaurant [1]** 88/19
**restitution [1]** 7/24
**restriction [1]** 67/23
**result [1]** 46/18
**resulted [1]** 72/18
**results [2]** 12/6 12/19
**resume [1]** 15/7
**resumed [5]** 29/18 55/13 61/25 70/14 104/7
**retain [1]** 108/5
**retained [1]** 72/22
**return [1]** 68/17
**revamping [1]** 120/23
**review [2]** 22/6 23/6
**reviewed [2]** 56/5 56/6
**revisit [1]** 115/6
**right [49]** 7/5 13/16 14/13 16/13 23/20 24/15 25/8 25/11 26/19 27/8 28/13 29/11 31/25 34/6 35/10 41/7 43/17 48/22 52/1 58/1 59/19 59/23 59/24 60/1 60/15 60/19 62/13 63/4 65/22 66/22 66/24 69/7 70/8 72/7 73/13 74/24 77/6 84/17 84/19 91/3 92/6 93/13 96/3 102/13 102/14 102/22 102/23 104/10 118/11
**rights [3]** 60/7 62/14 62/25
**rise [1]** 29/10
**risk [1]** 66/18
**Riverside [4]** 32/10 32/15 32/20 33/7
**Roberts [1]** 70/19
**role [2]** 62/20 62/21
**Ronald [1]** 2/10
**room [19]** 25/25 34/6 43/17 57/4 57/12 58/8 58/13 59/3 59/4 67/25 72/17 73/5 75/16 76/16 80/7 91/3 91/6 93/13 93/19
**rooms [2]** 73/6 73/18
**rough [1]** 16/3
**row [2]** 99/8 99/16
**RPR [1]** 1/19
**ruled [1]** 73/24
**rules [1]** 69/7
**run [2]** 18/16 116/21

## S

**S.C [4]** 30/2 34/5 34/20 108/11
**S.H [4]** 30/11 37/7 104/10 104/12
**S.L [3]** 108/24 109/1 110/1
**SACR [2]** 1/11 4/2
**SACR-19-00061-JVS [1]** 1/11 4/2
**safety [1]** 83/22
**SAGEL [3]** 2/9 4/4 28/20 28/23 59/16 69/13 69/15 86/2
**said [20]** 10/25 19/9 22/7 45/7 75/6 78/17 78/18 82/10 86/11 86/17 86/22 100/12 102/2 102/13 102/19 102/25 104/15 106/19 106/23 118/5
**salary [1]** 75/19
**sales [1]** 120/18
**same [9]** 9/21 30/8 31/5 42/2 42/9 48/5 91/4 98/24 119/14
**San [2]** 2/15 50/1 113/2 113/3
**sandwiches [1]** 95/14
**Santa [4]** 1/16 1/20 2/11 4/1
**sat [1]** 91/9
**savvy [1]** 18/2
**saw [2]** 76/9 76/10
**say [17]** 10/3 10/5 14/8 15/21 26/13 28/1 29/5 33/24 78/15 86/3 86/5 87/20 88/22 92/19 102/23 118/11 118/25
**saying [6]** 19/16 20/2 24/17 43/25 44/18 86/19
**says [3]** 4/22 98/3 100/11
**schedule [4]** 29/22 46/12 112/23 119/13
**scheduled [6]** 5/11 11/17 46/7 67/6 110/8 110/22
**scheme [2]** 40/2 40/12 64/17 65/2
**school [17]** 42/3 42/23 62/11 84/16 84/19 85/17 85/18 85/20 85/21 94/19 94/22 94/25 95/3 95/16 95/18 95/21 105/3
**screen [1]** 18/5

**S**

**script [3]** 70/25 71/3 71/3
**sealed [2]** 54/25 122/10
**search [1]** 69/1
**searching [1]** 68/21
**season [1]** 116/19
**seat [2]** 50/12 99/8
**seated [9]** 29/14 31/12 32/5 49/5 49/7 49/15 68/10 70/10 90/14
**second [2]** 7/24 15/14 19/16 32/7 38/14 73/9 75/16 123/9
**Secondly [1]** 27/16
**section [3]** 2/6 25/7 124/7
**security [1]** 51/12
**see [21]** 6/12 6/13 23/22 23/23 29/23 29/25 46/13 46/14 47/23 55/11 69/22 69/25 77/4 83/2 90/11 93/7 109/6 112/18 113/4 118/17 123/12
**seeing [2]** 76/12 103/11
**seem [2]** 82/6 90/8
**seemed [1]** 90/7
**seems [1]** 23/5
**seen [2]** 100/14 106/17
**SEFFENS [4]** 1/19 28/9 124/16 124/17
**select [1]** 26/5
**selecting [1]** 26/12
**selection [6]** 3/4 4/10 6/9 26/8 39/8 63/23
**self [2]** 15/18 15/19
**self-evident [2]** 15/18 15/19
**SELNA [1]** 1/8 26/3
**sending [1]** 40/24 65/14
**sense [1]** 16/4
**sent [5]** 12/22 19/7 19/8 108/15 108/18
**sentenced [1]** 10/8
**sentences [1]** 100/10
**sentencing [12]** 4/24 5/3 5/11 5/15 5/16 5/20 6/1 8/3 9/4 9/13 11/12 11/16
**sentencings [1]** 7/20
**separate [1]** 73/6
**September [1]** 46/15
**serve [8]** 6/18 44/5 45/7 97/8 97/11 98/4 102/11 116/23
**served [3]** 19/11 44/10 81/21
**service [17]** 18/23 19/9 20/3 53/18 55/17 62/8 62/23 66/7 68/13 70/21 72/8 81/23 82/4 86/22 96/5 115/4 121/24
**services [4]** 39/18 40/4 64/8 64/19
**serving [1]** 20/12
**session [2]** 60/13 72/16 108/10 112/20
**sessions [1]** 1/1
**set [6]** 5/25 18/15 18/15 61/12 61/17 73/9
**sets [1]** 17/10
**settlement [16]** 40/13 40/16 40/17 40/18 40/20 40/24 41/1 41/2 65/4 65/6 65/7 65/8 65/10 65/14 65/16 65/18
**seven [3]** 17/13 51/6 51/7
**several [1]** 10/25
**severe [1]** 86/5
**share [4]** 14/24 27/11 29/20 56/7
**SHARON [4]** 1/19 28/9 124/16 124/17
**she [39]** 28/9 31/11 42/24 44/18 44/18 47/17 47/19 50/13 50/14 58/10 71/2 71/2 71/2 71/22 78/13 78/14 78/15 78/17 83/18 83/19 83/20 83/25 86/11 86/13 86/18 86/21 86/21 86/22 86/22 106/7 106/10 106/15 109/18 110/7 111/22 112/1 118/12 122/1 122/5
**she'd [1]** 86/6
**she's [8]** 31/12 47/17 50/12 78/7 78/18 109/9 109/13 118/24
**sheets [2]** 93/7 122/15
**Shepard [1]** 8/15
**shocked [1]** 21/16
**shop [2]** 74/17 74/20
**short [6]** 56/3 63/14 89/1 89/6 104/1 104/4
**shorten [1]** 26/8
**shortly [1]** 103/12
**should [9]** 10/1 16/11 27/22 37/1 41/16 67/9 78/12 83/22 121/11
**shouldn't [1]** 81/13

**showing [2]** 19/20 19/25
**shown [1]** 84/12
**shows [1]** 35/24
**siblings [1]** 84/12
**side [6]** 23/6 62/9 72/17 77/6 99/4 107/8
**signed [1]** 121/1
**significance [1]** 12/13
**significant [1]** 121/24
**silly [1]** 6/15
**similar [2]** 104/14 107/1
**simply [6]** 26/15 39/5 62/9 62/21 63/5 63/20
**since [6]** 38/6 38/6 76/11 77/11 81/19 84/17
**single [2]** 47/17 48/16
**sir [36]** 9/18 11/7 20/21 21/9 21/22 32/3 33/16 34/22 36/19 41/21 43/4 45/7 45/18 46/1 46/13 52/14 74/5 74/5 74/11 75/15 87/25 89/20 93/15 93/24 94/2 94/19 96/1 100/2 100/5 103/6 105/10 114/23 116/2 117/8 117/23 119/10
**sister [1]** 47/19
**sister's [1]** 48/15
**sit [5]** 28/11 93/3 98/20 99/14 106/23
**sitting [1]** 17/12 23/1 77/6
**situation [5]** 48/17 66/13 77/9 103/10 106/4
**six [4]** 12/9 42/11 100/20 118/16
**slate [1]** 70/4
**sling [1]** 84/6
**slowly [1]** 92/4
**small [1]** 91/3
**smaller [1]** 30/21
**smart [1]** 71/15
**Snapchat [2]** 68/2 71/18
**so [140]**
**social [11]** 14/5 27/16 27/20 51/11 57/6 58/7 68/3 70/20 71/17 72/11 93/5
**socially [2]** 66/17 66/21
**solely [1]** 67/14
**solid [1]** 86/13
**some [38]** 6/22 8/23 9/23 12/21 15/25 16/22 16/25 19/7 22/14 24/19 26/10 26/21 28/7 30/3 30/3 31/7 31/21 41/16 42/16 47/13 62/22 63/13 69/23 78/16 78/23 84/14 88/20 89/25 90/1 103/20 104/18 110/19 113/4 113/7 116/11 116/19 117/2 119/16
**somebody [5]** 29/24 33/2 51/10 99/7 106/16
**Somehow [1]** 102/2
**someone [5]** 29/9 71/6 100/11 112/23 122/18
**something [2]** 21/1 24/13 28/13 43/25 79/21 83/1 87/14 92/6 101/5 102/5 111/8 118/13
**sometime [2]** 13/11 111/5
**sometimes [9]** 23/23 36/2 76/20 82/14 85/9 89/10 101/22 119/15 119/17
**somewhat [1]** 103/15
**somewhere [1]** 43/17
**son [2]** 31/18 47/15
**soon [3]** 61/4 69/6 111/7
**sooner [1]** 111/23
**sore [1]** 99/3
**sorry [5]** 20/22 22/8 73/14 74/13 84/5
**sought [1]** 56/10
**sound [2]** 78/6 82/15
**sounds [9]** 20/15 52/19 54/13 83/18 85/1 86/11 86/12 117/2 121/24
**SOUTHERN [8]** 1/6 7/11 7/20 9/11 9/24 10/17 10/24 52/18
**space [1]** 66/17
**spaced [1]** 66/21
**spaces [1]** 91/4
**Spanish [1]** 87/9
**speak [8]** 21/11 24/19 35/1 36/9 36/14 37/4 88/20 123/1
**speaking [4]** 34/24 35/2 88/1 88/4
**special [3]** 55/19 66/14 119/16
**specific [1]** 72/12
**specifically [2]** 12/10 16/25
**specifics [1]** 5/10
**spend [2]** 22/11 63/7
**sponte [1]** 56/19
**sports [1]** 105/3

**spouse [2]** 37/20 47/18
**spread [1]** 43/6
**Spring [1]** 2/7
**staff [2]** 71/8 122/17
**stages [1]** 79/11
**stand [12]** 43/5 48/9 52/14 54/8 70/7 80/2 98/4 98/5 99/9 99/10 99/17 107/25
**standard [3]** 56/16 71/3 71/3
**standing [1]** 29/4
**Staples [1]** 108/19
**start [8]** 7/3 11/15 20/11 81/7 84/19 97/3 101/4 102/2
**started [6]** 38/6 74/5 75/7 104/17 104/17 117/1
**starting [2]** 6/9 112/7
**starts [1]** 85/21
**state [5]** 19/14 31/14 39/18 46/2 64/8
**statement [1]** 9/19 9/20 14/1 34/16
**STATES [21]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/3 4/5 26/4 26/6 26/20 26/21 28/24 28/25 35/6 62/5 69/15 124/8 124/12
**statutorily [5]** 19/4 20/18 21/1 21/5 21/18
**stay [2]** 23/14 97/19
**staying [1]** 34/18
**Steele [3]** 71/1 71/22 108/10
**stenographically [1]** 124/9
**step [1]** 19/22
**steps [1]** 20/2
**steroids [1]** 8/16
**STEWARD [32]** 2/14 2/14 4/7 7/9 9/1 9/10 10/2 13/21 15/4 18/21 18/22 20/14 23/9 25/9 29/1 29/3 59/1 59/17 69/17 73/4 73/8 73/17 77/19 82/8 84/25 89/18 93/25 103/3 105/8 114/21 117/6 122/25
**Steward's [1]** 14/16
**still [15]** 32/11 32/16 33/10 43/2 49/5 74/19 88/3 88/18 88/24 89/6 90/13 100/17 100/17 116/23 122/14
**stipulate [1]** 52/20
**stipulations [1]** 119/1
**stomach [3]** 83/1 83/8 93/14
**stop [2]** 38/21 85/22
**stores [1]** 121/3
**stories [1]** 71/9
**Street [3]** 1/20 2/7 2/11
**stress [1]** 79/10
**stretch [3]** 33/2 99/2 99/14
**struck [1]** 37/1
**structural [1]** 58/22
**structure [1]** 120/24
**struggling [1]** 74/22
**stuck [2]** 91/3 99/3
**students [2]** 37/25 38/1
**studying [1]** 56/12
**stuff [4]** 77/14 91/4 91/9 99/6
**sua [1]** 56/19
**submit [2]** 21/17 59/14
**submitted [3]** 7/23 12/14 12/21
**subparts [1]** 12/12
**subpoena [2]** 18/25 19/24
**subpoenas [5]** 18/23 19/12 19/13 20/12 21/14
**substantially [1]** 96/6
**substantive [3]** 16/18 58/16 105/19
**substitute [1]** 86/19
**such [10]** 25/6 40/6 40/25 56/13 64/21 65/15 68/20 71/14 71/18 92/24
**suffer [1]** 82/3
**suffering [1]** 81/17
**sufficient [3]** 8/18 8/21 78/23
**suggest [5]** 11/5 12/15 22/13 33/25 52/17
**suggested [1]** 22/23
**suggests [2]** 5/5 9/17
**suit [1]** 33/4
**Suite [3]** 1/20 2/11 2/15
**sum [1]** 5/9
**summary [15]** 12/22 12/23 13/1 39/1 39/4 41/9 63/14 63/16 63/19 65/24 67/12 67/13 72/23 87/11 102/16

**S**

summer [4] 84/18 94/23 95/2 95/17
summoned [1] 56/24
summons [2] 44/10 104/14
Sunday [1] 92/25
Sundays [1] 92/17
support [6] 47/11 47/18 94/24 96/6 114/3 114/4
supports [1] 78/18
suppose [1] 78/12
supposed [2] 108/13 108/17
Supreme [1] 8/15
sure [20] 16/14 18/2 18/11 18/12 43/14 45/12 46/11 78/12 95/4 97/7 97/18 99/1 99/12 100/25 106/20 107/16 109/22 110/6 115/16 119/11
surely [1] 27/1
surgery [6] 30/5 98/17 110/20 111/3 111/10 111/23
suspect [4] 23/6 69/23 70/1 119/3
suspicion [1] 78/21
swear [1] 28/15 70/6
sworn [2] 29/12 70/9
symptoms [3] 80/6 94/8 101/8
system [3] 26/15 62/8 98/3

**T**

tablet [1] 67/24
Tahoe [1] 50/1
take [28] 4/11 13/9 16/16 18/24 24/4 31/18 32/24 33/2 33/4 38/24 49/6 53/15 62/10 81/1 83/4 83/5 85/21 91/19 91/20 91/21 91/25 92/7 104/1 104/4 107/10 119/8 119/18 122/11
taken [10] 25/24 29/17 38/5 38/6 45/16 55/12 61/24 70/13 76/16 104/6
takes [3] 85/19 94/7 119/15
taking [7] 14/9 40/12 47/14 65/2 66/14 74/24 78/14
talk [5] 15/9 31/14 31/20 71/5 71/7
talking [5] 10/6 11/2 20/7 22/12 96/19
Taylor [1] 119/23
teacher [1] 31/9
team [6] 31/5 42/3 42/9 42/12 42/14 43/2
technical [1] 18/10
technique [1] 101/12
technology [1] 46/5
techs [1] 18/16
teenager [1] 81/20
television [3] 35/21 71/10 77/1
tell [23] 13/10 18/1 18/25 29/25 33/3 34/8 42/1 45/8 46/17 51/7 63/2 67/19 75/4 88/11 90/2 91/1 91/5 102/1 106/5 108/19 115/18 118/2 120/15
telling [2] 14/11 82/12
temporarily [1] 32/9
ten [11] 5/21 6/4 25/22 39/9 48/4 49/21 58/17 63/24 72/17 104/5 116/15
ten percent [1] 116/15
ten-year [1] 49/21
tend [1] 84/12
tennis [2] 31/5 42/3
tension [1] 78/2
tenth [1] 50/20
tenth anniversary [1] 50/20
terms [9] 13/19 14/4 14/8 15/19 17/20 22/20 40/16 65/6 90/3
test [3] 6/19 7/2 12/19
than [16] 10/23 11/15 23/7 27/6 29/23 33/7 47/14 59/20 60/6 78/17 79/2 88/25 98/25 104/17 111/23 115/17
thank [70] 14/14 22/19 23/10 25/10 29/14 32/6 34/9 34/12 36/19 37/11 38/13 41/17 43/3 43/4 43/16 46/20 48/9 49/10 50/20 50/22 50/25 53/2 55/21 55/24 60/20 62/3 62/20

62/23 70/5 70/10 70/11 73/12 73/25 77/20 80/1 80/27 87/21 88/14 89/23 91/3 83/22 87/3 89/20 89/22 93/15 93/24 94/1 94/2 94/14 96/1 96/3 98/9 98/10 99/11 103/6 110/3 111/17 111/19 115/21 117/8 117/10 117/18 117/24 119/10 120/15 121/21 123/14 123/15 123/16 123/17
Thanks [5] 53/5 98/16 106/3 111/16 113/9
that [385]
that's [59] 4/19 6/15 6/18 6/25 6/25 7/2 8/16 9/17 11/1 13/5 13/23 14/12 14/22 19/22 19/23 20/1 22/7 22/18 22/22 24/8 24/14 24/23 25/18 26/19 29/7 33/9 38/16 43/1 54/20 56/16 57/15 59/13 61/18 71/25 72/3 77/5 78/23 79/4 79/21 79/22 82/24 84/6 85/3 92/8 95/20 98/7 103/22 107/6 113/2 113/3 113/17 114/13 114/19 115/8 116/23 118/18 120/6 122/6 123/2
their [15] 11/2 13/20 17/24 21/14 26/17 27/15 29/25 47/2 50/16 52/1 62/17 66/23 69/11 73/10 73/15
them [49] 12/10 13/17 13/19 14/2 14/3 14/10 14/11 17/12 17/13 17/16 17/17 17/19 18/5 19/14 19/20 19/20 20/6 22/11 22/12 29/25 41/25 42/25 46/16 50/16 54/20 55/19 60/25 61/3 61/5 61/8 61/9 61/13 61/15 61/20 77/24 84/12 85/19 85/21 88/20 91/25 95/15 99/8 120/21 122/13 122/17 122/19 122/19 122/23 123/6
themselves [1] 15/16
then [47] 5/17 5/17 5/19 13/23 15/3 15/14 23/11 27/23 28/16 32/24 36/25 40/14 40/19 43/1 48/19 49/12 50/15 51/15 52/23 56/8 60/12 60/17 61/5 61/19 62/20 65/5 65/9 81/8 84/13 85/20 95/6 97/23 97/25 98/23 99/19 99/20 103/19 106/22 107/22 110/24 115/18 116/7 118/10 118/10 119/20 122/5 123/12
theory [1] 37/3
there [92] 4/19 5/24 6/13 7/19 7/25 8/5 8/10 8/11 8/12 11/25 12/25 15/14 15/18 15/22 16/17 16/21 16/24 17/1 17/8 18/5 18/16 19/21 20/5 22/10 22/25 24/14 24/18 25/3 25/7 25/7 25/13 25/14 27/7 27/12 28/13 30/2 32/21 33/20 34/15 36/13 37/17 42/13 43/16 43/17 43/25 45/17 47/12 47/13 51/22 52/4 54/13 54/16 57/19 58/2 58/9 58/23 59/19 62/14 62/16 63/4 63/10 65/9 66/18 71/21 73/9 73/13 73/17 80/19 81/10 84/11 86/5 93/4 93/8 97/25 99/20 101/3 103/25 104/4 104/18 106/10 106/19 107/10 108/17 109/11 116/9 116/16 119/6 119/16 121/14 121/6 121/25 123/6
there's [9] 4/17 10/22 43/1 73/22 86/4 88/24 98/3 105/2 118/16
these [32] 5/18 23/7 29/19 31/2 31/21 39/13 41/5 41/12 44/7 54/24 64/3 65/20 66/2 69/7 71/21 72/25 76/18 80/20 81/17 84/16 100/9 100/15 101/4 101/21 101/24 103/11 104/2 104/19 111/1 111/22 112/15
they [66] 6/12 6/17 12/4 15/13 17/18 19/13 23/12 24/3 24/21 24/21 25/1 27/15 29/6 29/9 30/21 30/22 38/23 45/16 46/6 46/7 46/11 46/11 47/20 48/1 49/15 51/6 51/7 52/1 52/11 54/15 59/25 62/14 66/8 66/24 66/25 72/10 73/6 73/17 82/6 85/9 85/17 86/19 88/20 88/22 92/2 92/3 92/8 97/10 98/4 99/8 99/19 111/18 112/6 121/21
they'll [1] 58/19
they're [16] 11/3 17/11 18/25 21/1 42/9 42/10 60/14 60/24 60/25 61/2 61/4 61/7 61/14 85/17 111/6 122/18
they've [2] 10/25 51/6
thing [5] 4/21 15/25 22/14 92/18 98/24
things [19] 5/23 16/25 26/13 27/11 27/18 40/23 59/18 65/13 71/6 76/18 76/21 87/17 93/20 97/5 104/19 116/25 120/22 120/25 122/1
think [79] 6/13 6/16 6/21 8/2 8/7 9/3 13/13 13/15 14/8 14/24 15/5 16/11 17/2 17/6 18/24

19/4 21/22 22/25 23/20 24/18 25/14 25/14 26/18 26/21 27/10 27/19 28/12 34/3 36/14 37/1 37/5 43/16 44/9 48/16 48/21 48/22 49/8 54/13 54/16 54/20 56/23 61/13 66/6 69/19 69/20 71/25 77/8 77/10 77/22 78/18 78/20 78/23 80/9 82/1 82/9 83/22 86/11 86/15 87/5 87/8 89/24 91/14 96/5 97/10 97/12 99/15 99/16 99/18 100/17 100/20 101/6 103/21 105/13 107/3 115/6 118/23 119/4 121/12 123/6
thinking [3] 48/14 102/2 105/22
third [3] 72/3 72/4 95/20
this [169]
those [17] 12/11 15/6 15/13 16/6 25/4 33/24 38/22 52/12 58/25 77/4 77/5 82/4 111/8 117/1 118/20 119/3 122/21
though [4] 32/12 67/6 88/16 106/10
thought [11] 13/21 22/7 33/22 54/12 62/13 62/19 78/17 84/6 92/2 116/22 119/25
thoughts [12] 29/20 31/6 33/21 36/21 44/20 46/23 48/13 48/17 52/16 54/11 56/7 86/2
thousand [1] 113/24
three [16] 8/12 16/17 19/22 20/2 30/5 48/21 80/18 83/18 97/22 101/18 113/16 115/3 115/6 115/15 116/8 117/13
three-week [2] 116/8 117/13
threshold [2] 15/16 89/25
through [30] 9/5 12/11 13/9 15/6 15/9 15/14 16/21 22/23 27/2 29/19 31/1 39/2 39/20 39/25 61/3 63/17 64/11 64/15 66/5 71/17 76/6 94/22 104/15 114/18 116/8 119/14 119/22 119/22 122/8 122/21
throughout [2] 47/25 67/8
Thursday [7] 22/8 69/24 70/1 97/3 97/7 119/14 119/22
thus [3] 12/14 56/20 58/10
tickets [1] 119/3
tied [1] 10/10
TikTok [1] 68/2
time [48] 6/11 9/4 12/21 16/16 17/14 17/19 21/15 23/15 23/25 23/25 27/4 27/12 28/16 31/21 33/9 39/17 41/4 49/5 50/17 56/4 57/14 62/10 63/7 64/7 65/19 70/6 72/3 72/4 82/5 84/24 90/20 90/20 98/21 100/2 102/10 104/16 105/2 106/6 107/23 108/5 109/7 112/19 115/5 116/23 117/1 118/11 122/14 123/7
timeline [1] 118/6
times [13] 4/22 10/25 21/7 21/13 26/15 82/4 82/11 82/25 97/24 98/19 99/5 101/1 101/18
Title [1] 124/8
today [24] 4/11 4/17 7/2 13/6 14/21 26/7 28/2 34/13 37/12 37/16 46/16 50/21 53/2 55/18 57/11 58/15 58/22 60/2 62/22 72/3 94/8 99/5 108/20 117/25
together [4] 23/1 117/13 121/8 122/17
told [3] 51/5 51/6 108/10
tomorrow [15] 15/5 15/8 23/8 26/11 28/3 46/18 62/22 69/23 69/25 70/2 97/6 122/24 123/7 123/8 123/13
tonight [2] 69/22 123/5
too [10] 29/6 33/25 35/22 38/3 46/10 80/8 85/9 88/13 95/18 108/18
took [1] 25/1
top [1] 25/14
topics [2] 16/22 70/20
total [2] 42/11 113/21
totally [1] 120/23
touching [1] 69/5
tour [2] 121/4 121/7
towards [1] 93/3
town [1] 31/19
track [2] 95/18 101/23
trade [1] 119/3
training [17] 31/12 43/21 43/24 46/2 46/7 53/8 53/15 54/4 54/14 96/18 96/19 96/20 96/22 96/23 96/25 97/1 97/8
Tran [2] 40/5 64/20
transcript [5] 1/9 1/15 28/12 124/9 124/11
transportation [1] 17/2
traveling [1] 33/6

**T**

Treasury [1] 55/22
treated [2] 76/7 90/23
treatment [2] 76/17 79/19
tree [1] 97/2
trial [49] 1/12 4/25 5/13 5/14 5/19 7/25 8/12
9/2 9/8 11/12 11/14 11/15 11/22 11/25 12/4
13/7 13/8 13/10 13/20 16/20 17/10 17/11
17/24 18/3 20/20 24/13 27/2 27/13 28/14
32/23 44/6 49/6 56/2 56/24 60/8 62/16 66/15
66/20 67/8 68/9 68/11 69/1 77/3 77/7 83/19
93/5 112/7 112/10 119/25
trials [5] 28/14 77/23 77/24 77/24 119/18
tried [2] 59/10 120/2
trigger [4] 76/18 78/23 81/11 100/22
triggers [1] 80/19
trip [10] 49/6 49/8 50/20 116/2 116/6 116/8
116/10 116/17 116/20 118/2
trips [1] 117/13
trouble [4] 76/22 79/13 79/14 87/5
troubling [1] 103/16
truck [2] 88/10 88/12
true [6] 29/7 29/7 40/16 65/6 66/23 124/8
trust [2] 26/22 62/17
truth [1] 5/24
truthfully [1] 63/11
try [11] 17/23 18/6 46/10 46/16 66/17 68/23
71/7 84/14 87/8 88/2 106/20
trying [4] 25/13 86/21 90/8 111/6
TUESDAY [4] 4/1 119/14 119/22 119/22
tuition [1] 95/6
Tumblr [1] 71/19
turn [1] 69/6
turned [1] 21/15
turns [1] 108/12
TV [1] 89/9
Twenty [1] 35/4
twice [1] 101/17
Twitter [2] 68/2 71/18
two [36] 5/18 5/20 6/2 6/3 7/17 7/21 8/13 10/8
11/13 18/18 19/11 19/22 20/2 22/2 22/22
26/25 30/19 30/21 38/9 48/21 50/15 51/13
57/1 70/16 75/9 75/19 82/9 83/9 83/20 88/18
105/1 109/7 110/24 116/17 116/22 119/7
two-minute [1] 22/22
two-page [1] 7/17
two-week [1] 75/19
type [3] 91/8 96/22 114/8
types [1] 52/12
typical [2] 21/16 82/22
typically [1] 81/5
typos [1] 13/5

**U**

U.S [10] 9/11 9/14 9/22 9/24 10/11 10/15
10/17 10/23 11/1 124/17
UC [1] 76/9
ultimately [1] 15/3
unable [1] 45/7
uncommon [1] 18/14
uncle [1] 47/21
under [8] 25/4 40/25 65/15 78/7 78/13 79/19
80/23 94/6
underneath [1] 120/20
understand [14] 21/25 36/22 36/25 37/5 59/9
74/5 87/12 88/22 88/25 90/8 100/13 102/12
105/22 110/19
understanding [2] 60/24 100/10
Understood [1] 48/25
undertake [2] 20/18 21/5
underway [1] 120/23
unfair [1] 12/16
unfortunately [2] 53/8 98/2
unique [1] 52/19
UNITED [21] 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
4/2 4/5 26/4 26/5 26/19 26/21 28/24 28/25
35/6 62/5 69/15 124/8 124/12
university [2] 94/20 107/12
unknown [1] 49/13

unless [11] 4/16 26/16 39/14 41/13 44/19
55/5 56/6 64/4 66/8 71/6 114/4
until [22] 4/24 8/2 8/21 12/18 17/14 20/7 22/5
23/12 39/14 41/13 61/22 64/4 66/3 67/9 67/18
68/5 69/4 84/20 95/10 97/14 104/2 122/18
untoward [1] 73/20
unusual [1] 27/22
up [33] 4/11 5/9 7/12 7/14 9/2 10/22 16/16
17/13 17/16 18/12 24/13 25/8 25/9 28/11
53/23 58/19 62/10 67/1 61/10 67/11 71/22
79/10 79/12 82/11 84/20 99/9 99/11 99/17
102/2 104/19 117/3 122/11 123/1
upcoming [1] 110/19
upon [2] 5/25 120/22
upstairs [1] 66/12
us [18] 13/9 14/12 17/10 18/22 22/5 23/12
23/13 23/14 25/4 45/19 46/17 53/8 63/7 82/12
90/2 98/8 106/5 121/3
use [6] 13/5 25/4 68/25 100/11 102/3 102/6
used [2] 32/10 52/18 91/25 119/23
using [3] 12/2 18/7 68/21
usual [1] 112/23
usually [5] 32/23 83/8 100/12 102/3 116/18

**V**

vacation [9] 31/19 38/4 38/6 38/6 49/19 51/23
104/20 109/3 110/7
vaccinated [6] 14/6 27/14 27/19 29/6 66/16
66/25
valid [1] 19/24
Valvoline [3] 74/8 74/12 74/13
Van [2] 118/9 119/2
various [2] 19/1 98/19
varying [1] 86/12
Vegas [1] 44/10
vendors [1] 121/9
venire [1] 60/8
verdict [4] 26/18 62/12 67/8 68/18
verify [1] 115/3
versus [3] 4/3 26/6 62/5
very [36] 4/16 6/9 8/14 8/14 17/9 24/24 26/21
27/24 30/15 42/10 47/10 47/11 47/19 47/21
62/15 62/16 77/10 80/7 81/16 90/8 91/10 98/7
98/20 100/10 102/11 103/9 105/2 107/7 113/9
116/18 118/5
via [6] 67/25 67/25 73/23
victim [4] 40/3 40/6 64/18 64/21
victim-clients [4] 40/3 40/6 64/18 64/21
video [1] 72/7
view [3] 68/24 69/1 77/14
violation [1] 60/7
violence [1] 24/16
visit [7] 27/24 29/16 44/13 66/12 68/24 72/25
83/14
voice [1] 102/3
voicemail [1] 102/5
voir [15] 8/22 14/18 15/10 15/22 15/23 22/21
23/3 56/1 57/17 57/17 57/18 57/21 58/5 58/11
108/4
vomiting [1] 82/14
vote [3] 32/16 32/19 32/21
vs [1] 1/10

**W**

wage [4] 37/17 51/8 75/1 113/18
wait [6] 17/14 23/12 25/20 33/16 98/4 98/5
waiting [2] 60/25 99/5
walk [1] 31/1
walking [1] 80/6
wall [1] 91/10
want [30] 4/11 13/17 13/18 15/11 16/1 16/14
17/12 17/13 19/23 20/3 24/14 26/6 26/25
27/11 28/18 31/1 38/22 55/6 62/3 62/20 62/23
67/5 70/16 97/4 97/11 99/5 104/1 120/6
122/13 122/19
wanted [6] 6/11 18/25 19/12 99/9 99/17
wants [9] 15/21 16/24 20/10 29/24 59/18 61/9
70/22 108/4 122/25

was [81] 4/23 5/2 5/5 5/11 5/13 5/15 5/19 6/5
19/6 21/16 24/15 25/1 25/2 33/22 36/24 39/17
40/20 42/4 46/18 48/14 48/20 53/8 56/14
56/19 57/14 59/4 59/9 59/10 62/13 64/7 65/10
70/22 72/17 74/16 74/17 74/18 76/12 76/15
76/16 81/19 82/1 82/1 82/5 82/18 86/18 87/13
87/18 88/18 90/3 90/7 91/9 92/1 92/2 98/19
102/21 102/24 103/9 104/15 106/6 106/7
106/7 106/7 106/8 106/9 106/10 106/10
106/11 106/15 106/17 108/17 118/6 120/6
wasn't [4] 59/6 90/1 108/12 108/15
waste [4] 23/24 23/25 97/22 97/24
watch [5] 35/21 35/23 36/2 68/18 71/10
watched [2] 76/25 77/14
watches [1] 90/9
watching [1] 118/13
way [14] 8/16 10/10 11/24 16/11 21/16 45/14
67/20 67/21 68/12 71/11 82/25 84/14 86/21
91/9
ways [2] 18/5 26/21
we [235]
we'd [1] 97/19
we'll [31] 8/25 12/3 13/4 13/5 14/22 15/5 15/8
18/6 24/13 26/12 38/13 61/22 66/12 77/3 77/4
77/7 83/14 85/23 90/11 96/1 97/6 103/6 108/4
110/4 111/17 114/23 115/6 117/8 119/8
121/20 123/2
we're [21] 4/19 6/22 9/21 18/7 20/7 22/12
31/23 47/18 47/21 48/4 49/5 49/6 61/2 97/16
99/10 104/18 112/8 112/20 118/12 120/5
122/17
we've [2] 17/4 97/16
wear [9] 27/15 29/6 29/7 29/9 66/22 66/24
66/25 67/2 120/18
wearing [6] 14/6 14/6 14/12 14/17 66/16
66/16
website [1] 68/1
wedding [1] 49/22
Wednesday [3] 22/5 85/2 85/12
Wednesdays [1] 85/8
week [18] 6/10 6/10 6/11 13/11 13/14 13/15
15/25 16/1 16/1 44/11 47/25 75/19 101/18
108/18 116/8 116/17 117/13 121/5
weekend [1] 47/24
weeks [10] 11/13 18/13 20/8 48/21 75/9
110/24 113/16 115/6 115/15 116/22
weeks' [1] 115/3
welcome [5] 26/3 26/13 62/3 79/6 118/1
well [36] 6/10 18/13 18/14 22/7 28/6 30/9
31/20 44/2 44/13 45/9 47/17 50/10 57/17 75/6
77/12 78/11 83/2 84/13 85/19 88/2 88/3
92/17 94/24 95/16 95/19 97/5 98/2 99/7
104/16 106/22 107/11 112/20 116/25 119/2
120/2 123/6
went [8] 42/25 87/10 104/15 104/16 108/14
113/3 117/1 122/8
were [32] 7/19 7/25 8/2 19/1 25/25 37/6 39/22
40/25 56/24 57/1 57/7 57/12 59/3 61/16 64/12
65/15 71/2 73/7 73/17 73/19 73/23 74/22
82/22 91/5 92/17 97/3 99/15 102/15 104/17
111/1 119/1 119/6
weren't [2] 84/11 90/1
West [2] 1/20 2/11
western [1] 121/4
whale [1] 118/13
whammy [1] 33/23
what [92] 4/19 5/7 7/14 8/8 11/3 13/5 13/19
13/23 14/2 14/3 14/8 17/21 18/23 18/25 19/12
21/18 22/7 24/3 26/25 30/13 30/14 31/13
33/21 34/22 35/17 37/21 37/24 38/4 42/23
44/2 46/18 51/4 51/18 51/22 52/2 52/7 52/10
52/18 53/10 53/12 53/20 53/23 54/1 60/4
60/24 61/2 61/3 62/21 63/2 66/10 67/8 74/10
75/4 76/18 79/2 82/1 85/3 85/5 85/18 87/10
87/22 88/9 88/22 89/11 90/2 91/5 92/19 93/18
95/3 95/8 95/12 96/22 100/11 100/12 101/9
101/23 102/1 102/3 102/12 102/14 102/16
102/24 105/22 106/16 111/10 114/2 114/8

**W**

**what... [5]**  115/17 115/19 118/25 119/5 123/8

**what's [8]**  37/5 51/13 72/4 96/25 111/2 113/21 114/15 116/13

**whatever [6]**  6/4 6/12 6/17 17/14 26/24 62/11

**when [45]**  5/11 5/19 10/5 11/2 11/20 19/19 20/25 21/4 22/16 25/5 28/11 35/8 35/12 36/25 57/9 57/16 57/17 58/2 58/5 59/21 61/10 66/20 81/2 81/4 81/6 82/10 82/17 85/17 86/17 87/10 91/3 91/9 91/11 92/5 93/18 101/25 102/15 102/25 108/14 110/22 112/9 115/6 118/4 119/6 122/13

**whenever [1]**  17/13

**where [27]**  8/12 20/4 20/11 22/22 22/23 24/23 25/3 32/7 36/14 46/5 49/14 49/25 56/23 58/10 59/3 74/7 74/9 74/11 77/5 85/11 92/1 93/4 94/19 104/20 109/5 109/8 116/5

**whether [15]**  8/20 9/6 12/4 26/24 27/8 50/13 59/25 62/21 66/22 69/22 78/13 78/14 107/1 107/2 107/3

**which [32]**  5/13 9/17 10/5 12/23 15/2 15/18 16/22 19/21 20/6 20/7 20/18 21/5 23/5 24/5 24/13 25/16 32/14 34/17 36/24 39/1 39/22 40/20 57/25 61/8 63/16 63/18 64/12 65/10 73/7 73/18 90/9 122/15

**while [6]**  73/9 74/22 74/22 82/22 87/14 99/5

**white [2]**  77/4 93/7

**who [35]**  4/8 4/24 5/5 6/14 6/17 6/24 14/5 14/12 14/23 15/10 19/1 24/19 24/19 26/22 29/16 30/17 34/18 36/6 36/14 36/16 52/2 56/15 56/24 58/18 60/2 66/9 66/15 71/6 71/21 72/22 79/1 84/12 98/4 118/24 123/8

**whole [2]**  44/9 118/14

**whom [5]**  22/21 23/2 40/3 64/18 74/7

**why [13]**  17/16 20/1 23/11 38/21 46/15 77/12 106/4 107/25 110/15 113/3 113/6 116/24 120/6

**wife [4]**  92/18 105/1 118/3 118/7

**will [148]**

**window [1]**  121/25

**wire [2]**  39/10 63/25

**wish [5]**  29/9 57/24 61/20 66/24 73/8

**wishes [1]**  58/12

**withdrawing [1]**  17/5

**within [2]**  81/7 122/22

**without [1]**  12/5

**witness [14]**  16/8 16/9 16/11 19/21 23/21 23/21 23/23 24/2 24/5 24/5 24/7 25/6 57/22 112/12

**witness's [1]**  24/8

**witnesses [10]**  14/23 16/17 17/21 17/25 20/6 23/17 23/18 24/1 24/18 69/3

**won't [5]**  8/20 30/9 90/11 97/6 97/14

**wonderful [2]**  28/10 49/9

**words [2]**  61/16 88/25

**work [35]**  17/6 18/13 26/16 37/25 46/4 46/11 51/18 51/20 53/11 53/13 54/2 62/9 74/8 74/11 81/8 84/9 85/15 85/16 91/4 94/24 95/8 95/13 95/15 96/16 97/7 101/10 107/12 114/3 114/5 114/8 114/11 114/13 120/17 121/6 123/2

**working [6]**  59/20 74/16 74/17 74/21 75/7 83/5

**workplace [1]**  62/10

**works [11]**  81/6 81/7 82/25 83/1 83/8 83/20 85/7 85/13 86/11 86/12 86/13

**world [1]**  26/22

**worried [1]**  50/13

**worry [2]**  27/7 70/4

**would [138]**

**wouldn't [8]**  20/6 43/7 44/1 53/23 59/11 99/16 112/14 118/21

**write [2]**  44/17 106/8

**writing [4]**  67/24 70/4 89/1 89/1

**written [1]**  5/23

**wrong [5]**  27/7 63/4 63/10 102/14 121/13

**WYMAN [6]**  2/5 4/5 18/3 24/12 28/23 69/16

**Y**

**yeah [20]**  37/15 46/4 52/6 53/7 53/17 54/6

82/13 87/7 87/15 87/16 87/17 88/8 89/9 92/12 93/23 95/21 95/4 97/14 121/9 121/4

**year [10]**  37/23 49/21 51/14 51/15 75/20 76/10 95/16 95/18 95/21 121/1

**years [15]**  10/8 21/15 35/4 35/7 38/9 79/17 87/25 88/4 88/6 91/15 94/7 96/17 103/11 109/7 120/21

**Yellowstone [1]**  116/7

**yes [63]**  5/1 7/10 13/16 14/21 30/8 32/13 32/18 35/11 35/16 35/20 37/19 47/8 48/2 49/24 50/11 50/15 51/3 54/21 54/23 55/2 55/11 73/16 74/6 75/3 79/18 79/21 80/25 81/22 82/18 82/19 84/21 85/16 87/22 89/4 89/14 90/22 90/25 91/20 91/24 93/3 93/9 93/22 95/1 95/22 96/17 97/19 98/5 98/18 100/4 101/15 102/6 102/21 107/21 108/23 109/14 109/17 109/20 110/21 116/4 116/11 119/9 120/10 121/16

**yesterday [3]**  10/7 112/12 113/4

**yet [9]**  33/18 41/1 41/6 60/14 65/16 65/21 67/7 70/3 100/16

**York [10]**  7/11 7/16 7/20 9/2 9/12 9/25 10/18 10/24 12/5 19/11

**Yosemite [1]**  50/2

**you [484]**

**you'd [1]**  112/22

**you'll [5]**  46/17 70/4 102/4 102/4 102/5

**you're [19]**  11/2 26/24 26/25 35/10 46/1 47/6 51/22 52/4 54/4 67/2 82/12 82/16 92/6 93/18 96/19 96/19 112/6 112/9 118/1

**you've [3]**  8/13 109/3 109/15

**younger [1]**  43/1

**your [225]**

**yourself [5]**  28/20 29/2 83/6 94/21 94/24

**YouTube [1]**  68/2

**Z**

**zero [1]**  59/20

**Zoom [2]**  92/18 92/20