UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,        )CERTIFIED TRANSCRIPT
                    Plaintiff,   )
      vs.                        )
                                 ) SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,           )
                    Defendant.   )    TRIAL DAY 2
-----------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

July 14, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

2

```
 1    APPEARANCES OF COUNSEL:

 2    For the Plaintiff:

 3    NICOLA T. HANNA
      United States Attorney
 4    BRANDON D. FOX
      Assistant United States Attorney
 5    Chief, Criminal Division
      ALEXANDER WYMAN
 6    Assistant United States Attorney
      Major Frauds Section
 7    1100 United States Courthouse
      312 North Spring Street
 8    Los Angeles, CA   90012
      (213) 894-6683
 9
      BRETT A. SAGEL
10    Assistant United States Attorney
      Ronald Reagan Federal Building
11    411 West Fourth Street, Suite 8000
      Santa Ana, CA   92701
12    (714) 338-3598

13    For the Defendant:

14    H. DEAN STEWARD
      H. DEAN STEWARD LAW OFFICES
15    107 Avenida Miramar, Suite C
      San Clemente, CA   92672
16    (949) 481-4900

17

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

3

1

2                              I-N-D-E-X

3                                                              PAGE

4    JURY SELECTION

5      (Continued)                                              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; WEDNESDAY, JULY 14, 2021; 1:30 P.M.      |
|       | 2  | (Prospective jurors not present)                               |
| 01:14 | 3  | THE CLERK:  Item 1, SACR-19-00061-JVS, United                  |
| 01:33 | 4  | States of America versus Michael John Avenatti.                |
| 01:33 | 5  | MR. SAGEL:  Good afternoon, Your Honor.  Brett                 |
| 01:33 | 6  | Sagel and Alexander Wyman on behalf of the United States.      |
| 01:33 | 7  | THE COURT:  Good afternoon.                                    |
| 01:33 | 8  | MR. STEWARD:  Your Honor, Dean Steward and Michael             |
| 01:33 | 9  | Avenatti.  He is present in court with us this afternoon.      |
| 01:33 | 10 | THE COURT:  Good afternoon.                                    |
| 01:33 | 11 | MR. STEWARD:  Good afternoon.                                  |
| 01:33 | 12 | THE COURT:  A couple preliminaries from yesterday.            |
| 01:33 | 13 | Number one, Mr. Steward, I wanted to make sure that you or     |
| 01:33 | 14 | your paralegal had access to the jurors while they were        |
| 01:33 | 15 | completing the questionnaire in the afternoon.                 |
| 01:33 | 16 | MR. STEWARD:  No, we did not, Your Honor.                      |
| 01:33 | 17 | THE COURT:  You did not have access?                           |
| 01:33 | 18 | MR. STEWARD:  Mr. Avenatti and I did not.  The                 |
| 01:33 | 19 | paralegal did, and we did send her down at one point.          |
| 01:33 | 20 | THE COURT:  And she was your representative to                 |
| 01:33 | 21 | observe that process?                                          |
| 01:33 | 22 | MR. STEWARD:  Well, as best we could.                          |
| 01:33 | 23 | THE COURT:  No, no, sir.  She was your                         |
| 01:33 | 24 | representative to observe that process?                        |
| 01:33 | 25 | MR. STEWARD:  No.                                              |

| | | |
|---|---|---|
| 01:33 | 1 | THE COURT:  Would you explain that, please? |
| 01:34 | 2 | MR. STEWARD:  Certainly.  Mr. Avenatti and I |
| 01:34 | 3 | wanted to be down there.  We were unable to be down there. |
| 01:34 | 4 | We sent her down just as an observer to see what happened |
| 01:34 | 5 | and report back, but it's certainly not the same as us being |
| 01:34 | 6 | there to observe each one of the jurors. |
| 01:34 | 7 | THE COURT:  Do you find a constitutional |
| 01:34 | 8 | deficiency in that? |
| 01:34 | 9 | MR. STEWARD:  Yes. |
| 01:34 | 10 | THE COURT:  Explain. |
| 01:34 | 11 | MR. STEWARD:  I think he has a right to attend all |
| 01:34 | 12 | phases of the trial.  Jury selection is part of the phase of |
| 01:34 | 13 | the trial, and the filling out of the questionnaires in our |
| 01:34 | 14 | view is also part and parcel of that. |
| 01:34 | 15 | I would also point out, to make my record clear, |
| 01:34 | 16 | that in front of the doors of the initial jury room there is |
| 01:34 | 17 | a sign that says "Jurors Only."  I take that to mean that |
| 01:34 | 18 | the press and the public were excluded all day yesterday. |
| 01:34 | 19 | THE COURT:  Nevertheless, your representative was |
| 01:35 | 20 | in the room and had an opportunity to observe. |
| 01:35 | 21 | MR. STEWARD:  For a small portion of the time, |
| 01:35 | 22 | yes. |
| 01:35 | 23 | THE COURT:  By the individual's choice or |
| 01:35 | 24 | otherwise? |
| 01:35 | 25 | MR. STEWARD:  I don't understand. |

6

| | | |
|---|---|---|
| 01:35 | 1 | THE COURT:  You say for a small amount of time. |
| 01:35 | 2 | What do you mean? |
| 01:35 | 3 | MR. STEWARD:  She was assisting us here, and I |
| 01:35 | 4 | sent her down when we thought it was clear that she could go |
| 01:35 | 5 | down and do that and we no longer needed her help in court. |
| 01:35 | 6 | THE COURT:  I want to confirm that you had an |
| 01:35 | 7 | observer review the process of the government copying the |
| 01:35 | 8 | questionnaires. |
| 01:35 | 9 | MR. STEWARD:  No. |
| 01:35 | 10 | THE COURT:  Did you have an opportunity to have an |
| 01:35 | 11 | observer? |
| 01:35 | 12 | MR. STEWARD:  One moment, Your Honor. |
| 01:35 | 13 | (Defense counsel and paralegal conferring) |
| 01:36 | 14 | MR. STEWARD:  That's also no. |
| 01:36 | 15 | THE COURT:  I believe that the government offered |
| 01:36 | 16 | on the record the opportunity for you to provide an |
| 01:36 | 17 | inspector as the government made the copies. |
| 01:36 | 18 | Is that not correct, Mr. Sagel? |
| 01:36 | 19 | MR. SAGEL:  Not only is it correct that -- the |
| 01:36 | 20 | woman who is sitting in the back -- I believe it was the one |
| 01:36 | 21 | that talked to Mr. Steward -- was in our office the entire |
| 01:36 | 22 | day with our support staff making the copies.  So I'm not at |
| 01:36 | 23 | all sure what Mr. Steward is saying right now. |
| 01:36 | 24 | THE COURT:  Could you explain, Mr. Steward? |
| 01:36 | 25 | MR. STEWARD:  Yes, Your Honor.  Correction.  My |

01:36   1   paralegal thought we were talking about the jury room again.
01:36   2   We are not.  We're talking about the U.S. Attorney's Office.
01:36   3   And, yes, she did have the opportunity to go and observe the
01:36   4   copying of the materials.
01:36   5          MR. SAGEL:  I'm not really sure of the semantics.
01:36   6   I'm not really sure why he's saying the opportunity.  She
01:36   7   was there.
01:36   8          MR. STEWARD:  Well, I wasn't, so I don't know what
01:36   9   the heck went on there.  I'm just trying to get from my
01:37  10   paralegal what she said, and I'll leave it at that.
01:37  11          THE COURT:  The record will indicate on the basis
01:37  12   of what I've heard there was an opportunity afforded to
01:37  13   review the copying process, and the defense through the
01:37  14   participation of a paralegal took advantage of that
01:37  15   opportunity.
01:37  16          Okay.  Today, number one, we are going to go
01:37  17   through the questionnaires first to identify any individual
01:37  18   who would be appropriate for individual voir dire.
01:37  19          Second, we will go through those, and we need to
01:37  20   do that first so that we can make a list to provide to the
01:37  21   clerk's office to provide notice to those folks so that when
01:37  22   they call in tonight, they'll know they're supposed to come
01:37  23   in.
01:37  24          Let me explain so we have the procedures all in
01:37  25   one place.  I'm going to conduct this individual voir dire

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

01:37  1    because of the concern of jurors who have some knowledge per

01:38  2    the questionnaire who were examined in front of the entire

01:38  3    venire, there would be a substantial possibility that they

01:38  4    might provide inflammatory answers that would prejudice the

01:38  5    entire panel.

01:38  6           There is a substantial possibility that they would

01:38  7    provide jurors who have no knowledge per the questionnaire

01:38  8    of facts unknown to them which would likely affect them in

01:38  9    some way or another or potentially affect them in some way

01:38  10   or another.  That's my rationale for proceeding in that

01:38  11   fashion tomorrow.

01:38  12          I and my clerks and externs went through the

01:38  13   questionnaires, and by our tally, looking at questions 25

01:38  14   through 32, which are the ones that focus on Mr. Avenatti,

01:38  15   86 individuals had no affirmative response to any of those

01:39  16   questions as they related to Mr. Avenatti.

01:39  17          MR. SAGEL:  That's accurate, and I think the

01:39  18   number is even higher, that 109 have never heard of

01:39  19   Mr. Avenatti.  Some people answered questions that are based

01:39  20   on what they heard yesterday and so forth but who said that

01:39  21   they had never heard of Mr. Avenatti, our tally was

01:39  22   approximately 109.

01:39  23          THE COURT:  Well, we're going to go through them.

01:39  24   If there are ones that we missed, fine, we'll pick them up.

01:39  25          So what I propose is that we begin with number one

9

01:39   1   on the juror list and we go forward until there is an
01:39   2   individual either side has identified or the Court has
01:39   3   identified who would be appropriate for individual voir
01:39   4   dire.
01:39   5           MR. SAGEL:  And just for understanding the
01:40   6   procedures we're about to do right now, there are some
01:40   7   jurors who might have identified other reasons for cause or
01:40   8   maybe --
01:40   9           THE COURT:  We're not going to take those up --
01:40  10           MR. SAGEL:  Thank you, Your Honor.
01:40  11           THE COURT:  -- at this time.  There will certainly
01:40  12   be an opportunity to examine them as part of the general
01:40  13   voir dire where the lawyers generally have the opportunity
01:40  14   to follow up on any responses to the questionnaire.
01:40  15           MR. SAGEL:  Fair enough.
01:40  16           THE COURT:  Okay.  Let's begin.  The first one I
01:40  17   have is Juror No. 2, and I've included for potential
01:40  18   examination any juror who had any knowledge of Mr. Avenatti.
01:40  19           Juror No. 2 is M.C.  He answered:  Have you seen
01:40  20   or heard anything about Mr. Avenatti?  He answered yes.  Do
01:41  21   you desire to examine him individually?
01:41  22           MR. STEWARD:  Yes, Your Honor, please.
01:41  23           THE COURT:  Okay.  He will be included.
01:41  24           The next one I have is Juror No. 3, J.J.  He
01:41  25   answered yes to question number 25.  He had seen or heard of

01:41   1   Mr. Avenatti in a number of different media sources.

01:41   2        MR. SAGEL:  If the government may, and it might

01:41   3   possibly expedite this -- I'm not sure of Mr. Steward's

01:41   4   position -- we counted approximately, and we'll get to them,

01:41   5   but we've counted approximately 17 people who even

01:41   6   identified the Nike matter or anything related to it.  We

01:42   7   would stipulate to their dismissal of knowing other crimes.

01:42   8        I don't think they need -- if they believe that is

01:42   9   a basis for them to be excused, we think the jury pool is

01:42  10   still extremely large that if we only eliminated those 17,

01:42  11   we would have enough.  I don't think we need to do any

01:42  12   individual voir dire for anybody who's heard of anything

01:42  13   related to Nike or another matter.

01:42  14        THE COURT:  Mr. Steward.

01:42  15        MR. STEWARD:  May I have just a moment with my

01:42  16   client on the 17?  That may be a good idea.

01:42  17        THE COURT:  Okay.

01:42  18        (Counsel and defendant conferring)

01:42  19        MR. STEWARD:  Your Honor, we suggest at this point

01:42  20   if perhaps the government could tell us who those 17 people

01:42  21   are and we could take a look at it.  Kind of in a vacuum

01:43  22   right now.

01:43  23        THE COURT:  All right.

01:43  24        MR. STEWARD:  We'd appreciate that.  And Mr. Sagel

01:43  25   is right.  It may well move things along.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11

01:43     1              THE COURT:  Okay.

01:43     2              MR. SAGEL:  Do you want me to do it now or as we

01:43     3     go through?

01:43     4              THE COURT:  Well, let's go through it right now.

01:43     5              MR. SAGEL:  Okay.  I will posit there may be

01:43     6     jumping because Mr. Wyman and myself split things up, so

01:43     7     there will be batches.

01:43     8              Juror No. 3, and I can --

01:43     9              THE COURT:  Well, just a minute.  Do you want to

01:43    10     take a look at these, Mr. Steward, as we go?

01:43    11              MR. STEWARD:  Frankly, Your Honor, we have a list

01:43    12     that indicates our position for cause.  And if our cause and

01:43    13     their list match up, then we don't even need to look at it.

01:43    14              For example, Mr. J.J.  We have him as a for-cause

01:43    15     challenge.  If the government thinks that's somebody that

01:43    16     can be dismissed, that makes it easy.

01:43    17              THE COURT:  Well, then it makes sense to take a

01:43    18     10-minute break and maybe the two of you sit down and

01:44    19     compare your lists with regard to the Nike matter.

01:44    20              MR. STEWARD:  It would probably be better if he

01:44    21     does it on the record, Your Honor.

01:44    22              THE COURT:  We're going to put all these ones who

01:44    23     are being excused on that basis on the record.

01:44    24              MR. STEWARD:  Well, I'm all about saving time, so

01:44    25     that's fine.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

01:44  1          THE COURT:  I think it would save time if the two

01:44  2    of you conferred and compared your two lists so you can at

01:44  3    least see whether the ones Mr. Sagel has on his list are

01:44  4    ones you would invite me to excuse.

01:44  5          MR. STEWARD:  That's fine, Your Honor.

01:44  6          THE COURT:  Okay.  Then let me know when you're

01:44  7    ready.

01:44  8          MR. SAGEL:  Yes, Your Honor.  Thank you.

01:44  9               (Recess taken at 1:44 p.m.;

01:44  10              proceedings resumed at 1:49 p.m.)

01:49  11         THE COURT:  Okay.  Do you have a list?

01:49  12         MR. SAGEL:  It might be easier if Mr. Steward goes

01:49  13   over his because we have to combine our lists again.  But

01:49  14   the 17 names and numbers that we provided we are in

01:49  15   agreement on.  I can do it, or if he wants to go through the

01:49  16   numbers that I just handed up.

01:49  17         MR. STEWARD:  Government counsel can do it, Your

01:49  18   Honor.

01:49  19         MR. SAGEL:  And if you need the name, let me know.

01:49  20         THE COURT:  No.  I think the number would be

01:49  21   sufficient.

01:49  22         MR. SAGEL:  Thank you, Your Honor.  Juror No. 3,

01:49  23   Juror No. 14, Juror No. 17, Juror No. 21, Juror No. 25,

01:50  24   Juror No. 45, Juror No. 46, Juror No. 63, Juror No. 86,

01:50  25   Juror No. 94, Juror No. 107, Juror No. 118, Juror No. 120,

01:50   1   and Juror No. 129.

01:50   2            THE COURT:  I only count 14.

01:50   3            MR. SAGEL:  We may be off on our counting.  We

01:51   4   might have missed a couple during our moving it over as what

01:51   5   counted as both Nike and Super Bowl.  There may be a few

01:51   6   more that we'll find when we go through it.

01:51   7            THE COURT:  Okay.  For present purposes, I will

01:51   8   excuse jurors 3, 14, 17, 21, 25, 45, 46, 63, 86, 94, 107,

01:51   9   118, 120, and 129.

01:51  10            Let me be clear on excusing these people on the

01:51  11   basis of the parties' stipulation.  I make no finding that

01:51  12   knowledge alone of the Nike case is a basis for excusal on

01:52  13   the basis of cause.  Jurors may know many things, but they

01:52  14   also are able to commit to deciding this case on its own

01:52  15   facts.  Accordingly, I want to be clear I'm excusing these

01:52  16   folks on the basis of the parties' stipulation.

01:52  17            Let's return to the going through the list.  The

01:53  18   next one I have for potential examination is Juror No. 5,

01:53  19   B.G.  On Question 3, he says:  It sounds familiar.  He is

01:53  20   aware of the Super Bowl issue.  Also, he has an answer in 32

01:53  21   that I think triggers examination.

01:53  22            Mr. Steward.

01:53  23            MR. STEWARD:  Agreed, Your Honor.

01:54  24            THE COURT:  Next, I have Juror No. 11.  Do you

01:54  25   want to examine him, Mr. Steward?

| | | |
|---|---|---|
| 01:55 | 1 | MR. STEWARD:  Yes, Your Honor, please. |
| 01:55 | 2 | THE COURT:  All right. |
| 01:55 | 3 | MR. SAGEL:  Just so that we're clear.  So, for |
| 01:55 | 4 | example, with Juror No. 11, it's because the answer is about |
| 01:55 | 5 | a lawyer, not about Mr. Avenatti? |
| 01:55 | 6 | THE COURT:  No.  The answer to 32 in the final |
| 01:55 | 7 | part:  Does the fact that Mr. Avenatti is a lawyer affect |
| 01:55 | 8 | your ability to be fair and impartial?  The answer is yes. |
| 01:55 | 9 | So it's related enough to conduct an individual exam. |
| 01:56 | 10 | MR. SAGEL:  Thank you, Your Honor. |
| 01:56 | 11 | THE COURT:  Juror No. 14, the parties have |
| 01:56 | 12 | previously stipulated that she is excused. |
| 01:56 | 13 | Juror No. 17 the parties have stipulated to be |
| 01:56 | 14 | excused. |
| 01:56 | 15 | Juror No. 20. |
| 01:57 | 16 | MR. SAGEL:  Your Honor, if I may, I don't know |
| 01:57 | 17 | what Mr. Steward is going to say, but Ms. D.V. in her answer |
| 01:57 | 18 | said she left the Clerk's Office in February of 2019. |
| 01:57 | 19 | Her only thing that could be for cause would be |
| 01:57 | 20 | she said she might have heard the name while she worked |
| 01:57 | 21 | there.  Mr. Avenatti wasn't even charged in this case until |
| 01:57 | 22 | March of 2019, which would have been after she left the |
| 01:57 | 23 | Clerk's Office. |
| 01:58 | 24 | THE COURT:  Mr. Steward. |
| 01:58 | 25 | MR. STEWARD:  Your Honor, it was her answer to 32 |

| | | |
|---|---|---|
| 01:58 | 1 | that got our attention and also 55, but 55 does not have to |
| 01:58 | 2 | do with Mr. Avenatti. |
| 01:59 | 3 | THE COURT:  Given that Mr. Avenatti wasn't |
| 01:59 | 4 | indicted until after she left the Clerk's Office, I don't |
| 01:59 | 5 | see a basis for excusing her.  So we're not going to remove |
| 01:59 | 6 | her. |
| 01:59 | 7 | If you have intervening ones on this list, please |
| 01:59 | 8 | raise them as we go so we only need to go through this stack |
| 01:59 | 9 | once. |
| 01:59 | 10 | Juror No. 21. |
| 01:59 | 11 | MR. SAGEL:  I think we already dismissed this one. |
| 01:59 | 12 | THE COURT:  Yes, you stipulated to 21.  She was |
| 01:59 | 13 | excused. |
| 01:59 | 14 | MR. STEWARD:  I'm sorry.  It looks like Juror |
| 01:59 | 15 | No. 8 -- I'm not sure if it's Ms. or Mr. T.M. -- had a |
| 01:59 | 16 | response about Mr. Avenatti.  If we could take a look at |
| 01:59 | 17 | that. |
| 02:00 | 18 | THE COURT:  I don't see anything in 28 -- I don't |
| 02:00 | 19 | see anything in 25 through 32.  Could you point out what |
| 02:00 | 20 | you're concerned about? |
| 02:00 | 21 | MR. STEWARD:  Your Honor, it was 32.  But looking |
| 02:00 | 22 | at it again now, I think it's grounds for questions but not |
| 02:00 | 23 | as to my client. |
| 02:00 | 24 | THE COURT:  Okay.  Any others?  We're up to 22. |
| 02:01 | 25 | MR. STEWARD:  No, Your Honor. |

02:01  1      MR. SAGEL:  I'm just going to ask, and I know what

02:01  2  Your Honor said, but I feel bad for an individual given they

02:01  3  checked the sheet of paper yesterday that might have led to

02:01  4  the same result.  No. 15 answered the question of not being

02:01  5  able to serve due to high blood pressure.  And he also

02:01  6  answered 54 that he wouldn't be able to deliberate.

02:01  7      THE COURT:  Well, we're going to go back -- you

02:01  8  know, the thought is we'd go back and see whether there are

02:01  9  bases to excuse these people solely on the basis of the

02:01  10  questionnaire.  That's likely one.  But I want to do this

02:01  11  first so that we can get the numbers guide to the clerk's

02:01  12  office.

02:01  13      MR. SAGEL:  I agree, Your Honor.  I misunderstood.

02:01  14  I apologize.

02:01  15      THE COURT:  We'll get to that topic.

02:01  16      The parties have stipulated to Juror No. 25 as

02:02  17  being excused.

02:02  18      Juror No. 26.

02:02  19      MR. STEWARD:  We agree with the Court on 26, Your

02:02  20  Honor, and we'd ask for the additional questioning.

02:02  21      THE COURT:  He will be included.  Juror No. 26 is

02:02  22  in.

02:02  23      Juror No. 27.

02:02  24      MR. STEWARD:  It appears that Juror No. 27 has

02:02  25  some knowledge, Your Honor, and we'd ask the Court to bring

02:03  1    that individual in as well.

02:03  2                THE COURT:  We'll do that.

02:03  3                Juror No. 35.

02:04  4                MR. STEWARD:  Yes, Your Honor.  Nos. 30 and 32 --

02:04  5    I would ask the Court to consider bringing this juror in --

02:04  6    appears to have knowledge.

02:04  7                THE COURT:  We will bring him in.  I'll go back

02:04  8    to 32.

02:05  9                MR. STEWARD:  I'm sorry.  I was talking about

02:05  10   paragraph --

02:05  11               THE COURT:  Oh, Question 32?

02:05  12               MR. STEWARD:  Yes.  And, Your Honor, also 33 as

02:05  13   well.  I believe there was --

02:05  14               THE CLERK:  Your Honor, are we talking about

02:05  15   Question 33 or --

02:05  16               THE COURT:  No, Juror 33.

02:05  17               MR. STEWARD:  I'm sorry.  I'll try to be very

02:05  18   clear on that.  On Juror 33, Question 32 is not directly on

02:05  19   my client but tangentially, and I think it's relevant to the

02:05  20   inquiry -- actually, it is about my client.

02:05  21               THE COURT:  Juror No. 33 we'll examine.

02:05  22               MR. STEWARD:  Thank you.

02:06  23               THE COURT:  Juror No. 36.

02:06  24               THE CLERK:  What ever happened to 35?  Did you

02:06  25   make a decision on that one?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 02:06 | 1 | MR. STEWARD:  I thought we did, and I thought it |
| 02:06 | 2 | was additional questioning. |
| 02:06 | 3 | THE COURT:  Yes. |
| 02:06 | 4 | THE CLERK:  The clerk said it and then you moved |
| 02:06 | 5 | backwards. |
| 02:06 | 6 | THE COURT:  Yes.  Juror No. 35 will be examined. |
| 02:06 | 7 | Okay.  Juror No. 36. |
| 02:06 | 8 | MR. STEWARD:  Your Honor, I think there was some |
| 02:06 | 9 | inquiry already on the issue.  He was the tennis team |
| 02:06 | 10 | person, the daughter. |
| 02:06 | 11 | THE COURT:  Right. |
| 02:06 | 12 | MR. STEWARD:  I think he said he had met my |
| 02:07 | 13 | client. |
| 02:07 | 14 | THE COURT:  Right, but we didn't ask him as to |
| 02:07 | 15 | whether he had any knowledge of Mr. Avenatti's -- further |
| 02:07 | 16 | knowledge of Mr. Avenatti or his legal career or other |
| 02:07 | 17 | ideation.  If you want him in the lineup, that's fine. |
| 02:07 | 18 | MR. STEWARD:  I do not. |
| 02:07 | 19 | THE COURT:  Okay.  That's fine. |
| 02:07 | 20 | Juror No. 38. |
| 02:07 | 21 | MR. STEWARD:  We agree that further questioning is |
| 02:08 | 22 | in order on 38, Your Honor. |
| 02:08 | 23 | THE COURT:  All right.  Juror No. 45 the parties |
| 02:08 | 24 | have stipulated.  Juror No. 45 will be excused. |
| 02:08 | 25 | Juror No. 46 the parties have stipulated. |

02:08  1                 Juror No. 47.

02:08  2                 MR. STEWARD:  Yes, Your Honor.  We agree Juror

02:08  3     No. 47 is appropriate for further questioning.

02:08  4                 THE COURT:  We'll include that juror.

02:09  5                 MR. WYMAN:  Your Honor, I apologize.  Did Your

02:09  6     Honor mention No. 44?  I believe there was an affirmative

02:09  7     response to question 25.

02:09  8                 MR. STEWARD:  That's agreed, Your Honor.

02:09  9                 THE COURT:  Okay.  Juror No. 44 is in.

02:09  10                Juror No. 51.

02:10  11                MR. STEWARD:  For 51, Your Honor, we're not

02:11  12    requesting any further questioning.

02:11  13                THE COURT:  Okay.

02:11  14                Juror 56.

02:11  15                MR. SAGEL:  Just for clarification, Your Honor,

02:11  16    No. 51 obviously talks about knowing Mr. Avenatti and some

02:11  17    of the other facts.  We're fine if they don't want to do

02:11  18    individual voir dire with them, but are they then precluded

02:12  19    from going into those same topics when the general pool is

02:12  20    here, because if the whole purpose is not to taint the

02:12  21    general pool, they then shouldn't be going into these same

02:12  22    topics on Friday.

02:12  23                THE COURT:  I agree.

02:12  24                MR. STEWARD:  Understood.

02:12  25                THE COURT:  Okay.  Juror No. 56.

02:12    1                 MR. STEWARD:  Yes.  Agreed, Your Honor.  Needs

02:12    2    further questioning.

02:12    3                 THE COURT:  Okay.  Fifty-seven.

02:12    4                 MR. STEWARD:  We agree with that one, Your Honor.

02:13    5                 THE COURT:  Did we excuse Mr. K.W. yesterday for

02:13    6    language?

02:13    7                 MR. SAGEL:  What's the number?

02:13    8                 THE COURT:  Fifty-seven.  I guess if we did he

02:13    9    wouldn't have filled out the questionnaire.

02:13   10                 MR. STEWARD:  That's correct, Your Honor.

02:13   11                 THE COURT:  Okay.  So do you want to talk to

02:13   12    Mr. K.W.?

02:13   13                 MR. STEWARD:  Yes, Your Honor, please.

02:13   14                 THE COURT:  Okay.  Juror No. 61.

02:14   15                 MR. STEWARD:  No further questions on 61, Your

02:14   16    Honor, from the defense.

02:14   17                 THE COURT:  Okay.  We have the same ground rule

02:14   18    when we get to the general voir dire.

02:14   19                 The parties have stipulated that Juror No. 63 will

02:14   20    be excused.

02:15   21                 Juror No. 71.

02:15   22                 MR. STEWARD:  I'm sorry, Your Honor.  Could we go

02:15   23    back to 64?  In particular Juror No. 64, the answer to

02:15   24    questions 26 and 27, and 32 as well.  I'm sorry.  Again,

02:15   25    this is Juror 64.

| | | |
|---|---|---|
| 02:15 | 1 | THE COURT:  I agree.  We will bring in Juror |
| 02:15 | 2 | No. 64. |
| 02:16 | 3 | Juror 71. |
| 02:16 | 4 | MR. STEWARD:  We are not seeking to bring 71 in, |
| 02:16 | 5 | Your Honor. |
| 02:16 | 6 | THE COURT:  Okay.  We will not bring Juror No. 71 |
| 02:16 | 7 | in tomorrow. |
| 02:16 | 8 | Juror 72. |
| 02:16 | 9 | MR. STEWARD:  We agree on 72, Your Honor. |
| 02:16 | 10 | THE COURT:  Okay. |
| 02:17 | 11 | Juror No. 74. |
| 02:17 | 12 | MR. STEWARD:  We agree on 74 as well. |
| 02:17 | 13 | THE COURT:  She will be brought in. |
| 02:17 | 14 | Juror No. 76. |
| 02:17 | 15 | MR. STEWARD:  We agree, Your Honor. |
| 02:18 | 16 | THE COURT:  He will be included. |
| 02:18 | 17 | Juror No. 77. |
| 02:18 | 18 | MR. STEWARD:  We agree on 77. |
| 02:18 | 19 | THE COURT:  He will be included. |
| 02:18 | 20 | MR. STEWARD:  And, Your Honor, could we go back to |
| 02:18 | 21 | 75?  Question 32 is circled yes. |
| 02:18 | 22 | THE COURT:  Just a minute, please. |
| 02:18 | 23 | MR. STEWARD:  I'm sorry. |
| 02:18 | 24 | THE COURT:  Juror No. 75 will be included. |
| 02:19 | 25 | Juror No. 79. |

| | | |
|---|---|---|
| 02:19 | 1 | MR. STEWARD:  Agreed, Your Honor. |
| 02:19 | 2 | THE COURT:  He will be included. |
| 02:19 | 3 | Juror No. 82. |
| 02:19 | 4 | MR. STEWARD:  Also agreed. |
| 02:19 | 5 | THE COURT:  Juror No. 83. |
| 02:19 | 6 | MR. STEWARD:  Agreed as well. |
| 02:19 | 7 | THE COURT:  She will be included. |
| 02:20 | 8 | Juror No. 86 the parties have stipulated.  Juror |
| 02:20 | 9 | No. 86 will be excused. |
| 02:20 | 10 | Juror No. 88. |
| 02:20 | 11 | MR. STEWARD:  Agreed, Your Honor. |
| 02:20 | 12 | THE COURT:  He will be included. |
| 02:21 | 13 | Juror No. 91. |
| 02:21 | 14 | MR. STEWARD:  Agreed. |
| 02:21 | 15 | THE COURT:  Juror No. 94 the parties have |
| 02:21 | 16 | stipulated.  Juror No. 94 will be excused. |
| 02:21 | 17 | Juror No. 98. |
| 02:21 | 18 | MR. STEWARD:  Agreed. |
| 02:21 | 19 | THE COURT:  He will be included. |
| 02:22 | 20 | Juror No. 99. |
| 02:22 | 21 | MR. STEWARD:  Also agreed. |
| 02:22 | 22 | THE COURT:  She will be included. |
| 02:22 | 23 | Juror No. 100. |
| 02:22 | 24 | MR. STEWARD:  Agreed. |
| 02:22 | 25 | THE COURT:  Juror No. 104. |

| | | |
|---|---|---|
| 02:23 | 1 | MR. STEWARD:  May I have just a moment, Your |
| 02:23 | 2 | Honor? |
| 02:23 | 3 | THE COURT:  Sure. |
| 02:23 | 4 | (Counsel and defendant conferring) |
| 02:23 | 5 | MR. STEWARD:  Not requesting 104, Your Honor. |
| 02:23 | 6 | THE COURT:  All right.  Let me say, as we went |
| 02:23 | 7 | through these, if there was any colorable basis to examine, |
| 02:23 | 8 | they were flagged for that. |
| 02:23 | 9 | Juror 105. |
| 02:24 | 10 | MR. STEWARD:  We agree on 105, Your Honor. |
| 02:24 | 11 | THE COURT:  105 will be included. |
| 02:24 | 12 | The parties have stipulated to excuse Juror |
| 02:24 | 13 | No. 107. |
| 02:24 | 14 | Juror 109. |
| 02:24 | 15 | MR. STEWARD:  Yes, Your Honor, 109 we agree. |
| 02:24 | 16 | Your Honor, could we go back to 102 for just a |
| 02:24 | 17 | moment?  With juror 102 the concern is the answer to 32, |
| 02:25 | 18 | looks to be the second part.  It's a one-word answer. |
| 02:25 | 19 | THE COURT:  Well, 32, the second part, what is |
| 02:25 | 20 | your opinion of civil trial lawyers?  Crooks. |
| 02:25 | 21 | MR. STEWARD:  Yes.  That's our concern. |
| 02:25 | 22 | THE COURT:  Okay.  Juror No. 117. |
| 02:26 | 23 | THE CLERK:  I'm sorry, Judge.  Juror 102 will be |
| 02:26 | 24 | coming back? |
| 02:26 | 25 | THE COURT:  Yes. |

```
02:26   1              MR. STEWARD:  And we agree with 117.
02:26   2              THE COURT:  118 the parties have agreed will be
02:26   3    excused.
02:26   4              Juror 120 the parties have agreed will be excused.
02:27   5              Juror 121.
02:27   6              MR. STEWARD:  Agreed, Your Honor.
02:27   7              THE COURT:  Juror 129, the parties have agreed
02:27   8    that 129 will be excused.
02:27   9              Juror 135.
02:28   10             MR. STEWARD:  Just one moment, Your Honor.
02:28   11             (Counsel and defendant conferring)
02:28   12             MR. STEWARD:  Your Honor, the reason we need a
02:28   13   moment is in our review we came across a number that we
02:28   14   think needs further questioning.  But just this second we
02:28   15   need to check to see if it was because of the Mr. Avenatti
02:28   16   question or something else.  It won't take us more than a
02:28   17   minute or two.
02:28   18             THE COURT:  That's fine.
02:28   19             MR. STEWARD:  Thank you.
02:29   20             (Counsel and defendant conferring)
02:29   21             MR. STEWARD:  Your Honor, if we can go back to
02:30   22   119.  And that's question 32.
02:30   23             THE COURT:  Just a minute, please.
02:30   24             MR. STEWARD:  Certainly.
02:30   25             (Pause in proceedings)
```

| | | |
|---|---|---|
| 02:31 | 1 | THE COURT:  He should be examined. |
| 02:31 | 2 | MR. STEWARD:  Thank you.  And also 121. |
| 02:31 | 3 | THE COURT:  Just a minute. |
| 02:31 | 4 | (Pause in proceedings) |
| 02:31 | 5 | MR. SAGEL:  We had already agreed to 121. |
| 02:31 | 6 | MR. STEWARD:  I'm sorry.  Counsel is correct. |
| 02:32 | 7 | THE COURT:  Okay.  Juror 135. |
| 02:32 | 8 | MR. STEWARD:  We agree, Your Honor. |
| 02:32 | 9 | THE COURT:  140. |
| 02:33 | 10 | MR. STEWARD:  Maybe we can stipulate to excusing |
| 02:33 | 11 | 140. |
| 02:33 | 12 | THE COURT:  Basis? |
| 02:33 | 13 | MR. STEWARD:  Well, she knows me.  She knows |
| 02:33 | 14 | Mr. Sagel. |
| 02:33 | 15 | THE COURT:  If we excused every court employee who |
| 02:33 | 16 | ever came into contact with a lawyer here, we would excuse |
| 02:33 | 17 | everybody.  Is there something in particular? |
| 02:33 | 18 | MR. STEWARD:  Only, Your Honor, at the time that |
| 02:33 | 19 | Ms. K.P. was here, I was actually the head of the agency, |
| 02:33 | 20 | the Federal Public Defender, so I saw her more frequently |
| 02:33 | 21 | and on more issues than, for example, some lawyer off the |
| 02:33 | 22 | street. |
| 02:34 | 23 | THE COURT:  Okay.  We'll examine her. |
| 02:34 | 24 | Well, what's the government's position? |
| 02:34 | 25 | MR. SAGEL:  We'll defer to the Court.  I don't |

26

02:34    1    know the relationship Ms. K.P. had with Mr. Steward.
02:34    2    Everything she answered said she could be objective.  She
02:34    3    worked here for years.  I don't know that there is a basis
02:34    4    for cause.  I agree that she can be examined further, but I
02:34    5    don't think there's a basis for cause for dismissal.
02:34    6                THE COURT:  I agree, but she will be examined.  I
02:34    7    will not excuse her for cause on the basis of the present
02:34    8    record.
02:34    9                MR. STEWARD:  Your Honor, hopefully for the last
02:34   10    time I would ask the Court to go backwards to 125.
02:35   11                THE COURT:  125 will be included for examination.
02:35   12                MR. STEWARD:  And 126, similar, Your Honor?
02:35   13                THE COURT:  126 will be examined.
02:35   14                MR. STEWARD:  And 127, Your Honor.  Very similar,
02:35   15    same question, question number 32.
02:35   16                THE COURT:  I'm sorry.
02:35   17                MR. STEWARD:  125, 126, 127.  The Court is
02:35   18    currently looking at 127.
02:36   19                THE COURT:  127 will be examined.
02:36   20                (Counsel conferring)
02:36   21                MR. SAGEL:  I have 127 marked as someone who had a
02:36   22    prepaid vacation for a week during the trial period.
02:36   23                THE COURT:  He was -- well, he was going to come
02:36   24    back to us and --
02:36   25                MR. SAGEL:  This individual didn't appear before

| | | |
|---|---|---|
| 02:36 | 1 | us yesterday, I don't believe, and he said he had a prepaid |
| 02:36 | 2 | vacation the week of August 8th. |
| 02:36 | 3 | THE COURT:  I will excuse him in that case. |
| 02:37 | 4 | MR. STEWARD:  Your Honor, can I point out -- I'm |
| 02:37 | 5 | not sure where we are, but 132 was a bit of a different |
| 02:37 | 6 | issue.  That's Juror 132. |
| 02:37 | 7 | THE COURT:  What's the issue? |
| 02:37 | 8 | MR. STEWARD:  I'm sorry.  Question 31, social |
| 02:37 | 9 | media. |
| 02:37 | 10 | THE COURT:  Well, I'm not going to examine that |
| 02:38 | 11 | person.  That's a general issue that's not particularly |
| 02:38 | 12 | germane to Mr. Avenatti. |
| 02:38 | 13 | MR. STEWARD:  Your Honor, also 133.  It's that |
| 02:38 | 14 | same question 32. |
| 02:38 | 15 | THE COURT:  I won't conduct further examination |
| 02:38 | 16 | just on social media. |
| 02:38 | 17 | MR. STEWARD:  No, no.  I'm sorry.  This is a |
| 02:38 | 18 | different one.  I understand the Court's ruling on the |
| 02:38 | 19 | social media. |
| 02:38 | 20 | THE COURT:  Which juror now? |
| 02:38 | 21 | MR. STEWARD:  133. |
| 02:39 | 22 | THE COURT:  I don't believe he warrants further |
| 02:39 | 23 | examination.  What's your concern? |
| 02:39 | 24 | MR. STEWARD:  Question number 32, Your Honor.  It |
| 02:39 | 25 | appears he's got a different standard for lawyers. |

| | | |
|---|---|---|
| 02:39 | 1 | THE COURT:  Okay.  I'll examine him. |
| 02:40 | 2 | The last one I have is Juror No. 146. |
| 02:40 | 3 | MR. STEWARD:  Agreed, Your Honor. |
| 02:40 | 4 | THE COURT:  Okay. |
| 02:40 | 5 | MR. STEWARD:  May we have just one more moment? |
| 02:40 | 6 | THE COURT:  Sure. |
| 02:40 | 7 | (Counsel and defendant conferring) |
| 02:41 | 8 | MR. STEWARD:  I'm sorry, Your Honor.  Juror |
| 02:41 | 9 | No. 143, the problem is question 27. |
| 02:41 | 10 | THE COURT:  We will examine Juror No. 143. |
| 02:41 | 11 | MR. STEWARD:  And 144, Your Honor, question 32, |
| 02:42 | 12 | second part. |
| 02:42 | 13 | THE COURT:  We will examine 144. |
| 02:42 | 14 | (Court and clerk conferring) |
| 02:43 | 15 | THE COURT:  I'm going to recap the list of jurors |
| 02:43 | 16 | we've flagged for individual voir dire. |
| 02:43 | 17 | Juror No. 1, 2 -- |
| 02:43 | 18 | MR. SAGEL:  I'm sorry, Your Honor.  We don't have |
| 02:43 | 19 | No. 1. |
| 02:43 | 20 | THE CLERK:  I did not have No. 1. |
| 02:44 | 21 | THE COURT:  I must have gotten in the wrong file. |
| 02:44 | 22 | Juror No. 2, 5, 11, 26, 27, 33, 35, 38, 44, 47, |
| 02:45 | 23 | 56, 57, 64, 72, 74, 75, 76, 77, 79, 82, 83, 88, 91, 98, 99, |
| 02:46 | 24 | 100, 102, 105, 109, 117, 119, 121, 125, 126, 133, 135, 140, |
| 02:46 | 25 | 143, 144, and 146. |

02:46   1           MR. SAGEL:  You may be 100 percent right and we

02:47   2    missed some the first time around, but there were three you

02:47   3    named that we did not have.

02:47   4           THE CLERK:  I have the same exact as the judge.

02:47   5           MR. SAGEL:  You have the same as the judge, so

02:47   6    we'll make sure that -- we're probably wrong -- 91, 117,

02:47   7    119.

02:47   8           THE COURT:  97 --

02:47   9           MR. SAGEL:  91.

02:47  10           THE COURT:  91 is in.  He requested it.

02:47  11           MR. SAGEL:  Okay.  117 and 119.  Okay.

02:48  12           THE COURT:  Let me raise just a practical problem.

02:48  13    It's unlikely that we will get deep enough in this list to

02:48  14    get to anybody past 100.

02:48  15           One alternative is to simply start at the top of

02:48  16    the stack that we've flagged for individual voir dire and go

02:48  17    through all of them before we commence the general voir

02:48  18    dire; or we could do it, you know, through some number and

02:48  19    hold in abeyance the balance to see whether we really need

02:48  20    even half of those people.

02:48  21           Do you want to think about that?

02:48  22           MR. SAGEL:  Yes, Your Honor.  We were hesitant to

02:49  23    propose it, but our belief numerically, statistically is

02:49  24    similar to what Your Honor just said, that probably above 90

02:49  25    to 100 mathematically, even if everybody who we were

02:49   1   following up with were struck, we would still have

02:49   2   mathematically sufficient numbers to pick a jury for strikes

02:49   3   and so forth.

02:49   4          I think, or our position would be, only those

02:49   5   from -- we can choose a number, whether it be 90 or 100 --

02:49   6   on down who we flag for follow-up to come in for individual

02:49   7   voir dire.

02:49   8          At that point we can see how many still remain

02:49   9   going forward to general voir dire and if we need to call

02:49  10   any of them back from that 100 to 150 range Friday morning,

02:49  11   or we go with that number, continue with general voir dire,

02:49  12   and then when we see where we're at at that point, we still

02:49  13   have obviously 50 more people ready to come back in and we

02:50  14   have sufficient.

02:50  15          When it comes to not delaying things and moving

02:50  16   things as expeditiously forward as possible, it doesn't seem

02:50  17   like it's a good use of anybody's time to do individual voir

02:50  18   dire for upwards of 15, 20 people who never numerically have

02:50  19   a chance of even being chosen as a juror.

02:50  20          So our proposal would be doing individual voir

02:50  21   dire just for the people in either the first 90 or the first

02:50  22   100 juror numbers first and then proceed to general voir

02:50  23   dire from there.

02:50  24          (Court and clerk conferring)

02:50  25          THE COURT:  Your thoughts, Mr. Steward?

02:50  1        MR. STEWARD:  Your Honor, may we give that some
02:50  2   thought and get back to the Court?
02:51  3        THE COURT:  It's a question of how many people we
02:51  4   call for tomorrow.  My Monday calendar is open.  Usually I
02:51  5   have got law and motions that prevent me from getting back
02:51  6   to the trial in front of us, but this week we can do it.
02:51  7        MR. STEWARD:  The problem is I'm just not sure
02:51  8   where we're going to be.  I don't have a feel for that.
02:51  9   Counsel is probably right, but I just don't know that.
02:51  10       Unfortunately I was -- and Mr. Bredahl was part of
02:51  11   that trial as well -- we ran out of jurors at one point.  As
02:51  12   a matter of fact, twice.  So I'm just really hesitant at
02:51  13   this point, and I suggest we call them all at this point.
02:51  14       THE COURT:  That's fine.  If we give notice to the
02:51  15   jurors we're calling on Friday, let's see how many we can
02:51  16   actually get through tomorrow, including if we need to bring
02:52  17   in some more.  We finish off these folks, and we can have
02:52  18   further discussion at that point and potentially delay
02:52  19   having all of them come in until 1:00 and start the regular
02:52  20   voir dire.
02:52  21       So let's bring them all in tomorrow and see where
02:52  22   we go.  I suspect we're not going to get through all these
02:52  23   people.  We can make some collective judgments about whether
02:52  24   we do need to get through all these people.
02:52  25       Mr. Steward?

| 02:52 | 1 | MR. STEWARD:  That's fine, Your Honor. |

02:52   1    MR. STEWARD:  That's fine, Your Honor.

02:52   2    THE COURT:  Okay.

02:52   3    MR. SAGEL:  I don't know if now is the right time

02:52   4  to just ask a couple practical questions about how Your

02:52   5  Honor wants to proceed tomorrow.

02:52   6    Question one would be:  Mr. Wyman and I have split

02:52   7  up most of these jurors.  Would Your Honor be willing to

02:52   8  allow, since it's individual and we're not having the whole

02:52   9  group, that I would conduct --

02:53  10    THE COURT:  Yes.

02:53  11    MR. SAGEL:  Thank you, Your Honor.

02:53  12    Also, I guess the question is when we're bringing

02:53  13  people in for individual voir dire, which Your Honor has

02:53  14  obviously flagged the questions at hand, is Your Honor doing

02:53  15  any of that first and then we follow up, or are you turning

02:53  16  to the parties to do the individual voir dire first?

02:53  17    THE COURT:  What's your preference?

02:53  18    MR. STEWARD:  My preference would be that we do

02:53  19  the questioning, Your Honor.

02:53  20    THE COURT:  Okay.  I will do some questioning.

02:53  21  Having listened to the colloquy, I would follow up with one

02:53  22  or more jurors with questions like tell us about your

02:53  23  knowledge of this and that and the other thing:  Do you

02:53  24  think you can put that aside and decide this case on its own

02:53  25  facts?  To me, at the end of the day that's the key

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

02:53   1   question.

02:53   2          MR. SAGEL:  And I think practically speaking,

02:53   3   since what we're talking about is questions related to

02:54   4   Mr. Avenatti, Mr. Steward would have the first opportunity

02:54   5   to ask the questions, which we think would be practical.

02:54   6   It's just a matter of would we ask questions after Your

02:54   7   Honor or before.

02:54   8          THE COURT:  You both get your questions out first.

02:54   9          MR. SAGEL:  Fair enough.

02:54   10         THE COURT:  Do you want to go first, Mr. Steward?

02:54   11         MR. STEWARD:  Yes, Your Honor.

02:54   12         THE COURT:  Okay.

02:54   13         MR. SAGEL:  That's fine with the government.

02:54   14         THE COURT:  Okay.  Then turning to the second

02:54   15  topic, if there is a basis to excuse anyone on the

02:54   16  questions.  The government had a list of folks you wanted to

02:54   17  discuss.

02:54   18         MR. SAGEL:  Yes, Your Honor.  My organizational

02:55   19  skills may slow me down here, but Juror No. 15 -- I had a

02:55   20  note, and I can find his questionnaire if necessary -- Juror

02:55   21  No. 15 said he had high blood pressure.  In questions 1

02:55   22  through 3 that said is there anything that would prevent you

02:55   23  from being a juror?

02:55   24         He also had question number 54 that said is there

02:55   25  anything that would prevent you from being able to

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 02:55 | 1 | deliberate?  It's somewhat of a strange answer, but it's |
| 02:55 | 2 | something about he can only pray to a higher spirit or a |
| 02:55 | 3 | holy spirit and he can't judge anybody. |
| 02:55 | 4 | MR. STEWARD:  Your Honor, before we go over |
| 02:55 | 5 | counsel's list, I wonder if we might take like a five-minute |
| 02:55 | 6 | break. |
| 02:55 | 7 | THE COURT:  Sure. |
| 02:55 | 8 | MR. STEWARD:  Thank you. |
| 02:55 | 9 | THE COURT:  I assume you have a list as well. |
| 02:55 | 10 | MR. STEWARD:  I do, Your Honor.  Yes. |
| 02:55 | 11 | (Recess taken at 2:55 p.m.; |
| 02:55 | 12 | proceedings resumed at 3:11 p.m.) |
| 03:11 | 13 | THE COURT:  We're going to examine the jurors for |
| 03:11 | 14 | excusal on the basis of material in the questionnaires. |
| 03:11 | 15 | MR. SAGEL:  Yes, Your Honor.  We have four, and I |
| 03:11 | 16 | can explain minimally that three out of four are the same. |
| 03:11 | 17 | The fourth one is Juror No. 15 that I mentioned.  He |
| 03:11 | 18 | mentioned in his early questions his high blood pressure and |
| 03:11 | 19 | then in question 54 his inability to deliberate due to his |
| 03:12 | 20 | religious beliefs basically. |
| 03:12 | 21 | The other three jurors reference both -- and I'll |
| 03:12 | 22 | give you the numbers -- 71, 110, and 122. |
| 03:12 | 23 | THE COURT:  Just a second. |
| 03:12 | 24 | (Pause in proceedings) |
| 03:12 | 25 | THE COURT:  Okay. |

```
03:12   1              MR. SAGEL:  That's 71, 110, and 122.  And each of
03:12   2   those three jurors both reference their English skills, and
03:12   3   I think a review of their answers or lack thereof in their
03:12   4   questionnaires would show they have deficient language
03:12   5   skills or may need further follow-up.
03:12   6              I guess our only position is had they raised that
03:12   7   yesterday, Your Honor would have questioned them.  I think
03:12   8   it might be suitable, if there is not an agreement, to bring
03:13   9   them back to see whether or not they can understand the
03:13  10   process.
03:13  11              THE COURT:  I do that during part of general voir
03:13  12   dire.  So unless you stipulate that there is a deficiency on
03:13  13   the basis of the questionnaire, I want to hear them.
03:13  14              MR. SAGEL:  Okay.  That's Juror No. 15.
03:13  15              THE COURT:  Okay.
03:13  16              Mr. Steward.
03:13  17              MR. STEWARD:  I'm not willing to stipulate, Your
03:13  18   Honor.  I think we ought to have at a minimum the Court
03:13  19   examine them in terms of language as we do with all the
03:13  20   other witnesses.  And I'm not sure what other grounds
03:13  21   counsel has for these four individual jurors.
03:13  22              THE COURT:  Well, he says he's got high blood
03:13  23   pressure.
03:13  24              MR. STEWARD:  I have that as well.
03:13  25              THE COURT:  Yeah, but is it managed?
```

36

| | | |
|---|---|---|
| 03:13 | 1 | MR. STEWARD:  Yes.  We don't know if this |
| 03:13 | 2 | gentleman's is managed or not, I guess. |
| 03:14 | 3 | THE COURT:  Well, I'm not going to excuse him on |
| 03:14 | 4 | the basis of the questionnaire. |
| 03:14 | 5 | MR. SAGEL:  And I apologize, Your Honor.  That |
| 03:14 | 6 | wasn't -- with the four I named, I wasn't asking for them to |
| 03:14 | 7 | be dismissed.  I was thinking they may need to be brought |
| 03:14 | 8 | back tomorrow for follow-up. |
| 03:14 | 9 | MR. STEWARD:  We would agree. |
| 03:14 | 10 | THE COURT:  Are there any you believe should be |
| 03:14 | 11 | dismissed at this time on the basis of the questions? |
| 03:14 | 12 | MR. SAGEL:  Not on the answers in the |
| 03:14 | 13 | questionnaires. |
| 03:14 | 14 | THE COURT:  Okay. |
| 03:14 | 15 | Mr. Steward. |
| 03:14 | 16 | MR. STEWARD:  I agree, Your Honor. |
| 03:14 | 17 | THE COURT:  Okay.  But do you have any? |
| 03:14 | 18 | MR. STEWARD:  No, I do not. |
| 03:14 | 19 | THE COURT:  Okay.  That concludes that discussion. |
| 03:14 | 20 | Anything else for today? |
| 03:14 | 21 | MR. STEWARD:  May I have one moment, Your Honor? |
| 03:14 | 22 | THE COURT:  Sure. |
| 03:14 | 23 | (Counsel and defendant conferring) |
| 03:15 | 24 | MR. STEWARD:  Your Honor, in discussions with my |
| 03:15 | 25 | client, the defense team has spent a great deal of time on |

03:15   1    this.  We have a number of for-cause challenges based upon

03:15   2    the questionnaire.  Is that what the Court is asking for

03:15   3    now?

03:15   4              THE COURT:  I am asking as to whether you think

03:15   5    there is such a clear showing on the basis of the

03:15   6    questionnaire that we ought to consider a challenge for

03:15   7    cause on the basis of the questionnaire.

03:15   8              Frankly, regardless of what the answer is, I would

03:15   9    bring the person in and give each side an opportunity to ask

03:15   10   questions that might prove to rehabilitate the answer in the

03:15   11   questionnaire or might not.  But if a party wants that

03:15   12   opportunity, I'm going to afford it.

03:15   13             MR. STEWARD:  We do have a long list, Your Honor.

03:15   14             THE COURT:  I suspect you do.

03:15   15             MR. STEWARD:  Would the Court want us to go ahead

03:15   16   and start?

03:16   17             THE COURT:  Do you understand the guidelines I

03:16   18   have laid out?

03:16   19             MR. STEWARD:  I'm not sure I do.

03:16   20             THE COURT:  Well, let me be clear.  Unless there

03:16   21   is something absolutely dispositive and there is no

03:16   22   potential for rehabilitation, I'm not going to excuse them

03:16   23   on the basis of the questionnaire.

03:16   24             For example, someone says, I would believe a

03:16   25   police officer and accord a police officer more credibility

03:16  1   for truth than I would an ordinary person.  Okay.  If that's
03:16  2   the story at the end of the day, I would excuse that person.
03:16  3          But I think the other side has an opportunity to
03:16  4   examine the person, and the Court has an opportunity to make
03:16  5   sure that they understand that they have to treat everybody
03:16  6   equally and ask them once they understand the rule if they
03:16  7   can follow it.  That can't be done on the basis of the
03:16  8   questionnaire.
03:17  9          MR. STEWARD:  I understand.
03:17  10          THE COURT:  You're not waiving anything.  It's
03:17  11  just that, as I told you yesterday, it's a high threshold
03:17  12  for me to excuse someone on the basis of the questionnaire.
03:17  13          MR. STEWARD:  Your Honor, as long as we're not
03:17  14  waiving the ability to challenge for cause, I think it's
03:17  15  best if we bring them in and both sides do get a chance to
03:17  16  talk with them.  So I agree with the Court that I think our
03:17  17  challenges can wait.  We do have a number, but we can flush
03:17  18  them out.
03:17  19          THE COURT:  That's fine.  I've seen a number of
03:17  20  people that have raised the question on the basis of their
03:17  21  answers in the questionnaire, but the record is after
03:17  22  they've been examined, it's a different issue.
03:17  23          MR. STEWARD:  Understood.  Not waiving anything,
03:17  24  we will proceed and skip the listing today.
03:18  25          THE COURT:  If there are any you think are so

03:18  1    egregious, you might consult with the government and see if

03:18  2    there is some individual you might agree upon.

03:18  3              MR. STEWARD:  We did excuse a number of those

03:18  4    which I think would have been part of that list.  In other

03:18  5    words, the government's 14 or 16, 17, those were the ones

03:18  6    that I thought were egregious.  And we've agreed and they're

03:18  7    gone, so --

03:18  8              THE COURT:  Okay.  There are a number of people

03:18  9    who have law enforcement backgrounds that may or may not be

03:18  10   excused based on what they say.  But even in that case, I

03:18  11   would not excuse them absent agreement.

03:18  12             MR. STEWARD:  Understood.  We'll look forward to

03:19  13   tomorrow.

03:19  14             THE COURT:  Okay.  We will get together at 8:30

03:19  15   tomorrow.  One thing I'd like to do is take a first pass

03:19  16   through the jury instructions.  You have my rough cut.  I

03:19  17   have left in a lot of instructions that I said I won't give

03:19  18   and so on.

03:19  19             I would like to have an initial discussion so that

03:19  20   I can edit that down so it looks to be pretty close to what

03:19  21   will be the final set of initial jury instructions.  So

03:19  22   we'll get together at 8:30 and discuss that.

03:19  23             Anything else we should be discussing tomorrow

03:19  24   morning before we start?

03:19  25             MR. STEWARD:  No, Your Honor.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
03:19   1              THE COURT:  Very well.  See you at 8:30.
03:19   2                 (Proceedings adjourned at 3:20 p.m.)
03:19   3                          *     *     *
03:20   4
03:20   5
03:20   6
03:20   7
03:20   8
03:20   9
03:20   10
03:20   11
03:20   12
03:20   13
03:20   14
03:20   15
03:20   16
03:20   17
03:20   18
03:20   19
03:20   20
03:20   21
03:20   22
03:20   23
03:20   24
03:20   25
```

```
03:20   1
03:20   2
03:20   3
03:20   4                        CERTIFICATE
03:20   5
03:20   6           I hereby certify that pursuant to Section 753,
03:20   7   Title 28, United States Code, the foregoing is a true and
03:20   8   correct transcript of the stenographically reported
03:20   9   proceedings held in the above-entitled matter and that the
03:20  10   transcript page format is in conformance with the
03:20  11   regulations of the Judicial Conference of the United States.
03:20  12
03:20  13   Date:  July 15, 2021
03:20  14
03:20  15
03:20                        /s/   Sharon A. Seffens  7/15/21
03:20  16                        _____
03:20                        SHARON A. SEFFENS, U.S. COURT REPORTER
03:20  17
       18
       19
       20
       21
       22
       23
       24
       25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

MR. SAGEL: [44]
MR. STEWARD: [126]
MR. WYMAN: [1] 19/5
THE CLERK: [7] 4/3 17/14 17/24 18/4 43/23
28/20 29/4
THE COURT: [162]

**/**

/s [1] 41/15

**0**

0870 [1] 1/21

**1**

1-1053 [1] 1/20
10-minute [1] 11/18
100 [7] 22/23 28/24 29/14 29/25 30/5 30/10
30/22
100 percent [1] 29/1
102 [4] 23/16 23/17 23/23 28/24
104 [2] 22/25 23/5
105 [4] 23/9 23/10 23/11 28/24
1053 [1] 1/20
107 [4] 2/15 12/25 13/8 23/13
109 [5] 8/18 8/22 23/14 23/15 28/24
11 [3] 13/24 14/4 28/22
110 [2] 34/22 35/1
1100 [1] 2/7
117 [5] 23/22 24/1 28/24 29/6 29/11
118 [3] 12/25 13/9 24/2
119 [4] 24/22 28/24 29/7 29/11
120 [3] 12/25 13/9 24/4
121 [4] 24/5 25/2 25/5 28/24
122 [2] 34/22 35/1
125 [4] 26/10 26/11 26/17 28/24
126 [4] 26/12 26/13 26/17 28/24
127 [5] 26/14 26/17 26/18 26/19 26/21
129 [4] 13/1 13/9 24/7 24/8
132 [2] 27/5 27/6
133 [3] 27/13 27/21 28/24
135 [3] 24/9 25/7 28/24
14 [7] 1/17 4/1 12/23 13/2 13/8 14/11 39/5
140 [3] 25/9 25/11 28/24
143 [3] 28/9 28/10 28/25
144 [3] 28/11 28/13 28/25
146 [2] 28/2 28/25
15 [7] 16/4 30/18 33/19 33/21 34/17 35/14
41/13
150 [1] 30/10
16 [1] 39/5
17 [9] 10/5 10/10 10/16 10/20 12/14 12/23
13/8 14/13 39/5
1:00 and [1] 31/19
1:30 [1] 4/1
1:44 [1] 12/9
1:49 [1] 12/10

**2**

20 [2] 14/15 30/18
2019 [2] 14/18 14/22
2021 [3] 1/17 4/1 41/13
21 [5] 12/23 13/8 15/10 15/12 41/15
213 [1] 2/8
22 [1] 15/24
25 [7] 8/13 9/25 12/23 13/8 15/19 16/16 19/7
26 [5] 16/18 16/19 16/21 20/24 28/22
27 [5] 16/23 16/24 20/24 28/9 28/22
28 [2] 15/18 41/7
2:55 [1] 34/11

**3**

30 [1] 17/4
31 [1] 27/8
312 [1] 2/7
32 [19] 8/14 13/20 14/6 14/25 15/19 15/21
17/4 17/8 17/11 17/18 20/24 21/21 23/17
23/19 24/22 26/15 27/14 27/24 28/11
33 [5] 17/12 17/15 17/16 17/18 17/21 28/22

338-3598 [1] 2/12
36 [3] 17/24 18/6 28/22
3598 [1] 2/12
36 [2] 17/23 18/7
38 [3] 18/20 18/22 28/22
3:11 [1] 34/12
3:20 [1] 40/2

**4**

411 [2] 1/20 2/11
44 [3] 19/6 19/9 28/22
45 [4] 12/24 13/8 18/23 18/24
46 [3] 12/24 13/8 18/25
47 [3] 19/1 19/3 28/22
481-4900 [1] 2/16
4900 [1] 2/16
4th [1] 1/20

**5**

50 [1] 30/13
51 [3] 19/10 19/11 19/16
54 [3] 16/6 33/24 34/19
543-0870 [1] 1/21
55 [2] 15/1 15/1
56 [3] 19/14 19/25 28/23
57 [1] 28/23

**6**

61 [2] 20/14 20/15
63 [3] 12/24 13/8 20/19
64 [5] 20/23 20/23 20/25 21/2 28/23
6683 [1] 2/8

**7**

7/15/21 [1] 41/15
71 [6] 20/21 21/3 21/4 21/6 34/22 35/1
714 [2] 1/21 2/12
72 [3] 21/8 21/9 28/23
74 [3] 21/11 21/12 28/23
75 [3] 21/21 21/24 28/23
753 [1] 41/6
76 [2] 21/14 28/23
77 [3] 21/17 21/18 28/23
79 [2] 21/25 28/23

**8**

8000 [1] 2/11
82 [2] 22/3 28/23
83 [2] 22/5 28/23
86 [5] 8/15 12/24 13/8 22/8 22/9
88 [2] 22/10 28/23
894-6683 [1] 2/8
8:30 [3] 39/14 39/22 40/1
8th [1] 27/2

**9**

90 [3] 29/24 30/5 30/21
90012 [1] 2/8
91 [5] 22/13 28/23 29/6 29/9 29/10
92672 [1] 2/15
92701 [2] 1/20 2/11
94 [4] 12/25 13/8 22/15 22/16
949 [1] 2/16
97 [1] 29/8
98 [2] 22/17 28/23
99 [2] 22/20 28/23

**A**

abeyance [1] 29/19
ability [2] 14/8 38/14
able [4] 13/14 16/5 16/6 33/25
about [19] 7/1 7/2 9/6 9/20 11/24 14/4 14/5
15/16 15/20 17/9 17/14 17/20 19/16 29/21
31/23 32/4 32/22 33/3 34/2
above [2] 29/24 41/9
above-entitled [1] 41/9
absent [1] 39/11
absolutely [1] 37/21
access [2] 4/14 4/17

accurate [1] 8/17
across [1] 24/13
actually [3] 17/20 25/19 31/16
additional [2] 16/20 18/2
adjourned [1] 40/2
advantage [1] 7/14
affect [3] 8/8 8/9 14/7
affirmative [2] 8/15 19/6
afford [1] 37/12
afforded [1] 7/12
after [4] 14/22 15/4 33/6 38/21
afternoon [6] 4/5 4/7 4/9 4/10 4/11 4/15
again [4] 7/1 12/13 15/22 20/24
agency [1] 25/19
agree [21] 16/13 16/19 18/21 19/2 19/23 20/4
21/1 21/9 21/12 21/15 21/18 23/10 23/15 24/1
25/8 26/4 26/6 36/9 36/16 38/16 39/2
agreed [18] 13/23 19/8 20/1 22/1 22/4 22/6
22/11 22/12 22/14 22/18 22/21 22/24 24/2 24/4 24/6
24/7 25/5 28/3 39/6
agreement [3] 12/15 35/8 39/11
ahead [1] 37/15
ALEXANDER [2] 2/5 4/6
all [17] 5/11 5/18 6/23 7/24 10/23 11/22 11/24
14/2 18/23 23/6 29/17 31/13 31/19 31/21
31/22 31/24 35/19
allow [1] 32/8
alone [1] 13/12
along [1] 10/25
already [3] 15/11 18/9 25/5
also [14] 5/14 5/15 6/14 13/14 13/20 15/1
16/5 17/12 22/4 22/21 25/2 27/13 32/12 33/24
alternative [1] 29/15
am [1] 37/4
AMERICA [2] 1/9 4/4
amount [1] 6/1
Ana [4] 1/16 1/20 2/11 4/1
Angeles [1] 2/8
another [3] 8/9 8/10 10/13
answer [12] 13/20 14/4 14/6 14/8 14/17 14/25
20/23 23/17 23/18 34/1 37/8 37/10
answered [7] 8/19 9/19 9/20 9/25 16/4 16/6
26/2
answers [4] 8/4 35/3 36/12 38/21
any [15] 7/17 8/15 9/14 9/18 9/18 10/11 15/24
18/15 19/12 23/7 30/10 32/15 36/10 36/17
38/25
anybody [3] 10/12 29/14 34/3
anybody's [1] 30/17
anyone [1] 33/15
anything [11] 9/20 10/6 10/12 15/18 15/19
33/22 33/25 36/20 38/10 38/23 39/23
apologize [3] 16/14 19/5 36/5
appear [1] 26/25
APPEARANCES [1] 2/1
appears [3] 16/24 17/6 27/25
appreciate [1] 10/24
appropriate [3] 7/18 9/3 19/3
approximately [3] 8/22 10/4 10/5
are [22] 7/2 7/16 8/14 8/19 8/24 9/6 10/21
11/23 12/3 12/14 13/14 16/8 17/14 19/18 21/4
27/5 32/15 34/16 36/10 38/25 38/25 39/8
around [1] 29/2
as [36] 4/22 5/4 5/5 6/17 8/16 9/12 11/2 11/10
11/14 13/4 13/5 15/8 15/23 16/16 17/1 17/12
18/14 20/24 21/12 22/6 23/6 26/21 29/4 29/5
30/16 30/19 31/11 31/11 34/9 35/19 35/19
35/24 37/4 38/11 38/13 38/13
aside [1] 32/24
ask [11] 16/1 16/20 16/25 17/5 18/14 26/10
32/4 33/5 33/6 37/9 38/6
asking [3] 36/6 37/2 37/4
Assistant [2] 2/6 2/10
assisting [1] 6/3
assume [1] 34/9
attend [1] 5/11
attention [1] 15/1

**A**
Attorney [4]  2/3 2/4 2/6 2/10
Attorney's [1]  7/2
August [1]  27/2
August 8th [1]  27/2
AVENATTI [23]  1/11 4/4 4/9 4/18 5/2 8/14
8/16 8/19 8/21 9/18 9/20 10/1 14/5 14/7 14/21
15/2 15/3 15/6 18/16 19/16 24/15 27/12 33/4
Avenatti's [1]  18/15
Avenida [1]  2/15
aware [1]  13/20

**B**
B.G [1]  13/19
back [17]  5/5 6/20 16/7 16/8 17/7 20/23 21/20
23/16 23/24 24/21 26/24 30/10 30/13 31/2
31/5 35/9 36/8
backgrounds [1]  39/9
backwards [2]  18/5 26/10
bad [1]  16/2
balance [1]  29/19
based [3]  8/19 37/1 39/10
bases [1]  16/9
basically [1]  34/20
basis [25]  7/11 10/9 11/23 13/11 13/12 13/13
13/16 15/5 16/9 23/7 25/12 26/3 26/5 26/7
33/15 34/14 35/13 36/4 36/11 37/5 37/7 37/23
38/7 38/12 38/20
batches [1]  11/7
be [73]
because [6]  8/1 11/6 12/13 14/4 19/20 24/15
been [3]  14/22 38/22 39/4
before [5]  26/25 29/17 33/7 34/4 39/24
begin [2]  8/25 9/16
behalf [1]  4/6
being [7]  5/5 11/23 16/4 16/17 30/19 33/23
33/25
belief [1]  29/23
beliefs [1]  34/20
believe [9]  6/15 6/20 10/8 17/13 19/6 27/1
27/22 36/10 37/24
best [2]  4/22 38/15
better [1]  11/20
bit [1]  27/5
blood [4]  16/5 33/21 34/18 35/22
both [5]  13/5 33/8 34/21 35/2 38/15
Bowl [2]  13/5 13/20
BRANDON [1]  2/4
break [2]  11/18 34/6
Bredahl [1]  3/11
BRETT [2]  2/9 4/5
bring [10]  16/25 17/7 21/1 21/4 21/6 31/16
31/21 35/8 37/9 38/15
bringing [2]  17/5 32/12
brought [2]  21/13 36/7
Building [1]  2/10

**C**
CA [4]  1/20 2/8 2/11 2/15
calendar [1]  31/4
CALIFORNIA [3]  1/5 1/16 4/1
call [7]  7/22 30/9 31/4 31/13
calling [1]  31/15
came [2]  24/13 25/16
can [26]  7/20 11/8 11/16 12/2 12/15 12/17
16/11 24/21 25/10 26/4 27/4 30/5 30/8 31/6
31/15 31/17 31/23 32/24 33/20 34/2 34/16
35/9 38/7 38/17 38/17 39/20
can't [2]  34/3 38/7
career [1]  18/16
case [6]  13/12 13/14 14/21 27/3 32/24 39/10
cause [12]  9/7 11/12 11/12 11/14 13/13 14/19
26/4 26/5 26/7 37/1 37/7 38/14
cause or [1]  9/7
CENTRAL [1]  1/5
certainly [4]  5/2 5/5 9/11 24/24
CERTIFICATE [1]  41/4
CERTIFIED [1]  1/9
certify [1]  41/6

**challenge** [3]  11/15 37/6 38/14
challenges [2]  11/17 38/21
chance [2]  30/19 38/15
charged [1]  14/21
check [1]  24/15
checked [1]  16/3
Chief [1]  2/5
choice [1]  5/23
choose [1]  30/5
chosen [1]  30/19
circled [1]  21/21
civil [1]  23/20
clarification [1]  19/15
clear [8]  5/15 6/4 13/10 13/15 14/3 17/18 37/5
37/20
Clemente [1]  2/15
clerk [1]  18/4 28/14 30/24
clerk's [5]  7/21 14/18 14/23 15/4 16/11
clerks [1]  16/3
client [6]  10/16 15/23 17/19 17/20 18/13
36/25
close [1]  39/20
Code [1]  41/7
collective [1]  31/23
colloquy [1]  32/21
colorable [1]  23/7
combine [1]  12/13
come [5]  7/22 26/23 30/6 30/13 31/19
comes [1]  30/15
coming [1]  23/24
commence [1]  29/17
commit [1]  13/14
compare [1]  11/19
compared [1]  12/2
completing [1]  4/15
concern [4]  8/1 23/17 23/21 27/23
concerned [1]  15/20
concludes [1]  36/19
conduct [4]  7/25 14/9 27/15 32/9
Conference [1]  41/11
conferred [1]  12/2
conferring [10]  6/13 10/18 23/4 24/11 24/20
26/20 28/7 28/14 30/24 36/23
confirm [1]  6/11
conformance [1]  41/10
consider [2]  17/5 37/6
constitutional [1]  5/7
consult [1]  39/1
contact [1]  25/16
continue [1]  30/11
Continued [1]  3/5
copies [2]  6/17 6/22
copying [1]  6/7 7/4 7/13
correct [6]  6/18 6/19 20/10 25/6 41/8
Correction [1]  6/25
could [13]  4/22 6/4 6/24 10/20 10/21 14/19
15/16 15/19 20/22 21/20 23/16 26/2 29/18
counsel [13]  2/1 6/13 10/18 12/17 23/4 24/11
24/20 25/6 26/20 28/7 31/9 35/21 36/23
counsel's [1]  34/5
count [1]  13/2
counted [3]  10/4 10/5 13/5
counting [1]  13/3
couple [3]  4/12 13/4 32/4
court [20]  1/4 4/9 6/5 9/2 16/19 16/25 17/5
25/15 25/25 26/10 26/17 28/14 30/24 31/2
35/18 37/2 37/15 38/4 38/16 41/16
Court's [1]  27/18
Courthouse [2]  1/19 2/7
credibility [1]  37/25
crimes [1]  10/7
Criminal [2]  2/5
Crooks [1]  23/20
currently [1]  26/18
cut [1]  39/16

**D**
D.V [1]  14/17
Date [1]  41/13

daughter [1]  18/10
day [1]  12/5 18/23 22/25 38/2
deal [1]  36/25
DEAN [3]  2/14 2/14 4/8
decide [1]  32/24
deciding [1]  13/14
decision [1]  17/25
deep [1]  29/13
defendant [8]  1/12 2/13 10/18 23/4 24/11
24/20 28/7 36/23
Defender [1]  25/20
defense [4]  6/13 7/13 20/16 36/25
defer [1]  25/25
deficiency [2]  5/8 35/12
deficient [1]  35/4
delay [1]  31/18
delaying [1]  30/15
deliberate [3]  16/6 34/1 34/19
desire [1]  9/21
did [15]  4/16 4/17 4/18 4/19 4/9 6/10 7/3
17/24 18/1 19/5 20/5 20/8 28/20 29/3 39/3
didn't [2]  18/14 26/25
different [5]  10/1 27/5 27/18 27/25 38/22
dire [20]  7/18 7/25 9/4 9/13 10/12 19/18 20/8
28/16 29/16 29/18 30/7 30/11 30/18 31/18
30/21 30/23 31/20 32/13 32/16 35/12
directly [1]  17/18
discuss [2]  33/17 39/22
discussing [1]  39/23
discussion [3]  31/18 36/19 39/19
discussions [1]  36/24
dismissal [1]  10/7 26/5
dismissed [4]  11/16 15/11 36/7 36/11
dispositive [1]  37/21
DISTRICT [2]  1/4 1/5
DIVISION [2]  1/6 2/5
do [42]
does [3]  11/21 14/7 15/1
doesn't [1]  30/16
doing [2]  30/20 32/14
don't [20]  5/25 7/8 10/8 10/11 11/13 14/16
15/4 15/18 15/18 19/17 25/25 26/3 26/5 27/1
27/22 28/18 31/8 31/9 32/3 36/1
done [1]  38/7
doors [1]  5/16
down [10]  4/19 5/3 5/3 5/4 6/4 6/5 11/18 30/6
33/19 39/20
due [2]  16/5 34/19
during [3]  13/4 26/22 35/11

**E**
each [3]  5/6 35/1 37/9
early [1]  34/18
easier [1]  12/12
easy [1]  11/16
edit [1]  39/20
egregious [1]  39/1 39/6
either [2]  9/2 30/21
eliminated [1]  10/10
else [3]  24/16 36/20 39/23
employee [2]  25/15
end [2]  32/25 38/2
enforcement [1]  39/9
English [1]  31/18
enough [5]  9/15 10/11 14/9 29/13 33/9
entire [3]  6/21 8/2 8/5
entitled [1]  41/9
equally [1]  38/6
even [8]  8/18 10/5 11/13 14/21 29/20 29/25
30/19 39/10
ever [2]  17/24 25/16
every [1]  25/15
everybody [3]  25/17 29/25 38/5
Everything [1]  26/2
exact [1]  29/4
exam [1]  14/9
examination [6]  9/18 13/18 13/21 26/11
27/15 27/23
examine [13]  9/12 9/21 13/25 17/21 23/7

**E**

examine... **[8]** 25/23 27/10 28/1 28/10 28/13 34/13 35/19 38/4
examined **[8]** 8/2 18/6 25/1 26/4 26/6 26/13 26/19 38/22
example **[4]** 11/14 14/4 25/21 37/24
excluded **[1]** 5/18
excusal **[2]** 13/12 34/14
excuse **[15]** 12/4 13/8 16/9 20/5 23/12 25/16 26/7 27/3 33/15 36/3 37/22 38/2 38/12 39/3 39/11
excused **[15]** 10/9 11/23 14/12 14/14 15/13 16/17 18/24 20/20 22/9 22/16 24/3 24/4 24/8 25/15 39/10
excusing **[4]** 13/10 13/15 15/5 25/10
expedite **[1]** 10/3
expeditiously **[1]** 30/16
explain **[5]** 5/1 5/10 6/24 7/24 34/16
externs **[1]** 8/12
extremely **[1]** 10/10

**F**

fact **[2]** 14/7 31/12
facts **[4]** 8/8 13/15 19/17 32/25
fair **[3]** 9/15 14/8 33/9
familiar **[1]** 13/19
fashion **[1]** 8/11
February **[1]** 14/18
February of **[1]** 14/18
Federal **[2]** 2/10 25/20
feel **[2]** 16/2 31/8
few **[1]** 13/5
Fifty **[2]** 20/3 20/8
Fifty-seven **[2]** 20/3 20/8
file **[1]** 28/21
filled **[1]** 20/9
filling **[1]** 5/13
final **[2]** 14/6 39/21
find **[3]** 5/7 13/6 33/20
finding **[1]** 13/11
fine **[11]** 8/24 11/25 12/5 18/17 18/19 19/17 24/18 31/14 32/1 33/13 38/19
finish **[1]** 31/17
first **[14]** 7/17 7/20 9/16 16/11 29/2 30/21 30/21 30/22 32/15 32/16 33/4 33/8 33/10 39/15
five **[1]** 34/5
five-minute **[1]** 34/5
flag **[1]** 30/6
flagged **[4]** 23/8 28/16 29/16 32/14
flush **[1]** 38/17
focus **[1]** 8/14
folks **[4]** 7/21 13/16 31/17 33/16
follow **[7]** 9/14 30/6 32/15 32/21 35/5 36/8 38/7
follow-up **[3]** 30/6 35/5 36/8
following **[1]** 30/1
foregoing **[1]** 41/7
format **[1]** 41/10
forth **[2]** 8/20 30/3
forward **[4]** 9/1 30/9 30/16 39/12
four **[4]** 34/15 34/16 35/21 36/6
fourth **[2]** 2/11 34/17
FOX **[1]** 2/4
Frankly **[2]** 11/11 37/8
Frauds **[1]** 2/6
frequently **[1]** 25/20
Friday **[3]** 19/22 30/10 31/15
front **[3]** 5/16 8/2 31/6
further **[12]** 18/15 18/21 19/3 19/12 20/2 20/15 24/14 26/4 27/15 27/22 31/18 35/5

**G**

general **[10]** 9/12 19/19 19/21 20/18 27/11 29/17 30/9 30/11 30/22 35/11
generally **[1]** 9/13
gentleman's **[1]** 36/2
germane **[1]** 27/12
get **[15]** 7/9 10/4 16/11 16/15 20/18 29/13

getting **[1]** 31/5
give **[5]** 31/1 31/14 34/22 37/9
given **[2]** 15/3 16/2
go **[27]** 6/4 7/3 7/16 7/19 8/23 9/1 11/3 11/4 11/10 12/15 13/6 15/8 15/8 16/7 16/8 17/7 20/22 21/20 21/25 24/21 26/10 29/16 30/11 31/22 33/10 34/4 37/15
goes **[1]** 12/12
going **[22]** 7/16 7/25 8/23 9/9 11/22 13/17 14/17 15/5 16/14 19/9 19/21 26/23 27/10 28/15 30/9 31/8 31/22 34/13 36/3 37/12 37/22
gone **[1]** 39/7
good **[4]** 4/5 4/7 4/10 4/11 10/16 30/17
got **[4]** 15/1 27/25 31/5 35/22
gotten **[1]** 28/21
government **[10]** 6/7 6/15 6/17 10/2 10/20 11/15 12/17 33/13 33/16 39/1
government's **[2]** 25/24 39/5
great **[1]** 36/25
ground **[1]** 20/17
grounds **[2]** 15/22 35/20
group **[1]** 32/9
guess **[4]** 20/8 32/12 35/6 36/2
guide **[1]** 16/11
guidelines **[1]** 37/17

**H**

had **[19]** 4/14 5/20 6/6 8/15 8/21 9/18 9/25 15/15 18/12 18/15 25/5 26/1 26/21 27/1 33/16 33/19 33/21 33/24 35/6
half **[1]** 29/20
hand **[1]** 32/14
handed **[1]** 12/16
HANNA **[1]** 2/3
happened **[2]** 5/4 17/24
has **[11]** 5/11 9/2 9/2 12/3 13/20 16/24 32/13 35/21 36/25 38/3 38/4
have **[80]**
having **[3]** 31/19 32/8 32/21
he **[38]** 4/9 5/11 9/19 9/20 9/23 9/24 9/25 11/20 12/15 13/19 13/19 13/20 16/5 16/6 16/21 18/9 18/12 18/12 18/13 19/24 21/19 22/2 22/12 22/19 25/1 26/23 26/23 27/1 27/1 27/22 29/10 31/23 33/24 34/2 34/3 34/17 35/22
he's **[3]** 7/6 27/25 35/22
head **[1]** 25/19
hear **[1]** 35/13
heard **[8]** 7/12 8/18 8/20 8/21 9/20 9/25 10/12 14/20
heck **[1]** 7/9
held **[1]** 41/9
help **[1]** 6/5
her **[2]** 4/19 5/4 6/4 6/5 14/17 14/19 14/25 15/5 15/6 25/20 25/23 26/7
here **[6]** 6/3 19/20 25/16 25/19 26/3 33/19
hereby **[1]** 41/6
hesitant **[2]** 29/22 31/12
high **[5]** 16/5 33/21 34/18 35/22 38/11
higher **[2]** 8/18 34/2
him **[9]** 9/21 11/14 13/25 17/7 18/14 18/17 27/3 28/1 36/3
his **[8]** 12/3 12/13 18/16 33/20 34/18 34/19 34/19
hold **[1]** 29/19
holy **[1]** 34/3
Honor **[94]**
HONORABLE **[1]** 1/8
hopefully **[1]** 26/9
how **[4]** 30/8 31/3 31/15 32/4

**I**

I'd **[1]** 39/15
I'll **[5]** 7/10 17/7 17/17 28/1 34/21
I'm **[34]** 6/22 7/5 7/6 7/9 7/25 10/3 11/24 13/15 15/14 15/15 16/1 17/9 17/17 20/22 20/24 21/23 23/23 25/6 26/16 27/4 27/8 27/10 20/24 21/23 23/23 25/6 26/16 27/4 27/8 27/10

29/14 31/2 31/16 31/22 31/24 33/8 38/15
I'VE **[42]**

**J.J [2]** 9/24 11/14
JAMES **[1]** 1/8
JOHN **[2]** 1/11 4/4
judge **[4]** 1/8 23/23 29/4 29/5 34/3
judgments **[1]** 31/23
Judicial **[1]** 41/11
July **[3]** 1/17 4/1 41/13
jumping **[1]** 11/6
juror **[103]**
jurors **[18]** 4/2 4/14 5/6 5/17 8/1 8/7 9/7 13/8 13/13 28/15 31/11 31/15 32/7 32/22 34/13 34/21 35/2 35/21
jury **[3]** 3/4 5/12 5/16 7/1 10/9 30/2 39/16 39/21
just **[28]** 5/4 7/9 9/5 10/15 11/9 12/16 14/3 16/1 19/15 21/22 23/1 23/16 24/10 24/14 24/23 25/3 27/16 28/5 29/12 29/24 30/21 31/7 31/9 31/12 32/3 34/6 34/23 38/11
JVS **[2]** 1/11 4/3

**K**

K.P **[2]** 25/19 26/1
K.W **[2]** 20/5 20/12
key **[1]** 32/25
Kind **[1]** 10/21
know **[14]** 7/8 7/22 12/6 12/19 13/13 14/16 16/1 16/8 26/1 26/3 29/18 31/9 32/3 36/1
knowing **[2]** 10/7 19/16
knowledge **[9]** 8/1 8/7 9/18 13/12 16/25 17/6 18/15 18/16 32/23
knows **[2]** 25/13 25/13

**L**

lack **[1]** 35/3
laid **[1]** 37/18
language **[3]** 20/6 35/4 35/19
large **[1]** 10/10

**Middle column continued above under J, K, L... (reading order):**

27/17 28/8 28/15 28/18 31/7 31/12 35/17
35/20 35/25 37/17 38/2 38/20 38/22
I've **[3]** 7/12 9/17 38/19
I-N-D-E-X **[1]** 3/2
idea **[1]** 10/16
ideation **[1]** 18/17
identified **[4]** 9/2 9/3 9/7 10/6
identify **[1]** 7/17
impartial **[1]** 14/8
inability **[1]** 19/4
include **[1]** 19/4
included **[13]** 9/17 9/23 16/21 21/16 21/19 21/24 22/2 22/7 22/12 22/19 22/22 23/11 26/11
including **[1]** 31/16
indicate **[1]** 7/11
indicates **[1]** 11/12
indicted **[1]** 15/4
individual **[21]** 7/17 7/18 7/25 9/2 9/3 10/12 14/9 16/2 17/1 19/18 26/25 28/16 29/16 30/6 30/17 30/20 32/8 32/13 32/16 35/21 39/2
individual's **[1]** 5/23
individually **[1]** 9/21
individuals **[1]** 8/15
inflammatory **[1]** 8/4
initial **[3]** 5/16 39/19 39/21
inquiry **[2]** 17/20 18/9
inspector **[1]** 6/17
instructions **[3]** 39/16 39/17 39/21
intervening **[1]** 15/7
invite **[1]** 12/4
is **[77]**
issue **[6]** 13/20 18/9 27/6 27/7 27/11 38/22
issues **[1]** 25/21
it **[45]**
it's **[19]** 5/5 14/14 14/9 15/15 15/22 17/19 23/18 27/13 29/13 30/17 31/3 32/8 33/6 34/1 34/1 38/10 38/11 38/14 38/22
Item **[1]** 4/3
its **[2]** 13/14 32/24

**L**

last [2]  26/9 28/2
law [3]  2/14 31/5 39/9
lawyer [4]  14/5 14/7 25/16 25/21
lawyers [3]  9/13 23/20 27/25
least [1]  12/3
leave [1]  7/10
led [1]  16/3
left [4]  14/18 14/22 15/4 39/17
legal [1]  18/16
let [7]  7/24 12/6 12/19 13/10 23/6 29/12 37/20
let's [5]  9/16 11/4 13/17 31/15 31/21
like [6]  15/14 30/17 32/22 34/5 39/15 39/19
likely [2]  8/8 16/10
lineup [1]  14/17
list [15]  7/20 9/1 11/11 11/13 12/3 12/11
  13/17 15/7 28/15 29/13 33/16 34/5 34/9 37/13
  39/4
listened [1]  32/21
listing [1]  38/24
lists [3]  11/19 12/2 12/13
long [2]  37/13 38/13
longer [1]  6/3
look [5]  10/21 11/10 11/13 15/16 39/12
looking [3]  8/13 15/21 26/18
looks [3]  15/14 23/18 39/20
Los [1]  2/8
lot [1]  39/17

**M**

M.C [1]  9/19
made [1]  6/17
Major [1]  2/6
make [8]  4/13 5/15 7/20 13/11 17/25 29/6
  31/23 38/4
makes [2]  11/16 11/17
making [1]  6/22
managed [2]  35/25 36/2
many [4]  13/13 30/8 31/3 31/15
March [1]  14/22
March of [1]  14/22
marked [1]  26/21
match [1]  11/13
material [1]  34/14
materials [1]  7/4
mathematically [2]  29/25 30/2
matter [6]  10/6 10/13 11/19 31/12 33/6 41/9
may [19]  10/2 10/15 10/16 10/25 11/5 13/3
  13/5 13/13 14/16 23/1 28/5 29/1 31/1 33/19
  35/5 36/7 36/21 39/9 39/9
maybe [3]  9/8 11/18 25/10
me [14]  7/24 11/2 12/4 12/6 12/19 13/10 23/6
  25/13 29/12 31/5 32/25 33/19 37/20 38/12
mean [2]  5/17 6/2
media [4]  10/1 27/9 27/16 27/19
mention [1]  19/6
mentioned [2]  34/17 34/18
met [1]  38/12
MICHAEL [3]  1/11 4/4 4/8
might [13]  8/4 9/7 10/2 12/12 13/4 14/20 16/3
  34/5 35/8 37/10 37/11 39/1 39/2
minimally [1]  34/16
minimum [1]  35/18
minute [7]  11/9 11/18 21/22 24/17 24/23 25/3
  34/5
Miramar [1]  2/15
missed [3]  8/24 13/4 29/2
misunderstood [1]  16/13
moment [8]  6/12 10/15 23/1 23/17 24/10
  24/13 28/5 36/21
Monday [1]  31/4
more [9]  13/6 24/16 25/20 25/21 28/5 30/13
  31/17 32/22 37/25
morning [2]  30/10 39/24
most [1]  32/7
motions [1]  31/5
move [1]  10/12
moved [1]  18/4
moving [1]  13/4 30/15

**Mr**

Mr [8]  9/18 10/3 10/14 11/6 15/15 30/25 35/16
  35/16 8/25 9/16 9/24 13/18 15/11 16/10 17/25 20/4
  25/3 25/10 27/18 30/5 38/5 39/5
Mr. [43]
Mr. Avenatti [19]  4/18 15/2 14/19 8/21
  9/20 10/1 14/5 14/7 14/21 15/2 15/3 15/16
  18/16 19/16 24/15 27/12 33/4
Mr. Avenatti's [1]  18/15
Mr. Bredahl [1]  31/10
Mr. J.J [1]  11/14
Mr. K.W [2]  20/5 20/12
Mr. Sagel [4]  6/18 10/24 12/3 25/14
Mr. Steward [14]  4/13 6/21 6/23 6/24 11/10
  12/12 13/22 13/25 14/17 14/24 26/1 31/25
  33/4 33/10
Mr. Wyman [1]  32/6
Ms [2]  14/17 15/15
Ms. [2]  25/19 26/1
Ms. K.P [2]  25/19 26/1
must [1]  32/11
my [15]  5/15 6/25 7/9 8/10 8/12 10/15 15/23
  17/19 17/20 18/12 31/4 32/18 33/18 36/24
  39/16
myself [1]  11/6

**N**

name [2]  12/19 14/20
named [2]  29/3 36/6
names [1]  12/14
necessary [1]  33/20
need [14]  7/19 10/8 10/11 11/13 12/19 15/8
  24/12 24/15 29/19 30/9 31/16 31/24 35/5 36/7
needed [1]  6/5
needs [2]  20/1 24/14
never [3]  8/18 8/21 30/18
Nevertheless [1]  5/19
next [3]  9/24 13/18 13/24
NICOLA [1]  2/3
Nike [5]  10/6 10/13 11/19 13/5 13/12
no [99]
No. [5]  15/15 19/3 21/2 23/13 28/9
No. 107 [1]  23/13
No. 143 [1]  28/9
No. 47 [1]  19/3
No. 64 [1]  21/2
No. 8 [1]  15/15
North [1]  2/7
Nos [1]  17/4
not [52]
note [1]  33/20
notice [2]  7/1 31/14
now [9]  6/23 9/6 10/22 11/2 11/4 15/22 27/20
  32/3 37/3
number [20]  4/13 7/16 8/18 8/25 9/25 10/1
  12/20 20/7 24/15 26/15 27/24 29/18 30/5
  30/11 33/24 37/1 38/17 38/19 39/3 39/8
numbers [6]  12/14 12/16 16/11 30/2 30/22
  34/22
numerically [2]  29/23 30/18

**O**

objective [1]  26/2
observe [5]  4/21 4/24 5/6 5/20 7/3
observer [1]  5/4 6/7 6/11
obviously [3]  19/16 30/13 32/14
off [1]  13/3 25/21 31/17
offered [1]  6/15
office [1]  6/21 7/2 7/21 14/18 14/23 15/4
  16/12
officer [2]  37/25 37/25
OFFICES [1]  2/14
Oh [1]  17/11
Okay [41]  7/16 9/16 9/23 10/17 11/1 11/5 12/6
  12/11 13/7 13/24 18/7 18/19 19/9 19/13 19/25
  20/3 20/11 20/14 20/17 21/6 21/10 23/2 25/7
  25/23 28/1 28/4 29/11 29/11 32/2 32/20 33/12
  33/14 34/25 35/14 35/15 36/14 36/17 36/19
  38/1 39/8 39/14
once [2]  15/9 38/6
one [27]  4/13 4/19 5/6 6/12 6/20 7/16 7/25

  8/25 9/16 9/24 13/18 15/11 16/10 17/25 20/4
  25/3 25/10 27/18 30/5 38/5 39/5
  32/21 34/17 36/21 39/15
one-word [1]  23/18
ones [7]  8/14 8/24 11/22 12/3 12/4 15/7 39/5
only [5]  5/17 6/19 10/10 13/2 14/19 15/8
  25/18 30/4 34/2 35/6
open [1]  31/4
opinion [1]  23/20
opportunity [14]  5/20 6/10 6/16 7/3 7/6 7/12
  7/15 9/12 9/13 33/4 37/9 37/12 38/3 38/4
order [1]  18/22
ordinary [1]  38/1
organizational [1]  33/18
other [10]  9/7 10/7 18/16 19/17 32/23 34/1
  35/20 35/20 38/3 39/4
others [1]  15/24
otherwise [1]  5/24
ought [2]  35/18 37/6
our [18]  5/13 6/21 6/22 8/13 8/21 11/12 11/12
  12/13 13/3 13/4 15/1 23/21 24/13 29/23 30/4
  30/20 35/6 38/16
out [10]  5/13 5/15 15/19 20/9 27/4 31/11 33/8
  34/16 37/18 38/18
over [3]  12/13 13/4 34/4
own [2]  13/14 32/24

**P**

p.m [6]  4/1 12/9 12/10 34/11 34/12 40/2
page [2]  3/3 41/10
panel [1]  8/5
paper [1]  16/3
paragraph [1]  17/10
paralegal [6]  4/14 4/19 6/13 7/1 7/10 7/14
parcel [1]  5/14
part [10]  5/12 5/14 9/12 14/7 23/18 23/19
  28/12 31/10 35/11 39/4
participation [1]  7/14
particular [2]  20/23 25/17
particularly [1]  27/11
parties [13]  14/11 14/13 16/16 18/23 18/25
  20/19 22/8 22/15 23/12 24/2 24/4 24/7 32/16
parties' [2]  13/11 13/16
party [1]  37/11
pass [1]  39/15
past [1]  29/14
Pause [3]  24/25 25/4 34/24
people [15]  8/19 10/5 10/20 13/10 16/9 29/20
  30/13 30/18 30/21 31/3 31/23 31/24 32/13
  38/20 39/8
per [2]  8/1 8/7
percent [1]  29/1
perhaps [1]  10/20
period [1]  26/22
person [6]  18/10 27/11 37/9 38/1 38/2 38/4
phase [1]  5/12
phases [1]  5/12
pick [2]  8/24 30/2
place [1]  7/25
Plaintiff [1]  1/10 2/2
please [7]  5/1 9/22 14/1 15/7 20/13 21/22
  24/23
point [11]  4/19 5/15 10/19 15/19 27/4 30/8
  30/12 31/11 31/13 31/18
police [2]  37/25 37/25
pool [3]  10/9 19/19 19/21
portion [1]  5/21
posit [1]  11/5
position [5]  10/4 11/12 25/24 30/4 35/6
possibility [2]  8/3 8/6
possible [1]  30/16
possibly [1]  10/3
potential [1]  9/17 13/18 37/22
potentially [2]  8/9 31/18
practical [3]  29/12 32/4 33/5
practically [1]  33/2
pray [1]  34/2
precluded [1]  19/18
preference [2]  32/17 32/18

**P**

prejudice **[1]** 8/4
preliminaries **[1]** 4/12
prepaid **[2]** 26/22 27/1
present **[4]** 4/2 4/9 13/7 26/7
PRESIDING **[1]** 1/8
press **[1]** 5/18
pressure **[4]** 16/5 33/21 34/18 35/23
pretty **[1]** 39/20
prevent **[3]** 31/5 33/22 33/25
previously **[1]** 14/12
probably **[4]** 11/20 29/6 29/24 31/9
problem **[3]** 28/9 29/12 31/7
procedures **[2]** 7/24 9/6
proceed **[3]** 30/22 32/5 38/24
proceeding **[1]** 8/10
proceedings **[8]** 1/15 12/10 24/25 25/4 34/12
34/24 40/2 41/9
process **[5]** 4/21 4/24 6/7 7/13 35/10
proposal **[1]** 30/20
propose **[2]** 8/25 29/23
Prospective **[1]** 4/2
prove **[1]** 37/10
provide **[5]** 6/16 7/20 7/21 8/4 8/7
provided **[1]** 12/14
public **[2]** 5/18 25/20
purpose **[1]** 19/20
purposes **[1]** 13/7
pursuant **[1]** 41/6
put **[2]** 11/22 32/24

**Q**

question **[24]** 9/25 13/19 16/4 17/11 17/15
17/18 19/7 21/21 24/16 24/22 26/15 26/15
27/8 27/14 27/24 28/9 28/11 31/3 32/6 32/12
33/1 33/24 34/19 38/10
questioned **[1]** 35/7
questioning **[9]** 16/20 18/2 18/21 19/3 19/12
20/2 24/14 32/19 32/20
questionnaire **[17]** 4/15 8/2 8/7 9/14 16/10
20/9 33/20 35/13 36/4 37/2 37/6 37/7 37/11
37/23 38/8 38/12 38/21
questionnaires **[7]** 5/13 6/8 7/17 8/13 34/14
35/4 36/13
questions **[18]** 8/13 8/16 8/19 15/22 20/15
20/24 32/4 32/14 32/22 33/3 33/5 33/6 33/8
33/16 33/21 34/18 36/11 37/10

**R**

raise **[2]** 15/8 29/12
raised **[2]** 35/6 38/20
ran **[1]** 31/11
range **[1]** 30/10
rationale **[1]** 8/10
ready **[2]** 12/7 30/13
Reagan **[1]** 2/10
really **[4]** 7/5 7/6 29/19 31/12
reason **[1]** 24/12
reasons **[1]** 9/7
recap **[1]** 28/15
Recess **[2]** 12/9 34/11
record **[7]** 5/15 6/16 7/11 11/21 11/23 26/8
38/21
reference **[2]** 34/21 35/2
regard **[1]** 11/19
regardless **[1]** 37/8
regular **[1]** 31/19
regulations **[1]** 41/11
rehabilitate **[1]** 37/10
rehabilitation **[1]** 37/22
related **[5]** 8/16 10/6 10/13 14/9 33/3
relationship **[1]** 26/1
relevant **[1]** 17/19
religious **[1]** 34/20
remain **[1]** 30/8
remove **[1]** 15/5
report **[1]** 5/5
reported **[1]** 41/8
REPORTER **[1]** 41/16

REPORTER'S **[1]** 1/15
representative **[3]** 20/4 22/6 4/1
requested **[1]** 29/10
requesting **[2]** 19/12 23/5
response **[3]** 8/15 15/16 19/7
responses **[1]** 9/14
result **[1]** 16/4
resumed **[2]** 12/10 34/12
return **[1]** 13/17
review **[4]** 6/7 7/13 24/13 35/3
right **[15]** 5/11 6/23 9/6 10/22 10/23 10/25
11/4 14/2 18/11 18/14 18/23 23/6 29/1 31/9
32/3
Ronald **[1]** 2/10
room **[3]** 5/16 5/20 7/1
rough **[1]** 39/16
RPR **[1]** 1/19
rule **[2]** 20/17 38/6
ruling **[1]** 27/18

**S**

SACR **[2]** 1/11 4/3
SACR-19-00061-JVS **[2]** 1/11 4/3
SAGEL **[6]** 2/9 4/6 6/18 10/24 12/3 25/14
said **[14]** 7/10 8/20 14/18 14/20 16/2 18/4
18/12 26/2 27/1 29/24 33/21 33/22 33/24
39/17
same **[10]** 5/5 16/4 19/19 19/21 20/17 26/15
27/14 29/4 29/5 34/16
San **[1]** 2/15
Santa **[1]** 1/16 1/20 2/11 4/1
save **[1]** 12/1
saving **[1]** 11/24
saw **[1]** 25/20
say **[4]** 6/1 14/17 23/6 39/10
saying **[1]** 6/23 7/6
says **[4]** 5/17 13/19 35/22 37/24
second **[7]** 7/19 23/18 23/19 24/14 28/12
33/14 34/23
Section **[2]** 2/6 41/6
see **[15]** 5/4 12/3 15/5 15/18 15/19 16/8 24/15
21/9 30/8 30/12 31/15 31/21 35/9 39/1 40/1
seeking **[1]** 21/4
seem **[1]** 30/16
seen **[3]** 9/19 9/25 38/19
SEFFENS **[3]** 1/19 41/15 41/16
selection **[2]** 3/4 5/12
SELNA **[1]** 1/8
semantics **[1]** 7/5
send **[1]** 4/19
sense **[1]** 11/17
sent **[2]** 5/4 6/4
serve **[1]** 16/5
set **[1]** 39/21
seven **[2]** 20/3 20/8
SHARON **[3]** 1/19 41/15 41/16
she **[25]** 4/20 4/23 6/3 6/4 7/3 7/6 7/10 14/12
14/18 14/20 14/20 14/20 14/22 15/4 15/12
21/13 22/7 22/22 25/13 25/13 26/2 26/2 26/2
26/4 26/6
sheet **[1]** 16/3
should **[3]** 25/1 36/10 39/23
shouldn't **[1]** 19/21
show **[1]** 35/4
showing **[1]** 37/5
side **[3]** 9/2 37/9 38/3
sides **[1]** 38/15
sign **[1]** 5/17
similar **[3]** 26/12 26/14 29/24
simply **[1]** 29/15
since **[2]** 32/8 33/3
sir **[1]** 4/23
sit **[1]** 11/18
sitting **[1]** 6/20
skills **[3]** 33/19 35/2 35/5
skip **[1]** 38/24
slow **[1]** 33/19
small **[2]** 5/21 6/1
so **[31]** 6/22 7/8 7/20 7/21 7/24 8/20 8/25 11/6

**[11]** 11/24 12/2 14/3 14/3 14/9 15/5 15/8 16/11
16/11 25/20 29/5 30/20 31/9 32/9
35/12 38/16 38/25 39/7 39/18 39/19 39/20
39/21
social **[3]** 27/8 27/16 27/19
solely **[1]** 16/9
some **[16]** 8/1 8/9 8/9 9/9 9/6 16/25 18/8
19/16 25/21 29/2 29/18 31/1 31/17 31/23
32/20 39/2
somebody **[1]** 11/15
someone **[3]** 26/21 37/24 38/12
something **[4]** 24/16 25/17 34/2 37/21
somewhat **[1]** 34/1
sorry **[13]** 15/14 17/9 17/17 20/22 20/24
21/23 23/23 25/6 26/16 27/8 27/17 28/8 28/18
sounds **[1]** 13/19
sources **[1]** 10/1
SOUTHERN **[1]** 1/6
speaking **[1]** 33/2
spent **[1]** 36/25
spirit **[2]** 34/2 34/3
split **[2]** 11/6 32/6
Spring **[1]** 2/7
stack **[1]** 15/8 29/16
staff **[1]** 6/22
standard **[1]** 27/25
start **[3]** 29/15 31/19 37/16 39/24
STATES **[12]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
4/4 4/6 41/7 41/11
statistically **[1]** 29/23
stenographically **[1]** 41/8
STEWARD **[21]** 2/14 2/14 4/8 4/13 6/21 6/23
6/24 10/14 11/10 12/12 12/13 12/22 13/25 14/17
14/24 24/6 21 30/25 31/25 33/4 33/10 35/16
36/15
Steward's **[1]** 10/3
still **[4]** 10/10 30/1 30/8 30/12
stipulate **[4]** 10/7 25/10 35/12 35/17
stipulated **[10]** 14/12 14/13 15/12 16/16
18/24 18/25 20/19 22/8 22/16 23/12
stipulation **[2]** 13/11 13/16
story **[1]** 38/2
strange **[1]** 34/1
street **[4]** 1/20 2/7 2/11 25/22
strikes **[1]** 30/2
struck **[1]** 30/1
substantial **[2]** 8/3 8/6
such **[1]** 37/5
sufficient **[3]** 12/21 30/2 30/14
suggest **[2]** 10/19 31/13
suitable **[1]** 35/8
Suite **[2]** 1/20 2/11 2/15
Super **[2]** 13/5 13/20
support **[1]** 6/22
supposed **[1]** 7/22
sure **[16]** 4/13 6/23 7/5 7/6 10/3 15/15 23/3
27/5 28/6 29/6 31/7 34/7 35/20 36/22 37/19
38/5
suspect **[2]** 31/22 37/14

**T**

T.M **[1]** 15/15
taint **[1]** 19/20
take **[9]** 5/17 9/9 10/21 11/10 11/17 15/16
24/16 34/5 39/15
taken **[2]** 12/9 34/11
talk **[2]** 20/11 38/16
talked **[1]** 6/21
talking **[5]** 7/1 7/2 17/9 17/14 33/3
talks **[1]** 19/16
tally **[2]** 8/13 8/21
tangentially **[1]** 17/19
team **[2]** 18/9 36/25
tell **[2]** 10/20 32/22
tennis **[1]** 18/9
terms **[1]** 35/19
than **[3]** 24/16 25/21 38/1
Thank **[9]** 9/10 12/8 12/22 14/10 17/22 24/19
25/2 32/11 34/8

**T**
**that [129]**
**that's [25]** 6/14 8/10 8/17 11/15 11/25 12/5 16/10 18/17 18/19 19/8 20/10 23/21 24/18 24/22 27/6 27/11 27/11 31/14 32/1 32/25 33/13 35/1 35/14 38/1 38/19
**their [6]** 10/7 11/13 35/2 35/3 35/3 38/20
**them [26]** 8/8 8/8 8/9 8/23 8/24 9/12 10/4 10/9 15/8 19/18 29/17 30/10 31/13 31/19 31/21 35/7 35/9 35/13 35/19 36/6 37/22 38/6 38/15 38/16 38/18 39/11
**then [11]** 11/13 11/17 12/6 18/4 19/18 19/21 30/12 30/22 32/15 33/14 34/19
**there [38]** 5/3 5/3 5/6 5/16 7/7 7/9 7/12 8/3 8/6 8/24 9/1 9/6 9/11 11/5 11/7 13/5 14/21 16/8 17/13 18/8 19/6 23/7 25/17 26/3 29/2 30/23 33/15 33/22 33/24 35/8 35/9 36/12 36/10 37/5 37/20 37/21 38/25 39/2 39/8
**there's [1]** 26/5
**thereof [1]** 35/3
**these [12]** 11/10 11/22 13/10 13/15 16/9 19/21 23/7 31/17 31/22 31/24 32/7 35/21
**they [24]** 4/14 7/22 8/3 8/6 8/16 8/20 8/21 10/8 10/8 13/13 16/2 19/17 19/18 19/21 23/8 35/4 35/6 35/9 36/7 38/5 38/5 38/6 38/6 39/10
**they'll [1]** 7/22
**they're [2]** 7/22 39/6
**they've [1]** 38/22
**thing [3]** 14/19 32/23 39/15
**things [5]** 10/25 11/6 13/13 30/15 30/16
**think [29]** 5/11 8/17 10/8 10/9 10/11 12/1 12/20 13/21 15/11 15/22 17/19 18/8 18/12 24/14 26/5 29/21 30/4 32/24 33/2 33/5 35/3 35/7 35/18 37/4 38/3 38/14 38/16 38/25 39/4
**thinking [1]** 36/7
**thinks [1]** 11/15
**this [25]** 4/9 7/25 9/11 10/3 10/19 13/14 14/21 15/7 15/8 15/11 16/10 17/5 20/25 24/14 26/25 27/17 29/13 31/6 31/13 31/13 32/23 32/24 36/1 36/11 37/1
**those [12]** 7/19 7/21 8/15 9/9 10/10 10/20 19/19 29/20 30/4 35/2 39/3 39/5
**thought [6]** 4/7 7/1 16/8 18/1 18/1 31/2 39/6
**thoughts [1]** 30/25
**three [4]** 29/2 34/16 34/21 35/2
**threshold [1]** 38/11
**through [21]** 7/13 7/17 7/19 8/12 8/14 8/23 11/3 11/4 12/15 13/6 13/17 15/8 15/19 23/7 29/17 29/18 31/16 31/22 31/24 33/22 39/16
**time [21]** 5/21 6/1 9/11 11/24 12/1 25/18 26/10 29/2 30/17 32/3 36/11 36/25
**Title [1]** 41/7
**today [3]** 7/16 36/20 38/24
**together [2]** 39/14 39/22
**told [1]** 38/11
**tomorrow [10]** 8/11 21/7 31/4 31/16 31/21 32/5 36/8 39/13 39/15 39/23
**tonight [1]** 7/22
**took [1]** 7/14
**top [1]** 29/15
**topic [2]** 16/15 33/15
**topics [2]** 19/19 19/22
**transcript [4]** 1/9 1/15 41/8 41/10
**treat [1]** 38/5
**trial [7]** 1/12 5/12 5/13 23/20 26/22 31/6 31/11
**triggers [1]** 13/21
**true [1]** 41/7
**truth [1]** 38/1
**try [1]** 17/17
**trying [1]** 7/9
**turning [2]** 32/15 33/14
**twice [1]** 31/12
**two [4]** 11/18 12/1 12/2 24/17

**U**
**U.S [2]** 7/2 41/16
**unable [1]** 5/3
**understand [2]** 5/25 27/18 35/9 37/17 38/5 38/6 38/9

**understanding [1]** 9/5
**Understood [3]** 4/24 9/23 33/21
**Unfortunately [1]** 31/10
**Unfortunately I [1]** 31/10
**UNITED [12]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/3 4/6 41/7 41/11
**unknown [1]** 8/8
**unless [2]** 35/12 37/20
**unlikely [1]** 29/13
**until [4]** 9/1 14/21 15/4 31/19
**up [14]** 8/24 9/9 9/14 11/6 11/13 12/16 15/24 30/1 30/6 32/7 32/15 32/21 35/5 36/8
**upon [2]** 37/1 39/2
**upwards [1]** 30/18
**us [10]** 4/9 5/5 6/3 10/20 24/16 26/24 27/1 31/6 32/22 37/15
**use [1]** 30/17
**Usually [1]** 31/4

**V**
**vacation [2]** 26/22 27/2
**vacuum [1]** 10/21
**venire [1]** 8/3
**versus [1]** 4/4
**very [3]** 17/17 26/14 40/1
**view [1]** 5/14
**voir [20]** 7/18 7/25 9/3 9/13 10/12 19/18 20/18 28/16 29/16 29/17 30/7 30/9 30/11 30/7 30/20 30/22 31/20 32/13 32/16 35/11
**vs [1]** 1/10

**W**
**wait [1]** 38/17
**waiving [3]** 38/10 38/14 38/23
**want [13]** 6/6 11/2 11/9 13/15 13/25 16/10 18/17 19/17 20/11 29/21 33/10 35/13 37/15
**wanted [3]** 4/13 5/3 33/16
**wants [3]** 12/15 32/5 37/11
**warrants [1]** 27/22
**was [29]** 4/20 4/23 5/19 6/3 6/4 6/20 6/21 7/7 7/12 8/21 14/25 15/12 15/21 17/9 17/13 18/2 18/8 18/9 19/6 23/7 24/15 25/19 25/19 26/23 26/23 27/5 31/10 31/10 36/7
**wasn't [5]** 7/8 14/21 15/3 36/6 36/6
**way [2]** 8/9 8/9
**we [134]**
**we'd [4]** 10/24 16/8 16/20 16/25
**we'll [12]** 8/24 10/4 13/6 16/15 17/2 17/21 19/4 25/23 25/25 29/6 39/12 39/22
**we're [21]** 7/2 8/23 9/6 9/9 11/22 14/3 15/5 15/24 16/7 19/11 19/17 29/6 30/12 31/8 31/15 31/22 32/8 32/12 33/3 34/13 38/13
**we've [4]** 10/5 28/16 29/16 39/6
**WEDNESDAY [1]** 4/1
**week [3]** 26/22 27/2 31/6
**well [26]** 4/22 7/8 8/23 10/25 11/4 11/9 11/17 11/24 16/7 17/1 17/13 20/24 21/12 22/6 23/19 25/13 25/24 26/23 27/10 31/11 34/9 35/22 35/24 36/3 37/20 40/1
**went [3]** 7/9 8/12 23/6
**were [12]** 4/14 5/3 5/18 7/1 8/2 23/8 29/2 29/22 29/25 30/1 39/5 39/6
**West [2]** 1/20 2/11
**what [21]** 5/4 6/2 6/23 7/8 7/10 7/12 8/20 8/25 13/4 14/17 15/19 16/1 17/24 23/19 29/24 33/3 35/20 37/2 37/8 39/10 39/20
**what's [5]** 20/7 25/24 27/7 27/23 32/17
**when [9]** 6/4 7/21 12/6 13/6 19/19 20/18 30/12 30/15 32/12
**where [5]** 9/13 27/5 30/12 31/8 31/21
**whether [8]** 12/3 16/8 18/15 29/19 30/5 31/23 35/9 37/4
**which [7]** 8/8 8/14 14/22 27/20 32/13 33/5 39/4
**while [2]** 4/14 14/20
**who [18]** 6/20 7/18 8/1 8/2 8/7 8/20 9/3 9/7 9/18 10/5 10/20 11/22 25/15 26/21 29/25 30/6 30/18 39/9
**who's [1]** 10/12

**whole [2]** 19/20 32/8
**why [3]** 32/7 7/4
**will [43]**
**willing [2]** 32/7 35/17
**witnesses [1]** 35/20
**woman [1]** 6/20
**won't [3]** 24/16 27/15 39/17
**wonder [1]** 34/5
**word [1]** 23/18
**words [1]** 39/5
**worked [2]** 14/20 26/3
**would [2]**
**wouldn't [2]** 16/6 20/9
**wrong [2]** 28/21 29/6
**WYMAN [4]** 2/5 4/6 11/6 32/6

**Y**
**Yeah [1]** 35/25
**years [1]** 26/3
**yes [29]** 5/9 5/22 6/25 7/3 9/20 9/22 9/25 12/8 14/1 14/8 15/12 17/4 17/12 18/3 18/6 19/2 20/1 20/13 21/21 23/15 23/21 23/25 29/22 32/10 33/11 33/18 34/10 34/15 36/1
**yesterday [8]** 4/12 5/18 8/20 16/3 20/5 27/1 35/7 38/11
**you [65]**
**you're [3]** 12/6 15/20 38/10
**your [107]**