1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,      )CERTIFIED TRANSCRIPT
                    Plaintiff, )
     vs.                       )
                               ) SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,         )
                    Defendant. )  TRIAL DAY 3
------------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

July 15, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

3

I-N-D-E-X

                                                    PAGE

JURY SELECTION

   (Continued)                                        4

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

4

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; THURSDAY, JULY 15, 2021; 8:32 A.M.     |
|       | 2  | (Prospective jurors not present)                             |
| 08:32 | 3  | THE CLERK:  Item 1, SACR-19-00061-JVS, United                |
| 08:33 | 4  | States of America versus Michael John Avenatti.              |
| 08:33 | 5  | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel           |
| 08:33 | 6  | and Alexander Wyman on behalf of the United States.          |
| 08:33 | 7  | THE COURT:  Good morning.                                    |
| 08:33 | 8  | MR. STEWARD:  Your Honor, Dean Steward on behalf             |
| 08:33 | 9  | of Mr. Avenatti, who is present.                             |
| 08:33 | 10 | THE COURT:  Good morning.                                    |
| 08:33 | 11 | MR. STEWARD:  Good morning.                                  |
| 08:33 | 12 | THE COURT:  As I indicated, I wanted to take the             |
| 08:33 | 13 | first pass with you through the proposed initial jury        |
| 08:33 | 14 | instructions.  It's my practice to date each draft in the    |
| 08:33 | 15 | footer, so this draft is my July 1 draft, so that we're all  |
| 08:33 | 16 | on the same page.                                            |
| 08:33 | 17 | Don't have it, Mr. Steward?                                  |
| 08:33 | 18 | MR. STEWARD:  I have the June 30th version.                  |
| 08:33 | 19 | MR. WYMAN:  That's the one that the government has           |
| 08:33 | 20 | as well, Your Honor.                                         |
| 08:33 | 21 | THE COURT:  We'll make some copies, then.  I                 |
| 08:33 | 22 | thought that they were sent out to you by e-mail.  The only  |
| 08:34 | 23 | difference is that in the June 30th, I added the COVID       |
| 08:34 | 24 | instruction.  So I want to make copies of that.              |
| 08:34 | 25 | (Brief pause in proceedings)                                 |

08:35    1          THE COURT:  We will have the COVID instruction for

08:35    2   you in a minute.

08:35    3          I have literally just paged through the objections

08:35    4   that Mr. Avenatti filed at Docket 539 at 8:09 this morning.

08:35    5   I suspect that -- I am going to give an instruction.  You

08:35    6   may need -- I think the parties need to confer concerning

08:35    7   Mr. Avenatti's proposed alternative.  So we'll come back to

08:35    8   that.

08:35    9          As I understand the objections, there are no other

08:36   10   objections other than those advanced as part of the filing

08:36   11   of the joint set of instructions.

08:36   12          MR. STEWARD:  And what we filed this morning, Your

08:36   13   Honor.  That's correct.

08:36   14          THE COURT:  That's why I said that there are no

08:36   15   other objections.  Those objections will be deemed as having

08:36   16   been made at this time.

08:36   17          Does anyone want to make any further comments with

08:36   18   regard to the objections?

08:36   19          MR. STEWARD:  Your Honor, only on the state law

08:36   20   rules, which we're going to confer with government counsel

08:36   21   about.

08:36   22          THE COURT:  Right.

08:36   23          MR. STEWARD:  If they're amenable to our

08:36   24   suggestion, then there is no issue, but obviously we need to

08:36   25   speak with them first.

08:36  1          THE COURT:  Right.

08:36  2          MR. STEWARD:  I tried to put everything I could

08:36  3   explaining our objection in the written filing.  And really

08:36  4   beyond that, I have nothing further.

08:37  5          THE COURT:  Well, I think you correctly framed the

08:37  6   purpose for offering an instruction on the duties of a

08:37  7   lawyer.

08:37  8          At page 5 beginning at line 11, the proposed

08:37  9   instruction says:  "You may, however, consider whether the

08:37  10   defendant violated the duties he owed the alleged client

08:37  11   victims under California law when evaluating whether the

08:37  12   government has proven the elements of the offense, including

08:37  13   whether the defendant engaged in the scheme to defraud,

08:37  14   whether the statements made or facts omitted as part of the

08:37  15   scheme were material, whether the defendant acted with

08:37  16   intent to defraud, and whether the defendant had a duty to

08:37  17   disclose an omitted fact arising out of a relationship of

08:37  18   trust."

08:37  19          I think that very precisely frames the relevance

08:38  20   of instructing on the lawyer's duties.

08:38  21          MR. STEWARD:  And our key, Your Honor, is that

08:38  22   final sentence that's in bold.

08:38  23          THE COURT:  I'm not going to give it in bold.

08:38  24          MR. STEWARD:  Understood.  Sorry.  But that

08:38  25   sentence is our main concern.

08:38    1      THE COURT:  Well, I have no difficulty with it.

08:38    2   That sentence says:  Ultimately you will be asked to

08:38    3   determine whether the defendant violated the law, not

08:38    4   whether he violated his ethical obligations.

08:38    5      MR. WYMAN:  Your Honor, but I believe this first

08:38    6   paragraph was taken from the Court's proposed instruction,

08:38    7   including that bolded sentence at the end which Your Honor

08:38    8   bolded as I believe the sole addition to the government's

08:38    9   proposed instruction.

08:38   10      We have no objection to that paragraph.  There are

08:38   11   other portions of the Court's proposed instruction in the

08:38   12   defense's version that simply, from my first review of it,

08:38   13   they appear to have sort of moved things around and then

08:38   14   changed the overall language.

08:38   15      The government's proposed instruction which the

08:39   16   Court largely adopted in its tentative, we sent that to them

08:39   17   in November of last year.  Then we attempted to meet and

08:39   18   confer again about it in May when the instructions were due.

08:39   19      Now literally 20 minutes before this hearing, they

08:39   20   propose this alternative.  I have no confidence that we will

08:39   21   get anywhere by meeting and conferring about this.  They

08:39   22   don't in any of their objections say that the Court's

08:39   23   tentative instruction is in any way inaccurate, nor is it.

08:39   24      We're happy to meet and confer as we have been for

08:39   25   months, but I don't see any reason to deviate from the

08:39    1    Court's tentative at this point.

08:39    2         THE COURT:  Well, I'm going to give you that

08:39    3    opportunity.  Again, frankly I'd like to read in detail the

08:39    4    proposed instruction versus what I have as a proposed

08:39    5    instruction.

08:39    6         MR. WYMAN:  I agree, Your Honor.  The more

08:39    7    authority we have --

08:39    8         THE COURT:  Yes.  I must say, it's troubling when

08:40    9    opportunities have long been present to comment on a

08:40   10    proposed instruction to find comments and objections coming

08:40   11    in fairly late in the game.

08:40   12         It's not an efficient way to do business.  I trust

08:40   13    you will take that to heart.

08:40   14         MR. STEWARD:  Yes, Your Honor.  I would point out

08:40   15    that the Court told us only yesterday afternoon that we were

08:40   16    going to have this particular conference this morning at

08:40   17    8:30.  I think we did a remarkable job of pumping this out

08:40   18    overnight.

08:40   19         THE COURT:  You did receive the draft of

08:40   20    June 30th, so you have had everything but the latest COVID

08:40   21    instruction since June 30th.  Moreover, the parties' joint

08:40   22    instructions cleared the government's proposed instruction

08:40   23    on attorney's duties for quite some time.  I don't have the

08:41   24    date of the filing, but --

08:41   25         MR. WYMAN:  May 24, Your Honor.

08:41 1        THE COURT:  The proposed instructions were filed
08:41 2    May 24th.  I still find troubling the comments being made
08:41 3    and objection of new proposed instruction weren't made as
08:41 4    part of the joint filing that was tendered on May 24th.
08:41 5        So I don't think we can go any further on the
08:41 6    instructions.  I will clean the current draft up.  If you
08:41 7    want to take a moment to look at the COVID instruction, you
08:41 8    can do that.
08:42 9        I think at line 7 there's a -- should read not
08:42 10   vaccinated.
08:42 11       MR. SAGEL:  Correct, Your Honor.
08:42 12       (Counsel reviewing the COVID instruction)
08:43 13       THE COURT:  As I indicated, it's my intent that we
08:43 14   will conduct individual voir dire.  Those folks will come to
08:43 15   the witness stand and won't be masked.  However, as part of
08:43 16   the general voir dire, if someone chooses to wear a mask,
08:43 17   I'm going to allow them to do so.
08:43 18       Mr. Steward has previously objected to that, and
08:43 19   he can repeat his objection in a moment, but my view is the
08:43 20   general CDC guidance is that one who is fully vaccinated
08:43 21   need not wear a mask in public settings.  However, with the
08:44 22   onset of the Delta variant, it is strongly recommended that
08:44 23   individuals, even the fully vaccinated, wear a mask in
08:44 24   public settings.
08:44 25       I believe that even if we are going to observe

08:44   1   social distancing, we are in a public setting, and if a

08:44   2   juror wishes to wear a mask regardless of vaccination

08:44   3   status, I'm going to allow the juror to do so.

08:44   4           Do you want to repeat your objection to that?

08:44   5           MR. STEWARD:  Yes, Your Honor.  That is, repeat

08:44   6   the objection previously made to everyone who may be a

08:44   7   potential juror wearing a mask, that the defense, actually

08:44   8   the government as well, can't see the face of that

08:44   9   individual.  We think that's important, and I previously

08:44   10  made that objection.  And I continue it today.

08:44   11          THE COURT:  And you made it months ago in a formal

08:44   12  memorandum discussing the issues that might arise during the

08:44   13  course of trial.  So I think your position is documented for

08:45   14  the record.

08:45   15          I haven't been presented any case law that would

08:45   16  tell me one way or another whether the juror can be

08:45   17  compelled to remove a mask for general voir dire.  So I have

08:45   18  stated my reasons for my position.

08:45   19          Anything else we should take up at this time?

08:45   20          MR. SAGEL:  Nothing from the government, Your

08:45   21  Honor.

08:45   22          THE COURT:  I reviewed the government's witness

08:45   23  list.  Some of those folks have asterisks by their name.

08:45   24  Are they fallback witnesses?

08:45   25          MR. SAGEL:  It was in an e-mail that was sent to

| | | |
|--|--|--|
| 08:45 | 1 | Mr. Steward and to your courtroom deputy.  Since we sent the |
| 08:45 | 2 | original witness list, the people who now have asterisks |
| 08:45 | 3 | we're probably not going to be calling in the case-in-chief. |
| 08:45 | 4 | We're reserving the right in case, depending on what |
| 08:45 | 5 | happens, but just giving them the notice that most likely |
| 08:45 | 6 | they will not be called as witnesses at this time. |
| 08:46 | 7 | THE COURT:  Okay. |
| 08:46 | 8 | MR. SAGEL:  And actually after I sent it, there is |
| 08:46 | 9 | one witness from the state bar that will probably need to |
| 08:46 | 10 | come based on our lack of stipulations just to authenticate |
| 08:46 | 11 | that the defendant stipulated to or a document the plaintiff |
| 08:46 | 12 | signed in a state court proceeding.  So there may be one |
| 08:46 | 13 | more foundational witness. |
| 08:46 | 14 | THE COURT:  Okay.  I understand from |
| 08:46 | 15 | Mr. Avenatti's trial brief that there are three additional |
| 08:46 | 16 | witnesses that weren't on the list at the time that you sent |
| 08:46 | 17 | the first list.  Custodians. |
| 08:46 | 18 | MR. SAGEL:  Yes, for all intents and purposes, one |
| 08:46 | 19 | not.  But the three at the bottom, if you were to look at |
| 08:46 | 20 | the list you receive yesterday, are not part of the |
| 08:46 | 21 | alphabetical listing, the three at the bottom.  The three |
| 08:46 | 22 | would be the state bar person I just mentioned, the trustee |
| 08:46 | 23 | who is going to get in the 341 statements of the defendant |
| 08:47 | 24 | from the bankruptcy, and the cyber crime labs technician who |
| 08:47 | 25 | extracted the stuff from the computers. |

08:47 1          So those are the three foundational ones.  The

08:47 2   last name there is just the summary witness, as we always

08:47 3   said.  We just didn't name who the summary witness was going

08:47 4   to be.

08:47 5          THE COURT:  Okay.  Well, I'm prepared to allow

08:47 6   those witnesses to testify.  I believe there has been

08:47 7   sufficient disclosure, and foundational witnesses,

08:47 8   particularly in the absence of stipulations, are appropriate

08:47 9   and necessary.  And I find no prejudice with entertaining a

08:47 10  subsequently designated custodian where there is a lack of

08:48 11  stipulation.

08:48 12         Mr. Steward.

08:48 13         MR. STEWARD:  We continue to object, Your Honor.

08:48 14  I think we put that in our trial brief.

08:48 15         THE COURT:  Right.  Okay.  Noted.

08:48 16         As we proceed today, we will call these

08:48 17  jurors in order, numerical order, starting with Juror

08:48 18  No. 1.  They'll be in the box.  And, Mr. Steward, you

08:48 19  will have approximately five minutes with each

08:48 20  juror.

08:48 21         MR. STEWARD:  Thank you, Your Honor.

08:48 22         MR. SAGEL:  Just as a practical matter, it may

08:48 23  only be the first juror who has been called, M.C.  I think

08:48 24  he was one of the individuals who was going to get back to

08:48 25  you about his ability to serve.  So I don't know if --

08:48  1          THE COURT:  Well, we'll get that one first thing.

08:49  2          MR. SAGEL:  Thank you, Your Honor.

08:49  3          MR. STEWARD:  Your Honor, one other housekeeping

08:49  4  item.  I'm sure the Court was going to do this, but I wanted

08:49  5  to mention it now.  And that is the entire 147, I think it

08:49  6  is, questionnaires, was the Court intending to file those

08:49  7  under seal at this time for the record?

08:49  8          THE COURT:  I believe I indicated that they were

08:49  9  going to be -- well, they will be Court's A, is the excuse

08:49  10  application.  This will be Court's C to be filed under seal.

08:49  11          MR. STEWARD:  Thank you.  I just wanted to make

08:49  12  sure.

08:49  13          THE COURT:  Okay.  Thanks for bringing it up.

08:49  14          Okay.  Anything else at this time?

08:49  15          Then we will be in recess until the individual

08:50  16  jurors come up.

08:50  17          One other issue I guess we can take up now is that

08:50  18  the jurors' names shouldn't be revealed in the transcripts.

08:50  19  So the first two transcripts that I think have been turned

08:50  20  out had their names.  I'm going to go back and ask that

08:50  21  redacted transcripts be replaced.

08:50  22          MR. STEWARD:  Your Honor, can we have either a

08:50  23  number or initials?

08:50  24          THE COURT:  There are too many people, so there

08:50  25  are overlapping initials.  We need a number.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
08:50   1              MR. STEWARD:  May we have that today?
08:50   2              THE COURT:  It's 147 people.
08:51   3              MR. STEWARD:  That's fine.  That's fine, as long
08:51   4   as we have them today, the people who are actually up on the
08:51   5   witness stand.  That's fine.
08:51   6              MR. SAGEL:  Just for clarity's sake, and I
08:51   7   appreciate Your Honor telling us now so I don't make this
08:51   8   mistake.  I've already said one person's name.  Should we
08:51   9   not be addressing them by mister and their last name or,
08:51  10   using their names going forward, just saying juror number?
08:51  11              THE COURT:  Well, let's just use their numbers.  I
08:51  12   will tell the jurors that you are not being disrespectful or
08:51  13   trying to in any way bother them by using a number but
08:51  14   simply to follow the privacy rules.
08:51  15              MR. SAGEL:  Thank you, Your Honor.
08:51  16              THE COURT:  Any comment on that?
08:52  17              MR. STEWARD:  That's fine, Your Honor.
08:52  18              THE COURT:  Okay.
08:52  19                   (Recess taken at 8:52 a.m.;
08:52  20                    proceedings resumed at 9:00 a.m.)
08:59  21              THE CLERK:  First up will be Juror No. 2.
08:59  22              (Prospective juror enters courtroom)
09:00  23              THE COURT:  Good morning, sir.
09:00  24              PROSPECTIVE JUROR NO. 2:  Good morning.
09:00  25              THE COURT:  We are just going to visit with you a
```

09:00   1   little bit on your knowledge of the defendant in this case.

09:00   2           They're going to refer to you as Juror No. 2.

09:00   3   They're not being disrespectful.  A transcript is made of

09:00   4   this, and the transcript is public.  The privacy laws

09:00   5   require that we not put jurors' names out in the public.

09:00   6           PROSPECTIVE JUROR NO. 2:  Got it.

09:00   7           THE COURT:  So for transcript purposes, we are

09:00   8   going to call you Juror No. 2.

09:00   9           PROSPECTIVE JUROR NO. 2:  That's fine.

09:00   10          THE COURT:  Mr. Steward.

09:00   11          MR. STEWARD:  Thank you, Your Honor.

09:00   12          Sir, in the last 48 hours -- well, let me start

09:00   13  with this.  On your questionnaire you indicated about

09:00   14  reading, seeing, or heard anything about Mr. Avenatti, you

09:00   15  said:  I know him as Stephanie Clifford's attorney in

09:00   16  pursuit against Donald Trump.

09:00   17          In the last 48 hours has anything else come to

09:00   18  your mind about what you may have heard about Mr. Avenatti?

09:00   19          PROSPECTIVE JUROR NO. 2:  I heard from someone

09:00   20  that he also had something going on with Nike, that I'm not

09:01   21  sure exactly what but that he had some involvement with

09:01   22  Nike.  That's all I heard since then.

09:01   23          MR. STEWARD:  And you heard that in the last 48

09:01   24  hours?

09:01   25          PROSPECTIVE JUROR NO. 2:  That's correct.

09:01  1            MR. STEWARD:  And can you tell me who you heard
09:01  2  that from?
09:01  3            PROSPECTIVE JUROR NO. 2:  My brother.
09:01  4            MR. STEWARD:  Was this -- it wasn't a discussion
09:01  5  about the case; was it?
09:01  6            PROSPECTIVE JUROR NO. 2:  No, no.  I just
09:01  7  mentioned that I would recognize the defendant, and he said
09:01  8  that.
09:01  9            MR. STEWARD:  And on both of those things, the
09:01  10  Stephanie Clifford thing and the Nike thing, any other
09:01  11  recollection of what happened or what an outcome was or
09:01  12  anything like that?
09:01  13            PROSPECTIVE JUROR NO. 2:  No.
09:01  14            MR. STEWARD:  Did your brother tell you anything
09:01  15  about the Nike thing?
09:01  16            PROSPECTIVE JUROR NO. 2:  No, not that I recall.
09:01  17            MR. STEWARD:  This was within the last 48 hours?
09:01  18            PROSPECTIVE JUROR NO. 2:  That's correct, yeah.
09:02  19            MR. STEWARD:  And as I recall from our discussions
09:02  20  two days ago, you do worker with lawyers, right?
09:02  21            PROSPECTIVE JUROR NO. 2:  That's correct.
09:02  22            MR. STEWARD:  And I believe you stated at question
09:02  23  33:  But that has not left with me an opinion regarding
09:02  24  lawyers in general.  How long have you been working with
09:02  25  lawyers?

| | | |
|---|---|---|
| 09:02 | 1 | PROSPECTIVE JUROR NO. 2:  Twenty years. |
| 09:02 | 2 | MR. STEWARD:  And no opinion one way or the other? |
| 09:02 | 3 | PROSPECTIVE JUROR NO. 2:  I know there's good ones |
| 09:02 | 4 | and bad ones, but I don't have -- I mean, I don't have, |
| 09:02 | 5 | like, an opinion either way, you know.  They're all |
| 09:02 | 6 | different people, so, you know, I don't have, like, a |
| 09:02 | 7 | pointed opinion regarding lawyers. |
| 09:02 | 8 | MR. STEWARD:  Do you hold them in higher esteem, |
| 09:02 | 9 | lower esteem, or kind of in the middle with other people? |
| 09:02 | 10 | PROSPECTIVE JUROR NO. 2:  In the middle, yeah. |
| 09:02 | 11 | MR. STEWARD:  So if you're on the jury, the fact |
| 09:02 | 12 | that Mr. Avenatti is a lawyer, do you give that any weight |
| 09:02 | 13 | at all? |
| 09:02 | 14 | PROSPECTIVE JUROR NO. 2:  No. |
| 09:02 | 15 | MR. STEWARD:  Thank you, Your Honor.  I have |
| 09:02 | 16 | nothing further. |
| 09:03 | 17 | THE COURT:  Mr. Sagel. |
| 09:03 | 18 | MR. SAGEL:  I guess let me ask -- after we spoke |
| 09:03 | 19 | with you the other day, you were going to ask your employer |
| 09:03 | 20 | if they were going to pay jury service? |
| 09:03 | 21 | PROSPECTIVE JUROR NO. 2:  Yes. |
| 09:03 | 22 | MR. SAGEL:  What was the answer? |
| 09:03 | 23 | PROSPECTIVE JUROR NO. 2:  That 20 days they pay |
| 09:03 | 24 | for. |
| 09:03 | 25 | MR. SAGEL:  In the questionnaire you were asked if |

09:03  1    you were picked as a juror, would you listen to all the

09:03  2    evidence, and you gave a response that you would give a fair

09:03  3    trial to both parties.  Is that still the case?

09:03  4                    PROSPECTIVE JUROR NO. 2:  Yes.

09:03  5                    MR. SAGEL:  No further questions, Your Honor.

09:03  6                    MR. STEWARD:  Your Honor, just one I forgot.

09:03  7                    THE COURT:  Sure.

09:03  8                    MR. STEWARD:  My apologies.

09:03  9                    Sir, when the conversation came up with your

09:03  10   brother, how did that come up?  How did the topic come up?

09:03  11                   PROSPECTIVE JUROR NO. 2:  When I came home -- we

09:03  12   both know him from his TV appearances -- and I told him that

09:03  13   he was the defendant in the case I was, you know, being

09:03  14   considered for.

09:03  15                   MR. STEWARD:  And you have seen him on TV

09:04  16   appearances?

09:04  17                   PROSPECTIVE JUROR NO. 2:  That's correct.

09:04  18                   MR. STEWARD:  How many times?

09:04  19                   PROSPECTIVE JUROR NO. 2:  Several, you know,

09:04  20   mainly from a couple years ago when the Stephanie Clifford

09:04  21   case was going on.  I watch MSNBC almost every day, so I

09:04  22   have seen him many times on that.

09:04  23                   MR. STEWARD:  And did you come up with any

09:04  24   impression of him after seeing him multiple times on TV?

09:04  25                   PROSPECTIVE JUROR NO. 2:  I mean, I enjoyed his TV

| | | |
|---|---|---|
| 09:04 | 1 | appearances.  I mean, I watched him as a TV personality. |
| 09:04 | 2 | But as a person, no. |
| 09:04 | 3 | MR. STEWARD:  And how about the actions that he |
| 09:04 | 4 | was taking in defense or representing Ms. Clifford?  Did |
| 09:04 | 5 | that leave you with any particular impression? |
| 09:04 | 6 | PROSPECTIVE JUROR NO. 2:  No, not particularly. |
| 09:04 | 7 | MR. STEWARD:  Thank you.  Nothing further. |
| 09:04 | 8 | THE COURT:  Would you go back in the jury room for |
| 09:04 | 9 | a minute. |
| 09:04 | 10 | (Prospective juror exits courtroom) |
| 09:05 | 11 | THE COURT:  Any objection? |
| 09:05 | 12 | MR. STEWARD:  Your Honor, yes, with the |
| 09:05 | 13 | conversation with the brother.  Our concern would be that he |
| 09:05 | 14 | has discussed it once despite the admonitions, and chances |
| 09:05 | 15 | of him doing it again as we go along are probably pretty |
| 09:05 | 16 | high.  So we would ask for him to be excused. |
| 09:05 | 17 | MR. SAGEL:  If you need a response, I can say |
| 09:05 | 18 | that's pure speculation.  There is nothing showing that he |
| 09:05 | 19 | couldn't be a fair and impartial juror. |
| 09:05 | 20 | THE COURT:  I'm not going to excuse him.  In the |
| 09:05 | 21 | initial instructions I will again read the admonition about |
| 09:05 | 22 | talking to people.  Also it's my practice at the lunch break |
| 09:05 | 23 | and at the adjournment I give the usual admonition that you |
| 09:06 | 24 | are not to discuss the case with anyone and you are not to |
| 09:06 | 25 | form any opinions on the issues until the case is submitted |

09:06  1    to you.

09:06  2                So the request for excusal is denied.

09:06  3                THE CLERK:  Next up will be No. 5.

09:06  4                Juror No. 5.

09:06  5                (Prospective juror enters courtroom)

09:07  6                THE COURT:  Good morning, sir.

09:07  7                PROSPECTIVE JUROR NO. 5:  Good morning.

09:07  8                THE COURT:  Sir, if you would be comfortable,

09:07  9    there is the plexiglass.  Thank you.

09:07  10               Sir, a transcript is being prepared of this and

09:07  11   the whole trial, and the transcript that will be filed will

09:07  12   be public.  The privacy laws prevent us from including

09:07  13   jurors' names in the transcript, so counsel will address you

09:08  14   as Juror No. 5.  They're not being rude and they're not

09:08  15   being disrespectful.  It's to protect your privacy.

09:08  16               PROSPECTIVE JUROR NO. 5:  Of course.

09:08  17               THE COURT:  Okay.

09:08  18               Mr. Steward.

09:08  19               MR. STEWARD:  Good morning, sir.

09:08  20               PROSPECTIVE JUROR NO. 5:  Good morning.

09:08  21               MR. STEWARD:  You noted on your questionnaire to

09:08  22   the question about being instructed, that you will be

09:08  23   instructed throughout the trial that you can't read or

09:08  24   listen to accounts of the case in the media or social media.

09:08  25               Do you think this would be too difficult to do?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:08   1   And you circled yes and then explained:  I feel there will
09:08   2   be a lot of media coverage on the case.
09:08   3            Even if there is a lot of media coverage, are you
09:08   4   saying that you would not be able to not look at it?
09:08   5            PROSPECTIVE JUROR NO. 5:  I work in social media.
09:08   6   I have a video specialty service, so I'm on social media
09:08   7   often looking at trends and all that kind of stuff.  So
09:08   8   that's the reason why I put that down there.  I am on social
09:08   9   media often for work purposes.
09:08   10           MR. STEWARD:  Okay.  Well, do you understand the
09:08   11  purpose of not looking at social media?
09:09   12           PROSPECTIVE JUROR NO. 5:  Yes.
09:09   13           MR. STEWARD:  Who knows if it's accurate or not,
09:09   14  correct?
09:09   15           PROSPECTIVE JUROR NO. 5:  Correct.
09:09   16           MR. STEWARD:  Being in the media, you understand
09:09   17  that, right?
09:09   18           PROSPECTIVE JUROR NO. 5:  Right.
09:09   19           MR. STEWARD:  I guess the bottom line question is:
09:09   20  As you're looking at the media and you're going along, if
09:09   21  you see something that pertains to this case, can you look
09:09   22  away or click away or whatever?  That's what we're asking.
09:09   23           PROSPECTIVE JUROR NO. 5:  Yes.  I can swipe past
09:09   24  it, yes.  I'm just saying it could come across just because
09:09   25  of the nature of my work.

09:09   1          MR. STEWARD:  You understand that if that

09:09   2  accidentally happens, you need to report that?

09:09   3          PROSPECTIVE JUROR NO. 5:  Yes.

09:09   4          MR. STEWARD:  Okay.  The next question is about

09:09   5  Mr. Avenatti being a civil trial lawyer who sues individuals

09:09   6  and corporations.  To shortcut it, you said:  I feel he

09:09   7  knows how to manipulate the system.

09:09   8          What do you mean by that?

09:09   9          PROSPECTIVE JUROR NO. 5:  I mean I just feel like

09:10  10  that lawyers, obviously they're in courtrooms every day and

09:10  11  they are there to make people believe something one way or

09:10  12  another.

09:10  13          MR. STEWARD:  So as Mr. Avenatti sits here today,

09:10  14  you think there should be a different standard for him in

09:10  15  this trial?

09:10  16          PROSPECTIVE JUROR NO. 5:  No.  I'm not sure what

09:10  17  the standard should be.  I mean, I don't know if -- I think

09:10  18  that because of the media and TV.  That's just kind of the

09:10  19  general thought I have on lawyers.  I mean, they're in

09:10  20  courtrooms every day.  I just feel that, you know, either

09:10  21  way they have a way of manipulating information to make the

09:10  22  jury think one way or another.

09:10  23          MR. STEWARD:  So does that make you think that you

09:10  24  should treat him differently than other defendants in a

09:10  25  criminal case because he's a lawyer, trial lawyer?

09:10    1           PROSPECTIVE JUROR NO. 5:  I don't think I would

09:10    2   treat him any differently.  I think it's just the

09:10    3   information that's kind of in my head that, you know, for a

09:10    4   lawyer, then, like, you know, like I say, creep in and maybe

09:10    5   think that, you know, maybe this isn't true part of the

09:11    6   time.

09:11    7           MR. STEWARD:  So, for example, you're on the jury.

09:11    8   You are back deliberating on what to do in this case.  You

09:11    9   are saying that that could come out in your head and

09:11   10   influence you one way or the other in your decision?

09:11   11           PROSPECTIVE JUROR NO. 5:  Yes.

09:11   12           MR. STEWARD:  And that's because he is a civil

09:11   13   trial lawyer, correct?

09:11   14           PROSPECTIVE JUROR NO. 5:  Yes.

09:11   15           MR. STEWARD:  Thank you, Your Honor.  I have

09:11   16   nothing further.

09:11   17           MR. SAGEL:  If the Court were to instruct you that

09:11   18   you shouldn't take into account anything you think about

09:11   19   lawyers and you should only base your decision on what you

09:11   20   hear in this courtroom, based on witnesses on the stand,

09:11   21   evidence you will see, would you follow the Court's

09:11   22   instructions on that?

09:11   23           PROSPECTIVE JUROR NO. 5:  Yes.

09:11   24           MR. SAGEL:  You probably now know this, but

09:11   25   Mr. Steward who just asked you some questions and myself,

| | | |
|---|---|---|
| 09:11 | 1 | we're also lawyers. |
| 09:11 | 2 | PROSPECTIVE JUROR NO. 5:  Yep. |
| 09:11 | 3 | MR. SAGEL:  There will be witnesses in this trial |
| 09:11 | 4 | who are also going to be lawyers. |
| 09:11 | 5 | PROSPECTIVE JUROR NO. 5:  Yep. |
| 09:11 | 6 | MR. SAGEL:  Will you be able to treat everybody |
| 09:11 | 7 | who's a lawyer equally and fairly in this case? |
| 09:12 | 8 | PROSPECTIVE JUROR NO. 5:  Yes. |
| 09:12 | 9 | MR. SAGEL:  No further questions, Your Honor. |
| 09:12 | 10 | MR. STEWARD:  Your Honor, one I forgot to ask, if |
| 09:12 | 11 | I may. |
| 09:12 | 12 | THE COURT:  Yes. |
| 09:12 | 13 | MR. STEWARD:  Sir, you said that you work with the |
| 09:12 | 14 | NFL? |
| 09:12 | 15 | PROSPECTIVE JUROR NO. 5:  Yes. |
| 09:12 | 16 | MR. STEWARD:  Were you aware of the NFL ticket, |
| 09:12 | 17 | Super Bowl, let's call it, scandal incident several years |
| 09:12 | 18 | ago? |
| 09:12 | 19 | PROSPECTIVE JUROR NO. 5:  I was not with the NFL |
| 09:12 | 20 | at the time.  It sounds familiar.  I don't know any |
| 09:12 | 21 | specifics about that. |
| 09:12 | 22 | MR. STEWARD:  Thank you.  Nothing further. |
| 09:12 | 23 | PROSPECTIVE JUROR NO. 5:  Yes. |
| 09:12 | 24 | THE COURT:  Sir, would you go back to the jury |
| 09:12 | 25 | room. |

09:12  1            PROSPECTIVE JUROR NO. 5:  Yes.

09:12  2            (Prospective juror exits courtroom)

09:12  3            THE COURT:  Mr. Steward.

09:12  4            MR. STEWARD:  I'd move to excuse, Your Honor,

09:12  5   based on the answers about holding the defendant to a

09:12  6   different standard.  I'll submit.

09:12  7            THE COURT:  I heard him indicate that he would

09:12  8   decide the case on its own facts and treat all witnesses

09:13  9   equally.  I think that's sufficient.  The request will be

09:13  10  denied.

09:13  11           THE CLERK:  Juror No. 11.

09:14  12           (Prospective juror enters courtroom)

09:14  13           THE COURT:  Would you be uncomfortable taking your

09:14  14  mask off?  You're in a plexiglass enclosure.

09:14  15           PROSPECTIVE JUROR NO. 11:  Okay.

09:14  16           THE COURT:  Okay.  Thank you.

09:14  17           A transcript is being prepared of this, a written

09:14  18  transcript of what everybody says.  And that will be filed,

09:14  19  and it will be a public document.  Privacy laws prevent us

09:14  20  from allowing your name to be in a transcript, so the

09:14  21  lawyers are going to address you by your juror number, Juror

09:14  22  No. 1, rather than your name.  They're not being

09:14  23  disrespectful.  They're just trying to obey the privacy

09:14  24  laws.  Okay?

09:14  25           PROSPECTIVE JUROR NO. 11:  Okay.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:14    1               THE COURT:  Mr. Steward.

09:14    2               MR. STEWARD:  Thank you, Your Honor.

09:14    3          Good morning.

09:14    4          PROSPECTIVE JUROR NO. 11:  Good morning.

09:14    5               MR. STEWARD:  On your questionnaire you answered

09:14    6     the question about Mr. Avenatti as a civil trial lawyer who

09:15    7     sues individuals and corporations.  Would you give lesser or

09:15    8     greater weight to the evidence in the case because he's a

09:15    9     lawyer?  You wrote -- well, you didn't circle either yes or

09:15   10     no, but you wrote:  Greater.  He knows the law.

09:15   11          What did you mean by that?

09:15   12          PROSPECTIVE JUROR NO. 11:  I might not be answer

09:15   13     correctly, but what I understood is he is a lawyer, and he

09:15   14     got -- he should know all the laws that we have.  So I would

09:15   15     assume -- I guess I shouldn't assume, but I did assume that

09:15   16     he is a lawyer and he got into this kind of problem, so it

09:15   17     would be a little bit of -- I guess it's my personal idea

09:15   18     that if he got caught in this kind of, I wouldn't say, scam

09:16   19     or whatever probably that he is in, that it would be -- how

09:16   20     can I explain?  It would be greater for him to be more

09:16   21     beneficial to win this case.  I'm not sure that I did say it

09:16   22     correctly.

09:16   23               MR. STEWARD:  Thank you.  I appreciate your

09:16   24     candor.  There is no right or wrong answer to any of this.

09:16   25     You are being very truthful with us, and we appreciate that.

09:16   1          You also wrote that a lawyer knows the law and
09:16   2    would also know how to get out of, and it looks like you
09:16   3    had -- trouble, and then scratched it out.  Can you tell us
09:16   4    what you meant by that.  Is it similar to what you just
09:16   5    said?
09:16   6          PROSPECTIVE JUROR NO. 11:  Just like I said,
09:16   7    because he is a lawyer and he knows all the laws that we
09:17   8    live by every day, and he will be easier to get out of the
09:17   9    problem that he is in.  I mean, if he is going to fight for
09:17   10   it, he is going to have -- he is going to use all whatever
09:17   11   knowledge he has to fight for it and to get out of trouble
09:17   12   that he's in.
09:17   13         MR. STEWARD:  So he would be different than other
09:17   14   people coming in as a defendant in your mind?
09:17   15         PROSPECTIVE JUROR NO. 11:  Yes, because if I come
09:17   16   in as a defendant, I will not know and I would depend
09:17   17   completely to my lawyer to protect me.  He himself is a
09:17   18   lawyer already and he has a lawyer, and he has you to
09:17   19   protect him.  So I think it would be a little bit more
09:17   20   beneficial to him.
09:17   21         MR. STEWARD:  I think you mentioned something a
09:17   22   moment ago about him being involved in a scam, and I didn't
09:18   23   remember what you said right before that.
09:18   24         Have you decided that he was involved in a scam?
09:18   25         PROSPECTIVE JUROR NO. 11:  I don't know anything

09:18  1    about this case.  All I know is whatever the information
09:18  2    that you guys talked about on Tuesday when I was in here as
09:18  3    a juror.  I don't know if it's a scam.  Maybe I might have
09:18  4    used a wrong word, but I know that he is here because he is
09:18  5    in some kind of trouble.
09:18  6          MR. STEWARD:  Okay.  So in your mind kind of the
09:18  7    bottom line here is that a lawyer generally, and
09:18  8    specifically Mr. Avenatti, has some kind of an advantage
09:18  9    here because they are lawyers?
09:18  10         PROSPECTIVE JUROR NO. 11:  Yes.  I would say
09:18  11   honestly yes.
09:18  12         MR. STEWARD:  Thank you, Your Honor.  Nothing
09:18  13   further.
09:18  14         THE COURT:  Mr. Sagel.
09:18  15         MR. SAGEL:  Briefly, Your Honor.
09:19  16         Good morning.
09:19  17         PROSPECTIVE JUROR NO. 11:  Good morning.
09:19  18         MR. SAGEL:  When you filled out this packet and
09:19  19   you gave your answers to the questions about lawyers, you
09:19  20   were doing that just based on where you were that day
09:19  21   without any instructions from the Court and without knowing
09:19  22   anything about this case; is that correct?
09:19  23         PROSPECTIVE JUROR NO. 11:  Yes.
09:19  24         MR. SAGEL:  If you were chosen as a juror, if the
09:19  25   judge were to tell you that you need to set aside all those

29

09:19  1    thoughts and opinions and only decide the case based on the
09:19  2    evidence and the testimony that happens in the courtroom,
09:19  3    would you be able to do that?
09:19  4                PROSPECTIVE JUROR NO. 11:  If the judge asked us
09:19  5    to do a jury, I probably will do.  But, like, I'm a regular
09:19  6    human, and I would not completely -- I mean, I would not be
09:19  7    able to say that it would not affect the deliberations that
09:19  8    I would make.
09:19  9                MR. SAGEL:  If I recall -- let me just confirm
09:20  10   this.  You have served on a jury before; is that correct?
09:20  11               PROSPECTIVE JUROR NO. 11:  Yes, I did, a few years
09:20  12   back.  It was -- I believe it was a drug dealer case.
09:20  13               MR. SAGEL:  And in that case did you have any
09:20  14   problems following the Court's instructions during that
09:20  15   case?
09:20  16               PROSPECTIVE JUROR NO. 11:  I didn't have any
09:20  17   problem with following the case.  But when we went into the
09:20  18   jury room to discuss about whether that person is guilty or
09:20  19   not, I didn't like the way the jury did that.  I mean, the
09:20  20   way I see it was that he didn't have enough evidence, but
09:20  21   then most of the people think that he was guilty.
09:20  22               I have a little -- I mean, I have no problem with
09:20  23   regular conversations, but when we come to the court and use
09:21  24   different languages and vocabularies, I might not be able to
09:21  25   understand hundred percent.  So I tried to explain to them

09:21   1    that I don't think that there was enough evidence for them

09:21   2    to tell them that he is guilty, but the majority of the

09:21   3    people said he was guilty.

09:21   4            It looks like me and one more person, we didn't

09:21   5    think he was guilty because it was a lack of evidence.  But

09:21   6    the majority of the people said he was guilty, so they,

09:21   7    like, try to convince us that he is guilty of something.  So

09:21   8    we just have to agree with them, and I didn't like that.

09:21   9            MR. SAGEL:  Prior to that case did you have any

09:21   10   thoughts about either that type of defendant, like a drug

09:21   11   dealer, or anything that you thought of before you got there

09:21   12   that stayed in your mind while you were deliberating in that

09:21   13   case?

09:21   14           PROSPECTIVE JUROR NO. 11:  Well, I see a lot of

09:22   15   TV -- not now but before, I see a lot of TV with crimes and

09:22   16   police things and drug dealers and how they act and how the

09:22   17   police got to them and those kind of things.  Once in a

09:22   18   while I see these things.

09:22   19           Plus I guess as a mother of the kids and I know

09:22   20   what I think about is drugs is completely against my living

09:22   21   styles or, like, how I raise my kids.  So I know that that

09:22   22   thing, that category is a bad thing, I mean, but I will try

09:22   23   to be fair with the person.  So I try to look at more the

09:22   24   evidence, but -- that's all.

09:22   25           MR. SAGEL:  Understood.  Thank you.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:22    1          MR. STEWARD:  May I follow up just for a moment,
09:22    2    Your Honor?
09:22    3          Ma'am, you said but.  So as I understand it, even
09:22    4    if the judge instructed you otherwise, you would hold it
09:22    5    against Mr. Avenatti that he's a lawyer; is that right?
09:23    6          PROSPECTIVE JUROR NO. 11:  I mean, if I become a
09:23    7    juror, I guess I have to put that thoughts away so I could
09:23    8    give him a fair trial.  I mean, what I have to do, I have to
09:23    9    do.
09:23   10          MR. STEWARD:  It sounds like you're hesitant,
09:23   11    though.
09:23   12          PROSPECTIVE JUROR NO. 11:  I can't tell you that I
09:23   13    will be completely out of -- take it out of my mind that
09:23   14    he's a lawyer and that he's in the case.  To tell you the
09:23   15    truth, I can't say that I would do a hundred percent.
09:23   16          MR. STEWARD:  Thank you for your candor.
09:23   17          THE COURT:  May I ask you a couple of questions.
09:23   18          You indicated you thought that Mr. Avenatti had an
09:23   19    advantage in defending himself because he's a lawyer.  I'm
09:23   20    going to ask you a different question.  Do you think the
09:23   21    fact that he is a lawyer would make any difference as you
09:24   22    listen to the evidence and determine whether he committed
09:24   23    the charged crimes -- not how he's defending himself but
09:24   24    focusing on the crimes?
09:24   25          PROSPECTIVE JUROR NO. 11:  It could be in my mind

```
09:24    1    because if he's not a lawyer and he's in some kind of -- in
09:24    2    some kind of thing he is charged for it, then he is not only
09:24    3    depends on his lawyer, but --
09:24    4            THE COURT:  Right, but I'm not focusing on how he
09:24    5    defends himself.  You're going to be asked to decide whether
09:24    6    the government has proved its case as whether he committed
09:24    7    the crimes.  Would the fact that he's a lawyer affect how
09:24    8    you answer that question whether he committed the crimes?
09:24    9            PROSPECTIVE JUROR NO. 11:  I would think that.
09:25   10            THE COURT:  Okay.  Thank you.
09:25   11            If you would go back in the jury room, please.
09:25   12            (Prospective juror exits courtroom)
09:25   13            THE COURT:  Mr. Steward.
09:25   14            MR. STEWARD:  Move to dismiss this juror.
09:25   15            MR. SAGEL:  We will stipulate, Your Honor.
09:25   16            THE COURT:  She will be excused.
09:26   17            THE CLERK:  Juror No. 26.
09:26   18            (Prospective juror enters courtroom)
09:26   19            THE COURT:  Good morning, sir.
09:26   20            PROSPECTIVE JUROR NO. 26:  Good morning.
09:26   21            THE COURT:  A transcript is going to be prepared
09:26   22    of these proceedings and the whole trial, a written
09:26   23    transcript.  It will be filed, and that will be a public
09:26   24    document.  Privacy laws prevent jurors' names from being
09:26   25    published in court documents, with some exceptions but
```

09:26    1    especially jurors.

09:26    2              Counsel are going to refer to you as a Juror

09:26    3    No. 26, and that's what's going to be in the transcript.

09:26    4    They're not being rude or disrespectful.  They're just

09:26    5    taking these steps to preserve your privacy.

09:26    6              PROSPECTIVE JUROR NO. 26:  Okay.

09:26    7              THE COURT:  Mr. Steward.

09:26    8              MR. STEWARD:  Thank you, Your Honor.

09:26    9              Sir, in your questionnaire in response to question

09:26   10    number 25 asking you about if you'd heard anything about

09:26   11    Mr. Avenatti.  You said:  Represented Stormy Daniels and

09:27   12    some lady accused Justice Kavanaugh of misbehavior in

09:27   13    college.

09:27   14              So as I understand it, you have knowledge of two

09:27   15    different aspects of cases that Mr. Avenatti may have been

09:27   16    involved in; is that right?

09:27   17              PROSPECTIVE JUROR NO. 26:  Yes.

09:27   18              MR. STEWARD:  And your basis for that is what?

09:27   19    Where did you get your knowledge for that?

09:27   20              PROSPECTIVE JUROR NO. 26:  From reading news

09:27   21    articles and TV, I guess.

09:27   22              MR. STEWARD:  Okay.  And TV, do you remember any

09:27   23    specific network that you watched?

09:27   24              PROSPECTIVE JUROR NO. 26:  I watch Fox News and

09:27   25    skip to CNN once in a while to see what's on there, too.

09:27   1           MR. STEWARD:  Okay.  And the lady that accused

09:27   2   Justice Kavanaugh, your next answer to the question says

09:27   3   that you thought that Justice Kavanaugh was unfairly

09:27   4   treated; is that correct?

09:27   5           PROSPECTIVE JUROR NO. 26:  That's correct.

09:27   6           MR. STEWARD:  Okay.  And is that in part because

09:27   7   of Mr. Avenatti and the representation of this lady?

09:28   8           PROSPECTIVE JUROR NO. 26:  I would say yes, the

09:28   9   entire episode of going back that far in his past to dig up

09:28   10  stuff that's irrelevant.

09:28   11          MR. STEWARD:  And you believe Mr. Avenatti was

09:28   12  part of that?

09:28   13          PROSPECTIVE JUROR NO. 26:  As far as my

09:28   14  recollection is, yes.

09:28   15          MR. STEWARD:  That's all we're asking for is your

09:28   16  best recollection.

09:28   17          And the fact that he in your mind was involved in

09:28   18  the situation with Justice Kavanaugh, does that prevent you

09:28   19  from being fair to him in this case?

09:28   20          PROSPECTIVE JUROR NO. 26:  I would definitely go

09:28   21  in with a bias.  But from what I've seen and heard, it's

09:28   22  something that's emotional and political.  So, yes.

09:28   23          MR. STEWARD:  Thank you.  That's what we're

09:28   24  looking for here, and thank you for your candor.  I take it

09:28   25  you don't really feel that you can be fair to Mr. Avenatti

09:28   1   if you were chosen as a juror?

09:28   2              PROSPECTIVE JUROR NO. 26:  I treat information as

09:29   3   it comes to me fairly, but in general I do have that

09:29   4   prejudice of what I know as facts so far.

09:29   5              MR. STEWARD:  And towards the back of the

09:29   6   questionnaire there was a question about:  Is there any

09:29   7   reason why you may be prejudiced for or against the

09:29   8   government or for or against Mr. Avenatti?  And you wrote:

09:29   9   Only what I read.  Is that like an extension of what you've

09:29   10  already told us, for example, with the Kavanaugh situation?

09:29   11             PROSPECTIVE JUROR NO. 26:  I would say so, yes.

09:29   12             MR. STEWARD:  And in your mind it's a pretty clear

09:29   13  bias, right?

09:29   14             PROSPECTIVE JUROR NO. 26:  From what I know about

09:29   15  all that stuff with Justice Kavanaugh and the Supreme Court,

09:29   16  yes, there is a bias there.

09:29   17             MR. STEWARD:  Did you follow that news story

09:29   18  fairly closely?

09:29   19             PROSPECTIVE JUROR NO. 26:  I followed as closely

09:29   20  as I think I should as a citizen of this country.  So, yes.

09:29   21             MR. STEWARD:  Thank you, Your Honor.  Nothing

09:30   22  further.

09:30   23             THE COURT:  Mr. Sagel.

09:30   24             MR. SAGEL:  Yes, Your Honor.

09:30   25             Good morning.

09:30  1          PROSPECTIVE JUROR NO. 26:  Good morning.

09:30  2          MR. SAGEL:  After your two questions that were

09:30  3  just read to you about Justice Kavanaugh and the Stormy

09:30  4  Daniels matter, the question said:  Based on anything that

09:30  5  you have read, seen, or heard about Mr. Avenatti, would you

09:30  6  be able to follow the Court's instructions to put that

09:30  7  information out of your mind and decide this case based only

09:30  8  on the evidence presented at trial?  You circled yes.  Is

09:30  9  that still correct?

09:30  10         PROSPECTIVE JUROR NO. 26:  That's correct.

09:30  11         MR. SAGEL:  This judge will instruct you you need

09:30  12  to set aside anything you heard outside of this courtroom

09:30  13  and only decide this matter on the evidence and testimony

09:30  14  that happens here.  Would you be able to do that?

09:30  15         PROSPECTIVE JUROR NO. 26:  I believe so.

09:30  16         MR. SAGEL:  And also there was a question at the

09:30  17  end, one of the concluding questions that says:  Is there

09:31  18  any reason you think you cannot be a fair and impartial

09:31  19  juror in this case?  You said no.  Is it true that you

09:31  20  believe you can be a fair and impartial juror in this case?

09:31  21         PROSPECTIVE JUROR NO. 26:  Again, you know, I have

09:31  22  biases going in, but I look at facts.  I mean, I'm logical

09:31  23  and could change my mind based on what I see in front of me.

09:31  24         MR. SAGEL:  And justice Kavanaugh and the hearings

09:31  25  related to Justice Kavanaugh will have absolutely nothing to

09:31  1  do with the trial that you would be dealing with here.

09:31  2  Knowing that those facts would never come up in this

09:31  3  courtroom, would you be able to focus on just the facts and

09:31  4  the evidence from this case?

09:31  5          PROSPECTIVE JUROR NO. 26:  Tough question.  It's a

09:31  6  lot of bias going on because, like I said, I'm up to date on

09:31  7  what's going on in this country and I follow current events,

09:31  8  and it's a current event.  So I will do my best.

09:32  9          MR. SAGEL:  Nothing further, Your Honor.

09:32  10          THE COURT:  Mr. Steward.

09:32  11          MR. STEWARD:  Sir, when you were asked about

09:32  12  whether you could follow the instruction to put out of your

09:32  13  mind all of these other things and be fair and impartial,

09:32  14  you said after some hesitation, I believe so.  Are you

09:32  15  having some trouble with that?

09:32  16          PROSPECTIVE JUROR NO. 26:  Well, I am somebody

09:32  17  that, you know, likes to listen to facts and make my own

09:32  18  decision based on what I see as facts.  So my hesitation

09:32  19  only is that I am pretty solid on my opinions of how poorly

09:32  20  Kavanaugh was treated and the entire political process

09:32  21  around that.  How much that would influence me?  I think I

09:32  22  could lay it out of my mind, but at the same time, you know,

09:32  23  this is just a whole new world to me.

09:32  24          MR. STEWARD:  And the facts as you see them, in

09:33  25  large part sounds like you get it from Fox News?

09:33  1          PROSPECTIVE JUROR NO. 26:  I get plenty from Fox
09:33  2  News, sure.
09:33  3          MR. STEWARD:  Thank you.  Nothing further.
09:33  4          THE COURT:  Sir, we need jurors who can positively
09:33  5  be fair and impartial.  A lot of times people have a
09:33  6  visceral reaction about the crimes and the nature of the
09:33  7  crime and they feel very strongly about that type of
09:33  8  conduct, but they can say, you know, notwithstanding what I
09:33  9  feel about that conduct, I can listen to the facts and
09:33  10  decide this case on its merits.
09:33  11          So I think you have to tell us, up and down,
09:33  12  whether you can really put it aside and just listen to the
09:33  13  facts of this case.
09:33  14          PROSPECTIVE JUROR NO. 26:  I can't put it aside.
09:33  15          THE COURT:  Thank you, sir.  Would you stand by,
09:33  16  please.
09:33  17          (Prospective juror exits courtroom)
09:33  18          MR. SAGEL:  We would submit, Your Honor.
09:34  19          MR. STEWARD:  Thank you.
09:34  20          THE COURT:  He will be excused.
09:34  21          THE CLERK:  Juror No. 27.
09:34  22          (Prospective juror enters courtroom)
09:34  23          THE COURT:  Good morning, ma'am.  Would you be
09:34  24  comfortable taking your mask off?
09:34  25          PROSPECTIVE JUROR NO. 27:  Yes.

09:34   1          THE COURT:  Thank you.  A written transcript is
09:34   2    being prepared, and it will be filed and will be publicly
09:35   3    available.  Privacy rules prevent jurors' names from being
09:35   4    used in the transcript.  So for that reason counsel are
09:35   5    going to call you by juror number.  You are Juror No. 27.
09:35   6    They're not being rude or disrespectful.  It's just to
09:35   7    protect your privacy.
09:35   8          PROSPECTIVE JUROR NO. 27:  Thank you.
09:35   9          THE COURT:  Mr. Steward.
09:35   10          MR. STEWARD:  Thank you, Your Honor.
09:35   11          Good morning.
09:35   12          PROSPECTIVE JUROR NO. 27:  Good morning.
09:35   13          MR. STEWARD:  On your questionnaire on the
09:35   14    question about whether you had read, seen, or heard anything
09:35   15    about Mr. Avenatti, you wrote:  I'm not sure.  However, I
09:35   16    think I might have read about him in the Register.
09:35   17          First off, are you talking about the Orange County
09:35   18    Register, the newspaper?
09:35   19          PROSPECTIVE JUROR NO. 27:  Correct.
09:35   20          MR. STEWARD:  Okay.  And we have now had 48 hours
09:35   21    since you filled this out.  Any further thoughts on that?
09:35   22    Do you remember anything more?
09:35   23          PROSPECTIVE JUROR NO. 27:  No.  No.  I just --
09:35   24    when I answered that, you know, I read the newspaper often,
09:35   25    so I vaguely kind of just remember the name just because

09:36    1   it's not a common last name, per se.  But that's all and
09:36    2   nothing since.
09:36    3           MR. STEWARD:  And when the judge read the summary
09:36    4   of the case, did that jog your memory at all about anything
09:36    5   you may have read or seen?
09:36    6           PROSPECTIVE JUROR NO. 27:  It did jog my memory
09:36    7   just because of some of the points that he read.
09:36    8           MR. STEWARD:  And you recognize some of those
09:36    9   points as something you may have read in the Orange County
09:36   10   Register?
09:36   11           PROSPECTIVE JUROR NO. 27:  Correct.
09:36   12           MR. STEWARD:  Okay.  Do you remember anything more
09:36   13   as you sit there today?
09:36   14           PROSPECTIVE JUROR NO. 27:  No.  Just like I
09:36   15   mentioned before, the judge had mentioned some of the wire
09:36   16   transfers and things like that, and that kind of jogged my
09:36   17   memory along with the name.  But that was it.
09:36   18           MR. STEWARD:  So nothing more specific than that?
09:37   19           PROSPECTIVE JUROR NO. 27:  No.
09:37   20           MR. STEWARD:  Just kind of remember the name and
09:37   21   maybe an event or two and that's pretty much it; is that
09:37   22   fair?
09:37   23           PROSPECTIVE JUROR NO. 27:  Yes.
09:37   24           MR. STEWARD:  Thank you.  Nothing further, Your
09:37   25   Honor.

09:37  1                  THE COURT:  Mr. Sagel.

09:37  2                  MR. SAGEL:  No, Your Honor.

09:37  3                  THE COURT:  Thank you.  Would you go back to the

09:37  4      jury room, please.

09:37  5                  (Prospective juror exits courtroom)

09:37  6                  THE COURT:  Challenge?

09:37  7                  MR. STEWARD:  No, Your Honor.  Thank you.

09:37  8                  MR. WYMAN:  Your Honor, briefly before we bring in

09:37  9      the next juror?

09:37  10                  THE CLERK:  That person is returning, the last

09:37  11      juror?

09:37  12                  THE COURT:  Yes, Juror No. 27.

09:37  13                  MR. WYMAN:  I believe Juror No. 33 is next.  This

09:37  14      juror indicated a number of different biases, several that

09:37  15      were unrelated to the defendant, including biases for law

09:37  16      enforcement.  I just want to clarify.  The Court does not

09:38  17      want us to inquire about those at this time?

09:38  18                  THE COURT:  Correct.  We will take that up in

09:38  19      general voir dire.  The purpose of the individual voir dire,

09:38  20      although it's time consuming, it's a very critical issue,

09:38  21      possible prejudice to Mr. Avenatti by virtue of the

09:38  22      publicity.

09:38  23                  Other biases and experiences of jurors we are just

09:38  24      not going to get into at this point.  If that person is

09:38  25      seated, you will be able to go into it as part of general

09:38  1    voir dire.

09:38  2              MR. WYMAN:  Thank you, Your Honor.

09:39  3              THE CLERK:  Juror No. 33.

09:39  4              (Prospective juror enters courtroom)

09:39  5              THE COURT:  Good morning, ma'am.  Would you be

09:39  6    comfortable taking your mask off?

09:39  7              PROSPECTIVE JUROR NO. 33:  Yes.

09:39  8              Good morning.

09:39  9              THE COURT:  A written transcript is going to be

09:39  10   prepared of these proceedings, and that will be filed with

09:39  11   the public.  For privacy reasons jurors' names are not

09:39  12   included in that public transcript.  So the lawyers are

09:40  13   going to address you by your jury number, which is Juror

09:40  14   No. 33.  They're not being rude or disrespectful.  They're

09:40  15   just trying to preserve your privacy.

09:40  16              PROSPECTIVE JUROR NO. 33:  Okay.

09:40  17              THE COURT:  You indicated you wanted to bring up

09:40  18   something about hardship?

09:40  19              PROSPECTIVE JUROR NO. 33:  Yes.  I have a

09:40  20   financial hardship.  I only get paid five days of jury duty.

09:40  21   I just recently bought a home, so it's going to be a little

09:40  22   tough getting the extra days off since I won't have much

09:40  23   compensation to pay my bills.

09:40  24              THE COURT:  What do you do?

09:40  25              PROSPECTIVE JUROR NO. 33:  I'm a case manager.

09:40    1          THE COURT:  For?

09:40    2          PROSPECTIVE JUROR NO. 33:  For a mental health

09:40    3    agency for Los Angeles.

09:40    4          THE COURT:  Are there any other wage earners in

09:40    5    your house?

09:40    6          PROSPECTIVE JUROR NO. 33:  My partner.  She works

09:40    7    full time, but she also -- we split the bills in half, so

09:40    8    she couldn't cover the full portion.

09:41    9          THE COURT:  What is the approximate annual income

09:41   10    for your household?

09:41   11          PROSPECTIVE JUROR NO. 33:  I think it's about

09:41   12    75,000.

09:41   13          THE COURT:  Mr. Steward.

09:41   14          MR. STEWARD:  In regard to the hardship or --

09:41   15          THE COURT:  Whatever you want to ask.  Do you want

09:41   16    to ask about that?

09:41   17          MR. STEWARD:  No, but I certainly have a position

09:41   18    on that.

09:41   19          THE COURT:  Why don't you go back in the jury room

09:41   20    for just a second.

09:41   21          MR. SAGEL:  We would stipulate, Your Honor.

09:41   22          THE COURT:  Okay.

09:41   23          Mr. Steward.

09:41   24          MR. STEWARD:  Yes.  Thank you.

09:41   25          THE COURT:  Okay.  Juror No. 33, thank you for

| | | |
|---|---|---|
| 09:41 | 1 | your service.  We're going to let you go. |
| 09:41 | 2 | (Prospective juror exits courtroom) |
| 09:42 | 3 | THE CLERK:  Juror No. 35. |
| 09:42 | 4 | (Prospective juror enters courtroom) |
| 09:42 | 5 | THE COURT:  Good morning, sir. |
| 09:42 | 6 | PROSPECTIVE JUROR NO. 35:  Good morning. |
| 09:42 | 7 | THE COURT:  A written transcript of this |
| 09:42 | 8 | proceeding and the whole trial will be prepared, and for |
| 09:42 | 9 | privacy reasons jurors' names are not written in the |
| 09:42 | 10 | transcript. |
| 09:42 | 11 | Accordingly, counsel are going to refer to you as |
| 09:43 | 12 | Juror No. 35, and that's what's going to appear in the |
| 09:43 | 13 | public transcript, not your name.  That's required to |
| 09:43 | 14 | protect you.  So counsel aren't being rude or disrespectful |
| 09:43 | 15 | by calling you by number.  It's to protect your privacy. |
| 09:43 | 16 | Okay? |
| 09:43 | 17 | PROSPECTIVE JUROR NO. 35:  Good. |
| 09:43 | 18 | THE COURT:  Mr. Steward. |
| 09:43 | 19 | MR. STEWARD:  Thank you, Your Honor. |
| 09:43 | 20 | Good morning, sir. |
| 09:43 | 21 | PROSPECTIVE JUROR NO. 35:  Good morning. |
| 09:43 | 22 | MR. STEWARD:  Juror No. 35. |
| 09:43 | 23 | PROSPECTIVE JUROR NO. 35:  Yes, sir. |
| 09:43 | 24 | MR. STEWARD:  I'm not criticizing your |
| 09:43 | 25 | handwriting, but I had a little trouble reading some of |

09:43   1   these answers that you have.  Before today have you read,

09:43   2   seen, or heard anything about Mr. Avenatti?  Can you just

09:43   3   tell me what you have heard, read, or seen?

09:43   4                 PROSPECTIVE JUROR NO. 35:  I can criticize my own

09:43   5   handwriting.  It's chicken scratch.  It's horrible.

09:43   6                 I recall he represented Stormy Daniels, who was

09:43   7   associated with possibly having or likely having an affair

09:43   8   with Donald Trump.  And I believe, as I recall the news

09:43   9   stories, that she received some moneys from him personally

09:44   10  through his own personal lawyer and had to sign a NDA,

09:44   11  nondisclosure agreement.  And he was in the media for some

09:44   12  time, 2017, 2018, somewhere around there, after the

09:44   13  election, about trying to --

09:44   14                MR. STEWARD:  And he being Mr. Avenatti?

09:44   15                PROSPECTIVE JUROR NO. 35:  Mr. Avenatti, yes.

09:44   16  Very visible in the news media representing her, usually

09:44   17  with her or separately by himself.  I don't recall why.  I

09:44   18  guess trying to just make it known to the public what had

09:44   19  occurred, and there were still some legal battles that they

09:44   20  were trying to secure for her, for his client.

09:44   21                MR. STEWARD:  And based on all of that, did you

09:44   22  form any kind of an opinion -- negative, positive,

09:45   23  neutral -- about Mr. Avenatti?

09:45   24  A     Neutral.  Other than that, he seemed like an

09:45   25  experienced, qualified attorney and spoke well on his feet

09:45   1   while being interviewed.  I had no idea whether or not his

09:45   2   case would be successful, but that was it.

09:45   3           MR. STEWARD:  Question 30 had to do with the NFL

09:45   4   Super Bowl XLV in Dallas.  I think you say:  I think I

09:45   5   remember that there was a ticket scam that defrauded

09:45   6   customers at that time.

09:45   7           Do you remember anything more about that from

09:45   8   2016, '17, whenever that was?  You remember the incident

09:45   9   itself.  Do you remember anything else that you've read,

09:45  10   seen, or heard?

09:45  11           PROSPECTIVE JUROR NO. 35:  No.  That's about it,

09:45  12   and that's pretty faint.  With, you know, Smartphones and

09:46  13   devices and ticketless, that's what I seem to recall.  You

09:46  14   know, maybe it was on, like, ESPN news saying people got

09:46  15   defrauded.  And that's horrible.  Probably paid a whole lot

09:46  16   of money.

09:46  17           MR. STEWARD:  Do you recall Mr. Avenatti's name

09:46  18   coming up in connection with Super Bowl XLV?

09:46  19           PROSPECTIVE JUROR NO. 35:  I do not, not at all.

09:46  20           MR. STEWARD:  The questionnaire asked about your

09:46  21   opinion of civil trial lawyers.  Again, why don't I just ask

09:46  22   you what that opinion is rather than trying to read it.

09:46  23           PROSPECTIVE JUROR NO. 35:  Yeah.  I probably

09:46  24   should have used some other paper there.  I felt like I was

09:46  25   in college again writing a paper or something.  My education

09:46   1   and my bachelor's is legal studies program up at UC
09:46   2   Berkeley, which is not the practice of law but its history,
09:47   3   the origin.
09:47   4           However, I did study some administration of law,
09:47   5   and I know that discretion in law, especially in criminal
09:47   6   and civil, is a big part of it.  I know from my
09:47   7   understanding that the right to sue for an individual is,
09:47   8   you know, right up there with the right to vote for me.
09:47   9           So there have been attempts by organizations,
09:47   10  corporations, businesses, what have you, to reduce a
09:47   11  person's right to sue if they have been harmed or
09:47   12  potentially harmed.  And I always say, like, don't give that
09:47   13  up.  It's more valuable than you think.  It's already
09:47   14  weighted down with limitations on trial jury sum awards and
09:47   15  things of that nature.  We are not as sue happy as people
09:47   16  think in California or in this country.
09:47   17          MR. STEWARD:  Well, let me ask you, then.  Given
09:48   18  that background, the fact that Mr. Avenatti has been a civil
09:48   19  trial lawyer, does that affect your thinking about him in
09:48   20  any way?  Would that affect you if you were a juror looking
09:48   21  at the case?
09:48   22          PROSPECTIVE JUROR NO. 35:  I don't think so.  I
09:48   23  don't think so.  I know there are always good and bad actors
09:48   24  in every profession with any significant quantity.  And I
09:48   25  just have, as yourself and your colleagues, thought about

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:48  1    law school myself.  I know it is -- you're not dumb.  You
09:48  2    know, to get you into law school and to succeed in law
09:48  3    school and graduate and then to pass the bar and all these
09:48  4    steps, these are qualified, very smart people in my view.
09:48  5         I just assume that having been in the profession
09:48  6    for a number of years and maybe a couple decades, that he is
09:48  7    good at the least.
09:49  8         MR. STEWARD:  Okay.  Assuming that everything that
09:49  9    you just said is spot on absolutely right, does the fact
09:49 10    that he's a civil trial lawyer, is that going to affect your
09:49 11    thinking when judging the evidence in this case and
09:49 12    potentially being in the jury room deliberating?
09:49 13         PROSPECTIVE JUROR NO. 35:  No, I don't believe so.
09:49 14    For me, if and when I am a juror, you will find that I can
09:49 15    very well focus on just what is spoken and presented in this
09:49 16    forum and that's it.
09:49 17         When it comes to deliberations, my fellow jurors,
09:49 18    if we get to that point, obviously my perspective is maybe a
09:49 19    little bit different, maybe a little bit more --
09:49 20         MR. STEWARD:  Nuanced?
09:49 21         PROSPECTIVE JUROR NO. 35:  Nuanced, yeah.  But I
09:49 22    generally like to hear all sides first even in the jury room
09:50 23    and then weight in, because I don't need to speak if we
09:50 24    generally see the case in the same way.
09:50 25         MR. STEWARD:  Thank you, Mr. 35.

49

| | | |
|---|---|---|
| 09:50 | 1 | THE COURT:  Mr. Wyman. |
| 09:50 | 2 | MR. WYMAN:  Nothing, Your Honor.  Thank you. |
| 09:50 | 3 | THE COURT:  Sir, would you go back in the jury |
| 09:50 | 4 | room, please. |
| 09:50 | 5 | (Prospective juror exits courtroom) |
| 09:50 | 6 | THE COURT:  Challenge? |
| 09:50 | 7 | MR. STEWARD:  No, Your Honor. |
| 09:50 | 8 | THE CLERK:  Juror No. 38. |
| 09:50 | 9 | (Prospective juror enters courtroom) |
| 09:51 | 10 | THE COURT:  Good morning, sir. |
| 09:51 | 11 | PROSPECTIVE JUROR NO. 38:  Good morning. |
| 09:51 | 12 | THE COURT:  A written transcript is being prepared |
| 09:51 | 13 | of today's proceedings and the whole trial, and that |
| 09:51 | 14 | document will be filed and it will be public.  Privacy laws |
| 09:51 | 15 | prevent names of jurors appearing in that transcript.  So |
| 09:51 | 16 | for that reason counsel are going to address you by your |
| 09:51 | 17 | juror number, call you Juror No. 38.  They're not being rude |
| 09:51 | 18 | or disrespectful.  They're simply trying to preserve your |
| 09:51 | 19 | privacy. |
| 09:51 | 20 | PROSPECTIVE JUROR NO. 38:  Okay. |
| 09:51 | 21 | THE COURT:  Mr. Steward. |
| 09:51 | 22 | MR. STEWARD:  Thank you, Your Honor. |
| 09:51 | 23 | Sir, in the questionnaire, Question No. 26 had to |
| 09:52 | 24 | do with based on anything you've read, heard, seen about Mr. |
| 09:52 | 25 | Avenatti.  Have you formed an opinion?  You circled yes, it |

09:52   1    appears, and it says -- I think you wrote:  It looked as

09:52   2    though he used his representation of the porn star to get

09:52   3    notoriety, publicity, money, et cetera.

09:52   4            Is that what you wrote two days ago?

09:52   5            PROSPECTIVE JUROR NO. 38:  Yes.

09:52   6            MR. STEWARD:  Okay.  I assume you have a fairly

09:52   7    negative view of Mr. Avenatti based on that.

09:52   8            PROSPECTIVE JUROR NO. 38:  That would be fair.

09:52   9            MR. STEWARD:  And can you -- would you agree that

09:52   10   that negative view is a bias that may follow you, for

09:52   11   example, into the jury room?

09:52   12           PROSPECTIVE JUROR NO. 38:  It may be, although I

09:52   13   think I would be able to separate that from the case.

09:52   14           MR. STEWARD:  So if the judge instructed you that

09:52   15   you are to leave all those types of opinions aside and just

09:52   16   judge the case on the evidence, you would be able to put

09:53   17   aside your view that he was someone who was looking for

09:53   18   notoriety, publicity, money, et cetera?

09:53   19           PROSPECTIVE JUROR NO. 38:  Yes.

09:53   20           MR. STEWARD:  And in the question before that, you

09:53   21   said he was the lawyer that represented the porn star that

09:53   22   was trying to get money from Trump.  Do you remember writing

09:53   23   that?

09:53   24           PROSPECTIVE JUROR NO. 38:  Yes.

09:53   25           MR. STEWARD:  In that answer you felt -- I will

09:53  1    just ask you.  That answer, can you explain that a little
09:53  2    bit further?  What did you mean by that?
09:53  3            PROSPECTIVE JUROR NO. 38:  It's my understanding
09:53  4    that they were trying to sue Trump and get money for
09:53  5    whatever had happened to her.
09:53  6            MR. STEWARD:  Okay.  And in your mind whatever had
09:53  7    happened to her didn't matter.  The important part was they
09:53  8    were trying to get money?
09:54  9            PROSPECTIVE JUROR NO. 38:  No.
09:54  10           MR. STEWARD:  Well, what was important, then, in
09:54  11   that statement?
09:54  12           PROSPECTIVE JUROR NO. 38:  In the statement that I
09:54  13   made, I guess it was that he was trying to get money.
09:54  14           MR. STEWARD:  Okay.  So kind of a greedy money
09:54  15   grubber?  Is that a fair statement?
09:54  16           PROSPECTIVE JUROR NO. 38:  Looking back, it might
09:54  17   not be as fair as it could have been, no.
09:54  18           MR. STEWARD:  Well, he's a civil trial lawyer, and
09:54  19   you understand those other people sue other individuals and
09:54  20   corporations, right?
09:54  21           PROSPECTIVE JUROR NO. 38:  Correct.
09:54  22           MR. STEWARD:  Okay.  And in the process of doing
09:54  23   that, yes, oftentimes, almost always, they're looking for
09:54  24   money, right?
09:54  25           PROSPECTIVE JUROR NO. 38:  Yeah.

09:54  1          MR. STEWARD:  But it's for a reason, hopefully a

09:54  2   legitimate reason that they're looking for that, right?

09:54  3          PROSPECTIVE JUROR NO. 38:  Yes.

09:54  4          MR. STEWARD:  And they're not particularly looking

09:54  5   for notoriety, publicity, et cetera, in trying to represent

09:54  6   their clients, right?

09:54  7          PROSPECTIVE JUROR NO. 38:  Correct.

09:54  8          MR. STEWARD:  And yet from what you read and

09:54  9   heard, your conclusion was as your wrote two days ago,

09:55  10  right?

09:55  11         PROSPECTIVE JUROR NO. 38:  Correct.

09:55  12         MR. STEWARD:  In regard to the entire porn star

09:55  13  situation, what's your source of information on that?  Where

09:55  14  did you hear all this?

09:55  15         PROSPECTIVE JUROR NO. 38:  Different sources like

09:55  16  Fox News or Daily Wire, which is one of those news rags.

09:55  17         MR. STEWARD:  So generally what most people would

09:55  18  think of as conservative outlets, right?

09:55  19         PROSPECTIVE JUROR NO. 38:  Yes.

09:55  20         MR. STEWARD:  Okay.  You didn't listen to CNN or

09:55  21  MSNBC, anything like that?

09:55  22         PROSPECTIVE JUROR NO. 38:  No.

09:55  23         MR. STEWARD:  No New York Times, no Washington

09:55  24  Post?

09:55  25         PROSPECTIVE JUROR NO. 38:  No.

```
09:56    1              MR. STEWARD:  Is it your sense that Mr. Avenatti
09:56    2    was using the porn star to get money? notoriety?
09:56    3              PROSPECTIVE JUROR NO. 38:  Yes.
09:56    4              MR. STEWARD:  And you watch Fox News, right?
09:56    5              PROSPECTIVE JUROR NO. 38:  Not necessarily watch
09:56    6    the show but the website articles.
09:56    7              MR. STEWARD:  Did you ever watch Tucker Carlson
09:56    8    attack Mr. Avenatti?
09:56    9              PROSPECTIVE JUROR NO. 38:  I believe I have seen
09:56   10    him.  I do not recall exactly what happened, though.
09:56   11              MR. STEWARD:  From that particular memory, did
09:56   12    negative feelings about Mr. Avenatti flow?
09:56   13              PROSPECTIVE JUROR NO. 38:  I would not say so.
09:56   14              MR. STEWARD:  Well, you'll agree that Fox News
09:56   15    either online or on the air is no friend of Mr. Avenatti's,
09:56   16    right?
09:56   17              PROSPECTIVE JUROR NO. 38:  I would agree.
09:56   18              MR. STEWARD:  And you have seen a number of
09:56   19    reports, broadcasts, interviews that portrayed Mr. Avenatti
09:56   20    in a very negative light, correct?
09:56   21              PROSPECTIVE JUROR NO. 38:  Correct.
09:56   22              MR. STEWARD:  Not just from Fox News but from the
09:57   23    other conservative sites that you mentioned, right?
09:57   24              PROSPECTIVE JUROR NO. 38:  Correct.
09:57   25              THE COURT:  You need to wrap it up, Mr. Steward.
```

54

| | | |
|---|---|---|
| 09:57 | 1 | MR. STEWARD:  And despite all of that, sir, are |
| 09:57 | 2 | you saying you can be fair and unbiased? |
| 09:57 | 3 | PROSPECTIVE JUROR NO. 38:  I think so. |
| 09:57 | 4 | MR. STEWARD:  Nothing further, Your Honor. |
| 09:57 | 5 | THE COURT:  Mr. Wyman. |
| 09:57 | 6 | MR. WYMAN:  No, Your Honor.  Thank you. |
| 09:57 | 7 | THE COURT:  Sir, would you go back to the jury |
| 09:57 | 8 | room, please. |
| 09:57 | 9 | (Prospective juror exits courtroom) |
| 09:57 | 10 | THE COURT:  Mr. Steward. |
| 09:57 | 11 | MR. STEWARD:  Move to strike this one, Your Honor. |
| 09:57 | 12 | His mouth said yes, but his answers seem to say no. |
| 09:57 | 13 | MR. WYMAN:  I disagree, Your Honor.  He said he |
| 09:57 | 14 | could be fair.  If the Court instructed him to be fair and |
| 09:57 | 15 | impartial and set his views aside, he said he could do that. |
| 09:57 | 16 | THE COURT:  He said he could put it aside.  He |
| 09:58 | 17 | admitted bias, and that bias was probed extensively.  He |
| 09:58 | 18 | said he could put it aside.  That's sufficient.  He will not |
| 09:58 | 19 | be excused. |
| 09:58 | 20 | THE CLERK:  Juror No. 44. |
| 09:58 | 21 | (Prospective juror enters courtroom) |
| 09:58 | 22 | THE COURT:  Good morning, sir. |
| 09:58 | 23 | PROSPECTIVE JUROR NO. 44:  Good morning, Your |
| 09:58 | 24 | Honor. |
| 09:58 | 25 | THE COURT:  A transcript is going to be prepared |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 09:58 | 1 | of this proceeding and a transcript of the whole trial.  It |
| 09:59 | 2 | will be filed and it will be a public document.  Privacy |
| 09:59 | 3 | laws prevent us from putting jurors' names in the public |
| 09:59 | 4 | transcript. |
| 09:59 | 5 | For that reason the lawyers are going to address |
| 09:59 | 6 | you as Juror No. 44.  They are not disrespectful and they're |
| 09:59 | 7 | not being rude.  They're doing that to protect your privacy |
| 09:59 | 8 | rights. |
| 09:59 | 9 | PROSPECTIVE JUROR NO. 44:  I understand. |
| 09:59 | 10 | THE COURT:  Okay. |
| 09:59 | 11 | Mr. Steward. |
| 09:59 | 12 | MR. STEWARD:  Thank you, Your Honor. |
| 09:59 | 13 | Sir, in answer to the question in 25 on your |
| 09:59 | 14 | questionnaire which asks about having read, seen, or heard |
| 09:59 | 15 | anything about Mr. Avenatti, you responded:  CNN, Fox |
| 09:59 | 16 | Business, as a lawyer for a woman, as dealing with Nike.  Do |
| 09:59 | 17 | you remember anything more than that? |
| 09:59 | 18 | PROSPECTIVE JUROR NO. 44:  Generally the woman, |
| 09:59 | 19 | Stormy Weathers [sic], and her dealings with the president, |
| 09:59 | 20 | and then allegations or dealings with Nike.  That's about |
| 10:00 | 21 | it, the stories that interested me. |
| 10:00 | 22 | MR. STEWARD:  Fair enough.  So it sounds like you |
| 10:00 | 23 | have read or seen or heard something at least about the |
| 10:00 | 24 | Stormy -- let's call her -- Daniels? |
| 10:00 | 25 | PROSPECTIVE JUROR NO. 44:  Okay. |

```
10:00   1              MR. STEWARD:  And Nike.  Two different cases,
10:00   2    correct?
10:00   3              PROSPECTIVE JUROR NO. 44:  Yes.
10:00   4              MR. STEWARD:  Do you recall anything recent about,
10:00   5    for example, Nike?
10:00   6              PROSPECTIVE JUROR NO. 44:  No, sir.
10:00   7              MR. STEWARD:  And what were your sources?  Just
10:00   8    CNN and Fox Business?  Is that correct?
10:00   9              PROSPECTIVE JUROR NO. 44:  I normally have an
10:00   10   interest in a lot of things that are usually about military,
10:00   11   international, and that kind of thing.  So I read lots of
10:00   12   sources -- AP as well as USA Today and Bloomberg.
10:01   13             MR. STEWARD:  Question 29 asks about whether you
10:01   14   have read or heard anything about criminal charges brought
10:01   15   against Mr. Avenatti, and you said:  Yes, charges dealing
10:01   16   with his conduct as a lawyer.
10:01   17             Now, first off, that's separate from Stormy
10:01   18   Daniels and Nike, right, or is it, in your mind?
10:01   19             PROSPECTIVE JUROR NO. 44:  I think it was along
10:01   20   the lines of Nike.
10:01   21             MR. STEWARD:  As opposed to, for example, this
10:01   22   case?
10:01   23             PROSPECTIVE JUROR NO. 44:  I remember the charges
10:01   24   being -- or the summary on Tuesday.  I haven't really
10:01   25   associated exactly those charges with this case, per se.
```

```
10:01   1              MR. STEWARD:  Okay.  And given the things that you
10:01   2    have read, heard, and seen about Mr. Avenatti, have you
10:01   3    formed any sort of an opinion about him, positive or
10:01   4    negative?
10:01   5              PROSPECTIVE JUROR NO. 44:  No.
10:01   6              MR. STEWARD:  And if the Court were to instruct
10:01   7    you to put aside anything you may have read, heard, or seen,
10:02   8    would you be able to follow that instruction?
10:02   9              PROSPECTIVE JUROR NO. 44:  Yes.
10:02   10             MR. STEWARD:  No further questions, Your Honor.
10:02   11             THE COURT:  Mr. Wyman.
10:02   12             MR. SAGEL:  No, Your Honor.  Thank you.
10:02   13             THE COURT:  Sir, would you go back in the jury
10:02   14   room, please.
10:02   15             (Prospective juror exits courtroom)
10:02   16             THE COURT:  Challenge?
10:02   17             MR. STEWARD:  Yes, Your Honor, based on the fact
10:02   18   that he has some information about the Nike case which we're
10:02   19   particularly concerned about.
10:02   20             MR. WYMAN:  Your Honor, I don't believe he said
10:02   21   Nike case.  Mr. Steward said case.
10:02   22             THE COURT:  He has got Nike in the answer to
10:02   23   question 25.
10:02   24             MR. WYMAN:  That's correct, Your Honor.  He said
10:02   25   dealings with Nike.  I don't believe he said he knew about a
```

10:03  1   criminal case involving Nike.

10:03  2          THE COURT:  Well, does the government's position

10:03  3   with regard to Nike extend to this juror?

10:03  4          MR. WYMAN:  I think that we don't think excusal is

10:03  5   necessary for this juror because the juror doesn't seem to

10:03  6   know about a criminal case involving the defendant's conduct

10:03  7   with Nike.  Our position on the Nike case generally is that

10:03  8   if a juror knows that the defendant was charged in that

10:03  9   case, we agree that juror should be excused.  That was not

10:03  10  how I understood this juror's answers.

10:03  11         THE COURT:  Mr. Steward.

10:03  12         MR. STEWARD:  I think my discussion was as to

10:03  13  charges, not just dealings.

10:03  14         THE COURT:  The question was asked with regard to

10:04  15  dealing with Nike.

10:04  16         Answer:  Generally, the woman, Stormy Weathers,

10:05  17  other dealings with the president, and allegations or

10:05  18  dealings with Nike.  That's about the story that interested

10:05  19  me.

10:05  20         Question:  Fair enough.  Sounds like you have read

10:05  21  or seen or heard something at least about let's say -- let's

10:05  22  call her Daniels.

10:05  23         Answer:  Okay.

10:05  24         Question:  And Nike.  Two different cases,

10:05  25  correct?

| | | |
|---|---|---|
| 10:05 | 1 | I'm going to excuse him. |
| 10:06 | 2 | THE CLERK:  Juror No. 47. |
| 10:06 | 3 | (Prospective juror enters courtroom) |
| 10:06 | 4 | THE COURT:  Good morning, ma'am. |
| 10:06 | 5 | PROSPECTIVE JUROR NO. 47:  Good morning. |
| 10:06 | 6 | THE COURT:  Would you be comfortable taking your |
| 10:06 | 7 | mask off? |
| 10:06 | 8 | PROSPECTIVE JUROR NO. 47:  No.  Is it okay if I |
| 10:06 | 9 | leave it on? |
| 10:06 | 10 | THE COURT:  Well -- |
| 10:06 | 11 | THE CLERK:  It's kind of hard to hear. |
| 10:06 | 12 | PROSPECTIVE JUROR NO. 47:  It's hard to hear with |
| 10:06 | 13 | the mask? |
| 10:06 | 14 | THE COURT:  Well, the lawyers can't see you. |
| 10:06 | 15 | PROSPECTIVE JUROR NO. 47:  Oh, okay. |
| 10:06 | 16 | THE COURT:  And you've got a plexiglass screen all |
| 10:06 | 17 | around you. |
| 10:06 | 18 | PROSPECTIVE JUROR NO. 47:  Okay. |
| 10:06 | 19 | THE COURT:  And you're probably eight feet away |
| 10:07 | 20 | from me and seven or eight feet away from Ms. Seffens, the |
| 10:07 | 21 | court reporter. |
| 10:07 | 22 | A transcript is being prepared of these |
| 10:07 | 23 | proceedings, and eventually that will be filed and be a |
| 10:07 | 24 | public document.  Privacy laws prevent us from putting |
| 10:07 | 25 | jurors' names in the transcript.  For that reason the |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
| 10:07 | 1  | lawyers are going to call you by your juror number, which is           |
| 10:07 | 2  | Juror No. 47.  They're not being rude or disrespectful.                |
| 10:07 | 3  | We're doing that to protect your privacy rights.  Okay?                |
| 10:07 | 4  | PROSPECTIVE JUROR NO. 47:  Okay.                                        |
| 10:07 | 5  | THE COURT:  Mr. Steward.                                                |
| 10:07 | 6  | MR. STEWARD:  Thank you, Your Honor.                                    |
| 10:07 | 7  | Good morning, ma'am.                                                    |
| 10:07 | 8  | PROSPECTIVE JUROR NO. 47:  Good morning.                               |
| 10:07 | 9  | MR. STEWARD:  On Question No. 27 of the                                |
| 10:07 | 10 | questionnaire you filled out a couple of days ago, this had            |
| 10:07 | 11 | to do with whether you had seen, read, or heard anything               |
| 10:07 | 12 | about Mr. Avenatti.  And your answer was no.  The                       |
| 10:07 | 13 | explanation was:  Mr. Avenatti, a person in the jury room,              |
| 10:07 | 14 | didn't rub me the right way.  The way he just carried                   |
| 10:07 | 15 | himself seemed like he was already guilty, and it's hard for            |
| 10:08 | 16 | me to shake that feeling.                                               |
| 10:08 | 17 | Is that the way you felt two days ago?                                  |
| 10:08 | 18 | PROSPECTIVE JUROR NO. 47:  Yes.                                         |
| 10:08 | 19 | MR. STEWARD:  Okay.  Just by looking at him, your                       |
| 10:08 | 20 | feeling was that he was guilty, right?                                  |
| 10:08 | 21 | PROSPECTIVE JUROR NO. 47:  Right.                                       |
| 10:08 | 22 | MR. STEWARD:  And would it be difficult for you to                      |
| 10:08 | 23 | put that out of your mind?                                              |
| 10:08 | 24 | PROSPECTIVE JUROR NO. 47:  Yeah, I believe so.                          |
| 10:08 | 25 | MR. STEWARD:  So based upon seeing him, you have a                      |

| | | |
|---|---|---|
| 10:08 | 1 | bias against him, correct? |
| 10:08 | 2 | PROSPECTIVE JUROR NO. 47:  Correct. |
| 10:08 | 3 | MR. STEWARD:  And not something that a jury |
| 10:08 | 4 | instruction would change, right? |
| 10:08 | 5 | PROSPECTIVE JUROR NO. 47:  Correct. |
| 10:08 | 6 | MR. STEWARD:  Thank you.  Nothing further, Your |
| 10:08 | 7 | Honor. |
| 10:08 | 8 | THE COURT:  Mr. Wyman. |
| 10:08 | 9 | MR. WYMAN:  Briefly, Your Honor. |
| 10:08 | 10 | Good morning. |
| 10:08 | 11 | PROSPECTIVE JUROR NO. 47:  Good morning. |
| 10:08 | 12 | MR. WYMAN:  I understand that you have that |
| 10:08 | 13 | feeling.  If Judge Selna, the Court here, ordered you to put |
| 10:08 | 14 | that feeling aside and consider the case based only the |
| 10:08 | 15 | evidence presented to you during the trial, would you be |
| 10:08 | 16 | able to do that? |
| 10:08 | 17 | PROSPECTIVE JUROR NO. 47:  I believe it would be a |
| 10:08 | 18 | little hard for me just because, to be honest, I'm a little |
| 10:09 | 19 | quick to judge.  And even with the evidence, I feel like it |
| 10:09 | 20 | would be hard for me to put my opinion to the side. |
| 10:09 | 21 | MR. WYMAN:  Okay.  So you don't think that you |
| 10:09 | 22 | could put that aside even if the Court ordered you to? |
| 10:09 | 23 | PROSPECTIVE JUROR NO. 47:  I don't think so.  I |
| 10:09 | 24 | think it would be a little hard for me. |
| 10:09 | 25 | MR. WYMAN:  Thank you.  Nothing further. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:09  1          THE COURT:  Thank you.  Would you go back to the
10:09  2    jury room.
10:09  3              (Prospective juror exits courtroom)
10:09  4          MR. STEWARD:  Move to exclude, Your Honor.
10:09  5          THE COURT:  She will be excluded.
10:09  6          MR. WYMAN:  We would stipulate.
10:09  7          MR. STEWARD:  Your Honor, before we have the next
10:09  8    one, could we have a five-minute bathroom break?
10:09  9          THE COURT:  Sure.
10:09  10         MR. STEWARD:  Thank you.
10:09  11             (Recess taken at 10:09 a.m.;
10:09  12             proceedings resumed at 10:16 a.m.)
10:16  13         THE CLERK:  Juror No. 56.
10:16  14         (Prospective juror enters courtroom)
10:16  15         THE COURT:  Good morning.
10:16  16         PROSPECTIVE JUROR NO. 56:  Good morning.
10:16  17         THE COURT:  A transcript is being prepared of
10:16  18    everything that is said today and a transcript for the
10:16  19    trial.  Jurors' names can't be included in the transcript
10:16  20    for privacy issues.  So the lawyers are going to be
10:16  21    addressing you as a Juror No. 56.  They're not being rude or
10:16  22    disrespectful.  It's just to preserve your privacy.
10:16  23         Mr. Steward.
10:16  24         MR. STEWARD:  Thank you, Your Honor.
10:16  25         Good morning.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:16 | 1 | PROSPECTIVE JUROR NO. 56:  Good morning. |
| 10:16 | 2 | MR. STEWARD:  On the questionnaire, question 25 |
| 10:17 | 3 | asks about read, seen, or heard anything about Mr. Avenatti. |
| 10:17 | 4 | And two days ago you wrote:  Can't remember.  Just his name |
| 10:17 | 5 | sounds familiar to me. |
| 10:17 | 6 | In the last 48 hours has anything more than that |
| 10:17 | 7 | occurred to you? |
| 10:17 | 8 | PROSPECTIVE JUROR NO. 56:  Actually in the car I |
| 10:17 | 9 | remembered who he was. |
| 10:17 | 10 | MR. STEWARD:  And what do you remember? |
| 10:17 | 11 | PROSPECTIVE JUROR NO. 56:  About Stormy Daniels. |
| 10:17 | 12 | I didn't look it up, so I'm not sure if I'm right. |
| 10:17 | 13 | MR. STEWARD:  And thank you for not looking it up, |
| 10:17 | 14 | and please don't. |
| 10:17 | 15 | PROSPECTIVE JUROR NO. 56:  Yeah. |
| 10:17 | 16 | MR. STEWARD:  Do you remember anything more than |
| 10:17 | 17 | that about what was going on with Stormy Daniels and |
| 10:17 | 18 | Mr. Avenatti? |
| 10:17 | 19 | PROSPECTIVE JUROR NO. 56:  No. |
| 10:17 | 20 | MR. STEWARD:  And you don't recall his name in |
| 10:17 | 21 | connection with anything else? |
| 10:17 | 22 | PROSPECTIVE JUROR NO. 56:  No. |
| 10:17 | 23 | MR. STEWARD:  Thank you, Your Honor.  Nothing |
| 10:17 | 24 | further. |
| 10:17 | 25 | THE COURT:  Mr. Wyman. |

| | | |
|---|---|---|
| 10:17 | 1 | MR. WYMAN:  Nothing, Your Honor. |
| 10:18 | 2 | THE COURT:  Would you go back in the jury room, |
| 10:18 | 3 | please. |
| 10:18 | 4 | (Prospective juror exits courtroom) |
| 10:18 | 5 | THE COURT:  Challenge? |
| 10:18 | 6 | MR. STEWARD:  No, Your Honor. |
| 10:19 | 7 | THE CLERK:  Juror No. 57. |
| 10:19 | 8 | (Prospective juror enters courtroom) |
| 10:19 | 9 | THE COURT:  Good morning sir. |
| 10:19 | 10 | PROSPECTIVE JUROR NO. 57:  Good morning. |
| 10:19 | 11 | THE COURT:  Would you be comfortable taking your |
| 10:19 | 12 | mask off? |
| 10:19 | 13 | PROSPECTIVE JUROR NO. 57:  Sure. |
| 10:19 | 14 | THE COURT:  We have plexiglass all around you, and |
| 10:19 | 15 | you are about eight feet from me and six or seven feet from |
| 10:19 | 16 | the court reporter. |
| 10:19 | 17 | PROSPECTIVE JUROR NO. 57:  The new variants. |
| 10:19 | 18 | THE COURT:  A transcript is being prepared of this |
| 10:19 | 19 | proceeding, and that transcript will be filed.  It will be a |
| 10:19 | 20 | word-for-word recitation of everything that's said here |
| 10:19 | 21 | today.  It's our record for the trial.  We can't put jurors' |
| 10:19 | 22 | names in the transcript.  It's a privacy issue. |
| 10:19 | 23 | So for that reason counsel are going to call you |
| 10:19 | 24 | by your juror number.  You are Juror No. 57.  They're not |
| 10:20 | 25 | being or disrespectful.  They're simply following the rules |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:20    1    to protect your privacy.

10:20    2             Mr. Steward.

10:20    3             MR. STEWARD:  Thank you, Your Honor.

10:20    4             Sir, in connection with the questionnaire you

10:20    5    filled out two days ago, one of the questions was:  Before

10:20    6    today had you read, seen, or heard anything about

10:20    7    Mr. Avenatti?  And you circled yes and you said:  Seeing him

10:20    8    on TV.

10:20    9             Do you remember anything more than that, why he

10:20   10    was on TV or anything along that line?

10:20   11             PROSPECTIVE JUROR NO. 57:  Yeah.

10:20   12             MR. STEWARD:  What do you remember?

10:20   13             PROSPECTIVE JUROR NO. 57:  He's suing Mr. Trump.

10:20   14             MR. STEWARD:  Anything more than that?

10:20   15             PROSPECTIVE JUROR NO. 57:  And I like it.

10:20   16             MR. STEWARD:  You like the fact that he was suing

10:20   17    Mr. Trump?

10:20   18             PROSPECTIVE JUROR NO. 57:  Yes.

10:20   19             MR. STEWARD:  I have no further questions.

10:20   20             THE COURT:  Mr. Wyman.

10:20   21             MR. WYMAN:  Nothing further.

10:20   22             THE COURT:  Sir, would you go back in the jury

10:20   23    room, please.

10:20   24             (Prospective juror exits courtroom)

10:21   25             THE COURT:  Challenge?

10:21   1           MR. STEWARD:  None, Your Honor.

10:21   2           THE CLERK:  Juror No. 64.

10:21   3           (Prospective juror enters courtroom)

10:22   4           THE COURT:  Good morning, sir.

10:22   5           PROSPECTIVE JUROR NO. 64:  Good morning.

10:22   6           THE COURT:  A transcript is being prepared of our

10:22   7   session today, and a transcript will be prepared for the

10:22   8   whole trial.  We can't put jurors' names in the transcript.

10:22   9   It's a privacy issue.

10:22   10          PROSPECTIVE JUROR NO. 64:  Okay.

10:22   11          THE COURT:  So counsel are going to call you by

10:22   12   your juror number.  You are Juror No. 64.  They're not being

10:22   13   rude or disrespectful.  It's simply to preserve your

10:22   14   privacy.

10:22   15          PROSPECTIVE JUROR NO. 64:  Understood.

10:22   16          THE COURT:  Okay.

10:22   17          Mr. Steward.

10:22   18          MR. STEWARD:  Thank you, Your Honor.

10:22   19          Good morning, sir.

10:22   20          PROSPECTIVE JUROR NO. 64:  Good morning.

10:22   21          MR. STEWARD:  A couple of answers to your

10:22   22   questions in the questionnaire I would like to ask you

10:22   23   about.  Question 26 asks about whether you'd heard, read, or

10:22   24   seen anything about Mr. Avenatti, and you wrote:  An

10:22   25   instinctual feeling came across when I saw him come into the

10:22  1    room.  Wasn't a good one.

10:22  2            And then the next question asks about being able

10:22  3    to follow the Court's instruction to put that information

10:22  4    out of your mind.  You wrote:  When I get a certain gut

10:22  5    feeling about someone, it's difficult to switch that

10:23  6    feeling.

10:23  7            Can you tell us more about that?

10:23  8            PROSPECTIVE JUROR NO. 64:  I feel that I have a

10:23  9    pretty good feeling about individuals in the work that I do.

10:23  10           MR. STEWARD:  Let me ask you, what kind of work is

10:23  11   that?

10:23  12           PROSPECTIVE JUROR NO. 64:  I work in the sales

10:23  13   department, so a lot of relationship building.  First

10:23  14   instinct on first meetings go a long way.  I feel like I'm

10:23  15   pretty good at that.

10:23  16           MR. STEWARD:  And apparently two days ago your

10:23  17   feeling was not good; is that correct?

10:23  18           PROSPECTIVE JUROR NO. 64:  That is correct.

10:23  19           MR. STEWARD:  And do I read this right that you

10:23  20   would have a hard time switching that feeling or changing

10:23  21   that feeling?

10:23  22           PROSPECTIVE JUROR NO. 64:  I would say so, yes.

10:23  23           MR. STEWARD:  Even if the Court instructed you

10:23  24   that you have got to put that out of your mind?

10:23  25           PROSPECTIVE JUROR NO. 64:  Yeah.  I guess that's

10:23   1    just how I'm built.

10:23   2            MR. STEWARD:  I appreciate your candor.

10:23   3            Then back at 53 -- well, actually I'm going to

10:23   4    skip that one.

10:23   5            So is it fair to say you have a bias against

10:23   6    Mr. Avenatti going into the case?

10:24   7            PROSPECTIVE JUROR NO. 64:  I haven't looked into

10:24   8    it, but I guess first thought, I guess you could say that,

10:24   9    yes.

10:24   10           MR. STEWARD:  Okay.  And difficult to get around

10:24   11   that feeling?

10:24   12           PROSPECTIVE JUROR NO. 64:  I would say so, yeah.

10:24   13           MR. STEWARD:  Thank you.  Nothing further, Your

10:24   14   Honor.

10:24   15           MR. WYMAN:  Good morning, sir.

10:24   16           PROSPECTIVE JUROR NO. 64:  Good morning.

10:24   17           MR. WYMAN:  What we have been talking is your

10:24   18   first impression of the defendant; is that right?

10:24   19           PROSPECTIVE JUROR NO. 64:  Correct.

10:24   20           MR. WYMAN:  Now, if you were to be a juror in this

10:24   21   trial which would be probably several weeks, you would see

10:24   22   him a lot and you would hear evidence.  Do you think you

10:24   23   would be able to put aside your first impression if the

10:24   24   Court ordered you to do so and listen to the evidence over

10:24   25   the course of the trial?

10:24   1            PROSPECTIVE JUROR NO. 64:  I think I could work on

10:24   2    it, but most likely I would not.

10:24   3            MR. WYMAN:  Most likely you would not be able to

10:24   4    put aside your first impression?

10:25   5            PROSPECTIVE JUROR NO. 64:  Correct.

10:25   6            MR. WYMAN:  Is that because you just get so wedded

10:25   7    to your first impression of people?

10:25   8            PROSPECTIVE JUROR NO. 64:  That is correct, sir.

10:25   9            MR. WYMAN:  Even if you hear other things about

10:25   10   them?

10:25   11           PROSPECTIVE JUROR NO. 64:  I think there would

10:25   12   have to be some solid evidence that would probably have

10:25   13   swayed me in that different direction.

10:25   14           MR. WYMAN:  Nothing further.

10:25   15           THE COURT:  Sir, would you go back to the jury

10:25   16   room, please.

10:25   17           (Prospective juror exits courtroom)

10:25   18           THE COURT:  Challenge?

10:25   19           MR. STEWARD:  Yes, Your Honor.  Ask that he be

10:25   20   excused for bias.

10:25   21           THE COURT:  He will be excused.

10:25   22           THE CLERK:  Juror No. 72.

10:25   23           (Prospective juror enters courtroom)

10:26   24           THE COURT:  Good morning, sir.

10:26   25           PROSPECTIVE JUROR NO. 72:  Good morning, Your

10:26  1   Honor.

10:26  2        THE COURT:  A transcript is being prepared of

10:26  3   these proceedings.  It will be typed up and filed.  It will

10:26  4   be a public document.  Privacy reasons prevent jurors' names

10:26  5   from being in those transcripts.  For that reason counsel

10:26  6   are going to address you by your juror number.  You're Juror

10:26  7   No. 72.  They're not being rude or disrespectful.  They just

10:26  8   want to respect your privacy rights?

10:26  9        PROSPECTIVE JUROR NO. 72:  Understood.

10:26 10        THE COURT:  Very good.

10:26 11        Mr. Steward.

10:26 12        MR. STEWARD:  Thank you, Your Honor.

10:26 13        Good morning, sir.

10:26 14        PROSPECTIVE JUROR NO. 72:  Good morning.

10:27 15        MR. STEWARD:  One of the questions from the

10:27 16   questionnaire two days ago asked about whether you'd read,

10:27 17   seen, or heard anything about Mr. Avenatti.  You wrote:

10:27 18   When I saw Mr. Avenatti today, his face looked very,

10:27 19   underlined, familiar, and I knew his last name before the

10:27 20   judge said it.

10:27 21        PROSPECTIVE JUROR NO. 72:  Correct.

10:27 22        MR. STEWARD:  In the last 48 hours have you

10:27 23   thought about it any more or do you remember any more?

10:27 24        PROSPECTIVE JUROR NO. 72:  No.

10:27 25        MR. STEWARD:  Do you remember you said, I think,

10:27   1   at question 29:  I remember seeing his face and name, but I

10:27   2   forget the charges against him.

10:27   3           PROSPECTIVE JUROR NO. 72:  Correct.

10:27   4           MR. STEWARD:  Do you have a feeling that you knew

10:27   5   that there were criminal charges against him?

10:27   6           PROSPECTIVE JUROR NO. 72:  From what I remember, I

10:27   7   believe he was a lawyer.  So that's as far as my knowledge

10:27   8   of him from where I saw him.

10:27   9           MR. STEWARD:  Okay.  And do you know what your

10:27   10   source of information was on this?  Did you see it on TV?

10:27   11           PROSPECTIVE JUROR NO. 72:  It's possible.  It's

10:27   12   more likely I saw him on TV rather than any form of social

10:28   13   media.

10:28   14           MR. STEWARD:  And do you recall any reference to

10:28   15   criminal charges of any kind?

10:28   16           PROSPECTIVE JUROR NO. 72:  No.

10:28   17           MR. STEWARD:  Okay.  So the extent of your memory

10:28   18   is:  I know the name.  I don't know the face.  And that's

10:28   19   pretty much it?

10:28   20           PROSPECTIVE JUROR NO. 72:  That was about it, yes.

10:28   21           MR. STEWARD:  Nothing further, Your Honor.

10:28   22           THE COURT:  Mr. Wyman.

10:28   23           MR. WYMAN:  Nothing, Your Honor.  Thank you.

10:28   24           THE COURT:  Sir, would you go back to the jury

10:28   25   room, please.

| | | |
|---|---|---|
| 10:28 | 1 | (Prospective juror exits courtroom) |
| 10:28 | 2 | THE COURT:  Challenge? |
| 10:28 | 3 | MR. STEWARD:  No, Your Honor. |
| 10:28 | 4 | THE COURT:  Very good. |
| 10:29 | 5 | THE CLERK:  Juror No. 74. |
| 10:29 | 6 | (Prospective juror enters courtroom) |
| 10:29 | 7 | THE COURT:  Good morning. |
| 10:29 | 8 | PROSPECTIVE JUROR NO. 74:  Good morning. |
| 10:29 | 9 | THE COURT:  A transcript is being prepared of |
| 10:29 | 10 | these proceedings.  Once it is typed up, it will be filed as |
| 10:29 | 11 | a public document.  We can't put jurors' names in those |
| 10:29 | 12 | filings.  So for that reason counsel are going to refer to |
| 10:29 | 13 | you and ask you questions as Juror No. 74. |
| 10:29 | 14 | PROSPECTIVE JUROR NO. 74:  Okay. |
| 10:29 | 15 | THE COURT:  They're not being rude or |
| 10:29 | 16 | disrespectful.  They simply want to preserve your privacy |
| 10:29 | 17 | rights. |
| 10:29 | 18 | PROSPECTIVE JUROR NO. 74:  Okay. |
| 10:29 | 19 | THE COURT:  Mr. Steward. |
| 10:29 | 20 | MR. STEWARD:  Thank you, Your Honor. |
| 10:29 | 21 | Good morning. |
| 10:29 | 22 | PROSPECTIVE JUROR NO. 74:  Good morning. |
| 10:29 | 23 | MR. STEWARD:  On the questionnaire you filled out |
| 10:29 | 24 | two days ago, question 25, have you read, seen, or heard |
| 10:30 | 25 | anything about Mr. Avenatti?  I believe you wrote:  I |

10:30    1    remember his involvement with Stormy Daniels although not

10:30    2    the precise details.

10:30    3            In the past two days has any more come to your

10:30    4    mind?  Have you remembered any more?

10:30    5            PROSPECTIVE JUROR NO. 74:  No.  I mean, I just

10:30    6    remember that he was her attorney.  That's all I really

10:30    7    remember.

10:30    8            MR. STEWARD:  Do you recall what your source of

10:30    9    information was?

10:30   10            PROSPECTIVE JUROR NO. 74:  No.

10:30   11            MR. STEWARD:  TV?  Internet?

10:30   12            PROSPECTIVE JUROR NO. 74:  Probably TV, maybe.  I

10:30   13    don't know.  We are kind of all over the place, NPR, news

10:30   14    channel, that sort of thing.

10:30   15            MR. STEWARD:  Fox News?

10:30   16            PROSPECTIVE JUROR NO. 74:  No.

10:30   17            MR. STEWARD:  And then question 29 asked about any

10:30   18    knowledge of criminal charges against Mr. Avenatti, and you

10:30   19    wrote:  I knew he was in legal trouble but not the details.

10:30   20            PROSPECTIVE JUROR NO. 74:  Yes.

10:30   21            MR. STEWARD:  So were you aware it was a criminal

10:30   22    case, some kind of criminal case, or what do you recall, if

10:31   23    anything?

10:31   24            PROSPECTIVE JUROR NO. 74:  I just remember reading

10:31   25    it sort of out there.  I thought it was criminal, but I

10:31    1    didn't know what it was about.

10:31    2              MR. STEWARD:  So no more details than that, kind

10:31    3    of a vague recollection?

10:31    4              PROSPECTIVE JUROR NO. 74:  Very vague.

10:31    5              MR. STEWARD:  Thank you.  Nothing further.

10:31    6              THE COURT:  Mr. Wyman.

10:31    7              MR. WYMAN:  Nothing, Your Honor.  Thank you.

10:31    8              THE COURT:  Would you go back to the jury room,

10:31    9    please.

10:31   10              (Prospective juror exits courtroom)

10:31   11              THE COURT:  Challenge?

10:31   12              MR. STEWARD:  No, Your Honor.

10:32   13              THE CLERK:  Juror No. 75.

10:32   14              (Prospective juror enters courtroom)

10:32   15              THE COURT:  Would you be uncomfortable taking your

10:32   16    mask off?

10:32   17              PROSPECTIVE JUROR NO. 75:  I can do that.

10:32   18              THE COURT:  Thank you.

10:32   19              PROSPECTIVE JUROR NO. 75:  Of course.

10:32   20              THE COURT:  A transcript is being prepared of

10:33   21    these proceedings, and once the day is over it will be typed

10:33   22    up and filed, and it will be publicly available.

10:33   23              We can't put jurors' names in the public docket.

10:33   24    So for that reason counsel are going to address you by your

10:33   25    juror number, Juror No. 75.  They're not being rude or

10:33  1   disrespectful.  They are simply following the steps we need

10:33  2   to protect your privacy rights.

10:33  3              PROSPECTIVE JUROR NO. 75:  Of course.

10:33  4              THE COURT:  Mr. Steward.

10:33  5              MR. STEWARD:  Thank you, Your Honor.

10:33  6              Good morning.

10:33  7              PROSPECTIVE JUROR NO. 75:  Good morning.

10:33  8              MR. STEWARD:  I noticed in your questionnaire from

10:33  9   two days ago, question 32 asks about if a civil trial lawyer

10:33  10  sues an individual, would you give greater or lesser weight

10:33  11  to the evidence in the case because they're a lawyer?  Your

10:33  12  answer was:  Greater.  He knows the law and he knows how to

10:33  13  deal with the situations.

10:33  14             What situations were you talking about?

10:33  15             PROSPECTIVE JUROR NO. 75:  Just the law, whatever

10:34  16  he did and the situation that he's in.

10:34  17             MR. STEWARD:  So like this criminal case?

10:34  18             PROSPECTIVE JUROR NO. 75:  Yes.

10:34  19             MR. STEWARD:  Well, you understand he's not a

10:34  20  criminal defense lawyer, right?

10:34  21             PROSPECTIVE JUROR NO. 75:  Yes.

10:34  22             MR. STEWARD:  So perhaps his knowledge isn't as

10:34  23  great as one would think or you would think; is that true?

10:34  24             PROSPECTIVE JUROR NO. 75:  I would think he is

10:34  25  knowledgeable.

| | | |
|---|---|---|
| 10:34 | 1 | MR. STEWARD:  About civil trial lawyer things, |
| 10:34 | 2 | right? |
| 10:34 | 3 | PROSPECTIVE JUROR NO. 75:  About anything in |
| 10:34 | 4 | general. |
| 10:34 | 5 | MR. STEWARD:  So in your opinion he starts out |
| 10:34 | 6 | with that against him?  In other words, it's something he |
| 10:34 | 7 | should have known better, and therefore you would consider |
| 10:34 | 8 | that in weighing the evidence that's presented? |
| 10:34 | 9 | PROSPECTIVE JUROR NO. 75:  Yes. |
| 10:34 | 10 | MR. STEWARD:  Does that have to do with your |
| 10:34 | 11 | employment background perhaps? |
| 10:34 | 12 | PROSPECTIVE JUROR NO. 75:  Perhaps. |
| 10:34 | 13 | MR. STEWARD:  I noted elsewhere that you worked |
| 10:34 | 14 | for the D.A.'s office for many years? |
| 10:34 | 15 | PROSPECTIVE JUROR NO. 75:  Thirty years, yes. |
| 10:34 | 16 | MR. STEWARD:  And so a lawyer faced with criminal |
| 10:34 | 17 | charges is held to a different or higher standard in your |
| 10:35 | 18 | mind, right? |
| 10:35 | 19 | PROSPECTIVE JUROR NO. 75:  Yes. |
| 10:35 | 20 | MR. STEWARD:  Is that something that if the judge |
| 10:35 | 21 | instructed you that you have to consider everybody the same, |
| 10:35 | 22 | is that something that you could put out of your mind? |
| 10:35 | 23 | PROSPECTIVE JUROR NO. 75:  I could try. |
| 10:35 | 24 | MR. STEWARD:  When you say you could try, do you |
| 10:35 | 25 | have some hesitation? |

| | | |
|---|---|---|
| 10:35 | 1 | PROSPECTIVE JUROR NO. 75:  Yes. |
| 10:35 | 2 | MR. STEWARD:  Again, is that part of your |
| 10:35 | 3 | employment background? |
| 10:35 | 4 | PROSPECTIVE JUROR NO. 75:  Yes, on the other side. |
| 10:35 | 5 | MR. STEWARD:  Okay.  And I think you indicated |
| 10:35 | 6 | elsewhere in the questionnaire that you're a prosecution |
| 10:35 | 7 | team member in essence? |
| 10:35 | 8 | PROSPECTIVE JUROR NO. 75:  Yes, sir. |
| 10:35 | 9 | MR. STEWARD:  And that affects the way you would |
| 10:35 | 10 | view both this case and Mr. Avenatti? |
| 10:35 | 11 | PROSPECTIVE JUROR NO. 75:  Yes. |
| 10:35 | 12 | MR. STEWARD:  Thank you.  Nothing further. |
| 10:35 | 13 | PROSPECTIVE JUROR NO. 75:  Thank you. |
| 10:35 | 14 | THE COURT:  Mr. Wyman. |
| 10:35 | 15 | MR. WYMAN:  Thank you. |
| 10:35 | 16 | Juror No. 75, good morning. |
| 10:35 | 17 | PROSPECTIVE JUROR NO. 75:  Good morning. |
| 10:35 | 18 | MR. WYMAN:  You said you worked at the D.A.'s |
| 10:35 | 19 | office? |
| 10:35 | 20 | PROSPECTIVE JUROR NO. 75:  Yes, for over 30 years. |
| 10:36 | 21 | MR. WYMAN:  So you have worked with a lot of |
| 10:36 | 22 | lawyers, I take it? |
| 10:36 | 23 | PROSPECTIVE JUROR NO. 75:  Definitely. |
| 10:36 | 24 | MR. WYMAN:  And you would agree that the lawyers |
| 10:36 | 25 | you work with don't have a background in all types of law, |

| | | |
|---|---|---|
| 10:36 | 1 | right? |
| 10:36 | 2 | PROSPECTIVE JUROR NO. 75:  I understand that. |
| 10:36 | 3 | MR. WYMAN:  So the fact that the defendant in this |
| 10:36 | 4 | case is a lawyer, you wouldn't expect him to know everything |
| 10:36 | 5 | just because he's a lawyer, right? |
| 10:36 | 6 | PROSPECTIVE JUROR NO. 75:  Right. |
| 10:36 | 7 | MR. WYMAN:  So just because he's a lawyer -- well, |
| 10:36 | 8 | I guess if the Court instructed you to treat him like any |
| 10:36 | 9 | other individual, would you be able to do that? |
| 10:36 | 10 | PROSPECTIVE JUROR NO. 75:  I would try, I guess. |
| 10:36 | 11 | MR. WYMAN:  Well, from working at the D.A.'s |
| 10:36 | 12 | office, I assume you have an understanding of the importance |
| 10:36 | 13 | of Court orders? |
| 10:36 | 14 | PROSPECTIVE JUROR NO. 75:  Yes. |
| 10:36 | 15 | MR. WYMAN:  So if Judge Selna here, if the Court |
| 10:36 | 16 | instructed you to put those feelings aside and give a fair |
| 10:36 | 17 | and impartial verdict in this case based on the evidence |
| 10:36 | 18 | presented, would you be able to do that? |
| 10:36 | 19 | PROSPECTIVE JUROR NO. 75:  I would try, yes. |
| 10:36 | 20 | MR. WYMAN:  Now, you mentioned that you feel like |
| 10:36 | 21 | you are on the prosecution team, and I take it that's from |
| 10:37 | 22 | your time at the D.A.'s office, but you understand that we |
| 10:37 | 23 | are separate entities and you are not part of this trial? |
| 10:37 | 24 | PROSPECTIVE JUROR NO. 75:  I'm not part of your |
| 10:37 | 25 | team, no. |

| | | |
|---|---|---|
| 10:37 | 1 | MR. WYMAN:  And would you be able to keep that |
| 10:37 | 2 | separation if you were a juror? |
| 10:37 | 3 | PROSPECTIVE JUROR NO. 75:  I know the charges and |
| 10:37 | 4 | I have typed those charges.  Yes, I would. |
| 10:37 | 5 | MR. WYMAN:  Nothing further, Your Honor. |
| 10:37 | 6 | THE COURT:  Mr. Steward. |
| 10:37 | 7 | MR. STEWARD:  Nothing further, Your Honor. |
| 10:37 | 8 | THE COURT:  Would you go back in the jury room, |
| 10:37 | 9 | please. |
| 10:37 | 10 | PROSPECTIVE JUROR NO. 75:  Thank you. |
| 10:37 | 11 | (Prospective juror exits courtroom) |
| 10:37 | 12 | MR. STEWARD:  Move to dismiss, Your Honor.  I |
| 10:37 | 13 | would try, I would suggest, is not a sufficient assurance |
| 10:37 | 14 | that she would be fair. |
| 10:37 | 15 | MR. WYMAN:  No objection, Your Honor. |
| 10:37 | 16 | THE COURT:  She will be excused.  Thank you. |
| 10:38 | 17 | THE CLERK:  Juror No. 76. |
| 10:38 | 18 | (Prospective juror enters courtroom) |
| 10:38 | 19 | THE COURT:  Good morning, sir. |
| 10:38 | 20 | PROSPECTIVE JUROR NO. 76:  Good morning. |
| 10:39 | 21 | THE COURT:  Would you be comfortable taking your |
| 10:39 | 22 | mask off for just a little bit? |
| 10:39 | 23 | A transcript is being prepared of these |
| 10:39 | 24 | proceedings.  Everything that is being said is going to be |
| 10:39 | 25 | typed up in a booklet and filed as a public document.  We |

| | | |
|---|---|---|
| 10:39 | 1 | can't put jurors' names in a public document.  It's a |
| 10:39 | 2 | privacy protection for you.  For that reason the lawyers are |
| 10:39 | 3 | going to address you by your juror number, Juror No. 76. |
| 10:39 | 4 | They're not being rude or disrespectful, and they're not |
| 10:39 | 5 | going to call you by your name.  It's to protect your |
| 10:39 | 6 | privacy rights.  Okay? |
| 10:39 | 7 | Mr. Steward. |
| 10:39 | 8 | MR. STEWARD:  Thank you, Your Honor. |
| 10:39 | 9 | Sir, in connection with the questionnaire you |
| 10:39 | 10 | filled out two days ago, in response to question number 27 |
| 10:39 | 11 | that asks about whether you have seen or heard anything |
| 10:39 | 12 | about Mr. Avenatti and following the Court's instruction, |
| 10:39 | 13 | you wrote:  I have previous experience of becoming a victim |
| 10:39 | 14 | of fraud/crime and will certainly have some bias that |
| 10:39 | 15 | Mr. Avenatti is a bad guy. |
| 10:40 | 16 | Is that what you wrote two days ago? |
| 10:40 | 17 | PROSPECTIVE JUROR NO. 76:  Yes. |
| 10:40 | 18 | MR. STEWARD:  And at several other spots in your |
| 10:40 | 19 | questionnaire, you mentioned being a crime victim and that |
| 10:40 | 20 | that would bias you against Mr. Avenatti.  Is that a fair |
| 10:40 | 21 | statement? |
| 10:40 | 22 | PROSPECTIVE JUROR NO. 76:  Yes. |
| 10:40 | 23 | MR. STEWARD:  And do you still feel that way |
| 10:40 | 24 | today? |
| 10:40 | 25 | PROSPECTIVE JUROR NO. 76:  I do. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:40   1            MR. STEWARD:  I guess being a crime victim, you
10:40   2    understand -- well, you were a fraud crime victim, correct?
10:40   3            PROSPECTIVE JUROR NO. 76:  Yes.
10:40   4            MR. STEWARD:  Okay.  And in connection with that,
10:40   5    your feelings are so strong that they transfer over to
10:40   6    Mr. Avenatti.  Is that a fair statement?
10:40   7            PROSPECTIVE JUROR NO. 76:  Correct.
10:40   8            MR. STEWARD:  Okay.  So it would be very difficult
10:40   9    for you to be fair on this kind of case because you have
10:40  10    been a crime victim of fraud, right?
10:40  11            PROSPECTIVE JUROR NO. 76:  That is correct.
10:40  12            MR. STEWARD:  I have nothing further, Your Honor.
10:40  13            THE COURT:  Mr. Wyman?  Or Mr. Sagel?
10:40  14            MR. SAGEL:  Thank you, Your Honor.
10:41  15            Prior to two days ago or even today, you don't
10:41  16    know who Mr. Avenatti is; is that correct?
10:41  17            PROSPECTIVE JUROR NO. 76:  No, I don't.
10:41  18            MR. SAGEL:  Actually let me turn to a couple of
10:41  19    your answers.  You said you understood that Mr. Avenatti has
10:41  20    a constitutional right to be presumed innocent and he
10:41  21    doesn't have any burden whatsoever, and you would understand
10:41  22    coming into this courtroom that he doesn't have to prove
10:41  23    anything and he's deemed innocent until the government
10:41  24    proves him guilty beyond a reasonable doubt.  Do you
10:41  25    understand that?

10:41  1         PROSPECTIVE JUROR NO. 76:  Yes, I do.

10:41  2         MR. SAGEL:  And the judge will order you that if

10:41  3  you were to serve as a juror, that you have to put

10:41  4  everything aside and only listen to the witnesses and the

10:41  5  evidence in this case and make a determination.  Do you

10:41  6  understand that?

10:41  7         PROSPECTIVE JUROR NO. 76:  Yes.

10:41  8         MR. SAGEL:  So while it's unfortunate that at some

10:42  9  point in your life you were a victim of fraud, you

10:42  10  understand that that has nothing to do with Mr. Avenatti?

10:42  11         PROSPECTIVE JUROR NO. 76:  Correct.

10:42  12         MR. SAGEL:  And you understand that when you come

10:42  13  in here for this case, what happened to you in your past is

10:42  14  your matter and that what made you a victim of fraud has

10:42  15  nothing to do with Mr. Avenatti?

10:42  16         PROSPECTIVE JUROR NO. 76:  Correct.

10:42  17         MR. SAGEL:  With that knowledge that Mr. Avenatti

10:42  18  has nothing to do with you and he has a constitutional right

10:42  19  to a fair and impartial jury and the judge instructed you to

10:42  20  only listen to the evidence and the facts and the testimony

10:42  21  in this case and make a decision, would you be able to do

10:42  22  that?

10:42  23         PROSPECTIVE JUROR NO. 76:  I will try, but I had

10:42  24  some very bad experience in the past with the fraud.  And my

10:42  25  sister was also a victim when she was trying to purchase a

| | | |
|---|---|---|
| 10:42 | 1 | house.  She had escrow fraud.  So I will try to do it, but |
| 10:43 | 2 | it's -- |
| 10:43 | 3 | MR. SAGEL:  It's going to be difficult for you? |
| 10:43 | 4 | PROSPECTIVE JUROR NO. 76:  I can't say I'm totally |
| 10:43 | 5 | free from what happened to me. |
| 10:43 | 6 | MR. SAGEL:  Thank you. |
| 10:43 | 7 | THE COURT:  Sir, would you go back in the jury |
| 10:43 | 8 | room, please. |
| 10:43 | 9 | (Prospective juror exits courtroom) |
| 10:43 | 10 | MR. SAGEL:  We would stipulate, Your Honor. |
| 10:43 | 11 | MR. STEWARD:  Thank you. |
| 10:43 | 12 | THE COURT:  He will be excused. |
| 10:44 | 13 | THE CLERK:  Juror No. 77. |
| 10:44 | 14 | (Prospective juror enters courtroom) |
| 10:44 | 15 | THE COURT:  Good morning sir. |
| 10:44 | 16 | PROSPECTIVE JUROR NO. 77:  Good morning. |
| 10:44 | 17 | THE COURT:  A transcript is being prepared of |
| 10:44 | 18 | these proceedings, and at the end of the day it will all be |
| 10:44 | 19 | typed up and publicly filed.  We can't put jurors' names in |
| 10:44 | 20 | a public document.  It's a protection for the jurors.  For |
| 10:44 | 21 | that reason the lawyers are going to address you by your |
| 10:44 | 22 | juror number, Juror No. 77.  They're not being rude and |
| 10:44 | 23 | they're not being disrespectful by not calling you by your |
| 10:44 | 24 | last name.  This is to protect your privacy rights. |
| 10:45 | 25 | PROSPECTIVE JUROR NO. 77:  Thank you. |

10:45  1              THE COURT:  Mr. Steward.

10:45  2              MR. STEWARD:  Thank you, Your Honor.

10:45  3              Sir, on the questionnaire you filled out the other

10:45  4   day, question 25:  Before today had you read, seen, or heard

10:45  5   anything about Mr. Avenatti?  You wrote:  I think on CNN or

10:45  6   MSNBC, Stormy Daniels' lawyer.  Since you filled that out

10:45  7   two days ago, do you have any more thoughts or memory of

10:45  8   what you may have seen?

10:45  9              PROSPECTIVE JUROR NO. 77:  Just he did several

10:45  10  interviews over time, so I just listened to probably two of

10:45  11  them maybe.

10:45  12             MR. STEWARD:  Okay.  And of the two that you

10:45  13  actually listened to, did you come away with any impression,

10:45  14  negative or positive?

10:45  15             PROSPECTIVE JUROR NO. 77:  No, because you never

10:45  16  know if it's really true or not.  It's just talk.

10:45  17             MR. STEWARD:  In this day and age, isn't that the

10:45  18  truth.

10:45  19             So as you sit there today, other than the name and

10:45  20  seeing the interviews, you don't have any memory?

10:46  21             PROSPECTIVE JUROR NO. 77:  No.

10:46  22             MR. STEWARD:  Nothing further, Your Honor.

10:46  23             MR. SAGEL:  No questions, Your Honor.

10:46  24             THE COURT:  Sir, would you go back in the jury

10:46  25  room, please.

10:46    1              (Prospective juror exits courtroom)

10:46    2              MR. STEWARD:  No objection, Your Honor.

10:46    3              THE COURT:  Okay.

10:47    4              THE CLERK:  Juror No. 79.

10:47    5              (Prospective juror enters courtroom)

10:47    6              THE COURT:  Good morning, sir.

10:47    7              PROSPECTIVE JUROR NO. 79:  Good morning.

10:47    8              THE COURT:  A transcript will be prepared of these

10:47    9    proceedings and of the whole trial.  Everything that is

10:47   10    being said is taken down and typed up, and it will be filed

10:47   11    publicly.  We can't put jurors' names in a public document.

10:47   12    It's for the protection of the jurors.

10:47   13              So for that reason counsel are not going to call

10:47   14    you by your last name.  They will call you by your juror

10:47   15    number, Juror No. 79.  They're not being rude or

10:47   16    disrespectful.  They're just trying to protect your privacy

10:47   17    rights.

10:47   18              Okay.  Mr. Steward.

10:47   19              MR. STEWARD:  Thank you, Your Honor.

10:47   20              Good morning, sir.

10:47   21              PROSPECTIVE JUROR NO. 79:  Good morning.

10:47   22              MR. STEWARD:  In the questionnaire that you filled

10:47   23    out two days ago, there was a question about would the fact

10:47   24    that Mr. Avenatti is a lawyer affect your ability to be fair

10:47   25    and impartial in the case.  It seems that you wrote:  It

| | | |
|---|---|---|
| 10:47 | 1 | might.  I would try my hardest to put his profession aside |
| 10:48 | 2 | and evaluate the case solely on the evidence presented in |
| 10:48 | 3 | the courtroom.  But as I just confessed, I do not think |
| 10:48 | 4 | highly of the profession. |
| 10:48 | 5 |         Given your thoughts on the profession, I assume |
| 10:48 | 6 | you mean all lawyers? |
| 10:48 | 7 |         PROSPECTIVE JUROR NO. 79:  Yes. |
| 10:48 | 8 |         MR. STEWARD:  I'm not sure how to take that |
| 10:48 | 9 | personally, but ... |
| 10:48 | 10 |         And the fact that he is a lawyer, in general does |
| 10:48 | 11 | that cause at least some bias in your view? |
| 10:48 | 12 |         PROSPECTIVE JUROR NO. 79:  I'm not really being |
| 10:48 | 13 | just.  Again I feel like I can evaluate on the evidence here |
| 10:48 | 14 | in court.  It isn't just to say that you are opposed to all |
| 10:48 | 15 | people involved in law. |
| 10:48 | 16 |         On the other hand, I have it on the highest of |
| 10:48 | 17 | authority where if someone steals our clothes, we're going |
| 10:48 | 18 | to get more clothes on.  So -- |
| 10:49 | 19 |         MR. STEWARD:  I guess the bottom-line question is: |
| 10:49 | 20 | Can you put aside your feeling about lawyers generally and |
| 10:49 | 21 | judge the case solely on the evidence that you hear and the |
| 10:49 | 22 | instructions from the Court?  Is that something you can do? |
| 10:49 | 23 |         PROSPECTIVE JUROR NO. 79:  Yes, I can. |
| 10:49 | 24 |         MR. STEWARD:  So in your questionnaire you put you |
| 10:49 | 25 | would try.  Today you are more firm about that; is that |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:49  1    correct?

10:49  2            PROSPECTIVE JUROR NO. 79:  I had given it some

10:49  3    thought and I'm not being just with regards to law and

10:49  4    prosecuting people.  I have a bad taste.  I feel like

10:49  5    everyone is sue happy and the society owes them something.

10:49  6    Perhaps it's part of the political climate lately.

10:49  7            MR. STEWARD:  Also at question 52 you wrote:  I

10:49  8    don't care for a profession that sues people.  Is that in

10:49  9    line with what you just told us?

10:49  10           PROSPECTIVE JUROR NO. 79:  It goes right in hand,

10:49  11   just like I said, like law and prosecuting people.

10:50  12           MR. STEWARD:  Well, if the evidence shows that

10:50  13   Mr. Avenatti sues people as you indicate in this answer,

10:50  14   does that mean that you're going to take a bias into the

10:50  15   jury room with you if you are chosen for the jury?

10:50  16           PROSPECTIVE JUROR NO. 79:  No.  That's his

10:50  17   profession, to obtain justice.  Someone has to do it.  You

10:50  18   know, it's part of law.

10:50  19           MR. STEWARD:  Okay.  But again, the bottom line is

10:50  20   can you put your feelings about lawyers aside and judge the

10:50  21   case solely on the evidence and what the Court tells you?

10:50  22           PROSPECTIVE JUROR NO. 79:  Yes, I feel I can.

10:50  23           MR. STEWARD:  Thank you.  Nothing further, Your

10:50  24   Honor.

10:50  25           MR. SAGEL:  No questions, Your Honor.

| | | |
|---|---|---|
| 10:50 | 1 | THE COURT:  Sir, would you go back to the jury |
| 10:50 | 2 | room, please.  Thank you. |
| 10:50 | 3 | (Prospective juror exits courtroom) |
| 10:51 | 4 | THE COURT:  Challenge? |
| 10:51 | 5 | MR. STEWARD:  No, Your Honor. |
| 10:51 | 6 | THE CLERK:  Juror No. 82. |
| 10:51 | 7 | (Prospective juror enters courtroom) |
| 10:51 | 8 | THE COURT:  Good morning. |
| 10:51 | 9 | PROSPECTIVE JUROR NO. 82:  Good morning. |
| 10:52 | 10 | THE COURT:  A transcript is being prepared of |
| 10:52 | 11 | everything that is said here, and then it will be publicly |
| 10:52 | 12 | filed and publicly available.  We can't put jurors' names in |
| 10:52 | 13 | public documents.  So for that reason counsel are going to |
| 10:52 | 14 | call you by your juror number, Juror No. 82, and not by your |
| 10:52 | 15 | last name. |
| 10:52 | 16 | PROSPECTIVE JUROR NO. 82:  Okay. |
| 10:52 | 17 | THE COURT:  They're not being rude or |
| 10:52 | 18 | disrespectful.  They're taking these steps required to |
| 10:52 | 19 | protect your privacy rights. |
| 10:52 | 20 | Mr. Steward. |
| 10:52 | 21 | MR. STEWARD:  Thank you, Your Honor. |
| 10:52 | 22 | Good morning. |
| 10:52 | 23 | PROSPECTIVE JUROR NO. 82:  Good morning. |
| 10:52 | 24 | MR. STEWARD:  I note in the questionnaire you |
| 10:52 | 25 | filled out two days ago, question 25 about whether you had |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
| 10:52 | 1  | read, seen, or heard anything about Mr. Avenatti.  You             |
| 10:52 | 2  | wrote:  I heard on TV that Mr. Avenatti will face criminal          |
| 10:52 | 3  | charges.  Don't recall where I heard this.                          |
| 10:52 | 4  |         Have you thought about it in the last two days and          |
| 10:52 | 5  | anything else come to mind?                                         |
| 10:52 | 6  |         PROSPECTIVE JUROR NO. 82:  I have, but I can't              |
| 10:52 | 7  | really put my finger on a specific source.  If I heard it,          |
| 10:52 | 8  | it's probably on TV.                                                |
| 10:53 | 9  |         MR. STEWARD:  And what do you remember that you             |
| 10:53 | 10 | heard?                                                              |
| 10:53 | 11 |         PROSPECTIVE JUROR NO. 82:  It was a very quick             |
| 10:53 | 12 | clip, like highlight.  They didn't talk about any details.         |
| 10:53 | 13 | It was just a one-liner that announced maybe what's coming          |
| 10:53 | 14 | up.                                                                 |
| 10:53 | 15 |         MR. STEWARD:  Was this recently?                            |
| 10:53 | 16 |         PROSPECTIVE JUROR NO. 82:  Within the last 10 to           |
| 10:53 | 17 | 12 days.  Quite recent.                                             |
| 10:53 | 18 |         MR. STEWARD:  Do you remember anything about               |
| 10:53 | 19 | criminal charges?                                                   |
| 10:53 | 20 |         PROSPECTIVE JUROR NO. 82:  About being criminal            |
| 10:53 | 21 | charges?                                                            |
| 10:53 | 22 |         MR. STEWARD:  Any criminal charges in connection           |
| 10:53 | 23 | with Mr. Avenatti.                                                  |
| 10:53 | 24 |         PROSPECTIVE JUROR NO. 82:  For fraud.  I recall it         |
| 10:53 | 25 | was described as a case for fraud.                                  |

| | | |
|---|---|---|
| 10:53 | 1 | MR. STEWARD:  And do you recall any description of |
| 10:53 | 2 | a specific case having to do with a specific instance or |
| 10:53 | 3 | indictment, anything like that? |
| 10:53 | 4 | PROSPECTIVE JUROR NO. 82:  No. |
| 10:53 | 5 | MR. STEWARD:  Okay.  I saw where you indicated the |
| 10:54 | 6 | sources of news that you watch and listen to, and you also |
| 10:54 | 7 | said at question 31:  My husband is an avid follower of the |
| 10:54 | 8 | news, and I'm exposed to broadcast news multiple times |
| 10:54 | 9 | during the day. |
| 10:54 | 10 | What are his sources of news?  What does he watch? |
| 10:54 | 11 | Where is he getting his information? |
| 10:54 | 12 | PROSPECTIVE JUROR NO. 82:  We have very similar |
| 10:54 | 13 | sources. |
| 10:54 | 14 | MR. STEWARD:  So like NPR, things like that? |
| 10:54 | 15 | PROSPECTIVE JUROR NO. 82:  Yes.  NPR, CNN, mostly |
| 10:54 | 16 | Channel 7, ABC.  The NPR is obviously radio.  That's our |
| 10:54 | 17 | source for quick news, but usually our channel at the house |
| 10:54 | 18 | is either on CNN or Channel 7 for news. |
| 10:54 | 19 | MR. STEWARD:  Fox News? |
| 10:54 | 20 | PROSPECTIVE JUROR NO. 82:  No.  I don't |
| 10:54 | 21 | particularly care for their point of view. |
| 10:54 | 22 | MR. STEWARD:  Nothing further, Your Honor.  Thank |
| 10:54 | 23 | you. |
| 10:55 | 24 | MR. SAGEL:  No questions, Your Honor. |
| 10:55 | 25 | THE COURT:  Would you go back to the jury room, |

10:55  1   please.

10:55  2              (Prospective juror exits courtroom)

10:55  3              THE COURT:  Challenge?

10:55  4              MR. STEWARD:  No, Your Honor.  Thank you.

10:55  5              THE CLERK:  That's half, Judge.  That was

10:55  6   number 20.

10:55  7              THE COURT:  We have identified 40 individuals for

10:55  8   one-on-one voir dire.

10:55  9              THE CLERK:  Juror No. 83.

10:55  10             (Prospective juror enters courtroom)

10:56  11             THE COURT:  Good morning.

10:56  12         A transcript is being prepared.  Everything that's

10:56  13   being said is taken down, and that will be filed publicly.

10:56  14   We can't put jurors' names in the transcripts.  It's part of

10:56  15   your privacy rights.  So to protect you, counsel are going

10:56  16   to address you as Juror No. 83.  They're not being rude or

10:56  17   disrespectful by not using your last name.  It's to protect

10:56  18   your privacy.

10:56  19             PROSPECTIVE JUROR NO. 83:  Thank you very much.

10:56  20             THE COURT:  Okay.

10:56  21             Mr. Steward.

10:56  22             MR. STEWARD:  Thank you, Your Honor.

10:56  23             Good morning?

10:56  24             PROSPECTIVE JUROR NO. 83:  Good morning, sir.

10:56  25             MR. STEWARD:  On the questionnaire you filled out

10:56  1   two days ago, you were asked about whether you had read,

10:56  2   seen, or heard anything about Mr. Avenatti.  And you wrote:

10:56  3   Various publications online, including CNN if I am

10:56  4   remembering the name correctly, and I believe I am.

10:56  5          Do you remember what you heard about Mr. Avenatti?

10:57  6          PROSPECTIVE JUROR NO. 83:  I will admit that I'm

10:57  7   really bad with names, so my investigative nature of myself,

10:57  8   I wanted to look him up to confirm if who I was thinking it

10:57  9   was was correct.  Of course, I did not do that based on the

10:57  10  instructions given.  So I answered the questionnaire based

10:57  11  on I was 99 percent sure that I knew who Mr. Avenatti was.

10:57  12         MR. STEWARD:  And the question is:  What do you

10:57  13  know about him?

10:57  14         PROSPECTIVE JUROR NO. 83:  Just very basic

10:57  15  information that I saw on news publications.  I primarily

10:57  16  watch CNN, so I have seen things over the last, you know,

10:57  17  probably year or so.  But I don't know specifics.  Really

10:57  18  I'm a passive news watcher and reader.

10:57  19         MR. STEWARD:  Do you recall anything about

10:57  20  criminal charges?

10:57  21         PROSPECTIVE JUROR NO. 83:  I know that there was

10:57  22  some in discussion, but I do not have any details of what

10:57  23  they were supposed to be.  To be honest I haven't heard

10:57  24  anything in several months about Mr. Avenatti.

10:57  25         MR. STEWARD:  So you don't know where or any

```
10:58   1   details; is that correct?
10:58   2             PROSPECTIVE JUROR NO. 83:  That's correct.
10:58   3             MR. STEWARD:  I have nothing further, Your Honor.
10:58   4             MR. SAGEL:  No questions, Your Honor.
10:58   5             THE COURT:  Would you go back to the jury room,
10:58   6   please.
10:58   7             (Prospective juror exits courtroom)
10:58   8             MR. STEWARD:  No challenge to the last juror, Your
10:58   9   Honor.
10:58  10             THE COURT:  Thank you.
10:58  11             THE CLERK:  Juror No. 88.
10:58  12             (Prospective juror enters courtroom)
10:58  13             THE COURT:  Good morning, sir.
10:58  14             PROSPECTIVE JUROR NO. 88:  Good morning.
10:58  15             THE COURT:  Would you feel comfortable taking your
10:58  16   mask off?
10:58  17             PROSPECTIVE JUROR NO. 88:  Oh, I just realized I
10:58  18   have it on.
10:58  19             THE COURT:  Thank you.
10:58  20             A transcript will be prepared of these
10:59  21   proceedings.  Everything will be taken down and typed up and
10:59  22   filed.  We can't put jurors' names in the public filings.
10:59  23   So for that reason you are going to be referred to as Juror
10:59  24   No. 88.
10:59  25             Counsel aren't being rude or disrespectful.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:59 | 1 | They're simply trying to preserve your privacy rights by |
| 10:59 | 2 | addressing you in that way.  Okay? |
| 10:59 | 3 | Okay.  Mr. Steward. |
| 10:59 | 4 | MR. STEWARD:  Thank you, Your Honor. |
| 10:59 | 5 | Good morning, sir. |
| 10:59 | 6 | PROSPECTIVE JUROR NO. 88:  Good morning. |
| 10:59 | 7 | MR. STEWARD:  In connection with the questionnaire |
| 10:59 | 8 | that you filled out two days ago, Question 25 asked about |
| 10:59 | 9 | had you read, seen, or heard anything about Mr. Avenatti.  I |
| 10:59 | 10 | believe you wrote:  I heard he was arrested for his law |
| 10:59 | 11 | practice but not sure why. |
| 10:59 | 12 | In the last two days since you wrote that, any |
| 10:59 | 13 | more memories about anything you may have seen or heard? |
| 10:59 | 14 | PROSPECTIVE JUROR NO. 88:  No.  No.  I haven't |
| 10:59 | 15 | seen why or -- I have no idea. |
| 10:59 | 16 | MR. STEWARD:  Any memory of where you may have |
| 10:59 | 17 | seen this information, whether it was TV, internet? |
| 11:00 | 18 | PROSPECTIVE JUROR NO. 88:  I think maybe it was on |
| 11:00 | 19 | the TV. |
| 11:00 | 20 | MR. STEWARD:  And do you know -- how long ago do |
| 11:00 | 21 | you think that was? |
| 11:00 | 22 | PROSPECTIVE JUROR NO. 88:  I'm not too sure.  I go |
| 11:00 | 23 | running a lot.  I go to the gym a lot.  So when the TV is |
| 11:00 | 24 | on, something will pass by, but that's about it.  I try to |
| 11:00 | 25 | filter my news out.  It's become so divisive and negative |

11:00  1    that these days I've kind of given up on them.

11:00  2             MR. STEWARD:  Amen.  On Question 32 about

11:00  3    Mr. Avenatti being a civil trial lawyer who sues

11:00  4    individuals, you wrote:  If a person is aware of the rules

11:00  5    and breaks them in any field of work.  What did you mean by

11:00  6    that?

11:00  7             PROSPECTIVE JUROR NO. 88:  I'm a general

11:00  8    contractor, and I follow building guidelines and rules and

11:00  9    things like that.  So if I knowingly break a rule, you know,

11:00  10   if I don't pull a permit for something or if I go around and

11:01  11   use cheaper materials, either knowing that I did that, then

11:01  12   I'm possible for those items.

11:01  13            MR. STEWARD:  So you would hold Mr. Avenatti to a

11:01  14   higher standard because he's a lawyer?

11:01  15            PROSPECTIVE JUROR NO. 88:  I think if there is any

11:01  16   time that somebody knows that they're doing something wrong,

11:01  17   then I think that person, you know --

11:01  18            MR. STEWARD:  Not to argue, but isn't that true of

11:01  19   everybody that faces criminal charges?

11:01  20            PROSPECTIVE JUROR NO. 88:  That's true.

11:01  21            MR. STEWARD:  So I guess what I'm asking here is

11:01  22   are you singling out lawyers as having some sort of a higher

11:01  23   standard to have known better?

11:01  24            PROSPECTIVE JUROR NO. 88:  I don't know if I am

11:01  25   singling out.  I think the awareness is a little bit more.

11:01   1          MR. STEWARD:  So you're selected for the jury; you
11:01   2   hear all the evidence; you're back in the jury room
11:01   3   deliberating.  Is the fact that he is a lawyer, is that
11:01   4   going to come into your thinking and your evaluation of what
11:01   5   you've heard during the trial?
11:01   6          PROSPECTIVE JUROR NO. 88:  I think it's based on
11:01   7   his testimony and the case itself.  If the federal
11:02   8   government proves the case, that would be one thing.  If
11:02   9   they don't prove their case, he's not guilty of it.
11:02   10          MR. STEWARD:  Okay.  And just focusing on the
11:02   11   defendant rather than the case being proved, is he in some
11:02   12   kind of a hole in your mind because he's a lawyer?
11:02   13          PROSPECTIVE JUROR NO. 88:  No, I don't think so.
11:02   14          MR. STEWARD:  And you would evaluate him the same
11:02   15   as you would any other criminal defendant?
11:02   16          PROSPECTIVE JUROR NO. 88:  I would.
11:02   17          MR. STEWARD:  Nothing further, Your Honor.
11:02   18          MR. SAGEL:  No questions, Your Honor.
11:02   19          THE COURT:  Sir, would you go back to the jury
11:02   20   room, please.
11:02   21          (Prospective juror exits courtroom)
11:02   22          THE COURT:  Mr. Steward.
11:02   23          MR. STEWARD:  No objection, Your Honor.
11:03   24          THE CLERK:  Juror No. 91.
11:03   25          (Prospective juror enters courtroom)

| | | |
|---|---|---|
| 11:03 | 1 | THE COURT:  Good morning, sir. |
| 11:03 | 2 | PROSPECTIVE JUROR NO. 91:  Good morning. |
| 11:03 | 3 | THE COURT:  A transcript is going to be prepared |
| 11:03 | 4 | of these proceedings.  Everything that is said is going to |
| 11:03 | 5 | be typed up and filed, and it will be a public document.  We |
| 11:03 | 6 | can't put jurors' names in public documents as a matter of |
| 11:03 | 7 | privacy. |
| 11:03 | 8 | For that reason the lawyers are going to address |
| 11:03 | 9 | you by your juror number, Juror No. 91.  So they're not |
| 11:03 | 10 | being rude or disrespectful by not addressing you by your |
| 11:03 | 11 | last name.  We're doing that to comply with your privacy |
| 11:03 | 12 | rights. |
| 11:03 | 13 | PROSPECTIVE JUROR NO. 91:  Okay. |
| 11:03 | 14 | THE COURT:  Mr. Steward. |
| 11:03 | 15 | MR. STEWARD:  Thank you, Your Honor. |
| 11:03 | 16 | Good morning, sir. |
| 11:04 | 17 | PROSPECTIVE JUROR NO. 91:  Good morning. |
| 11:04 | 18 | MR. STEWARD:  In connection with the questionnaire |
| 11:04 | 19 | that you filled out, Question 25 asks about what you had |
| 11:04 | 20 | read, seen, or heard about Mr. Avenatti.  It appears that |
| 11:04 | 21 | you wrote:  General news reports of both his -- and then you |
| 11:04 | 22 | have it in quotes -- high profile, end of quote, case as |
| 11:04 | 23 | well as his current charge of fraud. |
| 11:04 | 24 | In the last two days have you thought any more |
| 11:04 | 25 | about that?  Has anything else come to mind about what |

11:04    1   you've heard?

11:04    2           PROSPECTIVE JUROR NO. 91:  No, not really.

11:04    3           MR. STEWARD:  And news reports of a high profile

11:04    4   case and then also the current charges.  So it was in

11:04    5   essence two different types of information that you came by.

11:04    6   Does that sound right?

11:04    7           PROSPECTIVE JUROR NO. 91:  Correct.

11:04    8           MR. STEWARD:  And what was the source of the

11:04    9   information, if you recall?

11:04   10           PROSPECTIVE JUROR NO. 91:  Just general news that

11:04   11   I normally pay attention to.

11:04   12           MR. STEWARD:  I'm sorry.  Which news is that?

11:04   13           PROSPECTIVE JUROR NO. 91:  Newspapers, online

11:04   14   things like -- basically online newspapers.

11:05   15           MR. STEWARD:  I'm asking, I guess, poorly.  What

11:05   16   newspapers?

11:05   17           PROSPECTIVE JUROR NO. 91:  Things like the L.A.

11:05   18   Times, New York Times, online things like Vox and NPR.

11:05   19           MR. STEWARD:  I'm sorry.  Did you say Fox?

11:05   20           PROSPECTIVE JUROR NO. 91:  No, Vox, V-o-x.

11:05   21           MR. STEWARD:  Okay.  You also indicated under

11:05   22   question 32 when it asks about a civil trial lawyer who sues

11:05   23   individuals and corporations.  Would you give greater or

11:05   24   lesser weight to the evidence simply because they're a

11:05   25   lawyer?

11:05  1        You wrote:  I might consider that he would be
11:05  2  aware of the legal implications of various actions more so
11:05  3  than a nonlawyer.  Does that mean that you would put him in
11:05  4  a bit of a hole starting out because he's a lawyer?
11:05  5        PROSPECTIVE JUROR NO. 91:  I would expect that he
11:05  6  would be aware of the law much better than a lay person
11:06  7  would be.
11:06  8        MR. STEWARD:  So you've been selected for the
11:06  9  jury; you've heard all the evidence; you're back in the jury
11:06 10  room.  Is the fact that he's a lawyer, are you going to hold
11:06 11  that against him?
11:06 12        PROSPECTIVE JUROR NO. 91:  I don't know if it's
11:06 13  holding it against him, but like I said, I would expect that
11:06 14  a lawyer would understand the law in general better than a
11:06 15  lay person.  So not being aware of the law doesn't strike me
11:06 16  as a credible statement.
11:06 17        MR. STEWARD:  And would you consider that a bias
11:06 18  against him as a lawyer?
11:06 19        PROSPECTIVE JUROR NO. 91:  Against him as a
11:06 20  lawyer?
11:06 21        MR. STEWARD:  Yeah.
11:06 22        PROSPECTIVE JUROR NO. 91:  I don't know if that
11:06 23  qualifies as being against a lawyer.  Simply just -- it's
11:06 24  just, like I said, thinking that a lawyer would understand
11:06 25  the law better than another person.  So I don't know what

11:06   1   kind of claims are being made.  But if the lawyer is

11:06   2   claiming that they didn't know the law, I would consider

11:06   3   that somewhat less credible.

11:07   4           MR. STEWARD:  Well, you understand from the

11:07   5   summary that we heard that Mr. Avenatti was a civil trial

11:07   6   lawyer, right?

11:07   7           PROSPECTIVE JUROR NO. 91:  Correct.

11:07   8           MR. STEWARD:  And this is a criminal case, right?

11:07   9           PROSPECTIVE JUROR NO. 91:  Correct.

11:07  10           MR. STEWARD:  So you're inferring that because he

11:07  11   was a civil trial lawyer that he may know criminal laws

11:07  12   better than the average person?

11:07  13           PROSPECTIVE JUROR NO. 91:  Yes.  I would assume

11:07  14   that.

11:07  15           MR. STEWARD:  Okay.  And you would carry that

11:07  16   thinking into the jury room; is that true?

11:07  17           PROSPECTIVE JUROR NO. 91:  I would imagine so.

11:07  18           MR. STEWARD:  Even if the judge advised you that

11:07  19   everybody should be treated equally and the burden here is

11:07  20   on the government, could you put that aside, put your views

11:07  21   of lawyers and their knowledge aside and just judge the

11:07  22   evidence?

11:07  23           PROSPECTIVE JUROR NO. 91:  If the evidence was not

11:07  24   relevant to my impression that a lawyer would understand the

11:07  25   law better than a lay person.

| | | |
|---|---|---|
| 11:07 | 1 | MR. STEWARD:  Okay.  So I think we keep coming |
| 11:07 | 2 | back to the same thing, that you feel he should have known |
| 11:08 | 3 | better just because he's a lawyer?  Is that a fair |
| 11:08 | 4 | statement? |
| 11:08 | 5 | PROSPECTIVE JUROR NO. 91:  I don't know if that is |
| 11:08 | 6 | relevant to the case or not.  I do believe that lawyers do |
| 11:08 | 7 | have better knowledge of the law than your typical lay |
| 11:08 | 8 | person would.  That just seems to me to be self-evident. |
| 11:08 | 9 | MR. STEWARD:  Thank you, Your Honor.  Nothing |
| 11:08 | 10 | further. |
| 11:08 | 11 | THE COURT:  Mr. Wyman. |
| 11:08 | 12 | MR. WYMAN:  Thank you, Your Honor. |
| 11:08 | 13 | Good morning. |
| 11:08 | 14 | PROSPECTIVE JUROR NO. 91:  Good morning. |
| 11:08 | 15 | MR. WYMAN:  Your view on lawyers, as I understand |
| 11:08 | 16 | it, you're just saying that if someone is claiming not to |
| 11:08 | 17 | know the law, you would find that less credible if that |
| 11:08 | 18 | person is a lawyer? |
| 11:08 | 19 | PROSPECTIVE JUROR NO. 91:  Generally speaking, |
| 11:08 | 20 | yes.  I mean, I do understand that it could be a different |
| 11:08 | 21 | area of law, but I would imagine that just in general in the |
| 11:08 | 22 | law education you would get a broad spectrum of law before |
| 11:08 | 23 | you specialized in an area.  Therefore, you would have some |
| 11:08 | 24 | knowledge of criminal law even if that's not your area of |
| 11:09 | 25 | specialty. |

```
11:09   1           MR. WYMAN:  And if the allegations at issue did
11:09   2   not involve whether or not someone actually knew the law,
11:09   3   would you be able to set that view of lawyers aside and
11:09   4   evaluate the evidence of the charges presented to you?
11:09   5           PROSPECTIVE JUROR NO. 91:  Certainly.
11:09   6           MR. WYMAN:  And could you be a fair and impartial
11:09   7   juror even if the defendant is himself a lawyer?
11:09   8           PROSPECTIVE JUROR NO. 91:  If the evidence was not
11:09   9   related to whether or not the lawyer knows something
11:09  10   specific about that law.
11:09  11           MR. WYMAN:  Nothing further, Your Honor.
11:09  12           MR. STEWARD:  Your Honor, may I ask one just to be
11:09  13   clear?
11:09  14           THE COURT:  You may.
11:09  15           MR. STEWARD:  Sir, can you tell us everything that
11:09  16   you can remember about the case that you heard about
11:09  17   involving Mr. Avenatti and the current charges.
11:09  18           PROSPECTIVE JUROR NO. 91:  Just generally that he
11:09  19   was charged with what the judge said.  I didn't pay any
11:09  20   attention to anything different that he was presented, that
11:09  21   he was charged with wire fraud and taxes.
11:09  22           MR. STEWARD:  Thank you.  Nothing further.
11:09  23           THE COURT:  Sir, would you go back to the jury
11:10  24   room, please.
11:10  25           (Prospective juror exits courtroom)
```

| | | |
|---|---|---|
| 11:10 | 1 | MR. STEWARD:  Your Honor, we would ask that that |
| 11:10 | 2 | juror be excused.  He seemed to equivocate when we kept |
| 11:10 | 3 | coming back to the same topic of attorneys and holding them |
| 11:10 | 4 | to a higher standard.  On that I'd submit. |
| 11:10 | 5 | MR. WYMAN:  Your Honor, on that point I don't |
| 11:10 | 6 | think he should be excused for that reason.  This case is |
| 11:10 | 7 | not about whether the defendant knew or didn't know a |
| 11:10 | 8 | particular law.  For example, he's never asserted advice of |
| 11:10 | 9 | counsel that then could implicate that bias. |
| 11:10 | 10 | I am a little concerned about the last thing he |
| 11:10 | 11 | said about tax evasion.  That's one of the severed counts. |
| 11:10 | 12 | I don't know whether he was just speaking in generality or |
| 11:10 | 13 | if he actually had knowledge of the charges in the case. |
| 11:10 | 14 | For the reason that Mr. Steward mentioned, I don't |
| 11:11 | 15 | think that's a basis for excusal. |
| 11:11 | 16 | MR. STEWARD:  Your Honor, the government is |
| 11:11 | 17 | pressing the state bar rules long and hard, and the fact |
| 11:11 | 18 | that this gentleman has this thought about attorneys makes |
| 11:11 | 19 | it even all the more reason why those jury instructions are |
| 11:11 | 20 | incorrect. |
| 11:11 | 21 | THE COURT:  I'm not sure I understand the last |
| 11:11 | 22 | remark, but he couldn't step up and squarely say that he |
| 11:11 | 23 | would put aside his feelings that the lawyers ought to know |
| 11:11 | 24 | the law.  He will be excused. |
| 11:12 | 25 | THE CLERK:  Juror No. 98. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 11:12 | 1 | (Prospective juror enters courtroom) |

11:12   1          (Prospective juror enters courtroom)

11:12   2          THE COURT:  Good morning, sir.

11:12   3          PROSPECTIVE JUROR NO. 98:  Good morning.

11:12   4          THE COURT:  A transcript will be prepared of these

11:12   5  proceedings and then filed.  Everything that is said will be

11:12   6  typed up and filed for public view.  We can't have jurors'

11:12   7  names in the public document as a matter of privacy.  So for

11:12   8  that reason the lawyers will call you by your juror number.

11:12   9  They're not being rude or disrespectful.  We're taking that

11:12  10  step to preserve your privacy rights.

11:13  11          Mr. Steward.

11:13  12          MR. STEWARD:  Thank you, Your Honor.

11:13  13          Good morning, sir.

11:13  14          PROSPECTIVE JUROR NO. 98:  Good morning.

11:13  15          MR. STEWARD:  Question No. 32, the last part of it

11:13  16  asks -- and this is the questionnaire from two days ago --

11:13  17  would the fact that Mr. Avenatti is a lawyer affect your

11:13  18  ability to be fair and impartial in this case?

11:13  19          It appears that you wrote:  As a lawyer I don't

11:13  20  see how he could have gotten into this situation unless he

11:13  21  is guilty.  Is that what you wrote?

11:13  22          PROSPECTIVE JUROR NO. 98:  I believe so.

11:13  23          MR. STEWARD:  Okay.  So he's in this situation.

11:13  24  Does that mean you think he's guilty right now?

11:13  25          PROSPECTIVE JUROR NO. 98:  Well, I'm biased

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:13 | 1 | towards him being guilty just because he is a lawyer.  And I |
| 11:13 | 2 | assume that he would have more knowledge of what's a crime |
| 11:13 | 3 | and what's not to avoid being in this situation in the first |
| 11:13 | 4 | place. |
| 11:13 | 5 | MR. STEWARD:  And Question 32, the part before |
| 11:13 | 6 | that asks about civil trial lawyers who sue individuals. |
| 11:13 | 7 | Would you give greater or lesser weight to the evidence? |
| 11:13 | 8 | And you wrote there:  As a lawyer, any evidence of crime |
| 11:14 | 9 | makes him seem guilty since he should know what he is doing |
| 11:14 | 10 | is a crime. |
| 11:14 | 11 | That's pretty much what you said in that other |
| 11:14 | 12 | answer, correct? |
| 11:14 | 13 | PROSPECTIVE JUROR NO. 98:  Yes. |
| 11:14 | 14 | MR. STEWARD:  So does that mean right now you |
| 11:14 | 15 | think he is guilty? |
| 11:14 | 16 | PROSPECTIVE JUROR NO. 98:  Yeah. |
| 11:14 | 17 | MR. STEWARD:  Nothing further, Your Honor. |
| 11:14 | 18 | MR. WYMAN:  Nothing, Your Honor. |
| 11:14 | 19 | THE COURT:  Sir, would you go back to the jury |
| 11:14 | 20 | room, please. |
| 11:14 | 21 | (Prospective juror exits courtroom) |
| 11:14 | 22 | THE COURT:  Mr. Steward. |
| 11:14 | 23 | MR. STEWARD:  Move to dismiss him, Your Honor. |
| 11:14 | 24 | MR. WYMAN:  Agreed, Your Honor. |
| 11:14 | 25 | THE COURT:  He will be excused. |

11:15   1          THE CLERK:  Juror No. 99.

11:15   2          (Prospective juror enters courtroom)

11:15   3          THE COURT:  Good morning.

11:15   4          PROSPECTIVE JUROR NO. 99:  Good morning.

11:15   5          THE COURT:  The court reporter is taking down a

11:15   6  transcript which will be typed up at the end of the day and

11:15   7  filed as a public document.  We can't put jurors' names on

11:15   8  the transcript.  It's a matter of privacy.  So the lawyers

11:15   9  are going to refer to you as a Juror No. 99.  They're not

11:15  10  being rude.  They're not being disrespectful.  We are taking

11:16  11  those steps to preserve your privacy rights.

11:16  12          Mr. Steward.

11:16  13          MR. STEWARD:  Thank you, Your Honor.

11:16  14          Good morning.

11:16  15          PROSPECTIVE JUROR NO. 99:  Good morning.

11:16  16          MR. STEWARD:  In response to Question 25 of the

11:16  17  questionnaire asking about had you read, seen, or heard

11:16  18  anything about Mr. Avenatti, you wrote:  Local news.  Lawyer

11:16  19  representing Stormy Daniels.  Something was recently in the

11:16  20  news about him, but I do not recall what, just that his name

11:16  21  was in the news.

11:16  22          In the last two days have you thought more about

11:16  23  it?  Perhaps more has come to your mind?

11:16  24          PROSPECTIVE JUROR NO. 99:  No.  And I purposely

11:16  25  didn't because I didn't want to look at anything.  But I

```
11:16   1    honestly don't remember.  I just remember hearing the name.
11:16   2    I don't watch a lot of news to begin with, but that's about
11:16   3    the best of my recollection.
11:16   4            MR. STEWARD:  Okay.  We appreciate your candor.
11:16   5    On Question 29, it has to do with whether or not you've
11:16   6    read, seen, or heard anything about criminal charges brought
11:16   7    against Mr. Avenatti.  You circled yes and wrote:  I don't
11:16   8    recall any details except that it had something to do with
11:17   9    Nike, I think.
11:17   10           How about that?  Do you remember any more about
11:17   11   what you may have heard about anything to do with the Nike
11:17   12   case?
11:17   13           PROSPECTIVE JUROR NO. 99:  No.  Like I said, when
11:17   14   I do look at news, I'm usually just skimming for particular
11:17   15   things that I am trying to stay away from, anything that I
11:17   16   would consider political or that I don't have any interest
11:17   17   in.
11:17   18           MR. STEWARD:  Right.  And do you remember anything
11:17   19   as to whether -- do you remember at all whether or not it
11:17   20   referred to criminal charges or what the deal was with Nike?
11:17   21           PROSPECTIVE JUROR NO. 99:  I honestly have no
11:17   22   idea.
11:17   23           MR. STEWARD:  Okay.  Your only memory is something
11:17   24   about Mr. Avenatti and something about Nike?
11:17   25           PROSPECTIVE JUROR NO. 99:  Correct.
```

| | | |
|---|---|---|
| 11:17 | 1 | MR. STEWARD:  Nothing further, Your Honor. |
| 11:17 | 2 | MR. WYMAN:  Nothing, Your Honor. |
| 11:17 | 3 | THE COURT:  Would you go back to the jury room, |
| 11:17 | 4 | please. |
| 11:17 | 5 | (Prospective juror exits courtroom) |
| 11:18 | 6 | THE COURT:  Challenge? |
| 11:18 | 7 | MR. STEWARD:  No, Your Honor. |
| 11:18 | 8 | THE CLERK:  Juror No. 100. |
| 11:18 | 9 | (Prospective juror enters courtroom) |
| 11:18 | 10 | THE COURT:  Sir, a transcript will be prepared of |
| 11:18 | 11 | this session and of the whole trial.  Ms. Seffens is taking |
| 11:18 | 12 | down what everybody is saying and it will be typed up and a |
| 11:19 | 13 | booklet will be prepared, and it will be filed on the docket |
| 11:19 | 14 | in this case.  We can't put jurors' names in a public |
| 11:19 | 15 | document.  So for that reason counsel are going to call you |
| 11:19 | 16 | by your juror number, Juror No. 100.  They're not being rude |
| 11:19 | 17 | or disrespectful.  It's simply to preserve your privacy |
| 11:19 | 18 | rights. |
| 11:19 | 19 | Mr. Steward. |
| 11:19 | 20 | MR. STEWARD:  Thank you, Your Honor. |
| 11:19 | 21 | Good morning, sir. |
| 11:19 | 22 | PROSPECTIVE JUROR NO. 100:  Good morning. |
| 11:19 | 23 | MR. STEWARD:  Your answer to Question 25 of the |
| 11:19 | 24 | questionnaire the other day, the question had to do with |
| 11:19 | 25 | whether you've read, seen, or heard anything about |

| | | |
|---|---|---|
| 11:19 | 1 | Mr. Avenatti, and you wrote:  Some information about him |
| 11:19 | 2 | defending a person in a legal matter with Trump. |
| 11:19 | 3 | In the last two days since you wrote that, have |
| 11:19 | 4 | you had any more memory?  Have you thought about it at all? |
| 11:19 | 5 | PROSPECTIVE JUROR NO. 100:  Other than that, like |
| 11:19 | 6 | I said, I don't follow a lot of lawsuits.  That was widely |
| 11:19 | 7 | in the news, so that's what I remember. |
| 11:19 | 8 | MR. STEWARD:  How long ago do you think you read |
| 11:19 | 9 | or heard or saw that? |
| 11:20 | 10 | PROSPECTIVE JUROR NO. 100:  It must have been a |
| 11:20 | 11 | year or two, something like that. |
| 11:20 | 12 | MR. STEWARD:  Okay.  Do you have any memory of |
| 11:20 | 13 | what your source was?  Was it TV? internet? |
| 11:20 | 14 | PROSPECTIVE JUROR NO. 100:  Probably TV. |
| 11:20 | 15 | MR. STEWARD:  I'm sorry.  I think it's in the |
| 11:20 | 16 | questionnaire, but what TV stations or networks do you |
| 11:20 | 17 | watch? |
| 11:20 | 18 | PROSPECTIVE JUROR NO. 100:  Pretty broad but, you |
| 11:20 | 19 | know, CNN, NBC, CBS. |
| 11:20 | 20 | MR. STEWARD:  Fox? |
| 11:20 | 21 | PROSPECTIVE JUROR NO. 100:  No. |
| 11:20 | 22 | MR. STEWARD:  No further questions, Your Honor. |
| 11:20 | 23 | MR. WYMAN:  Nothing, Your Honor. |
| 11:20 | 24 | THE COURT:  Sir, would you go back to the jury |
| 11:20 | 25 | room, please. |

| | | |
|---|---|---|
| 11:20 | 1 | (Prospective juror exits courtroom) |
| 11:20 | 2 | MR. STEWARD:  No objection, Your Honor. |
| 11:21 | 3 | THE COURT:  Okay. |
| 11:21 | 4 | THE CLERK:  Juror No. 102. |
| 11:21 | 5 | (Prospective juror enters courtroom) |
| 11:21 | 6 | THE COURT:  Good morning, sir. |
| 11:21 | 7 | PROSPECTIVE JUROR NO. 102:  Good morning. |
| 11:21 | 8 | THE COURT:  Sir, a transcript is going to be |
| 11:21 | 9 | prepared of these proceedings.  Everything that's said will |
| 11:21 | 10 | be taken down and publicly available.  We can't put jurors' |
| 11:21 | 11 | names in a public document.  For that reason counsel are |
| 11:21 | 12 | going to address you by your juror number, Juror No. 102. |
| 11:21 | 13 | They're not being rude.  They're not being disrespectful. |
| 11:22 | 14 | They are simply doing it to preserve your privacy rights. |
| 11:22 | 15 | Mr. Steward. |
| 11:22 | 16 | MR. STEWARD:  Thank you, Your Honor. |
| 11:22 | 17 | Good morning, Juror 102. |
| 11:22 | 18 | PROSPECTIVE JUROR NO. 102:  Good morning. |
| 11:22 | 19 | MR. STEWARD:  I have a question about one of your |
| 11:22 | 20 | answers to the questionnaire you filled out two days ago. |
| 11:22 | 21 | In the second part of Question No. 32:  What is your opinion |
| 11:22 | 22 | of civil trial lawyers?  You had a one-word answer:  Crooks. |
| 11:22 | 23 | Can you explain that.  What do you mean? |
| 11:22 | 24 | PROSPECTIVE JUROR NO. 102:  I'm sorry.  Can you |
| 11:22 | 25 | repeat the question. |

```
11:22    1              MR. STEWARD:  Sure.  Sure.  What is your opinion
11:22    2    of civil trial lawyers?  And your answer was:  Crooks.
11:22    3              PROSPECTIVE JUROR NO. 102:  Yeah.  I just think
11:22    4    that a lot of things going on now is just -- it's not good.
11:22    5    I don't see how someone can defend someone that's done
11:22    6    something wrong, that's morally wrong.  I don't think it's
11:23    7    right, and I think a lot of lawyers get paid a lot of money
11:23    8    and they skim off the top.  I just don't think it's right.
11:23    9              MR. STEWARD:  And do you think that applies to all
11:23   10    lawyers?
11:23   11              PROSPECTIVE JUROR NO. 102:  Not necessarily.
11:23   12              MR. STEWARD:  Just the bad apples?
11:23   13              PROSPECTIVE JUROR NO. 102:  There's a few.
11:23   14    There's a few everywhere you go.
11:23   15              MR. STEWARD:  In connection specifically with this
11:23   16    case, the fact that Mr. Avenatti is a civil trial lawyer,
11:23   17    you somehow have a bias or a feeling that he's a crook
11:23   18    before we even start?
11:23   19              PROSPECTIVE JUROR NO. 102:  Yes.
11:23   20              MR. STEWARD:  And is it such that you don't think
11:23   21    you could put that aside?  If you're on the jury or in the
11:23   22    jury room deliberating, could you put that aside or not?
11:23   23              PROSPECTIVE JUROR NO. 102:  I don't believe I
11:23   24    could, sir.
11:23   25              MR. STEWARD:  Nothing further, Your Honor.
```

| | | |
|---|---|---|
| 11:23 | 1 | THE COURT:  Do you want to inquire? |
| 11:23 | 2 | MR. WYMAN:  Yes, Your Honor. |
| 11:23 | 3 | In the questionnaire after that answer where you |
| 11:23 | 4 | said crooks, the next question was:  Would the fact that |
| 11:24 | 5 | Mr. Avenatti is a lawyer affect your ability to be fair and |
| 11:24 | 6 | impartial in this case, and you circled no.  Has that |
| 11:24 | 7 | changed? |
| 11:24 | 8 | PROSPECTIVE JUROR NO. 102:  Yes, sir. |
| 11:24 | 9 | MR. WYMAN:  So you do not feel you could be fair |
| 11:24 | 10 | and impartial? |
| 11:24 | 11 | PROSPECTIVE JUROR NO. 102:  No. |
| 11:24 | 12 | MR. WYMAN:  Okay.  Nothing further. |
| 11:24 | 13 | THE COURT:  Thank you, sir.  Would you go back in |
| 11:24 | 14 | the jury room. |
| 11:24 | 15 | (Prospective juror exits courtroom) |
| 11:24 | 16 | MR. STEWARD:  Move to strike that juror, Your |
| 11:24 | 17 | Honor. |
| 11:24 | 18 | MR. WYMAN:  Agreed. |
| 11:24 | 19 | THE COURT:  He will be excused. |
| 11:25 | 20 | THE CLERK:  Juror 105. |
| 11:25 | 21 | (Prospective juror enters courtroom) |
| 11:25 | 22 | THE COURT:  Good morning, sir. |
| 11:25 | 23 | PROSPECTIVE JUROR NO. 105:  Good morning. |
| 11:25 | 24 | THE COURT:  A transcript will be prepared in these |
| 11:25 | 25 | proceedings.  Everything that is being said is taken down |

11:25  1   and it will be typed up and put in the public record.  We

11:25  2   can't put jurors' names in the public record for privacy

11:25  3   reasons.

11:25  4         For that reason counsel will refer to you by your

11:25  5   juror number, so they're not using your last name.  They're

11:25  6   not being rude or disrespectful.  They're taking these steps

11:25  7   to preserve your privacy rights.

11:25  8         Mr. Steward.

11:25  9         MR. STEWARD:  Thank you, Your Honor.

11:25  10        Good morning, sir.

11:25  11        PROSPECTIVE JUROR NO. 105:  Good morning.

11:25  12        MR. STEWARD:  Question 25 of the questionnaire

11:25  13   that you filled out two days ago talks about having read,

11:25  14   seen, or heard anything about Mr. Avenatti.  And it appears

11:25  15   you wrote:  I have either heard his name on the news or from

11:25  16   a previous discussion with my wife.

11:26  17        Now, in the last two days since you wrote that,

11:26  18   anything come back to you?  Do you remember anything more?

11:26  19        PROSPECTIVE JUROR NO. 105:  Not anything more, but

11:26  20   yesterday when I did leave the other day, I looked at my

11:26  21   phone and Googled and his name popped up, Avenatti versus

11:26  22   Nike.

11:26  23        MR. STEWARD:  Did you read the article?

11:26  24        PROSPECTIVE JUROR NO. 105:  Just the headline, big

11:26  25   bold headline.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
11:26   1              MR. STEWARD:  Could you tell us what the headline
11:26   2   was?
11:26   3              PROSPECTIVE JUROR NO. 105:  Mr. Avenatti to serve
11:26   4   two and a half years in the case against Nike.
11:26   5              MR. STEWARD:  So you understood that to be that he
11:26   6   had been convicted in that case, correct?
11:26   7              PROSPECTIVE JUROR NO. 105:  Correct.
11:26   8              MR. STEWARD:  And this was very recently?
11:26   9              PROSPECTIVE JUROR NO. 105:  Tuesday.
11:26  10              THE COURT:  Sir, after you were here on Tuesday,
11:26  11   you said you did a Google search after that?
11:26  12              PROSPECTIVE JUROR NO. 105:  I wasn't searching.  I
11:26  13   was just opening up my phone and went to Google, fresh page
11:26  14   of Google, and it was one of the Google highlights, and that
11:26  15   was there.
11:26  16              THE COURT:  But not a search?
11:26  17              PROSPECTIVE JUROR NO. 105:  Not as a search, no.
11:26  18              MR. STEWARD:  No further questions, Your Honor.
11:27  19              MR. WYMAN:  Nothing.
11:27  20              THE COURT:  Thank you, sir.  Would you go back to
11:27  21   the jury room, please.
11:27  22              (Prospective juror exits courtroom)
11:27  23              MR. STEWARD:  Challenge as to that juror, Your
11:27  24   Honor.
11:27  25              MR. WYMAN:  We stipulate, Your Honor.
```

| | | |
|---|---|---|
| 11:27 | 1 | THE COURT:  He will be excused.  And that's in |
| 11:27 | 2 | keeping with the government's prior agreement that people |
| 11:27 | 3 | with knowledge of Nike will be excused. |
| 11:28 | 4 | THE CLERK:  Juror 109. |
| 11:28 | 5 | (Prospective juror enters courtroom) |
| 11:28 | 6 | THE COURT:  Good morning, sir.  Please be seated. |
| 11:28 | 7 | A transcript is being prepared of these |
| 11:28 | 8 | proceedings.  Everything taken down will be put in a booklet |
| 11:28 | 9 | and publicly filed, publicly available.  We can't put |
| 11:28 | 10 | jurors' names in a public document as a matter of privacy. |
| 11:28 | 11 | So counsel are going to be referring to you by |
| 11:28 | 12 | your juror number, which is 109.  By not using your last |
| 11:28 | 13 | name they're not being rude or disrespectful.  We are taking |
| 11:28 | 14 | these steps to preserve your privacy rights. |
| 11:28 | 15 | PROSPECTIVE JUROR NO. 109:  Understood. |
| 11:28 | 16 | THE COURT:  Thank you. |
| 11:28 | 17 | Mr. Steward. |
| 11:28 | 18 | MR. STEWARD:  Thank you, Your Honor. |
| 11:28 | 19 | Good morning, sir. |
| 11:28 | 20 | PROSPECTIVE JUROR NO. 109:  Good morning. |
| 11:28 | 21 | MR. STEWARD:  In connection with the questionnaire |
| 11:28 | 22 | you filled out two days ago, there was a question about have |
| 11:28 | 23 | you read, seen, or heard anything about Mr. Avenatti. |
| 11:28 | 24 | That's question 25.  And you wrote:  TV news coverage |
| 11:28 | 25 | regarding his client's interaction with Donald Trump. |

11:28  1          Now, in the last two days since you filled that

11:29  2    out, has anything more come back to your memory?

11:29  3          PROSPECTIVE JUROR NO. 109:  Not really.  I tried

11:29  4    to remember the client's name, and I could not.  So from my

11:29  5    recollection it was a big news item that was repeated in the

11:29  6    news cycle numerous times.

11:29  7          MR. STEWARD:  And any idea how long ago that was?

11:29  8          PROSPECTIVE JUROR NO. 109:  Two years.

11:29  9          MR. STEWARD:  And two years ago when you saw that,

11:29  10   your source of news was Fox News?

11:29  11          PROSPECTIVE JUROR NO. 109:  Yeah, that would

11:29  12   probably be the main component.  Some CBS.  Maybe something

11:29  13   on AP on my phone.

11:29  14          MR. STEWARD:  And how closely do you follow Fox?

11:29  15          PROSPECTIVE JUROR NO. 109:  Not very.  When I was

11:29  16   working for Orange County Fire, it was on most often in the

11:30  17   firehouse, but I haven't worked there since 2018.

11:30  18          MR. STEWARD:  And do you think that's probably

11:30  19   where you saw the news about Mr. Avenatti?

11:30  20          PROSPECTIVE JUROR NO. 109:  Yeah, probably.

11:30  21          MR. STEWARD:  Do you recall any interviews or

11:30  22   discussions, panel discussions, anything like that about

11:30  23   Mr. Avenatti?

11:30  24          PROSPECTIVE JUROR NO. 109:  No.

11:30  25          MR. STEWARD:  So your recollection is pretty

11:30  1    limited; is that a fair statement?

11:30  2            PROSPECTIVE JUROR NO. 109:  Yeah.  I just have a

11:30  3    mental image of his client and himself on court steps.

11:30  4            MR. STEWARD:  And is that negative?  Is it a

11:30  5    negative image?

11:30  6            PROSPECTIVE JUROR NO. 109:  No.  It's just an

11:30  7    image I have, a recollection.

11:30  8            MR. STEWARD:  Question 32, the second part, you

11:30  9    were asked:  What is your opinion of civil trial lawyers?

11:30  10   And your response was:  Generally speaking, ambulance

11:30  11   chasers until I need one to represent me.

11:31  12           Can you tell us a little more about that?

11:31  13           PROSPECTIVE JUROR NO. 109:  Generally I have had

11:31  14   some experience with court.  Lawyers are, you know, badly

11:31  15   maligned sometimes until you need one to protect your

11:31  16   rights.  So that's -- I don't know if I was flippant with

11:31  17   the answer, but --

11:31  18           MR. STEWARD:  I appreciate your candor.

11:31  19           PROSPECTIVE JUROR NO. 109:  I felt it best

11:31  20   represents my feeling.

11:31  21           MR. STEWARD:  In general do you have negative

11:31  22   feelings about lawyers?

11:31  23           PROSPECTIVE JUROR NO. 109:  No.

11:31  24           MR. STEWARD:  How about civil trial lawyers?

11:31  25           PROSPECTIVE JUROR NO. 109:  No.

```
11:31    1              MR. STEWARD:  I have no further questions, Your
11:31    2    Honor?
11:32    3              MR. WYMAN:  Nothing, Your Honor.  Thank you.
11:32    4              THE COURT:  Sir, would you go back to the jury
11:32    5    room, please.
11:32    6              PROSPECTIVE JUROR NO. 109:  Thank you.
11:32    7              (Prospective juror exits courtroom)
11:32    8              THE COURT:  Challenge?
11:32    9              MR. STEWARD:  Not at this point, no, Your Honor.
11:32   10              MR. WYMAN:  No, Your Honor.
11:32   11              THE CLERK:  Juror 117.
11:32   12              (Prospective juror enters courtroom)
11:33   13              THE COURT:  Good morning, sir.
11:33   14              PROSPECTIVE JUROR NO. 117:  Good morning.
11:33   15              THE COURT:  Sir, a transcript is going to be
11:33   16    prepared of everything that is said here today.  And once
11:33   17    it's typed up, it's going to be publicly filed.  We can't
11:33   18    put jurors' names into the public record.  So for that
11:33   19    reason counsel are going to refer to you by your juror
11:33   20    number, Juror No. 117.
11:33   21         So the fact that counsel aren't addressing you by
11:33   22    your last name is not a sign of disrespect or they are not
11:33   23    being rude to you.  They are simply trying to take the steps
11:33   24    we need to preserve your privacy rights.  Okay?
11:33   25              PROSPECTIVE JUROR NO. 117:  Okay.
```

11:33    1                 THE COURT:  Mr. Steward.

11:33    2                 MR. STEWARD:  Thank you, Your Honor.

11:33    3                 Good morning, sir.

11:33    4                 PROSPECTIVE JUROR NO. 117:  Good morning.

11:33    5                 MR. STEWARD:  In connection with the questionnaire

11:33    6       that you filled out two days ago, Question 30 asked about

11:33    7       years ago there was an incident in connection with Super

11:33    8       Bowl XLV in Dallas, Texas, where certain fans had purchased

11:34    9       seats that were later found to either not exist or have

11:34   10       obstructed views.

11:34   11                 Do you remember anything about this?  You circled

11:34   12       yes and then wrote:  Only that it happened.

11:34   13                 Do you remember anything more than that?

11:34   14                 PROSPECTIVE JUROR NO. 117:  No, sir.

11:34   15                 MR. STEWARD:  What do you think your source of

11:34   16       information was on that?  Was it TV? the internet?  What do

11:34   17       you think?

11:34   18                 PROSPECTIVE JUROR NO. 117:  I don't have a clue.

11:34   19       That was years ago.

11:34   20                 MR. STEWARD:  Okay.  So your only memory of that

11:34   21       particular episode, if you will, was that it happened as

11:34   22       described in the question and you don't have any other

11:34   23       memory?

11:34   24                 PROSPECTIVE JUROR NO. 117:  No.  Very vague memory

11:34   25       that that happened.

| | | |
|---|---|---|
| 11:34 | 1 | MR. STEWARD:  Even that much is vague, correct? |
| 11:34 | 2 | PROSPECTIVE JUROR NO. 117:  Yes. |
| 11:34 | 3 | MR. STEWARD:  No further questions, Your Honor. |
| 11:34 | 4 | MR. WYMAN:  Nothing, Your Honor.  Thank you. |
| 11:34 | 5 | THE COURT:  Sir, would you go back to the jury |
| 11:34 | 6 | room.  Thank you. |
| 11:34 | 7 | (Prospective juror exits courtroom) |
| 11:35 | 8 | THE CLERK:  Is Juror No. 117 coming back? |
| 11:35 | 9 | MR. STEWARD:  I believe that's yes, and yes. |
| 11:36 | 10 | THE CLERK:  Juror No. 119. |
| 11:36 | 11 | (Prospective juror enters courtroom) |
| 11:36 | 12 | THE COURT:  Good morning, sir. |
| 11:36 | 13 | PROSPECTIVE JUROR NO. 119:  Good morning. |
| 11:36 | 14 | THE COURT:  Sir, a transcript will be prepared of |
| 11:36 | 15 | these proceedings.  Everything that is being said is taken |
| 11:36 | 16 | down and typed up, and it will be filed and be a public |
| 11:36 | 17 | document.  We can't put jurors' names in a public document. |
| 11:36 | 18 | It's a matter of privacy. |
| 11:36 | 19 | For that reason the lawyers will refer to you as |
| 11:36 | 20 | Juror No. 119.  They won't call you by your last name. |
| 11:36 | 21 | They're not being rude.  They're not being disrespectful. |
| 11:36 | 22 | It's simply the steps we take to preserve your privacy |
| 11:36 | 23 | rights. |
| 11:36 | 24 | Mr. Steward. |
| 11:36 | 25 | MR. STEWARD:  Thank you, Your Honor. |

| 11:36 | 1 | Good morning, sir. |
| 11:36 | 2 | PROSPECTIVE JUROR NO. 119:  Good morning. |
| 11:36 | 3 | MR. STEWARD:  On the questionnaire that you filled |
| 11:36 | 4 | out two days ago, Question 32 asks about Mr. Avenatti being |
| 11:37 | 5 | a civil trial lawyer who sues individuals and corporations. |
| 11:37 | 6 | Would you give greater or lesser weight to the evidence in |
| 11:37 | 7 | the case simply because he is a lawyer?  Your answer was: |
| 11:37 | 8 | Lesser 'cause he's now in court.  For a lawyer to be in |
| 11:37 | 9 | court means he might have done something wrong. |
| 11:37 | 10 | Can you tell us what you meant by that? |
| 11:37 | 11 | PROSPECTIVE JUROR NO. 119:  With no -- I'm not |
| 11:37 | 12 | making a judgment or anything, but you have parents, |
| 11:37 | 13 | correct, and you love your parents? |
| 11:37 | 14 | MR. STEWARD:  Yes. |
| 11:37 | 15 | PROSPECTIVE JUROR NO. 119:  And the day you found |
| 11:37 | 16 | out there was no Santa Claus or Easter bunny, things like |
| 11:37 | 17 | that, how did your feelings change about your parents?  You |
| 11:37 | 18 | still love them, but all of a sudden you don't hold them to |
| 11:37 | 19 | a higher standard anymore as you once did. |
| 11:37 | 20 | That was the response that I was giving.  It was, |
| 11:37 | 21 | you know, yes, you place them in that level and something |
| 11:38 | 22 | happens, and they came down a level.  You still love them. |
| 11:38 | 23 | MR. STEWARD:  And you understand that, for |
| 11:38 | 24 | example, the summary that the judge read two days ago isn't |
| 11:38 | 25 | evidence of anything, right? |

11:38  1           PROSPECTIVE JUROR NO. 119:  I don't know exactly

11:38  2  what he read, so, I'm sorry.  I don't know.

11:38  3           MR. STEWARD:  You didn't hear it?  I think he read

11:38  4  something about 15 minutes long, talked about the charges.

11:38  5  Do you recall that?

11:38  6           PROSPECTIVE JUROR NO. 119:  Yes.

11:38  7           MR. STEWARD:  And you understand that's not

11:38  8  evidence of anything, right?

11:38  9           PROSPECTIVE JUROR NO. 119:  Absolutely.

11:38 10           MR. STEWARD:  So the fact that Mr. Avenatti is

11:38 11  here, is in court, you think that something might have

11:38 12  happened just because he has been charged?

11:38 13           PROSPECTIVE JUROR NO. 119:  It's possible.

11:38 14  Probable.

11:38 15           MR. STEWARD:  Your exact words were:  Might have

11:38 16  done something wrong.  Do you understand that coming into

11:38 17  court under these circumstances, right now he's got a clean

11:38 18  slate, right?  Do you understand that?

11:38 19           PROSPECTIVE JUROR NO. 119:  Yeah.

11:38 20           MR. STEWARD:  And until a jury of 12 listens to

11:39 21  all the evidence, hears the instructions, and goes back and

11:39 22  deliberates and unanimously decides beyond a reasonable

11:39 23  doubt that the person is guilty, they are not.  Do you

11:39 24  understand that?

11:39 25           PROSPECTIVE JUROR NO. 119:  Yes.

```
11:39   1          MR. STEWARD:  Okay.  But are you tipping the
11:39   2   scales in favor of guilt by the answer that you have given
11:39   3   about him being a lawyer and being in court?
11:39   4          PROSPECTIVE JUROR NO. 119:  No, because I haven't
11:39   5   made up my mind about the case, sir.  The question was
11:39   6   clearly about, you know, would I think less of somebody who
11:39   7   is going through this process, and that's how I responded.
11:39   8   I'm not sure how you're tying back together with that.
11:39   9          MR. STEWARD:  The question reads:  Would you give
11:39  10   greater or lesser weight to the evidence in the case?
11:39  11          PROSPECTIVE JUROR NO. 119:  And I responded
11:39  12   lesser, correct?
11:39  13          MR. STEWARD:  Yes.
11:39  14          PROSPECTIVE JUROR NO. 119:  Okay.  I just wanted
11:39  15   to make sure.  That's true.
11:39  16          MR. STEWARD:  So you would give lesser weight to
11:39  17   the evidence against him than you would to anybody else
11:39  18   because he is a lawyer?
11:39  19          PROSPECTIVE JUROR NO. 119:  No.  Because he is
11:40  20   here, sir, like my example.  You know, I can still listen to
11:40  21   what he has to say, but things have to come down a level.
11:40  22   My parents aren't here.  I'm not here.
11:40  23          MR. STEWARD:  I guess the bottom line is, do you
11:40  24   have any bias against him because he is a lawyer here in
11:40  25   court?
```

| | | |
|---|---|---|
| 11:40 | 1 | PROSPECTIVE JUROR NO. 119:  Who's the gentleman? |
| 11:40 | 2 | That gentleman there? |
| 11:40 | 3 | MR. STEWARD:  Yes. |
| 11:40 | 4 | PROSPECTIVE JUROR NO. 119:  I have no bias about |
| 11:40 | 5 | that man right there at all. |
| 11:40 | 6 | MR. STEWARD:  So you can be fair and impartial |
| 11:40 | 7 | even though he is a lawyer? |
| 11:40 | 8 | PROSPECTIVE JUROR NO. 119:  I signed that and I |
| 11:40 | 9 | tested that on the 13th or 14th page.  Yes, sir. |
| 11:40 | 10 | MR. STEWARD:  Okay.  At page 8, the second part of |
| 11:40 | 11 | question 32, you were asked:  Would the fact that |
| 11:40 | 12 | Mr. Avenatti is a lawyer affect your ability to be fair and |
| 11:40 | 13 | impartial in this case?  You circled no, correct? |
| 11:40 | 14 | PROSPECTIVE JUROR NO. 119:  I don't have the |
| 11:40 | 15 | document in front of me, but I believe that would be |
| 11:40 | 16 | correct. |
| 11:40 | 17 | MR. STEWARD:  Would you take my word for it that |
| 11:40 | 18 | you wrote no? |
| 11:40 | 19 | PROSPECTIVE JUROR NO. 119:  I will take your word |
| 11:40 | 20 | for it, yes, sir. |
| 11:40 | 21 | MR. STEWARD:  And you still feel that way today? |
| 11:41 | 22 | PROSPECTIVE JUROR NO. 119:  About? |
| 11:41 | 23 | MR. STEWARD:  That you could be fair and impartial |
| 11:41 | 24 | despite the fact that he is a lawyer? |
| 11:41 | 25 | PROSPECTIVE JUROR NO. 119:  Yes.  I have stated |

11:41  1   that, yes, sir.  I have attested to that.

11:41  2          MR. STEWARD:  Nothing further.

11:41  3          MR. WYMAN:  We have nothing, Your Honor.

11:41  4          THE COURT:  Sir, would you go back in the jury

11:41  5   room.

11:41  6          (Prospective juror exits courtroom)

11:41  7          MR. STEWARD:  No objection, Your Honor.

11:42  8          THE CLERK:  Juror 121.

11:42  9          (Prospective juror enters courtroom)

11:42  10         PROSPECTIVE JUROR NO. 121:  Good morning.

11:42  11         THE COURT:  Good morning.  Would you be

11:42  12  comfortable taking your mask off just briefly?

11:42  13         PROSPECTIVE JUROR NO. 121:  Sure.

11:42  14         THE COURT:  A transcript is being prepared of this

11:42  15  proceeding.  Everything that's being said is taken down and

11:42  16  typed up and filed and will be part of the public record.

11:42  17  Anybody could read it.

11:42  18         We can't put jurors' names in a public record, so

11:42  19  for that reason the lawyers are going to address you as

11:42  20  Juror No. 121.  They're not being rude and they're not being

11:42  21  disrespectful.  They're just taking steps we need to take to

11:42  22  preserve your privacy rights.

11:42  23         PROSPECTIVE JUROR NO. 121:  I understand.

11:42  24         THE COURT:  Mr. Steward.

11:42  25         MR. STEWARD:  Thank you, Your Honor.

11:42  1          Good morning.

11:42  2          PROSPECTIVE JUROR NO. 121:  Good morning.

11:42  3          MR. STEWARD:  On the questionnaire you filled out

11:42  4  two days ago, question 26 asked about based on anything that

11:42  5  you've read, heard, or seen about Mr. Avenatti, have you

11:43  6  formed any opinions that might make it difficult for you to

11:43  7  be fair and impartial in this case?  You circled yes, and

11:43  8  answered:  Since there are multiple people that he have

11:43  9  embezzled money from and there are multiple people suing him

11:43  10  as of today.

11:43  11          Can you tell us a little bit more about that?

11:43  12  Let's start with where did you get the information, multiple

11:43  13  people are suing him?

11:43  14          PROSPECTIVE JUROR NO. 121:  So as of Tuesday when

11:43  15  I was here the first day, the judge read the case to me.

11:43  16  And I probably misunderstand, but there were several people

11:43  17  that were suing him.

11:44  18          MR. STEWARD:  Okay.  Since there's -- these are

11:44  19  your words -- since there are multiple people that he have

11:44  20  embezzled money from.  Do you think that the allegations

11:44  21  against him as you sit there today are probably true and

11:44  22  that he's probably guilty?

11:44  23          PROSPECTIVE JUROR NO. 121:  My belief is that --

11:44  24  well, what I believe is that a person is not guilty in the

11:44  25  beginning and then proven later a person is found to be

11:44   1   innocent.

11:44   2          MR. STEWARD:  You were also asked at question 32

11:44   3   about civil trial lawyers who sue individuals, would you

11:44   4   give greater or lesser weight to the evidence simply because

11:45   5   they are a lawyer.  And you wrote:  Lesser because he knows

11:45   6   all the ins and outs of the law and is aware of the

11:45   7   loopholes.

11:45   8          So from that, you hold him, Mr. Avenatti, as a

11:45   9   lawyer to a higher standard than anybody else?

11:45   10         PROSPECTIVE JUROR NO. 121:  Yes.

11:45   11         MR. STEWARD:  At 56 you were asked if there is any

11:45   12  reason you think you cannot be fair and impartial in the

11:45   13  case, you circled yes and said:  I believe, quote, if you do

11:45   14  the crime, you do the time, end of quotes.  What did you

11:45   15  mean by that?

11:45   16         PROSPECTIVE JUROR NO. 121:  If you commit a crime,

11:45   17  then you have to pretty much serve your sentence or to face

11:45   18  your consequence.

11:46   19         MR. STEWARD:  And the question is:  Is there any

11:46   20  reason you think of that you can't be fair and impartial?

11:46   21  How does that relate to if you do the crime, you do the

11:46   22  time?  Do you think he's guilty now?

11:46   23         PROSPECTIVE JUROR NO. 121:  Well, I can't say that

11:46   24  he is guilty now, but I will try my best as a juror to make

11:46   25  a fair and impartial decision.

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 11:46 | 1  | MR. STEWARD:  And the phrase "if you do the crime,           |
| 11:46 | 2  | you do the time," you used that I think twice in your        |
| 11:46 | 3  | answers in the questionnaire.  Doesn't that assume that he   |
| 11:46 | 4  | is guilty?                                                   |
| 11:46 | 5  | PROSPECTIVE JUROR NO. 121:  Well, what I mean is             |
| 11:46 | 6  | that if you committed a crime, then, yes, you do the time.   |
| 11:46 | 7  | MR. STEWARD:  And, of course, the time is                    |
| 11:46 | 8  | irrelevant to this case.  Any sort of sentence that might    |
| 11:47 | 9  | happen has nothing to do with this case.  You understand     |
| 11:47 | 10 | that, right?                                                 |
| 11:47 | 11 | PROSPECTIVE JUROR NO. 121:  Yes.                             |
| 11:47 | 12 | MR. STEWARD:  The question is whether the                    |
| 11:47 | 13 | government proves the case beyond a reasonable doubt.  But   |
| 11:47 | 14 | as you sit there today, do you have a bias against           |
| 11:47 | 15 | Mr. Avenatti because he has been charged with the crimes     |
| 11:47 | 16 | that you heard two days ago?                                 |
| 11:47 | 17 | PROSPECTIVE JUROR NO. 121:  No.                              |
| 11:47 | 18 | MR. STEWARD:  You seem to hesitate.  Do you have             |
| 11:47 | 19 | some hesitation about that?                                  |
| 11:47 | 20 | PROSPECTIVE JUROR NO. 121:  Yes.                             |
| 11:47 | 21 | MR. STEWARD:  What is the hesitation?                        |
| 11:47 | 22 | PROSPECTIVE JUROR NO. 121:  My hesitation is that            |
| 11:47 | 23 | he is a lawyer.  I just feel that he should know better the  |
| 11:47 | 24 | laws and for him to be here basically in court to be tried.  |
| 11:47 | 25 | MR. STEWARD:  Thank you for your candor.  Nothing            |

| | | |
|---|---|---|
| 11:47 | 1 | further, Your Honor. |
| 11:48 | 2 | THE COURT:  Mr. Sagel. |
| 11:48 | 3 | MR. SAGEL:  Briefly, Your Honor. |
| 11:48 | 4 | Good morning.  After reading a lot of these, I |
| 11:48 | 5 | appreciate how good your handwriting is.  So thank you for |
| 11:48 | 6 | that. |
| 11:48 | 7 | After the questions about what you read that said: |
| 11:48 | 8 | Based on anything that you have read, seen, or heard about |
| 11:48 | 9 | Mr. Avenatti, would you be able to follow the Court's |
| 11:48 | 10 | instruction with that information in mind and decide the |
| 11:48 | 11 | case based solely on the evidence presented at trial?  And |
| 11:48 | 12 | you said yes.  Has something changed since Tuesday? |
| 11:48 | 13 | PROSPECTIVE JUROR NO. 121:  No. |
| 11:48 | 14 | MR. SAGEL:  So you still would put that aside and |
| 11:48 | 15 | listen to the instructions by the Court and only the |
| 11:48 | 16 | evidence and testimony in court and decide only on that; is |
| 11:48 | 17 | that correct? |
| 11:48 | 18 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:48 | 19 | MR. SAGEL:  You also -- there is a question that |
| 11:48 | 20 | said:  Michael Avenatti is presumed innocent and cannot be |
| 11:49 | 21 | convicted unless the jury unanimously and based solely on |
| 11:49 | 22 | the evidence presented in court decides that his guilt has |
| 11:49 | 23 | been proven beyond a reasonable doubt.  The burden of |
| 11:49 | 24 | proving guilty beyond a reasonable doubt rests entirely with |
| 11:49 | 25 | the government.  Michael Avenatti has no burden to prove |

```
11:49   1    whatsoever, and he is not required to present any evidence.
11:49   2            Would you have any difficulty following these
11:49   3    rules?  And you said no.  Is that still correct?
11:49   4            PROSPECTIVE JUROR NO. 121:  Yes.
11:49   5            MR. SAGEL:  And the next question was:  Under the
11:49   6    law and the Constitution, Michael Avenatti need not testify
11:49   7    in his own defense.  If he does not testify, the jury may
11:49   8    not consider that fact in any way in reaching a decision as
11:49   9    to whether a defendant is guilty?  Would you have any
11:49   10   difficulty following this rule?  You answered no.  Is that
11:49   11   still correct?
11:49   12           PROSPECTIVE JUROR NO. 121:  Yes.
11:49   13           MR. SAGEL:  I'm asking you these because these are
11:49   14   the rules that the Court will be instructing you, and you
11:49   15   seem to have no problem saying that you would follow the
11:49   16   Court's instructions; is that correct?
11:49   17           PROSPECTIVE JUROR NO. 121:  Yes.
11:49   18           MR. SAGEL:  No further questions, Your Honor.
11:50   19           THE COURT:  Ma'am, may I ask you one question.
11:50   20           At one point you seemed to say that as he stood
11:50   21   here today, he's guilty but he could prove that he was
11:50   22   innocent.  Did I misunderstand you?
11:50   23           PROSPECTIVE JUROR NO. 121:  Yes.
11:50   24           THE COURT:  Okay.  So you understand, then, as he
11:50   25   sits there today, he is presumed not guilty?
```

| 11:50 | 1 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:50 | 2 | THE COURT:  And the government has to prove beyond |
| 11:50 | 3 | a reasonable doubt? |
| 11:50 | 4 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:50 | 5 | THE COURT:  And that's your belief? |
| 11:50 | 6 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:50 | 7 | THE COURT:  Okay.  Thank you. |
| 11:50 | 8 | Anything further? |
| 11:50 | 9 | MR. STEWARD:  Just briefly, Your Honor. |
| 11:50 | 10 | Ma'am, you did say what the judge repeated to you |
| 11:50 | 11 | a moment ago, right, about guilty and then he has to prove |
| 11:50 | 12 | his innocence? |
| 11:50 | 13 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:50 | 14 | MR. STEWARD:  And that seems to conflict with your |
| 11:50 | 15 | answer in the questionnaire.  Can you share anything more |
| 11:50 | 16 | about that?  Do you think he needs to prove his innocence? |
| 11:51 | 17 | PROSPECTIVE JUROR NO. 121:  Well, this is how I |
| 11:51 | 18 | feel.  If I sit on the jury, I must abide by what the law |
| 11:51 | 19 | says in court. |
| 11:51 | 20 | MR. STEWARD:  Okay.  But the part about proving |
| 11:51 | 21 | his innocence, that's the way you feel about it? |
| 11:51 | 22 | PROSPECTIVE JUROR NO. 121:  Yes. |
| 11:51 | 23 | MR. STEWARD:  Thank you.  Nothing further. |
| 11:51 | 24 | THE COURT:  Why don't you go back in the jury |
| 11:51 | 25 | room, please. |

11:51  1          PROSPECTIVE JUROR NO. 121:  Thank you.

11:51  2          (Prospective juror exits courtroom)

11:51  3          THE COURT:  Mr. Steward.

11:51  4          MR. STEWARD:  Move to dismiss this juror, Your

11:51  5   Honor.

11:51  6          THE COURT:  Her personal beliefs are clearly

11:51  7   inconsistent with the rules.  She acknowledges that she

11:51  8   understands what the rules are and will follow them.  The

11:51  9   request is denied.

11:52  10         THE CLERK:  Juror 125.

11:52  11         (Prospective juror enters courtroom)

11:52  12         THE COURT:  Good morning.

11:52  13         PROSPECTIVE JUROR NO. 125:  Good morning.

11:52  14         THE COURT:  Would you feel uncomfortable briefly

11:52  15   taking your mask off?

11:52  16         PROSPECTIVE JUROR NO. 125:  Oh, that's fine.

11:52  17         THE COURT:  A transcript will be prepared of these

11:52  18   proceedings.  Ms. Seffens is taking down everything that is

11:52  19   said.  A booklet will be prepared and it will be filed in

11:52  20   the public record.  Anybody could come and look at it.

11:52  21         We can't put jurors' names in the public record.

11:52  22   For that reason counsel are going to refer to you by your

11:53  23   juror number, 125.  By not calling you by your last name

11:53  24   they're not being rude or disrespectful.  They're just

11:53  25   taking the steps we need to preserve your privacy rights.

11:53    1            PROSPECTIVE JUROR NO. 125:  Okay.

11:53    2            THE COURT:  Mr. Steward.

11:53    3            MR. STEWARD:  Thank you, Your Honor.

11:53    4       Good morning.

11:53    5            PROSPECTIVE JUROR NO. 125:  Good morning.

11:53    6            MR. STEWARD:  On the questionnaire that you filled

11:53    7  out two days ago, there is a question at 32 which asks about

11:53    8  Mr. Avenatti being a civil trial lawyer who sues individuals

11:53    9  and corporations.  Would you give greater or lesser weight

11:53   10  to the evidence in the case simply because he is a lawyer?

11:53   11  And you answered yes.  He understand the ins and outs of the

11:53   12  law to be able to put it to both good and bad use if he

11:53   13  chooses.

11:53   14       Can you tell us a little bit more about that?

11:53   15  What are your thoughts about that?  I mean, does that apply

11:53   16  to all civil lawyers or --

11:54   17            PROSPECTIVE JUROR NO. 125:  It's just in my

11:54   18  opinion natural human nature.  We all have our day jobs and

11:54   19  our expertise and what we're good at.  So if he's a lawyer,

11:54   20  I'm not an expert in law but he would have gone to law

11:54   21  school and would have all the insights and understanding of

11:54   22  what are the key things that are just or not.  And if he

11:54   23  chooses not to do the right thing, he also knows what to do

11:54   24  and avoid or do things to avoid.  And that's an assumption.

11:54   25            MR. STEWARD:  Okay.  So you would hold him to a

11:54  1   higher standard than other people that would be charged in a

11:54  2   case like this?

11:54  3          PROSPECTIVE JUROR NO. 125:  Yes.

11:54  4          MR. STEWARD:  And let's assume that you have been

11:54  5   chosen for the jury, you have heard all the evidence, and

11:54  6   you're back in the deliberation room.  Would you hold it

11:54  7   against him there that he's a lawyer?

11:54  8          PROSPECTIVE JUROR NO. 125:  It's tough to say, but

11:54  9   I do hold him to a higher standard because he has gone to

11:55  10  school on the expertise and technicalities of law.

11:55  11         MR. STEWARD:  Even if the Court were to instruct

11:55  12  you that every criminal defendant comes in with a clean

11:55  13  slate?  Could you follow that instruction?

11:55  14         PROSPECTIVE JUROR NO. 125:  To the best that I can

11:55  15  as humanly as possible.

11:55  16         MR. STEWARD:  Nothing further, Your Honor.

11:55  17         THE COURT:  Mr. Sagel.

11:55  18         MR. SAGEL:  No, Your Honor.

11:55  19         THE COURT:  Thank you very much.  Would you go

11:55  20  back in the jury room, please.

11:55  21         (Prospective juror exits courtroom)

11:55  22         MR. STEWARD:  Move to dismiss that one.

11:55  23         MR. SAGEL:  We would stipulate.

11:55  24         THE COURT:  The juror will be excused.

11:55  25         MR. SAGEL:  I just told Mr. Steward we would

```
11:55   1   stipulate.  That's why I interrupted.
11:55   2            THE COURT:  That's fine.
11:55   3            Why don't we take the lunch break here.  We have
11:55   4   got seven more left.  At this point we have 100 jurors that
11:56   5   have been cleared to this point, but we have come this far.
11:56   6   It won't take us that long to finish off the last few,
11:56   7   unless you both want to hold these folks in abeyance.  I
11:56   8   will do whatever you want me to.
11:56   9            MR. STEWARD:  I would ask that we go ahead and
11:56  10   complete the last seven.
11:56  11            THE COURT:  Okay.  So we will resume at 1:30.
11:56  12                (Recess taken at 11:56 a.m.;
11:56  13                proceedings resumed at 1:35 p.m.)
01:35  14            THE CLERK:  Juror No. 126.
01:35  15         (Prospective juror enters courtroom)
01:35  16            THE COURT:  Good afternoon.
01:35  17         PROSPECTIVE JUROR NO. 133:  Hello.
01:35  18            THE COURT:  Would you be comfortable taking your
01:35  19   mask off just for a little bit?
01:35  20         PROSPECTIVE JUROR NO. 126:  Okay.
01:35  21            THE COURT:  A transcript is being prepared of this
01:35  22   session.  Everything is being stenographically taken down
01:35  23   and a booklet will be prepared and it will be filed.  That's
01:35  24   the record of this case.  That's a public document.  We
01:35  25   can't put jurors' names in public documents for privacy
```

01:35   1   reasons.

01:35   2           So the lawyers are going to be addressing you as

01:35   3   Juror No. 126.  They're not being rude or disrespectful in

01:35   4   not using your last name.  We are simply taking these steps

01:35   5   to preserve your privacy rights.

01:35   6           Okay.  Mr. Steward.

01:35   7           MR. STEWARD:  Thank you, Your Honor.

01:35   8           Good afternoon.

01:35   9           PROSPECTIVE JUROR NO. 126:  Good afternoon.

01:36  10           MR. STEWARD:  On the questionnaire that you filled

01:36  11   out two days ago, one of the questions asked about

01:36  12   Mr. Avenatti being a civil trial lawyer who sues individuals

01:36  13   and corporations.  Would you give greater or lesser weight

01:36  14   to the evidence in the case simply because he is a lawyer?

01:36  15   And it appears that your response is:  Since Mr. Avenatti

01:36  16   knows the law, I would hold him more accountable seeing the

01:36  17   evidence.  Does that sound like what you put on the form the

01:36  18   other day?

01:36  19           PROSPECTIVE JUROR NO. 126:  Yes.  I wrote that.

01:36  20           MR. STEWARD:  Okay.  And can you tell us a little

01:36  21   bit more about that?

01:36  22           PROSPECTIVE JUROR NO. 126:  I just think that

01:36  23   since he has practiced law, he would know it.  And if the

01:36  24   evidence shows that he did something against the law, I

01:36  25   would take note of that with the thought in mind that he is

01:36  1    a lawyer, so he should know what he is doing.

01:36  2          MR. STEWARD:  Okay.  So if you were selected for

01:36  3    the jury, hear all the evidence, hear the instructions, and

01:37  4    you go back to deliberate in the jury room, you would

01:37  5    continue to think that he has, like, a higher standard

01:37  6    because he is a lawyer?

01:37  7          PROSPECTIVE JUROR NO. 126:  I would think that,

01:37  8    but I believe that I would stick with the evidence as long

01:37  9    as it's all laid out.

01:37  10         MR. STEWARD:  Okay.  And I guess that would mean

01:37  11   the choice between the two, either considering that he's a

01:37  12   lawyer and holding him to a higher standard, or just going

01:37  13   by the evidence.  Would you be able to just go by the

01:37  14   evidence and put the lawyer part out of it?

01:37  15         PROSPECTIVE JUROR NO. 126:  Yes, I believe I

01:37  16   could.

01:37  17         MR. STEWARD:  Thank you.  Nothing further.

01:37  18         THE COURT:  Does the government have any

01:37  19   questions?

01:37  20         MR. SAGEL:  No questions, Your Honor.

01:37  21         THE COURT:  Would you go back in the jury room,

01:37  22   please.

01:37  23         (Prospective juror exits courtroom)

01:38  24         MR. STEWARD:  No objection, Your Honor.

01:38  25         MR. SAGEL:  No objection, Your Honor.

01:38  1                    THE COURT:  Okay.

01:38  2                    THE CLERK:  Juror 133.

01:38  3                    (Prospective juror enters courtroom)

01:38  4                    THE COURT:  Good afternoon, sir.  Would you be

01:38  5     uncomfortable taking your mask off for just a little bit?

01:39  6                    PROSPECTIVE JUROR NO. 133:  No.  No problem.

01:39  7                    THE COURT:  Thank you.

01:39  8              This session is being taken down by Ms. Seffens,

01:39  9     our court reporter, and a public document will be prepared

01:39  10    and a transcript will be publicly filed.  We can't put the

01:39  11    jurors' names in the transcripts.  We have to protect the

01:39  12    jurors' privacy rights.

01:39  13             So for that reason the lawyers are going to be

01:39  14    addressing you by your juror number, which is 133.  Just

01:39  15    because they don't use your last name, they're not in any

01:39  16    way being rude to you or disrespectful.  They are simply

01:39  17    following procedures to protect your privacy rights.

01:39  18                    Mr. Steward.

01:39  19                    MR. STEWARD:  Thank you, Your Honor.

01:39  20             Sir, the questionnaire that you filled out two

01:39  21    days ago, Question No. 26 asks about anything that you have

01:39  22    read, seen, or heard about Mr. Avenatti; and if you have

01:39  23    heard anything, would that make is more difficult for you to

01:39  24    be fair and impartial.  And you checked yes, and then wrote

01:40  25    apparently:  Based on the summary it seems logical to

01:40  1    believe that there is some sort of reason or cause for the

01:40  2    allegations against Mr. Avenatti.  I do not necessarily

01:40  3    believe he is guilty, especially of all the charges, as I

01:40  4    have not yet seen -- I have not seen actual proof.

01:40  5              Is that what you wrote the other day?

01:40  6              PROSPECTIVE JUROR NO. 133:  Yes.  Correct.

01:40  7              MR. STEWARD:  And you understand that the summary

01:40  8    that the judge read to everybody, I think he said both

01:40  9    before and after that it's not evidence of anything.

01:40  10             PROSPECTIVE JUROR NO. 133:  Yeah, correct.

01:40  11             MR. STEWARD:  Do you understand that?  So you're

01:40  12   not telling us here that you are in any way prejudging this

01:40  13   case based on the charges, right?

01:40  14             PROSPECTIVE JUROR NO. 133:  No.

01:40  15             MR. STEWARD:  You can keep an open mind?

01:40  16             PROSPECTIVE JUROR NO. 133:  Yeah, correct.

01:40  17             MR. STEWARD:  And at Question 32 which asks about

01:41  18   Mr. Avenatti as a civil trial law, would you give greater or

01:41  19   lesser weight to the evidence simply because he is a lawyer?

01:41  20   You wrote:  I believe as a lawyer his responsibility to know

01:41  21   and uphold the law is even greater in my opinion.

01:41  22             Do you remember writing something along that line?

01:41  23             PROSPECTIVE JUROR NO. 133:  Yeah, I do.

01:41  24             MR. STEWARD:  Okay.  Can you tell us a little bit

01:41  25   more about that?  Are you going to hold him to a higher

01:41   1   standard because he's a lawyer?

01:41   2           PROSPECTIVE JUROR NO. 133:  You know, of course,

01:41   3   the evidence that's presented is what really matters.  For

01:41   4   me I personally believe that, you know, a person who

01:41   5   represents the law in some form would you have, you know, a

01:41   6   bit more -- not necessarily a lot more weight, but just they

01:41   7   should know a little bit more about, you know, following the

01:41   8   guidelines of the law.

01:41   9           MR. STEWARD:  Okay.  And in terms of breaking the

01:41   10  law, do you think it more easily happens with a lawyer?  Is

01:41   11  there any sort of a feeling that you have got that lawyers

01:41   12  are somehow special?

01:42   13          PROSPECTIVE JUROR NO. 133:  No, I wouldn't say

01:42   14  that.

01:42   15          MR. STEWARD:  Okay.  So let's assume that you have

01:42   16  been selected on the jury, you've heard all the evidence,

01:42   17  you're back in the jury room.  Is the fact that he's a

01:42   18  lawyer, is that going to be meaningful?  Is that going to be

01:42   19  important to you in your deliberations?

01:42   20          PROSPECTIVE JUROR NO. 133:  I wouldn't say so.

01:42   21  Overall the evidence as presented I think is what actually

01:42   22  matters.  That's kind of background opinion of it.

01:42   23          MR. STEWARD:  Okay.  And you write that it's his

01:42   24  responsibility to know and uphold the law.  How is that

01:42   25  going to affect you, or is it going to affect you if you're

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

01:42   1   deliberating?

01:42   2           PROSPECTIVE JUROR NO. 133:  I don't believe that

01:42   3   it would.  Of course, not knowing any of what's going to be

01:42   4   presented or what kind of information comes out, it's a

01:42   5   little bit hard to say offhand.  But I don't think that it

01:42   6   would affect me.

01:42   7           MR. STEWARD:  The bottom line is we're looking to

01:42   8   see if you have got some sort of a bias against Mr. Avenatti

01:43   9   because he is a lawyer.

01:43   10          PROSPECTIVE JUROR NO. 133:  No.  I don't know

01:43   11  anything about the case.  I don't know anything about him

01:43   12  personally, and I don't have anything specific about lawyers

01:43   13  in general.

01:43   14          MR. STEWARD:  I guess that was the next question.

01:43   15  Any issues with lawyers generally?

01:43   16          PROSPECTIVE JUROR NO. 133:  No.  The only

01:43   17  interaction I have had has been in my own personal situation

01:43   18  with a child situation there and positive interaction.

01:43   19          MR. STEWARD:  And nothing like these charges,

01:43   20  right?

01:43   21          PROSPECTIVE JUROR NO. 133:  No.  Nothing.

01:43   22          MR. STEWARD:  Thank you, Your Honor.  Nothing

01:43   23  further.

01:43   24          MR. SAGEL:  No questions, Your Honor.

01:43   25          THE COURT:  Sir, would you go back in the jury

01:43   1    room, please.

01:43   2              (Prospective juror exits courtroom)

01:43   3              THE COURT:  Mr. Steward.

01:43   4              MR. STEWARD:  No objection, Your Honor.

01:44   5              THE CLERK:  Juror No. 135.

01:44   6              (Prospective juror enters courtroom)

01:44   7              THE COURT:  Good afternoon, sir.

01:44   8              PROSPECTIVE JUROR NO. 135:  Good afternoon, Your

01:44   9    Honor.

01:44   10             THE COURT:  A transcript is going to be prepared

01:44   11   of these proceedings.  Everything that is said will be taken

01:44   12   down and a transcript will be prepared and will be publicly

01:44   13   filed.  It will be available to the public.  We can't put

01:44   14   jurors' names in the transcript as a matter of jurors'

01:44   15   privacy.

01:44   16             So for that reason the lawyers are going to be

01:44   17   addressing you by your juror number, which is 135.  The fact

01:44   18   that they don't use your last name in addressing you doesn't

01:44   19   indicate any rudeness or disrespect for you.  It's simply to

01:45   20   protect your privacy rights.  Okay?

01:45   21             PROSPECTIVE JUROR NO. 135:  Yes, sir.

01:45   22             THE COURT:  Mr. Steward.

01:45   23             MR. STEWARD:  Thank you, Your Honor.

01:45   24             Sir, in one of the answers to your questionnaire

01:45   25   two days ago, you mentioned that you had just heard that

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

01:45  1  he -- and I assume that's Mr. Avenatti -- was in court in

01:45  2  New York City.  Not sure of the outcome.  Can you tell us if

01:45  3  you remember anything more than that?

01:45  4          PROSPECTIVE JUROR NO. 135:  It was jumbles of

01:45  5  information.  It was information about a paraplegic

01:45  6  gentleman that didn't receive funding and other people that

01:45  7  didn't receive funding.  But it was -- I didn't -- I wasn't

01:45  8  actively participating in the conversation or -- I just

01:45  9  heard it, you know, as hearsay.

01:45  10          MR. STEWARD:  And your memory is that had to do

01:45  11  with something in New York City?

01:45  12          PROSPECTIVE JUROR NO. 135:  Yes.  That's what the

01:45  13  context was of what they were talking about.

01:45  14          MR. STEWARD:  And when you say you were part of

01:45  15  the conversation, do you mean literally a conversation that

01:45  16  you had?

01:45  17          PROSPECTIVE JUROR NO. 135:  I was watching TV and

01:46  18  then there were people talking about it in close proximity.

01:46  19  I was on my phone at the time, so I wasn't in the direct

01:46  20  conversation.

01:46  21          MR. STEWARD:  And was the news that you were

01:46  22  watching, was that on Fox News?

01:46  23          PROSPECTIVE JUROR NO. 135:  Yes, sir.

01:46  24          MR. STEWARD:  And that's one of your regular

01:46  25  outlets that you view?

01:46   1          PROSPECTIVE JUROR NO. 135:  Yes, sir, Fox and CNN.
01:46   2   The media is -- I feel like -- I'm a single entity, and I
01:46   3   want to know the truth and not be fed someone's perspective
01:46   4   on either side of the plate.  So I try and get my
01:46   5   information from both sides and make my own opinion
01:46   6   accordingly at that point.
01:46   7          MR. STEWARD:  So two of the outlets that you
01:46   8   regularly look at are Fox and CNN; is that right?
01:46   9          PROSPECTIVE JUROR NO. 135:  Correct, sir.
01:46   10          MR. STEWARD:  Do you ever recall Mr. Avenatti
01:46   11   being on either one of them?
01:46   12          PROSPECTIVE JUROR NO. 135:  Yes, absolutely, in
01:46   13   the headlines and stuff.  But the only thing I knew about
01:46   14   was the Stormy Daniels.  He was representing Stormy Daniels
01:47   15   against President Trump, the ex-president.  That's the only
01:47   16   thing factual that I know.
01:47   17          MR. STEWARD:  And from that portion of
01:47   18   information, did you form an opinion about Mr. Avenatti?
01:47   19          PROSPECTIVE JUROR NO. 135:  Not more than -- no.
01:47   20   Generalized he was representing a client, you know.  That's
01:47   21   his line of work.
01:47   22          MR. STEWARD:  Have you heard anything more recent,
01:47   23   in the last couple of weeks?
01:47   24          PROSPECTIVE JUROR NO. 135:  Other than that New
01:47   25   York thing that you just previously mentioned, that's it.

01:47  1            MR. STEWARD:  Have you heard discussions or did

01:47  2     you hear or see discussions on, for example, Fox News about

01:47  3     Mr. Avenatti in the last two years?

01:47  4            PROSPECTIVE JUROR NO. 135:  No.  I mean, no, other

01:47  5     than what that story was that just crossed my mind when I

01:47  6     answered that question, that was it, and that was very vague

01:48  7     what I heard.  But I'm just being honest.

01:48  8            MR. STEWARD:  We really appreciate that.  So I

01:48  9     understand that your memory of all of this seems to be kind

01:48  10    of vague?

01:48  11           PROSPECTIVE JUROR NO. 135:  Correct.

01:48  12           MR. STEWARD:  Is that fair to say?

01:48  13           PROSPECTIVE JUROR NO. 135:  Correct, because I

01:48  14    wasn't paying attention.  It didn't really keen my interest.

01:48  15           MR. STEWARD:  You gave us one of the more

01:48  16    interesting answers on paragraph 32, the second portion of

01:48  17    it.  What is your opinion of civil trial lawyers?

01:48  18           PROSPECTIVE JUROR NO. 135:  Yes, sir.

01:48  19           MR. STEWARD:  Can I read that?

01:48  20           PROSPECTIVE JUROR NO. 135:  Absolutely.

01:48  21           MR. STEWARD:  Rich fucks.  Good for them.  I

01:48  22    believe in capitalism.

01:48  23           PROSPECTIVE JUROR NO. 135:  Absolutely.  It's

01:48  24    America.

01:48  25           MR. STEWARD:  Okay.  And on the civil lawyer's

01:48   1   side, it's hard for me to understand whether that's kind of

01:48   2   a negative thing or a positive thing.

01:48   3           PROSPECTIVE JUROR NO. 135:  It's a jealousy thing,

01:48   4   sir.

01:48   5           MR. STEWARD:  Okay.

01:48   6           PROSPECTIVE JUROR NO. 135:  They've done good in

01:48   7   life, better than me, and I would like to climb the ladder.

01:48   8           MR. STEWARD:  So as you come in here, can you

01:49   9   assure us that you are neutral?  You don't have any bias

01:49   10  against Mr. Avenatti?

01:49   11          PROSPECTIVE JUROR NO. 135:  I'll be honest.  Him

01:49   12  as an attorney, he morally and ethically sets the bar, as an

01:49   13  attorney and passing the bar and representing clients here.

01:49   14  That's the way I feel.  So I'm going to expect -- I don't

01:49   15  know what's going on, but I'm going to expect him to have

01:49   16  acted accordingly and holding himself up to that bar.

01:49   17          MR. STEWARD:  You understand this is a criminal

01:49   18  case, right?

01:49   19          PROSPECTIVE JUROR NO. 135:  Yes, sir.

01:49   20          MR. STEWARD:  It's not an ethics case.

01:49   21          PROSPECTIVE JUROR NO. 135:  Okay.  Criminal

01:49   22  ethics.  Obviously in order to be charged criminally, ethics

01:49   23  have to be breached to get to that other side of right and

01:49   24  wrong.

01:49   25          MR. STEWARD:  And as you say all of that, does

01:49  1  that follow that you are going to hold him to a higher

01:49  2  standard because he is a lawyer?

01:50  3         PROSPECTIVE JUROR NO. 135:  Honestly, yes.

01:50  4         MR. STEWARD:  And let's say that the Court

01:50  5  instructs you that you gotta concentrate on whether or not

01:50  6  the government has proven their case.  Are you still going

01:50  7  to factor in that he's a lawyer and you seem to be

01:50  8  disappointed that the allegation is he has done something

01:50  9  wrong?

01:50  10        PROSPECTIVE JUROR NO. 135:  I will try to abide

01:50  11  by -- well, I will do my best to abide by the direction of

01:50  12  the Court, but following my moral compass which directs me

01:50  13  throughout my life, it's going to have influence on my

01:50  14  decisions.

01:50  15        MR. STEWARD:  No further questions, Your Honor.

01:50  16        MR. SAGEL:  No questions, Your Honor.

01:50  17        THE COURT:  Sir, would you go back in the jury

01:50  18  room, please.

01:50  19        PROSPECTIVE JUROR NO. 135:  Yes, sir.

01:50  20        THE COURT:  Thank you.

01:50  21        PROSPECTIVE JUROR NO. 135:  Thank you.

01:50  22        (Prospective juror exits courtroom)

01:50  23        THE COURT:  Mr. Steward.

01:51  24        MR. STEWARD:  Yes.  We would ask the Court to

01:51  25  excuse that gentleman.

01:51   1                    MR. SAGEL:  We will stipulate, Your Honor.

01:51   2                    THE COURT:  He will be excused.

01:51   3                    THE CLERK:  Juror 140.

01:51   4                    (Prospective juror enters courtroom)

01:51   5                    THE COURT:  Good afternoon.

01:51   6              PROSPECTIVE JUROR NO. 140:  Good afternoon.

01:51   7                    THE COURT:  I'm sure you already know everything

01:51   8    is taken down.  The transcript will be prepared and filed

01:52   9    publicly.  We can't have the jurors' names in the

01:52   10   transcripts as a matter of privacy rights.  So the lawyers

01:52   11   will be addressing you as Juror No. 140.

01:52   12             PROSPECTIVE JUROR NO. 140:  Okay.

01:52   13                   THE COURT:  The lawyers are not being rude or

01:52   14   disrespectful but just following our rules to observe

01:52   15   jurors' privacy rights.

01:52   16                   Mr. Steward.

01:52   17                   MR. STEWARD:  Thank you, Your Honor.

01:52   18                   Good afternoon, Juror 140.

01:52   19             PROSPECTIVE JUROR NO. 140:  Good afternoon.

01:52   20                   MR. STEWARD:  I have a couple of timing questions

01:52   21   for you.

01:52   22             PROSPECTIVE JUROR NO. 140:  Sure.

01:52   23                   MR. STEWARD:  You have been previously employed in

01:52   24   this courthouse by the clerk's office, correct?

01:52   25             PROSPECTIVE JUROR NO. 140:  Yes.

01:52  1          MR. STEWARD:  When did you start physically with
01:52  2  the court here in Orange County?  When did you first start?
01:52  3          PROSPECTIVE JUROR NO. 140:  '97.
01:52  4          MR. STEWARD:  So you were in the temporary
01:52  5  building on Flower Street?
01:52  6          PROSPECTIVE JUROR NO. 140:  With Judge Taylor,
01:52  7  yes.
01:52  8          MR. STEWARD:  And you became deputy in charge
01:53  9  something like five years ago, something like that?
01:53  10          PROSPECTIVE JUROR NO. 140:  Oh, no.  I have been
01:53  11  retired for four and a half, so it's like eight and a half
01:53  12  years ago.
01:53  13          MR. STEWARD:  And you and I have known each other
01:53  14  since 1997, right?
01:53  15          PROSPECTIVE JUROR NO. 140:  Correct.
01:53  16          MR. STEWARD:  And in connection with Judge Taylor,
01:53  17  you and I have been in trials together, correct?
01:53  18          PROSPECTIVE JUROR NO. 140:  Correct.
01:53  19          MR. STEWARD:  In fact, it may well be a number of
01:53  20  trials, right?
01:53  21          PROSPECTIVE JUROR NO. 140:  Yes.
01:53  22          MR. STEWARD:  I have no idea how many.
01:53  23          PROSPECTIVE JUROR NO. 140:  Me neither.
01:53  24          MR. STEWARD:  Lots.  So you have heard closing
01:53  25  arguments from me on a number of occasions, right?

01:53   1                PROSPECTIVE JUROR NO. 140:  Yes.

01:53   2                MR. STEWARD:  Do you feel uncomfortable being a

01:53   3   juror in this case because of your connection not just to me

01:53   4   but also I know you know Mr. Sagel?

01:53   5                PROSPECTIVE JUROR NO. 140:  No, I do not feel

01:53   6   uncomfortable at all.

01:53   7                MR. STEWARD:  Okay.  So if you are chosen as a

01:53   8   juror in this case, you can commit that your prior

01:53   9   employment will play no role in your jury deliberations?

01:53   10               PROSPECTIVE JUROR NO. 140:  Correct.

01:54   11               MR. STEWARD:  So even if you've heard arguments

01:54   12  from me several times, maybe many times, you're not going to

01:54   13  hold that against me because it's the same argument?

01:54   14               PROSPECTIVE JUROR NO. 140:  No, I will not.

01:54   15               MR. STEWARD:  Nothing further.  Thank you, Your

01:54   16  Honor.

01:54   17               MR. SAGEL:  Nothing other than hello, Juror

01:54   18  No. 140.

01:54   19               PROSPECTIVE JUROR NO. 140:  Hello.

01:54   20               THE COURT:  Thank you.  Would you go back in the

01:54   21  jury room, please.

01:54   22               PROSPECTIVE JUROR NO. 140:  Sure.

01:54   23               (Prospective juror exits courtroom)

01:54   24               MR. STEWARD:  No objection, Your Honor.

01:54   25               And for the record, Your Honor, I think I said

| | | |
|---|---|---|
| 01:54 | 1 | yesterday that she was a clerk here at a time when I was in |
| 01:54 | 2 | charge of the federal public defender's office.  That's |
| 01:54 | 3 | wrong.  It would have been '97 to when I left in 2000, but |
| 01:54 | 4 | she was not the supervisor.  She was simply a CRD at the |
| 01:55 | 5 | time. |
| 01:55 | 6 | THE COURT:  Okay. |
| 01:55 | 7 | THE CLERK:  Juror 143. |
| 01:55 | 8 | (Prospective juror enters courtroom) |
| 01:55 | 9 | THE COURT:  Good afternoon. |
| 01:55 | 10 | PROSPECTIVE JUROR NO. 143:  Good afternoon. |
| 01:55 | 11 | THE COURT:  We're making a record of everything |
| 01:55 | 12 | that goes on.  Ms. Seffens is taking that down.  A |
| 01:55 | 13 | transcript will be prepared and filed, and it will be a |
| 01:55 | 14 | public document.  We can't have jurors' names in the public |
| 01:55 | 15 | record to protect their privacy. |
| 01:55 | 16 | For that reason the lawyers are going to address |
| 01:55 | 17 | you by your juror number, Juror No. 143.  In not using your |
| 01:55 | 18 | last name, they're not being disrespectful or rude.  They're |
| 01:55 | 19 | simply following the procedures we need to follow to |
| 01:55 | 20 | preserve your privacy rights.  Okay? |
| 01:55 | 21 | PROSPECTIVE JUROR NO. 143:  Okay. |
| 01:55 | 22 | THE COURT:  Mr. Steward. |
| 01:55 | 23 | MR. STEWARD:  Thank you, Your Honor. |
| 01:55 | 24 | Good afternoon. |
| 01:55 | 25 | PROSPECTIVE JUROR NO. 143:  Good afternoon. |

01:55   1          MR. STEWARD:  On the questionnaire that you filled

01:55   2     out two days ago, there was a Question No. 27 that asked

01:56   3     about based on anything you have read, heard, or seen about

01:56   4     Mr. Avenatti, would you be able to follow the Court's

01:56   5     instructions to put that information out of your mind and

01:56   6     decide the case based on the evidence presented at trial?

01:56   7     And I believe you wrote:  Yes.  However, until I hear more,

01:56   8     I can't say the fact that so many are involved in this case,

01:56   9     there may be something going on.

01:56   10         Can you explain that a little bit more?  What did

01:56   11    you mean by that comment?

01:56   12         PROSPECTIVE JUROR NO. 143:  Because there was a

01:56   13    list of different people.  It wasn't just one person that

01:56   14    was listed.  It was a list, a whole list of people that were

01:56   15    involved.  So in my head I think if it's just not one

01:56   16    person, it's the word of another person.  But a group of

01:56   17    people saying about this person, that's where I'm coming in

01:56   18    thinking, well, there must be something going on for him to

01:56   19    even have been investigated or accused.

01:57   20         MR. STEWARD:  Well, you understand the list that

01:57   21    was on the questionnaire wasn't just people that were

01:57   22    involved directly in the case.  But, for example, my name

01:57   23    was there and the prosecutor's name was there.  It was so in

01:57   24    case anybody happened to know us, they could say, hey, I

01:57   25    know Mr. Steward.  He's my neighbor -- or something like

01:57  1    that.  So that volume of witnesses doesn't mean these are

01:57  2    people that are going to testify at the trial.  Do you

01:57  3    understand that?

01:57  4              PROSPECTIVE JUROR NO. 143:  Okay.

01:57  5              MR. STEWARD:  Does that change your thinking at

01:57  6    all?

01:57  7              PROSPECTIVE JUROR NO. 143:  But it's still more

01:57  8    than one person, so it's still hard.

01:57  9              MR. STEWARD:  So you think that he may be guilty

01:57  10   just because there's a lot of people involved?

01:57  11             PROSPECTIVE JUROR NO. 143:  I don't necessarily

01:57  12   think that he is guilty.  It's just I'm thinking, like, if

01:57  13   you have two kids, it's just two kids fighting.  But if you

01:57  14   have one kid and there is a bunch of other kids involved,

01:58  15   then it's more than likely this kid is probably more at

01:58  16   fault than when you have just one person against another

01:58  17   group.

01:58  18             MR. STEWARD:  Which certainly works on the

01:58  19   playground, but here the only question is whether or not the

01:58  20   government has proved the case against Mr. Avenatti beyond a

01:58  21   reasonable doubt.  Do you understand that?

01:58  22             PROSPECTIVE JUROR NO. 143:  Yes, and that's why I

01:58  23   said until I hear what's actually going on, then that's

01:58  24   where I would draw my conclusion based on what I am hearing

01:58  25   from both.

01:58   1          MR. STEWARD:  So as you sit there right now, you

01:58   2    understand that he is not guilty of anything, right?

01:58   3          PROSPECTIVE JUROR NO. 143:  Correct.

01:58   4          MR. STEWARD:  And you are willing to keep an open

01:58   5    mind and listen to all of the evidence before you make any

01:58   6    sort of a judgment or decision, right?

01:58   7          PROSPECTIVE JUROR NO. 143:  Correct.

01:58   8          MR. STEWARD:  And you will listen to the Court and

01:58   9    the instructions, right?

01:58   10          PROSPECTIVE JUROR NO. 143:  Yes.

01:58   11          MR. STEWARD:  Thank you.  Nothing further, Your

01:58   12    Honor.

01:58   13          MR. SAGEL:  No questions, Your Honor.

01:58   14          THE COURT:  Thank you.  Would you go back to the

01:58   15    jury room, please.

01:58   16          PROSPECTIVE JUROR NO. 143:  Sure.

01:58   17          I do have a question.  I was summoned in February

01:59   18    and then I'm summoned again a few months later.  How does

01:59   19    this work?

01:59   20          THE COURT:  In state court?

01:59   21          PROSPECTIVE JUROR NO. 143:  I don't know.  I just

01:59   22    know that with the one in February, I was asked to call in

01:59   23    and find out if I have to report.  I never did have to.  And

01:59   24    then all of a sudden I get this one again.

01:59   25          THE COURT:  That's the state court across the

01:59   1    street.

01:59   2              PROSPECTIVE JUROR NO. 143:  Oh, okay.  So that's

01:59   3    the difference.

01:59   4              THE COURT:  They are two different courts.

01:59   5              PROSPECTIVE JUROR NO. 143:  Go it.

01:59   6              THE COURT:  We don't coordinate in terms of

01:59   7    calling jurors.  We have our list and they have theirs.  I'd

01:59   8    say it's just coincidence that you got called within a

01:59   9    couple months of each other.

01:59   10             PROSPECTIVE JUROR NO. 143:  Okay.  All right.

01:59   11             THE COURT:  Thank you.

01:59   12             PROSPECTIVE JUROR NO. 143:  Thank you.

01:59   13             (Prospective juror exits courtroom)

01:59   14             THE CLERK:  Is she returning, Judge?

01:59   15             THE COURT:  Yes.

01:59   16             MR. STEWARD:  I'm sorry.  No objection.

02:00   17             THE CLERK:  Juror 144.

02:00   18             (Prospective juror enters courtroom)

02:00   19             THE COURT:  Good afternoon.

02:00   20             PROSPECTIVE JUROR NO. 144:  Good afternoon.

02:00   21             THE COURT:  Please be seated.

02:01   22             A transcript is being prepared in these

02:01   23    proceedings.  Everything that everyone says is being taken

02:01   24    down.  It will be put in a booklet and filed.  It will be a

02:01   25    public record, and we can't have jurors' names in the public

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 02:01 | 1 | record in this context.  It's part of protecting the privacy |
| 02:01 | 2 | of jurors. |
| 02:01 | 3 | For that reason counsel are going to address you |
| 02:01 | 4 | by your juror number, Juror No. 144.  And while they are not |
| 02:01 | 5 | using your actual name, they are not being rude or |
| 02:01 | 6 | disrespectful.  They are simply following proper procedure |
| 02:01 | 7 | to protect your privacy rights. |
| 02:01 | 8 | If you feel comfortable, could you take your mask |
| 02:01 | 9 | off just briefly. |
| 02:01 | 10 | Thank you.  Mr. Steward. |
| 02:01 | 11 | MR. STEWARD:  Thank you, Your Honor. |
| 02:01 | 12 | Sir, on the questionnaire that you filled out two |
| 02:01 | 13 | days ago, there was a question about use of social media |
| 02:01 | 14 | websites.  And the second part of that question number 17 |
| 02:01 | 15 | asks about posting online and social media.  And your answer |
| 02:02 | 16 | appears to have been -- |
| 02:02 | 17 | THE COURT:  Sir, we're not going to get into that |
| 02:02 | 18 | unless it's directly related to Mr. Avenatti. |
| 02:02 | 19 | MR. STEWARD:  Well, I will make it that way, Your |
| 02:02 | 20 | Honor.  Thank you. |
| 02:02 | 21 | Have you posted about the Avenatti case anything |
| 02:02 | 22 | like that? |
| 02:02 | 23 | PROSPECTIVE JUROR NO. 144:  Not about him. |
| 02:02 | 24 | MR. STEWARD:  Not about him directly? |
| 02:02 | 25 | PROSPECTIVE JUROR NO. 144:  I have never heard |

02:02   1   about him before.

02:02   2           MR. STEWARD:  Okay.  In response to the question

02:02   3   about Mr. Avenatti being a civil trial lawyer, the second

02:02   4   part of it asks about what your opinion is of civil trial

02:02   5   lawyers, and you answered:  Very greedy people.  Is that

02:02   6   what you answered?

02:02   7           PROSPECTIVE JUROR NO. 144:  Yes.

02:02   8           MR. STEWARD:  Okay.  So if it's shown, and I think

02:02   9   everybody agrees it will be, that Mr. Avenatti was a civil

02:02   10  trial lawyer, do you believe just because of his occupation

02:02   11  that he's a very greedy person?

02:03   12          PROSPECTIVE JUROR NO. 144:  Well, a lot of --

02:03   13  well, I guess there's like this stereotype that a lot of --

02:03   14  there is, like, way too many unnecessary lawsuits, and they

02:03   15  are, like, ultimately money driven.  So he may not

02:03   16  necessarily be one, but there is a lot of that, I think.

02:03   17          MR. STEWARD:  Given his profession, does that give

02:03   18  you some sort of a bias against him because he is a civil

02:03   19  trial lawyer and one of very -- could be one of the very

02:03   20  greedy people?

02:03   21          PROSPECTIVE JUROR NO. 144:  Yeah.

02:03   22          MR. STEWARD:  Okay.  And if you are selected as a

02:03   23  juror, you hear all of the evidence, and you go back to the

02:03   24  jury room, is that something you're going to keep in mind

02:03   25  and perhaps hold against Mr. Avenatti?

02:04    1           PROSPECTIVE JUROR NO. 144:  Yeah, it may be in the

02:04    2   back of my mind.

02:04    3           MR. STEWARD:  No further questions, Your Honor.

02:04    4           MR. SAGEL:  No questions.

02:04    5           THE COURT:  Sir, would you go back to the jury

02:04    6   room, please.

02:04    7           (Prospective juror exits courtroom)

02:04    8           MR. STEWARD:  I would ask that he be excused, Your

02:04    9   Honor.

02:04   10           MR. SAGEL:  We would stipulate, Your Honor.

02:04   11           THE COURT:  He will be excused.

02:05   12           THE CLERK:  Juror No. 146.

02:05   13           (Prospective juror enters courtroom)

02:05   14           THE COURT:  Good afternoon.

02:05   15           PROSPECTIVE JUROR NO. 146:  Hi.

02:05   16           THE COURT:  A transcript will be prepared of these

02:05   17   proceedings.  Ms. Seffens is taking everything down that

02:05   18   everybody is saying and a booklet will be prepared, and it

02:05   19   will be filed as part of the public record.  We can't have

02:05   20   the jurors' names in the public record as a matter of the

02:05   21   jurors' privacy.

02:05   22           So for that reason counsel are going to be

02:05   23   addressing you by your juror number, which is 146.  So just

02:05   24   because they're not using your last name, they're not being

02:05   25   rude or disrespectful.  They are following our procedures to

| | | |
|---|---|---|
| 02:06 | 1 | preserve your privacy rights.  Okay? |
| 02:06 | 2 | PROSPECTIVE JUROR NO. 146:  Yes, sir. |
| 02:06 | 3 | THE COURT:  Okay. |
| 02:06 | 4 | Mr. Steward. |
| 02:06 | 5 | MR. STEWARD:  Thank you, Your Honor. |
| 02:06 | 6 | In the questionnaire that you filled out two days |
| 02:06 | 7 | ago, one of the questions had to do with -- and this is |
| 02:06 | 8 | number 29:  Before today had you read, seen, or heard |
| 02:06 | 9 | anything about criminal charges brought against |
| 02:06 | 10 | Mr. Avenatti?  I believe you circled yes, and I think you |
| 02:06 | 11 | said:  Either I heard it in the news or read it in the |
| 02:06 | 12 | newspaper. |
| 02:06 | 13 | What do you recall hearing? |
| 02:06 | 14 | PROSPECTIVE JUROR NO. 146:  That he was being sued |
| 02:06 | 15 | by different people basically. |
| 02:06 | 16 | MR. STEWARD:  And the question asked about |
| 02:06 | 17 | criminal charges.  Do you remember anything about that? |
| 02:06 | 18 | PROSPECTIVE JUROR NO. 146:  That I don't, no. |
| 02:06 | 19 | MR. STEWARD:  And where do you think you heard |
| 02:06 | 20 | that? |
| 02:06 | 21 | PROSPECTIVE JUROR NO. 146:  I listen, as I say, on |
| 02:06 | 22 | the radio, or in the newspaper.  Probably the radio or the |
| 02:06 | 23 | television. |
| 02:06 | 24 | MR. STEWARD:  And how long ago was that? |
| 02:06 | 25 | PROSPECTIVE JUROR NO. 146:  I would say at least a |

02:07   1   couple months ago, but I'm not positive.

02:07   2           MR. STEWARD:  And anything other than him being

02:07   3   sued by other people?

02:07   4           PROSPECTIVE JUROR NO. 146:  No.

02:07   5           MR. STEWARD:  You hesitated a little bit there.

02:07   6   Was there something else that you wanted to tell us?

02:07   7           PROSPECTIVE JUROR NO. 146:  Well, no.  I knew I

02:07   8   had seen him on television.

02:07   9           MR. STEWARD:  Well, let's go there.

02:07   10          PROSPECTIVE JUROR NO. 146:  Okay.

02:07   11          MR. STEWARD:  Question 25 asks about having read,

02:07   12  seen, or heard anything about Mr. Avenatti.  And your answer

02:07   13  was:  Saw him numerous times on television when the woman he

02:07   14  was representing was suing Mr. Trump.

02:07   15          And then the next question has to do with whether

02:07   16  or not you formed an opinion, and you check yes and said:  I

02:07   17  possibly already have an opinion concerning him.

02:07   18          What is that opinion?

02:07   19          PROSPECTIVE JUROR NO. 146:  Just he is an

02:07   20  interesting person who was suing Trump.  So basically that

02:08   21  was my opinion.

02:08   22          MR. STEWARD:  Anything negative about what you

02:08   23  just said?  Any negative vibes or thoughts?

02:08   24          PROSPECTIVE JUROR NO. 146:  Not really.  It was

02:08   25  just he was interesting.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

02:08   1          MR. STEWARD:  So as you sit there today, no bias

02:08   2   or feelings, negative feelings about Mr. Avenatti?

02:08   3          PROSPECTIVE JUROR NO. 146:  I wouldn't say

02:08   4   negative, no.

02:08   5          MR. STEWARD:  Okay.  What would you say?

02:08   6          PROSPECTIVE JUROR NO. 146:  Maybe some bias but

02:08   7   not necessarily negative.

02:08   8          MR. STEWARD:  Okay.  And what bias would that be?

02:08   9          PROSPECTIVE JUROR NO. 146:  That's a good

02:08   10  question.  I really don't know.

02:08   11         MR. STEWARD:  Well, for example, does the fact

02:08   12  that he sued President Trump, does that bother you?  Is that

02:08   13  a negative for you?

02:08   14         PROSPECTIVE JUROR NO. 146:  No.  That's a good.

02:08   15         MR. STEWARD:  No further questions, Your Honor.

02:09   16         THE COURT:  Any questions?

02:09   17         MR. SAGEL:  No, Your Honor.

02:09   18         THE COURT:  Could I ask you to go back to the jury

02:09   19  room, please.  Thank you.

02:09   20             (Prospective juror exits courtroom)

02:09   21         THE COURT:  Mr. Steward.

02:09   22         MR. STEWARD:  No objection, Your Honor.

02:09   23         THE COURT:  Okay.

02:09   24         THE CLERK:  That's it.

02:09   25         THE COURT:  We have concluded the individual voir

02:09   1   dire of those jurors that indicated in the questionnaire

02:09   2   that they had some knowledge or feelings toward

02:09   3   Mr. Avenatti.

02:09   4           We examined approximately 40, and we have excused

02:10   5   upon challenge by Mr. Avenatti 14, 14 out of the 40 that we

02:10   6   examined.  That leaves us with approximately 118 or 119

02:10   7   jurors who have cleared the examinations thus far.

02:10   8           I conclude on the basis of the individual voir

02:10   9   dires and the questionnaire that the panel is not affected

02:10  10   by or prejudiced against Mr. Avenatti as a result of any

02:10  11   publicity with regard to the current proceeding or other

02:10  12   proceedings he has been involved in.

02:10  13           Tomorrow we are going to bring everybody back.  We

02:10  14   will start at 9:00, and we will start the conventional voir

02:11  15   dire.

02:11  16           I think we've concluded we can get 25 people -- 24

02:11  17   people.  So we will have 24 here.  We will have some jurors

02:11  18   in 10D and some jurors down in the jury assembly room.

02:11  19           THE CLERK:  I'm wrong, Judge.  It's 28.  There

02:11  20   will be the 16 jurors and 12 to pull from on this side.

02:11  21           THE COURT:  Okay, 26.

02:11  22           THE CLERK:  16 plus 12, 28.

02:11  23           THE COURT:  We'll have 28 here, some number in

02:11  24   10D, and the balance will be down in the jury assembly room.

02:11  25   In each of those locations there will be video feed so that

163

| | | |
|---|---|---|
| 02:11 | 1 | those jurors will be able to observe all aspects of the voir |
| 02:11 | 2 | dire that we are conducting in the courtroom proper. |
| 02:12 | 3 | With respect to masks, I will indicate to the |
| 02:12 | 4 | jurors if they are comfortable when they are answering |
| 02:12 | 5 | questions to take down their mask if the juror has a mask. |
| 02:12 | 6 | They are free to do so. But as I indicated already, if a |
| 02:12 | 7 | juror wishes to continue to wear a mask, I will permit that |
| 02:12 | 8 | but I will prompt them by suggesting if they are |
| 02:12 | 9 | comfortable, they should take down their mask while |
| 02:12 | 10 | answering a question. |
| 02:12 | 11 | Any additional thoughts or questions about how we |
| 02:12 | 12 | are going to proceed tomorrow? |
| 02:12 | 13 | MR. SAGEL: Does Your Honor have certain time |
| 02:12 | 14 | limits in mind? |
| 02:12 | 15 | THE COURT: What I was thinking is for the first |
| 02:12 | 16 | pass, an hour each. |
| 02:13 | 17 | MR. SAGEL: Okay. |
| 02:13 | 18 | MR. STEWARD: I'm sorry. I don't understand. |
| 02:13 | 19 | First pass? |
| 02:13 | 20 | THE COURT: The first group that we have in the |
| 02:13 | 21 | courtroom. We will have the first 16 as we start out. The |
| 02:13 | 22 | first 16 are the jury and set of alternates. So the |
| 02:13 | 23 | questions will be directed to the first 16. You will have |
| 02:13 | 24 | one hour to examine those folks. Then we'll exercise -- if |
| 02:13 | 25 | there are any challenges for cause, I'll take them at |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

02:13   1   sidebar and we will excuse the juror.

02:13   2           If there are challenges for cause, I will fill any

02:13   3   seat that's vacated on that basis.  Wherever they are, I

02:13   4   will just fill that seat.  Once we have 16 passed for cause

02:14   5   -- and don't pass for cause or make a challenge for cause in

02:14   6   the presence of jury.

02:14   7           Once we have 16 passed for cause, we'll begin the

02:14   8   peremptories.  Ms. Bredahl has the standard chart that we

02:14   9   use -- ten for the defense, six for the government.

02:14   10          When we get down to 11, I will collapse the jury,

02:14   11  which is to say wherever those 16 are, I will move them down

02:14   12  so that they are in the first 11 seats.  And then we'll add

02:14   13  seven so we get back to 16.  Then we will have a more

02:14   14  limited opportunity to examine the new jurors.

02:14   15          MR. SAGEL:  I have two comments.  Obviously take

02:14   16  them for what they're worth.  I know probably very few

02:15   17  attorneys say this, but I don't think we need that much time

02:15   18  to talk in here.  We have a very comprehensive

02:15   19  questionnaire.  I don't know that we need an hour for the

02:15   20  first panel when we have their answers to almost every

02:15   21  question they would normally be asked.

02:15   22          THE COURT:  There may be a basis for follow-up.

02:15   23          MR. SAGEL:  Oh, I agree, but --

02:15   24          THE COURT:  I think an hour is not too much to

02:15   25  examine 16 people if that's what counsel want.  My view of

02:15   1   voir dire is use it as you will.  As long as you're not

02:15   2   preconditioning the jury, I think you're pretty much free to

02:15   3   ask what you want.

02:15   4           Some people use the time to mine for prejudice on

02:15   5   the basis for cause.  Other people spend the time basically

02:15   6   bonding with the jury, developing a relation.  I think

02:15   7   either is permissible, but particularly if counsel is

02:16   8   pursuing the latter strategy, an hour is plenty.

02:16   9           MR. SAGEL:  The second point I would make -- I

02:16   10  don't know if this is going to be a situation, but I think

02:16   11  we only had one juror who was hesitant today about removing

02:16   12  their mask, and even that juror did it.

02:16   13          Obviously some of these jurors will be sitting

02:16   14  closer to each other.  Might I propose that if any of the

02:16   15  jurors feel uncomfortable during that time while they're

02:16   16  being asked questions, because they're sitting close to

02:16   17  others, that that juror be permitted to sit in the jury box

02:16   18  to answer any questions where that they don't have to remove

02:16   19  their mask while sitting by others.

02:16   20          THE COURT:  Well, we are going to spend a lot of

02:16   21  time with people especially when general questions are asked

02:16   22  and the same juror has answers to more than one general

02:17   23  question, up and back and up and back.  So we're not going

02:17   24  to do that.  I will make the suggestion if they are

02:17   25  comfortable, take the mask down when they answer questions.

02:17  1           MR. SAGEL:  And they are not required to take
02:17  2  their mask off while they're answering questions?
02:17  3           THE COURT:  Correct.
02:17  4           MR. SAGEL:  I misunderstood, then.
02:17  5           THE COURT:  Anyone who is fully vaccinated can
02:17  6  take their mask off.  Anyone who is not fully vaccinated
02:17  7  must keep their mask on.  With regard to those who are fully
02:17  8  vaccinated, if they wish to take their mask off, fine.
02:17  9           If they wish not to do so, I believe there is a
02:17  10  legitimate basis given the Delta variant, the Delta strain,
02:17  11  and advice by local public health officials that
02:17  12  notwithstanding the fact that a person may be fully
02:17  13  inoculated, vaccinated, they should maintain the mask in
02:18  14  public settings.
02:18  15           MR. SAGEL:  Understood, Your Honor.  Thank you.
02:18  16           THE COURT:  Mr. Steward.
02:18  17           MR. STEWARD:  My only comment, Your Honor, is that
02:18  18  I think we've made our position on masks in potential jurors
02:18  19  and actual jurors clear, and I would simply renew my
02:18  20  objection to it.  I understand the Court's ruling.
02:18  21           THE COURT:  Okay.  As I indicated, I will go back
02:18  22  through the jury instructions.  One thought I didn't share
02:18  23  with you is my general philosophy.  Where possible, I'd rely
02:18  24  on the pattern instructions approved by the Ninth Circuit.
02:18  25  Unless there is a special need, I rarely give special

02:18 1    instructions notwithstanding the fact that the instruction

02:18 2    may be a perfectly valid statement of the law.

02:18 3           My feeling is the pattern instructions have been

02:18 4    vetted not only for their accuracy but for their

02:19 5    even-handedness.  I think that balances the potential to be

02:19 6    thrown out of whack when we can simply give jurors

02:19 7    quotations from the law, notwithstanding the fact that they

02:19 8    may be correct quotations.

02:19 9           So that was the basis for rejecting a number of

02:19 10   the defense's instructions.  It's not that they were not

02:19 11   necessarily incorrect statements of the law, but my general

02:19 12   preference is to follow the pattern and not to potentially

02:19 13   disturb the even-handed balance of the instructions.

02:19 14          Okay.  We will start with the jurors at 9:00.  Why

02:19 15   don't you come in at a quarter to nine in case there is

02:19 16   anything to take up.  If there is anything that you think

02:19 17   will be extensive, let each other know and plan on coming in

02:20 18   at 8:30.

02:20 19          Anything else for today?

02:20 20          MR. STEWARD:  Not from the defense, Your Honor.

02:20 21          MR. SAGEL:  Nothing from the government, Your

02:20 22   Honor.

02:20 23          THE COURT:  Okay.  Thank you.  See you tomorrow.

02:20 24          (Proceedings adjourned at 2:20 p.m.)

02:20 25                      *      *      *

CERTIFICATE


        I hereby certify that pursuant to Section 753,
Title 28, United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings held in the above-entitled matter and that the
transcript page format is in conformance with the
regulations of the Judicial Conference of the United States.


Date:  July 16, 2021



                    /s/   Sharon A. Seffens  7/16/21
                    _____
                    SHARON A. SEFFENS, U.S. COURT REPORTER


SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

160/4 160/7 160/10 160/19 160/24 161/3
161/18 161/19 Filed

**MR. SAGEL: [80]** 4/5 9/11 10/20 10/25 11/8
11/18 12/22 13/2 14/6 14/15 17/18 17/22
17/25 18/5 19/17 23/17 23/24 24/3 24/6 24/9
28/15 28/18 28/24 29/9 29/13 30/9 30/25
32/15 35/24 36/2 36/11 36/16 36/24 37/9
38/18 41/2 43/21 57/12 81/14 81/18 82/2 82/8
82/12 82/17 83/3 83/6 83/10 84/23 87/25
90/24 93/4 96/18 129/3 129/14 129/19 130/5
130/13 130/18 134/18 134/23 134/25 137/20
137/25 141/24 147/16 148/1 150/17 154/13
158/4 158/10 161/17 163/13 163/17 164/15
164/23 165/9 166/1 166/4 166/15 167/21
**MR. STEWARD: [508]**
**MR. WYMAN: [61]** 4/19 7/5 8/6 8/25 41/8
41/13 42/2 49/2 54/6 54/13 57/20 57/24 58/4
61/9 61/12 61/21 61/25 62/6 64/1 65/21 68/15
68/17 68/20 69/3 69/6 69/9 69/14 71/23 74/7
77/15 77/18 77/21 77/24 78/3 78/7 78/11
78/15 78/20 79/1 79/5 79/15 101/12 101/15
102/1 102/6 102/11 103/5 105/18 105/24
108/2 109/23 112/2 112/9 112/12 112/18
114/19 114/25 118/3 118/10 120/4 125/3
**PROSPECTIVE JUROR NO. 100: [6]** 108/22
109/5 109/10 109/14 109/18 109/21
**PROSPECTIVE JUROR NO. 102: [10]** 110/7
110/18 110/24 111/3 111/11 111/13 111/19
111/23 112/8 112/11
**PROSPECTIVE JUROR NO. 105: [9]** 112/23
113/11 113/19 113/24 114/3 114/7 114/9
114/12 114/17
**PROSPECTIVE JUROR NO. 109: [15]**
115/15 115/20 116/3 116/8 116/11 116/15
116/20 116/24 117/2 117/6 117/13 117/19
117/23 117/25 118/6
**PROSPECTIVE JUROR NO. 117: [7]** 118/14
118/25 119/4 119/14 119/18 119/24 120/2
**PROSPECTIVE JUROR NO. 119: [21]**
120/13 121/2 121/11 121/15 122/1 122/6
122/9 122/13 122/19 122/25 123/4 123/11
123/14 123/19 124/1 124/4 124/8 124/14
124/19 124/22 124/25
**PROSPECTIVE JUROR NO. 11: [18]** 25/15
25/25 26/4 26/12 27/6 27/15 27/25 28/10
28/17 28/23 29/4 29/11 29/16 30/14 31/6
31/12 31/25 32/9
**PROSPECTIVE JUROR NO. 121: [27]**
125/10 125/13 125/23 126/2 126/14 126/23
127/10 127/16 127/23 128/5 128/11 128/17
128/20 128/22 129/13 129/18 130/4 130/12
130/17 130/23 131/1 131/4 131/6 131/13
131/17 131/22 132/1
**PROSPECTIVE JUROR NO. 125: [8]** 132/13
132/16 133/1 133/5 133/17 134/3 134/8
134/14
**PROSPECTIVE JUROR NO. 126: [6]** 135/20
136/9 136/19 136/22 137/7 137/15
**PROSPECTIVE JUROR NO. 133: [14]**
135/17 138/6 139/6 139/10 139/14 139/16
139/23 140/2 140/13 140/20 141/2 141/10
141/16 141/21
**PROSPECTIVE JUROR NO. 135: [26]** 142/8
142/21 143/4 143/12 143/17 143/23 144/1
144/9 144/12 144/19 144/24 145/4 145/11
145/13 145/18 145/20 145/23 146/3 146/6
146/11 146/19 146/21 147/3 147/10 147/19
147/21
**PROSPECTIVE JUROR NO. 140: [18]** 148/6
148/12 148/19 148/22 148/25 149/3 149/6
149/10 149/15 149/18 149/21 149/23 150/1
150/5 150/10 150/14 150/19 150/22
**PROSPECTIVE JUROR NO. 143: [17]**
151/10 151/21 151/25 152/12 153/4 153/7
153/11 153/22 154/3 154/7 154/10 154/16
154/21 155/2 155/5 155/10 155/12
**PROSPECTIVE JUROR NO. 144: [7]** 155/20
156/23 156/25 157/7 157/12 157/21 158/1
**PROSPECTIVE JUROR NO. 146: [15]**
158/15 159/2 159/14 159/18 159/21 159/25

160/4 160/7 160/10 160/19 160/24 161/3
161/18 161/19 Filed
**PROSPECTIVE JUROR NO. 26: [21]** 32/20
33/6 33/17 33/20 33/24 34/5 34/8 34/13 34/20
35/2 35/11 35/14 35/19 36/1 36/10 36/15
36/21 37/5 37/16 38/1 38/14
**PROSPECTIVE JUROR NO. 27: [10]** 38/25
39/8 39/12 39/19 39/23 40/6 40/11 40/14
40/19 40/23
**PROSPECTIVE JUROR NO. 2: [23]** 14/24
15/6 15/9 15/19 15/25 16/3 16/6 16/13 16/16
16/18 16/21 17/3 17/10 17/14 17/21
17/23 18/4 18/11 18/17 18/19 18/25 19/6
**PROSPECTIVE JUROR NO. 33: [7]** 42/7
42/16 42/19 42/25 43/2 43/6 43/11
**PROSPECTIVE JUROR NO. 35: [12]** 44/6
44/17 44/21 44/23 45/4 45/15 46/11 46/19
46/23 47/22 48/13 48/21
**PROSPECTIVE JUROR NO. 38: [28]** 49/11
49/20 50/5 50/8 50/12 50/19 50/24 51/3 51/9
51/12 51/16 51/21 51/25 52/3 52/7 52/11
52/15 52/19 52/22 52/25 53/3 53/5 53/9 53/13
53/17 53/21 53/24 54/3
**PROSPECTIVE JUROR NO. 44: [11]** 54/23
55/9 55/18 55/25 56/3 56/6 56/9 56/19 56/23
57/5 57/9
**PROSPECTIVE JUROR NO. 47: [15]** 59/5
59/8 59/12 59/15 59/18 60/4 60/8 60/18 60/21
60/24 61/2 61/5 61/11 61/17 61/23
**PROSPECTIVE JUROR NO. 56: [7]** 62/16
63/1 63/8 63/11 63/15 63/19 63/22
**PROSPECTIVE JUROR NO. 57: [7]** 64/10
64/13 64/17 65/11 65/13 65/15 65/18
**PROSPECTIVE JUROR NO. 5: [22]** 20/7
20/16 20/20 21/5 21/12 21/15 21/18 21/23
22/3 22/9 22/16 23/1 23/11 23/14 23/23 24/2
24/5 24/8 24/15 24/19 24/23 25/1
**PROSPECTIVE JUROR NO. 64: [17]** 66/5
66/10 66/15 66/20 67/8 67/12 67/18 67/22
67/25 68/7 68/12 68/16 68/19 69/1 69/5 69/8
69/11
**PROSPECTIVE JUROR NO. 72: [10]** 69/25
70/9 70/14 70/21 70/24 71/3 71/6 71/11 71/16
71/20
**PROSPECTIVE JUROR NO. 74: [11]** 72/8
72/14 72/18 72/22 73/5 73/10 73/12 73/16
73/20 73/24 74/4
**PROSPECTIVE JUROR NO. 75: [30]** 74/17
74/19 75/3 75/7 75/15 75/18 75/21 75/24 76/3
76/9 76/12 76/15 76/19 76/23 77/1 77/4 77/8
77/11 77/13 77/17 77/20 77/23 78/2 78/6
78/10 78/14 78/19 78/24 79/3 79/10
**PROSPECTIVE JUROR NO. 76: [14]** 79/20
80/17 80/22 80/25 81/3 81/7 81/11 81/17 82/1
82/7 82/11 82/16 82/23 83/4
**PROSPECTIVE JUROR NO. 77: [5]** 83/16
83/25 84/9 84/15 84/21
**PROSPECTIVE JUROR NO. 79: [9]** 85/7
85/21 86/7 86/12 86/23 87/2 87/10 87/16
87/22
**PROSPECTIVE JUROR NO. 82: [12]** 88/9
88/16 88/23 89/6 89/11 89/16 89/20 89/24
90/4 90/12 90/15 90/20
**PROSPECTIVE JUROR NO. 83: [6]** 91/19
91/24 92/6 92/14 92/21 93/2
**PROSPECTIVE JUROR NO. 88: [13]** 93/14
93/17 94/6 94/14 94/18 94/22 95/7 95/15
95/20 95/24 96/6 96/13 96/16
**PROSPECTIVE JUROR NO. 91: [24]** 97/2
97/13 97/17 98/2 98/7 98/10 98/13 98/17
98/20 99/5 99/12 99/19 99/22 100/7 100/9
100/13 100/17 100/23 101/5 101/14 101/19
102/5 102/8 102/18
**PROSPECTIVE JUROR NO. 98: [6]** 104/3
104/14 104/22 104/25 105/13 105/16
**PROSPECTIVE JUROR NO. 99: [6]** 106/4
106/15 106/24 107/13 107/21 107/25
**THE CLERK: [49]** 4/3 14/21 20/3 25/11 32/17
38/21 41/10 42/3 44/3 49/8 54/20 59/2 59/11

62/13 64/7 66/2 69/22 72/5 74/13 79/17 83/13
85/4 88/5 91/6 97/3 104/1 106/2 108/9 106/1
108/8 110/4 112/20 115/4 118/11 120/8
120/10 125/8 132/10 135/14 138/2 142/5
148/3 151/7 155/14 155/17 158/12 161/24
162/19 162/22
**THE COURT: [307]**

'

'17 **[1]** 46/8
'97 **[2]** 149/3 151/3
'cause **[1]** 121/8

/

/s **[1]** 168/15

0

0870 **[1]** 1/21

1

1-1053 **[1]** 1/20
10 **[1]** 89/16
100 **[3]** 108/8 108/16 135/4
102 **[3]** 110/4 110/12 110/17
105 **[1]** 112/20
1053 **[1]** 1/20
107 **[1]** 2/15
109 **[2]** 115/4 115/12
10:09 **[1]** 62/11
10:16 **[1]** 62/12
10D **[2]** 162/18 162/24
11 **[4]** 6/8 25/11 164/10 164/12
1100 **[1]** 2/7
117 **[3]** 118/11 118/20 120/8
118 **[1]** 162/6
119 **[3]** 120/10 120/20 162/6
11:56 **[1]** 135/12
12 **[4]** 89/17 122/20 162/20 162/22
121 **[2]** 125/8 125/20
125 **[2]** 132/10 132/23
126 **[2]** 135/14 136/3
133 **[2]** 138/2 138/14
135 **[2]** 142/5 142/17
13th **[1]** 124/9
14 **[2]** 162/5 162/5
140 **[4]** 148/3 148/11 148/18 150/18
143 **[2]** 151/7 151/17
146 **[2]** 155/17 156/4
146 **[2]** 158/12 158/23
147 **[2]** 13/5 14/2
14th **[1]** 124/9
15 **[3]** 1/17 4/1 122/4
16 **[11]** 162/20 162/22 163/21 163/22 163/23
164/4 164/7 164/11 164/13 164/25 168/13
17 **[1]** 156/14
1997 **[1]** 149/14
1:30 **[1]** 135/11
1:35 **[1]** 135/13

2

20 **[3]** 7/19 17/23 91/6
2000 **[1]** 151/3
2016 **[1]** 46/8
2017 **[1]** 45/12
2018 **[2]** 45/12 116/17
2021 **[3]** 1/17 4/1 168/13
21 **[1]** 168/15
213 **[1]** 2/8
24 **[3]** 8/25 162/16 162/17
24th **[2]** 9/2 9/4
25 **[15]** 33/10 55/13 57/23 63/2 72/24 84/4
88/25 94/8 97/19 106/16 108/23 113/12
115/24 160/11 162/16
26 **[7]** 32/17 33/3 49/23 66/23 126/4 138/21
162/21
27 **[6]** 38/21 39/5 41/12 60/9 80/10 152/2
28 **[4]** 162/19 162/22 162/23 168/7
29 **[5]** 56/13 71/1 73/17 107/5 159/8
2:20 **[1]** 167/24

**3**
**30** [3]  46/3 77/20 119/6
**30th** [4]  4/18 4/23 8/20 8/21
**31** [1]  90/7
**312** [1]  2/7
**32** [13]  75/9 95/2 98/22 104/15 105/5 110/21 117/8 121/4 124/11 127/2 133/7 139/17 145/16
**33** [5]  16/23 41/13 42/3 42/14 43/25
**338-3598** [1]  2/12
**341** [1]  11/23
**35** [4]  44/3 44/12 44/22 48/25
**3598** [1]  2/12
**38** [2]  49/8 49/17

**4**
**40** [3]  91/7 162/4 162/5
**411** [2]  1/20 2/11
**44** [2]  54/20 55/6
**47** [2]  59/2 60/2
**48** [7]  15/12 15/17 15/23 16/17 39/20 63/6 70/22
**481-4900** [1]  2/16
**4900** [1]  2/16
**4th** [1]  1/20

**5**
**52** [1]  87/7
**53** [1]  68/3
**539** [1]  5/4
**543-0870** [1]  1/21
**56** [3]  62/13 62/21 127/11
**57** [2]  64/7 64/24

**6**
**64** [2]  66/2 66/12
**6683** [1]  2/8

**7**
**7/16/21** [1]  168/15
**714** [2]  1/21 2/12
**72** [2]  69/22 70/7
**74** [2]  72/5 72/13
**75** [3]  74/13 74/25 77/16
**75,000** [1]  43/12
**753** [1]  168/6
**76** [2]  79/17 80/3
**77** [2]  83/13 83/22
**79** [2]  85/4 85/15

**8**
**8000** [1]  2/11
**82** [2]  88/6 88/14
**83** [2]  91/9 91/16
**88** [2]  93/11 93/24
**894-6683** [1]  2/8
**8:09** [1]  5/4
**8:30** [2]  8/17 167/18
**8:32** [1]  4/1
**8:52** [1]  14/19

**9**
**90012** [1]  2/8
**91** [2]  96/24 97/9
**92672** [1]  2/15
**92701** [2]  1/20 2/11
**949** [1]  2/16
**98** [1]  103/25
**99** [2]  106/1 106/9
**99 percent** [1]  92/11
**9:00** [3]  14/20 162/14 167/14

**A**
**a.m** [6]  4/1 14/19 14/20 62/11 62/12 135/12
**ABC** [1]  90/16
**abeyance** [1]  135/7
**abide** [3]  131/18 147/10 147/11
**ability** [2]  125/25 84/24 104/18 112/5 124/12
**able** [26]  21/4 24/6 29/3 29/7 29/24 36/6

**36/14 37/3 41/25 50/13 50/16 57/8 61/16 67/2**
**68/23 69/3 78/9 89/10 97/4 82/21 102/3 105/9**
**133/12 137/13 152/4 163/1**
**about** [219]
**above** [1]  168/9
**above-entitled** [1]  168/9
**absence** [1]  12/8
**absolutely** [6]  36/25 48/9 122/9 144/12 145/20 145/23
**accidentally** [1]  22/2
**accordingly** [3]  44/11 144/6 146/16
**account** [1]  23/18
**accountable** [1]  136/16
**accounts** [1]  20/24
**accuracy** [1]  167/4
**accurate** [1]  21/13
**accused** [3]  33/12 34/1 152/19
**acknowledges** [1]  132/7
**across** [3]  21/24 66/25 154/25
**act** [1]  30/16
**acted** [2]  6/15 146/16
**actions** [2]  19/3 99/2
**actively** [1]  143/8
**actors** [1]  47/23
**actual** [3]  139/4 156/5 166/19
**actually** [11]  10/7 11/8 14/4 63/8 68/3 81/18 84/13 102/2 103/13 140/21 153/23
**add** [1]  164/12
**added** [1]  4/23
**addition** [1]  7/8
**additional** [2]  11/15 163/11
**address** [15]  20/13 25/21 42/13 49/16 55/5 70/6 74/24 80/3 83/21 91/16 97/8 110/12 125/19 151/16 156/3
**addressing** [11]  14/9 62/21 94/2 97/10 118/21 136/2 138/14 142/17 142/18 148/11 158/23
**adjourned** [1]  167/24
**adjournment** [1]  19/23
**administration** [1]  47/4
**admit** [1]  92/6
**admitted** [1]  54/17
**admonition** [2]  19/21 19/23
**admonitions** [1]  19/14
**adopted** [1]  7/16
**advanced** [1]  5/10
**advantage** [2]  28/8 31/19
**advice** [2]  103/8 166/11
**advised** [1]  100/18
**affair** [1]  45/7
**affect** [12]  29/7 32/7 47/19 47/20 48/10 85/24 104/17 112/5 124/12 140/25 140/25 141/6
**affected** [1]  162/9
**affects** [1]  77/9
**after** [12]  11/8 17/18 18/24 36/2 37/14 45/12 112/3 114/10 114/11 129/4 129/7 139/9
**afternoon** [18]  8/15 135/16 136/8 136/9 138/4 142/7 142/8 148/5 148/6 148/18 148/19 151/9 151/10 151/24 151/25 155/19 155/20 158/14
**again** [12]  7/18 8/3 19/15 19/21 36/21 46/21 46/25 77/2 86/13 87/19 154/18 154/24
**against** [37]  15/16 30/20 31/5 35/7 35/8 56/15 61/1 68/5 71/2 71/5 73/18 76/6 80/20 99/11 99/13 99/18 99/19 99/23 107/7 114/4 123/17 123/24 126/21 128/14 134/7 136/24 139/2 141/8 144/15 146/10 150/13 153/16 153/20 157/18 157/25 159/9 162/10
**age** [1]  84/17
**agency** [1]  43/3
**ago** [50]  10/11 16/20 18/20 24/18 27/22 50/4 52/9 60/10 60/17 63/4 65/5 67/10 76/22 75/9 80/10 80/16 81/15 84/7 85/23 88/25 92/1 94/8 94/20 104/16 108/8 110/20 113/13 115/22 116/7 116/9 119/6 119/7 119/19 121/4 121/24 126/4 128/16 131/11 133/7 136/11 138/21 142/25 149/9 149/12 152/2 156/13 159/7 159/24 160/1
**agree** [6]  8/6 30/8 50/9 53/14 53/17 58/9 77/24 164/23

**Agreed** [2]  105/24 112/18
**agreement** [3]  45/12 45/13 45/14
**agrees** [1]  157/9
**ahead** [1]  135/9
**air** [1]  53/15
**ALEXANDER** [2]  2/5 4/6
**all** [61]  4/15 11/18 15/22 17/5 17/13 18/1 21/7 25/8 26/14 27/7 27/10 28/1 28/25 30/24 34/15 35/15 37/13 40/1 40/4 45/21 46/19 48/3 48/22 50/15 52/14 54/1 59/16 64/14 73/6 73/13 77/25 83/18 86/6 86/14 96/2 99/9 103/19 107/19 109/4 111/9 121/18 122/21 124/5 127/6 133/16 133/18 133/21 134/5 137/3 137/9 139/3 140/16 145/9 146/25 150/6 153/6 154/5 154/24 155/10 157/23 163/1
**allegation** [1]  147/8
**allegations** [5]  55/20 58/17 102/1 126/20 139/2
**alleged** [1]  6/10
**allow** [3]  9/17 10/3 12/5
**allowing** [1]  25/20
**almost** [3]  18/21 51/23 164/20
**along** [6]  19/15 21/20 40/17 56/19 65/10 139/22
**alphabetical** [1]  11/21
**already** [8]  14/8 27/18 35/10 47/13 60/15 148/7 160/17 163/6
**also** [17]  15/20 19/22 24/1 24/4 27/1 27/2 36/16 43/7 82/25 87/7 90/6 98/4 98/21 127/2 129/19 133/23 150/4
**alternates** [1]  163/22
**alternative** [2]  5/7 7/20
**although** [3]  41/20 50/12 73/1
**always** [4]  12/2 47/12 47/23 51/23
**am** [12]  5/5 21/8 37/16 37/19 48/14 92/3 92/4 95/24 103/10 107/15 153/24
**ambulance** [1]  117/10
**Amen** [1]  95/2
**amenable** [1]  5/23
**AMERICA** [3]  1/9 4/4 145/24
**Ana** [4]  1/16 1/20 2/11 4/1
**Angeles** [2]  2/8 43/3
**announced** [1]  89/13
**annual** [1]  43/9
**another** [6]  10/16 22/12 22/22 99/25 152/16 153/16
**answer** [27]  17/22 26/12 26/24 32/8 34/2 50/25 51/1 55/13 57/22 58/16 58/23 60/12 75/12 87/13 105/12 108/23 110/22 111/2 112/3 117/17 117/12 123/2 131/15 156/15 160/12 165/18 165/25
**answered** [9]  26/5 39/24 92/10 126/8 130/10 133/11 145/6 157/5 157/6
**answering** [3]  163/4 163/10 166/2
**answers** [13]  25/5 28/19 45/1 54/12 58/10 66/21 81/19 110/20 128/3 142/24 145/16 164/20 165/22
**any** [91]  5/17 7/22 7/23 7/25 9/5 10/15 14/13 14/16 16/10 17/12 18/23 19/5 19/11 19/25 23/2 24/20 26/24 28/21 29/13 29/16 30/9 31/21 33/22 35/6 36/18 39/21 43/4 45/22 45/24 47/25 57/3 70/23 73/12 73/13 71/14 71/14 71/15 73/3 73/4 73/17 78/8 81/21 84/7 84/13 84/20 89/12 90/24 91/1 92/22 92/25 94/12 94/16 95/5 95/15 96/15 97/24 102/19 105/8 107/8 107/10 107/16 109/4 109/12 116/7 116/21 119/22 123/24 126/6 127/11 127/19 128/8 130/1 130/2 130/8 130/9 137/18 138/15 139/12 140/11 141/3 141/15 142/19 146/9 154/5 160/23 161/16 162/10 163/11 163/25 164/2 165/14 165/18
**anybody** [5]  123/17 125/17 127/9 132/20 152/24
**anymore** [1]  121/19
**anyone** [4]  5/17 19/24 166/5 166/6
**anything** [97]  10/19 13/14 15/14 15/17 16/12 16/14 23/18 27/25 28/22 30/17 36/3 36/4 36/12 39/14 39/22 40/4 40/12 45/2 46/7 46/9 49/24 52/21 55/15 55/17 56/4 56/14 57/7

**A**

anything... **[70]** 60/11 63/3 63/6 63/16 63/21 65/6 65/9 65/10 65/14 66/24 70/17 72/25 73/23 76/3 80/11 81/23 84/5 89/1 89/5 89/18 90/3 92/2 92/19 92/24 94/9 94/13 97/25 102/20 106/18 106/25 107/6 107/11 107/15 107/18 108/25 113/14 113/18 113/18 113/19 115/23 116/2 116/22 119/11 119/13 121/12 121/25 122/8 126/4 129/8 131/8 131/15 138/21 138/23 139/9 141/11 141/11 141/12 143/3 144/22 152/3 154/2 156/21 159/9 159/17 160/2 160/12 160/22 167/16 167/16 167/19
**anywhere [1]** 7/21
**AP [2]** 56/12 116/13
**apologies [1]** 18/8
**apparently [2]** 67/16 138/25
**appear [2]** 7/13 44/12
**appearances [4]** 2/1 18/12 18/16 19/1
**appearing [1]** 49/15
**appears [5]** 50/1 97/20 104/19 113/14 136/15 156/16
**apples [1]** 111/12
**application [1]** 13/10
**applies [1]** 111/9
**apply [1]** 133/15
**appreciate [8]** 14/7 26/23 26/25 68/2 107/4 117/18 129/5 145/8
**appropriate [1]** 12/8
**approved [1]** 166/24
**approximate [1]** 43/9
**approximately [3]** 12/19 162/4 162/6
**are [152]** 5/9 5/14 7/10 9/25 10/1 10/24 11/15 11/20 12/1 12/8 13/24 13/25 14/4 14/12 14/25 15/7 19/15 19/24 19/24 21/3 22/11 23/8 23/9 24/4 25/21 26/25 28/9 33/2 37/14 39/4 39/5 39/17 41/23 42/11 42/12 43/4 44/9 44/11 47/15 47/23 48/4 49/16 50/15 54/1 55/5 55/6 56/10 60/1 62/20 64/15 64/23 64/24 66/11 66/12 70/6 72/12 73/13 74/24 75/1 78/21 78/23 78/23 80/2 81/5 83/21 85/13 86/14 86/25 87/15 88/13 90/10 91/15 93/23 95/22 97/8 99/10 100/1 103/19 106/9 106/10 108/15 110/11 110/14 115/11 115/13 117/14 118/19 118/22 118/23 122/23 123/1 125/19 126/8 126/9 126/13 126/18 126/19 126/21 127/5 130/13 132/6 132/8 132/22 133/15 133/22 133/22 136/2 136/4 138/13 138/16 139/12 139/25 140/12 142/16 144/8 146/9 147/1 147/6 148/13 150/7 151/16 152/8 153/1 153/2 154/4 156/3 156/4 156/5 156/6 157/15 157/22 158/2 159/25 162/13 163/2 163/4 163/4 163/6 163/8 163/12 163/22 163/25 164/2 164/3 164/11 164/12 165/20 165/21 165/24 166/1 166/7
**area [3]** 101/21 101/23 101/24
**aren't [2]** 44/14 93/25 118/21 123/22
**argue [1]** 95/18
**argument [1]** 150/13
**arguments [2]** 149/25 150/11
**arise [1]** 10/12
**arising [1]** 6/17
**around [7]** 7/13 37/21 45/12 59/17 64/14 68/10 95/10
**arrested [1]** 94/10
**article [1]** 113/23
**articles [2]** 33/21 53/6
**as [149]** 4/12 4/20 5/9 5/10 5/15 6/14 7/8 7/24 8/4 9/3 9/13 9/15 10/8 11/6 12/2 12/16 12/22 14/3 14/4 15/2 15/15 16/19 18/1 19/1 19/2 19/15 20/14 20/24 20/19 31/3 31/21 32/6 33/2 33/14 34/13 34/13 35/1 35/20 35/20 35/20 37/18 37/24 40/9 40/13 41/25 44/11 45/8 47/15 47/15 47/25 50/1 51/17 51/17 52/9 52/18 55/6 55/16 55/16 56/12 56/12 56/16 56/21 58/12 62/21 71/7 71/7 72/10 72/13 75/22 75/23 79/25 82/3 84/19 86/3 87/13 89/25 91/16 93/23 95/22 96/15 97/6 97/22

97/23 99/16 99/18 99/19 99/23 101/15 104/7 104/20 105/8 106/1 106/6 107/21 114/7 114/23 115/10 119/21 120/19 121/19 125/19 126/10 126/14 126/21 127/18 127/24 128/14 130/8 130/20 130/24 134/15 134/15 136/2 137/8 137/9 139/3 139/18 139/20 140/21 142/14 143/9 146/8 146/12 146/12 146/25 148/10 148/11 150/7 154/1 157/22 158/19 158/20 159/21 161/1 162/10 163/6 163/21 165/1 165/1 165/1 166/21
**aside [26]** 28/25 36/12 38/12 38/14 50/15 50/17 54/15 54/16 54/18 57/7 61/14 61/22 68/23 69/4 78/16 82/4 86/1 86/20 87/20 100/20 100/21 102/3 103/23 111/21 111/22 129/14
**ask [24]** 13/20 17/18 17/19 19/16 24/10 31/17 31/20 43/15 43/16 46/21 47/17 51/1 66/22 67/10 69/19 72/13 102/12 103/1 130/19 135/9 147/24 158/8 161/18 165/3
**asked [25]** 7/2 17/25 23/25 29/4 32/5 37/11 46/20 58/14 70/16 73/17 92/1 94/8 117/9 119/6 124/11 126/4 127/2 127/11 136/11 152/2 154/22 159/24 164/21 165/16 165/21
**asking [7]** 21/22 33/10 34/15 95/21 98/15 106/17 130/13
**asks [18]** 55/14 56/13 63/3 66/23 67/2 75/9 80/11 97/19 98/22 104/16 105/6 121/4 133/7 138/21 139/17 156/15 157/4 160/11
**aspects [2]** 33/15 163/1
**assembly [2]** 162/18 162/24
**asserted [1]** 103/8
**Assistant [3]** 2/4 2/6 2/10
**associated [2]** 45/7 56/25
**assume [13]** 26/15 26/15 26/15 48/5 50/6 78/12 86/5 100/13 105/2 128/3 134/4 140/15 143/1
**Assuming [1]** 48/8
**assumption [1]** 133/24
**assurance [1]** 79/13
**assure [1]** 146/9
**asterisks [2]** 10/23 11/2
**attack [1]** 53/8
**attempted [1]** 7/17
**attempts [1]** 47/9
**attention [3]** 98/11 102/20 145/14
**attested [1]** 125/1
**attorney [9]** 2/3 2/4 2/6 2/10 15/15 45/25 73/6 146/12 146/13
**attorney's [1]** 8/23
**attorneys [3]** 103/3 103/18 164/17
**authenticate [1]** 11/10
**authority [2]** 8/7 86/17
**available [6]** 39/3 74/22 88/12 110/10 115/9 142/13
**AVENATTI [121]** 1/11 4/4 4/9 5/4 15/14 15/18 17/12 22/5 22/13 26/6 28/8 30/5 31/19 32/1 34/6 33/15 34/7 34/11 34/25 35/8 36/5 39/15 41/21 45/2 45/14 45/15 45/23 47/18 49/25 50/7 53/1 53/8 53/12 53/19 55/15 56/15 57/2 60/12 60/13 63/3 63/8 65/7 66/24 68/6 70/17 70/18 72/25 73/8 77/10 80/12 80/15 80/20 81/6 81/16 81/19 82/10 82/15 82/17 84/5 85/24 87/13 89/1 89/2 89/23 92/2 92/5 92/11 92/24 94/9 95/3 95/13 97/20 100/5 102/17 104/17 106/18 107/7 107/24 109/1 111/16 112/5 113/14 113/21 114/3 115/23 116/16 116/23 121/4 122/10 124/12 126/5 127/8 128/15 129/9 129/20 129/25 130/6 133/8 136/12 136/15 138/22 139/2 139/18 141/8 143/1 144/10 144/18 145/3 146/10 152/4 153/20 156/18 156/21 157/3 157/9 159/10 160/12 161/2 162/3 162/5 162/10
**Avenatti's [4]** 5/7 11/15 46/17 53/15
**Avenida [1]** 2/15
**average [1]** 100/12
**avid [1]** 90/7
**avoid [3]** 105/3 133/24 133/24
**aware [7]** 24/16 73/21 95/4 99/2 99/6 99/15

127/6
**awareness [1]** 95/25
**away [7]** 21/22 21/22 31/7 59/19 59/20 84/13 107/15

**B**

**bachelor's [1]** 47/1
**back [67]** 5/7 12/24 13/20 19/8 23/8 24/24 29/12 32/11 34/9 35/5 41/3 43/19 49/3 51/16 54/7 57/13 62/1 64/2 65/22 68/3 69/15 71/24 74/8 79/8 83/7 84/24 88/1 90/25 93/5 96/2 96/19 99/9 101/2 102/23 103/3 105/19 108/3 109/24 112/13 113/18 114/20 116/2 118/4 120/5 120/8 122/21 123/8 125/4 131/24 134/6 134/20 137/4 137/21 140/17 141/25 147/17 150/20 154/14 157/23 158/2 158/5 158/11 161/18 162/13 164/13 165/23 165/23 166/21
**background [5]** 47/18 76/11 77/3 77/25 140/22
**bad [9]** 17/4 30/22 47/23 80/15 82/24 87/4 92/7 111/12 133/12
**badly [1]** 117/14
**balance [2]** 162/24 167/13
**balances [1]** 167/5
**bankruptcy [1]** 11/24
**bar [7]** 11/9 11/22 48/3 103/17 146/12 146/13 146/16
**base [1]** 23/19
**based [28]** 11/10 23/20 25/5 28/20 29/1 36/4 36/7 36/23 37/18 45/21 49/24 50/7 57/17 60/25 61/14 78/17 92/9 92/10 96/6 126/4 129/8 129/11 129/21 138/25 139/13 152/3 152/6 153/24
**basic [1]** 92/14
**basically [5]** 98/14 128/24 159/15 160/20 165/5
**basis [3]** 33/18 103/15 162/8 164/3 164/22 165/5 166/10 167/9
**bathroom [1]** 62/8
**battles [1]** 45/19
**be [282]**
**became [1]** 149/8
**because [61]** 21/24 22/18 22/25 23/12 26/8 27/7 27/15 28/4 28/9 30/5 31/19 32/1 34/6 37/6 39/25 40/7 48/23 58/5 61/18 69/6 75/11 78/5 78/7 81/9 84/15 95/14 96/12 98/24 99/4 100/10 101/3 105/1 106/25 121/7 122/12 123/4 123/18 123/19 123/24 127/4 127/5 128/15 130/13 133/10 134/14 137/6 138/15 139/19 140/1 141/9 145/13 147/2 150/3 150/13 152/12 153/10 157/10 157/18 158/24 165/16
**become [2]** 31/6 94/25
**becoming [1]** 80/13
**been [34]** 5/16 7/24 8/9 10/15 12/6 12/23 13/19 16/24 33/15 47/9 47/11 47/18 48/5 51/17 68/17 81/10 99/8 109/10 114/6 122/12 128/15 129/23 134/4 135/5 140/16 141/17 148/23 149/10 149/17 151/3 152/19 156/16 162/12 167/3
**before [20]** 7/19 27/23 29/10 30/11 30/15 40/15 41/8 45/1 50/20 62/7 65/5 70/19 84/4 101/22 105/5 111/18 139/9 154/5 157/1 159/8
**begin [2]** 107/2 164/7
**beginning [2]** 6/8 126/25
**behalf [2]** 4/6 4/8
**being [114]** 9/2 14/12 15/3 18/13 20/10 20/14 20/15 20/22 21/16 22/5 25/17 25/22 26/25 27/22 32/24 33/4 34/19 39/2 39/3 39/6 42/14 44/14 45/14 46/1 48/12 49/12 49/17 55/7 56/24 59/22 62/10 62/17 62/21 64/18 64/25 66/6 66/12 67/2 70/2 70/5 70/7 72/9 72/15 74/20 74/25 79/23 79/24 80/4 80/19 81/1 83/17 83/22 83/23 85/10 85/15 86/12 87/3 88/10 88/17 89/20 91/12 91/13 91/16 93/25 95/3 96/11 97/10 99/15 99/23 100/1 104/9 105/1 105/3 106/10 106/16 110/13 110/13 112/25 113/6 115/7 115/13 118/23 120/15 120/21 120/21 121/4 123/2 123/3

**B**

being... [25]  125/14 125/15 125/20 125/20 132/24 133/8 135/21 135/22 136/3 136/12 138/8 138/16 144/11 145/7 148/13 150/2 151/18 155/22 155/23 156/5 157/3 158/24 159/14 160/2 165/16

belief [2]  126/23 131/5

beliefs [1]  132/6

believe [43]  7/5 7/8 9/25 12/6 13/8 16/22 22/11 29/12 34/11 36/15 36/20 37/14 41/13 45/8 48/13 53/9 57/20 57/25 60/24 61/17 71/7 72/25 92/4 94/10 101/6 104/22 111/23 120/9 124/15 126/24 127/13 137/8 137/15 139/1 139/3 139/20 140/4 141/2 145/22 152/7 157/10 159/10 166/9

beneficial [2]  26/21 27/20

Berkeley [1]  47/2

best [7]  34/16 37/8 107/3 117/19 127/24 134/14 147/11

better [11]  76/7 95/23 99/6 99/14 99/25 100/12 100/25 101/3 101/7 128/23 146/7

between [1]  137/11

beyond [8]  6/4 81/24 122/22 128/13 129/23 129/24 131/2 153/20

bias [26]  34/21 35/13 35/16 37/6 50/10 54/17 54/17 61/1 68/5 69/20 80/14 80/20 86/11 87/14 99/17 103/9 111/17 123/24 124/4 128/14 141/8 146/9 157/18 161/1 161/6 161/8

biased [2]  104/25

biases [4]  36/22 41/14 41/15 41/23

big [3]  47/6 113/24 116/5

bills [2]  42/23 43/7

bit [20]  15/1 26/17 27/19 48/19 48/19 51/2 79/22 95/25 99/4 126/11 133/14 135/19 136/21 138/5 139/24 140/6 140/7 141/5 152/10 160/5

bit of [1]  26/17

Bloomberg [1]  56/12

bold [3]  6/22 6/23 113/25

bolded [2]  7/7 7/8

bonding [1]  165/6

booklet [7]  79/25 108/13 115/8 132/19 135/23 155/24 158/18

both [10]  16/9 18/3 18/12 77/10 97/21 133/12 135/7 139/8 144/5 153/25

bother [2]  14/13 161/12

bottom [8]  11/19 11/21 21/19 28/7 86/19 87/19 123/23 141/7

bottom-line [1]  86/19

bought [1]  42/21

Bowl [4]  24/17 46/4 46/18 119/8

box [2]  12/18 165/17

BRANDON [1]  2/4

breached [1]  146/23

break [4]  19/22 62/8 95/9 135/3

breaking [1]  140/9

breaks [1]  95/5

Bredahl [1]  164/8

BRETT [2]  2/9 4/5

brief [3]  4/25 11/15 12/14

briefly [8]  28/15 41/8 61/9 125/12 129/3 131/9 132/14 156/9

bring [3]  41/8 42/17 162/13

bringing [1]  13/13

broad [2]  101/22 109/18

broadcast [1]  90/8

broadcasts [1]  53/19

brother [4]  16/3 16/14 18/10 19/13

brought [3]  56/14 107/6 159/9

building [2]  2/10 67/13 95/8 149/5

built [1]  68/1

bunch [1]  153/14

bunny [1]  121/16

burden [8]  81/21 100/19 129/23 129/25

business [3]  8/12 55/16 56/8

businesses [1]  47/10

**C**

CA [4]  1/20 2/8 2/11 2/15

CALIFORNIA [5]  1/5 1/16 4/1 6/11 47/16

call [38]  12/16 13/4 24/7 28/5 49/17 58/8 58/22 60/1 64/23 66/11 80/5 85/13 85/14 88/14 104/8 108/15 120/20 154/22

called [3]  11/6 12/23 155/8

calling [5]  11/3 44/15 83/23 132/23 155/7

came [5]  18/9 18/11 66/25 98/5 121/22

can [56]  9/5 9/8 9/19 10/16 13/17 13/22 16/1 19/17 21/21 21/23 26/20 27/3 34/25 36/20 38/4 38/8 38/9 38/12 45/2 45/4 48/14 50/9 51/1 54/2 67/7 74/17 86/13 86/20 86/22 86/23 87/20 87/22 102/15 102/16 110/23 110/24 111/5 117/12 121/10 123/20 124/6 126/11 131/15 133/14 134/14 136/20 139/15 139/24 143/2 145/19 146/8 150/8 152/10 162/16 166/5 167/6

can't [41]  10/8 20/23 31/12 31/15 38/14 59/14 62/19 63/4 64/21 66/8 72/11 74/23 80/1 83/4 83/19 85/11 88/12 89/6 91/14 93/22 97/6 104/6 106/7 108/14 110/10 113/2 115/9 118/17 120/17 125/18 127/20 127/23 132/21 135/25 138/10 142/13 148/9 151/14 152/8 166/15 167/16

candor [7]  26/24 31/16 34/24 68/2 107/4 117/18 128/25

cannot [3]  36/18 127/12 129/20

capitalism [1]  145/22

car [1]  63/8

care [2]  87/8 90/21

Carlson [1]  53/7

carried [1]  60/14

carry [1]  100/15

case [120]  10/15 11/3 11/4 15/1 16/5 18/3 18/13 18/21 19/24 19/25 20/24 21/2 21/21 22/25 23/8 24/7 25/8 26/8 26/21 28/1 28/22 29/1 29/12 29/13 29/15 29/17 30/9 30/13 31/14 32/6 34/19 36/7 36/19 36/20 37/4 38/10 38/13 40/4 42/25 46/2 47/21 48/11 48/24 50/13 50/16 56/22 56/25 57/18 57/21 57/21 58/1 58/6 58/7 58/9 61/14 68/6 73/22 73/22 75/11 75/17 77/10 78/4 78/17 81/9 82/5 82/13 82/21 85/25 86/2 86/21 87/21 89/25 90/2 96/7 96/8 96/9 96/11 97/22 98/4 100/8 101/6 102/16 103/6 103/13 104/18 107/12 108/14 111/16 112/6 114/4 114/6 121/7 123/5 123/10 124/13 126/7 126/15 127/13 128/8 128/9 128/13 129/11 133/10 134/2 135/24 136/14 139/13 141/11 146/18 146/20 147/6 150/3 150/8 152/6 152/8 152/22 152/24 153/20 156/21 167/15

cases [3]  33/15 56/1 58/24

category [1]  30/22

caught [1]  26/18

cause [9]  86/11 139/1 163/25 164/2 164/4 164/5 164/5 164/7 165/5

CBS [2]  109/19 116/12

CDC [1]  9/20

CENTRAL [1]  1/5

certain [3]  67/4 119/8 163/13

certainly [4]  43/17 80/14 102/5 153/18

CERTIFICATE [1]  168/4

CERTIFIED [1]  1/9

certify [1]  168/6

cetera [3]  50/3 50/18 52/5

challenge [16]  41/6 49/6 57/16 64/5 65/25 69/18 72/2 74/11 88/4 91/3 93/8 108/6 114/23 118/8 162/5 164/5

challenges [1]  163/25 164/2

chances [1]  19/14

change [4]  36/23 61/4 121/17 153/5

changed [3]  7/14 112/7 129/12

changing [1]  67/20

channel [3]  73/14 90/16 90/17 90/18

charge [3]  97/23 149/8 151/2

charged [9]  31/23 32/2 58/8 102/19 102/21 122/12 128/15 134/1 146/22

charges [30]  54/16 56/15 56/23 56/25 58/13 71/2 71/5 71/15 73/18 76/17 79/3 79/4 89/3 89/19 89/21 89/22 92/20 95/19 98/4 104/4

102/17 103/13 107/6 107/20 122/4 139/3 139/6 139/11 139/19

chart [1]  164/8

chasers [1]  117/11

cheaper [1]  95/11

check [1]  160/16

checked [1]  138/24

chicken [1]  45/5

chief [2]  2/5 11/3

child [1]  141/18

choice [1]  137/11

chooses [3]  9/16 133/13 133/23

chosen [5]  28/24 35/1 87/15 134/5 150/7

circle [1]  26/9

circled [11]  21/1 36/8 49/25 65/7 107/7 112/6 119/11 124/13 126/7 127/13 159/10

Circuit [1]  166/24

circumstances [1]  122/17

citizen [1]  35/20

City [2]  143/2 143/11

civil [32]  22/5 23/12 26/6 46/21 47/6 47/18 48/10 51/18 75/9 76/1 95/3 98/22 100/5 100/11 105/6 110/22 111/2 111/16 117/9 117/24 121/5 127/3 133/8 133/16 136/12 139/18 145/17 145/25 157/3 157/4 157/9 157/18

claiming [2]  100/2 101/16

claims [1]  100/1

clarify [1]  41/16

clarity's [1]  14/6

Claus [1]  121/16

clean [3]  9/6 122/17 134/12

clear [3]  35/12 102/13 166/19

cleared [3]  8/22 135/5 162/7

clearly [2]  123/6 132/6

Clemente [1]  2/15

clerk [1]  151/1

clerk's [1]  148/24

click [1]  21/22

client [4]  6/10 45/20 117/3 144/20

client's [2]  115/25 116/4

clients [2]  52/6 146/13

Clifford [3]  16/10 18/20 19/4

Clifford's [1]  15/15

climate [1]  87/6

climb [1]  146/7

clip [1]  89/12

close [2]  143/18 165/16

closely [2]  35/18 35/19 116/14

closer [1]  165/14

closing [1]  149/24

clothes [2]  86/17 86/18

clue [1]  119/18

CNN [12]  33/25 52/20 55/15 56/8 84/5 90/15 90/18 92/3 92/16 109/19 144/1 144/8

Code [1]  168/7

coincidence [1]  155/8

collapse [1]  164/10

colleagues [1]  47/25

college [2]  33/13 46/25

come [28]  5/7 9/14 11/10 13/16 15/17 18/10 18/10 18/23 21/24 23/9 27/15 29/23 37/2 66/25 73/3 82/12 84/13 89/5 96/4 97/25 106/23 113/18 116/2 123/21 132/20 135/5 146/8 167/15

comes [4]  35/3 48/17 134/12 141/8

comfortable [13]  20/8 38/24 42/6 59/6 64/11 79/21 93/15 125/12 135/18 156/8 163/4 163/9 165/25

coming [11]  8/10 27/14 46/18 81/22 89/13 101/1 103/3 120/8 122/16 152/17 167/17

comment [4]  8/9 14/16 152/11 166/17

comments [4]  5/17 8/10 9/2 164/15

commit [2]  127/16 150/8

committed [4]  31/22 32/6 32/8 128/6

common [2]  40/1

compass [1]  147/12

compelled [1]  10/17

compensation [1]  42/23

**C**

**complete** [1] 135/10
**completely** [4] 27/17 29/6 30/20 31/13
**completely out** [1] 31/13
**comply** [1] 97/11
**component** [1] 116/12
**comprehensive** [1] 164/18
**computers** [1] 11/25
**concentrate** [1] 147/5
**concern** [2] 6/25 19/13
**concerned** [2] 57/19 103/10
**concerning** [2] 5/6 160/17
**conclude** [1] 162/8
**concluded** [2] 161/25 162/16
**concluding** [1] 36/17
**conclusion** [2] 52/9 153/24
**conduct** [5] 9/14 38/8 38/9 56/16 58/6
**conducting** [1] 163/2
**confer** [4] 5/6 5/20 7/18 7/24
**conference** [2] 8/16 168/11
**conferring** [1] 7/21
**confessed** [1] 86/3
**confidence** [1] 7/20
**confirm** [2] 29/9 92/8
**conflict** [1] 131/14
**conformance** [1] 168/10
**connection** [14] 46/18 63/21 65/4 80/9 81/4 89/22 94/7 97/18 111/15 115/21 119/5 119/7 149/16 150/3
**consequence** [1] 127/18
**conservative** [1] 52/18 53/23
**consider** [9] 6/9 61/14 76/7 76/21 99/1 99/17 100/2 107/16 130/8
**considered** [1] 18/14
**considering** [1] 137/11
**Constitution** [1] 130/6
**constitutional** [2] 81/20 82/18
**consuming** [1] 41/20
**context** [2] 143/13 156/1
**continue** [4] 10/10 12/13 137/5 163/7
**Continued** [1] 3/5
**contractor** [1] 95/8
**conventional** [1] 162/14
**conversation** [6] 18/9 19/13 143/8 143/15 143/15 143/20
**conversations** [1] 29/23
**convicted** [2] 114/6 129/21
**convince** [1] 30/7
**coordinate** [1] 155/6
**copies** [2] 4/21 4/24
**corporations** [8] 22/6 26/7 47/10 51/20 98/23 121/5 133/9 136/13
**correct** [80] 5/13 9/11 15/25 16/18 16/21 18/17 21/14 21/15 23/13 28/22 29/10 34/4 34/5 36/9 36/10 39/19 40/11 41/18 51/21 52/7 52/11 53/20 53/21 53/24 56/2 56/8 57/24 58/25 61/1 61/2 61/5 67/17 67/18 68/19 69/5 69/8 70/21 71/3 81/2 81/7 81/11 81/16 82/11 82/16 87/1 92/9 93/1 93/2 98/7 100/7 100/9 105/12 107/25 114/6 114/7 120/1 121/13 123/12 124/13 124/16 129/17 130/3 130/11 130/16 139/6 139/10 139/16 144/9 145/11 145/13 148/24 149/15 149/17 149/18 150/10 154/3 154/7 166/3 167/8 168/8
**correctly** [4] 6/5 26/13 26/22 92/4
**could** [41] 6/2 21/24 23/9 31/7 31/25 36/23 37/12 37/22 51/17 54/14 54/15 54/16 54/18 61/22 62/8 68/8 69/1 76/22 76/23 76/24 100/20 101/20 102/6 103/9 104/20 111/21 111/22 111/24 112/9 114/1 116/4 124/23 125/17 130/21 132/20 134/13 137/16 152/24 156/8 157/19 161/18
**couldn't** [3] 19/19 43/8 103/22
**counsel** [30] 2/1 5/20 9/12 20/13 33/2 39/4 44/11 44/14 49/16 64/23 66/11 70/5 72/12 74/24 85/13 88/13 91/15 93/25 103/9 108/15 110/11 113/4 115/11 118/19 118/21 132/22 156/3 158/22 164/25 165/7
**country** [3] 35/20 37/7 47/16

**counts** [1] 103/11
**county** [1] 35/16
**couple** [10] 18/20 31/17 48/6 60/10 66/21 81/18 144/23 148/20 155/9 160/1
**course** [9] 10/13 20/16 68/25 74/19 75/3 92/9 128/7 140/2 141/3
**court** [52] 1/4 7/16 8/15 11/12 13/4 13/6 23/17 28/21 29/23 32/25 35/15 41/16 54/14 57/6 59/21 61/13 61/22 64/16 67/23 68/24 78/8 78/13 78/15 86/14 86/22 87/21 106/5 117/3 117/14 121/8 121/9 122/11 122/17 123/3 123/25 128/24 129/15 129/16 129/22 130/14 131/19 134/11 138/9 143/1 147/4 147/12 147/24 149/2 154/8 154/20 154/25 168/16
**Court's** [15] 7/6 7/11 7/22 8/1 13/9 13/10 23/21 29/14 36/6 67/3 80/12 129/9 130/16 152/4 166/20
**courthouse** [1] 1/19 2/7 148/24
**courtroom** [89] 11/1 14/22 19/10 20/5 23/20 25/2 25/12 29/2 32/12 32/18 36/12 37/3 38/17 38/22 41/5 42/4 44/2 44/4 49/5 49/9 54/9 54/21 57/15 59/3 62/3 62/14 64/4 64/8 65/24 66/3 69/17 69/23 72/1 72/6 74/10 74/14 79/11 79/18 81/22 83/9 83/14 85/1 85/5 86/3 88/3 88/7 91/2 91/10 93/7 93/12 96/21 96/25 102/25 104/1 105/21 106/2 108/5 108/9 110/1 110/5 112/15 112/21 114/22 115/5 118/7 118/12 120/7 120/11 125/6 125/9 132/2 132/11 134/21 135/15 137/23 138/3 142/2 142/6 147/22 148/4 150/23 151/8 155/13 155/18 158/7 158/13 161/20 163/2 163/21
**courtrooms** [2] 22/10 22/20
**courts** [1] 155/4
**cover** [1] 43/8
**coverage** [3] 21/2 21/3 115/24
**COVID** [5] 4/23 5/1 8/20 9/7 9/12
**CRD** [1] 151/4
**credible** [3] 99/16 100/3 101/17
**creep** [1] 23/4
**crime** [11] 24 38/7 80/14 80/19 81/1 81/2 81/10 105/2 105/8 105/10 127/14 127/16 127/21 128/1 128/6
**crimes** [7] 30/15 31/23 31/24 32/7 32/8 38/6 128/15
**criminal** [32] 2/5 22/25 47/5 56/14 58/1 58/6 71/5 71/15 73/18 73/21 73/22 73/25 75/17 75/20 76/16 89/2 89/19 89/20 89/22 92/20 95/19 96/15 100/8 100/11 101/24 107/6 107/20 134/12 146/17 146/21 159/9 159/17
**criminally** [1] 146/22
**critical** [1] 41/20
**criticize** [1] 45/4
**criticizing** [1] 44/24
**crook** [1] 111/17
**crooks** [3] 110/22 111/2 112/4
**crossed** [1] 145/5
**current** [7] 9/6 37/7 37/8 97/23 98/4 102/17 162/11
**custodian** [1] 12/10
**Custodians** [1] 11/17
**customers** [1] 46/6
**cyber** [1] 11/24
**cycle** [1] 116/6

**D**

**D.A.'s** [4] 76/14 77/18 78/11 78/22
**Daily** [1] 52/16
**Dallas** [2] 46/4 119/8
**Daniels** [12] 33/11 36/4 45/6 55/24 56/18 58/22 63/11 63/17 73/1 106/19 144/14 144/14
**Daniels'** [1] 84/6
**date** [4] 4/14 8/24 37/6 168/13
**day** [20] 1/12 17/19 18/21 22/10 22/20 27/8 28/20 74/21 83/18 84/4 84/7 90/9 106/6 108/24 113/20 121/15 126/15 133/18 136/18 139/5
**days** [48] 16/20 17/23 42/20 42/22 50/4 52/9 60/10 60/17 63/4 65/5 67/16 70/16 72/24 73/3

75/9 80/10 80/16 81/15 84/7 85/23 88/25 89/4 89/11 92/4 98/9 93/8 98/5 107/4 107/5 106/22 109/3 110/20 113/13 113/17 115/22 116/1 119/6 121/4 121/24 126/4 128/16 133/7 136/11 138/21 142/25 152/2 156/13 159/6
**deal** [2] 75/13 107/20
**dealer** [2] 29/12 30/11
**dealers** [1] 30/16
**dealing** [4] 37/1 55/16 56/15 58/15
**dealings** [6] 55/19 55/20 57/25 58/13 58/17 58/18
**DEAN** [3] 2/14 2/14 4/8
**decades** [1] 48/6
**decide** [9] 25/8 29/1 32/5 36/7 36/13 38/10 129/10 129/16 152/6
**decided** [1] 27/24
**decides** [2] 122/22 129/22
**decision** [7] 23/10 23/19 37/18 82/21 127/25 130/8 154/6
**decisions** [1] 147/14
**deemed** [2] 5/15 81/23
**defend** [1] 111/5
**defendant** [26] 1/12 2/13 6/10 6/13 6/15 6/16 7/3 11/11 11/23 15/1 16/7 18/13 25/5 27/14 27/16 30/10 41/15 58/8 68/18 78/3 96/11 96/15 102/7 103/7 130/9 134/12
**defendant's** [1] 58/6
**defendants** [1] 22/24
**defender's** [1] 151/2
**defending** [3] 31/19 31/23 109/2
**defends** [1] 32/5
**defense** [6] 10/7 19/4 75/20 130/7 164/9 167/20
**defense's** [2] 7/12 167/10
**definitely** [2] 34/20 77/23
**defraud** [2] 6/13 6/16
**defrauded** [2] 46/5 46/15
**deliberate** [1] 137/4
**deliberates** [1] 122/22
**deliberating** [6] 23/8 30/12 48/12 96/3 111/22 141/1
**deliberation** [1] 134/6
**deliberations** [4] 29/7 48/17 140/19 150/9
**Delta** [3] 9/22 166/10 166/10
**denied** [3] 20/2 25/10 132/9
**department** [1] 67/13
**depend** [1] 27/16
**depending** [1] 11/4
**depends** [1] 32/3
**deputy** [2] 11/1 149/8
**described** [2] 89/25 119/22
**description** [1] 90/1
**designated** [1] 12/10
**despite** [3] 19/14 54/1 124/24
**detail** [1] 8/3
**details** [7] 73/2 73/19 74/2 89/12 92/22 93/1 107/8
**determination** [1] 82/5
**determine** [2] 7/3 31/22
**developing** [1] 165/6
**deviate** [1] 7/25
**devices** [1] 46/13
**did** [50] 8/17 8/19 16/14 18/10 18/10 18/23 19/4 26/11 26/15 26/21 29/11 29/13 29/19 30/9 33/19 35/17 40/4 40/6 45/21 47/4 51/2 52/14 53/7 53/11 71/10 75/16 84/3 84/9 84/13 92/9 95/5 95/11 98/19 102/1 113/20 113/23 114/11 121/17 121/19 126/12 127/14 130/22 131/10 136/24 144/18 145/1 149/2 152/10 154/23 165/12
**didn't** [25] 12/3 26/9 27/22 29/16 29/19 29/20 30/4 30/8 51/7 52/20 60/14 63/12 74/1 89/12 100/2 102/19 103/7 106/25 106/25 122/3 143/6 143/7 143/7 145/14 166/22
**difference** [1] 4/23 31/21 155/3
**different** [20] 17/6 22/14 25/6 27/13 29/24 31/20 33/15 41/14 48/19 52/15 56/1 58/24 69/13 76/17 98/5 101/20 102/20 152/13 155/4 159/15

**D**

**differently** [2] 22/24 23/2
**difficult** [8] 20/25 60/22 67/5 68/10 81/8 83/3 126/6 138/23
**difficulty** [3] 7/1 130/2 130/10
**dig** [1] 34/9
**dire** [11] 9/14 9/16 10/17 41/19 41/19 42/1 91/8 162/1 162/15 163/2 165/1
**direct** [1] 143/19
**directed** [1] 163/23
**direction** [2] 69/13 147/11
**directly** [3] 152/22 156/18 156/24
**directs** [1] 147/12
**dires** [1] 162/9
**disagree** [1] 54/13
**disappointed** [1] 147/8
**disclose** [1] 6/17
**disclosure** [1] 12/7
**discretion** [1] 47/5
**discuss** [2] 19/24 29/18
**discussed** [1] 19/14
**discussing** [1] 10/12
**discussion** [4] 16/4 58/12 92/22 113/16
**discussions** [5] 16/19 116/22 116/22 145/1 145/2
**dismiss** [5] 32/14 79/12 105/23 132/4 134/22
**disrespect** [2] 118/22 142/19
**disrespectful** [39] 14/12 15/3 20/15 25/23 33/4 39/6 42/14 44/14 49/18 55/6 60/2 62/22 64/25 66/13 70/7 72/16 75/1 80/4 83/23 85/16 88/18 91/17 93/25 97/10 104/9 106/10 108/17 110/13 113/6 115/13 120/21 125/21 132/24 136/3 138/16 148/14 151/18 156/6 158/25
**distancing** [1] 10/1
**DISTRICT** [2] 1/4 1/5
**disturb** [1] 167/13
**DIVISION** [2] 1/6 2/5
**divisive** [1] 94/25
**do** [163] 8/12 9/8 9/17 10/3 10/4 13/4 16/20 17/8 17/12 20/25 20/25 21/10 22/8 23/8 29/3 29/5 29/5 31/8 31/9 31/15 31/20 33/22 35/3 36/14 37/1 37/8 39/22 40/12 42/24 42/24 43/15 46/3 46/7 46/9 46/17 46/19 49/24 50/22 53/10 54/15 55/16 56/4 60/11 61/16 63/10 63/16 65/9 65/12 67/9 67/19 68/22 68/24 70/23 70/25 71/4 71/9 71/14 73/8 73/22 74/17 76/10 76/24 78/9 78/18 80/23 80/25 81/24 82/1 82/5 82/10 82/15 82/24 82/21 83/1 84/7 86/3 86/22 87/17 89/9 89/18 90/1 90/2 92/5 92/9 92/12 92/19 92/22 94/20 94/20 101/6 101/6 101/20 106/20 107/5 107/8 107/10 107/11 107/14 107/18 107/19 108/24 109/8 109/22 109/16 110/23 111/9 112/1 112/9 113/18 116/14 116/18 116/21 117/21 119/11 119/13 119/15 119/16 122/5 122/16 122/18 122/23 123/23 126/20 127/13 127/14 127/21 127/21 127/22 128/1 128/2 128/6 128/9 128/14 128/18 131/16 133/23 133/23 133/24 134/9 135/8 139/2 139/11 139/22 139/23 140/10 143/10 143/15 144/10 147/11 150/2 150/5 153/2 153/21 154/17 157/10 159/7 159/13 159/17 159/19 160/15 163/6 165/24 166/9
**do with** [1] 159/7
**docket** [3] 5/4 74/23 108/13
**document** [24] 11/11 25/19 32/24 49/14 55/2 59/24 70/4 72/11 79/25 80/1 83/20 85/11 97/5 104/7 106/7 108/15 110/11 115/10 120/17 120/17 124/15 135/24 138/9 151/14
**documented** [1] 10/13
**documents** [4] 32/25 88/13 97/6 135/25
**does** [27] 5/17 22/23 34/18 41/16 47/19 48/9 58/2 76/10 86/10 87/14 90/10 98/6 99/3 104/24 105/14 127/21 130/7 133/15 136/17 137/18 146/25 153/5 154/18 157/17 161/11 161/12 163/13
**doesn't** [7] 58/5 81/21 81/22 99/15 128/3 142/18 153/1
**doing** [10] 19/15 28/20 51/22 55/7 60/3 95/16

97/11 105/9 110/14 137/1
**don** [195] 4/7 6/22 7/25 8/23 9/4 12/23 13/7 17/4 17/14 17/6 22/17 23/1 24/20 27/25 28/3 30/1 34/25 43/19 45/17 46/21 47/12 47/22 47/23 48/13 48/23 57/20 57/25 58/4 61/21 61/23 63/14 63/20 71/18 73/13 77/25 81/15 81/17 84/20 87/8 89/3 90/20 92/17 92/25 95/10 95/24 96/9 96/13 99/12 99/22 99/25 101/5 103/5 103/12 103/14 104/19 107/1 107/2 107/7 107/16 109/6 111/5 111/6 111/8 111/20 111/23 117/16 119/18 119/22 121/18 122/1 122/2 124/14 131/24 135/3 138/15 141/2 141/5 141/10 141/11 141/12 142/18 146/9 146/14 153/11 154/21 155/6 159/18 161/10 163/18 164/5 164/17 164/19 165/10 165/18 167/15
**Donald** [3] 15/16 45/8 115/25
**done** [5] 111/5 121/9 122/16 146/6 147/8
**doubt** [7] 81/24 122/23 128/13 129/23 129/24 131/3 153/21
**down** [30] 21/8 38/11 47/14 85/10 91/13 93/21 106/5 108/12 110/10 112/25 115/8 120/16 121/22 123/25 125/15 132/18 135/22 138/8 142/12 148/8 151/12 155/24 158/17 162/18 162/24 163/5 163/9 164/10 164/11 165/25
**draft** [5] 4/14 4/15 4/15 8/19 9/6
**draw** [1] 153/24
**driven** [1] 157/15
**drug** [3] 29/12 30/10 30/16
**drugs** [1] 30/20
**due** [1] 7/18
**dumb** [1] 48/1
**during** [6] 10/12 29/14 61/15 90/9 96/5 165/15
**duties** [4] 6/6 6/10 6/20 8/23
**duty** [2] 6/16 42/20

**E**

**e-mail** [2] 4/22 10/25
**each** [8] 4/14 12/19 149/13 155/9 162/25 163/16 165/14 167/17
**earners** [1] 43/4
**easier** [1] 27/8
**easily** [1] 140/10
**Easter** [1] 121/16
**education** [2] 46/25 101/22
**efficient** [1] 8/12
**eight** [4] 59/19 59/20 64/15 149/11
**eight feet** [3] 59/19 59/20 64/15
**either** [15] 13/22 17/5 22/20 26/9 30/10 53/15 90/18 95/11 113/15 119/9 137/11 144/4 144/11 159/11 165/7
**election** [1] 45/13
**elements** [1] 6/12
**else** [14] 10/19 13/14 15/17 46/9 63/21 89/5 97/25 123/17 127/9 160/6 167/19
**elsewhere** [2] 76/13 77/6
**embezzled** [2] 126/9 126/20
**emotional** [1] 34/22
**employed** [1] 148/23
**employer** [1] 17/19
**employment** [3] 76/11 77/3 150/9
**enclosure** [1] 25/14
**end** [6] 7/7 36/17 83/18 97/22 106/6 127/14
**enforcement** [1] 41/16
**engaged** [1] 6/13
**enjoyed** [1] 18/25
**enough** [4] 29/20 30/1 55/22 58/20
**enters** [40] 14/22 20/5 25/12 32/18 38/22 42/4 44/4 49/9 54/2 59/3 62/14 64/8 68/9 72/6 74/14 79/18 83/14 85/5 88/7 91/10 93/12 96/25 104/1 106/2 108/9 110/5 112/21 115/5 118/12 120/11 125/9 132/11 135/15 138/3 142/6 148/4 151/8 155/18 158/13
**entertaining** [1] 12/9
**entire** [4] 13/5 34/9 37/20 52/12
**entirely** [1] 129/24
**entities** [1] 78/23

**entitled** [1] 168/9
**entity** [1] 140/2
**episode** [2] 34/9 119/21
**equally** [2] 24/7 25/9 100/19
**equivocate** [1] 103/2
**escrow** [1] 83/1
**especially** [4] 33/1 47/5 139/3 165/21
**ESPN** [1] 46/14
**essence** [2] 77/7 98/5
**esteem** [2] 17/8 17/9
**et** [3] 50/3 50/18 52/5
**ethical** [1] 7/4
**ethically** [1] 146/12
**ethics** [3] 146/20 146/22 146/22
**evaluate** [4] 86/2 86/13 96/14 102/4
**evaluating** [1] 6/11
**evaluation** [1] 96/4
**evasion** [1] 103/11
**even** [24] 9/23 9/25 21/3 31/3 48/22 61/19 61/22 67/23 69/9 81/15 100/18 101/24 102/7 103/19 111/18 120/1 124/7 134/11 139/21 150/11 152/19 165/12 167/5 167/13
**even-handed** [1] 167/13
**even-handedness** [1] 167/5
**event** [2] 37/8 40/21
**events** [1] 37/7
**eventually** [1] 59/23
**ever** [2] 53/7 144/10
**every** [7] 18/21 22/10 22/20 27/8 47/24 134/12 164/20
**everybody** [10] 24/6 25/18 76/21 95/19 100/19 108/12 139/8 157/9 158/18 162/13
**everyone** [3] 10/6 87/5 155/23
**everything** [28] 6/2 8/20 48/8 62/18 64/20 78/4 79/24 82/4 85/9 88/11 91/12 93/21 97/4 102/15 104/5 110/9 112/25 115/8 118/16 120/15 125/15 132/4 135/22 142/11 148/7 151/11 155/23 158/17
**everywhere** [1] 111/14
**evidence** [66] 18/2 23/21 26/8 29/2 29/20 30/1 30/5 30/24 31/22 36/8 36/13 37/4 48/11 50/16 61/15 61/19 68/22 68/24 69/12 75/11 76/8 78/17 82/5 82/20 86/2 86/13 86/21 87/12 87/21 96/2 98/24 99/9 102/22 100/23 102/4 102/8 105/7 105/8 121/6 121/25 122/8 122/21 123/10 123/17 127/4 129/11 129/16 129/22 130/1 133/10 134/5 136/14 136/17 136/24 137/3 137/8 137/13 137/14 139/9 139/19 140/3 140/16 140/21 152/6 154/5 157/23
**evident** [1] 101/8
**ex** [1] 144/15
**ex-president** [1] 144/15
**exact** [1] 122/15
**exactly** [4] 15/21 53/10 56/25 122/1
**examinations** [1] 162/7
**examine** [3] 163/24 164/14 164/25
**examined** [2] 162/4 162/6
**example** [11] 23/7 35/10 50/11 56/5 56/21 103/8 121/24 123/20 145/2 152/22 161/11
**except** [1] 107/8
**exceptions** [1] 32/25
**exclude** [1] 62/4
**excluded** [1] 62/5
**excusal** [2] 20/2 58/4 103/15
**excuse** [6] 13/9 19/20 25/4 59/1 147/25 164/1
**excused** [21] 19/16 32/16 38/20 54/19 58/9 69/20 69/21 79/16 83/12 103/2 103/6 103/24 105/25 112/19 115/1 115/3 134/24 148/2 158/8 158/11 162/4
**exercise** [1] 163/24
**exist** [1] 119/9
**exits** [40] 19/10 25/2 32/12 38/17 41/5 44/2 49/5 54/9 57/15 62/3 64/4 65/24 69/17 72/1 74/10 79/11 83/9 85/1 88/3 91/2 93/7 96/21 102/25 105/21 108/5 110/1 112/15 114/22 118/7 120/7 125/6 132/2 134/21 137/23 142/2 147/22 150/23 155/13 158/7 161/20
**expect** [5] 78/4 99/5 99/13 146/14 146/15
**experience** [3] 80/13 82/24 117/14

## E

experienced [1] 45/25
experiences [1] 41/23
expert [1] 133/20
expertise [2] 133/19 134/10
explain [5] 26/20 29/25 51/1 110/23 152/10
explained [1] 21/1
explaining [1] 6/3
explanation [1] 60/13
exposed [1] 90/8
extend [1] 58/3
extension [1] 35/9
extensive [1] 167/17
extensively [1] 54/17
extent [1] 71/17
extra [1] 42/22
extracted [1] 11/25

## F

face [6] 10/8 70/18 71/1 71/18 89/2 127/17
faced [1] 76/16
faces [1] 95/19
fact [31] 6/17 17/11 31/21 32/7 34/17 47/18 48/9 57/17 65/16 78/3 85/23 86/10 96/3 99/10 103/17 104/17 111/16 112/4 118/21 122/10 124/11 124/24 130/8 140/17 142/17 149/19 152/8 161/11 166/12 167/1 167/7
factor [1] 147/7
facts [12] 6/14 25/8 35/4 36/22 37/2 37/3 37/17 37/18 37/24 38/9 38/13 82/20
factual [1] 144/16
faint [1] 46/12
fair [42] 18/2 19/19 30/23 31/8 34/19 34/25 36/18 36/20 37/13 38/5 40/22 50/8 51/15 51/17 54/2 54/14 54/14 55/22 58/20 68/5 78/16 79/14 80/20 81/6 81/9 82/19 85/24 101/3 102/6 104/18 112/5 112/9 117/1 124/6 124/12 124/23 126/7 127/12 127/20 127/25 138/24 145/12
fairly [5] 8/11 24/7 35/3 35/18 50/6
fallback [1] 10/24
familiar [3] 24/20 63/5 70/19
fans [1] 119/8
far [6] 34/9 34/13 35/4 71/7 135/5 162/7
fault [1] 153/16
favor [1] 123/2
February [2] 154/17 154/22
fed [1] 144/3
federal [3] 2/10 96/7 151/2
feed [1] 162/25
feel [29] 21/1 22/6 22/9 22/20 34/25 38/7 38/9 61/19 67/8 67/14 78/20 80/23 86/13 87/4 87/22 93/15 101/2 112/9 124/21 128/23 131/18 131/21 132/14 144/2 146/14 150/2 150/5 156/8 165/15
feeling [18] 60/16 60/20 61/13 61/14 66/25 67/5 67/6 67/9 67/17 67/20 67/21 68/11 71/4 86/20 111/17 117/20 140/11 167/3
feelings [10] 53/12 78/16 81/5 87/20 103/23 117/22 121/17 161/2 161/2 162/2
feet [5] 45/25 59/19 59/20 64/15 64/15
fellow [1] 48/17
felt [4] 46/24 50/25 60/17 117/19
few [6] 29/11 111/13 111/14 135/6 154/18 164/16
field [1] 95/5
fight [2] 27/9 27/11
fighting [1] 153/13
file [1] 13/6
filed [39] 5/4 5/12 9/1 13/10 20/11 25/18 32/23 39/2 42/10 49/14 54/2 59/23 64/19 70/3 72/10 74/22 79/25 83/19 85/10 88/12 91/13 93/22 97/5 104/5 104/6 106/7 108/13 115/9 118/17 120/16 125/16 132/19 135/23 138/10 142/13 148/8 151/13 155/24 158/19
filing [4] 5/10 6/3 8/24 9/4
filings [2] 17/12 93/22
fill [2] 164/2 164/4
filled [26] 28/18 39/21 60/10 65/5 72/23 80/10

84/3 84/6 85/22 88/25 91/25 94/8 97/19
102/20 103/7 108/5 114/21 116/12 119/23
126/3 133/6 136/10 138/20 152/1 156/12
159/6
filter [1] 94/25
final [1] 6/22
financial [1] 42/20
find [6] 8/10 9/2 12/9 48/14 101/17 154/23
fine [8] 14/3 14/3 14/5 14/17 15/9 132/16 135/2 166/8
finger [1] 89/7
finish [1] 135/6
Fire [1] 116/16
firehouse [1] 116/17
firm [1] 86/25
first [30] 4/13 5/25 7/5 7/12 11/17 12/23 13/1 13/19 14/21 39/17 48/22 56/17 67/13 67/14 68/8 68/18 68/23 69/4 69/7 105/3 126/15 149/2 163/15 163/19 163/20 163/21 163/22 163/23 164/12 164/20
five [4] 12/19 42/20 62/8 149/9
five-minute [1] 62/8
flippant [1] 117/16
flow [1] 53/12
Flower [1] 149/5
focus [2] 37/3 48/15
focusing [3] 31/24 32/4 96/10
folks [4] 9/14 10/23 135/7 163/24
follow [22] 14/14 23/21 31/1 35/17 36/6 37/7 37/12 50/10 57/8 67/3 95/8 109/6 116/14 129/9 130/15 132/8 134/13 147/1 151/19 152/4 164/22 167/12
follow-up [1] 164/22
followed [1] 35/19
follower [1] 90/7
following [14] 29/14 29/17 64/25 75/1 80/12 130/2 130/10 138/17 140/7 147/12 148/14 151/19 156/6 158/25
footer [1] 4/15
foregoing [1] 168/7
forget [1] 71/2
forgot [1] 18/6 24/10
form [6] 19/25 45/22 71/12 136/17 140/5 144/18
formal [1] 10/11
format [1] 168/10
formed [4] 49/25 57/3 126/6 160/16
forum [1] 48/16
forward [1] 14/10
found [3] 119/9 121/15 126/25
foundational [3] 11/13 12/1 12/7
four [1] 149/11
Fourth [1] 2/11
FOX [20] 2/4 33/24 37/25 38/1 52/16 53/4 53/14 53/22 55/15 56/8 73/15 90/19 98/19 109/20 116/10 116/14 143/22 144/1 144/8 145/2
framed [1] 6/5
frames [1] 6/19
frankly [1] 8/3
fraud [11] 80/14 81/2 81/10 82/9 82/14 82/24 83/1 89/24 89/25 97/23 102/21
fraud/crime [1] 80/14
Frauds [1] 2/6
free [1] 83/5 163/6 165/2
fresh [1] 114/13
friend [1] 53/15
front [2] 36/23 124/15
fucks [1] 145/21
full [2] 43/7 43/8
fully [6] 9/20 9/23 166/5 166/6 166/7 166/12
funding [2] 143/6 143/7
further [60] 5/17 6/4 9/5 17/16 18/5 19/7 23/16 24/9 24/22 28/13 35/22 37/9 38/3 39/21 40/24 51/2 54/4 57/10 61/6 61/25 63/24 65/19 65/21 68/13 69/14 71/21 74/5 77/12 79/5 79/7 81/12 84/22 87/23 90/22 96/17 101/10 102/11 102/22 105/17 108/1 109/22 111/25 112/12 114/18 118/1 120/3 125/2 129/1

130/10 131/8 131/23 134/16 137/17 141/23 147/10 150/8 151/22 154/20 158/8 161/9

## G

game [1] 8/11
gave [3] 18/2 28/19 145/15
general [21] 9/16 9/20 10/17 16/24 22/19 35/3 41/19 41/25 76/4 86/10 95/7 97/21 98/10 99/14 101/21 117/21 141/13 165/21 165/22 166/23 167/11
generality [1] 103/12
Generalized [1] 144/20
generally [13] 28/7 48/22 48/24 52/17 55/18 58/7 58/16 86/20 101/19 102/18 117/10 117/13 141/15
gentleman [5] 103/18 124/1 124/2 143/6 147/25
get [34] 7/21 11/23 12/24 13/1 27/2 27/8 27/11 33/19 37/25 38/1 41/24 42/20 48/2 48/18 50/2 50/22 51/4 51/8 51/13 53/2 67/4 68/10 69/6 86/18 101/22 111/7 126/12 144/4 146/23 154/24 156/17 162/16 164/10 164/13
getting [2] 42/22 90/11
give [23] 5/5 6/23 8/2 17/12 18/2 19/23 26/7 31/8 47/12 75/10 78/16 98/23 105/7 121/6 123/9 123/16 127/4 133/9 136/13 139/18 157/17 166/25 167/6
given [9] 47/17 57/1 86/5 87/2 92/10 95/1 123/2 157/17 166/10
giving [1] 11/5 121/20
go [57] 9/5 13/20 19/8 19/15 24/24 32/11 34/20 41/3 41/25 43/19 44/1 49/3 54/7 57/13 62/1 64/2 65/22 67/14 69/15 71/24 74/8 79/8 83/7 84/24 88/1 90/25 93/5 94/22 94/23 95/10 96/19 102/23 105/19 108/3 109/24 111/14 112/13 114/20 118/4 120/5 125/4 131/24 134/19 135/9 137/4 137/13 137/21 141/21 147/17 150/20 154/14 155/5 157/23 158/5 160/9 161/18 166/21
goes [3] 87/10 122/21 151/12
going [122] 5/5 5/20 6/23 8/2 8/16 9/17 9/25 10/3 11/3 11/23 12/3 12/24 13/4 13/9 13/20 14/10 14/25 15/2 15/8 15/20 17/19 17/20 18/21 19/20 21/20 24/4 25/21 27/9 27/10 27/10 31/20 32/5 32/21 33/2 34/9 36/22 37/6 37/7 39/5 41/24 42/9 42/13 42/21 44/1 44/11 44/12 48/10 49/16 54/25 55/5 59/1 60/1 62/20 63/17 64/20 65/3 68/6 70/6 72/12 74/24 79/24 80/3 80/5 83/3 83/21 85/13 86/17 87/14 88/13 91/15 93/23 96/4 97/3 97/4 97/8 99/10 106/9 108/15 110/8 110/12 111/4 115/11 118/15 118/17 118/19 123/7 125/19 132/22 136/2 137/12 138/13 139/25 140/18 140/18 140/25 140/25 142/10 142/16 146/14 146/15 146/15 147/1 147/6 147/13 150/12 151/16 152/9 152/18 153/2 153/23 156/3 156/17 157/24 158/22 162/13 163/12 165/20 165/23
going to [1] 13/9
gone [2] 133/20 134/9
good [159] 4/5 4/7 4/10 4/11 14/23 14/24 17/3 20/6 20/7 20/19 20/20 26/3 26/4 28/16 28/17 32/19 32/20 35/25 36/1 38/23 39/11 39/12 42/5 42/8 44/5 44/6 44/17 44/20 44/23 48/7 49/10 49/11 54/22 54/23 59/4 59/5 60/7 60/8 61/10 61/11 62/15 62/16 62/25 63/1 64/9 64/10 66/4 66/5 66/19 66/20 67/1 67/9 67/15 67/17 68/15 68/16 69/24 69/25 70/10 70/13 70/14 72/4 72/7 72/8 72/21 72/22 75/6 75/7 77/16 77/17 79/19 79/20 83/15 83/16 85/6 85/7 85/20 85/21 88/8 88/9 88/22 88/23 91/23 91/24 93/13 93/14 94/5 94/6 97/1 97/2 97/16 97/17 101/13 101/14 104/2 104/3 104/14 106/3 106/4 106/14 106/15 108/21 108/22 110/7 110/17 110/18 111/14 112/2 112/23 113/10 113/11 115/6 115/19 115/20 118/13 118/14 119/3 119/4 120/12 120/13 121/1 121/2 125/10 125/11 126/1 126/2 129/4 129/5 132/12 132/13 133/4

## G

**good... [24]**  133/5 133/12 133/19 135/16 136/8 136/9 138/4 142/7 142/8 145/21 146/6 148/5 148/6 148/18 148/19 151/9 151/10 151/24 151/25 155/19 155/20 158/14 161/9 161/14
**Google [4]**  114/11 114/13 114/14 114/14
**Googled [1]**  113/21
**got [15]**  15/6 26/14 26/16 26/18 30/11 30/17 46/14 57/22 59/16 67/24 122/17 135/4 140/11 141/8 155/8
**gotta [1]**  147/5
**gotten [1]**  104/20
**government [19]**  4/19 5/20 6/12 10/8 10/20 32/6 35/8 81/23 96/8 100/20 103/16 128/13 129/25 131/2 137/18 147/6 153/20 164/9 167/21
**government's [6]**  7/8 7/15 8/22 10/22 58/2 115/2
**graduate [1]**  48/3
**great [1]**  75/23
**greater [14]**  26/8 26/10 26/20 75/10 75/12 98/23 105/7 121/6 123/10 127/4 133/9 136/13 139/18 139/21
**greedy [6]**  51/14 157/5 157/11 157/20
**group [3]**  152/16 153/17 163/20
**grubber [1]**  51/15
**guess [23]**  13/17 17/18 21/19 26/15 26/17 30/19 31/7 33/21 45/18 51/13 67/25 68/8 68/8 78/8 78/10 81/1 86/19 95/21 98/15 123/23 137/10 141/14 157/13
**guidance [1]**  9/20
**guidelines [2]**  95/8 140/8
**guilt [2]**  123/2 129/22
**guilty [31]**  29/18 29/21 30/2 30/3 30/5 30/6 30/7 60/15 60/20 81/24 96/9 104/21 104/24 105/1 105/9 105/15 122/23 126/22 126/24 127/22 127/24 128/4 129/24 130/9 130/21 130/25 131/11 139/3 153/9 153/12 154/2
**gut [1]**  67/4
**guy [1]**  80/15
**guys [1]**  28/2
**gym [1]**  94/23

## H

**had [47]**  6/16 8/20 13/20 15/20 15/21 27/3 31/18 39/14 39/20 40/15 44/25 45/10 45/18 46/1 46/3 49/23 51/5 51/6 60/10 60/11 65/6 82/23 83/1 84/4 87/2 88/25 92/1 94/9 97/19 103/13 106/17 107/8 108/24 109/4 110/22 114/6 117/13 119/8 141/17 142/25 143/10 143/16 150/7 159/8 160/8 162/2 165/11
**half [5]**  43/7 91/5 114/4 149/11 149/11
**hand [2]**  86/16 87/10
**handed [1]**  167/13
**handedness [1]**  167/5
**handwriting [3]**  44/25 45/5 129/5
**HANNA [1]**  2/3
**happen [1]**  128/9
**happened [11]**  16/1 51/5 51/7 53/10 82/13 83/5 119/12 119/21 119/25 120/2 152/2
**happens [6]**  11/5 22/2 29/2 36/14 121/22 140/10
**happy [3]**  7/24 47/15 87/5
**hard [11]**  59/11 59/12 60/15 61/18 61/20 61/24 67/20 103/17 141/5 146/1 153/8
**hardest [1]**  86/1
**hardship [3]**  42/18 42/20 43/14
**harmed [2]**  47/11 47/12
**has [51]**  4/19 6/12 9/18 12/6 12/23 15/17 16/23 19/14 27/11 27/18 27/18 28/8 32/6 47/18 57/18 57/22 63/6 73/3 81/19 82/10 82/14 82/18 82/18 87/17 97/25 103/18 106/23 107/5 112/6 116/2 122/12 123/21 128/9 128/15 129/2 129/22 129/25 131/2 131/11 134/9 136/23 137/5 141/17 147/6 147/8 153/20 160/15 162/12 163/5 164/8 165/22
**have [257]**
**haven't [5]**  10/15 56/24 68/7 92/23 94/14

116/17 123/4
**having [10]**  5/16 11/14 43/24 47/24 48/5 58/8 90/2 95/22 113/13 160/11
**he [202]**
**he's [42]**  22/25 26/8 27/12 31/5 31/14 31/14 31/19 31/23 32/1 32/1 32/7 40/18 51/18 65/15 75/16 75/19 78/5 78/7 81/23 95/14 96/9 96/12 99/4 99/10 101/3 103/8 104/23 104/24 111/17 121/8 122/17 126/22 127/22 130/21 133/19 134/7 137/11 140/1 140/17 147/7 152/25 157/11
**head [3]**  23/3 23/9 152/15
**headline [3]**  113/24 113/25 114/1
**headlines [1]**  144/13
**health [2]**  43/2 166/11
**hear [16]**  23/20 48/22 52/14 59/11 59/12 68/22 69/9 86/21 96/2 122/3 137/3 137/3 145/2 152/7 153/23 157/23
**heard [76]**  15/12 15/19 15/22 15/23 16/1 25/7 33/10 34/21 36/5 36/12 39/14 45/2 45/3 46/10 49/24 52/9 55/14 55/23 56/14 57/7 57/7 58/21 60/11 63/3 65/6 66/23 70/17 72/24 80/11 84/4 89/7 89/3 89/7 89/10 92/2 92/5 92/23 94/9 94/10 94/13 96/5 97/20 98/1 99/9 100/5 102/16 106/17 107/6 107/11 108/25 109/9 113/14 113/15 115/23 126/5 128/16 129/8 134/5 138/22 138/23 140/16 142/25 143/9 144/22 145/1 145/7 149/24 150/11 152/3 156/25 159/8 159/11 159/19 160/12
**hearing [4]**  7/19 107/1 153/24 159/13
**hearings [1]**  36/24
**hears [1]**  122/21
**hearsay [1]**  143/9
**heart [1]**  8/13
**held [2]**  76/17 168/9
**her [10]**  45/16 45/17 45/20 51/5 51/7 55/19 55/24 58/22 73/6 132/6
**here [36]**  22/13 28/2 28/4 28/7 28/9 34/24 36/14 37/1 61/13 64/20 78/15 82/13 86/13 88/11 95/21 100/19 114/10 118/16 122/11 123/20 123/22 123/22 123/24 126/15 128/24 130/21 135/3 139/12 146/8 148/3 149/2 151/1 153/19 162/17 162/23 164/18
**hereby [1]**  168/6
**hesitant [2]**  31/10 165/11
**hesitate [1]**  128/18
**hesitated [1]**  160/5
**hesitation [6]**  37/14 37/18 76/25 128/19 128/21 128/22
**hey [1]**  152/24
**Hi [1]**  158/15
**high [3]**  19/16 97/22 98/3
**higher [13]**  17/8 76/17 95/14 95/22 103/4 121/19 127/9 134/1 134/9 137/5 137/12 139/25 147/1
**highest [1]**  86/16
**highlight [1]**  89/12
**highlights [1]**  114/14
**highly [1]**  86/4
**him [84]**  15/15 18/12 18/12 18/15 18/22 18/24 18/24 19/1 19/15 19/16 19/20 22/14 22/24 23/2 25/7 26/20 27/19 27/20 27/22 31/8 38/19 39/16 45/9 47/19 53/10 54/14 57/3 59/1 60/19 60/25 61/1 65/7 66/25 68/22 71/2 71/5 71/8 71/8 71/12 76/6 78/4 78/8 81/24 92/8 92/13 96/14 99/3 99/11 99/13 99/18 99/19 105/1 105/9 105/23 106/20 109/1 123/3 123/7 123/24 126/9 126/13 126/17 126/21 127/8 128/24 133/25 134/7 134/9 136/16 137/12 139/25 141/11 146/11 146/15 147/1 152/18 156/23 156/24 157/1 157/18 160/2 160/8 160/13 160/17
**himself [9]**  27/17 31/19 31/23 32/5 45/17 60/15 102/7 117/3 146/16
**his [47]**  7/4 9/19 12/25 18/12 18/25 32/3 34/9 45/17 45/20 45/25 46/1 50/2 54/12 54/12 54/15 56/16 63/4 63/20 70/18 70/19 71/1 73/1 75/22 86/1 87/16 90/10 90/11 94/10 96/7 100/23 103/2 120/23 142/19 157/3 157/21
**history [1]**  47/2
**hold [15]**  17/8 31/4 95/13 99/10 121/18 127/8 133/25 134/6 134/9 135/7 136/16 139/25 147/1 150/13 157/25
**holding [5]**  25/5 99/13 103/3 137/12 146/16
**hole [2]**  96/12 99/4
**home [2]**  18/11 42/21
**honest [4]**  61/18 92/23 145/7 146/11
**honestly [4]**  28/11 107/1 107/21 147/3
**Honor [197]**
**HONORABLE [1]**  1/8
**hopefully [1]**  52/1
**horrible [2]**  45/5 46/15
**hour [16]**  163/16 163/24 164/19 164/24 165/8
**hours [7]**  15/12 15/17 15/24 16/17 39/20 63/6 70/22
**house [3]**  43/5 83/1 90/17
**household [1]**  43/10
**housekeeping [1]**  13/3
**how [39]**  16/24 18/10 18/10 18/18 19/3 22/7 26/19 27/2 30/16 30/16 30/21 31/23 32/4 32/7 37/19 37/21 58/10 68/1 75/12 86/8 94/20 104/20 107/10 109/8 111/5 116/7 116/14 117/17 124/21 127/3 123/8 127/21 129/5 131/17 140/24 149/22 154/18 159/24 163/11
**however [6]**  6/9 9/15 9/21 39/15 47/4 152/7
**human [2]**  29/6 133/18
**humanly [1]**  134/15
**hundred [2]**  29/25 31/15
**husband [1]**  90/7

## I

**I'd [5]**  8/3 25/4 103/4 155/7 166/23
**I'll [3]**  25/6 146/11 163/25
**I'm [66]**  6/23 8/2 9/17 10/3 12/5 13/4 13/20 15/20 19/20 21/6 21/24 22/16 26/21 29/5 31/19 32/4 36/22 37/6 39/15 42/25 44/24 59/1 61/18 63/12 63/12 67/14 68/1 68/3 78/24 83/4 86/8 86/12 87/3 90/8 92/6 92/18 94/22 95/7 95/12 95/21 98/15 98/19 103/21 104/25 107/14 109/15 110/24 121/11 122/22 123/8 123/22 130/13 133/20 144/2 145/7 146/14 146/15 148/7 152/17 153/12 154/18 155/16 160/1 162/19 163/18
**I've [4]**  14/8 34/21 95/1
**I-N-D-E-X [1]**  3/2
**idea [6]**  26/17 46/1 94/15 107/22 116/7 149/22
**identified [1]**  91/7
**image [3]**  117/3 117/5 117/7
**imagine [2]**  100/17 101/21
**impartial [21]**  19/19 36/18 36/20 37/13 38/5 54/15 78/17 82/19 85/25 102/6 104/18 112/6 112/10 124/4 124/23 126/7 127/12 127/20 127/25 138/24
**implicate [1]**  103/9
**implications [1]**  99/2
**importance [1]**  78/12
**important [4]**  10/9 51/7 51/10 140/19
**impression [8]**  18/24 19/5 68/18 68/23 69/4 69/7 84/13 100/24
**inaccurate [1]**  7/23
**incident [3]**  14/7 46/8 119/7
**included [2]**  42/12 62/19
**including [6]**  6/12 7/7 20/12 41/15 92/3
**income [1]**  43/9
**inconsistent [1]**  132/7
**incorrect [2]**  103/20 167/11
**indicate [4]**  57/8 87/13 142/19 163/3
**indicated [13]**  4/12 9/13 13/8 15/13 31/18 41/14 42/17 77/5 90/5 98/21 162/1 163/6 166/21
**indictment [1]**  90/3
**individual [9]**  9/14 10/9 13/15 41/19 47/7 75/10 78/9 161/25 162/8

**individuals [14]** 9/23 12/24 22/5 26/7 51/19 67/9 91/7 95/4 98/23 105/6 121/5 127/3 133/8 136/12
**inferring [1]** 100/10
**influence [3]** 23/10 37/21 147/13
**information [25]** 22/21 23/3 28/1 35/2 36/7 52/13 57/18 67/3 71/10 73/9 90/11 92/15 94/17 98/5 98/9 109/1 119/16 126/12 129/10 141/4 143/5 143/5 144/5 144/18 152/5
**initial [2]** 4/13 19/21
**initials [2]** 13/23 13/25
**innocence [3]** 131/12 131/16 131/21
**innocent [5]** 81/20 81/23 127/1 129/20 130/22
**inoculated [1]** 166/13
**inquire [2]** 41/17 112/1
**ins [2]** 127/6 133/11
**insights [1]** 133/21
**instance [1]** 90/2
**instinct [1]** 67/14
**instinctual [1]** 66/25
**instruct [4]** 23/17 36/11 57/6 134/11
**instructed [10]** 20/22 20/23 31/4 50/14 54/14 67/23 76/21 78/8 78/16 82/19
**instructing [2]** 6/20 130/14
**instruction [26]** 4/24 5/1 5/5 6/6 6/9 7/6 7/9 7/11 7/15 7/23 8/4 8/5 8/10 8/21 8/22 9/3 9/7 9/12 37/12 57/8 61/4 67/3 80/12 129/10 134/13 167/1
**instructions [26]** 4/14 5/11 7/18 8/22 9/1 9/6 19/21 23/22 28/21 29/14 36/6 86/22 92/10 103/19 122/21 129/15 130/16 137/3 152/5 154/9 166/2 166/24 167/1 167/3 167/10 167/13
**instructs [1]** 147/5
**intending [1]** 13/6
**intent [2]** 6/16 9/13
**intents [1]** 11/18
**interaction [3]** 115/25 141/17 141/18
**interest [3]** 56/10 107/16 145/14
**interested [2]** 55/21 58/18
**interesting [3]** 145/16 160/20 160/25
**international [1]** 56/11
**internet [4]** 73/11 94/17 109/13 119/16
**interrupted [1]** 135/1
**interviewed [1]** 46/1
**interviews [4]** 53/19 84/10 84/20 116/21
**investigated [1]** 152/19
**investigative [1]** 92/7
**involve [1]** 102/2
**involved [11]** 27/22 27/24 33/16 34/17 86/15 152/8 152/15 152/22 153/10 153/14 162/12
**involvement [2]** 15/21 73/1
**involving [3]** 58/1 58/6 102/17
**irrelevant [2]** 34/10 128/8
**is [360]**
**isn't [6]** 23/5 75/22 84/17 86/14 95/18 121/24
**issue [6]** 5/24 13/17 41/20 64/22 66/9 102/1
**issues [4]** 10/12 19/25 62/20 141/15
**it [229]**
**it's [97]** 4/14 8/8 8/12 9/13 14/2 19/22 20/15 21/13 23/22 26/17 28/3 34/21 35/12 37/5 37/8 39/6 40/1 41/20 41/20 42/21 43/11 44/15 45/5 45/5 47/13 47/13 51/3 52/1 59/11 59/12 60/15 62/22 64/21 64/22 66/9 66/13 67/5 71/11 71/11 76/6 80/1 80/5 82/3 82/3 83/3 83/20 84/16 84/16 85/12 87/6 87/18 89/8 91/14 91/17 94/25 96/6 99/12 99/23 106/8 108/17 109/15 111/4 111/6 111/8 117/6 118/17 118/17 120/18 122/10 122/13 133/17 134/8 137/9 139/9 140/23 141/4 142/19 145/23 146/1 146/3 146/20 147/13 149/11 150/13 152/15 152/16 153/7 153/8 153/12 153/13 153/15 155/8 156/1 156/18 157/8 162/19 167/10
**item [3]** 4/3 13/4 116/5
**items [1]** 95/12
**its [5]** 7/16 25/8 32/6 38/10 47/2

**itself [2]** 46/9 96/7

**J**
**JAMES [1]** 1/8
**jealousy [1]** 146/3
**job [1]** 8/17
**jobs [1]** 133/18
**jog [2]** 40/4 40/6
**jogged [1]** 40/16
**JOHN [2]** 1/11 4/4
**joint [3]** 5/11 8/21 9/4
**judge [30]** 1/8 28/25 29/4 31/4 36/11 40/3 40/15 50/14 50/16 61/13 61/19 70/20 76/20 78/15 82/2 82/19 86/21 87/20 91/5 100/18 100/21 102/19 121/24 126/15 131/10 139/8 149/6 149/16 155/14 162/19
**judging [1]** 48/11
**judgment [2]** 121/12 154/6
**Judicial [1]** 168/11
**July [4]** 1/17 4/1 4/15 168/13
**July 1 [4]** 4/15
**jumbles [1]** 143/4
**June [4]** 4/18 4/23 8/20 8/21
**June 30th [4]** 4/18 4/23 8/20 8/21
**juror [236]**
**juror's [1]** 58/10
**jurors [28]** 4/2 12/17 13/16 14/12 33/1 38/4 41/23 48/17 49/15 83/20 85/12 135/4 155/7 156/2 162/1 162/7 162/17 162/18 162/20 163/1 163/4 164/14 165/13 165/15 166/18 166/19 167/6 167/14
**jurors' [43]** 13/18 15/5 20/13 32/24 39/3 42/11 44/9 55/3 62/19 64/21 66/8 70/4 72/11 74/23 80/1 83/19 85/11 88/12 91/14 93/22 97/6 104/6 106/7 108/14 110/10 113/2 115/10 118/18 120/17 125/18 132/21 135/25 138/11 138/12 142/14 142/14 148/9 148/15 151/14 155/25 158/20 158/21
**jury [88]** 3/4 4/13 17/11 17/20 19/8 22/22 23/7 24/24 29/5 29/10 29/18 29/19 32/11 41/4 42/13 42/20 43/19 47/14 48/12 48/22 49/3 50/11 54/7 57/13 60/13 61/3 62/2 64/2 65/22 69/15 71/24 74/8 79/8 82/19 83/7 84/24 87/15 87/15 88/1 90/25 93/5 96/1 96/2 96/19 99/9 99/9 100/16 102/23 103/19 105/19 108/3 109/24 111/2 111/22 112/14 114/21 118/4 120/5 122/20 125/4 129/21 130/7 131/18 131/24 134/5 134/20 137/3 137/4 137/21 140/16 140/17 141/25 147/17 150/9 150/21 154/15 157/24 158/5 161/18 162/18 162/24 163/22 164/6 164/10 165/2 165/6 165/17 166/22
**just [148]** 5/3 11/5 11/10 11/22 12/2 12/3 12/22 13/11 14/6 14/10 14/11 14/25 16/6 18/6 21/24 21/24 22/9 22/18 22/20 23/2 23/25 25/23 27/4 27/6 28/20 29/9 30/8 31/1 33/4 36/3 37/3 37/23 38/12 39/6 39/23 39/25 39/25 40/7 40/14 40/20 41/16 41/23 42/15 42/21 43/20 45/2 45/18 46/21 47/25 48/9 48/15 50/15 51/1 51/23 56/13 60/14 60/19 61/18 62/22 63/4 68/1 69/6 70/7 73/5 73/24 75/15 78/5 78/7 79/22 84/9 84/10 84/6 85/16 86/3 86/13 86/14 87/3 87/11 89/13 92/14 93/17 96/10 98/10 99/23 99/24 100/21 101/3 101/8 101/16 101/21 102/12 102/18 103/12 105/1 106/20 107/1 107/14 111/3 111/4 111/18 111/12 113/24 114/13 117/2 117/6 122/12 123/14 125/12 125/21 128/23 131/9 132/24 133/17 133/22 133/25 135/6 136/22 137/17 137/13 138/5 138/14 140/6 142/25 143/8 144/25 145/5 145/7 148/14 150/4 150/3 152/15 152/16 153/10 153/12 153/13 153/16 156/9 157/10 158/23 160/19 160/23 160/25 164/4
**justice [9]** 33/12 34/2 34/3 34/18 35/15 36/3 36/24 36/25 37/17
**JVS [2]** 1/11 4/3

**K**
**Kavanaugh [10]** 33/12 34/2 34/3 34/18 35/10

**kept [2]** 35/14 36/24 36/25 37/20
**keen [1]** 146/24
**keep [6]** 79/1 101/1 139/15 154/4 157/24 166/7
**keeping [1]** 115/2
**kept [1]** 103/2
**key [2]** 6/21 133/22
**kid [2]** 153/14 153/15
**kids [5]** 30/19 30/21 153/13 153/13 153/14
**kind [32]** 17/9 21/7 22/18 23/3 26/16 26/18 28/5 28/6 28/8 30/17 32/1 32/2 39/25 40/16 40/20 45/22 51/5 59/11 59/11 67/10 71/15 73/13 73/22 74/2 81/9 95/1 96/12 100/1 140/22 141/4 145/9 146/1
**knew [9]** 57/25 70/19 71/4 73/19 92/11 102/2 103/7 144/13 146/16
**know [107]** 12/25 15/15 17/3 17/5 17/6 18/12 18/13 18/19 22/17 22/20 23/3 23/4 23/5 23/24 24/20 26/14 27/2 27/16 27/25 28/1 28/3 28/4 30/19 30/21 35/4 35/16 36/21 37/17 37/22 38/8 39/24 46/12 46/14 47/5 47/6 47/8 47/23 48/1 48/2 58/6 71/9 71/18 71/18 73/13 74/1 78/4 79/3 81/16 84/16 87/18 92/13 94/1 92/17 92/21 92/25 94/20 95/9 95/17 95/24 99/12 99/22 99/25 100/2 100/11 101/5 101/17 103/7 103/12 103/23 105/9 109/19 117/14 117/16 121/21 122/1 122/2 122/6 123/20 128/23 136/23 137/1 139/20 140/2 140/4 140/5 140/7 140/7 140/24 141/10 141/11 143/9 144/3 144/16 144/20 146/15 148/7 150/4 150/4 152/24 152/25 154/21 154/22 161/10 164/16 164/19 165/10 167/17
**know if [1]** 22/17
**knowing [4]** 28/21 37/2 95/11 141/3
**knowingly [1]** 95/9
**knowledge [15]** 15/1 27/11 33/14 33/19 71/7 73/18 75/22 82/17 100/21 101/7 101/24 103/13 105/2 115/3 162/2
**knowledgeable [1]** 75/25
**known [5]** 45/18 76/7 95/23 101/2 149/13
**knows [13]** 21/13 22/7 26/10 27/1 27/7 58/8 75/12 75/12 95/16 102/9 127/5 133/23 136/16

**L**
**L.A [1]** 98/17
**labs [1]** 11/24
**lack [3]** 11/10 12/10 30/5
**ladder [1]** 146/7
**lady [3]** 33/12 34/1 34/7
**laid [1]** 137/9
**language [1]** 7/14
**languages [1]** 29/24
**large [1]** 37/25
**largely [1]** 7/16
**last [44]** 7/17 12/2 14/9 15/12 15/17 15/23 16/17 40/1 41/10 63/6 70/19 70/22 83/24 85/14 88/15 89/4 89/16 91/17 92/16 93/8 94/12 97/11 97/24 103/10 103/21 104/15 106/22 109/3 113/5 113/17 115/12 116/1 118/22 120/20 132/23 135/6 135/10 136/4 138/15 142/18 144/23 145/3 151/18 158/24
**late [1]** 8/11
**lately [1]** 87/6
**later [3]** 119/9 126/25 154/18
**latest [1]** 8/20
**latter [1]** 165/8
**law [57]** 2/14 5/19 6/11 7/3 10/15 26/10 27/1 41/15 47/2 47/4 47/5 48/1 48/2 48/2 75/12 75/15 77/25 86/15 87/3 87/11 87/18 94/10 99/6 99/14 99/15 99/25 100/2 100/25 101/7 101/17 101/21 101/22 101/24 101/24 102/2 102/10 103/8 103/24 127/6 130/6 131/18 133/12 133/20 133/20 134/10 136/16 136/24 136/24 139/18 139/21 140/5 140/8 140/10 140/24 167/2 167/7 167/11
**laws [12]** 15/4 20/12 25/19 25/24 26/14 27/7 32/24 49/14 55/3 59/24 100/11 128/24
**lawsuits [1]** 109/6 157/14
**lawyer [105]** 6/7 17/12 22/5 22/25 22/25 23/4

**L**

**lawyer...** [99] 23/13 24/7 26/6 26/9 26/13 26/16 27/1 27/7 27/17 27/18 27/18 28/7 31/5 31/14 31/19 31/21 32/1 32/3 32/7 45/10 47/19 48/10 50/21 51/18 55/16 56/16 71/7 75/9 75/11 75/20 76/1 76/16 78/4 78/5 78/7 84/6 85/24 86/10 95/3 95/14 96/3 96/12 98/22 98/25 99/4 99/10 99/14 99/18 99/20 99/23 99/24 100/1 100/6 100/11 100/24 101/3 101/18 102/7 102/9 104/17 104/19 105/1 105/8 106/18 111/16 112/5 121/5 121/7 121/8 123/3 123/18 123/24 124/7 124/12 124/24 127/5 127/9 128/23 133/8 133/10 133/19 134/7 136/12 136/14 137/1 137/6 137/12 137/14 139/19 139/20 140/1 140/10 140/18 141/9 147/2 147/7 157/3 157/10 157/19
**lawyer's** [2] 6/20 145/25
**lawyers** [58] 16/20 16/24 16/25 17/7 22/10 22/19 23/19 24/1 24/4 25/21 28/9 28/19 42/12 46/21 55/5 59/14 60/1 62/20 77/22 77/24 80/2 83/21 86/6 86/20 87/20 95/22 97/8 100/21 101/6 101/15 102/3 103/23 104/8 105/6 106/8 110/22 111/2 111/7 111/10 117/9 117/14 117/22 117/24 120/19 125/19 127/3 133/16 136/2 138/13 140/11 141/12 141/15 142/16 145/17 148/10 148/13 151/16 157/5
**lay** [3] 37/22 99/6 99/15 100/25 101/7
**least** [5] 48/7 55/23 58/21 86/11 159/25
**leave** [4] 19/5 50/15 59/9 113/20
**leaves** [1] 162/6
**left** [3] 16/23 135/4 151/3
**legal** [5] 45/19 47/1 73/19 99/2 109/2
**legitimate** [2] 52/2 166/10
**less** [3] 100/3 101/17 123/6
**lesser** [14] 26/7 75/10 98/24 105/7 121/6 121/8 123/10 123/12 123/16 127/4 127/5 133/9 136/13 139/19
**let** [8] 15/12 17/18 29/9 44/1 47/17 67/10 81/18 167/17
**let's** [10] 14/11 24/17 55/24 58/21 58/21 126/12 134/4 140/15 147/4 160/9
**level** [3] 121/21 121/22 123/21
**life** [3] 82/9 146/7 147/13
**light** [1] 53/20
**like** [75] 8/3 16/12 17/5 17/6 22/9 23/4 23/4 27/2 27/6 29/5 29/19 30/4 30/7 30/8 30/10 30/21 31/10 35/9 37/6 37/25 40/14 40/16 45/24 46/14 46/24 47/12 48/22 52/15 52/21 55/22 58/20 60/15 61/19 65/15 65/16 66/22 67/14 75/17 78/8 78/20 86/13 87/4 87/11 87/17 87/19 90/3 90/14 90/14 95/9 98/14 98/17 98/18 99/13 99/24 107/13 109/5 109/11 116/22 121/16 123/20 134/2 136/17 137/5 141/19 144/2 146/7 149/9 149/9 149/11 152/25 153/12 156/22 157/13 157/14 157/15
**likely** [6] 11/5 45/7 69/2 69/3 71/12 153/15
**likes** [1] 37/17
**limitations** [1] 47/14
**limited** [2] 117/1 164/14
**limits** [1] 163/14
**line** [12] 6/8 9/9 21/19 28/7 65/10 86/19 87/9 87/19 123/23 139/22 141/7 144/21
**line 11** [1] 6/8
**liner** [1] 89/13
**lines** [1] 56/20
**list** [10] 10/23 11/2 11/16 11/17 11/20 152/13 152/14 152/14 152/15 152/22
**listed** [1] 152/14
**listen** [16] 18/1 20/24 31/22 37/17 38/9 38/12 52/20 68/24 82/4 82/20 90/6 123/20 129/15 154/5 154/8 159/21
**listened** [2] 84/10 84/13
**listens** [1] 122/20
**listing** [1] 11/21
**literally** [3] 5/3 7/19 143/15
**little** [26] 15/1 26/17 27/19 29/22 42/21 44/25 48/19 48/19 51/1 61/18 61/18 61/24 79/22 95/25 103/10 117/12 126/11 133/14 135/19 136/20 138/5 139/24 140/7 141/5 152/10

160/5 160/8 97/8
**living** [1] 30/20
**local** [2] 106/18 166/11
**locations** [1] 162/25
**logical** [2] 36/22 138/25
**long** [13] 8/9 14/3 16/24 67/14 94/20 103/17 109/8 116/7 122/4 135/6 137/8 159/24 165/1
**look** [12] 9/7 11/19 21/4 21/21 30/23 36/22 63/12 92/8 106/25 107/12 132/20 144/8
**looked** [4] 50/1 68/7 70/18 113/20
**looking** [13] 21/7 21/11 21/20 34/24 47/20 50/17 51/16 51/23 52/2 52/4 60/19 63/13 141/7
**looks** [2] 27/2 30/4
**loopholes** [1] 127/7
**Los** [2] 2/8 43/3
**lot** [25] 21/2 21/3 30/14 30/15 37/6 38/5 46/15 56/10 67/13 68/22 77/21 94/23 94/23 107/2 109/6 111/4 111/7 111/7 129/4 140/6 153/10 157/12 157/13 157/16 165/20
**lots** [2] 56/11 149/24
**love** [3] 121/13 121/18 121/22
**lower** [1] 17/9
**lunch** [2] 19/22 135/3

**M**

**M.C** [1] 12/23
**ma'am** [7] 31/3 38/23 42/5 59/4 60/7 130/19 131/10
**made** [13] 5/16 6/14 9/2 9/3 10/6 10/10 10/11 15/3 51/13 82/14 100/1 123/5 166/18
**mail** [2] 4/22 10/25
**main** [2] 6/25 116/12
**mainly** [1] 18/20
**maintain** [1] 166/13
**Major** [1] 2/6
**majority** [2] 30/2 30/6
**make** [24] 4/21 4/24 5/17 13/11 14/7 22/11 22/21 22/23 29/8 31/21 37/17 45/18 82/5 82/21 123/15 126/6 127/24 138/23 144/5 154/5 156/19 164/5 165/9 165/24
**makes** [2] 103/18 105/9
**making** [2] 121/12 151/11
**maligned** [1] 117/15
**man** [1] 124/5
**manager** [1] 42/25
**manipulate** [1] 22/7
**manipulating** [1] 22/21
**many** [8] 13/24 18/18 18/22 76/14 149/22 150/12 152/8 157/14
**mask** [32] 9/16 9/21 9/23 10/2 10/7 10/17 25/14 38/24 42/6 59/7 59/13 64/12 74/16 79/22 93/16 125/12 132/15 135/19 138/5 156/8 163/5 163/5 163/7 163/9 165/12 165/19 165/25 166/2 166/6 166/7 166/8 166/13
**masked** [1] 9/15
**masks** [2] 163/3 166/18
**material** [1] 6/15
**materials** [1] 95/11
**matter** [15] 12/22 36/4 36/13 51/7 82/14 97/6 104/7 106/8 109/2 115/10 120/18 142/14 148/10 158/20 168/9
**matters** [2] 140/3 140/22
**may** [39] 5/6 6/9 7/18 8/25 9/2 9/4 10/6 11/12 12/22 14/1 15/18 24/11 31/1 31/17 33/15 35/7 40/5 40/9 50/10 50/12 57/7 84/8 94/13 94/16 100/11 102/12 102/14 107/11 130/7 130/19 149/19 152/9 153/9 157/15 158/1 164/22 166/12 167/2 167/8
**May 24th** [2] 1/9 2/4
**maybe** [15] 23/4 23/5 28/3 40/21 46/14 48/6 48/18 48/19 73/12 84/11 89/13 94/18 116/12 150/12 161/6
**me** [46] 10/16 15/12 16/1 16/23 17/18 27/17 29/9 30/4 35/3 36/23 37/21 37/23 45/3 47/8 47/17 48/14 51/25 58/19 59/20 60/14 60/16 61/18 61/20 61/24 63/5 64/15 67/10 69/13 81/18 83/5 99/15 101/8 117/11 124/15 126/15

135/8 140/4 141/6 146/1 146/7 147/12 149/23 149/25 156/2 158/2 159/3
**mean** [34] 17/4 18/25 19/1 22/8 22/9 22/17 22/19 25/2 27/6 30/25 32/13 32/22 32/22 31/6 31/8 36/22 51/2 73/5 86/6 87/14 95/5 99/3 101/20 104/24 105/14 110/23 127/15 128/5 133/15 137/10 143/15 145/4 152/11 153/1
**meaningful** [1] 140/18
**means** [1] 121/9
**meant** [2] 27/4 121/10
**media** [17] 20/24 20/24 21/2 21/3 21/5 21/6 21/9 21/11 21/16 21/20 22/18 45/11 45/16 71/13 144/2 156/13 156/15
**meet** [2] 7/17 7/24
**meeting** [1] 7/21
**meetings** [1] 67/14
**member** [1] 77/7
**memorandum** [1] 10/12
**memories** [1] 94/13
**memory** [17] 40/4 40/6 40/17 53/11 71/17 84/7 84/20 94/16 107/23 109/4 109/12 116/2 119/20 119/23 119/24 143/10 145/9
**mental** [2] 43/2 117/3
**mention** [1] 13/5
**mentioned** [11] 11/22 16/7 27/21 40/15 40/15 53/23 78/20 80/19 103/14 142/25 144/25
**merits** [1] 38/10
**MICHAEL** [5] 1/11 4/4 129/20 129/25 130/6
**middle** [2] 17/9 17/10
**might** [14] 10/12 26/12 28/3 29/24 39/16 51/16 86/1 99/1 121/9 122/11 122/15 126/6 128/8 165/14
**military** [1] 56/10
**mind** [34] 15/18 27/14 28/6 30/12 31/13 31/25 34/17 35/12 36/7 36/23 37/13 37/22 56/16 56/18 60/23 67/4 67/24 73/4 76/18 76/22 89/5 96/12 97/25 106/23 123/5 129/10 136/25 139/15 145/5 152/5 154/5 157/24 158/2 163/14
**mine** [1] 165/4
**minute** [3] 5/2 19/9 62/8
**minutes** [3] 7/19 12/19 122/4
**Miramar** [1] 2/15
**misbehavior** [1] 33/12
**mistake** [1] 14/8
**mister** [1] 14/9
**misunderstand** [2] 126/16 130/22
**misunderstood** [1] 166/4
**moment** [5] 9/7 9/19 27/22 31/1 131/11
**money** [14] 46/16 50/3 50/18 50/22 51/4 51/8 51/13 51/14 51/24 53/2 111/7 126/9 126/20 157/15
**moneys** [1] 45/9
**months** [6] 7/25 10/11 92/24 154/18 155/9 160/1
**moral** [1] 147/12
**morally** [2] 111/6 146/12
**more** [65] 8/6 11/13 26/20 27/19 30/4 30/23 39/22 40/12 40/18 46/7 47/13 48/19 55/17 63/6 63/16 65/9 65/14 67/7 70/23 70/23 71/12 73/3 73/4 74/2 84/7 86/18 86/25 94/13 95/25 97/24 99/2 103/19 105/2 106/22 106/23 107/10 109/4 113/18 113/19 116/2 117/12 119/13 126/11 131/15 133/14 135/4 136/16 136/21 138/23 139/25 140/6 140/6 140/7 140/10 143/3 144/19 144/22 145/15 152/7 152/10 153/7 153/15 153/15 164/13 165/22
**Moreover** [1] 8/21
**morning** [127] 4/5 4/7 4/10 4/11 5/4 5/12 8/16 14/23 14/24 20/6 20/7 20/19 20/20 26/3 26/4 28/16 28/17 32/19 32/20 35/25 36/1 38/23 39/11 39/12 42/5 42/8 44/5 44/6 44/20 44/21 49/10 49/11 54/22 54/23 59/4 59/5 60/7 60/8 61/10 61/11 62/15 62/16 62/25 63/1 64/9 64/10 66/4 66/5 66/19 66/20 68/15 68/16 69/24 69/25 70/13 70/14 72/7 72/8 72/21 72/22 75/6 75/7 77/16 77/17 79/19 79/20 83/15 83/16 85/6 85/7 85/20 85/21 88/8 88/9 88/22 88/23 91/11 91/23 91/24 93/13 93/14

## M

**morning...** [46] 94/5 94/6 97/1 97/2 97/16 97/17 101/13 101/14 104/2 104/3 104/13 104/14 106/3 106/4 106/14 106/15 108/21 108/22 110/6 110/7 110/17 110/18 112/22 112/23 113/10 113/11 115/6 115/19 115/20 118/13 118/14 119/3 119/4 120/12 120/13 121/1 121/2 125/10 125/11 126/1 126/2 129/4 132/12 132/13 133/4 133/5
**most** [6] 11/5 29/21 52/17 69/2 69/3 116/16
**mostly** [1] 90/15
**mother** [1] 30/19
**mouth** [1] 54/12
**move** [10] 25/4 32/14 54/11 62/4 79/12 105/23 112/16 132/4 134/22 164/11
**moved** [1] 7/13
**Mr** [42] 4/17 5/4 12/12 20/18 26/1 33/7 35/23 39/9 43/23 44/18 49/21 49/24 53/15 53/25 55/11 60/5 61/8 62/23 65/2 66/17 70/11 72/19 75/4 80/7 84/1 85/18 88/20 91/21 94/3 97/14 104/11 106/12 108/19 110/15 113/8 115/17 120/24 125/24 136/6 138/18 148/16 159/4
**Mr.** [164] 4/9 5/7 9/18 11/1 11/5 12/18 15/10 15/14 15/18 17/12 17/17 22/5 22/13 23/25 25/3 26/6 28/8 28/14 31/5 31/8 32/13 33/11 33/15 34/7 34/11 34/25 35/8 36/5 37/10 39/15 41/1 41/21 43/13 45/2 45/14 45/15 45/23 46/17 47/18 48/25 49/1 50/7 53/1 53/8 53/12 53/19 54/5 54/10 55/15 56/15 57/2 57/11 57/21 58/11 60/12 60/13 63/3 63/18 63/25 65/7 65/13 65/17 65/20 66/24 68/6 70/17 70/18 71/2 72/25 73/18 74/6 77/10 77/16 79/6 80/12 80/15 80/20 81/6 81/13 81/13 81/16 81/19 82/10 82/15 82/17 84/5 85/24 87/13 89/1 89/2 89/23 92/2 92/5 92/11 92/24 94/9 95/3 95/13 96/22 97/20 100/5 101/11 102/17 103/14 104/17 105/22 106/18 107/7 107/24 109/1 111/16 112/5 113/14 114/3 115/23 116/19 116/23 119/1 121/4 122/10 124/12 126/5 127/8 128/15 129/2 129/9 132/3 133/2 133/8 134/17 134/25 136/12 136/15 138/22 139/2 139/18 141/8 142/3 142/22 143/1 144/10 144/18 145/3 146/10 147/23 150/4 151/22 152/4 152/25 153/20 156/10 156/18 157/3 157/9 157/25 159/10 160/12 160/14 161/2 161/21 162/3 162/5 162/10 166/16
**Mr. 35** [1] 48/25
**Mr. Avenatti** [112] 4/9 15/14 15/18 17/12 22/5 22/13 26/6 28/8 31/5 31/8 33/11 33/15 34/7 34/11 34/25 35/8 36/5 39/15 41/21 45/2 45/14 45/15 45/23 47/18 50/7 53/1 53/8 53/12 53/19 55/15 56/15 57/2 60/12 60/13 63/3 63/18 65/7 66/24 68/6 70/17 70/18 72/25 73/18 77/10 80/12 80/15 80/20 81/6 81/16 81/19 82/10 82/15 82/17 84/5 85/24 87/13 89/1 89/2 89/23 92/2 92/5 92/11 92/24 94/9 94/9 95/3 95/13 97/20 100/5 102/17 104/17 106/18 107/7 107/24 109/1 111/16 112/5 113/14 114/3 115/23 116/19 116/23 121/4 122/10 124/12 126/5 127/8 128/15 129/9 133/8 136/12 136/15 138/22 139/2 139/18 141/8 143/1 144/10 144/18 145/3 146/10 152/4 153/20 156/18 157/3 157/9 157/25 159/10 160/12 161/2 162/3 162/5 162/10
**Mr. Avenatti's** [3] 5/7 11/15 46/17
**Mr. Sagel** [7] 17/17 28/14 41/1 81/13 129/2 134/17 150/4
**Mr. Steward** [28] 9/18 11/1 12/18 15/10 23/25 25/3 32/13 37/10 43/13 54/10 57/21 58/11 79/6 96/22 103/14 105/22 119/1 132/3 133/2 134/25 142/3 142/22 147/23 151/22 152/25 156/10 161/21 166/16
**Mr. Trump** [3] 65/13 65/17 160/14
**Mr. Wyman** [10] 4/17 54/5 57/11 63/25 65/20 71/22 74/6 77/14 81/13 101/11
**Ms** [2] 19/4 138/8
**Ms.** [6] 59/20 108/11 132/18 151/12 158/17 164/8

**Ms. Bredahl** [1] 164/8
**Ms. Seffens** [5] 59/20 108/11 132/18 151/12 158/17
**MSNBC** [3] 18/21 52/21 84/6
**much** [13] 37/21 40/21 42/22 71/19 91/19 99/6 105/11 120/1 127/17 134/19 164/17 164/24 165/2
**multiple** [6] 18/24 90/8 126/8 126/9 126/12 126/19
**must** [8] 8/8 109/10 131/18 152/18 166/7
**my** [85] 4/14 4/15 7/12 9/13 9/19 10/18 10/18 16/3 18/8 19/22 21/25 23/3 26/17 27/17 30/20 30/21 31/13 31/25 34/13 36/23 37/8 37/17 37/18 37/19 37/22 40/6 40/16 42/23 43/6 45/4 46/25 47/1 47/6 48/4 48/17 48/18 51/3 58/12 61/20 71/17 82/24 86/1 89/7 90/7 92/7 94/25 100/24 107/3 113/16 113/20 114/13 116/4 116/13 117/20 123/5 123/20 123/22 124/17 126/23 127/24 128/22 133/17 139/21 141/17 143/19 144/4 144/5 145/5 145/14 147/11 147/12 147/13 147/13 152/15 152/22 152/25 153/24 158/2 160/21 164/25 166/17 166/19 166/23 167/3 167/11
**myself** [3] 23/25 48/1 92/7

## N

**name** [44] 10/23 12/2 12/3 14/8 14/9 25/20 25/22 39/25 40/1 40/17 40/20 44/13 46/17 63/4 63/20 70/19 71/1 71/18 80/5 83/24 84/19 85/14 88/15 91/17 92/4 97/11 106/20 107/1 113/5 113/15 113/21 115/13 116/4 118/22 120/20 132/23 136/4 138/15 142/18 151/18 152/22 152/23 156/5 158/24
**names** [43] 13/18 13/20 14/10 15/5 20/13 32/24 39/3 42/11 44/9 49/15 55/3 59/25 62/19 64/22 66/8 70/4 72/11 74/23 80/1 83/19 85/11 88/12 91/14 92/7 93/22 97/6 104/7 106/7 108/14 110/11 113/2 115/10 118/18 120/17 125/18 132/21 135/25 138/11 142/14 148/9 151/14 155/25 158/20
**natural** [1] 133/18
**nature** [5] 21/25 38/6 47/15 92/7 133/18
**NBC** [1] 109/19
**NDA** [1] 45/10
**necessarily** [8] 53/5 111/11 139/2 140/6 153/11 157/16 161/7 167/11
**necessary** [2] 12/9 58/5
**need** [24] 5/6 5/6 5/24 9/21 11/9 13/25 19/17 22/2 28/25 36/11 38/4 48/23 53/25 75/1 117/11 117/15 118/24 125/21 130/6 132/25 151/19 164/17 164/19 166/25
**needs** [1] 131/16
**negative** [18] 45/22 50/7 50/10 53/12 53/20 57/4 84/14 94/25 117/4 117/5 117/17 117/21 146/2 160/22 160/23 161/2 161/4 161/7 161/13
**neighbor** [1] 152/25
**neither** [1] 149/23
**network** [1] 33/23
**networks** [1] 109/16
**neutral** [3] 45/23 45/24 146/9
**never** [5] 37/2 84/15 103/8 154/23 156/25
**new** [9] 9/3 37/23 52/23 64/17 98/18 143/2 143/11 144/24 164/14
**news** [46] 33/20 33/24 35/17 37/25 38/2 45/8 45/16 46/14 52/16 52/16 53/4 53/14 53/22 73/13 73/15 90/6 90/8 90/8 90/10 90/17 90/18 90/19 92/12 92/18 94/25 97/21 98/3 98/10 98/12 106/18 106/20 106/21 107/2 107/14 109/7 113/15 115/24 116/5 116/6 116/10 116/10 116/19 143/21 143/22 145/2 159/11
**newspaper** [4] 39/18 39/24 159/12 159/22
**newspapers** [3] 98/13 98/14 98/16
**next** [11] 20/3 22/4 34/2 41/9 41/13 62/7 67/2 112/4 130/5 141/14 160/15
**NFL** [4] 24/14 24/16 24/19 46/3
**NICOLA** [1] 2/3
**Nike** [28] 15/20 15/22 16/10 16/15 55/16 55/20 56/1 56/5 56/18 56/20 57/18 57/21 57/22 57/25 58/1 58/3 58/7 58/7 58/15 58/18

58/24 107/9 107/11 107/20 107/24 113/22
**nine** [1] 167/15
**Ninth** [1] 166/24
**no** [234]
**No.** [3] 33/3 42/14 150/18
**No. 140** [1] 150/18
**No. 26** [1] 33/3
**No. 33** [1] 42/14
**nondisclosure** [1] 45/11
**None** [1] 66/1
**nonlawyer** [1] 99/3
**normally** [3] 56/9 98/11 164/21
**North** [1] 2/7
**not** [225]
**note** [2] 88/24 136/25
**noted** [3] 12/15 20/21 76/13
**nothing** [67] 6/4 10/20 17/16 19/7 19/18 23/16 24/22 28/12 35/21 36/25 37/9 38/3 40/2 40/18 40/24 49/2 54/4 61/6 61/25 63/23 64/1 65/21 68/13 69/14 71/21 71/23 74/5 74/7 77/12 79/5 79/7 81/12 82/10 82/15 82/18 84/22 87/23 90/22 93/3 96/17 101/9 102/21 102/22 105/17 105/18 108/1 108/2 109/23 111/25 112/12 114/19 118/3 120/4 125/2 125/3 128/9 128/25 131/23 134/16 137/17 141/19 141/21 141/22 150/15 150/17 154/11 167/21
**notice** [1] 11/5
**noticed** [1] 75/8
**notoriety** [4] 50/3 50/18 52/5 53/2
**notwithstanding** [4] 38/8 166/12 167/1 167/7
**November** [1] 7/17
**now** [21] 7/19 11/2 13/5 13/17 14/7 23/24 30/15 39/20 56/17 68/20 78/20 104/24 105/14 111/4 113/17 116/1 121/8 122/17 127/22 127/24 154/1
**NPR** [5] 73/13 90/14 90/15 90/16 98/18
**Nuanced** [2] 48/20 48/21
**number** [43] 13/23 13/25 14/10 14/13 25/21 33/10 39/5 41/14 42/13 44/15 48/8 49/17 53/18 60/1 64/24 66/12 70/6 74/25 80/3 80/10 83/22 85/15 88/14 91/6 97/9 104/8 108/16 110/12 113/5 115/12 118/20 132/23 138/14 142/17 149/19 149/25 151/17 156/4 156/5 158/23 159/8 162/23 167/9
**number 20** [1] 91/6
**numbers** [1] 14/11
**numerical** [1] 12/17
**numerous** [2] 116/6 160/13

## O

**obey** [1] 25/23
**object** [1] 12/13
**objected** [1] 9/18
**objection** [20] 6/3 7/10 9/3 9/19 10/4 10/6 10/10 19/11 79/15 85/2 96/23 110/2 125/7 137/24 137/25 142/4 150/24 155/16 161/22 166/20
**objections** [8] 5/3 5/9 5/10 5/15 5/15 5/18 7/22 8/10
**obligations** [1] 7/4
**observe** [3] 9/25 148/14 163/1
**obstructed** [1] 119/10
**obtain** [1] 87/17
**obviously** [7] 5/24 22/10 48/18 90/16 146/22 164/15 165/13
**occasions** [1] 149/25
**occupation** [1] 157/10
**occurred** [2] 45/19 63/7
**off** [25] 25/14 38/24 39/17 42/6 42/22 56/17 59/7 64/12 74/16 79/22 93/16 111/8 125/12 132/15 135/6 135/19 138/5 156/9 166/2 166/6 166/8
**offense** [1] 6/12
**offering** [1] 6/6
**offhand** [1] 141/5
**office** [6] 76/14 77/19 78/12 78/22 148/24 151/2

**O**

**OFFICES** [1] 2/14
**officials** [1] 166/11
**often** [4] 21/7 21/9 39/24 116/16
**oftentimes** [1] 51/23
**Oh** [6] 59/15 93/17 132/16 149/10 155/2
164/23
**okay** [124] 11/7 11/14 12/5 12/15 13/13 13/14
14/18 20/17 21/10 22/4 25/15 25/16 25/24
25/25 28/6 32/10 33/6 33/22 34/1 34/6 39/20
40/12 42/16 43/22 43/25 44/16 48/8 49/20
50/6 51/6 51/14 51/22 52/20 55/10 55/25 57/1
58/23 59/8 59/15 59/18 60/3 60/4 60/19 61/21
66/10 66/16 68/10 71/9 71/17 72/14 72/18
77/5 80/6 81/4 81/8 84/12 85/3 85/18 87/19
88/16 90/5 91/20 94/2 94/3 96/10 97/13 98/21
100/15 101/1 104/23 107/4 107/23 109/12
110/3 112/12 118/24 118/25 119/20 123/1
123/14 124/10 126/18 130/24 131/7 131/20
133/1 133/25 135/11 135/20 136/6 136/20
137/2 137/10 138/1 139/24 140/9 140/15
140/23 142/20 145/25 146/5 146/21 148/12
150/7 151/6 151/20 151/21 153/4 155/2
155/10 157/2 157/8 157/22 159/1 159/3
160/10 161/5 161/8 161/23 162/21 163/17
166/21 167/14 167/23
**omitted** [2] 6/14 6/17
**once** [9] 19/14 30/17 33/25 72/10 74/21
118/16 121/19 164/4 164/7
**one** [61] 4/19 9/20 10/16 11/9 11/12 11/18
12/24 13/1 13/3 13/17 14/8 17/2 18/6 22/11
22/22 23/10 24/10 30/4 34/7 52/16 54/11
62/8 65/5 67/1 68/4 70/15 75/23 89/13 91/8
91/8 96/8 102/12 103/11 110/19 110/22
114/14 117/11 117/15 130/19 130/20 134/22
136/11 142/24 143/24 144/11 145/15 152/13
152/15 153/8 153/14 153/16 154/22 154/24
157/16 157/19 157/19 159/7 163/24 165/11
165/22 166/22
**one-liner** [1] 89/13
**one-word** [1] 110/22
**ones** [3] 12/1 17/3 17/4
**online** [6] 53/15 92/3 98/13 98/14 98/18
156/15
**only** [27] 4/22 5/19 8/15 12/23 23/19 29/1
32/2 35/9 36/7 36/13 37/19 42/20 61/14 82/4
82/20 107/23 119/12 119/20 129/15 129/16
141/16 144/13 144/15 153/19 165/11 166/17
167/4
**onset** [1] 9/22
**open** [2] 139/15 154/4
**opening** [1] 114/13
**opinion** [25] 16/23 17/2 17/5 17/7 45/22 46/21
46/22 49/25 57/3 61/20 76/5 110/21 111/1
117/9 133/18 139/21 140/22 144/5 144/18
145/17 157/4 160/16 160/17 160/18 160/21
**opinions** [5] 19/25 29/1 37/19 50/15 126/6
**opportunities** [1] 8/9
**opportunity** [2] 8/3 164/14
**opposed** [2] 56/21 86/14
**Orange** [4] 39/17 40/9 116/16 149/2
**order** [4] 12/17 12/17 82/2 146/22
**ordered** [3] 61/13 61/22 68/24
**orders** [1] 78/13
**organizations** [1] 47/9
**origin** [1] 47/3
**original** [1] 11/2
**other** [53] 5/9 5/10 5/15 7/11 13/3 13/17
16/10 17/2 17/9 17/19 22/24 23/10 27/13
37/13 41/23 43/4 45/24 46/24 51/19 51/19
53/23 58/17 69/9 76/6 77/4 78/9 80/18 84/3
84/19 86/16 96/15 105/11 108/24 109/5
113/20 119/22 134/1 136/18 139/5 143/6
144/24 145/4 146/23 149/13 150/17 153/14
155/9 160/2 160/3 162/11 165/5 165/14
167/17
**others** [2] 165/17 165/19
**otherwise** [1] 31/4
**ought** [1] 103/23

**our** [21] 5/23 6/3 6/21 6/25 11/10 12/14 16/19
19/13 60/7 67/1 68/13 84/24 96/22 104/16
133/18 133/19 138/9 148/14 155/7 158/25
166/18
**out** [61] 4/22 6/17 8/14 8/17 13/20 15/5 23/9
27/2 27/3 27/8 27/11 28/18 31/13 31/13 36/7
37/12 37/22 39/21 60/10 60/23 65/5 67/4
67/24 72/23 72/23 76/5 76/22 80/10 84/3 84/6
85/23 88/25 91/25 94/8 94/25 95/22 95/25
97/19 99/4 110/20 113/13 115/22 116/2 119/6
121/4 121/16 126/3 133/7 136/11 137/9
137/14 138/20 141/4 152/2 152/5 154/23
156/12 159/6 162/5 163/21 167/6
**outcome** [2] 16/11 143/2
**outlets** [3] 52/18 143/25 144/7
**outs** [2] 127/6 133/11
**outside** [1] 36/12
**over** [7] 68/24 73/13 74/21 77/20 81/5 84/10
92/14
**overall** [2] 7/14 140/21
**overlapping** [1] 13/25
**overnight** [1] 8/18
**owed** [1] 6/10
**owes** [1] 87/5
**own** [7] 25/8 37/17 45/4 45/10 130/7 141/17
144/5

**P**

**p.m** [2] 135/13 167/24
**packet** [1] 28/18
**page** [7] 3/3 4/16 6/8 114/13 124/9 124/10
168/10
**page 5** [1] 6/8
**paged** [1] 5/3
**paid** [3] 42/20 46/15 111/7
**panel** [3] 116/22 162/9 164/20
**paper** [2] 46/24 46/25
**paragraph** [3] 7/6 7/10 145/16
**paraplegic** [1] 143/5
**parents** [4] 121/12 121/13 121/17 123/22
**part** [31] 5/10 6/14 9/4 15/1 20/23/5 34/6
34/12 37/25 41/25 47/6 51/7 77/2 78/23 78/24
87/6 87/18 91/14 104/15 105/5 110/21 117/8
124/10 125/16 131/20 137/14 143/14 156/1
156/14 157/4 158/19
**participating** [1] 143/8
**particular** [6] 8/16 19/5 53/11 103/8 107/14
119/21
**particularly** [6] 12/8 19/6 52/4 57/19 90/21
165/7
**parties** [2] 5/6 18/3
**parties'** [1] 8/21
**partner** [1] 43/6
**pass** [6] 4/13 48/3 94/24 163/16 163/19 164/5
**passed** [2] 164/4 164/7
**passing** [1] 146/13
**passive** [1] 92/18
**past** [5] 21/23 34/9 73/3 82/13 82/24
**pattern** [3] 166/24 167/3 167/12
**pause** [1] 4/25
**pay** [5] 17/20 17/23 42/23 98/11 102/19
**paying** [1] 145/14
**people** [49] 11/2 13/24 14/2 14/4 17/6 17/9
19/22 22/11 27/14 29/21 30/6 38/5 46/14
47/15 48/4 51/19 52/17 69/7 86/15 87/4 87/8
87/11 87/13 115/2 126/8 126/9 126/13 126/16
126/19 134/1 143/6 143/18 152/13 152/14
152/17 152/21 153/2 153/10 157/5 157/20
159/15 160/3 162/16 162/17 164/25 165/4
165/5 165/21
**per** [2] 40/1 56/25
**percent** [3] 29/25 31/15 92/11
**peremptories** [1] 164/8
**perfectly** [1] 167/2
**perhaps** [6] 75/22 76/11 76/12 87/6 106/23
157/25
**permissible** [1] 165/7
**permit** [2] 95/10 163/7
**permitted** [1] 165/17

**person** [31] 11/22 19/2 29/18 30/4 30/23
30/24 47/23 50/6 56/16 66/17 67/9 99/15
99/25 100/14 100/25 101/8 101/18 109/2
122/23 126/24 126/25 140/4 152/13 152/16
152/16 152/17 153/8 153/16 157/11 160/20
166/12
**person's** [2] 14/8 47/11
**personal** [4] 26/17 45/10 132/6 141/17
**personality** [1] 19/1
**personally** [4] 45/9 86/9 140/4 141/12
**perspective** [2] 48/18 144/3
**pertains** [1] 21/21
**philosophy** [1] 166/23
**phone** [4] 113/21 114/13 116/13 143/19
**phrase** [1] 128/1
**physically** [1] 149/1
**picked** [1] 18/1
**place** [3] 73/13 105/4 121/21
**plaintiff** [3] 1/10 2/2 11/11
**plan** [1] 167/17
**plate** [1] 144/4
**play** [1] 150/9
**playground** [1] 153/19
**please** [36] 32/11 38/16 41/4 49/4 54/8 57/14
63/14 64/3 65/23 69/16 71/25 74/9 79/9 83/8
84/25 88/2 91/1 93/6 96/20 102/24 105/20
108/4 109/25 114/21 115/6 118/5 131/25
134/20 137/22 142/1 147/18 150/21 154/15
155/21 158/6 161/19
**plenty** [2] 38/1 165/8
**plexiglass** [4] 20/9 25/14 59/16 64/14
**plus** [2] 30/19 162/22
**point** [33] 8/1 8/14 41/24 48/18 82/9 90/21
103/5 118/9 130/20 135/4 135/5 144/6 165/9
**pointed** [1] 17/7
**points** [2] 40/7 40/9
**police** [2] 30/16 30/17
**political** [4] 34/22 37/20 87/6 107/16
**poorly** [2] 37/19 98/15
**popped** [1] 113/21
**porn** [4] 50/2 50/21 52/12 53/2
**portion** [2] 43/8 144/17 145/16
**portions** [1] 7/11
**portrayed** [1] 53/19
**position** [6] 10/13 10/18 43/17 58/2 58/7
166/18
**positive** [6] 45/22 57/3 84/14 141/18 146/2
160/1
**positively** [1] 38/4
**possible** [6] 41/21 71/11 95/12 122/13 134/15
166/23
**possibly** [2] 45/7 160/17
**Post** [1] 52/24
**posted** [1] 156/16
**posting** [1] 156/15
**potential** [3] 10/7 166/18 167/5
**potentially** [3] 47/12 48/12 167/12
**practical** [1] 12/22
**practice** [4] 4/14 19/22 47/2 94/11
**practiced** [1] 136/23
**precise** [1] 73/2
**precisely** [1] 6/19
**preconditioning** [1] 165/2
**preference** [1] 167/12
**prejudging** [1] 139/12
**prejudice** [2] 12/9 35/4 41/21 165/4
**prejudiced** [2] 35/7 162/10
**prepared** [45] 12/5 20/10 25/17 32/21 39/2
40/10 44/8 49/12 54/25 59/22 62/17 64/18
66/6 66/7 70/2 72/9 74/20 79/23 83/17 85/8
88/10 91/12 93/20 97/3 104/4 108/10 108/13
110/9 112/24 115/7 118/16 120/14 125/14
132/17 132/19 135/21 135/23 138/9 142/10
142/12 148/8 151/13 155/22 158/16 158/18
**presence** [1] 164/6
**present** [4] 4/2 4/9 8/9 130/1
**presented** [15] 10/15 36/8 48/15 61/15 76/8
78/18 86/2 102/4 102/20 129/11 129/22 140/3
140/21 141/4 152/6

**P**

preserve [20] 33/5 42/15 49/18 62/22 66/13 72/16 94/1 104/10 106/11 108/17 110/14 113/7 115/14 118/24 120/22 125/22 132/25 136/5 151/20 159/1
president [5] 55/19 58/17 144/15 144/15 161/12
PRESIDING [1] 1/8
pressing [1] 103/17
presumed [3] 81/20 129/20 130/25
pretty [13] 19/15 35/12 37/19 40/21 46/12 67/9 67/15 71/19 105/11 109/18 116/25 127/17 165/2
prevent [9] 20/12 25/19 32/24 34/18 39/3 49/15 55/3 59/24 70/4
previous [2] 80/13 113/16
previously [9] 9/18 10/6 10/9 144/25 148/23
primarily [1] 92/15
prior [4] 30/9 81/15 115/2 150/8
privacy [69] 14/14 15/4 20/12 20/15 25/19 25/23 32/24 33/5 39/3 39/7 42/11 42/15 44/9 44/15 49/14 49/19 55/2 55/7 59/24 60/3 62/20 62/22 64/22 65/1 66/9 66/14 70/4 70/8 72/16 75/2 80/2 80/6 83/24 85/16 88/19 91/15 91/18 94/1 97/7 97/11 104/7 104/10 106/8 106/11 108/17 110/14 113/2 113/7 115/10 115/14 118/24 120/18 120/22 125/22 132/25 135/25 136/5 138/12 138/17 142/15 142/20 148/10 148/15 151/15 151/20 156/1 156/7 158/21 159/1
Probable [1] 122/14
probably [25] 11/3 11/9 19/15 23/24 26/19 29/5 46/15 46/23 59/19 68/21 69/12 73/12 84/10 89/8 92/17 109/14 116/12 116/18 116/20 126/16 126/21 126/22 153/15 159/22 164/16
probed [1] 54/17
problem [4] 26/16 27/9 29/17 29/22 130/15 138/6
problems [1] 29/14
procedure [1] 156/6
procedures [3] 138/17 151/19 158/25
proceed [2] 12/16 163/12
proceeding [6] 11/12 44/8 55/1 64/19 125/15 162/11
proceedings [29] 1/15 4/25 14/20 32/22 42/10 49/13 59/23 62/12 70/3 72/10 74/21 79/24 83/18 85/9 93/21 97/4 104/5 110/9 112/25 115/8 120/15 132/18 135/13 142/11 155/23 158/17 162/12 167/24 168/9
process [3] 37/20 51/22 123/7
profession [8] 47/24 48/5 86/1 86/4 86/5 87/8 87/17 157/17
profile [2] 97/22 98/3
program [1] 47/1
prompt [1] 163/8
proof [1] 139/4
proper [2] 156/6 163/2
propose [2] 7/20 165/14
proposed [13] 4/13 5/7 6/8 7/6 7/9 7/11 7/15 8/4 8/4 8/10 8/22 9/1 9/3
prosecuting [2] 87/4 87/11
prosecution [2] 77/6 78/21
prosecutor's [1] 152/23
Prospective [81] 4/2 14/22 19/10 20/5 25/2 25/12 32/12 32/18 38/17 38/22 41/5 42/4 44/2 44/4 49/5 49/9 54/9 54/21 57/15 59/3 62/3 62/14 64/4 64/8 65/24 66/3 69/17 69/23 72/1 72/6 74/10 74/14 79/1 79/18 83/9 83/14 85/1 85/5 88/3 88/7 91/2 91/10 93/7 93/12 96/21 96/25 102/25 104/1 105/21 106/2 108/5 108/9 110/1 110/5 112/15 112/21 114/22 115/5 118/7 118/12 120/7 120/11 125/8 129/12 132/1 132/11 134/21 135/15 137/23 138/3 142/2 142/6 147/22 148/4 150/23 151/8 155/13 155/18 158/7 158/13 161/20
protect [22] 20/15 27/17 27/19 39/7 44/14 44/15 55/7 60/3 65/1 75/2 80/5 83/24 85/16 88/19 91/15 91/17 117/15 138/11 138/17

**Q**

142/20 151/15 156/7
protecting [1] 156/1
protection [3] 80/2 83/20 85/12
prove [7] 81/22 96/9 125/25 130/21 131/2 131/11 131/16
proved [3] 32/6 96/11 153/20
proven [4] 6/12 126/25 129/23 147/6
proves [3] 81/24 96/8 128/13
proving [1] 129/24 131/20
proximity [1] 143/18
public [55] 9/21 9/24 10/1 15/4 15/5 20/12 25/19 32/23 42/11 42/12 44/13 45/18 49/14 55/2 55/3 59/24 70/4 72/11 74/23 79/25 80/1 83/20 85/11 88/13 93/22 97/5 97/6 104/6 104/7 106/7 108/14 110/11 113/1 113/2 115/10 118/18 120/16 127/16 125/16 125/18 132/20 132/21 135/24 135/25 138/9 142/13 151/2 151/14 151/14 155/25 155/25 158/19 158/20 166/11 166/14
publications [2] 92/3 92/15
publicity [5] 41/22 50/3 50/18 52/5 162/11
publicly [14] 39/2 74/22 83/19 85/11 88/11 88/12 91/13 110/10 115/9 115/9 118/17 138/10 142/12 148/9
published [1] 32/25
pull [2] 95/10 162/20
pumping [1] 8/17
purchase [1] 82/25
purchased [1] 119/8
pure [1] 19/18
purpose [3] 6/6 21/11 41/19
purposely [1] 106/24
purposes [3] 11/18 15/7 21/9
pursuant [1] 168/6
pursuing [1] 165/8
pursuit [1] 15/16
put [66] 6/2 12/14 15/5 21/8 31/7 36/6 37/12 38/12 38/14 50/16 54/16 54/18 57/7 60/23 61/13 61/20 61/22 64/21 66/8 67/3 67/24 68/23 69/4 72/11 74/23 76/22 78/16 80/1 82/3 83/19 85/11 86/1 86/20 86/24 87/20 88/12 89/7 91/14 93/22 97/6 99/3 100/20 100/20 103/23 106/7 108/14 110/10 111/21 111/22 113/1 113/2 115/8 115/9 118/18 120/17 125/18 129/14 132/21 133/12 135/25 136/17 137/14 138/10 142/13 152/5 155/24
putting [2] 55/3 59/24

**Q**

qualified [2] 45/25 48/4
qualifies [1] 99/23
quantity [1] 47/24
quarter [1] 167/15
question [88] 16/22 20/22 21/19 22/4 26/6 31/20 32/8 33/9 34/2 35/6 36/4 36/16 37/5 39/14 46/3 49/23 50/20 55/13 57/23 58/14 58/20 58/24 60/9 63/2 66/23 67/2 71/1 72/24 73/17 75/9 80/10 84/4 85/23 86/19 87/7 88/25 90/7 92/12 94/8 95/2 97/19 98/22 104/15 105/5 106/16 107/5 108/3 108/24 110/19 110/21 110/25 112/4 113/12 115/22 115/24 117/8 119/6 119/22 121/4 123/5 123/9 124/11 126/4 127/2 127/19 128/12 129/19 130/5 130/19 133/7 138/21 139/17 141/1 141/14 145/6 152/2 153/19 154/17 156/13 156/14 157/2 159/16 160/11 160/15 161/10 163/10 164/21 165/23
questionnaire [52] 15/13 17/25 20/21 26/5 33/9 35/6 39/13 46/20 49/23 55/14 60/10 63/2 65/4 66/22 70/16 72/23 75/8 77/6 80/9 80/19 84/3 85/22 86/24 88/24 91/25 92/10 94/7 97/18 104/16 106/17 108/24 109/16 110/20 112/3 113/12 115/21 121/3 126/3 128/3 131/15 133/6 136/10 138/20 142/24 152/1 152/21 156/12 159/6 162/1 162/9 164/19
questionnaires [1] 13/6
questions [45] 18/5 23/25 24/9 28/19 31/17 36/2 36/17 57/10 65/5 65/19 66/22 70/15 72/13 84/23 87/25 90/24 93/4 96/18 109/22

**R**

114/18 118/1 120/3 129/7 130/18 136/11 137/10 138/2 142/24 145/4 151/6 152/20 154/13 158/3 158/4 159/7 161/15 161/16 163/5 163/11 163/23 165/16 165/18 165/21 165/25 166/2
quick [5] 61/19 89/11 90/17
quite [5] 8/23 89/17
quotations [2] 167/7 167/8
quote [2] 97/22 127/13
quotes [2] 97/22 127/14

**R**

radio [3] 90/16 159/22 159/22
rags [1] 52/16
raise [1] 30/21
rarely [1] 166/25
rather [4] 25/22 46/22 71/12 96/11
reaching [1] 130/8
reaction [1] 38/6
read [61] 8/3 9/9 19/21 20/23 35/9 36/3 36/5 39/14 39/16 39/24 40/3 40/5 40/7 40/9 45/1 45/3 46/9 46/22 49/24 52/8 55/14 55/23 56/11 56/14 57/2 57/7 58/20 60/11 63/3 66/16 66/23 67/19 70/16 72/24 84/4 89/1 92/1 94/9 97/20 106/17 107/6 108/25 109/8 113/13 113/23 115/23 121/24 122/2 122/3 125/17 126/5 126/15 129/7 129/8 138/22 139/8 145/19 152/3 159/8 159/11 160/11
reader [1] 92/18
reading [5] 15/14 33/20 44/25 73/24 129/4
reads [1] 123/9
Reagan [1] 2/10
realized [1] 93/17
really [17] 6/3 34/25 38/12 56/24 73/6 84/16 86/12 89/7 92/7 92/17 98/2 116/3 140/3 145/8 145/14 160/24 161/10
reason [39] 7/25 21/8 35/7 36/18 39/4 49/16 52/1 52/2 55/5 59/25 64/23 70/5 72/12 74/24 80/2 83/21 85/13 88/13 93/23 97/8 103/6 103/14 103/19 104/8 108/15 110/11 113/4 118/19 120/19 125/19 127/12 127/20 132/22 138/13 139/1 142/16 151/16 156/3 158/22
reasonable [7] 81/24 122/22 128/13 129/23 129/24 131/3 153/21
reasons [6] 10/18 42/11 44/9 70/4 113/3 136/1
recall [25] 16/16 16/19 29/9 45/6 45/8 45/17 46/13 46/17 53/10 56/4 63/20 71/14 73/8 73/22 89/3 89/24 90/1 92/19 98/9 106/20 107/8 116/21 122/5 144/10 159/13
receive [4] 8/19 11/20 143/6 143/7
received [1] 45/9
recent [3] 56/4 89/17 144/22
recently [4] 42/1 89/15 106/19 114/8
recess [4] 13/15 14/19 62/11 135/12
recitation [1] 64/20
recognize [2] 16/7 40/8
recollection [8] 16/11 34/14 34/16 74/3 107/3 116/5 116/25 117/7
recommended [1] 9/22
record [18] 10/14 13/7 64/21 113/1 113/2 118/18 125/16 125/18 132/20 132/21 135/24 150/25 151/11 151/15 155/25 156/1 158/19 158/20
redacted [1] 13/21
reduce [1] 47/10
refer [9] 15/2 33/2 44/11 72/12 106/9 113/4 118/19 120/19 132/22
reference [1] 71/14
referred [2] 93/23 107/20
referring [1] 115/11
regard [7] 5/18 43/14 52/12 58/3 58/14 162/11 166/7
regarding [3] 16/23 17/7 115/25
regardless [1] 10/2
regards [1] 87/3
Register [3] 39/16 39/18 40/10
regular [3] 29/5 29/23 143/24
regularly [1] 144/8

**R**

**regulations** [1] 168/11
**rejecting** [1] 167/9
**relate** [1] 127/21
**related** [3] 36/25 102/9 156/18
**relation** [1] 165/6
**relationship** [2] 6/17 67/13
**relevance** [1] 6/19
**relevant** [2] 100/24 101/6
**rely** [1] 166/23
**remark** [1] 103/22
**remarkable** [1] 8/17
**remember** [43] 27/23 33/22 39/22 39/25
40/12 40/20 46/5 46/7 46/8 46/9 50/22 55/17
56/23 63/4 63/10 63/16 65/9 65/12 70/23
70/25 71/1 71/6 73/1 73/6 73/7 73/24 89/9
89/18 92/5 102/16 107/1 107/1 107/10 107/18
107/19 109/7 113/18 116/4 119/11 119/13
139/22 143/3 159/17
**remembered** [2] 63/9 73/4
**remembering** [1] 92/4
**remove** [2] 10/17 165/18
**removing** [1] 165/11
**renew** [1] 166/19
**repeat** [4] 9/19 10/4 10/5 110/25
**repeated** [2] 116/5 131/10
**replaced** [1] 13/21
**report** [2] 22/2 154/23
**reported** [1] 168/8
**reporter** [5] 59/21 64/16 106/5 138/9 168/16
**REPORTER'S** [1] 1/15
**reports** [3] 53/19 97/21 98/3
**represent** [2] 52/5 117/11
**representation** [2] 34/7 50/2
**represented** [3] 33/11 45/6 50/21
**representing** [7] 19/4 45/16 106/19 144/14
144/20 146/13 160/14
**represents** [2] 117/20 140/5
**request** [2] 20/2 25/9 132/9
**require** [1] 15/5
**required** [4] 41/3 88/18 130/1 166/1
**reserving** [1] 11/4
**respect** [2] 70/8 163/3
**responded** [2] 55/15 123/7 123/11
**response** [9] 18/2 19/17 33/9 80/10 106/16
117/10 121/20 136/15 157/2
**responsibility** [2] 139/20 140/24
**rests** [1] 129/24
**result** [1] 162/10
**resume** [1] 13/5
**resumed** [3] 14/20 62/12 135/13
**retired** [1] 149/11
**returning** [2] 41/10 155/14
**revealed** [1] 13/18
**review** [1] 7/12
**reviewed** [1] 10/22
**reviewing** [1] 9/12
**Rich** [1] 145/21
**right** [74] 5/22 6/1 11/4 12/15 16/20 21/17
21/18 26/24 27/23 31/5 32/4 33/16 35/13 47/7
47/8 47/8 47/11 48/9 51/12 52/2 52/4 52/22 52/6
52/10 52/18 53/4 53/16 53/23 56/18 60/14
60/20 60/21 61/4 63/12 67/19 68/18 75/20
76/2 76/18 78/1 78/5 78/6 81/10 81/20 82/18
87/10 98/6 100/6 100/8 104/24 105/14 107/18
111/7 111/8 121/25 122/8 122/17 122/18
124/5 128/10 131/11 133/23 139/13 141/20
144/8 146/18 146/23 149/14 149/20 149/25
154/1 154/2 154/6 154/9 155/10
**rights** [32] 55/8 60/3 70/8 72/17 75/2 80/6
83/24 85/17 88/19 91/15 94/1 97/12 104/10
106/11 108/18 110/14 113/7 115/14 117/16
118/24 120/23 125/22 132/25 136/5 138/12
138/17 142/20 148/15 151/20 156/7
159/1
**role** [1] 150/9
**Ronald** [1] 2/10
**room** [56] 19/8 24/25 29/18 32/11 41/4 43/19
48/12 48/22 49/4 50/11 54/8 57/14 60/13 62/2

64/2 65/23 67/1 69/16 71/25 74/8 79/8 83/8
84/20 87/15 89/20 95/3 96/3 96/7 100/3
100/16 102/24 105/20 108/3 109/25 111/22
112/14 114/21 118/5 120/5 125/5 131/25
134/6 134/20 137/4 137/21 140/17 142/1
147/18 150/21 154/15 157/24 158/6 161/19
162/18 162/24
**RPR** [1] 1/19
**rub** [1] 60/14
**rude** [36] 20/14 33/4 39/6 42/14 44/14 49/17
55/7 60/2 62/21 66/13 70/7 72/15 74/25 80/4
83/22 85/15 88/17 91/16 92/5 97/10 104/9
106/10 108/16 110/13 113/6 115/13 118/23
120/21 125/20 132/24 136/3 138/16 148/13
151/18 156/5 158/25
**rudeness** [1] 142/19
**rule** [2] 95/9 130/10
**rules** [12] 5/20 14/14 39/3 64/25 95/4 95/8
103/17 130/3 130/14 132/7 132/8 148/14
**ruling** [1] 166/20
**running** [1] 94/23

**S**

**SACR** [1] 1/11 4/3
**SACR-19-00061-JVS** [2] 1/11 4/3
**SAGEL** [10] 2/9 4/5 17/17 28/14 35/23 41/1
81/13 129/2 134/17 150/4
**said** [72] 5/14 12/3 14/8 15/15 16/7 22/6
24/13 27/5 27/6 27/23 30/3 30/6 31/3 33/11
36/4 36/19 37/6 37/14 48/9 50/21 54/12 54/13
54/15 54/16 54/18 56/15 57/20 57/21 57/24
57/25 62/18 64/20 65/7 70/20 70/25 77/18
79/24 81/19 85/10 87/11 88/11 90/7 91/13
97/4 99/13 99/24 102/19 103/11 104/5 105/11
107/13 109/6 110/9 112/4 112/25 114/11
118/16 120/15 125/15 127/13 129/7 129/12
129/20 130/3 132/19 139/8 142/11 150/25
153/23 159/11 160/16 160/23
**sake** [1] 14/6
**sales** [1] 67/12
**same** [4] 4/16 37/22 48/24 76/21 96/14 101/2
103/3 150/13 165/22
**San** [1] 2/15
**Santa** [1] 1/16 1/20 2/11 4/1 121/16
**saw** [10] 66/25 70/18 71/8 71/12 90/5 92/15
109/9 116/9 116/19 160/12
**say** [47] 7/22 8/8 19/17 23/4 26/18 26/21
28/10 29/7 31/15 34/8 35/11 38/8 46/4 47/12
53/13 54/12 58/21 67/22 68/5 68/8 68/12
76/24 83/4 86/14 98/19 103/22 123/21 127/23
130/20 131/14 138/4 140/13 140/20 141/5
143/14 145/12 146/25 147/4 152/8 152/24
155/8 159/21 159/25 161/3 161/5 164/11
164/17
**saying** [11] 14/10 21/4 21/24 23/9 46/14 54/2
101/16 108/12 130/15 152/17 158/18
**says** [8] 6/9 7/2 25/18 34/2 36/17 50/1 131/19
155/23
**scales** [1] 123/2
**scam** [5] 26/18 27/22 27/24 28/3 46/5
**scandal** [1] 24/17
**scheme** [2] 6/13 6/15
**school** [5] 48/1 48/2 48/3 133/21 134/10
**scratch** [1] 45/5
**scratched** [1] 27/3
**screen** [1] 59/16
**se** [2] 40/1 56/25
**seal** [2] 13/7 13/10
**search** [3] 114/11 114/16 114/17
**searching** [1] 114/12
**seat** [2] 164/3 164/4
**seated** [3] 41/25 115/6 155/21
**seats** [2] 119/9 164/12
**second** [8] 43/20 110/21 117/8 124/10 145/16
156/14 157/3 165/9
**Section** [2] 2/6 168/6
**secure** [1] 45/20
**see** [21] 7/25 10/8 21/21 23/21 29/20 30/14
30/15 30/18 33/25 36/23 37/18 37/24 48/24

59/14 68/21 71/10 104/20 111/5 141/8 145/2
136/16
**seeing** [7] 15/14 18/24 60/25 65/7 71/1 84/20
136/16
**seem** [7] 46/13 54/12 58/5 105/9 128/18
130/15 147/7
**seemed** [4] 45/24 60/15 103/2 130/20
**seems** [5] 85/25 101/8 131/14 138/25 145/9
**seen** [48] 18/15 18/22 34/21 36/5 39/14 40/5
45/2 45/3 46/10 49/24 53/9 53/18 55/14 55/23
57/2 57/7 58/21 60/11 63/3 65/6 66/24 70/17
72/24 80/11 84/4 84/8 89/1 92/2 92/16 94/9
94/13 94/15 94/17 97/20 106/17 107/6 108/25
113/14 115/23 126/5 129/8 138/22 139/4
139/4 152/3 159/8 160/8 160/12
**SEFFENS** [9] 1/19 59/20 108/11 132/18 138/8
151/12 158/17 168/15 168/16
**selected** [5] 96/1 99/8 137/2 140/16 157/22
**SELECTION** [1] 3/4
**self** [1] 101/8
**self-evident** [1] 101/8
**SELNA** [3] 1/8 61/13 78/15
**sense** [1] 53/1
**sent** [6] 4/22 7/16 10/25 11/1 11/8 11/16
**sentence** [6] 6/22 6/25 7/2 7/7 127/17 128/8
**separate** [2] 50/13 56/17 78/23
**separately** [1] 45/17
**separation** [1] 79/2
**serve** [4] 12/25 82/3 114/3 127/17
**served** [1] 29/10
**service** [3] 17/20 21/6 44/1
**session** [4] 66/7 108/11 135/22 138/8
**set** [6] 5/11 28/25 36/12 54/15 102/3 163/22
**sets** [1] 146/12
**setting** [1] 10/1
**settings** [3] 9/21 9/24 166/14
**seven** [5] 59/20 64/15 135/4 135/10 164/13
**seven feet** [1] 64/15
**several** [9] 18/19 24/17 41/14 68/21 80/18
84/9 92/24 126/16 150/12
**severed** [1] 103/11
**shake** [1] 60/16
**share** [2] 131/15 166/22
**SHARON** [3] 1/19 168/15 168/16
**she** [16] 32/16 43/6 43/7 43/8 45/9 62/5 79/14
79/16 82/25 83/1 132/7 132/7 151/1 151/4
151/4 155/14
**shortcut** [1] 22/6
**should** [21] 9/9 10/19 14/8 22/14 22/17 22/24
23/19 26/14 35/20 46/24 58/9 76/7 100/19
101/2 103/6 105/9 128/23 137/1 140/7 163/9
166/13
**shouldn't** [3] 13/18 23/18 26/15
**show** [1] 53/6
**showing** [1] 19/18
**shown** [1] 157/8
**shows** [2] 87/12 136/24
**sic** [1] 55/19
**side** [6] 61/20 77/4 144/4 146/1 146/23
162/20
**sidebar** [1] 164/1
**sides** [2] 48/22 144/5
**sign** [2] 45/10 118/22
**signed** [2] 11/12 124/8
**significant** [1] 47/24
**similar** [2] 27/4 90/12
**simply** [27] 7/12 14/14 49/18 64/25 66/13
72/16 75/1 94/1 98/24 99/23 108/17 110/14
118/23 120/22 121/7 127/4 133/10 136/4
136/14 138/16 139/19 142/19 151/4 151/19
156/6 166/10 167/16
**since** [20] 8/21 11/1 15/22 39/21 40/2 42/22
84/6 94/12 105/9 109/3 113/17 116/1 116/17
126/8 126/18 126/19 129/12 136/15 136/23
149/14
**single** [1] 144/2
**singling** [2] 95/22 95/25
**sir** [105] 14/23 15/12 18/9 20/6 20/8 20/10
20/19 24/13 24/24 32/19 33/9 37/11 38/4

**S**

**sir...** [92] 38/15 44/5 44/20 44/23 49/3 49/10 49/23 54/1 54/7 54/22 55/13 56/6 57/13 64/9 65/4 65/22 66/4 66/19 68/15 69/8 69/15 69/24 70/13 71/24 77/8 79/19 80/9 83/7 83/15 84/3 84/24 85/6 85/20 88/1 91/24 93/13 94/5 96/19 97/1 97/16 102/15 102/23 102/23 104/2 104/13 105/19 108/10 108/21 109/24 110/6 110/8 111/24 112/8 112/13 112/22 113/10 114/10 114/20 115/6 115/19 118/4 118/13 118/15 119/3 119/14 120/5 120/12 120/14 121/1 123/5 123/20 124/9 124/20 125/1 125/4 138/4 138/20 141/25 142/7 142/21 142/24 143/23 144/1 144/9 145/18 146/4 146/19 147/17 147/19 156/12 156/17 158/5 159/2
**sister** [1] 82/25
**sit** [8] 40/13 84/19 126/21 128/14 131/18 154/1 161/1 165/17
**sites** [1] 53/23
**sits** [2] 22/13 130/25
**sitting** [3] 165/13 165/16 165/19
**situation** [10] 34/18 35/10 52/13 75/16 104/20 104/23 105/3 141/17 141/18 165/10
**situations** [2] 75/13 75/14
**six** [2] 64/15 164/9
**skim** [1] 111/8
**skimming** [1] 107/14
**skip** [2] 33/25 68/4
**slate** [2] 122/18 134/13
**smart** [1] 48/4
**Smartphones** [1] 46/12
**so** [205]
**social** [9] 10/1 20/24 21/5 21/6 21/8 21/11 71/12 156/13 156/15
**society** [1] 87/5
**sole** [1] 7/8
**solely** [5] 86/2 86/21 87/21 129/11 129/21
**solid** [2] 37/19 69/12
**some** [50] 4/21 8/23 10/23 15/21 23/25 28/5 28/8 32/1 32/2 32/25 33/12 37/14 37/15 40/7 40/8 40/15 44/25 45/9 45/11 45/19 46/24 47/4 57/18 69/12 73/22 76/25 80/14 82/8 82/24 86/11 87/2 92/22 95/22 96/11 101/23 109/1 116/12 117/14 128/19 139/1 140/5 141/8 157/18 161/6 162/2 162/17 162/18 162/23 165/4 165/13
**somebody** [3] 37/16 95/16 123/6
**somehow** [2] 111/17 140/12
**someone** [10] 9/16 15/19 50/17 67/5 86/17 87/17 101/16 102/2 111/5 111/5
**someone's** [1] 144/3
**something** [45] 15/20 21/21 22/11 27/21 30/7 34/22 40/9 42/18 46/25 55/23 58/21 61/3 76/6 76/20 76/22 86/22 87/5 94/24 95/10 95/16 102/9 106/19 107/8 107/23 107/24 109/11 111/6 116/12 121/9 121/21 122/4 122/11 122/16 129/12 136/24 139/22 143/11 147/8 149/9 149/9 152/9 152/18 152/25 157/24 160/6
**sometimes** [1] 117/15
**somewhat** [1] 100/3
**somewhere** [1] 45/12
**sorry** [8] 6/24 98/12 98/19 109/15 110/24 122/2 155/16 163/18
**sort** [17] 7/13 57/3 73/14 73/25 95/22 128/8 139/1 140/11 141/8 154/6 157/18
**sound** [2] 98/6 136/17
**sounds** [6] 24/20 31/10 37/25 55/22 58/20 63/5
**source** [9] 52/13 71/10 73/8 89/7 90/17 98/8 109/13 116/10 119/15
**sources** [6] 52/15 56/7 56/12 90/6 90/10 90/13
**SOUTHERN** [1] 1/6
**speak** [2] 5/25 48/23
**speaking** [3] 101/19 103/12 117/10
**special** [3] 140/12 166/25 166/25
**specialized** [1] 101/23
**specialty** [2] 21/6 101/25

**specific** [7] 33/23 40/18 89/7 90/2 90/2 102/20 111/12
**specifically** [2] 28/8 111/15
**specifics** [2] 24/21 92/17
**spectrum** [1] 101/22
**speculation** [1] 19/18
**spend** [2] 165/5 165/20
**split** [1] 43/7
**spoke** [2] 17/18 45/25
**spoken** [1] 48/15
**spot** [1] 48/9
**spots** [1] 80/18
**Spring** [1] 2/7
**squarely** [1] 103/22
**stand** [4] 9/15 14/5 23/20 38/15
**standard** [16] 22/14 22/17 25/6 76/17 95/14 95/23 103/4 121/19 127/9 134/1 134/9 137/5 137/12 140/1 147/2 164/8
**star** [4] 50/2 50/21 52/12 53/2
**start** [9] 15/12 111/18 126/12 149/1 149/2 162/14 162/14 163/21 167/14
**starting** [2] 12/17 99/4
**starts** [1] 76/5
**state** [7] 5/19 11/9 11/12 11/22 103/17 154/20 154/25
**stated** [3] 10/18 16/22 124/25
**statement** [9] 51/11 51/12 51/15 80/21 81/6 99/16 101/4 117/1 167/2
**statements** [3] 6/14 11/23 167/11
**STATES** [12] 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/4 4/6 168/7 168/11
**stations** [1] 109/16
**status** [1] 10/3
**stay** [1] 107/15
**stayed** [1] 30/12
**steals** [1] 86/17
**stenographically** [2] 135/22 168/8
**step** [2] 103/22 104/10
**Stephanie** [1] 15/15 16/10 18/20
**steps** [13] 33/5 48/4 75/1 88/18 106/11 113/6 115/14 117/3 118/23 120/22 125/21 132/25 136/4
**stereotype** [1] 157/13
**STEWARD** [68] 2/14 2/14 4/8 4/17 9/18 11/1 12/18 15/10 20/18 23/25 25/3 26/1 32/13 33/7 37/10 39/9 43/13 43/23 44/18 49/21 53/25 54/10 55/11 57/21 58/11 60/5 62/23 65/2 66/17 73/7 75/4 79/6 80/7 84/1 85/18 88/20 91/21 94/3 96/22 97/14 103/14 104/11 105/22 106/12 108/19 110/15 113/8 115/17 119/1 120/24 125/24 132/3 133/2 134/25 136/6 138/18 142/3 142/22 147/23 148/16 151/22 152/25 156/10 159/4 161/21 166/16
**stick** [1] 137/8
**still** [15] 9/2 18/3 36/9 45/19 80/23 121/18 121/22 123/20 124/21 129/14 130/3 130/11 147/6 153/7 153/8
**stipulate** [9] 32/15 43/21 62/6 83/10 114/25 134/23 135/1 148/1 158/10
**stipulated** [1] 11/11
**stipulation** [1] 12/11
**stipulations** [1] 11/10 12/8
**stood** [1] 130/20
**stories** [2] 45/9 55/21
**Stormy** [14] 33/11 36/3 45/6 55/19 55/24 56/17 58/16 63/11 63/17 73/1 84/6 106/19 144/14 144/14
**story** [3] 35/17 58/18 145/5
**strain** [1] 166/10
**strategy** [1] 165/8
**street** [5] 1/20 2/7 2/11 149/5 155/1
**strike** [3] 54/11 99/15 112/16
**strong** [1] 81/5
**strongly** [2] 42/17 38/7
**studies** [1] 47/1
**study** [1] 47/4
**stuff** [5] 11/25 21/7 34/10 35/15 144/13
**styles** [1] 30/21

**submit** [3] 25/6 38/18 103/4
**submitted** [1] 19/22
**subsequently** [1] 12/10
**succeed** [1] 48/2
**successful** [1] 46/2
**such** [1] 111/20
**sudden** [2] 121/18 154/24
**sue** [8] 47/7 47/11 47/15 51/4 51/19 87/5 105/6 127/3
**sued** [3] 159/14 160/3 161/12
**sues** [10] 22/5 26/7 75/10 87/8 87/13 95/3 98/22 121/5 133/8 136/12
**sufficient** [4] 12/7 25/9 54/18 79/13
**suggest** [1] 79/13
**suggesting** [1] 163/8
**suggestion** [2] 5/24 165/24
**suing** [7] 65/13 65/16 126/9 126/13 126/17 160/14 160/20
**Suite** [1] 1/20 2/11 2/15
**sum** [1] 47/14
**summary** [8] 12/2 12/3 40/3 56/24 100/5 121/24 138/25 139/7
**summoned** [2] 154/17 154/18
**Super** [4] 24/17 46/4 46/18 119/7
**supervisor** [1] 151/4
**supposed** [1] 92/23
**Supreme** [1] 35/15
**sure** [26] 13/4 13/12 15/21 18/7 22/16 26/21 38/2 39/15 62/9 63/12 64/13 86/8 92/11 94/11 94/22 103/21 111/1 111/1 123/8 123/15 125/13 143/2 148/7 148/22 150/22 154/16
**suspect** [1] 5/5
**swayed** [1] 69/13
**swipe** [1] 21/23
**switch** [1] 67/5
**switching** [1] 67/20
**system** [1] 22/7

**T**

**take** [31] 4/12 8/13 9/7 10/19 13/17 23/18 31/13 34/24 41/18 77/22 78/21 86/8 87/14 118/23 120/22 124/17 124/19 125/21 135/3 135/6 136/25 156/8 163/5 163/9 163/25 164/15 165/25 166/1 166/6 166/8 167/16
**taken** [17] 7/6 14/19 62/11 85/10 91/13 93/21 110/10 112/25 115/8 120/15 125/15 135/12 135/22 138/8 142/11 148/8 155/23
**taking** [27] 19/4 25/13 33/5 38/24 42/6 59/6 64/11 74/15 79/21 88/18 93/15 104/9 106/5 106/10 108/11 116/3 115/13 125/12 125/21 132/15 132/18 132/25 135/18 136/4 138/5 151/12 158/17
**talk** [84] 34/16 89/12 164/18
**talked** [2] 28/2 122/4
**talking** [6] 19/22 39/17 68/17 75/14 143/13 143/18
**talks** [1] 113/13
**taste** [1] 87/4
**tax** [1] 103/11
**taxes** [1] 102/21
**Taylor** [2] 149/6 149/16
**team** [3] 77/7 78/21 78/25
**technicalities** [1] 134/10
**technician** [1] 11/24
**television** [3] 159/23 160/8 160/13
**tell** [22] 10/16 14/12 16/1 16/14 27/3 28/25 30/2 31/12 31/14 38/11 45/3 67/7 102/15 114/1 117/12 121/10 126/11 133/14 136/20 139/24 143/2 160/6
**telling** [2] 14/7 139/12
**tells** [1] 87/21
**temporary** [1] 149/4
**ten** [1] 164/9
**tendered** [1] 9/4
**tentative** [3] 7/16 7/23 8/1
**terms** [2] 140/9 155/6
**tested** [1] 124/9
**testify** [4] 12/6 130/6 130/7 153/2
**testimony** [5] 29/2 36/13 82/20 96/7 129/16

**T**

**Texas [1]** 119/8

**than [40]** 5/10 22/24 25/22 27/13 40/18 45/24 46/22 47/13 55/17 63/6 63/16 65/9 65/14 71/12 74/2 84/19 96/11 99/3 99/6 99/14 99/25 100/12 100/25 101/7 109/5 119/13 123/17 127/9 134/1 143/3 144/19 144/24 145/5 146/7 150/17 153/8 153/15 153/16 160/2 165/22

**thank [130]** 12/21 13/2 13/11 14/15 15/11 17/15 19/7 20/9 23/15 24/22 25/16 26/2 26/23 28/12 30/25 31/16 32/10 33/8 34/23 34/24 35/21 38/3 38/15 38/19 39/1 39/8 39/10 40/24 41/3 41/7 42/23 43/24 43/25 44/19 49/3 49/2 49/22 54/6 55/12 57/12 60/6 61/6 61/25 62/1 62/10 62/24 63/13 63/23 65/3 66/18 68/13 70/12 71/23 72/20 74/5 74/7 74/18 75/5 77/12 77/13 77/15 79/10 79/16 80/8 81/14 83/6 83/11 83/25 84/2 85/19 87/23 88/2 88/21 90/22 91/4 91/19 91/22 93/10 93/19 94/4 97/15 101/9 101/12 102/22 104/12 106/13 108/20 110/16 112/13 113/9 114/20 115/16 115/18 118/3 118/6 119/2 120/4 120/6 120/25 125/25 128/25 129/5 131/7 131/23 132/1 133/3 134/19 136/7 137/17 138/7 138/19 141/22 142/23 147/20 147/21 148/17 150/15 150/20 151/23 154/11 154/14 155/11 155/12 156/10 156/11 156/20 159/5 161/19 166/15 167/23

**Thanks [1]** 13/13

**that [861]**

**that's [105]** 4/19 5/13 5/14 6/22 10/9 14/3 14/3 14/5 14/17 15/9 15/22 15/25 16/18 16/21 18/17 19/18 21/8 21/22 22/18 23/3 23/12 25/9 30/24 33/3 34/5 34/10 34/15 34/22 34/23 36/10 40/1 40/21 44/12 44/13 46/11 46/12 46/13 46/15 48/16 54/18 55/20 56/17 57/24 58/18 64/20 67/25 71/7 71/18 73/6 76/8 78/21 87/16 90/16 91/5 91/12 93/2 94/24 95/20 101/24 103/11 103/15 105/11 107/2 109/7 110/9 111/5 111/6 115/1 115/24 116/18 117/16 120/9 122/7 123/7 123/15 125/15 131/5 131/21 132/16 133/24 135/1 135/2 135/23 135/24 140/3 140/22 143/1 143/12 143/24 144/15 144/20 144/25 146/1 146/14 151/2 152/17 153/22 153/23 154/25 155/2 161/9 161/14 161/24 164/3 164/25

**their [23]** 7/22 10/23 13/20 14/9 14/10 14/11 52/6 90/21 96/9 100/21 147/6 151/15 163/5 163/9 164/20 165/12 165/19 166/2 166/6 166/7 166/8 167/4 167/4

**theirs [1]** 155/7

**them [31]** 5/25 7/16 9/17 11/5 14/4 14/9 14/13 17/8 29/25 30/1 30/2 30/8 30/17 37/24 69/10 84/11 87/5 95/1 95/5 103/3 121/18 121/18 121/21 121/22 132/8 144/11 145/21 163/8 163/25 164/11 164/16

**then [43]** 4/21 5/24 7/13 7/17 13/15 15/22 21/1 23/4 27/3 29/21 32/2 47/17 48/3 48/23 51/10 55/20 67/2 68/3 73/17 88/11 95/11 95/17 97/21 98/4 103/9 104/5 119/12 126/25 127/17 128/6 130/24 131/11 138/24 143/18 153/15 153/23 154/18 154/24 160/15 163/24 164/12 164/13 166/4

**there [94]** 5/9 5/14 5/24 7/10 11/8 11/12 11/15 12/2 12/6 12/10 13/24 13/24 19/18 20/9 21/1 21/3 21/8 22/11 22/14 24/3 26/24 30/1 30/11 33/25 35/6 35/9 35/16 35/16 36/12 36/17 40/13 43/4 45/12 45/19 46/5 46/24 47/8 47/9 47/23 69/11 71/5 73/25 84/19 85/23 92/21 95/15 105/8 114/15 115/22 116/17 119/7 121/16 124/2 124/5 126/8 126/9 126/16 126/19 126/21 127/11 127/19 128/14 129/19 130/25 133/7 134/7 139/1 140/11 141/18 143/18 152/2 152/9 152/12 152/18 152/23 152/23 153/14 154/1 154/15 157/14 157/16 160/5 160/6 160/9 161/1 162/19 162/25 163/25 164/2 164/22 166/9 166/25 167/15 167/16

**there's [7]** 9/9 17/3 111/13 111/14 126/18

153/10 157/13

**therefore [2]** 40/9 48/23

**these [42]** 12/16 30/18 32/22 33/5 37/13 42/10 45/1 48/3 48/4 59/22 70/3 72/10 74/21 79/23 83/18 85/8 88/18 93/20 95/1 97/4 110/9 112/24 113/6 115/7 115/14 120/15 122/17 126/18 129/4 130/2 130/13 130/13 132/17 135/7 136/4 141/19 142/11 153/1 155/22 158/16 165/13

**they [70]** 4/22 7/13 7/19 7/21 10/24 11/6 13/8 13/9 17/20 17/23 22/11 22/21 28/9 30/6 30/16 38/7 38/8 45/19 47/11 51/4 51/7 55/6 70/7 72/16 75/1 81/5 85/14 89/12 92/23 96/9 100/2 110/14 111/8 118/22 118/23 120/20 121/22 122/23 127/5 138/15 138/16 140/6 142/18 143/13 152/24 155/4 155/7 156/4 156/5 156/6 157/14 158/25 162/2 163/4 163/4 163/6 163/8 163/9 164/3 164/12 164/21 165/18 165/24 165/25 166/1 166/8 166/9 166/13 167/7 167/10

**They'll [1]** 12/18

**they're [71]** 5/23 15/2 15/3 17/5 20/14 20/14 22/10 22/19 25/22 25/23 33/4 33/4 39/6 42/14 42/14 49/17 49/18 51/23 52/2 52/4 55/6 55/7 60/2 62/21 64/24 64/25 66/12 70/7 72/15 74/25 75/11 80/4 80/4 83/22 83/23 85/15 85/16 88/17 88/18 91/16 94/1 95/16 97/9 98/24 104/9 106/9 106/10 108/16 110/13 110/13 113/5 113/5 113/6 115/13 120/21 120/21 125/20 125/20 125/21 132/24 132/24 136/3 138/15 151/18 151/18 158/24 158/24 164/16 165/15 165/16 166/2

**They've [1]** 146/6

**thing [19]** 13/1 16/10 16/10 16/15 30/22 30/22 32/2 56/11 73/14 96/8 103/12 103/12 133/23 144/13 144/16 144/25 146/2 146/2 146/3

**things [24]** 7/13 16/9 30/16 30/17 30/18 37/13 40/16 47/15 56/10 57/1 69/9 76/1 90/14 92/16 95/9 98/14 98/17 98/18 107/15 111/4 121/16 123/21 133/22 133/24

**think [120]** 5/6 6/5 6/19 8/17 9/5 9/9 10/9 10/13 12/14 12/23 13/5 13/19 20/25 22/14 22/17 22/22 22/23 23/1 23/2 23/5 23/18 25/9 27/19 27/21 29/2 30/1 30/5 30/20 31/20 32/9 35/20 36/18 37/21 38/11 39/16 43/11 46/4 46/4 47/13 47/16 47/22 47/23 50/1 50/13 52/18 54/3 56/19 58/4 58/4 58/12 61/21 61/23 61/24 68/22 69/1 69/17 70/25 75/23 75/23 75/24 77/5 84/5 86/3 94/18 94/21 95/15 95/17 95/25 96/6 96/13 101/1 103/6 103/15 104/24 105/15 107/9 109/8 109/15 111/3 111/6 111/17 111/8 111/9 111/20 116/18 119/15 119/17 122/3 122/11 123/6 126/20 127/12 127/20 127/22 128/2 131/16 136/2 137/5 137/7 139/8 140/10 140/21 141/5 150/25 152/15 153/9 153/12 157/8 157/16 159/19 159/19 162/16 164/17 164/24 165/2 165/6 165/10 166/18 167/5 167/19

**thinking [10]** 47/19 48/11 92/8 96/4 99/24 100/16 152/18 153/5 153/12 163/15

**Thirty [1]** 76/15

**this [145]** 4/15 5/4 5/12 5/16 7/5 7/19 7/20 7/21 8/1 8/16 8/17 10/19 11/6 13/4 13/7 13/10 13/14 14/7 15/1 15/4 15/13 16/4 16/7 20/10 20/25 21/21 22/15 23/5 23/8 23/20 23/24 24/3 24/7 25/17 26/16 26/18 26/21 26/24 28/1 28/18 28/22 29/10 32/14 34/7 34/19 35/20 36/7 36/11 36/12 36/13 36/19 36/20 37/2 37/4 37/7 37/23 38/10 38/13 39/21 41/13 41/7 41/24 44/7 47/16 48/11 48/15 52/14 54/11 55/11 56/21 56/25 58/3 58/5 58/10 60/10 64/18 67/19 68/20 71/10 75/17 77/10 78/3 78/17 78/23 81/9 81/22 82/5 82/13 82/21 83/24 84/17 87/13 89/3 89/15 94/17 100/8 103/6 103/18 103/18 104/16 104/18 104/20 104/23 105/3 108/11 108/14 111/15 112/6 114/8 118/9 119/11 123/7 124/13 126/1 126/7 128/8 128/9 130/10 131/17 132/4 134/2 135/4 135/5 135/5 135/21 135/24 138/8

139/12 145/9 146/17 148/24 150/3 150/8 152/7 153/23 157/23 158/21 164/3 165/24 157/13 159/7 162/20 164/17 165/10

**those [30]** 5/10 5/15 9/14 10/23 12/1 12/6 13/6 16/9 28/25 30/17 37/2 40/8 41/17 50/15 51/19 52/16 56/25 70/5 72/11 78/16 79/4 95/12 103/19 106/11 162/1 162/25 163/1 163/24 164/11 166/7

**though [4]** 31/11 50/2 53/10 124/7

**thought [17]** 4/22 22/19 30/11 31/18 34/3 47/25 68/8 70/23 73/25 87/3 89/4 97/24 103/18 106/22 109/4 136/25 166/22

**thoughts [9]** 29/1 30/10 31/7 39/21 84/7 86/5 133/15 160/23 163/11

**three [5]** 11/15 11/19 11/21 11/21 12/1

**through [5]** 4/13 5/3 45/10 123/7 166/22

**throughout [2]** 20/23 147/13

**thrown [1]** 167/6

**THURSDAY [1]** 4/1

**thus [1]** 162/7

**ticket [2]** 24/16 46/5

**ticketless [1]** 46/13

**time [33]** 5/16 8/23 10/19 11/6 11/16 13/7 13/14 23/6 24/20 37/22 41/17 41/20 43/7 45/12 46/6 67/20 78/22 84/10 95/16 127/14 127/22 128/2 128/6 128/7 143/19 151/1 151/5 163/13 164/17 165/4 165/5 165/15 165/21

**times [12]** 18/18 18/22 18/24 38/5 52/23 90/8 98/18 98/18 116/7 150/12 150/12 160/13

**timing [1]** 148/20

**tipping [1]** 123/1

**Title [1]** 168/7

**today [29]** 10/10 12/16 14/1 14/4 22/13 40/13 45/1 56/12 62/18 64/21 65/6 66/7 70/18 80/24 81/15 84/4 84/19 86/25 118/16 124/21 126/10 126/21 128/14 130/21 130/25 159/8 161/1 165/11 167/19

**today's [1]** 49/13

**together [2]** 123/8 149/17

**told [5]** 8/15 18/12 35/10 87/9 134/25

**tomorrow [3]** 162/13 163/12 167/23

**too [6]** 13/24 20/25 33/25 94/22 157/14 164/24

**top [1]** 111/8

**topic [2]** 18/10 103/3

**totally [1]** 83/4

**tough [3]** 37/5 42/22 134/8

**toward [1]** 162/2

**towards [2]** 35/5 105/1

**transcript [69]** 1/9 1/15 15/3 15/4 15/7 20/10 20/11 20/13 25/17 25/18 25/20 32/21 32/23 33/3 39/1 39/4 42/9 42/12 44/7 44/10 44/13 49/12 49/15 54/25 55/1 55/4 59/22 59/25 62/17 62/18 62/19 64/18 64/19 64/22 66/6 66/7 66/8 70/2 72/9 74/20 79/23 83/17 85/8 88/10 91/12 93/20 97/3 104/4 106/6 106/8 108/10 110/8 112/24 115/7 118/15 120/14 125/14 132/17 135/21 138/10 142/10 142/12 142/14 148/8 151/13 155/22 158/16 168/8 168/10

**transcripts [7]** 13/18 13/19 13/21 70/5 91/14 138/11 148/10

**transfer [1]** 81/5

**transfers [1]** 40/16

**treat [6]** 22/24 23/2 24/6 25/8 35/2 78/8

**treated [3]** 34/4 37/20 100/19

**trends [1]** 21/7

**trial [60]** 1/12 10/13 11/15 12/14 18/3 20/11 20/23 22/5 22/15 22/25 23/13 24/3 26/6 31/8 32/22 36/8 37/1 44/8 46/21 47/14 47/19 48/10 49/13 51/16 51/15 62/19 64/21 66/6 68/21 68/25 75/9 76/1 78/23 85/9 95/3 96/5 98/22 100/5 100/11 105/6 108/11 110/22 111/2 111/16 117/9 117/24 121/5 127/3 129/11 133/8 136/12 139/18 145/17 152/6 153/2 157/3 157/4 157/10 157/19

**trials [2]** 149/17 149/20

**tried [4]** 6/2 29/25 116/3 128/24

**trouble [6]** 27/3 27/11 28/5 37/15 44/25 73/19

**T**

**troubling [1]** 8/8 9/2
**true [10]** 23/5 36/19 75/23 84/16 95/18 95/20 100/16 123/15 126/21 168/7
**Trump [12]** 15/16 45/8 50/22 51/4 65/13 65/17 109/2 115/25 144/15 160/14 160/20 161/12
**trust [2]** 6/18 8/12
**trustee [1]** 11/22
**truth [3]** 31/15 84/18 144/3
**truthful [1]** 26/25
**try [16]** 30/7 30/22 30/23 76/23 76/24 78/10 78/19 79/13 82/23 83/1 86/1 86/25 94/24 127/24 144/4 147/10
**trying [18]** 14/13 25/23 42/15 45/13 45/18 45/20 46/22 49/18 50/22 51/4 51/8 51/13 52/5 82/25 85/16 94/1 107/15 118/23
**Tucker [1]** 53/7
**Tuesday [6]** 28/2 56/24 114/9 114/10 126/14 129/12
**turn [1]** 81/18
**turned [1]** 13/19
**TV [27]** 18/12 18/15 18/24 18/25 19/1 22/18 30/15 30/15 33/21 33/22 65/8 65/10 71/10 71/12 73/11 73/12 89/2 89/8 94/17 94/19 94/23 109/13 109/14 109/16 115/24 119/16 143/17
**Twenty [1]** 17/1
**twice [1]** 128/2
**two [62]** 13/19 16/20 33/14 36/2 40/21 50/4 52/9 56/1 58/24 60/17 63/4 65/5 67/16 70/16 72/24 73/3 75/9 80/10 80/16 81/15 84/7 84/10 84/12 85/23 88/25 89/4 92/1 94/8 94/12 97/24 98/5 104/16 106/22 109/3 109/11 110/20 113/13 113/17 114/4 115/22 116/1 116/8 116/9 119/6 121/4 121/24 126/18 133/7 136/11 137/11 138/20 142/25 144/7 145/3 152/2 153/13 153/13 155/4 156/12 159/6 164/15
**tying [1]** 123/8
**type [2]** 30/10 38/7
**typed [16]** 70/3 72/10 74/21 79/4 79/25 83/19 85/10 93/21 97/5 104/6 106/6 108/12 113/1 118/17 120/16 125/16
**types [3]** 50/15 77/25 98/5
**typical [1]** 101/7

**U**

**U.S [1]** 168/16
**UC [1]** 47/1
**ultimately [2]** 7/2 157/15
**unanimously [2]** 122/22 129/21
**unbiased [1]** 54/2
**uncomfortable [7]** 25/13 74/15 132/14 138/5 150/2 150/6 165/15
**under [6]** 6/11 13/7 13/10 98/21 122/17 130/5
**underlined [1]** 70/19
**understand [47]** 5/9 11/14 21/10 21/16 22/1 29/25 31/3 33/14 51/19 55/9 59/18 75/12 78/2 78/22 81/2 81/21 81/25 82/6 82/10 82/12 99/14 99/24 100/4 100/24 101/15 101/20 103/21 121/23 122/7 122/16 122/18 122/24 125/23 128/9 130/24 133/11 139/7 139/11 145/9 146/1 146/17 152/20 153/3 153/21 154/2 163/18 166/20
**understanding [4]** 47/7 51/3 78/12 133/21
**understands [1]** 132/8
**understood [10]** 6/24 26/13 30/25 58/10 66/15 70/19 81/19 114/5 115/15 166/15
**unfairly [1]** 34/3
**unfortunate [1]** 82/8
**UNITED [12]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/3 4/6 168/7 168/11
**unless [5]** 104/20 129/21 135/7 156/18 166/25
**unnecessary [1]** 157/14
**unrelated [1]** 41/15
**until [8]** 13/15 19/25 81/23 117/11 117/15 122/20 152/7 153/23

**up [53]** 9/6 10/19 13/13 13/16 13/17 14/4 22/3 28/5 30/6 37/18 40/18 43/20 43/4 47/20 48/11 49/14 49/16 53/12 55/23 56/9 56/16 57/5 57/8 62/3 62/5 62/22 62/24 65/9 70/10 70/14 70/19 72/4 72/5 72/8 77/9 83/4 83/11 90/12 96/3 101/12 102/8 107/6 108/10 108/16 132/10 135/18 137/2 141/22 149/16 150/10 164/5 164/17 167/8
**uphold [2]** 139/21 140/24
**upon [2]** 60/25 162/5
**us [31]** 8/15 14/7 20/12 25/19 26/25 27/3 29/4 30/7 35/10 38/11 41/17 55/3 59/24 67/7 87/9 102/15 114/1 117/12 121/10 126/11 133/14 135/6 136/20 139/12 139/24 143/2 145/15 146/9 152/24 160/6 162/6
**USA [1]** 56/12
**use [11]** 14/11 27/10 29/23 95/11 133/12 138/15 142/18 156/13 164/9 165/1 165/4
**used [5]** 28/4 39/4 46/24 50/2 128/2
**using [10]** 14/10 14/13 53/2 91/17 113/5 115/12 136/4 151/17 156/5 158/24
**usual [1]** 19/23
**usually [4]** 45/16 56/10 90/17 107/14

**V**

**V-o-x [1]** 98/20
**vacated [1]** 164/3
**vaccinated [7]** 9/10 9/20 9/23 166/5 166/6 166/8 166/13
**vaccination [1]** 10/2
**vague [6]** 74/3 74/4 119/24 120/1 145/6 145/10
**vaguely [1]** 39/25
**valid [1]** 167/2
**valuable [1]** 47/13
**variant [1]** 9/22 166/10
**variants [1]** 64/17
**various [1]** 92/3 99/2
**verdict [1]** 78/17
**version [2]** 4/18 7/12
**versus [3]** 4/4 8/4 113/21
**very [29]** 6/19 26/25 38/7 41/20 45/16 48/4 48/15 53/20 70/10 70/18 72/4 74/4 81/8 82/24 89/11 90/12 91/19 92/14 114/8 116/15 119/24 134/19 145/6 157/5 157/11 157/19 157/19 164/16 164/18
**vetted [1]** 167/4
**vibes [1]** 160/23
**victim [8]** 80/13 80/19 81/1 81/2 81/10 82/9 82/14 82/25
**victims [1]** 6/11
**video [2]** 21/6 162/25
**view [13]** 9/19 48/4 50/7 50/10 50/17 77/10 86/11 90/21 101/15 102/3 104/6 143/25 164/25
**views [3]** 54/15 100/20 119/10
**violated [3]** 6/10 7/3 7/4
**virtue [1]** 41/21
**visceral [1]** 38/6
**visible [1]** 45/16
**visit [1]** 14/25
**vocabularies [1]** 29/24
**voir [3]** 9/14 9/16 10/17 41/19 41/19 42/1 91/8 161/25 162/8 162/14 163/1 165/1
**volume [1]** 153/1
**vote [1]** 47/8
**Vox [1]** 98/18 98/20
**vs [1]** 1/10

**W**

**wage [1]** 43/4
**want [17]** 4/24 5/17 9/7 10/4 41/16 41/17 43/15 43/15 70/8 72/16 106/25 112/1 135/7 135/8 144/3 164/25 165/3
**wanted [7]** 4/12 13/4 13/11 42/17 92/8 123/14 160/6
**was [190]**
**Washington [1]** 52/23
**wasn't [8]** 16/4 67/1 114/12 143/7 143/19

145/14 152/13 152/21
**watch [19]** 18/12 18/23 30/14 40/15 39/18 90/10 92/16 107/2 109/17
**watched [2]** 19/1 33/23
**watcher [1]** 92/18
**watching [2]** 143/17 143/22
**way [30]** 7/23 8/12 10/16 14/13 17/2 17/5 22/11 22/21 22/21 22/22 23/10 29/19 29/20 47/20 48/24 60/14 60/14 60/17 67/14 77/9 80/23 94/2 124/21 130/8 131/21 138/16 139/12 146/14 156/19 157/14
**we [160]** 5/1 5/12 5/24 7/10 7/16 7/17 7/20 7/24 8/7 8/15 8/17 9/5 9/13 9/25 10/1 10/9 10/19 11/1 12/2 12/3 12/13 12/14 12/16 12/16 13/15 13/17 13/22 13/25 14/1 14/4 14/8 14/25 15/5 15/7 17/18 18/11 19/15 19/16 26/14 26/25 27/7 29/17 29/23 30/4 30/8 32/15 38/4 38/18 39/20 41/8 41/18 41/23 43/7 43/21 47/15 48/18 48/23 58/4 58/9 62/6 62/7 62/8 64/14 64/21 66/8 68/17 72/11 73/13 74/23 75/1 78/22 79/25 83/10 83/19 85/11 88/12 90/12 91/7 91/14 93/22 97/5 100/5 101/1 103/1 103/2 104/6 106/7 106/10 107/4 108/14 110/10 111/18 113/1 114/25 115/9 115/13 118/17 118/24 120/17 120/22 125/3 125/18 125/21 132/21 132/25 133/18 134/23 134/25 135/3 135/3 135/4 135/5 135/9 135/11 135/24 136/4 138/10 138/11 142/13 145/8 147/24 148/1 148/9 151/14 151/19 155/6 155/7 155/25 158/10 158/19 161/25 162/4 162/4 162/5 162/13 162/14 162/16 162/17 162/17 162/18 163/11 163/20 163/21 163/21 164/1 164/4 164/7 164/8 164/10 164/13 164/13 164/17 164/18 164/19 164/20 165/11 165/20 167/6 167/14
**we'll [7]** 4/21 5/7 13/1 162/23 163/24 164/7 164/12
**we're [20]** 4/15 5/20 7/24 11/3 11/4 21/22 24/1 34/15 34/23 44/1 57/18 60/3 86/17 97/11 104/9 133/19 141/7 151/11 156/17 165/23
**we've [2]** 162/16 166/18
**wear [5]** 9/16 9/21 9/23 10/2 163/7
**wearing [1]** 10/7
**Weathers [2]** 55/19 58/16
**website [1]** 53/6
**websites [1]** 156/14
**wedded [1]** 69/6
**weeks [2]** 68/21 144/23
**weighing [1]** 76/8
**weight [14]** 17/12 26/8 48/23 75/10 98/24 105/7 121/6 123/10 123/16 127/4 133/9 136/13 139/19 140/6
**weighted [1]** 47/14
**well [48]** 4/20 6/5 7/1 8/2 10/8 12/5 13/1 13/9 14/11 15/12 21/10 26/9 30/14 37/16 45/25 47/17 48/15 51/5 51/10 51/18 53/14 56/12 58/2 59/10 59/14 68/3 75/19 78/7 78/11 81/2 87/12 97/23 100/4 104/25 126/24 127/23 128/5 131/17 147/11 149/19 152/18 152/20 156/19 157/12 157/13 160/7 160/9 161/11 165/20
**went [2]** 29/17 114/13
**were [58]** 4/22 6/15 7/18 8/15 9/1 11/19 13/8 17/19 17/20 17/25 18/1 23/17 24/16 28/20 28/20 28/24 28/25 30/12 35/1 36/2 37/11 41/15 45/19 45/20 47/20 51/4 51/8 56/7 57/6 68/20 71/5 73/21 75/14 79/2 81/2 82/3 82/9 92/1 92/23 114/10 117/9 119/9 122/15 124/11 126/16 126/17 127/2 127/11 134/11 137/2 143/13 143/14 143/18 143/21 149/4 152/13 152/21 167/10
**weren't [2]** 9/3 11/16
**West [2]** 1/20 2/11
**whack [1]** 167/6
**what [135]** 5/12 8/4 11/4 15/18 15/21 16/11 16/11 17/22 21/22 22/8 22/16 23/8 23/9 25/18 26/11 26/13 27/4 27/4 27/23 30/20 31/8 33/18 34/21 34/23 35/4 35/9 35/9 35/14 36/23 37/18 38/8 42/24 43/9 45/3 45/18 46/13 46/22 47/10 48/15 50/4 51/2 51/10 52/8 52/17 53/10

**W**

**what... [90]** 12/10 63/10 63/17 65/12 67/10
68/17 71/6 71/9 73/8 73/22 74/1 75/14 80/16
82/13 82/14 83/5 84/8 87/9 87/21 89/9 90/10
90/10 92/5 92/12 92/22 95/5 95/21 96/4 97/19
97/25 98/8 98/15 99/25 102/19 104/21 105/9
105/11 106/20 107/11 107/20 108/12 109/7
109/13 109/16 110/21 110/23 111/1 114/1
117/9 119/15 119/16 121/10 122/2 123/21
126/24 127/14 128/5 128/21 129/7 131/10
131/18 132/8 133/15 133/19 133/22 133/23
136/17 137/1 139/5 140/3 140/21 141/4
143/12 143/13 145/5 145/7 145/17 152/10
153/24 157/4 157/6 159/13 160/18 160/22
161/5 161/8 163/15 164/16 164/25 165/3
**what's [11]** 33/3 33/25 37/7 44/12 52/13
89/13 105/2 105/3 141/3 146/15 153/23
**whatever [9]** 21/22 26/19 27/10 28/1 43/15
51/5 51/6 75/15 135/8
**whatsoever [2]** 81/21 130/1
**when [44]** 6/11 7/18 8/8 18/9 18/11 18/20
28/2 28/18 29/17 29/23 37/11 39/24 40/3
48/11 48/14 48/17 66/25 67/4 70/18 76/24
82/12 82/25 94/23 98/22 103/2 107/13 113/20
116/9 116/15 126/14 143/14 145/5 149/1
149/2 151/1 151/3 153/16 160/13 163/4
164/10 164/20 165/21 165/25 167/6
**whenever [1]** 46/8
**where [20]** 12/10 28/20 33/19 52/13 71/8
86/17 89/3 90/5 90/11 92/25 94/16 112/3
116/19 119/8 126/12 152/17 153/24 159/19
165/18 166/23
**wherever [2]** 164/3 164/11
**whether [40]** 6/9 6/11 6/13 6/14 6/15 6/16 7/3
7/4 10/16 29/18 31/22 32/5 32/6 32/8 37/12
38/12 39/14 46/1 56/13 60/11 66/23 70/16
80/11 88/25 92/1 94/17 102/2 102/9 103/7
103/12 107/5 107/19 107/19 108/25 128/12
130/9 146/1 147/5 153/19 160/15
**which [21]** 5/20 7/7 7/15 42/13 47/2 52/16
55/14 57/18 60/1 68/21 98/12 106/6 115/12
133/7 138/14 139/17 142/17 147/12 153/18
158/23 164/11
**while [10]** 30/12 30/18 33/25 46/1 82/8 156/4
163/9 165/15 165/19 166/2
**who [38]** 4/9 9/20 10/6 11/2 11/23 11/24 12/3
12/23 12/24 14/4 16/1 21/13 22/5 23/25 24/4
26/6 38/4 45/6 50/17 63/9 81/16 92/8 92/11
95/3 98/22 105/6 121/5 123/6 127/3 133/8
136/12 140/4 160/20 162/7 165/11 166/5
166/6 166/7
**who's [2]** 24/7 124/1
**whole [11]** 20/11 32/22 37/23 44/8 46/15
49/13 55/1 66/8 85/9 108/11 152/14
**why [15]** 5/14 21/8 35/7 43/19 45/17 46/21
65/9 94/11 94/15 103/19 131/24 135/1 135/3
153/22 167/14
**widely [1]** 109/6
**wife [1]** 113/16
**will [171]**
**willing [1]** 154/4
**win [1]** 26/21
**wire [3]** 40/15 52/16 102/21
**wish [2]** 166/8 166/9
**wishes [2]** 10/2 163/7
**within [3]** 16/17 89/16 155/8
**without [2]** 28/21 28/21
**witness [8]** 9/15 10/22 11/2 11/9 11/13 12/2
12/3 14/5
**witnesses [10]** 10/24 11/6 11/16 12/6 12/7
23/20 24/3 25/8 82/4 153/1
**woman [4]** 55/16 55/18 58/16 160/13
**won't [4]** 9/15 42/22 120/20 135/6
**word [7]** 28/4 64/20 64/20 110/22 124/17
124/19 152/16
**words [3]** 76/6 122/15 126/19
**work [12]** 21/5 21/9 21/25 24/13 67/9 67/10
67/12 69/1 77/25 95/5 144/21 154/19
**worked [4]** 76/13 77/18 77/21 116/17

**worker [1]** 16/20
**working [3]** 16/20 91/1 116/21
**works [2]** 43/6 153/18
**world [1]** 37/23
**worth [1]** 164/16
**would [231]**
**wouldn't [5]** 26/18 78/4 140/13 140/20 161/3
**wrap [1]** 53/25
**write [1]** 140/23
**writing [3]** 46/25 50/22 139/22
**written [8]** 6/3 25/17 32/22 39/1 42/9 44/7
44/9 49/12
**wrong [11]** 26/24 28/4 95/16 111/6 111/6
121/9 122/16 146/24 147/9 151/3 162/19
**wrote [44]** 26/9 26/10 27/1 35/8 39/15 50/1
50/4 52/9 63/4 66/24 67/4 70/17 72/25 73/19
80/13 80/16 84/5 85/25 87/7 89/2 92/2 94/10
94/12 95/4 97/21 99/1 104/19 104/21 105/8
106/18 107/7 109/1 109/3 113/15 113/17
115/24 119/12 124/18 127/5 136/19 138/24
139/13 139/20 152/7
**WYMAN [13]** 2/5 4/6 49/1 54/5 57/11 61/8
63/25 65/20 71/22 74/6 77/14 81/13 101/11

**X**

**XLV [3]** 46/4 46/18 119/8

**Y**

**yeah [22]** 16/18 17/10 46/23 48/21 51/25
60/24 63/15 65/11 67/25 68/12 99/21 105/16
111/3 116/11 116/20 117/2 122/19 139/10
139/16 139/23 157/21 158/1
**year [3]** 7/17 92/17 109/11
**years [16]** 17/1 18/20 24/17 29/11 48/6 76/14
76/15 77/20 114/4 116/8 116/9 119/7 119/19
145/3 149/9 149/12
**Yep [2]** 24/2 24/5
**yes [152]** 8/8 8/14 10/5 11/18 17/21 18/4
19/12 21/1 21/12 21/23 21/24 22/3 23/11
23/14 23/23 24/8 24/12 24/15 24/23 25/1 26/9
27/15 28/10 28/11 28/23 29/11 33/17 34/8
34/14 34/22 35/11 35/16 35/20 35/24 36/8
38/25 40/23 41/12 42/7 42/19 43/24 44/23
45/15 49/25 50/5 50/19 50/24 51/23 52/3
52/19 53/3 54/12 56/3 56/15 57/9 57/17 60/18
65/7 65/18 67/22 68/9 69/19 71/20 73/20
75/18 75/21 76/9 76/15 76/19 77/1 77/4 77/8
77/11 77/20 78/14 78/19 79/4 80/17 80/22
81/3 82/1 82/7 86/7 86/23 87/22 90/15 100/13
101/20 105/13 107/7 111/19 112/2 112/8
119/12 120/2 120/9 120/9 121/14 121/21
122/6 122/25 123/13 124/3 124/9 124/20
124/25 125/1 126/7 127/10 127/13 128/6
128/11 128/20 129/12 129/18 130/4 130/12
130/17 130/23 131/1 131/4 131/6 131/13
131/22 133/11 134/3 136/19 137/15 138/24
139/6 142/21 143/12 143/23 144/1 144/12
145/18 146/19 147/3 147/19 147/24 148/25
149/7 149/21 150/1 152/7 153/22 154/10
155/15 157/7 159/2 159/10 160/16
**yesterday [4]** 8/15 11/20 113/20 151/1
**yet [2]** 52/8 139/4
**York [5]** 52/23 98/18 143/2 143/11 144/25
**you [1041]**
**you'd [3]** 33/10 66/23 70/16
**you'll [1]** 53/14
**you're [27]** 17/11 21/20 21/20 23/7 25/14
31/10 32/5 48/1 59/19 70/6 77/6 87/14 96/1
96/2 99/9 100/10 101/16 111/21 123/8 134/6
139/11 140/17 140/25 150/12 157/24 165/1
165/2
**you've [13]** 35/9 46/9 49/24 59/16 96/5 98/1
99/8 99/9 107/5 108/25 126/5 140/16 150/11
**your [438]**
**yourself [1]** 47/25