1

2

3

4            UNITED STATES DISTRICT COURT

5           CENTRAL DISTRICT OF CALIFORNIA

6                SOUTHERN DIVISION

7                    - - -

8     THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

9

       UNITED STATES OF AMERICA,     )CERTIFIED TRANSCRIPT
10                      Plaintiff,  )
          vs.                        )
11                                   )  SACR-19-00061-JVS
       MICHAEL JOHN AVENATTI,        )
12                      Defendant.  )  TRIAL DAY 4
       ------------------------------)
13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              Santa Ana, California

17               July 16, 2021

18

19                  SHARON A. SEFFENS, RPR
                    United States Courthouse
20                  411 West 4th Street, Suite 1-1053
                    Santa Ana, CA  92701
21                  (714) 543-0870

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2    For the Plaintiff:

 3    NICOLA T. HANNA
      United States Attorney
 4    BRANDON D. FOX
      Assistant United States Attorney
 5    Chief, Criminal Division
      ALEXANDER WYMAN
 6    Assistant United States Attorney
      Major Frauds Section
 7    1100 United States Courthouse
      312 North Spring Street
 8    Los Angeles, CA  90012
      (213) 894-6683
 9
      BRETT A. SAGEL
10    Assistant United States Attorney
      Ronald Reagan Federal Building
11    411 West Fourth Street, Suite 8000
      Santa Ana, CA  92701
12    (714) 338-3598

13    For the Defendant:

14    H. DEAN STEWARD
      H. DEAN STEWARD LAW OFFICES
15    107 Avenida Miramar, Suite C
      San Clemente, CA  92672
16    (949) 481-4900

17

18

19

20

21

22

23

24

25
```

I-N-D-E-X

PAGE

JURY SELECTION

(Continued)                                                4

4

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; FRIDAY, JULY 16, 2021; 8:36 A.M.   |
|       | 2  | (Prospective jurors not present)                         |
| 08:37 | 3  | THE CLERK:  Item 2, SACR-19-00061-JVS, United            |
| 08:37 | 4  | States of America versus Michael John Avenatti.          |
| 08:37 | 5  | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel        |
| 08:37 | 6  | and Alexander Wyman on behalf of the United States.      |
| 08:37 | 7  | THE COURT:  Good morning.                                |
| 08:37 | 8  | MR. STEWARD:  Your Honor, Dean Steward on behalf         |
| 08:37 | 9  | of Mr. Avenatti, who is also present.  Also present at   |
| 08:37 | 10 | counsel table is Courtney Cummings.  She'll be assisting us |
| 08:37 | 11 | with the Court's permission.                             |
| 08:38 | 12 | THE COURT:  Good morning.  Welcome.                      |
| 08:38 | 13 | MS. CUMMINGS:  Good morning, Your Honor.                 |
| 08:38 | 14 | THE COURT:  I wanted to raise one issue that            |
| 08:38 | 15 | struck me last night as I was reviewing how we proceeded |
| 08:38 | 16 | yesterday.                                               |
| 08:38 | 17 | At least in terms of the public, we proceeded as        |
| 08:38 | 18 | if this were an anonymous jury.  It wasn't anonymous as to |
| 08:38 | 19 | the parties.  It wasn't anonymous as to the government.  |
| 08:38 | 20 | This is not the type of case that would justify a completely |
| 08:38 | 21 | anonymous jury, meaning not only would we not refer to the |
| 08:38 | 22 | jurors by name on the public record, but the parties     |
| 08:38 | 23 | wouldn't have the jurors' names.                         |
| 08:38 | 24 | I have a concern that the jurors will infer            |
| 08:38 | 25 | something from the fact that we didn't want their names in |

08:38    1    the press.  I plan to tell them today in light of the

08:38    2    procedure we did yesterday that we do that in every case

08:39    3    whether it's civil or criminal.  The case is as pedestrian

08:39    4    as the postman rear-ending somebody.

08:39    5           Now, as how we proceed today, we can do what we

08:39    6    did yesterday, or we can use their names today.  Ms. Seffens

08:39    7    will prepare a transcript.  I and my clerks would go over

08:39    8    it, and we'll redact it to put just their names.  In the

08:39    9    normal course with a jury of 25 or 30 in the venire, it's

08:39   10    easier for the court reporter to use their initials.

08:39   11           So I'm open to either way, and I solicit your

08:39   12    thoughts, but the one thing I will do is to tell the jurors

08:39   13    that it's normal practice not to have their names in the

08:39   14    public record.

08:39   15           MR. STEWARD:  Your Honor, my request would be that

08:40   16    we use names.  It just seemed very awkward yesterday when we

08:40   17    were using numbers.  It's just the way I've always done it,

08:40   18    and I'd sure like to do it again, to actually use the names,

08:40   19    and then in terms of the transcript, whatever the Court

08:40   20    wants to do.

08:40   21           THE COURT:  I'm willing to proceed that way.  And

08:40   22    if Ms. Seffens can do it on the fly, we'll do it that way.

08:40   23    If for some reason we need to redact the transcript --

08:40   24           (Court and court reporter conferring)

08:40   25           THE COURT:  Ms. Seffens tells me she can do it

| 08:40 | 1 | after the fact. |

08:40   1   after the fact.

08:40   2           Any objection to that?

08:41   3           MR. STEWARD:  No, Your Honor.

08:41   4           MR. SAGEL:  No, Your Honor.

08:41   5           THE COURT:  Mr. Avenatti put in a renewal of his

08:41   6   motion for a new venire and a mistrial.  I think we have on

08:41   7   the record how we proceeded on Tuesday, and I don't see

08:41   8   anything new in that memorandum for me to address.  The

08:41   9   renewed motion will be denied.

08:41   10          Any further comments?

08:41   11          MR. SAGEL:  No.

08:41   12          MR. STEWARD:  No, Your Honor.  We'll submit.

08:41   13          THE COURT:  Okay.  Mr. Avenatti also filed

08:41   14  yesterday at Docket No. 541 an objection to the fact that

08:41   15  today the venire will be located in three different

08:41   16  locations:  this courtroom, Courtroom 10D, and down in the

08:42   17  Clerk's Office the jury assembly area.

08:42   18          I want to put the following facts on the record.

08:42   19  This courtroom has a rated fire capacity of 109 people.  If

08:42   20  you look to the right of the entry door, you will see a

08:42   21  placard that says Courtroom 10A, Judge Staton's courtroom,

08:42   22  which is also the ceremonial courtroom, has a maximum

08:42   23  capacity of 124.  We can't take those numbers at face value

08:42   24  because there are at least 20 to 25 seats in the courtroom

08:42   25  that are not available to jurors.

08:42   1          So if we deduct that in this courtroom, there is

08:43   2   roughly 90 seats available to jurors.  In the ceremonial

08:43   3   courtroom, there would be roughly 100.  We have 118 people

08:43   4   returning for the general voir dire.  There is no one room

08:43   5   in this courthouse or in the Clerk's Office area where we

08:43   6   can socially space 118 people.

08:43   7          Indeed, we can only get about 28 people in this

08:43   8   courtroom if we socially space.  Then if I just scale that

08:43   9   up, maybe 40, 45 in the ceremonial courtroom.  My point is

08:43   10  that we can't assemble the jurors in any one spot in this

08:43   11  courthouse such that 118 jurors would all be in the same

08:43   12  place.

08:43   13         I would further observe that any examination of a

08:44   14  prospective juror would be done in this courtroom in the

08:44   15  presence of the defendant and defendant's counsel.  I see no

08:44   16  practical way to comply with Mr. Avenatti's request that the

08:44   17  jurors not be split into different locations.

08:44   18         Mr. Avenatti is free to observe himself or to have

08:44   19  an observer in 10D or down in the jury assembly area.  Today

08:44   20  those areas are open to the public and anybody can go down

08:44   21  there and inspect.  And, indeed, if they want to watch the

08:44   22  court proceedings from there, they can do it.

08:44   23         So your request is noted, and it's denied.

08:44   24         Mr. Steward, what's your proposal?  How could we

08:44   25  go forward with all 118 people in one location?

08:44  1          MR. STEWARD:  Well, the first thing, Your Honor --

08:45  2          THE COURT:  Sir, how could we go forward with 118

08:45  3  people in one location?

08:45  4          MR. STEWARD:  Using Judge Staton's courtroom not

08:45  5  during the pandemic.

08:45  6          THE COURT:  Well, sir, we are in the pandemic, and

08:45  7  I'm going to proceed using pandemic procedures.  Assuming

08:45  8  that, how can we get everybody in one location?

08:45  9          MR. STEWARD:  Under the Court's description, I

08:45  10  don't think we can in this building during the pandemic, but

08:45  11  we have asked for a postponement of this trial many times

08:45  12  and we ask again.  If we don't have the pandemic problems,

08:45  13  Judge Staton's courtroom I think the Court said was rated

08:45  14  for 124.  We have 118 jurors.

08:45  15          THE COURT:  Yes, but I also said that there were

08:45  16  25 seats that aren't available to jurors, namely, the seats

08:45  17  within the bar.

08:45  18          MR. STEWARD:  Well, certainly if it's normal

08:45  19  times, which we would suggest will happen in six months,

08:46  20  using Courtroom 10A is an option.

08:46  21          THE COURT:  Are you asking for a six-month

08:46  22  continuance?

08:46  23          MR. STEWARD:  Yes, and I have done that several

08:46  24  times.

08:46  25          THE COURT:  I don't believe your latest request

08:46    1    was for September.

08:46    2           MR. STEWARD:  Ninety days I think it was, Your

08:46    3    Honor.  We have made several requests.

08:46    4           THE COURT:  It wasn't a six-month request.

08:46    5           MR. STEWARD:  Well, then, I make my six-month

08:46    6    request now.

08:46    7           THE COURT:  Okay.  It's denied.  I believe the

08:46    8    interests of justice requires that we go forward.  This case

08:46    9    has been pending for more than two years.  The farther out

08:46   10    we go, the more stale the memories of the witnesses will be

08:46   11    and the more difficult it will be to present the facts.

08:46   12           I believe that the government has a right to

08:46   13    proceed, and the procedures under which we will proceed are

08:46   14    appropriate and recognize the rights of the defendant.

08:46   15           I have also indicated that the defendant or his

08:46   16    representative may go down to 10D or downstairs.  And indeed

08:47   17    if Mr. Avenatti personally chooses to go to either location,

08:47   18    I will still deem him to be present for purposes of his

08:47   19    right to be present.

08:47   20           Anything further on that topic?

08:47   21           MR. SAGEL:  Not on that topic.

08:47   22           MR. STEWARD:  I will submit on that topic, Your

08:47   23    Honor.

08:47   24           THE COURT:  Okay.

08:47   25           Mr. Steward, did you get us this morning a Word

08:47  1   Perfect version of your recent memo with regard to
08:47  2   supplemental jury instructions?
08:47  3            MR. STEWARD:  Your Honor, I did not.  I'm sorry.
08:47  4   I forgot the Word Perfect portion of it.
08:47  5            THE COURT:  Okay.  If you can get us that this
08:48  6   morning, I'd appreciate it and send it to Ms. Bredahl.
08:48  7            MR. STEWARD:  We'll do our best, Your Honor.
08:48  8            THE COURT:  Okay.
08:48  9            Did you have any discussions overnight with regard
08:48  10  to that proposed instruction?
08:48  11            MR. STEWARD:  We did not.
08:48  12            THE COURT:  Okay.
08:48  13            I'm going to advise the venire or anyone present
08:48  14  that there will be no recording and no photographs.  I
08:48  15  believe on at least one occasion we had somebody recording
08:48  16  and broadcasting the proceedings in this case.
08:48  17            Anything else anyone wants to take up?
08:48  18            MR. SAGEL:  Just a couple practical questions with
08:48  19  regard to the instructions.  In preparing for today, we
08:48  20  noticed two jurors who will be called in, two who are
08:48  21  returning today.  Juror No. 36, who we actually spoke to on
08:48  22  the first day whose daughter plays tennis with the
08:48  23  defendant's daughter.
08:49  24            He mentioned that he knew about the Nike case, and
08:49  25  they did not select that person to come in yesterday.  If

08:49  1   their belief is anybody who's heard of Nike, we're not sure
08:49  2   why they didn't name him or so forth, but he explicitly put
08:49  3   in I think it's Question 29 about the charges.  He knows
08:49  4   about Nike.
08:49  5           I just wanted to bring that to the Court's
08:49  6   attention because the Court made it clear we weren't going
08:49  7   back in front of the entire pool.  So I don't know if we
08:49  8   need to have that gentleman come in separately before we
08:49  9   start.
08:49  10          The other person, the other juror, is 59.  Similar
08:49  11  to many of the other people they named when he put -- I
08:49  12  don't remember the question number, but it was what they
08:49  13  thought of Mr. Avenatti, their initial thought was
08:49  14  embezzlement and thought that he looked like he had
08:49  15  committed a crime or something along those lines.  They did
08:49  16  not name him as someone to come in for individual voir dire.
08:49  17          Again, I don't know if we need to bring him in
08:50  18  separately, but, again, we don't want to taint the pool for
08:50  19  something specific like that.  So I don't know if it was an
08:50  20  oversight or why those two weren't selected for yesterday.
08:50  21          I don't know if you want me to tell you my other
08:50  22  two questions or come back.
08:50  23          THE COURT:  Well, let's deal with that first.
08:50  24          Mr. Steward.
08:50  25          MR. STEWARD:  Your Honor, on 36, I don't recall

08:50  1  him mentioning Nike specifically, but if he did, I would
08:50  2  agree with government counsel.
08:50  3       On 59, that was an oversight.  I think we actually
08:50  4  singled that questionnaire out because it was a startling
08:50  5  answer, and my guess is we could probably dispose of that
08:50  6  issue rather quickly with that juror.
08:50  7       The juror as I recall specifically just by looking
08:50  8  at my client thought he screamed out embezzlement or
08:50  9  something like that, and it was quite odd.
08:51  10      THE COURT:  Are you sure you're talking about 59?
08:51  11  Do you have the questionnaire there?
08:51  12      MR. SAGEL:  One second, Your Honor.
08:51  13      (Court and clerk conferring)
08:52  14      MR. SAGEL:  Question 52 in Juror No. 59's
08:52  15  questionnaire.
08:52  16      THE COURT:  Well, we can bring that juror in
08:52  17  separately this morning.
08:52  18      MR. SAGEL:  And Juror No. 36.
08:52  19      THE COURT:  Do you want to examine him further,
08:53  20  Juror No. 36?
08:53  21      MR. STEWARD:  Not from the defense, Your Honor.  I
08:53  22  don't see any reference to Nike on the questionnaire.
08:53  23      MR. SAGEL:  In response to:  "Have you seen
08:53  24  anything about criminal charges brought against
08:53  25  Mr. Avenatti?" he answered:  "Local news and friends with

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:53  1  his association with Stormy Daniels and the Nike lawsuit.

08:53  2  And that's in response to the criminal charges question."

08:53  3          MR. STEWARD:  I do see that now.

08:53  4          THE COURT:  What does the government want to do?

08:53  5          MR. SAGEL:  I guess our response is I don't think

08:53  6  our position has ever been that by itself is excludable, but

08:53  7  if the whole purpose of what they wanted to do would be to

08:53  8  exclude on that knowledge or at least to inquire so as to

08:53  9  not taint the whole pool, it shouldn't come up today.

08:53  10         So if they believe that Nike or knowledge of Nike

08:54  11  alone is a potentially disqualifying fact, that juror should

08:54  12  be examined individually separate from the whole pool.

08:54  13         THE COURT:  I excused 14 jurors based on the

08:54  14  parties' stipulation that anyone with knowledge of Nike

08:54  15  could be excused.  When I accepted that stipulation, I

08:54  16  specifically said that I did not regard knowledge of Nike

08:54  17  alone to be disqualifying.

08:54  18         What's the government's position with Juror

08:54  19  No. 36?

08:54  20         MR. SAGEL:  With Juror No. 36, which is why he was

08:54  21  not one of the 14 originally as well as several others we

08:54  22  saw yesterday, our position is hearing something about Nike,

08:54  23  not knowing about a criminal case, not knowing about a

08:54  24  sentencing or anything like that, they could be potentially

08:55  25  a juror.

08:55   1          THE COURT:  Right, but the government I think for

08:55   2    purposes of efficiency simply stipulated if they knew about

08:55   3    Nike that they be excused.  That's fine, but is that a

08:55   4    different position with respect to Juror No. 36?

08:55   5          MR. SAGEL:  Slight nuance to the first part of the

08:55   6    statement, anybody who knew about criminal case with Nike.

08:55   7    Anything having to do with the actual criminal case, we are

08:55   8    at 14.  This individual says a Nike lawsuit.  Because he put

08:55   9    in the part about the charges, it leads us to believe he

08:55   10    knows that was a criminal charge.  Therefore, we think,

08:55   11    based on the position we heard multiple times from the

08:55   12    defendant, they don't believe that those individuals should

08:55   13    be part of the venire where right now they're saying they

08:55   14    don't think he needs to come back in.

08:55   15          MR. STEWARD:  We've changed our mind on that, Your

08:55   16    Honor.  I don't see any other way around this other than to

08:55   17    bring him in and question him.

08:56   18          THE COURT:  That's fine.  We are short four jurors

08:56   19    at the moment, so let's bring up Juror Nos. 36 and 59.

08:56   20          MR. SAGEL:  Your Honor, I do have two other

08:57   21    things.

08:57   22          THE COURT:  Sure.

08:57   23          MR. SAGEL:  Thank you, Your Honor.

08:57   24          I know we're doing things slightly differently, so

08:57   25    I just wanted to clarify for my knowledge that we are

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:57  1    talking to the first 16, which normally would be the first

08:57  2    12.  You're shaking your head, so maybe I --

08:57  3              THE COURT:  No, no.

08:57  4              MR. SAGEL:  Okay.  If someone is struck among the

08:57  5    first 12, are 13 through 16 filling in those 12 seats first?

08:57  6              THE COURT:  Correct.

08:57  7              MR. SAGEL:  Okay.  Thank you.  That clarifies one

08:57  8    part.

08:57  9              I apologize for forgetting it in this courtroom.

08:57  10   It may be a moot point, but if we pass on a peremptory, do

08:57  11   we lose that peremptory?

08:57  12             THE COURT:  No.  But if there are two passes in a

08:57  13   row, we stop.

08:57  14             MR. SAGEL:  Understood.

08:57  15             THE COURT:  Is that clear, Mr. Steward?

08:57  16             MR. STEWARD:  Understood, Your Honor.

08:58  17             THE COURT:  We have taken the plexiglass down on

08:58  18   the lectern so you can conveniently still be at the mic and

08:58  19   face the jurors.  If anybody wants the plexiglass back,

08:58  20   we'll put it back.

08:58  21             There was a concern that to get around the

08:58  22   plexiglass so the jurors can see you that you would be out

08:58  23   of range of the mic.

08:58  24             So is everybody comfortable for this purpose in

08:58  25   not having the plexiglass there?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:58   1            MR. STEWARD:  Yes, Your Honor.  I'm comfortable.

08:58   2            MR. SAGEL:  Same with the government, Your Honor.

08:58   3    Thank you.

08:58   4            THE COURT:  Okay.  Those are your two items?

08:58   5            MR. SAGEL:  Yes, Your Honor.

08:58   6            THE COURT:  Do you have a third?

08:58   7            MR. SAGEL:  If you give me a couple minutes, I'm

08:58   8    sure I'll come up with one, but right now I'm good.

08:58   9            THE COURT:  Thank you.

08:58  10            Mr. Steward.

08:58  11            MR. STEWARD:  Your Honor, in preparation for our

08:58  12    openings on Tuesday, government counsel notified us this

08:58  13    morning that they intend to use portions of I believe it's

08:59  14    six of their exhibits.  I would object to that because they

08:59  15    haven't been admitted into evidence.

08:59  16            We've had a dispute already about the business

08:59  17    records, and who knows what's going to happen in terms of

08:59  18    their admission.  So we would object.

08:59  19            THE COURT:  Anything as to which there is a

08:59  20    reasonable belief that it will come in may be shown in

08:59  21    opening statements.  If it doesn't come in and the party

08:59  22    fails to deliver on their promise, essentially a promise

08:59  23    made in the opening statement, the other side is free to

08:59  24    point that out in closing arguments.

08:59  25            Are you going to use a PowerPoint?

| | | |
|---|---|---|
| 08:59 | 1 | MR. SAGEL:  Yes, but it's very minimal.  It's for |
| 08:59 | 2 | six exhibits throughout. |
| 08:59 | 3 | THE COURT:  Well, you need to share the PowerPoint |
| 08:59 | 4 | in advance. |
| 08:59 | 5 | MR. SAGEL:  Will do, Your Honor. |
| 08:59 | 6 | THE COURT:  If there are any objections to the |
| 09:00 | 7 | PowerPoint, I want to get those out of the way before the |
| 09:00 | 8 | commencement of opening statements. |
| 09:00 | 9 | Mr. Steward, are you going to use a PowerPoint? |
| 09:00 | 10 | MR. STEWARD:  No, Your Honor. |
| 09:00 | 11 | THE COURT:  Okay.  What's your estimate for an |
| 09:00 | 12 | opening? |
| 09:00 | 13 | MR. SAGEL:  I believe 30 minutes, Your Honor. |
| 09:00 | 14 | THE COURT:  Mr. Steward. |
| 09:00 | 15 | MR. STEWARD:  Similar. |
| 09:00 | 16 | THE COURT:  Okay.  That's good. |
| 09:00 | 17 | MR. SAGEL:  Just to be safe, I will say 40 |
| 09:00 | 18 | minutes, Your Honor. |
| 09:00 | 19 | THE COURT:  Okay. |
| 09:00 | 20 | THE CLERK:  Your Honor, we're ready with the |
| 09:00 | 21 | individual jurors. |
| 09:00 | 22 | (Court and clerk conferring) |
| 09:00 | 23 | THE COURT:  Okay. |
| 09:00 | 24 | I will tell you who the four currently missing |
| 09:01 | 25 | jurors are:  Juror Nos. 37, 70, 128, and 141. |

09:01   1         Let me go back for a moment to splitting up the

09:01   2   venire for purposes of voir dire.  Even though they are

09:01   3   split up, every potential juror will hear all of the voir

09:01   4   dire whether they are in this courtroom or not.

09:01   5         I believe it's proper to ensure that jurors hear

09:01   6   all of the voir dire whether they're being examined or not.

09:01   7   That goal will be achieved.  I haven't heard anyone suggest

09:02   8   that we ought to bring people in in tranches such that we

09:02   9   have 30 or 40 here today and bring in a different 30 or 40

09:02   10  the next day and so on.  I think that's problematic in that

09:02   11  the people in the succeeding tranches would not have had the

09:02   12  benefit of the voir dire of the first group.

09:03   13        Do you want to go first again, Mr. Steward?

09:03   14        MR. STEWARD:  Yes, please, Your Honor.

09:03   15        THE COURT:  Okay.

09:03   16        MR. SAGEL:  I'm assuming that's just for the

09:03   17  individual voir dire.

09:03   18        THE COURT:  Right.

09:03   19        MR. SAGEL:  Thank you.

09:03   20        (Pause in proceedings)

09:04   21        THE CLERK:  Let's start with 59, Judge.

09:04   22        THE COURT:  Okay.

09:04   23        THE CLERK:  This is Juror No. 59.

09:04   24        (Prospective juror enters courtroom)

09:04   25        THE COURT:  Good morning, Mr. I.D.

09:04   1           Sir, if you feel comfortable, would you take your

09:04   2   mask off briefly.

09:04   3           PROSPECTIVE JUROR 59:  Sure.

09:04   4           THE COURT:  Thank you.

09:04   5           There are a few questions we thought more

09:04   6   appropriate to ask you out of the presence of the rest of

09:04   7   the jurors.

09:04   8           Mr. Steward.

09:04   9           MR. STEWARD:  Good morning, sir.

09:04   10           PROSPECTIVE JUROR NO. 59:  Good morning.

09:04   11           MR. STEWARD:  The questionnaire you filled out a

09:04   12   couple of days ago, question 52, any reason that you may be

09:04   13   prejudiced against government or the defense, I believe you

09:04   14   wrote:  When I first saw Mr. Avenatti, I immediately thought

09:04   15   about embezzlement.  Whether or not this will prejudice me

09:05   16   in any applicable way is hard to say.

09:05   17           Can you tell us more about that answer?  What do

09:05   18   you mean?

09:05   19           PROSPECTIVE JUROR NO. 59:  When the jury pool

09:05   20   first came in, we sat for hours with no information at all

09:05   21   about what this trial would be about, and so naturally I had

09:05   22   the occasion to wonder.

09:05   23           I thought about things like violent crimes or

09:05   24   gang-related activity or hacking, what not.  And at some

09:05   25   point the judge came in and several other parties, and one

09:05  1   of the gentlemen said something to the effect of my name is

09:05  2   so and so.  This is my associate, so and so.  We are

09:06  3   assistant federal prosecutors.

09:06  4          MR. STEWARD:  Yes.

09:06  5          PROSPECTIVE JUROR NO. 59:  And then at another

09:06  6   point another gentleman stood up and said this is my name

09:06  7   and this is my client.  And that was the first time

09:06  8   I thought, okay, this must be the defendant.  And one of my

09:06  9   impressions of the defendant was it doesn't look like any of

09:06  10  those things that I mentioned based of his demeanor and the

09:06  11  way he seemed to be dressed and the style of his shoes.  I

09:06  12  thought, no, not a violent crime, et cetera, et cetera.  I'm

09:06  13  going to have to say it's probably embezzlement.

09:06  14          So, yeah, that was just me, my thought as to what

09:06  15  this case might be about.

09:06  16          MR. STEWARD:  And I guess you were concerned

09:06  17  enough to write it down on this question which asks about

09:07  18  whether you may be prejudiced for or against the government

09:07  19  or the defense.  And you also said:  Whether or not this

09:07  20  will prejudice me in any applicable way is hard to say.

09:07  21          PROSPECTIVE JUROR NO. 59:  Minimally, that is a

09:07  22  prejudgment.

09:07  23          MR. STEWARD:  Okay.

09:07  24          PROSPECTIVE JUROR NO. 59:  You know, in one sense,

09:07  25  there it is.  But as far as the ability to make a decision

09:07    1    based on the facts presented in the case, I don't think so.

09:07    2    But this is about prejudice, which is often, you know, a

09:07    3    subconscious influence.

09:07    4            MR. STEWARD:  Okay.  So as you sit there today, do

09:07    5    you have a bias against Mr. Avenatti because of your initial

09:07    6    impressions?

09:07    7            PROSPECTIVE JUROR NO. 59:  I don't think so.  My

09:07    8    initial impression was not that he was guilty but just that

09:07    9    that would be the content of the case.

09:07   10            MR. STEWARD:  Okay.  The question having to do

09:08   11    with whether you would be tempted to discuss the case with

09:08   12    others while it's ongoing --

09:08   13            THE COURT:  Sir, we're not going to get into that

09:08   14    topic.

09:08   15            MR. STEWARD:  Fair enough, Your Honor.

09:08   16            No further questions.

09:08   17            THE COURT:  Mr. Sagel.

09:08   18            MR. SAGEL:  As you sit here today, if the judge

09:08   19    instructs you to keep an open mind and just listen to the

09:08   20    evidence and the testimony in this case, would you be able

09:08   21    to follow the Court's instructions?

09:08   22            PROSPECTIVE JUROR NO. 59:  I believe so, yes.

09:08   23            MR. SAGEL:  No further questions, Your Honor.

09:08   24            THE COURT:  I want to make sure I understand your

09:08   25    mental process.  You were trying to figure out in your mind

| | | |
|---|---|---|
| 09:08 | 1 | what type of case this is.  You see the defendant.  You see |
| 09:09 | 2 | how he's dressed in a suit and tie.  And based on that you |
| 09:09 | 3 | ruled out gangs, drugs, what not, and you come to the |
| 09:09 | 4 | conclusion this is probably about embezzlement; is that |
| 09:09 | 5 | correct? |
| 09:09 | 6 | PROSPECTIVE JUROR NO. 59:  Yes, I think so. |
| 09:09 | 7 | THE COURT:  When you looked at him, did you think |
| 09:09 | 8 | he was an embezzler? |
| 09:09 | 9 | PROSPECTIVE JUROR NO. 59:  No.  I mean, at that |
| 09:09 | 10 | point I didn't actually know what the case was about.  I was |
| 09:09 | 11 | just thinking to myself what is this case about? |
| 09:09 | 12 | THE COURT:  Okay.  But your first impression of |
| 09:09 | 13 | him wasn't that he -- |
| 09:09 | 14 | PROSPECTIVE JUROR NO. 59:  Was that he was the |
| 09:09 | 15 | kind of guy who might be accused of embezzlement as opposed |
| 09:09 | 16 | to any other types of crimes. |
| 09:09 | 17 | THE COURT:  Okay.  But did you make any judgment |
| 09:09 | 18 | that he was an embezzler? |
| 09:09 | 19 | PROSPECTIVE JUROR NO. 59:  I don't believe so. |
| 09:09 | 20 | THE COURT:  Okay.  Thank you, sir.  Would you go |
| 09:09 | 21 | back to the jury room, please. |
| 09:09 | 22 | (Prospective juror exits courtroom) |
| 09:10 | 23 | MR. STEWARD:  Your Honor, we would move to strike |
| 09:10 | 24 | him, his answer about Mr. Avenatti as the kind of guy that |
| 09:10 | 25 | would be charged with embezzlement and the other answers |

| | | |
|---|---|---|
| 09:10 | 1 | that he gave. |
| 09:10 | 2 | THE COURT:  Mr. Sagel. |
| 09:10 | 3 | MR. SAGEL:  I don't believe he gave any answers |
| 09:10 | 4 | that stated that or that would require him to be removed. |
| 09:10 | 5 | He specifically answered the question that he would be fair |
| 09:10 | 6 | and open to deliberating and listening to the evidence and |
| 09:10 | 7 | testimony in this case. |
| 09:10 | 8 | THE COURT:  I think he differentiated in his own |
| 09:10 | 9 | mind from his mental process to figure out what this case is |
| 09:10 | 10 | about rather than he looked at him and said that's an |
| 09:10 | 11 | embezzler.  So the request will be denied. |
| 09:12 | 12 | THE CLERK:  This is Juror No. 36. |
| 09:12 | 13 | (Prospective juror enters courtroom) |
| 09:12 | 14 | THE COURT:  Good morning, sir. |
| 09:12 | 15 | PROSPECTIVE JUROR NO. 36:  Good morning. |
| 09:12 | 16 | THE COURT:  Counsel has some follow-up questions |
| 09:12 | 17 | that we all thought probably more appropriate to ask you one |
| 09:12 | 18 | on one rather than with the whole panel. |
| 09:12 | 19 | Mr. Steward. |
| 09:12 | 20 | MR. STEWARD:  Thank you, Your Honor. |
| 09:12 | 21 | Good morning, sir. |
| 09:12 | 22 | PROSPECTIVE JUROR NO. 36:  Good morning. |
| 09:12 | 23 | MR. STEWARD:  One of the questions in the |
| 09:12 | 24 | questionnaire you filled out a couple days ago, question 29, |
| 09:12 | 25 | talks about before today have you read, seen, or heard |

09:12  1    anything about criminal charges being brought against

09:12  2    Mr. Avenatti?  You circled yes, and I believe your answer

09:12  3    was:  Local news and friends with his association with

09:12  4    Stormy Daniels and the Nike lawsuit.

09:12  5         Specifically on the Nike lawsuit, your answer

09:12  6    there, what do you recall?

09:12  7         PROSPECTIVE JUROR NO. 36:  Just that it was in the

09:13  8    news that there was a lawsuit with a professional basketball

09:13  9    player, Zion Williamson, and that there was some litigation

09:13  10   of some sort regarding that.

09:13  11        MR. STEWARD:  Okay.  Do you remember, was it --

09:13  12   when you say it was a lawsuit, was it like a civil suit or

09:13  13   criminal charges, or do you have any recollection one way or

09:13  14   the other?

09:13  15        PROSPECTIVE JUROR NO. 36:  I don't.  I just

09:13  16   remember hearing about it.  It was either on ESPN or, like I

09:13  17   said, the local news.

09:13  18        MR. STEWARD:  Was your sense from what you heard

09:13  19   that Mr. Avenatti was in trouble in some way with this Nike

09:13  20   situation?

09:13  21        PROSPECTIVE JUROR NO. 36:  Yes.

09:13  22        MR. STEWARD:  And did you hear anything, let's

09:13  23   say, in the last 30 days about it?

09:13  24        PROSPECTIVE JUROR NO. 36:  No.

09:13  25        MR. STEWARD:  Do you recall offhand when this may

09:13   1   have been?  A year ago?  Two years ago?

09:13   2          PROSPECTIVE JUROR NO. 36:  I don't know.  Probably

09:13   3   within the last six months, I would say.

09:13   4          MR. STEWARD:  Thank you, Your Honor.  Nothing

09:14   5   further.

09:14   6          MR. SAGEL:  No questions, Your Honor.

09:14   7          THE COURT:  Sir, would you go back to the jury

09:14   8   room for a minute, please.

09:14   9          (Prospective juror exits courtroom)

09:14  10          THE COURT:  Mr. Steward.

09:14  11          MR. STEWARD:  Your Honor, he did indicate that he

09:14  12   knew of the Nike case and associated it with trouble for

09:14  13   Mr. Avenatti.  I think we have to let him go.

09:14  14          THE COURT:  He described it as a civil case

09:14  15   involving a basketball player.  That isn't the criminal Nike

09:14  16   case.  Mr. Avenatti's client wasn't a basketball player.

09:14  17          MR. STEWARD:  In that case, I withdraw my other

09:14  18   statement.

09:15  19          THE COURT:  Well, did I mishear what he said?

09:15  20          MR. STEWARD:  I do not believe you did.  I think

09:15  21   you heard it correctly.

09:15  22          THE COURT:  Okay.  The request will be denied.

09:15  23          Given the extent of the questionnaire, I would not

09:15  24   plan to ask any questions of the jurors preliminary to your

09:15  25   questions unless there is something you specifically would

09:15  1   like me to ask.

09:15  2           MR. SAGEL:  Nothing from the government, Your

09:15  3   Honor.

09:15  4           MR. STEWARD:  That's fine, Your Honor.

09:15  5           THE COURT:  Once you have concluded both your

09:15  6   examinations, I would ask:  Is there anything either the

09:15  7   Court or the questionnaire or the parties in the questions

09:16  8   have not touched on that you think is important to share

09:16  9   with us in terms of picking a fair and impartial jury?  So I

09:16  10  will ask that question before we move on to challenges.

09:16  11          Okay, let's see where we are.

09:16  12              (Recess taken at 9:16 a.m.;

09:16  13               proceedings resumed at 9:21 a.m.)

09:16  14          (Prospective jurors not present)

09:21  15          THE COURT:  Okay.  The Clerk's Office was able to

09:21  16  reach Juror No. 37.  He is at work.  He is apparently a

09:21  17  truck driver, and he began a long haul.  I propose to have

09:21  18  him brought back to court and admonished, and he will be

09:21  19  directed to return for jury service at another date.  I

09:22  20  think it's impractical to try and get him back here.

09:22  21          For Juror No. 70, there was no answer.

09:22  22          Juror No. 141 -- well, Juror No. 128 she was sick.

09:22  23          Juror No. 141 overslept.  He works the graveyard.

09:22  24  I don't know how far away he is.  I propose to just proceed.

09:22  25          Any objections to that?

09:22    1        MR. STEWARD:  Yes, Your Honor.  We would prefer

09:22    2   that all of these folks honor their commitment to the Court

09:22    3   and come back.

09:22    4        THE COURT:  That is impractical.  We are going to

09:22    5   proceed.  The cost to the government is about $6,000 a day

09:22    6   to have roughly 120 people here.  We are going to proceed.

09:23    7   Who knows where Juror No. 37 is on his truck route.

09:23    8        We've made a reasonable effort to contact Juror

09:23    9   No. 70.  Juror No. 128 said she is sick.  Juror No. 141

09:23   10   lives in Orange.  It will be 30 minutes, plus or minus, for

09:24   11   him to get here and get parked.  We are going to proceed.

09:24   12   The objection is noted.

09:24   13        (Court and clerk conferring)

09:24   14        THE COURT:  Three of the jurors will be summoned

09:24   15   back at 8:00 sometime next week.  We will advise you when

09:24   16   they are coming so if you want to be here you can.  I don't

09:24   17   think you're required to be at the proceeding, but you'll

09:24   18   get notice, and if you want to be here, fine.

09:24   19             (Recess taken at 9:24 a.m.;

09:24   20             proceedings resumed at 9:38 a.m.)

09:24   21           (Prospective jurors not present)

09:38   22        THE CLERK:  Juror No. 73.

09:38   23        (Prospective juror enters courtroom)

09:38   24        THE COURT:  Good morning.

09:38   25        PROSPECTIVE JUROR NO. 73:  Good morning.

| | | |
|---|---|---|
| 09:38 | 1 | THE COURT:  I understand you are not feeling too |
| 09:38 | 2 | well. |
| 09:38 | 3 | PROSPECTIVE JUROR NO. 73:  Yes. |
| 09:38 | 4 | THE COURT:  Tell me about that.  Use the mic, |
| 09:38 | 5 | please. |
| 09:38 | 6 | PROSPECTIVE JUROR NO. 73:  It's my throat, and I'm |
| 09:38 | 7 | coughing. |
| 09:38 | 8 | THE COURT:  Do you feel a bit feverish? |
| 09:38 | 9 | PROSPECTIVE JUROR NO. 73:  No. |
| 09:38 | 10 | THE COURT:  Well, I'm going to excuse you.  Thank |
| 09:38 | 11 | you for coming down today. |
| 09:38 | 12 | (Prospective juror excused) |
| 09:38 | 13 | THE CLERK:  We are going to start bringing them in |
| 09:39 | 14 | one by one.  They are out in the hall. |
| 09:39 | 15 | (Court and clerk conferring) |
| 09:39 | 16 | (Recess taken at 9:39 a.m.; |
| 09:39 | 17 | proceedings resumed at 9:57 a.m.) |
| 09:39 | 18 | (Prospective jurors present) |
| 09:57 | 19 | THE CLERK:  Calling Item 2, SACR-19-00061-JVS, |
| 09:57 | 20 | United States of America versus Michael John Avenatti. |
| 09:57 | 21 | Counsel, please state your appearances for the |
| 09:57 | 22 | record. |
| 09:57 | 23 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel |
| 09:57 | 24 | and Alexander Wyman on behalf of the United States. |
| 09:57 | 25 | THE COURT:  Good morning. |

09:57　1　　　　　　MR. STEWARD:  Good morning, Your Honor.  Dean

09:57　2　Steward on behalf of Mr. Avenatti.  He is present.  Also at

09:57　3　counsel table is Courtney Cefali Cummings and Marisela

09:57　4　Barberena.

09:57　5　　　　　　THE COURT:  Good morning and welcome.

09:57　6　　　　　　MR. STEWARD:  Thank you.

09:57　7　　　　　　THE COURT:  And good morning to you, ladies and

09:57　8　gentlemen.  Welcome.

09:57　9　　　　　　We are going to continue our process of picking a

09:57　10　jury in this criminal case, United States versus Michael

09:57　11　John Avenatti.

09:57　12　　　　　　What we are going to do this morning is begin with

09:58　13　16 jurors, and counsel will have an opportunity to ask you

09:58　14　some questions.  I ask you to listen to the questions

09:58　15　carefully and do your best to answer.

09:58　16　　　　　　Counsel are not attempting to embarrass you or to

09:58　17　invade your privacy.  It's simply part of our process to let

09:58　18　them know a little bit more about you so they can make some

09:58　19　determinations as to whether you're an appropriate person to

09:58　20　sit on this case.

09:58　21　　　　　　After counsel have had a chance to examine and I

09:58　22　may ask some questions, counsel will have an opportunity to

09:58　23　exercise what we call peremptory challenges.  In a criminal

09:58　24　case, the government gets six challenges and the defendant

09:58　25　gets ten challenges.  No reason need be stated.  Counsel may

| | | |
|---|---|---|
| 09:58 | 1 | have heard something and just thought perhaps this person is |
| 09:58 | 2 | not right for this case.  It may be a hunch.  It's part of |
| 09:58 | 3 | our system of arriving at a fair and impartial jury.  We |
| 09:59 | 4 | want a jury that is fair and impartial. |
| 10:00 | 5 | (Pause in proceedings) |
| 10:00 | 6 | (Court and clerk conferring) |
| 10:01 | 7 | THE COURT:  I was speaking about peremptory |
| 10:01 | 8 | challenges.  Each side has the right to invite the Court to |
| 10:01 | 9 | excuse a certain number of jurors.  No reason need be given. |
| 10:01 | 10 | The government gets six.  The defendant gets ten.  It's part |
| 10:01 | 11 | of our system to ensure that we have a fair and impartial |
| 10:01 | 12 | jury and one that's fair and impartial from the perspective |
| 10:01 | 13 | of the government and also from the perspective of the |
| 10:01 | 14 | defendant. |
| 10:01 | 15 | If you are excused on a peremptory challenge, |
| 10:01 | 16 | please don't take it personally.  Counsel may have heard |
| 10:02 | 17 | something and decided you might be better for another case. |
| 10:02 | 18 | It's not a reflection on your integrity or worth or |
| 10:02 | 19 | veracity.  It's simply part of our process. |
| 10:02 | 20 | Likewise, if you met someone down in the jury |
| 10:02 | 21 | assembly room and you looked forward to serving with them |
| 10:02 | 22 | and they get excused, please don't hold it against counsel |
| 10:02 | 23 | or the parties.  It's simply part of our process. |
| 10:02 | 24 | A couple of preliminaries.  Presently, the jurors |
| 10:02 | 25 | are located in three locations -- my courtroom; in the |

10:02 1   courtroom next door, 10D; and down in the jury assembly
10:02 2   room.  We have done this so we can achieve social
10:02 3   distancing.  Once we start the trial, all the jurors will be
10:02 4   in this courtroom.
10:02 5             (Pause in proceedings)
10:12 6             (Court and clerk conferring)
10:12 7             THE COURT:  Sorry for the delay, ladies and
10:12 8   gentlemen.  I indicated that we are spread out over three
10:12 9   different locations -- this courtroom; Courtroom 10D, the
10:12 10  next one over; and the jury assembly room.  We are doing
10:12 11  that so that we can achieve social distancing.
10:12 12            These are our ground rules given the pandemic.  If
10:12 13  you are not fully vaccinated, please wear your masks at all
10:12 14  times.  If you are fully vaccinated, you have got a choice
10:12 15  as to whether to wear a mask or not wear a mask, but I would
10:12 16  ask if you feel comfortable when you are being asked a
10:12 17  question to take the mask off so that we can hear you more
10:13 18  clearly.
10:13 19            Also, Mr. Kratzer, one of my law clerks, will be
10:13 20  passing around a mic.  We don't want to pass it hand to hand
10:13 21  for COVID reasons.  So please speak into the mic.  If you
10:13 22  need to stand up or lean forward, please do that.
10:13 23            Yesterday some of you came down to court and were
10:13 24  examined, and we used juror numbers rather than juror names.
10:13 25  The reason for that is a transcript will be prepared of this

| | | |
|---|---|---|
| 10:13 | 1 | case, and for privacy reasons, we don't want jurors' names |
| 10:13 | 2 | in the public record.  That's not peculiar to this case.  We |
| 10:13 | 3 | do that in every case, every criminal case and every civil |
| 10:13 | 4 | case. |
| 10:13 | 5 | Typically, the jurors will be referred to by |
| 10:13 | 6 | letters, initials of the first and last name.  As I say, we |
| 10:13 | 7 | do that in every case whether it's a criminal case or it's a |
| 10:14 | 8 | civil case where the postman rear-ended somebody and comes |
| 10:14 | 9 | to court on a federal tort claim.  So there is nothing |
| 10:14 | 10 | peculiar about that, and you are not to infer anything from |
| 10:14 | 11 | it. |
| 10:14 | 12 | (Court and clerk conferring) |
| 10:15 | 13 | THE COURT:  Ladies and gentlemen, we need to get |
| 10:15 | 14 | these technical glitches ironed out.  It's important that |
| 10:15 | 15 | the people in the other locations can hear what we are |
| 10:15 | 16 | doing.  So we'll take about a 10- or 15-minute break.  Would |
| 10:15 | 17 | you please remember where you are sitting so when you come |
| 10:15 | 18 | back in, you can sit in the same place. |
| 10:15 | 19 | Thank you. |
| 10:15 | 20 | (Recess taken at 10:17 a.m.; |
| 10:17 | 21 | proceedings resumed at 10:50 a.m.) |
| 10:17 | 22 | (Prospective jurors enter courtroom) |
| 10:50 | 23 | THE COURT:  Ladies and gentlemen, we've got to get |
| 10:50 | 24 | this situation squared away, and we're not doing that very |
| 10:50 | 25 | quickly today.  I have nothing on the calendar for Monday, |

| | | |
|---|---|---|
| 10:50 | 1 | although the notices that went out to you said that we would |
| 10:50 | 2 | be in trial Tuesday through Friday. |
| 10:50 | 3 | Would anyone have difficulty coming back on |
| 10:50 | 4 | Monday?  I've got to go visit with the people in the other |
| 10:50 | 5 | two locations. |
| 10:50 | 6 | (Pause in proceedings) |
| 10:50 | 7 | (Off-the-record discussion) |
| 10:50 | 8 | (Prospective jurors present) |
| 10:50 | 9 | THE COURT:  For approximately the last 35 minutes, |
| 10:50 | 10 | we have been able to try to improve the quality of the audio |
| 10:50 | 11 | in the other two areas where the jurors are.  I went down to |
| 10:50 | 12 | 10D, and it's adequate from all microphones.  I wouldn't say |
| 10:50 | 13 | great, but it is adequate.  Mr. Steward was there.  I |
| 10:50 | 14 | believe Mr. Avenatti was there, and Mr. Wyman was there. |
| 10:50 | 15 | Do you want to add anything, Mr. Steward? |
| 10:51 | 16 | MR. STEWARD:  No, Your Honor.  Thank you. |
| 10:51 | 17 | THE COURT:  Okay.  Mr. Wyman. |
| 10:51 | 18 | MR. WYMAN:  No.  Thank you, Your Honor. |
| 10:51 | 19 | THE COURT:  Okay.  Are we ready to go forward now? |
| 10:51 | 20 | MR. STEWARD:  Yes, Your Honor. |
| 10:51 | 21 | THE COURT:  Okay.  Let's do it. |
| 10:51 | 22 | I'm going to backtrack and repeat some of my |
| 10:51 | 23 | remarks just to make sure that everyone heard the important |
| 10:51 | 24 | stuff. |
| 10:53 | 25 | (Pause in proceedings) |

10:53   1           (Court and clerk conferring)

10:53   2           THE COURT:  Ladies and gentlemen, I'm going to

10:53   3   backtrack slightly to make sure everyone heard the important

10:53   4   parts of the remarks I made.

10:53   5           First of all, I explained that we're going to go

10:53   6   forward with the examination of prospective jurors by

10:53   7   counsel.  It's important that you answer as fully and

10:53   8   completely as possible.  There are no wrong answers.  After

10:53   9   counsel have had a chance to examine, there will be an

10:53   10  opportunity to exercise peremptory challenges.  Each side

10:53   11  may invite the Court to excuse a certain number of jurors,

10:53   12  and no reason need be stated.

10:53   13          It's part of our process to ensure that we have a

10:53   14  fair and impartial jury, and not only fair and impartial,

10:53   15  but also fair and impartial from the perspective of the

10:53   16  government and the defendant.  If you are excused on a

10:53   17  peremptory, please don't take it personally.  It's not a

10:53   18  reflection of your worth or integrity.  It's simply part of

10:54   19  our process.

10:54   20          I want to go over the procedures we're going to

10:54   21  follow in light of the COVID pandemic.  If you are not fully

10:54   22  vaccinated, please wear your mask at all times.  If you are

10:54   23  fully vaccinated, you have the option to wear or not wear a

10:54   24  mask.

10:54   25          However, if you're answering questions, if you

10:54   1   feel comfortable, I would urge you to remove your mask for

10:54   2   that brief minute or two where you are actually answering

10:54   3   questions.

10:54   4          We will have a mic passed around.  My law clerks

10:54   5   will pass it around.  Please speak directly into the mic and

10:54   6   as loudly as possible.  Normally we just have you pass it

10:54   7   around, but we don't want to pass it from hand to hand among

10:54   8   all the people here.

10:55   9          Yesterday some of you were here and we used juror

10:55   10  numbers rather than juror names, and that was because we

10:55   11  don't want your names to appear in the public transcript

10:55   12  which will be prepared and be available to the public.  We

10:55   13  do that in every single case, every single criminal case and

10:55   14  every single civil case, even in the case as pedestrian as

10:55   15  the mailman rear-ending somebody, which would come to

10:55   16  federal court under the Federal Tort Claims Act.

10:55   17          (Court and clerk conferring)

10:56   18          (Pause in proceedings)

10:56   19          THE COURT:  I want to see counsel at sidebar.  We

10:56   20  will do that in the hallway.

10:56   21          (Sidebar conference)

11:14   22          THE COURT:  The system we are using is usually

11:14   23  reliable.  It's no big deal to pipe proceedings into another

11:14   24  courtroom.  We do that in large trials.  We do it when we

11:14   25  have ceremonies.  For whatever reason, it's not working.  I

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
11:14   1   think it's critical that the jurors in the other areas are
11:14   2   able to hear what we are doing.
11:14   3           I propose we adjourn until Tuesday and get this
11:14   4   squared away.
11:14   5           MR. STEWARD:  We agree, Your Honor.
11:14   6           MR. SAGEL:  I guess our first question is at one
11:14   7   point Your Honor mentioned Monday was clear.  I guess our
11:14   8   question -- we have a lot of out-of-town witnesses.  If
11:14   9   Monday is available, we would ask that it be Monday.
11:16  10           THE COURT:  The notice that went out said we have
11:16  11   trial Tuesday through Friday.  I need to find out how many
11:16  12   people would be available Monday.  I propose to do that if
11:16  13   you prefer that I do that.
11:16  14           I will talk to the people in my courtroom.  We
11:16  15   will go down to 10D and go down to the jury assembly room
11:16  16   with the court reporter.
11:16  17           MR. STEWARD:  That's fine.  I have an appearance
11:16  18   in Judge Carter's court.  I know I can move it or do
11:16  19   something.  This would take priority.  To the extent that
11:16  20   they will accommodate me --
11:16  21           MR. SAGEL:  At 7:30?
11:16  22           MR. STEWARD:  No.  It's at 1:30.  It's not a
11:16  23   problem.
11:16  24           THE COURT:  Okay.  Let's talk to these folks.
11:16  25   Then we will go down to 10D, and then we will go downstairs.
```

| | | |
|---|---|---|
| 11:16 | 1 | (End of sidebar conference) |
| 11:16 | 2 | THE COURT:  Ladies and gentlemen, we have got to |
| 11:16 | 3 | get this situation squared away, and we are not doing that |
| 11:16 | 4 | very quickly today.  I have nothing on the calendar for |
| 11:16 | 5 | Monday, although the notices that went out to you said |
| 11:16 | 6 | during trial we would be in trial Tuesday through Friday. |
| 11:16 | 7 | Would anyone have difficulty coming back on Monday? |
| 11:16 | 8 | PROSPECTIVE JUROR NO. 13:  Yes.  I have a medical |
| 11:16 | 9 | student orientation out in Hemet for work. |
| 11:16 | 10 | THE COURT:  Anybody else? |
| 11:16 | 11 | PROSPECTIVE JUROR NO. 9:  I start a new position |
| 11:17 | 12 | on Monday but could be here Tuesday. |
| 11:17 | 13 | THE COURT:  Okay.  I'm going to visit with the |
| 11:17 | 14 | people in the other two locations and see what they say. |
| 11:17 | 15 | (The following proceedings were in Courtroom 10D) |
| 11:17 | 16 | THE COURT:  Ladies and gentlemen, for whatever |
| 11:17 | 17 | reason, we are having problems today.  The notice that went |
| 11:17 | 18 | out to you said our usual schedule would be Tuesday through |
| 11:17 | 19 | Friday.  However, I'm clear on Monday.  Is there anyone here |
| 11:17 | 20 | who could not come back Monday? |
| 11:17 | 21 | PROSPECTIVE JUROR:  I cannot come on Monday. |
| 11:17 | 22 | THE COURT:  For what reason? |
| 11:17 | 23 | PROSPECTIVE JUROR:  I do not have a vehicle to |
| 11:17 | 24 | bring me here. |
| 11:17 | 25 | THE COURT:  Anybody else? |

11:17  1              Okay.  I'm going to make a decision.  I'm going to

11:17  2  recess today and have you come back Monday or Tuesday.  I

11:17  3  will be back very shortly.

11:17  4              (The following proceedings were in the Jury

11:17  5  Assembly Room)

11:17  6              THE COURT:  We are having some problems.  I think

11:17  7  the sound is coming through down here; is that correct?

11:17  8              UNIDENTIFIED SPEAKER:  That's correct.

11:17  9              THE COURT:  We have to get the situation squared

11:17  10  away, and it's not going very quick today.  I'm not in trial

11:17  11  on Monday, and I could reconvene this trial on Monday.  But

11:17  12  when you got your notice, you were told that we are going to

11:17  13  go from Tuesday to Friday.  So I want to know if there is

11:17  14  anyone who couldn't come back on Monday.

11:17  15              PROSPECTIVE JUROR:  I can't be here.

11:17  16              THE COURT:  Tell me why you couldn't be here.

11:17  17              PROSPECTIVE JUROR:  I have other obligations.

11:17  18              PROSPECTIVE JUROR:  I also have other obligations.

11:17  19              PROSPECTIVE JUROR:  I have work training, all

11:17  20  hands on deck.

11:17  21              THE COURT:  Anybody else?

11:17  22              PROSPECTIVE JUROR:  Yes.  I have a project that

11:17  23  I'm the general on.

11:17  24              PROSPECTIVE JUROR:  I have to take my wife to the

11:17  25  hospital.

11:17   1          PROSPECTIVE JUROR:  I got a new job, so I have to
11:17   2    go to training.  They are currently short-staffed right now.
11:17   3          THE COURT:  So how many folks do we have?  Yes,
11:17   4    sir.
11:17   5          PROSPECTIVE JUROR:  I work two jobs.  I work
11:17   6    mornings and graveyard.
11:17   7          THE COURT:  Okay.  Thank you, ladies and
11:17   8    gentlemen.  We will make up our minds shortly about what we
11:17   9    are going to do.  Quite likely you are going to be dismissed
11:17   10   for today and come back on Tuesday.
11:17   11         Usually the system works very well.  We use it
11:17   12   quite regularly if we have a big trial and broadcast it into
11:17   13   another courtroom so we can accommodate the public.  We have
11:17   14   ceremonial events from time to time in the larger courtroom
11:17   15   on 10 and very frequently pipe it into another courtroom so
11:17   16   we can accommodate everybody.
11:17   17         For whatever reason, we are jinxed today.  I'm
11:17   18   sorry this is going to be an unproductive day for you and me
11:17   19   and the lawyers.  We have got to get this problem solved
11:17   20   because it's important while we are starting the voir dire,
11:17   21   the questioning process, for you to be able to hear all the
11:17   22   questions and answers so you know where we are when you have
11:17   23   your opportunity to answer questions.
11:17   24         My apologies.  We will make a decision very
11:17   25   shortly.  It's quite likely you will be excused today and

| | | |
|---|---|---|
| 11:17 | 1 | invited to come back on Tuesday.  So I will get back to you |
| 11:17 | 2 | quickly. |
| 11:17 | 3 | (The following proceedings were in Courtroom 10C) |
| 11:17 | 4 | THE COURT:  We call this a sidebar conversation. |
| 11:18 | 5 | At times I have to talk to counsel in private.  We usually |
| 11:18 | 6 | do that at the side of the bar at the bench.  The court |
| 11:18 | 7 | reporter can't hear us if we whisper. |
| 11:18 | 8 | (Sidebar conference) |
| 11:18 | 9 | THE COURT:  I went to the locations where we have |
| 11:18 | 10 | jurors, and I asked if they were available Monday.  There |
| 11:18 | 11 | were at least two in my courtroom.  I counted I believe just |
| 11:18 | 12 | one down in 10D, and I counted at least nine in the jury |
| 11:18 | 13 | assembly room.  I'm not inviting a stipulation, but absent a |
| 11:18 | 14 | stipulation we are coming back Tuesday. |
| 11:18 | 15 | MR. STEWARD:  Understood.  No objection.  We will |
| 11:18 | 16 | do that. |
| 11:18 | 17 | MR. SAGEL:  That's fine, Your Honor.  The only |
| 11:18 | 18 | request we have is assuming we pick the jury on Tuesday |
| 11:18 | 19 | would we have the same agreement that we wouldn't start |
| 11:18 | 20 | until Wednesday? |
| 11:18 | 21 | THE COURT:  Oh, yes.  I will go as long as it |
| 11:18 | 22 | takes on Tuesday to pick a jury.  Basically we have lost one |
| 11:18 | 23 | day, but that's not the end of the world. |
| 11:18 | 24 | Okay, anything else for the record? |
| 11:18 | 25 | MR. STEWARD:  No, Your Honor.  Thanks. |

11:18   1           THE COURT:  Okay.

11:18   2           (End of sidebar conference)

11:18   3           THE COURT:  Ladies and gentlemen, we don't have a

11:18   4   sufficient number of folks who can come back on Monday.  So

11:18   5   per the schedule when you were advised and got notice of

11:18   6   jury duty we're going to resume on Tuesday.  So I ask you to

11:18   7   come back at the regular time on your notice on Tuesday, and

11:18   8   we'll do our best to get a jury picked in one day, so that

11:18   9   if you're not picked, you'll be excused.

11:18   10          Again, I apologize for this.  You know Murphy's

11:18   11  law.  What can go wrong will go wrong, and I'm afraid it did

11:18   12  today.  So with my apologies, ladies and gentlemen, I hope

11:18   13  you have a good weekend.

11:18   14          Please remember the admonition not to discuss the

11:18   15  case with anyone, and you are not to form any opinions on

11:18   16  the issues in the case until it is submitted to you.

11:18   17          I also remind you to not look at any newspaper or

11:18   18  listen to any media.  If you happen to hear something about

11:18   19  this case, please turn away from it and report that to

11:18   20  Ms. Bredahl on Tuesday.

11:18   21          All right, ladies and gentlemen, thank you.  I

11:18   22  trust you will have a good weekend.

11:18   23          (Prospective jurors exit courtroom)

11:18   24          THE COURT:  The jurors in the other two locations

11:18   25  will be notified that they are released and to return on

| | | |
|---|---|---|
| 11:18 | 1 | Tuesday. |
| 11:18 | 2 | MR. SAGEL:  Do you want the parties present during |
| 11:18 | 3 | that, or we'll defer to the defense?  If they want to be |
| 11:18 | 4 | present, we will be present, Your Honor. |
| 11:18 | 5 | THE COURT:  What do you mean? |
| 11:18 | 6 | MR. SAGEL:  If they want to be present while Your |
| 11:19 | 7 | Honor or anybody else tells them to come back. |
| 11:19 | 8 | THE COURT:  Well, do you want to go down there |
| 11:19 | 9 | when that message is delivered, Mr. Steward? |
| 11:19 | 10 | MR. STEWARD:  No. |
| 11:19 | 11 | THE COURT:  Or to 10D? |
| 11:19 | 12 | MR. STEWARD:  Neither one, Your Honor. |
| 11:19 | 13 | THE COURT:  Okay. |
| 11:19 | 14 | MR. SAGEL:  As long as they're provided with the |
| 11:19 | 15 | same admonition. |
| 11:19 | 16 | THE COURT:  Right -- well, wait a minute.  I'll go |
| 11:19 | 17 | back down and make sure they get the same admonition. |
| 11:19 | 18 | MR. STEWARD:  In that case, we'll tag along, Your |
| 11:19 | 19 | Honor. |
| 11:20 | 20 | THE COURT:  Do you want the admonition on the |
| 11:20 | 21 | record when I give them the admonition in the other |
| 11:20 | 22 | locations?  If so, we'll have Ms. Seffens come with us. |
| 11:20 | 23 | MR. STEWARD:  No, Your Honor.  We'll certainly |
| 11:20 | 24 | take the Court's word for it that it will be the same |
| 11:20 | 25 | admonition.  Ms. Seffens need not run around. |

| | | |
|---|---|---|
| 11:20 | 1 | (Recess taken at 11:20 a.m.) |
| 11:20 | 2 | (Prospective jurors not present) |
| 11:31 | 3 | THE COURT:  First of all, I want to indicate for |
| 11:31 | 4 | the record that I went to Courtroom 10D and gave |
| 11:31 | 5 | substantially the same admonition to the jurors and |
| 11:31 | 6 | substantially the same apology, too.  I did the same down in |
| 11:31 | 7 | the jury assembly room.  Mr. Avenatti was present. |
| 11:32 | 8 | Mr. Steward was present, and Mr. Sagel was present.  I don't |
| 11:32 | 9 | remember if you were there, Mr. Wyman. |
| 11:32 | 10 | Any comments on that? |
| 11:32 | 11 | MR. STEWARD:  No, Your Honor. |
| 11:32 | 12 | THE COURT:  Mr. C.S. indicated to one of my clerks |
| 11:32 | 13 | that he wanted to address the Court about his transportation |
| 11:32 | 14 | situation. |
| 11:32 | 15 | (Prospective juror enters courtroom) |
| 11:32 | 16 | THE COURT:  Sir, why don't you go over to the mic. |
| 11:32 | 17 | MR. STEWARD:  I'm sorry.  Could we have a name? |
| 11:32 | 18 | PROSPECTIVE JUROR NO. 42:  C.S. |
| 11:32 | 19 | MR. STEWARD:  Juror No. 42. |
| 11:32 | 20 | THE COURT:  Sir? |
| 11:32 | 21 | PROSPECTIVE JUROR NO. 42:  My vehicle has had |
| 11:33 | 22 | major powertrain issues.  I will be unable to have |
| 11:33 | 23 | transportation to and from the courthouse for the |
| 11:33 | 24 | unforeseeable future.  Unfortunately, since I'm a single |
| 11:33 | 25 | homeowner, single-family residence, my income is the only |

```
11:33   1    income for my residence, so it puts me in quite a financial
11:33   2    bind as well.
11:33   3              THE COURT:  Sir, can you tell me why you didn't
11:33   4    bring this to the Court's attention?
11:33   5              PROSPECTIVE JUROR NO. 42:  It happened yesterday.
11:33   6              THE COURT:  The car?
11:33   7              PROSPECTIVE JUROR NO. 42:  Yes.
11:33   8              THE COURT:  How about your financial situation?
11:33   9    What's the -- are you the only wage earner in the house?
11:33   10             PROSPECTIVE JUROR NO. 42:  Yes, sir.
11:33   11             THE COURT:  What's your annual income?
11:33   12             PROSPECTIVE JUROR NO. 42:  My annual income, I
11:33   13   believe it's $60,100.
11:33   14             THE COURT:  Any questions for Mr. Soto?
11:34   15             MR. STEWARD:  Not from the defense, Your Honor.
11:34   16             MR. SAGEL:  None from the government, Your Honor.
11:34   17             THE COURT:  Sir, would you go outside for just a
11:34   18   minute, please.  We'll come and get you.
11:34   19             (Prospective juror exits courtroom)
11:34   20             MR. SAGEL:  Your Honor, just for the record, he
11:34   21   did put his hardship in the questionnaire:  I'm the sole
11:34   22   owner of my home.  My income is the only income in my home.
11:34   23             THE COURT:  Okay.  I guess he just didn't renew it
11:34   24   when we passed out the hardship requests.
11:34   25             I'm inclined to excuse him for financial hardship.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:34 | 1 | MR. STEWARD:  I agree, Your Honor. |
| 11:34 | 2 | MR. SAGEL:  So stipulated. |
| 11:34 | 3 | THE COURT:  Okay.  Would you bring him back in |
| 11:34 | 4 | here. |
| 11:35 | 5 | MR. SAGEL:  He works in IT, so maybe he can help |
| 11:35 | 6 | us with the audio equipment. |
| 11:35 | 7 | (Prospective juror enters courtroom) |
| 11:35 | 8 | THE COURT:  Sir, thank you for coming down to the |
| 11:35 | 9 | courthouse the past couple days.  You are excused.  Thank |
| 11:35 | 10 | you. |
| 11:35 | 11 | (Prospective juror excused) |
| 11:35 | 12 | THE COURT:  All right.  Anything else for today? |
| 11:35 | 13 | MR. SAGEL:  Nothing from the government, Your |
| 11:35 | 14 | Honor. |
| 11:35 | 15 | MR. STEWARD:  Nothing from the defense, Your |
| 11:35 | 16 | Honor. |
| 11:35 | 17 | THE COURT:  Very good.  Have a good weekend. |
| 11:35 | 18 | MR. SAGEL:  Thank you, Your Honor. |
| 11:35 | 19 | (Proceedings adjourned at 11:35 a.m.) |
| 11:35 | 20 | *   *   * |
| 11:35 | 21 | |
| 11:35 | 22 | |
| 11:35 | 23 | |
| 11:35 | 24 | |
| 11:35 | 25 | |

```
11:35    1
11:35    2
11:35    3
11:35    4
11:35    5                        CERTIFICATE
11:35    6
11:35    7         I hereby certify that pursuant to Section 753,
11:35    8   Title 28, United States Code, the foregoing is a true and
11:35    9   correct transcript of the stenographically reported
11:35   10   proceedings held in the above-entitled matter and that the
11:35   11   transcript page format is in conformance with the
11:35   12   regulations of the Judicial Conference of the United States.
11:35   13
11:35   14   Date:  July 17, 2021
11:35   15
11:35   16
11:35
11:35   17                   /s/   Sharon A. Seffens  7/17/21
11:35
11:35   18                   SHARON A. SEFFENS, U.S. COURT REPORTER
        19
        20
        21
        22
        23
        24
        25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

MR. SAGEL: **[44]**  4/5 6/4 6/11 9/21 10/18
12/12 12/14 12/18 12/23 13/5 13/20 14/5
14/20 14/23 15/4 15/7 15/14 16/2 16/5 16/7
17/1 17/5 17/13 17/17 18/16 18/19 21/18
21/23 23/3 25/6 26/2 28/23 36/6 36/21 40/17
42/2 42/6 42/14 44/14 44/20 45/2 45/5 45/13
45/18

MR. STEWARD: **[65]**
MR. WYMAN: **[1]**  33/18
PROSPECTIVE JUROR 59: **[1]**  19/3
PROSPECTIVE JUROR NO. 36: **[7]**  23/15
23/22 24/7 24/15 24/21 24/24 25/2
PROSPECTIVE JUROR NO. 42: **[6]**  43/18
43/21 44/5 44/7 44/10 44/12
PROSPECTIVE JUROR NO. 59: **[11]**  19/10
19/19 20/5 20/21 20/24 21/7 21/22 22/6 22/9
22/14 22/19
PROSPECTIVE JUROR NO. 73: **[4]**  27/25
28/3 28/6 28/9
PROSPECTIVE JUROR: **[1]**  38/19
THE CLERK: **[8]**  4/3 17/20 18/21 18/23 23/12
27/22 28/13 28/19
THE COURT: **[128]**

**$**

**$6,000 [1]**  27/5
**$60,100 [1]**  44/13

**/**

**/s [1]**  46/16

**0**

**0870 [1]**  1/21

**1**

**1-1053 [1]**  1/20
**10 [2]**  32/16 39/15
**100 [1]**  7/3
**1053 [1]**  1/20
**107 [1]**  2/15
**109 [1]**  6/19
**10:17 [1]**  32/20
**10:50 [1]**  32/21
**10A [2]**  6/21 8/20
**10C [1]**  40/3
**10D [12]**  6/16 7/19 9/16 31/1 31/9 33/12 36/15
36/25 37/15 40/12 42/11 43/4
**1100 [1]**  2/7
**118 [6]**  7/3 7/6 7/11 7/25 8/2 8/14
**11:20 [1]**  43/1
**11:35 [1]**  45/19
**12 [3]**  15/2 15/5 15/5
**120 [1]**  27/6
**124 [2]**  6/23 8/14
**128 [3]**  17/25 26/22 27/9
**13 [2]**  15/5 37/8
**14 [3]**  13/13 13/21 14/8
**141 [4]**  17/25 26/22 26/23 27/9
**15-minute [1]**  32/16
**16 [5]**  1/17 4/1 15/1 15/5 29/13
**17 [1]**  46/14
**1:30 [1]**  36/22

**2**

**20 [1]**  6/24
**2021 [3]**  1/17 4/1 46/14
**21 [1]**  46/16
**213 [1]**  2/8
**25 [3]**  5/9 6/24 8/16
**28 [2]**  7/7 46/8
**29 [2]**  11/3 23/24

**3**

**30 [6]**  5/9 17/13 18/9 18/9 24/23 27/10
**312 [1]**  2/7
**338-3598 [1]**  2/12
**35 [1]**  33/9
**3598 [1]**  2/12

**36 [9]**  10/21 11/25 12/18 12/20 13/19 13/20
13/24 14/19 23/15
**37 [3]**  17/25 26/16 27/7

**4**

**40 [4]**  7/9 17/17 18/9 18/9
**411 [2]**  1/20 2/11
**42 [1]**  43/19
**45 [1]**  7/9
**481-4900 [1]**  2/16
**4900 [1]**  2/16
**4th [1]**  1/20

**5**

**52 [2]**  12/14 19/12
**541 [1]**  6/14
**543-0870 [1]**  1/21
**59 [6]**  11/10 12/3 12/10 14/19 18/21 18/23
**59's [1]**  12/14

**6**

**6683 [1]**  2/8

**7**

**7/17/21 [1]**  46/16
**70 [3]**  17/25 26/21 27/9
**714 [2]**  1/21 2/12
**73 [1]**  27/22
**753 [1]**  46/8
**7:30 [1]**  36/21

**8**

**8000 [1]**  2/11
**894-6683 [1]**  2/8
**8:00 sometime [1]**  27/15
**8:36 [1]**  4/1

**9**

**90 [1]**  7/2
**90012 [1]**  2/8
**92672 [1]**  2/15
**92701 [2]**  1/20 2/11
**949 [1]**  2/16
**9:16 [1]**  26/12
**9:21 [1]**  26/13
**9:24 [1]**  27/19
**9:38 [1]**  27/20
**9:39 [1]**  28/16
**9:57 [1]**  28/17

**A**

**a.m [11]**  4/1 26/12 26/13 27/19 27/20 28/16
28/17 32/20 32/21 43/1 45/19
**ability [1]**  20/25
**able [5]**  21/20 26/15 33/10 36/2 39/21
**about [40]**  7/7 10/24 11/3 11/4 12/10 12/24
13/22 13/23 13/23 14/2 14/6 14/9 16/16 19/15
19/17 19/21 19/21 19/23 20/15 20/17 21/2
22/4 22/10 22/11 22/24 23/10 23/25 24/1
24/16 24/23 27/5 28/4 29/18 30/7 32/10 32/16
39/8 41/18 43/13 44/8
**above [1]**  46/10
**above-entitled [1]**  46/10
**absent [1]**  40/13
**accepted [1]**  13/15
**accommodate [3]**  36/20 39/13 39/16
**accused [1]**  22/15
**achieve [2]**  31/2 31/11
**achieved [1]**  18/7
**Act [1]**  35/16
**activity [1]**  19/24
**actual [1]**  14/7
**actually [5]**  5/18 10/21 12/3 22/10 35/2
**add [1]**  33/15
**address [2]**  6/8 43/13
**adequate [2]**  33/12 33/13
**adjourn [1]**  36/3
**adjourned [1]**  45/19
**admission [1]**  16/18

**admitted [1]**  16/15
**admonished [1]**  42/3
**admonition [7]**  41/14 42/15 42/17 42/20
42/21 42/25 43/5
**advance [1]**  17/4
**advise [2]**  10/13 27/15
**advised [1]**  41/5
**afraid [1]**  41/11
**after [3]**  6/1 29/21 34/8
**again [6]**  5/18 8/12 11/17 11/18 18/13 41/10
**against [6]**  12/24 19/13 20/18 21/5 24/1 30/22
**ago [4]**  19/12 23/24 25/1 25/1
**agree [3]**  12/2 36/5 45/1
**agreement [1]**  40/19
**ALEXANDER [3]**  2/5 4/6 28/24
**all [18]**  7/11 7/25 18/3 18/6 19/20 23/17 27/2
31/3 31/13 33/12 34/5 34/22 35/8 38/19 39/21
41/21 43/3 45/12
**alone [2]**  13/11 13/17
**along [2]**  11/15 42/18
**already [1]**  16/16
**also [13]**  4/9 4/9 6/13 6/22 8/15 9/15 20/19
29/2 30/13 31/19 34/5 38/18 41/17
**although [2]**  33/1 37/5
**always [1]**  5/17
**AMERICA [3]**  1/9 4/4 28/20
**among [2]**  15/4 35/7
**Ana [4]**  1/16 1/20 2/11 4/1
**Angeles [1]**  2/8
**annual [2]**  44/11 44/12
**anonymous [4]**  4/18 4/18 4/19 4/21
**another [7]**  20/5 20/6 26/19 30/17 35/23
39/13 39/15
**answer [9]**  12/5 19/17 22/24 24/2 24/5 26/21
29/15 34/7 39/23
**answered [2]**  12/25 23/5
**answering [2]**  34/25 35/2
**answers [4]**  22/25 23/3 34/8 39/22
**any [23]**  6/2 6/10 7/10 7/10 7/13 10/9 12/22 14/16
17/6 19/12 19/16 20/9 20/20 22/16 22/17 23/3
24/13 25/24 26/25 41/15 41/17 41/18 43/10
44/14
**anybody [8]**  7/20 11/1 14/6 15/19 37/10 37/25
38/21 42/7
**anyone [9]**  10/13 10/17 13/14 18/7 33/3 37/7
37/19 38/14 41/15
**anything [14]**  6/8 9/20 10/17 12/24 13/24 14/7
16/19 24/1 24/22 26/6 32/10 33/15 40/24
45/12
**apologies [2]**  39/24 41/12
**apologize [2]**  15/9 41/10
**apology [1]**  43/6
**apparently [1]**  26/16
**appear [1]**  35/11
**appearance [1]**  36/17
**appearances [2]**  2/1 28/21
**applicable [2]**  19/16 20/20
**appreciate [1]**  10/6
**appropriate [4]**  9/14 19/6 23/17 29/19
**approximately [1]**  33/9
**are [69]**
**area [3]**  6/17 7/5 7/19
**areas [3]**  7/20 33/11 36/1
**aren't [1]**  8/16
**arguments [1]**  16/24
**around [7]**  14/16 15/21 31/20 35/4 35/5 35/7
42/25
**arriving [1]**  30/3
**as [35]**  4/15 4/17 4/18 4/19 5/3 5/4 5/5 11/16
12/7 13/8 13/21 13/21 16/19 20/14 20/25
20/25 21/4 21/18 22/15 22/24 25/4 29/19
31/15 32/6 34/7 34/8 35/6 35/6 35/14 35/14
40/21 40/21 42/14 42/14 44/2
**ask [13]**  8/12 19/6 23/17 25/24 26/1 26/6
26/10 29/13 29/14 29/22 31/16 36/9 41/6
**asked [3]**  8/11 31/16 40/10
**asking [1]**  8/21
**asks [1]**  20/17
**assemble [1]**  7/10

## A

**assembly [9]** 6/17 7/19 30/21 31/1 31/10 36/15 38/5 40/13 43/7
**assistant [4]** 2/4 2/6 2/10 20/3
**assisting [1]** 4/10
**associate [1]** 20/2
**associated [1]** 25/12
**association [2]** 13/1 24/3
**assuming [3]** 8/7 18/16 40/18
**attempting [1]** 29/16
**attention [2]** 11/6 44/4
**Attorney [4]** 2/3 2/4 2/6 2/10
**audio [2]** 33/10 45/6
**available [7]** 6/25 7/2 8/16 35/12 36/9 36/12 40/10
**AVENATTI [20]** 1/11 4/4 4/9 6/5 6/13 7/18 9/17 11/13 12/25 19/14 21/5 22/24 24/2 24/19 25/13 28/20 29/2 29/11 33/14 43/7
**Avenatti's [2]** 7/16 25/16
**Avenida [1]** 2/15
**away [6]** 26/24 32/24 36/4 37/3 38/10 41/19
**awkward [1]** 5/16

## B

**back [28]** 11/7 11/22 14/14 15/19 15/20 18/1 22/21 25/7 26/18 26/20 27/3 27/15 32/18 33/3 37/7 37/20 38/2 38/3 38/14 39/10 40/1 40/1 40/14 41/4 41/7 42/7 42/17 45/3
**backtrack [2]** 33/22 34/3
**bar [2]** 8/17 40/6
**Barberena [1]** 29/4
**based [5]** 13/13 14/11 20/10 21/1 22/2
**Basically [1]** 40/22
**basketball [3]** 24/8 25/15 25/16
**be [81]**
**because [8]** 6/24 11/6 12/4 14/8 16/14 21/5 35/10 39/20
**been [5]** 9/9 13/6 16/15 25/1 33/10
**before [4]** 11/8 17/7 23/25 26/10
**began [1]** 26/17
**begin [1]** 29/12
**behalf [4]** 4/6 4/8 28/24 29/2
**being [3]** 18/6 24/1 31/16
**belief [1]** 11/1 16/20
**believe [19]** 8/25 9/7 9/12 10/15 13/10 14/9 14/12 16/13 17/13 18/5 19/13 21/22 22/19 23/3 24/2 25/20 33/14 40/11 44/13
**bench [1]** 40/6
**benefit [1]** 18/12
**best [3]** 10/7 29/15 41/8
**better [1]** 30/17
**bias [1]** 21/5
**big [2]** 35/23 39/12
**bind [1]** 44/2
**bit [2]** 28/8 29/18
**both [1]** 26/5
**BRANDON [1]** 2/4
**break [1]** 32/16
**Bredahl [2]** 10/6 41/20
**BRETT [2]** 2/9 4/5 28/23
**brief [1]** 35/2
**briefly [1]** 19/2
**bring [10]** 11/5 11/17 12/16 14/17 14/19 18/8 18/9 37/24 44/4 45/3
**bringing [1]** 28/13
**broadcast [1]** 39/12
**broadcasting [1]** 10/16
**brought [3]** 12/24 24/1 26/18
**building [2]** 2/10 8/10
**business [1]** 16/16

## C

**C.S [2]** 43/12 43/18
**CA [4]** 1/20 2/8 2/11 2/15
**calendar [2]** 32/25 37/4
**CALIFORNIA [3]** 1/5 1/16 4/1
**call [2]** 29/23 40/4
**called [1]** 10/20
**Calling [1]** 28/19

**came [3]** 19/20 19/25 31/23
**can [29]** 4/5 5/8 6/23 6/24 7/20 7/22 8/8 8/10 10/5 12/16 15/18 15/22 19/17 27/16 29/18 31/2 31/11 31/17 32/15 32/18 36/18 39/13 39/16 41/4 41/11 44/3 45/5
**can't [4]** 17/10 31/17 38/15 40/7
**cannot [1]** 37/21
**capacity [2]** 6/19 6/23
**car [1]** 44/6
**carefully [1]** 29/15
**Carter's [1]** 36/18
**case [44]** 4/20 5/2 5/3 5/9 8/10 16/24 14/23 14/6 14/7 20/15 21/1 21/9 21/11 21/20 22/1 22/10 22/11 23/7 23/9 25/12 25/14 25/15 25/17 29/10 29/20 29/24 30/2 30/17 32/1 32/2 32/3 32/3 32/4 32/7 32/7 38/18 35/13 35/13 35/14 35/14 41/15 41/16 41/19 42/18
**Cefali [1]** 29/3
**CENTRAL [1]** 1/5
**ceremonial [4]** 6/22 7/2 7/9 39/14
**ceremonies [1]** 35/25
**certain [2]** 30/9 34/11
**certainly [2]** 8/18 42/23
**CERTIFICATE [1]** 46/5
**CERTIFIED [1]** 1/9
**certify [1]** 46/7
**cetera [2]** 20/12 22/12
**challenge [1]** 30/15
**challenges [6]** 26/10 29/23 29/24 29/25 30/8 34/10
**chance [2]** 29/21 34/9
**changed [1]** 14/15
**charge [1]** 14/10
**charged [1]** 22/25
**charges [6]** 11/3 12/24 13/2 14/9 24/1 24/13
**Chief [1]** 2/5
**choice [1]** 31/14
**chooses [1]** 9/17
**circled [1]** 24/2
**civil [6]** 5/3 24/12 25/14 32/3 32/8 35/14
**claim [1]** 32/9
**Claims [1]** 35/16
**clarifies [1]** 15/7
**clarify [1]** 14/25
**clear [4]** 11/6 15/15 36/7 37/19
**clearly [1]** 31/18
**Clemente [1]** 2/15
**clerk [9]** 12/13 17/22 27/13 28/15 30/6 31/6 32/12 34/1 35/17
**Clerk's [5]** 10/7 7/5 26/15
**clerks [4]** 5/7 31/19 35/4 43/12
**client [3]** 12/8 20/7 25/16
**closing [1]** 16/24
**Code [1]** 32/8
**come [24]** 10/25 11/8 11/16 11/22 13/9 14/14 16/8 16/20 16/21 22/3 27/3 32/17 35/15 37/20 37/21 38/2 38/14 39/10 40/1 41/4 41/7 42/7 42/22 44/18
**comes [1]** 32/8
**comfortable [5]** 15/24 16/1 19/1 31/16 35/1
**coming [5]** 27/16 28/11 33/3 37/7 38/7 40/14 45/8
**commencement [1]** 17/8
**comments [2]** 6/10 43/10
**commitment [1]** 27/2
**committed [1]** 11/15
**completely [1]** 4/20 34/8
**comply [1]** 7/16
**concern [2]** 4/24 15/21
**concerned [1]** 20/16
**concluded [1]** 26/5
**conclusion [1]** 22/4
**conference [5]** 35/21 37/1 40/8 41/2 46/12
**conferring [10]** 5/24 12/13 17/22 27/13 28/15 30/6 31/6 32/12 34/1 35/17
**conformance [1]** 46/11
**contact [1]** 27/8
**content [1]** 21/9
**continuance [1]** 8/22

**continue [1]** 29/9
**continued [1]** 3/2
**conveniently [1]** 15/18
**conversation [1]** 40/4
**correct [5]** 15/6 22/5 38/7 38/8 46/9
**correctly [1]** 25/21
**cost [1]** 27/5
**coughing [1]** 28/7
**could [9]** 7/24 8/2 12/5 13/15 13/24 37/12 37/20 38/11 43/17
**couldn't [2]** 38/14 38/16
**counsel [29]** 2/1 4/10 7/15 12/2 16/12 23/16 28/21 29/3 29/13 29/19 29/21 29/22 29/25 30/16 30/22 34/7 34/9 35/19 40/5
**counted [2]** 40/11 40/12
**couple [6]** 10/18 16/7 19/12 23/24 30/24 45/9
**course [1]** 5/9
**court [30]** 1/4 5/10 5/19 5/24 5/24 7/22 8/13 11/6 12/13 17/22 26/7 26/18 27/2 27/13 28/15 30/6 30/8 31/6 31/23 32/9 32/12 34/1 34/11 35/16 35/17 36/16 36/18 40/6 43/13 46/17
**Court's [6]** 4/11 8/9 11/5 21/21 42/24 44/4
**courthouse [1]** 1/19 2/7 7/5 7/11 43/23 45/9
**Courtney [1]** 4/10 29/3
**courtroom [41]** 6/16 6/16 6/19 6/21 6/21 6/22 6/24 7/1 7/3 7/8 7/9 7/14 8/4 8/13 8/20 15/9 18/4 18/24 22/22 23/13 25/9 27/23 30/25 31/1 31/4 31/9 31/9 32/22 35/24 36/14 37/15 39/13 39/14 39/15 40/3 40/11 41/23 43/4 43/15 44/19 45/7
**COVID [1]** 31/21 34/21
**crime [2]** 11/15 20/12
**crimes [1]** 19/23 22/16
**criminal [16]** 2/5 5/3 12/24 13/2 13/23 14/6 14/7 14/10 24/1 24/13 25/15 29/10 29/23 32/3 32/7 35/13
**critical [1]** 36/1
**Cummings [3]** 4/10 4/13 29/3
**currently [2]** 17/24 39/2

## D

**Daniels [2]** 13/1 24/4
**date [2]** 26/19 46/14
**daughter [1]** 10/22 10/23
**day [7]** 1/12 10/22 18/10 27/5 39/18 40/23 41/8
**days [5]** 9/2 19/12 23/24 24/23 45/9
**deal [2]** 11/23 35/23
**DEAN [4]** 2/14 2/14 4/8 29/1
**decided [1]** 30/17
**decision [3]** 20/25 38/1 39/24
**deck [1]** 38/20
**deduct [1]** 7/1
**deem [1]** 9/18
**defendant [13]** 1/12 2/13 7/15 9/14 9/15 14/12 20/8 20/9 22/1 29/24 30/10 30/14 34/16
**defendant's [2]** 7/15 10/23
**defense [6]** 12/21 19/13 20/19 42/3 44/15 45/15
**defer [1]** 42/3
**delay [1]** 31/7
**deliberating [1]** 23/6
**deliver [1]** 16/22
**delivered [1]** 42/9
**demeanor [1]** 20/10
**denied [5]** 6/9 7/23 9/7 23/11 25/22
**described [1]** 25/14
**description [1]** 8/9
**determinations [1]** 29/19
**did [19]** 5/2 5/6 9/25 10/3 10/9 10/11 10/25 11/15 12/1 13/16 22/7 22/17 24/22 25/11 25/19 25/20 41/11 43/6 44/21
**didn't [5]** 4/25 11/2 22/10 44/3 44/23
**different [5]** 6/15 7/17 14/14 18/9 31/9
**differentiated [1]** 23/8
**differently [1]** 14/24
**difficult [1]** 9/11
**difficulty [2]** 33/3 37/7
**dire [8]** 7/4 11/16 18/2 18/4 18/6 18/12 18/17

## D

**dire... [1]** 39/20
**directed [1]** 26/19
**directly [1]** 35/5
**discuss [2]** 21/11 41/14
**discussion [1]** 33/7
**discussions [1]** 10/9
**dismissed [1]** 39/9
**dispose [1]** 12/5
**dispute [1]** 16/16
**disqualifying [2]** 13/11 13/17
**distancing [2]** 31/3 31/11
**DISTRICT [2]** 1/4 1/5
**DIVISION [2]** 1/6 2/5
**do [54]**
**Docket [1]** 6/14
**does [1]** 13/4
**doesn't [2]** 16/21 20/9
**doing [6]** 14/24 31/10 32/16 32/24 36/2 37/3
**don't [34]** 6/7 8/10 8/12 8/25 11/7 11/12 11/17 11/18 11/19 11/21 11/25 12/22 13/5 14/12 14/14 14/16 21/1 21/7 22/19 23/3 24/15 25/2 26/24 27/16 30/16 30/22 31/20 32/1 34/17 35/7 35/11 41/3 43/8 43/16
**done [4]** 5/17 7/14 8/23 31/2
**door [2]** 6/20 31/1
**down [20]** 6/16 7/19 7/20 9/16 15/17 20/17 28/11 30/20 31/1 31/23 33/11 36/15 36/15 36/25 38/7 40/12 42/8 42/17 43/6 45/8
**downstairs [2]** 9/16 36/25
**dressed [2]** 20/11 22/2
**driver [1]** 26/17
**drugs [1]** 22/3
**during [4]** 8/5 8/10 37/6 42/2
**duty [1]** 41/6

## E

**Each [2]** 30/8 34/10
**earner [1]** 44/9
**easier [1]** 5/10
**effect [1]** 20/1
**efficiency [1]** 14/2
**effort [1]** 27/8
**either [4]** 5/11 9/17 24/16 26/6
**else [7]** 10/17 37/10 37/25 38/21 40/24 42/7 45/12
**embarrass [1]** 29/16
**embezzlement [7]** 11/14 12/8 19/15 20/13 22/4 22/15 22/25
**embezzler [2]** 22/18 23/11
**end [3]** 37/1 40/23 41/2
**ended [1]** 32/8
**ending [2]** 5/4 35/15
**enough [2]** 20/17 21/15
**ensure [3]** 18/5 30/11 34/13
**enter [1]** 32/22
**enters [5]** 18/24 23/13 27/23 43/15 45/7
**entire [1]** 11/7
**entitled [1]** 46/10
**entry [1]** 6/20
**equipment [1]** 45/6
**ESPN [1]** 24/16
**essentially [1]** 16/22
**estimate [1]** 17/11
**et [2]** 20/12 20/12
**even [2]** 18/2 35/14
**events [1]** 39/14
**ever [1]** 13/6
**every [9]** 5/2 18/3 32/3 32/3 32/3 32/3 32/7 35/13 35/13 35/14
**everybody [3]** 8/8 15/24 39/16
**everyone [2]** 33/23 34/3
**evidence [3]** 16/15 21/20 23/6
**examination [2]** 7/13 34/6
**examinations [1]** 7/13
**examine [3]** 12/19 29/21 34/9
**examined [3]** 13/12 18/6 31/24
**excludable [1]** 13/6
**exclude [1]** 13/8

**excuse [4]** 28/10 30/9 34/11 44/25
**excused [4]** 11/6 19/5 44/23 44/25 60/9
**exercise [2]** 29/23 34/10
**exhibits [2]** 16/14 17/2
**exit [1]** 41/23
**exits [3]** 22/22 25/9 44/19
**explained [1]** 34/5
**explicitly [1]** 11/2
**extent [2]** 25/23 36/19

## F

**face [2]** 6/23 15/19
**fact [4]** 4/25 6/1 6/14 13/11
**facts [3]** 6/18 9/11 21/1
**fails [1]** 16/22
**fair [10]** 21/15 23/5 26/9 30/3 30/4 30/11 30/12 34/14 34/14 34/15
**family [1]** 43/25
**far [2]** 20/25 26/24
**farther [1]** 19/7
**federal [5]** 2/10 20/3 32/9 35/16 35/16
**feel [4]** 19/1 28/8 31/16 35/1
**feeling [1]** 28/1
**feverish [1]** 28/8
**few [1]** 19/5
**figure [2]** 21/25 23/9
**filed [1]** 6/13
**filled [2]** 19/11 23/24
**filling [1]** 15/5
**financial [3]** 44/1 44/8 44/25
**find [1]** 36/11
**fine [6]** 14/3 14/18 26/4 27/18 36/17 40/17
**fire [1]** 6/19
**first [18]** 8/1 10/22 11/23 14/5 15/1 15/5 15/5 18/12 18/13 19/14 19/20 20/7 22/12 32/6 34/5 36/6 43/3
**fly [1]** 5/22
**folks [4]** 27/2 36/24 39/3 41/4
**follow [3]** 21/21 23/16 34/21
**follow-up [1]** 23/16
**following [6]** 6/18 37/15 38/4 40/3
**foregoing [1]** 46/8
**forgetting [1]** 15/9
**forgot [1]** 10/4
**form [1]** 41/15
**format [1]** 46/11
**forth [1]** 11/2
**forward [7]** 7/25 8/2 9/8 30/21 31/22 33/19 34/6
**four [2]** 14/18 17/24
**Fourth [1]** 2/11
**FOX [1]** 2/4
**Frauds [1]** 2/6
**free [2]** 7/18 16/23
**frequently [1]** 39/15
**FRIDAY [6]** 4/1 33/2 36/11 37/6 37/19 38/13
**friends [2]** 12/25 24/3
**front [1]** 11/7
**fully [5]** 31/13 31/14 34/7 34/21 34/23
**further [6]** 6/10 7/13 9/20 12/19 21/16 21/23 25/5
**future [1]** 43/24

## G

**gang [1]** 19/24
**gang-related [1]** 19/24
**gangs [1]** 22/3
**gave [3]** 23/1 23/3 43/4
**general [2]** 7/4 38/23
**gentleman [2]** 11/8 20/6
**gentlemen [12]** 20/1 29/8 31/8 32/13 32/23 34/2 37/2 37/16 39/8 41/3 41/12 44/1
**get [22]** 7/7 8/8 9/25 10/5 15/21 17/7 21/13 26/20 27/11 27/11 27/18 30/22 32/13 32/23 36/3 37/3 38/9 39/19 40/1 41/8 42/17 44/18
**gets [4]** 29/24 29/25 30/10 30/10
**give [2]** 16/7 42/21
**given [3]** 25/23 30/9 31/12

**glitches [1]** 32/14
**go [30]** 5/7 7/20 8/2 8/5 8/18 9/10 9/17 18/1 18/13 22/20 25/7 25/13 33/4 33/19 34/5 34/20 36/15 36/16 36/25 38/13 39/2 40/21 41/11 41/11 42/8 42/16 43/16 44/17
**goal [1]** 18/7
**going [28]** 8/7 10/13 11/6 16/17 16/25 17/9 20/13 21/13 27/4 27/6 27/11 28/10 28/13 29/9 29/12 33/22 34/2 34/5 34/20 37/13 38/1 38/1 38/10 38/12 39/9 39/9 39/18 41/6
**good [24]** 4/5 4/7 4/12 4/13 16/8 17/16 18/25 19/9 19/10 23/14 23/15 23/21 23/22 27/24 27/25 28/23 28/25 29/1 29/5 29/7 41/13 41/22 45/17 45/17
**got [8]** 31/14 32/23 33/4 37/2 38/12 39/1 39/19 41/5
**government [17]** 4/19 9/12 12/2 13/4 14/1 16/2 16/12 19/13 20/18 26/2 27/5 29/24 30/10 30/13 34/16 44/16 45/13
**government's [1]** 13/18
**graveyard [2]** 26/23 39/6
**great [1]** 33/13
**ground [1]** 31/12
**group [1]** 18/12
**guess [6]** 12/5 13/5 20/16 36/6 36/7 44/23
**guilty [1]** 21/8
**guy [2]** 22/15 22/24

## H

**hacking [1]** 19/24
**had [8]** 10/15 11/14 16/16 18/11 19/21 29/21 34/9 43/21
**hall [1]** 28/14
**hallway [1]** 35/20
**hand [1]** 32/10 35/7 35/7
**hands [1]** 38/20
**HANNA [1]** 2/3
**happen [3]** 8/19 16/17 41/18
**happened [1]** 44/5
**hard [2]** 19/16 20/20
**hardship [3]** 44/21 44/24 44/25
**has [6]** 6/19 6/22 9/9 9/12 13/6 23/16 30/8 43/21
**haul [1]** 26/17
**have [81]**
**haven't [2]** 16/15 18/7
**having [5]** 14/7 15/25 21/10 37/17 38/6
**he [42]** 10/24 10/24 11/2 11/3 11/11 11/14 11/14 12/1 12/8 12/25 13/20 14/8 14/9 14/14 20/11 21/8 22/8 22/13 22/14 22/18 23/1 23/3 23/5 23/8 23/8 23/10 25/11 25/11 25/14 25/19 26/16 26/16 26/17 26/18 26/23 26/24 29/2 43/13 44/20 44/23 45/5 45/5
**he's [1]** 22/2
**head [1]** 15/2
**hear [9]** 18/3 18/5 24/22 31/17 32/15 36/2 39/21 40/7 41/18
**heard [10]** 11/1 14/11 18/7 23/25 24/18 25/21 30/1 30/16 33/23 34/3
**hearing [1]** 13/22 24/16
**held [1]** 46/10
**help [1]** 45/5
**Hemet [1]** 37/9
**here [16]** 18/9 21/18 26/20 27/6 27/11 27/16 27/18 35/8 35/9 37/12 37/19 37/24 38/7 38/15 38/16 45/4
**hereby [1]** 46/7
**him [19]** 9/18 11/2 11/16 11/17 12/1 12/19 14/17 14/17 22/7 22/13 22/24 23/4 23/10 25/13 26/18 26/20 27/11 44/25 45/3
**himself [1]** 7/18
**his [13]** 6/5 9/15 9/18 13/1 20/10 20/11 22/24 23/8 23/9 24/3 27/7 43/13 44/21
**hold [1]** 30/22
**home [2]** 44/22 44/22
**homeowner [1]** 43/25
**honor [62]**
**HONORABLE [1]** 1/8
**hope [1]** 41/12

**H**

hospital [1] 38/25
hours [1] 19/20
house [1] 44/9
how [11] 4/15 5/5 6/7 7/24 8/2 8/8 22/2 26/24 36/11 39/3 44/8
However [2] 34/25 37/19
hunch [1] 30/2

**I**

I thought [1] 20/8
I'd [2] 5/18 10/6
I'll [2] 16/8 42/16
I'm [27] 5/11 5/21 8/7 10/3 10/13 16/1 16/7 16/8 18/16 20/12 28/6 28/10 33/22 34/2 37/13 37/19 38/1 38/1 38/10 38/23 39/17 40/13 41/11 43/17 43/24 44/21 44/25
I've [2] 5/17 33/4
I-N-D-E-X [1] 3/2
I.D [1] 18/25
immediately [1] 19/14
impartial [8] 26/9 30/3 30/4 30/11 30/12 34/14 34/14 34/15
important [6] 26/8 32/14 33/23 34/3 34/7 39/20
impractical [2] 26/20 27/4
impression [2] 21/8 22/12
impressions [2] 20/9 21/6
improve [1] 33/10
inclined [1] 44/25
income [6] 43/25 44/1 44/11 44/12 44/22 44/22
indeed [3] 7/7 7/21 9/16
indicate [2] 25/11 43/3
indicated [9] 9/15 31/8 43/12
individual [4] 11/16 14/8 17/21 18/17
individually [1] 13/12
individuals [1] 14/12
infer [2] 4/24 32/10
influence [1] 21/3
information [1] 19/20
initial [3] 11/13 21/5 21/8
initials [2] 5/10 32/6
inquire [1] 13/8
inspect [1] 7/21
instruction [1] 10/10
instructions [3] 10/2 10/19 21/21
instructs [1] 21/19
integrity [2] 30/18 34/18
intend [1] 16/13
interests [1] 9/8
invade [1] 29/17
invite [2] 30/8 34/11
invited [1] 40/1
inviting [1] 40/13
involving [1] 25/15
ironed [1] 32/14
is [77]
isn't [1] 25/15
issue [2] 4/14 12/6
issues [2] 41/16 43/22
it [70]
it's [39] 5/3 5/9 5/13 5/17 7/23 8/19 9/7 11/3 16/13 17/1 17/1 18/5 20/13 21/12 26/20 28/6 29/17 30/2 30/10 30/18 30/19 30/23 32/7 32/7 32/14 33/12 34/7 34/13 34/17 34/18 35/23 35/25 36/1 36/22 36/22 38/10 39/20 39/25 44/13
Item [2] 4/3 28/19
items [1] 16/4
itself [1] 13/6

**J**

JAMES [1] 1/8
jinxed [1] 39/17
job [1] 39/1
jobs [1] 3/5
JOHN [4] 1/11 4/4 28/20 29/11
judge [8] 1/8 6/21 8/4 8/13 18/21 19/25 21/18 36/18
judgment [1] 7/21
Judicial [1] 46/12
July [3] 1/17 4/1 46/14
juror [55]
jurors [41] 4/2 4/22 4/24 5/12 6/25 7/2 7/10 7/11 7/17 8/14 8/16 10/20 13/13 14/18 15/19 15/22 17/21 18/5 19/7 25/24 26/14 27/14 27/21 28/18 29/13 30/9 30/24 31/3 32/5 32/22 33/8 33/11 34/6 34/11 36/1 40/10 41/23 41/24 43/2 43/5
jurors' [2] 4/23 32/1
jury [28] 3/4 4/18 4/21 5/9 6/17 7/19 10/2 19/19 22/21 25/7 26/9 26/19 29/17 30/4 30/12 30/20 31/1 31/10 34/14 36/15 38/4 40/12 40/18 40/22 41/2 41/8 43/7
justice [1] 9/8
justify [1] 4/20
JVS [3] 1/11 4/3 28/19

**K**

keep [1] 21/19
kind [2] 22/15 22/24
knew [4] 10/24 14/2 14/6 25/12
know [15] 11/7 11/17 11/19 11/21 14/24 20/24 21/2 22/10 25/2 26/24 29/18 36/18 38/13 39/22 41/10
knowing [2] 13/23 13/23
knowledge [5] 13/8 13/10 13/14 13/16 14/25
knows [4] 11/3 14/10 16/17 27/7
Kratzer [1] 31/19

**L**

ladies [11] 29/7 31/7 32/13 32/23 34/2 37/2 37/16 39/7 41/3 41/12 41/21
large [1] 35/24
larger [1] 39/14
last [5] 4/15 24/23 25/3 32/6 33/9
latest [1] 8/25
law [2] 2/14 31/19 35/4 41/11
lawsuit [6] 13/1 14/8 24/4 24/5 24/8 24/12
lawyers [1] 39/19
leads [1] 14/9
lean [1] 31/22
least [6] 4/17 6/24 10/15 13/8 40/11 40/12
lectern [1] 15/18
let [3] 18/1 25/13 29/17
let's [7] 11/23 14/19 18/21 24/22 26/11 33/21 36/24
letters [1] 32/6
light [2] 5/1 34/21
like [5] 5/18 11/14 11/19 12/9 13/24 19/23 20/9 24/12 24/16 26/1
likely [2] 39/9 39/25
Likewise [1] 30/20
lines [1] 11/15
listen [3] 21/19 29/14 41/18
listening [1] 23/6
litigation [1] 24/9
little [1] 27/10
lives [1] 27/10
local [3] 12/25 24/3 24/17
located [2] 6/15 30/25
location [4] 7/25 8/3 8/8 9/17
locations [10] 6/16 7/17 30/25 31/9 32/15 33/5 37/14 40/9 41/24 42/22
long [3] 26/17 40/21 42/14
look [3] 6/20 20/9 41/17
looked [4] 11/14 22/7 23/10 30/21
looking [1] 12/7
Los [1] 2/7
lose [1] 15/11
lost [1] 40/22
lot [1] 36/8
loudly [1] 35/6

**M**

made [5] 9/3 11/6 16/23 27/8 34/4
mailman [1] 35/15
major [2] 2/6 43/22
make [11] 9/5 20/25 21/24 22/17 29/18 33/23 34/3 38/1 39/8 39/24 42/17
many [4] 8/11 11/11 36/11 39/3
Marisela [1] 29/3
mask [7] 19/2 31/15 31/15 31/17 34/22 34/24 35/1
masks [1] 31/13
matter [1] 46/10
maximum [1] 6/22
may [11] 9/16 15/10 16/20 19/12 20/18 24/25 29/22 29/25 30/2 30/16 34/11
maybe [3] 7/9 15/2 45/5
me [17] 4/15 5/25 6/8 11/21 16/7 18/1 19/15 20/14 20/20 26/1 28/4 36/20 37/24 38/16 39/18 44/1 44/3
mean [3] 19/18 22/9 42/5
meaning [1] 4/21
media [1] 41/18
medical [1] 37/8
memo [1] 10/1
memorandum [1] 6/8
memories [1] 9/10
mental [2] 21/25 23/9
mentioned [3] 10/24 20/10 36/7
mentioning [1] 12/1
message [1] 42/9
met [1] 30/20
mic [5] 15/18 15/23 28/4 31/20 31/21 35/4 35/5 43/16
MICHAEL [4] 1/11 4/4 28/20 29/10
microphones [1] 33/12
might [3] 20/15 22/15 30/17
mind [4] 14/15 21/19 21/25 23/9
minds [1] 39/8
minimal [1] 17/1
Minimally [1] 20/21
minus [1] 27/10
minute [5] 25/8 32/16 35/2 42/16 44/18
minutes [5] 16/7 17/13 17/18 27/10 33/9
Miramar [1] 2/15
mishear [1] 25/19
missing [1] 17/24
mistrial [1] 6/6
moment [2] 14/19 18/1
Monday [18] 32/25 33/4 36/7 36/9 36/9 36/12 37/5 37/7 37/12 37/19 37/20 37/21 38/2 38/11 38/11 38/14 40/10 41/4
month [3] 8/21 9/4 9/5
months [2] 8/19 25/3
moot [1] 15/10
more [8] 9/9 9/10 9/11 19/5 19/17 23/17 29/18 31/17
morning [23] 4/5 4/7 4/12 4/13 9/25 10/6 12/17 16/13 18/25 19/9 19/10 23/14 23/15 23/21 23/22 27/24 27/25 28/23 28/25 29/1 29/5 29/7 29/12
mornings [1] 39/6
motion [2] 6/6 6/9
move [3] 22/23 26/10 36/18
Mr [7] 11/24 16/10 17/9 22/24 25/16 42/9 43/12
Mr. [36] 4/9 6/5 6/13 7/16 7/18 7/24 9/17 9/25 11/13 12/25 15/15 17/14 18/13 18/25 19/8 19/14 21/5 21/17 23/2 23/19 24/2 24/19 25/10 25/13 29/2 31/19 33/13 33/14 33/14 33/15 33/17 43/7 43/8 43/8 43/9 44/14
Mr. Avenatti [15] 4/9 6/5 6/13 7/18 9/17 11/13 12/25 19/14 21/5 21/15 24/2 24/19 25/13 29/2 33/14
Mr. Avenatti's [1] 7/16
Mr. I.D [1] 18/25
Mr. Kratzer [1] 31/19
Mr. Sagel [3] 21/17 23/2 43/8
Mr. Soto [1] 44/14
Mr. Steward [11] 7/24 9/25 15/15 17/14 18/13

**M**

Mr. Steward... [6]  19/8 23/19 25/10 33/13 33/15 43/8
Mr. Wyman [3]  33/14 33/17 43/9
MS [5]  4/13 5/6 5/22 42/22 42/25
Ms. [5]  5/25 10/6 41/20
Ms. Bredahl [1]  10/6
Ms. Bredahl on [1]  41/20
Ms. Seffens [1]  5/25
multiple [1]  14/11
Murphy's [1]  41/10
must [1]  20/8
my [34]  5/7 5/15 7/9 9/5 11/21 12/5 12/8 14/25 20/1 20/2 20/6 20/7 20/8 20/14 21/7 25/17 28/6 30/25 31/19 33/22 35/4 36/14 38/24 39/24 40/11 41/12 43/12 43/21 43/25 44/1 44/12 44/22 44/24 44/22
myself [1]  22/11

**N**

name [7]  4/22 11/2 11/16 20/1 20/6 32/6 43/17
named [1]  11/11
namely [1]  8/16
names [11]  4/23 4/25 5/6 5/8 5/13 5/16 5/18 31/24 32/1 35/10 35/11
naturally [1]  19/21
need [11]  5/23 11/8 11/17 17/3 29/25 30/9 31/22 32/13 34/12 36/11 42/25
needs [1]  14/14
Neither [1]  42/12
new [4]  6/6 6/8 37/11 39/1
news [4]  12/25 24/3 24/8 24/17
newspaper [1]  41/17
next [4]  18/10 27/15 31/1 31/10
NICOLA [1]  2/3
night [1]  4/15
Nike [19]  10/24 11/1 11/4 12/1 12/22 13/1 13/10 13/10 13/14 13/16 13/22 14/3 14/6 14/8 24/4 24/5 24/19 25/12 25/15
nine [1]  40/12
Ninety [1]  9/2
no [55]
No. [2]  13/19 27/9
No. 141 [1]  27/9
No. 36 [1]  13/19
None [1]  44/16
normal [3]  5/9 5/13 8/18
normally [2]  15/1 35/6
North [1]  2/7
Nos [2]  14/19 17/25
not [65]
noted [2]  7/23 27/12
nothing [7]  25/4 26/2 32/9 32/25 37/4 45/13 45/15
notice [6]  27/18 36/10 37/17 38/12 41/5 41/7
noticed [1]  10/20
notices [2]  33/1 37/5
notified [2]  16/12 41/25
now [7]  5/5 9/6 13/3 14/13 16/8 33/19 39/2
nuance [1]  14/5
number [4]  11/12 30/9 34/11 41/4
numbers [4]  5/17 6/23 31/24 35/10

**O**

object [2]  16/14 16/18
objection [4]  6/2 6/14 27/12 40/15
objections [2]  17/6 26/25
obligations [2]  38/17 38/18
observe [2]  7/13 7/18
observer [1]  7/19
occasion [2]  10/15 19/22
odd [1]  12/9
off [3]  19/2 31/17 33/7
offhand [1]  24/25
Office [3]  6/17 7/5 26/15
OFFICES [1]  2/14
often [1]  21/2
Oh [1]  40/21

okay [38]  6/13 9/7 9/24 10/5 10/8 10/12 15/4 16/7 16/17 16/24 17/6 17/24 18/13 18/22 20/8 20/23 21/4 21/10 22/12 22/17 22/20 24/11 25/22 26/11 26/15 33/17 33/19 33/21 36/24 37/13 38/1 39/7 40/24 41/1 42/13 44/23 45/3
Once [2]  26/5 31/3
one [30]  4/14 5/12 7/4 7/10 7/25 8/3 8/8 10/15 12/12 13/21 15/7 16/8 19/25 20/8 20/24 23/17 23/18 23/23 24/13 28/14 28/14 30/12 31/10 31/19 36/6 40/12 40/22 41/8 42/12 43/12
ongoing [1]  8/16
only [7]  4/21 7/7 34/14 40/17 43/25 44/9 44/12
open [4]  5/11 7/20 21/19 23/6
opening [4]  16/21 16/23 17/8 17/12
openings [1]  16/12
opinions [1]  41/15
opportunity [4]  29/13 29/22 34/10 39/23
opposed [1]  22/15
option [2]  8/20 34/23
Orange [1]  27/10
orientation [1]  37/9
originally [1]  13/21
other [22]  11/10 11/10 11/11 11/21 14/16 14/16 14/20 16/23 19/25 22/16 22/25 24/14 25/17 32/15 33/4 33/11 36/1 37/14 38/17 38/18 41/24 42/21
others [2]  13/21 21/12
ought [1]  18/8
our [20]  10/7 13/5 13/6 13/22 14/15 16/11 29/9 29/17 30/3 30/11 30/19 30/23 31/12 34/13 34/19 36/6 36/7 37/18 39/8 41/8
out [23]  9/9 12/4 12/8 15/22 16/24 17/7 19/6 19/11 21/25 22/3 23/9 23/24 28/13 32/14 33/1 36/8 36/10 36/11 37/5 37/9 37/18 44/24
outside [1]  44/17
over [5]  5/7 31/8 31/10 34/20 43/16
overnight [1]  10/9
oversight [1]  11/20 12/3
overslept [1]  26/23
own [1]  23/8
owner [1]  44/22

**P**

page [1]  3/3 46/11
pandemic [7]  8/5 8/6 8/7 8/10 8/12 31/12 34/21
panel [1]  23/18
parked [1]  2/7
part [11]  14/5 14/9 14/13 15/8 29/17 30/2 30/10 30/19 30/23 34/13 34/18
parties [6]  4/19 4/22 19/25 26/7 30/23 42/2
parties' [1]  13/14
parts [1]  34/4
party [1]  16/21
pass [1]  15/10 31/20 35/5 35/6 35/7
passed [2]  35/4 44/24
passes [1]  15/12
passing [1]  31/20
past [1]  45/9
Pause [6]  18/20 30/5 31/5 33/6 33/25 35/18
peculiar [2]  32/2 32/10
pedestrian [2]  5/3 35/14
pending [1]  9/9
people [16]  6/19 7/3 7/6 7/7 7/25 8/3 11/11 18/8 18/11 27/16 27/22 32/15 33/4 35/8 36/12 36/14 37/14
per [1]  41/5
peremptory [7]  15/10 15/11 29/23 30/7 30/15 34/10 34/17
Perfect [2]  10/1 10/4
perhaps [1]  30/1
permission [1]  4/11
person [4]  10/25 11/10 29/19 30/1
personally [3]  9/17 30/16 34/17
perspective [3]  30/12 30/13 34/15
photographs [1]  10/14
pick [2]  40/18 40/22

picked [2]  41/8 41/9
picking [2]  28/3 40/9
pipe [2]  35/23 39/15
placard [1]  6/21
place [2]  7/12 32/18
Plaintiff [1]  1/10 2/2
plan [2]  5/1 25/24
player [3]  24/9 25/15 25/16
plays [1]  10/22
please [7]  18/14 22/21 25/8 28/5 28/21 30/16 30/22 31/13 31/21 31/22 32/17 34/17 34/22 35/5 41/14 41/19 44/18
plexiglass [4]  15/17 15/19 15/22 15/25
plus [1]  27/10
point [7]  7/9 15/10 16/24 19/25 20/6 22/10 36/7
pool [5]  11/7 11/18 13/9 13/12 19/19
portion [1]  10/4
portions [1]  16/13
position [6]  13/6 13/18 13/22 14/4 14/11 37/11
possible [2]  34/8 35/6
postman [2]  5/4 32/8
postponement [1]  8/11
potential [1]  18/3
potentially [2]  13/11 13/24
PowerPoint [4]  16/25 17/3 17/7 17/9
powertrain [1]  43/22
practical [2]  7/16 10/18
practice [1]  5/13
prefer [2]  27/1 36/13
prejudgment [1]  20/22
prejudice [3]  19/15 20/20 21/2
prejudiced [2]  19/13 20/18
preliminaries [1]  30/24
preliminary [1]  25/24
preparation [1]  16/11
prepare [1]  5/7
prepared [2]  31/25 35/12
preparing [1]  10/19
presence [2]  7/15 19/6
present [20]  4/2 4/9 4/9 9/11 9/18 9/19 10/13 26/14 27/21 28/18 29/2 33/8 42/2 42/4 42/4 42/6 43/2 43/7 43/8 43/8
presented [1]  21/1
Presently [1]  30/24
PRESIDING [1]  1/8
press [1]  5/1
priority [1]  36/19
privacy [2]  29/17 32/1
private [1]  40/5
probably [5]  12/5 20/13 22/4 23/17 25/2
problem [2]  36/23 39/19
problematic [1]  18/10
problems [3]  8/12 37/17 38/6
procedure [1]  5/2
procedures [3]  8/7 9/13 34/20
proceed [5]  5/5 5/21 8/7 9/13 9/13 26/24 27/5 27/6 27/11
proceeded [3]  4/15 4/17 6/7
proceeding [1]  27/17
proceedings [19]  1/15 7/22 10/16 18/20 26/13 27/20 28/17 30/5 31/5 32/21 33/6 33/25 35/18 35/23 37/15 38/4 40/3 45/19 46/10
process [9]  21/25 23/9 29/9 29/17 30/19 30/23 34/13 34/19 39/21
professional [1]  24/8
project [1]  38/22
promise [2]  16/22 16/22
proper [1]  18/5
proposal [1]  7/24
propose [4]  26/17 26/24 36/3 36/12
proposed [1]  10/10
prosecutors [1]  20/3
prospective [31]  4/2 7/14 18/24 22/22 23/13 25/9 26/14 27/21 27/23 28/12 28/18 32/22 33/8 34/6 37/8 37/11 37/21 37/23 38/15 38/17 38/18 38/22 38/24 39/1 39/5 41/23 43/2 43/15 44/19 45/7 45/11

**P**

provided [1] 42/14
public [8] 4/17 4/22 5/14 7/20 32/2 35/11
35/12 39/13
purpose [2] 13/7 15/24
purposes [3] 9/18 14/2 18/2
pursuant [1] 46/7
put [8] 5/8 6/5 6/18 11/2 11/11 14/8 15/20
44/21
puts [1] 44/1

**Q**

quality [1] 33/10
question [14] 11/3 11/12 12/14 13/2 14/17
19/12 20/17 21/10 23/5 23/24 26/10 31/17
36/6 36/8
Question 29 [1] 11/3
questioning [1] 39/21
questionnaire [9] 12/4 12/11 12/15 12/22
19/11 23/24 25/23 26/7 44/21
questions [19] 10/18 11/22 19/5 21/16 21/23
23/16 23/23 25/6 25/24 25/6 26/7 29/14
29/14 29/22 34/25 35/3 39/22 39/23 44/14
quick [1] 38/10
quickly [1] 12/6 32/25 37/4 40/2
quite [5] 12/9 39/9 39/12 39/25 44/1

**R**

raise [1] 9/14
range [1] 15/23
rated [2] 6/19 8/13
rather [5] 12/6 23/10 23/18 31/24 35/10
reach [1] 26/16
read [1] 23/25
ready [2] 17/20 33/19
Reagan [1] 2/10
rear [3] 5/4 32/8 35/15
rear-ended [1] 32/8
rear-ending [2] 5/4 35/15
reason [10] 5/23 19/12 29/25 30/9 31/25
34/12 35/25 37/17 37/22 39/17
reasonable [2] 16/20 27/8
reasons [2] 31/21 32/1
recall [4] 11/25 12/7 24/6 24/25
recent [1] 10/1
recess [6] 26/12 27/19 28/16 32/20 38/2 43/1
recognize [1] 9/14
recollection [1] 24/13
reconvene [1] 38/11
record [11] 4/22 5/14 6/7 6/18 28/22 32/2
33/7 40/24 42/21 43/4 44/20
recording [2] 10/14 10/15
records [1] 16/17
redact [2] 5/8 5/23
refer [1] 4/21
reference [1] 12/22
referred [1] 32/5
reflection [2] 30/18 34/18
regard [1] 10/1 10/9 10/19 13/16
regarding [1] 24/10
regular [1] 41/7
regularly [1] 39/12
regulations [1] 46/12
related [1] 19/24
released [1] 41/25
reliable [1] 35/23
remarks [2] 33/23 34/4
remember [6] 11/12 24/11 24/16 32/17 41/14
43/9
remind [1] 41/17
remove [1] 35/1
removed [1] 23/4
renew [1] 44/23
renewal [1] 6/5
renewed [1] 6/9
repeat [1] 33/22
report [1] 41/19
reported [1] 46/9
reporter [1] 5/10 5/24 36/16 40/7 46/17

REPORTER'S [1] 1/15
representative [1] 8/10
request [9] 5/15 7/16 7/23 8/25 9/4 9/6 23/11
25/22 40/18
requests [1] 9/3 44/24
require [1] 23/4
required [1] 27/17
requires [1] 9/8
residence [2] 43/25 44/1
respect [1] 14/4
response [3] 12/23 13/2 13/5
rest [1] 19/6
resume [1] 41/6
resumed [4] 26/13 27/20 28/17 32/21
return [2] 26/19 41/25
returning [1] 7/4 10/21
reviewing [1] 4/15
right [13] 6/20 9/12 9/19 14/1 14/13 16/8
18/18 30/2 30/8 39/2 41/21 42/16 45/12
rights [1] 9/14
Ronald [1] 2/10
room [10] 7/4 22/21 25/8 30/21 31/2 31/10
36/15 38/5 40/13 43/7
roughly [1] 7/2 7/3 27/6
route [1] 27/7
row [1] 15/13
RPR [1] 1/19
ruled [1] 22/3
rules [1] 31/12
run [1] 42/25

**S**

SACR [3] 1/11 4/3 28/19
SACR-19-00061-JVS [3] 1/11 4/3 28/19
safe [1] 17/17
SAGEL [6] 2/9 4/5 21/17 23/2 28/23 43/8
said [14] 8/13 8/15 13/16 20/1 20/6 20/19
23/10 24/17 25/19 27/9 33/1 36/10 37/5 37/18
same [10] 7/11 16/2 32/18 40/19 42/15 42/17
42/24 43/5 43/6 43/6
San [1] 2/15
Santa [4] 1/16 1/20 2/11 4/1
sat [1] 19/20
saw [2] 13/22 19/14
say [10] 17/17 19/16 20/13 20/20 24/12 24/23
25/3 32/6 33/12 37/14
saying [1] 14/13
says [2] 6/21 14/8
scale [1] 7/8
schedule [2] 37/18 41/5
screamed [1] 12/8
seats [5] 6/24 7/2 8/16 8/16 15/5
second [1] 12/12
Section [2] 2/6 46/7
see [12] 6/7 6/20 7/15 12/22 13/3 14/16 15/22
22/1 22/1 26/11 35/19 37/14
seemed [1] 5/16 20/11
seen [2] 12/23 23/25
SEFFENS [8] 1/19 5/6 5/22 5/25 42/22 42/25
46/16 46/17
select [1] 10/25
selected [1] 11/20
SELECTION [1] 3/4
SELNA [1] 1/8
send [1] 10/6
sense [2] 20/24 24/18
sentencing [1] 13/24
separate [1] 13/12
separately [3] 11/8 11/18 12/17
September [1] 9/1
service [1] 26/19
serving [1] 30/21
several [4] 8/23 9/3 13/21 19/25
shaking [1] 15/2
share [2] 17/3 26/8
SHARON [3] 1/19 46/16 46/17
she [3] 5/25 26/22 27/9
She'll [1] 4/10
shoes [1] 20/11

short [2] 14/18 39/2
short-staffed [1] 39/2
shortly [3] 38/3 39/8 39/25
should [2] 13/11 14/12
shouldn't [1] 13/9
shown [1] 16/20
sick [2] 26/22 27/9
side [4] 16/23 30/8 34/10 40/6
sidebar [6] 35/19 35/21 37/1 40/4 40/8 41/2
Similar [2] 11/10 17/15
simply [5] 14/2 29/17 30/9 30/23 34/18
since [1] 43/24
single [5] 35/13 35/13 35/14 43/24 43/25
single-family [1] 43/25
singled [1] 12/4
sir [16] 8/2 8/6 19/1 19/9 21/13 22/20 23/14
23/21 25/7 39/4 43/16 43/20 44/3 44/10 44/17
45/8
sit [4] 21/4 21/18 29/20 32/18
sitting [1] 32/17
situation [6] 24/20 32/24 37/3 38/9 43/14
44/8
six [6] 8/19 8/21 9/4 9/5 16/14 17/2 25/3
29/24 30/10
six-month [1] 8/21 9/4 9/5
Slight [1] 14/5
slightly [2] 14/24 34/3
so [54]
social [2] 31/2 31/11
socially [2] 7/6 7/8
sole [1] 44/21
solicit [1] 5/11
solved [1] 39/11
some [13] 5/23 19/24 23/16 24/9 24/10 24/19
29/14 29/19 29/22 31/23 33/22 35/9 38/6
somebody [4] 5/4 10/15 32/8 35/15
someone [3] 11/16 15/4 30/20
something [11] 4/25 11/15 11/19 12/9 13/22
20/1 25/25 30/1 30/17 36/19 41/18
sometime [1] 27/15
sorry [4] 10/3 31/7 39/18 43/17
sort [1] 24/10
Soto [1] 44/14
sound [1] 38/7
SOUTHERN [1] 1/6
space [2] 7/6 7/8
speak [1] 31/21 35/5
SPEAKER [1] 38/8
speaking [1] 30/7
specific [1] 11/19
specifically [6] 12/1 12/7 13/16 23/5 24/5
25/25
split [2] 7/17 18/3
splitting [1] 38/1
spoke [1] 10/21
spot [1] 7/10
spread [1] 31/8
Spring [1] 2/7
squared [4] 32/24 36/4 37/3 38/9
staffed [1] 39/2
stale [1] 9/10
stand [1] 31/22
start [6] 11/9 18/21 28/13 31/3 37/11 40/19
starting [1] 39/20
startling [1] 12/4
state [1] 28/21
stated [2] 23/4 29/25 34/12
statement [1] 14/6 16/23 25/18
statements [2] 16/21 17/8
STATES [15] 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
4/4 4/6 28/20 28/24 29/10 46/8 46/12
Staton's [2] 6/21 8/4 8/13
stenographically [1] 46/9
STEWARD [19] 2/14 2/14 4/8 7/24 9/25 11/24
15/15 16/10 17/9 17/14 18/13 19/8 23/19
25/10 29/2 33/13 33/15 42/9 43/8
still [2] 9/18 15/18
stipulated [2] 14/2 45/2
stipulation [4] 13/14 13/15 40/13 40/14

**S**

**stood [1]** 20/6
**stop [1]** 15/13
**Stormy [2]** 13/1 24/4
**Street [3]** 1/20 2/7 2/11
**strike [1]** 22/23
**struck [2]** 4/15 15/4
**student [1]** 37/9
**stuff [1]** 33/24
**style [1]** 20/11
**subconscious [1]** 21/3
**submit [2]** 6/12 9/22
**submitted [1]** 41/16
**substantially [2]** 43/5 43/6
**succeeding [1]** 18/11
**such [2]** 7/11 18/8
**sufficient [1]** 41/4
**suggest [2]** 8/19 18/7
**suit [2]** 22/2 24/12
**Suite [3]** 1/20 2/11 2/15
**summoned [1]** 27/14
**supplemental [1]** 10/2
**sure [10]** 5/18 11/1 12/10 14/22 16/8 19/3 21/24 33/23 34/3 42/17
**system [4]** 30/3 30/11 35/22 39/11

**T**

**table [2]** 4/10 29/3
**tag [1]** 42/18
**taint [2]** 11/18 13/9
**take [10]** 6/23 10/17 19/1 30/16 31/17 32/16 34/17 36/19 38/24 42/24
**taken [6]** 15/7 26/12 27/19 28/16 32/20 43/1
**takes [1]** 40/22
**talk [3]** 36/14 36/24 40/5
**talking [2]** 12/10 15/1
**talks [1]** 23/25
**technical [1]** 32/14
**tell [8]** 5/1 5/12 11/21 17/24 19/17 28/4 38/16 44/3
**tells [2]** 5/25 42/7
**tempted [1]** 21/11
**ten [2]** 29/25 30/10
**tennis [1]** 10/22
**terms [4]** 4/17 5/19 16/17 26/9
**testimony [2]** 21/20 23/7
**than [6]** 9/9 14/16 23/10 23/18 31/24 35/10
**thank [19]** 14/23 15/7 16/3 18/9 18/19 19/4 22/20 23/20 25/4 28/10 29/6 32/19 33/16 33/18 39/7 41/21 45/8 45/9 45/18
**Thanks [1]** 40/25
**that [165]**
**that's [14]** 13/2 14/3 14/18 17/16 18/10 18/16 23/10 26/4 30/12 32/2 36/17 38/8 40/17 40/23
**their [11]** 4/25 5/6 5/8 5/10 5/13 11/1 11/13 16/14 16/18 16/22 27/2
**them [6]** 5/1 28/13 29/18 30/21 42/7 42/21
**then [6]** 5/19 7/8 9/5 20/5 36/25 36/25
**there [34]** 6/24 7/1 7/3 7/4 7/21 7/22 8/15 10/14 12/11 15/12 15/21 15/25 16/19 17/6 19/5 20/25 21/4 24/6 24/8 25/2 25/6 26/21 32/9 33/13 33/14 33/14 34/8 34/9 37/19 38/13 40/10 42/8 43/9
**Therefore [1]** 14/10
**these [4]** 27/2 31/12 32/14 36/24
**they [30]** 7/21 7/22 10/25 11/2 11/11 11/12 11/15 13/7 13/10 13/24 14/2 14/12 14/13 16/13 16/14 18/2 18/4 27/16 28/14 29/18 30/22 36/20 37/14 39/2 40/10 41/25 42/3 42/6 42/17
**they're [3]** 14/13 18/6 42/14
**thing [2]** 5/12 8/1
**things [4]** 14/21 14/24 19/23 20/10
**think [23]** 6/6 8/10 8/13 9/2 11/3 12/3 13/5 14/1 14/10 14/14 18/10 21/1 21/7 22/6 22/7 23/8 25/13 25/20 26/8 26/20 27/17 36/1 38/6
**thinking [1]** 22/11
**third [1]** 16/6
**this [63]**

**those [9]** 6/23 7/20 11/15 11/20 14/12 15/5 16/4 37/12 44/3
**though [1]** 18/2
**thought [12]** 11/13 11/13 11/14 12/8 19/5 19/14 19/23 20/8 20/12 20/14 23/17 30/1
**thoughts [1]** 5/12
**three [4]** 6/15 27/14 30/25 31/8
**throat [1]** 28/6
**through [6]** 15/5 33/2 36/11 37/6 37/18 38/7
**throughout [1]** 17/2
**tie [1]** 22/2
**time [4]** 20/7 39/14 39/14 41/7
**times [7]** 8/11 8/19 8/24 14/11 31/14 34/22 40/5
**Title [1]** 46/8
**today [23]** 5/1 5/5 5/6 6/15 7/19 10/19 10/21 13/9 18/9 21/4 21/18 23/25 28/11 32/25 37/4 37/17 38/2 38/10 39/10 39/17 39/25 41/12 45/12
**told [1]** 38/12
**too [2]** 28/1 43/6
**topic [4]** 9/20 9/21 9/22 21/14
**tort [2]** 32/9 35/16
**touched [1]** 26/8
**town [1]** 36/8
**training [2]** 38/19 39/2
**tranches [2]** 18/8 18/11
**transcript [9]** 1/9 1/15 5/7 5/19 5/23 31/25 35/11 46/9 46/11
**transportation [2]** 43/13 43/23
**trial [11]** 1/12 8/11 19/21 31/3 33/2 36/11 37/6 37/8 38/10 38/11 39/12
**trials [1]** 35/24
**trouble [2]** 24/19 25/12
**truck [2]** 26/17 27/7
**true [1]** 46/8
**trust [1]** 41/22
**try [2]** 26/20 33/10
**trying [1]** 21/25
**Tuesday [19]** 6/7 16/12 33/2 36/3 36/11 37/6 37/12 37/18 38/2 38/13 39/10 40/1 40/14 40/18 40/22 41/6 41/7 41/20 42/1
**turn [1]** 41/19
**two [16]** 9/9 10/20 10/20 11/20 11/22 14/20 15/12 16/4 25/1 33/5 33/11 35/2 37/14 39/5 40/11 41/24
**type [2]** 4/20 22/1
**types [1]** 22/16
**Typically [1]** 32/5

**U**

**U.S [1]** 46/17
**unable [1]** 43/22
**under [3]** 8/9 9/13 35/16
**understand [2]** 21/24 28/1
**Understood [3]** 15/14 15/16 40/15
**unforeseeable [1]** 43/24
**Unfortunately [1]** 43/24
**UNIDENTIFIED [1]** 38/8
**UNITED [15]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/3 4/6 28/20 28/24 29/10 46/8 46/12
**unless [1]** 25/25
**unproductive [1]** 39/18
**until [3]** 36/3 40/20 41/16
**up [11]** 7/9 10/17 13/9 14/19 16/8 18/1 18/3 20/6 23/16 31/22 39/8
**urge [1]** 35/1
**us [10]** 4/10 9/25 10/5 14/9 16/12 19/17 26/9 40/7 42/22 45/6
**use [9]** 5/6 5/10 5/16 5/18 16/13 16/25 17/9 28/4 39/11
**used [2]** 31/24 35/9
**using [5]** 5/17 8/4 8/7 8/20 35/22
**using numbers [1]** 5/17
**usual [1]** 37/18
**usually [3]** 35/22 39/11 40/5

**V**

**vaccinated [4]** 31/13 31/14 34/22 34/23

**value [1]** 6/23
**Vehicle [2]** 37/23 38/1
**venire [6]** 5/9 6/6 6/15 10/13 14/13 18/2
**veracity [1]** 30/19
**version [1]** 10/1
**versus [2]** 4/4 28/20 29/10
**very [10]** 5/16 17/1 32/24 37/4 38/3 38/10 39/11 39/15 39/24 45/17
**violent [2]** 19/23 20/12
**visit [2]** 37/3 37/13
**voir [8]** 7/4 11/16 18/2 18/3 18/6 18/12 18/17 39/20
**vs [1]** 1/10

**W**

**wage [1]** 44/9
**wait [1]** 42/16
**want [27]** 4/25 6/18 7/21 11/18 11/21 12/19 13/4 17/7 18/13 21/24 27/16 27/18 30/4 31/20 32/1 33/15 34/20 35/7 35/11 35/19 38/13 42/2 42/3 42/6 42/8 42/20 43/3
**wanted [5]** 4/14 11/5 13/7 14/25 43/13
**wants [3]** 5/20 10/17 15/19
**was [46]** 4/15 8/13 9/1 9/2 11/12 11/13 11/19 12/3 12/4 12/9 13/20 14/10 15/21 20/7 20/9 20/14 21/8 21/8 22/8 22/10 22/10 22/14 22/14 22/18 24/3 24/7 24/8 24/9 24/11 24/12 24/12 24/16 24/18 24/19 26/15 26/21 26/22 30/7 33/13 33/14 34/15 36/10 36/17 43/8 43/8
**wasn't [5]** 4/18 4/19 9/4 22/13 25/16
**watch [1]** 7/21
**way [12]** 5/11 5/17 5/21 5/22 7/16 14/16 17/7 18/22 19/11 20/20 24/13 24/19
**we [153]**
**we'll [12]** 5/8 5/22 6/12 10/7 15/20 32/16 41/8 42/3 42/18 42/22 42/23 44/18
**we're [6]** 11/1 14/24 17/20 21/13 32/24 34/5 34/20 41/6
**we've [4]** 14/15 16/16 27/8 32/23
**wear [6]** 31/13 31/15 31/15 34/22 34/23 34/23
**Wednesday [1]** 40/20
**week [1]** 27/15
**weekend [3]** 41/13 41/22 45/17
**welcome [3]** 4/12 29/5 29/8
**well [16]** 8/1 8/6 8/18 9/5 11/23 12/16 13/21 17/3 25/19 26/22 28/22 39/17 42/8 42/16 44/2
**went [7]** 33/1 33/11 36/10 37/5 37/17 40/9 43/4
**were [15]** 4/18 5/17 8/15 20/16 21/25 31/23 35/9 37/15 38/4 38/12 40/3 40/10 40/11 41/5 43/9
**weren't [2]** 11/6 11/20
**West [2]** 1/20 2/11
**what [25]** 5/5 11/12 13/4 13/7 19/17 19/21 19/24 20/14 22/1 22/3 22/10 22/11 23/9 24/6 24/18 25/19 29/12 29/23 32/15 36/2 37/14 37/22 39/8 41/11 42/5
**what's [6]** 7/24 13/18 16/17 17/11 44/9 44/11
**whatever [4]** 5/19 35/25 37/16 39/17
**when [18]** 5/16 11/11 13/15 19/14 19/19 22/7 24/12 24/25 27/15 31/16 32/17 35/24 38/12 39/22 41/5 42/9 42/21 44/24
**where [10]** 11/13 26/11 27/7 32/8 32/17 33/11 35/2 39/22 40/9
**whether [10]** 5/3 18/14 18/6 19/15 20/18 20/19 21/11 29/19 31/15 32/7
**which [10]** 6/22 8/19 9/13 13/20 15/1 16/19 20/17 21/2 35/12 35/15
**while [3]** 21/12 39/20 42/6
**whisper [1]** 40/7
**who [12]** 4/9 10/20 10/20 10/21 14/6 16/17 17/24 22/15 27/7 37/20 38/14 41/4
**who's [1]** 11/1
**whole [4]** 13/7 13/9 13/12 23/18
**whose [1]** 10/22
**why [6]** 11/2 11/20 13/20 38/16 43/16 44/3
**wife [1]** 38/24
**will [58]**

## W

**Williamson [1]** 24/9
**willing [1]** 5/21
**withdraw [1]** 25/17
**within [2]** 8/17 25/3
**witnesses [2]** 9/10 36/8
**wonder [1]** 19/22
**word [3]** 9/25 10/4 42/24
**work [5]** 26/16 37/9 38/19 39/5 39/5
**working [1]** 35/25
**works [3]** 26/23 39/11 45/5
**world [1]** 40/23
**worth [2]** 30/18 34/18
**would [47]**
**wouldn't [3]** 4/23 33/12 40/19
**write [1]** 20/17
**wrong [3]** 34/8 41/11 41/11
**wrote [1]** 19/14
**WYMAN [6]** 2/5 4/6 28/24 33/14 33/17 43/9

## Y

**yeah [1]** 20/14
**year [1]** 25/1
**years [2]** 9/9 25/1
**yes [20]** 8/15 8/23 16/1 16/5 17/1 18/14 20/4
 21/22 22/6 24/2 24/21 27/1 28/3 33/20 37/8
 38/22 39/3 40/21 44/7 44/10
**yesterday [11]** 4/16 5/2 5/6 5/16 6/14 10/25
 11/20 13/22 31/23 35/9 44/5
**you [163]**
**you'll [2]** 27/17 41/9
**you're [6]** 12/10 15/2 27/17 29/19 34/25 41/9
**your [93]**

## Z

**Zion [1]** 24/9