1

2

3

4                UNITED STATES DISTRICT COURT

5              CENTRAL DISTRICT OF CALIFORNIA

6                    SOUTHERN DIVISION

7                        - - -

8        THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

9

            UNITED STATES OF AMERICA,     )CERTIFIED TRANSCRIPT
10                          Plaintiff,  )
              vs.                        )
11                                       ) SACR-19-00061-JVS
            MICHAEL JOHN AVENATTI,       )
12                          Defendant.  ) TRIAL DAY 5, Vol. 1
            ------------------------------)
13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                Santa Ana, California

17                  July 20, 2021

18

19                    SHARON A. SEFFENS, RPR
                      United States Courthouse
20                    411 West 4th Street, Suite 1-1053
                      Santa Ana, CA  92701
21                    (714) 543-0870

22

23

24

25

1    APPEARANCES OF COUNSEL:

2    For the Plaintiff:

3    NICOLA T. HANNA
     United States Attorney
4    BRANDON D. FOX
     Assistant United States Attorney
5    Chief, Criminal Division
     ALEXANDER WYMAN
6    Assistant United States Attorney
     Major Frauds Section
7    1100 United States Courthouse
     312 North Spring Street
8    Los Angeles, CA   90012
     (213) 894-6683
9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA   92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA   92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25

I-N-D-E-X

PAGE

JURY SELECTION
   (Continued)                                                    4

|    |    |
|----|----|
|  | 1 | SANTA ANA, CALIFORNIA; TUESDAY, JULY 20, 2021; 8:01 A.M.
07:51 | 2 | (Prospective jurors not present)
07:51 | 3 | THE CLERK:  Item 1, SACR-19-00061-JVS, United
08:01 | 4 | States of America versus Michael John Avenatti.
08:01 | 5 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
08:01 | 6 | and Alexander Wyman on behalf of the United States.
08:01 | 7 | THE COURT:  Good morning.
08:01 | 8 | MR. STEWARD:  Your Honor, Dean Steward on behalf
08:01 | 9 | of Mr. Avenatti, who is present, along with our counsel,
08:01 | 10 | Courtney Cefali Cummings.
08:01 | 11 | THE DEFENDANT:  Good morning.
08:01 | 12 | THE COURT:  Good morning.
08:01 | 13 | We were able to contact four of the jurors that
08:01 | 14 | didn't return on Friday.  Juror No. 141 overslept.
08:01 | 15 | That's J.C.  He works the graveyard shift and gets home at
08:01 | 16 | 6:00 in the morning.  When he told me that, I understood why
08:02 | 17 | he might have slept through and I excused him.  I just don't
08:02 | 18 | think working the graveyard shift will put him in sufficient
08:02 | 19 | frame of mind to hear the evidence, so I excused him.
08:02 | 20 | I did advise counsel that we were summoning those
08:02 | 21 | missing jurors back.  No one appeared.  The session was open
08:02 | 22 | to the public.
08:02 | 23 | Juror No. 37, J.Ru., indicated he is a truck
08:02 | 24 | driver, and he had a load on Friday and he went.  So he's
08:02 | 25 | not here today; is he?

08:02  1                THE CLERK:  No, Judge.

08:02  2                THE COURT:  Who is the one that's here?

08:02  3                THE CLERK:  That would be Juror No. 70.

08:03  4                THE COURT:  Oh, I admonished Mr. J.Ru. and

08:03  5      continued his service.  He is not getting credit for this

08:03  6      trial.

08:03  7                THE CLERK:  He is coming back in September.

08:03  8                THE COURT:  Juror No. 70, Mr. J.Ru. appeared

08:03  9      today.  So unless the parties want to speak to him, I have

08:03  10     just requested that he be put back in the pool where he is

08:03  11     supposed to be.

08:03  12               Any comment on that?  He wasn't here Friday, but

08:03  13     we didn't do anything Friday.

08:03  14               MR. STEWARD:  Nothing from the defense, Your

08:03  15     Honor.

08:03  16               THE COURT:  Okay.  Then finally Juror No. 128

08:03  17     called in sick, and that person was excused.  So that deals

08:04  18     with the four jurors who failed to return on Friday.

08:04  19               A number of filings were made yesterday.  I want

08:04  20     to take those up.  At Docket 546 Mr. Avenatti filed an

08:04  21     objection to the testimony of government expert John Drum

08:04  22     and the use of Rule 1006 materials and presented a renewed

08:04  23     request for a Daubert hearing.

08:04  24               I dealt with Mr. Drum's qualifications in the

08:04  25     motions in limine which were heard on October 30th, and I

08:04  1   found that he was qualified and declined to conduct a

08:05  2   Daubert hearing.  That ruling is at Docket 371, pages 11

08:05  3   through 16.

08:05  4          With regard to the 1006 issue, when can the

08:05  5   government file a reply on those issues?  Mr. Wyman.

08:05  6          MR. WYMAN:  Your Honor, I imagine we could file a

08:05  7   reply before tomorrow.  I believe that the 1006 issue is

08:05  8   also part of the Court's motion in-limine ruling back in

08:05  9   October.  At least that is how I read that order.  At the

08:05  10  time the Court seemed to approve of the use of 1006

08:05  11  summary --

08:05  12          THE COURT:  Well, the defense is not complaining

08:05  13  that Rule 1006 is on the books.  They question whether they

08:05  14  have had an adequate opportunity to review the underlying

08:05  15  materials when you have complied with the requirements of

08:05  16  Rule 1006.  He also raised the issue with regard to summary

08:06  17  charts.  The references to supporting materials are

08:06  18  different.

08:06  19          MR. WYMAN:  I don't know that they're saying that

08:06  20  they're different, at least not as I understood it.  Think

08:06  21  what they're saying is that the annotations have been

08:06  22  removed for the clean versions that we intend to introduce

08:06  23  at trial.  That's the only substantive difference.

08:06  24          THE COURT:  Well, when can you address this?

08:06  25          MR. WYMAN:  We can file a reply by tomorrow, Your

08:06  1    Honor.

08:06  2              THE COURT:  When do you expect Mr. Drum to come

08:06  3    on?

08:06  4              MR. WYMAN:  Not until toward the end of the trial.

08:06  5              THE COURT:  Okay.  So he's at least a week away?

08:06  6              MR. WYMAN:  Yes, Your Honor.

08:06  7              THE COURT:  Okay.  I will look at your response

08:06  8    and see if Mr. Steward wants to reply, and we will have a

08:06  9    hearing on those issues.

08:06  10             Anything further on that for the time being?

08:06  11             MR. STEWARD:  No, Your Honor.

08:06  12             THE COURT:  At Docket 547 Mr. Avenatti again moves

08:06  13   for a continuance of the trial, or in the alternative

08:07  14   additional voir dire with regard to COVID-19.  I'm not going

08:07  15   to continue the trial.  I believe that we can take adequate

08:07  16   precautions to ensure the safety of everyone.

08:07  17             What I will do rather than conduct voir dire with

08:07  18   regard to COVID-19 and the delta variant, I will read what

08:07  19   is currently Initial Jury Instruction 15 which advises the

08:07  20   jurors of the procedures we are going to take to deal with

08:07  21   COVID-19.

08:07  22             It also instructs them to advise the Court if they

08:07  23   feel sick, if they've been exposed, and so on.  I don't see

08:07  24   any need to conduct voir dire.  That will inform them to

08:07  25   advise the Court if they feel sick or they've been exposed

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:07   1   to COVID-19.

08:07   2           Any comment on that?

08:08   3           MR. STEWARD:  Only, Your Honor, we had prepared

08:08   4   half a dozen questions, suggested questions.  With the

08:08   5   Court's permission I will file these and perhaps the Court

08:08   6   can take a look at them.

08:08   7           THE COURT:  It would have been helpful if they'd

08:08   8   been filed yesterday with the request for additional voir

08:08   9   dire.

08:08  10           MR. STEWARD:  I'm sorry.  We drafted them this

08:08  11   morning.

08:08  12           THE COURT:  Sir, it would have been helpful if

08:08  13   they had been filed yesterday with your request at Docket

08:08  14   No. 547.

08:08  15           MR. STEWARD:  Understood.

08:08  16           THE COURT:  At Docket 548 there is an additional

08:08  17   objection to voir dire procedures, motion for a continuance,

08:08  18   and request to move the voir dire.

08:08  19           Number one, we are not going to move the voir

08:08  20   dire.  The suggestion that the jurors be ordered down to the

08:09  21   main courthouse at 350 West First Street in Los Angeles is

08:09  22   an impermissible burden.  I believe all the jurors are

08:09  23   summoned here from Orange County.  That's the venire here.

08:09  24           I'm checking on the capacity of the ceremonial

08:09  25   courtroom, but it's my belief that if social distancing were

08:09  1   practiced, we are no better off than we are with the

08:09  2   ceremonial courtroom here.  In any event, I will provide you

08:09  3   the capacity number and we can have further discussion on

08:09  4   that.

08:09  5           I believe that for the jurors in 10D and in the

08:09  6   Jury Assembly Room the key thing is to hear the colloquy

08:09  7   between counsel and the prospective jurors and between the

08:10  8   Court and the prospective jurors.  We checked it out

08:10  9   yesterday.  We checked out this morning.  It appears to be

08:10  10  working just fine.

08:10  11          Anything further on this request?

08:10  12          MR. STEWARD:  Not beyond our filing, Your Honor.

08:10  13          THE COURT:  Okay.  At Docket 549 is the

08:10  14  defendant's request for immediate evidentiary hearing

08:10  15  regarding improper and prejudicial public comments/social

08:10  16  media folks by former AUSA Julian Andre.  The representation

08:10  17  is that the U.S. Attorney's Office is a follower and

08:10  18  receives Mr. Andre's tweets.

08:10  19          I have some questions for you, Mr. Steward.  You

08:10  20  put in several Department of Justice documents at Exhibits C

08:11  21  and I believe D.  I didn't see in either of those documents

08:11  22  the imposition upon a former employee of any obligations

08:11  23  with regard to the duties that the employee exercised while

08:11  24  employed by the Department of Justice.

08:11  25          Is there anything in the Department of Justice

08:11  1  documentation that specifically imposes an obligation with

08:11  2  respect to communications by a former Department of Justice

08:11  3  employee?

08:11  4          MR. STEWARD:  I don't believe so, Your Honor.

08:11  5  That's in the State Bar rules that we found last night.

08:12  6          THE COURT:  I propose to inquire of the panel in

08:12  7  this room and separately go to 10D and downstairs and ask

08:12  8  the jurors whether they have heard or seen anything since

08:12  9  last Friday with regard to Mr. Avenatti or this trial.  I

08:12  10 will also ask if they have heard of Mr. Andre.

08:12  11         If they have, they will return to this courtroom

08:12  12 for a separate one-on-one voir dire just as we have done

08:12  13 previously with people who have been exposed.  I will also

08:12  14 remind the jurors that they are not to view any social

08:12  15 media, et cetera.  And if they do, as I previously

08:13  16 indicated, they're to report it to the Court.

08:13  17         Does the government have any comments?

08:13  18         MR. SAGEL:  One second, Your Honor.

08:13  19         (Government counsel conferring)

08:13  20         MR. SAGEL:  Your Honor, we would not object to

08:13  21 what Your Honor is proposing, but I do feel the need to

08:13  22 point out that in the case over two years there's been

08:13  23 baseless allegations.  Yesterday's filing may be one of the

08:13  24 worst.

08:13  25         I say that in the sense of what was left out of

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:13  1   their motion and what was claimed in their motion factually

08:13  2   and legally was beyond frivolous.  They don't even mention

08:13  3   the fact that Mr. Andre when they filed had six followers at

08:13  4   the time that they're talking about.

08:13  5          THE COURT:  Do you dispute that Mr. Andre only had

08:14  6   six followers, Mr. Steward?

08:14  7          MR. STEWARD:  Yes -- well, that's not how Twitter

08:14  8   works, but he had six followers.  I think it's nine now.

08:14  9          THE COURT:  Okay.  But what do you mean, that's

08:14  10  not how Twitter works?

08:14  11         MR. STEWARD:  Well, I don't have a Twitter

08:14  12  account.  I've been schooled on this.  As I understand it,

08:14  13  whenever he likes something, it goes out much farther than

08:14  14  just the six people.  In addition, you can in Twitter simply

08:14  15  put Avenatti in there, and his tweets and re-tweets, in

08:14  16  particular the re-tweets, the dissemination will happen and

08:14  17  it could go to thousands of people.  We don't know.

08:14  18         So that's one of the reasons we were looking for a

08:14  19  hearing here.  We will bring in an expert on social media

08:14  20  who can explain this better than me.  But just saying

08:14  21  they've got six followers is very misleading.

08:14  22         MR. SAGEL:  What is also not mentioned in their

08:14  23  filing is that every one of -- actually the two articles

08:14  24  that he liked or re-tweeted, if this panel had seen or heard

08:15  25  anything, they have already gotten it from the articles that

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:15  1    were posted.

08:15  2          What was done literally doesn't change anything.

08:15  3    It's even more ironic that Mr. Steward just mentioned he

08:15  4    doesn't have a Twitter account.  You can't even see who

08:15  5    writes anything or who likes it and who's following unless

08:15  6    you have an account, which means Mr. Steward wasn't the one

08:15  7    looking at that.  And we know that someone else in this

08:15  8    courtroom is prohibited from going online.

08:15  9          MR. STEWARD:  Stop it.  Stop it, counsel.

08:15  10          THE COURT:  Sit down, Mr. Steward.  You may speak

08:15  11   when you have an opportunity afforded to you, and it

08:15  12   certainly will be, sir.  Do you understand that?  No more

08:15  13   interruptions or outbursts.

08:15  14          MR. STEWARD:  Understood.

08:15  15          MR. SAGEL:  I will also point out that while I

08:15  16   don't think there is anything that needs to be done with

08:15  17   this because of the procedures we already have in place for

08:15  18   voir dire, anybody who's seen anything or heard anything,

08:15  19   they not only would have reported it, but they will also do

08:15  20   it again here through questioning.  So Your Honor will cover

08:15  21   that.

08:15  22          I'll also point out that if Mr. Steward wants this

08:16  23   evidentiary hearing as he keeps asking for, he is the

08:16  24   declarant, and the first step in that procedure is the

08:16  25   government will have an opportunity to cross-examine the

08:16    1    declarant on what's been put before the Court.  So if
08:16    2    Mr. Steward wants to proceed with that, the government would
08:16    3    under the local rules reserve that ability.
08:16    4                THE COURT:  Mr. Steward.
08:16    5                MR. STEWARD:  I would welcome that opportunity,
08:16    6    Your Honor.  Again, in order to fully understand the way
08:16    7    information is disseminated from Twitter, it really would
08:16    8    require someone who knows it well, and we would like the
08:16    9    opportunity to explore that.
08:16   10                Also what the U.S. Attorney's Office knew about
08:16   11    all of this and what they did and didn't know, they were
08:16   12    part of the six followers of the U.S. Attorney's Office in
08:16   13    Los Angeles who has the ability to I assume re-tweet to
08:16   14    probably thousands of people.  But their role in this is
08:16   15    critical, and that's why we keep asking for the hearing.
08:17   16                One other point, Your Honor.  I mentioned the
08:17   17    State Bar rule we found last night.  It's Rule 3.6 having to
08:17   18    do with trial publicity; A section says the following:  A
08:17   19    lawyer who is participating or has participated in the
08:17   20    investigation or litigation of a matter shall not make an
08:17   21    extrajudicial statement that the lawyer knows or reasonably
08:17   22    should know will be disseminated by means of public
08:17   23    communication and have a substantial likelihood of
08:17   24    materially prejudicing an adjudicated proceeding in the
08:17   25    matter.

08:17   1              One problem in the re-tweet by Mr. Andre is the

08:17   2       article that he sends around talks about what was excluded

08:17   3       from the trial having to do with the lifestyle evidence, and

08:17   4       that came from a reporter who used to work for the Daily

08:17   5       Journal.

08:17   6              So basically information that these potential

08:17   7       jurors could see or hear, they would be looking at Andre's

08:18   8       feed and seeing things that have been specifically excluded

08:18   9       by this Court.  That's one of many problems that we see in

08:18  10       his tweeting.

08:18  11              THE COURT:  Does the U.S. Attorney's Office have

08:18  12       an obligation to monitor the public statements of its former

08:18  13       employees?

08:18  14              MR. STEWARD:  I would say no, but they are clearly

08:18  15       doing it here.  I mean, if he's only got six followers and

08:18  16       one of them is the U.S. Attorney's Office, whether it's

08:18  17       their obligation or not, they're doing it.

08:18  18              THE COURT:  Well, I guess I'm going at this

08:18  19       problem from the top rather than burrowing to the bottom.

08:18  20       Regardless of whether the U.S. Attorney's Office received or

08:18  21       even saw Mr. Andre's tweets, the key issue here is whether

08:18  22       the jurors, the 118 or so we have left, have been exposed to

08:18  23       that.  If they have not, whatever else went on is

08:19  24       irrelevant.  So that's how I'm going to go at this.

08:19  25              Any further comments on this?

08:19   1          MR. STEWARD:  No.  Submit, Your Honor.

08:19   2          MR. SAGEL:  Nothing from the government, Your

08:19   3   Honor.

08:19   4          (Court and clerk conferring)

08:19   5          THE COURT:  Well, the ceremonial courtroom

08:19   6   downtown I'm advised has a capacity of 140, but that's

08:19   7   not -- but that is including people inside the bar whose

08:20   8   seats wouldn't be available for jurors for voir dire.

08:20   9          I'm sorry -- the 140 seats for the public.  Even

08:20  10   if we kept social distancing in the public areas to two

08:20  11   feet, it would be 122 or fewer.  That's not an adequate

08:20  12   social distancing.  So I think as a practical matter the

08:20  13   ceremonial courtroom downtown wouldn't prove today a

08:20  14   solution any more than the ceremonial courtroom would here.

08:20  15          Okay.  Then finally at Docket No. 552,

08:21  16   Mr. Avenatti objects to a number of exhibits that the

08:21  17   government has identified for potential use in the opening

08:21  18   statement.  I advised the parties that they were free to

08:21  19   show anything that they reasonably believed would be

08:21  20   admitted during the course of the trial, the penalty being

08:21  21   if they didn't prove up any fact that would be brought out

08:21  22   in closing that they didn't prove up.

08:21  23          I have reviewed each of the exhibits the

08:21  24   government identified.  Can the government tell me what

08:21  25   Exhibit 130 is, please?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:22   1           MR. SAGEL:  I do not have my exhibits, but I'm

08:22   2   trying to pull them up on my phone, so bear with me one

08:22   3   second, Your Honor.

08:22   4           THE COURT:  Well, I'll tell you what it is.  It's

08:22   5   an e-mail that Mr. Avenatti appears to forward to --

08:22   6           MR. SAGEL:  To Filippo Marchino.

08:22   7           THE COURT:  Right.  And the second page is a

08:22   8   picture --

08:22   9           MR. SAGEL:  That exhibit.  Yes, Your Honor, I can

08:22  10   tell you what that is.  The second page is what we would be

08:22  11   using in the opening, which is a picture of a plane that

08:22  12   Mr. Avenatti purchased after he stole Ms. Gardner's money.

08:22  13           So when we're talking about what he does with

08:22  14   their money, he takes it to buy that plane.  He sends the

08:23  15   money, the $2.5 million, to Filippo Marchino, the same

08:23  16   person he sends that e-mail to to buy the plane that's

08:23  17   attached to that e-mail.

08:23  18           THE COURT:  Mr. Steward.

08:23  19           MR. STEWARD:  I'd suggest that's lifestyle

08:23  20   evidence that the Court excluded, Your Honor.

08:23  21           THE COURT:  I think the government is entitled to

08:23  22   show where the money went.  That's a fairly significant

08:23  23   expenditure.  We don't need the photo, though.  I'm not

08:23  24   going to admit the photo.  You can say in your opening

08:23  25   statement that you'll show where the settlement funds from

08:23  1    one victim went to purchase an airplane, but the photo is

08:23  2    out.

08:23  3              MR. SAGEL:  You're referring to just opening, Your

08:23  4    Honor?

08:23  5              THE COURT:  The photo is out, period.

08:23  6              MR. SAGEL:  If I can explain.  We have, for

08:23  7    example, bank records where Mr. Avenatti takes her money,

08:24  8    sends it to the X-Law Group (phonetic) who then sends it to

08:24  9    Honda Aircraft to buy this plane.  We also have Filippo

08:24  10   Marchino who will say what he was told by the defendant.

08:24  11             In addition, that e-mail that you're talking about

08:24  12   with the picture corroborates what Mr. Marchino is saying,

08:24  13   that the defendant is telling him:  This is what I am

08:24  14   wanting you to do with the money I'm sending you.  I'm

08:24  15   buying this plane.  It is not just gratuitous.  It's showing

08:24  16   exactly what he's doing, that his plan is to buy this plane

08:24  17   and to use Mr. Marchino to execute that.

08:24  18             THE COURT:  If the cross-examination opens the

08:24  19   door, we can revisit this, but the photo is out for the time

08:24  20   being.

08:24  21             MR. STEWARD:  Your Honor, we'll actually withdraw

08:24  22   our objection on this specific photo.

08:24  23             THE COURT:  Okay.  Fine.  You can use it in your

08:24  24   opening statement.

08:24  25             MR. SAGEL:  Thank you, Your Honor.

08:25   1          THE COURT:  The next one is Exhibit 141, which is
08:25   2   an e-mail from Mr. Avenatti to Joel Weiner.  I don't see any
08:25   3   difficulty with that at least for the opening statement.
08:26   4          MR. SAGEL:  I don't even believe that it is an
08:26   5   exhibit, Your Honor, or that we're using it in our opening.
08:26   6          Exhibit 41, Your Honor?
08:26   7          THE COURT:  Yeah, 41.
08:26   8          MR. SAGEL:  Exhibit 41 is the check from the
08:26   9   County of Los Angeles to pay for Mr. Johnson's settlement,
08:26   10   $4 million that's deposited into defendant's attorney/client
08:26   11   trust account.
08:26   12          THE COURT:  Attached to 41 is Mr. Barela's
08:26   13   settlement agreement.
08:26   14          MR. SAGEL:  Forty-one?
08:26   15          THE COURT:  I'm sorry, 187.  Let me go back to 41.
08:27   16   Well, 41 I believe is Mr. Johnson's fee agreement.
08:27   17          MR. SAGEL:  If I am looking at it properly, Your
08:27   18   Honor, 41 should be the check from the County of Los Angeles
08:27   19   made payable to Eagan Avenatti, LLP, client trust account
08:27   20   for $4 million.
08:28   21          THE COURT:  What's the objection to that,
08:28   22   Mr. Steward?
08:28   23          MR. STEWARD:  It's hearsay, Your Honor.  That
08:28   24   would be our objection in the trial and also in the opening.
08:28   25          THE COURT:  You can use it in the opening.

08:28   1             184 and 187 appear to be Mr. Barela's settlement.

08:28   2             MR. SAGEL:  One is the real one and one is the

08:28   3   fraudulent one that the defendant provided to Mr. Barela,

08:28   4   Your Honor.

08:28   5             THE COURT:  What's the objection to those?

08:28   6             MR. STEWARD:  May I have just a moment, Your

08:28   7   Honor.

08:28   8             (Counsel and defendant conferring)

08:29   9             MR. STEWARD:  Your Honor, hearsay and 408 would be

08:29   10  our objection at trial and also for opening.

08:29   11            THE COURT:  You can use it in your opening.

08:29   12            368 appears to be a series of monthly trust

08:29   13  account reports for the MLD trust account.  What's the

08:29   14  objection to that?

08:29   15            MR. SAGEL:  Just for Your Honor's edification, for

08:29   16  our opening, and which we've provided to the defense, it

08:29   17  would only be page 9 that we would be using.

08:29   18            THE COURT:  Okay.

08:29   19            MR. STEWARD:  Again, Your Honor, hearsay objection

08:29   20  both at trial and for the opening.

08:29   21            THE COURT:  You can use it for the opening.

08:29   22            I believe that covers the six exhibits that

08:29   23  Mr. Avenatti noted in his filing.

08:30   24            Anything further on this topic?

08:30   25            MR. STEWARD:  No, Your Honor.

08:30  1          MR. SAGEL:  Just for the record, there is

08:30  2     Exhibit 160, but I guess they're not objecting to that.  So

08:30  3     just for Your Honor's knowledge, we have also provided them

08:30  4     with the portions of Exhibit 160 that we will be using.

08:30  5          MR. STEWARD:  We do object to that, Your Honor.

08:30  6     It's hearsay authentication problems as well, 160, the

08:30  7     screenshot, I believe it is.

08:30  8          THE COURT:  You can use it in the opening.

08:30  9          MR. SAGEL:  Thank you, Your Honor.

08:30  10          THE COURT:  I believe that covers each of the

08:30  11     filings that were made yesterday.

08:30  12          Still to do this morning I'm going to interrogate

08:30  13     the jurors with regard to exposure to any information with

08:30  14     regard to Mr. Avenatti.  I'm also going to ask whether they

08:30  15     have heard of Mr. Andre.  So I will do that in each of the

08:31  16     three venues.  If we get a positive response, they'll come

08:31  17     up here for the individual voir dire.

08:31  18          Once we get going, I will begin the session by

08:31  19     reading the COVID-19 instruction.

08:31  20          Any other matters we ought to take up now?

08:31  21          MR. SAGEL:  Real briefly, Your Honor.  I'm not

08:31  22     even sure which day it is anymore, but the defendant

08:31  23     filed --

08:31  24          THE COURT:  It's awfully early in this trial.

08:31  25          MR. SAGEL:  I know, but there is a flood of

08:31   1   filings that seem to repeat itself over and over again, so

08:31   2   some things get lost in the mix.  At one point they filed a

08:31   3   witness exclusion motion.

08:31   4           THE COURT:  Right.

08:31   5           MR. SAGEL:  Obviously everybody in this courtroom

08:31   6   knows the rule.  We also know the exception to the rule is

08:31   7   for case agents.

08:32   8           THE COURT:  Right.

08:32   9           MR. SAGEL:  We would ask for Your Honor's

08:32  10   permission that we have two case agents be allowed, and the

08:32  11   second one will be handling most of the witnesses.  Special

08:32  12   Agent Carlos will be at the table with us.  The main reason

08:32  13   we also need a second one is Special Agent Carlos is going

08:32  14   to be trial director most of the time.  He'll be handling --

08:32  15           THE COURT:  Is he going to testify?

08:32  16           MR. SAGEL:  No, Your Honor.

08:32  17           THE COURT:  If he is not going to testify, I don't

08:32  18   think he is excluded.

08:32  19           Mr. Steward.

08:32  20           MR. STEWARD:  I believe that's the rule, Your

08:32  21   Honor.  They get one case agent.  Beyond that it's

08:32  22   discretionary with the Court.  If they're going to testify

08:32  23   in the government's case, then obviously we will want them

08:32  24   excluded.

08:32  25           THE COURT:  Understood, but the distinction is the

08:32  1   second agent isn't going to testify.

08:32  2            MR. SAGEL:  And actually I was only answering for

08:32  3   Special Agent Carlos.  But you are correct, Your Honor, that

08:32  4   neither Special Agent Carlos nor Special Agent Kim will be

08:32  5   testifying.

08:32  6            THE COURT:  Then I don't think there is a basis to

08:32  7   exclude either of them.

08:33  8            Mr. Steward.

08:33  9            MR. STEWARD:  Just making our record, Your Honor.

08:33  10  We may call them in the defense case.  I believe they're

08:33  11  under subpoena by the defense.

08:33  12            MR. SAGEL:  That's disputable, but that's for

08:33  13  another day, Your Honor.

08:33  14            THE COURT:  In any event the primary case agent is

08:33  15  entitled to be here.

08:33  16            Okay.  Anything else?

08:33  17            MR. SAGEL:  Obviously we understand the time

08:33  18  constraints, but did you want to take up the jury

08:33  19  instructions, either the preliminary instructions or

08:33  20  anything having to do -- well, let's start with the

08:33  21  preliminary jury instructions.

08:33  22            THE COURT:  We have got a few minutes before nine.

08:33  23  We can do that.  The only objection to the set that was sent

08:33  24  out June 30th briefly discussed the following court day was

08:34  25  to the duties of an attorney.

08:34  1          Mr. Steward simply -- with regard to other
08:34  2    instructions, Mr. Steward simply renewed his objection to
08:34  3    the objections to be made in the formal filing when the
08:34  4    joint set was filed.
08:34  5          With regard to the duties of an attorney, I
08:34  6    substituted the exact language of 1.4, 1.41, and I think
08:34  7    it's 1.3 to describe -- 1.4, 1.41, and 1.15, I substituted
08:34  8    those to describe the trust account duties of a lawyer with
08:34  9    respect to clients' funds and with respect to the duty to
08:34  10   communicate.
08:34  11         So I retained the initial couple paragraphs in the
08:35  12   government's proposed instruction.  They're not in the rules
08:35  13   per se, but I think they are clear and correct statements of
08:35  14   the law.
08:35  15             MR. WYMAN:  Your Honor, may I be heard very
08:35  16   briefly?
08:35  17             THE COURT:  Please.
08:35  18             MR. WYMAN:  Understanding that the preliminary
08:35  19   instructions will likely happen tomorrow, I understand that
08:35  20   the Court may want to proceed with this version.  I would
08:35  21   ask that the Court perhaps reconsider prior to the final
08:35  22   instructions.
08:35  23         I agree that the tentative version from yesterday
08:35  24   is accurate.  It tracks the language of the rules as the
08:35  25   defense had requested.  I would submit it's not as helpful

08:35  1   as the more narrative version that the government proposed.

08:35  2   When I say helpful, I mean helpful as in having the jury

08:35  3   understand what the duties are.  Much like we don't instruct

08:35  4   the jury on wire fraud by simply reading the statute, I

08:35  5   don't think it's as helpful to simply read the duties under

08:35  6   the rules for this.

08:36  7        I think that the way the government proposed it is

08:36  8   more helpful in helping the jury understand what their

08:36  9   duties are, and I don't believe the defense has argued that

08:36  10  that instruction is inaccurate or argumentative or

08:36  11  misleading.

08:36  12       And if they do identify any such portion, we could

08:36  13  change it.  But at least for the final instructions we would

08:36  14  request that it be more of a narrative instruction that

08:36  15  explains it a little bit more thoroughly.

08:36  16       THE COURT:  Did you ever meet and confer about the

08:36  17  government's proposed instruction?

08:36  18       MR. WYMAN:  We did, Your Honor.  We have a phone

08:36  19  call with Mr. Steward on Saturday.  In it, you know, we said

08:36  20  basically what I just said, which I think is more

08:36  21  appropriate, and they disagreed.

08:36  22       THE COURT:  At least for the opening I will use

08:36  23  that.

08:36  24       Mr. Steward.

08:36  25       MR. STEWARD:  Yes, Your Honor.  Over objection on

08:36   1   the part the government drafted, which I believe is the
08:36   2   first couple of paragraphs, our position in our meet and
08:36   3   confer was that it ought to be strictly what the State Bar
08:37   4   rules say, that you can't really go wrong by doing that, and
08:37   5   it is the most logical way to proceed.
08:37   6           THE COURT:  Are the first two paragraphs incorrect
08:37   7   statements of the law?
08:37   8           MR. STEWARD:  No, but they're argumentative.
08:37   9           THE COURT:  I don't find them to be argumentative.
08:37  10   I'm going to give the instruction as it's presently drafted.
08:37  11           I think that resolves all disputes with regard to
08:37  12   the initial set of jury instructions.
08:37  13           We are only going to take an hour for lunch today.
08:37  14   It's my goal to impanel the jury today.  I have a 4:45 call
08:37  15   that I must take.  So if need be, we will break to do that.
08:37  16           As I indicated last week, with the first 16 each
08:37  17   side will have one hour.  It will probably be 25 minutes
08:38  18   with the next sets.  The next sets will include five new
08:38  19   jurors.  Assuming the parties strike down to 11, we will
08:38  20   advance five new jurors.
08:38  21           (Court and clerk conferring)
08:38  22           THE COURT:  Are the mechanics of that clear?
08:38  23           MR. STEWARD:  Yes, Your Honor.
08:38  24           MR. SAGEL:  Yes, Your Honor.
08:38  25           THE COURT:  As I indicated last week in response

08:38   1   to Mr. Sagel's question, you do not lose a peremptory.  If

08:38   2   you pass, two passes in a row, jury selection stops.

08:38   3   Dealing with the jurors -- as we are dealing with the jury,

08:38   4   it's the first 12 that are there.  When we get to the

08:38   5   alternates, you get two strikes.  What we will do there is

08:39   6   if the two strikes are exercised, we will put two more in

08:39   7   there.  And then if each strike is exercised, we would fill

08:39   8   it up again.

08:39   9           Okay.  Then we will -- we are presently missing

08:39   10  four jurors -- I'm sorry, three jurors.

08:39   11          Okay.  We will be in recess.

08:39   12              (Recess taken at 8:39 a.m.;

08:39   13              proceedings resumed at 9:06 a.m.)

09:06   14          THE COURT:  We are still missing three jurors:

09:06   15  Juror No. 6, M.F.; Juror No. 78, E.D.; Juror No. 70, R.R.

09:07   16          The jurors where ordered to be here at 8:00.  It's

09:07   17  now 9:10.  I propose to proceed.

09:07   18          Any objection?

09:07   19          MR. STEWARD:  Yes, Your Honor.  We would object.

09:07   20          THE COURT:  The ground?

09:07   21          MR. STEWARD:  They're supposed to be here.  They

09:07   22  need to respect the Court and show up.  They're part of our

09:07   23  pool, and we would ask the Court to wait for them.

09:07   24          THE COURT:  How long?

09:07   25          MR. STEWARD:  Maybe 45 minutes.

| | | |
|---|---|---|
| 09:07 | 1 | THE COURT:  We're not going to do that.  We're |
| 09:07 | 2 | going to proceed. |
| 09:07 | 3 | We have approximately 118 people here.  Every day |
| 09:07 | 4 | we fail to complete selection of a jury, it's approximately |
| 09:08 | 5 | a $6,000 cost to the government.  I believe -- number one, |
| 09:08 | 6 | an attempt was made to contact Mr. M.F., and we've been |
| 09:08 | 7 | unable to reach him. |
| 09:08 | 8 | Okay.  Let's bring the jurors in.  We will move |
| 09:08 | 9 | someone up to fill Mr. M.F.'s seat. |
| 09:08 | 10 | MR. SAGEL:  We're moving everybody up one? |
| 09:08 | 11 | THE COURT:  Right. |
| 09:08 | 12 | THE CLERK:  So one will be J.P.  Two will be M.C. |
| 09:09 | 13 | Three will be C.D.  Four will be B.G.  Five will now be A.G. |
| 09:09 | 14 | Six will be T.M.  Seven will be M.L.  Eight will be C.M. |
| 09:09 | 15 | Nine will be J.R.  Ten will be S.H.  Eleven will be E.P. |
| 09:10 | 16 | Twelve will be K.L.  Thirteen will be S.P.  Fourteen will be |
| 09:10 | 17 | L.O.  Fifteen will be D.V.  And 16 will be M.B. |
| 09:10 | 18 | (Court and clerk conferring) |
| 09:10 | 19 | (Prospective jurors present) |
| 09:14 | 20 | THE CLERK:  Item 1, SACR-19-00061-JVS, United |
| 09:14 | 21 | States of America versus Michael John Avenatti. |
| 09:15 | 22 | Appearances on behalf of the government, please. |
| 09:15 | 23 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel |
| 09:15 | 24 | and Alexander Wyman on behalf of the United States. |
| 09:15 | 25 | THE COURT:  Good morning. |

09:15   1          MR. STEWARD:  And, Your Honor, Dean Steward on

09:15   2   behalf of Mr. Avenatti, who is present, along with Courtney

09:15   3   Cummings Cefali.  And I finally got her name right.

09:15   4          THE COURT:  Very good.  Good morning.  Welcome.

09:15   5          And good morning to you, ladies and gentlemen.  I

09:15   6   believe we have the sound problems cured, so we are going to

09:15   7   try and go forward.

09:15   8          Before we begin the session formally, I want to

09:15   9   ask:  Is there anyone who has read or heard or seen anything

09:15   10  about this case since we were last together on Friday?

09:15   11         Has anyone read or heard or seen anything about

09:15   12  Mr. Avenatti since we were last together on Friday?

09:15   13         Has anyone heard of an individual named -- the

09:16   14  first name escapes me.

09:16   15         MR. SAGEL:  Julian Andre.

09:16   16         THE COURT:  -- Julian Andre, an individual by the

09:16   17  name of Julian Andre.  Have any of you ever heard of such a

09:16   18  person or know of such a person?

09:16   19         Okay.  I need to go over to 10D and ask those same

09:16   20  questions because I need to see people and see if they have

09:16   21  a response.  It will just take a couple of minutes, but it's

09:16   22  important.

09:16   23         Let me remind you again that you are not to do any

09:16   24  research about this case.  And if you see or hear anything

09:16   25  about the case in the media, social media, or anywhere else,

09:16  1    you are to report that to Ms. Bredahl.

09:27  2              We'll do this as quickly as we can, so I'll be

09:27  3    right back.

09:27  4              (The following proceedings were in Courtroom 10D:)

09:27  5              THE COURT:  Ladies and gentlemen, I need to ask a

09:27  6    couple of questions.  These are the same questions I have to

09:27  7    do over in my courtroom.  Have any of you seen or heard or

09:27  8    read anything about this case since you were here last

09:27  9    Friday?

09:27  10             Have any of you seen or heard anything about

09:27  11   Mr. Avenatti or read anything about him since last Friday?

09:27  12             Do any of you know an individual named Julian

09:27  13   Andre, or have any of you ever heard of him?

09:27  14             The record should reflect there are no responses

09:27  15   to any of my questions.

09:27  16             Let me remind you, ladies and gentlemen, that you

09:27  17   are not to read or listen to anything about this case

09:27  18   including doing any research on the internet or social media

09:27  19   or anything else.  If you are exposed to anything about

09:27  20   Mr. Avenatti or this case, would you let Ms. Bredahl know

09:27  21   and we will take care of it.

09:27  22             Thank you very much.  I'm going to go down to the

09:27  23   Jury Assembly Room and do the same thing, and then we will

09:27  24   get going with jury selection.

09:27  25             (The following proceedings were in the Jury

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:27   1   Assembly Room)

09:27   2          THE COURT:  Good morning, ladies and gentlemen.  I

09:27   3   want to ask you the same questions I have asked the other

09:27   4   groups.  I want to come down here in person so that I have

09:27   5   communicated directly with you.  Have any of you seen or

09:28   6   heard anything about this case since you were here on

09:28   7   Friday?

09:28   8          Have any of you seen or heard or read anything

09:28   9   about Mr. Avenatti since you were last here on Friday?

09:28   10         Have any of you ever heard of an individual called

09:28   11  Julian Andre?

09:28   12         The record should reflect that no juror has

09:28   13  responded.

09:28   14         Let me remind you that you are not to be exposed

09:28   15  to anything about this case on social media, the news, or on

09:28   16  television.  Should you happen to be exposed to anything

09:28   17  about the case or about Mr. Avenatti, please just turn away

09:28   18  and report it to me or Ms. Bredahl, my courtroom deputy.

09:28   19         I remind you that you are not to do any research

09:28   20  about the case.  Everything you will need you are going to

09:28   21  get in the courtroom.  Okay.  Then I will go back upstairs

09:28   22  and we will get going.  I think you will find this will run

09:28   23  fairly efficiently.

09:28   24         I always enjoy this part of the case.  I learn

09:28   25  something about my fellow citizens, and inevitably there is

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:28   1   some bit of humor that springs out you all.

09:28   2            (The following proceedings were in Courtroom 10C:)

09:28   3            THE COURT:  Ladies and gentlemen, we're going to

09:28   4   begin the formal part of the jury selection process.  The

09:28   5   lawyers will have an opportunity to ask you questions.  The

09:28   6   purpose of this is to let them know a little bit more about

09:28   7   your background and to see whether you would be an

09:28   8   appropriate juror for this case.

09:28   9            I ask you to listen to their questions carefully

09:28  10   and to answer as fully and accurately as possible.  It's

09:28  11   obviously a very important part of the case, selecting a

09:28  12   jury.

09:28  13            Each side will have an opportunity to invite the

09:28  14   Court to excuse a certain number of jurors.  No reason need

09:28  15   be stated.  The government will have six what we call

09:28  16   peremptory challenges, and the defendant will have ten.  The

09:29  17   purpose of this is to arrive at a jury that's fair and

09:29  18   impartial from the perspective of the government and the

09:29  19   perspective of the defendant.

09:29  20            If you are excused on a peremptory challenge, it's

09:29  21   not a reflection of your worth or integrity.  Indeed it may

09:29  22   be because of your truthfulness and candor and counsel

09:29  23   decide you might be better to serve on another case.

09:29  24            I may have a couple questions at the end.  So

09:29  25   again I ask you to answer as fully and accurately as

32

09:29  1  possible.

09:29  2          To begin I want to remind you of our ground rules

09:29  3  to make sure that we all stay safe during this pandemic.

09:29  4  Individuals who are fully vaccinated have their option.  You

09:29  5  may choose to wear or not wear a mask.  Individuals who are

09:29  6  not vaccinated must wear a mask at all times.

09:29  7          The removal of a mask will be required for

09:30  8  testifying witnesses, jurors who I will be questioning

09:30  9  individually, and in-court proceedings as permitted by the

09:30  10  judge.  A masked individual who is permitted to remove or

09:30  11  lower his or her mask will be required to wear a face shield

09:30  12  and/or speak behind a plexiglass barrier and maintain

09:30  13  appropriate social distancing while the individual is not

09:30  14  wearing a mask.

09:30  15          Do not concern yourself with the reasons why a

09:30  16  participant may or may not have worn a mask or a face

09:30  17  shield.  You should not draw any conclusions or be

09:30  18  influenced in any way based solely on whether someone wears

09:30  19  a mask or a face shield during the trial.

09:30  20          I have ordered that in-court proceedings be

09:30  21  conducted in a manner that allows for all participants to

09:30  22  practice social distancing.  An exception may be permitted

09:30  23  for counsel who choose not to physically distance from each

09:30  24  other or their clients.

09:30  25          Throughout the trial please immediately notify the

09:30 1    Court of any change in your health and the health of those

09:31 2    you live with or have had close contact.  Do not report to

09:31 3    the courthouse if you have developed symptoms associated

09:31 4    with COVID-19, if you reasonably believe that you have

09:31 5    COVID-19, have taken COVID-19 tests and are awaiting

09:31 6    results, or have learned that you have had close contact

09:31 7    with anyone who has been suspected or diagnosed with

09:31 8    COVID-19 within the last 14 days.

09:31 9         Instead, immediately contact the courtroom deputy

09:31 10   at the number that has been provided to you.  We will

09:31 11   determine whether it is safe for you to report to the

09:31 12   courthouse.

09:31 13        At this time we will begin examination of jurors.

09:31 14   The government may proceed.  You will have approximately an

09:31 15   hour with our first group of jurors.

09:31 16        MR. SAGEL:  Thank you, Your Honor.

09:31 17        Good morning.  And to the other courtrooms, good

09:32 18   morning.  My name is a Brett Sagel.  I'm an Assistant United

09:32 19   States Attorney.  Sitting at counsel table with me is

09:32 20   Assistant United States Attorney Alex Wyman, Alexander

09:32 21   Wyman.  And also at counsel table with us is Special Agent

09:32 22   Ramon Carlos, currently with the Department of Treasury,

09:32 23   previously with the Criminal Investigation Division of the

09:32 24   IRS.

09:32 25        You just heard that each party has an hour.  My

09:32  1   first promise to you in this trial is I will not come

09:32  2   anywhere close to an hour.  For some of you, this is your

09:32  3   third time being here.  For some of you, it's your fourth

09:32  4   time being here.

09:32  5        You guys filled out a very detailed questionnaire.

09:32  6   We have so many of the answers that we would normally ask in

09:32  7   this process.  I do not want to waste your time any further

09:32  8   by asking you the same questions you have already answered.

09:33  9   We greatly appreciate your candor and your truthfulness in

09:33  10  these questionnaires to provide us with the information that

09:33  11  helps us choose a jury.

09:33  12       The purpose of this, as the judge has alluded to

09:33  13  and as your questionnaires alluded to, is to make sure that

09:33  14  the defendant, Michael Avenatti, gets a fair trial, a fair

09:33  15  trial from an impartial jury.  That will be some of you,

09:33  16  some of the people behind me, and some in the other

09:33  17  courtroom.

09:33  18       And this process is to make sure that we have a

09:33  19  fair and impartial jury for the defendant and for the

09:33  20  government.  So the questions that I will be asking will be

09:33  21  following up with some of what we saw on the questionnaire,

09:33  22  and some will just be general questions.

09:33  23       And then sometimes people will be great jurors on

09:33  24  any case.  We have lots of cases in this building.  We have

09:33  25  plenty of cases across the street in Superior Court.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:33   1    Sometimes some cases just aren't the right case for an

09:33   2    individual.

09:33   3         I may not ask some of you any questions.  I may

09:34   4    ask others some.  It doesn't mean anything other than

09:34   5    following up sometimes on questioning.  The purpose of this,

09:34   6    as I mentioned, is just to make sure that we're finding a

09:34   7    fair jury.

09:34   8         You have already answered questions that -- I

09:34   9    don't know that I've ever been asked my opinion about civil

09:34   10   trial attorneys, my opinions about bankruptcy, my opinions

09:34   11   about the criminal justice system.  You guys have already

09:34   12   answered those questions.

09:34   13        There might be a couple questions that if you

09:34   14   think it's personal and you do not want to answer it to the

09:34   15   whole group, let us know and we can answer those questions

09:34   16   individually.  Most of my questions, however, probably will

09:34   17   not be of the private nature.  But again you have that

09:34   18   opportunity if I ask anything that you do not feel

09:34   19   comfortable talking about in open court, we can address that

09:34   20   separately.

09:35   21        The judge's law clerk is going to be walking

09:35   22   around, I believe, with a microphone.  I'm going to try to

09:35   23   be respectful for the amount of steps he will need to take,

09:35   24   so I'm not going to be sending him he all over the place.  I

09:35   25   am going to try and stick with each individual potential

09:35    1    juror each time so he is not running around.

09:35    2         What I'm also going to do and I'm going to try and

09:35    3    follow up a couple times, but if any of you have an answer

09:35    4    to a question that I've asked, I'm going to follow up at

09:35    5    some point with:  Does anybody have an answer to that

09:35    6    question as well?  So I will probably do that at different

09:35    7    places.

09:35    8         Before I get to any individualized questions, the

09:35    9    judge has already asked each and every one of you whether

09:35   10    you have seen or read anything since last Friday when we

09:35   11    were here last, or seen or heard anything about Mr. Avenatti

09:35   12    since last Friday.

09:35   13         I'm going to ask a slightly different question,

09:35   14    very similar.  Since you filled out your questionnaire on

09:35   15    last Tuesday, is there any information or answers that you

09:36   16    would provide differently today than you provided last

09:36   17    Tuesday?

09:36   18         Is there anything that you thought about since

09:36   19    filling out your questionnaire, whether it relates to

09:36   20    Mr. Avenatti or this case or anything else, that you feel

09:36   21    you need to tell us has changed since last Tuesday?

09:36   22         Is there anybody who sits here that as they sit

09:36   23    here today does not believe they can give a fair trial, to

09:36   24    listen to all the evidence and the testimony in this case

09:36   25    and give a fair trial to the defendant, meaning they will

09:36  1   only listen to the evidence and testimony in this case and

09:36  2   only deliberate based on that evidence and testimony in this

09:36  3   case without looking at any outside influence and give a

09:36  4   fair trial to the defendant?

09:36  5        Is there anybody who is sitting here who doesn't

09:37  6   think they could give a fair trial to the government, who,

09:37  7   after listening to all the evidence and all the testimony

09:37  8   and only listen to the evidence and testimony from this

09:37  9   courtroom, wouldn't be able to give a fair verdict to the

09:37  10  government?

09:37  11       I mentioned how many different kinds of cases come

09:37  12  into this courthouse and other courthouses.  As you've

09:37  13  already been told and you have already been here several

09:37  14  days already, this case will be longer than many.  Many of

09:37  15  you I think filled out a card which put you in this group to

09:37  16  begin with because you are able to potentially be here for a

09:37  17  long period of time.

09:37  18       You have already been given a summary of this case

09:37  19  by Judge Selna.  Is there anything about the length of this

09:37  20  case or the type of case it is or anything else that you've

09:38  21  seen and heard when you've been here, since you've come here

09:38  22  for the jury selection process, anything about this case

09:38  23  that makes you feel you could not be a good juror for this

09:38  24  particular case, whether it be the length of the case, the

09:38  25  type of the case, or anything else?

09:38   1              Okay.  Juror No. 10.  Is it S.H.?

09:38   2              JUROR NO. 10:  Yes.

09:38   3              MR. SAGEL:  S.H., you raised your hand.  Why do

09:38   4      you think this case would not be good for you?

09:38   5              JUROR NO. 10:  So I am only paid for the first day

09:38   6      of jury duty, which was last Tuesday.  On the length of the

09:38   7      case, I am the primary provider in my household, and I know

09:38   8      this will be a large financial burden on me.

09:38   9              Additionally after I had already given my

09:38  10      statement to the judge, you know, the date would probably be

09:38  11      August 20th, and I actually have a trip on August 19th that

09:38  12      I was unable to present to the judge at the time.

09:39  13              MR. SAGEL:  When you first mentioned you were only

09:39  14      paid for one day, have you had an opportunity to talk to

09:39  15      your employer to see if that could change at all?

09:39  16              JUROR NO. 10:  No.  It's in the -- I reviewed the

09:39  17      HR policy, and there is nobody else at my job that

09:39  18      specifically does what I do.  It would cause a lot of backup

09:39  19      for the hospital that I work at, and it would put a big

09:39  20      financial burden on my household.

09:39  21              MR. SAGEL:  You are now here I think for the third

09:39  22      or fourth day right now, which is obviously at least two

09:39  23      more days than what you got paid for.  As you sit here

09:39  24      today, does it cause you any kind of stress or anxiety while

09:39  25      you sit here?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:39   1          JUROR NO. 10:  Absolutely.  It's very nerve
09:39   2   wracking in my opinion.
09:39   3          MR. SAGEL:  And in light of that, if this trial
09:39   4   were to last several weeks and you would be coming here four
09:39   5   days a week, would it be additionally stressful for you to
09:40   6   come each and every day and try and listen to the evidence
09:40   7   and the testimony?
09:40   8          JUROR NO. 10:  I think it would cause a lot of
09:40   9   stress due to the backup with work.  I can't do all my work
09:40   10  on just a Monday.  So not just that but then the financial
09:40   11  burden of, you know, my mortgage, money to support my
09:40   12  household.
09:40   13         MR. SAGEL:  With everything you just described,
09:40   14  would it make it difficult for you to actually focus and
09:40   15  listen to the evidence on the given days because of worrying
09:40   16  about your work, worrying and your mortgage, and the
09:40   17  financial strain it would cause you?
09:40   18         JUROR NO. 10:  I actually do think it would be
09:40   19  difficult to focus.
09:40   20         MR. SAGEL:  I appreciate your answers, Ms. S.H.
09:40   21         I believe someone else -- Ms. E.P.
09:40   22         JUROR NO. 11:  Yes.  Can you repeat the question
09:40   23  you just asked her just so I can make sure that my
09:40   24  students --
09:40   25         MR. SAGEL:  No problem.  I can't guarantee I'll

09:41 1    say it the exact same way, but basically there are a lot of
09:41 2    different cases.  Some cases are different than this one.
09:41 3    One thing about this case is it's going to last several
09:41 4    weeks.  You also heard the type of case it is, a case
09:41 5    alleging that defendant stole from his clients.  And those
09:41 6    are just allegations.
09:41 7          But is there anything about the length of this
09:41 8    case, such as having to be here several weeks, or the type
09:41 9    of case that it is that would cause you concern that you
09:41 10   would not be able to be a fair and impartial juror, be able
09:41 11   to listen to the evidence in this case?
09:41 12         JUROR NO. 11:  So in terms of experience, actually
09:41 13   I have no problem with the length.  The only thing I have to
09:41 14   mention -- and I did mention it in my questionnaire -- is
09:41 15   the judge asked if I have heard of Mr. Andre.  I do work --
09:41 16   I'm an office specialist for Probation at the Central
09:41 17   Justice Center.  If Mr. Andre or any of the plaintiffs have
09:41 18   ever been in trouble in any way have gone to the Central
09:41 19   Justice Center, I have access to their information online or
09:42 20   on the court's website..
09:42 21         So, you know, as of right now, there is no problem
09:42 22   as to the length of time.  But in terms of the case, if any
09:42 23   of the plaintiffs have ever been in trouble or on probation
09:42 24   in terms of -- that they could have come to my office, I
09:42 25   could access their case without my knowledge.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:42  1          MR. SAGEL:  Assuming someone in this case may have

09:42  2     come up on your database in your office, if you don't

09:42  3     remember their name as you sit here, would you be able to

09:42  4     just listen to the evidence and the testimony in this case

09:42  5     and just decide this case based on what you hear in this

09:42  6     courtroom?

09:42  7          JUROR NO. 11:  Yes.

09:42  8          MR. SAGEL:  And if -- and I'm saying this as a big

09:42  9     if -- if anybody you hear of in this case that either you

09:42  10    have already seen their names in the questionnaire or you

09:42  11    hear it coming up in the Mondays that you would go to work,

09:43  12    in the few days that you go to work while this case is going

09:43  13    on -- if you happen to see a name come across your desk,

09:43  14    come across your database, will you immediately alert the

09:43  15    Court and alert the parties that you might have come into

09:43  16    information that may be relevant to this case?

09:43  17         JUROR NO. 11:  Yes, but there could be so many

09:43  18    people with the same names.  But if it ever comes up or

09:43  19    whatever comes up in terms of any of the plaintiffs, then,

09:43  20    yes, I would alert the Court.

09:43  21         MR. SAGEL:  Is there anything else, assuming you

09:43  22    haven't seen a name and the name doesn't come across your

09:43  23    desk, that would make you feel that you aren't comfortable

09:43  24    sitting as a juror in this case?

09:43  25         JUROR NO. 11:  No, but again I have access to

09:43  1   probation reports and things like that.  If I've ever come
09:43  2   across one, I don't remember because I've come across
09:43  3   hundreds of names.  But if one comes up that sounds
09:43  4   familiar, even if it's not that person on the case, I will
09:43  5   let the judge know.
09:44  6           MR. SAGEL:  And let me just follow up with one
09:44  7   final question.  The way you're refencing if it comes across
09:44  8   your desk, will you also ensure that you won't go out of
09:44  9   your way to look up any names that you might see or hear in
09:44  10  this case in your database, that you'll only go about your
09:44  11  job and not look for anything that's not something that
09:44  12  happens to be on your day-to-day job?
09:44  13          JUROR NO. 11:  Yeah.  Well, I can't look up any
09:44  14  names in general.  I don't remember most of the plaintiffs
09:44  15  anyway, but I wouldn't look up any names or cases because
09:44  16  I'm not supposed to.
09:44  17          MR. SAGEL:  Thank you.
09:44  18          Was there anybody else who raised their hands to
09:44  19  that question?
09:44  20          Mr. E.P., in your questionnaire there was a
09:44  21  question about whether or not there would be any
09:44  22  difficulties serving as a juror and hardships, any reasons.
09:44  23  You listed high blood pressure.  Is there anything about
09:44  24  your high blood pressure that you think would be difficult
09:45  25  for you to serve over a long period of time?

43

09:45  1          JUROR NO. 12:  No, not at all.

09:45  2          MR. SAGEL:  You also listed, if I'm reading it

09:45  3   correctly, that you are a pastor?

09:45  4          JUROR NO. 12:  Yes, I am.

09:45  5          MR. SAGEL:  And I think you in answer to one of

09:45  6   the questions, one of the questions was:  Is there any

09:45  7   reason you would not be able to listen to the evidence and

09:45  8   deliberate and provide a verdict just based solely on the

09:45  9   testimony?  And if I understood your answer correctly, you

09:45  10  said something along the lines of you would have to pray to

09:45  11  the Holy Spirit and listen to him?

09:45  12         JUROR NO. 12:  What I said was first I would

09:45  13  listen to everything.  I'm going to pray, and then see what

09:45  14  the Holy Spirit leads me to, you know, how we vote on it.

09:45  15         MR. SAGEL:  Do you mind explaining how you feel

09:45  16  that process would work for you?

09:46  17         JUROR NO. 12:  I'm only saying it from my point of

09:46  18  view and my life.  Everything that I have done, I always

09:46  19  make sure I pray and just see what the Holy Spirit leads me

09:46  20  to.  And I would say 99.9 percent it's the way I should, and

09:46  21  it comes out to say, well, that's the right way.

09:46  22         MR. SAGEL:  And you will be given instructions in

09:46  23  this case to listen to the witnesses who testify and to only

09:46  24  determine this case based on the evidence and testimony in

09:46  25  this case.  Will any part of what you just described as how

09:46   1   you live your life prevent you from rendering a verdict just

09:46   2   based on the evidence and testimony in this case?

09:46   3          JUROR NO. 12:  Not at all, sir.

09:46   4          MR. SAGEL:  You moved seats since you were here,

09:46   5   so I'm trying to catch up.  Ms. A.G., I think you mentioned

09:46   6   in your questionnaire you basically avoid the news because

09:47   7   you can't decide what's true or not.  Is that an accurate

09:47   8   statement?

09:47   9          JUROR NO. 6:  That is correct.

09:47   10          MR. SAGEL:  So can you please tell me about how

09:47   11   you go about in your everyday life, whether it be news or

09:47   12   anything else, how do you go about deciding what you find to

09:47   13   be accurate and not accurate to make your own decision?

09:47   14          JUROR NO. 6:  I don't know.  I personally don't

09:47   15   like the news, like I mentioned before.  I think a lot of it

09:47   16   just has to do with how many views you get and who has the

09:47   17   better inside scoop.

09:47   18          Typically, I mean, if something is true, I guess

09:47   19   it comes from, like, the government or the CDC.  You know,

09:47   20   everything with COVID, people seem to believe everything

09:47   21   that's being told to them.  I personally don't think that

09:47   22   way.  I feel like with whatever is presented, it's not a

09:47   23   feeling like I know this is true, but there has to be of

09:48   24   course evidence or at least in some cases maybe proven

09:48   25   scientifically.  I don't know if that's the answer you're

09:48  1    looking for.

09:48  2           MR. SAGEL:  Just so I'm clear, the only answer

09:48  3    that I would be looking for is whatever is your most

09:48  4    truthful and honest answer.  So there is no right or wrong

09:48  5    answer.  I think the judge has mentioned that, and I will

09:48  6    mention it again.  It's what you feel.

09:48  7           So with sometimes seeing things online or seeing

09:48  8    things that you don't know if someone has got a slanted view

09:48  9    of something or not, how do you go about deciding what you

09:48  10   do believe and don't believe?

09:48  11          JUROR NO. 6:  Maybe I guess experiences or

09:48  12   actually seeing it.  I don't really go by word of mouth.

09:48  13   That's the best way to explain it maybe.  I have to

09:48  14   experience it, see it, maybe like probably hear it from

09:48  15   someone that I trust.  That would probably be the only way

09:48  16   that I would believe something or pretty much if something

09:49  17   is going on.  That would be my best answer.

09:49  18          MR. SAGEL:  While we still have the microphone

09:49  19   there, I think you were one of the members of the jury who

09:49  20   mentioned that you watched all the episodes of CSI, Criminal

09:49  21   Minds, and several other TV shows; is that correct?

09:49  22          JUROR NO. 6:  That would be me.

09:49  23          MR. SAGEL:  What do you like about the criminal

09:49  24   shows that you watched all the episodes of the CSIs and

09:49  25   Criminal Minds?

09:49  1          JUROR NO. 6:  I guess just to find the truth out

09:49  2   and, you know, uncover anything that needs to be uncovered.

09:49  3   Pretty much that's what I get out of watching those shows

09:49  4   besides entertainment, of course, you know, and if something

09:49  5   states that it's based on a true story or whatever it may

09:49  6   be.  But just knowing the truth and what happens at the end

09:49  7   is entertaining to me.

09:50  8          MR. SAGEL:  I will state the obvious.  I'm sure

09:50  9   you already know.  As opposed to those shows, what happens

09:50  10  here isn't scripted.  It may not be as entertaining.  The

09:50  11  end result isn't written in like they are in the shows.  The

09:50  12  end result will be you and your fellow jurors deciding that.

09:50  13          Is there anything different between what you have

09:50  14  to do here and watching a show that kind of tells you how it

09:50  15  ends that would be difficult at all for you?

09:50  16          JUROR NO. 6:  No.

09:50  17          MR. SAGEL:  Ms. D.V., I have been doing this over

09:50  18  20 years, and this is the first time I've ever actually had

09:50  19  to question someone I know.  Ms. D.V., you worked in this

09:50  20  courthouse and in this courtroom previously; is that

09:50  21  correct?

09:50  22          JUROR NO. 15:  That's correct.

09:50  23          MR. SAGEL:  You know not only myself but you also

09:50  24  know Mr. Steward sitting behind me?

09:50  25          JUROR NO. 15:  I do.

09:50  1          MR. SAGEL:  Is there anything about working in

09:50  2    this courthouse at one point and knowing at least two of the

09:51  3    lawyers in here that would cause you any concern in

09:51  4    deliberating or serving as a juror?

09:51  5          JUROR NO. 15:  No.

09:51  6          MR. SAGEL:  Have you ever -- you actually sat in

09:51  7    Ms. Bredahl's chair at least on several occasions.  Is there

09:51  8    anything about sitting in that chair during jury trials that

09:51  9    would affect your ability to just listen to this case in

09:51  10   this matter?

09:51  11         JUROR NO. 15:  No.

09:51  12         MR. SAGEL:  You currently work at JAMS, which is

09:51  13   like a mediation arbitration company; is that right?

09:51  14         JUROR NO. 15:  That's correct.

09:51  15         MR. SAGEL:  Do you ever participate in any kind of

09:51  16   mediations or arbitrations, or what is your role there?

09:51  17         JUROR NO. 15:  I'm a case manager there.

09:51  18         MR. SAGEL:  Do you ever see how the process works

09:51  19   with the judge going from room to room with the parties to

09:51  20   see the outcome, or are you just kind of setting up the

09:52  21   dates and the schedules?

09:52  22         JUROR NO. 15:  I do get to see that at the

09:52  23   beginning.  But after -- well, when I first started, yes, I

09:52  24   shadowed the manager to see the process.  And then I also

09:52  25   assist the judges with cases online, so I do move them from

09:52  1    room to room.  So I do see that process as well.  But a
09:52  2    majority of my work is being a case manager and managing the
09:52  3    cases.
09:52  4            MR. SAGEL:  In this case you may hear that certain
09:52  5    aspects of this case went to mediation or arbitration or
09:52  6    something along those lines.  Is there anything about what
09:52  7    you do as it relates to mediation and arbitration that would
09:52  8    affect your ability to listen to the evidence in this case
09:52  9    if you hear that a civil matter went to arbitration or
09:52  10   mediation first?
09:52  11           JUROR NO. 15:  No.
09:53  12           MR. SAGEL:  Ms. K.L.
09:53  13           JUROR NO. 12:  Yes.
09:53  14           MR. SAGEL:  I'm also trying to catch up again in
09:53  15   seats.  I think you moved a row.
09:53  16           If I have it correct, I think you listed in your
09:53  17   questionnaire that you post on social media about social
09:53  18   justice and the Supreme Court; is that correct?
09:53  19           JUROR NO. 12:  Yes.
09:53  20           MR. SAGEL:  Do you mind telling me about some of
09:53  21   the posts you've made about social justice or the Supreme
09:53  22   Court?
09:53  23           JUROR NO. 12:  Relative to QA issues.  Just the --
09:53  24   I don't know.  It just seems like that -- I work in the
09:53  25   predominantly minority area, so a lot of issues that my

09:53  1    students face I post about.  When it comes to the justice

09:53  2    system, I have a lot of students that go through the system,

09:54  3    so I post a lot of what they go through, things like that.

09:54  4    So just --

09:54  5            MR. SAGEL:  This says classroom teacher, so what

09:54  6    school district do you work in?

09:54  7            JUROR NO. 12:  I work in Compton Unified.

09:54  8            MR. SAGEL:  Is there anything about your

09:54  9    interactions with your students and their interactions with

09:54  10   the criminal justice system and the posts you make that you

09:54  11   deal with on almost a daily basis that would impact your

09:54  12   ability to be a fair and impartial juror here?

09:54  13           JUROR NO. 12:  I don't think so.

09:54  14           MR. SAGEL:  This may be related to what you just

09:54  15   said.  I think to one of the questions:  Have you or someone

09:55  16   close to you ever had contact with law enforcement to cause

09:55  17   you to form strong opinions, positive or negative, about law

09:55  18   enforcement?  You stated yes.

09:55  19           Do you mind expanding on what those feelings are?

09:55  20           JUROR NO. 12:  So I teach in continuation, so a

09:55  21   lot of my students are, like I said, in the system.  And we

09:55  22   work really hard to create a relationship with our students

09:55  23   of trust and really compassion and empathy.  So we work

09:55  24   really hard to show them that we can be someone who can be

09:55  25   trusted with the exception that we're mandated to report.

09:55  1    So they understand that there are certain things we have to

09:55  2    report.

09:55  3            We have had issues with school police trying to

09:55  4    focus on our students.  And, you know, just at one point we

09:56  5    had cop cars, like, on both sides of the row of our

09:56  6    classrooms, which affected attendance obviously.

09:56  7            So it's just frustrating because a lot of our

09:56  8    students, though they have been in the system or though they

09:56  9    have made mistakes maybe, no one is willing to give them

09:56  10   another chance.  It seems like the system is always trying

09:56  11   to get them back in.  So it's, you know, it's frustrating to

09:56  12   see that.

09:56  13           MR. SAGEL:  I appreciate the answers, and I'm

09:56  14   going to sound like a broken record.  In hearing that

09:56  15   answer, and obviously what you're describing is very

09:56  16   different than probably what we're going to be talking about

09:56  17   in this case, but is there anything about those feelings as

09:56  18   it deals with people being prevented from a second chance

09:57  19   sometimes, people having a harder time on their day-to-day

09:57  20   lives and that you're dealing with that that would impact

09:57  21   your ability to listen to the evidence and the testimony in

09:57  22   this case and give a fair verdict in this case?

09:57  23           JUROR NO. 12:  Obviously if this case were a

09:57  24   different case, I would definitely have answered

09:57  25   differently.  But with listening to the description and

| | | |
|---|---|---|
| 09:57 | 1 | stuff like that, I don't feel like it will be an issue |
| 09:57 | 2 | because, you know, I don't really have strong feelings about |
| 09:57 | 3 | that. |
| 09:57 | 4 | MR. SAGEL:  Thank you. |
| 09:57 | 5 | Ms. J.P., I believe you mentioned in your |
| 09:57 | 6 | questionnaire that you did know or you were aware of who |
| 09:57 | 7 | Michelle Phan and Ipsy is; is that correct? |
| 09:57 | 8 | JUROR NO. 1:  Yes. |
| 09:57 | 9 | MR. SAGEL:  If you were to find out that Michelle |
| 09:57 | 10 | Phan, who -- I think you might have even said it's the |
| 09:57 | 11 | Michelle Phan you were thinking of? |
| 09:57 | 12 | JUROR NO. 1:  Yes. |
| 09:57 | 13 | MR. SAGEL:  It is that Michelle Phan? |
| 09:57 | 14 | JUROR NO. 1:  Yes. |
| 09:57 | 15 | MR. SAGEL:  If she were to be a witness in this |
| 09:58 | 16 | case, is there anything about her being a witness that you |
| 09:58 | 17 | knew who she was prior to this case, would it impact your |
| 09:58 | 18 | ability to listen to her testimony and treat it no |
| 09:58 | 19 | differently than any other witnesses? |
| 09:58 | 20 | JUROR NO. 1:  No.  I've only known her on YouTube |
| 09:58 | 21 | years and years ago, so in terms of that, I don't have any |
| 09:58 | 22 | problem. |
| 09:58 | 23 | MR. SAGEL:  Was there anybody else who knew who |
| 09:58 | 24 | Michelle Phan was? |
| 09:58 | 25 | Ms. C.M., same question.  Is there anything about |

09:58  1   knowing who a witness is beforehand, if that witness were to
09:58  2   come here and testify, would you be able to treat that
09:58  3   witness's testimony the same and treat it the same as any
09:58  4   other witness?
09:58  5              JUROR NO. 8:  Yes.
09:58  6              MR. SAGEL:  Thank you.  And actually I will stay
09:58  7   there.  I think in your questionnaire you mentioned that you
09:58  8   do have some negative feelings about the criminal justice
09:58  9   system; is that correct?
09:59  10             JUROR NO. 8:  Yes.
09:59  11             MR. SAGEL:  Would you mind describing what
09:59  12  negative feelings you have towards the criminal justice
09:59  13  system?
09:59  14             JUROR NO. 8:  Family experience going through
09:59  15  court for different reasons, as I stated in the
09:59  16  questionnaire.
09:59  17             MR. SAGEL:  Obviously there are different parts of
09:59  18  the criminal justice system.  Assistant United States
09:59  19  Attorney Alex Wyman, myself, Special Agent Ramon Carlos, we
09:59  20  represent the United States government in this matter.
09:59  21             Behind me the defendant is defense counsel, the
09:59  22  defense side of the criminal justice system, and obviously
09:59  23  the judge who is part of the criminal justice system, and
09:59  24  there are probably even many other aspects, but they may not
09:59  25  come into play as much in this trial.  Is there anything

| | | |
|---|---|---|
| 09:59 | 1 | about your feelings towards the criminal justice system that |
| 09:59 | 2 | you might treat any of the parties or any of the people |
| 10:00 | 3 | differently or hold them to a different burden because of |
| 10:00 | 4 | your feelings? |
| 10:00 | 5 | JUROR NO. 8:  No. |
| 10:00 | 6 | MR. SAGEL:  If I mispronounce your name, I |
| 10:00 | 7 | apologize. |
| 10:00 | 8 | Ms. C.D., if I read your questionnaire correctly, |
| 10:00 | 9 | you studied law in Romania; is that correct? |
| 10:00 | 10 | JUROR NO. 3:  That's correct. |
| 10:00 | 11 | MR. SAGEL:  Have you ever kind of studied the U.S. |
| 10:00 | 12 | criminal justice system or compared the U.S. criminal |
| 10:00 | 13 | justice system to the laws you studied in Romania? |
| 10:00 | 14 | JUROR NO. 3:  I just, like, asked here and there |
| 10:00 | 15 | about it, but I never officially looked into it or anything. |
| 10:00 | 16 | Just mostly from shows or movies or my husband, who is a |
| 10:00 | 17 | know-it-all, so I ask him questions about it. |
| 10:00 | 18 | MR. SAGEL:  Is there any part of your studying the |
| 10:00 | 19 | law in Romania that would influence listening to how the |
| 10:00 | 20 | judge instructs you in this case? |
| 10:01 | 21 | JUROR NO. 3:  No. |
| 10:01 | 22 | MR. SAGEL:  You would be able to set aside |
| 10:01 | 23 | anything you studied about how it was in Romania and just |
| 10:01 | 24 | listen and be instructed by the judge here and follow all |
| 10:01 | 25 | the instructions and the law in this matter? |

| | | |
|---|---|---|
| 10:01 | 1 | JUROR NO. 3:  Yes. |
| 10:01 | 2 | MR. SAGEL:  Thank you. |
| 10:01 | 3 | Mr. J.R., similar questions.  I think you |
| 10:01 | 4 | mentioned that you studied criminology in college, or you |
| 10:01 | 5 | took some courses -- |
| 10:01 | 6 | JUROR NO. 9:  Yeah, it was just some courses.  I |
| 10:01 | 7 | was a political science major, so it was part of my |
| 10:01 | 8 | curriculum but nothing in depth, just one basic. |
| 10:01 | 9 | MR. SAGEL:  Anything about your studies in college |
| 10:01 | 10 | that would impact your ability to sit here and be a fair and |
| 10:01 | 11 | impartial juror? |
| 10:01 | 12 | JUROR NO. 9:  No. |
| 10:01 | 13 | MR. SAGEL:  Based on any of the questions I have |
| 10:01 | 14 | asked your fellow potential jurors, is there any question |
| 10:01 | 15 | that I asked someone else that you feel you want to provide |
| 10:02 | 16 | a response to? |
| 10:02 | 17 | JUROR NO. 9:  No. |
| 10:02 | 18 | MR. SAGEL:  The final general question for the |
| 10:02 | 19 | whole panel.  When a lawyer says final, it's not usually |
| 10:02 | 20 | true, so I should take out the word final.  But I think this |
| 10:02 | 21 | is my final question for the whole panel. |
| 10:02 | 22 | The government in this case is represented by the |
| 10:02 | 23 | Department of Treasury, Criminal Investigation Division of |
| 10:02 | 24 | the IRS, and the U.S. Attorney's Office.  And we represent |
| 10:02 | 25 | what is typically the law enforcement side of the government |

10:02  1    side of this prosecution.  In the state court, it's usually

10:02  2    local police and the deputy district attorney.  In federal

10:02  3    court, it's a federal agency and the United States

10:02  4    Attorney's Office.

10:02  5         Is there anything about us representing the United

10:03  6    States government, the federal government, or law

10:03  7    enforcement that would impact any of your abilities to serve

10:03  8    as jurors in this matter?

10:03  9         Thank you for your time.  Thank you for your

10:03  10   honesty.

10:03  11        THE COURT:  Mr. Steward, would you like to

10:03  12   inquire?  You have about an hour.

10:03  13        MR. STEWARD:  Yes, Your Honor.  Thank you.

10:03  14        Good morning, everyone.

10:03  15        Perhaps we can start with Ms. L.O.  From the

10:03  16   questionnaire it seems that you are a county probation

10:03  17   officer?

10:03  18        JUROR NO. 14:  Yes.

10:03  19        MR. STEWARD:  Here in Orange County?

10:03  20        JUROR NO. 14:  Yes.

10:03  21        MR. STEWARD:  And what do you do for the probation

10:03  22   department?

10:03  23        JUROR NO. 14:  I approve foster homes for our

10:03  24   placement youth.

10:03  25        MR. STEWARD:  Okay.  So you're not out in the

```
10:04   1   field with trying to guide and watch over people who have
10:04   2   been convicted, right?  You are a different kind of animal,
10:04   3   if you will?
10:04   4           JUROR NO. 14:  That's my current assignment.  I
10:04   5   have in the past had a caseload, but it's been several years
10:04   6   since I've had a caseload.
10:04   7           MR. STEWARD:  Okay.  And when you had a caseload,
10:04   8   you're dealing with pretty much felons all the time, right?
10:04   9           JUROR NO. 14:  Not necessarily.
10:04   10          MR. STEWARD:  Misdemeanants maybe?
10:04   11          JUROR NO. 14:  Yes.
10:04   12          MR. STEWARD:  People who have obviously been
10:04   13  through the system and found guilty or pled guilty, whatever
10:04   14  it may be, right?
10:04   15          JUROR NO. 14:  Yes.
10:04   16          MR. STEWARD:  Does just your experience doing
10:04   17  that, does it kind of jade you in any way about the criminal
10:04   18  justice system, give you a bad taste in your mouth or
10:04   19  anything like that?
10:04   20          JUROR NO. 14:  No.  It's part of our justice
10:04   21  system actually that I think it works quite well.
10:04   22          MR. STEWARD:  Okay.  When you switched over to
10:04   23  your current position, was there any particular reason why?
10:04   24  You got tired of probationers or anything like that?
10:05   25          JUROR NO. 14:  No.  I transferred from -- I was
```

| | | |
|---|---|---|
| 10:05 | 1 | working for Los Angeles County.  I transferred back to |
| 10:05 | 2 | Orange County, and that's the assignment I was given. |
| 10:05 | 3 | MR. STEWARD:  Anything about your experience in |
| 10:05 | 4 | the Probation Department over the total period of time that |
| 10:05 | 5 | you would bring into this case that would give you a |
| 10:05 | 6 | particular view one way or the other?  Or is that a stupid |
| 10:05 | 7 | question? |
| 10:05 | 8 | JUROR NO. 14:  No, I don't believe -- I think I |
| 10:05 | 9 | can be impartial.  I believe as a probation officer, my role |
| 10:05 | 10 | at work is to provide the truth to the Court, so -- |
| 10:05 | 11 | MR. STEWARD:  Fair enough.  I noticed in the |
| 10:05 | 12 | questionnaire that you also had joined the Orange County |
| 10:05 | 13 | Deputy Sheriffs' Association. |
| 10:05 | 14 | JUROR NO. 14:  Well, that's the union that all |
| 10:05 | 15 | probation officers are in. |
| 10:05 | 16 | MR. STEWARD:  So it's not like some special side |
| 10:06 | 17 | group where you hang out with sheriff's deputies? |
| 10:06 | 18 | JUROR NO. 14:  No.  We're required to. |
| 10:06 | 19 | MR. STEWARD:  Okay.  Anything about that |
| 10:06 | 20 | membership that might affect you here? |
| 10:06 | 21 | JUROR NO. 14:  No.  I'm not so active in the |
| 10:06 | 22 | union. |
| 10:06 | 23 | MR. STEWARD:  Okay.  Thank you. |
| 10:06 | 24 | I wonder if I could ask Ms. D.V. a couple of |
| 10:06 | 25 | questions up in the corner. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:06   1                Nice to see you, Ms. D.V.

10:06   2                I think in your questionnaire you also said that

10:06   3       you were a special sheriff's deputy at OCSD.  What was that

10:06   4       about?

10:06   5                JUROR NO. 15:  I was just on my way to finding a

10:06   6       job after college and bumped into a deputy who came out from

10:06   7       a meeting and he was looking for a female minority who could

10:06   8       speak another language.  And I was majoring in criminal

10:06   9       justice and he was, like, we are hiring.

10:07   10               MR. STEWARD:  So you were actually hired as, like,

10:07   11      a sheriff's deputy?

10:07   12               JUROR NO. 15:  I went through the academy.  I

10:07   13      didn't pass the academy, and then I went into the office and

10:07   14      worked for the office.

10:07   15               MR. STEWARD:  So you're like administrative in the

10:07   16      sheriff's office, something like that?

10:07   17               JUROR NO. 15:  Yes.  Actually I was working at the

10:07   18      Irvine Musick Facility for a little bit, and then I went --

10:07   19      they transferred me to the Clerk's Office here in Santa Ana.

10:07   20               MR. STEWARD:  Okay.  Anything about that

10:07   21      experience with the Sheriff's Office that made you feel that

10:07   22      you were more partial or more accepting, for example, of a

10:07   23      law enforcement witness?

10:07   24               JUROR NO. 15:  No.

10:07   25               MR. STEWARD:  You seemed to kind of hesitate and

10:07  1   think about that for a second?  What were you thinking?

10:07  2                  JUROR NO. 15:  I just want to make sure that I'm

10:07  3   giving you my honest answer.

10:07  4                  MR. STEWARD:  Of course, and we certainly

10:07  5   appreciate that.  Thank you.

10:07  6                  I wonder if we could go to our other probation

10:08  7   lady, Ms. J.P., in the number one spot.

10:08  8                  JUROR NO. 1:  Good morning.

10:08  9                  MR. STEWARD:  Good morning, Ms. J.P.  What exactly

10:08  10  do you do for County Probation?

10:08  11                 JUROR NO. 1:  So I am not sworn.  I'm just an

10:08  12  office specialist for the Probation Department.  I work at

10:08  13  the Central Justice Center.  I process warrants, probation

10:08  14  violations.  I have access to Vision, which is the court

10:08  15  database.  I have access to IMTS, anybody on PCS, you know,

10:08  16  PNS reports, probation violation reports.

10:08  17                 MR. STEWARD:  So it's safe to say it's more of an

10:08  18  administrative position?

10:08  19                 JUROR NO. 1:  Correct, yeah, it's more of an

10:08  20  administrative position.  But I do interview defendants when

10:08  21  they come into our office.  So once they get out of jail, we

10:08  22  interview them.  We set up their cases, and then we send

10:08  23  them to their probation officers.

10:08  24                 MR. STEWARD:  Do you feel like you are part of law

10:08  25  enforcement in the current job that you have?

| | | |
|---|---|---|
| 10:09 | 1 | JUROR NO. 1:  I work under the law enforcement |
| 10:09 | 2 | umbrella, but we are just in our own, like, Orange County |
| 10:09 | 3 | union.  We're not in, like, the law enforcement union. |
| 10:09 | 4 | MR. STEWARD:  So, for example, if we have got a |
| 10:09 | 5 | law enforcement witness up on the witness stand, would you |
| 10:09 | 6 | give them a little more credibility than anybody else? |
| 10:09 | 7 | JUROR NO. 1:  No. |
| 10:09 | 8 | MR. STEWARD:  You would keep it everybody the |
| 10:09 | 9 | same?  Is that your feeling on that? |
| 10:09 | 10 | JUROR NO. 1:  Yes.  That's what I have to do with |
| 10:09 | 11 | the probation, is no matter who comes in, you know, no |
| 10:09 | 12 | judgmental, no being partial. |
| 10:09 | 13 | MR. STEWARD:  Mr. Sagel asked you about Michelle |
| 10:09 | 14 | Phan and Ipsy.  Were you a customer of Ipsy? |
| 10:09 | 15 | JUROR NO. 1:  I was when it first came out.  Then |
| 10:09 | 16 | after a couple months I stopped doing that program where |
| 10:09 | 17 | they bill you every month.  But I knew of Michelle Phan only |
| 10:09 | 18 | because she was like the first Vietnamese makeup artist. |
| 10:09 | 19 | But that was, like, ten years ago.  After a couple years she |
| 10:10 | 20 | dropped off the scene and I never really looked her up |
| 10:10 | 21 | again. |
| 10:10 | 22 | MR. STEWARD:  Okay.  So if you're sitting on the |
| 10:10 | 23 | jury and she's a witness here, would you give her a little |
| 10:10 | 24 | extra credit because you know about her background? |
| 10:10 | 25 | JUROR NO. 1:  No. |

```
10:10    1              MR. STEWARD:  You can assure us that you would be
10:10    2  again fair and even with all the witnesses?
10:10    3              JUROR NO. 1:  Yes.
10:10    4              MR. STEWARD:  Okay.  Thank you.
10:10    5              Who else knows about Michelle Phan?  Anybody in
10:10    6  our first 16?  Ms. C.M.
10:10    7              JUROR NO. 8:  Yes.
10:10    8              MR. STEWARD:  Good morning.  What do you know
10:10    9  about Michelle Phan, if anything?
10:10   10              JUROR NO. 8:  The same.  I used to watch her on
10:10   11  YouTube, and I also had a subscription on and off.
10:10   12              MR. STEWARD:  Same question.  The fact that you
10:10   13  know her company, you know of her, I guess you maybe watched
10:10   14  her on the internet?
10:10   15              JUROR NO. 8:  Yes.
10:10   16              MR. STEWARD:  And because of that attention that
10:10   17  you gave her some time ago, would you give her any extra
10:11   18  credit if she is up on the witness stand?
10:11   19              JUROR NO. 8:  No.
10:11   20              MR. STEWARD:  You would treat her just like any
10:11   21  other witness?
10:11   22              JUROR NO. 8:  Yes.
10:11   23              MR. STEWARD:  Thank you.  Fair enough.
10:11   24              If we can talk with Mr. B.G. right behind you
10:11   25  there.
```

10:11    1              Mr. B.G., I think you told us before you work for
10:11    2    the Chargers, right?
10:11    3              JUROR NO. 4:  Yes.
10:11    4              MR. STEWARD:  Can you assure us that they'll be
10:11    5    better this year than last year?
10:11    6              JUROR NO. 4:  I'm hoping so.
10:11    7              MR. STEWARD:  Okay.  We'll hold you to that one.
10:11    8              It may well come out in testimony and the evidence
10:11    9    that Mr. Avenatti has sued the NFL, and you work for an NFL
10:11   10    team.  Does that bother you?
10:11   11              JUROR NO. 4:  No, it does not.
10:11   12              MR. STEWARD:  Does it have any effect on you in
10:11   13    any way?
10:11   14              JUROR NO. 4:  No, it does not.
10:11   15              MR. STEWARD:  Because, as we know, your employer,
10:11   16    the Chargers, is part of the NFL league, correct?
10:11   17              JUROR NO. 4:  Yes.
10:11   18              MR. STEWARD:  Okay.  And the fact that he may have
10:12   19    had some legal action and actually sued them, that doesn't
10:12   20    bother you in any way?
10:12   21              JUROR NO. 4:  No.
10:12   22              MR. STEWARD:  Okay.  Well, we're going to hold you
10:12   23    to that Chargers promise.
10:12   24              Can we talk with Mr. M.C.  He's up in the back
10:12   25    corner.

10:12   1           Mr. M.C., I think we have talked before about the
10:12   2   fact that you have worked for lawyers for many years?
10:12   3           JUROR NO. 2:  Yes.
10:12   4           MR. STEWARD:  Remind me again.  How many years
10:12   5   have you been working with lawyers?
10:12   6           JUROR NO. 2:  Twenty years.
10:12   7           MR. STEWARD:  Okay.  And in those 20 years you
10:12   8   haven't really come to any opinion about lawyers?
10:12   9           JUROR NO. 2:  That's correct.  No.
10:12   10          MR. STEWARD:  Do you work directly with attorneys?
10:12   11          JUROR NO. 2:  Not necessarily directly.  I might
10:12   12  have a few direct, you know, discussions with them, but it's
10:12   13  mostly with their secretaries that I deal with.
10:12   14          MR. STEWARD:  Okay.  Well, you understand that the
10:12   15  testimony and the evidence here will likely show that
10:12   16  Mr. Avenatti was an attorney during the period of time that
10:13   17  we're talking about with the Indictment.  Do you understand
10:13   18  that?
10:13   19          JUROR NO. 2:  Yes.
10:13   20          MR. STEWARD:  And the fact that he was an attorney
10:13   21  during that period of time, is that something that would
10:13   22  bother you or give you pause or be a concern of yours in any
10:13   23  way?
10:13   24          JUROR NO. 2:  No.
10:13   25          MR. STEWARD:  Okay.  Thanks for your candor.  I

10:13   1   appreciate it.

10:13   2           Let me ask a couple of general questions, and I

10:13   3   think some folks have already answered this.  Fox News

10:13   4   watchers either regularly or every once in a while, can you

10:13   5   put your hands up.  We got only one?

10:13   6           Mr. J.R.

10:13   7           JUROR NO. 9:  Yes.

10:13   8           MR. STEWARD:  Tell us about that.  Are you a

10:13   9   regular watcher?

10:13  10           JUROR NO. 9:  No.  The question was very general

10:13  11   where do I go for news.  It's one of the sources.  Again I

10:13  12   have to use my own judgment as well to what I believe or

10:13  13   don't believe.  But, yeah.

10:13  14           MR. STEWARD:  Okay.  Do you watch Tucker Carlson?

10:14  15           JUROR NO. 9:  I do not actually.

10:14  16           MR. STEWARD:  Sean Hannity?

10:14  17           JUROR NO. 9:  No.  I'm not a fanatic.  I just --

10:14  18   again, very general.

10:14  19           MR. STEWARD:  I'm not accusing you.  I take it

10:14  20   that you do watch other sources of news?

10:14  21           JUROR NO. 9:  Yes.  Again, not avidly.  I know

10:14  22   what to trust, and I also use my judgment to know what is

10:14  23   correct or not.

10:14  24           MR. STEWARD:  Fake news, that concept, you hear

10:14  25   that on Fox every once in a while, right?

65

10:14  1              JUROR NO. 9:  Right.

10:14  2              MR. STEWARD:  Okay.  Do you believe that?  Do you

10:14  3    believe that there is fake news floating around out there?

10:14  4              JUROR NO. 9:  I do.  I believe there's things that

10:14  5    are out of proportion or out of context that shouldn't

10:14  6    really be told to everyone because it confuses everyone.

10:14  7              MR. STEWARD:  Is it your sense that that's coming,

10:14  8    for example, from the internet generally or specifically

10:14  9    like CNN, MSNBC, those shows?

10:14  10             JUROR NO. 9:  No.  Very generally.  Even Fox News

10:14  11   sometimes I catch things that seems kind of like a stretch.

10:14  12   So, yeah, very, very general on the internet and in the

10:15  13   media.

10:15  14             MR. STEWARD:  Are there any of the, I'll call

10:15  15   them, talking heads like Tucker Carlson that you do follow?

10:15  16             JUROR NO. 9:  No.  Again, not anyone in

10:15  17   particular.

10:15  18             MR. STEWARD:  Okay.  Thank you.

10:15  19             Anybody else a Fox watcher?

10:15  20             Accounting backgrounds.  I think we have a CPA.

10:15  21   Ms. T.M.

10:15  22             JUROR NO. 6:  Yes.

10:15  23             MR. STEWARD:  Tell us about that.  What do you do

10:15  24   on a daily basis?

10:15  25             JUROR NO. 6:  I'm an external auditor and I serve

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:15   1   public and private clients around the country and Orange

10:15   2   County base.

10:15   3           MR. STEWARD:  Work for a big firm?

10:15   4           JUROR NO. 6:  Yes.

10:15   5           MR. STEWARD:  Okay.  And you understand that there

10:15   6   may well be accounting type evidence in this case, right?

10:15   7           JUROR NO. 6:  Right.

10:15   8           MR. STEWARD:  Are you able to kind of take off

10:15   9   your CPA hat and put on your juror hat and distinguish

10:16  10   between the two?  In other words, I guess it would be hard

10:16  11   to ignore your own accounting background, but you are going

10:16  12   to have some instructions from the Court at the end which

10:16  13   you need to follow.  Are you going to be able to do those

10:16  14   even if they perhaps aren't exactly what you learned?

10:16  15           JUROR NO. 6:  Yes.

10:16  16           MR. STEWARD:  So you will be able to view the

10:16  17   evidence, come to your own conclusions, and render a fair

10:16  18   verdict based again on everything that you hear here but not

10:16  19   perhaps what you learned in your educational background?

10:16  20           JUROR NO. 6:  Yes.

10:16  21           MR. STEWARD:  Does that make sense?

10:16  22           JUROR NO. 6:  Yeah.  In my day-to-day job that's

10:16  23   what we do.  We kind of make our own conclusions based off

10:16  24   of evidence and support that we receive from clients and

10:16  25   make our own conclusions.

67

| | | |
|---|---|---|
| 10:16 | 1 | MR. STEWARD:  We may have at least one CPA |
| 10:16 | 2 | testify.  The fact that that individual is a CPA, are you |
| 10:16 | 3 | going to give them a little bit more weight that you would |
| 10:17 | 4 | anybody else? |
| 10:17 | 5 | JUROR NO. 6:  No. |
| 10:17 | 6 | MR. STEWARD:  Thank you for your candor. |
| 10:17 | 7 | Can you come down to the front to Ms. S.H.  Am I |
| 10:17 | 8 | pronouncing that right? |
| 10:17 | 9 | JUROR NO. 10:  S.H. |
| 10:17 | 10 | MR. STEWARD:  Okay.  I notice that you listen to a |
| 10:17 | 11 | podcast called Serial Killers. |
| 10:17 | 12 | JUROR NO. 10:  Yes, I do. |
| 10:17 | 13 | MR. STEWARD:  You understand that this case is not |
| 10:17 | 14 | anything like that, right? |
| 10:17 | 15 | JUROR NO. 10:  I do understand. |
| 10:17 | 16 | MR. STEWARD:  Okay.  And what is it about that |
| 10:17 | 17 | particular podcast that intrigues you?  You like it.  Why do |
| 10:17 | 18 | you like it? |
| 10:17 | 19 | JUROR NO. 10:  I really enjoy -- it sounds kind of |
| 10:17 | 20 | silly, but I really enjoy true crime stories.  I was a |
| 10:17 | 21 | psychology major, or actually in my coursework I took a |
| 10:17 | 22 | psychology and law class which actually got me really |
| 10:17 | 23 | interested in kind of, you know, how someone gets to that |
| 10:17 | 24 | point where they seem to be a normal contributing member of |
| 10:17 | 25 | society and then go awry. |

10:17   1              MR. STEWARD:  Okay.  Thank you very much.  I

10:17   2   appreciate that.

10:18   3              Back to Mr. E.P.  May I ask you a couple of

10:18   4   questions?

10:18   5              JUROR NO. 11:  Sure.

10:18   6              MR. STEWARD:  Here is my concern.  It almost

10:18   7   sounds like we're getting two jurors from you, you and your

10:18   8   belief in the Holy Spirit.  Is that kind of true?

10:18   9              JUROR NO. 11:  Yes.

10:18   10             MR. STEWARD:  Okay.  And let's assume that you

10:18   11  have heard all the evidence, you are back in the jury room,

10:18   12  and you are convinced that the defendant in this case is not

10:18   13  guilty.  And you pray on it and give it some thought, but

10:18   14  you're hearing otherwise from the Holy Spirit.

10:18   15             In other words, it's a conflict with what you

10:18   16  think you ought to do.  What are you going to do?

10:18   17             JUROR NO. 11:  Well, I'm going to believe what the

10:18   18  Holy Spirit tells me, because the Holy Spirit has took me

10:18   19  where I have been.  And if I didn't, I wouldn't be where I'm

10:19   20  at now as a pastor.

10:19   21             MR. STEWARD:  Understood.  It's part of your life,

10:19   22  right?

10:19   23             JUROR NO. 11:  That is correct.  It is my life.

10:19   24             MR. STEWARD:  But I think you did agree with me

10:19   25  that it's almost like we're getting two jurors with you.  Is

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

69

| | | |
|---|---|---|
| 10:19 | 1 | that fair to say? |
| 10:19 | 2 | JUROR NO. 11:  Well, it depends on each |
| 10:19 | 3 | individual.  For me I'm going to be totally led by the Holy |
| 10:19 | 4 | Spirit.  Some people may believe it and some people may not, |
| 10:19 | 5 | but I'm being as honest as I can with you. |
| 10:19 | 6 | MR. STEWARD:  And we appreciate that.  Okay. |
| 10:19 | 7 | Thank you, pastor. |
| 10:19 | 8 | JUROR NO. 11:  Thank you so much. |
| 10:19 | 9 | MR. STEWARD:  Can we go into the back to Mr. M.B. |
| 10:19 | 10 | in the corner in the back. |
| 10:19 | 11 | Mr. M.B., good morning. |
| 10:19 | 12 | JUROR NO. 16:  Good morning. |
| 10:19 | 13 | MR. STEWARD:  I noticed one of the answers in your |
| 10:19 | 14 | questionnaire, number 15, your answer to the question was: |
| 10:19 | 15 | Journalism is gone.  Can you share with us what you mean by |
| 10:19 | 16 | that? |
| 10:19 | 17 | JUROR NO. 16:  Yeah.  I guess I believe -- my |
| 10:19 | 18 | opinion is some people live in a headline generation. |
| 10:19 | 19 | People don't read articles anymore.  I think that the |
| 10:20 | 20 | quality, the content, and the substance of articles has gone |
| 10:20 | 21 | down substantially. |
| 10:20 | 22 | MR. STEWARD:  Does that mean that you trust |
| 10:20 | 23 | journalism less than, say, you did five years ago? |
| 10:20 | 24 | JUROR NO. 16:  I don't think I -- I just think my |
| 10:20 | 25 | point was I think I was being somewhat satirical.  I think |

10:20   1   it's just not very good quality.  I trust it, I guess, but I

10:20   2   don't read it as much.

10:20   3           MR. STEWARD:  I was going to say Walter Cronkite

10:20   4   is gone, but you probably don't know who that is.

10:20   5           JUROR NO. 16:  I have heard the name.

10:20   6           MR. STEWARD:  It's a different generation, right?

10:20   7           JUROR NO. 16:  Right.

10:20   8           MR. STEWARD:  Thank you.  I appreciate that.

10:20   9           Let me ask as question of everybody.  Is there

10:20   10  anybody here who believes that too many guilty people get

10:20   11  away with crimes, just generally?  Anybody in our group of

10:21   12  16 here?

10:21   13          And you understand that every case is different.

10:21   14  The facts are different.  The evidence you will hear and the

10:21   15  testimony is different.  So if you have got experience in

10:21   16  the system, you have got to kind of put that out of your

10:21   17  head and understand that this is unique, and hopefully the

10:21   18  presentation in this case will tell you everything you need

10:21   19  to know.  Everybody understand that?

10:21   20          Who here thinks attorneys make too much money?

10:21   21  Anybody?  Not my wife certainly.

10:21   22          Is there anybody here who is a supporter of

10:21   23  Justice Brett Kavanaugh that was involved or followed

10:21   24  closely or even followed somewhat the confirmation process

10:21   25  and what happened during all of that?

10:22   1          Anybody who reviews contracts as part of their job

10:22   2   on a regular basis?  Okay.  We have got a couple here.  I

10:22   3   will do my best to go back here.

10:22   4          Can you raise your hands again.  Ms. T.M., you do?

10:22   5          JUROR NO. 6:  Yes.

10:22   6          MR. STEWARD:  Okay.  Can you tell us about that.

10:22   7          JUROR NO. 6:  I mean, it depends on which clients

10:22   8   we have, but agreements, an agreement between two different

10:22   9   parties.  It can be LLC agreements, debt agreements.

10:22   10         MR. STEWARD:  Why would you be -- as a CPA why

10:22   11  would you be reviewing the contract?

10:22   12         JUROR NO. 6:  To understand the terms of the

10:22   13  contract and make sure any accounting implications are being

10:22   14  correctly followed on those terms.  Like debt covenants,

10:22   15  something of that nature we can read that and understand the

10:22   16  requirements.

10:22   17         MR. STEWARD:  So your interest would be focused on

10:22   18  mostly number and things related to that?

10:23   19         JUROR NO. 6:  Yeah, and also, I mean, sometimes

10:23   20  joint venture agreements, the parties that are subject to

10:23   21  the agreement, making sure.

10:23   22         MR. STEWARD:  You find yourself having to

10:23   23  interpret contracts?

10:23   24         JUROR NO. 6:  Oh, yes.  Yeah.

10:23   25         MR. STEWARD:  Thank you very much.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:23    1          Ms. A.G., did you also say you do contracts?

10:23    2          JUROR NO. 5:  Yes.

10:23    3          MR. STEWARD:  Tell us about that.

10:23    4          JUROR NO. 5:  I do tenancy agreements and

10:23    5 addendums, so I lease the apartments.  When I do rent, I go

10:23    6 over the rules and all that.

10:23    7          MR. STEWARD:  So you deal regularly with, like,

10:23    8 leases and that sort of thing?

10:23    9          JUROR NO. 5:  Yes.

10:23   10          MR. STEWARD:  Do you have anything to do with

10:23   11 attorneys when it comes to the leasing or any of the rest of

10:23   12 that?

10:23   13          JUROR NO. 5:  Not myself.  It would be more for

10:23   14 management.  I don't deal directly with the law firm.

10:23   15          MR. STEWARD:  Okay.  So you would try to explain

10:23   16 perhaps the lease to the potential tenant?

10:23   17          JUROR NO. 5:  I do.

10:23   18          MR. STEWARD:  And you do that on a regular basis?

10:23   19          JUROR NO. 5:  Yes.

10:24   20          MR. STEWARD:  Thank you.

10:24   21          And who else raised their hands?

10:24   22          Let me go to Ms. S.H. first.  Tell us about the

10:24   23 contracts.

10:24   24          JUROR NO. 10:  I mostly work for the affiliation

10:24   25 agreements between hospitals and schools, occasionally also

10:24   1   employee contracts.  My main focus is on doing the contracts

10:24   2   and affiliation agreements.  I'm specifically with the

10:24   3   schools and the hospitals.  We can provide what the school

10:24   4   needs us to provide and to make sure that we receive

10:24   5   financial compensation out of the hospital, from our medical

10:24   6   schools.

10:24   7           MR. STEWARD:  A good thing, receiving

10:24   8   compensation, yes?

10:24   9           JUROR NO. 10:  Yes.

10:24   10           MR. STEWARD:  And do you do that as a regular part

10:24   11   of your job?

10:24   12           JUROR NO. 10:  It comes up typically a couple

10:24   13   times a month.

10:24   14           MR. STEWARD:  And do you thoroughly review these

10:24   15   contracts that you look at?

10:24   16           JUROR NO. 10:  I'm kind of the first line of

10:24   17   defense for screening them.  I look for anything that jumps

10:24   18   out of the norm.  It's a very standard contract typically

10:25   19   set by ACGME and other kind of residency and medical boards.

10:25   20   So I do the first line of defense if there is anything out

10:25   21   of the ordinary and then work with our legal team and pass

10:25   22   it along at that point if there is anything else before

10:25   23   signatures.

10:25   24           MR. STEWARD:  Thank you.  I appreciate that.

10:25   25           Ms. D.V. in the back.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:25 | 1 | JUROR NO. 15:  As a case manager, when we receive |
| 10:25 | 2 | the name for arbitration, we do look and see if there is a |
| 10:25 | 3 | contract that includes the arbitration clause.  And if there |
| 10:25 | 4 | isn't, of course, we have to make sure that there is a Court |
| 10:25 | 5 | order or a stipulation from the parties to go to |
| 10:25 | 6 | arbitration.  So that's what we look for. |
| 10:25 | 7 | MR. STEWARD:  So that's like the beginning step on |
| 10:25 | 8 | your work as a case manager? |
| 10:25 | 9 | JUROR NO. 15:  That's correct. |
| 10:25 | 10 | MR. STEWARD:  Okay.  And how often do you look at |
| 10:25 | 11 | contracts like that? |
| 10:25 | 12 | JUROR NO. 15:  I would say every day, because we |
| 10:25 | 13 | do get a lot of demand for arbitration.  So, yes, I do look |
| 10:26 | 14 | for the contract and make sure there is an arbitration |
| 10:26 | 15 | clause. |
| 10:26 | 16 | MR. STEWARD:  Thank you very much.  I appreciate |
| 10:26 | 17 | that answer. |
| 10:26 | 18 | THE COURT:  Mr. Steward, we have been going about |
| 10:26 | 19 | an hour and a half already.  I want to give our jurors a |
| 10:26 | 20 | break. |
| 10:26 | 21 | MR. STEWARD:  That's fine, Your Honor. |
| 10:26 | 22 | JUROR NO. 9:  I work in human resources, so I do |
| 10:26 | 23 | look at contracts.  Not often.  I'm more just employee |
| 10:26 | 24 | based. |
| 10:26 | 25 | MR. STEWARD:  Do you ever deal with lawyers in |

10:26  1   connection with those contracts?

10:26  2        JUROR NO. 9:  Not necessarily, no.  There are

10:26  3   attorneys in our office, but I don't work directly with

10:26  4   them, only on -- especially with the contracts.

10:26  5        MR. STEWARD:  Thank you, sir.

10:26  6        Thank you, Your Honor.

10:26  7        THE COURT:  We will take a 15-minute break here,

10:26  8   ladies and gentlemen.  Remember the admonition not to

10:26  9   discuss the case with anyone and not to form any opinions on

10:26  10  the issues in the case, and you're not to do any research.

10:27  11       So we will be in recess for 15 minutes.

10:27  12       (Prospective jurors not present)

10:27  13       THE COURT:  I will note for the record that no

10:27  14  juror responded to the questions that I had the first thing

10:27  15  this morning with regard to past exposure to publicity or

10:28  16  other matters.  Also, none of the missing jurors have

10:28  17  appeared.

10:28  18       Unless you have something, we will be in recess.

10:28  19       MR. SAGEL:  Just real quickly.  How does Your

10:28  20  Honor want to handle -- there is one juror as of right now

10:28  21  that I think would be a for-cause challenge before we move

10:28  22  to anything else.

10:28  23       THE COURT:  Well, do you want to discuss that?

10:28  24       MR. SAGEL:  It would be Ms. S.H., who I believe is

10:28  25  Juror No. 10 currently.

| | | |
|---|---|---|
| 10:28 | 1 | THE COURT:  Well, I'm going to ask her what her |
| 10:28 | 2 | household income is, but I want to do that after Mr. Steward |
| 10:28 | 3 | is done examining. |
| 10:28 | 4 | MR. SAGEL:  I understand.  I just wanted to let |
| 10:28 | 5 | the Court know that's the only one that the government has |
| 10:28 | 6 | at this point. |
| 10:28 | 7 | THE COURT:  Okay.  Then we will be in recess. |
| 10:28 | 8 | (Recess taken at 10:28 a.m.; |
| 10:28 | 9 | proceedings resumed at 10:47 a.m.) |
| 10:33 | 10 | (Prospective jurors present) |
| 10:47 | 11 | THE COURT:  Mr. Steward. |
| 10:47 | 12 | MR. STEWARD:  Thank you, Your Honor. |
| 10:47 | 13 | Ms. D.V., I hope you don't feel I'm picking on |
| 10:47 | 14 | you, but I have got a couple more questions for you. |
| 10:47 | 15 | Ms. D.V., in connection with your work here in the |
| 10:47 | 16 | courthouse, did you ever actually as a courtroom deputy sit |
| 10:47 | 17 | through a trial? |
| 10:47 | 18 | JUROR NO. 15:  My mind went blank. |
| 10:47 | 19 | MR. STEWARD:  It wasn't a very memorable trial if |
| 10:48 | 20 | you did. |
| 10:48 | 21 | JUROR NO. 15:  Well, I assisted with -- yes, I |
| 10:48 | 22 | think I did. |
| 10:48 | 23 | MR. STEWARD:  I guess the question is:  The trial |
| 10:48 | 24 | or trials that you helped in, was either Mr. Sagel or was I |
| 10:48 | 25 | in it?  If I was, I apologize for not remembering. |

10:48  1             JUROR NO. 15:  No, I don't remember that.

10:48  2             MR. STEWARD:  Again, unmemorable?

10:48  3             JUROR NO. 15:  Sorry.

10:48  4             MR. STEWARD:  Thank you very much.

10:48  5             Let me ask generally of everybody:  How many QAnon

10:48  6  supporters do we have here?  Nobody.

10:48  7             Anything thinks that they're on the right track?

10:48  8             Anybody who doesn't know what QAnon is?  At least

10:48  9  one.  At least one.

10:48  10            Does anybody think that just the fact that

10:48  11 Mr. Avenatti has been charged and brought into court, just

10:48  12 that fact somehow makes him guilty?

10:48  13            Does anybody believe that or thinks that there

10:49  14 must be something wrong because he's here?

10:49  15            No?  Thank you.

10:49  16            Does anybody here think that it's very rare for

10:49  17 someone to be falsely accused of a crime?  I guess what goes

10:49  18 along with that:  Can everybody assure all of us that you

10:49  19 will be open-minded, listen to the evidence and listen to

10:49  20 the testimony, and make your decision based on that and

10:49  21 nothing else?

10:49  22            Has anybody here been a party to a lawsuit?  I

10:49  23 don't think we had that on our questionnaire, where you have

10:49  24 been sued or you sued somebody.  Can I see hands of folks?

10:49  25            Ms. K.L., can you tell us about that.

10:50    1          PROSPECTIVE JUROR NO. 12:  It was just small

10:50    2   claims court against Pep Boys.  They said they could work on

10:50    3   our 1967 Ford Mustang engine, and they blew it out.

10:50    4          MR. STEWARD:  So Manny, Moe, and Jack let you

10:50    5   down.

10:50    6          JUROR NO. 12:  Yes.

10:50    7          MR. STEWARD:  And you sued them?

10:50    8          JUROR NO. 12:  Yes.

10:50    9          MR. STEWARD:  Anything about that experience kind

10:50   10   of in the justice system that left a bad taste in your mouth

10:50   11   or anything like that?

10:50   12          JUROR NO. 12:  No.  It was kind of nice.

10:50   13          MR. STEWARD:  So for you at least in that instance

10:50   14   the justice system worked, correct?

10:50   15          JUROR NO. 12:  Yes.

10:50   16          MR. STEWARD:  Anybody else had a situation --

10:50   17   let's stay with our same question.  I promised Ms. Seffens I

10:50   18   would slow down.  We'll stay with our same question.

10:50   19          JUROR NO. 8:  I think I was in, like, a mass

10:50   20   lawsuit, part of it where they send you a letter that you

10:50   21   are part of a mass lawsuit.

10:50   22          MR. STEWARD:  So, Ms. C.M., you may have been a

10:50   23   plaintiff in a class-action lawsuit?  Does that sound right?

10:50   24          JUROR NO. 8:  Yes.

10:50   25          MR. STEWARD:  Was there anything about that that

| | | |
|---|---|---|
| 10:50 | 1 | you didn't like or you thought, man, this is stupid, or |
| 10:51 | 2 | anything like that? |
| 10:51 | 3 | JUROR NO. 8:  No. |
| 10:51 | 4 | MR. STEWARD:  So it was at least a neutral if not |
| 10:51 | 5 | a positive experience for you? |
| 10:51 | 6 | JUROR NO. 8:  I just didn't really participate in |
| 10:51 | 7 | it. |
| 10:51 | 8 | MR. STEWARD:  Okay.  You got a notice and that was |
| 10:51 | 9 | it? |
| 10:51 | 10 | JUROR NO. 8:  Yes. |
| 10:51 | 11 | MR. STEWARD:  Did you ever get a check? |
| 10:51 | 12 | JUROR NO. 8:  Yes. |
| 10:51 | 13 | MR. STEWARD:  That felt good, huh? |
| 10:51 | 14 | JUROR NO. 8:  It was okay. |
| 10:51 | 15 | MR. STEWARD:  Mr. J.R., did you say you were also |
| 10:51 | 16 | involved, or Ms. M.L. in the corner?  How about Ms. M.L. |
| 10:51 | 17 | Can you tell us what was the situation?  Were you a |
| 10:51 | 18 | plaintiff or a defendant, or what was it? |
| 10:51 | 19 | JUROR NO. 7:  I was a plaintiff.  I had the same |
| 10:51 | 20 | situation as Ms. C.M.  I have had a few little postcard |
| 10:51 | 21 | things that I was going to be a part of a lawsuit.  And I |
| 10:51 | 22 | did participate and got, like, a $10 check or whatever.  And |
| 10:51 | 23 | then the other one was workman's comp. |
| 10:51 | 24 | MR. STEWARD:  Okay.  And was that like a lawsuit |
| 10:52 | 25 | or a claim, or what was the workman's come thing? |

80

| 10:52 | 1 | JUROR NO. 7:  It was for a claim for medical. |
| 10:52 | 2 | MR. STEWARD:  Okay.  And how about that |
| 10:52 | 3 | experience?  Negative?  Positive? |
| 10:52 | 4 | JUROR NO. 7:  Positive. |
| 10:52 | 5 | MR. STEWARD:  Did you have a lawyer? |
| 10:52 | 6 | JUROR NO. 7:  I did. |
| 10:52 | 7 | MR. STEWARD:  Okay.  And the lawyer did a good |
| 10:52 | 8 | job? |
| 10:52 | 9 | JUROR NO. 7:  Yes. |
| 10:52 | 10 | MR. STEWARD:  And while we have you, I see that |
| 10:52 | 11 | you are a student currently. |
| 10:52 | 12 | JUROR NO. 7:  That is correct. |
| 10:52 | 13 | MR. STEWARD:  What did you do for work before |
| 10:52 | 14 | that? |
| 10:52 | 15 | JUROR NO. 7:  Before I became a student, I have |
| 10:52 | 16 | actually been employed for the past 21 years for a social |
| 10:52 | 17 | services agency.  So I have continued to -- well, I went |
| 10:52 | 18 | back to school and I am working full time as well. |
| 10:52 | 19 | MR. STEWARD:  Okay.  And what sort of thing do you |
| 10:52 | 20 | do for the social services agency? |
| 10:52 | 21 | JUROR NO. 7:  I'm in eligibility submissions, |
| 10:52 | 22 | which means that I determine eligibility for MediCal |
| 10:52 | 23 | coverage. |
| 10:52 | 24 | MR. STEWARD:  Okay.  Thank you.  I appreciate that |
| 10:52 | 25 | information. |

| | | |
|---|---|---|
| 10:52 | 1 | Your Honor, I think that's all my questions. |
| 10:52 | 2 | THE COURT:  Very good. |
| 10:53 | 3 | Let me visit with counsel again at sidebar. |
| 10:53 | 4 | Before we do that, Ms. S.H., what is your |
| 10:55 | 5 | household annual income? |
| 10:55 | 6 | JUROR NO. 10:  Approximately $130,000 a year. |
| 10:55 | 7 | THE COURT:  Okay.  Thank you. |
| 10:55 | 8 | (Sidebar conference) |
| 10:55 | 9 | THE COURT:  Challenges for cause. |
| 10:55 | 10 | MR. STEWARD:  From the defense, Your Honor, I |
| 10:55 | 11 | think we were talking about Ms. S.H.  She does have a pretty |
| 10:55 | 12 | decent family income, so I'm a little hesitant there.  She |
| 10:55 | 13 | had multiple reasons.  She has a trip. |
| 10:55 | 14 | THE COURT:  The trip is on the 19th. |
| 10:55 | 15 | MR. SAGEL:  I think the most concerning thing with |
| 10:55 | 16 | Ms. S.H. is she said she would have trouble concentrating on |
| 10:55 | 17 | the case. |
| 10:55 | 18 | THE COURT:  Okay.  She will be excused. |
| 10:55 | 19 | MR. STEWARD:  That's all we have at this time. |
| 10:55 | 20 | MR. SAGEL:  We don't have any other challenges. |
| 10:55 | 21 | THE COURT:  Okay.  We will excuse her and put one |
| 10:55 | 22 | person in that seat, and you can question that person |
| 10:56 | 23 | briefly. |
| 10:56 | 24 | (End of sidebar conference) |
| 10:56 | 25 | THE COURT:  Ms. S.H., we are going to excuse you |

| | | |
|---|---|---|
| 10:56 | 1 | at this time.  Thank you for coming down.  Would you check |
| 10:56 | 2 | out with the folks on the first floor, please. |
| 10:56 | 3 | Okay, we will seat one more prospective juror, |
| 10:56 | 4 | please. |
| 10:56 | 5 | THE CLERK:  For Seat 10, Prospective Juror No. 23, |
| 10:56 | 6 | D.N. |
| 10:57 | 7 | THE COURT:  Good morning. |
| 10:57 | 8 | JUROR NO. 10:  Good morning. |
| 10:57 | 9 | THE COURT:  Mr. Sagel, would you like to inquire |
| 10:57 | 10 | briefly? |
| 10:57 | 11 | MR. SAGEL:  Very briefly, Your Honor. |
| 10:57 | 12 | Good morning, ma'am. |
| 10:57 | 13 | JUROR NO. 10:  Good morning. |
| 10:57 | 14 | MR. SAGEL:  You have been sitting in this |
| 10:57 | 15 | courtroom.  You got to hear the questions I have asked of |
| 10:57 | 16 | the original 16.  Is there anything that I asked any of them |
| 10:57 | 17 | or any responses that they provided that you think you want |
| 10:57 | 18 | to give an answer to? |
| 10:57 | 19 | JUROR NO. 10:  No.  Thank you. |
| 10:57 | 20 | MR. SAGEL:  I think you answered in your |
| 10:57 | 21 | questionnaire that you serve on a committee for political |
| 10:57 | 22 | equality? |
| 10:57 | 23 | JUROR NO. 10:  Oh, it's not a committee.  It's |
| 10:57 | 24 | called Hispanas Organized for Political Equality.  It's like |
| 10:58 | 25 | a sorority, if you will.  It's a leadership, and I graduated |

83

10:58   1   four years ago from there.

10:58   2           MR. SAGEL:  Are you still active?

10:58   3           JUROR NO. 10:  I get membership notices.  And

10:58   4   actually during COVID, no, I have not been active.

10:58   5           MR. SAGEL:  Is there any part of that, as you

10:58   6   described it, sorority, the committee, the sorority, that

10:58   7   would have you looking at the evidence, witnesses, or

10:58   8   anything in this case any differently?  Any impact?

10:58   9           JUROR NO. 10:  No.

10:58   10          MR. SAGEL:  Is there any reason you could not be a

10:58   11  fair and impartial juror for the defendant?

10:58   12          JUROR NO. 10:  No.

10:58   13          MR. SAGEL:  Is there any reason you couldn't be a

10:58   14  fair and impartial juror for the government?

10:58   15          JUROR NO. 10:  No.

10:58   16          MR. SAGEL:  No further questions, Your Honor.

10:58   17          THE COURT:  Mr. Steward.

10:58   18          MR. STEWARD:  Just one or two, Your Honor.

10:58   19          Good morning.

10:58   20          JUROR NO. 10:  Good morning.

10:58   21          MR. STEWARD:  I think on the questionnaire you

10:58   22  said that you're a business owner currently.  What kind of

10:58   23  business?

10:58   24          JUROR NO. 10:  I own a consulting firm, an

10:58   25  educational consulting firm.

10:59  1                MR. STEWARD:  So your clients would be what type

10:59  2    of folks?

10:59  3                JUROR NO. 10:  Universities, school districts,

10:59  4    nonprofits.

10:59  5                MR. STEWARD:  And you assist them to do what?

10:59  6                JUROR NO. 10:  Strategic planning.  And at my

10:59  7    school district I serve as an instructional coach.

10:59  8                MR. STEWARD:  Instructional coach of teachers?

10:59  9                JUROR NO. 10:  For teachers, yes, teachers and

10:59  10   administrators.  And then for university I do restorative

10:59  11   mediation.  I have been called in to do restorative

10:59  12   mediation work.

10:59  13               MR. STEWARD:  Okay.  And I think earlier this

10:59  14   morning there was some discussion about mediation.  The fact

10:59  15   that some mediation evidence may or may not come into this

10:59  16   trial, would that affect you one way or the other?

10:59  17               JUROR NO. 10:  Not at all.

10:59  18               MR. STEWARD:  Fox News watcher?

10:59  19               JUROR NO. 10:  No.

10:59  20               MR. STEWARD:  QAnon supporter?

10:59  21               JUROR NO. 10:  No.

10:59  22               MR. STEWARD:  Thank you.  Nothing further.

10:59  23               THE COURT:  The parties will have an opportunity

10:59  24   to exercise peremptory challenges at this time.

10:59  25               Government's first.

| | | |
|---|---|---|
| 11:00 | 1 | MR. SAGEL:  Thank you, Your Honor. |
| 11:00 | 2 | At this time the government would like to thank |
| 11:00 | 3 | and excuse Juror No. 11, Mr. E.P. |
| 11:00 | 4 | THE COURT:  Sir, thank you for being with us. |
| 11:00 | 5 | Would you check out with the folks on the first floor, |
| 11:00 | 6 | please. |
| 11:00 | 7 | THE COURT:  Defendant's first. |
| 11:00 | 8 | MR. STEWARD:  Your Honor, we would ask the Court |
| 11:00 | 9 | to thank and excuse Ms. J.P.  She is both Juror No. 1 and |
| 11:00 | 10 | seat number 1. |
| 11:00 | 11 | THE COURT:  Ms. J.P., thank you for being with us. |
| 11:00 | 12 | Government's second. |
| 11:01 | 13 | MR. SAGEL:  The government passes, Your Honor. |
| 11:01 | 14 | THE COURT:  Mr. Steward, defendant's second. |
| 11:01 | 15 | MR. STEWARD:  Your Honor, we would ask the Court |
| 11:01 | 16 | to thank and excuse Juror No. 5, in position number 4, |
| 11:01 | 17 | Mr. B.G. |
| 11:01 | 18 | THE COURT:  Mr. B.G., thank you for coming down. |
| 11:01 | 19 | Would you check out with the folks on the first floor, |
| 11:01 | 20 | please. |
| 11:01 | 21 | Government's second. |
| 11:01 | 22 | MR. SAGEL:  The government passes, Your Honor. |
| 11:01 | 23 | THE COURT:  Defendant's third. |
| 11:01 | 24 | MR. STEWARD:  Your Honor, we would ask the Court |
| 11:01 | 25 | to thank and excuse Juror No. 9, Mr. J.R. |

```
11:02   1              THE COURT:  Mr. J.R., thanks for coming down.
11:02   2     Would you check out with the folks on the first floor,
11:02   3     please.
11:02   4              Government's second.
11:02   5              MR. SAGEL:  The government passes, Your Honor.
11:02   6              THE COURT:  Defendant's fourth.
11:02   7              MR. STEWARD:  Ask the Court to thank and excuse
11:02   8     Ms. D.V., who is seated in number 15.
11:02   9              THE COURT:  Ms. D.V., thank you for coming down.
11:02   10             Okay.  At this time we will collapse the jury into
11:02   11    the first 11 seats.
11:02   12             THE CLERK:  Mr. M.C., move over to seat number 1,
11:03   13    please.
11:03   14             Then Ms. C.D. to seat number 2.
11:03   15             Ms. A.G. to seat number 3.
11:03   16             Ms. T.M. to seat number 4.
11:03   17             Ms. M.L. to seat number 5.
11:03   18             Ms. C.M. to seat number 6.
11:03   19             Ms. D.N. to seat number 7.
11:03   20             Ms. K.L. seat number 8.
11:03   21             Mr. S.P. to seat number 9.
11:03   22             Ms. L.O. to seat number 10.
11:04   23             Mr. M.B. to seat number 11.
11:04   24             Seat number 12 will be M.H.
11:04   25             Seat number 13 will be L.D.
```

```
11:04    1              Seat number 14 will be S.K.

11:04    2              Seat number 15 will be R.H.

11:05    3              Seat number 16, S.C.

11:05    4              THE COURT:  Who is going to examine this time?

11:05    5              Mr. Sagel, you have about 25 minutes.

11:05    6              MR. SAGEL:  Thank you, Your Honor.

11:05    7              Welcome to the new five of you.  I'm going to

11:05    8    start off generally.  Are there any questions that I or

11:05    9    defense counsel have asked or any answers that have been

11:05   10    provided so far as you've been sitting in this courtroom

11:05   11    that you feel you want to provide an answer to?

11:06   12              I have explained to the 16 who were before you

11:06   13    that this process is really just about picking a fair jury

11:06   14    so that the defendant has his constitutional right to a

11:06   15    trial.

11:06   16              Is there any part of this case, either the length

11:06   17    of the case, the type of case, or anything else that you

11:06   18    have seen or heard since you've been here in jury service

11:06   19    that causes you concern that you don't think this is the

11:06   20    right case for you?

11:07   21              Mr. M.H., if I am correct, your daughter works for

11:07   22    the Los Angeles County Sheriff's Department?

11:07   23              JUROR NO. 12:  Correct.

11:07   24              MR. SAGEL:  What's her position?

11:07   25              JUROR NO. 12:  She is a clerk.
```

```
11:07    1              MR. SAGEL:  And is it her husband that's also at
11:07    2    the Los Angeles Sheriff's Department?
11:07    3              JUROR NO. 12:  Correct.
11:07    4              MR. SAGEL:  And what does he do there?
11:07    5              JUROR NO. 12:  He is a corrections officer.
11:07    6              MR. SAGEL:  Is there any part of your daughter or
11:07    7    your son-in-law's employment with the Los Angeles County
11:07    8    Sheriff's Department that you would have any feelings one
11:07    9    way or the other or choosing sides in this case that would
11:07   10    keep you from being a fair and impartial juror?
11:07   11              JUROR NO. 12:  No.
11:07   12              MR. SAGEL:  Ms. L.D., if I'm remembering your
11:07   13    questionnaire correctly, you have got a handful of family
11:07   14    members who are in law enforcement; is that correct?
11:07   15              JUROR NO. 13:  Yes.
11:07   16              MR. SAGEL:  Mainly border patrol or HSI or
11:08   17    different parts of the federal government?
11:08   18              JUROR NO. 13:  Yes.
11:08   19              MR. SAGEL:  Is there any part of you having family
11:08   20    members that work in the federal government and in law
11:08   21    enforcement that would prevent you from being a fair and
11:08   22    impartial juror in this case?
11:08   23              JUROR NO. 13:  No.
11:08   24              MR. SAGEL:  Mr. R.H., you served as a juror in the
11:08   25    federal court?
```

| | | |
|---|---|---|
| 11:08 | 1 | JUROR NO. 15:  Yes. |
| 11:08 | 2 | MR. SAGEL:  Criminal case? |
| 11:08 | 3 | JUROR NO. 15:  Yes. |
| 11:08 | 4 | MR. SAGEL:  In this building? |
| 11:08 | 5 | JUROR NO. 15:  It wasn't in this building, no. |
| 11:08 | 6 | MR. SAGEL:  How long ago was that? |
| 11:09 | 7 | JUROR NO. 15:  Five years ago. |
| 11:09 | 8 | MR. SAGEL:  Anything about that experience that |
| 11:09 | 9 | would prevent you from being a fair and impartial juror here |
| 11:09 | 10 | today? |
| 11:09 | 11 | JUROR NO. 15:  No. |
| 11:09 | 12 | MR. SAGEL:  Fortunately not today.  Probably |
| 11:09 | 13 | several weeks down the road, but during these several weeks, |
| 11:09 | 14 | anything that would prevent you from being a fair and |
| 11:09 | 15 | impartial juror? |
| 11:09 | 16 | JUROR NO. 15:  No. |
| 11:09 | 17 | MR. SAGEL:  And Mr. S.C., if I am remembering the |
| 11:09 | 18 | questionnaire correctly, your father is both a retired |
| 11:09 | 19 | detective and currently a Social Security judge? |
| 11:09 | 20 | JUROR NO. 16:  Yes, that is correct. |
| 11:09 | 21 | MR. SAGEL:  Anything about your father being in |
| 11:09 | 22 | law enforcement and now being a judge, anything about his |
| 11:09 | 23 | employment that would prevent you from being a fair and |
| 11:09 | 24 | impartial juror? |
| 11:09 | 25 | JUROR NO. 16:  No, sir. |

11:09  1          MR. SAGEL:  Is there anything about this case that
11:10  2    you think would make you think about things your father has
11:10  3    told you over the years about his employment as a detective
11:10  4    or as a judge?
11:10  5          JUROR NO. 16:  Nothing that would affect this
11:10  6    case, sir.
11:10  7          MR. SAGEL:  If I am pronouncing the name right,
11:10  8    Mr. S.K., you currently work for the federal government; is
11:10  9    that correct?
11:10  10         JUROR NO. 14:  Yes.
11:10  11         MR. SAGEL:  As you probably heard us describe, the
11:10  12   three of us at this table also work for the federal
11:10  13   government, different branches obviously.  Anything about
11:10  14   your employment with the federal government that would
11:10  15   prevent you from being a fair and impartial juror in this
11:10  16   case?
11:10  17         JUROR NO. 14:  No.
11:10  18         MR. SAGEL:  No further questions, Your Honor.
11:11  19         THE COURT:  Mr. Steward.
11:11  20         MR. STEWARD:  Thank you, Your Honor.
11:11  21         Ms. L.D., I want to ask you a couple of questions.
11:11  22   I believe counsel already talked to you about -- I think
11:11  23   your questionnaire said you have friends at Long Beach P.D.
11:11  24   Are these like close friends?
11:11  25         JUROR NO. 13:  Yes.  They are people that I work

11:11  1    out with at the gym.

11:11  2              MR. STEWARD:  And that's your connection with

11:11  3    them?

11:11  4              JUROR NO. 13:  And outside gym activities, too,

11:11  5    yes.

11:11  6              MR. STEWARD:  Okay.  And somebody from the ATF as

11:11  7    well?

11:11  8              JUROR NO. 13:  Yes.

11:11  9              MR. STEWARD:  Same situation?

11:11  10             JUROR NO. 13:  Yes.

11:11  11             MR. STEWARD:  Okay.

11:11  12             JUROR NO. 13:  I failed to document also a retired

11:11  13   sheriff.

11:11  14             MR. STEWARD:  Okay.  On each one of these folks,

11:11  15   let's say that you are selected for the jury, you hear all

11:11  16   the evidence and the testimony, and you go back to

11:11  17   deliberate and you find the defendant not guilty.  Would it

11:11  18   be difficult for you to go back and talk with these friends?

11:12  19             JUROR NO. 13:  No.  About the case, no.

11:12  20             MR. STEWARD:  About the case and more specifically

11:12  21   about the verdict.  In other words, you have voted to acquit

11:12  22   somebody and you're going to be talking to these law

11:12  23   enforcement friends.  Is that going to be tough for you?

11:12  24             JUROR NO. 13:  No.

11:12  25             MR. STEWARD:  I see from the questionnaire also

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

92

11:12    1    that you watch Fox News?

11:12    2            JUROR NO. 13:  Yes, sometimes.

11:12    3            MR. STEWARD:  That was my next question.

11:12    4    Sometimes?  All the time?  Is there anybody in particular

11:12    5    there that you follow, any of the, let's call them,

11:12    6    commentators?

11:12    7            JUROR NO. 13:  No.

11:12    8            MR. STEWARD:  And you do look at other sources of

11:12    9    news; is that true?

11:12   10            JUROR NO. 13:  Yes.

11:12   11            MR. STEWARD:  Okay.  And you make your own

11:12   12    determination on what you think about it, whether it's true

11:12   13    and all of that, correct?

11:12   14            JUROR NO. 13:  Correct.

11:12   15            MR. STEWARD:  And back in the back, Mr. R.H.

11:12   16            Mr. R.H., I see you are employed as an engineering

11:13   17    services manager at the Disneyland Resort; is that right?

11:13   18            JUROR NO. 15:  Yes.

11:13   19            MR. STEWARD:  What do you do?  What kind of work

11:13   20    do you do?

11:13   21            JUROR NO. 15:  I'm in charge of all the compliance

11:13   22    when it comes to safety, the operation of the attractions,

11:13   23    15 attractions.

11:13   24            MR. STEWARD:  Okay.  That's not all of the

11:13   25    attractions, though, right?  It's more than 15?

93

```
11:13    1              JUROR NO. 15:  Well, I'm only in charge of 15 of
11:13    2    them.
11:13    3              MR. STEWARD:  Okay.  And it says on your
11:13    4    questionnaire that you are also a Fox News person?
11:13    5              JUROR NO. 15:  Yes.
11:13    6              MR. STEWARD:  Okay.  Is that the only source of
11:13    7    news for you, or do you watch CNN?
11:13    8              JUROR NO. 15:  I watch it.  I have seen it.  I
11:13    9    don't watch news too much.  Nothing in particular.  I look
11:13   10    at news.  I just wanted to be honest.
11:13   11              MR. STEWARD:  And we appreciate that.  Not a
11:13   12    Tucker Carlson fan?
11:13   13              JUROR NO. 15:  No.
11:13   14              MR. STEWARD:  Any of the other talking heads on
11:13   15    Fox?
11:13   16              JUROR NO. 15:  No.
11:13   17              MR. STEWARD:  Do you think you can be fair and
11:13   18    impartial in this case?
11:13   19              JUROR NO. 15:  Absolutely.
11:13   20              MR. STEWARD:  Anything you have heard that gives
11:13   21    you pause, troubles you, makes you think, gosh, wow?
11:14   22              JUROR NO. 15:  No.
11:14   23              MR. STEWARD:  Nothing like that?
11:14   24              JUROR NO. 15:  No.
11:14   25              MR. STEWARD:  Okay.  Thank you.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

94

| | | |
|---|---|---|
| 11:14 | 1 | Mr. M.H., I think we heard what your daughter does |
| 11:14 | 2 | for the sheriff's department.  How about your son-in-law? |
| 11:14 | 3 | JUROR NO. 12:  He's a corrections officer. |
| 11:14 | 4 | MR. STEWARD:  So he works in the jail system? |
| 11:14 | 5 | JUROR NO. 12:  Yes. |
| 11:14 | 6 | MR. STEWARD:  Okay.  And do you occasionally have |
| 11:14 | 7 | for example dinner with your daughter and son-in-law? |
| 11:14 | 8 | JUROR NO. 12:  We do. |
| 11:14 | 9 | MR. STEWARD:  Do you ever watch Blue Bloods? |
| 11:14 | 10 | JUROR NO. 12:  Yes, I do. |
| 11:14 | 11 | MR. STEWARD:  Okay.  And you've seen the Sunday |
| 11:14 | 12 | dinner scene at the end.  You realize you can't do that, |
| 11:14 | 13 | right? |
| 11:14 | 14 | JUROR NO. 12:  Right. |
| 11:14 | 15 | MR. STEWARD:  So in other words, you're on the |
| 11:14 | 16 | jury listening to all of this.  You can't go in Sunday night |
| 11:14 | 17 | and have dinner with the son-in-law and daughter and discuss |
| 11:14 | 18 | it the way they do, right? |
| 11:14 | 19 | JUROR NO. 12:  Right. |
| 11:14 | 20 | MR. STEWARD:  The admonition has already been |
| 11:15 | 21 | given to everybody several times that, you know, you have |
| 11:15 | 22 | got to keep this to yourself until all of the evidence is in |
| 11:15 | 23 | and you're back deliberating with the other jurors.  Do you |
| 11:15 | 24 | think you can do that? |
| 11:15 | 25 | JUROR NO. 12:  Absolutely. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:15　1　　　　　　　MR. STEWARD:  Okay.  And does the fact that your

11:15　2　daughter and son-in-law are in law enforcement give you any

11:15　3　pause at all about your ability to be fair?

11:15　4　　　　　　　JUROR NO. 12:  No.

11:15　5　　　　　　　MR. STEWARD:  We're going to hear from a number of

11:15　6　law enforcement witnesses, okay?  Are you going to give them

11:15　7　a little bit of a benefit because of your daughter and

11:15　8　son-in-law?

11:15　9　　　　　　　JUROR NO. 12:  No.

11:15　10　　　　　　　MR. STEWARD:  Fair and even?

11:15　11　　　　　　　JUROR NO. 12:  Correct.

11:15　12　　　　　　　MR. STEWARD:  Thank you.

11:15　13　　　　　　　Nothing further, Your Honor.

11:15　14　　　　　　　THE COURT:  Do we need a sidebar?

11:15　15　　　　　　　MR. SAGEL:  Not from the government, Your Honor.

11:15　16　　　　　　　MR. STEWARD:  No, Your Honor.

11:15　17　　　　　　　THE COURT:  Okay.  We will return to the exercise

11:15　18　of peremptories.

11:15　19　　　　　　　The government's second.

11:16　20　　　　　　　MR. SAGEL:  The government passes, Your Honor.

11:16　21　　　　　　　THE COURT:  Defendant's fifth.

11:16　22　　　　　　　MR. STEWARD:  Your Honor, we ask the Court to

11:16　23　thank and excuse Mr. M.C., who is Juror No. 2 in position

11:16　24　number 1.

11:16　25　　　　　　　THE COURT:  Mr. M.C., thank you for coming down.

```
11:16   1    Would you check out with the folks on the first floor,
11:16   2    please.
11:16   3               Government's second.
11:16   4               MR. SAGEL:  The government passes, Your Honor.
11:16   5               THE COURT:  Defendant's sixth.
11:16   6               MR. STEWARD:  Your Honor, we would ask the Court
11:16   7    to thank and excuse Ms. T.M., who is No. 8.  I think she's
11:16   8    in position number 4.
11:17   9               THE COURT:  Thank you for coming down.
11:17  10               Government's second.
11:17  11               MR. SAGEL:  The government passes, Your Honor.
11:17  12               THE COURT:  Defendant's seventh.
11:17  13               MR. STEWARD:  Your Honor, we would ask the Court
11:17  14    to thank and excuse Juror No. 19, Ms. L.O.  I think she is
11:17  15    in position 10.
11:17  16               THE COURT:  Thank you for coming down to the
11:17  17    courthouse today and the past several days as well.
11:17  18               Government's second.
11:18  19               MR. SAGEL:  The government passes, Your Honor.
11:18  20               THE COURT:  Defendant's eighth.
11:18  21               MR. STEWARD:  Just a moment, Your Honor.
11:18  22               THE COURT:  Sure.
11:18  23               (Counsel and defendant conferring)
11:18  24               MR. STEWARD:  Your Honor, we ask the Court to
11:18  25    thank and excuse Juror No. 24, Mr. M.H., who is in seat
```

| | | |
|---|---|---|
| 11:18 | 1 | number 12. |
| 11:18 | 2 | THE COURT:  Sir, you will be excused.  Thank you. |
| 11:18 | 3 | Government's second. |
| 11:18 | 4 | MR. SAGEL:  The government passes, Your Honor. |
| 11:19 | 5 | THE COURT:  Defendant's ninth. |
| 11:19 | 6 | (Counsel and defendant conferring) |
| 11:19 | 7 | MR. STEWARD:  Your Honor, the defense asks the |
| 11:19 | 8 | Court to thank and excuse Juror No. 4, Ms. C.D., and I |
| 11:19 | 9 | believe she is in position number 2. |
| 11:19 | 10 | THE COURT:  Thank you for coming down to the |
| 11:19 | 11 | courthouse. |
| 11:19 | 12 | Okay.  We are down to 11, so we are going to |
| 11:20 | 13 | collapse the jury again. |
| 11:20 | 14 | THE CLERK:  Ms. A.G. to seat 1, please. |
| 11:20 | 15 | Ms. M.L. to seat 2. |
| 11:20 | 16 | Ms. C.M. to seat 3. |
| 11:20 | 17 | Ms. D.N. to seat 4. |
| 11:20 | 18 | Ms. K.L. seat 5. |
| 11:20 | 19 | Mr. S.P. to seat 6. |
| 11:20 | 20 | Mr. M.B. to seat 7. |
| 11:20 | 21 | Ms. L.D. to seat 8. |
| 11:20 | 22 | Ms. S.K. to seat 9. |
| 11:21 | 23 | Mr. R.H. to seat 10. |
| 11:21 | 24 | Mr. S.C. to seat 11. |
| 11:21 | 25 | Seat 12 will be B.Go. |

| 11:21 | 1 | Seat 13, A.P. |
| 11:21 | 2 | Seat 14, C.P. |
| 11:21 | 3 | Seat 15, E.R. |
| 11:21 | 4 | Seat 16, B.S. |

11:22  5          THE COURT:  Mr. Sagel, you have about 25 minutes

11:22  6   with our five new prospective jurors.

11:22  7          MR. SAGEL:  Thank you, Your Honor.

11:22  8          Still in the morning.  Good morning.

11:22  9          Let's start with the same questions I have now

11:22  10  asked the two panels, the two groups before you.

11:22  11         Is there any question that I have asked and

11:22  12  Mr. Steward, defense counsel, has asked or any answers that

11:22  13  have been provided so far that you feel you want to either

11:22  14  answer yourself or you thought of an answer when the

11:22  15  question was being asked?

11:22  16         Is there any reason as you sit here on this type

11:22  17  of case, the length of the case, the type of case that you

11:22  18  have heard it is, that causes you concern that maybe this

11:23  19  isn't the right case for you to sit as a juror on?

11:23  20         Is there anything that you have seen or heard or

11:23  21  anything in your background that makes you think you would

11:23  22  have trouble being a fair juror, fair and impartial to the

11:23  23  defendant in this matter?

11:23  24         Is there anything in your background, anything you

11:23  25  have heard, anything you want to tell us that would prevent

11:23   1   you from -- is there anything in your background, your

11:23   2   experiences, anything you have heard that would give you

11:23   3   pause or might make it difficult for you to give a fair

11:23   4   trial to the government in this case?

11:23   5           Mr. B.Go., you served on a jury before; is that

11:24   6   correct?

11:24   7           JUROR NO. 12:  Yes.

11:24   8           MR. SAGEL:  Was it a civil case or a criminal

11:24   9   case?

11:24   10          JUROR NO. 12:  Civil.

11:24   11          MR. SAGEL:  You understand in a civil case it's

11:24   12  very different from a criminal case.  I'm a criminal

11:24   13  practitioner, so I hope I say this right.  In a civil case

11:24   14  usually it's by a preponderance of the evidence, one side

11:24   15  more likely than not.  Whereas, in a criminal case the

11:24   16  standard of review is beyond a reasonable doubt.  So it's

11:24   17  going to be very different.

11:24   18          Is there anything about your prior civil jury

11:25   19  experience that you think would cause you any difficulties

11:25   20  in serving on a criminal jury?

11:25   21          JUROR NO. 12:  No.

11:25   22          MR. SAGEL:  Do I have this right?  Ms. C.P., you

11:25   23  also served on a jury before; is that correct?

11:25   24          JUROR NO. 14:  Correct.

11:25   25          MR. SAGEL:  It was a criminal case?

| | | |
|---|---|---|
| 11:25 | 1 | JUROR NO. 14:  Correct. |
| 11:25 | 2 | MR. SAGEL:  Was it federal or state, or do you |
| 11:25 | 3 | remember? |
| 11:25 | 4 | JUROR NO. 14:  I don't remember. |
| 11:25 | 5 | MR. SAGEL:  Was it in this building? |
| 11:25 | 6 | JUROR NO. 14:  It was in the old building. |
| 11:25 | 7 | MR. SAGEL:  Okay.  Was it in the trailers? |
| 11:25 | 8 | JUROR NO. 14:  No.  It was, like, five years ago. |
| 11:25 | 9 | MR. SAGEL:  Anything about that experience of |
| 11:25 | 10 | serving on a jury before that would cause you any concern or |
| 11:26 | 11 | have any problems with that or any difficulties that you |
| 11:26 | 12 | would have to be a fair and impartial juror in this case? |
| 11:26 | 13 | JUROR NO. 14:  No. |
| 11:26 | 14 | MR. SAGEL:  Mr. E.R. |
| 11:26 | 15 | JUROR NO. 15:  Yes. |
| 11:26 | 16 | MR. SAGEL:  You mentioned in your questionnaire |
| 11:26 | 17 | prior experience you had which -- I'm not going to get into |
| 11:26 | 18 | the details, but -- I think left you a bad taste in your |
| 11:26 | 19 | mouth about the Orange County District Attorney's Office; is |
| 11:26 | 20 | that fair? |
| 11:26 | 21 | JUROR NO. 15:  Correct. |
| 11:26 | 22 | MR. SAGEL:  I will start with the obvious.  We are |
| 11:26 | 23 | not the Orange County District Attorney's Office, but we are |
| 11:26 | 24 | prosecutors.  Is there anything about your experience with |
| 11:26 | 25 | the Orange County District Attorney's Office and the |

11:26  1    prosecutors there that would cause you to maybe question or

11:26  2    have any bias towards us as prosecutors?

11:26  3            JUROR NO. 15:  No.

11:27  4            MR. SAGEL:  Is there anything about that case,

11:27  5    your experience in that, that you think you would come in as

11:27  6    a juror with maybe a bias against the government or against

11:27  7    the prosecution?

11:27  8            JUROR NO. 15:  No.

11:27  9            MR. SAGEL:  I think you mentioned you did legal

11:27  10   studies.  Was that at law school or is that undergraduate,

11:27  11   or what kind?

11:27  12           JUROR NO. 15:  Undergraduate work.

11:27  13           MR. SAGEL:  Tell me what legal studies you

11:27  14   completed.

11:27  15           JUROR NO. 15:  Not training in the practice of law

11:27  16   but rather the law an academic discipline, the history,

11:27  17   philosophy, principles of it.  It's unique within this

11:27  18   country.  There's a few undergraduate programs around, and

11:27  19   one of them I went to in Northern California.

11:27  20           MR. SAGEL:  And that was at Berkeley?

11:27  21           JUROR NO. 15:  Correct.

11:27  22           MR. SAGEL:  Anything about those studies that

11:27  23   would impact your ability to listen to the evidence and the

11:27  24   testimony in this case, follow the instructions of the

11:28  25   judge, and to follow the legal rules and instructions in

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:28 | 1 | this case alone? |
| 11:28 | 2 | JUROR NO. 15:  No. |
| 11:28 | 3 | MR. SAGEL:  Mr. B.S., am I pronouncing your name |
| 11:28 | 4 | right? |
| 11:28 | 5 | JUROR NO. 16:  Yes. |
| 11:28 | 6 | MR. SAGEL:  I think this is the third time we have |
| 11:28 | 7 | spoken to you in some context.  I'm just going to follow up |
| 11:28 | 8 | briefly.  The reason we have spoken to you previously is you |
| 11:28 | 9 | obviously know family members related to one of the parties |
| 11:28 | 10 | in this case; is that correct? |
| 11:28 | 11 | JUROR NO. 16:  Correct. |
| 11:28 | 12 | MR. SAGEL:  Since you were with us either the |
| 11:28 | 13 | first day on Tuesday of last week or I think it was last |
| 11:28 | 14 | Friday we might have spoken to you again, since those times |
| 11:28 | 15 | have you told anybody that the jury that you are possibly |
| 11:28 | 16 | going to sit on is the Michael Avenatti case? |
| 11:28 | 17 | JUROR NO. 16:  No. |
| 11:28 | 18 | MR. SAGEL:  Is the fact that you could be a juror |
| 11:28 | 19 | on this case and that you have family members who might know |
| 11:29 | 20 | someone else related to this case, would that cause you any |
| 11:29 | 21 | discomfort in making a decision in this case? |
| 11:29 | 22 | JUROR NO. 16:  I don't believe so. |
| 11:29 | 23 | MR. SAGEL:  Generally -- I would like to say |
| 11:29 | 24 | always, but I will leave it at generally -- as parents, our |
| 11:29 | 25 | first instinct is to protect our children.  Is there any |

```
11:29   1    part of the fact that your daughter may know someone in this
11:29   2    case that would impact your decision because you wouldn't
11:29   3    want her to know that you rendered a verdict in this case?
11:29   4              JUROR NO. 16:  No.
11:29   5              MR. SAGEL:  Thank you for your candor.
11:29   6              No further questions, Your Honor.
11:29   7              THE COURT:  Mr. Steward.
11:29   8              MR. STEWARD:  Thank you, Your Honor.
11:30   9              Ms. C.P., Fox News, regular watcher?
11:30   10             JUROR NO. 14:  I have seen it, yes.
11:30   11             MR. STEWARD:  Do you have other networks that you
11:30   12   watch for news?
11:30   13             JUROR NO. 14:  No.  Just documentaries.
11:30   14             MR. STEWARD:  So primary sources for you would be
11:30   15   Fox News and documentaries?
11:30   16             JUROR NO. 14:  Yes.
11:30   17             MR. STEWARD:  So, like, political news, are you
11:30   18   going to get that from a documentary, or is that all going
11:30   19   to come from Fox?
11:30   20             JUROR NO. 14:  Depends on what the case is.
11:30   21             MR. STEWARD:  Good answer.  I guess what I am
11:30   22   asking about is your point of view about current events
11:30   23   generally and whether the fact that you watch a lot of Fox
11:30   24   -- some Fox News, is that going to color the way you look at
11:30   25   everything in this case?
```

| | | |
|---|---|---|
| 11:30 | 1 | JUROR NO. 14:  No. |
| 11:30 | 2 | MR. STEWARD:  So, for example, it may come out |
| 11:31 | 3 | that my client sued former President Donald Trump.  Is that |
| 11:31 | 4 | something that would be off-putting for you or you would be |
| 11:31 | 5 | concerned about? |
| 11:31 | 6 | JUROR NO. 14:  No. |
| 11:31 | 7 | MR. STEWARD:  No effect on you one way or the |
| 11:31 | 8 | other? |
| 11:31 | 9 | JUROR NO. 14:  No. |
| 11:31 | 10 | MR. STEWARD:  Is there any of the Fox |
| 11:31 | 11 | personalities in particular that you watch? |
| 11:31 | 12 | JUROR NO. 14:  No. |
| 11:31 | 13 | MR. STEWARD:  No Tucker Carlson or Sean Hannity or |
| 11:31 | 14 | any of the rest of those folks? |
| 11:31 | 15 | JUROR NO. 14:  No.  Just when I get off from work, |
| 11:31 | 16 | it's on in the background. |
| 11:31 | 17 | MR. STEWARD:  And it may be that Mr. Sagel asked |
| 11:31 | 18 | you this, but the prior jury experience that you had, was |
| 11:31 | 19 | there anything about that that bothered you or you thought, |
| 11:31 | 20 | wow, that was a horrible experience, or anything like that? |
| 11:31 | 21 | JUROR NO. 14:  No. |
| 11:31 | 22 | MR. STEWARD:  You can assure us that you can be |
| 11:31 | 23 | fair, right? |
| 11:31 | 24 | JUROR NO. 14:  Yes. |
| 11:31 | 25 | MR. STEWARD:  Thank you. |

| 11:31 | 1 | I have no further questions, Your Honor. |
| 11:31 | 2 | THE COURT:  Do we need a sidebar? |
| 11:31 | 3 | MR. SAGEL:  Not from the government, Your Honor. |
| 11:31 | 4 | MR. STEWARD:  Not from the defense, Your Honor. |
| 11:32 | 5 | THE COURT:  Okay. |
| 11:32 | 6 | The government's second. |
| 11:32 | 7 | MR. SAGEL:  The government would like to thank and |
| 11:32 | 8 | excuse Mr. E.R. |
| 11:32 | 9 | MR. STEWARD:  Your Honor, did I misunderstand the |
| 11:32 | 10 | two-pass rule, ground rule? |
| 11:32 | 11 | THE COURT:  To be clear, you don't lose a |
| 11:32 | 12 | peremptory if you pass.  If there are two passes in a row, |
| 11:32 | 13 | we stop. |
| 11:32 | 14 | MR. SAGEL:  The two passes is one from each party. |
| 11:32 | 15 | THE COURT:  Yeah, right. |
| 11:32 | 16 | MR. STEWARD:  I'm with you now. |
| 11:32 | 17 | THE COURT:  Thank you, sir. |
| 11:33 | 18 | Defendant's tenth and last. |
| 11:33 | 19 | MR. STEWARD:  Your Honor, we would ask the Court |
| 11:33 | 20 | to thank and excuse Juror No. 27, Ms. L.D.  And I think she |
| 11:33 | 21 | is in position 8. |
| 11:33 | 22 | THE COURT:  Ms. L.D., thank you very much for |
| 11:33 | 23 | coming down. |
| 11:33 | 24 | The government's third. |
| 11:33 | 25 | (Government counsel conferring) |

| | | |
|---|---|---|
| 11:34 | 1 | MR. SAGEL:  The government passes, Your Honor.  I |
| 11:34 | 2 | think at this point the government is satisfied with the |
| 11:34 | 3 | makeup of the jury, Your Honor. |
| 11:34 | 4 | THE COURT:  Well, we now have -- the defendant has |
| 11:34 | 5 | no further challenges, so we have a jury.  The jury will |
| 11:34 | 6 | consist of Ms. A.G., Ms. M.L., Ms. C.M., Ms. D.N., Ms. K.L., |
| 11:34 | 7 | Mr. S.P., Mr. M.B., Ms. S.K., Mr. R.H., Mr. B.Go, and |
| 11:35 | 8 | Mr. A.P.  Is that 12? |
| 11:35 | 9 | So let's move everybody into the first 12 seats. |
| 11:35 | 10 | THE CLERK:  So Ms. S.K. to seat 8. |
| 11:35 | 11 | Seat 9 will be Mr. R.H. |
| 11:35 | 12 | Seat 10 will be Mr. S.C. |
| 11:35 | 13 | Seat 11 will be Mr. B.Go. |
| 11:35 | 14 | Seat 12 will be Mr. A.P.  That's the 12. |
| 11:35 | 15 | Ms. C.P., if you could move to seat 13, please. |
| 11:36 | 16 | And, Mr. B.S., to seat 14. |
| 11:36 | 17 | THE COURT:  We are going to swear the jury at this |
| 11:36 | 18 | time. |
| 11:36 | 19 | Ladies and gentlemen, one last time.  Is there |
| 11:36 | 20 | anything that would prevent you from serving on this jury? |
| 11:36 | 21 | THE DEFENDANT:  Your Honor, I have an issue that I |
| 11:36 | 22 | would like to raise. |
| 11:36 | 23 | MR. STEWARD:  Can we have just a moment, Your |
| 11:36 | 24 | Honor? |
| 11:36 | 25 | THE COURT:  Yes. |

```
11:36    1              (Counsel and defendant conferring)
11:36    2          THE DEFENDANT:  Your Honor, I have a preliminary
11:36    3    issue that I would like to raise.
11:36    4          THE COURT:  Well, one last time, ladies and
11:36    5    gentlemen, I have had situations where jurors come back the
11:36    6    next day and suddenly discover something they should have
11:36    7    told me that might have been a hardship.  So for one last
11:37    8    time.  We will swear the jurors then, please.
11:37    9              If the 12 jurors will stand.
11:37   10          MR. STEWARD:  Your Honor, we do have issue that we
11:37   11    have to take up before the jury is sworn.
11:37   12          THE COURT:  Okay.
11:37   13          MR. STEWARD:  Sorry.  False start.
11:37   14          THE COURT:  We are going to take the lunch break a
11:37   15    little bit early, ladies and gentlemen.  We are just going
11:37   16    to take an hour today.  I want to really make sure we
11:37   17    complete jury selection so that we can start tomorrow with
11:37   18    witnesses.  So we will be in recess until a quarter to one.
11:37   19              (Jury not present)
11:38   20          THE COURT:  Okay.  Mr. Avenatti, would you like to
11:38   21    be heard?
11:38   22          MR. STEWARD:  I think our preference would be to
11:38   23    have a few minutes to talk about what Mr. Avenatti
11:38   24    mentioned, or if he prefers --
11:38   25          THE COURT:  I will give you 10 or 15 minutes if
```

| 11:38 | 1 | you would like that. |
| 11:38 | 2 | MR. STEWARD:  We certainly would, Your Honor. |
| 11:39 | 3 | THE COURT:  Okay.  We'll take a 15-minute recess. |
| 11:39 | 4 | (Recess taken at 11:39 a.m.; |
| 11:39 | 5 | proceedings resumed at 11:54 a.m.) |
| 11:39 | 6 | (Prospective jurors not present) |
| 11:54 | 7 | THE COURT:  Mr. Avenatti, you wanted to address |
| 11:54 | 8 | the Court? |
| 11:54 | 9 | MR. STEWARD:  Your Honor, just very briefly before |
| 11:54 | 10 | he does that.  Mr. Avenatti has indicated that he wants to |
| 11:54 | 11 | participate in his defense, and I believe he has a right to |
| 11:54 | 12 | do so.  He would like to address the Court, and I will leave |
| 11:54 | 13 | it at that for the moment. |
| 11:55 | 14 | THE COURT:  Mr. Avenatti? |
| 11:55 | 15 | THE DEFENDANT:  Thank you, Your Honor.  I would |
| 11:55 | 16 | like to participate in my defense.  I'm not asking for a |
| 11:55 | 17 | delay or an adjournment in any way, shape, or form as a |
| 11:55 | 18 | result of this request.  It should not impact the Court's |
| 11:55 | 19 | schedule in any way. |
| 11:55 | 20 | I understand there has been a lot of planning that |
| 11:55 | 21 | has gone into this process, and I respect that.  And so |
| 11:55 | 22 | therefore I would make a request to be able to participate |
| 11:55 | 23 | in my defense and in the trial, Your Honor. |
| 11:55 | 24 | THE COURT:  Mr. Sagel. |
| 11:55 | 25 | MR. SAGEL:  I will start with I'm not even sure |

11:55   1   what the request really is.

11:55   2              THE COURT:  He wants to be co-counsel.

11:55   3              MR. SAGEL:  I don't have the case law in front of

11:55   4   me.  He is entitled to counsel, or he is entitled to go pro

11:56   5   se under a Faretta conflict.  The Court does not have to

11:56   6   provide him that opportunity.  He is able to participate in

11:56   7   his defense with able counsel sitting next to him.

11:56   8              I think the record has shown he has fully

11:56   9   participated in his own defense.  I think their filings have

11:56  10   mentioned how he has fully participated in his own defense.

11:56  11   Not having a speaking role does not deprive him of his

11:56  12   ability to participate in his defense.

11:56  13              Mr. Steward, who is an able attorney, is entitled

11:56  14   to make strategy calls as the lawyer but obviously needs to

11:56  15   consult with his client so that they're putting on a proper

11:56  16   defense.  There is nothing that the defendant is entitled to

11:56  17   be able to speak, have a participation.

11:56  18              Let's be clear.  He's not a lawyer right now.  He

11:56  19   is not a criminal defense attorney.  So there is no actual

11:56  20   legal basis for what he's asking for other than for whatever

11:56  21   reason he thinks he is entitled to a role.  He is either

11:57  22   entitled to Court-appointed counsel, which he has, or he's

11:57  23   not.  And there is not a middle ground, which is what he is

11:57  24   basically asking for.

11:57  25              THE COURT:  That's my understanding of Faretta,

11:57  1    but I will take the request under advisement.

11:57  2            Who would you propose make the opening statement

11:57  3    tomorrow?

11:57  4            THE DEFENDANT:  Your Honor, I have not admittedly

11:57  5    thought about that.  I need to think about it quickly.  I

11:57  6    recognize that, Your Honor.  I would make the point I am

11:57  7    still a member of the bar.  I'm under temporary suspension,

11:57  8    just to be clear.

11:57  9            THE COURT:  Well, you can't appear in this court

11:57  10   as a member, in a capacity as an attorney by virtue of that

11:57  11   suspension.

11:57  12           THE DEFENDANT:  Understood and agreed, Your Honor.

11:57  13   Again, I just want the record to be clear, crystal clear, I

11:57  14   am not seeking -- this is not done for the purpose of delay

11:57  15   or obstruction or to derail the proceedings in any way,

11:58  16   shape, or form.

11:58  17           My liberty is at stake.  This is a very serious

11:58  18   criminal matter, and I understand that and I recognize that,

11:58  19   Your Honor.  I also have had the benefit of sitting here and

11:58  20   listening to the voir dire today as well as the voir dire

11:58  21   late last week where a number of prospective jurors

11:58  22   mentioned the fact that I was a lawyer, and they do not seem

11:58  23   to distinguish -- or differentiate, I should say, Your

11:58  24   Honor -- between being a criminal defense lawyer and being a

11:58  25   civil lawyer.  I am critically concerned that if I do not

11:58  1    play a role in my defense, that that will be held against

11:58  2    me.

11:58  3          I'm not looking to reargue any of the Court's

11:58  4    prior decisions whatsoever, Your Honor, and I am completely

11:58  5    respectful of them and I recognize them.  But I take this

11:58  6    very, very seriously.  This is not a stunt.  It is not a

11:59  7    delay tactic.  It is all about my ability to fight for my

11:59  8    defense and for my freedom, Your Honor.

11:59  9          THE COURT:  We are going -- I guess I'm just going

11:59 10    to have Ms. Bredahl advise the jurors to come back at 1:00.

11:59 11    At 1:00 we will swear in the 12 and we'll proceed to impanel

11:59 12    the alternates, four alternates.  You each get two

11:59 13    challenges.

11:59 14          THE DEFENDANT:  Your Honor, could I be heard

11:59 15    briefly?

11:59 16          THE COURT:  Sure.

11:59 17          THE DEFENDANT:  Your Honor, my understanding is

11:59 18    that once the panel is sworn, once the jury is impaneled,

11:59 19    that perhaps I may lose my Faretta rights.

12:00 20          THE COURT:  Your motion is made now.  I'm not

12:00 21    going to regard any prejudice with respect to whether you

12:00 22    renew it after I have impaneled the jury or after I have

12:00 23    impaneled the alternates.

12:00 24          THE DEFENDANT:  And, Your Honor, I thank you for

12:00 25    that and I appreciate it.  I just want to make sure the

12:00    1    record is clear that I am asking to participate in my

12:00    2    defense.  If the Court is not inclined to allow me to

12:00    3    participate in a hybrid-type situation with Mr. Steward,

12:00    4    that if that was denied, then I would make a formal request

12:00    5    pursuant to Faretta.

12:00    6          And I believe it's my Sixth Amendment right to

12:00    7    represent myself entirely, period.  If it was the Court's

12:00    8    inclination to appoint Mr. Steward as standby or advisory

12:00    9    counsel, for the benefit of the record and for the benefit

12:00   10    of the process and me, then I would certainly be

12:00   11    appreciative of that, but it would not be contingent upon

12:00   12    that, Your Honor.

12:00   13          So I appreciate Your Honor's comments.  I just

12:00   14    want to make sure the record is clear.  Thank you.

12:01   15          THE COURT:  Let's come back at 1:00.  I want to

12:01   16    spend the noon hour confirming my view that if you are

12:01   17    represented by counsel, you don't have the right to

12:01   18    participate in your defense.  It's either you under Faretta

12:01   19    or get counsel.  I want to confirm that.

12:01   20          Perhaps, you know, there isn't a lot -- it's a

12:01   21    pretty narrow question.  So I'll be glad to take whatever

12:01   22    advice you have at 1:00.

12:01   23          So let's -- the jurors will be excused until 1:00,

12:01   24    and we'll come back at that time.

12:01   25          THE DEFENDANT:  Thank you, Your Honor.

```
12:01    1                    (Recess taken at 12:01 p.m.)

12:01    2                        *      *      *

12:01    3

12:01    4

12:01    5

12:01    6                         CERTIFICATE

12:01    7

12:01    8         I hereby certify that pursuant to Section 753,

12:01    9    Title 28, United States Code, the foregoing is a true and

12:01   10    correct transcript of the stenographically reported

12:01   11    proceedings held in the above-entitled matter and that the

12:01   12    transcript page format is in conformance with the

12:01   13    regulations of the Judicial Conference of the United States.

12:01   14

12:01   15    Date:  July 21, 2021

12:01   16

12:01   17
12:01                          /s/   Sharon A. Seffens  7/21/21
12:01   18                     _____
12:01                          SHARON A. SEFFENS, U.S. COURT REPORTER
12:01   19

12:01   20

12:01   21

12:01   22

12:01   23

12:01   24

12:01   25
```

**1**

**JUROR NO. 10: [31]** 38/2 38/5 38/16 39/1
39/8 39/18 67/9 67/12 67/15 67/19 72/24 73/9
73/12 73/16 81/6 82/8 82/13 82/19 82/23 83/3
83/9 83/12 83/15 83/20 83/24 84/3 84/6 84/9
84/17 84/19 84/21
**JUROR NO. 11: [12]** 39/22 40/12 41/7 41/17
41/25 42/13 68/5 68/9 68/17 68/23 69/2 69/8
**JUROR NO. 12: [34]** 43/1 43/4 43/12 43/17
44/3 48/13 48/19 48/23 49/7 49/13 49/20
50/23 78/6 78/8 78/12 78/15 87/23 87/25 88/3
88/5 88/11 94/3 94/5 94/8 94/10 94/14 94/19
94/25 95/4 95/9 99/1 99/7 99/10 99/21
**JUROR NO. 13: [14]** 88/15 88/18 88/23
90/25 91/4 91/8 91/10 91/12 91/19 92/4 92/22
92/7 92/10 92/14
**JUROR NO. 14: [32]** 55/18 55/20 55/23 56/4
56/9 56/11 56/15 56/20 56/25 57/8 57/14
57/18 57/21 90/10 90/17 99/24 100/1 100/4
100/6 100/8 100/13 103/10 103/13 103/16
103/20 104/1 104/6 104/9 104/12 104/15
104/21 104/24
**JUROR NO. 15: [44]** 46/22 46/25 47/5 47/11
47/14 47/17 47/22 48/11 58/5 58/12 58/17
58/24 59/2 74/1 74/9 74/12 76/18 76/21 77/1
77/3 89/1 89/3 89/5 89/7 89/11 89/16 92/18
92/21 93/1 93/5 93/8 93/13 93/16 93/19 93/22
93/24 100/15 100/21 101/3 101/8 101/12
101/15 101/21 102/2
**JUROR NO. 16: [13]** 69/12 69/17 69/24 70/5
70/7 89/20 89/25 90/5 102/5 102/11 102/17
102/22 103/4
**JUROR NO. 1: [13]** 51/8 51/12 51/14 51/20
59/8 59/11 59/19 60/1 60/7 60/15 60/25
61/3
**JUROR NO. 2: [6]** 63/3 63/6 63/9 63/11
63/19 63/24
**JUROR NO. 3: [4]** 53/10 53/14 53/21 54/1
**JUROR NO. 4: [6]** 62/3 62/6 62/11 62/14
62/17 62/21
**JUROR NO. 5: [6]** 72/2 72/4 72/9 72/13
72/17 72/19
**JUROR NO. 6: [19]** 44/9 44/14 45/11 45/22
46/1 46/16 65/22 65/25 66/4 66/7 66/16 66/20
66/22 67/5 71/5 71/7 71/12 71/19 71/24
**JUROR NO. 7: [8]** 79/19 80/1 80/4 80/6 80/9
80/12 80/15 80/21
**JUROR NO. 8: [16]** 52/5 52/10 52/14 53/5
61/7 61/10 61/15 61/19 61/22 78/19 78/24
79/3 79/6 79/10 79/12 79/14
**JUROR NO. 9: [14]** 54/6 54/12 54/17 64/7
64/10 64/15 64/17 64/21 65/1 65/4 65/10
65/16 74/22 75/2
**MR. SAGEL: [158]**
**MR. STEWARD: [231]**
**MR. WYMAN: [8]** 6/6 6/19 6/25 7/4 7/6 23/15
23/18 24/18
**PROSPECTIVE JUROR NO. 12: [1]** 78/1
**THE CLERK: [10]** 4/3 5/1 5/3 5/7 27/12 27/20
82/5 86/12 97/14 106/10
**THE COURT: [140]**
**THE DEFENDANT: [10]** 4/11 106/21 107/2
108/15 110/4 110/12 111/14 111/17 111/24
112/25

**$**

**$10 [1]** 79/22
**$130,000 [1]** 81/6
**$2.5 [1]** 16/15
**$4 [2]** 18/10 18/20
**$4 million [2]** 18/10 18/20
**$6,000 [1]** 27/5

**/**

**/s [1]** 113/17

**0**

**0870 [1]** 1/21

**1**

**1-1053 [1]** 1/20
**1.15 [1]** 23/7
**1.3 [1]** 23/7
**1.4 [2]** 23/6 23/7
**1.41 [2]** 23/6 23/7
**10 [8]** 38/1 75/25 82/5 86/22 96/15 97/23
106/12 107/25
**1006 [6]** 5/22 6/4 6/7 6/10 6/13 6/16
**1053 [1]** 1/20
**107 [1]** 2/15
**10:28 [1]** 76/8
**10:47 [1]** 76/9
**10C [1]** 31/2
**10D [4]** 9/5 10/7 28/19 29/4
**11 [8]** 6/2 25/19 85/3 86/11 86/23 97/12 97/24
106/13
**1100 [1]** 2/7
**118 [2]** 14/22 27/3
**11:39 [1]** 108/4
**11:54 [1]** 108/5
**12 [10]** 26/4 86/24 97/1 97/25 106/8 106/9
106/14 106/14 107/9 111/11
**122 [1]** 15/11
**128 [1]** 5/16
**12:01 [1]** 113/1
**13 [3]** 86/25 98/1 106/15
**130 [1]** 15/25
**14 [4]** 33/8 87/1 98/2 106/16
**140 [2]** 15/6 15/9
**141 [2]** 4/14 18/1
**15 [10]** 7/19 69/14 75/11 86/8 87/2 92/23
92/25 93/1 98/3 107/25
**15-minute [2]** 75/7 108/3
**16 [9]** 6/3 25/16 27/17 61/6 70/12 82/16 87/3
87/12 98/4
**160 [3]** 20/2 20/4 20/6
**184 [1]** 19/1
**187 [2]** 18/15 19/1
**19 [10]** 7/14 7/18 7/21 8/1 20/19 33/4 33/5
33/5 33/8 96/14
**1967 [1]** 78/3
**19th [2]** 38/11 81/14
**1:00 [4]** 111/10 112/15 112/22 112/23
**1:00 we [1]** 111/11

**2**

**20 [4]** 1/17 4/1 46/18 63/7
**2021 [3]** 1/17 4/1 113/15
**20th [1]** 38/11
**21 [3]** 80/16 113/15 113/17
**213 [1]** 2/8
**23 [1]** 82/5
**24 [1]** 96/25
**25 [3]** 25/17 87/5 98/5
**27 [1]** 105/20
**28 [1]** 113/9

**3**

**3.6 [1]** 13/17
**30th [1]** 22/24
**312 [1]** 2/7
**338-3598 [1]** 2/12
**350 [1]** 8/21
**3598 [2]** 2/12
**368 [1]** 19/12
**37 [1]** 4/23
**371 [1]** 6/2

**4**

**408 [1]** 19/9
**41 [7]** 18/6 18/7 18/8 18/12 18/15 18/16 18/18
**411 [2]** 1/20 2/11
**45 [1]** 26/25
**481-4900 [1]** 2/16
**4900 [1]** 2/16
**4:45 [1]** 25/14
**4th [1]** 1/20

**5**

**543-0870 [1]** 1/21
**546 [1]** 5/20
**547 [2]** 7/12 8/14
**548 [1]** 8/16
**549 [1]** 9/13
**552 [1]** 15/15

**6**

**6683 [1]** 2/8
**6:00 [1]** 4/16

**7**

**7/21/21 [1]** 113/17
**70 [3]** 5/3 5/8 26/15
**714 [2]** 1/21 2/12
**753 [1]** 113/8
**78 [1]** 26/15

**8**

**8000 [1]** 2/11
**894-6683 [1]** 2/8
**8:00 [1]** 26/16
**8:01 [1]** 4/1
**8:39 [1]** 26/12

**9**

**90012 [1]** 2/8
**92672 [1]** 2/15
**92701 [2]** 1/20 2/11
**949 [1]** 2/16
**99.9 percent [1]** 43/20
**9:06 [1]** 26/13
**9:10 [1]** 26/17

**A**

**A.G [5]** 27/13 44/5 72/1 97/14 106/6
**A.G. [1]** 86/15
**A.G. to [1]** 86/15
**a.m [7]** 4/1 26/12 26/13 76/8 76/9 108/4 108/5
**A.P [3]** 98/1 106/8 106/14
**abilities [1]** 55/7
**ability [12]** 13/3 13/13 47/9 48/8 49/12 50/21
51/18 54/10 95/3 101/23 109/12 111/7
**able [17]** 4/13 37/9 37/16 40/10 40/10 41/3
43/7 52/2 53/22 66/8 66/13 66/16 108/22
109/6 109/7 109/13 109/17
**about [122]**
**above [1]** 113/11
**above-entitled [1]** 113/11
**Absolutely [3]** 39/1 93/19 94/25
**academic [1]** 101/16
**academy [2]** 58/12 58/13
**accepting [1]** 58/22
**access [5]** 40/19 40/25 41/25 59/14 59/15
**account [8]** 11/12 12/4 12/6 18/11 18/19
19/13 19/13 23/8
**accounting [4]** 65/20 66/6 66/11 71/13
**accurate [4]** 23/24 44/7 44/13 44/13
**accurately [2]** 31/10 31/25
**accused [1]** 77/17
**accusing [1]** 64/19
**ACGME [1]** 73/19
**acquit [1]** 91/21
**across [7]** 34/25 41/13 41/14 41/22 42/2 42/2
42/7
**action [2]** 62/19 78/23
**active [3]** 57/21 83/2 83/4
**activities [1]** 91/4
**actual [1]** 109/19
**actually [21]** 11/23 17/21 22/2 38/11 39/14
39/18 40/12 45/12 46/18 47/6 52/6 56/21
58/10 58/17 62/19 64/15 67/21 67/22 76/16
80/16 83/4
**addendums [1]** 72/5
**addition [2]** 11/14 17/11
**additional [3]** 7/14 8/8 8/16
**additionally [2]** 38/9 39/5
**address [4]** 6/24 35/19 108/7 108/12

**A**

**adequate [3]** 6/14 7/15 15/11
**adjournment [1]** 108/17
**adjudicated [1]** 13/24
**administrative [3]** 58/15 59/18 59/20
**administrators [1]** 84/10
**admit [1]** 16/24
**admitted [1]** 15/20
**admittedly [1]** 110/4
**admonished [1]** 5/4
**admonition [2]** 75/8 94/20
**advance [1]** 25/20
**advice [1]** 112/22
**advise [4]** 4/20 7/22 7/25 111/10
**advised [2]** 15/6 15/18
**advisement [1]** 110/1
**advises [1]** 7/19
**advisory [1]** 112/8
**affect [5]** 47/9 48/8 57/20 84/16 90/5
**affected [1]** 50/6
**affiliation [2]** 72/24 73/2
**afforded [1]** 12/11
**after [10]** 16/12 37/7 38/9 47/23 58/6 60/16
60/19 76/2 111/22 111/22
**again [26]** 7/12 12/20 13/6 19/19 21/1 26/8
28/23 31/25 35/17 41/25 45/6 48/14 60/21
61/2 63/4 64/11 64/18 64/21 65/16 66/18 71/4
77/2 81/3 97/13 102/14 110/13
**against [4]** 78/2 101/6 101/6 111/1
**agency [3]** 55/3 80/17 80/20
**agent [10]** 21/12 21/13 21/21 22/1 22/3 22/4
22/4 22/14 33/21 52/19
**agents [2]** 21/7 21/10
**ago [8]** 51/21 60/19 61/17 69/23 83/1 89/6
89/7 100/8
**agree [2]** 23/23 68/24
**agreed [1]** 110/12
**agreement [4]** 18/13 18/16 71/8 71/21
**agreements [7]** 71/8 71/9 71/9 71/20 72/4
72/25 73/2
**Aircraft [1]** 17/9
**airplane [1]** 17/1
**alert [3]** 41/14 41/15 41/20
**Alex [2]** 33/20 52/19
**ALEXANDER [4]** 2/5 4/6 27/24 33/20
**all [40]** 8/22 13/11 25/11 31/1 32/3 32/6 32/21
35/24 36/24 37/7 37/7 38/15 39/9 43/1 44/3
45/20 45/24 46/15 53/17 53/24 56/14 57/4
61/2 68/11 70/25 72/6 77/18 81/1 81/19 84/17
91/15 92/4 92/13 92/21 92/24 94/16 94/22
95/3 103/18 111/7
**allegations [10]** 10/23 40/6
**alleging [1]** 40/5
**allow [1]** 112/2
**allowed [1]** 21/10
**allows [1]** 32/21
**alluded [2]** 34/12 34/13
**almost [3]** 49/11 68/6 68/25
**alone [1]** 102/1
**along [6]** 4/9 28/2 43/10 48/6 73/22 77/18
**already [17]** 11/25 12/17 34/8 35/8 35/11 36/9
37/13 37/13 37/14 37/18 38/9 41/10 46/9 64/3
74/19 90/22 94/20
**also [41]** 6/8 6/16 7/22 10/10 10/13 11/22
12/15 12/19 12/22 13/10 17/9 18/24 19/10
20/3 20/14 21/6 21/13 33/21 36/2 40/4 42/8
43/2 46/23 47/24 48/14 57/12 58/2 61/11
64/22 71/19 72/1 72/25 75/16 79/15 88/1
90/12 91/12 91/25 93/4 99/23 110/19
**alternates [4]** 26/5 111/12 111/12 111/23
**alternative [1]** 7/13
**always [4]** 30/24 43/18 50/10 102/24
**am [19]** 17/13 18/17 35/25 38/5 38/7 43/4
59/11 67/7 80/18 87/21 89/17 90/7 102/3
103/21 110/6 110/14 110/25 111/4 112/1
**Amendment [1]** 112/6
**AMERICA [3]** 1/9 4/4 27/21
**amount [1]** 35/23
**Ana [5]** 1/16 1/20 2/11 4/1 58/19

**Andre [13]** 9/16 10/10 11/3 11/5 14/1 20/15
26/3 26/16 28/2 29/13 40/12 40/15 40/17
**Andre's [3]** 9/18 14/7 14/21
**Angeles [9]** 2/8 8/21 13/13 18/9 18/18 57/1
87/22 88/2 88/7
**animal [1]** 56/2
**annotations [1]** 6/21
**annual [1]** 81/5
**another [4]** 22/13 31/23 50/10 58/8
**answer [22]** 31/10 31/25 35/14 35/15 36/3
36/5 43/5 43/9 44/25 45/2 45/4 45/5 45/17
50/15 59/3 69/14 74/17 82/18 87/11 98/14
98/14 103/21
**answered [6]** 34/8 35/8 35/12 50/24 64/3
82/20
**answering [1]** 22/2
**answers [7]** 34/6 36/15 39/20 50/13 69/13
87/9 98/12
**anxiety [1]** 38/24
**any [109]** 5/12 7/24 8/2 9/2 9/22 10/14 10/17
14/25 15/14 15/21 18/2 20/13 20/20 22/14
24/12 26/18 28/17 28/23 29/7 29/10 29/12
29/13 29/15 29/18 30/5 30/8 30/10 30/19
32/17 32/18 33/1 34/7 34/24 35/3 36/3 36/8
36/15 37/3 38/24 40/17 40/18 40/22 41/19
42/9 42/13 42/15 42/21 42/22 43/6 43/25 47/3
47/15 51/19 51/21 52/3 53/2 53/2 53/18 54/13
54/14 55/7 56/17 56/23 61/17 61/20 62/12
62/13 62/20 63/8 63/22 65/14 71/13 72/11
75/9 75/10 81/20 82/16 82/17 83/5 83/8 83/8
83/10 83/13 87/8 87/9 87/11 88/6 88/8 88/19
92/5 93/14 95/2 98/11 98/12 98/16 99/19
100/10 100/11 100/11 101/2 102/20 102/25
104/10 104/14 108/17 108/19 110/15 111/3
111/21
**anybody [25]** 12/18 36/5 36/22 37/5 41/9
42/18 51/23 59/15 60/6 61/5 65/19 67/4 70/10
70/11 70/21 70/22 71/1 77/8 77/10 77/13
77/16 77/22 78/16 92/4 102/15
**anymore [1]** 20/22 69/19
**anyone [6]** 28/9 28/11 28/13 33/7 65/16 75/9
**anything [99]** 5/13 7/10 9/11 9/25 10/8 11/25
12/2 12/5 12/16 12/18 12/18 15/19 19/24
22/16 22/20 28/9 28/11 28/24 29/8 29/10
29/11 29/17 29/19 29/19 30/6 30/8 30/15
30/16 35/4 35/18 36/10 36/11 36/18 36/20
37/19 37/20 37/22 37/25 40/7 41/21 42/11
42/23 44/12 46/2 46/13 47/1 47/8 48/6 49/8
50/17 51/16 51/25 52/25 53/15 53/23 54/9
55/5 56/19 56/24 57/3 57/19 58/20 61/9 67/14
72/10 73/17 73/20 73/22 75/22 77/7 78/9
78/11 78/25 79/2 82/4 83/8 87/17 89/8 89/14
89/21 89/22 90/1 90/13 93/20 98/20 98/21
98/24 98/24 98/25 99/1 99/2 99/18 100/9
100/24 101/4 101/22 104/19 104/20 106/20
**anyway [1]** 42/15
**anywhere [2]** 28/25 34/2
**apartments [1]** 72/5
**apologize [2]** 53/7 76/25
**appear [2]** 19/1 110/9
**APPEARANCES [2]** 2/1 27/22
**appeared [3]** 4/21 5/8 75/17
**appears [3]** 9/9 16/5 19/12
**appoint [1]** 112/8
**appointed [1]** 109/22
**appreciate [14]** 34/9 39/20 50/13 59/5 64/1
68/2 69/6 70/8 73/24 74/16 80/24 93/11
111/25 112/13
**appreciative [1]** 112/11
**appropriate [3]** 24/21 31/8 32/13
**approve [2]** 6/10 55/23
**approximately [4]** 27/3 27/4 33/14 81/6
**arbitration [9]** 47/13 48/5 48/7 48/9 74/2 74/3
74/6 74/13 74/14
**arbitrations [1]** 74/4
**are [92]** 6/17 7/20 8/19 8/22 9/1 9/1 10/14
14/14 22/3 23/13 24/3 24/9 25/6 25/13 25/22
26/3 26/4 26/6 26/9 26/14 28/6 28/23 29/1
29/6 29/14 29/17 29/19 30/14 30/19 30/20

31/20 32/4 32/5 33/5 37/16 38/21 40/1 40/2
40/3 46/16 47/6 51/25 47/19 47/21 50/23 52/17
52/24 55/16 56/2 57/15 58/9 59/24 60/2 64/8
65/5 65/14 66/8 66/11 66/13 67/2 68/11 68/12
68/16 70/14 71/13 71/20 75/2 78/21 80/11
81/25 83/2 87/8 88/14 90/24 90/25 91/15
92/16 93/4 95/2 95/6 97/12 97/12 100/22
100/23 102/15 103/17 105/12 106/17 107/14
107/15 111/9 112/16
**area [1]** 48/25
**areas [1]** 15/10
**aren't [3]** 35/1 41/23 66/14
**argued [1]** 24/9
**argumentative [3]** 24/10 25/8 25/9
**around [6]** 14/2 35/22 36/1 65/3 66/1 101/18
**arrive [1]** 31/17
**article [1]** 14/2
**articles [4]** 11/23 11/25 69/19 69/20
**artist [1]** 60/18
**as [88]** 6/20 10/12 10/15 11/12 12/23 15/12
20/6 23/24 23/25 24/1 24/2 24/5 25/10 25/16
25/25 26/3 29/2 29/2 31/10 31/10 31/25 31/25
32/9 34/12 34/13 35/6 36/6 36/22 37/12 38/23
40/8 40/21 40/22 41/3 41/8 41/24 42/22 43/25
46/9 46/10 47/4 48/7 50/17 52/3 52/5 52/15
52/25 55/8 57/9 58/10 62/15 64/12 68/20 69/5
69/5 70/2 70/9 71/1 71/10 73/10 74/1 74/8
75/20 76/16 79/20 80/18 83/5 84/7 87/10
88/24 90/3 90/4 90/11 91/6 92/16 96/17 98/16
98/19 101/2 101/5 102/24 108/17 109/14
110/10 110/10 110/20 110/20 112/8
**aside [1]** 53/22
**ask [35]** 10/7 10/10 20/14 21/9 23/21 26/23
28/9 28/19 29/5 30/3 31/5 31/9 31/25 34/6
35/3 35/4 35/18 36/13 53/17 57/24 64/2 68/3
70/9 76/1 77/5 85/8 85/15 85/24 86/7 92/1
95/22 96/6 96/13 96/24 105/19
**asked [18]** 30/3 35/9 36/4 36/9 39/23 40/15
53/14 54/14 54/15 60/13 62/15 82/16 87/9
98/10 98/11 98/12 98/15 104/17
**asking [9]** 12/23 13/15 34/8 34/20 103/22
108/16 109/20 109/24 112/1
**asks [1]** 97/7
**aspects [2]** 48/5 52/24
**Assembly [3]** 9/6 29/23 30/1
**assignment [2]** 56/4 57/2
**assist [2]** 47/25 84/5
**Assistant [6]** 2/4 2/6 2/10 33/18 33/20 52/18
**assisted [1]** 76/21
**associated [1]** 33/3
**Association [1]** 57/13
**assume [2]** 13/13 68/10
**assuming [2]** 25/19 41/1 41/21
**assure [4]** 61/1 62/4 77/18 104/22
**ATF [1]** 91/6
**attached [2]** 16/17 18/12
**attempt [1]** 27/6
**attendance [1]** 50/6
**attention [1]** 61/16
**attorney [16]** 2/3 2/4 2/6 2/10 18/10 22/25
23/5 33/19 33/20 52/19 55/2 63/16 63/20
109/13 109/19 110/10
**Attorney's [11]** 9/17 13/10 13/12 14/11 14/16
14/20 54/24 55/4 56/19 100/19 100/23 100/25
**attorney/client [1]** 18/10
**attorneys [5]** 35/10 63/10 70/20 72/11 75/3
**attractions [3]** 92/22 92/23 92/25
**auditor [1]** 65/25
**August [2]** 38/11 38/11
**August 19th [1]** 38/11
**August 20th [1]** 38/11
**AUSA [1]** 9/16
**authentication [1]** 20/6
**available [1]** 15/8
**AVENATTI [34]** 1/11 4/4 4/9 5/20 7/12 10/9
11/15 15/16 16/5 16/12 17/7 18/2 18/19 19/23
20/14 27/21 28/2 28/12 29/23 29/25 30/9
30/17 34/14 36/11 36/20 62/9 63/16 77/11
102/16 107/20 107/23 108/7 108/10 108/14

**A**

Avenida [1] 2/15
avidly [1] 64/21
avoid [1] 44/6
awaiting [1] 33/5
aware [1] 51/6
away [3] 7/5 30/17 70/11
awfully [1] 20/24
awry [1] 67/25

**B**

B.G [5] 27/13 61/24 62/1 85/17 85/18
B.Go [4] 97/25 99/5 106/7 106/13
B.S [3] 98/4 102/3 106/16
back [26] 4/21 5/7 5/10 6/8 18/15 29/3 30/21 50/11 57/1 62/24 68/3 68/11 69/9 69/10 71/3 73/25 80/18 91/16 91/18 92/15 92/15 94/23 107/5 111/10 112/15 112/24
background [8] 31/7 60/24 66/11 66/19 98/21 98/24 99/1 104/16
backgrounds [1] 65/20
backup [2] 38/18 39/9
bad [3] 56/18 78/10 100/18
bank [1] 17/7
bankruptcy [1] 35/10
bar [5] 10/5 13/17 15/7 25/3 110/7
Barela [1] 19/3
Barela's [2] 18/12 19/1
barrier [1] 32/12
base [1] 66/2
based [12] 32/18 37/2 41/5 43/8 43/24 44/2 46/5 54/13 66/18 66/23 74/24 77/20
baseless [1] 10/23
basic [1] 54/8
basically [5] 14/6 24/20 40/1 44/6 109/24
basis [6] 22/6 49/11 65/24 71/2 72/18 109/20
be [196]
be Juror [1] 5/3
Beach [1] 90/23
bear [1] 16/2
became [2] 80/15
because [21] 12/17 28/20 31/22 37/16 39/15 42/2 42/15 44/6 50/7 51/2 53/3 60/18 60/24 61/6 62/15 65/6 68/18 74/12 77/14 95/7 103/2
been [46] 6/21 7/23 7/25 8/7 8/8 8/12 8/13 10/13 10/22 11/12 13/1 14/8 14/22 27/6 33/7 33/10 35/9 37/13 37/13 37/18 37/21 40/18 40/23 46/17 50/8 56/2 56/5 56/12 63/5 68/19 74/18 77/11 77/22 77/24 78/22 80/16 82/14 83/4 84/11 87/9 87/10 87/18 94/20 98/13 107/7 108/20
before [20] 6/7 13/1 22/22 28/8 36/8 44/15 62/1 63/1 73/22 75/21 80/13 80/15 81/4 87/12 98/10 99/5 99/23 100/10 107/11 108/9
beforehand [1] 52/1
begin [6] 20/18 28/8 31/4 32/2 33/13 37/16
beginning [2] 47/23 74/7
behalf [5] 4/6 4/8 27/22 27/24 28/2
behind [5] 32/12 34/16 46/24 52/21 61/24
being [27] 7/10 15/20 17/20 34/3 34/4 44/21 48/2 50/18 51/16 60/12 69/5 69/25 71/13 85/4 85/11 88/10 88/20 89/4 89/21 89/22 89/23 90/15 98/15 98/22 110/24 110/24
belief [2] 8/25 68/8
believe [43] 6/7 7/15 8/22 9/5 9/21 10/4 18/4 18/16 19/22 20/7 20/10 21/20 22/10 24/9 25/1 27/5 28/6 33/4 35/22 36/3 39/21 44/20 45/10 45/10 45/16 51/5 57/8 57/9 64/12 64/13 65/2 65/3 65/4 68/17 69/4 69/17 75/24 77/13 90/22 97/9 102/22 108/11 112/6
believed [1] 15/19
believes [1] 70/10
benefit [4] 95/7 110/19 112/9 112/9
Berkeley [1] 101/20
besides [1] 46/4
best [3] 45/13 45/17 71/3
better [5] 9/1 11/20 31/23 44/17 62/5
between [7] 9/7 9/7 46/13 66/10 71/8 72/25

**C**

C.D [4] 27/13 53/8 86/14 97/8
C.M [8] 27/14 51/25 61/6 78/22 79/20 86/18 97/16 106/6
C.P [4] 98/2 99/22 103/9 106/15
CA [1] 1/20 2/8 2/11 2/15
CALIFORNIA [4] 1/5 1/16 4/1 101/19
call [6] 22/10 24/19 25/14 31/15 65/14 92/5
called [5] 5/17 30/10 67/11 82/24 84/11
calls [1] 109/14
came [3] 14/4 58/6 60/15
can [56] 6/4 6/24 6/25 7/15 8/6 9/3 11/14 11/20 15/24 16/9 16/24 17/6 17/19 17/23 18/15 19/11 19/21 20/8 22/23 29/2 35/15 35/19 36/23 39/22 39/23 44/10 49/24 49/24 49/24 65/9 65/11 61/24 62/4 62/24 64/4 69/7 69/5 69/9 69/15 71/4 71/6 71/9 71/15 73/3 77/18 77/24 77/25 79/17 81/22 93/17 94/24 104/22 104/22 106/23 107/17
can't [9] 12/4 25/4 39/9 39/25 42/13 44/7 94/12 94/16 110/9
candor [5] 31/22 34/9 63/25 67/6 103/5
capacity [4] 8/24 9/3 15/6 110/10
card [1] 37/15
care [1] 29/21
carefully [1] 31/9
Carlos [6] 21/12 21/13 22/3 22/4 33/22 52/19
Carlson [2] 64/14 65/15 93/12 104/13
cars [1] 50/5
case [124]
caseload [3] 56/5 56/6 56/7
cases [11] 34/24 34/25 35/1 37/11 40/2 40/2 42/15 44/24 47/25 48/3 59/22
catch [3] 44/5 48/14 65/11
cause [13] 38/18 38/24 39/8 39/17 40/9 47/3 49/16 75/21 81/9 99/19 100/10 101/1 102/20
causes [2] 87/19 98/18
CDC [1] 44/19
Cefali [2] 4/10 28/3
Center [2] 40/17 40/19 59/13
CENTRAL [4] 1/5 40/16 40/18 59/13

110/24
beyond [4] 11/24 11/21 28/16
bias [2] 101/2 101/6
big [3] 38/19 41/8 66/3
bill [2] 60/17
bit [7] 24/15 31/1 31/6 58/18 67/3 95/7 107/15
blank [2] 76/18
blew [1] 78/3
blood [2] 42/23 42/24
Bloods [1] 94/9
Blue [1] 94/9
boards [1] 73/19
books [1] 6/13
border [1] 88/16
both [4] 19/20 50/5 85/9 89/18
bother [3] 62/10 62/20 63/22
bothered [1] 104/19
bottom [1] 14/19
Boys [1] 78/2
branches [1] 90/13
BRANDON [1] 2/4
break [4] 25/15 74/20 75/7 107/14
Bredahl [2] 29/1 29/20 30/18 111/10
Bredahl's [1] 47/7
BRETT [5] 2/9 4/5 27/23 33/18 70/23
briefly [9] 20/21 22/24 23/16 81/23 82/10 82/11 102/8 108/9 111/15
bring [3] 11/19 27/8 57/5
broken [1] 50/14
brought [2] 15/21 77/11
building [6] 2/10 34/24 89/4 89/5 100/5 100/6
bumped [1] 58/6
burden [5] 8/22 38/18 38/20 39/11 53/3
burrowing [1] 14/19
business [2] 83/22 83/23
buy [4] 16/14 16/16 17/9 17/16
buying [1] 17/15

ceremonial [5] 8/24 9/2 15/5 15/13 15/14
certain [2] 81/11 92/6
certainly [5] 12/12 59/4 70/21 108/2 112/10
CERTIFICATE [1] 113/6
CERTIFIED [1] 1/9
certify [1] 113/8
cetera [1] 10/15
chair [2] 47/7 47/8
challenge [2] 31/20 75/21
challenges [6] 31/16 81/9 81/20 84/24 106/5 111/13
chance [2] 50/10 50/18
change [4] 12/2 24/13 33/1 38/15
changed [1] 36/21
charge [2] 92/21 93/1
charged [1] 77/11
Chargers [3] 62/2 62/16 62/23
charts [1] 6/17
check [9] 18/8 18/18 79/11 79/22 82/1 85/5 85/19 86/2 96/1
checked [2] 9/8 9/9
checking [1] 8/24
Chief [1] 2/5
children [1] 102/25
choose [3] 32/5 32/23 34/11
choosing [1] 88/9
citizens [1] 30/25
civil [8] 35/9 48/9 99/8 99/10 99/11 99/13 99/18 110/25
claim [2] 79/25 80/1
claimed [1] 11/1
claims [1] 78/2
class [2] 67/22 78/23
class-action [1] 78/23
classroom [1] 49/5
classrooms [1] 50/6
clause [2] 74/3 74/15
clean [1] 6/22
clear [10] 23/13 25/22 45/2 105/11 109/18 110/8 110/13 110/13 112/1 112/14
clearly [1] 14/14
Clemente [1] 2/15
clerk [5] 15/4 25/21 27/18 35/21 87/25
Clerk's [1] 58/19
client [3] 18/10 18/19 104/3 109/15
clients [6] 32/24 40/5 66/1 66/24 71/7 84/1
clients' [1] 23/9
close [5] 33/2 33/6 34/2 49/16 90/24
closely [1] 70/24
closing [1] 15/22
CNN [2] 65/9 93/7
co [1] 109/2
co-counsel [1] 109/2
coach [2] 84/7 84/8
Code [1] 113/9
collapse [2] 86/10 97/13
college [3] 54/4 54/9 58/6
colloquy [1] 9/6
color [1] 103/24
come [31] 7/2 20/16 30/4 34/1 37/11 37/21 39/6 40/24 41/2 41/13 41/14 41/15 41/22 42/1 42/2 52/2 52/25 59/21 62/8 63/6 66/17 67/7 79/25 84/15 101/5 103/19 104/2 107/5 111/10 112/15 112/24
comes [11] 41/18 41/19 42/3 42/7 43/21 44/19 49/1 60/11 72/11 73/12 92/22
comfortable [2] 35/19 41/23
coming [13] 5/7 39/4 41/11 65/7 82/1 85/18 86/1 86/9 95/25 96/9 96/16 97/10 105/23
comment [2] 5/12 8/2
commentators [1] 92/6
comments [4] 9/15 10/17 14/25 112/13
comments/social [1] 9/15
committee [3] 82/21 82/23 83/6
communicate [1] 23/10
communicated [1] 30/5
communication [1] 13/23
communications [1] 10/2
comp [1] 79/23

**C**

**company [1]** 47/13 61/13
**compared [1]** 53/12
**compassion [1]** 49/23
**compensation [2]** 73/5 73/8
**complaining [1]** 6/12
**complete [2]** 27/4 107/17
**completed [1]** 101/14
**completely [1]** 111/4
**compliance [1]** 92/21
**complied [1]** 6/15
**Compton [1]** 49/7
**concentrating [1]** 81/16
**concept [1]** 64/24
**concern [2]** 32/15 40/9 47/3 63/22 68/6 87/19 98/18 100/10
**concerned [2]** 104/5 110/25
**concerning [1]** 81/15
**conclusions [4]** 32/17 66/17 66/23 66/25
**conduct [3]** 6/1 7/17 7/24
**conducted [1]** 32/21
**confer [2]** 24/16 25/3
**conference [3]** 81/8 81/24 113/13
**conferring [9]** 10/19 15/4 19/8 25/21 27/18 96/23 97/6 105/25 107/1
**confirm [1]** 112/19
**confirmation [1]** 70/24
**confirming [1]** 112/16
**conflict [2]** 68/15 109/5
**conformance [1]** 113/12
**confuses [1]** 65/6
**connection [3]** 75/1 76/15 91/2
**consist [1]** 106/6
**constitutional [1]** 87/14
**constraints [1]** 22/18
**consult [1]** 109/15
**consulting [2]** 83/24 83/25
**contact [6]** 4/13 27/6 33/2 33/6 33/9 49/16
**content [1]** 69/20
**context [2]** 65/5 102/7
**contingent [1]** 112/11
**continuance [2]** 7/13 8/17
**continuation [1]** 49/20
**continue [1]** 7/15
**continued [3]** 3/4 5/5 80/17
**contract [5]** 71/11 71/13 73/18 74/3 74/14
**contracts [11]** 71/1 71/23 72/1 72/23 73/1 73/1 73/15 74/11 74/23 75/1 75/4
**contributing [1]** 67/24
**convicted [1]** 56/2
**convinced [1]** 68/12
**cop [1]** 50/5
**corner [4]** 57/25 62/25 69/10 79/16
**correct [39]** 22/3 23/13 44/9 45/21 46/21 46/22 47/14 48/16 48/18 51/7 52/9 53/9 53/10 59/19 62/16 63/9 64/23 68/23 74/9 78/14 80/12 87/21 87/23 88/3 88/14 89/20 90/9 92/13 92/14 95/11 99/6 99/23 99/24 100/1 100/21 101/21 102/10 102/11 113/10
**corrections [2]** 88/5 94/3
**correctly [6]** 43/3 43/9 53/8 71/14 88/13 89/18
**corroborates [1]** 17/12
**cost [1]** 27/5
**could [18]** 6/6 11/17 14/7 24/12 37/6 37/23 38/15 40/24 40/25 41/17 57/24 58/7 59/6 78/2 83/10 102/18 106/15 111/14
**couldn't [1]** 83/13
**counsel [27]** 2/1 4/9 4/20 9/7 10/19 12/9 19/8 31/22 32/23 33/19 33/21 52/21 81/3 87/9 90/22 96/23 97/6 98/12 105/25 107/1 109/2 109/4 109/7 109/22 112/9 112/17 112/19
**country [2]** 66/1 101/18
**county [16]** 8/23 18/9 18/18 55/16 55/19 57/1 57/2 57/12 59/10 60/2 66/2 87/22 88/7 100/19 100/23 100/25
**couple [16]** 23/11 25/2 28/21 29/6 31/24 35/13 36/3 57/24 60/16 60/19 64/2 68/3 71/2 73/12 76/14 90/21

**course [5]** 15/20 44/24 46/4 59/4 74/4
**courses [2]** 54/8 54/7
**coursework [1]** 67/21
**court [57]** 1/4 6/10 7/22 7/25 8/5 9/8 10/16 13/1 14/9 15/4 16/20 21/22 22/24 23/20 23/21 25/21 26/22 26/23 27/18 31/14 32/9 32/20 33/1 34/25 35/19 41/15 41/20 48/18 48/22 52/15 55/1 55/3 57/10 76/16 74/4 76/5 77/11 78/2 85/8 85/15 85/24 86/7 88/25 95/22 96/6 96/13 96/24 97/8 105/19 108/8 108/12 109/5 109/22 110/9 112/2 113/18
**court's [6]** 6/8 8/5 40/20 108/18 111/3 112/7
**Court-appointed [1]** 109/22
**courthouse [11]** 1/19 2/7 8/21 33/3 33/12 37/12 46/20 47/2 76/16 96/17 97/11
**courthouses [3]** 37/12
**Courtney [2]** 4/10 28/2
**courtroom [21]** 8/25 9/2 10/11 12/8 15/5 15/13 15/14 21/5 29/4 29/7 30/18 30/21 31/2 33/9 34/17 37/9 41/6 46/20 76/16 82/15 87/10
**courtrooms [1]** 37/12
**covenants [1]** 71/14
**cover [1]** 12/20
**coverage [1]** 80/23
**covers [2]** 19/22 20/10
**COVID [11]** 7/14 7/18 7/21 8/1 20/19 33/4 33/5 33/5 33/8 44/20 83/4
**COVID-19 [9]** 7/14 7/18 7/21 8/1 20/19 33/4 33/5 33/5 33/8
**CPA [5]** 65/20 66/9 67/1 67/2 71/10
**create [1]** 49/22
**credibility [1]** 60/6
**credit [3]** 5/5 60/24 61/18
**crime [2]** 67/20 77/17
**crimes [1]** 70/11
**criminal [28]** 2/5 33/23 35/11 45/20 45/23 45/25 49/10 52/6 52/18 52/22 52/23 53/1 53/12 53/12 54/23 54/17 58/8 89/2 99/8 99/12 99/12 99/15 99/20 99/25 109/19 110/18 110/24
**criminology [1]** 54/4
**critical [1]** 13/15
**critically [1]** 110/25
**Cronkite [1]** 7/15
**cross [2]** 12/25 17/18
**cross-examination [1]** 17/18
**cross-examine [1]** 12/25
**crystal [1]** 110/13
**CSI [1]** 45/20
**CSIs [1]** 45/24
**Cummings [2]** 4/10 28/3
**cured [1]** 28/6
**current [6]** 56/4 56/23 59/25 103/22
**currently [8]** 7/19 33/22 47/12 75/25 80/11 83/22 89/19 90/8
**curriculum [1]** 54/8
**customer [1]** 60/14

**D**

**D.N [4]** 82/6 86/19 97/17 106/6
**D.V [10]** 27/17 46/17 46/19 57/24 58/1 73/25 76/13 76/15 86/8 86/9
**daily [3]** 14/4 49/11 65/24
**database [4]** 41/2 41/14 42/10 59/15
**date [2]** 38/10 113/15
**dates [1]** 47/21
**Daubert [2]** 5/23 6/2
**daughter [8]** 87/21 88/6 94/1 94/7 94/17 95/2 95/7 103/1
**day [18]** 1/12 20/22 22/13 22/24 27/3 38/5 38/14 38/22 39/6 48/12 48/12 42/12 50/19 50/19 66/22 66/22 74/12 102/13 107/6
**days [7]** 33/8 37/14 38/23 39/5 39/15 41/12 96/17
**deal [6]** 7/20 49/11 63/13 72/7 72/14 74/25
**dealing [4]** 26/3 26/3 50/20 56/8
**deals [2]** 5/17 50/18
**dealt [1]** 5/24
**DEAN [2]** 2/14 2/14 4/8 28/1

**debt [2]** 71/9 71/14
**decent [2]** 81/17 82/9
**decide [3]** 31/23 41/5 44/7
**deciding [3]** 44/12 45/9 46/12
**decision [4]** 44/13 77/20 102/21 103/2
**decisions [1]** 111/4
**declarant [2]** 12/24 13/1
**declined [1]** 6/1
**defendant [26]** 1/12 2/13 17/10 17/13 19/3 19/8 20/22 31/16 31/19 34/14 34/19 36/25 37/4 40/5 52/21 68/12 79/18 83/11 87/14 91/17 96/23 97/6 98/23 106/4 107/11 109/10
**defendant's [12]** 9/14 18/10 85/7 85/14 85/23 86/6 95/21 96/5 96/12 96/20 97/5 105/18
**defendants [1]** 59/20
**defense [30]** 5/14 6/12 19/16 22/10 22/11 23/25 24/9 52/21 52/22 73/17 73/20 81/10 87/9 97/7 98/12 105/4 108/11 108/16 108/23 109/7 109/9 109/10 109/12 109/16 109/19 110/24 111/1 111/8 112/2 112/18
**definitely [1]** 50/24
**delay [3]** 108/17 110/14 111/7
**deliberate [3]** 37/2 43/8 91/17
**deliberating [2]** 47/4 94/23
**delta [1]** 7/18
**demand [1]** 74/13
**denied [1]** 112/14
**department [13]** 9/20 9/24 9/25 10/2 33/22 54/23 55/22 57/4 59/12 87/22 88/2 88/8 94/2
**depends [3]** 69/2 71/7 103/20
**deposited [1]** 18/10
**deprive [1]** 109/11
**depth [1]** 54/8
**deputies [1]** 57/17
**deputy [8]** 30/18 33/9 55/2 57/13 58/3 58/6 58/11 76/16
**derail [1]** 110/15
**describe [2]** 23/7 23/8 90/11
**described [3]** 39/13 43/25 83/6
**describing [2]** 50/15 52/11
**description [1]** 50/25
**desk [3]** 41/13 41/23 42/8
**detailed [1]** 34/5
**details [1]** 100/18
**detective [2]** 89/19 90/3
**determination [1]** 92/12
**determine [1]** 33/11 43/24 80/22
**developed [1]** 33/3
**diagnosed [1]** 33/7
**did [22]** 4/20 13/11 22/18 24/16 24/18 40/14 51/6 68/24 69/23 72/1 76/16 76/20 76/22 79/11 79/15 79/22 80/5 80/6 80/7 80/13 101/9 105/9
**didn't [10]** 4/14 5/13 9/21 13/11 15/21 15/22 58/13 68/19 79/1 79/6
**difference [1]** 6/23
**different [23]** 6/18 6/20 36/6 36/13 37/11 40/2 40/2 46/13 50/16 50/24 52/15 53/23 56/2 70/6 70/13 70/14 70/15 71/8 88/17 90/13 99/12 99/17
**differentiate [1]** 110/23
**differently [5]** 36/16 50/25 51/19 53/3 83/8
**difficult [6]** 39/14 39/19 42/24 46/15 91/18 99/3
**difficulties [3]** 42/22 99/19 100/11
**difficulty [1]** 18/3
**dinner [3]** 94/7 94/12 94/17
**dire [13]** 7/14 7/17 7/24 8/9 8/17 8/18 8/20 10/12 12/18 15/8 20/17 110/20 110/20
**direct [1]** 63/12
**directly [5]** 30/5 63/10 63/11 72/14 75/3
**director [1]** 21/14
**disagreed [1]** 24/21
**discipline [1]** 101/16
**discomfort [1]** 102/21
**discover [1]** 107/6
**discretionary [1]** 21/22
**discuss [3]** 75/9 75/23 94/17
**discussed [1]** 22/24

**D**

discussion [2]  9/3 84/14
discussions [1]  63/12
Disneyland [1]  92/17
disputable [1]  22/12
dispute [1]  11/5
disputes [1]  25/11
disseminated [2]  13/7 13/22
dissemination [1]  11/16
distance [1]  32/23
distancing [5]  8/25 15/10 15/12 32/13 32/22
distinction [1]  21/25
distinguish [2]  66/9 110/23
district [8]  1/4 1/5 49/6 55/2 84/7 100/19
  100/23 100/24
districts [1]  84/3
DIVISION [4]  1/6 2/5 33/23 54/23
do [141]
Docket [7]  5/20 6/2 7/12 8/13 8/16 9/13 15/15
document [1]  91/12
documentaries [2]  103/13 103/15
documentary [1]  103/18
documentation [1]  10/1
documents [2]  9/20 9/21
does [27]  10/17 14/11 16/13 36/5 36/23 38/18
  38/24 56/16 56/17 62/10 62/11 62/12 62/14
  66/21 69/22 75/19 77/10 77/13 77/16 78/23
  81/11 88/4 94/1 95/1 108/10 109/5 109/11
doesn't [7]  12/2 12/4 35/4 37/5 41/22 62/19
  77/8
doing [9]  14/15 14/17 17/16 25/4 29/18 46/17
  56/16 60/16 73/1
don't [52]  4/17 6/19 7/23 10/4 11/2 11/11
  11/17 12/16 16/23 18/2 18/4 21/17 22/6 24/3
  24/5 24/9 25/9 35/9 41/2 42/2 42/14 44/14
  44/14 44/21 44/25 45/8 45/10 45/12 48/24
  49/13 51/1 51/2 51/21 57/8 64/13 69/19 69/24
  70/2 70/4 72/14 75/3 76/13 77/1 77/23 81/20
  87/19 93/9 100/4 102/22 105/11 109/3 112/17
Donald [1]  104/3
done [6]  10/12 12/2 12/16 43/18 76/3 110/14
door [1]  17/19
doubt [1]  99/16
down [20]  8/20 12/10 25/19 29/22 30/4 67/7
  69/21 78/5 78/18 82/1 85/18 86/1 86/9 89/13
  95/25 96/9 96/16 97/10 97/12 105/23
downstairs [1]  10/7
downtown [2]  15/6 15/13
dozen [1]  8/4
drafted [3]  8/10 25/1 25/10
draw [1]  32/17
driver [1]  4/24
dropped [1]  60/20
Drum [2]  5/21 7/2
Drum's [1]  5/24
due [1]  39/9
during [9]  15/20 32/3 32/19 47/8 63/16 63/21
  70/25 83/4 89/13
duties [7]  9/23 22/25 23/5 23/8 24/3 24/5 24/9
duty [2]  23/9 38/6

**E**

e-mail [5]  16/5 16/16 16/17 17/11 18/2
E.D [1]  26/15
E.P [5]  27/15 39/21 42/20 68/3 85/3
E.R [3]  98/3 100/14 105/8
each [16]  15/23 20/12 20/15 25/16 26/7 31/13
  32/23 33/25 35/25 36/1 36/9 39/6 69/2 91/14
  105/14 111/12
Eagan [1]  18/19
earlier [1]  84/13
early [2]  20/24 107/15
edification [1]  19/15
educational [2]  66/19 83/25
effect [2]  62/12 104/7
efficiently [1]  30/23
Eight [1]  27/14
eighth [1]  96/20
either [11]  9/21 22/7 22/19 41/9 64/4 76/24

**E**

87/16 98/13 102/12 109/21 112/18
Eleven [1]  27/16
eligibility [2]  80/21 80/22
else [26]  12/7 14/23 22/16 28/25 29/19 36/20
  37/20 37/25 38/17 39/21 41/21 42/18 44/12
  51/23 54/15 60/6 61/5 65/19 67/4 72/21 73/22
  75/22 77/21 78/16 87/17 102/20
empathy [1]  49/23
employed [3]  9/24 80/16 92/16
employee [5]  9/22 9/23 10/3 73/1 74/23
employees [1]  14/13
employer [2]  38/16 62/15
employment [4]  88/7 89/23 90/3 90/14
end [8]  7/4 31/24 46/6 46/11 46/12 66/12
  81/24 94/12
ends [1]  46/15
enforcement [15]  49/16 49/18 54/25 55/7
  58/23 59/25 60/1 60/3 60/5 88/14 88/21 89/22
  91/23 95/2 95/6
engine [1]  78/3
engineering [1]  92/16
enjoy [3]  30/24 67/19 67/20
enough [2]  57/11 61/23
ensure [2]  7/16 42/8
entertaining [2]  46/7 46/10
entertainment [1]  46/4
entirely [1]  112/7
entitled [9]  16/21 22/15 109/4 109/4 109/13
  109/16 109/21 109/22 113/11
episodes [2]  45/20 45/24
equality [2]  82/22 82/24
escapes [1]  28/14
especially [2]  75/4
et [2]  10/15
even [16]  11/2 12/3 12/4 14/21 15/9 18/4
  20/22 42/4 51/10 52/24 61/2 65/10 66/14
  70/24 95/10 108/25
event [2]  9/22 22/14
events [1]  103/22
ever [19]  24/16 28/17 29/13 30/10 35/9 40/18
  40/23 41/18 42/1 46/18 47/6 47/15 47/18
  49/16 53/11 74/25 76/16 79/11 94/9
every [9]  11/23 27/3 36/9 39/6 60/17 64/4
  64/25 70/13 74/12
everybody [1]  21/5 27/10 60/8 70/9 70/19
  77/5 77/18 94/21 106/9
everyday [1]  44/11
everyone [4]  7/16 55/14 65/6 65/6
everything [5]  30/20 39/13 43/13 43/18 44/20
  44/20 66/18 70/18 70/19
evidence [32]  4/19 14/3 16/20 36/24 37/1
  37/2 37/7 37/8 39/6 39/15 40/11 41/4 43/7
  43/24 44/2 44/24 48/8 50/21 62/8 63/15 66/6
  66/17 66/24 68/11 70/14 77/19 83/7 84/15
  91/16 94/22 99/14 101/23
evidentiary [2]  9/14 12/23
exact [2]  23/6 40/1
exactly [17]  17/16 59/9 66/14
examination [2]  17/18 33/13
examine [2]  12/25 87/4
examining [1]  76/3
example [5]  17/7 58/22 60/4 65/8 94/7 104/2
exception [3]  21/6 32/22 49/25
exclude [1]  22/7
excluded [5]  14/2 14/8 16/20 21/18 21/24
exclusion [1]  21/3
excuse [15]  31/14 81/21 81/25 85/3 85/9
  85/16 85/25 86/7 95/23 96/7 96/14 96/25 97/8
  112/23
excused [7]  4/17 4/19 5/17 31/20 81/18 97/2
  112/23
execute [1]  17/17
exercise [2]  84/24 95/17
exercised [3]  9/23 26/6 26/7
exhibit [8]  15/25 16/9 18/1 18/5 18/6 18/8
  20/2 20/4
Exhibit 130 [1]  15/25
Exhibit 141 [1]  18/1
Exhibit 160 [2]  20/2 20/4

**F**

exhibits [5]  9/20 15/16 15/23 16/1 19/22
expanding [1]  43/16
expect [1]  7/2
expenditure [1]  16/23
experience [18]  40/12 45/14 52/14 56/16 57/3
  58/21 70/15 78/9 79/5 80/3 89/8 99/19 100/9
  100/17 100/24 101/5 104/18 104/20
experiences [2]  45/11 99/2
expert [2]  5/21 11/19
explain [4]  11/20 17/6 45/13 72/15
explained [1]  87/12
explaining [1]  43/15
explains [2]  24/15
explore [1]  13/9
exposed [7]  7/23 7/25 10/13 14/22 29/19
  30/14 30/16
exposure [2]  20/13 75/15
external [1]  65/25
extra [2]  60/24 61/17
extrajudicial [1]  13/21

**F**

face [4]  32/11 32/16 32/19 49/1
Facility [1]  58/18
fact [15]  11/3 15/21 61/12 62/18 63/2 63/20
  67/2 77/10 77/12 84/14 95/1 102/18 103/1
  103/23 110/22
facts [1]  70/14
factually [1]  11/1
fail [1]  27/4
failed [2]  5/18 91/12
fair [37]  31/17 34/14 34/14 34/19 35/7 36/23
  36/25 37/4 37/6 37/9 40/10 49/12 50/22 54/10
  57/11 61/2 61/23 66/17 69/1 83/11 83/14
  87/13 88/10 88/21 89/9 89/14 89/23 90/15
  93/17 95/3 95/10 98/22 98/22 99/3 100/12
  100/20 104/23
fairly [2]  16/22 30/23
fake [2]  64/24 65/3
False [1]  107/13
falsely [1]  77/17
familiar [1]  42/4
family [6]  52/14 81/12 88/13 88/19 102/9
  102/19
fan [1]  93/12
fanatic [1]  64/17
far [2]  87/10 98/13
Faretta [5]  109/5 109/25 111/19 112/5 112/18
farther [1]  11/13
father [3]  89/18 89/21 90/2
federal [11]  2/10 55/2 55/3 55/6 88/17 88/20
  88/25 90/8 90/12 90/14 100/2
fee [18]  18/16
feed [1]  14/8
feel [17]  7/23 7/25 10/21 35/18 36/20 37/23
  42/13 43/15 44/22 45/6 51/1 54/15 58/21
  59/24 76/13 87/11 98/13
feeling [2]  44/23 60/9
feelings [8]  49/16 50/17 51/2 52/8 52/12 53/1
  53/4 88/8
feet [1]  15/11
fellow [3]  30/25 46/12 54/14
felons [1]  56/8
felt [1]  79/13
female [1]  58/7
few [6]  22/22 41/12 63/12 79/20 101/18
  107/23
fewer [1]  15/11
field [1]  56/11
Fifteen [1]  27/17
fifth [1]  95/21
fight [1]  111/7
file [4]  6/5 6/6 6/25 8/5
filed [5]  5/20 8/8 8/13 11/3 20/23 21/2 23/4
filing [5]  9/12 10/23 11/23 19/22 23/3
filings [4]  5/19 20/11 21/1 109/9
Filippo [3]  16/6 16/15 17/9
fill [2]  26/7 27/9
filled [3]  34/5 36/14 37/15

# F

**filling [1]** 36/19
**final [7]** 23/21 24/13 42/7 54/18 54/19 54/20 54/21
**finally [3]** 5/16 15/15 28/3
**financial [5]** 38/8 38/20 39/10 39/17 73/5
**find [7]** 25/9 30/22 44/12 46/1 51/9 71/22 91/17
**finding [2]** 35/6 58/5
**fine [9]** 9/10 17/23 74/21
**firm [4]** 66/3 72/14 83/24 83/25
**first [33]** 8/21 12/24 25/2 25/6 25/16 26/4 28/14 33/15 34/1 38/5 38/13 43/12 46/18 47/23 48/10 60/15 60/18 61/6 72/22 73/6 73/20 75/14 82/2 84/25 85/5 85/7 85/9 86/2 86/11 96/1 102/13 102/25 106/9
**five [8]** 25/18 25/20 27/13 69/23 87/7 89/7 98/6 100/8
**floating [1]** 65/3
**flood [1]** 20/25
**floor [5]** 82/2 85/5 85/19 86/2 96/1
**focus [4]** 39/14 39/19 50/4 73/1
**focused [1]** 71/17
**folks [11]** 9/16 64/3 77/24 82/2 84/2 85/5 85/19 86/2 91/14 96/1 104/14
**follow [10]** 36/3 36/4 42/6 53/24 65/15 66/13 92/5 101/24 101/25 102/7
**followed [3]** 70/23 70/24 71/14
**follower [1]** 9/17
**followers [6]** 11/3 11/6 11/8 11/21 13/12 14/15
**following [8]** 12/5 13/18 22/24 29/4 29/25 31/2 34/21 35/5
**Ford [1]** 78/3
**foregoing [1]** 113/9
**form [4]** 49/17 75/9 108/17 110/16
**formal [3]** 23/3 31/4 112/4
**formally [1]** 28/8
**format [1]** 113/12
**former [5]** 9/16 9/22 10/2 14/12 104/3
**Fortunately [1]** 89/12
**Forty [1]** 18/14
**Forty-one [1]** 18/14
**forward [2]** 16/5 28/7
**foster [1]** 55/23
**found [4]** 6/1 10/5 13/17 56/13
**four [7]** 4/13 5/18 26/10 27/13 39/4 83/1 111/12
**Fourteen [1]** 27/16
**fourth [4]** 2/11 34/3 38/22 86/6
**FOX [15]** 2/4 64/3 64/25 65/10 65/19 84/18 92/1 93/4 93/15 103/9 103/15 103/19 103/23 103/24 104/10
**frame [1]** 4/19
**fraud [1]** 24/4
**Frauds [1]** 2/6
**fraudulent [1]** 19/3
**free [1]** 15/18
**freedom [1]** 111/8
**Friday [15]** 4/14 4/24 5/12 5/13 5/18 10/9 28/10 28/12 29/9 29/11 30/7 30/9 36/10 36/12 102/14
**friends [4]** 90/23 90/24 91/18 91/23
**frivolous [1]** 11/2
**front [2]** 67/7 109/3
**frustrating [2]** 50/7 50/11
**full [1]** 80/18
**fully [6]** 13/6 31/10 31/25 32/4 109/8 109/10
**funds [2]** 16/25 23/9
**further [13]** 7/10 9/3 9/11 14/25 19/24 34/7 83/16 84/22 90/18 95/13 103/6 105/1 106/5

# G

**Gardner's [1]** 16/12
**gave [1]** 61/17
**general [7]** 34/22 42/14 54/18 64/2 64/10 64/18 65/12
**generally [8]** 65/8 65/10 70/11 77/5 87/8 102/23 102/24 103/23

**generation [2]** 69/18 70/6
**gentlemen [5]** 65/5 93/5 93/6 93/19 105/22 106/19 107/5 107/15
**get [24]** 5/16 20/18 21/2 21/21 26/4 26/5 29/24 30/21 30/22 36/8 44/16 46/3 47/22 50/11 59/21 70/10 74/13 79/11 83/3 100/17 103/18 104/15 111/12 112/19
**gets [2]** 4/15 34/14 67/23
**getting [2]** 5/5 68/7 68/25
**give [23]** 25/10 36/23 36/25 37/3 37/6 37/9 50/9 50/22 56/18 57/5 60/6 60/23 61/17 63/22 67/3 68/13 74/19 82/18 95/2 95/6 99/2 99/3 107/25
**given [6]** 37/18 38/9 39/15 43/22 57/2 94/21
**gives [1]** 93/20
**giving [1]** 59/3
**glad [1]** 112/21
**go [31]** 10/7 11/17 14/24 18/15 25/4 28/7 28/19 29/22 30/21 41/11 41/12 42/8 42/10 44/11 44/12 45/9 45/12 49/2 49/3 59/6 64/11 67/25 69/9 71/3 72/5 72/22 74/5 91/16 91/18 94/16 109/4
**goal [1]** 25/14
**goes [2]** 11/13 77/17
**going [73]** 7/14 7/20 8/19 12/8 14/18 14/24 16/24 20/12 20/14 20/18 21/13 21/15 21/17 21/22 22/1 25/10 25/17 27/1 27/2 28/6 29/22 29/24 30/20 30/22 31/3 35/21 35/22 35/24 35/25 36/2 36/2 36/4 36/13 40/3 41/12 43/13 45/17 47/19 50/14 50/16 52/14 62/22 66/11 66/13 67/3 68/16 68/17 69/3 70/3 74/18 76/1 79/21 81/25 87/4 87/7 91/22 91/23 95/5 95/22 96/19 97/1 100/17 102/7 102/16 103/18 103/24 106/17 107/14 107/15 111/9 111/9 111/11
**gone [5]** 40/18 69/15 69/20 70/4 108/21
**good [33]** 4/5 4/7 4/11 4/12 27/23 27/25 28/4 28/4 28/5 30/2 33/17 33/17 37/23 38/4 55/14 59/8 59/9 61/8 69/11 69/12 70/1 73/7 79/13 80/7 81/2 82/7 82/8 82/12 82/13 83/9 83/20 98/8 103/21
**gosh [1]** 93/21
**got [19]** 11/21 14/15 22/22 28/3 38/23 45/8 56/24 60/4 64/5 67/22 70/15 70/16 71/2 76/14 79/8 79/22 82/15 88/13 94/22
**gotten [1]** 11/25
**government [52]** 5/21 6/5 10/17 10/19 12/25 13/2 15/2 15/17 15/24 15/24 16/21 24/1 24/7 25/1 27/5 27/22 31/5 31/18 33/14 34/20 37/6 37/10 44/19 52/20 54/22 55/6 55/6 55/6 76/5 83/14 85/23 85/22 86/5 88/17 88/20 90/8 90/13 90/14 95/15 95/20 96/4 96/1 96/19 97/4 99/4 101/6 105/3 105/7 105/25 106/1 106/2
**government's [14]** 21/23 23/12 24/17 84/25 85/12 85/21 94/8 95/19 96/3 96/10 96/18 97/3 105/6 105/24
**graduated [1]** 82/25
**gratuitous [1]** 17/15
**graveyard [2]** 4/15 4/18
**great [1]** 34/23
**greatly [1]** 34/9
**ground [4]** 26/20 32/2 105/10 109/23
**group [6]** 17/8 33/15 35/15 37/15 57/17 70/11
**groups [2]** 30/4 98/10
**guarantee [1]** 39/25
**guess [13]** 14/18 20/2 44/18 45/11 46/1 61/13 66/10 69/17 70/1 76/23 77/17 103/21 111/9
**guide [1]** 56/1
**guilty [6]** 56/13 56/13 68/13 70/10 77/12 91/17
**guys [2]** 34/5 35/11
**gym [2]** 91/1 91/4

# H

**had [33]** 4/24 6/14 8/3 8/13 11/3 11/5 11/8 11/24 23/25 33/2 33/6 38/9 38/14 46/18 44/16 50/3 50/5 56/5 56/6 56/7 57/12 61/11 62/19 75/14 77/23 78/16 79/19 79/20 81/13 100/17

**104/18 107/5 110/19**
**hand [1]** 38/3
**handful [1]** 88/13
**handle [1]** 75/20
**handling [2]** 21/11 21/14
**hands [5]** 42/18 64/5 71/4 72/21 77/24
**hang [1]** 57/17
**HANNA [1]** 2/3
**Hannity [2]** 64/16 104/13
**happen [4]** 11/16 23/19 30/16 41/13
**happened [1]** 70/25
**happens [3]** 42/12 46/6 46/9
**hard [3]** 49/22 49/24 66/10
**harder [1]** 50/19
**hardship [1]** 107/7
**hardships [1]** 42/22
**has [40]** 13/13 13/19 15/6 15/17 24/9 28/9 28/11 28/13 30/12 33/7 33/10 33/25 34/12 36/9 36/21 44/16 44/16 44/23 45/5 45/8 62/9 68/18 69/20 76/5 77/11 77/22 81/13 87/14 90/2 94/20 98/12 106/4 108/10 108/11 108/20 108/21 109/8 109/8 109/10 109/22
**hat [2]** 66/9 66/9
**have [227]**
**haven't [2]** 41/22 63/8
**having [9]** 13/17 14/3 22/20 24/2 40/8 50/19 71/22 88/19 109/11
**he [57]** 4/15 4/16 4/17 4/23 4/24 4/24 4/25 5/5 5/7 5/10 5/10 5/12 6/1 6/16 11/8 11/13 11/24 12/3 12/23 12/23 14/2 16/12 16/13 16/16 16/14 16/16 17/10 21/15 21/17 21/18 35/23 35/24 36/1 58/7 58/9 62/18 63/20 88/4 88/5 94/4 107/24 108/10 108/10 108/11 108/12 109/2 109/4 109/4 109/6 109/8 109/10 109/18 109/21 109/21 109/21 109/22 109/23
**He'll [1]** 21/14
**he's [10]** 4/24 7/5 14/15 17/16 62/24 77/14 94/3 109/18 109/20 109/22
**head [1]** 70/17
**headline [1]** 69/18
**heads [2]** 65/15 93/14
**health [2]** 33/1 33/1
**hear [17]** 4/19 9/6 14/7 28/24 41/5 41/9 41/11 42/9 45/14 48/4 48/9 64/24 66/18 70/14 82/15 91/15 95/5
**heard [34]** 5/25 10/8 10/10 11/24 12/18 20/15 23/15 28/9 28/11 28/13 28/17 29/7 29/10 29/13 30/6 30/8 30/10 33/25 36/11 37/21 40/4 40/15 68/11 70/5 87/18 90/11 93/20 94/1 98/18 98/20 98/25 99/2 107/21 111/14
**hearing [9]** 5/23 6/2 7/9 9/14 11/19 12/23 13/15 50/14 68/14
**hearsay [4]** 18/23 19/9 19/19 20/6
**held [2]** 111/1 113/11
**helped [1]** 76/24
**helpful [7]** 8/7 8/12 23/25 24/2 24/2 24/5 24/8
**helping [1]** 24/8
**helps [1]** 34/11
**her [23]** 17/7 28/3 32/11 39/23 51/16 51/18 51/20 60/20 60/23 60/24 61/10 61/13 61/13 61/14 61/17 61/17 61/20 76/1 76/1 81/21 87/24 88/1 103/3
**here [68]** 4/25 5/2 5/12 8/23 8/23 9/2 11/19 12/20 14/15 14/21 15/14 20/17 22/15 26/16 26/21 27/3 29/8 30/4 30/6 30/9 34/3 34/4 36/11 36/22 36/23 37/5 37/13 37/16 37/21 37/21 38/21 38/23 38/25 39/4 40/8 41/3 44/4 46/10 46/14 47/3 49/12 52/2 53/14 54/20 54/10 55/19 57/20 58/19 60/23 63/15 66/18 68/8 70/10 72/10 72/22 71/2 71/3 75/7 76/15 77/6 77/14 77/16 77/18 78/9 98/16 110/19
**hereby [1]** 113/8
**hesitant [1]** 81/12
**hesitate [1]** 58/25
**high [2]** 42/23 42/24
**him [15]** 4/17 4/18 4/19 5/9 17/13 27/7 29/11 29/13 35/24 43/11 53/17 77/12 109/6 109/7

## H

him... [1] 109/11
hired [1] 58/10
hiring [1] 58/9
his [18] 5/5 11/15 14/10 17/16 19/23 23/2 32/11 40/5 87/14 89/22 90/3 108/11 109/7 109/9 109/10 109/11 109/12 109/15
Hispanas [1] 82/24
history [1] 101/16
hold [3] 53/3 62/7 62/22
Holy [8] 43/11 43/14 43/19 68/8 68/14 68/18 68/18 69/3
home [1] 4/15
homes [1] 55/23
Honda [1] 17/9
honest [4] 45/4 59/3 69/5 93/10
honesty [1] 55/10
Honor [114]
Honor's [4] 19/15 20/3 21/9 112/13
HONORABLE [1] 1/8
hope [2] 76/13 99/13
hopefully [1] 70/17
hoping [1] 62/6
horrible [1] 104/20
hospital [2] 38/19 73/5
hospitals [2] 72/25 73/3
hour [9] 25/13 25/17 33/15 33/25 34/2 55/12 74/19 107/16 112/16
household [5] 38/7 38/20 39/12 76/2 81/5
how [27] 6/9 11/7 11/10 14/24 26/24 37/11 43/14 43/15 43/25 44/10 44/12 44/16 45/9 46/14 47/18 53/19 53/23 63/4 67/23 74/10 75/19 77/5 79/16 80/2 89/6 94/2 109/10
however [1] 35/16
HR [1] 38/17
HSI [1] 88/16
huh [1] 79/13
human [1] 74/22
humor [1] 31/1
hundreds [1] 42/3
husband [2] 53/16 88/1
hybrid [1] 112/3
hybrid-type [1] 112/3

## I

I'd [1] 16/19
I'll [6] 12/22 16/4 29/2 39/25 65/14 112/21
I'm [69] 7/14 8/10 8/24 14/18 14/24 15/6 15/9 16/1 16/23 17/14 17/14 18/15 20/12 20/14 20/21 25/10 26/10 29/22 33/18 35/22 35/24 36/2 36/2 36/4 36/13 40/16 41/8 42/16 43/2 43/13 43/17 44/5 45/2 46/8 47/17 48/14 50/13 57/21 59/2 59/11 61/6 64/17 64/19 65/25 68/17 68/19 69/3 69/5 73/2 73/16 74/23 76/1 76/13 80/21 81/12 87/7 88/12 92/21 93/1 99/12 100/17 102/7 105/16 108/16 108/25 110/7 111/3 111/9 111/20
I've [8] 11/12 35/9 36/4 42/1 42/2 46/18 51/20 56/6
I-N-D-E-X [1] 3/2
identified [2] 15/17 15/24
identify [1] 24/12
ignore [1] 66/11
imagine [1] 6/6
immediate [1] 9/14
immediately [3] 32/25 33/9 41/14
impact [9] 49/11 50/20 51/17 54/10 55/7 83/8 101/23 103/2 108/18
impanel [2] 25/14 111/11
impaneled [3] 111/18 111/22 111/23
impartial [18] 31/18 34/15 34/19 40/10 49/12 54/11 57/9 83/11 83/14 88/10 88/22 89/9 89/15 89/24 94/3 98/18 98/22 100/12
impermissible [1] 8/22
implications [1] 71/11
important [2] 28/22 31/11
imposes [1] 10/1
imposition [1] 9/22
improper [1] 9/15

## I (continued)

IMTS [1] 59/15
inaccurate [1] 24/1
inclination [1] 112/8
inclined [1] 112/2
include [1] 25/18
includes [1] 74/3
including [2] 15/7 29/18
income [3] 76/2 81/5 81/12
incorrect [1] 25/6
Indeed [1] 31/21
indicated [5] 4/23 10/16 25/16 25/25 108/10
Indictment [1] 63/17
individual [11] 20/17 28/13 28/16 29/12 30/10 32/10 32/13 35/2 35/25 67/2 69/3
individualized [1] 36/8
individually [2] 32/9 35/16
Individuals [2] 32/4 32/5
inevitably [1] 30/25
influence [2] 37/3 53/19
influenced [1] 32/18
inform [1] 7/24
information [8] 13/7 14/6 20/13 34/10 36/15 40/19 41/16 80/25
initial [3] 7/19 23/11 25/12
inquire [1] 10/6 55/12 82/9
inside [2] 15/7 44/17
instance [1] 78/13
Instead [1] 33/9
instinct [1] 102/25
instruct [1] 24/3
instructed [1] 53/24
instruction [7] 7/19 20/19 23/12 24/10 24/14 24/17 25/10
instructional [2] 84/7 84/8
instructions [13] 22/19 22/19 22/21 23/2 23/19 23/22 24/13 25/12 43/22 53/25 66/12 101/24 101/25
instructs [1] 7/22 53/20
integrity [1] 31/21
intend [1] 6/22
interactions [2] 49/9 49/9
interest [1] 71/17
interested [1] 67/23
internet [4] 29/18 61/14 65/8 65/12
interpret [1] 71/23
interrogate [1] 20/12
interruptions [1] 12/13
interview [2] 59/20 59/22
intrigues [1] 67/17
introduce [1] 6/22
investigation [1] 13/20 33/23 54/23
invite [1] 31/13
involved [2] 70/23 79/16
Ipsy [3] 51/7 60/14 60/14
ironic [1] 12/3
irrelevant [1] 14/24
IRS [2] 33/24 54/21
Irvine [1] 58/18
is [305]
isn't [6] 22/1 46/10 46/11 74/4 98/19 112/20
issue [8] 6/4 6/7 6/16 14/21 51/1 106/21 107/3 107/10
issues [6] 6/5 7/9 48/23 48/25 50/3 75/10
it [189]
it's [68] 8/25 11/8 12/3 13/17 14/16 16/4 17/15 18/23 20/6 20/24 21/21 23/7 23/25 24/5 25/10 25/14 26/4 26/16 27/4 28/21 31/10 31/20 34/3 35/14 38/16 39/1 40/3 42/4 43/20 44/22 45/6 46/5 50/7 51/7 54/19 54/19 55/1 55/3 56/5 56/20 57/16 59/17 59/17 59/19 63/12 64/11 68/15 68/21 68/25 70/17 70/6 73/18 77/16 82/23 82/23 82/24 82/25 92/12 92/25 99/11 99/14 99/16 101/17 104/16 112/6 112/18 112/20
Item [2] 4/3 27/20
its [1] 14/12
itself [1] 21/1

## J

J.C [1] 4/15

J.Ru [3] 4/23 5/4 5/8
Jack [1] 78/4
jade [1] 56/17
jail [2] 59/21 94/4
JAMES [1] 1/8
JAMS [1] 47/12
job [9] 38/17 42/11 42/12 58/6 59/25 66/22 71/1 73/11 80/8
Joel [1] 18/2
JOHN [1] 1/11 4/4 5/21 27/21
Johnson's [2] 18/9 18/16
joined [1] 57/12
joint [2] 23/4 71/20
Journal [1] 14/5
journalism [2] 69/15 69/23
judge [19] 1/8 5/1 32/10 34/12 36/9 37/19 38/10 38/12 40/15 42/5 45/5 47/19 52/23 53/20 53/24 89/19 89/22 90/4 101/25
judge's [1] 35/21
judges [1] 47/25
judgment [2] 64/12 64/22
judgmental [1] 60/12
Judicial [1] 113/13
Julian [6] 9/16 28/15 28/16 28/17 29/12 30/11
July [3] 1/17 4/1 113/15
jumps [1] 73/17
June [1] 22/24
June 30th [1] 22/24
juror [48] 4/14 4/23 5/3 5/8 5/16 26/15 26/15 26/15 30/12 31/8 36/1 37/23 38/1 40/10 41/24 42/22 47/4 49/12 54/11 66/9 75/14 75/20 75/25 82/3 82/5 83/11 83/14 85/3 85/9 85/16 85/25 88/10 88/22 88/24 89/9 89/15 89/24 90/15 95/23 96/14 96/25 97/8 98/19 98/22 100/12 101/6 102/18 105/20
jurors [48] 4/2 4/13 4/21 5/18 7/20 8/20 8/22 9/5 9/7 9/8 9/18 10/14 14/7 14/22 15/8 20/13 25/19 25/20 26/3 26/10 26/10 26/14 26/16 27/8 27/19 31/14 32/8 33/13 33/15 34/23 46/12 54/14 55/8 68/7 68/25 74/19 75/12 75/16 76/10 94/23 98/6 107/5 107/8 107/9 108/6 110/21 111/10 112/23
jury [52] 3/4 7/19 9/6 22/18 22/21 24/2 24/4 24/8 25/12 25/14 26/2 26/3 27/4 29/23 29/24 29/25 31/4 31/12 31/17 34/11 34/15 34/19 35/7 37/22 38/6 45/19 47/8 60/23 68/11 86/10 87/13 87/18 91/15 94/16 97/13 99/5 99/18 99/20 99/23 100/10 102/15 104/18 106/3 106/5 106/5 106/17 106/20 107/11 107/17 107/19 111/18 111/22
just [83] 4/17 5/10 9/10 10/12 11/14 11/20 12/3 17/3 17/15 19/6 19/15 20/1 20/3 22/9 24/20 28/21 30/17 33/25 34/22 35/1 35/6 39/10 39/10 39/13 39/23 40/6 41/4 41/5 42/6 43/8 43/19 43/25 44/1 44/16 45/2 46/1 46/6 47/9 47/20 48/23 48/24 49/4 49/14 50/7 53/14 53/16 53/23 54/6 54/8 56/16 58/5 59/2 59/11 61/20 64/17 69/24 70/1 70/11 74/23 75/19 76/4 77/10 77/11 78/1 79/6 83/18 87/13 93/10 96/21 102/7 103/13 104/15 106/23 107/15 108/9 110/8 110/13 111/9 111/25 112/13
justice [26] 9/20 9/24 9/25 10/2 35/11 40/17 40/19 48/18 48/21 49/1 49/10 52/8 52/12 52/18 52/22 52/23 53/1 53/12 53/13 56/18 56/20 58/9 59/13 70/23 78/10 78/14
JVS [3] 1/11 4/3 27/20

## K

K.L [4] 27/16 48/12 77/25 86/20 97/18 106/6
Kavanaugh [1] 70/23
keep [4] 13/15 60/8 88/10 94/22
keeps [1] 12/23
kept [1] 15/10
key [2] 9/6 14/21
Killers [1] 67/11
Kim [1] 22/4

JP [6] 27/12 51/5 59/7 59/9 85/9 85/11
JR [6] 1/11 54/3 106/7 106/10 106/12
J.C [1] 4/15

## K

**kind [22]** 38/24 46/14 47/15 47/20 53/11 56/2 56/17 58/25 65/11 66/8 66/23 67/19 67/23 68/8 70/16 73/16 73/19 78/9 78/12 83/22 92/19 101/11
**kinds [1]** 37/11
**knew [4]** 13/10 51/17 51/23 60/17
**know [58]** 6/19 11/17 12/7 13/11 13/22 20/25 21/6 24/19 28/18 29/12 29/20 35/9 35/15 38/7 38/10 39/11 40/21 42/5 43/14 44/14 44/19 44/23 44/25 45/8 46/2 46/4 46/9 46/19 46/23 46/24 48/24 50/4 50/11 51/2 51/6 53/17 59/15 60/11 60/24 61/13 61/13 62/15 63/12 64/21 64/22 67/23 70/4 70/19 76/5 77/8 94/21 102/9 102/19 103/1 103/3 112/20
**know-it-all [1]** 53/17
**knowing [3]** 46/6 47/2 52/1
**knowledge [2]** 20/3 40/25
**known [1]** 51/20
**knows [4]** 13/8 13/21 21/6 61/5

## L

**L.D [6]** 86/25 88/12 90/21 97/21 105/20 105/22
**L.O [4]** 27/17 55/15 86/22 96/14
**ladies [9]** 28/5 29/5 29/16 30/2 31/3 75/8 106/19 107/4 107/15
**lady [1]** 59/7
**language [3]** 23/6 23/24 58/8
**large [1]** 38/8
**last [28]** 10/5 10/9 13/17 25/16 25/25 28/10 28/12 29/8 29/11 30/19 36/10 36/11 36/12 36/15 36/16 36/21 38/6 39/4 40/3 62/5 102/13 102/13 105/18 106/19 107/4 107/7 110/21
**late [1]** 110/21
**law [34]** 2/14 17/8 23/14 25/7 35/21 49/16 49/17 53/9 53/19 53/25 54/25 55/6 58/23 59/24 60/1 60/3 60/5 67/22 72/14 88/14 88/20 89/22 91/22 94/2 94/7 94/17 95/2 95/2 95/6 95/8 101/10 101/15 101/16 109/3
**law's [1]** 88/7
**laws [1]** 53/13
**lawsuit [6]** 77/22 78/20 78/21 78/23 79/21 79/24
**lawyer [11]** 13/19 13/21 23/8 54/19 80/5 80/7 109/14 109/18 110/12 110/24 110/25
**lawyers [6]** 31/5 47/3 63/2 63/5 63/8 74/25
**leadership [1]** 82/25
**leads [2]** 43/14 43/19
**league [1]** 62/16
**learn [1]** 30/24
**learned [3]** 33/6 66/14 66/19
**lease [2]** 72/5 72/16
**leases [1]** 72/8
**leasing [1]** 72/11
**least [15]** 6/9 6/20 7/5 18/3 24/13 24/22 38/22 44/24 47/2 47/7 67/1 77/8 77/9 78/13 79/4
**leave [2]** 102/24 108/12
**led [1]** 69/3
**left [4]** 10/25 14/22 78/10 100/18
**legal [6]** 62/19 73/21 101/9 101/13 101/25 109/20
**legally [1]** 11/2
**length [8]** 37/19 37/24 38/6 40/7 40/13 40/22 87/16 98/17
**less [1]** 69/23
**let [16]** 18/15 28/23 29/16 29/20 30/14 31/6 35/15 42/5 62/6 64/2 70/9 72/22 76/4 77/5 78/4 81/3
**let's [11]** 22/20 27/8 68/10 78/17 91/15 92/5 98/9 106/9 109/18 112/15 112/23
**letter [1]** 78/20
**liberty [1]** 77/2
**life [5]** 43/18 44/1 44/11 68/21 68/23
**lifestyle [2]** 14/3 16/19
**light [1]** 39/3
**like [69]** 13/8 24/5 42/1 44/15 44/15 44/19 44/22 44/23 45/14 45/23 46/11 47/13 48/24 49/3 49/21 50/5 50/10 50/14 51/1 51/1 53/14

**55/11 56/19 56/24 57/16 58/9 58/10 58/15** 58/16 59/24 60/20 60/24 60/9 61/20 62/1 65/11 65/15 67/14 67/17 67/18 68/7 68/25 71/14 72/7 74/7 74/11 78/11 78/19 79/1 79/2 79/22 79/24 82/9 82/24 85/2 90/24 93/23 100/8 102/23 103/17 104/20 105/7 106/22 107/3 107/20 108/1 108/12 108/16
**like that [1]** 48/24
**liked [1]** 11/24
**likelihood [1]** 21/23
**likely [3]** 23/19 63/15 99/15
**likes [2]** 11/13 12/5
**limine [2]** 5/25 6/8
**line [2]** 73/16 73/20
**lines [2]** 43/10 48/6
**listed [3]** 42/23 43/2 48/16
**listen [22]** 29/17 31/9 36/24 37/1 37/8 39/6 39/15 40/11 41/4 43/7 43/11 43/13 43/23 47/9 48/8 50/21 51/18 53/24 67/10 77/19 77/19 101/23
**listening [5]** 37/7 50/25 53/19 94/16 110/20
**literally [1]** 12/2
**litigation [1]** 13/20
**little [10]** 24/15 31/6 58/18 60/6 60/23 67/3 79/20 81/12 95/7 107/15
**live [3]** 33/2 44/1 69/18
**lives [1]** 50/20
**LLC [1]** 71/9
**LLP [1]** 18/19
**load [1]** 4/24
**local [2]** 13/3 55/2
**logical [1]** 25/5
**long [5]** 26/24 37/17 42/25 89/6 90/23
**longer [1]** 37/14
**look [16]** 7/7 8/6 42/9 42/11 42/13 42/15 73/15 73/17 74/2 74/6 74/10 74/13 74/23 92/8 93/9 103/24
**looked [2]** 53/15 60/20
**looking [10]** 11/18 12/7 14/7 18/17 37/3 45/1 45/3 58/7 83/7 111/3
**Los [9]** 2/8 8/21 13/13 18/9 18/18 57/1 87/22 88/2 88/7
**lose [3]** 26/1 105/11 111/19
**lost [1]** 21/2
**lot [13]** 38/18 39/8 40/1 44/15 48/25 49/2 49/3 49/21 50/7 74/13 103/23 108/20 112/20
**lots [1]** 34/24
**lower [1]** 32/11
**lunch [2]** 25/13 107/14

## M

**M.B [3]** 27/17 69/9 69/11 86/23 97/20 106/7
**M.C [6]** 27/12 62/24 63/1 86/12 95/23 95/25
**M.F [2]** 26/15 27/6
**M.F.'s [1]** 27/9
**M.H [4]** 86/24 87/21 94/1 96/25
**M.L [6]** 27/14 79/16 79/16 86/17 97/15 106/6
**ma'am [1]** 82/12
**made [9]** 5/19 18/19 20/11 23/3 27/6 48/21 50/9 58/21 111/2
**mail [5]** 16/5 16/16 16/17 17/11 18/2
**main [3]** 8/21 21/12 73/1
**Mainly [1]** 88/16
**maintain [1]** 32/12
**major [3]** 2/6 54/7 67/21
**majoring [1]** 58/8
**majority [1]** 48/2
**make [32]** 13/20 32/3 34/13 34/18 35/6 39/14 41/3 41/23 43/19 44/13 49/8 59/2 66/21 66/23 66/25 70/20 71/13 73/4 74/4 74/14 77/20 90/2 92/11 99/3 107/16 108/22 109/14 112/1 110/6 111/25 112/4 112/14
**makes [4]** 37/23 77/12 93/21 98/21
**makeup [2]** 60/18 106/3
**making [3]** 22/9 71/21 102/21
**man [1]** 79/1
**management [1]** 72/14
**manager [6]** 47/17 47/24 48/2 74/1 74/8 92/17

**managing [1]** 48/2
**manner [1]** 32/21
**Manny [1]** 78/4
**many [12]** 14/9 34/6 37/11 37/14 37/14 41/17 44/16 52/24 63/24 92/22 93/24
**Marchino [5]** 16/6 16/15 17/10 17/12 17/17 32/19
**mask [2]** 32/5 32/6 32/7 32/11 32/14 32/16 32/19
**masked [1]** 32/10
**mass [2]** 78/19 78/21
**materially [1]** 13/24
**materials [5]** 5/22 6/15 6/17
**matter [2]** 13/25 13/25 15/12 47/10 48/9 52/20 53/25 55/8 60/11 98/23 110/18 113/11
**matters [2]** 21/3 28/3
**may [37]** 10/23 12/10 19/6 22/10 23/15 23/20 31/21 31/24 32/5 32/16 32/16 32/22 33/14 35/3 35/3 41/1 41/16 46/5 46/10 48/4 49/14 52/24 56/14 62/8 62/18 66/6 67/1 68/3 69/4 69/4 78/22 84/15 84/15 103/1 104/2 104/17 111/19
**maybe [11]** 26/25 44/24 45/11 45/13 45/14 50/9 56/10 61/13 98/18 101/1 101/6
**me [40]** 4/16 11/20 15/24 16/2 18/15 28/14 28/23 29/16 30/14 30/18 33/19 34/16 38/8 42/6 43/14 43/19 44/10 45/22 46/7 46/24 48/20 52/21 58/19 63/4 64/2 67/22 68/18 68/18 68/24 69/3 70/9 72/22 77/5 81/3 101/13 107/7 109/4 111/2 112/2 112/10
**mean [9]** 11/9 14/15 24/2 35/4 44/18 69/15 69/22 71/7 71/19
**meaning [1]** 36/25
**means [3]** 12/6 13/22 80/22
**mechanics [1]** 25/22
**media [9]** 9/16 10/15 11/19 28/25 28/25 29/18 30/15 48/17 65/13
**mediation [8]** 47/13 48/5 48/7 48/10 84/11 84/12 84/14 84/15
**mediations [1]** 47/16
**medical [4]** 73/5 73/19 80/1 80/22
**meet [2]** 24/16 25/2
**meeting [1]** 58/7
**member [3]** 67/24 110/7 110/10
**members [5]** 45/19 88/14 88/20 102/9 102/19
**membership [1]** 57/20 83/3
**memorable [1]** 76/19
**mention [4]** 11/2 40/14 40/14 45/6
**mentioned [18]** 11/22 12/3 13/16 35/6 37/11 38/13 44/5 44/15 45/5 45/20 51/5 52/7 54/4 100/16 101/9 107/24 109/10 110/22
**MICHAEL [5]** 1/11 4/4 27/21 34/14 102/16
**Michelle [5]** 51/7 51/9 51/11 51/13 51/24 60/13 60/17 61/5 61/9
**microphone [2]** 35/22 45/18
**middle [1]** 109/23
**might [13]** 4/17 31/23 35/13 41/15 42/9 51/10 53/2 57/20 63/11 99/3 102/14 102/19 107/7
**million [3]** 16/15 18/10 18/20
**mind [6]** 4/19 43/15 48/20 49/19 52/11 76/18
**minded [1]** 77/19
**Minds [2]** 45/21 45/25
**minority [2]** 48/25 58/7
**minute [2]** 75/7 108/3
**minutes [9]** 22/22 25/17 26/25 28/21 75/11 87/5 98/5 107/23 107/25
**Miramar [2]** 2/15
**Misdemeanants [1]** 56/10
**misleading [2]** 11/21 24/11
**mispronounce [1]** 53/6
**missing [4]** 4/21 26/9 26/14 75/16
**mistakes [1]** 50/9
**misunderstand [1]** 105/9
**mix [1]** 21/2
**MLD [1]** 19/13
**Moe [1]** 78/4
**moment [4]** 19/6 96/21 106/23 108/13
**Monday [1]** 39/10
**Mondays [1]** 41/11

**M**

money [8] 16/12 16/14 16/15 16/22 17/7
17/14 39/11 70/20
monitor [1] 14/12
month [2] 60/17 73/13
monthly [1] 19/12
months [1] 60/16
more [24] 12/3 12/12 15/14 24/1 24/8 24/14
24/15 24/20 26/6 31/6 38/23 58/22 58/22
59/17 59/19 60/6 67/3 72/13 74/23 76/14 82/3
91/20 92/25 99/15
morning [31] 4/5 4/7 4/11 4/12 4/16 8/11 9/9
20/12 27/23 27/25 28/4 28/5 30/2 33/17 33/18
55/14 59/8 59/9 61/8 69/11 69/12 75/15 82/7
82/8 82/12 83/13 83/19 83/20 84/14 98/8 98/8
mortgage [2] 39/11 39/16
most [7] 21/11 21/14 25/5 35/16 42/14 45/3
81/15
mostly [4] 53/16 63/13 71/18 72/24
motion [6] 6/8 8/17 11/1 11/1 21/3 111/20
motions [1] 5/25
mouth [4] 45/12 56/18 78/10 100/19
move [8] 8/18 8/19 27/8 47/25 75/21 86/12
106/9 106/15
moved [2] 44/4 48/15
moves [1] 7/12
movies [1] 53/16
moving [1] 27/10
Mr [18] 11/6 12/6 14/1 16/18 19/1 21/19 22/8
24/24 68/3 85/25 86/1 92/16 104/17 106/7
106/7 106/7 106/11 106/12
Mr. [117]
Mr. A.P [2] 106/8 106/14
Mr. Andre [6] 10/10 11/3 11/5 20/15 40/15
40/17
Mr. Andre's [1] 9/18 14/21
Mr. Avenatti [27] 4/9 5/20 7/12 10/9 15/16
16/5 16/12 17/7 18/2 19/23 20/14 28/2 28/12
29/11 29/20 30/9 30/17 36/11 36/20 62/9
63/16 77/11 107/20 107/23 108/7 108/10
108/14
Mr. B.G [4] 61/24 62/1 85/17 85/18
Mr. B.Go [3] 99/5 106/7 106/13
Mr. B.S [2] 102/3 106/16
Mr. Barela [1] 19/3
Mr. Barela's [1] 18/12
Mr. Drum [1] 7/2
Mr. Drum's [1] 5/24
Mr. E.P [2] 42/20 85/3
Mr. E.R [2] 104/10 105/8
Mr. J.R [3] 54/3 64/6 79/15
Mr. J.Ru [2] 5/4 5/8
Mr. Johnson's [2] 18/9 18/16
Mr. M.B [4] 69/9 69/11 86/23 97/20
Mr. M.C [5] 62/24 63/1 86/12 95/23 95/25
Mr. M.F [1] 27/6
Mr. M.F.'s [1] 27/9
Mr. M.H [3] 87/21 94/1 96/25
Mr. Marchino [2] 17/12 17/17
Mr. R.H [3] 88/24 92/15 97/23
Mr. S.C [2] 89/17 97/24
Mr. S.K [1] 90/8
Mr. S.P [2] 86/21 97/19
Mr. Sagel [6] 60/13 76/24 82/9 87/5 98/5
108/24
Mr. Sagel's [1] 26/1
Mr. Steward [24] 7/8 9/19 12/3 12/10 12/22
13/2 13/4 18/22 23/1 23/2 24/19 46/24 55/11
74/18 76/2 76/11 83/17 89/14 90/19 98/12
103/7 109/13 112/3 112/8
Mr. Wyman [1] 6/5
Ms [31] 16/12 39/20 44/5 46/19 47/7 57/24
58/1 59/7 59/9 67/7 73/25 76/13 76/15 79/16
79/16 85/9 85/11 86/8 86/9 86/14 86/15 96/7
97/8 97/15 97/22 99/22 106/6 106/6 106/6
106/7 106/10
Ms. [45] 29/1 29/20 30/18 39/10 44/12 48/12
51/5 51/25 53/8 55/15 61/6 65/21 71/4 72/1
72/22 75/24 77/25 78/17 78/22 79/20 81/4
81/11 81/16 81/25 85/16 86/17 86/18 86/19
86/20 86/22 88/9 90/12 93/12 97/11 97/12
97/17 97/18 97/21 103/9 105/20 105/22 106/6
106/6 106/15 111/10
Ms. A.G [3] 72/1 97/14 106/6
Ms. Bredahl [4] 29/1 29/20 30/18 111/10
Ms. C.D [1] 53/8
Ms. C.M [6] 51/25 61/6 78/22 79/20 86/18
97/16
Ms. C.P [2] 103/9 106/15
Ms. D.N [2] 86/19 97/17
Ms. D.V [1] 46/17
Ms. E.P [1] 39/21
Ms. J.P [1] 51/5
Ms. K.L [4] 48/12 77/25 86/20 97/18
Ms. L.D [5] 88/12 90/21 97/21 105/20 105/22
Ms. L.O [3] 55/15 86/22 96/14
Ms. M.L [2] 86/17 106/6
Ms. S.H [6] 72/22 75/24 81/4 81/11 81/16
81/25
Ms. Seffens [1] 78/17
Ms. T.M [3] 65/21 71/4 86/16
MSNBC [1] 65/9
much [16] 11/13 24/3 29/22 45/16 46/3 52/25
56/8 68/1 69/8 70/2 70/20 71/25 74/16 77/4
93/9 105/22
multiple [1] 81/13
Musick [1] 58/18
must [3] 25/15 32/6 77/14
Mustang [1] 78/3
my [68] 8/25 16/1 16/2 25/14 29/7 29/15
30/18 30/25 33/18 33/25 35/9 35/10 35/10
35/16 38/7 38/9 38/17 38/20 39/2 39/9 39/11
39/11 39/23 40/14 40/24 40/25 43/17 43/18
45/17 48/2 48/25 49/7 53/24 54/7 54/21 56/4
57/9 58/5 59/3 64/12 64/22 66/22 67/21 68/6
68/23 69/17 69/24 70/21 71/3 73/1 76/18 81/1
84/6 92/3 104/3 108/16 108/23 109/25 110/17
111/1 111/7 111/7 111/8 111/17 111/19 112/1
112/6 112/16
myself [4] 46/23 52/19 72/13 112/7

**N**

name [13] 28/3 28/14 28/17 33/18 41/3 41/13
41/22 41/22 53/6 70/5 74/2 90/7 102/3
named [2] 29/12
names [6] 41/10 41/18 42/3 42/9 42/14 42/15
narrative [2] 24/1 24/14
narrow [1] 112/21
nature [1] 63/11
necessarily [3] 56/9 63/11 75/2
need [18] 7/24 10/21 16/23 21/13 25/15 26/22
28/19 28/20 29/5 30/20 31/14 35/23 36/21
66/13 70/18 95/14 105/2 110/5
needs [4] 12/16 46/2 73/4 109/14
negative [4] 49/17 52/8 52/12 80/3
neither [1] 22/4
nerve [1] 39/1
networks [1] 103/11
neutral [1] 79/4
never [2] 53/15 60/20
new [25] 25/18 25/20 87/7 98/6
news [22] 30/15 44/6 44/11 44/15 64/3 64/11
64/20 64/24 65/3 65/10 84/18 92/1 92/9 93/4
93/7 93/9 93/10 103/12 103/15 103/17
103/24
next [6] 18/1 25/18 25/18 92/3 107/6 109/7
NFL [3] 62/9 62/9 62/16
nice [2] 58/1 78/12
NICOLA [2] 2/3
night [3] 10/5 13/17 94/16
nine [3] 11/8 22/22 27/15
ninth [1] 97/5
no [130]
nobody [2] 38/17 77/6
none [1] 75/16
nonprofits [1] 84/4
noon [1] 112/16
norm [1] 73/18

normal [1] 67/24
North [1] 2/7
Northern [1] 101/19
not [141]
note [1] 75/13
noted [1] 19/23
nothing [10] 5/14 15/2 54/8 77/21 84/22 90/5
93/9 93/23 95/13 109/16
notice [2] 67/10 79/8
noticed [2] 57/11 69/13
notices [1] 83/3
notify [1] 32/25
now [15] 11/8 20/20 26/17 27/13 38/21 38/22
40/21 68/20 75/20 89/22 98/9 105/16 106/4
109/18 111/20
number [35] 5/19 8/19 9/3 15/16 27/5 31/14
33/10 59/7 69/14 71/18 85/10 85/16 86/8
86/12 86/14 86/15 86/16 86/17 86/18 86/19
86/20 86/21 86/22 86/23 86/24 86/25 87/1
87/2 87/3 95/5 95/24 96/8 97/1 97/9 110/21

**O**

object [3] 10/20 20/5 26/19
objecting [1] 20/2
objection [13] 5/21 8/17 17/22 18/21 18/24
19/5 19/10 19/14 19/19 22/23 23/2 24/25
26/18
objections [1] 23/3
objects [1] 15/16
obligation [3] 10/1 14/12 14/17
obligations [1] 9/22
obstruction [1] 110/15
obvious [2] 46/8 100/22
obviously [14] 21/5 21/23 22/17 31/11 38/22
50/6 50/15 50/23 52/17 52/22 56/12 90/13
102/9 109/14
occasionally [2] 72/25 94/6
occasions [1] 47/7
OCSD [1] 58/3
October [2] 5/25 6/9
October 30th, and [1] 5/25
off [8] 9/1 60/20 61/11 66/8 66/23 87/8 104/4
104/15
off-putting [1] 104/4
office [22] 9/17 13/10 13/12 14/11 14/16
14/20 40/16 40/24 41/2 54/24 55/4 58/13
58/14 58/16 58/19 58/21 59/12 59/21 75/3
100/19 100/23 100/25
officer [4] 55/17 57/9 88/5 94/3
officers [2] 57/15 59/23
OFFICES [1] 2/14
officially [1] 53/15
often [2] 74/10 74/23
Oh [3] 5/4 71/24 82/23
okay [75] 5/16 7/5 7/7 9/13 11/9 15/15 17/23
19/18 22/16 26/9 26/11 27/8 28/19 30/21 38/1
55/25 56/7 56/22 57/19 57/23 58/20 60/22
61/4 62/7 62/18 62/22 63/7 63/14 63/25 64/14
65/2 65/18 66/5 67/10 67/16 68/1 68/10 69/6
71/2 71/6 72/15 74/10 76/7 79/8 79/14 79/24
80/2 80/7 80/19 80/24 81/7 81/18 81/21 82/3
84/13 86/10 91/6 91/11 91/14 92/11 92/24
93/3 93/6 93/25 94/6 94/11 95/1 95/6 95/17
97/12 100/7 105/5 107/12 107/20 108/3
old [1] 100/6
once [6] 20/18 59/21 64/4 64/25 111/18
111/18
one [72] 4/21 5/2 8/19 10/12 10/12 10/18
10/23 11/8 11/23 12/6 13/16 14/1 14/9 14/16
16/2 17/11 18/1 18/14 19/2 19/4 19/13 21/2
21/11 21/13 21/21 25/17 27/5 27/10 27/12
36/9 38/14 40/2 40/3 42/2 42/3 42/6 43/5 43/6
45/19 47/2 49/15 50/4 50/9 54/8 57/6 59/7
62/7 64/5 64/13 66/13 69/13 75/20 76/5 77/9
77/9 79/23 81/21 82/3 83/18 84/16 88/8 91/14
99/14 101/19 102/9 104/7 105/14 106/19
107/4 107/7 107/18
online [4] 12/8 40/19 45/7 47/25

**Q**

only **[28]**  6/23 8/3 11/5 12/19 14/15 19/17
22/2 22/23 25/13 37/1 37/2 37/8 38/5 38/13
40/13 42/10 43/17 43/23 45/2 45/15 46/23
51/20 60/17 64/5 75/4 76/5 93/1 93/6
**open [3]**  4/21 35/19 77/19
**open-minded [1]**  77/19
**opening [17]**  15/17 16/1 16/24 17/3 17/24
18/3 18/5 18/24 18/25 19/10 19/11 19/16
19/20 19/21 20/8 24/22 110/2
**opens [1]**  17/18
**operation [1]**  92/22
**opinion [4]**  35/9 39/2 63/8 69/18
**opinions [4]**  35/10 35/10 49/17 75/9
**opportunity [11]**  6/14 12/11 12/25 13/5 13/9
31/5 31/13 35/18 38/14 84/23 109/6
**opposed [1]**  46/9
**option [1]**  32/4
**Orange [9]**  8/23 55/19 57/2 57/12 60/2 66/1
100/19 100/23 100/25
**order [3]**  6/9 13/6 74/5
**ordered [3]**  8/20 26/16 32/20
**ordinary [1]**  73/21
**Organized [1]**  82/24
**original [1]**  42/6
**other [33]**  13/16 20/20 23/1 30/3 32/24 33/17
34/16 35/4 37/12 45/21 51/19 52/4 52/24 57/6
59/6 61/21 64/20 66/10 68/15 73/19 75/16
79/23 81/20 84/16 88/9 91/21 92/8 93/14
94/15 94/23 103/11 104/8 109/20
**others [1]**  35/4
**otherwise [1]**  68/14
**ought [3]**  20/20 25/3 68/16
**our [38]**  4/9 9/12 17/22 18/5 18/24 19/10
19/16 22/9 25/2 25/2 26/22 32/2 33/15 49/22
50/4 50/5 50/7 55/23 56/20 59/6 59/21 60/2
61/6 66/23 66/25 70/11 73/5 73/21 74/19 75/3
77/23 78/3 78/17 78/18 98/6 102/24 102/25
107/22
**out [44]**  9/8 9/9 10/22 10/25 11/13 12/15
12/22 15/21 17/2 17/5 17/19 22/24 31/1 34/5
36/14 36/19 37/15 42/8 43/21 46/1 46/3 51/9
54/20 55/25 57/17 58/6 59/21 60/15 62/8 65/3
65/5 65/5 70/16 73/5 73/18 73/20 78/3 82/2
85/5 85/19 86/2 91/1 96/1 104/2
**outbursts [1]**  12/13
**outcome [1]**  47/20
**outside [2]**  37/3 91/4
**over [15]**  10/22 21/1 21/1 24/25 28/19 29/7
35/24 42/25 46/17 56/1 56/22 57/4 72/6 86/12
90/3
**overslept [1]**  4/14
**own [11]**  44/13 60/2 64/12 66/11 66/17 66/23
66/25 83/24 92/11 109/9 109/10
**owner [1]**  83/22

**P**

**P.D [1]**  90/23
**p.m [1]**  113/1
**page [5]**  3/3 16/7 16/10 19/17 113/12
**page 9 [1]**  19/17
**pages [1]**  6/2
**pages 11 [1]**  6/2
**paid [3]**  38/5 38/14 38/23
**pandemic [1]**  32/3
**panel [5]**  10/6 11/24 54/19 54/21 111/18
**panels [1]**  98/10
**paragraphs [3]**  23/11 25/2 25/6
**parents [1]**  102/24
**part [25]**  6/8 13/12 25/1 26/22 30/24 31/4
31/11 43/25 52/23 53/18 54/7 56/20 59/24
62/16 68/21 71/1 73/10 78/20 78/21 79/21
83/5 87/16 88/6 88/19 103/1
**partial [2]**  58/22 60/12
**participant [1]**  32/16
**participants [1]**  32/21
**participate [11]**  47/15 79/6 79/22 108/11
108/16 108/22 109/6 109/12 112/1 112/3
112/18

**participated [3]**  13/19 109/9 109/10
**participating [1]**  109/8
**participation [1]**  109/17
**particular [9]**  11/16 37/24 56/23 57/6 65/17
67/17 92/4 93/9 104/11
**parties [11]**  5/9 15/18 25/19 41/15 47/19 53/2
71/9 71/20 74/5 84/23 102/9
**parts [2]**  52/17 88/17
**party [3]**  33/25 77/22 105/14
**pass [5]**  26/2 58/13 73/21 105/10 105/12
**passes [12]**  26/2 85/13 85/22 86/5 95/20 96/4
96/11 96/19 97/4 105/12 105/14 106/1
**past [4]**  56/5 75/15 80/16 96/17
**pastor [3]**  43/3 68/20 69/7
**patrol [1]**  88/16
**pause [4]**  63/22 93/21 95/3 99/3
**pay [1]**  18/9
**payable [1]**  18/19
**PCS [1]**  59/15
**penalty [1]**  15/20
**people [22]**  10/13 11/14 11/17 13/14 15/7
27/3 28/20 34/16 34/23 41/18 44/20 50/18
50/19 53/2 56/1 56/12 69/4 69/4 69/18 69/19
70/10 90/25
**Pep [1]**  78/2
**per [1]**  23/13
**percent [1]**  43/20
**peremptories [1]**  95/18
**peremptory [5]**  26/1 31/16 31/20 84/24
105/12
**perhaps [8]**  8/5 23/21 55/15 66/14 66/19
72/16 111/19 112/20
**period [7]**  17/5 37/17 42/25 57/4 63/16 63/21
112/7
**permission [2]**  8/5 21/10
**permitted [3]**  32/9 32/10 32/22
**person [9]**  5/17 16/16 28/18 28/18 30/4 42/4
81/22 81/22 93/4
**personal [1]**  35/14
**personalities [1]**  104/11
**personally [2]**  44/14 44/21
**perspective [2]**  31/18 31/19
**Phan [9]**  51/7 51/10 51/11 51/13 51/24 60/14
60/17 61/5 61/9
**philosophy [1]**  101/17
**phone [2]**  16/2 24/19
**phonetic [1]**  17/8
**photo [6]**  16/23 16/24 17/1 17/5 17/19 17/22
**physically [1]**  32/23
**picking [1]**  76/13 87/13
**picture [3]**  16/8 16/11 17/12
**place [2]**  12/17 35/24
**placement [1]**  55/24
**places [1]**  36/7
**plaintiff [5]**  1/10 2/2 78/23 79/18 79/19
**plaintiffs [4]**  40/17 40/23 41/19 42/14
**plan [1]**  17/16
**plane [6]**  16/11 16/14 16/16 17/9 17/15 17/16
**planning [2]**  84/6 108/20
**play [2]**  52/25 111/1
**please [16]**  15/25 23/17 27/22 30/17 32/25
44/10 82/2 82/4 85/6 85/20 86/3 86/13 96/2
97/14 106/15 107/8
**pled [1]**  56/13
**plenty [1]**  34/25
**plexiglass [1]**  32/12
**PNS [1]**  59/16
**podcast [2]**  67/11 67/17
**point [16]**  10/22 12/15 12/22 13/16 21/2 36/5
43/17 47/2 50/4 67/24 69/25 73/22 76/6
103/22 106/2 110/6
**police [2]**  50/3 55/2
**policy [1]**  38/17
**political [4]**  54/7 82/21 82/24 103/17
**pool [2]**  5/10 26/23
**portion [1]**  24/12
**portions [1]**  20/4
**position [11]**  25/2 56/23 59/18 59/20 85/16
87/24 95/23 96/8 96/15 97/9 105/21

**positive [5]**  20/16 49/17 79/5 80/3 80/4
**possible [2]**  31/10 108/7
**possibly [1]**  102/15
**post [3]**  48/17 49/1 49/3
**postcard [1]**  79/20
**posted [1]**  12/1
**posts [2]**  48/21 49/10
**potential [5]**  14/6 15/17 35/25 54/14 72/16
**potentially [1]**  37/16
**practical [1]**  15/12
**practice [2]**  32/22 101/15
**practiced [1]**  9/1
**practitioner [1]**  99/13
**pray [4]**  43/10 43/13 43/19 68/13
**precautions [1]**  7/16
**predominantly [1]**  48/25
**preference [1]**  107/22
**prefers [1]**  107/24
**prejudice [1]**  111/21
**prejudicial [1]**  9/15
**prejudicing [1]**  13/24
**preliminary [4]**  22/19 22/21 23/18 107/2
**prepared [1]**  8/3
**preponderance [1]**  99/14
**present [9]**  4/2 4/9 27/19 28/2 38/12 75/12
76/10 107/19 108/6
**presentation [1]**  70/18
**presented [1]**  5/22 44/22
**presently [2]**  25/10 26/9
**President [1]**  104/3
**PRESIDING [1]**  1/8
**pressure [2]**  42/23 42/24
**pretty [5]**  45/16 46/3 56/8 81/11 112/21
**prevent [8]**  44/1 88/21 89/9 89/14 89/23
90/15 98/25 106/20
**prevented [1]**  50/18
**previously [5]**  10/13 10/15 33/23 46/20 102/8
**primary [3]**  22/14 38/7 103/14
**principles [1]**  101/17
**prior [6]**  23/21 51/17 99/18 100/17 104/18
111/4
**private [2]**  35/17 66/1
**pro [1]**  109/4
**probably [12]**  13/14 25/17 35/16 36/6 38/10
45/14 45/15 50/16 52/24 70/4 89/12 90/11
**probation [15]**  40/16 40/23 42/1 55/16 55/21
57/4 57/9 57/15 59/6 59/10 59/12 59/13 59/16
59/23 60/11
**probationers [1]**  56/24
**problem [6]**  14/1 14/19 39/25 40/13 40/21
51/22
**problems [4]**  14/9 20/6 28/6 100/11
**procedure [1]**  12/24
**procedures [3]**  7/20 8/17 12/17
**proceed [7]**  13/2 23/20 25/5 26/17 27/2 33/14
111/11
**proceeding [1]**  13/24
**proceedings [11]**  1/15 26/13 29/4 29/25 31/2
32/9 32/20 76/9 108/5 110/15 113/11
**process [3]**  31/4 34/7 34/18 37/22 43/16
47/18 47/24 48/1 59/13 70/24 87/13 108/21
112/10
**program [1]**  60/16
**programs [1]**  101/18
**prohibited [1]**  12/8
**promise [2]**  34/1 62/23
**promised [1]**  78/17
**pronouncing [3]**  67/8 90/7 102/3
**proper [1]**  109/15
**properly [1]**  18/17
**proportion [1]**  65/5
**propose [3]**  10/6 26/17 110/2
**proposed [4]**  23/12 24/1 24/7 24/17
**proposing [1]**  10/21
**prosecution [2]**  55/1 101/7
**prosecutors [3]**  100/24 101/1 101/2
**prospective [4]**  4/2 9/7 9/8 27/19 75/12
76/10 82/3 82/5 98/6 108/6 110/21
**protect [1]**  102/25

**P**

**prove** [3] 15/13 15/21 15/22
**proven** [1] 44/24
**provide** [10] 9/2 34/10 36/16 43/8 54/15 57/10 73/3 73/4 87/11 109/6
**provided** [8] 19/3 19/16 20/3 33/10 36/16 82/17 87/10 98/13
**provider** [1] 38/7
**psychology** [2] 67/21 67/22
**public** [7] 4/22 9/15 13/22 14/12 15/9 15/10 66/1
**publicity** [2] 13/18 75/15
**pull** [1] 16/2
**purchase** [1] 17/1
**purchased** [1] 16/12
**purpose** [5] 31/6 31/17 34/12 35/5 110/14
**pursuant** [2] 112/5 113/8
**put** [12] 4/18 5/10 9/20 11/15 13/1 26/6 37/15 38/19 64/5 66/9 70/16 81/21
**putting** [2] 104/4 109/15

**Q**

**QA** [1] 48/23
**QAnon** [3] 77/5 77/8 84/20
**qualifications** [1] 5/24
**qualified** [1] 6/1
**quality** [2] 69/20 70/1
**quarter** [1] 107/16
**question** [28] 6/13 26/1 36/4 36/6 36/13 39/22 42/7 42/19 42/21 46/19 51/25 54/14 54/18 54/21 57/7 61/12 64/10 69/14 70/9 76/23 78/17 78/18 84/9 89/21 98/15 101/1 112/21
**questioning** [3] 12/20 32/8 35/5
**questionnaire** [26] 34/5 34/21 36/14 36/19 40/14 41/10 42/20 44/8 46/17 51/6 52/7 52/16 53/8 55/16 57/12 58/2 69/14 77/23 82/21 83/21 88/13 89/18 90/23 91/25 93/4 100/16
**questionnaires** [2] 34/10 34/13
**questions** [41] 8/4 8/4 9/19 28/20 29/6 29/6 29/15 30/3 31/5 31/9 31/24 34/8 34/20 34/22 35/3 35/8 35/12 35/13 35/15 36/16 36/43 43/6 49/15 53/17 54/3 54/13 57/25 64/2 68/4 75/14 76/14 81/1 82/15 83/16 87/8 90/18 90/21 98/9 103/6 105/1
**quickly** [3] 29/2 75/19 110/5
**quite** [1] 56/21

**R**

**R.H** [7] 87/2 88/24 92/15 92/16 97/23 106/7 106/11
**R.R** [1] 26/15
**raise** [3] 71/4 106/22 107/3
**raised** [4] 6/16 38/3 42/18 72/21
**Ramon** [2] 33/22 52/19
**rare** [1] 77/16
**rather** [3] 7/17 14/19 101/16
**re** [5] 11/15 11/16 11/24 13/13 14/1
**re-tweet** [2] 13/13 14/1
**re-tweeted** [1] 11/24
**re-tweets** [2] 11/15 11/16
**reach** [1] 27/7
**read** [14] 6/9 7/18 24/5 28/9 28/11 29/8 29/11 29/17 30/8 36/10 53/8 69/19 70/2 71/15
**reading** [3] 20/19 24/4 43/2
**Reagan** [1] 2/10
**real** [3] 19/2 20/21 75/19
**realize** [1] 94/12
**really** [17] 13/7 25/4 45/12 49/22 49/23 49/24 51/2 60/20 63/8 65/6 67/19 67/20 67/22 79/6 87/13 107/16 109/11
**reargue** [1] 111/3
**reason** [9] 21/12 31/14 43/7 56/23 83/10 83/13 98/16 102/8 109/21
**reasonable** [1] 99/16
**reasonably** [3] 13/21 15/19 33/4
**reasons** [5] 11/18 32/15 42/22 52/15 81/13
**receive** [5] 66/24 73/4 74/1
**received** [3] 14/20

**receives** [1] 9/18
**receiving** [1] 9/9
**recess** [10] 26/11 26/12 75/11 75/18 76/7 76/8 107/18 108/3 108/4 113/1
**recognize** [3] 110/6 110/18 111/5
**reconsider** [1] 23/21
**record** [11] 20/1 22/9 29/14 30/12 50/14 75/13 109/8 110/13 112/1 112/9 112/14
**records** [1] 17/7
**refencing** [1] 42/7
**references** [1] 6/17
**referring** [1] 17/3
**reflect** [2] 29/14 30/12
**reflection** [1] 31/21
**regard** [13] 6/4 6/16 7/14 7/18 9/23 10/9 20/13 20/14 23/1 23/5 25/11 75/15 111/21
**regarding** [1] 9/15
**Regardless** [1] 14/20
**regular** [5] 9/4 9/21 72/18 73/10 103/9
**regularly** [2] 64/4 72/7
**regulations** [1] 113/13
**related** [4] 49/14 71/18 102/9 102/20
**relates** [2] 36/19 48/7
**relationship** [1] 49/22
**Relative** [1] 48/23
**relevant** [1] 41/16
**remember** [7] 41/3 42/2 42/14 75/8 77/1 100/3 100/4
**remembering** [1] 76/25 88/12 89/17
**remind** [7] 10/14 28/23 29/16 30/14 30/19 32/2 63/4
**removal** [1] 32/7
**remove** [1] 32/10
**removed** [1] 6/22
**render** [1] 66/17
**rendered** [1] 103/3
**rendering** [1] 44/1
**renew** [1] 111/22
**renewed** [2] 5/22 23/2
**rent** [1] 72/5
**repeat** [2] 21/1 39/22
**reply** [4] 6/5 6/7 6/25 7/8
**report** [7] 10/16 29/1 30/18 33/2 33/11 49/25 50/2
**reported** [2] 12/19 113/10
**reporter** [2] 14/4 113/18
**REPORTER'S** [1] 1/15
**reports** [3] 19/13 42/1 59/16 59/16
**represent** [3] 52/20 54/24 112/7
**representation** [1] 9/16
**represented** [1] 54/22 112/17
**representing** [1] 55/5
**request** [12] 5/23 8/8 8/13 8/18 9/11 9/14 24/14 108/18 108/22 109/1 110/1 112/4
**requested** [2] 5/10 23/25
**require** [1] 13/9
**required** [3] 32/7 32/11 57/18
**requirements** [2] 6/15 71/16
**research** [4] 28/24 29/18 30/19 75/10
**reserve** [1] 73/3
**residency** [1] 73/19
**resolves** [1] 25/11
**Resort** [1] 92/17
**resources** [1] 74/22
**respect** [6] 10/2 23/9 23/9 26/22 108/21 111/21
**respectful** [1] 35/23 111/5
**responded** [2] 30/13 75/14
**response** [5] 7/7 20/16 25/25 28/21 54/16
**responses** [1] 29/14 82/17
**rest** [2] 72/11 104/11
**restorative** [1] 84/10 84/11
**result** [3] 46/11 46/12 108/18
**results** [1] 33/6
**resumed** [2] 26/13 76/9 108/5
**retained** [1] 23/11
**retired** [2] 89/18 91/12
**return** [4] 4/14 5/18 10/11 95/17
**review** [5] 6/14 73/14 99/16

**reviewed** [2] 15/23 38/16
**reviewing** [1] 71/4
**reviews** [1] 71/1
**revisit** [1] 17/19
**right** [48] 16/7 21/4 21/8 27/11 28/3 29/3 35/1 38/22 40/21 43/21 45/4 47/13 56/2 56/8 56/14 61/24 62/2 64/25 65/1 66/6 66/7 67/8 67/14 68/22 70/6 70/7 75/20 77/7 78/23 87/14 87/20 90/7 92/17 92/25 94/13 94/14 94/18 94/19 98/19 99/13 99/22 102/4 104/23 105/15 108/11 109/18 112/6 112/17
**rights** [1] 111/19
**road** [1] 89/13
**role** [6] 13/14 47/16 57/9 109/11 109/21 111/1
**Romania** [4] 53/9 53/13 53/19 53/23
**Ronald** [2] 2/10
**room** [9] 9/6 10/7 29/23 30/1 47/19 47/19 48/1 48/1 68/11
**row** [2] 46/2 48/15 50/5 105/12
**RPR** [1] 1/19
**rule** [10] 5/22 6/13 6/16 13/17 13/17 21/6 21/6 21/20 105/10 105/10
**rules** [9] 10/5 13/3 23/12 23/24 24/6 25/4 32/2 72/6 101/25
**ruling** [2] 6/2 6/8
**run** [1] 30/22
**running** [1] 36/1

**S**

**S.C** [4] 87/3 89/17 97/24 106/12
**S.H** [12] 27/15 38/1 38/3 39/20 67/7 67/9 72/22 75/24 81/4 81/11 81/16 81/25
**S.K** [5] 87/1 90/8 97/22 106/7 106/10
**S.P** [2] 27/16 86/21 97/19 106/7
**SACR** [3] 1/11 4/3 27/20
**SACR-19-00061-JVS** [1] 1/11 4/3 27/20
**safe** [3] 32/3 33/11 59/17
**safety** [2] 7/16 92/22
**SAGEL** [11] 2/9 4/5 27/23 33/18 60/13 76/24 82/9 87/5 98/5 104/17 108/24
**Sagel's** [1] 24/1
**said** [12] 14/29 24/20 43/10 43/12 49/15 49/21 51/10 58/2 78/2 81/16 83/22 90/23
**same** [19] 16/15 28/19 29/6 29/23 30/3 34/8 40/1 41/18 51/25 52/3 52/3 60/9 61/10 61/12 78/17 78/18 79/19 91/9 98/9
**San** [2] 2/15
**Santa** [5] 1/16 1/20 2/11 4/1 58/19
**sat** [1] 47/6
**satirical** [1] 69/25
**satisfied** [1] 106/2
**Saturday** [1] 24/19
**saw** [2] 14/21 34/21
**say** [20] 10/25 14/14 16/24 17/10 24/2 25/4 40/1 43/20 43/21 59/17 69/1 69/23 70/3 72/1 74/12 79/15 91/15 99/13 102/23 110/23
**saying** [6] 6/19 6/21 11/20 17/12 41/8 43/17
**says** [4] 13/18 49/5 54/19 93/3
**scene** [2] 60/20 94/12
**schedule** [1] 108/19
**schedules** [1] 47/21
**school** [7] 49/6 50/3 73/3 80/18 84/3 84/7 101/10
**schooled** [1] 49/24
**schools** [3] 72/25 73/3 73/6
**science** [1] 54/7
**scientifically** [1] 44/25
**scoop** [1] 44/17
**screening** [1] 73/17
**screenshot** [1] 20/7
**scripted** [1] 46/10
**se** [2] 23/13 109/5
**Sean** [2] 64/16 104/13
**seat** [45] 27/9 81/22 82/3 82/5 85/10 86/12 86/14 86/15 86/16 86/17 86/18 86/19 86/20 86/21 86/22 86/23 86/24 86/25 87/1 87/2 87/3 96/25 97/14 97/15 97/16 97/17 97/18 97/19 97/20 97/21 97/22 97/23 97/24 97/25 98/1 98/2 98/3 98/4 106/10 106/11 106/12 106/13

**S**

**seat... [3]** 106/14 106/15 106/16
**seated [1]** 86/8
**seats [6]** 15/8 15/9 44/4 48/15 86/11 106/9
**second [19]** 10/18 16/3 16/7 16/10 21/11 21/13 22/1 50/18 59/1 85/12 85/14 85/21 86/4 95/19 96/3 96/10 96/18 97/3 105/6
**secretaries [1]** 63/13
**section [3]** 2/6 13/18 113/8
**Security [1]** 89/19
**see [29]** 7/8 7/23 9/21 12/4 14/7 14/9 18/2 28/20 28/20 28/24 31/7 38/15 41/13 42/9 43/13 43/19 45/14 47/18 47/20 47/22 47/24 48/1 50/12 58/1 74/2 77/24 80/10 91/25 92/16
**seeing [4]** 14/8 45/7 45/7 45/12
**seeking [1]** 110/14
**seem [4]** 21/1 44/20 67/24 110/22
**seemed [2]** 6/10 58/25
**seems [4]** 48/24 50/10 55/16 65/11
**seen [19]** 10/8 11/24 12/18 28/9 28/11 29/7 29/10 30/5 30/8 36/10 34/1 37/21 41/10 41/22 87/18 93/8 94/11 98/20 103/10
**SEFFENS [4]** 1/19 78/17 113/17 113/18
**selected [1]** 91/15
**selecting [1]** 31/11
**selection [7]** 3/4 26/2 27/4 29/24 31/4 37/22 107/17
**SELNA [2]** 1/8 37/19
**send [2]** 59/22 78/20
**sending [2]** 17/14 35/24
**sends [5]** 14/2 16/14 16/16 17/8 17/8
**sense [3]** 10/25 65/7 66/21
**sent [1]** 22/23
**separate [1]** 10/12
**separately [2]** 10/7 35/20
**September [1]** 5/7
**Serial [1]** 67/11
**series [1]** 19/12
**serious [1]** 110/17
**seriously [1]** 111/6
**serve [6]** 31/23 42/25 55/7 65/25 82/21 84/7
**served [5]** 88/24 99/5 99/23
**service [2]** 5/5 87/18
**services [3]** 80/17 80/20 92/17
**serving [5]** 42/22 47/4 99/20 100/10 106/20
**session [3]** 4/21 20/18 28/8
**set [6]** 22/23 23/4 25/12 53/22 59/22 73/19
**sets [2]** 25/18 25/18
**setting [1]** 47/20
**settlement [4]** 16/25 18/9 18/13 19/1
**Seven [1]** 27/14
**seventh [1]** 96/12
**several [12]** 9/20 37/13 39/4 40/3 40/8 45/21 47/7 56/5 89/13 89/13 94/21 96/17
**shadowed [1]** 47/24
**shall [1]** 13/20
**shape [2]** 108/17 110/16
**share [1]** 69/15
**SHARON [3]** 1/19 113/17 113/18
**she [16]** 51/15 51/17 60/18 60/19 61/18 81/11 81/12 81/13 81/16 81/16 81/18 85/9 87/25 96/14 97/9 105/20
**she's [1]** 60/23 96/7
**sheriff [1]** 91/13
**sheriff's [9]** 57/17 58/3 58/11 58/16 58/21 87/22 88/2 88/8 94/2
**Sheriffs' [1]** 57/13
**shield [3]** 32/11 32/17 32/19
**shift [2]** 4/15 4/18
**should [11]** 13/22 18/18 29/14 30/12 30/16 32/17 43/20 54/20 107/6 108/18 110/23
**shouldn't [1]** 65/5
**show [7]** 15/19 16/22 16/25 26/22 46/14 49/24 63/15
**showing [1]** 17/15
**shown [1]** 109/8
**shows [7]** 45/21 45/24 46/3 46/9 46/11 53/16 65/9
**sick [3]** 5/17 7/23 7/25

**side [7]** 25/17 31/13 52/22 54/25 55/1 57/16 96/5 96/7
**sidebar [5]** 81/3 81/8 81/24 95/14 105/2
**sides [2]** 50/5 88/9
**signatures [1]** 73/23
**significant [1]** 16/22
**silly [1]** 67/20
**similar [2]** 36/10 54/3
**simply [5]** 11/14 23/1 23/2 24/4 24/5
**since [18]** 10/8 28/10 28/12 29/8 29/11 30/6 30/9 36/10 36/12 36/14 36/18 36/21 37/21 44/4 56/6 87/18 102/12 102/14
**sir [9]** 8/12 12/12 44/3 75/5 85/4 89/25 90/6 97/2 105/17
**sit [10]** 12/10 36/22 38/23 38/25 41/3 54/10 54/10 90/18 98/19 102/16
**sits [1]** 36/22
**sitting [10]** 31/9 37/5 41/24 46/24 47/8 60/22 82/14 87/10 109/7 110/19
**situation [5]** 78/16 79/17 79/20 91/9 112/3
**situations [1]** 107/5
**six [10]** 11/3 11/6 11/8 11/14 11/21 13/12 14/15 19/22 27/14 31/15
**sixth [2]** 96/5 112/6
**slanted [1]** 45/8
**slept [1]** 4/17
**slightly [1]** 36/13
**slow [1]** 78/18
**small [1]** 78/1
**so [117]**
**social [17]** 8/25 9/15 10/14 11/19 15/10 15/12 28/25 29/18 30/15 32/13 32/22 48/17 48/17 48/21 80/16 80/20 89/19
**society [1]** 67/25
**solely [2]** 32/18 43/8
**solution [1]** 15/14
**some [33]** 9/19 21/2 31/1 34/2 34/3 34/15 34/16 34/16 34/21 34/22 35/1 35/3 35/4 36/5 40/2 44/24 48/20 52/8 54/5 54/6 57/16 61/17 62/19 64/3 66/12 68/13 69/4 69/4 69/18 84/14 84/15 102/7 103/24
**somebody [3]** 77/24 91/6 91/22
**somehow [1]** 77/12
**someone [16]** 12/7 13/8 27/9 32/18 39/21 41/1 45/8 45/15 46/19 49/15 49/24 54/15 67/23 77/17 102/20 107/12
**something [17]** 11/13 30/25 42/11 43/10 44/18 45/9 45/16 45/16 46/4 48/6 58/16 63/21 71/15 75/18 77/14 104/4 107/6
**sometimes [9]** 34/23 35/1 35/5 45/7 50/19 65/11 71/19 92/2 92/4
**somewhat [2]** 69/25 70/24
**son [6]** 88/7 94/2 94/7 94/17 95/2 95/8
**sorority [3]** 82/25 83/6 83/6
**sorry [6]** 8/10 15/9 18/15 26/10 77/3 107/13
**sort [2]** 72/8 80/19
**sound [3]** 28/6 50/14 78/23
**sounds [3]** 42/3 67/19 68/7
**source [1]** 93/6
**sources [4]** 64/11 64/20 92/8 103/14
**SOUTHERN [1]** 1/6
**speak [5]** 5/9 12/10 32/12 58/8 109/17
**speaking [1]** 109/11
**special [9]** 21/11 21/13 22/3 22/4 22/4 33/21 52/19 57/16 58/3
**specialist [2]** 40/16 59/12
**specific [1]** 17/22
**specifically [6]** 10/1 14/8 38/18 65/8 73/2 97/20
**spend [1]** 112/16
**Spirit [8]** 43/11 43/14 43/19 68/8 68/14 68/18 68/18 69/4
**spoken [3]** 102/7 102/8 102/14
**spot [1]** 59/7
**Spring [1]** 2/7
**springs [1]** 31/1
**stake [1]** 110/17
**stand [3]** 60/5 61/18 107/9
**standard [2]** 73/18 99/16

**standby [1]** 112/8
**star [3]** 72/20 95/18 98/3 100/12 107/13 107/17 108/25
**started [1]** 47/23
**state [6]** 10/5 13/17 25/3 46/8 55/1 100/2
**stated [3]** 31/15 49/18 52/15
**statement [8]** 13/21 15/18 16/25 17/24 18/3 38/10 44/8 110/2
**statements [3]** 14/12 23/13 25/7
**states [21]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/4 4/6 27/21 27/24 33/19 33/20 46/5 52/18 52/20 55/3 55/6 113/9 113/13
**statute [1]** 24/4
**stay [4]** 32/3 52/6 78/17 78/18
**stenographically [1]** 113/10
**step [2]** 12/24 74/7
**steps [3]** 35/23
**STEWARD [34]** 2/14 2/14 4/8 7/8 9/19 11/6 12/3 12/6 12/12 12/22 13/2 13/4 16/18 18/22 21/19 22/8 23/1 23/2 24/19 24/24 28/1 46/24 55/11 74/18 76/2 76/11 83/17 85/14 90/19 98/12 103/7 109/13 112/3 112/8
**stick [1]** 35/25
**still [20]** 20/12 26/14 45/18 83/2 98/8 110/7
**stipulation [1]** 74/5
**stole [2]** 16/12 40/5
**stop [3]** 12/9 12/9 105/13
**stopped [1]** 60/16
**stops [1]** 26/2
**stories [1]** 67/20
**story [1]** 46/5
**strain [1]** 39/17
**Strategic [1]** 84/6
**strategy [1]** 109/14
**street [5]** 1/20 2/7 2/11 8/21 34/25
**stress [2]** 38/24 39/9
**stressful [1]** 39/5
**stretch [1]** 65/11
**strictly [1]** 25/3
**strike [2]** 25/19 26/7
**strikes [2]** 26/5 26/6
**strong [2]** 49/17 51/2
**student [2]** 80/11 80/15
**students [8]** 39/24 49/1 49/2 49/9 49/21 49/22 50/4 50/8
**studied [5]** 53/9 53/11 53/13 53/23 54/4
**studies [4]** 54/9 101/10 101/13 101/22
**studying [1]** 53/18
**stuff [1]** 51/1
**stunt [1]** 111/6
**stupid [2]** 57/6 79/1
**subject [1]** 71/20
**submissions [1]** 80/21
**submit [2]** 15/1 23/25
**subpoena [1]** 22/11
**subscription [1]** 61/11
**substance [1]** 69/20
**substantial [1]** 13/23
**substantially [1]** 69/21
**substantive [1]** 6/23
**substituted [2]** 23/6 23/7
**such [4]** 24/12 28/17 28/18 40/8
**suddenly [1]** 107/6
**sued [6]** 62/9 62/19 77/24 77/24 78/7 104/3
**sufficient [1]** 4/18
**suggest [1]** 16/19
**suggested [1]** 8/4
**suggestion [1]** 8/20
**Suite [3]** 1/20 2/11 2/15
**summary [3]** 6/11 6/16 37/18
**summoned [1]** 8/23
**summoning [1]** 4/20
**Sunday [2]** 94/11 94/16
**Superior [1]** 34/25
**support [2]** 39/11 66/24
**supporter [2]** 70/22 84/20
**supporters [1]** 77/6
**supporting [1]** 6/17
**supposed [3]** 5/11 26/21 42/16

**S**

Supreme [2] 48/18 48/21
sure [21] 20/22 32/3 34/13 34/18 35/6 39/23
43/19 46/8 59/2 68/5 71/13 71/21 73/4 74/4
74/14 96/22 107/16 108/25 111/16 111/25
112/14
sure that [1] 39/23
suspected [1] 33/7
suspension [2] 110/7 110/11
swear [3] 106/17 107/8 111/11
switched [1] 56/22
sworn [3] 59/11 107/11 111/18
symptoms [1] 33/3
system [22] 35/11 49/2 49/2 49/10 49/21 50/8
50/10 52/9 52/13 52/25 53/1 53/3 53/11 53/13
53/12 53/13 56/13 56/18 56/21 70/16 78/10
78/14 94/4

**T**

T.M [5] 27/14 65/21 71/4 86/16 96/7
table [4] 21/12 33/19 33/21 90/12
tactic [1] 111/7
take [22] 5/20 7/15 7/20 8/6 20/20 22/18
25/13 25/15 28/21 29/21 35/23 54/20 64/19
66/8 75/7 107/11 107/14 107/16 108/3 110/1
111/5 112/21
taken [5] 26/12 33/5 76/8 108/4 113/1
takes [2] 16/14 17/7
talk [5] 38/14 61/24 62/24 91/18 107/23
talked [2] 63/1 90/22
talking [10] 11/4 16/13 17/11 35/19 50/16
63/17 65/15 81/11 91/22 93/14
talks [1] 14/2
taste [3] 56/18 78/10 100/18
teach [1] 49/20
teacher [1] 49/5
teachers [3] 84/8 84/9 84/9
team [2] 62/10 73/21
television [1] 30/16
tell [15] 15/24 16/4 16/10 36/21 44/10 64/8
65/23 70/18 71/6 72/3 72/22 77/25 79/17
98/25 101/13
telling [2] 17/13 48/20
tells [2] 46/14 68/18
temporary [1] 110/7
ten [3] 27/15 31/16 60/19
tenancy [1] 72/4
tenant [1] 72/16
tentative [1] 23/23
tenth [1] 105/18
terms [7] 40/12 40/22 40/24 41/19 51/21
71/12 71/14
testify [7] 21/15 21/17 21/22 22/1 43/23 52/2
67/2
testifying [2] 22/5 32/8
testimony [20] 5/21 36/24 37/1 37/2 37/7 37/8
39/7 41/4 43/9 43/24 44/2 50/21 51/18 52/3
62/8 63/15 70/15 77/20 91/16 101/24
tests [1] 33/5
than [19] 7/17 9/1 11/13 11/20 14/19 15/14
35/4 36/16 37/14 38/23 40/2 50/16 51/19 60/6
62/5 69/23 92/25 99/15 109/20
thank [71] 17/25 20/9 29/22 33/16 42/17 51/4
52/6 54/2 55/9 55/9 55/13 57/23 59/5 61/4
61/23 65/18 67/6 68/1 69/7 69/8 70/8 71/25
72/20 73/24 74/16 75/5 75/6 76/12 77/4 77/15
80/24 81/7 82/1 82/19 84/22 85/1 85/2 85/4
85/9 85/11 85/16 85/18 85/25 86/7 86/9 87/6
90/20 93/25 95/12 95/23 95/25 96/7 96/9
96/14 96/16 96/25 97/2 97/8 97/10 98/7 103/5
103/8 104/25 105/7 105/17 105/20 105/22
108/15 111/24 112/14 112/25
thanks [2] 63/25 86/1
that [550]
that's [49] 4/15 5/2 6/23 8/23 10/5 11/7 11/9
11/18 13/15 14/9 14/24 15/6 15/11 16/16
16/19 16/22 18/10 21/20 22/12 22/12 31/17
42/11 43/21 44/21 44/25 45/13 46/3 46/22
47/14 53/10 56/4 57/2 57/14 60/10 63/9 65/7

**This is J.C [1]** 4/15
their [23] 11/1 11/1 11/22 13/14 14/17 16/14
24/8 31/9 32/4 32/24 40/19 40/25 41/3 41/10
42/18 49/9 50/19 59/22 59/23 63/13 71/1
72/21 109/9
them [38] 7/22 7/24 8/6 8/10 14/16 16/2 20/3
22/11 22/10 25/9 26/23 31/6 44/21 47/25
49/24 50/9 50/11 53/3 59/22 59/23 60/6 62/19
63/12 65/15 67/3 73/17 75/4 78/7 82/16 84/5
91/3 92/5 93/2 95/6 101/19 111/5 111/5
then [27] 5/16 15/15 17/8 21/23 22/6 26/7
26/9 29/23 30/21 34/23 39/10 41/19 43/13
47/24 58/13 58/18 59/22 60/15 67/25 73/21
76/7 79/23 84/10 86/14 107/8 112/4 112/10
there [105] 8/16 9/25 11/15 12/16 20/1 20/25
22/6 26/4 26/5 26/7 28/9 29/14 30/25 35/13
36/15 36/18 36/22 37/5 37/19 38/17 40/1 40/7
40/21 41/17 41/21 42/18 42/20 42/21 42/23
43/6 44/23 45/5 45/19 46/13 47/1 47/7 47/16
47/17 48/6 49/8 50/1 50/17 51/16 51/23 51/25
54/5 56/23 61/25 65/3 65/3 65/14 66/5 70/9
70/22 73/20 73/22 74/2 74/3 74/4 74/14 75/2
75/20 77/13 78/25 81/12 82/16 83/1 83/5
83/10 83/13 84/14 87/8 87/16 88/4 88/6 88/19
90/1 92/4 92/5 98/11 98/16 98/20 98/24 99/1
99/18 100/24 101/1 101/4 102/25 104/10
104/19 105/12 106/19 108/20 109/16 109/19
109/23 112/20
there's [3] 10/22 65/4 101/18
therefore [1] 108/22
these [10] 8/5 14/6 29/6 34/10 73/14 89/13
90/24 91/14 91/18 91/22
they [59] 6/13 6/13 7/22 7/25 8/13 10/8 10/10
10/11 10/11 10/14 10/15 11/2 11/3 11/25
12/19 12/19 13/11 13/11 14/7 14/14 14/23
15/18 15/19 15/21 22/10 24/14 21/2 21/21
23/13 24/12 24/21 26/21 28/20 36/22 36/23
36/25 37/6 40/24 46/11 49/3 50/1 50/8 50/8
52/24 58/19 59/21 59/21 60/17 66/14 67/24
78/2 78/2 78/3 78/20 82/17 90/25 94/18 107/6
110/22
they'd [1] 8/7
they'll [2] 20/16 62/4
they're [15] 6/19 6/20 6/21 10/16 11/4 14/17
20/2 21/22 22/10 23/12 25/8 26/21 26/22 77/7
109/15
they've [5] 7/23 7/25 11/21
thing [10] 9/6 29/23 40/3 40/13 72/8 73/7
75/14 79/25 80/19 81/15
things [12] 14/8 21/2 42/1 45/7 45/8 49/3 50/1
65/4 65/11 71/18 79/21 90/2
think [89] 4/18 6/20 11/8 12/16 15/12 16/21
21/18 22/6 23/6 23/13 24/5 24/7 24/20 25/11
30/22 35/14 37/6 37/15 38/4 38/21 39/8 39/18
42/24 43/5 44/5 44/15 44/21 45/5 45/19 48/15
48/16 49/13 49/15 51/10 52/7 54/3 54/20
56/21 57/8 58/2 59/1 62/1 63/1 64/3 65/20
68/16 68/24 69/19 69/24 69/24 69/25 69/25
75/21 76/22 77/16 77/16 77/23 78/19 81/1
81/11 81/15 82/17 82/20 83/21 84/13 87/19
90/2 90/2 90/22 92/12 93/17 93/21 94/1 94/24
96/7 96/14 98/21 99/19 100/18 101/5 101/9
102/6 102/13 105/20 106/2 107/22 109/8
109/9 110/5
thinking [2] 51/11 59/1
thinks [4] 70/20 77/7 77/13 109/21
third [5] 34/3 38/21 85/23 102/6 105/24
Thirteen [1] 27/16
this [180]
thoroughly [2] 24/15 73/14
those [25] 4/20 5/20 6/5 7/9 9/21 19/5 23/8
28/19 33/1 35/12 35/15 40/5 46/3 46/9 48/6
49/19 50/17 63/7 65/9 66/13 71/14 75/1
101/22 102/14 104/14
though [4] 16/23 50/8 50/8 92/25
thought [6] 36/18 68/13 79/1 98/14 104/19

110/5
three [5] 20/16 26/10 26/14 27/13 90/12
through [9] 4/17 6/3 12/20 49/2 49/3 52/14
56/13 58/12 76/17
Throughout [1] 32/25
time [37] 6/10 7/10 11/4 17/19 21/14 22/17
33/13 34/3 34/4 34/7 36/1 37/17 38/12 40/22
42/25 46/18 50/19 55/9 56/8 57/4 61/17 63/16
63/21 80/18 81/19 82/1 84/24 85/2 86/10 87/4
92/4 102/6 106/18 106/19 107/4 107/8 112/24
times [5] 32/6 36/3 73/13 94/21 102/14
tired [1] 56/24
Title [1] 113/9
today [13] 4/25 5/9 15/13 25/13 25/14 36/16
36/23 38/24 89/10 89/12 96/17 107/16 110/20
together [2] 28/10 28/12
told [9] 4/16 17/10 37/13 44/21 62/1 65/6 90/3
102/15 107/7
tomorrow [5] 6/7 6/25 23/19 107/17 110/3
too [4] 70/10 70/20 91/4 93/9
took [2] 54/5 67/21 68/18
top [1] 14/19
topic [1] 19/24
total [1] 57/4
totally [1] 69/3
tough [1] 91/23
toward [1] 7/4
towards [3] 52/12 53/1 101/2
track [1] 77/7
tracks [1] 23/24
trailers [1] 100/7
training [1] 101/15
transcript [4] 1/9 1/15 113/10 113/12
transferred [2] 56/25 57/1 58/19
Treasury [2] 33/22 54/23
treat [5] 51/18 52/2 52/3 53/2 61/20
trial [34] 1/12 5/6 6/23 7/4 7/13 7/15 10/9
13/18 14/3 15/20 18/24 19/10 19/20 20/24
21/14 32/19 32/25 34/1 34/14 34/15 35/10
36/23 36/25 37/4 37/6 39/3 52/25 76/17 76/19
76/23 84/16 87/15 99/4 108/23
trials [2] 47/8 76/24
trip [3] 38/11 81/13 81/14
trouble [4] 40/18 40/23 81/16 98/22
troubles [1] 93/21
truck [1] 4/23
true [10] 44/7 44/18 44/23 46/5 54/20 67/20
68/8 92/9 92/12 113/9
Trump [1] 104/3
trust [10] 18/11 18/19 19/12 19/13 23/8 45/15
49/23 64/22 69/22 70/1
trusted [1] 49/25
truth [3] 46/1 46/6 57/10
truthful [1] 45/4
truthfulness [2] 31/22 34/9
try [6] 28/7 35/22 35/25 36/2 39/6 72/15
trying [6] 16/2 44/5 48/14 50/3 50/10 56/1
Tucker [4] 64/14 65/15 93/12 104/13
TUESDAY [6] 4/1 36/15 36/17 36/21 38/6
102/13
turn [2] 30/17
TV [1] 45/21
tweet [2] 13/13 14/1
tweeted [1] 11/24
tweeting [1] 14/10
tweets [5] 9/18 11/15 11/15 11/16 14/21
Twelve [1] 27/16
Twenty [1] 63/6
Twitter [6] 11/7 11/10 11/11 11/14 12/4 13/7
two [23] 10/22 11/23 15/10 21/10 25/6 26/2
26/5 26/6 26/6 27/12 38/22 47/2 66/10 68/7
68/25 71/8 83/18 98/10 98/10 105/10 105/12
105/14 111/12
two-pass [1] 105/10
type [10] 37/20 37/25 40/4 40/8 66/6 84/1
87/17 98/16 98/17 112/3
typically [1] 44/18 54/25 73/12 73/18

## U

**umbrella [1]** 60/2
**unable [2]** 27/7 38/12
**uncover [1]** 46/2
**uncovered [1]** 46/2
**under [8]** 13/3 22/11 24/5 60/1 109/5 110/1 110/7 112/18
**undergraduate [3]** 101/10 101/12 101/18
**underlying [1]** 6/14
**understand [22]** 11/12 12/12 13/6 22/17 23/19 24/3 24/8 50/1 63/14 64/1 66/5 67/13 67/15 70/13 70/17 70/19 71/12 71/15 76/4 99/11 108/20 110/18
**understanding [3]** 23/18 109/25 111/17
**understood [8]** 4/16 6/20 8/15 12/14 21/25 43/9 68/21 110/12
**Unified [1]** 49/7
**union [4]** 57/14 57/22 60/3 60/3
**unique [2]** 10/17 101/17
**UNITED [20]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 4/3 4/6 27/20 27/24 33/18 33/20 52/18 52/20 55/3 55/5 113/9 113/13
**Universities [1]** 84/3
**university [1]** 84/10
**unless [3]** 5/9 12/5 75/18
**unmemorable [1]** 77/2
**until [4]** 7/4 94/22 107/18 112/23
**up [37]** 5/20 15/21 15/22 16/2 20/17 20/20 22/18 26/8 26/22 27/9 27/17 34/4 35/5 36/3 36/4 41/2 41/11 41/18 41/19 42/3 42/6 42/9 42/13 42/15 44/5 47/20 48/14 57/25 59/22 60/5 60/20 61/18 62/24 64/5 73/12 102/7 107/11
**upon [2]** 9/22 112/11
**upstairs [1]** 30/21
**us [28]** 21/12 33/21 34/10 34/11 35/15 36/21 55/5 61/1 62/1 62/4 64/8 65/23 69/15 71/6 72/3 72/22 73/4 77/18 77/25 79/17 85/4 85/11 90/11 90/12 98/25 101/2 102/12 104/22
**use [12]** 5/22 6/10 15/17 17/17 17/23 18/25 19/11 19/21 20/8 24/22 64/12 64/22
**used [2]** 14/4 61/10
**using [4]** 16/11 18/5 19/17 20/4
**usually [3]** 54/19 55/1 99/14

## V

**vaccinated [2]** 32/4 32/6
**variant [1]** 7/18
**venire [1]** 8/23
**venture [1]** 71/20
**venues [1]** 20/16
**verdict [7]** 37/9 43/8 44/1 50/22 66/18 91/21 103/3
**version [3]** 23/20 23/23 24/1
**versions [1]** 6/22
**versus [2]** 4/4 27/21
**very [31]** 11/21 23/15 28/4 29/22 31/11 34/5 36/14 39/1 50/15 64/10 64/18 65/10 65/12 65/12 68/1 70/1 71/25 73/18 74/16 76/19 77/4 77/16 81/2 82/21 99/12 99/17 105/22 108/9 110/17 111/6 111/6
**victim [1]** 17/1
**Vietnamese [1]** 60/18
**view [7]** 10/14 43/18 45/8 57/6 66/16 103/22 112/16
**views [1]** 44/16
**violation [1]** 59/14
**violations [1]** 59/14
**virtue [1]** 110/10
**Vision [1]** 59/14
**visit [1]** 81/3
**voir [13]** 7/14 7/17 7/24 8/8 8/17 8/18 8/19 10/12 12/18 15/8 20/17 110/20 110/20
**Vol [1]** 1/12
**vote [1]** 43/14
**voted [1]** 91/21
**vs [1]** 1/10

## W

**wait [1]** 26/23
**walking [1]** 35/21
**Walter [1]** 70/3
**want [29]** 5/9 5/19 21/23 22/18 23/20 28/8 30/3 30/4 32/2 34/14 54/15 59/2 74/19 75/20 75/23 76/2 82/17 87/11 90/21 98/13 98/25 103/3 107/16 110/13 111/25 112/14 112/15 112/19
**wanted [3]** 76/4 93/10 108/7
**wanting [1]** 17/14
**wants [5]** 7/8 12/22 13/2 108/10 109/2
**warrants [1]** 59/13
**was [86]** 4/21 5/17 6/1 10/25 11/1 11/2 12/2 14/2 17/10 22/2 22/23 22/24 23/4 25/3 27/6 38/6 38/12 42/18 42/20 43/6 43/12 51/17 51/23 51/24 53/23 54/6 54/7 56/23 56/25 57/2 58/3 58/5 58/7 58/8 58/9 58/17 60/15 60/18 60/19 63/16 63/20 64/10 67/20 69/14 69/25 69/25 70/3 70/23 76/24 76/24 76/25 78/1 78/12 78/19 78/25 79/4 79/8 79/14 79/17 79/18 79/19 79/21 79/23 79/24 79/25 80/1 84/14 89/6 92/3 98/15 99/8 99/25 100/2 100/5 100/6 100/7 100/8 101/10 101/20 102/13 104/18 104/20 110/22 112/4 112/7
**wasn't [4]** 5/12 12/6 76/19 89/5
**waste [1]** 34/7
**watch [12]** 56/1 61/10 64/14 64/20 92/1 93/7 93/8 93/9 94/3 102/12 103/23 104/11
**watched [3]** 45/20 45/24 61/13
**watcher [4]** 64/9 65/19 84/18 103/9
**watchers [1]** 64/4
**watching [2]** 46/3 46/14
**way [27]** 13/6 24/7 25/5 32/18 40/1 40/18 42/7 42/9 43/20 43/21 44/22 45/13 45/15 56/17 57/6 58/5 62/13 62/20 63/13 84/16 88/9 94/18 103/24 104/7 108/17 108/19 110/15
**we [193]**
**we'll [7]** 17/21 29/2 62/7 78/18 108/3 111/11 112/24
**we're [16]** 16/13 18/5 27/1 27/1 27/10 31/3 35/6 49/25 50/16 57/18 60/3 62/22 63/17 68/7 68/25 95/5
**we've [2]** 19/16 27/6
**wear [4]** 32/5 32/5 32/6 32/11
**wearing [1]** 32/14
**wears [1]** 32/18
**website [1]** 40/20
**week [6]** 7/5 25/16 25/25 39/5 102/13 110/21
**weeks [5]** 39/4 40/4 40/8 89/13 89/13
**weight [1]** 67/3
**Weiner [1]** 18/2
**welcome [3]** 13/5 28/4 87/7
**well [37]** 6/12 6/24 11/7 11/11 13/8 14/18 15/5 16/4 18/16 20/6 22/20 36/6 42/13 43/21 47/23 48/1 56/21 57/14 62/8 62/22 63/14 64/12 66/6 68/17 69/2 75/23 76/1 76/21 80/17 80/19 91/7 93/1 96/17 106/4 107/4 110/9 110/20
**went [12]** 4/24 14/23 16/22 17/1 48/5 48/9 58/12 58/13 58/18 76/18 80/17 101/19
**were [39]** 4/13 4/20 5/19 5/25 8/25 11/18 12/1 13/11 15/18 20/11 28/10 28/12 29/4 29/8 29/25 30/6 30/9 31/2 36/11 38/3 44/9 44/4 45/19 50/23 51/6 51/9 51/11 51/15 52/1 58/3 58/10 58/22 59/1 60/14 79/15 79/17 81/11 87/12 102/12
**West [3]** 1/20 2/11 8/21
**what [100]** 6/21 7/17 7/18 10/21 10/25 11/1 11/9 11/22 12/2 13/10 13/11 14/2 15/24 16/4 16/10 16/10 16/13 17/10 17/12 17/13 17/16 24/3 24/8 24/20 25/3 26/5 31/15 34/21 36/2 38/18 38/23 41/5 43/12 43/13 43/19 43/25 44/12 45/6 45/9 45/23 46/3 46/6 46/9 46/13 47/16 48/6 49/3 49/5 49/14 49/19 50/15 50/16 52/11 54/25 55/21 58/3 59/1 59/9 60/10 61/8 64/12 64/22 64/22 65/23 66/14 66/19 66/23 67/16 68/15 68/16 68/17 69/10 72/5 72/23 74/6 76/1 77/8 77/17 79/17 79/18 79/25 80/13 80/19 81/4 83/22 84/1 84/5 88/4 92/12 92/19

## W (cont.)

92/19 94/1 101/1 101/11 101/13 103/20 103/21
**what's [6]** 13/1 18/21 19/5 19/13 44/7 87/24
**whatever [9]** 14/23 41/19 44/22 45/3 46/5 56/13 79/22 109/20 112/21
**whatsoever [1]** 111/4
**when [27]** 4/16 6/4 6/15 6/24 7/2 11/3 12/11 16/13 23/3 24/2 26/4 36/10 37/21 38/13 47/23 49/1 54/19 56/7 56/22 59/20 60/15 72/5 72/11 74/1 92/22 98/14 104/15
**whenever [1]** 11/13
**where [15]** 5/10 16/22 16/25 17/7 26/16 57/17 60/16 64/11 67/24 68/19 68/19 77/23 78/20 107/5 110/21
**Whereas [1]** 99/15
**whether [17]** 6/13 10/8 14/16 14/20 14/21 20/14 31/7 32/18 33/11 36/9 36/19 37/24 42/21 44/11 92/12 103/23 111/21
**which [22]** 5/25 7/19 12/6 16/11 18/1 19/16 20/22 24/20 25/1 37/15 38/6 38/22 47/12 50/6 59/14 66/12 67/22 71/7 80/22 100/17 109/22 109/23
**while [9]** 9/23 12/15 32/13 38/24 41/12 45/18 64/4 64/25 80/10
**who [62]** 4/9 5/2 5/18 10/13 11/20 12/4 12/5 13/8 13/13 13/19 14/4 17/8 17/10 28/2 28/9 32/4 32/5 32/8 32/11 33/7 36/22 37/5 37/5 37/6 42/18 43/23 44/16 45/19 49/24 51/6 51/10 51/17 51/23 51/23 52/1 52/23 53/16 56/1 56/12 58/6 58/7 60/11 61/5 70/4 70/10 70/20 70/22 71/1 72/21 75/24 77/8 86/8 87/4 87/12 88/14 95/23 96/7 96/25 102/19 109/13 110/2
**who's [2]** 12/5 12/18
**whole [3]** 35/15 54/19 54/21
**whose [3]** 15/7
**why [8]** 4/16 13/15 32/15 38/3 56/23 67/17 71/10 71/10
**wife [1]** 70/21
**will [137]**
**willing [1]** 50/9
**wire [1]** 24/4
**withdraw [1]** 17/21
**within [2]** 33/8 101/17
**without [2]** 37/3 40/25
**witness [12]** 21/3 51/15 51/16 52/1 52/1 52/4 58/23 60/5 60/5 60/23 61/18 61/21
**witness's [1]** 52/3
**witnesses [8]** 21/11 32/8 43/23 51/19 61/2 83/7 95/6 107/18
**won't [2]** 42/8
**wonder [2]** 57/24 59/6
**word [2]** 45/12 54/20
**words [4]** 66/10 68/15 91/21 94/15
**work [39]** 14/4 38/19 39/9 39/9 39/16 40/15 41/11 41/12 43/16 47/12 48/2 48/24 49/6 49/7 49/22 49/23 57/10 59/12 60/1 62/1 62/9 63/10 66/3 72/24 73/21 74/8 74/22 75/3 76/15 78/2 80/13 84/12 88/20 90/8 90/12 90/25 92/19 101/12 104/15
**worked [4]** 46/19 58/14 63/2 78/14
**working [7]** 4/18 9/10 47/1 57/1 58/17 63/5 80/18
**workman's [2]** 79/23 79/25
**works [4]** 4/15 11/8 11/10 47/18 56/21 87/21 94/4
**worn [1]** 32/16
**worrying [2]** 39/15 39/16
**worst [1]** 10/24
**worth [1]** 31/21
**would [152]**
**wouldn't [6]** 15/8 15/13 37/9 42/15 68/19 103/2
**wow [2]** 93/21 104/20
**wracking [1]** 39/2
**writes [1]** 12/5
**written [1]** 46/11
**wrong [3]** 25/4 45/4 77/14
**WYMAN [7]** 2/5 4/6 6/5 27/24 33/20 33/21

**W**

WYMAN... **[1]** 52/19

**X**

**X-Law [1]**  17/8

**Y**

**yeah [11]**  18/7 42/13 54/6 59/19 64/13 65/12
66/22 69/17 71/19 71/24 105/15
**year [3]**  62/5 62/5 81/6
**years [17]**  10/22 46/18 51/21 51/21 56/5
60/19 60/19 63/2 63/4 63/6 63/7 69/23 80/16
83/1 89/7 90/3 100/8
**yes [86]**  7/6 11/7 16/9 24/25 25/23 25/24
26/19 38/2 39/22 41/7 41/17 41/20 43/4 47/23
48/13 48/19 49/18 51/8 51/12 51/14 52/5
52/10 54/1 55/13 55/18 55/20 56/11 56/15
58/17 60/10 61/3 61/7 61/15 61/22 62/3 62/17
63/3 63/19 64/7 64/21 65/22 66/4 66/15 66/20
67/12 68/9 71/5 71/24 72/2 72/9 72/19 73/8
73/9 74/13 76/21 78/6 78/8 78/15 78/24 79/10
79/12 80/9 84/9 88/15 88/18 89/1 89/3 89/20
90/10 90/25 91/5 91/8 91/10 92/2 92/10 92/18
93/5 94/5 94/10 99/7 100/15 102/5 103/10
103/16 104/24 106/25
**yesterday [6]**  5/19 8/8 8/13 9/9 20/11 23/23
**Yesterday's [1]**  10/23
**you [643]**
**you'll [2]**  16/25 42/10
**you're [16]**  17/3 17/11 42/7 44/25 50/15 50/20
55/25 56/8 58/15 60/22 68/14 75/10 83/22
91/22 94/15 94/23
**you've [8]**  37/12 37/20 37/21 37/21 48/21
87/10 87/18 94/11
**your [247]**
**yours [1]**  63/22
**yourself [4]**  32/15 71/22 94/22 98/14
**youth [1]**  55/24
**YouTube [2]**  51/20 61/11