# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61JVS | Date | July 20, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** | | |
| Interpreter | | | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | | X | H Dean Steward, Stand by Counsel | X | | X |

| | Day COURT TRIAL | 5th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |

X   The Jury is impaneled and sworn.

___   Opening statements made _____

___   Witnesses called, sworn and testified.

___   Exhibits identified       ___   Exhibits admitted

___   Government rests.     ___   Defendant(s) _____ rest.

X   Motion for mistrial by   DEFENDANT   is ___ granted   X denied   ___ submitted

___   Motion for judgment of acquittal (FRCrP 29)   is ___ granted   ___ denied   ___ submitted

___   Closing arguments made   ___   Court instructs jury   ___   Bailiff sworn

___   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___   Alternates excused   ___   Jury retires to deliberate   ___   Jury resumes deliberations

___   Finding by Court as follows:   ___   Jury Verdict as follows:

Dft # ___   Guilty on count(s) ___   ___   Not Guilty on count(s) ___

___   Jury polled   ___   Polling waived

___   Filed Witness & Exhibit lists   ___   Filed Jury notes   ___   Filed Jury Instructions   ___   Filed Jury Verdict

Dft # ___   Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___   issd.   Dft # ___ released from custody.

___   Bond exonerated as to Dft # ___

X   Case continued to   July 21, 2021 at 8:30 a.m.   for further trial/further jury deliberation.

X   Other:   Defendant's motion to continue trial is DENIED.
Defendant is advised of his Faretta rights. The defendant's request to represent himself is GRANTED. Mr ___ is appointed as stand by counsel.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 4 | : | 45 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |