# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61JVS | Date | July 21, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE | | |
| Interpreter | | | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 6th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

    One day trial;    Begun (1st day);  X  Held & continued;    Completed by jury verdict/submitted to court.

    The Jury is impaneled and sworn.

X  Opening statements made    by each side.

X  Witnesses called, sworn and testified.

X  Exhibits identified    X  Exhibits admitted

    Government rests.    Defendant(s)    rest.

    Motion for mistrial by    is    granted    denied    submitted

    Motion for judgment of acquittal (FRCrP 29)  is    granted    denied    submitted

    Closing arguments made    Court instructs jury    Bailiff sworn

    Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

    Alternates excused    Jury retires to deliberate    Jury resumes deliberations

    Finding by Court as follows:    Jury Verdict as follows:

Dft #    Guilty on count(s)    Not Guilty on count(s)

    Jury polled    Polling waived

    Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict

    Dft #    Referred to Probation Office for Investigation & Report and continued to    for sentencing.

    Dft #    remanded to custody.    Remand/Release#    issd.    Dft #    released from custody.

    Bond exonerated as to Dft #

X  Case continued to  July 22, 2021 at 8:30 a.m.  for further trial/further jury deliberation.

X  Other:  Initial Jury Instructions are read to the jury.

    5 : 45

Initials of Deputy Clerk  lmb