# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Kathy Kacerek | 2a. Contact Phone Number: (310) 478-0077 | 3a. Contact E-mail Address: kkacerek@cgold.cc |
| 1b. Attorney Name (if different): Roger W. Clark | 2b. Attorney Phone Number: (310) 478-0077 | 3b. Attorney E-mail Address: rclark@cgold.cc |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
The Clark Law Group
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401

5. Name & Role of Party Represented:

6. Case Name: USA v. Michael John Avenatti

7a. District Court Case Number: 8:19-cr-00061-JVS

7b. Appeals Court Case Number:

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Hino-Spaan

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal ☒ Criminal ☐ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2021 | James V. Seln | NO VOIR DIRE OR JURY SELECTION. Please start with opening statements through closing statements. | ● | ○ | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

We do not need jury selection or voir dire. Please start with opening statements. Thank you.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 22, 2021   Signature: /s/ Kathy Kacerek

G-120 (06/18)