H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL JOHN AVENATTI,<br><br>            Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S SUBMISSION RE: RECEIPT OF DOCUMENTS INCLUDED IN DEFENSE EXHIBITS 1005 AND 1006 |

Defendant Michael John Avenatti ("Mr. Avenatti"), through advisory counsel, H. Dean Steward, hereby files his submission regarding the timeline of the receipt of what has been identified as Defense Exhibits 1005 and 1006. Defense Exhibit 1006 includes pages USAO_01143440-43455.  Exhibit 1005 includes USAO_01143441-43452, which is a subset of the documents included as part of Exhibit 1006.

These pages were first produced to the defense on **July 14, 2021** according to the government's production index and the enclosure letter, which states "The government is immediately producing these documents to you in the enclosed production, the same day we learned of their existence and received them."  The first page of Exhibit 1006 shows (at the top and below), that AUSA Wyman received the documents on **July 12, 2021** and immediately forwarded the documents to SA Ryan Roberson, with a copy to AUSA Brett Sagel, SA Remoun Karlous, SA James Kim.  The subject of the email is "Elsa

Guererro Documents (Avenatti)."

    The government first raised the issue of Mr. Geoff Johnson's SSI benefits under direct examination of him on July 22, 2021. *See*, *e.g.*, Tr. 65:8-71:11 (includes references to Exhibit 108 (admitted over the objection of the defense)). During this examination, the government placed the blame on Mr. Avenatti for Mr. Johnson not having SSI benefits. *See*, *e.g.*, Tr. 69-71:10. The government continued placing this issue before the jury earlier today with Witness Carlos Colorado when they admitted Exhibit 7 on direct examination (over the objection of the defense) and inquired about the SSI issue. They then called Witness Elsa Guerrero to the stand to testify about the same issue on direct, as well as Mr. Johnson's "SSI redetermination." They also again used Exhibit 108.

.

Dated: July 23, 2021                                Respectfully submitted,

                                                       <u>/s/ Michael J. Avenatti</u>

                                                       Defendant
                                                       MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 23, 2021, service of the:

DEFENDANT'S SUBMISSION RE: RECEIPT OF DOCUMENTS INCLUDED IN DEFENSE EXHIBITS 1005 AND 1006

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2021

/s/ H. Dean Steward
H. Dean Steward