H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S REQUEST FOR A CURATIVE JURY INSTRUCTION AT THE BEGINNING OF TRIAL ON TUESDAY, JULY 27, 2021 |

    Defendant Michael John Avenatti ("Mr. Avenatti"), through advisory counsel, H. Dean Steward, hereby files his Request for a Curative Jury Instruction at the Beginning of Trial on Tuesday, July 27, 2021. This request is based upon the attached memorandum of points and authorities, the files, records and transcripts in this case, and further evidence and argument as the Court may permit at a hearing.

Dated: July 25, 2021        Respectfully submitted,

                             /s/ Michael J. Avenatti

                             Defendant
                             MICHAEL JOHN AVENATTI

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION AND FACTUAL BACKGROUND

Opening statements in the trial in this matter began on the morning of Wednesday, July 21, 2021; the government subsequently called two witnesses that day. The next morning, Thursday, July 22, 2021, the government called Mr. Geoffrey Johnson as their third witness. During the government's direct examination, they elicited extensive testimony from Mr. Johnson, and admitted at least one exhibit, regarding whether Mr. Avenatti had properly assisted him in maintaining his supplemental security income ("SSI") benefits and purchasing a home. *See*, *e.g.*, Trial Tr. (7/22/21, Vol. 1) 49-50, 65-71.

On Friday, July 23, 2021, the government called Mr. Carlos Colorado as the government's sixth witness. On direct examination, the government once again elicited testimony, and admitted at least one exhibit, regarding whether Mr. Avenatti had properly assisted Mr. Johnson in maintaining his SSI benefits. *See*, *e.g.*, Trial Tr. (7/23/21, Vol. 1) 37-40.

The government's next witness that same day was Ms. Elsa Guerrero from the United States Social Security Administration. The entire thrust of Ms. Guerrero's examination by the government was whether Mr. Avenatti had properly assisted Mr. Johnson in maintaining his SSI benefits. *See*, *e.g.*, Trial Tr. (7/23/21, Vol. 1) 76-88. At the lunch break, the following exchange occurred on the record:

> THE COURT: Let me say, as suggested in the initial jury instructions, **this case is not about whether Mr. Avenatti malpracticed in any way but, rather, did he commit the crimes?** I'm having trouble seeing how this interrogation is material to whether he committed the crimes, except with respect to whatever representations Mr. Johnson may have made to the Social Security Administration. But to the extent that -- and I think this has been the thrust of some of the exam -- that Mr. Avenatti malpracticed in causing him not to get his Social Security benefits or not able to maintain

the benefits, to me that's irrelevant.

MR. AVENATTI: Your Honor, my position is they opened the door to this, and it can't be left unchecked. So –

**THE COURT: Well, sir, I'm developing a list of topics for further specific jury instructions that may need to be given as a result of the evidence that's come in. This is number one on my list.**

[Trial Tr. (7/23/21, Vol. 1) 117:4-23 (emphasis added).]

Undeterred, the government then called Mr. Tom Goeders, a real estate agent, as the government's eighth witness and elicited extensive testimony, and admitted many exhibits, about whether Mr. Avenatti had properly assisted Mr. Johnson in finding, and closing on, a home. *See, e.g.,* Trial Tr. (7/23/21, Vol. 2) 31-60.

## II.  ARGUMENT

Prior to trial, Mr. Avenatti repeatedly expressed concern that the government intended to try this matter as a legal malpractice case or a bar grievance proceeding as opposed to a trial focused on whether Mr. Avenatti violated any federal criminal statute. *See*, *e.g.*, Dkt. 339, 380, 454, 468, 539, 559. Unfortunately, as demonstrated by the first three days of trial and the testimony elicited by the government from four of the eight witnesses called thus far in their case-in-chief, these concerns have proven to be well-founded.

Mr. Avenatti agrees with the Court's comments on Friday that allowing this case to be tried in this manner risks Mr. Avenatti being convicted for committing legal malpractice as opposed to the commission of a crime. Further, permitting the jury to continue to operate, over the next few weeks, under a misconception and misunderstanding regarding what this case is about and the relevance of Mr. Avenatti's work for Mr. Johnson regarding his SSI benefits and home purchase, is highly prejudicial to the defendant and poses a significant risk of a flawed verdict.

Accordingly, this issue should be promptly addressed now as opposed to waiting weeks until the end of the trial.

For each of these reasons, Mr. Avenatti respectfully requests that the Court issue the following curative instruction at the beginning of trial on Tuesday, July 27, 2021:

> Ladies and Gentlemen:  Thus far in the trial, you have seen evidence and heard testimony concerning whether Mr. Avenatti properly assisted Mr. Johnson with maintaining his supplemental security income ("SSI") benefits and purchasing a home.  For the purposes of this trial, whether Mr. Avenatti properly performed these tasks is irrelevant and has no bearing on whether Mr. Avenatti committed any crime.  Accordingly, you are to disregard and ignore all such evidence and testimony in determining Mr. Avenatti's innocence or guilt.

### III. CONCLUSION

For each of the above reasons, Mr. Avenatti respectfully requests that the Court issue the requested curative jury instruction at the start of trial on Tuesday, July 27, 2021.

Dated: July 25, 2021                         Respectfully submitted,

                                             /s/ Michael J. Avenatti

                                             Defendant
                                             MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 25, 2021, service of the:

DEFENDANT'S REQUEST FOR A CURATIVE JURY INSTRUCTION AT THE BEGINNING OF TRIAL ON TUESDAY, JULY 27, 2021

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2021

/s/ H. Dean Steward
H. Dean Steward