1              **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3          **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4

5    UNITED STATES OF AMERICA,          )
                                        )
6                   Plaintiff,          )   <u>**CERTIFIED TRANSCRIPT**</u>
                                        )
7         vs.                           )   Case No.
                                        )   SACR-19-00061-JVS
8    MICHAEL JOHN AVENATTI,             )
                                        )   **TRIAL DAY 5**
9                   Defendant.          )   **VOLUME 2**
     _____)

10

11

12

13

14

                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
15
                     TUESDAY, JULY 20, 2021
16
                         1:00 P.M.
17
                     SANTA ANA, CALIFORNIA
18

19

20

21

22
     _____
23

                 **DEBBIE HINO-SPAAN, CSR 7953, CRR**
24                FEDERAL OFFICIAL COURT REPORTER
                  411 WEST 4TH STREET, ROOM 1-053
25                    SANTA ANA, CA 92701
                      dhinospaan@yahoo.com

1                    **APPEARANCES OF COUNSEL:**

2

3   **FOR THE PLAINTIFF:**

4           NICOLA T. HANNA
            United States Attorney
5           BY:  BRETT SAGEL
                 Assistant United States Attorney
6           411 West 4th Street
            Suite 8000
7           Santa Ana, California 92701
            714-338-3598
8           brett.sagel@usdoj.gov

9           NICOLA T. HANNA
            United States Attorney
10          BY:  ALEXANDER WYMAN
                 Assistant United States Attorney
11          312 North Spring Street
            Suite 1100
12          Los Angeles, California 90012
            213-894-2435
13          alex.wyman@usdoj.gov

14  **FOR THE DEFENDANT IN PRO SE:**

15          MICHAEL JOHN AVENATTI, ESQ.

16

    **STANDBY COUNSEL FOR MR. AVENATTI:**
17

            H. DEAN STEWARD LAW OFFICES
18          BY:  H. DEAN STEWARD, ESQ.
            17 Corporate Plaza
19          Suite 254
            Newport Beach, California 92660
20          949-481-4900
            deansteward7777@gmail.com

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1          **I N D E X**

2                                                              <u>**Page**</u>

3   Jury sworn                                                  34

4   Alternates sworn                                            64

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED  STATES  DISTRICT  COURT**

**SANTA ANA, CALIFORNIA; TUESDAY, JULY 20, 2021**

**1:00 P.M.**

- - -

01:00PM     **(Out of the presence of the jury.)**

THE COURT:  Mr. Avenatti has requested that he be permitted to represent himself and that Mr. Steward act as co-counsel.  That decision is entrusted to the discretion of the Court.  I believe the best summary of the law is found in *Locks* -- L-o-c-k-s -- *vs. Sumner,* S-u-m-n-e-r, 703 F.2d 403, at 407-08, Ninth Circuit 1983.

This is what the Court said:

"Importantly, 'co-counsel' and 'advisory counsel' are terms that have gained distinct meanings.  Advisory counsel is generally used to describe the situation when a pro se defendant is given technical assistance by an attorney in the courtroom but the attorney does not participate in the actual conduct of the trial.  In the co-counsel situation, the attorney may participate directly in the trial proceedings with the defendant, examining witnesses, objecting to evidence, et cetera.

"The Supreme Court in this Circuit have recognized the efficacy of hybrid representations to aid pro se defendants and protect the integrity

1          of the process."

2              I'll delete a number citations to the Supreme Court

3      cases and others:

4              "Neither court has decided, though, that a

01:02PM 5          pro se defendant has an absolute right to advisory

6          counsel.  The Tenth Circuit has held that the right

7          to standby counsel, a type of advisory counsel, is

8          not absolute but within the sound discretion of the

9          Court.  We agree with the Tenth Circuit.  If the

01:02PM 10         right to co-counsel is not of constitutional

11         dimensions, we fail to see why the right to

12         advisory counsel should be afforded higher status.

13         The decision to allow a defendant to proceed with

14         either form of hybrid representation is best left

01:02PM 15         to the sound discretion of the trial judge."

16             I decline to exercise my discretion to allow a

17     co-counsel situation.  I believe it has a potential for delay

18     and a potential for juror confusion.  In particular, typically

19     defense counsel have a consistent direct strategy that a jury

01:03PM 20 can follow.  I believe that the division of chores puts in

21     danger the presentation of that type of straightforward

22     single-theory presentation to the jury.

23             That said, if Mr. Avenatti chooses to represent

24     himself and the Court finds that he's qualified to do so, I

01:03PM 25 would appoint standby counsel.

**UNITED STATES DISTRICT COURT**

1          Mr. Avenatti.

2          THE DEFENDANT:  Your Honor, thank you.  I would site

3    the Court additionally to the *Kimmel* case.  I believe it

4    predated *Lee*.  The *Kimmel* case also holds for the proposition

01:04PM 5    or stands for the proposition that it is within Your Honor's

6    discretion.  I think the law in the Ninth Circuit is very clear

7    in that regard.

8          I'd like to make just two quick points, if I could.

9    First of all, Your Honor, were Your Honor to allow me to

01:04PM 10   proceed with a hybrid representation approach with Mr. Steward,

11   I can assure Your Honor that it would not be disjointed, that,

12   in fact, it would be consistent, it would be finite, it would

13   be directed, and it would not be confusing to the jury.  It's

14   certainly not in my best interest at this point to confuse this

01:04PM 15   jury in any way, shape, or form or to allow a disjointed

16   defense in this case.

17          So again, my preference would be hybrid

18   representation.  I understand and I've listened to Your Honor's

19   reasoning and I'm certainly not calling it into question.  I

01:05PM 20   just wanted the record to be clear.

21          And then, secondly, if Your Honor proceeds in

22   denying that request, I am appreciative of the fact that

23   Your Honor would appoint Mr. Steward as advisory or standby

24   counsel, especially as it relates to my limited ability to get

01:05PM 25   on the Internet and do research and things of that nature,

```
 1   which I think is important during the course of the trial.
 2            So thank you, Your Honor.
 3            THE COURT:  Government have any comments?
 4            MR. SAGEL:  Unless Your Honor plans on changing
 5   Your Honor's tentative on the hybrid approach, then we don't
 6   have any comment on that part.
 7            THE COURTROOM DEPUTY:  Just a second.
 8            (Pause in proceedings.)
 9            THE COURT:  You indicated, Mr. Avenatti, if I denied
10   your request for hybrid counsel, you'd make a request to the
11   Court to represent yourself.  Are you making that request at
12   this time?
13            THE DEFENDANT:  Yes, Your Honor.
14            THE COURT:  Okay.  Sir, did you attend college?
15            THE DEFENDANT:  Do you want me to stand for this,
16   Your Honor?
17            THE COURT:  Wherever you're most comfortable.
18            THE DEFENDANT:  I'll be happy to stand.
19            Yes, sir.
20            THE COURT:  Where?
21            THE DEFENDANT:  First at Saint Louis University and
22   then the University of Pennsylvania, your Honor.
23            THE COURT:  Did you graduate?
24            THE DEFENDANT:  Yes, sir.
25            THE COURT:  What year?
```

Timestamps in left margin: 01:05PM (line 5), 01:06PM (line 10), 01:06PM (line 15), 01:06PM (line 20), 01:06PM (line 25).

```
 1                THE DEFENDANT:  1996.
 2                THE COURT:  What was your degree in?
 3                THE DEFENDANT:  Bachelor of Arts in political
 4       science.
 5                THE COURT:  Did you attend law school?
 6                THE DEFENDANT:  I did.
 7                THE COURT:  Where?
 8                THE DEFENDANT:  George Washington University.
 9                THE COURT:  Did you graduate?
10                THE DEFENDANT:  Yes.  In December of 1999.
11                THE COURT:  Did you receive any honors upon
12       graduation?
13                THE DEFENDANT:  Yes, Your Honor.  I graduated with
14       high honors.
15                THE COURT:  Receive any other honors, honorary
16       societies, et cetera?
17                THE DEFENDANT:  I was a member of the law review,
18       Your Honor.
19                THE COURT:  Okay.  Have you ever practiced criminal
20       law?
21                THE DEFENDANT:  I have made appearances in less than
22       five, maybe two or three criminal cases, Your Honor.  I've
23       never tried a criminal case.
24                THE COURT:  Have you ever participated in any manner
25       in the trial of a criminal case?
```

01:06PM (line 5)
01:07PM (line 10)
01:07PM (line 15)
01:07PM (line 20)
01:07PM (line 25)

1        THE DEFENDANT:  I represented witnesses in

2   connection with criminal matters, including one in the Southern

3   District of New York, maybe 15 years ago.  And as Your Honor is

4   aware, I was obviously a defendant last year in connection with

01:08PM  5   a matter before Judge Gardephe in the Southern District of

6   New York.

7        THE COURT:  Well, you've never participated as

8   counsel of record for a defendant or as a prosecutor in any

9   criminal case; is that correct?

01:08PM 10        THE DEFENDANT:  I have, Your Honor, been counsel of

11   record, but I have not participated in a trial.

12        THE COURT:  Okay.  Is it correct that you've never

13   made an opening statement in a criminal case?

14        THE DEFENDANT:  That is correct, Your Honor.

01:08PM 15        THE COURT:  Is it correct that you've never

16   presented any witness in a criminal case?

17        THE DEFENDANT:  Yes, sir.

18        THE COURT:  Is it correct you've never conducted

19   cross-examination in a criminal case?

01:08PM 20        THE DEFENDANT:  Yes, sir.

21        THE COURT:  Is it correct that you've never drafted

22   jury instructions for a criminal case?

23        THE DEFENDANT:  Other than assisting Ms. Cummings

24   and Mr. Steward here in connection with this and my prior

01:08PM 25   counsel in the Nike case, that is correct, Your Honor.

```
 1              THE COURT:  Have you ever made a closing argument in
 2    a criminal case?
 3              THE DEFENDANT:  No, sir.
 4              THE COURT:  Have you ever taken any seminars in
 5    criminal law since being a member of the bar?
 6              THE DEFENDANT:  I believe I took a seminar in
 7    criminal law immediately prior to graduation, when attending
 8    George Washington University Law School.  But since graduating,
 9    I don't believe so, Your Honor.
10              THE COURT:  Have you taken any continuing education
11    of law programs in criminal law?
12              THE DEFENDANT:  It's been about 20 years, but not
13    that I can recall, Your Honor.
14              THE COURT:  Okay.  Sir, do you understand -- and I'm
15    speaking presently now only of the ten counts that will be
16    tried.  Do you understand that those are serious charges?
17              THE DEFENDANT:  No doubt, Your Honor.
18              THE COURT:  And do you understand that your
19    potential criminal liability for ten violations of wire fraud,
20    18 U.S.C., Section 1343, is 200 years?
21              THE DEFENDANT:  I do, Your Honor.
22              THE COURT:  That would be ten years per count run
23    consecutively.  Do you understand that?
24              THE DEFENDANT:  Yes.
25              MR. SAGEL:  Your Honor, just to correct the record,
```

01:09PM  5
01:09PM 10
01:09PM 15
01:09PM 20
01:10PM 25

1    it's 20 years per count on ten counts.  Your Honor said "ten

2    years per count."

3            THE COURT:  Right.  200 years, 20 years per count,

4    times ten counts.  Do you understand that, Mr. Avenatti?

01:10PM 5            THE DEFENDANT:  Yes, sir.

6            THE COURT:  Do you understand that there are many

7    dangers and disadvantages in representing yourself?

8            THE DEFENDANT:  I do.

9            THE COURT:  Among the dangers are the following:  Do

01:10PM 10   you understand that if you're permitted to represent yourself,

11   it will be necessary for you to follow the rules of the Court,

12   evidence, criminal laws, and criminal procedure?

13           THE DEFENDANT:  Yes, sir.

14           THE COURT:  Do you have any expertise in criminal

01:11PM 15   procedure?

16           THE DEFENDANT:  I do not have expertise in criminal

17   procedure, Your Honor.

18           THE COURT:  Do you have any expertise in the

19   criminal law itself?

01:11PM 20           THE DEFENDANT:  I have knowledge of it, Your Honor,

21   but I would not describe it as expertise.

22           THE COURT:  Do you understand that the case against

23   you will be prosecuted by an experienced trial lawyer?

24           THE DEFENDANT:  Yes, Your Honor.

01:11PM 25           THE COURT:  Mr. Sagel has indicated he has 20 years

1    experience.

2              THE DEFENDANT:  Yes, Your Honor.  I think we

3    graduated law school -- from the same law school around the

4    same time.  I understand that, Your Honor.

01:11PM  5    THE COURT:  Do you understand that you're not

6    entitled to any special consideration or assistance by the

7    prosecutor, myself, or the court staff?

8              THE DEFENDANT:  Yes, Your Honor.

9              THE COURT:  Do you understand that if you're

01:11PM 10   permitted to represent yourself, it will be necessary for you,

11   without the assistance of any attorney, to defend yourself,

12   including but not limited to making pretrial motions, selecting

13   a jury, making an opening statement, cross-examining the

14   witnesses with the prosecution, subpoenaing and presenting your

01:12PM 15   own witnesses, making appropriate objections and motions during

16   the course of the trial, preparing and presenting proposed jury

17   instructions to the Court, making a final argument, and in the

18   event of conviction, making appropriate motions after the

19   trial, and representing yourself at the sentencing hearing?

01:12PM 20   THE DEFENDANT:  Yes, sir.

21             THE COURT:  Do you have any expertise in a federal

22   criminal sentencing?

23             THE DEFENDANT:  No, sir.

24             THE COURT:  Have you ever participated in a federal

01:12PM 25   criminal sentencing?

         1              THE DEFENDANT:  I participated in a sentencing

         2   approximately two weeks ago in New York in connection with the

         3   Nike-related matter, Your Honor.

         4              THE COURT:  You ever participate as counsel?

01:12PM  5              THE DEFENDANT:  No, sir.

         6              THE COURT:  Do you have any familiarity with the

         7   Sentencing Commission Guidelines?

         8              THE DEFENDANT:  Very, very minimal familiarity,

         9   Your Honor.

01:13PM 10              THE COURT:  Do you understand that you'll not -- you

        11   cannot and will not receive any special consideration or

        12   assistance from the Court?

        13              THE DEFENDANT:  I do, Your Honor.

        14              THE COURT:  Do you understand that I will not answer

01:13PM 15   any questions concerning how you should proceed, what law might

        16   apply, or what the correct procedure is?

        17              THE DEFENDANT:  Yes, sir.

        18              THE COURT:  Do you understand that it may be

        19   difficult for you to contact witnesses and investigate your

01:13PM 20   case?

        21              THE DEFENDANT:  Yes, sir.

        22              THE COURT:  Do you understand that you'll have

        23   limited access to telephones, legal research, legal

        24   information, which may make preparation of your defense more

01:13PM 25   difficult?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Do you understand that no continuance of

3  trial will be allowed without a showing of good cause?

4          THE DEFENDANT:  Yes, sir.

01:13PM 5          THE COURT:  Do you understand that if you change

6  your case -- change your mind, depending on the status of the

7  case, the Court may deny any request to have counsel -- to have

8  counsel represent you in the case?

9          THE DEFENDANT:  Yes, sir.

01:14PM 10          THE COURT:  Do you understand that you must act

11  respectfully toward the Court?

12          THE DEFENDANT:  Most certainly, Your Honor.

13          THE COURT:  Do you understand that the Court may

14  terminate your right to act as your own attorney if you engage

01:14PM 15  in any serious misconduct, obstruction of justice, or the

16  progress of the trial?

17          THE DEFENDANT:  Yes, sir.

18          THE COURT:  Do you understand that if your right to

19  represent yourself is terminated, you may have to be

01:14PM 20  represented by an attorney appointed by the Court and we'll

21  continue the case from that point?

22          THE DEFENDANT:  Yes, sir.

23          THE COURT:  Do you understand that if an appointed

24  attorney does take over the case, that attorney may be at a

01:15PM 25  disadvantage as a result of your self-representation?

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Do you understand that such disadvantage

3    will not be considered as an issue on appeal?

4          THE DEFENDANT:  If that's what Your Honor tells me,

01:15PM  5    I do.  I do understand that.

6          THE COURT:  Do you understand that a defendant who

7    represents and, in turn, is convicted, your Complaint on appeal

8    that the attorney's assistance was ineffective?

9          THE DEFENDANT:  Yes, Your Honor.

01:15PM 10          THE COURT:  Do you understand that by acting as your

11   own attorney, you're giving up the right to any claim that your

12   representation of yourself constitutes ineffective assistance

13   of counsel?

14          THE DEFENDANT:  Your Honor, I haven't researched the

01:16PM 15   issue, but I don't have any reason to quarrel with what

16   Your Honor is telling me.

17          THE COURT:  You do understand what I said?

18          THE DEFENDANT:  I do, Your Honor.

19          THE COURT:  You're charged with ten counts of wire

01:16PM 20   fraud, violating 18 U.S.C. 1343.  As I previously indicated,

21   each count carries a maximum term of 20 years.  Do you

22   understand that?

23          THE DEFENDANT:  Yes, sir.

24          THE COURT:  Do you understand you're giving up the

01:16PM 25   right to have an attorney determine what facts must be proved

```
 1    before you can be found guilty?
 2              THE DEFENDANT:  Yes, sir.
 3              THE COURT:  Do you understand that you're giving up
 4    the right to have an attorney determine what posttrial motions
 5    and sentencing options may be available to you if you're
 6    convicted?
 7              THE DEFENDANT:  Yes, sir.
 8              THE COURT:  Do you understand that the Court
 9    recommends and advises that you accept a court-appointed
10    attorney?
11              THE DEFENDANT:  Yes, sir.
12              THE COURT:  You've been advised that the Court has
13    advised you that the Court cannot act as your attorney.
14              THE DEFENDANT:  I have, Your Honor.
15              THE COURT:  Sir, do you understand that there are
16    pitfalls in representing yourself?
17              THE DEFENDANT:  Most certainly, Your Honor.
18              THE COURT:  Do you understand that you may be too
19    emotionally involved in the case to properly analyze the case?
20              THE DEFENDANT:  Yes, sir.
21              THE COURT:  Do you realize that you may be too
22    emotionally involved in the case to function properly in the
23    courtroom in terms of addressing the Court, examining
24    witnesses, making the opening and closing?
25              THE DEFENDANT:  I understand that's a risk,
```

```
 1    Your Honor.  But I have routinely shown proper demeanor and

 2    decorum to other courts when I've tried cases, and I would

 3    certainly show Your Honor the utmost respect as well as Your

 4    Honor's staff during the course of this trial.

 5            THE COURT:  But my question was, do you realize that

 6    you may be too emotionally involved to present an effective

 7    opening statement, to examine witnesses, to conduct

 8    cross-examination and make a closing argument?

 9            THE DEFENDANT:  I understand that, Your Honor.

10            THE COURT:  Have you ever been treated for substance

11    abuse?

12            THE DEFENDANT:  No, sir.

13            THE COURT:  Have you taken any controlled substances

14    within the past six months?

15            THE DEFENDANT:  No, sir.

16            THE COURT:  Have you been treated for any medical

17    health condition within the past six months?

18            THE DEFENDANT:  No, sir.

19            THE COURT:  Do you presently suffer from any medical

20    health condition?

21            THE DEFENDANT:  Not that I'm aware of, Your Honor.

22            THE COURT:  The Government request any further

23    inquiry?

24            MR. SAGEL:  Say that again.

25            THE COURT:  Does the Government request any further
```

**UNITED STATES DISTRICT COURT**

```
  1    inquiry?

  2              MR. SAGEL:  Yes, Your Honor, in two parts.  And I'll

  3    start with the first question to Your Honor, which will maybe

  4    turn into the second part.

01:19PM 5         Due to the nature of this case being severed,

  6    obviously we're currently facing -- what we're looking at right

  7    now is the ten counts.  I appreciate that.  But I think what

  8    he's really asking for is to represent himself in this case,

  9    which, obviously, there are 18 other counts or 26 other counts.

01:20PM 10   If he's asking for self-representation, I think he needs to

 11    be -- there needs to be an inquiry into all of the counts.

 12              THE COURT:  Okay.

 13              MR. SAGEL:  That's part one.  Part two -- actually,

 14    there are going to be two more parts.  Part two, I think based

01:20PM 15   on the law, and I can pull up the case, the advisement of the

 16    statutory maximums, I believe, also includes fine, supervised

 17    release, and special assessments.  So I think he needs to be

 18    inquired on that.

 19              THE COURT:  Okay.

01:20PM 20        MR. SAGEL:  And then, finally, Your Honor, I believe

 21    the *Faretta* colloquy should also make sure he understands the

 22    elements of the defense he's facing, at least as of right now,

 23    wire fraud and potentially the additional charges as well.  Not

 24    just the serious nature of the charge based on he's charged

01:21PM 25   with wire fraud and there's a 20-year maximum, but he needs to
```

```
 1    know, for example, the four elements of wire fraud, and then we
 2    also have them for the remaining counts as well.
 3                THE COURT:  Do you have them handy?
 4                MR. SAGEL:  I do.
 5                THE COURT:  Okay.  Then with respect to wire fraud,
 6    1343...
 7                MR. SAGEL:  I also have the penalties handy if
 8    Your Honor wants any assistance as well.
 9                THE COURT:  Do you have 1343 handy?  It's not clear
10    what the fine is.
11                MR. SAGEL:  It's $250,000 or twice the gross gain or
12    gross loss of the offense, Your Honor.
13                THE COURT:  And the terms of supervised release?
14                MR. SAGEL:  Three years, Your Honor, and $100
15    special assessment.
16                THE COURT:  And you want to recite --
17                Do you understand the penalties, Mr. Avenatti?  Do
18    you understand the penalties?
19                THE DEFENDANT:  I understand what I just heard is
20    the penalties.  I'm assuming those are the penalties.  Then
21    yes, Your Honor.
22                MR. SAGEL:  That is per count, Your Honor.
23                THE COURT:  Right.  You want to recite the elements
24    of wire fraud, please.
25                MR. SAGEL:  Yes, Your Honor.  And I'm happy to do it
```

1    either way.  I can do it the way Your Honor has proposed it in

2    the jury instructions or I can go with the standard -- what

3    pretty much lumps up the two different kinds of schemes,

4    whichever way Your Honor --

01:23PM 5              THE COURT:  Do it in the second fashion, please.

6              MR. SAGEL:  Yes, Your Honor.  (Reading:)

7              "To be convicted of wire fraud, defendant

8         would need to be -- the Government would need to

9         prove beyond a reasonable doubt that defendant

01:23PM 10        knowingly participated in a scheme or plan to

11        defraud or a scheme or plan for obtaining money or

12        property by means of false or fraudulent pretenses,

13        representations or promises, or omitted facts.  The

14        statements made or facts omitted as part of a

01:24PM 15        scheme were material; that is, they had a natural

16        tendency to influence or were capable of

17        influencing a person to part with money or

18        property.

19             "Defendant acted with the intent to defraud,

01:24PM 20        that is, the intent to deceive and cheat, and

21        defendant used or caused to be used an interstate

22        wire communication to carry out or attempt to carry

23        out an essential part of this scheme.

24             "To convict defendant of wire fraud on an

01:24PM 25        omission of material facts, the Government would

1    need to prove that the defendant had a duty to

2    disclose the omitted facts arising out of a

3    relationship of trust.  That duty can arise either

4    out of a formal fiduciary relationship or an

01:24PM 5    informal trusting relationship in which one party

6    acts for the benefit of another and induces the

7    trusting party to relax the care and vigilance

8    which would ordinarily -- in which it would

9    ordinarily exercise."

01:25PM 10           THE COURT:  Sir, in Counts 11 through 18, you're

11   charged with violating Title 26 of the United States Code,

12   Section 7202, as well as 18 U.S.C., Section 2(b).

13           First of all, would you recite the penalties,

14   Mr. Sagel.

01:25PM 15           MR. SAGEL:  Your Honor, Counts 11 through 18?

16           THE COURT:  Yes.

17           MR. SAGEL:  Per count, for Counts 11 through 18,

18   five years' maximum sentence, three-year period of supervised

19   release, a fine of $10,000, and a special assessment of $100.

01:26PM 20           THE COURT:  So for those eight counts, it would be

21   40 years if it were consecutive?

22           MR. SAGEL:  Yes, Your Honor.

23           THE COURT:  Sir, do you understand the penalties for

24   violation of 28 U.S.C., Section 7202?

01:26PM 25           THE DEFENDANT:  I understand what Mr. Sagel just

1      read, yes, Your Honor.

2              THE COURT:  Will you recite the elements of the

3      crime, please, Mr. Sagel.

4              MR. SAGEL:  (Reading:)

01:26PM 5          "Counts 11 through 18 charge willful failure

6          to collect or pay over withheld taxes.  For

7          defendant to be convicted of those charges, the

8          Government would need to prove beyond a reasonable

9          doubt defendant had a duty to collect, truthfully

01:27PM 10         account for, and pay over to the IRS federal income

11         and FICA taxes that the defendant was required to

12         withhold from the wages of employees for the

13         calendar quarter, and each count has a different

14         calendar quarter.

01:27PM 15         "Defendant failed to collect or truthfully

16         account for and pay over federal income and FICA

17         taxes that the defendant was required to withhold

18         from the wages of employees for the calendar

19         quarter and the four quarters -- or the eight

01:27PM 20         quarters that are listed in the Indictment, and

21         defendant acted willfully."

22              THE COURT:  Sir, do you understand the elements of

23      the charge?

24              THE DEFENDANT:  I understand what Mr. Sagel just

01:27PM 25      read, Your Honor.

1            THE COURT:  Do you distinguish that between

2    understanding the elements of the charge?

3            THE DEFENDANT:  Your Honor, I don't have the

4    elements in front of me.  I don't have any reason to question

01:27PM 5    what Mr. Sagel has said.  I'm assuming those are the elements.

6    And if so, I understand them, Your Honor.

7            THE COURT:  Count 19 charges violation of 26 U.S.C.,

8    Section 7212(a).

9            Mr. Sagel, would you recite the penalties for that.

01:28PM 10           MR. SAGEL:  Maximum sentence of three years,

11   one-year supervised release -- a term of one-year supervised

12   release, a fine of $5,000, and a special assessment of $100.

13           THE COURT:  Okay.  Sir, do you understand the

14   penalties for Count 19?

01:28PM 15           THE DEFENDANT:  Yes, Your Honor.

16           THE COURT:  Counts 20 through 23 charge a violation

17   of 26 U.S.C., Section 7203.

18           First, would you recite the penalties, please.

19           MR. SAGEL:  Yes, Your Honor.  And I don't believe I

01:28PM 20   did do the elements of Count 19.

21           THE COURT:  Okay.  Why don't you do that first.

22           MR. SAGEL:  (Reading:)

23           "To prove defendant guilty of Count 19,

24       endeavoring to obstruct the administration of the

01:29PM 25       Internal Revenue laws, Government would need to

1      prove beyond a reasonable doubt defendant in any

2      way acted corruptly, defendant endeavored to

3      obstruct or impede the due administration of the

4      Internal Revenue laws."

01:29PM  5          And just to follow up on Your Honor, it's

6      actually Count 20 through 29, as he's charged with

7      Title 26 United States Code, Section 7203.

8          THE COURT:  Okay.  Just a sec.  Okay.  I agree.

9          MR. SAGEL:  (Reading:)

01:29PM 10          "The maximum penalties for each count of

11      Title 26, United States Code, Section 7203, charged

12      in Count 20 through 29 of the Indictment, a maximum

13      sentence of one year, one-year term of supervised

14      release, a fine of $25,000 for any of the

01:30PM 15      individual counts and $100,000 for the

16      corporation" --

17          And I think the only corporation is his Avenatti &

18  Associates.  And, actually, Eagan Avenatti may be deemed a

19  corporation.  It's a partnership.  But under the fine provision

01:30PM 20  it may be $100,000 for those counts.

21          "-- and a special assessment of $25 each for

22      those counts."

23          THE COURT:  Sir, do you understand that?

24          THE DEFENDANT:  Yes, Your Honor.  I understand what

01:30PM 25  Mr. Sagel has just said, with the same proviso that I mentioned

 1    earlier.  I'm assuming it's all correct.

 2              THE COURT:  In Counts 30 and 31, violation of

 3    18 U.S.C., Section 1344(1) and Section 2(b), are charged.

 4              First of all, would you cite the penalties.

01:31PM 5         MR. SAGEL:  Yes.  I apologize for going backwards

 6    again.  I don't think I did the elements of Counts 20 through

 7    29.

 8              THE COURT:  Okay.

 9              MR. SAGEL:  (Reading:)

01:31PM 10             "Counts 20 through 29, willful failure to

11        file returns, for the Government to prove those

12        counts, the Government would need to prove beyond a

13        reasonable doubt defendant was required to file a

14        return for the calendar year-ending December 31st

01:31PM 15        for each of the particular years and for each of

16        the particular either individual or entities.

17             "Defendant failed to file an income tax

18        return by the date required by Title 26 of the

19        United States Code, and in failing to do so,

01:31PM 20        defendant acted willfully."

21              Turning to, as Your Honor just --

22              THE COURT:  Do you understand the elements of 20

23    through 29, sir?

24              THE DEFENDANT:  Again, Your Honor, I understand what

01:31PM 25    was read to me.  I don't have any question -- or I don't have

```
 1    any reason to dispute it.  I understand it.
 2              THE COURT:  Okay.  Then Counts 30 through 31.
 3              MR. SAGEL:  Counts 30 through 31 are two counts of
 4    bank fraud.  The maximum sentence is 30 years on each count,
 5    five years' supervised release, a fine of $1 million, and a
 6    special assessment of $100.
 7              THE COURT:  Do you have the elements?
 8              Sir, do you understand the penalties?
 9              THE DEFENDANT:  Same answer, Your Honor.
10              THE COURT:  And the elements, please, Mr. Sagel.
11              MR. SAGEL:  The elements:
12              "For the Government to prove bank fraud, the
13         Government would need to prove the following
14         facts -- prove the following elements beyond a
15         reasonable doubt:  Defendant knowingly executed a
16         scheme to defraud a financial institution as to a
17         material matter.  Defendant did so with the intent
18         to defraud the financial institution.  The
19         financial institution was insured by the Federal
20         Deposit Insurance Corporation."
21              THE COURT:  Count 32 charges violation of 18 U.S.C.,
22    Section 1028A(a)(1) in Section 2(b).
23              Would you recite the penalties, please.
24              MR. SAGEL:  Yes, Your Honor.  And do I not believe
25    you asked Mr. Avenatti if he understood the elements.
```

**UNITED STATES DISTRICT COURT**

1    THE COURT:  Do you understand the elements, sir, of

2  Counts 30 and 31.

3    THE DEFENDANT:  Same answer, Your Honor.

4    THE COURT:  Okay.

01:34PM  5    MR. SAGEL:  With regards to Count 32, Your Honor,

6  it's a two-year consecutive sentence.  It's a two-year sentence

7  consecutive to any other sentence he receives.

8    THE COURT:  And the elements of the charge --

9    Sir, do you understand the penalties, sir?

01:34PM 10    THE DEFENDANT:  Same answer, sir.

11    THE COURT:  And the elements, Mr. Sagel.

12    MR. SAGEL:  (Reading:)

13    "To prove defendant guilty of 18

14        United States Code, Section 1028A, aggravated

01:34PM 15        identity theft, the Government would need to prove

16        beyond a reasonable doubt that defendant knowingly

17        possessed without legal authority a means of

18        identification of another person, defendant knew

19        that the means of identification belonged to a real

01:35PM 20        person, and defendant did so during and in relation

21        to a violation of 18 United States Code,

22        Section 1344(1)," which is the bank fraud counts

23  charged in Counts 30 and 31.

24    THE COURT:  Okay.  Sir, do you understand the

01:35PM 25  penalties?

        1              THE DEFENDANT:  Same answer, Your Honor.

        2              THE COURT:  And the elements, do you understand the

        3    elements as well?

        4              THE DEFENDANT:  Same answer, Your Honor.

01:35PM  5              THE COURT:  That takes us to Count 33 through 36.

        6    18 U.S.C., Section 152(3) and 2(b).

        7              Start with the penalties, please, Mr. Sagel.

        8              MR. SAGEL:  (Reading:)

        9              "Maximum sentence on each count is five

01:36PM 10          years, three-year period of supervised release,

       11          fine of $250,000 or twice the gross gain or gross

       12          loss from the offense, and a special assessment of

       13          $100 on each count."

       14              THE COURT:  And repeat the term of imprisonment,

01:36PM 15    please.

       16              MR. SAGEL:  Maximum sentence of five years per

       17    count.

       18              THE COURT:  Okay.  And the elements --

       19              Sir, do you understand the penalties?

01:36PM 20              THE DEFENDANT:  Same answer, Your Honor.

       21              THE COURT:  And the elements, Mr. Sagel.

       22              MR. SAGEL:  For the defendant to be guilty of -- I

       23    don't know if you want me to do this kind of conjunctively or

       24    disjunctively, because there were two different subsections of

01:36PM 25    the statute that were charged.  Two are false declarations and,

```
 1   I think, one is false testimony under oath.  I can go through
 2   them separately or --
 3                THE COURT:  Take 33 through 35, which are under
 4   sub (3).
01:37PM  5          MR. SAGEL:  (Reading:)
 6          "The Government would need to prove the
 7          following elements beyond a reasonable doubt:  A
 8          proceeding and bankruptcy existed.  Defendant made
 9          an oath, account, declaration, certification,
01:37PM 10          verification or a statement under penalty of
11          perjury in relation to the bankruptcy proceeding.
12          The oath, account, declaration, certification,
13          verification, statement related to some material
14          matter.  The oath, account, declaration,
01:37PM 15          certification, verification and statement was
16          false.  And defendant made the oath, account,
17          declaration, certification, verification or
18          statement knowingly and with the intent to deceive
19          any creditor of the trustee or the bankruptcy
01:38PM 20          judge."
21          And I will clarify, that because of the bracketed
22   language, depending on if it's an oath or a declaration, it
23   covers both subsections, Your Honor.
24                THE COURT:  Do you have any questions, sir?  Do you
01:38PM 25   understand the elements?
```

UNITED STATES DISTRICT COURT

1          THE DEFENDANT:  Same answer, Your Honor.

2          THE COURT:  That takes us to the last count,

3    violation of 18 U.S.C., Section 152(2).

4          MR. SAGEL:  The same maximum penalties and the same

01:38PM 5    elements that I just read.  But the maximums would be five

6    years -- the maximum for that count would be five-year

7    sentence, supervised release of three years, a fine of $250,000

8    or twice the gross gain or gross loss, and $100 special

9    assessment.

01:38PM 10         THE COURT:  Sir, do you understand the penalties for

11   Count 36?

12         THE DEFENDANT:  Same answer, Your Honor.

13         THE COURT:  And the elements, Mr. Sagel.

14         MR. SAGEL:  The elements would be the same as for

01:39PM 15   Counts 33 through 35:

16         "A proceeding and bankruptcy existed.

17      Defendant made an oath, account, declaration,

18      certification, verification or statement under the

19      penalty of perjury in relation to the bankruptcy

01:39PM 20      proceeding.  The oath, account, declaration,

21      certification, verification or statement related to

22      some material matter.  The oath, account,

23      declaration, certification, verification or

24      statement was false.  And defendant made the oath,

01:39PM 25      account, declaration, certification, verification

          1          or statement knowingly and with the intent to

          2          deceive any creditor, the trustee or the bankruptcy

          3          judge."

          4                THE COURT:  Sir, do you understand the elements of

01:39PM   5   Count 36?

          6                THE DEFENDANT:  Same answer, Your Honor.

          7                THE COURT:  Sir, do you understand that taking

          8   Counts 1 through 36, that your maximum criminal liability is

          9   335 years if you were convicted on all counts and the Court

01:40PM  10   imposed the maximum sentence consecutive?

         11                THE DEFENDANT:  Yes, sir.

         12                THE COURT:  Okay.  Sir, do you understand that you

         13   may be also subject to some forfeitures?

         14                THE DEFENDANT:  Yes, sir.

01:40PM  15                THE COURT:  Would you summarize those, Mr. Sagel.

         16                MR. SAGEL:  I do not have the Indictment with me,

         17   Your Honor.  I believe the forfeiture counts -- and I don't

         18   really -- this is probably not the proceeding to wing it, so I

         19   probably want to see the Indictment.  But I know that the

01:40PM  20   forfeitures are related to the wire fraud and bank fraud

         21   counts.

         22                THE COURT:  Forfeitures are related to Counts 1

         23   through 10, 30, 31, 33 through 36.

         24                MR. SAGEL:  And just for Your Honor -- I think you

01:41PM  25   probably covered it sufficiently -- they're just notice

```
 1    provisions, they're not criminal charges.  They're notice
 2    provisions.
 3            THE COURT:  Sir, do you understand that you may be
 4    subject to forfeiture with respect to your conduct under
 5    Counts 1 through 10, 30, 31, 33 through 36?
 6            THE DEFENDANT:  Yes, sir.
 7            THE COURT:  Sir, do you have any questions before I
 8    make a determination on whether you may represent yourself?
 9            THE DEFENDANT:  No, Your Honor.
10            THE COURT:  Mr. Sagel?
11            MR. SAGEL:  Yes, Your Honor.  Because we had
12    somewhat of a proceeding before lunch and now, I just would
13    like Your Honor to clarify during this that his request at this
14    time is not for any purpose of delay; he would be prepared to
15    go forward with opening tomorrow; he would be prepared to go
16    forward with cross-examination of our first witnesses tomorrow;
17    and that each proceeding that we have, including finishing the
18    jury selection today, will proceed as planned, and this will
19    not interrupt anything; and he has no plans on interrupting or
20    delaying.
21            THE COURT:  Is that correct, Mr. Avenatti?
22            THE DEFENDANT:  100 percent correct, Your Honor.
23            THE COURT:  Okay, sir, I've determined that you've
24    been adequately advised of the risks of representing yourself
25    and that you have knowingly, intentionally, and voluntarily
```

        1    assumed those risks, and that you are qualified to represent

        2    yourself.

        3            So let's summon the members of the panel and finish

        4    jury selection.

01:42PM  5            MR. SAGEL:  Your Honor, if I could add one thing or

        6    just get one clarification, I believe Your Honor was saying

        7    that you were going to appoint Mr. --

        8            THE COURT:  Yeah.  First of all, Mr. Steward, are

        9    you willing to accept the appointment of standby counsel?

01:42PM 10            MR. STEWARD:  Yes, Your Honor.

       11            THE COURT:  Sir, I'll appoint you standby counsel.

       12    I think we'll have a later discussion about the parameters of

       13    your duties.

       14            MR. STEWARD:  Understood, Your Honor.

01:43PM 15            MR. SAGEL:  And we can have that at a later time,

       16    but I believe prior to this moment or prior to a few minutes

       17    ago there were numerous people who had been appointed.  I guess

       18    there just needs to be some clarification of who and how many

       19    people are appointed to assist in the defense.

01:43PM 20            THE COURT:  Any individuals previously approved by

       21    CJA to assist Mr. Steward and his appointment will continue.

       22            THE DEFENDANT:  Thank you, Your Honor.

       23            THE COURT:  Okay.  Let's bring the jury in, please.

       24            Do you want a short break?

01:43PM 25            MR. STEWARD:  I'd ask for a short break, Your Honor.

```
 1              THE COURT:  Okay.

 2              MR. STEWARD:  Five minutes.

 3              THE COURTROOM DEPUTY:  All rise.

 4              (Recess from 1:43 p.m. to 1:53 p.m.)

01:53PM  5      (In the presence of the jury.)

 6              THE COURTROOM DEPUTY:  Be seated and come to order.

 7    This court is again in session.

 8              THE COURT:  My apologies for the delay, ladies and

 9    gentlemen.  There were some matters I needed to just take up

01:53PM 10    with counsel.

11              Mr. Avenatti has a right under the Sixth Amendment

12    of the United States Constitution to represent himself.  He is

13    now exercising that right.  Mr. Steward will continue as his

14    standby counsel, but Mr. Avenatti will be his own lawyer.

01:53PM 15    You're not to infer anything from that -- good, bad or

16    indifferent -- about the fact that he's chosen to exercise his

17    constitutional right to represent himself.

18              Okay, we'll proceed to swear the jury, please.

19              THE COURTROOM DEPUTY:  If the 12 jurors could stand.

01:53PM 20    So these and the first two.  If you all would please raise your

21    right hand.

22              (The jury was sworn.)

23              THE COURT:  We'll complete the jury selection by

24    picking four alternates for this case.  So could we seat two

01:54PM 25    additional jurors, please.
```

1          THE COURTROOM DEPUTY:  B.V., ▮▮▮▮▮ will be in

2     Seat Number 15.  And D.A., ▮▮▮▮▮ Seat 16, please.

3          THE COURT:  Mr. Sagel, would you like to examine our

4     two new prospective alternates?

01:55PM 5          MR. SAGEL:  Yes, Your Honor.  Thank you.

6          Good afternoon.  Good afternoon.  Welcome to this

7     courtroom.  I've been here, so I haven't been able to see what

8     you've been able to see and hear.  So if you need me to repeat

9     anything that has been said, I can.

01:55PM 10          But what I just want to go over briefly with you is

11    that the most important thing going forward is, if you're

12    selected as a juror -- and you are currently as an alternate

13    but could potentially be a juror -- would you have any reason

14    you would not be able to give the defendant a fair trial, to be

01:55PM 15    a fair and impartial juror?

16          **(No audible response.)**

17          MR. SAGEL:  Is there anything about this case,

18    whether it be the length of the case, the allegations and the

19    charges against the defendant, any reason whatsoever that you

01:55PM 20    think you could not serve as a juror in this matter?

21          **(No audible response**.)

22          MR. SAGEL:  I'm going to hope you heard a lot of

23    what happened this morning.  If you didn't, maybe I'll ask a

24    few questions.

01:56PM 25          Was there any question that you heard us pose to any

```
 1   of the other jurors or any answers that were given by any of

 2   the other jurors that you felt you would like to give a

 3   response to or an answer to?

 4                   (No audible response.)

 5   MR. SAGEL:  And then in this matter, the Government

 6   is represented -- we represent the Federal Government,

 7   United States Government, and the Internal Revenue Service, the

 8   criminal investigation division, and the Department of the

 9   Treasury.

10                   Is there anything about the prosecution being --

11   representing the United States or the Department of the

12   Treasury that would give you any pause in being able to sit as

13   a juror in this matter?

14                   (No audible response.)

15   MR. SAGEL:  No further questions, Your Honor.

16   THE COURT:  Okay.  Mr. Avenatti, would you like to

17   inquire?

18   MR. AVENATTI:  Yes, Your Honor.  Thank you.

19   Good afternoon.  Mr. B.V., how are you?

20   PROSPECTIVE JUROR NUMBER 38:  Good.  How are you?

21   MR. AVENATTI:  Good, thank you.

22   What are your thoughts about the presumption of

23   innocence in America?

24   PROSPECTIVE JUROR NUMBER 38:  Well, I think it's --

25   if they do it the right way, you should be innocent until
```

```
 1   proven guilty.
 2            MR. AVENATTI:  Why do you think that?
 3            PROSPECTIVE JUROR NUMBER 38:  Because if we just
 4   went around accusing everybody, then everybody's going to be
 5   guilty.
 6            MR. AVENATTI:  Is there any doubt in your mind, if
 7   you were chosen to serve on this jury, that you could respect
 8   the presumption of innocence?
 9            PROSPECTIVE JUROR NUMBER 38:  I believe I can
10   respect it, yes.
11            MR. AVENATTI:  Do you consider it a fundamental
12   right in the United States of America that you are presumed
13   innocent?
14            PROSPECTIVE JUROR NUMBER 38:  Yes.
15            MR. AVENATTI:  Do you believe it is the obligation
16   when someone is accused of a crime that the Government has to
17   prove they are guilty beyond a reasonable doubt?
18            PROSPECTIVE JUROR NUMBER 38:  Yes.
19            MR. AVENATTI:  And do you believe that that applies,
20   even if you may not like the person?
21            PROSPECTIVE JUROR NUMBER 38:  I do.
22            MR. AVENATTI:  Now, I notice from your questionnaire
23   that you get some of your news from "The Daily Caller" and Fox
24   News.  Am I right about that?
25            PROSPECTIVE JUROR NUMBER 38:  "Daily Wire."
```

1          MR. AVENATTI:  I'm sorry.  "The Daily Wire."

2          PROSPECTIVE JUROR NUMBER 38:  Yes.

3          MR. AVENATTI:  And those are generally conservative

4   publications?

01:59PM 5          PROSPECTIVE JUROR NUMBER 38:  Yes.

6          MR. AVENATTI:  And why, in particular, do you get

7   most of your information from those two publications?

8          PROSPECTIVE JUROR NUMBER 38:  I think they value the

9   same things I do.

01:59PM 10          MR. AVENATTI:  And what are those values?

11          PROSPECTIVE JUROR NUMBER 38:  Conservative values.

12   Working hard to get ahead.

13          MR. AVENATTI:  The presumption of innocence, would

14   that be one of those values?

01:59PM 15          PROSPECTIVE JUROR NUMBER 38:  I believe so.

16          MR. AVENATTI:  So even if there was someone on the

17   other side, perhaps, that does not share some of your

18   conservative values, and even if they were accused of a crime,

19   would you still apply the presumption of innocence to them in

02:00PM 20   the same way you would to, let's say, somebody like Tucker

21   Carlson or someone else on the right?

22          PROSPECTIVE JUROR NUMBER 38:  Yes, I think the

23   standard should be applied evenly to everybody.

24          MR. AVENATTI:  Even if you don't like the person;

02:00PM 25   right?

UNITED STATES DISTRICT COURT

1          PROSPECTIVE JUROR NUMBER 38:  Yes.

2          MR. AVENATTI:  Do you believe that when someone is

3   accused of a crime in the United States, that the Government

4   has an obligation to prove that that person is guilty beyond

02:01PM  5   all reasonable doubt?

6          THE COURT:  Sir, the standard is reasonable doubt.

7          MR. AVENATTI:  I'm sorry, Your Honor.  I didn't mean

8   to misstate the standard.

9          Beyond reasonable doubt.

02:01PM 10          PROSPECTIVE JUROR NUMBER 38:  I'm sorry, can you

11   repeat the question.

12          MR. AVENATTI:  Sure.  Do you believe in the

13   United States of America, when someone is accused of a crime,

14   that the Government must prove them guilty beyond a reasonable

02:01PM 15   doubt?

16          PROSPECTIVE JUROR NUMBER 38:  Yes.

17          MR. AVENATTI:  Do you think that's a good standard?

18          PROSPECTIVE JUROR NUMBER 38:  It's honestly

19   something I don't know that I've thought of too much to

02:01PM 20   say "yes" or "no" to that.

21          MR. AVENATTI:  Fair enough.

22          Do you watch any crime shows?

23          PROSPECTIVE JUROR NUMBER 38:  Sometimes.

24          MR. AVENATTI:  Do you watch any crime documentaries?

02:01PM 25          PROSPECTIVE JUROR NUMBER 38:  Not regularly.  I

```
 1    might have seen a few.
 2            MR. AVENATTI:  What's the last one that you watched
 3    that you can recall?
 4            PROSPECTIVE JUROR NUMBER 38:  I believe I watched
 5    one of The First 48 documentaries, one of those ones.
 6            MR. AVENATTI:  Do you recall any other crime shows,
 7    as opposed to documentaries, that you may have watched?
 8            PROSPECTIVE JUROR NUMBER 38:  Criminal Minds, Blue
 9    Bloods.  I've seen CSI.
10            MR. AVENATTI:  Do you believe that innocent people
11    are charged with crimes in America?
12            PROSPECTIVE JUROR NUMBER 38:  I think that that does
13    happen, yes.
14            MR. AVENATTI:  Do you think that innocent people are
15    sometimes convicted of crimes that they did not commit?
16            PROSPECTIVE JUROR NUMBER 38:  I think that that does
17    happen, yes.
18            MR. AVENATTI:  Do you believe that innocent people
19    are sometimes targeted not because of what they did, but
20    because of who they are?
21            PROSPECTIVE JUROR NUMBER 38:  Yes.
22            THE COURT:  We need to begin to wrap up,
23    Mr. Avenatti.
24            MR. AVENATTI:  Thank you, Your Honor.
25            Sir, have you ever been a party to a lawsuit?
```

02:02PM (lines 5, 10, 15, 20)
02:03PM (line 25)

**UNITED STATES DISTRICT COURT**

1           PROSPECTIVE JUROR NUMBER 38:  No, I have not.

2           MR. AVENATTI:  Is there any doubt in your mind that

3  you can be fair and impartial in this case were you chosen to

4  be a juror.

02:03PM  5           PROSPECTIVE JUROR NUMBER 38:  There's no doubt in my

6  mind.

7           MR. AVENATTI:  Ms. D.A., good afternoon.

8           PROSPECTIVE JUROR NUMBER 39:  Good afternoon.

9           MR. AVENATTI:  Is there anything that you just heard

02:03PM 10  that you'd like to comment on?

11           PROSPECTIVE JUROR NUMBER 39:  No.

12           MR. AVENATTI:  Do you, too, believe in the

13  presumption of innocence?

14           PROSPECTIVE JUROR NUMBER 39:  Yes.

02:03PM 15           MR. AVENATTI:  Is there anything additional that

16  perhaps you did not put on your questionnaire that you think

17  that either myself or Mr. Sagel or the Court would want to know

18  before you were selected potentially for this jury?

19           PROSPECTIVE JUROR NUMBER 39:  No, sir.

02:04PM 20           MR. AVENATTI:  Were you to be selected for this

21  jury, would I start off with a clean slate with you?

22           PROSPECTIVE JUROR NUMBER 39:  Yes.

23           MR. AVENATTI:  Nothing further, Your Honor.

24           THE COURT:  All right.  Parties have the opportunity

02:04PM 25  to exercise peremptory challenges to the alternate seats.  Each

```
 1   side gets two peremptories.  Government's first.

 2             MR. SAGEL:  Government passes, Your Honor.

 3             THE COURT:  Defendant's first.

 4             MR. AVENATTI:  Your Honor, we thank and excuse

 5   Juror No. 38, Mr. B.V.

 6             THE COURT:  Mr. B.V., thank you for being with us.

 7             Government's first.

 8             MR. SAGEL:  Government passes, Your Honor.

 9             THE COURT:  Mr. Avenatti, second and last.

10             Well, wait a minute.  Before we do that --

11             THE COURTROOM DEPUTY:  I only have four.  No, I only

12   have three.

13             THE COURT:  I want to fill the seat before we do

14   that.

15             THE COURTROOM DEPUTY:  J.P.,

16             THE COURT:  Mr. Sagel.

17             MR. SAGEL:  I believe we now have two ███████ on the

18   jury, so I'm only talking to the new Mr. J.P.

19             When you spoke to us last time, you mentioned that

20   you had anniversary and birthday plans and you were going to

21   check to see if they could be moved or changed because you had

22   already paid for them.  Let's start there so I don't waste too

23   much of your time.  Do you still have a potential conflict

24   based on those dates?

25             PROSPECTIVE JUROR NUMBER 40:  No.  I am available.
```

02:04PM  5

02:05PM 10

02:05PM 15

02:06PM 20

02:06PM 25

                    MR. SAGEL:  Is there anything that you've heard
myself or defense ask throughout the day that you feel like you
need to provide an answer to, either that you cannot be fair to
the Government, you could not be fair to the defense, or you
02:07PM 5  would have difficulty being a juror in this matter based on the
length of time and the type of charges?

                    PROSPECTIVE JUROR NUMBER 40:  There are two things.
The first one is the last time I had jury duty was about 20
years ago, and at that time I had what was known as a panic
02:07PM 10 attack and it caused me to have to go sit in the judge's
chambers.  I was excused because I was having some
emotional/psychological problems.  Since then, I've had that
treated.  But it does bother me to look out those windows.

                    MR. SAGEL:  Okay.  I don't know if this is the good
02:07PM 15 news or the bad news, but the good news or the bad news in this
room is we're obviously windowless in here.

                    PROSPECTIVE JUROR NUMBER 40:  Yes.

                    MR. SAGEL:  And the jurors' room is, I believe, also
windowless until --

02:08PM 20          They have windows?  Okay.  I may be wrong in that.

                    But do you think seeing out those windows and your
experience in the prior jury service, do you think you would
have trouble focusing as a juror in this matter and listening
to all the evidence and the testimony in this matter?

02:08PM 25          PROSPECTIVE JUROR NUMBER 40:  I was told that the

1    panic attacks are never cured.  The medication that I'm on,

2    they are controlled.  They are -- what's the word?  They're

3    monitored properly.  But I do know that there's triggers.

4            So the only thing I would be concerned about is if

02:08PM  5    you ever had us wait out there, that would be very hard for me.

6    Because there's nowhere for me to stand without -- unless I

7    stand out there with my eyes closed.

8            MR. SAGEL:  Is it fair to say that most of today

9    you've been sitting in the courtroom behind me?

02:08PM 10           PROSPECTIVE JUROR NUMBER 40:  Yes.  Except for when

11   I came back from lunch, I was out there about five minutes and

12   that was difficult.

13           **(Counsel conferred off the record.)**

14           MR. SAGEL:  No further questions, Your Honor.

02:09PM 15           THE COURT:  Mr. Avenatti.

16           MR. AVENATTI:  Mr. J.P., good afternoon.

17           PROSPECTIVE JUROR NUMBER 40:  Hello.

18           MR. AVENATTI:  You were obviously here in the

19   courtroom when I asked the questions relating to the

02:09PM 20   presumption of innocence?

21           PROSPECTIVE JUROR NUMBER 40:  Yes.

22           MR. AVENATTI:  What are your thoughts as it relates

23   to that concept?

24           PROSPECTIVE JUROR NUMBER 40:  It saddens me to say

02:09PM 25   this, but I believe in my lifetime I've seen the moral fiber of

1    America diminish.  And I've seen -- I believe it's come to a

2    place where people are very comfortable not telling the truth.

3              MR. AVENATTI:  Do you believe that's generally all

4    people, meaning across the spectrum?

02:10PM 5              PROSPECTIVE JUROR NUMBER 40:  It seems like the more

6    they have at stake, whether it be money or any wrongdoing, the

7    more likely they are to not tell the truth.

8              MR. AVENATTI:  As you sit there today, do you

9    believe that the Government has a lot at stake in this case?

02:10PM 10              PROSPECTIVE JUROR NUMBER 40:  I don't know the

11    specifics of the case to warrant that answer.

12              MR. AVENATTI:  You obviously know that I have a lot

13    at stake.

14              PROSPECTIVE JUROR NUMBER 40:  Yes.

02:10PM 15              MR. AVENATTI:  Okay.  Fair enough.  The fact that

16    you know that I have a lot at stake, but you question whether

17    the Government has a lot at stake, would that lend you to

18    believe that I would be more guilty in your mind of what I've

19    been charged with?

02:11PM 20              PROSPECTIVE JUROR NUMBER 40:  No.

21              MR. AVENATTI:  So you would be able to keep an open

22    mind?

23              PROSPECTIVE JUROR NUMBER 40:  Yes.

24              MR. AVENATTI:  And do you, like the other jurors who

02:11PM 25    you've heard answer the question, do you too believe that it is

```
 1   the Government's obligation before someone can be convicted
 2   that they have to prove their guilt beyond a reasonable doubt?
 3                PROSPECTIVE JUROR NUMBER 40:  As I understand the
 4   way that is stated, I am comfortable with that.
 5                MR. AVENATTI:  You're comfortable with that concept?
 6                PROSPECTIVE JUROR NUMBER 40:  Yes.
 7                MR. AVENATTI:  You think that's a good thing?
 8                PROSPECTIVE JUROR NUMBER 40:  I believe it's as much
 9   justice as we can possibly hope for.
10                MR. AVENATTI:  Now, because this process has taken a
11   while, you've had to come to the courthouse now three days;
12   right?
13                PROSPECTIVE JUROR NUMBER 40:  (No audible response.)
14                MR. AVENATTI:  Yes?
15                PROSPECTIVE JUROR NUMBER 40:  Yes.
16                MR. AVENATTI:  And during those three days, you've
17   had to spend a lot of time around your fellow jurors; right?
18                PROSPECTIVE JUROR NUMBER 40:  Yes.
19                MR. AVENATTI:  And I think we started off with a
20   very large panel, well in excess of 100, so you've been around
21   a lot of people; right?
22                PROSPECTIVE JUROR NUMBER 40:  Yes.
23                MR. AVENATTI:  And I think you mentioned in response
24   to a question by Mr. Sagel that you felt a little bit of
25   anxiety on at least one of those occasions.
```

```
 1              PROSPECTIVE JUROR NUMBER 40:  Yes.

 2              MR. AVENATTI:  But you were able to deal with it.

 3    Am I right about that?

 4              PROSPECTIVE JUROR NUMBER 40:  So if I can just take

 5    a second to explain, the panic attacks are something that I

 6    have no control over.  And before I was diagnosed with them,

 7    there was a lot I didn't understand about them.  And the main

 8    thing was, was that I've also been diagnosed with

 9    obsessive-compulsive disorder.

10              So one of the problems I have is if I get a thought

11    in my mind, it ruminates to the point of possibly causing the

12    panic attack.  However, I also understand I cannot make myself

13    have a panic attack.  It's just a matter of how well I'm able

14    to control my thoughts.  And, like I said, outside doesn't

15    help.

16              MR. AVENATTI:  Fair enough.  And, unfortunately, you

17    can't make yourself not have a panic attack.

18              PROSPECTIVE JUROR NUMBER 40:  Correct.

19              MR. AVENATTI:  So when they come on, they just kind

20    of hit you?

21              PROSPECTIVE JUROR NUMBER 40:  Yes.  It's not pretty.

22              MR. AVENATTI:  Okay.  I'm sorry to hear that.

23              And how long have you been suffering from these?

24              PROSPECTIVE JUROR NUMBER 40:  I guess the court case

25    was probably over 20 years ago.
```

```
 1            MR. AVENATTI:  Okay.

 2            PROSPECTIVE JUROR NUMBER 40:  And I've also been to

 3    lots of counseling to try to render it as livable as possible.

 4            MR. AVENATTI:  So have you had in the back of your

 5    mind during these three days that you've been having to trek

 6    down here to the courthouse and sit through these proceedings,

 7    have you had in the back of your mind a lingering concern about

 8    whether this was the best case for you in light of this?

 9            PROSPECTIVE JUROR NUMBER 40:  Only because of the

10    length of time.  The way that the medication works is the more

11    that I am under stress, the more the medication has to work

12    harder.  And it would be possible that maybe I would have to go

13    back to my psychiatrist and ask him for a higher dosage because

14    of the stress of the events each day.  Probably a shorter case

15    would be a lot more manageable.

16            MR. AVENATTI:  A shorter trial would be more

17    conducive to your medical condition?

18            PROSPECTIVE JUROR NUMBER 40:  I believe it would,

19    based on what I understand how panic attacks work.

20            MR. AVENATTI:  I appreciate your candor, sir.  Thank

21    you.

22            Your Honor, nothing further.

23            THE COURT:  Mr. J.P., when did you last have a panic

24    attack?

25            PROSPECTIVE JUROR NUMBER 40:  Oh, it's been
```

| | |
|---|---|
| 1 | probably, I would say, at least ten years. |
| 2 | THE COURT:  Okay. |
| 3 | PROSPECTIVE JUROR NUMBER 40:  And in that, I would |
| 4 | just like to say, yes, I am very much in control of my |
| 02:15PM 5 | environment.  So I wouldn't make it a point to come to places |
| 6 | like this unless I absolutely had to, and that does help. |
| 7 | THE COURT:  If in the mornings, and you're on this |
| 8 | jury, we had you assembled in Courtroom 10D next door rather |
| 9 | than standing out in the hall, would that be helpful to you? |
| 02:15PM 10 | PROSPECTIVE JUROR NUMBER 40:  Yes.  That's what I |
| 11 | did at the last trial.  I actually was able to lie down in the |
| 12 | judge's chambers. |
| 13 | THE COURT:  Okay.  I don't know that I've ever had a |
| 14 | juror lie down in my chambers before. |
| 02:15PM 15 | I'll see counsel at sidebar, please. |
| 16 | **(Sidebar out of the presence of the jury:)** |
| 17 | THE COURT:  Challenge for cause, Government? |
| 18 | MR. SAGEL:  We'll defer to the Court.  I mean, I |
| 19 | think he's kind of in the gray area.  I don't think he said |
| 02:18PM 20 | anything like definitive that he couldn't, but he definitely |
| 21 | expressed reservations that this is the right trial and some of |
| 22 | the other concerning parts. |
| 23 | You know, I -- I don't really know the defense's |
| 24 | position.  We would not oppose if they want him dismissed for |
| 02:18PM 25 | cause, but I don't know how strong his answers have been to |

```
 1    make it definitive.

 2              THE COURT:  Mr. Avenatti?

 3              MR. AVENATTI:  Your Honor, I think this is the third

 4    occasion that we've had an opportunity to question him.  I do

 5    think he should be dismissed for cause.  I think he's been

 6    pretty clear that he's concerned about these panic attacks;

 7    although, granted, in questioning from Your Honor, he admitted

 8    it's been a while since he had one.

 9              I just don't think this is the proper case for him,

10    and in light of Mr. Sagel's statement that he would not oppose

11    the request, we would --

12              THE COURT:  I deny the request for challenge.  He

13    has not had an attack in ten years and he indicated that the

14    main problem is being out in the hallway.  For the record, the

15    hallway in front of the court faces west and the glass windows

16    are floor to ceiling.  There's nothing between you and looking

17    out toward the Pacific Ocean.  We can solve that problem by

18    having the jurors assemble in 10D.  So request is denied.

19              (Open court in the presence of the jury.)

20              THE COURT:  Again, the Government's first.

21              MR. SAGEL:  Your Honor, the government would like to

22    thank and excuse Juror No. 40, Mr. J.P.

23              THE COURT:  Very good.  Mr. J.P., thank you for

24    coming down.

25              PROSPECTIVE JUROR NUMBER 40:  You're welcome.  God
```

UNITED STATES DISTRICT COURT

```
 1   bless you.
 2              THE COURTROOM DEPUTY:  L.Z., ██████████.
 3              THE COURT:  Mr. Sagel, would you like to inquire?
 4              MR. SAGEL:  Good afternoon, Ms. L.Z.
 5              PROSPECTIVE JUROR NUMBER 41:  Good afternoon.
 6              MR. SAGEL:  Have you heard anything this morning,
 7   this afternoon, any questions that either I or the defense have
 8   posed, anything that has come up that makes you feel like you
 9   want to provide an answer to any question that we've raised
10   already today?
11              PROSPECTIVE JUROR NUMBER 41:  No.
12              MR. SAGEL:  Is there any reason, as you sit here
13   right now, and you could potentially be on this jury, that you
14   feel any concern or any problems in being able to give a fair
15   trial to the defendant and be a fair and impartial juror?
16              PROSPECTIVE JUROR NUMBER 41:  No.
17              MR. SAGEL:  And same question for the Government, as
18   you sit here right now, is there any reason you feel like you
19   could not be a fair and impartial juror for the Government?
20              PROSPECTIVE JUROR NUMBER 41:  No.
21              MR. SAGEL:  Is there any part of your life, your
22   experiences, your background, anything that you feel that we
23   need to know that would prevent you from being a fair and
24   impartial juror?
25              PROSPECTIVE JUROR NUMBER 41:  No.
```

```
 1              MR. SAGEL:  Thank you.

 2              THE COURT:  Mr. Avenatti.

 3              MR. AVENATTI:  Thank you, Your Honor.

 4              Good afternoon, Ms. L.Z.

02:21PM 5       PROSPECTIVE JUROR NUMBER 41:  Good afternoon.

 6              MR. AVENATTI:  Did I pronounce that correctly?

 7              PROSPECTIVE JUROR NUMBER 41:  You did actually.

 8              MR. AVENATTI:  Thank you.  I was looking at your

 9       questionnaire, and in response to Question 32, which I'm sure

02:21PM 10      you don't remember exactly what that was, because it's been a

 11      while, it was a question that asked:

 12              "Mr. Avenatti is a civil trial lawyer who

 13          sues individuals and corporations.  Would you give

 14          greater or lesser weight to the evidence in the

02:21PM 15          case simply because he is a lawyer?"

 16              You circled "no."  And you actually also added an

 17      explanation.  And you said, "Because that does not have any

 18      bearing on the case."

 19              Do you remember that?

02:22PM 20      PROSPECTIVE JUROR NUMBER 41:  Oh, I do not.  But...

 21              MR. AVENATTI:  Does that sound like something you

 22      might say?

 23              PROSPECTIVE JUROR NUMBER 41:  It sounds like

 24      something I would say, yes.

02:22PM 25      MR. AVENATTI:  Okay.  And can you explain that to me
```

```
  1  a little bit, why you think that you would not give it any
  2  greater or lesser weight, the fact that I'm a civil trial
  3  lawyer?
  4             PROSPECTIVE JUROR NUMBER 41:  Well, because I
02:22PM 5  believe -- I mean, innocence until proven guilty, and I
  6  would -- you know, it doesn't matter to me what type of lawyer
  7  you are.  It wouldn't make a difference.
  8             MR. AVENATTI:  So were you to be selected on the
  9  jury, you would come to the jury with a clean slate; is that
02:22PM 10 right?
 11             PROSPECTIVE JUROR NUMBER 41:  Absolutely -- yes.
 12             MR. AVENATTI:  And it wouldn't matter to you what my
 13  legal career was one way or the other; is that right?
 14             PROSPECTIVE JUROR NUMBER 41:  No.
02:23PM 15             MR. AVENATTI:  And you would decide the case only on
 16  the evidence that would be presented in this courtroom, whether
 17  it's by Mr. Sagel and Mr. Wyman or myself; is that right?
 18             PROSPECTIVE JUROR NUMBER 41:  Yes.
 19             MR. AVENATTI:  And I think later in the
02:23PM 20 questionnaire you stated that basically, and Mr. Sagel will
 21  correct me if I'm wrong, that you would decide the case based
 22  on the facts?
 23             PROSPECTIVE JUROR NUMBER 41:  Yes.
 24             MR. AVENATTI:  And how strongly do you feel about
02:23PM 25 that?
```

|  |  |
|---|---|
| 1 | PROSPECTIVE JUROR NUMBER 41:  Very strong. |
| 2 | MR. AVENATTI:  And why do you feel very strongly |
| 3 | about that? |
| 4 | PROSPECTIVE JUROR NUMBER 41:  Well, because I |
| 02:23PM 5 | believe you have to prove somebody's guilt.  It's not something |
| 6 | to be taken lightly. |
| 7 | MR. AVENATTI:  And how long have you had that |
| 8 | belief? |
| 9 | PROSPECTIVE JUROR NUMBER 41:  Always. |
| 02:23PM 10 | MR. AVENATTI:  So for as long as you can remember? |
| 11 | PROSPECTIVE JUROR NUMBER 41:  Yes. |
| 12 | MR. AVENATTI:  Do you consider it one of your core |
| 13 | values? |
| 14 | PROSPECTIVE JUROR NUMBER 41:  Yes. |
| 02:24PM 15 | MR. AVENATTI:  Do you consider it one of the core |
| 16 | values in the United States of America? |
| 17 | PROSPECTIVE JUROR NUMBER 41:  Yes. |
| 18 | MR. AVENATTI:  Nothing further, Your Honor. |
| 19 | THE COURT:  Okay.  Defendant's second and last |
| 02:24PM 20 | challenge. |
| 21 | MR. AVENATTI:  Your Honor, we thank and excuse |
| 22 | Juror No. 34, I believe it's Ms. C.P. |
| 23 | THE COURT:  Thank you for being with us. |
| 24 | We'll identify two prospective jurors.  If you'd all |
| 02:24PM 25 | move down, fill in the spots there.  You folks in the back move |

```
 1    down too.  I guess it doesn't matter.  But for this round I
 2    want to seat two people.
 3              THE COURTROOM DEPUTY:  Okay.  First will be M.V.,
 4    ██████████, will be in Seat 14.
 5              THE COURT:  But in the same order.  I want to keep
 6    them in the same order.
 7              THE COURTROOM DEPUTY:  Well, then I have to move
 8    them all.
 9              THE COURT:  Yeah.  Do that, please.
10              THE COURTROOM DEPUTY:  Okay.  Ms. L.Z., you need to
11    go to Seat 14, please.
12              Ms. D.A., please move down to Seat 15.
13              Ms. M.V., if you can please take Seat 16.
14              And we will add a Seat 17 in the back, J.M.,
15    ██████.
16              THE COURT:  Mr. Sagel, would you like to inquire?
17              MR. SAGEL:  Yes, Your Honor, briefly.  Thank you.
18              Good afternoon, Ms. M.V.  Long day.  You're finally
19    getting into this side of the courtroom.  So welcome.
20              Is there anything you've heard so far today, any
21    questions by myself, any questions by the defense, anything
22    you've heard about this case, the length of this case, anything
23    that you feel you need to provide an answer to that would be
24    important for us to hear?
25              PROSPECTIVE JUROR NUMBER 43:  No.
```

Line timestamps:
- 02:25PM  5
- 02:25PM  10
- 02:26PM  15
- 02:26PM  20
- 02:27PM  25

 1                 MR. SAGEL:  Is there any reason in your mind, as you

 2     sit here, based on the type of case it is, the Government,

 3     anything that you think you need to tell us that you would have

 4     any biases?

02:27PM  5                 PROSPECTIVE JUROR NUMBER 43:  I have no bias.

 6                 MR. SAGEL:  Okay.  In your jury questionnaire, you

 7     mentioned -- and if I have this wrong, I apologize.  I

 8     apologize if I'm saying anything personal.  I think you said

 9     you served on a prior jury and you found it difficult to

02:27PM 10     deliberate because of pelvic pain?

11                 PROSPECTIVE JUROR NUMBER 43:  Oh, yeah.  I'm feeling

12     much better now.  But I had, like, a ten-year history of

13     chronic pelvic pain.  And I'm really a sensitive person so I

14     pick up on a lot of emotion, and it -- sometimes it affects me

02:28PM 15     physically.

16                 And so at that time, when we were doing our

17     deliberations, I have irritable bowel syndrome and I have

18     chronic -- like my bladder is more active.  I'm feeling better

19     now, but at that time it was a very emotional deliberation, and

02:28PM 20     I needed immediate access to the restroom.

21                 So, yeah, I'm a sensitive character and it can show

22     up physically.

23                 MR. SAGEL:  Okay.  How long ago was that jury

24     service?

02:28PM 25                 PROSPECTIVE JUROR NUMBER 43:  Oh, I think that was

         1    probably about seven years ago.

         2         MR. SAGEL:  Nobody ever chooses me for jury, so I've

         3    never actually been in jury service, which may not come as a

         4    surprise, but it could possibly be emotional in deliberating

02:29PM  5    with fellow jurors.  And sometimes one juror and another juror

         6    don't see eye to eye and you have to deliberate and you have to

         7    talk out the evidence and the testimony, and so forth, and

         8    sometimes it could be emotional.

         9         Do you see yourself having any difficulty

02:29PM 10    deliberating with your fellow jurors if there are some emotions

        11    involved?

        12         PROSPECTIVE JUROR NUMBER 43:  I have no problem with

        13    communication and to be calm and deliberate.  As a physical

        14    therapist, I work with people with major chronic pain.  So

02:29PM 15    communication -- I've been a teacher.  Communication's not a

        16    problem with me.  I just need immediate access to the restroom

        17    if I have a physical reaction which I can't always control.

        18         MR. SAGEL:  Thank you.

        19         Is it Mr. J.M.?

02:29PM 20    PROSPECTIVE JUROR NUMBER 48:  Yes.

        21         MR. SAGEL:  I'm pronouncing it correctly?

        22         PROSPECTIVE JUROR NUMBER 48:  Yeah.  It's J.M.

        23         MR. SAGEL:  Is there anything that I have asked, the

        24    defense has asked, anything you've heard throughout today,

02:30PM 25    whether it's giving a fair trial to the defense, giving a fair

```
 1    trial to the Government, anything that has come up, any answers
 2    that have been provided that you feel you'd like to provide any
 3    kind of response?
 4                PROSPECTIVE JUROR NUMBER 48:  No.
 5                MR. SAGEL:  As you sit here right now, is there any
 6    reason you don't think you could be a fair and impartial juror
 7    on -- for the defendant?
 8                PROSPECTIVE JUROR NUMBER 48:  No.
 9                MR. SAGEL:  Is there any reason you think you could
10    not be a fair and impartial juror for the Government?
11                PROSPECTIVE JUROR NUMBER 48:  No.
12                MR. SAGEL:  No further questions, Your Honor.
13                THE COURT:  Mr. Avenatti.
14                MR. AVENATTI:  Good afternoon.  Did you ever see the
15    movie 12 Angry Men?
16                PROSPECTIVE JUROR NUMBER 43:  No.
17                MR. AVENATTI:  Okay.  Have you ever heard any
18    reference to it?
19                PROSPECTIVE JUROR NUMBER 43:  Not really.
20                MR. AVENATTI:  All right.  Fair enough.  It was a
21    while ago, before both of our time, I think.
22                Here's my question:  Mr. Sagel asked you at least
23    one, if not a couple questions, about your potential
24    deliberations and the fact that it would be potentially
25    emotional.  Do you remember that?
```

02:30PM (line 5)
02:30PM (line 10)
02:31PM (line 15)
02:31PM (line 20)
02:31PM (line 25)

1          PROSPECTIVE JUROR NUMBER 43:  Right.

2          MR. AVENATTI:  Okay.  And do you consider yourself a

3    fairly strong-willed person?

4          PROSPECTIVE JUROR NUMBER 43:  I'm not a

02:31PM 5    strong-willed person, but I am a very strong and resilient

6    person.

7          MR. AVENATTI:  Are you generally someone who is firm

8    in her convictions?  And when I mean "convictions," I don't

9    mean convicting somebody, I mean just -- you know, your

02:32PM 10   beliefs.

11         PROSPECTIVE JUROR NUMBER 43:  I know my beliefs and

12   I'm very strong in my beliefs.  I know who I am and what I

13   think.  So I don't know if that's an answer -- what you're

14   getting at.

02:32PM 15        MR. AVENATTI:  Generally, when you come to believe

16   something based on your own observations, do you stay true to

17   those beliefs?

18         PROSPECTIVE JUROR NUMBER 43:  Unless I'm given other

19   information that conflicts it, and then it's easy for me to

02:32PM 20   reevaluate what I was thinking and what my thoughts were.  I'm

21   flexible when I'm given new information.  And I'm always on the

22   lookout for new information.  I'm open-minded.

23         MR. AVENATTI:  So were you to be selected for the

24   jury and were you to be deliberating, and let's say that 11

02:33PM 25   members of the jury thought one way and you thought a different

UNITED STATES DISTRICT COURT

```
  1  way, I have two questions:  One, would you be open to input
  2  from your fellow jurors?  Would you be open to changing your
  3  mind?  As a general proposition.
  4          PROSPECTIVE JUROR NUMBER 43:  Oh, yeah.  Sure.
  5          MR. AVENATTI:  Okay.  Sure.
  6          PROSPECTIVE JUROR NUMBER 43:  And I would also kind
  7  of rethink my thinking if I'm the only one who's holding on to
  8  one viewpoint.  I wouldn't be swayed by all of them, but it
  9  would make me pause and think "Have I really looked at all the
 10  facts?"
 11          MR. AVENATTI:  And if you came to the conclusion
 12  that, in fact, you had looked at all the facts and that you
 13  were correct and the other 11 were, in your mind, mistaken,
 14  would you stay true to that belief?
 15          PROSPECTIVE JUROR NUMBER 43:  Yes, I would.
 16          MR. AVENATTI:  Thank you for your candor.
 17          Mr. -- is it J.M.?
 18          PROSPECTIVE JUROR NUMBER 48:  Yes.
 19          MR. AVENATTI:  Did I pronounce that correctly?
 20          PROSPECTIVE JUROR NUMBER 48:  You did.
 21          MR. AVENATTI:  Okay.  I believe on your
 22  questionnaire you said that you are a forensic accountant.  Did
 23  I get that correct?
 24          PROSPECTIVE JUROR NUMBER 48:  Previously, I worked
 25  as a forensic accountant; that's correct.
```

02:33PM 5
02:33PM 10
02:33PM 15
02:34PM 20
02:34PM 25

1          MR. AVENATTI:  And how long were you a forensic

2     accountant?

3          PROSPECTIVE JUROR NUMBER 48:  A little over seven

4     months.

02:34PM  5          MR. AVENATTI:  And where were you a forensic

6     accountant?

7          PROSPECTIVE JUROR NUMBER 48:  Los Alamitos.  Did you

8     want the specific partnership I work for?

9          MR. AVENATTI:  No.  That's quite all right.

02:34PM 10          And can you describe some of the duties or some of

11     the tasks that you performed as a forensic accountant?

12          PROSPECTIVE JUROR NUMBER 48:  It was a pretty wide

13     range.  There was a lot of just day-to-day bookkeeping,

14     accounting work, but specifically in the forensic department

02:34PM 15     that I worked in, it was a range of services I provided in

16     performing reconciliations of bank statements, credit cards in

17     preparation for audits on one end of the spectrum, and on the

18     extreme end of the spectrum also performing that same type of

19     work but for individuals who were being investigated for things

02:35PM 20     as significant as political corruption.

21          MR. AVENATTI:  What do you mean when you say "for

22     individuals who were being investigated for things like

23     political corruption"?  I don't necessarily want names, but can

24     you just describe that a little more generally for the benefit

02:35PM 25     of Mr. Wyman, Mr. Sagel, and myself.

```
 1                    PROSPECTIVE JUROR NUMBER 48:  Funds being funneled
 2       into political campaigns in an effort to sway elections.
 3                    MR. AVENATTI:  And were you working with the
 4       campaign or were you working with another third party?
 5                    PROSPECTIVE JUROR NUMBER 48:  I'm not sure I
 6       completely understand the question.  But I'll --
 7                    MR. AVENATTI:  It's a terrible question, that's why
 8       you don't understand it; so I apologize.
 9                    I guess what I'm trying to get at is who were you
10       working for?  Were you working for someone investigating the
11       campaign?
12                    PROSPECTIVE JUROR NUMBER 48:  I was working in
13       defense of the accused.
14                    MR. AVENATTI:  Did you like that?
15                    PROSPECTIVE JUROR NUMBER 48:  I found it
16       interesting, yes.
17                    MR. AVENATTI:  Did you believe in it?  Meaning your
18       task, what you were doing.
19                    PROSPECTIVE JUROR NUMBER 48:  I'm not sure I know
20       how to answer that question.
21                    MR. AVENATTI:  Okay.  So I take it, then, that you
22       like certain aspects of it and there's other aspects of it you
23       didn't like?
24                    PROSPECTIVE JUROR NUMBER 48:  Sure.  Yes.
25                    MR. AVENATTI:  And, generally, why did you leave
```

02:35PM 5
02:36PM 10
02:36PM 15
02:36PM 20
02:36PM 25

```
     1  that position?

     2          PROSPECTIVE JUROR NUMBER 48:  For circumstances,

     3  laid off.  We had a number of court cases at the time that we

     4  were expecting to work.  Ultimately, multiple of those court

02:36PM 5  cases were settled before we actually appeared in court.  So at

     6  the time we did not have need for additional help.

     7          MR. AVENATTI:  Did you have any forensic accounting

     8  experience before that job?

     9          PROSPECTIVE JUROR NUMBER 48:  No.

02:36PM 10         MR. AVENATTI:  Did you work with any other forensic

    11  accountants in connection with that job?

    12         PROSPECTIVE JUROR NUMBER 48:  No one outside of the

    13  firm.

    14         MR. AVENATTI:  So there were other people that

02:37PM 15  worked for the firm that did much the same thing that you did?

    16         PROSPECTIVE JUROR NUMBER 48:  Correct.

    17         MR. AVENATTI:  Okay.  And some of them were good, I

    18  take it, and some of them were bad?

    19         PROSPECTIVE JUROR NUMBER 48:  I'd say we were all

02:37PM 20  pretty skilled.

    21         MR. AVENATTI:  Okay.  Nothing further, Your Honor.

    22  Thank you.

    23         THE COURT:  See you at sidebar, please.

    24         (Sidebar out of the presence of the jury:)

02:39PM 25         THE COURT:  Challenge for cause?
```

1              MR. SAGEL:  None from the Government.

2              MR. AVENATTI:  None from the defense.

3              THE COURT:  Okay.  The reason I put two people

4    there, I always thought it was horribly unfair in Superior

02:39PM 5    Court.  You get somebody out of the audience that you never saw

6    and you're stuck with them.  So I always believe -- that's why

7    I do the six-pack in civil trials.  I think everybody should

8    see everything.  Okay.

9              **(Open court in the presence of the jury.)**

02:39PM 10             THE COURT:  Government's second and last challenge.

11             MR. SAGEL:  Thank you, Your Honor.  The Government

12    thanks and excuses Juror No. 43, Ms. M.V.

13             THE COURT:  Thank you for being with us.

14             We now have our four alternates.  Would the clerk

02:39PM 15    swear the alternates, please.

16             THE COURTROOM DEPUTY:  If the four alternates in the

17    back two rows, four people, if you all stand and raise your

18    right hand, please.

19             **(The alternate jurors were sworn.)**

02:39PM 20             THE COURTROOM DEPUTY:  You can be seated, please.

21             THE COURT:  Okay.  Ladies and gentlemen, we're going

22    to adjourn at this point.  We'll resume tomorrow at 9:00 a.m.

23    I have a short set of jury instructions to read to you.  We'll

24    hear the opening statements of counsel, the parties, and we'll

02:40PM 25    get right into the evidence; we'll hear the first witness.  So

1    I'm going to excuse you at this time.

2         Ladies and gentlemen in the audience here, I'm going

3    to excuse you as well.  I'm going to thank you especially for

4    coming down to the courthouse.  It's kind of a -- the toughest

02:40PM 5    duty of all not to even have a chance to get up to the bat and

6    answer questions.  I also -- I'm going to go down to 9 -- 10D

7    and downstairs and express my thanks to those jurors

8    personally.

9         So, you folks, we'll see you at 9:00 a.m. tomorrow.

02:40PM 10   Please remember the admonition not to discuss the case with

11   anyone.  You're not to form any opinions on the issues in the

12   case, and you're not to do any research about the case.  If

13   you, by chance, happen to see or hear anything about anybody in

14   this case or about the case itself, please turn away from it

02:41PM 15   and let Ms. Bredahl or myself know tomorrow morning.  So you

16   folks will be excused at this time.

17        I'm going to go first to 9D.  Would counsel like to

18   come with me to 9D or not?

19        MR. AVENATTI:  Your Honor, it's not necessary from

02:41PM 20   our perspective.

21        MR. SAGEL:  No, Your Honor.

22        THE COURT:  Okay.  Then I'm going to go talk to

23   those folks, and then I'm going to go downstairs and talk to

24   those folks.

02:41PM 25        Ladies and gentlemen, you're excused at this time.

         1    Thank you.
         2              **(Out of the presence of the jury.)**
         3              THE COURT:  Anything we need to take up before I do
         4    that?
02:41PM  5              MR. AVENATTI:  Very briefly, Your Honor.
         6              THE COURT:  Just a minute.
         7              You have something briefly, Mr. Avenatti?
         8              MR. AVENATTI:  Very briefly.  Just a few
         9    housekeeping matters.  Number one, if I heard it correctly, I
02:42PM 10    believe we're limited to 40 minutes on opening statements.  Is
        11    that the --
        12              THE COURT:  Well, I asked for estimates.  Mr. Sagel
        13    said 30, but maybe 40.  Mr. Steward said 30.
        14              MR. AVENATTI:  I don't want to run afoul of any
02:43PM 15    rules.
        16              THE COURT:  Just don't go more than 40 minutes.
        17              MR. AVENATTI:  Okay.  Fair enough, Your Honor.  I
        18    appreciate that.
        19              Number two, can we get a -- can we get a lineup for
02:43PM 20    tomorrow of witnesses?
        21              THE COURT:  Yes.  I'm going to require each party to
        22    disclose at the end of the day who's on bat for the next day
        23    with a time estimate, and the party on the other side is to
        24    provide an estimate on cross.  I want to make sure that we fill
02:43PM 25    up the days and nobody gets pulled up short.

1          MR. AVENATTI:  And, Your Honor, I would ask that

2     that be done by 6:00 p.m. each evening.

3          THE COURT:  Well, it has to be done before you leave

4     the courthouse.

02:43PM  5          MR. AVENATTI:  Correct, Your Honor.

6          THE COURT:  Hopefully it won't be 6:00 p.m.

7          MR. AVENATTI:  Okay.  And then last, Your Honor, I'm

8     assuming since Mr. Steward is in an advisory counsel role, that

9     he can file things on ECF on my behalf and just list himself as

02:44PM 10     advisory counsel?

11          THE COURT:  Yes.

12          MR. AVENATTI:  Thank you, Your Honor.  Appreciate

13     it.

14          THE COURT:  Why don't you come back at a quarter to

02:44PM 15     9:00 tomorrow in case we have last-minute issues.

16          MR. AVENATTI:  Thank you, Your Honor.

17          THE COURT:  Anything further, Mr. Sagel?

18          MR. SAGEL:  Nothing from the Government, Your Honor.

19          THE COURT:  Okay.

02:45PM 20          **(Proceedings concluded at 2:45 p.m.)**

21                          --oOo--

22

23

24

25

1          *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  July 20, 2021*

16

17

18

19                              */S/ DEBBIE HINO-SPAAN*

20                              *Debbie Hino-Spaan, CSR No. 7953*
                                *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$10,000** [1] - 21:19
**$100** [6] - 19:14, 21:19, 23:12, 26:6, 28:13, 30:8
**$100,000** [2] - 24:15, 24:20
**$25** [1] - 24:21
**$25,000** [1] - 24:14
**$250,000** [3] - 19:11, 28:11, 30:7
**$5,000** [1] - 23:12

## '

**'advisory** [1] - 4:13
**'co** [1] - 4:13
**'co-counsel'** [1] - 4:13

## /

**/S** [1] - 68:19

## 1

**1** [4] - 26:5, 31:8, 31:22, 32:5
**1-053** [1] - 1:24
**10** [2] - 31:23, 32:5
**100** [2] - 32:22, 46:20
**1028A** [1] - 27:14
**1028A(a)(1** [1] - 26:22
**10D** [3] - 49:8, 50:18, 65:6
**11** [6] - 21:10, 21:15, 21:17, 22:5, 59:24, 60:13
**1100** [1] - 2:11
**12** [2] - 34:19, 58:15
**1343** [3] - 10:20, 15:20, 19:9
**1343..** [1] - 19:6
**1344(1** [2] - 25:3, 27:22
**14** [2] - 55:4, 55:11
**15** [3] - 9:3, 35:2, 55:12
**152(2)** [1] - 30:3
**152(3** [1] - 28:6
**16** [2] - 35:2, 55:13
**17** [2] - 2:18, 55:14
**18** [14] - 10:20, 15:20, 18:9, 21:10, 21:12, 21:15, 21:17, 22:5, 25:3, 26:21, 27:13, 27:21, 28:6, 30:3
**19** [4] - 23:7, 23:14, 23:20, 23:23
**1983** [1] - 4:11

**1996** [1] - 8:1
**1999** [1] - 8:10
**1:00** [2] - 1:16, 4:2
**1:43** [1] - 34:4
**1:53** [1] - 34:4

## 2

**2** [1] - 1:9
**2(b** [1] - 25:3
**2(b)** [3] - 21:12, 26:22, 28:6
**20** [16] - 1:15, 4:1, 10:12, 11:1, 11:3, 11:25, 15:21, 23:16, 24:6, 24:12, 25:6, 25:10, 25:22, 43:8, 47:25, 68:15
**20-year** [1] - 18:25
**200** [2] - 10:20, 11:3
**2021** [3] - 1:15, 4:1, 68:15
**213-894-2435** [1] - 2:12
**23** [1] - 23:16
**254** [1] - 2:19
**26** [7] - 18:9, 21:11, 23:7, 23:17, 24:7, 24:11, 25:18
**28** [2] - 21:24, 68:8
**29** [5] - 24:6, 24:12, 25:7, 25:10, 25:23
**2:45** [1] - 67:20

## 3

**3)** [1] - 29:4
**30** [10] - 25:2, 26:2, 26:3, 26:4, 27:2, 27:23, 31:23, 32:5, 66:13
**31** [7] - 25:2, 26:2, 26:3, 27:2, 27:23, 31:23, 32:5
**312** [1] - 2:11
**31st** [1] - 25:14
**32** [3] - 26:21, 27:5, 52:9
**33** [5] - 28:5, 29:3, 30:15, 31:23, 32:5
**335** [1] - 31:9
**34** [2] - 3:3, 54:22
**35** [2] - 29:3, 30:15
**36** [6] - 28:5, 30:11, 31:5, 31:8, 31:23, 32:5
**38** [28] - 36:20, 36:24, 37:3, 37:9, 37:14, 37:18, 37:21, 37:25, 38:2, 38:5, 38:8,

38:11, 38:15, 38:22, 39:1, 39:10, 39:16, 39:18, 39:23, 39:25, 40:4, 40:8, 40:12, 40:16, 40:21, 41:1, 41:5, 42:5
**39** [5] - 41:8, 41:11, 41:14, 41:19, 41:22

## 4

**40** [37] - 21:21, 42:25, 43:7, 43:17, 43:25, 44:10, 44:17, 44:21, 44:24, 45:5, 45:10, 45:14, 45:20, 45:23, 46:3, 46:6, 46:8, 46:13, 46:15, 46:18, 46:22, 47:1, 47:4, 47:18, 47:21, 47:24, 48:2, 48:9, 48:18, 48:25, 49:3, 49:10, 50:22, 50:25, 66:10, 66:13, 66:16
**403** [1] - 4:10
**407-08** [1] - 4:11
**41** [20] - 51:5, 51:11, 51:16, 51:20, 51:25, 52:5, 52:7, 52:20, 52:23, 53:4, 53:11, 53:14, 53:18, 53:23, 54:1, 54:4, 54:9, 54:11, 54:14, 54:17
**411** [2] - 1:24, 2:6
**43** [15] - 55:25, 56:5, 56:11, 56:25, 57:12, 58:16, 58:19, 59:1, 59:4, 59:11, 59:18, 60:4, 60:6, 60:15, 64:12
**48** [23] - 40:5, 57:20, 57:22, 58:4, 58:8, 58:11, 60:18, 60:20, 60:24, 61:3, 61:7, 61:12, 62:1, 62:5, 62:12, 62:15, 62:19, 62:24, 63:2, 63:9, 63:12, 63:16, 63:19
**4th** [1] - 2:6
**4TH** [1] - 1:24

## 5

**5** [1] - 1:8

## 6

**64** [1] - 3:4
**6:00** [2] - 67:2, 67:6

## 7

**703** [1] - 4:10
**714-338-3598** [1] - 2:7
**7202** [2] - 21:12, 21:24
**7203** [3] - 23:17, 24:7, 24:11
**7212(a)** [1] - 23:8
**753** [1] - 68:8
**7953** [1] - 1:23, 68:20

## 8

**8000** [1] - 2:6

## 9

**9** [1] - 65:6
**90012** [1] - 2:12
**92660** [1] - 2:19
**92701** [2] - 1:25, 2:7
**949-481-4900** [1] - 2:20
**9:00** [3] - 64:22, 65:9, 67:15
**9D** [1] - 65:17, 65:18

## A

**a.m** [2] - 64:22, 65:9
**ability** [1] - 6:24
**able** [9] - 35:7, 35:8, 35:14, 36:12, 45:21, 47:2, 47:13, 49:11, 51:14
**above-entitled** [1] - 68:11
**absolute** [2] - 5:5, 5:8
**absolutely** [2] - 49:6, 53:11
**abuse** [1] - 17:11
**accept** [2] - 16:9, 33:9
**access** [3] - 13:23, 56:20, 57:16
**account** [10] - 22:10, 22:16, 29:9, 29:12, 29:14, 29:16, 30:17, 30:20, 30:22, 30:25
**accountant** [5] - 60:22, 60:25, 61:2, 61:6, 61:11
**accountants** [1] - 63:11
**accounting** [2] - 61:14, 63:7
**accused** [1] - 37:16, 38:18, 39:3, 39:13, 62:13
**accusing** [1] - 37:4
**act** [4] - 4:7, 14:10,

14:14, 16:13
**acted** [4] - 20:19, 22:21, 24:2, 25:20
**acting** [1] - 15:10
**active** [1] - 56:18
**acts** [1] - 21:6
**actual** [1] - 4:19
**add** [2] - 33:5, 55:14
**added** [1] - 52:16
**additional** [4] - 18:23, 34:25, 41:15, 63:6
**additionally** [1] - 6:3
**addressing** [1] - 16:23
**adequately** [1] - 32:24
**adjourn** [1] - 64:22
**administration** [2] - 23:24, 24:3
**admitted** [1] - 50:7
**admonition** [1] - 65:10
**advised** [3] - 16:12, 16:13, 32:24
**advisement** [1] - 18:15
**advises** [1] - 16:9
**advisory** [7] - 4:15, 5:5, 5:7, 5:12, 6:23, 67:8, 67:10
**affects** [1] - 56:14
**afforded** [1] - 5:12
**afoul** [1] - 66:14
**afternoon** [13] - 35:6, 36:19, 41:7, 41:8, 44:16, 51:4, 51:5, 51:7, 52:4, 52:5, 55:18, 58:14
**aggravated** [1] - 27:14
**ago** [8] - 9:3, 13:2, 33:17, 43:9, 47:25, 56:23, 57:1, 58:21
**agree** [2] - 5:9, 24:8
**ahead** [1] - 38:12
**aid** [1] - 4:25
**Alamitos** [1] - 61:7
**alex.wyman@usdoj. gov** [1] - 2:13
**ALEXANDER** [1] - 2:10
**allegations** [1] - 35:18
**allow** [4] - 5:13, 5:16, 6:9, 6:15
**allowed** [1] - 14:3
**alternate** [3] - 35:12, 41:25, 64:19
**Alternates** [1] - 3:4
**alternates** [5] - 34:24, 35:4, 64:14, 64:15, 64:16
**Amendment** [1] - 34:11
**America** [6] - 36:23,

37:12, 39:13, 40:11, 45:1, 54:16
**AMERICA** [1] - 1:5
**Ana** [1] - 2:7
**ANA** [3] - 1:17, 1:25, 4:1
**analyze** [1] - 16:19
**ANGELES** [1] - 68:3
**Angeles** [1] - 2:12
**Angry** [1] - 58:15
**anniversary** [1] - 42:20
**answer** [19] - 13:14, 26:9, 27:3, 27:10, 28:1, 28:4, 28:20, 30:1, 30:12, 31:6, 36:3, 43:3, 45:11, 45:25, 51:9, 55:23, 59:13, 62:20, 65:6
**answers** [3] - 36:1, 49:25, 58:1
**anxiety** [1] - 46:25
**apologies** [1] - 34:8
**apologize** [4] - 25:5, 56:7, 56:8, 62:8
**appeal** [2] - 15:3, 15:7
**APPEARANCES** [1] - 2:1
**appearances** [1] - 8:21
**appeared** [1] - 63:5
**applied** [1] - 38:23
**applies** [1] - 37:19
**apply** [2] - 13:16, 38:19
**appoint** [4] - 5:25, 6:23, 33:7, 33:11
**appointed** [5] - 14:20, 14:23, 16:9, 33:17, 33:19
**appointment** [2] - 33:9, 33:21
**appreciate** [4] - 18:7, 48:20, 66:18, 67:12
**appreciative** [1] - 6:22
**approach** [2] - 6:10, 7:5
**appropriate** [2] - 12:15, 12:18
**approved** [1] - 33:20
**area** [1] - 49:19
**argument** [3] - 10:1, 12:17, 17:8
**arise** [1] - 21:3
**arising** [1] - 21:2
**Arts** [1] - 8:3
**aspects** [2] - 62:22
**assemble** [1] - 50:18
**assembled** [1] - 49:8
**assessment** [7] -

19:15, 21:19, 23:12, 24:21, 26:6, 28:12, 30:9
**assessments** [1] - 18:17
**assist** [2] - 33:19, 33:21
**assistance** [7] - 4:17, 12:6, 12:11, 13:12, 15:8, 15:12, 19:8
**Assistant** [2] - 2:5, 2:10
**assisting** [1] - 9:23
**Associates** [1] - 24:18
**assumed** [1] - 33:1
**assuming** [4] - 19:20, 23:5, 25:1, 67:8
**assure** [1] - 6:11
**attack** [6] - 43:10, 47:12, 47:13, 47:17, 48:24, 50:13
**attacks** [4] - 44:1, 47:5, 48:19, 50:6
**attempt** [1] - 20:22
**attend** [2] - 7:14, 8:5
**attending** [1] - 10:7
**Attorney** [4] - 2:4, 2:5, 2:9, 2:10
**attorney** [13] - 4:17, 4:18, 4:20, 12:11, 14:14, 14:20, 14:24, 15:11, 15:25, 16:4, 16:10, 16:13
**attorney's** [1] - 15:8
**audible** [5] - 35:16, 35:21, 36:4, 36:14, 46:13
**audience** [2] - 64:5, 65:2
**audits** [1] - 61:17
**authority** [1] - 27:17
**available** [2] - 16:5, 62:25
**Avenatti** [21] - 4:6, 5:23, 6:1, 7:9, 11:4, 19:17, 24:17, 24:18, 26:25, 32:21, 34:11, 34:14, 36:16, 40:23, 42:9, 44:15, 50:2, 52:2, 52:12, 58:13, 66:7
**AVENATTI** [118] - 1:8, 2:15, 2:16, 36:18, 36:21, 37:2, 37:6, 37:11, 37:15, 37:19, 37:22, 38:1, 38:3, 38:6, 38:10, 38:13, 38:16, 38:24, 39:2, 39:7, 39:12, 39:17, 39:21, 39:24, 40:2,

40:6, 40:10, 40:14, 40:18, 40:24, 41:2, 41:7, 41:9, 41:12, 41:15, 41:20, 41:23, 42:4, 44:16, 44:18, 44:22, 45:3, 45:8, 45:12, 45:15, 45:21, 45:24, 46:5, 46:7, 46:10, 46:14, 46:16, 46:19, 46:23, 47:2, 47:16, 47:19, 47:22, 48:1, 48:4, 48:16, 48:20, 50:3, 52:3, 52:6, 52:8, 52:21, 52:25, 53:8, 53:12, 53:15, 53:19, 53:24, 54:2, 54:7, 54:10, 54:12, 54:15, 54:18, 54:21, 58:14, 58:17, 58:20, 59:2, 59:7, 59:15, 59:23, 60:5, 60:11, 60:16, 60:19, 60:21, 61:1, 61:5, 61:9, 61:21, 62:3, 62:7, 62:14, 62:17, 62:21, 62:25, 63:7, 63:10, 63:14, 63:17, 63:21, 64:2, 65:19, 66:5, 66:8, 66:14, 66:17, 67:1, 67:5, 67:7, 67:12, 67:16
**aware** [2] - 9:4, 17:21

---

# B

**B.V** [4] - 35:1, 36:19, 42:5, 42:6
**Bachelor** [1] - 8:3
**background** [1] - 51:22
**backwards** [1] - 25:5
**bad** [4] - 34:15, 43:15, 63:18
**bank** [5] - 26:4, 26:12, 27:22, 31:20, 61:16
**bankruptcy** [6] - 29:8, 29:11, 29:19, 30:16, 30:19, 31:2
**bar** [1] - 10:5
**based** [8] - 18:14, 18:24, 42:24, 43:5, 48:19, 53:21, 56:2, 59:16
**bat** [2] - 65:5, 66:22
**Beach** [1] - 2:19
**bearing** [1] - 52:18
**begin** [1] - 40:22
**behalf** [1] - 67:9
**behind** [1] - 44:9
**belief** [2] - 54:8, 60:14

beliefs [4] - 59:10, 59:11, 59:12, 59:17
**belonged** [1] - 27:19
**benefit** [2] - 21:6, 61:24
**best** [4] - 4:9, 5:14, 6:14, 48:8
**better** [2] - 56:12, 56:18
**between** [2] - 23:1, 50:16
**beyond** [10] - 20:9, 22:8, 24:1, 25:12, 26:14, 27:16, 29:7, 37:17, 39:4, 39:9, 39:14, 46:2
**bias** [1] - 56:5
**biases** [1] - 56:4
**birthday** [1] - 42:20
**bit** [2] - 46:24, 53:1
**bladder** [1] - 56:18
**bless** [1] - 51:1
**Bloods** [1] - 40:9
**Blue** [1] - 40:8
**bookkeeping** [1] - 61:13
**bother** [1] - 43:13
**bowel** [1] - 56:17
**bracketed** [1] - 29:21
**break** [2] - 33:24, 33:25
**Bredahl** [1] - 65:15
**BRETT** [1] - 2:5
**brett.sagel@usdoj. gov** [1] - 2:8
**briefly** [5] - 35:10, 55:17, 66:5, 66:7, 66:8
**bring** [1] - 33:23
**but..** [1] - 52:20
**BY** [2] - 2:5, 2:18

---

# C

**C.P** [1] - 54:22
**CA** [1] - 1:25
**calendar** [2] - 22:13, 22:14, 22:18, 25:14
**California** [4] - 2:7, 2:12, 2:19, 68:7
**CALIFORNIA** [4] - 1:2, 1:17, 4:1, 68:4
**Caller** [1] - 37:23
**calm** [1] - 57:13
**campaign** [2] - 62:4, 62:11
**campaigns** [1] - 62:2
**candor** [2] - 48:20, 60:16
**cannot** [4] - 13:11,

16:13, 43:3, 47:12
**capable** [1] - 20:16
**cards** [1] - 61:16
**care** [1] - 21:7
**career** [1] - 53:13
**Carlson** [1] - 38:21
**carries** [1] - 15:21
**carry** [2] - 20:22
**Case** [1] - 1:7
**case** [48] - 6:3, 6:4, 6:16, 8:23, 8:25, 9:9, 9:13, 9:16, 9:19, 9:22, 9:25, 10:2, 11:22, 13:20, 14:6, 14:7, 14:8, 14:21, 14:24, 16:19, 16:22, 18:5, 18:8, 18:15, 34:24, 35:17, 35:18, 41:3, 45:9, 45:11, 47:24, 48:8, 48:14, 50:9, 52:15, 52:18, 53:15, 53:21, 55:22, 56:2, 65:10, 65:12, 65:14, 67:15
**cases** [5] - 5:3, 8:22, 17:2, 63:3, 63:5
**caused** [2] - 20:21, 43:10
**causing** [1] - 47:11
**ceiling** [1] - 50:16
**Central** [1] - 68:7
**CENTRAL** [1] - 1:2
**certain** [1] - 62:22
**certainly** [5] - 6:14, 6:19, 14:12, 16:17, 17:3
**CERTIFICATE** [1] - 68:1
**certification** [8] - 29:9, 29:12, 29:15, 29:17, 30:18, 30:21, 30:23, 30:25
**CERTIFIED** [1] - 1:6
**certify** [1] - 68:7
**cetera** [2] - 4:22, 8:16
**challenge** [5] - 49:17, 50:12, 54:20, 63:25, 64:10
**challenges** [1] - 41:25
**chambers** [3] - 43:11, 49:12, 49:14
**chance** [2] - 65:5, 65:13
**change** [2] - 14:5, 14:6
**changed** [1] - 42:21
**changing** [2] - 7:4, 60:2
**character** [1] - 56:21
**charge** [6] - 18:24,

22:5, 22:23, 23:2,
23:16, 27:8
**charged** [10] - 15:19,
18:24, 21:11, 24:6,
24:11, 25:3, 27:23,
28:25, 40:11, 45:19
**charges** [8] - 10:16,
18:23, 22:7, 23:7,
26:21, 32:1, 35:19,
43:6
**cheat** [1] - 20:20
**check** [1] - 42:21
**chooses** [2] - 5:23,
57:2
**chores** [1] - 5:20
**chosen** [3] - 34:16,
37:7, 41:3
**chronic** [3] - 56:13,
56:18, 57:14
**circled** [1] - 52:16
**Circuit** [5] - 4:11, 4:23,
5:6, 5:9, 6:6
**circumstances** [1] -
63:2
**citations** [1] - 5:2
**cite** [1] - 25:4
**civil** [3] - 52:12, 53:2,
64:7
**CJA** [1] - 33:21
**claim** [1] - 15:11
**clarification** [2] - 33:6,
33:18
**clarify** [2] - 29:21,
32:13
**clean** [2] - 41:21, 53:9
**clear** [4] - 6:6, 6:20,
19:9, 50:6
**clerk** [1] - 64:14
**closed** [1] - 44:7
**closing** [3] - 10:1,
16:24, 17:8
**co** [4] - 4:8, 4:19, 5:10,
5:17
**co-counsel** [4] - 4:8,
4:19, 5:10, 5:17
**Code** [7] - 21:11, 24:7,
24:11, 25:19, 27:14,
27:21, 68:8
**collect** [3] - 22:6, 22:9,
22:15
**college** [1] - 7:14
**colloquy** [1] - 18:21
**comfortable** [4] -
7:17, 45:2, 46:4,
46:5
**coming** [2] - 50:24,
65:4
**comment** [2] - 7:6,
41:10
**comments** [1] - 7:3

**Commission** [1] -
13:7
**commit** [1] - 40:15
**communication** [3] -
20:22, 57:13, 57:15
**communication's** [1] -
57:15
**Complaint** [1] - 15:7
**complete** [1] - 34:23
**completely** [1] - 62:6
**compulsive** [1] - 47:9
**concept** [2] - 44:23,
46:5
**concern** [2] - 48:7,
51:14
**concerned** [2] - 44:4,
50:6
**concerning** [2] -
13:15, 49:22
**concluded** [1] - 67:20
**conclusion** [1] - 60:11
**condition** [3] - 17:17,
17:20, 48:17
**conducive** [1] - 48:17
**conduct** [3] - 4:19,
17:7, 32:4
**conducted** [1] - 9:18
**Conference** [1] -
68:12
**conferred** [1] - 44:13
**conflict** [1] - 42:23
**conflicts** [1] - 59:19
**conformance** [1] -
68:12
**confuse** [1] - 6:14
**confusing** [1] - 6:13
**confusion** [1] - 5:18
**conjunctively** [1] -
28:23
**connection** [5] - 9:2,
9:4, 9:24, 13:2,
63:11
**consecutive** [4] -
21:21, 27:6, 27:7,
31:10
**consecutively** [1] -
10:23
**conservative** [3] -
38:3, 38:11, 38:18
**consider** [4] - 37:11,
54:12, 54:15, 59:2
**consideration** [2] -
12:6, 13:11
**considered** [1] - 15:3
**consistent** [2] - 5:19,
6:12
**constitutes** [1] - 15:12
**Constitution** [1] -
34:12
**constitutional** [2] -

5:10, 34:17
**contact** [1] - 13:19
**continuance** [1] - 14:2
**continue** [3] - 14:21,
33:21, 34:13
**continuing** [1] - 10:10
**control** [4] - 47:6,
47:14, 49:4, 57:17
**controlled** [2] - 17:13,
44:2
**convict** [1] - 20:24
**convicted** [7] - 15:7,
16:6, 20:7, 22:7,
31:9, 40:15, 46:1
**convicting** [1] - 59:9
**conviction** [1] - 12:18
**convictions** [2] - 59:8
**core** [2] - 54:12, 54:15
**Corporate** [1] - 2:18
**Corporation** [1] -
26:20
**corporation** [3] -
24:16, 24:17, 24:19
**corporations** [1] -
52:13
**correct** [20] - 9:9,
9:12, 9:14, 9:15,
9:18, 9:21, 9:25,
10:25, 13:16, 25:1,
32:21, 32:22, 47:18,
53:21, 60:13, 60:23,
60:25, 63:16, 67:5,
68:9
**correctly** [4] - 52:6,
57:21, 60:19, 66:9
**corruption** [2] - 61:20,
61:23
**corruptly** [1] - 24:2
**counsel** [29] - 4:8,
4:15, 4:19, 5:6, 5:7,
5:10, 5:12, 5:17,
5:19, 5:25, 6:24,
7:10, 9:8, 9:10, 9:25,
13:4, 14:7, 14:8,
15:13, 33:9, 33:11,
34:10, 34:14, 49:15,
64:24, 65:17, 67:8,
67:10
**COUNSEL** [2] - 2:1,
2:16
**Counsel** [1] - 44:13
**counsel'** [2] - 4:13,
4:14
**counseling** [1] - 48:3
**count** [16] - 10:22,
11:1, 11:2, 11:3,
15:21, 19:22, 21:17,
22:13, 24:10, 26:4,
26:21, 28:9, 28:13,
28:17, 30:2, 30:6

**Count** [10] - 23:7,
23:14, 23:20, 23:23,
24:6, 24:12, 27:5,
28:5, 30:11, 31:5
**counts** [23] - 10:15,
11:1, 11:4, 15:19,
18:7, 18:9, 18:11,
19:2, 21:20, 22:5,
23:16, 24:15, 24:20,
24:22, 25:10, 25:12,
26:3, 27:22, 31:9,
31:17, 31:21
**Counts** [12] - 21:10,
21:15, 21:17, 25:2,
25:6, 26:2, 27:2,
27:23, 30:15, 31:8,
31:22, 32:5
**COUNTY** [1] - 56:3
**couple** [1] - 58:23
**course** [3] - 7:1,
12:16, 17:4
**court** [11] - 5:4, 12:7,
16:9, 34:7, 47:24,
50:15, 50:19, 63:3,
63:4, 63:5, 64:9
**Court** [25] - 4:9, 4:12,
4:23, 5:2, 5:9, 5:24,
6:3, 7:11, 11:11,
12:17, 13:12, 14:7,
14:11, 14:13, 14:20,
16:8, 16:12, 16:13,
16:23, 31:9, 41:17,
49:18, 64:5, 68:6,
68:20
**COURT** [179] - 1:1,
1:24, 4:6, 7:3, 7:9,
7:14, 7:17, 7:20,
7:23, 7:25, 8:2, 8:5,
8:7, 8:9, 8:11, 8:15,
8:19, 8:24, 9:7, 9:12,
9:15, 9:18, 9:21,
10:1, 10:4, 10:10,
10:14, 10:18, 10:22,
11:3, 11:6, 11:9,
11:14, 11:18, 11:22,
11:25, 12:5, 12:9,
12:21, 12:24, 13:4,
13:6, 13:10, 13:14,
13:18, 13:22, 14:2,
14:5, 14:10, 14:13,
14:18, 14:23, 15:2,
15:6, 15:10, 15:17,
15:19, 15:24, 16:3,
16:8, 16:12, 16:15,
16:18, 16:21, 17:5,
17:10, 17:13, 17:16,
17:19, 17:22, 17:25,
18:12, 18:19, 19:3,
19:5, 19:9, 19:13,
19:16, 19:23, 20:5,

21:10, 21:16, 21:20,
21:23, 22:2, 22:22,
23:1, 23:7, 23:13,
23:16, 23:21, 24:8,
24:23, 25:2, 25:8,
25:22, 26:2, 26:7,
26:10, 26:21, 27:1,
27:4, 27:8, 27:11,
27:24, 28:2, 28:5,
28:14, 28:18, 28:21,
29:3, 29:24, 30:2,
30:10, 30:13, 31:4,
31:7, 31:12, 31:15,
31:22, 32:3, 32:7,
32:10, 32:21, 32:23,
33:8, 33:11, 33:20,
33:23, 34:1, 34:8,
34:23, 35:3, 36:16,
39:6, 40:22, 41:24,
42:3, 42:6, 42:9,
42:13, 42:16, 44:15,
48:23, 49:2, 49:7,
49:13, 49:17, 50:2,
50:12, 50:20, 50:23,
51:3, 52:2, 54:19,
54:23, 55:5, 55:9,
55:16, 58:13, 63:23,
63:25, 64:3, 64:10,
64:13, 64:21, 65:22,
66:3, 66:6, 66:12,
66:16, 66:21, 67:3,
67:6, 67:11, 67:14,
67:17, 67:19, 68:6
**court-appointed** [1] -
16:9
**courthouse** [4] -
46:11, 48:6, 65:4,
67:4
**COURTROOM** [13] -
7:7, 34:3, 34:6,
34:19, 35:1, 42:11,
42:15, 51:2, 55:3,
55:7, 55:10, 64:16,
64:20
**Courtroom** [1] - 49:8
**courtroom** [7] - 4:18,
16:23, 35:7, 44:9,
44:19, 53:16, 55:19
**courts** [1] - 17:2
**covered** [1] - 31:25
**covers** [1] - 29:23
**credit** [1] - 61:16
**creditor** [2] - 29:19,
31:2
**crime** [8] - 22:3,
37:16, 38:18, 39:3,
39:13, 39:22, 39:24,
40:6
**crimes** [2] - 40:11,
40:15

**criminal** [25] - 8:19, 8:22, 8:23, 8:25, 9:2, 9:9, 9:13, 9:16, 9:19, 9:22, 10:2, 10:5, 10:7, 10:11, 10:19, 11:12, 11:14, 11:16, 11:19, 12:22, 12:25, 31:8, 32:1, 36:8
**Criminal** [1] - 40:8
**cross** [5] - 9:19, 12:13, 17:8, 32:16, 66:24
**cross-examination** [3] - 9:19, 17:8, 32:16
**cross-examining** [1] - 12:13
**CRR** [1] - 1:23
**CSI** [1] - 40:9
**CSR** [2] - 1:23, 68:20
**Cummings** [1] - 9:23
**cured** [1] - 44:1

## D

**D.A** [3] - 35:2, 41:7, 55:12
**Daily** [3] - 37:23, 37:25, 38:1
**danger** [1] - 5:21
**dangers** [2] - 11:7, 11:9
**Date** [1] - 68:15
**date** [1] - 25:18
**dates** [1] - 42:24
**DAY** [1] - 1:8
**day-to-day** [1] - 61:13
**days** [4] - 46:11, 46:16, 48:5, 66:25
**deal** [1] - 47:2
**DEAN** [2] - 2:17, 2:18
**deansteward7777@ gmail.com** [1] - 2:20
**DEBBIE** [3] - 1:23, 68:5, 68:19
**Debbie** [1] - 68:20
**deceive** [3] - 20:20, 29:18, 31:2
**December** [2] - 8:10, 25:14
**decide** [2] - 53:15, 53:21
**decided** [1] - 5:4
**decision** [2] - 4:8, 5:13
**declaration** [9] - 29:9, 29:12, 29:14, 29:17, 29:22, 30:17, 30:20, 30:23, 30:25
**declarations** [1] - 28:25

**decline** [1] - 5:16
**decorum** [1] - 17:2
**deemed** [1] - 24:18
**defend** [1] - 12:11
**DEFENDANT** [89] - 2:14, 6:2, 7:13, 7:15, 7:18, 7:21, 7:24, 8:1, 8:3, 8:6, 8:8, 8:10, 8:13, 8:17, 8:21, 9:1, 9:10, 9:14, 9:17, 9:20, 9:23, 10:3, 10:6, 10:12, 10:17, 10:21, 10:24, 11:5, 11:8, 11:13, 11:16, 11:20, 11:24, 12:2, 12:8, 12:20, 12:23, 13:1, 13:5, 13:8, 13:13, 13:17, 13:21, 14:1, 14:4, 14:9, 14:12, 14:17, 14:22, 15:1, 15:4, 15:9, 15:14, 15:18, 15:23, 16:2, 16:7, 16:11, 16:14, 16:17, 16:20, 16:25, 17:9, 17:12, 17:15, 17:18, 17:21, 19:19, 21:25, 22:24, 23:3, 23:15, 24:24, 25:24, 26:9, 27:3, 27:10, 28:1, 28:4, 28:20, 30:1, 30:12, 31:6, 31:11, 31:14, 32:6, 32:9, 32:22, 33:22
**Defendant** [1] - 1:9
**defendant** [40] - 4:16, 4:21, 5:5, 5:13, 9:4, 9:8, 15:6, 20:7, 20:9, 20:19, 20:21, 20:24, 21:1, 22:7, 22:9, 22:11, 22:15, 22:17, 22:21, 23:23, 24:1, 24:2, 25:13, 25:17, 25:20, 26:15, 26:17, 27:13, 27:16, 27:18, 27:20, 28:22, 29:8, 29:16, 30:17, 30:24, 35:14, 35:19, 51:15, 58:7
**defendant's** [2] - 42:3, 54:19
**defendants** [1] - 4:25
**defense** [13] - 5:19, 6:16, 13:24, 18:22, 33:19, 43:2, 43:4, 51:7, 55:21, 57:24, 57:25, 62:13, 64:2
**defense's** [1] - 49:23
**defer** [1] - 49:18
**definitely** [1] - 49:20

**definitive** [2] - 49:20, 50:1
**defraud** [4] - 20:11, 20:19, 26:16, 26:18
**degree** [1] - 8:2
**delay** [3] - 5:17, 32:14, 34:8
**delaying** [1] - 32:20
**delete** [1] - 5:2
**deliberate** [3] - 56:10, 57:6, 57:13
**deliberating** [3] - 57:4, 57:10, 59:24
**deliberation** [1] - 56:19
**deliberations** [2] - 56:17, 58:24
**demeanor** [1] - 17:1
**denied** [2] - 7:9, 50:18
**deny** [2] - 14:7, 50:12
**denying** [1] - 6:22
**department** [1] - 61:14
**Department** [2] - 36:8, 36:11
**Deposit** [1] - 26:20
**DEPUTY** [13] - 7:7, 34:3, 34:6, 34:19, 35:1, 42:11, 42:15, 51:2, 55:3, 55:7, 55:10, 64:16, 64:20
**describe** [4] - 4:16, 11:21, 61:10, 61:24
**determination** [1] - 32:8
**determine** [2] - 15:25, 16:4
**determined** [1] - 32:23
**dhinospaan@yahoo. com** [1] - 1:25
**diagnosed** [2] - 47:6, 47:8
**difference** [1] - 53:7
**different** [4] - 20:3, 22:13, 28:24, 59:25
**difficult** [4] - 13:19, 13:25, 44:12, 56:9
**difficulty** [2] - 43:5, 57:9
**dimensions** [1] - 5:11
**diminish** [1] - 45:1
**direct** [1] - 5:19
**directed** [1] - 6:13
**directly** [1] - 4:20
**disadvantage** [2] - 14:25, 15:2
**disadvantages** [1] - 11:7
**disclose** [2] - 21:2, 66:22
**discretion** [5] - 4:8,

5:8, 5:15, 5:16, 6:6
**discuss** [1] - 65:10
**discussion** [1] - 33:12
**disjointed** [2] - 6:11, 6:15
**disjunctively** [1] - 28:24
**dismissed** [2] - 49:24, 50:5
**disorder** [1] - 47:9
**dispute** [1] - 26:1
**distinct** [1] - 4:14
**distinguish** [1] - 23:1
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [4] - 9:3, 9:5, 68:6, 68:7
**division** [2] - 5:20, 36:8
**DIVISION** [1] - 1:2
**documentaries** [3] - 39:24, 40:5, 40:7
**done** [2] - 67:2, 67:3
**door** [1] - 49:8
**dosage** [1] - 48:13
**doubt** [12] - 10:17, 20:9, 22:9, 24:1, 25:13, 26:15, 27:16, 29:7, 37:6, 37:17, 39:5, 39:6, 39:9, 39:15, 41:2, 41:5, 46:2
**down** [9] - 48:6, 49:11, 49:14, 50:24, 54:25, 55:1, 55:12, 65:4, 65:6
**downstairs** [2] - 65:7, 65:23
**drafted** [1] - 9:21
**due** [2] - 18:5, 24:3
**during** [7] - 7:1, 12:15, 17:4, 27:20, 32:13, 46:16, 48:5
**duties** [2] - 33:13, 61:10
**duty** [5] - 21:1, 21:3, 22:9, 43:8, 65:5

## E

**Eagan** [1] - 24:18
**easy** [1] - 59:19
**ECF** [1] - 67:9
**education** [1] - 10:10
**effective** [1] - 17:6
**efficacy** [1] - 4:24
**effort** [1] - 62:2
**eight** [2] - 21:20, 22:19
**either** [7] - 5:14, 20:1,

21:3, 25:16, 41:17, 43:3, 51:7
**elections** [1] - 62:2
**elements** [29] - 18:22, 19:1, 19:23, 22:2, 22:22, 23:2, 23:4, 23:5, 23:20, 25:6, 25:22, 26:7, 26:10, 26:11, 26:14, 26:25, 27:1, 27:8, 27:11, 28:2, 28:3, 28:18, 28:21, 29:7, 29:25, 30:5, 30:13, 30:14, 31:4
**emotion** [1] - 56:14
**emotional** [4] - 56:15, 57:4, 57:8, 58:25
**emotional/ psychological** [1] - 43:12
**emotionally** [3] - 16:19, 16:22, 17:6
**emotions** [1] - 57:10
**employees** [2] - 22:12, 22:18
**end** [3] - 61:17, 61:18, 66:22
**endeavored** [1] - 24:2
**endeavoring** [1] - 23:24
**ending** [1] - 25:14
**engage** [1] - 14:14
**entities** [1] - 25:16
**entitled** [2] - 12:6, 68:11
**entrusted** [1] - 4:8
**environment** [1] - 49:5
**especially** [2] - 6:24, 65:3
**ESQ** [2] - 2:15, 2:18
**essential** [1] - 20:23
**estimate** [1] - 66:23, 66:24
**estimates** [1] - 66:12
**et** [2] - 4:22, 8:16
**evening** [1] - 67:2
**evenly** [1] - 38:23
**event** [1] - 12:18
**events** [1] - 48:14
**evidence** [7] - 4:22, 11:12, 43:24, 52:14, 53:16, 57:7, 64:25
**exactly** [1] - 52:10
**examination** [3] - 9:19, 17:8, 32:16
**examine** [2] - 17:7, 35:3
**examining** [3] - 4:21, 12:13, 16:23
**example** [1] - 19:1

**except** [1] - 44:10
**excess** [1] - 46:20
**excuse** [5] - 42:4, 50:22, 54:21, 65:1, 65:3
**excused** [3] - 43:11, 65:16, 65:25
**excuses** [1] - 64:12
**executed** [1] - 26:15
**exercise** [4] - 5:16, 21:9, 34:16, 41:25
**exercising** [1] - 34:13
**existed** [2] - 29:8, 30:16
**expecting** [1] - 63:4
**experience** [3] - 12:1, 43:22, 63:8
**experienced** [1] - 11:23
**experiences** [1] - 51:22
**expertise** [5] - 11:14, 11:16, 11:18, 11:21, 12:21
**explain** [2] - 47:5, 52:25
**explanation** [1] - 52:17
**express** [1] - 65:7
**expressed** [1] - 49:21
**extreme** [1] - 61:18
**eye** [2] - 57:6
**eyes** [1] - 44:7

---

## F

**F.2d** [1] - 4:10
**faces** [1] - 50:15
**facing** [2] - 18:6, 18:22
**fact** [7] - 6:12, 6:22, 34:16, 45:15, 53:2, 58:24, 60:12
**facts** [9] - 15:25, 20:13, 20:14, 20:25, 21:2, 26:14, 53:22, 60:10, 60:12
**fail** [1] - 5:11
**failed** [2] - 22:15, 25:17
**failing** [1] - 25:19
**failure** [2] - 22:5, 25:10
**fair** [19] - 35:14, 35:15, 39:21, 41:3, 43:3, 43:4, 44:8, 45:15, 47:16, 51:14, 51:15, 51:19, 51:23, 57:25, 58:6, 58:10, 58:20, 66:17

---

**fairly** [1] - 59:3
**false** [5] - 20:12, 28:25, 29:1, 29:16, 30:24
**familiarity** [2] - 13:6, 13:8
**far** [1] - 55:20
**Faretta** [1] - 18:21
**fashion** [1] - 20:5
**FEDERAL** [2] - 1:24, 68:5
**Federal** [3] - 26:19, 36:6, 68:20
**federal** [4] - 12:21, 12:24, 22:10, 22:16
**fellow** [4] - 46:17, 57:5, 57:10, 60:2
**felt** [2] - 36:2, 46:24
**few** [4] - 33:16, 35:24, 40:1, 66:8
**fiber** [1] - 44:25
**FICA** [2] - 22:11, 22:16
**fiduciary** [1] - 21:4
**file** [4] - 25:11, 25:13, 25:17, 67:9
**fill** [3] - 42:13, 54:25, 66:24
**final** [1] - 12:17
**finally** [2] - 18:20, 55:18
**financial** [3] - 26:16, 26:18, 26:19
**fine** [8] - 18:16, 19:10, 21:19, 23:12, 24:14, 24:19, 26:5, 28:11, 30:7
**finish** [1] - 33:3
**finishing** [1] - 32:17
**finite** [1] - 6:12
**firm** [3] - 59:7, 63:13, 63:15
**First** [1] - 40:5
**first** [18] - 6:9, 7:21, 18:3, 21:13, 23:18, 23:21, 25:4, 32:16, 33:8, 34:20, 42:1, 42:3, 42:7, 43:8, 50:20, 55:3, 64:25, 65:17
**five** [9] - 8:22, 21:18, 26:5, 28:9, 28:16, 30:5, 30:6, 34:2, 44:11
**five-year** [1] - 30:6
**flexible** [1] - 59:21
**floor** [1] - 50:16
**focusing** [1] - 43:23
**folks** [5] - 54:25, 65:9, 65:16, 65:23, 65:24
**follow** [3] - 5:20,

---

11:11, 24:5
**following** [4] - 11:9, 26:13, 26:14, 29:7
**FOR** [3] - 2:3, 2:14, 2:16
**foregoing** [1] - 68:9
**forensic** [8] - 60:22, 60:25, 61:1, 61:5, 61:11, 61:14, 63:7, 63:10
**forfeiture** [2] - 31:17, 32:4
**forfeitures** [3] - 31:13, 31:20, 31:22
**form** [3] - 5:14, 6:15, 65:11
**formal** [1] - 21:4
**format** [1] - 68:11
**forth** [1] - 57:7
**forward** [3] - 32:15, 32:16, 35:11
**four** [7] - 19:1, 22:19, 34:24, 42:11, 64:14, 64:16, 64:17
**Fox** [1] - 37:23
**fraud** [14] - 7:13, 17:16, 15:20, 18:23, 18:25, 19:1, 19:5, 19:24, 20:7, 20:24, 26:4, 26:12, 27:22, 31:20
**fraudulent** [1] - 20:12
**front** [2] - 23:4, 50:15
**function** [1] - 16:22
**fundamental** [1] - 37:11
**funds** [1] - 62:1
**funneled** [1] - 62:1

---

## G

**gain** [3] - 19:11, 28:11, 30:8
**gained** [1] - 4:14
**Gardephe** [1] - 9:5
**general** [1] - 60:3
**generally** [4] - 4:15, 38:3, 45:3, 59:7, 59:15, 61:24, 62:25
**gentlemen** [4] - 34:9, 64:21, 65:2, 65:25
**George** [2] - 8:8, 10:8
**given** [4] - 4:17, 36:1, 59:18, 59:21
**glass** [1] - 50:15
**God** [1] - 50:25
**government** [4] - 7:3, 42:2, 42:8, 50:21
**Government** [30] - 17:22, 17:25, 20:8, 20:25, 22:8, 23:25,

---

25:11, 25:12, 26:12, 26:13, 27:15, 29:6, 36:5, 36:6, 36:7, 37:16, 39:3, 39:14, 43:4, 45:9, 45:17, 49:17, 51:17, 51:19, 56:2, 58:1, 58:10, 64:1, 64:11, 67:18
**Government's** [2] - 46:1, 50:20
**government's** [3] - 42:1, 42:7, 64:10
**graduate** [2] - 7:23, 8:9
**graduated** [2] - 8:13, 12:3
**graduating** [1] - 10:8
**graduation** [2] - 8:12, 10:7
**granted** [1] - 50:7
**gray** [1] - 49:19
**greater** [2] - 52:14, 53:2
**gross** [6] - 19:11, 19:12, 28:11, 30:8
**guess** [4] - 33:17, 47:24, 55:1, 62:9
**Guidelines** [1] - 13:7
**guilt** [2] - 46:2, 54:5
**guilty** [11] - 16:1, 23:23, 27:13, 28:22, 37:1, 37:5, 37:17, 39:4, 39:14, 45:18, 53:5

---

## H

**hall** [1] - 49:9
**hallway** [2] - 50:14, 50:15
**hand** [2] - 34:21, 64:18
**handy** [3] - 19:3, 19:7, 19:9
**HANNA** [2] - 2:4, 2:9
**happy** [2] - 7:18, 19:25
**hard** [2] - 38:12, 44:5
**harder** [1] - 48:12
**health** [2] - 17:17, 17:20
**hear** [6] - 35:8, 47:22, 55:24, 64:24, 64:25, 65:13
**heard** [12] - 19:19, 35:22, 35:25, 41:9, 43:1, 45:25, 51:6, 55:20, 55:22, 57:24, 58:17, 66:9
**hearing** [1] - 12:19
**held** [2] - 5:6, 68:10

---

**hello** [1] - 44:17
**help** [3] - 47:15, 49:6, 63:6
**helpful** [1] - 49:9
**hereby** [1] - 68:7
**high** [1] - 8:14
**higher** [2] - 5:12, 48:13
**himself** [6] - 4:7, 5:24, 18:8, 34:12, 34:17, 67:9
**Hino** [1] - 68:20
**HINO** [3] - 1:23, 68:5, 68:19
**Hino-Spaan** [1] - 68:20
**HINO-SPAAN** [3] - 1:23, 68:5, 68:19
**history** [1] - 56:12
**hit** [1] - 47:20
**holding** [1] - 60:7
**holds** [1] - 6:4
**honestly** [1] - 39:18
**Honor** [123] - 6:2, 6:9, 6:11, 6:21, 6:23, 7:2, 7:4, 7:13, 7:16, 7:22, 8:13, 8:18, 8:22, 9:3, 9:10, 9:14, 9:25, 10:9, 10:13, 10:17, 10:21, 10:25, 11:1, 11:17, 11:20, 11:24, 12:2, 12:4, 12:8, 13:3, 13:9, 13:13, 14:12, 15:4, 15:9, 15:14, 15:16, 15:18, 16:14, 16:17, 17:1, 17:3, 17:9, 17:21, 18:2, 18:3, 18:20, 19:8, 19:12, 19:14, 19:21, 19:22, 19:25, 20:1, 20:4, 20:6, 21:15, 21:22, 22:1, 22:25, 23:3, 23:6, 23:15, 23:19, 24:5, 24:24, 25:21, 25:24, 26:9, 26:24, 27:3, 27:5, 28:1, 28:4, 28:20, 29:23, 30:1, 30:12, 31:6, 31:17, 31:24, 32:9, 32:11, 32:13, 32:22, 33:5, 33:6, 33:10, 33:14, 33:22, 33:25, 35:5, 36:15, 36:18, 39:7, 40:24, 41:23, 42:2, 42:4, 42:8, 44:14, 48:22, 50:3, 50:7, 50:21, 52:3, 54:18, 54:21, 55:17, 58:12, 63:21, 64:11, 65:19,

65:21, 66:5, 66:17,
67:1, 67:5, 67:7,
67:12, 67:16, 67:18
**Honor's** [4] - 6:5, 6:18,
7:5, 17:4
**HONORABLE** [1] - 1:3
**honorary** [1] - 8:15
**honors** [3] - 8:11,
8:14, 8:15
**hope** [2] - 35:22, 46:9
**hopefully** [1] - 67:6
**horribly** [1] - 64:4
**housekeeping** [1] -
66:9
**hybrid** [6] - 4:24, 5:14,
6:10, 6:17, 7:5, 7:10

## I

**identification** [2] -
27:18, 27:19
**identify** [1] - 54:24
**identity** [1] - 27:15
**immediate** [2] - 56:20,
57:16
**immediately** [1] - 10:7
**impartial** [7] - 35:15,
41:3, 51:15, 51:19,
51:24, 58:6, 58:10
**impede** [1] - 24:3
**important** [3] - 7:1,
35:11, 55:24
**importantly** [1] - 4:13
**imposed** [1] - 31:10
**imprisonment** [1] -
28:14
**IN** [1] - 2:14
**includes** [1] - 18:16
**including** [3] - 9:2,
12:12, 32:17
**income** [3] - 22:10,
22:16, 25:17
**indicated** [4] - 7:9,
11:25, 15:20, 50:13
**Indictment** [4] - 22:20,
24:12, 31:16, 31:19
**indifferent** [1] - 34:16
**individual** [2] - 24:15,
25:16
**individuals** [4] -
33:20, 52:13, 61:19,
61:22
**induces** [1] - 21:6
**ineffective** [2] - 15:8,
15:12
**infer** [1] - 34:15
**influence** [1] - 20:16
**influencing** [1] - 20:17
**informal** [1] - 21:5
**information** [5] -

13:24, 38:7, 59:19,
59:21, 59:22
**innocence** [7] - 36:23,
37:8, 38:13, 38:19,
41:13, 44:20, 53:5
**innocent** [5] - 36:25,
37:13, 40:10, 40:14,
40:18
**input** [1] - 60:1
**inquire** [3] - 36:17,
51:3, 55:16
**inquired** [1] - 18:18
**inquiry** [3] - 17:23,
18:1, 18:11
**institution** [3] - 26:16,
26:18, 26:19
**instructions** [4] -
9:22, 12:17, 20:2,
64:23
**Insurance** [1] - 26:20
**insured** [1] - 26:23
**integrity** [1] - 4:25
**intent** [5] - 20:19,
20:20, 26:17, 29:18,
31:1
**intentionally** [1] -
32:25
**interest** [1] - 6:14
**interesting** [1] - 62:16
**Internal** [3] - 23:25,
24:4, 36:7
**Internet** [1] - 6:25
**interrupt** [1] - 32:19
**interrupting** [1] -
32:19
**interstate** [1] - 20:21
**investigate** [1] - 13:19
**investigated** [2] -
61:19, 61:22
**investigating** [1] -
62:10
**investigation** [1] -
36:8
**involved** [4] - 16:19,
16:22, 17:6, 57:11
**irritable** [1] - 16:17
**IRS** [1] - 22:10
**issue** [2] - 15:3, 15:15
**issues** [2] - 65:11,
67:15
**itself** [2] - 11:19, 65:14

## J

**J.M** [4] - 55:14, 57:19,
57:22, 60:17
**J.P** [6] - 42:15, 42:18,
44:16, 48:23, 50:22,
50:23
**JAMES** [1] - 1:3

**job** [2] - 63:8, 63:11
**JOHN** [2] - 1:8, 2:15
**judge** [3] - 5:15,
29:20, 31:3
**Judge** [1] - 9:5
**JUDGE** [1] - 1:3
**judge's** [2] - 43:10,
49:12
**Judicial** [1] - 68:12
**JULY** [2] - 1:15, 4:1
**July** [1] - 68:15
**JUROR** [120] - 36:20,
36:24, 37:3, 37:9,
37:14, 37:18, 37:21,
37:25, 38:2, 38:5,
38:8, 38:11, 38:15,
38:22, 39:1, 39:10,
39:16, 39:18, 39:23,
39:25, 40:4, 40:8,
40:12, 40:16, 40:21,
41:1, 41:5, 41:8,
41:11, 41:14, 41:19,
41:22, 42:25, 43:7,
43:17, 43:25, 44:10,
44:17, 44:21, 44:24,
45:5, 45:10, 45:14,
45:20, 45:23, 46:3,
46:6, 46:8, 46:13,
46:15, 46:18, 46:22,
47:1, 47:4, 47:18,
47:21, 47:24, 48:2,
48:9, 48:18, 48:25,
49:3, 49:10, 50:25,
51:5, 51:11, 51:16,
51:20, 51:25, 52:5,
52:7, 52:20, 52:23,
53:4, 53:11, 53:14,
53:18, 53:23, 54:1,
54:4, 54:9, 54:11,
54:14, 54:17, 55:25,
56:5, 56:11, 56:25,
57:12, 57:20, 57:22,
58:4, 58:8, 58:11,
58:16, 58:19, 59:1,
59:4, 59:11, 59:18,
60:4, 60:6, 60:15,
60:18, 60:20, 60:24,
61:3, 61:7, 61:12,
62:1, 62:5, 62:12,
62:15, 62:19, 62:24,
63:2, 63:9, 63:12,
63:16, 63:19
**juror** [17] - 5:18,
35:12, 35:13, 35:15,
35:20, 36:13, 41:4,
43:5, 43:23, 49:14,
51:15, 51:19, 51:24,
57:5, 58:6, 58:10
**Juror** [4] - 42:5, 50:22,
54:22, 64:12

**jurors** [13] - 34:19,
34:25, 36:1, 36:2,
45:24, 46:17, 50:18,
54:24, 57:5, 57:10,
60:2, 64:19, 65:7
**jurors'** [1] - 43:18
**Jury** [1] - 3:3
**jury** [39] - 4:5, 5:19,
5:22, 6:13, 6:15,
9:22, 12:13, 12:16,
20:2, 32:18, 33:4,
33:23, 34:5, 34:18,
34:22, 34:23, 37:7,
41:18, 41:21, 42:18,
43:8, 43:22, 49:8,
49:16, 50:19, 51:13,
53:9, 56:6, 56:9,
56:23, 57:2, 57:3,
59:24, 59:25, 63:24,
64:9, 64:23, 66:2
**justice** [2] - 14:15,
46:9

## K

**keep** [2] - 45:21, 55:5
**Kimmel** [2] - 6:3, 6:4
**kind** [6] - 28:23, 47:19,
49:19, 58:3, 60:6,
65:4
**kinds** [1] - 20:3
**knowingly** [6] - 20:10,
26:15, 27:16, 29:18,
31:1, 32:25
**knowledge** [1] - 11:20
**known** [1] - 43:9

## L

**L.Z** [4] - 51:2, 51:4,
52:4, 55:10
**ladies** [4] - 34:8,
64:21, 65:2, 65:25
**laid** [1] - 63:3
**language** [1] - 29:22
**large** [1] - 46:20
**last** [12] - 9:4, 30:2,
40:2, 42:9, 42:19,
43:8, 48:23, 49:11,
54:19, 64:10, 67:7,
67:15
**last-minute** [1] - 67:15
**law** [14] - 4:9, 6:6, 8:5,
8:17, 8:20, 10:5,
10:7, 10:11, 11:19,
12:3, 13:15, 18:15
**Law** [1] - 10:8
**LAW** [1] - 2:17
**laws** [3] - 11:12,
23:25, 24:4

**lawsuit** [1] - 40:25
**lawyer** [6] - 11:23,
34:14, 52:12, 52:15,
53:3, 53:6
**least** [4] - 18:22,
46:25, 49:1, 58:22
**leave** [2] - 62:25, 67:3
**Lee** [1] - 6:4
**left** [1] - 5:14
**legal** [4] - 13:23,
27:17, 53:13
**lend** [1] - 45:17
**length** [4] - 35:18,
43:6, 48:10, 55:22
**less** [1] - 8:21
**lesser** [2] - 52:14, 53:2
**liability** [2] - 10:19,
31:8
**lie** [2] - 49:11, 49:14
**life** [1] - 51:21
**lifetime** [1] - 44:25
**light** [2] - 48:8, 50:10
**lightly** [1] - 54:6
**likely** [1] - 45:7
**limited** [4] - 6:24,
12:12, 13:23, 66:10
**lineup** [1] - 66:19
**lingering** [1] - 48:7
**list** [1] - 67:9
**listed** [1] - 22:20
**listened** [1] - 6:18
**listening** [1] - 43:23
**livable** [1] - 48:3
**Locks** [1] - 4:10
**LOCKS** [1] - 4:10
**look** [1] - 43:13
**looked** [2] - 60:9,
60:12
**looking** [3] - 18:6,
50:16, 52:8
**lookout** [1] - 59:22
**LOS** [1] - 68:3
**Los** [2] - 2:12, 61:7
**loss** [3] - 19:12, 28:12,
30:8
**Louis** [1] - 7:21
**lumps** [1] - 20:3
**lunch** [2] - 32:12,
44:11

## M

**M.V** [4] - 55:3, 55:13,
55:18, 64:12
**main** [2] - 47:7, 50:14
**major** [1] - 57:14
**manageable** [1] -
48:15
**manner** [1] - 8:24

**material** [5] - 20:15, 20:25, 26:17, 29:13, 30:22
**matter** [16] - 9:5, 13:3, 26:17, 29:14, 30:22, 35:20, 36:5, 36:13, 43:5, 43:23, 43:24, 47:13, 53:6, 53:12, 55:1, 68:11
**matters** [3] - 9:2, 34:9, 66:9
**maximum** [13] - 15:21, 18:25, 21:18, 23:10, 24:10, 24:12, 26:4, 28:9, 28:16, 30:4, 30:6, 31:8, 31:10
**maximums** [2] - 18:16, 30:5
**mean** [7] - 39:7, 49:18, 53:5, 59:8, 59:9, 61:21
**meaning** [2] - 45:4, 62:17
**meanings** [1] - 4:15
**means** [3] - 20:12, 27:17, 27:19
**medical** [3] - 17:16, 17:19, 48:17
**medication** [3] - 44:1, 48:10, 48:11
**member** [2] - 8:17, 10:5
**members** [2] - 33:3, 59:25
**Men** [1] - 58:15
**mentioned** [4] - 24:25, 42:19, 46:23, 56:7
**MICHAEL** [2] - 1:8, 2:15
**might** [3] - 13:15, 40:1, 52:22
**million** [1] - 26:5
**mind** [12] - 14:6, 37:6, 41:2, 41:6, 45:18, 45:22, 47:11, 48:5, 48:7, 56:1, 60:3, 60:13
**minded** [1] - 59:22
**Minds** [1] - 40:8
**minimal** [1] - 13:8
**minute** [3] - 42:10, 66:6, 67:17
**minutes** [5] - 33:16, 34:2, 44:11, 66:10, 66:16
**misconduct** [1] - 14:15
**misstate** [1] - 39:8
**mistaken** [1] - 60:13
**moment** [1] - 33:16

**money** [3] - 20:11, 20:17, 45:6
**monitored** [1] - 44:3
**months** [3] - 17:14, 17:17, 61:4
**moral** [1] - 44:25
**morning** [3] - 35:23, 51:6, 65:15
**mornings** [1] - 49:7
**most** [6] - 7:17, 14:12, 16:17, 35:11, 38:7, 44:8
**motions** [4] - 12:12, 12:15, 12:18, 16:4
**move** [4] - 54:25, 55:7, 55:12
**moved** [1] - 42:21
**movie** [1] - 58:15
**MR** [195] - 2:16, 7:4, 10:25, 17:24, 18:2, 18:13, 18:20, 19:4, 19:7, 19:11, 19:14, 19:22, 19:25, 20:6, 21:15, 21:17, 21:22, 22:4, 23:10, 23:19, 23:22, 24:9, 25:5, 25:9, 26:3, 26:11, 26:24, 27:5, 27:12, 28:8, 28:16, 28:22, 29:5, 30:4, 30:14, 31:16, 31:24, 32:11, 33:5, 33:10, 33:14, 33:15, 33:25, 34:2, 35:5, 35:17, 35:22, 36:5, 36:15, 36:18, 36:21, 37:2, 37:6, 37:11, 37:15, 37:19, 37:22, 38:1, 38:3, 38:6, 38:10, 38:13, 38:16, 38:24, 39:2, 39:7, 39:12, 39:17, 39:21, 39:24, 40:2, 40:6, 40:10, 40:14, 40:18, 40:24, 41:2, 41:7, 41:9, 41:12, 41:15, 41:20, 41:23, 42:2, 42:4, 42:8, 42:17, 43:1, 43:14, 43:18, 44:8, 44:14, 44:16, 44:18, 44:22, 45:3, 45:8, 45:12, 45:15, 45:21, 45:24, 46:5, 46:7, 46:10, 46:14, 46:16, 46:19, 46:23, 47:2, 47:16, 47:19, 47:22, 48:1, 48:4, 48:16, 48:20, 49:18, 50:3, 50:21, 51:4, 51:6, 51:12, 51:17, 51:21, 52:1,

52:3, 52:6, 52:8, 52:21, 52:25, 53:8, 53:12, 53:15, 53:19, 53:24, 54:2, 54:7, 54:10, 54:12, 54:15, 54:18, 54:21, 55:17, 56:1, 56:6, 56:23, 57:2, 57:18, 57:21, 57:23, 58:5, 58:9, 58:12, 58:14, 58:17, 58:20, 59:2, 59:7, 59:15, 59:23, 60:5, 60:11, 60:16, 60:19, 60:21, 61:1, 61:5, 61:9, 61:21, 62:3, 62:7, 62:14, 62:17, 62:21, 62:25, 63:7, 63:10, 63:14, 63:17, 63:21, 64:1, 64:2, 64:11, 65:19, 65:21, 66:5, 66:8, 66:14, 66:17, 67:1, 67:5, 67:7, 67:12, 67:16, 67:18
**multiple** [1] - 63:4
**must** [3] - 14:10, 15:25, 39:14

## N

**names** [1] - 61:23
**natural** [1] - 20:15
**nature** [3] - 6:25, 18:5, 18:24
**necessarily** [1] - 61:23
**necessary** [3] - 11:11, 12:10, 65:19
**need** [19] - 20:8, 21:1, 22:8, 23:25, 25:12, 26:13, 27:15, 29:6, 35:8, 40:22, 43:3, 51:23, 55:10, 55:23, 56:3, 57:16, 63:6, 66:3
**needed** [2] - 34:9, 56:20
**needs** [5] - 18:10, 18:11, 18:17, 18:25, 33:18
**never** [9] - 8:23, 9:7, 9:12, 9:15, 9:18, 9:21, 44:1, 57:3, 64:5
**new** [4] - 35:4, 42:18, 59:21, 59:22
**New** [3] - 9:3, 9:6, 13:2
**Newport** [1] - 2:19
**news** [5] - 37:23, 43:15
**News** [1] - 37:24

**next** [2] - 49:8, 66:22
**NICOLA** [2] - 2:4, 2:9
**Nike** [2] - 9:25, 13:3
**Nike-related** [1] - 13:3
**Ninth** [2] - 4:11, 6:6
**nobody** [2] - 57:2, 66:25
**none** [2] - 64:1, 64:2
**North** [1] - 2:11
**nothing** [6] - 41:23, 48:22, 50:16, 54:18, 63:21, 67:18
**notice** [3] - 31:25, 32:1, 37:22
**nowhere** [1] - 44:6
**Number** [1] - 35:2
**number** [4] - 5:2, 63:3, 66:9, 66:19
**NUMBER** [120] - 36:20, 36:24, 37:3, 37:9, 37:14, 37:18, 37:21, 37:25, 38:2, 38:5, 38:8, 38:11, 38:15, 38:22, 39:1, 39:10, 39:16, 39:18, 39:23, 39:25, 40:4, 40:8, 40:12, 40:16, 40:21, 41:1, 41:5, 41:8, 41:11, 41:14, 41:19, 41:22, 42:25, 43:7, 43:17, 43:25, 44:10, 44:17, 44:21, 44:24, 45:5, 45:10, 45:14, 45:20, 45:23, 46:3, 46:6, 46:8, 46:13, 46:15, 46:18, 46:22, 47:1, 47:4, 47:18, 47:21, 47:24, 48:2, 48:9, 48:18, 48:25, 49:3, 49:10, 50:25, 51:5, 51:11, 51:16, 51:20, 51:25, 52:5, 52:7, 52:20, 52:23, 53:4, 53:11, 53:14, 53:18, 53:23, 54:1, 54:4, 54:9, 54:11, 54:14, 54:17, 55:25, 56:5, 56:11, 56:25, 57:12, 57:20, 57:22, 58:4, 58:8, 58:11, 58:16, 58:19, 59:1, 59:4, 59:11, 59:18, 60:4, 60:6, 60:15, 60:18, 60:20, 60:24, 61:3, 61:7, 61:12, 62:1, 62:5, 62:12, 62:15, 62:19, 62:24, 63:2, 63:9, 63:12, 63:16, 63:19
**numerous** [1] - 33:17

## O

**oath** [10] - 29:1, 29:9, 29:12, 29:14, 29:16, 29:22, 30:17, 30:20, 30:22, 30:24
**objecting** [1] - 4:22
**objections** [1] - 12:15
**obligation** [3] - 37:15, 39:4, 46:1
**observations** [1] - 59:16
**obsessive** [1] - 47:9
**obsessive-compulsive** [1] - 47:9
**obstruct** [2] - 23:24, 24:3
**obstruction** [1] - 14:15
**obtaining** [1] - 20:11
**obviously** [6] - 9:4, 18:6, 18:9, 43:16, 44:18, 45:12
**occasion** [1] - 50:4
**occasions** [1] - 46:25
**Ocean** [1] - 50:17
**OF** [7] - 1:2, 1:5, 1:14, 2:1, 68:1, 68:3, 68:4
**offense** [2] - 19:12, 28:12
**OFFICES** [1] - 2:17
**OFFICIAL** [1] - 1:24, 68:1, 68:5
**Official** [1] - 68:20
**omission** [1] - 20:25
**omitted** [3] - 20:13, 20:14, 21:2
**one** [30] - 9:2, 18:13, 21:5, 23:11, 24:13, 29:1, 33:5, 33:6, 38:14, 40:2, 40:5, 43:8, 46:25, 47:10, 50:8, 53:13, 54:12, 54:15, 57:5, 58:23, 59:25, 60:1, 60:7, 60:8, 61:17, 63:12, 66:9
**one-year** [3] - 23:11, 24:13
**ones** [1] - 40:5
**oOo** [1] - 67:21
**Open** [2] - 50:19, 64:9
**open** [4] - 45:21, 59:22, 60:1, 60:2
**open-minded** [1] - 59:22
**opening** [7] - 9:13, 12:13, 16:24, 17:7, 32:15, 64:24, 66:10

opinions [1] - 65:11
opportunity [2] - 41:24, 50:4
oppose [2] - 49:24, 50:10
opposed [1] - 40:7
options [1] - 16:5
order [3] - 34:6, 55:5, 55:6
ordinarily [2] - 21:8, 21:9
outside [2] - 47:14, 63:12
own [5] - 12:15, 14:14, 15:11, 34:14, 59:16

**P**

p.m [5] - 34:4, 67:2, 67:6, 67:20
P.M [2] - 1:16, 4:2
Pacific [1] - 50:17
pack [1] - 64:7
Page [1] - 3:2
page [1] - 68:11
paid [1] - 42:22
pain [3] - 56:10, 56:13, 57:14
panel [2] - 33:3, 46:20
panic [9] - 43:9, 44:1, 47:5, 47:12, 47:13, 47:17, 48:19, 48:23, 50:6
parameters [1] - 33:12
part [9] - 7:6, 18:4, 18:13, 18:14, 20:14, 20:17, 20:23, 51:21
participate [3] - 4:18, 4:20, 13:4
participated [6] - 8:24, 9:7, 9:11, 12:24, 13:1, 20:10
particular [4] - 5:18, 25:15, 25:16, 38:6
parties [2] - 41:24, 64:24
partnership [2] - 24:19, 61:8
parts [3] - 18:2, 18:14, 49:22
party [6] - 21:5, 21:7, 40:25, 62:4, 66:21, 66:23
passes [2] - 42:2, 42:8
past [2] - 17:14, 17:17
pause [2] - 36:12, 60:9
Pause [1] - 7:8
pay [3] - 22:6, 22:10, 22:16
pelvic [2] - 56:10,

56:13
penalties [20] - 19:7, 19:17, 19:18, 19:20, 21:13, 21:23, 23:9, 23:14, 23:18, 24:10, 25:4, 26:8, 26:23, 27:9, 27:25, 28:7, 28:19, 30:4, 30:10
penalty [2] - 29:10, 30:19
Pennsylvania [1] - 7:22
people [13] - 33:17, 33:19, 40:10, 40:14, 40:18, 45:2, 45:4, 46:21, 55:2, 57:14, 63:14, 64:3, 64:17
per [7] - 10:22, 11:1, 11:2, 11:3, 19:22, 21:17, 28:16
percent [2] - 32:22
peremptories [1] - 42:1
peremptory [1] - 41:25
performed [1] - 61:11
performing [2] - 61:16, 61:18
perhaps [2] - 38:17, 41:16
period [2] - 21:18, 28:10
perjury [2] - 29:11, 30:19
permitted [3] - 4:7, 11:10, 12:10
person [10] - 20:17, 27:18, 27:20, 37:20, 38:24, 39:4, 56:13, 59:3, 59:5, 59:6
personal [1] - 56:8
personally [1] - 65:8
perspective [1] - 65:20
physical [2] - 57:13, 57:17
physically [2] - 56:15, 56:22
pick [1] - 56:14
picking [1] - 34:24
pitfalls [1] - 16:16
place [1] - 45:2
places [1] - 49:5
Plaintiff [1] - 1:6
PLAINTIFF [1] - 2:3
plan [2] - 20:10, 20:11
planned [1] - 32:18
plans [3] - 7:4, 32:19, 42:20
Plaza [1] - 2:18

point [5] - 6:14, 14:21, 47:11, 49:5, 64:22
points [1] - 6:8
political [4] - 8:3, 61:20, 61:23, 62:2
pose [1] - 35:25
posed [1] - 51:8
position [2] - 49:24, 63:1
possessed [1] - 27:17
possible [2] - 48:3, 48:12
possibly [3] - 46:9, 47:11, 57:4
posttrial [1] - 16:4
potential [5] - 5:17, 5:18, 10:19, 42:23, 58:23
potentially [5] - 18:23, 35:13, 41:18, 51:13, 58:24
practiced [1] - 8:19
predated [1] - 6:4
preference [1] - 6:17
preparation [2] - 13:24, 61:17
prepared [2] - 32:14, 32:15
preparing [1] - 12:16
presence [7] - 4:5, 34:5, 49:16, 50:19, 63:24, 64:9, 66:2
present [1] - 17:6
presentation [2] - 5:21, 5:22
presented [2] - 9:16, 53:16
presenting [2] - 12:14, 12:16
presently [2] - 10:15, 17:19
presumed [1] - 37:12
presumption [6] - 36:22, 37:8, 38:13, 38:19, 41:13, 44:20
pretenses [1] - 20:12
pretrial [1] - 12:12
pretty [5] - 20:3, 47:21, 50:6, 61:12, 63:20
prevent [1] - 51:23
previously [3] - 15:20, 33:20, 60:24
pro [3] - 4:16, 4:25, 5:5
PRO [1] - 2:14
problem [4] - 50:14, 50:17, 57:12, 57:16
problems [3] - 43:12, 47:10, 51:14

procedure [4] - 11:12, 11:15, 11:17, 13:16
proceed [5] - 5:13, 6:10, 13:15, 32:18, 34:18
proceeding [7] - 29:8, 29:11, 30:16, 30:20, 31:18, 32:12, 32:17
PROCEEDINGS [1] - 1:14
Proceedings [1] - 67:20
proceedings [4] - 4:21, 7:8, 48:6, 68:10
proceeds [1] - 6:21
process [2] - 5:1, 46:10
programs [1] - 10:11
progress [1] - 14:16
promises [1] - 20:13
pronounce [2] - 52:6, 60:19
pronouncing [1] - 57:21
proper [2] - 17:1, 50:9
properly [3] - 16:19, 16:22, 44:3
property [2] - 20:12, 20:18
proposed [2] - 12:16, 20:1
proposition [3] - 6:4, 6:5, 60:3
prosecuted [1] - 11:23
prosecution [2] - 12:14, 36:10
prosecutor [2] - 9:8, 12:7
prospective [2] - 35:4, 54:24
PROSPECTIVE [120] - 36:20, 36:24, 37:3, 37:9, 37:14, 37:18, 37:21, 37:25, 38:2, 38:5, 38:8, 38:11, 38:15, 38:22, 39:1, 39:10, 39:16, 39:18, 39:23, 39:25, 40:4, 40:8, 40:12, 40:16, 40:21, 41:1, 41:5, 41:8, 41:11, 41:14, 41:19, 41:22, 42:25, 43:7, 43:17, 43:25, 44:10, 44:17, 44:21, 44:24, 45:5, 45:10, 45:14, 45:20, 45:23, 46:3, 46:6, 46:8, 46:13, 46:15, 46:18, 46:22, 47:1, 47:4,

47:18, 47:21, 47:24, 48:2, 48:9, 48:18, 48:25, 49:3, 49:10, 50:25, 51:5, 51:11, 51:16, 51:20, 51:25, 52:5, 52:7, 52:20, 52:23, 53:4, 53:11, 53:14, 53:18, 53:23, 54:1, 54:4, 54:9, 54:11, 54:14, 54:17, 55:25, 56:5, 56:11, 56:25, 57:12, 57:20, 57:22, 58:4, 58:8, 58:11, 58:16, 58:19, 59:1, 59:4, 59:11, 59:18, 60:4, 60:6, 60:15, 60:18, 60:20, 60:24, 61:3, 61:7, 61:12, 62:1, 62:5, 62:12, 62:15, 62:19, 62:24, 63:2, 63:9, 63:12, 63:16, 63:19
protect [1] - 4:25
prove [18] - 20:9, 21:1, 22:8, 23:23, 24:1, 25:11, 25:12, 26:12, 26:13, 26:14, 27:13, 27:15, 29:6, 37:17, 39:4, 39:14, 46:2, 54:5
proved [1] - 15:25
proven [2] - 37:1, 53:5
provide [5] - 43:3, 51:9, 55:23, 58:2, 66:24
provided [2] - 58:2, 61:15
provision [1] - 24:19
provisions [2] - 32:1, 32:2
proviso [1] - 24:25
psychiatrist [1] - 48:13
publications [2] - 38:4, 38:7
pull [1] - 18:15
pulled [1] - 66:25
purpose [1] - 32:14
pursuant [1] - 68:8
put [2] - 41:16, 64:3
puts [1] - 5:20

**Q**

qualified [2] - 5:24, 33:1
quarrel [1] - 15:15
quarter [4] - 22:13, 22:14, 22:19, 67:14
quarters [2] - 22:19,

22:20
**questioning** [1] - 50:7
**questionnaire** [6] - 37:22, 41:16, 52:9, 53:20, 56:6, 60:22
**questions** [14] - 13:15, 29:24, 32:7, 35:24, 36:15, 44:14, 44:19, 51:7, 55:21, 58:12, 58:23, 60:1, 65:6
**quick** [1] - 6:8
**quite** [1] - 61:9

## R

**raise** [2] - 34:20, 64:17
**raised** [1] - 51:9
**range** [2] - 61:13, 61:15
**rather** [1] - 49:8
**reaction** [1] - 57:17
**read** [5] - 22:1, 22:25, 25:25, 30:5, 64:23
**Reading** [8] - 20:6, 22:4, 23:22, 24:9, 25:9, 27:12, 28:8, 29:5
**real** [1] - 27:19
**realize** [2] - 16:21, 17:5
**really** [6] - 18:8, 31:18, 49:23, 56:13, 58:19, 60:9
**REALTIME** [1] - 68:5
**reason** [1] - 15:15, 23:4, 26:1, 35:13, 35:19, 51:12, 51:18, 56:1, 58:6, 58:9, 64:3
**reasonable** [13] - 20:9, 22:8, 24:1, 25:13, 26:15, 27:16, 29:7, 37:17, 39:5, 39:6, 39:9, 39:14, 46:2
**reasoning** [1] - 6:19
**receive** [3] - 8:11, 8:15, 13:11
**receives** [1] - 27:7
**Recess** [1] - 34:4
**recite** [7] - 19:16, 19:23, 21:13, 22:2, 23:9, 23:18, 26:23
**recognized** [1] - 4:24
**recommends** [1] - 16:9
**reconciliations** [1] - 61:16
**record** [6] - 6:20, 9:8, 9:11, 10:25, 44:13, 50:14

**reevaluate** [1] - 59:20
**reference** [1] - 58:18
**regard** [1] - 6:7
**regards** [1] - 39:25
**regularly** [1] - 39:25
**regulations** [1] - 68:12
**related** [5] - 13:3, 29:13, 30:21, 31:20, 31:22
**relates** [2] - 6:24, 44:22
**relating** [1] - 44:19
**relation** [3] - 27:20, 29:11, 30:19
**relationship** [3] - 21:3, 21:4, 21:5
**relax** [1] - 21:7
**release** [9] - 18:17, 19:13, 21:19, 23:11, 23:12, 24:14, 26:5, 28:10, 30:7
**remaining** [1] - 19:2
**remember** [5] - 52:10, 52:19, 54:10, 58:25, 65:10
**render** [1] - 48:3
**repeat** [3] - 28:14, 35:8, 39:11
**reported** [1] - 68:10
**REPORTER** [3] - 1:24, 68:1, 68:6
**Reporter** [1] - 68:20
**REPORTER'S** [1] - 1:14
**represent** [13] - 4:7, 5:23, 7:11, 11:10, 12:10, 14:8, 14:19, 18:8, 32:8, 33:1, 34:12, 34:17, 36:6
**representation** [6] - 5:14, 6:10, 6:18, 14:25, 15:12, 18:10
**representations** [2] - 4:24, 20:13
**represented** [3] - 9:1, 14:20, 36:6
**representing** [5] - 11:7, 12:19, 16:16, 32:24, 36:11
**represents** [1] - 15:7
**request** [11] - 6:22, 7:10, 7:11, 14:7, 17:22, 17:25, 32:13, 50:11, 50:12, 50:18
**requested** [1] - 4:6
**require** [1] - 66:21
**required** [4] - 22:11, 22:17, 25:13, 25:18
**research** [3] - 6:25, 13:23, 65:12

**researched** [1] - 15:14
**reservations** [1] - 49:21
**resilient** [1] - 59:5
**respect** [5] - 17:3, 19:5, 32:4, 37:7, 37:10
**respectfully** [1] - 14:11
**response** [9] - 35:16, 35:21, 36:3, 36:4, 36:14, 46:13, 46:23, 52:9, 58:3
**restroom** [2] - 56:20, 57:16
**result** [1] - 14:25
**resume** [1] - 64:22
**rethink** [1] - 60:7
**return** [2] - 25:14, 25:18
**returns** [1] - 25:11
**Revenue** [3] - 23:25, 24:4, 36:7
**review** [1] - 8:17
**rise** [1] - 34:3
**risk** [1] - 16:25
**risks** [2] - 32:24, 33:1
**role** [1] - 67:8
**room** [2] - 43:16, 43:18
**ROOM** [1] - 1:24
**round** [1] - 55:1
**routinely** [1] - 17:1
**rows** [1] - 64:17
**rules** [2] - 11:11, 66:15
**ruminates** [1] - 47:11
**run** [2] - 10:22, 66:14

## S

**SACR-19-00061-JVS** [1] - 1:7
**saddens** [1] - 44:24
**SAGEL** [76] - 2:5, 7:4, 10:25, 17:24, 18:2, 18:13, 18:20, 19:4, 19:7, 19:11, 19:14, 19:22, 19:25, 20:6, 21:15, 21:17, 21:22, 22:4, 23:10, 23:19, 23:22, 24:9, 25:5, 25:9, 26:3, 26:11, 26:24, 27:5, 27:12, 28:8, 28:16, 28:22, 29:5, 30:4, 30:14, 31:16, 31:24, 32:11, 33:5, 33:15, 35:5, 35:17, 35:22, 36:5, 36:15, 42:2, 42:8,

42:17, 43:1, 43:14, 43:18, 44:8, 44:14, 49:18, 50:21, 51:4, 51:6, 51:12, 51:17, 51:21, 52:1, 55:17, 56:1, 56:6, 56:23, 57:2, 57:18, 57:21, 57:23, 58:5, 58:9, 58:12, 64:1, 64:11, 65:21, 67:18
**Sagel** [27] - 11:25, 21:14, 21:25, 22:3, 22:24, 23:5, 23:9, 24:25, 26:10, 27:11, 28:7, 28:21, 30:13, 31:15, 32:10, 35:3, 41:17, 42:16, 46:24, 51:3, 53:17, 53:20, 55:16, 58:22, 61:25, 66:12, 67:17
**Sagel's** [1] - 50:10
**Saint** [1] - 7:21
**SANTA** [3] - 1:17, 1:25, 4:1
**Santa** [1] - 2:7
**saw** [1] - 64:5
**scheme** [5] - 20:10, 20:11, 20:15, 20:23, 26:16
**schemes** [1] - 20:3
**school** [3] - 8:5, 12:3
**School** [1] - 10:8
**science** [1] - 8:4
**SE** [1] - 2:14
**se** [3] - 4:16, 4:25, 5:5
**seat** [3] - 34:24, 42:13, 55:2
**Seat** [7] - 35:2, 55:4, 55:11, 55:12, 55:13, 55:14
**seated** [2] - 34:6, 64:20
**seats** [1] - 41:25
**sec** [1] - 24:8
**second** [7] - 7:7, 18:4, 20:5, 42:9, 47:5, 54:19, 64:10
**secondly** [1] - 6:21
**Section** [17] - 10:20, 21:12, 21:24, 23:8, 23:17, 24:7, 24:11, 25:3, 26:22, 27:14, 27:22, 28:6, 30:3, 68:8
**see** [13] - 5:11, 31:19, 35:7, 35:8, 42:21, 49:15, 57:6, 57:9, 58:14, 63:23, 64:8, 65:9, 65:13
**seeing** [1] - 43:21

**selected** [5] - 35:12, 41:18, 41:20, 53:8, 59:23
**selecting** [1] - 12:12
**selection** [3] - 32:18, 33:4, 34:23
**self** [2] - 14:25, 18:10
**self-representation** [2] - 14:25, 18:10
**SELNA** [1] - 1:3
**seminar** [1] - 10:6
**seminars** [1] - 10:4
**sensitive** [2] - 56:13, 56:21
**sentence** [11] - 21:18, 23:10, 24:13, 26:4, 27:6, 27:7, 28:9, 28:16, 30:7, 31:10
**sentencing** [5] - 12:19, 12:22, 12:25, 13:1, 16:5
**Sentencing** [1] - 13:7
**separately** [1] - 29:2
**serious** [3] - 10:16, 14:15, 18:24
**serve** [2] - 35:20, 37:7
**served** [1] - 56:9
**service** [3] - 43:22, 56:24, 57:3
**Service** [1] - 36:7
**services** [1] - 61:15
**session** [1] - 34:7
**set** [1] - 64:23
**settled** [1] - 63:5
**seven** [2] - 57:1, 61:3
**severed** [1] - 18:5
**shape** [1] - 6:15
**share** [1] - 38:17
**short** [4] - 33:24, 33:25, 64:23, 66:25
**shorter** [2] - 48:14, 48:16
**show** [2] - 17:3, 56:21
**showing** [1] - 14:3
**shown** [1] - 17:1
**shows** [2] - 39:22, 40:6
**side** [4] - 38:17, 42:1, 55:19, 66:23
**sidebar** [4] - 49:15, 49:16, 63:23, 63:24
**significant** [1] - 61:20
**simply** [1] - 52:15
**single** [1] - 5:22
**single-theory** [1] - 5:22
**sit** [8] - 36:12, 43:10, 45:8, 48:6, 51:12, 51:18, 56:2, 58:5
**site** [1] - 6:2

**sitting** [1] - 44:9
**situation** [3] - 4:16, 4:20, 5:17
**six** [3] - 17:14, 17:17, 64:7
**six-pack** [1] - 64:7
**Sixth** [1] - 34:11
**skilled** [1] - 63:20
**slate** [2] - 41:21, 53:9
**societies** [1] - 8:16
**solve** [1] - 50:17
**someone** [8] - 37:16, 38:16, 38:21, 39:2, 39:13, 46:1, 59:7, 62:10
**sometimes** [6] - 39:23, 40:15, 40:19, 56:14, 57:5, 57:8
**somewhat** [1] - 32:12
**sorry** [4] - 38:1, 39:7, 39:10, 47:22
**sound** [3] - 5:8, 5:15, 52:21
**sounds** [1] - 52:13
**SOUTHERN** [1] - 1:2
**Southern** [2] - 9:2, 9:5
**Spaan** [1] - 68:20
**SPAAN** [3] - 1:23, 68:5, 68:19
**speaking** [1] - 10:15
**special** [10] - 12:6, 13:11, 18:17, 19:15, 21:19, 23:12, 24:21, 26:6, 28:12, 30:8
**specific** [1] - 61:8
**specifically** [1] - 61:14
**specifics** [1] - 45:11
**spectrum** [3] - 45:4, 61:17, 61:18
**spend** [1] - 46:17
**spots** [1] - 54:25
**Spring** [1] - 2:11
**staff** [2] - 12:7, 17:4
**stake** [5] - 45:6, 45:9, 45:13, 45:16, 45:17
**stand** [6] - 7:15, 7:18, 34:19, 44:6, 44:7, 64:17
**standard** [5] - 20:2, 38:23, 39:6, 39:8, 39:17
**standby** [6] - 5:7, 5:25, 6:23, 33:9, 33:11, 34:14
**STANDBY** [1] - 2:16
**standing** [1] - 49:9
**stands** [1] - 6:5
**start** [4] - 18:3, 28:7, 41:21, 42:22
**started** [1] - 46:19

**STATE** [1] - 68:4
**statement** [12] - 9:13, 12:13, 17:7, 29:10, 29:13, 29:15, 29:18, 30:18, 30:21, 30:24, 31:1, 50:10
**statements** [4] - 20:14, 61:16, 64:24, 66:10
**STATES** [2] - 1:1, 1:5
**States** [20] - 2:4, 2:5, 2:9, 2:10, 21:11, 24:7, 24:11, 25:19, 27:14, 27:21, 34:12, 36:7, 36:11, 37:12, 39:3, 39:13, 54:16, 68:6, 68:8, 68:13
**status** [2] - 5:12, 14:6
**statute** [1] - 28:25
**statutory** [1] - 18:16
**stay** [2] - 59:16, 60:14
**stenographically** [1] - 68:10
**STEWARD** [6] - 2:17, 2:18, 33:10, 33:14, 33:25, 34:2
**Steward** [9] - 4:7, 6:10, 6:23, 9:24, 33:8, 33:21, 34:13, 66:13, 67:8
**still** [2] - 38:19, 42:23
**straightforward** [1] - 5:21
**strategy** [1] - 5:19
**STREET** [1] - 1:24
**Street** [2] - 2:6, 2:11
**stress** [2] - 48:11, 48:14
**strong** [6] - 49:25, 54:1, 59:3, 59:5, 59:12
**strong-willed** [2] - 59:3, 59:5
**strongly** [2] - 53:24, 54:2
**stuck** [1] - 64:6
**sub** [1] - 29:4
**subject** [2] - 31:13, 32:4
**subpoenaing** [1] - 12:14
**subsections** [2] - 28:24, 29:23
**substance** [1] - 17:10
**substances** [1] - 17:13
**sues** [1] - 52:13
**suffer** [1] - 17:19
**suffering** [1] - 47:23
**sufficiently** [1] - 31:25

**Suite** [3] - 2:6, 2:11, 2:19
**summarize** [1] - 31:15
**summary** [1] - 4:9
**summon** [1] - 33:3
**Sumner** [1] - 4:10
**SUMNER** [1] - 4:10
**Superior** [1] - 64:4
**supervised** [9] - 18:16, 19:13, 21:18, 23:11, 24:13, 26:5, 28:10, 30:7
**Supreme** [2] - 4:23, 5:2
**surprise** [1] - 57:4
**sway** [1] - 62:2
**swayed** [1] - 60:8
**swear** [2] - 34:18, 64:15
**sworn** [4] - 3:3, 3:4, 34:22, 64:19
**syndrome** [1] - 56:17

## T

**targeted** [1] - 40:19
**task** [1] - 62:18
**tasks** [1] - 61:11
**tax** [1] - 25:17
**taxes** [3] - 22:6, 22:11, 22:17
**teacher** [1] - 57:15
**technical** [1] - 4:17
**telephones** [1] - 13:23
**ten** [11] - 10:15, 10:19, 10:22, 11:1, 11:4, 15:19, 18:7, 49:1, 50:13, 56:12
**ten-year** [1] - 56:12
**tendency** [1] - 20:16
**tentative** [1] - 7:5
**Tenth** [2] - 5:6, 5:9
**term** [4] - 15:21, 23:11, 24:13, 28:14
**terminate** [1] - 14:14
**terminated** [1] - 14:19
**terms** [3] - 4:14, 16:23, 19:13
**terrible** [1] - 62:7
**testimony** [3] - 29:1, 43:24, 57:7
**THE** [279] - 2:3, 2:14, 4:6, 6:2, 7:3, 7:7, 7:9, 7:13, 7:14, 7:15, 7:17, 7:18, 7:20, 7:21, 7:23, 7:24, 7:25, 8:1, 8:2, 8:3, 8:5, 8:6, 8:7, 8:8, 8:9, 8:10, 8:11, 8:13, 8:15, 8:17, 8:19,

8:21, 8:24, 9:1, 9:7, 9:10, 9:12, 9:14, 9:15, 9:17, 9:18, 9:20, 9:21, 9:23, 10:1, 10:3, 10:4, 10:6, 10:10, 10:12, 10:14, 10:17, 10:18, 10:21, 10:22, 10:24, 11:3, 11:5, 11:6, 11:8, 11:9, 11:13, 11:14, 11:16, 11:18, 11:20, 11:22, 11:24, 11:25, 12:2, 12:5, 12:8, 12:9, 12:20, 12:21, 12:23, 12:24, 13:1, 13:4, 13:5, 13:6, 13:8, 13:10, 13:13, 13:14, 13:17, 13:18, 13:21, 13:22, 14:1, 14:2, 14:4, 14:5, 14:9, 14:10, 14:12, 14:13, 14:17, 14:18, 14:22, 14:23, 15:1, 15:2, 15:4, 15:6, 15:9, 15:10, 15:14, 15:17, 15:18, 15:19, 15:23, 15:24, 16:2, 16:3, 16:7, 16:8, 16:11, 16:12, 16:14, 16:15, 16:17, 16:18, 16:20, 16:21, 16:25, 17:5, 17:9, 17:10, 17:12, 17:13, 17:15, 17:16, 17:18, 17:19, 17:21, 17:22, 17:25, 18:12, 18:19, 19:3, 19:5, 19:9, 19:13, 19:16, 19:19, 19:23, 20:5, 21:10, 21:16, 21:20, 21:23, 21:25, 22:2, 22:22, 22:24, 23:1, 23:3, 23:7, 23:13, 23:15, 23:16, 23:21, 24:8, 24:23, 24:24, 25:2, 25:8, 25:22, 25:24, 26:2, 26:7, 26:9, 26:10, 26:21, 27:1, 27:3, 27:4, 27:8, 27:10, 27:11, 27:24, 28:1, 28:2, 28:4, 28:5, 28:14, 28:18, 28:20, 28:21, 29:3, 29:24, 30:1, 30:2, 30:10, 30:12, 30:13, 31:4, 31:6, 31:7, 31:11, 31:12, 31:14, 31:15, 31:22, 32:3, 32:6, 32:7, 32:9, 32:10, 32:21, 32:22, 32:23, 33:8, 33:11,

33:20, 33:22, 33:23, 34:1, 34:3, 34:6, 34:8, 34:19, 34:23, 35:1, 35:3, 36:16, 39:6, 40:22, 41:24, 42:3, 42:6, 42:9, 42:11, 42:13, 42:15, 42:16, 44:15, 48:23, 49:2, 49:7, 49:13, 49:17, 50:2, 50:12, 50:20, 50:23, 51:2, 51:3, 52:2, 54:19, 54:23, 55:3, 55:5, 55:7, 55:9, 55:10, 55:16, 58:13, 63:23, 63:25, 64:3, 64:10, 64:13, 64:16, 64:20, 64:21, 65:22, 66:3, 66:6, 66:12, 66:16, 66:21, 67:3, 67:6, 67:11, 67:14, 67:17, 67:19
**theft** [1] - 27:15
**theory** [1] - 5:22
**therapist** [1] - 57:14
**thinking** [2] - 59:20, 60:7
**third** [2] - 50:3, 62:4
**thoughts** [4] - 36:22, 44:22, 47:14, 59:20
**three** [10] - 8:22, 19:14, 21:18, 23:10, 28:10, 30:7, 42:12, 46:11, 46:16, 48:5
**three-year** [2] - 21:18, 28:10
**throughout** [1] - 43:2, 57:24
**Title** [5] - 21:11, 24:7, 24:11, 25:18, 68:8
**today** [6] - 32:18, 44:8, 45:8, 51:10, 55:20, 57:24
**tomorrow** [7] - 32:15, 32:16, 64:22, 65:9, 65:15, 66:20, 67:15
**took** [1] - 10:6
**toughest** [1] - 65:4
**toward** [2] - 14:11, 50:17
**transcript** [2] - 68:9, 68:11
**TRANSCRIPT** [2] - 1:6, 1:14
**Treasury** [2] - 36:9, 36:12
**treated** [3] - 17:10, 17:16, 43:13
**trek** [1] - 48:5
**trial** [21] - 4:19, 4:21,

5:15, 7:1, 8:25, 9:11, 11:23, 12:16, 12:19, 14:3, 14:16, 17:4, 35:14, 48:16, 49:11, 49:21, 51:15, 52:12, 53:2, 57:25, 58:1
**TRIAL** [1] - 1:8
**trials** [1] - 64:7
**tried** [3] - 8:23, 10:16, 17:2
**triggers** [1] - 44:3
**trouble** [1] - 43:23
**true** [3] - 59:16, 60:14, 68:9
**trust** [1] - 21:3
**trustee** [2] - 29:19, 31:2
**trusting** [2] - 21:5, 21:7
**truth** [2] - 45:2, 45:7
**truthfully** [2] - 22:9, 22:15
**try** [1] - 48:3
**trying** [1] - 62:9
**Tucker** [1] - 38:20
**TUESDAY** [2] - 1:15, 4:1
**turn** [3] - 15:7, 18:4, 65:14
**turning** [1] - 25:21
**twice** [3] - 19:11, 28:11, 30:8
**two** [26] - 6:8, 8:22, 13:2, 18:2, 18:13, 18:14, 20:3, 26:3, 27:6, 28:24, 28:25, 34:20, 34:24, 35:4, 38:7, 42:1, 42:17, 43:7, 54:24, 55:2, 60:1, 64:3, 64:17, 66:19
**two-year** [2] - 27:6
**type** [6] - 5:7, 5:21, 43:6, 53:6, 56:2, 61:18
**typically** [1] - 5:18

## U

**U.S** [1] - 1:3
**U.S.C** [10] - 10:20, 15:20, 21:12, 21:24, 23:7, 23:17, 25:3, 26:21, 28:6, 30:3
**ultimately** [1] - 63:4
**under** [8] - 24:19, 29:1, 29:3, 29:10, 30:18, 32:4, 34:11, 48:11
**understood** [2] -

26:25, 33:14
**unfair** [1] - 64:4
**unfortunately** [1] - 47:16
**United** [20] - 2:4, 2:5, 2:9, 2:10, 21:11, 24:7, 24:11, 25:19, 27:14, 27:21, 34:12, 36:7, 36:11, 37:12, 39:3, 39:13, 54:16, 68:6, 68:8, 68:13
**UNITED** [2] - 1:1, 1:5
**University** [4] - 7:21, 7:22, 8:8, 10:8
**unless** [4] - 7:4, 44:6, 49:6, 59:18
**up** [16] - 15:11, 15:24, 16:3, 18:15, 20:3, 24:5, 34:9, 40:22, 51:8, 56:14, 56:22, 58:1, 65:5, 66:3, 66:25
**utmost** [1] - 17:3

## V

**value** [1] - 38:8
**values** [6] - 38:10, 38:11, 38:14, 38:18, 54:13, 54:16
**verification** [8] - 29:10, 29:13, 29:15, 29:17, 30:18, 30:21, 30:23, 30:25
**viewpoint** [1] - 60:8
**vigilance** [1] - 21:7
**violating** [2] - 15:20, 21:11
**violation** [7] - 21:24, 23:7, 23:16, 25:2, 26:21, 27:21, 30:3
**violations** [1] - 10:19
**VOLUME** [1] - 1:9
**voluntarily** [1] - 32:25
**vs** [2] - 1:7, 4:10

## W

**wages** [2] - 22:12, 22:18
**wait** [2] - 42:10, 44:5
**wants** [1] - 19:8
**warrant** [1] - 45:11
**Washington** [2] - 8:8, 10:8
**waste** [1] - 42:22
**watch** [2] - 39:22, 39:24
**watched** [3] - 40:2, 40:4, 40:7

**weeks** [1] - 13:2
**weight** [2] - 52:14, 53:2
**welcome** [3] - 35:6, 50:25, 55:19
**west** [1] - 50:15
**WEST** [1] - 1:24
**West** [1] - 2:6
**whatsoever** [1] - 35:19
**whichever** [1] - 20:4
**wide** [1] - 61:12
**willed** [2] - 59:3, 59:5
**willful** [2] - 22:5, 25:10
**willfully** [2] - 22:21, 25:20
**willing** [1] - 33:9
**windowless** [2] - 43:16, 43:19
**windows** [4] - 43:13, 43:20, 43:21, 50:15
**wing** [1] - 31:18
**Wire** [2] - 37:25, 38:1
**wire** [11] - 10:19, 15:19, 18:23, 18:25, 19:1, 19:5, 19:24, 20:7, 20:22, 20:24, 31:20
**withheld** [1] - 22:6
**withhold** [2] - 22:12, 22:17
**witness** [2] - 9:16, 64:25
**witnesses** [9] - 4:22, 9:1, 12:14, 12:15, 13:19, 16:24, 17:7, 32:16, 66:20
**word** [1] - 44:2
**works** [1] - 48:10
**wrap** [1] - 40:22
**wrongdoing** [1] - 45:6
**WYMAN** [1] - 2:10
**Wyman** [2] - 53:17, 61:25

## Y

**year** [13] - 7:25, 9:4, 21:18, 23:11, 24:13, 25:14, 27:6, 28:10, 30:6, 56:12
**year-ending** [1] - 25:14
**years** [25] - 9:3, 10:12, 10:20, 10:22, 11:1, 11:2, 11:3, 11:25, 15:21, 19:14, 21:21, 23:10, 25:15, 26:4, 28:10, 28:16, 30:6, 30:7, 31:9, 43:9,

47:25, 49:1, 50:13, 57:1
**years'** [2] - 21:18, 26:5
**York** [3] - 9:3, 9:6, 13:2
**yourself** [15] - 7:11, 11:7, 11:10, 12:10, 12:11, 12:19, 14:19, 15:12, 16:16, 32:8, 32:24, 33:2, 47:17, 57:9, 59:2

**UNITED STATES DISTRICT COURT**