# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | July 23, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

|   | Day COURT TRIAL | 8th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X | Held & continued; | Completed by jury verdict/submitted to court. |
| | The Jury is impaneled and sworn. | | | | |
| | Opening statements made | | | | |
| X | Witnesses called, sworn and testified. | | | | |
| X | Exhibits identified | X | Exhibits admitted | | |
| | Government rests.  Defendant(s) rest. | | | | |
| | Motion for mistrial by ____ is ____ granted ____ denied ____ submitted | | | | |
| | Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted | | | | |
| | Closing arguments made  Court instructs jury  Bailiff sworn | | | | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | | |
| | Alternates excused  Jury retires to deliberate  Jury resumes deliberations | | | | |
| | Finding by Court as follows:  Jury Verdict as follows: | | | | |
| Dft # | Guilty on count(s)  Not Guilty on count(s) | | | | |
| | Jury polled  Polling waived | | | | |
| | Filed Witness & Exhibit lists  Filed Jury notes  Filed Jury Instructions  Filed Jury Verdict | | | | |
| | Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing. | | | | |
| | Dft # ____ remanded to custody.  Remand/Release# ____ issd.  Dft # ____ released from custody. | | | | |
| | Bond exonerated as to Dft # ____ | | | | |
| X | Case continued to July 27, 2021 at 8:30 a.m. for further trial/further jury deliberation. | | | | |
| X | Other: Briefs not to exceed 10 pages re reciprocal discovery obligation of the defendant to be filed by noon 7/26/21. | | | | |

5 : 55

Initials of Deputy Clerk   lmb