H. Dean Steward SBN 85317
Advisory Counsel for Defendant
17 Corporate Plaza Dr., Ste. 254
Newport Beach, CA 92660
Defendant Michael J. Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES | CASE NUMBER: |
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| MICHAEL J.. AVENATTI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Under seal Ex. "A" to defendant's Rule 16 motion

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

7-26-21
_____
Date

Advisory Only- H. Dean Steward
_____
Attorney Name
Michael J. Avenatti
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING