Michael J. Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL JOHN AVENATTI,<br><br>          Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S REQUEST FOR AN IMMEDIATE INQUIRY BY THE COURT |

   Defendant Michael John Avenatti ("Mr. Avenatti"), through advisory counsel, H. Dean Steward, hereby files his request for an immediate inquiry by the Court relating to the attached social media post that the defense was just made aware of earlier today.

   On Sunday morning at 10:30 a.m., government witness Ms. Jury Regnier's counsel, Mr. John Barton, alerted the government (AUSA Brett Sagel) to the attached social media post. *See* Exhibit A.  <u>The post may evidence juror misconduct.</u> Inexplicably, the government sat on this information and failed to bring it to the attention of the defense until approximately 24 hours later (earlier today at approximately 10:27 a.m.), even though Mr. Steward was in contact with the government during Sunday and earlier today in connection with other issues raised by the government.  To the

defendant's knowledge, the government also did not alert the Court.

The post, which is from Twitter, is deeply troubling and states, among other things, "I am the juror who can see thru the confusing [pile of feces emoji] MA is antagonizing his client with." Accordingly, the defendant respectfully requests that the Court inquire at the earliest possible opportunity as follows:

1. Request that the government explain why it did not alert the Court and the defense immediately upon receipt of the email from Mr. Barton;
2. Ask that the government disclose any steps it has taken to discover the identity of the author and the results of those efforts;
3. Conduct individualized *voir dire* of the jurors and alternates to ensure that no juror or alternate has posted to social media or the internet concerning Mr. Avenatti or the case, researched Mr. Avenatti or the case on the internet or on social media, or been exposed to any social media or news concerning Mr. Avenatti or the case in the last two weeks; and
4. Authorize the issuance of an immediate subpoena to Twitter to discover the identity of the author of the post.

Dated: July 26, 2021                    Respectfully submitted,

                                                 /s/ Michael J. Avenatti

                                                 Defendant
                                                 MICHAEL JOHN AVENATTI

# EXHIBIT A



**Meghann Cuniff** @meghanncuniff · Jul 24

ICYMI, my latest story on the Michael Avenatti trial for @lawdotcom looks at his cross exam of Geoff Johnson. "Avenatti Asks Ex-Client in Theft Trial: 'Sir, They Came to You, Didn't They?'"

Avenatti Asks Ex-Client in Theft Trial: 'Sir, They Came to You, Di...
Michael Avenatti's four-hour cross examination of a former client and alleged theft victim dominated the second day of his federa...
🔗 law.com

💬 6   🔁 5   ♡ 28   ⬆

**Ella Louise**
@EllaLou59086966

Replying to @meghanncuniff and @lawdotcom

OMG! MA held Geoff's 💰 for yrs & did not disclose to him his sett was recv. I am the juror who can see thru the confusing 💩 MA is antagonizing his client with. Let's see his strategy with the other clients. MA wasn't helping GJ needs he was finding ways to manipulate the sett.

2:24 PM · Jul 24, 2021 · Twitter Web App

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 26, 2021, service of the:

DEFENDANT'S REQUEST FOR AN IMMEDIATE INQUIRY BY THE COURT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2021

/s/ H. Dean Steward
H. Dean Steward