UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | July 26, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | NOT | | X | Dean Steward, Standy by Counsel | NOT | | X |

**Proceedings:** **[IN CHAMBERS] Order re Request for Immediate Inquiry**

      The Court has reviewed Michael John Avenatti's ("Avenatti") Request for an Immediate Inquiry by the Court. (Docket No. 595.) The Request brings to the Court's attention a July 24, 2021, 2:24 PM tweet by Ella Louise @EllaLou59086966.

      Before the Court embarks on a potentially time consuming inquiry, the Court directs the parties to conduct a review of the Ella Louise @EllaLou 59086966 Twitter account to determine whether there is additional evidence to confirm or rebut a determination that this person is a member of the jury. The parties shall report the results at 8:30 a.m. July 27, 2021.

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |