Michael J. Avenatti, Pro Se
H. Dean Steward (SBN 85317)
Advisory Counsel
17 Corporate Plaza Drive
Suite 254
Telephone: 949-481-4900
deansteward7777@gmail.com

Advisory Counsel for Defendant,
MICHAEL JOHN AVENATTI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | CASE NO.: SA-CR-19-061-JVS<br><br>EX PARTE APPLICATION TO SEAL EXHIBIT "A" OF RULE 16 BRIEF |

Comes now defendant, through advisory counsel, and moves this honorable Court for an order allowing the filing under seal of defendant's Exhibit "A" to his concurrently filed Rule 16 brief.

The exhibit contains non-public information about discovery in this matter, much of which is under protective order from this Court. While the exhibit must be sealed, there is no cause to seal this application or accompanying proposed order.

Counsel files this pleading as advisory counsel only to facilitate such filing.

Dated: 7-26-21                             /s./ H. Dean Steward
                                                      H. Dean Steward
                                                      Advisory Counsel for Defendant
                                                      Michael J. Avenatti

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza Dr., Ste. 254, Newport Beach, CA 92660. I am not a party to the above-entitled action. I have caused on July 26, 2021 service of the defendant's:

Exhibit "A" to Rule 16 Brief, Application to file under Seal and Proposed Order

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-26-21

/s/ H. Dean Steward

H. Dean Steward

Advisory Counsel