H. Dean Steward, SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
Tel (949) 481-4900
Fax (949) 497-6753

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL JOHN AVENATTI, Defendant. | SA CR No. 19-061-JVS<br><br>ORDER RE SEALING EXHIBIT "A" TO RULE 16 BRIEF |

Good cause having been shown, it is ordered that the clerk of the court shall seal Defendant's Ex. "A" to his Rule 16 brief.

**So ordered.**

Dated: July 26, 2021

_____
Hon. James V. Selna
U.S. District Judge