Michael J. Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL JOHN AVENATTI,<br><br>        Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S SUBMISSION IN FURTHER SUPPORT OF HIS REQUEST FOR AN IMMEDIATE INQUIRY BY THE COURT |

      On July 26, 2021, Michael John Avenatti ("Mr. Avenatti"), through advisory counsel, H. Dean Steward, filed a request for an immediate inquiry by the Court relating to a social media posting that stated, among other things that, "I am the juror who can see thru the confusing [pile of feces emoji] MA is antagonizing his client with." [Dkt. 595]. The Court issued an order later on July 26, 2021 ordering the parties to perform a review of the relevant Twitter user to determine whether there was additional evidence that the individual who shared the social media post was a member of the jury. [Dkt. 597].

      On July 27, 2021, the Court heard argument from both Mr. Avenatti and the government. The Court denied the defendant's request for any relief. During the hearing, Mr. Avenatti provided the government and the Court with a screenshot of a tweet from the same social media account that stated, among other things, "I'm here

every day of MA trials." *See e.g.* Exhibit A. The defendant requested that the tweet be made part of the record. In response, the Court stated Mr. Avenatti was free to file it; he does so now.

Dated: July 27, 2021            Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

**EXHIBIT A**



**Meghann Cuniff** ✓ @meghanncuniff · Jul 24

Happy to have placed 2nd for 'best news story' in the OC Press Club 2020 awards for an article I freelanced about Santa Ana's fight over jail releases. It's an honor to be in the same group as @TheChalkOutline and @lagunaini. Read the piece here: latimes.com/socal/daily-pi…

## Full Winners List

### TRADITIONAL

**Best News Story**

First place: Scott Schwebke

"Even in the #MeToo age, this woman got nowhere trying to fight back against harassment," Daily Breeze

Second place: Meghann Cuniff

"Amid an increasing homeless population, Santa Ana fights with Orange County over jail releases," Daily Pilot

Third place: Erika Ritchie

💬 4      2      62     



**Ella Louise**
@EllaLou59086966

Replying to @meghanncuniff @TheChalkOutline and @lagunaini

Great job! I'm here every day of MA trials.

6:01 PM · Jul 24, 2021 · Twitter Web App

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 27, 2021, service of the:

DEFENDANT'S SUBMISSION IN FURTHER SUPPORT OF HIS REQUEST FOR AN IMMEDIATE INQUIRY BY THE COURT

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2021

/s/ H. Dean Steward
H. Dean Steward