TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | DOCUMENTS REFERENCED IN RESPONSE TO DEFENDANT'S REQUEST FOR AN IMMEDIATE INQUIRY BY THE COURT (DOC 595) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files, at the request of the Court, the documents the government referenced in Court on July 27, 2021, in response to defendant's request for an immediate inquiry by the Court

(CR 595).  The attached documents include the email the government sent to defense counsel regarding the initial tweet in question, a tweet on July 22, 2021, at 2:13 p.m. while the trial was in session, a July 23, 2021, tweet in which the individual claimed they missed part of Geoff Johnson's testimony because they were at a medical appointment, and various tweets on July 26, 2021, after defendant filed his request, in which the individual stated they were not a juror on our case.

Dated: July 27, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## Sagel, Brett (USACAC)

| | |
|---|---|
| **From:** | Sagel, Brett (USACAC) |
| **Sent:** | Monday, July 26, 2021 10:28 AM |
| **To:** | Dean Steward |
| **Cc:** | Wyman, Alex (USACAC) |
| **Subject:** | Email/Tweet received |
| **Attachments:** | Barton7_25_21Email.pdf |

Dean-
Attached is an email that we received yesterday from John Barton (that his client had received).  Based on a quick review of this twitter account, the person has tweeted at times in which we are in trial, so I do not believe the person is saying they are a juror on our case, but just a "juror" in the sense of listening to the evidence.  As the link is hard to read in the attached email, I've provided you with the actual link as well:
https://mobile.twitter.com/EllaLou59086966/status/1419045933396922372
Brett



mobile.twitter.com/EllaLou59086966/status/1418318196466233345

Tweet

**Ella Louise**
@EllaLou59086966

Replying to @GrandioseNo @meghanncuniff and @MichaelAvenatti

And after recv $1mil he split some funds wth 1st xwf after obtaining multiple bank cashiers checks to hide from creditors. MA knows how to run afoul of the law: did the IRS guy serve time for giv Creepy those Cohen financials?

2:13 PM · Jul 22, 2021 · Twitter Web App

2 Likes

← **Tweet**

> (previous tweet, partially cut off)

**Ella Louise** @EllaLou59086966 · Jul 23

MA is confusing me wth his q's to Geoff so I remain hopeful the prosecution comes back wth evidence to show funds went to MA accts. Mike comes across as a person who likes to inflict pain on ppl he blv are hurting him. Dirty bastard!

💬 1

**Michael Avenatti's Toilet** @MAstoilet · Jul 23

His questions are designed to tell his version of the truth.

💬 1    ♡ 3

**Ella Louise**
@EllaLou59086966

Replying to @MAstoilet and @VeritasVincit5

The judge told him not to come into his courtroom with that BS and he will smack that azz back to childhood!
I was at med appt couldn't follow closely & I thought Geoff would be on stand a lil longer. I was looking to hear his perspective.

7:18 AM · Jul 23, 2021 · Twitter Web App

**1 Like**

Search Twitter

**Meghann Cuniff** @meghanncuniff · 4h
This new Avenatti filing could be of particular interest to the Twitter crowd. He's asking for additional voir dire based on someone replying to one of my tweets saying: "I am the juror..." Gotta make sure she isn't actually a juror!
🙈 🙉 Google Drive: bit.ly/3zH9aGL

💬 16   🔁 12   ♡ 38   ⬆️

**Meghann Cuniff** @meghanncuniff · 4h
Here's the tweet and the reply from @ellalou59086966

> **Meghann Cuniff** @meghanncuniff · Jul 24
> ICYMI, my latest story on the Michael Avenatti trial for @lawdotcom looks at his cross exam of Geoff Johnson. "Avenatti Asks Ex-Client in Theft Trial: 'Sir, They Came to You, Didn't They?'" bit.ly/3zrNfn0

← **Tweet**

**Ella Louise**
@EllaLou59086966

Replying to @meghanncuniff

I am not a juror I am a random person from NJ/NY! MA has a cult & when I started q's abt his 1stxwf & $ MA blocked me in 2019 abt 5xs along wth the cult I didn't follow.
My pol sci undergrad prof instructed the class to sit in on court proceedings write papers.

4:27 PM · Jul 26, 2021 · Twitter Web App

2 Likes

💬   🔁   ♡   ⬆️

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Ella Louise**
@EllaLou59086966        [ Follow ]
USAF Vet - BA Pol Sci Opinion Writer - Stop sending poor ppl to jail bc they're poor & allow rich ppl to pay their way out of jail. USA will be a Free society!

**Meghann Cuniff**
@meghanncuniff        [ Follow ]
California-based editor/reporter, @lawdotcom. Contributor @LAMag, @jdforward with bylines in @latimes, @washingtonpost, @BLaw, @abajournal. Gmail: meghanncuniff

**What's happening**

Don't miss what's happening                Log in   Sign up
People on Twitter are the first to know.

**Ella Louise** @EllaLou59086966 · 2h
Replying to @meghanncuniff
MA cult member and I was going back on forth but I was having fun with her. I am a juror on Twitter! Why is he reading tweets?

💬 2   🔁   ♡ 6   ⬆️

**Ella Louise** @EllaLou59086966 · 2h
Replying to @RonaldRichards and @meghanncuniff
What's going on? How would MA see any tweets? Are you serious?

💬 1   🔁   ♡   ⬆️

**Ella Louise** @EllaLou59086966 · 3h
Replying to @TwinkSprink27 @meghanncuniff and @lawdotcom
I'm not a juror in any case that thief is a defendant in!!!!!

💬   🔁   ♡ 3   ⬆️

**Ella Louise** @EllaLou59086966 · 3h
Replying to @uncle_vinny @hungus14 and 2 others
Right! I am a juror on Twitter based on the reporting from Meghann!

💬   🔁   ♡   ⬆️

**Ella Louise** @EllaLou59086966 · 3h
Replying to @meghanncuniff
I am not a juror I am a random person from NJ/NY! MA has a cult & when I started q's abt his 1stxwf & 💰 MA blocked me in 2019 abt 5xs along wth the cult I didn't follow.
My pol sci undergrad prof instructed the class to sit in on court proceedings write papers.

💬   🔁   ♡   ⬆️