Michael J. Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S OFFER OF PROOF REGARDING WITHDRAWAL OF FEES AND COSTS |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

In furtherance of the objections raised by the defendant earlier this evening relating to some of the testimony elicited by the government from Ms. Regnier, the defendant respectfully directs the Court to California Rule of Professional Conduct 1.15(c)(2), which provides in part that funds representing fees and costs "**must be withdrawn at the earliest reasonable time** after the lawyers or law firm's interest in that portion becomes fixed" (emphasis added).  Accordingly, it is improper and prejudicial for the government to suggest otherwise to the jury.

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: July 27, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Michael J. Avenatti |
| 4 | | Defendant<br>MICHAEL JOHN AVENATTI |

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on July 27, 2021, service of the:

DEFENDANT'S OFFER OF PROOF REGARDING WITHDRAWAL OF FEES AND COSTS

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2021

/s/ H. Dean Steward
H. Dean Steward