# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | Date | July 27, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 9th Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|

| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

X Motion for mistrial by Defendant is ___ granted  X denied  ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made     ___ Court instructs jury     ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___     ___ Not Guilty on count(s)

___ Jury polled     ___ Polling waived

___ Filed Witness & Exhibit lists  ___ Filed Jury notes  ___ Filed Jury Instructions  ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.  Remand/Release# _____ issd. Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to July 28, 2021 at 8:30 a.m. for further trial/further jury deliberation.

X Other: Defendant's request for jury inquiry is DENIED.

                                                                                       6  :  05

Initials of Deputy Clerk    lmb