TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING POTENTIAL REDACTIONS IN TRIAL EXHIBITS; EXHIBIT 1 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Notice Regarding Potential Redactions in Trial Exhibits.

This Notice is based upon the attached memorandum of points and authorities, the attached exhibit, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 29, 2021            Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


       /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government has offered, and the Court has admitted, various bank records of defendant and his law firms pursuant to Federal Rule of Evidence 902(11).  Several times in the process of publishing these exhibits, defendant has objected to the exhibits being displayed on the basis that redactions are required prior to the exhibits being published.  For example, on July 27, 2021, defendant claimed that redactions were required to Trial Exhibit 391, which is a compilation of statements from an Eagan Avenatti LLP attorney-client trust account with California Bank & Trust.  (RT 7/27/2021 at 113-14.)  After the government responded by noting that "[i]t might behoove [defendant] to bring these [objections] up not while we're in trial and things can move quicker that way if he believes things need to be redacted in the exhibits," defendant stated, "I will take a look at it.  I will propose redactions and we'll go from there.  I think it's only reasonable, Your Honor."  (Id. at 114.)

After trial concluded for that day, at approximately 6:16 PM on July 27, 2021, government counsel emailed defendant's advisory counsel, H. Dean Steward, to confirm that the government intended to offer for admission each of the business records previously identified to the defense by exhibit number, and asking him or his client to identify any redactions that would be necessary (as well as the grounds for redactions) so that the parties could avoid wasting time by addressing these issues before the jury.  (See Exhibit 1.)  As of the time of this filing, neither Mr. Steward nor defendant has provided any response to this email, nor has the defense proposed any redactions to Trial Exhibit 391 despite defendant's promise to do so.

The Court should reject any further attempts by defendant to wait to request redactions until the government has offered the exhibit for admission with a witness on the stand before the jury. Prior to sending the defense its trial exhibits on July 6, 2021, the government already redacted personal identifying information as well as references to cars and rental payments pursuant to the Court's ruling on defendant's motion <u>in limine</u>. He now knows, without any doubt, which bank records the government intends to offer for admission. If he has redactions to propose, he should do so now.

# EXHIBIT 1

## Wyman, Alex (USACAC)

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Tuesday, July 27, 2021 6:16 PM |
| **To:** | Dean Steward |
| **Cc:** | Sagel, Brett (USACAC) |
| **Subject:** | RE: Business Record Exhibits |

Dean,

As we informed you below, we intend to offer for admission each of the bank records and other business records referenced below. If your client believes that any of these records should be redacted, please identify the pages and lines he believes should be redacted and the reasons for the redactions.

Thanks,
Alex

---

**From:** Wyman, Alex (USACAC)
**Sent:** Friday, July 23, 2021 1:07 PM
**To:** Dean Steward <deansteward7777@gmail.com>
**Cc:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>
**Subject:** Business Record Exhibits

Dean,

Below are the specific custodian of record declarations that apply to the business records we intend to move into evidence. We informed you of which declarations apply to which records on May 20, 2021 in the attached correspondence, and we are providing this information here as a courtesy and to facilitate the resolution of the defendant's dispute as to the business records we are seeking to admit.

| Business Record Exhibit No. | Applicable Custodian Declaration Exhibit No. | Page of Custodian Declaration Exhibit Nos. |
|---|---|---|
| 25 | 393 | 1-2 |
| 41 | 394 | 2 |
| 147 | 394 | 2 |
| 148 | 394 | 2 |
| 158 | 394 | 2 |
| 349 | 396 | 1-2 |
| 356 | 394 | 2 |
| 357 | 394 | 2 |
| 358 | 394 | 2 |
| 359 | 394 | 2 |
| 360 | 394 | 2 |
| 361 | 397 | 3-4 |
| 362 | 397 | 3-4 |
| 363 | 397 | 3-4 |
| 364 | 397 | 3-4 |

| | | |
|---|---|---|
| 365 | 397 | 3-4 |
| 366 | 397 | 3-4 |
| 367 | 397 | 3-4 |
| 368 | 397 | 3-4 |
| 369 | 397 | 3-4 |
| 370 | 397 | 3-4 |
| 371 | 397 | 3-4 |
| 372 | 397 | 3-4 |
| 373 | 397 | 1-2 |
| 374 | 397 | 1-2 |
| 375 | 394 | 2 |
| 376 | 394 | 2 |
| 377 | 394 | 2 |
| 378 | 394 | 2 |
| 379 | 394 | 2 |
| 380 | 394 | 2 |
| 381 | 394 | 2 |
| 382 | 394 | 2 |
| 383 | 394 | 2 |
| 384 | 394 | 2 |
| 385 | 394 | 2 |
| 386 | 394 | 2 |
| 387 | 394 | 2 |
| 388 | 394 | 2 |
| 390 | 394 | 2 |
| 391 | 394 | 2 |

Please let me know if you have any questions.

Thanks,
Alex

**Alex Wyman** | **Assistant United States Attorney**
**Major Frauds Section**
United States Attorney's Office | Central District of California
312 N. Spring St. | Los Angeles, California  90012
T: 213.894.2435 | Alex.Wyman@usdoj.gov