# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | July 29, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | | X |

| | Day COURT TRIAL | 11th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified       X    Exhibits admitted |
| | Government rests.     Defendant(s) _____ rest. |
| X | Motion for mistrial by   Defendant   is ___ granted   X denied ___ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted |
| | Closing arguments made     Court instructs jury     Bailiff sworn |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| | Alternates excused     Jury retires to deliberate     Jury resumes deliberations |
| | Finding by Court as follows:     Jury Verdict as follows: |
| Dft # | ___ Guilty on count(s)     ___ Not Guilty on count(s) |
| | Jury polled     Polling waived |
| | Filed Witness & Exhibit lists   Filed Jury notes   Filed Jury Instructions   Filed Jury Verdict |
| | Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing. |
| | Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody. |
| | Bond exonerated as to Dft # ___ |
| X | Case continued to   July 30, 2021 at 8:30 a.m.   for further trial/further jury deliberation. |
| X | Other:   Juror #10 is excused. |

                                                                              5  :  55
                                                    Initials of Deputy Clerk  lmb