Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | |
| v. | DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DEEMING DEFENDANT'S FIVE SUBPOENAS SERVED ON GOVERNMENT AGENTS INEFFECTIVE DUE TO FAILURE TO COMPLY WITH *TOUHY* REGULATIONS |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant Michael John Avenatti ("Mr. Avenatti"), through advisory counsel, H. Dean Steward, hereby files his motion for reconsideration of the Court's Order deeming defendant's five subpoenas served on government agents ineffective due to failure to comply with *Touhy* regulations. These objections and these motions are based upon the attached memorandum of points and authorities, the files, records and transcripts in this case, and further evidence and argument as the Court may permit at a hearing.

Dated:  July 31, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  INTRODUCTION AND FACTUAL BACKGROUND

Prior to opening statements and in anticipation of his case-in-chief, defendant Michael John Avenatti ("Mr. Avenatti") served trial subpoenas on five government Special Agents – Remoun Karlous, James Kim, Ryan Roberson, DeLeassa Penland, and Chris Harper.  Each of the agents actively participated in the investigation of this case, gathered evidence in connection with this case, and/or had considerable interactions with witnesses in this case concerning the subject matter(s) of their testimony.  True and correct copies of the subpoenas, together with their respective proofs of service, are attached to this motion at Exhibit A.

On July 21, 2021, at the prompting of the government and over the objection of the defendant, the Court deemed the subpoenas of the agents "ineffective" due to defendant's failure to comply with the *Touhy* regulations. *See, e.g.*, Trial Tr. (7/21/21, Vol. 1), p. 15-16.

The government led the Court to commit reversible error in issuing this ruling. *See, e.g., United States v. Bahamonde*, 445 F.3d 1225 (9th Cir. 2006) (finding *Touhy* regulation inapplicable in a criminal case and violative of due process and reversing conviction after district court prevented defendant from calling a government case agent due to defendant's failure to comply with *Touhy* regulation).  Accordingly, defendant respectfully requests that the Court order that the Court's prior order deeming the subpoenas "ineffective" is *void ab initio*.

### II.  ARGUMENT

The Supreme Court has held that a criminal defendant is permitted to attack law enforcement's investigation, motivation and alleged good faith in connection with his defense.  *See Kyles v. Whitley*, 514 U.S. 419, 445-449 (1995).  Simply put, a criminal

defendant is entitled to put the investigation and its motivations on trial and is likewise permitted to attack the investigation and prosecution in front of the jury by examining witnesses and in closing argument.  *See also United States v. Hanna* (9th Cir. 1995) 55 F.3d 1456; *United States v. Sager* (9th Cir. 2000) 227 F.3d 1138, 1145-1146.

As defendant's advisory counsel explained to the government in writing prior to trial, a criminal defendant in the Ninth Circuit has no obligation to comply with the *Touhy* regulations in connection with subpoenaing agent witnesses for trial because requiring such compliance violates a defendant's right to due process.  *See, e.g., United States v. Bahamonde*, 445 F.3d 1225 (9th Cir. 2006) (finding *Touhy* regulation inapplicable in a criminal case and violative of due process and reversing conviction after district court prevented defendant from calling a government case agent due to defendant's failure to comply with *Touhy* regulation).  Despite the government being aware of this on-point authority, the government nonetheless proceeded to have the Court risk reversal and deem the five subpoenas "ineffective" in violation of Mr. Avenatti's right to due process.

In addition, before disregarding the subpoenas, the Court was required to weigh countervailing interests so as to ensure that defendant's Sixth Amendment rights were protected.  *See Eckert v. Tansy*, 936 F.2d 444, 446 (9th Cir.1991) (balancing interests);  *Fendler v. Goldsmith*, 728 F.2d 1181, 1187-90 (9th Cir.1983); *see also Taylor v. Illinois*, 484 U.S. 400, 414-15, 108 S.Ct. 646, 98 L.Ed.2d 798 (1988).  But this was not done before the Court issued its ruling.

//
//
//
//
//
//

### III.    CONCLUSION

For each of the above stated reasons, defendant respectfully requests that the Court order that the Court's prior order deeming the subpoenas ineffective is *void ab initio*.

Dated: July 31, 2021                              Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

4

Exhibit A

Attorney's Name, Address & Phone:

H. Dean Steward, Esq., Bar No. 85317
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Telephone: (949) 481-4900
Fax: (949)706-9994
Email: deansteward7777@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | SA CR No. 19-061-JVS |
| v. | | |
| Michael John Avenatti | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO:   SA Ramoun Karlous

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA  , Courtroom:  10-C

Date:  July 20, 2021  , Time:  9:00 am  .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



_Kiry K. Gray_

Kiry K. Gray, Clerk of Court

July 5, 2021

Date

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| Received by Server | 7·14· 2021 @ 1:00 | Santa Ana Federal Courthouse |
| Served | 7:14· 2021 @ 1:45 | 411 W. 4th St. Santa Ana CA 92701 |

SERVED ON (PRINT NAME)

Remoon Karlous

FEES AND MILEAGE TENDERED TO WITNESS

☐ Yes ☐ No Amount $ _____

SERVED BY (PRINT NAME)

Marisela Barberena

TITLE

Paralegal

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   7·14· 2021
        Date                    Signature of Server

Address of Server: P.O. Box 2007, Yorba Linda, CA 92885

ADDITIONAL INFORMATION

Attorney's Name, Address & Phone:

H. Dean Steward, Esq., Bar No. 85317
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Tel. (949) 481-4900
Fax (949)706-9994
Email: deansteward7777@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | |
|---|---|---|
| | PLAINTIFF | CASE NUMBER |
| v. | | SA CR No. 19-061-JVS |
| Michael John Avenatti | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO:   SA James Kim

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA , Courtroom: 10-C

Date: _____ July 20, 2021 _____ , Time: ___ 9:00 am ___ .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



Kiry K. Gray
_____
Kiry K. Gray, Clerk of Court

July 5, 2021
_____
Date

| PROOF OF SERVICE | | |
|---|---|---|
| Received by Server | DATE<br>7 . 14 . 2021 | PLACE<br>Santa Ana Federal Courthouse |
| Served | DATE<br>7 . 14 . 2021 | PLACE<br>411 W. 4th ST.<br>Santa Ana CA 92701 |

| SERVED ON (PRINT NAME)<br>James Kim | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ Yes  ☐ No Amount $ _____ |
|---|---|
| SERVED BY (PRINT NAME)<br>Marisela Barberena | TITLE<br>Paralegal. |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___7·14·2021___      _____

   *Date*                                        *Signature of Server*

Address of Server: ___Po Box 2807, Yorba Linda, CA  92885___

ADDITIONAL INFORMATION

Attorney's Name, Address & Phone:

H. Dean Steward, Esq., Bar No. 85317
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Telephone: (949) 481-4900
Fax: (949)706-9994
Email: deansteward7777@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR No. 19-061-JVS |
| v. | |
| Michael John Avenatti | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO:    SA Roberson, Ryan

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA   , Courtroom: 10-C

Date:    July 20, 2021    , Time: 9:00 am    .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



Kiry K. Gray

Kiry K. Gray, Clerk of Court

July 5, 2021

Date

| PROOF OF SERVICE | | | |
|---|---|---|---|
| **Received by Server** | DATE<br>7·14·2021 | PLACE<br>Santa Ana Federal COURTHOUSE | |
| **Served** | DATE<br>7·14·2021 | PLACE<br>411 W. 4th ST.<br>Santa Ana CA 9~~2888~~ 92701 | |

| SERVED ON (PRINT NAME)<br>Ryan Roberson | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes ☐ No Amount $ _____ |
|---|---|
| SERVED BY (PRINT NAME)<br>Marisela Barberena | TITLE<br>Paralegal. |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___7·14·2021___  _____
      *Date*            *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION

Attorney's Name, Address & Phone:

H. Dean Steward, Esq., Bar No. 85317
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Telephone: (949) 481-4900
Fax: (949)706-9994
Email: deansteward7777@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR No. 19-061-JVS |
| v. | |
| Michael John Avenatti | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO:   SA DeLeassa Penland

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA  , Courtroom:  10-C

Date:  July 20, 2021  , Time:  9:00 am  .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

*Kiry K. Gray* (signature)

Kiry K. Gray, Clerk of Court

July 5, 2021

Date

**PROOF OF SERVICE**

| | DATE | PLACE |
|---|---|---|
| **Received by Server** | 7/8/ 2021 | 40 Foley Square N4, NY 10007 |
| **Served** | 7/8/2021 | 40 Foley Square NY. NY |

| SERVED ON (PRINT NAME) 2:50 PM | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| SA Deliasson Pentard | ☐ Yes ☐ No Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Emma Hernandez | Paralegal |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    7/8/2021                         _Ana Hernandez_
　　　　　　_Date_                              _Signature of Server_

Address of Server:    P.O. Box 1577, Rosemead, CA 91770

ADDITIONAL INFORMATION

Attorney's Name, Address & Phone:

H. Dean Steward, Esq., Bar No. 85317
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Tel. (949) 481-4900
Fax (949)706-9994
Email: deansteward7777@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR No. 19-061-JVS |
| v. | |
| Michael John Avenatti | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO:   SA Chris Harper

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA ⎯⎯, Courtroom: 10-C

Date: ⎯⎯ July 20, 2021 ⎯⎯, Time: ⎯⎯ 9:00 am ⎯⎯.

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



Kiry K. Gray, Clerk of Court

July 5, 2021

Date

| PROOF OF SERVICE | | |
|---|---|---|
| **Received by Server** | DATE<br>7/8/21 | PLACE<br>40 Foley Square, NX. NY 1007 |
| **Served** | DATE<br>7/8/20 21 | PLACE<br>40 Foley Square, N.Y. NY 1007 |
| SERVED ON (PRINT NAME)<br>Chris Harper | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes ☐ No Amount $ _____ |
| SERVED BY (PRINT NAME)<br>Emma Hernandez | | TITLE<br>Paralegal |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___7/8/2021___

_Date_

Signature of Server

Address of Server: ___P.O. Box 1577 Rosemead CA 91770___

ADDITIONAL INFORMATION

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 31, 2021, service of the:

DEFENDANT'S MOTION FOR RECONSIDERATION OF THE
COURT'S ORDER DEEMING DEFENDANT'S FIVE SUBPOENAS
SERVED ON GOVERNMENT AGENTS INEFFECTIVE DUE TO FAILURE TO
COMPLY WITH *TOUHY* REGULATIONS

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2021

/s/ H. Dean Steward
H. Dean Steward