TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | STIPULATION REGARDING AUTHENTICATION AND ADMISSIBILITY OF TRIAL EXHIBIT 258 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, and defendant MICHAEL JOHN AVENATTI, both individually and by and through his advisory counsel of record, H. Dean Steward, hereby stipulate as follows:

1. Government's Trial Exhibit 258 is a fair and accurate copy of a stipulation of facts that defendant entered into with the State Bar of California Office of Chief Trial Counsel (Bates No. USAO_01125062-65).

2. Trial Exhibit 258 has been redacted to remove references to defendant's involvement in disciplinary proceedings before the State Bar of California.

3. Defendant agrees that Trial Exhibit 258 is an authentic copy of that stipulation and agrees that the version attached hereto as Exhibit A is admissible in this case for all purposes at trial.

4. The parties agree that no portion of this stipulation, other than the document attached as Exhibit A, shall be read to, or placed before, the jury in connection with trial.

IT IS SO STIPULATED AND AGREED:

Dated: August 1, 2021         Respectfully submitted,

                              TRACY L. WILKISON
                              Acting United States Attorney

                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                    /s/
                              BRETT A. SAGEL
                              ALEXANDER C.K. WYMAN
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

Dated: **August 1, 2021**  /s/ H. Dean Steward

H. DEAN STEWARD
Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

Dated: Aug. 1, 2021

MICHAEL JOHN AVENATTI
Defendant

# EXHIBIT A

|   |   |
|---|---|
| MICHAEL JOHN AVENATTI, | STIPULATION AS TO FACTS |

USAO_01125062
GB_C_00027187

Exhibit 258
Page 1 of 4

1  IT IS HEREBY STIPULATED by █████████████████
2  ████████████████████████████████████
3  ███ Michael John Avenatti, ("respondent") ████████████
4  █ ████████████████████████████████
5  ███████ as follows:
6
7  █████████████
8
9  Respondent was admitted to the practice of law in the State of California on June 1, 2000,
10 and since that time has been a member of the State Bar of California.
11
12 ████████████████████████████████████
13 ████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████████████
18 ████████████████████████████████████
19 ████████████████████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22 ████████████████████████████████████
23 ████████████████████████████████████
24 The parties hereby stipulate that the following facts are true:
25   1.  On July 8, 2014, Gregory Barela employed Michael John Avenatti ("respondent")
26
27
28                                       1

and his law firm, Eagan Avenatti, LLP, to represent him in an intellectual property dispute with the Settling Party.[1]

2. Respondent filed two lawsuits in federal court on behalf of Mr. Barela against the Settling Party alleging multiple causes of action. Thereafter, the Settling Party and Mr. Barela entered into arbitration.

3. At all relevant times to these stipulated facts, David Sheikh, a member of the Illinois State Bar, and a founding partner at the law firm of Lee Sheikh Megley & Haan LLC, represented the Settling Party.

4. On December 20, 2017, Mr. Barela and the Settling Party agreed to a final compromise and settlement of the arbitration, with the Settling Party agreeing to pay a total of $1,900,000 to Mr. Barela, over four yearly installments. The first payment was in the amount of $1,600,000, with three subsequent annual payments of $100,000 each.

5. Between December 22, 2017, and December 28, 2017, respondent and Mr. Sheikh negotiated a written settlement agreement on behalf of their respective clients. The final written settlement agreement required the Settling Party to make an initial payment of $1,600,000 by January 10, 2018, and three additional payments of $100,000 by January 10 of 2019, 2020, 2021, respectively, for a total of $1,900,000.

6. On December 28, 2017, respondent emailed Mr. Sheikh the signature page for the settlement agreement, bearing Mr. Barela's signature.

7. On December 29, 2017, Mr. Sheikh emailed respondent a fully executed settlement agreement with Mr. Barela's and the Settling Party's signatures, which included the payment schedule that respondent and Mr. Sheikh had negotiated on behalf of their respective clients.

8. On January 2, 2018, respondent sent an email to Mr. Sheikh specifying the client trust account and providing wiring instructions for the Settling Party to make the settlement payments according to the settlement agreement.

9. On January 5, 2018, the Settling Party made the initial $1,600,000 settlement

---

[1] The corporation is not identified by name due to the confidentiality of the settlement agreement, discussed below.

2

1 | payment by wire transfer to the client trust account specified by respondent on January 2, 2018,
2 | City National Bank, account no. xxxxx5566.[2]
3 |     10. On April 5, 2018, Mr. Barela received a wire transfer of $60,000 from respondent.
4 |     11. On May 25, 2018, Mr. Barela received a wire transfer of $30,000 from respondent.
5 |     12. On June 27, 2018, Mr. Barela received a wire transfer of $30,000 from respondent.
6 |     13. On September 11, 2018, Mr. Barela received a wire transfer of $6,000 from
7 | respondent.
8 |     14. On November 5, 2018, respondent provided Mr. Barela with a cashier's check in the
9 | amount of $4,000.

Respectfully submitted,

[redacted]

DATED: November 5, 2019

Michael John Avenatti
Respondent

---
[2] The full account number is omitted for privacy reasons.

-3-