H. Dean Steward SBN 85317 Advisory Counsel
17 Corporate Plaza Dr., Ste. 254
Newport Beach, CA 92660
deansteward7777@gmail.com
Advisory Counsel for Michael J. Avenatti

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | | CASE NUMBER: |
| | PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | | |
| MICHAEL J. AVENATTI | | **NOTICE OF MANUAL FILING OR LODGING** |
| | DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Under seal eshibits A through E to Motion for Mis-Trial/ Strike Testimony

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

8-2-21
_____
Date

H. Dean Steward- Advisory
_____
Attorney Name
Michael J. Avenatti
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING