# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | July 30, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

___ Day <u>COURT TRIAL</u>    12th Day <u>JURY TRIAL</u>    ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.    ___ Remand/Release# _____ issd.    ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X Case continued to August 3, 2021 at 8:30 a.m. for further trial/further jury deliberation.

X Other: Drew Harbur's Motion to Quash[610] will be heard 8/4/2021 at 8:30 a m. Opposition due by noon 8/3/21.

                                                                 5 : 40

Initials of Deputy Clerk    lmb