1  Michael J. Avenatti, Pro Se
2  H. Dean Steward  SBN 85317
   Advisory Counsel
3  17 Corporate Plaza Drive, Ste. 254
   Newport Beach, CA 92660
4  949-481-4900
5  deansteward7777@gmail.com

6
7  Advisory Counsel for Defendant
   Michael J. Avenatti
8

FILED
CLERK, U.S. DISTRICT COURT
8/2/21
CENTRAL DISTRICT OF CALIFORNIA
BY:   LB   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-61-JVS |
|---|---|
| Plaintiff, | APPLICATION TO SEAL DOCUMENTS; [Proposed] ORDER |
| vs. | |
| MICHAEL J. AVENATTI | |
| Defendant. | |

COMES NOW defendant MICHAEL J. AVENATTI, together with counsel, and applies to this Court for an order sealing the attached ***Exhibit "A" through "E" to Motion for Mis-Trial, Alternatively to Strike Testimony***. The documents contain law enforcement reports that are the subject of the protective order in this case. The reports also contain

/

/

- 1 -

personal information about a number of trial witnesses. There is no need to file either this application or the proposed order under seal.

Dated: 8-2-21

                                s./ H. Dean Steward
                                H. Dean Steward
                                  Advisory Counsel for Defendant
                                Michael J. Avenatti

PROOF OF SERVICE

I, H. Dean Steward, declare:

I am employed in the County of Orange, State of California. My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672. I am over the age of 18 and not a party to the instant action. I am a member of the bar of this court. On 8-2-21, I served:

**APPLICATION TO SEAL AND PROPOSED ORDER**

    Via e-mail to:

AUSA BRETT SAGAL & Alex Wyman

This declaration was executed on 8-2-21 at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.
/s./ H. Dean Steward