Michael J. Avenatti, Pro Se
H. Dean Steward, SBN 85317
Advisory Counsel
17 Corporate Plaza Drive, Ste. 254
Tel (949) 481-4900
denasteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>ORDER RE SEALING EXHIBIT "A" THROUGH "E" TO MOTION FOR MISTRIAL; ALTERNATIVELY, MOTION TO STRIKE TESTIMONY |

Good cause having been shown, it is ordered that the clerk of the court shall seal Defendant's Ex. "A" through "E" to his motion for mis-trial/ motion to strike testimony.

**So ordered.**

Dated: Aug. 2, 2021

_____

Hon. James V. Selna

U.S. District Judge