TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE REGARDING SUMMARY EXHIBITS DISCLOSED AS TRIAL EXHIBITS 457 AND 460-468; EXHIBIT A-C |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Notice Regarding Summary Exhibits Disclosed as Trial Exhibits 457 and 460-468.

1      This Notice is based upon the attached memorandum of points and

2  authorities, the attached exhibits, the files and records in this

3  case, and such further evidence and argument as the Court may permit.

4  Dated: August 3, 2021            Respectfully submitted,

5                                   TRACY L. WILKISON
                                    Acting United States Attorney
6
                                    SCOTT M. GARRINGER
7                                   Assistant United States Attorney
                                    Chief, Criminal Division
8

9                                   _____/s/_____
                                    BRETT A. SAGEL
10                                  ALEXANDER C.K. WYMAN
                                    Assistant United States Attorneys
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

The government has disclosed to the defense summary exhibits that it intends to introduce, and offer for admission pursuant to Federal Rule of Evidence 1006, through its summary witness, IRS-CI Special Agent Steve Bellis.  Specifically, these exhibits are Trial Exhibits 457 and 460 through 468, and they are based on business records that have long since been produced to the defense.  Based on the current pace of trial and remaining witnesses to be called in the government's case-in-chief, the government does not expect Special Agent Bellis to testify prior to August 10, 2021.

On August 2, 2021, the government sent the defense a detailed letter identifying the bates numbers of the voluminous bank records and toll records that form the basis of those charts, as well as the custodian-of-record declarations that correspond to the bank and phone records.  (Ex. A)  Because the custodian declarations for all but one of the bank records have been marked as trial exhibits (and have already been found to be sufficient by the Court in admitting bank records during trial), the government identified the custodian declarations for those records by their Trial Exhibit numbers and corresponding page numbers.  (Id.)  The custodian declarations supporting the phone records and one of the bank records (from Union Bank) are not identified as trial exhibits, so they were identified by bates number, and they are also attached hereto as Exhibit B.

As part of this filing, the government is lodging with the Court (and providing to the defense) as Exhibit C a disk with all of the business records listed in the attached correspondence (Exhibit A) that support the summary exhibits, along with the corresponding custodian declarations.  At the Court's request, the government will

also provide printed copies of the business records, but due to their voluminous nature the government has not done so at this time.  For the Court's convenience, the bates ranges and corresponding custodian declarations identified by the government are reproduced below:

**Exhibit 457**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00025810 | Trial Exhibit 394, page 2 |
| USAO_00025814 | Trial Exhibit 394, page 2 |
| USAO_00028271 | Trial Exhibit 394, page 2 |
| USAO_00029628 | Trial Exhibit 394, page 2 |
| USAO_00029887 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00029909 | Trial Exhibit 394, page 2 |
| USAO_00042603 | Trial Exhibit 397, pages 3-4 |
| USAO_00042715 | Trial Exhibit 397, pages 3-4 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3-4 |

**Exhibit 460**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00026565 | Trial Exhibit 394, page 2 |
| USAO_00026583 | Trial Exhibit 394, page 2 |
| USAO_00026586 | Trial Exhibit 394, page 2 |
| USAO_00026590 | Trial Exhibit 394, page 2 |
| USAO_00026598 | Trial Exhibit 394, page 2 |
| USAO_00026603 | Trial Exhibit 394, page 2 |
| USAO_00026610 | Trial Exhibit 394, page 2 |
| USAO_00026632 | Trial Exhibit 394, page 2 |
| USAO_00026655 | Trial Exhibit 394, page 2 |

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00026690 | Trial Exhibit 394, page 2 |
| USAO_00026702 | Trial Exhibit 394, page 2 |
| USAO_00026707 | Trial Exhibit 394, page 2 |
| USAO_00026715 | Trial Exhibit 394, page 2 |
| USAO_00026717 | Trial Exhibit 394, page 2 |
| USAO_00026744 | Trial Exhibit 394, page 2 |
| USAO_00026763 | Trial Exhibit 394, page 2 |
| USAO_00026777 | Trial Exhibit 394, page 2 |
| USAO_00026814 | Trial Exhibit 394, page 2 |
| USAO_00026835 | Trial Exhibit 394, page 2 |
| USAO_00026842 | Trial Exhibit 394, page 2 |
| USAO_00026850 | Trial Exhibit 394, page 2 |
| USAO_00026918 | Trial Exhibit 394, page 2 |
| USAO_00026931 | Trial Exhibit 394, page 2 |
| USAO_00026944 | Trial Exhibit 394, page 2 |
| USAO_00026959 | Trial Exhibit 394, page 2 |
| USAO_00026966 | Trial Exhibit 394, page 2 |
| USAO_00026970 | Trial Exhibit 394, page 2 |
| USAO_00026975 | Trial Exhibit 394, page 2 |
| USAO_00026979 | Trial Exhibit 394, page 2 |
| USAO_00026981 | Trial Exhibit 394, page 2 |
| USAO_00026987 | Trial Exhibit 394, page 2 |
| USAO_00026994 | Trial Exhibit 394, page 2 |
| USAO_00027005 | Trial Exhibit 394, page 2 |
| USAO_00027051 | Trial Exhibit 394, page 2 |
| USAO_00027055 | Trial Exhibit 394, page 2 |

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
| --- | --- |
| USAO_00027091 | Trial Exhibit 394, page 2 |
| USAO_00027096 | Trial Exhibit 394, page 2 |
| USAO_00027100 | Trial Exhibit 394, page 2 |
| USAO_00027106 | Trial Exhibit 394, page 2 |
| USAO_00027112 | Trial Exhibit 394, page 2 |
| USAO_00027115 | Trial Exhibit 394, page 2 |
| USAO_00027118 | Trial Exhibit 394, page 2 |
| USAO_00027124 | Trial Exhibit 394, page 2 |
| USAO_00027138 | Trial Exhibit 394, page 2 |
| USAO_00027140 | Trial Exhibit 394, page 2 |
| USAO_00027143 | Trial Exhibit 394, page 2 |
| USAO_00027169 | Trial Exhibit 394, page 2 |
| USAO_00027202 | Trial Exhibit 394, page 2 |
| USAO_00029622 | Trial Exhibit 394, page 2 |
| USAO_00029628 | Trial Exhibit 394, page 2 |
| USAO_00029630 | Trial Exhibit 394, page 2 |
| USAO_00029881 | Trial Exhibit 394, page 2 |
| USAO_00029883 | Trial Exhibit 394, page 2 |
| USAO_00029887 | Trial Exhibit 394, page 2 |
| USAO_00029889 | Trial Exhibit 394, page 2 |
| USAO_00029895 | Trial Exhibit 394, page 2 |
| USAO_00029899 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00029909 | Trial Exhibit 394, page 2 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3-4 |

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00033291 | Trial Exhibit 394, pages 3-4 |
| USAO_00033301 | Trial Exhibit 394, pages 3-4 |
| USAO_00034133 | Trial Exhibit 394, pages 3-4 |
| USAO_00034139 | Trial Exhibit 394, pages 3-4 |
| USAO_00042580 | Trial Exhibit 397, pages 3-4 |
| USAO_00042712 | Trial Exhibit 397, pages 3-4 |
| USAO_00042795 | Trial Exhibit 397, pages 3-4 |

**Exhibit 461**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00024592 | Trial Exhibit 394, page 2 |
| USAO_00024607 | Trial Exhibit 394, page 2 |
| USAO_00024608 | Trial Exhibit 394, page 2 |
| USAO_00024629 | Trial Exhibit 394, page 2 |
| USAO_00025039 | Trial Exhibit 394, page 2 |
| USAO_00025041 | Trial Exhibit 394, page 2 |
| USAO_00025051 | Trial Exhibit 394, page 2 |
| USAO_00025996 | Trial Exhibit 394, page 2 |
| USAO_00029580 | Trial Exhibit 394, page 2 |
| USAO_00029594 | Trial Exhibit 394, page 2 |
| USAO_00029838 | Trial Exhibit 394, page 2 |
| USAO_00029841 | Trial Exhibit 394, page 2 |
| USAO_00029844 | Trial Exhibit 394, page 2 |
| USAO_00029853 | Trial Exhibit 394, page 2 |
| USAO_00029858 | Trial Exhibit 394, page 2 |

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00029859 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3-4 |
| USAO_00034145 | Trial Exhibit 394, pages 3-4 |
| USAO_00042527 | Trial Exhibit 397, pages 1-2 |
| USAO_00042702 | Trial Exhibit 397, pages 3-4 |
| USAO_00042706 | Trial Exhibit 397, pages 3-4 |
| USAO_00163767 | USAO_00163714-USAO_00163715 |

**Exhibits 462-468**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00009841-USAO_00009881 | USAO_00009811 and USAO_00011126 |
| USAO_00009916-USAO_00010597 | USAO_00009811 and USAO_00011126 |
| USAO_00135176 | USAO_0123134-USAO_00123135 |
| USAO_00135177 | USAO_0123134-USAO_00123135 |
| USAO_00135175 | USAO_0123134-USAO_00123135 |

# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Alexander C.K. Wyman*
*Phone: (213) 894-2435*
*E-mail: alex.wyman@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

August 2, 2021

**<u>VIA E-MAIL</u>**

H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672
deansteward7777@gmail.com

Re:  <u>United States v. Michael Avenatti,</u>
SA CR No. 19-61-JVS

Dear Mr. Steward:

We have previously provided you and your client with government's Trial Exhibits 457 and 460 through 468.  These are summary exhibits that the government intends to introduce, and offer for admission pursuant to Federal Rule of Evidence 1006, through the government's summary witness, IRS-CI Special Agent Steve Bellis.  To avoid any disputes regarding the admissibility of the underlying documents, we are providing here the bates ranges of the documents underlying those charts, as well as of the custodian-of-record declarations accompanying those records:

### Exhibit 457

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00025810 | Trial Exhibit 394, page 2 |
| USAO_00025814 | Trial Exhibit 394, page 2 |
| USAO_00028271 | Trial Exhibit 394, page 2 |
| USAO_00029628 | Trial Exhibit 394, page 2 |
| USAO_00029887 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00029909 | Trial Exhibit 394, page 2 |
| USAO_00042603 | Trial Exhibit 397, pages 3–4 |
| USAO_00042715 | Trial Exhibit 397, pages 3–4 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3–4 |

H. Dean Steward, Esq.
RE:  United States v. Avenatti
August 2, 2021
Page 2

**Exhibit 460**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00026565 | Trial Exhibit 394, page 2 |
| USAO_00026583 | Trial Exhibit 394, page 2 |
| USAO_00026586 | Trial Exhibit 394, page 2 |
| USAO_00026590 | Trial Exhibit 394, page 2 |
| USAO_00026598 | Trial Exhibit 394, page 2 |
| USAO_00026603 | Trial Exhibit 394, page 2 |
| USAO_00026610 | Trial Exhibit 394, page 2 |
| USAO_00026632 | Trial Exhibit 394, page 2 |
| USAO_00026655 | Trial Exhibit 394, page 2 |
| USAO_00026690 | Trial Exhibit 394, page 2 |
| USAO_00026702 | Trial Exhibit 394, page 2 |
| USAO_00026707 | Trial Exhibit 394, page 2 |
| USAO_00026715 | Trial Exhibit 394, page 2 |
| USAO_00026717 | Trial Exhibit 394, page 2 |
| USAO_00026744 | Trial Exhibit 394, page 2 |
| USAO_00026763 | Trial Exhibit 394, page 2 |
| USAO_00026777 | Trial Exhibit 394, page 2 |
| USAO_00026814 | Trial Exhibit 394, page 2 |
| USAO_00026835 | Trial Exhibit 394, page 2 |
| USAO_00026842 | Trial Exhibit 394, page 2 |
| USAO_00026850 | Trial Exhibit 394, page 2 |
| USAO_00026918 | Trial Exhibit 394, page 2 |
| USAO_00026931 | Trial Exhibit 394, page 2 |
| USAO_00026944 | Trial Exhibit 394, page 2 |
| USAO_00026959 | Trial Exhibit 394, page 2 |
| USAO_00026966 | Trial Exhibit 394, page 2 |
| USAO_00026970 | Trial Exhibit 394, page 2 |
| USAO_00026975 | Trial Exhibit 394, page 2 |
| USAO_00026979 | Trial Exhibit 394, page 2 |
| USAO_00026981 | Trial Exhibit 394, page 2 |

H. Dean Steward, Esq.
RE:  United States v. Avenatti
August 2, 2021
Page 3

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00026987 | Trial Exhibit 394, page 2 |
| USAO_00026994 | Trial Exhibit 394, page 2 |
| USAO_00027005 | Trial Exhibit 394, page 2 |
| USAO_00027051 | Trial Exhibit 394, page 2 |
| USAO_00027055 | Trial Exhibit 394, page 2 |
| USAO_00027091 | Trial Exhibit 394, page 2 |
| USAO_00027096 | Trial Exhibit 394, page 2 |
| USAO_00027100 | Trial Exhibit 394, page 2 |
| USAO_00027106 | Trial Exhibit 394, page 2 |
| USAO_00027112 | Trial Exhibit 394, page 2 |
| USAO_00027115 | Trial Exhibit 394, page 2 |
| USAO_00027118 | Trial Exhibit 394, page 2 |
| USAO_00027124 | Trial Exhibit 394, page 2 |
| USAO_00027138 | Trial Exhibit 394, page 2 |
| USAO_00027140 | Trial Exhibit 394, page 2 |
| USAO_00027143 | Trial Exhibit 394, page 2 |
| USAO_00027169 | Trial Exhibit 394, page 2 |
| USAO_00027202 | Trial Exhibit 394, page 2 |
| USAO_00029622 | Trial Exhibit 394, page 2 |
| USAO_00029628 | Trial Exhibit 394, page 2 |
| USAO_00029630 | Trial Exhibit 394, page 2 |
| USAO_00029881 | Trial Exhibit 394, page 2 |
| USAO_00029883 | Trial Exhibit 394, page 2 |
| USAO_00029887 | Trial Exhibit 394, page 2 |
| USAO_00029889 | Trial Exhibit 394, page 2 |
| USAO_00029895 | Trial Exhibit 394, page 2 |
| USAO_00029899 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00029909 | Trial Exhibit 394, page 2 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3–4 |
| USAO_00033291 | Trial Exhibit 394, pages 3–4 |

H. Dean Steward, Esq.
RE:  United States v. Avenatti
August 2, 2021
Page 4

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
| --- | --- |
| USAO_00033301 | Trial Exhibit 394, pages 3–4 |
| USAO_00034133 | Trial Exhibit 394, pages 3–4 |
| USAO_00034139 | Trial Exhibit 394, pages 3–4 |
| USAO_00042580 | Trial Exhibit 397, pages 3–4 |
| USAO_00042712 | Trial Exhibit 397, pages 3–4 |
| USAO_00042795 | Trial Exhibit 397, pages 3–4 |

**Exhibit 461**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
| --- | --- |
| USAO_00024592 | Trial Exhibit 394, page 2 |
| USAO_00024607 | Trial Exhibit 394, page 2 |
| USAO_00024608 | Trial Exhibit 394, page 2 |
| USAO_00024629 | Trial Exhibit 394, page 2 |
| USAO_00025039 | Trial Exhibit 394, page 2 |
| USAO_00025041 | Trial Exhibit 394, page 2 |
| USAO_00025051 | Trial Exhibit 394, page 2 |
| USAO_00025996 | Trial Exhibit 394, page 2 |
| USAO_00029580 | Trial Exhibit 394, page 2 |
| USAO_00029594 | Trial Exhibit 394, page 2 |
| USAO_00029838 | Trial Exhibit 394, page 2 |
| USAO_00029841 | Trial Exhibit 394, page 2 |
| USAO_00029844 | Trial Exhibit 394, page 2 |
| USAO_00029853 | Trial Exhibit 394, page 2 |
| USAO_00029858 | Trial Exhibit 394, page 2 |
| USAO_00029859 | Trial Exhibit 394, page 2 |
| USAO_00029905 | Trial Exhibit 394, page 2 |
| USAO_00033123 | Trial Exhibit 394, page 2 |
| USAO_00033130 | Trial Exhibit 394, pages 3–4 |
| USAO_00034145 | Trial Exhibit 394, pages 3–4 |
| USAO_00042527 | Trial Exhibit 397, pages 1–2 |
| USAO_00042702 | Trial Exhibit 397, pages 3–4 |
| USAO_00042706 | Trial Exhibit 397, pages 3–4 |

H. Dean Steward, Esq.
RE:  <u>United States v. Avenatti</u>
August 2, 2021
Page 5

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00163767 | USAO_00163714-USAO_00163715 |

**Exhibits 462–468**

| Bates Numbers of Underlying Documents | Bates Numbers of Custodian Declarations |
|---|---|
| USAO_00009841-USAO_00009881 | USAO_00009811 and USAO_00011126 |
| USAO_00009916-USAO_00010597 | USAO_00009811 and USAO_00011126 |
| USAO_00135176 | USAO_0123134-USAO_00123135 |
| USAO_00135177 | USAO_0123134-USAO_00123135 |
| USAO_00135175 | USAO_0123134-USAO_00123135 |

Please let us know if you dispute the admissibility of any of these underlying records pursuant to the business records exception in Federal Rules of Evidence 803(6) and 902(11), or if you object to the admission of Exhibits 457 and 460 through 468 pursuant to Federal Rule of Evidence 1006.  We intend to file this correspondence, along with copies of the custodian-of-record declarations and underlying records, with the Court.

Please let us know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

ALEXANDER C.K. WYMAN
Assistant United States Attorney
Major Frauds Section

cc:     AUSA Brett Sagel

# EXHIBIT B



## DECLARATION OF CUSTODIAN OF RECORDS ███████

Declaration of Custodian of Records
Legal Process Department
MUFG Union Bank, N.A.

Re:  United States District Court
 Subpoena – ███████

In The Matter Of:  Eagan Avenatti, LLP and Passport 420 LLC and Global Baristas, LLC and Global
Baristas US LLC and GB Autosport, LLC and Avenatti and Associates and Doppio, Inc. and Augustus,
LLP

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank,
N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to Augustus, LLP are true
copies of records demanded in the ███████ Subpoena dated 05/03/2019.

Signature Card for 0110211449
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211449
Deposit with Offsets - Period 02/13/2019 through 04/30/2019 for 0110211449
Withdrawal Slips - Period 02/13/2019 through 04/30/2019 for 0110211449
Purchased Cashier's Check - Period 02/13/2019 through 04/30/2019 for 0110211449
Cancelled Checks - Period 02/13/2019 through 04/30/2019 for 0110211449
Wire Transfers - Period 02/13/2019 through 04/30/2019 for 0110211449
Signature Card for 0110211457
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211457

The original records were prepared by the Bank's personnel in the ordinary course of business at or
about the time of the act, condition, or event.

I certify under penalty of perjury that the foregoing is true and correct.

May 31, 2019

_____
Custodian of Records

Rashunda Pina
S1512946

Legal Process Department
P.O. Box 60005
Tempe, AZ 85082
A member of MUFG, a global financial group                    Tel. 323.278.4770                    DFULLGJ12



## DECLARATION OF CUSTODIAN OF RECORDS

███████████

Declaration of Custodian of Records
Legal Process Department
MUFG Union Bank, N.A.

Re:     United States District Court
        Subpoena - ████████

In The Matter Of:  Eagan Avenatti, LLP and Passport 420 LLC and Global Baristas, LLC and Global
Baristas US LLC and GB Autosport, LLC and Avenatti and Associates and Doppio, Inc. and Augustus,
LLP

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank,
N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to Augustus, LLP are true
copies of records demanded in the ████████Subpoena dated 05/03/2019.

Signature Card for 0110211449
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211449
Deposit with Offsets - Period 02/13/2019 through 04/30/2019 for 0110211449
Withdrawal Slips - Period 02/13/2019 through 04/30/2019 for 0110211449
Purchased Cashier's Check - Period 02/13/2019 through 04/30/2019 for 0110211449
Cancelled Checks - Period 02/13/2019 through 04/30/2019 for 0110211449
Wire Transfers - Period 02/13/2019 through 04/30/2019 for 0110211449
Signature Card for 0110211457
Bank Statements - Period 02/13/2019 through 04/30/2019 for 0110211457

The original records were prepared by the Bank's personnel in the ordinary course of business at or
about the time of the act, condition, or event.

I certify under penalty of perjury that the foregoing is true and correct.

May 31, 2019

                                        /s/  _____
                                        Custodian of Records

Received from the Legal Process Department, MUFG Union Bank, N.A., copies of the records described
above.

Legal Process Department                    Tel. 323 278 4770                          DFULLGJ 1.2
P.O. Box 60005
Tempe, AZ 85082
A member of MUFG, a global financial group



11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
(800) 635-6840
(888) 938-4715 (Fax)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Rolando Lopez**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

    a.    All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T**, and they were made by **AT&T** as a regular practice; and

    b.    Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

        1.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

        2.    The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

September 14, 2018

*Rolando Lopez*

_____   _____
Date                           Signature

USAO_00009811



11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
(800) 635-6840
(888) 938-4715 (Fax)

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Rolando Lopez**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

a.  All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

b.  Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

1.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

2.  The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

September 14, 2018

*Rolando Lopez*

_____          _____
Date                                              Signature

USAO_00011126

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, _____Juan Figueroa_____, hereby declare as follows:
         (name)

3    1.   I am a duly authorized custodian of records for

4    ___Verizon___ (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7
         a.   My job title/position is:
8

9        b.   I have been employed in this capacity for

10   __4 years___ and by the Business Entity for ___10 years___.
        (duration)                                    (duration)

11       c.   My job duties are:

12

13

14
         d.   I am knowledgeable about the matters set forth herein
15
     and the relevant record-keeping practices of the Business Entity
16
     based upon (check all that apply):
17
         [X] Training.
18
         [x] Familiarity with relevant policy/policies.
19
         [X] Hands-on experience.
20
         [x] Supervision of one or more others with hands-on experience.
21
         [ ] Other.  Describe:
22

23

24

25   2.   Attached hereto or enclosed herewith are            *true and*
26   *correct duplicates* of a record or records of a regularly conducted
27   activity of the Business Entity named above.
28

1
2   (Circle either "originals" or "true and correct duplicates" and
3   strike out the other term.)
4        3.    I certify that the attached record(s):
5             a.    was/were made at or near the time of the occurrence of
6   the matters set forth therein,
7             b.    was/were made by, or from information transmitted by,
8   a person with knowledge of those matters;
9             c.    was/were kept in the course of the regularly conducted
10  activity of the Business Entity;
11            d.    was/were made by and in the course of the regularly
12  conducted activity as a regular practice;
13            e.    if not original records, are exact duplicates of
14  original records.
15       I declare under penalty of perjury that the foregoing is true
16  and correct.  This declaration is executed at Bedminster, NJ 07921
                                                  180 Washington Valley Road
17  on _____3/26/19_____.                          (place document was signed)
           (date document was signed)
18
                                           _____
19                                                (signature)
20                                              Juan Figueroa
                                           _____
21                                            (typed or printed name)
22
23
24
25
26
27
28
                                2

# EXHIBIT C
# (Lodged Manually with Court)