Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>TRIAL BRIEF IN SUPPORT OF THE SUBPOENAED TESTIMONY OF SPECIAL AGENTS DELEASSA PENLAND AND CHRIS HARPER |

Prior to opening statements and in anticipation of his case-in-chief, Mr. Avenatti served trial subpoenas on five government Special Agents – Remoun Karlous, James Kim, Ryan Roberson, DeLeassa Penland, and Chris Harper. Special Agents Penland and Harper were served in the Southern District of New York. *See e.g.,* [Dkt. 614, pgs. 12-15].

On July 31, 2021, Mr. Avenatti filed a "Motion for Reconsideration of the Court's Order Deeming Defendant's Five Subpoenas Served on Government Agents Ineffective due to Failure to Comply with *Touhy* Regulations." [Dkt. 614]. On August 2, 2021, the government filed an Opposition. [Dkt. 630].

On August 3, 2021, the Court heard the defendant's motion. The Court reconsidered its prior Order and vacated its prior ruling that quashed the prior subpoenas

related to Special Agents James Kim, Ryan Roberson and Remoun Karlous. As it relates to Special Agents DeLeassa Penland and Chris Harper, the Court ordered the defendant to provide a statement as to whether other Special Agents, who are local to the Central District of California, were present during the interviews, witness preparation sessions, or other relevant meetings.

Attached as Exhibit A is a chart evidencing the sessions where either Special Agent Harper or Special Agent Penland conducted or participated in a meeting, interview or other relevant witness preparation session where a CDCA local agent was <u>not</u> present. As shown by Exhibit A, Special Agents Penland and/or Harper had at least five contacts with Ms. Regnier where a local, CDCA based Special Agent was not present. As further shown by Exhibit A, there were times where AUSA Sagel and/or former AUSA Andre were present during these encounters. However, Mr. Avenatti finds it unlikely and impractical that the defendant would be permitted to call AUSA Sagel and/or former AUSA Andre during his defense case.

The Supreme Court has held that a criminal defendant is permitted to attack law enforcement's investigation, motivation and alleged good faith in connection with his defense. *See Kyles v. Whitley*, 514 U.S. 419, 445-449 (1995). Simply put, a criminal defendant is entitled to put the investigation and its motivations on trial and is likewise permitted to attack the investigation and prosecution in front of the jury by examining witnesses and in closing argument. *See also United States v. Hanna* (9th Cir. 1995) 55 F.3d 1456; *United States v. Sager* (9th Cir. 2000) 227 F.3d 1138, 1145-1146.

Mr. Avenatti provides the information contained in Exhibit A in support of his request for the Court to vacate its prior Order quashing the subpoenas for Special Agent DeLeassa Penland and Special Agent Chris Harper due to defendant's failure to comply with *Touhy* regulations.

Dated:  August 3, 2021 Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

# EXHIBIT A

| **Date** | **Description** | **Beginning USAO Bates No.** | **Parties Present** |
|---|---|---|---|
| 10/20/2019 | US DOJ Consent to Search Electronic, Storage Media or Online Account. Encounter with witness Judy Regnier. | USAO_00460511 | Judy Regnier and Special Agents DeLeassa Penland, and Melissa Galicia |
| 1/09/2020 | Interview with Judy Regnier | USAO_00460533 | Judy Regnier, AUSAs Robelman, Sagel, Padolsky, "AUSA D." as well as Special Agents Penland and Harper. |
| 1/16/2020 | Interview of Judy Regnier | USAO_00460560 | Judy Regnier, AUSAs Soberlman, Podolsky, as well as Special Agents Penland, Galicia, and Harper. |
| 1/17/2020 (sic) | Interview of Judy Regnier | USAO_00460564 | Judy Regnier, AUSA Sobelman and Special Agent Penland |
| 2/4/2020 | Interview of Judy Regnier | USAO_00460599 | Judy Regnier, AUSAs Sobelman and Sagel (telephonically) as well as Special Agents Penland and Harper. |

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 3, 2021, service of the:

TRIAL BRIEF IN SUPPORT OF THE SUBPOENAED TESTIMONY OF SPECIAL AGENTS DELEASSA PENLAND AND CHRIS HARPER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2021

/s/ H. Dean Steward
H. Dean Steward