# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 3, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 13th Day JURY TRIAL | Death Penalty Phase |
|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified | X Exhibits admitted |
| | Government rests. | Defendant(s) | rest. |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted |
| | Closing arguments made | Court instructs jury | Bailiff sworn |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| | Alternates excused | Jury retires to deliberate | Jury resumes deliberations |
| | Finding by Court as follows: | Jury Verdict as follows: |
| Dft # | Guilty on count(s) | Not Guilty on count(s) |
| | Jury polled | Polling waived |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. |
| | Dft # _____ remanded to custody. | Remand/Release# _____ issd. | Dft # _____ released from custody. |
| | Bond exonerated as to Dft # |
| X | Case continued to August 4, 2021 at 8:15 a.m. for further trial/further jury deliberation. |
| X | Other: Defendant's Oral motion for mistrial is denied. Government's opposition to defendant's motion for mistrial [629] is due by noon on 8/5/21. |

6 : 05

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Initials of Deputy Clerk    lmb