TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | GOVERNMENT'S FILING REGARDING THE FILIPPO MARCHINO SPREADSHEET; EXHIBIT 1 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Notice Regarding the Filippo Marchino Spreadsheet referenced as Exhibit 4 in the September 4, 2019, Filippo Marchino Memorandum of Interview ("MOI"). On November 25, 2019, the government produced to defendant approximately 434 pages of documents, bates number USAO_00183391 through USAO_00183825, which Filippo Marchino produced to the government. The government produced these documents, as it has throughout this case, with a detailed discovery production index, which specifically lists these documents as the Filippo Marchino Production. During the lunch break of trial today, over two hours into defendant's cross of Mr. Marchino (and about a month after the government disclosed him as a witness and over a year and a half after the production of the MOI), defendant raised for the first time that he did not have Exhibit 4 to the September 4, 2019, Marchino MOI, which is referred to as the "X-Law Financial Transactions" in the MOI. Defendant claimed he spent hours searching for the document that he claimed the government did not produce, which would be a *Brady*, *Giglio*, and/or *Jencks* violation. The government specifically told defendant it would be in the Filippo Marchino Production, which defendant would be able to find through the detailed index the government produces to defendant with each production. After court, the government provided the spreadsheet and the bates-number (USAO_00183391) to defendant, which is the <u>first</u> page of the Filippo Marchino production (with production number FM_00001) and is titled: "X-law/EA Financial Transactions." As the government represented in

Court, defendant has the document -- and has had it since November 2019.

Dated: August 4, 2021                    Respectfully submitted,

                                         TRACY L. WILKISON
                                         Acting United States Attorney

                                         SCOTT M. GARRINGER
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                                /s/
                                         BRETT A. SAGEL
                                         ALEXANDER C.K. WYMAN
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

X-Law / EA Financial Transactions

| Exhibit # | For | Date | Transaction | FROM | TO | RE | Trust Balance | Operating Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | ITALIAN CITIZENSHIP | 2/13/15 | $7,500.00 | Michael Avenatti | X-Law - OPERATING - 0820 | Retainer for Expenses for Italian Citizenship | $0.00 | $7,500.00 |
| 2 | ITALIAN CITIZENSHIP | 4/20/15 | $100,000.00 | Wire from EA | X-LAW - TRUST - 3899 | Retainer for expenses for Italian Citizenship | $100,000.00 | |
| 3 | ITALIAN CITIZENSHIP | 4/20/15 | ($15,000.00) | X-LAW - TRUST - 3899 | Eidon Global | Retainer AC consulting on Domicile | $85,000.00 | |
| 3 | ITALIAN CITIZENSHIP | 4/20/15 | ($8,609.56) | X-LAW - TRUST - 3899 | Dr. Angelo Colombini | Payment for EU consulting - Part 1 | $76,390.44 | |
| 3 | ITALIAN CITIZENSHIP | 4/20/15 | ($7,533.36) | X-LAW - TRUST - 3899 | Dr. Angelo Colombini | Payment for EU consulting - Part 2 | $68,857.08 | |
| 3 | ITALIAN CITIZENSHIP | 4/30/15 | ($8,612.77) | X-LAW - TRUST - 3899 | Tilde Colombo | Rent for Italian Apt. (April - June 2015) | $60,244.31 | |
| 4 | ITALIAN CITIZENSHIP | 5/12/15 | ($9,878.15) | X-LAW - TRUST - 3899 | X-Law - OPERATING - 0820 | Reimbursement for (Trip 1, Trip 2 & Expenses), Minus the $7500 that was given on 2/13 | $50,366.16 | 0 |
| 5 | ITALIAN CITIZENSHIP | 5/28/15 | ($6,605.00) | Costs | | Trip 3 | | |
| 6 | ITALIAN CITIZENSHIP | 6/17/15 | ($40,000.00) | X-LAW - TRUST - 3899 | Eidon Global | Final Payment AC on Domicile | $10,366.16 | |
| 7 | ITALIAN CITIZENSHIP | 6/23/15 | ($8,920.47) | Costs | | Trip 4 | | |
| 8 | ITALIAN CITIZENSHIP | 7/1/15 | ($8,586.15) | X-LAW - TRUST - 3899 | Tilde Colombo | Rent for Italian Apt. (July - Sept 2015) | $1,780.01 | |
| 9 | ESCROW | 9/25/15 | $200,000.00 | Wire from EA | X-LAW - TRUST - 3899 | Account for Escrow | $201,780.01 | |
| 9 | ESCROW | 9/25/15 | ($200,000.00) | X-LAW - TRUST - 3899 | Wire to Blue Water Escrow | Escrow Deposit | $1,780.01 | |
| 9 | ESCROW | 9/25/15 | $199,960.00 | Chase Wire Reversal | X-LAW - TRUST - 3899 | Wire Reversal | $201,740.01 | |
| 9 | ESCROW | 9/25/15 | ($200,000.00) | Cashiers' Check for Blue Wat( | Cashier's Check | Escrow Deposit | $1,740.01 | |
| 10 | ITALIAN CITIZENSHIP | 10/22/15 | $9,000.00 | Wire from EA | X-LAW - TRUST - 3899 | Rent for Italy | $10,740.01 | |
| 10 | ITALIAN CITIZENSHIP | 10/23/15 | ($8,564.58) | X-LAW - TRUST - 3899 | Tilde Colombo | Rent for Italian Apt. (Oct - Dec 2015) | $2,175.43 | |
| 11 | GB | 11/2/15 | $4,600,000.00 | Wire from Global Baristas | X-LAW - TRUST - 7608 | B/O Global Baristas | $4,602,175.43 | |
| 11 | GB | 11/3/15 | ($3,600,000.00) | X-LAW - TRUST - 7608 | GB Autosport LL | | $1,002,175.43 | |
| 11 | GB | 11/6/15 | ($450,000.00) | X-LAW - TRUST - 7608 | Blue Water Escrow | | $552,175.43 | |
| 11 | GB | 11/6/15 | ($350,000.00) | X-LAW - TRUST - 7608 | Blue Water Escrow | | $202,175.43 | |
| 11 | GB | 11/12/15 | ($100,000.00) | X-LAW - TRUST - 7608 | Gary Primm | | $102,175.43 | |
| 12 | GB | 12/29/15 | ($100,000.00) | X-LAW - TRUST - 7608 | Gary Primm | | $2,175.43 | |
| 13 | ITALIAN CITIZENSHIP | 2/18/16 | $13,000.00 | EA | X-LAW - TRUST - 7608 | | $15,175.43 | |
| 13 | ITALIAN CITIZENSHIP | 2/19/16 | ($13,000.00) | X-LAW - TRUST - 7608 | Tilde Colombo | Rent for Italian Apt. (Jan -April 2016) | $2,175.43 | |
| 14 | ITALIAN CITIZENSHIP | 9/12/16 | $15,000.00 | EA | X-LAW - TRUST - 7608 | | $17,175.43 | |
| 14 | ITALIAN CITIZENSHIP | 9/13/16 | $2,000.00 | EA | X-LAW - TRUST - 7608 | | $19,175.43 | |
| 14 | ITALIAN CITIZENSHIP | 9/13/16 | $245.34 | X-Law Operation | X-LAW - TRUST - 7608 | | $19,420.77 | |
| 14 | ITALIAN CITIZENSHIP | 9/13/16 | ($17,245.34) | X-LAW - TRUST - 7608 | Tilde Colombo | Rent for Italian Apt. (July - December 2016) | $2,175.43 | |
| 15 | Alexis | 1/23/17 | $2,500,000.00 | EA | X-LAW - TRUST - 7608 | Parrish - Passport 420 LLC | $2,502,175.43 | |
| 15 | Alexis | 1/23/17 | ($2,500,000.00) | X-LAW - TRUST - 7608 | Honda Aircraft Company | Parrish - Passport 420 LLC | $2,175.43 | |
| 23 | ITALIAN CITIZENSHIP | 1/26/17 | $7,500.00 | CASH | X-LAW - TRUST - 7608 | | | |
| 23 | ITALIAN CITIZENSHIP | 1/30/17 | ($7,500.00) | X-LAW - TRUST - 7608 | Tilde Colombo | Rent for Italian Apt. (Jan - March 2017) | | |
| 24 | ITALIAN CITIZENSHIP | 4/3/17 | $7,500.00 | CASH | X-LAW - TRUST - 7608 | | | |
| 24 | ITALIAN CITIZENSHIP | 4/3/17 | ($7,500.00) | X-LAW - TRUST - 7608 | Tilde Colombo | Rent for Italian Apt. (Apr - June 2017) | | |
| 16 | Torre | 5/31/17 | $250,000.00 | X-Law Operating | Avenatti & Associates | Fees on Torre v. Turkish | | |
| 17 | Loan | 7/14/17 | $100,000.00 | X-Law Operating | Avenatti & Associates | Loan against Bentley | | |
| 18 | Loan | 8/10/17 | $95,000.00 | X-Law Operating | Avenatti & Associates | Loan Against Ferrari | | |
| 19 | Loan | 9/7/17 | ($37,000.00) | X-Law Operating | Global Bsaristas US LLC | Loan | | |
| 20 | Loan - Repayment | 9/8/17 | $37,000.00 | GB Autosport LLC | X-Law - OPERATING - 0820 | Loan Repayment | | |
| 21 | Haiem | 2/16/18 | $46,146.81 | Michael Avenatti | X-LAW - TRUST - 7608 | Costs on Haiem | | |
| 25 | ITALIAN CITIZENSHIP | 4/13/18 | $37,000.00 | Eagan Avenatti | Tilde Colombo | Rent for Italian Apt. (July 2017 - June 2018) | | |
| 22 | Partial Fees | 6/18/18 | $1,000,000.00 | Eagan Avenatti | X-LAW - TRUST - 7608 | Fees on Cases - Partial Payment | | |

NOTABLE DATES

| | | |
|---|---|---|
| | 3/11/15 | Citizenship Set |
| | 4/29/15 | Starts Rent Italy |
| | 8/27/15 | Passport Issued |