# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 4, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

\_\_\_ Day <u>COURT TRIAL</u>   14th Day <u>JURY TRIAL</u>   \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified   X Exhibits admitted

\_\_\_ Government rests.   \_\_\_ Defendant(s) _____ rest.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Closing arguments made   \_\_\_ Court instructs jury   \_\_\_ Bailiff sworn

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused   \_\_\_ Jury retires to deliberate   \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:   \_\_\_ Jury Verdict as follows:

Dft # \_\_\_ \_\_\_ Guilty on count(s) \_\_\_ \_\_\_ Not Guilty on count(s) \_\_\_

\_\_\_ Jury polled   \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists   \_\_\_ Filed Jury notes   \_\_\_ Filed Jury Instructions   \_\_\_ Filed Jury Verdict

\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_ Dft # \_\_\_ remanded to custody.   \_\_\_ Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

X Case continued to   August 5, 2021 at 8:30 a.m.   for further trial/further jury deliberation.

X Other:   An in camera hearing is held with counsel for the Government, only, present. The hearing is ordered sealed. Drew Harbur's Motion to Quash[610] is argued. Item #2 is ordered quashed. The parties shall file further briefing on the other issues. Any production to be exclusively for this case and may not be disseminated to others.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 6 | : | 25 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |