TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:   Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          SA CR No. 19-061-JVS

            Plaintiff,             GOVERNMENT'S SECOND NOTICE
                                   REGARDING POTENTIAL REDACTIONS IN
                 v.                TRIAL EXHIBITS; EXHIBITS A-C

MICHAEL JOHN AVENATTI,

            Defendant.


     Plaintiff United States of America, by and through its counsel

of record, the Acting United States Attorney for the Central District

of California and Assistant United States Attorneys Brett A. Sagel

and Alexander C.K. Wyman, hereby files its Second Notice Regarding

Potential Redactions in Trial Exhibits.

1    This Notice is based upon the attached memorandum of points and

2  authorities, the attached exhibits, the files and records in this

3  case, and such further evidence and argument as the Court may permit.

4   Dated: August 5, 2021            Respectfully submitted,

5                                    TRACY L. WILKISON
                                     Acting United States Attorney
6
                                     SCOTT M. GARRINGER
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9                                         /s/
                                     _____
10                                   BRETT A. SAGEL
                                     ALEXANDER C.K. WYMAN
11                                   Assistant United States Attorneys

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2      On July 29, 2021, the government filed its Notice Regarding

3  Potential Redactions in Trial Exhibits, in which the government

4  described its concerns regarding defendant's frequent in-trial

5  objections to the government's trial exhibits being published before

6  the jury on the basis that redactions were required.  (CR 608.)  As

7  discussed in that filing, after the government stated in court on

8  July 27, 2021 that "[i]t might behoove [defendant] to bring these

9  [objections] up not while we're in trial and things can move quicker

10 that way if he believes things need to be redacted in the exhibits,"

11 defendant stated, "I will take a look at it.  I will propose

12 redactions and we'll go from there.  I think it's only reasonable,

13 Your Honor."  (RT 7/27/2021, Vol. 2, at 114.)  That evening (July 27,

14 2021), government counsel emailed defendant's advisory counsel, H.

15 Dean Steward, to confirm that the government intended to offer for

16 admission each of the business records previously identified to the

17 defense by exhibit number -- and provided in electronic form to

18 defendant on July 6, 2021 -- and asking him or his client to identify

19 any redactions that would be necessary (as well as the grounds for

20 redactions) so that the parties could avoid wasting time by

21 addressing these issues before the jury.  (See CR 608 Ex. 1.)

22      On Friday, July 30, 2021, defendant represented to the Court:

23 "I received some correspondence through Mr. Steward last night

24 relating to this redaction issue concerning some of the government

25 exhibits.  I'm going to go through the exhibits this weekend, and I

26 will propose redactions to the government no later than Sunday

27 evening.  And then if there's any issues, I think those can probably

28

1   can be brought up to the Court.  Hopefully those will be minimal."

2   (RT 7/30/2021, Vol. 1, at 11.)

3       On Sunday, August 1, 2021, at approximately 3:28 PM, defense

4   paralegal Emma Hernandez emailed government counsel attaching a chart

5   "listing the business records you previously referenced in your

6   business record email" and providing defendant's position on

7   redactions as to each exhibit.  (Ex. A.)  Ms. Hernandez noted that,

8   for some of the exhibits, she would "send a proposed redacted version

9   of the exhibit later tonight," and for others -- which bore the

10  notation on her chart, "Need to meet and confer because it is unclear

11  which of the transactions that are shown on the document the

12  government is claiming relate to the charges" -- Ms. Hernandez stated

13  that defendant "needs more guidance from the government as to which

14  transactions the government wants included within the exhibit."  (Id.

15  at 1.)  She further stated, "These exhibits are predominately bank

16  statements that include numerous entries that appear to be completely

17  irrelevant to the charges.  In fact, it appears that 95% of the

18  entries are irrelevant but [defendant] cannot speak for the

19  government's theory or position as to each transaction."  (Id.)  This

20  category described defendant's position on approximately half of the

21  government's business record exhibits.  (See id. at 2-4.)  Finally,

22  Ms. Hernandez stated that defendant would provide requested

23  redactions on the government's summary exhibits prepared by John Drum

24  (Trial Exhibits 420 through 426) "on Wednesday or Thursday unless you

25  intend on calling him before Friday."  (Id. at 1.)

26      At approximately 5:03 PM on Sunday, government counsel responded

27  to Ms. Hernandez, writing, "We look forward to seeing your proposed

28  redactions on some of the bank records later this evening.  With

                                    2

1   regard to the remaining bank records for which you have indicated
2   that you need to meet and confer with us, all of those bank records
3   are relevant and admissible subject to redactions only for privacy,
4   confidentiality, or the narrow ruling by the Court in excluding
5   evidence of the defendant's lavish spending."  (Ex. B at 1.)  As the
6   government explained, "How [defendant] handled his clients'
7   settlement funds, including in accounts where he commingled the
8   settlement funds, is relevant to establishing that he did not pay his
9   clients what they were owed."  (Id.)  The government also quoted the
10  Court's statements to defendant on this issue:  "If you want to
11  propose redactions based on privacy and other clients, so be it.  But
12  I think ipso facto, the banking records of the trust account are
13  relevant.  It may be a basis for redaction and you're welcome to
14  discuss that with the Government."  (Id. (citing RT 7/27/2021 at 113-
15  14).)  Accordingly, the government requested, "If you believe any
16  portions of the bank records we have identified should be redacted,
17  please provide your proposed redactions and the basis for those
18  redactions by COB Monday so that these issues are resolved prior to
19  trial resuming."  (Id.)  Finally, the government stated that, "With
20  regard to Mr. Drum, we do not expect to call him as a witness before
21  Friday, so we would need to receive any requested redactions by end
22  of day on Wednesday so that we can either make the redactions or
23  raise it with the Court prior to his testimony."  (Id.)

24      Later that evening, Ms. Hernandez sent the government
25  defendant's proposed redactions only with respect to the trial
26  exhibits for which she had previously indicated she would send
27  proposed redactions -- not for the remainder of the documents for
28  which defendant claimed to need to meet and confer with the

1    government.  Defendant's proposed redactions to these exhibits, which

2    are attached hereto as Exhibit C, are either unnecessary -- for

3    example, redacting the text header and footer line created by the

4    bank (see, e.g., Ex. C at 7-47, 66-124) -- or completely overbroad.

5    For example, full pages are redacted in Trial Exhibit 361 (see Ex. C

6    at 56-59), and the literal entirety of Exhibit 375 has been redacted

7    (see Ex. C at 60-65).  Defendant did not provide a basis for any of

8    these redactions, nor did the defense provide a response to the

9    government's email regarding proposed redactions on the remaining

10   business record exhibits.

11        As of the time of this filing, the government has not received

12   any further proposed redactions on the governments' proposed bank

13   records identified at CR 608 Exhibit 1, nor has the government

14   received any proposed redactions on the Trial Exhibits to be

15   introduced through John Drum (Trial Exhibits 420-456).  At this

16   point, defendant has had in his possession electronic versions of the

17   government's exhibits for one day less than a full month (since July

18   6, 2021),[1] he is and has been fully aware of the business record

19   exhibits that the government seeks to admit (and, in some cases,

20   already has admitted), and there is no reason why he has failed to

21   provide further proposed redactions.  As a result, the Court should

22   reject any further requests for redactions by the defense.

23

24

25

26   _____

27        [1] As noted in the government's first filing regarding redactions
     (CR 608 at 2), prior to sending the defense its trial exhibits on
     July 6, 2021, the government already redacted personal identifying
28   information as well as references to cars and rental payments
     pursuant to the Court's ruling on defendant's motion in limine.

                                      4

# EXHIBIT A

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | emma hernandez ████████ @gmail.com> |
| **Sent:** | Sunday, August 1, 2021 3:28 PM |
| **To:** | Sagel, Brett (USACAC); Wyman, Alex (USACAC) |
| **Cc:** | Dean Steward |
| **Subject:** | Redactions |
| **Attachments:** | Business Record Redactions.pdf |

Gentlemen:

I am sending this email at the request of Dean Steward and Michael Avenatti.

Attached you will find a chart listing the business records you previously referenced in your business record email (which we then put in a chart and filed with the Court). Under the column "Defendant's Redaction Position," you will find Mr. Avenatti's redaction position as to each exhibit.

A few notes on the entries: (1) the statement "No redaction needed" is self explanatory; (2) "Redacted Version to be Provided" means I will send a proposed redacted version of the exhibit later tonight; (3) "Need to meet and confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges" means that Mr. Avenatti needs more guidance from the government as to which transactions the government wants included within the exhibit. These exhibits are predominately bank statements that include numerous entries that appear to be completely irrelevant to the charges. In fact, it appears that 95% of the entries are irrelevant but Mr. Avenatti cannot speak for the government's theory or position as to each transaction.

As for Mr. Drum's slides, we intend to get back to you on Wednesday or Thursday unless you intend on calling him before Friday. If there are other business records you want Mr. Avenatti's redaction position on, please let us know.

Thank you,
Emma

--
Emma Hernandez, Paralegal
(     9371
████████ @gmail.com

| Business Record Exhibit No. | Defendant's Redaction Position |
|:---:|:---:|
| 25 | No redaction needed |
| 41 | Redacted version to be provided |
| 147 | Redacted version to be provided |
| 148 | No redaction needed |
| 158 | Redacted version to be provided |
| 349 | No redaction needed |
| 356 | Redacted version to be provided |
| 357 | No redaction needed |
| 358 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 359 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 360 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 361 | Redacted version to be provided |
| 362 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 363 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 364 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 365 | No redaction needed |
| 366 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 367 | No redaction needed |
| 368 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |

Exhibit A
2

| Business Record Exhibit No. | Defendant's Redaction Position |
|---|---|
| 369 | No redaction needed |
| 370 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 371 | No redaction needed |
| 372 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 373 | No redaction needed |
| 374 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 375 | Redacted version to be provided |
| 376 | Redacted version to be provided |
| 377 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 378 | Redacted version to be provided |
| 379 | Redacted version to be provided |
| 380 | Redacted version to be provided |
| 381 | No redaction needed |
| 382 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 383 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 384 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 385 | No redaction needed |
| 386 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |

**Exhibit A**
3

| Business Record Exhibit No. | Defendant's Redaction Position |
|---|---|
| 387 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |
| 388 | Redacted version to be provided |
| 390 | No redaction needed |
| 391 | Need to meet & confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges |

# EXHIBIT B

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Wyman, Alex (USACAC) |
| **Sent:** | Sunday, August 1, 2021 5:03 PM |
| **To:** | emma hernandez; Sagel, Brett (USACAC) |
| **Cc:** | Dean Steward |
| **Subject:** | RE: Redactions |

Emma and Dean,

We look forward to seeing your proposed redactions on some of the bank records later this evening.  With regard to the remaining bank records for which you have indicated that you need to meet and confer with us, all of those bank records are relevant and admissible subject to redactions only for privacy, confidentiality, or the narrow ruling by the Court in excluding evidence of the defendant's lavish spending.  How your client handled his clients' settlement funds, including in accounts where he commingled the settlement funds, is relevant to establishing that he did not pay his clients what they were owed.

The Court explained on the record that the bank records are relevant and that it is up to the defendant to propose redactions and provide a basis for them.  As the Court reasoned to your client, "If you want to propose redactions based on privacy and other clients, so be it.  But I think ipso facto, the banking records of the trust account are relevant.  It may be a basis for redaction and you're welcome to discuss that with the Government."  (RT 7/27/2021 at 113-14.)

If you believe any portions of the bank records we have identified should be redacted, please provide your proposed redactions and the basis for those redactions by COB Monday so that these issues are resolved prior to trial resuming.

With regard to Mr. Drum, we do not expect to call him as a witness before Friday, so we would need to receive any requested redactions by end of day on Wednesday so that we can either make the redactions or raise it with the Court prior to his testimony.

Thanks,
Alex

---

**From:** emma hernandez█████████@gmail.com>
**Sent:** Sunday, August 1, 2021 3:28 PM
**To:** Sagel, Brett (USACAC) <BSagel@usa.doj.gov>; Wyman, Alex (USACAC) <AWyman@usa.doj.gov>
**Cc:** Dean Steward <deansteward7777@gmail.com>
**Subject:** Redactions

Gentlemen:

I am sending this email at the request of Dean Steward and Michael Avenatti.

Attached you will find a chart listing the business records you previously referenced in your business record email (which we then put in a chart and filed with the Court).  Under the column "Defendant's Redaction Position," you will find Mr. Avenatti's redaction position as to each exhibit.

**Exhibit B**
5

A few notes on the entries:  (1) the statement "No redaction needed" is self explanatory; (2) "Redacted Version to be Provided" means I will send a proposed redacted version of the exhibit later tonight; (3) "Need to meet and confer because it is unclear which of the transactions that are shown on the document the government is claiming relate to the charges" means that Mr. Avenatti needs more guidance from the government as to which transactions the government wants included within the exhibit.  These exhibits are predominately bank statements that include numerous entries that appear to be completely irrelevant to the charges.  In fact, it appears that 95% of the entries are irrelevant but Mr. Avenatti cannot speak for the government's theory or position as to each transaction.

As for Mr. Drum's slides, we intend to get back to you on Wednesday or Thursday unless you intend on calling him before Friday. If there are other business records you want Mr. Avenatti's redaction position on, please let us know.

Thank you,
Emma


--
Emma Hernandez, Paralegal
███████9371
███████████@gmail.com

**EXHIBIT C**



Date:01/29/15 Seq #:53040022 Account:8765915848 Serial #:21400949 Amount:$4,000,000.00 Dep Seq #:53040021

USAO_00023374
00023334

Exhibit 41
Page 1 of 2

**Exhibit C
7**



Date:01/29/15 Seq #:53040021 Account:3260138541 Serial #:- Amount:$4,000,000.00 Dep Seq #:53040021

USAO_00023373
00023334

Exhibit 41
Page 2 of 2

**Exhibit C**
**8**



Date:01/24/17 Seq #:53064096 Account:2010319071 Serial #:550377 Amount:$51,935.00 Dep Seq #:53064096

USAO_00026306

Exhibit 147
Page 1 of 3

Exhibit C
9

CALIFORNIA BANK
TRUST

**CHECKING ACCOUNT DEBIT**

**DEBIT**

YOUR ACCOUNT HAS BEEN CHARGED TODAY AS FOLLOWS:

DESCRIPTION

DATE _1-24-17_

BRANCH # _309_

PREPARED BY _LOri_

APPROVED BY

CONTRA ENTRY _CC    55037_

CBTCAD (Rev 05/07)

_Per request_
_icc to R-Douree_
_Eagan Avenatti_

CLIENT NAME

CLIENT SIGNATURE

ACCOUNT NUMBER

TRAN CODE

AMOUNT

_5 7 9 1   0 8 2 8 5 1_

**$**

_5 1   9 3 5 . 0 0_

⑆5454⑈9140⑆

0084 15:47
$51,935.00
5791082851
01/24/17   C

309   05
Wdl Amt.
Account Number
CC DDA Wdl

USAO_00026307

Exhibit 147
Page 2 of 3

Exhibit C
10



Date:01/25/17 Seq #:53082176 Account:2010319071 Serial #:550377 Amount:$51,935.00 Dep Seq #:-

USAO_00026308

Exhibit 147
Page 3 of 3

Exhibit C
11



Date:03/15/17 Seq #:53065289 Account:2010319071 Serial #:550550 Amount:$16,000.00 Dep Seq #:53065289

USAO_00265244

Exhibit 158
Page 1 of 27

Exhibit C
12



NAME _Avenatti & Associates_

ACCOUNT NO. 3648940661

16-339
1220

DATE 3/15/17

PAY TO THE ORDER OF _Cash_

$16,000.00

_Sixteen Thousand & 00/00_ DOLLARS

CALIFORNIA BANK & TRUST
IRVINE OFFICE
1900 MAIN ST STE 100 IRVINE CA 92614
CBT Connect 1 800 400 6080 calbanktrust.com

MEMO _____

⑆122003396⑆                    9999

Date:03/15/17 Seq #:53065290 Account:3648940661 Serial #:9999 Amount:$16,000.00 Dep Seq #:53065289



Date:03/15/17 Seq #:53073262 Account:2010319071 Serial #:550550 Amount:$16,000.00 Dep Seq #:-

USAO_00265246

Exhibit 158
Page 3 of 27

Exhibit C
14



Date:04/14/17 Seq #:53094138 Account:2010319071 Serial #:550621 Amount:$16,000.00 Dep Seq #:53094138

USAO_00265235

Exhibit 158
Page 4 of 27

Exhibit C
15



Date:04/14/17 Seq #:53094139 Account:3648940661 Serial #:9999 Amount:$16,000.00 Dep Seq #:53094138

USAO_00265236

Exhibit 158
Page 5 of 27

Exhibit C
16



Security Document" is micro-printed in bottom border and "Authorized Signature" in signature line. Back of document has blue printing on a white background.

CB CALIFORNIA BANK TRUST

CASHIER'S CHECK

90-3210/1222

550621

WHITESIDE

A division of ZB, N.A. Member FDIC

Remitter

Date

April 14, 2017

Pay

$ ***16,000.00***

***SIXTEEN THOUSAND and 00/100*** US Dollars

To
The Order
Of

***ALEXIS GARDNER***

Authorized Signature

309  05  3202

⑈550621⑈ ⑆122232109⑈ 2010319071⑈

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE
X For Deposit Only

Date:04/14/17 Seq #:53069150 Account:2010319071 Serial #:550621 Amount:$16,000.00 Dep Seq #:-

USAO_00265237

Exhibit 158
Page 6 of 27

Exhibit C
17



Date:05/15/17 Seq #:53086520 Account:2010319071 Serial #:550689 Amount:$16,000.00 Dep Seq #:53086520

USAO_00265238

Exhibit 158
Page 7 of 27

Exhibit C
18

NAME _Avenatti + Assoc_

ACCOUNT NO. _3648940661_

DATE _5/15/17_

16-339
1220

PAY TO THE ORDER OF _Cash_                                 $ _16,000 -_

_Sixteen thousand + no/100_                    DOLLARS

**CALIFORNIA BANK & TRUST**
IRVINE OFFICE
1900 MAIN ST STE 100 IRVINE CA 92614
CBT Connect 1 800-400-6080 calbanktrust.com

MEMO _____                                        MP

⑆122003396⑆                              9999

Date:05/15/17 Seq #:53086521 Account:3648940661 Serial #:9999 Amount:$16,000.00 Dep Seq #:53086520

USAO_00265239

Exhibit 158
Page 8 of 27

**Exhibit C**
**19**



Date:05/15/17 Seq #:53086519 Account:2010319071 Serial #:550689 Amount:$16,000.00 Dep Seq #:53086518

USAO_00265240

Exhibit 158
Page 9 of 27

Exhibit C
20



Date:08/17/17 Seq #:53036000 Account:2010319071 Serial #:579804 Amount:$16,000.00 Dep Seq #:53036000

USAO_00265241

Exhibit 158
Page 10 of 27

Exhibit C
21



Name Avenatti & Associates

Account No 36489 40661

DATE Aug. 17, 2017

PAY TO THE ORDER OF CASH

$16,000.00

Sixteen Thousand & 00/100 — DOLLARS

CALIFORNIA BANK TRUST
PASADENA OFFICE
150 W. LAKE AVE., STE 100, PASADENA, CA 91101

FOR

⑆122003396⑆

Date:08/17/17 Seq #:53036001 Account:- Serial #:- Amount:$16,000.00 Dep Seq #:53036000

USAO_00265242

Exhibit 158
Page 11 of 27

**Exhibit C**
**22**



Date:08/17/17 Seq #:53052050 Account:2010319071 Serial #:579804 Amount:$16,000.00 Dep Seq #:-

Exhibit 158
Page 12 of 27

**Exhibit C**
**23**

USAO_00265243



Date:01/03/18 Seq #:53118883 Account:2010319071 Serial #:573836 Amount:$16,000.00 Dep Seq #:53118883

USAO_00265220

Exhibit 158
Page 13 of 27

**Exhibit C**
**24**

CALIFORNIA BANK
TRUST

**GENERAL LEDGER**

CREDIT

ACCOUNT TITLE
WC — Official

BRANCH/DEPT
WLA

COST CENTER
7336

DATE

DESCRIPTION

CC # 573836

CRTGLC (Rev 05/07)

CONTRA
573983714

PREPARED BY

EMP NUMBER

GL NUMBER
068700

COST CENTER
7336

AMOUNT
$ 10.00

⑆500 1⑈0 140⑈

CC Fee Ticket          01/03/18
Serial Number          573836
Fee Amount             $10.00
336   02               0004 09:29

Date:01/03/18 Seq #:53118884 Account:687007336 Serial #:- Amount:$10.00 Dep Seq #:53118883

USAO_00265221

Exhibit 158
Page 14 of 27

Exhibit C
25



Date:01/03/18 Seq #:53067300 Account:2010319071 Serial #:573836 Amount:$16,000.00 Dep Seq #:-

USAO_00265222

Exhibit 158
Page 15 of 27

Exhibit C
26



Date:01/16/18 Seq #:53077595 Account:2010319071 Serial #:596228 Amount:$16,000.00 Dep Seq #:53077595

USAO_00265223

Exhibit 158
Page 16 of 27

Exhibit C
27



NAME Eagan Trenetti LLP

ACCOUNT NO. 5794183714

DATE 1/16/18

PAY TO THE ORDER OF Cash

$ 16,000-00

Sixteen Thousand & 00/100

DOLLARS

CALIFORNIA BANK & TRUST
IRVINE OFFICE
1920 MAIN ST STE 100 IRVINE CA 92614
CBT Connect 1 800 400 6080 calbanktrust com

MEMO

9999

Date:01/16/18 Seq #:53077596 Account:5794183714 Serial #:9999 Amount:$16,000.00 Dep Seq #:53077595

USAO_00265224

Exhibit 158
Page 17 of 27

Exhibit C
28



Date:01/16/18 Seq #:53151687 Account:2010319071 Serial #:596228 Amount:$16,000.00 Dep Seq #:-

USAO_00265225

Exhibit 158
Page 18 of 27

**Exhibit C**
**29**



Date:02/20/18 Seq #:53149692 Account:2010319071 Serial #:596330 Amount:$16,000.00 Dep Seq #:53149692

USAO_00265226

Exhibit 158
Page 19 of 27

**Exhibit C**
**30**

NAME _Eagan Avenatti LLP_

16-359
1220

ACCOUNT NO. _5794184613_

DATE _2/20/18_

PAY TO THE ORDER OF _Cash_ $ _16,000_

_Sixteen thousand and_ no/100 — DOLLARS

CALIFORNIA BANK & TRUST
IRVINE OFFICE
1900 MAIN ST STE 100 IRVINE CA 92614
CBT Connect 1 800 400-6080 calbanktrust.com

MEMO _____

⑆122003396⑆

9999

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

C/C 596330

4069 15:20
$16,000.00
5794184613
02/20/18

309    02
WD Amt.
Account Number
CC DDA WD

Date:02/20/18 Seq #:53149693 Account:5794184613 Serial #:9999 Amount:$16,000.00 Dep Seq #:53149692

USAO_00265227

Exhibit 158
Page 20 of 27

Exhibit C
31

[redacted]

"Security Document" is micro-printed in bottom border and "Authorized Signature" in signature line. Back of document has blue printing on a white background.

CALIFORNIA BANK TRUST

CASHIER'S CHECK

A division of ZB, N.A. Member FDIC

90-3210/1222

596330

WHITESIDE
Remitter

Date February 20, 2018

Pay $ ***16,000.00***

***SIXTEEN THOUSAND and 00/100*** US Dollars

To The Order Of ***ALEXIS GARDNER***

Authorized Signature

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

Security Features Included. Details on Back.

⑈596330⑈ ⑆122232109⑆ 2010319071⑈

For information concerning this instrument contact us: 1-888-598-9674

The following security features (and others not listed) exceed industry standards:

| Security Features | Document appearance if altered: |
| --- | --- |
| Watermark Paper | • Original watermark not visible when held to light |
| Microprint Signature Line | • Absence of tiny words or dotted line appear in signature line |
| Chemical Sensitivity | • Colored stains or spots appear with chemical alteration |
| Padlock Icon | • Absence of padlock icon |

ENDORSE HERE
X For Deposit Only 1070705185

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE

Date:02/20/18 Seq #:53141289 Account:2010319071 Serial #:596330 Amount:$16,000.00 Dep Seq #:-

[redacted]

USAO_00265228



Date:04/17/18 Seq #:53071778 Account:2010319071 Serial #:596467 Amount:$34,000.00 Dep Seq #:53071778

USAO_00265229

Exhibit 158
Page 22 of 27

Exhibit C
33

NAME Eagan Avenatti

ACCOUNT NO. 5794184613

16-339
1220

DATE 4/17/18

PAY TO THE ORDER OF Cash

$ 34000 —

Thirty pour thousand 4 cents DOLLARS

C|B CALIFORNIA BANK & TRUST

IRVINE OFFICE
1900 MAIN ST STE 100 IRVINE, CA 92614
CBT Contact 1-800-400-6080 calbanktrust.com

MEMO _____

MP

⑆122003396⑆

309    05
CC DDA WAI    Mail Amt.   $34,000.00
Account Number    5794184613
IPM WAI DDA CC    04/17/18

1051 12:05

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Date:04/17/18 Seq #:53071779 Account:5794184613 Serial #:9999 Amount:$34,000.00 Dep Seq #:53071778

USAO_00265230

Exhibit 158
Page 23 of 27

Exhibit C
34



Date:04/17/18 Seq #:53070537 Account:2010319071 Serial #:596467 Amount:$34,000.00 Dep Seq #:-

USAO_00265231

Exhibit 158
Page 24 of 27

Exhibit C
35



Date:05/23/18 Seq #:53034031 Account:2010319071 Serial #:596559 Amount:$16,000.00 Dep Seq #:53034031

USAO_00265232

Exhibit 158
Page 25 of 27

Exhibit C
36

NAME Eagan Avenotti LLP

16-339 / 1220

ACCOUNT NO. 5794184613

DATE 5/23/18

PAY TO THE ORDER OF Cash

$ 16,000 —

Sixteen thousand + no/100 ——— DOLLARS

CALIFORNIA BANK & TRUST

IRVINE OFFICE
1900 MAIN ST STE 100 IRVINE CA 92614
CBT Connect 1-800 400-6080 calbanktrust.com

MEMO

MP

⑆122003396⑉

9999

Date:05/23/18 Seq #:53034032 Account:5794184613 Serial #:9999 Amount:$16,000.00 Dep Seq #:53034031

USAO_00265233

Exhibit 158
Page 26 of 27

Exhibit C
37



Date:05/23/18 Seq #:53069299 Account:2010319071 Serial #:596559 Amount:$16,000.00 Dep Seq #:-

USAO_00265234

Exhibit 158
Page 27 of 27

Exhibit C
38

1647

**AVENATTI & ASSOCIATES**
Operating Account

DATE 6 20 17

16-339/1220

PAY TO THE
ORDER OF Freedom to Live

$ 1,450 40

one thousand four hundred fifty 400/12 — **DOLLARS**

CALIFORNIA BANK & TRUST

FOR

⑆0000 1647⑆ ⑆122003396⑆ 3648940661⑆

071417 0010 0079093 122238200< PWB

ENDORSE HERE

CREDIT TO THE ACCOUNT OF
THE WITHIN NAME PAYEE
Absence of Endorsement Guaranteed

D/FPACIFIC WESTERN BANK
ACCOUNT NUMBER

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Date:07/17/17 Seq #:53011603 Account:3648940661 Serial #:1647 Amount:$1,450.00 Dep Seq #:-

Exhibit 356
Page 1 of 9

USAO_00025069
**Exhibit C**
39

Date:08/22/17 Seq #:53005100 Account:3648940661 Serial #:1723 Amount:$3,175.00 Dep Seq #:-

Exhibit 356
Page 2 of 9

USAO_00025080

Exhibit C
40





Date:09/11/17 Seq #:53009722 Account:3648940661 Serial #:1732 Amount:$2,000.00 Dep Seq #:-

Exhibit 356
Page 3 of 9

USAO_00025091
Exhibit C
41

1756

**AVENATTI & ASSOCIATES**
Operating Account

16-339/1220

DATE 11/21/17

PAY TO THE
ORDER OF _Gien Wolch_                                          $.1450

_one thousand four hundred fifty ####_ DOLLARS

CALIFORNIA BANK & TRUST

FOR _Nov Rent_

⑈0000l756⑈ ⑆l22003396⑆ 3648940661⑈

Security Feature

720417  0177 0102721→122238200< PWB

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
DATE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
ENDORSE HERE

Date:12/05/17 Seq #:53006245 Account:3648940661 Serial #:1756 Amount:$1,450.00 Dep Seq #:-

Exhibit 356
Page 4 of 9

USAO_00025112
Exhibit C
42





Date:03/22/18 Seq #:53003729 Account:3648940661 Serial #:1618 Amount:$2,201.00 Dep Seq #:-

USAO_00025133

Exhibit 356
Page 5 of 9

Exhibit C
43

1619

**AVENATTI & ASSOCIATES**
Operating Account

16-339/1220

DATE 3/19/18

PAY TO THE
ORDER OF Sian Welch                                    $ 2,245

two thausand two hundred party piue four cc DOLLARS

CALIFORNIA BANK & TRUST

FOR

"0000161 9" ⑆122003396⑆ 3648940661"

032818 0239 0086107 ➤122238200< PWB

Date:03/29/18 Seq #:53002360 Account:3648940661 Serial #:1619 Amount:$2,245.00 Dep Seq #:-

USAO_00025135

Exhibit 356
Page 6 of 9

Exhibit C
44

Case 8:19-cr-00061-JVS   Document 646   Filed 08/05/21   Page 54 of 133   Page ID #:12662





Date:04/13/18 Seq #:53004733 Account:3648940661 Serial #:1626 Amount:$2,385.00 Dep Seq #:-

USAO_00025140
Exhibit C
45

Exhibit 356
Page 7 of 9



1637

**AVENATTI & ASSOCIATES**
Operating Account

16-339/1220

DATE 6/11/18

PAY TO THE ORDER OF  Blossom Properties          $ 2,385 —

two thousand three hundred eighty five 00/100          DOLLARS

CALIFORNIA BANK & TRUST

FOR

⑈0000⑈637⑈  ⑈122003396⑈  3648940661⑈



Date:06/20/18 Seq #:53001096 Account:3648940661 Serial #:1637 Amount:$2,385.00 Dep Seq #:-

USAO_00025152
Exhibit 356
Page 8 of 9
Exhibit C
46





Date:07/10/18 Seq #:53011907 Account:3648940661 Serial #:1801 Amount:$2,250.00 Dep Seq #:-

USAO_00025156
Exhibit 356
Page 9 of 9
Exhibit C
47

Date:20170616 Check:30414821 Account:112851844 Amount:16000.00



Date:20170616 Check:30414821 Account:112851844 Amount:16000.00



Date:20170616 Check:5025 Account:270143504 Amount:16000.00



Date:20170616 Check:5025 Account:270143504 Amount:16000.00

USAO_00042700

Exhibit 361
Page 1 of 12

Exhibit C
48

REGISTER COPY                                CASHIER'S CHECK

                                                                      30414836

**CITY NATIONAL BANK**                          16-1606
       The way up.                               1220          DATE       :   :0 :
For Inquires Call 800-773-7100
       'n'E .n'..   . .   r'   i r'iT.                                           $7000
PAYABLE TO                                              $    ·    ...  ....

PAY  -E ?II TH*  'i'Q   'm .?#'E u'Q:   :E?H   :E?.'

                                                       13:44
                                                       226147
E . : r'1 . .?'                                        OFFICER AUTH SIGNATURE
                                          Two signatures required over $30,000     NON NEGOTIABLE
                                                                 OFFICER SIGNATURE

⑆30414836⑆ ⑈122016066⑈ 112�612851844⑆ 600

Date:20170719 Check:30414836 Account:112851844 Amount:7000.00



| BANK USE ONLY | | | PURCHASER<br>Judy Keener | APPLICATION |
|---|---|---|---|---|
| FUNDS RECEIVED | | | STREET ADDRESS | |
| CASH | | | 520 Newport-Center Dr Ste 1400 | |
| CHK CK 16-1606 | 7000 | | CITY, STATE, ZIP<br>Newport Beach Ca 92660 | |
| CHK CK | | | | |
| CHK CK | | | SIGNATURE | |
| 2 #118260524459201 | 7000 | | | |
| COSTS | | | | |
| TOTAL CHKS ISSUED | 7000 | | ACG | |
| BANK CHARGES | | | 270143504 | |
| (B) TOTAL COSTS | 70 00 | | | |
| (A-B) LESS CASH<br>TO CUSTOMER | | | CUSTOMER SIGN HERE FOR RET'D CASH | |

Date:20170719 Check:30414836 Account:112851844 Amount:7000.00

Name MICHAEL AVERATTI OPERATING          **COUNTER CHECK**
                                                      16-1606/1220
Account No.    270143504                      7/19/17    DATE

PAY TO THE  CC to AVENATTI & ASSOCIATES  | $ 7000
ORDER OF
Seven Thousand And 00/100                              DOLLARS

**CITY NATIONAL BANK**
       The way up.
For Inquires Call 800-773-7100

FOR                                                                    MP

⑈122016066⑈                  5043

Date:20170719 Check:5043 Account:270143504 Amount:7000.00

Check: 5043
2 811020060 0719201700.000,00  270143504 On Us Chk
                TR:65 ID:270.0-6 07/19/17 03:13 PROS

to CC 270143504

Date:20170719 Check:5043 Account:270143504 Amount:7000.00

Exhibit 361
Page 2 of 12

USAO_00042701

**Exhibit C
49**

REGISTER COPY

CASHIER'S CHECK

CITY NATIONAL BANK
The way up▪
For inquiries Call 800-713-7100
'HLE ، ، - ►► ٦ì ١٠١،
PAYABLE TO

30414879

184906
620

DATE           $16,000

$

PAY  ٦'٦١ED⊞ ٦ ، ، ٥.٦ ، ٦٠٥٦٨٨ ، ، ٢٥٦٥ ، ،٦ ٦

GAN ٢٥٦٦٦١٦
B٠٠ ٩٠٠١ ٦٦

TEXT
NON NEGOTIABLE
OFFICER SIGNATURE

Two signatures required over $50,000

⑈30414879⑈ ⑉122016066⑈ 112⑊851844⑊ 600

---

Date:20170918 Check:30414879 Account:112851844 Amount:16000.00

---

BANK USE ONLY

FUNDS RECEIVED

| CASH | |
|---|---|
| CHK ON | 16-16061/6,000 |
| CHK ON | |
| CHK ON | |

1 8199 2111009588911  16,000

COSTS

| TOTAL CHKS ISSUED | 16,000 |
| BANK CHARGES | |
| (B) | TOTAL COSTS | 16,000 |
| (A-B) | LESS CASH TO CUSTOMER | |

PURCHASER
MICHAEL AVENATTI, Esq (OPERATING ACCT APPLICATION
STREET ADDRESS
520 Newport Center Dr  #1400
CITY, STATE, ZIP
Newport Beach Ca  92660
SIGNATURE

ACCT
270143504

CUSTOMER SIGNATURE FOR PETTY CASH

---

Date:20170918 Check:30414879 Account:112851844 Amount:16000.00

---

COUNTER CHECK
10:1406/1220

Name  MICHAEL AVENATTI Operating Acct

Account No.  270143504

9/18/17  DATE

PAY TO THE ORDER OF  ALEXIS Gardner

$ 16,000 ⁻

SIXTEEN Thousand AND 00/100

DOLLARS

CITY NATIONAL BANK
The way up▪
For Inquiries Call 800-773-7100

FOR

⑉122016066⑈           5085

---

Date:20170918 Check:5085 Account:270143504 Amount:16000.00

---

Check: 5085
270143504  On Us Chk                    $16,000.00
TR:46  10+2270-6  09/18/17  12:26 PMX

1 011020017 6918 2801

---

Date:20170918 Check:5085 Account:270143504 Amount:16000.00

USAO_00042702

Exhibit 361
Page 3 of 12

Exhibit C
50

REGISTER COPY        CASHIER'S CHECK

30414880

**CITY NATIONAL BANK**
The way up.
For Inquiries Call 800-773-7100
...

PAYABLE TO

DATE     $372,394

PAY

NON-NEGOTIABLE

⑈30414880⑈ ⑆122016066⑈ 112⑈851844⑈ 600

Date:20170918 Check:30414880 Account:112851844 Amount:372394.00

Michael Avenatti Esq (Operating Acct) APPLICATION
520 Newport Center Dr #1400
Newport Beach, Ca 92660

ACCT 270143504

Date:20170918 Check:30414880 Account:112851844 Amount:372394.00

Name Michael Avenatti Operating Acct    COUNTER CHECK
16-16066/1220

Account No. 270143504     9/18/17 DATE

PAY TO THE ORDER OF Eagan Avenatti, LLP    $372,394.00

Three hundred seventy two thousand three ninety DOLLARS

**CITY NATIONAL BANK**
The way up.
For Inquiries Call 800-773-7100

FOR

⑆122016066⑆     5078

Date:20170918 Check:5078 Account:270143504 Amount:372394.00

1 811020019 89182817

TR:48 ID:270-6 09/18/17 12:32 PM%
270143504 On Us Chk $372,394.00
Check: 5078

TO CC
30414880
270143504
EAGAN AVENATTI LLP

Date:20170918 Check:5078 Account:270143504 Amount:372394.00

USAO_00042704

Exhibit 361
Page 5 of 12

Exhibit C
52



Exhibit 361
Page 6 of 12

USAO_00042705
Exhibit C
53

Date:20171016 Check:30414895 Account:112851844 Amount:16000.00



Date:20171016 Check:30414895 Account:112851844 Amount:16000.00



Date:20171016 Check:5097 Account:270143504 Amount:16000.00



Date:20171016 Check:5097 Account:270143504 Amount:16000.00

USAO_00042706

Exhibit 361
Page 7 of 12

Exhibit C
54

REGISTER COPY         CASHIER'S CHECK

**CITY NATIONAL BANK**

30414897

The way up®
For Inquires Call 800-773-7100
IMAGE & EMPIRE THIS LIST

DATE 0:04---- :.. -- .-

PAYABLE TO

$ 136,500. 00

PAY "ONE HUNDRED THIRTY SIX THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS

$ ---- . ----

Francis   :70

THIS   (NON-NEGOTIABLE)

Two signatures required over $50,000

**NON-NEGOTIABLE**

"30414897" :122016066: 112=851844" 600

Date:20171018 Check:30414897 Account:112851844 Amount:136500.00



Date:20171018 Check:30414897 Account:112851844 Amount:136500.00

Name Michael A venatti

**COUNTER CHECK**
16-1606/1220

Account No. 270 143504

10.18.17 DATE

PAY TO THE ORDER OF Global Barertas US

$ 136,500

One thousand thirty six thousand five hundred DOLLARS

**CITY NATIONAL BANK**
The way up®
For Inquires Call 800-773-7100

$ 00/100

FOR

MP

:122016066: 5434

Date:20171018 Check:5434 Account:270143504 Amount:136500.00

I 811028005 1018201 $135,500.00
270143504 On Us Chk
TR:270-2 10/18/17 09:12 AMZ
Check# 5434

Date:20171018 Check:5434 Account:270143504 Amount:136500.00

USAO_00042707

Exhibit 361
Page 8 of 12

**Exhibit C**
**55**

USAO_00042710

Exhibit 361
Page 11 of 12

Exhibit C
58

USAO_00042711

Exhibit 361
Page 12 of 12

Exhibit C
59

USAO_00026291

Exhibit 375
Page 1 of 6

**Exhibit C
60**

USAO_00026292

Exhibit 375
Page 2 of 6

Exhibit C
61

Exhibit 375
Page 3 of 6

USAO_00026293
Exhibit C
62

USAO_00026294

Exhibit 375
Page 4 of 6
Exhibit C
63

USAO_00026295

Exhibit 375
Page 5 of 6

**Exhibit C**
**64**

CALIFORNIA BANK
TRUST

**CHECKING ACCOUNT DEBIT**

**DEBIT**

YOUR ACCOUNT HAS BEEN CHARGED TODAY AS FOLLOWS:

DESCRIPTION

DATE _1-24-17_

BRANCH # _309_

PREPARED BY _ori_

Per request
Icc to R-Dourec
Eagan Avenatti

APPROVED BY

CLIENT NAME

CONTRA ENTRY _CC   55037_

CLIENT SIGNATURE X

ACCOUNT NUMBER        TRAN CODE        AMOUNT

5791 082851        $   51 935 00

⑆5454ꞮꞮ91401⑆

[rotated 180°:]

0084 15:47        309  05
$51,935.00        Wd Amt.
5791082851        Account Number
01/24/17  C        CC DDA Wd Trf

Date:01/24/17 Seq #:53064097 Account:5791082851 Serial #:- Amount:$51,935.00 Dep Seq #:53064096

USAO_00027129

Exhibit 376
Page 1 of 1

**Exhibit C
66**





Date:10/19/15 Seq #:53156359 Account:5791082851 Serial #:15319 Amount:$1,100.00 Dep Seq #:-



Date:12/03/15 Seq #:53102872 Account:5791082851 Serial #:15437 Amount:$1,100.00 Dep Seq #:-

USAO_00026714

Exhibit 378
Page 2 of 9

Exhibit C
68





Date:02/22/16 Seq #:53144383 Account:5791082851 Serial #:15506 Amount:$1,100.00 Dep Seq #:-

USAO_00026815

Exhibit 378
Page 3 of 9

Exhibit C
69



Date:04/18/16 Seq #:53002256 Account:5791082851 Serial #:15582 Amount:$1,100.00 Dep Seq #:-

USAO_00026843

Exhibit 378
Page 4 of 9

Exhibit C
70





Date:06/23/16 Seq #:53001730 Account:5791082851 Serial #:15690 Amount:$1,100.00 Dep Seq #:-

USAO_00026960

Exhibit 378
Page 5 of 9

Exhibit C
71



Date:08/16/16 Seq #:53005442 Account:5791082851 Serial #:15738 Amount:$1,100.00 Dep Seq #:-

Exhibit 378
Page 6 of 9

USAO_00026986
Exhibit C
72



15820

CALIFORNIA BANK & TRUST

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

16-339/1220

10/5/2016

PAY TO THE
ORDER OF____Freedom to Live____

$ **1,100.00

One Thousand One Hundred and 00/100************************************************************************************ DOLLARS

Freedom to Live
P.O. Box 231353
Encinitas, CA 92023-1354

MEMO

AUTHORIZED SIGNATURE

October, 2016/November, 2016 - Geoffrey Johnson

⑆000 15820⑆ ⑈122003396⑈ 579108 2851⑆

ENDORSE HERE

Date:11/02/16 Seq #:53003064 Account:5791082851 Serial #:15820 Amount:$1,100.00 Dep Seq #:-

USAO_00027068

Exhibit 378
Page 7 of 9

Exhibit C
73





Date:12/15/16 Seq #:53003780 Account:5791082851 Serial #:15866 Amount:$1,100.00 Dep Seq #:-

Exhibit 378
Page 8 of 9

USAO_00027110
Exhibit C
74



Date:03/21/17 Seq #:53004704 Account:5791082851 Serial #:15928 Amount:$1,100.00 Dep Seq #:-

15284

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

7/21/2015

PAY TO THE
ORDER OF___ Geoffrey Johnson

$ **1,000.00

One Thousand and 00/100***************************************************************************** DOLLARS

Geoffrey Johnson

MEMO

AUTHORIZED SIGNATURE

"00015284" ":122003396": 5791082851"

Date:07/22/15 Seq #:53064321 Account:5791082851 Serial #:15284 Amount:$1,000.00 Dep Seq #:-

Exhibit 379
Page 1 of 42

USAO_00026565
**Exhibit C**
**76**

```
                                                                                      15295

              EAGAN AVENATTI, LLP          CALIFORNIA BANK & TRUST
              OPERATING ACCOUNT                16-339-1220
                                                                        8/10/2015

    PAY TO THE
    ORDER OF    Geoffrey Johnson                                        $ ***1,000.00

    One Thousand and 00/100**********************************************************  DOLLARS

              Geoffrey Johnson


    MEMO                                                       AUTHORIZED SIGNATURE

         ⑈00015295⑈ ⑈122003396⑈ 5791082851⑈
```

Date:08/11/15 Seq #:53124491 Account:5791082851 Serial #:15295 Amount:$1,000.00 Dep Seq #:-

USAO_00026583

Exhibit 379
Page 2 of 42

Exhibit C
77

15297

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-333-1220

8/26/2015

PAY TO THE
ORDER OF    Geoffrey Johnson                                    $ ***1,000.00

One Thousand and 00/100**************************************************************** DOLLARS

Geoffrey Johnson

MEMO                                                    AUTHORIZED SIGNATURE

⑆000152974⑆ ⑈122003396⑈ 5791082851⑆

Date:08/28/15 Seq #:53000384 Account:5791082851 Serial #:15297 Amount:$1,000.00 Dep Seq #:-

USAO_00026586

Exhibit 379
Page 3 of 42

Exhibit C
78

15301

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

9/8/2015

PAY TO THE
ORDER OF___ Geoffrey Johnson

$ **1,900.00

One Thousand Nine Hundred and 00/100······························································· DOLLARS

Geoffrey Johnson

MEMO

AUTHORIZED SIGNATURE

⑴"00015301⑴ ⑴122003396⑴ 5791082851⑴"

Date:09/09/15 Seq #:53008324 Account:5791082851 Serial #:15301 Amount:$1,900.00 Dep Seq #:-

USAO_00026590

Exhibit 379
Page 4 of 42

Exhibit C
79





Date:09/17/15 Seq #:53076410 Account:5791082851 Serial #:15309 Amount:$1,500.00 Dep Seq #:-

Exhibit 379
Page 5 of 42

USAO_00026598
**Exhibit C**
**80**



Date:10/13/15 Seq #:53058502 Account:5791082851 Serial #:15318 Amount:$1,900.00 Dep Seq #:-

USAO_00026603

Exhibit 379
Page 6 of 42

Exhibit C
81





Date:10/21/15 Seq #:53069277 Account:5791082851 Serial #:15325 Amount:$1,900.00 Dep Seq #:-

USAO_00026610
Exhibit C
82

Exhibit 379
Page 7 of 42



Date:11/04/15 Seq #:53096264 Account:5791082851 Serial #:15403 Amount:$1,900.00 Dep Seq #:-

USAO_00026632

Exhibit 379
Page 8 of 42

**Exhibit C**
**83**





Date:11/06/15 Seq #:53059922 Account:5791082851 Serial #:15404 Amount:$1,500.00 Dep Seq #:-

USAO_00026655

Exhibit 379
Page 9 of 42

Exhibit C
84





Date:11/20/15 Seq #:53000502 Account:5791082851 Serial #:15426 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 10 of 42

USAO_00026707
**Exhibit C**
**85**



Date:12/03/15 Seq #:53103770 Account:5791082851 Serial #:15438 Amount:$1,900.00 Dep Seq #:-

USAO_00026715

Exhibit 379
Page 11 of 42

Exhibit C
86



15439

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

11/30/2015

PAY TO THE ORDER OF Geoffrey Johnson

$ **1,500.00

One Thousand Five Hundred and 00/100************************************************************************ DOLLARS

Geoffrey Johnson

AUTHORIZED SIGNATURE

MEMO

⑈000L5439⑈ ⑈L22003396⑈ 579L082851⑈



Date:12/08/15 Seq #:53071250 Account:5791082851 Serial #:15439 Amount:$1,500.00 Dep Seq #:-

Exhibit 379
Page 12 of 42

USAO_00026717
**Exhibit C**
87



Date:01/06/16 Seq #:53009958 Account:5791082851 Serial #:15464 Amount:$1,500.00 Dep Seq #:-

Exhibit 379
Page 13 of 42

USAO_00026744
**Exhibit C**
**88**





Date:01/13/16 Seq #:53000662 Account:5791082851 Serial #:15458 Amount:$1,900.00 Dep Seq #:-



15505

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339/1220

2/1/2016

PAY TO THE ORDER OF __ Geoffrey Johnson

$ **1,900.00

One Thousand Nine Hundred and 00/100**************************************************** DOLLARS

Geoffrey Johnson

MEMO

Authorized Signature

⑈⑃00015505⑈ ⑈122003396⑈ 5791082851⑈



Date:02/08/16 Seq #:53101308 Account:5791082851 Serial #:15505 Amount:$1,900.00 Dep Seq #:-

USAO_00026777
**Exhibit C**
**90**

Exhibit 379
Page 15 of 42



Date:02/22/16 Seq #:53005250 Account:5791082851 Serial #:15560 Amount:$1,100.00 Dep Seq #:-

Exhibit 379
Page 16 of 42

USAO_00026814
Exhibit C
91





Date:03/22/16 Seq #:53115481 Account:5791082851 Serial #:15567 Amount:$1,900.00 Dep Seq #:-

USAO_00026835

Exhibit 379
Page 17 of 42

Exhibit C
92



15581

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST

16-339/1220

3/31/2016

PAY TO THE ORDER OF Geoffrey Johnson

$ **1,900.00

One Thousand Nine Hundred and 00/100·················································································· DOLLARS

Geoffrey Johnson

MEMO

AUTHORIZED SIGNATURE

⑈0001558⑈ ⑆122003396⑇ 5791082851⑈



Date:04/07/16 Seq #:53074204 Account:5791082851 Serial #:15581 Amount:$1,900.00 Dep Seq #:-

USAO_00026842
Exhibit 379
Page 18 of 42
Exhibit C
93





Date:05/05/16 Seq #:53116112 Account:5791082851 Serial #:15593 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 19 of 42

USAO_00026850
Exhibit C
94





Date:05/27/16 Seq #:53056349 Account:5791082851 Serial #:15686 Amount:$1,000.00 Dep Seq #:-

USAO_00026918

Exhibit 379
Page 20 of 42

Exhibit C
95





Date:06/06/16 Seq #:53146956 Account:5791082851 Serial #:15682 Amount:$1,900.00 Dep Seq #:-

USAO_00026931

Exhibit 379
Page 21 of 42

Exhibit C
96





Date:06/14/16 Seq #:53002760 Account:5791082851 Serial #:15693 Amount:$1,900.00 Dep Seq #:-



Date:06/22/16 Seq #:53086364 Account:5791082851 Serial #:15722 Amount:$1,000.00 Dep Seq #:-

Exhibit 379
Page 23 of 42

USAO_00026959
**Exhibit C**
**98**





Date:07/05/16 Seq #:53044788 Account:5791082851 Serial #:15723 Amount:$1,900.00 Dep Seq #:-

USAO_00026966

Exhibit 379
Page 24 of 42

**Exhibit C**
**99**





Date:07/11/16 Seq #:53028000 Account:5791082851 Serial #:15735 Amount:$1,900.00 Dep Seq #:-

USAO_00026970
Exhibit C
100

Exhibit 379
Page 25 of 42



Date:07/14/16 Seq #:53091048 Account:5791082851 Serial #:15734 Amount:$1,900.00 Dep Seq #:-

USAO_00026975

Exhibit 379
Page 26 of 42
Exhibit C
101





Date:08/03/16 Seq #:53068529 Account:5791082851 Serial #:15741 Amount:$1,900.00 Dep Seq #:-



Date:08/09/16 Seq #:53074718 Account:5791082851 Serial #:15739 Amount:$1,900.00 Dep Seq #:-





Date:09/07/16 Seq #:53090083 Account:5791082851 Serial #:15759 Amount:$1,900.00 Dep Seq #:-

USAO_00026994

Exhibit 379
Page 29 of 42

Exhibit C
104





Date:09/14/16 Seq #:53052322 Account:5791082851 Serial #:15758 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 30 of 42

USAO_00027005
**Exhibit C**
**105**





Date:10/13/16 Seq #:53002291 Account:5791082851 Serial #:15818 Amount:$1,900.00 Dep Seq #:-

USAO_00027055

Exhibit 379
Page 31 of 42

Exhibit C
106





Date:11/17/16 Seq #:53046214 Account:5791082851 Serial #:15860 Amount:$1,900.00 Dep Seq #:-



Date:12/06/16 Seq #:53072666 Account:5791082851 Serial #:15868 Amount:$1,900.00 Dep Seq #:-



Date:12/13/16 Seq #:53109608 Account:5791082851 Serial #:15867 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 34 of 42

USAO_00027106
Exhibit C
109





Date:12/19/16 Seq #:53025462 Account:5791082851 Serial #:15880 Amount:$1,900.00 Dep Seq #:-





Date:12/23/16 Seq #:53066308 Account:5791082851 Serial #:15878 Amount:$1,900.00 Dep Seq #:-





[redacted]

15886

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339/1220

1/4/2017

PAY TO THE ORDER OF Geoffrey Johnson $ **1,900.00

One Thousand Nine Hundred and 00/100***************************************************************************************** DOLLARS

Security features. Details on back.

Geoffrey Johnson

MEMO

AUTHORIZED SIGNATURE

⑈000015886⑈ ⑆122003396⑆ 5791082851⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Geoffrey J. Johnson
For Deposit Only To
Bank of America

Date:01/05/17 Seq #:53053186 Account:5791082851 Serial #:15886 Amount:$1,900.00 Dep Seq #:-

[redacted]

Date:02/06/17 Seq #:53013847 Account:5791082851 Serial #:15904 Amount:$1,900.00 Dep Seq #:-





Date:02/10/17 Seq #:53046406 Account:5791082851 Serial #:15903 Amount:$1,900.00 Dep Seq #:-

USAO_00027140
Exhibit C
114

Exhibit 379
Page 39 of 42





Date:02/15/17 Seq #:53037482 Account:5791082851 Serial #:15905 Amount:$1,900.00 Dep Seq #:-



Date:03/13/17 Seq #:53022140 Account:5791082851 Serial #:15926 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 41 of 42

USAO_00027169
Exhibit C
116



Date:03/17/17 Seq #:53050092 Account:5791082851 Serial #:15927 Amount:$1,900.00 Dep Seq #:-

Exhibit 379
Page 42 of 42

USAO_00027202
Exhibit C
117

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

10041

1/9/2015

PAY TO THE
ORDER OF ___Sunrise of West Hills_____ $ **5,070.00**

_Five Thousand Seventy and 00/100*****************************************************************_ DOLLARS

Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304

MEMO
00122092

⑈⚬100041⚬⑈ ⑆122003396⑆ 3260138461⑈

DDA 000359681363768 Lbx 0077027 CLE Batch 0710561 Seq 000009 Date 20150130

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0077027>000359681363768<CLE

PAY TO THE ORDER OF
SUNRISE OF . . ACQUISITION TRS CORP.
FOR DEPOSIT ONLY
8768

Date:01/30/15 Seq #:53104392 Account:3260138461 Serial #:10041 Amount:$5,070.00 Dep Seq #:-

USAO_00026329

Exhibit 380
Page 1 of 6

**Exhibit C**
**118**



**15060**

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

**CALIFORNIA BANK & TRUST**

16-339-1220

1/30/2015

PAY TO THE
ORDER OF_ Sunrise of West Hills

$ **5,550.38

Five Thousand Five Hundred Fifty and 38/100***************************************************************************** DOLLARS

Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304

MEMO
00122092

AUTHORIZED SIGNATURE

⑈"000150 60⑈" ⑆1 2200 3396⑆ 5791082851⑈"

DDA 000359681363768 Lbx 0077027 CLE Batch 0723232 Seq 000046 Date 20150210

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0077027>000359681363768<CLE

Date:02/10/15 Seq #:53110709 Account:5791082851 Serial #:15060 Amount:$5,550.38 Dep Seq #:-

Exhibit 380
Page 2 of 6

USAO_00026377
**Exhibit C**
**119**



15071

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST

16-339-1220

2/3/2015

PAY TO THE ORDER OF    Sunrise of West Hills

$ **5,550.00

Five Thousand Five Hundred Fifty and 00/100****************************************************************** DOLLARS

Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304

MEMO    March 2015

AUTHORIZED SIGNATURE

⑈000150711⑈ ⑈122003396⑈ 5791082851⑈

DDA 000359681363768 Lbx 0077027 CLE Batch 0711669 Seq 000003 Date 20150211

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0077027>000359681363768<CLE

PAY TO THE ORDER OF
SUNRISE CCS ACQUISITION/TRS CORP.
FOR DEPOSIT ONLY

Date:02/11/15 Seq #:53095384 Account:5791082851 Serial #:15071 Amount:$5,550.00 Dep Seq #:-

USAO_00026384

Exhibit 380
Page 3 of 6

**Exhibit C**
**120**



15157

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST

16-339-1220

4/1/2015

PAY TO THE ORDER OF    Sunrise of West Hills

$ **5,982.00

Five Thousand Nine Hundred Eighty-Two and 00/100************************************************************    DOLLARS

Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304

MEMO    00122092

AUTHORIZED SIGNATURE

⑈000⑈5⑈57⑈ ⑆⑈22003396⑆ 579⑈0628⑈5⑈⑈

DDA 000359681363768 Lbx 0077027 CLE Batch 0757591 Seq 000047 Date 20150413

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0077027>000359681363768<CLE

PAY TO THE ORDER OF
SUNRISE CC3 ACQUISITION TRS CORP.
FOR DEPOSIT ONLY
3768

Date:04/13/15 Seq #:53157502 Account:5791082851 Serial #:15157 Amount:$5,982.00 Dep Seq #:-

USAO_00026454

Exhibit 380
Page 4 of 6

**Exhibit C**
**121**



Date:05/12/15 Seq #:53110104 Account:5791082851 Serial #:15178 Amount:$6,240.00 Dep Seq #:-

Exhibit 380
Page 5 of 6

USAO_00026487
Exhibit C
122



15205

**EAGAN AVENATTI, LLP**
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
16-339-1220

6/4/2015

PAY TO THE
ORDER OF ___ Sunrise of West Hills

$ **2,967.12

Two Thousand Nine Hundred Sixty-Seven and 12/100*********************************************************** DOLLARS

Sunrise of West Hills
9012 Topanga Canyon Boulevard
West Hills, CA 91304

MEMO
00122092

AUTHORIZED SIGNATURE

⑈000 15205⑈ ⑆1 2200 3396⑈ 5791 08 2851⑈

DDA 000359681363768 Lbx 0077027 CLE Batch 0722660 Seq 000039 Date 20150615

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB 0077027>000359681363768<CLE

PAY TO THE ORDER OF
SUNRISE CC3 ACQUISITION TRS CORP,
FOR DEPOSIT ONLY
3768

Date:06/15/15 Seq #:53130390 Account:5791082851 Serial #:15205 Amount:$2,967.12 Dep Seq #:-

Exhibit 380
Page 6 of 6

USAO_00026510
**Exhibit C**
**123**



Date:04/02/15 Seq #:53111296 Account:3260138541 Serial #:2002 Amount:$350,000.00 Dep Seq #:-

Exhibit 388
Page 1 of 1

USAO_00023311
**Exhibit C**
**124**