Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | |
| | DEFENDANT'S NOTICE OF ERRATA RE: DKT. 647 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

On August 5, 2021, the defendant filed his "Reply to the Government's Opposition to Defendant's Motion for Mistrial or, in the Alternative, to Strike the Testimony of Nine Government Witnesses due to violations of the Jencks Act and Rule 26.2." [Dkt. 647.]. On page 2, lines 7 through 8, the sentence reads: "As for Mr. Weiner, the government made an in camera submission to the Court after which the court determined that there was Jencks violation." This sentence should read: "As for Mr. Weiner, the government made an in camera submission to the Court after which the Court determined that there was no Jencks violation."

Dated: August 5, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 5, 2021, service of the:

DEFENDANT'S NOTICE OF ERRATA RE: DKT. 647

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2021

/s/ H. Dean Steward
H. Dean Steward