Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>SUPPLEMENTAL BRIEF RE SPECIAL AGENTS DELEASSA PENLAND AND CHRIS HARPER |

Prior to opening statements and in anticipation of his case-in-chief, Mr. Avenatti served trial subpoenas on five government Special Agents – Remoun Karlous, James Kim, Ryan Roberson, DeLeassa Penland, and Chris Harper. Special Agents Penland and Harper were served in the Southern District of New York. *See e.g.,* [Dkt. 614, pgs. 12-15].

On July 31, 2021, Mr. Avenatti filed a "Motion for Reconsideration of the Court's Order Deeming Defendant's Five Subpoenas Served on Government Agents Ineffective due to Failure to Comply with *Touhy* Regulations." [Dkt. 614]. On August 2, 2021, the government filed an Opposition. [Dkt. 630].

On August 3, 2021, the Court heard the defendant's motion. The Court reconsidered its prior Order and vacated its prior ruling that quashed the prior subpoenas

related to Special Agents James Kim, Ryan Roberson and Remoun Karlous. As it relates to Special Agents DeLeassa Penland and Chris Harper, the Court ordered the defendant to provide a statement as to whether other Special Agents, who are local to the Central District of California, were present during the interviews, witness preparation sessions, or other relevant meetings.

Later on August 3, 2021, the defendant filed a "Trial Brief in Support of the Subpoenaed Testimony of Special Agents DeLeassa Penland and Chris Harper." [Dkt. 641]. Attached as Exhibit A, Mr. Avenatti provided the Court with a chart outlining the meetings where Special Agents Penland and Harper were present during five interviews, witness preparation sessions or other contacts with government witness Judy Regnier where local CDCA agents were not present. [Dkt. 641, p. 5]. This chart referenced specific USAO bates numbers evidencing these five encounters.

On August 4, 2021, the Court requested that the defendant provide the Court with a copy of the memorandums and/or interviews notes associated with these specific USAO bates numbers.

Mr. Avenatti provides the attached Exhibits A, B, C, D, and E, <u>under seal</u>, to establish that Special Agents DeLeassa Penland and Chris Harper had interactions with government witness Judy Regnier where an accompanying local Special Agent was not present and could not testify to the facts asserted during those meetings. <u>These interactions included discussions/evidence collection relating to the X-Law Group, client costs, the finances of Eagan Avenatti, the operation of Eagan Avenatti, LLP, and Ms. Regnier's working relationship with Mr. Avenatti, all topics that have been explored on direct by the government during their examinations of multiple witnesses, including but not limited to Ms. Regnier.</u>

//
//

Dated: August 6, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

**EXHIBITS A-E (UNDER SEAL)**

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 6, 2021, service of the:

SUPPLEMENTAL BRIEF RE SPECIAL AGENTS DELEASSA PENLAND AND CHRIS HARPER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2021

/s/ H. Dean Steward
H. Dean Steward