Name & Address:
H. Dean Steward SBN 85317, Advisory Counsel
17 Corporate Plaza Dr., Suite 254
Newport Beach, California 92660
deansteward7777@gmail.com
Advisory Counse for Michael J. Avenatti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America** | PLAINTIFF(S) | CASE NUMBER: SA-CR-19-61-JVS |
| v. | | |
| **Michael John Avenatti** | DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Under seal exhibits A, B, C, D, E to Supplemental Brief Providing Additional Support of the Subpoenaed Testimony of Special Agents DeLeassa Penland and Chris Harper

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

**August 6, 2021**
Date

H. Dean Steward - Advisory Counsel
Attorney Name
 Michael J. Avenatti
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                              NOTICE OF MANUAL FILING OR LODGING