UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | )CERTIFIED TRANSCRIPT | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) SACR-19-00061-JVS | |
| MICHAEL JOHN AVENATTI, | ) | |
| Defendant. | )TRIAL DAY 13, VOL. 1 | |

------------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 3, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1    APPEARANCES OF COUNSEL:

 2    For the Plaintiff:

 3    NICOLA T. HANNA
      United States Attorney
 4    BRANDON D. FOX
      Assistant United States Attorney
 5    Chief, Criminal Division
      ALEXANDER WYMAN
 6    Assistant United States Attorney
      Major Frauds Section
 7    1100 United States Courthouse
      312 North Spring Street
 8    Los Angeles, CA  90012
      (213) 894-6683
 9
      BRETT A. SAGEL
10    Assistant United States Attorney
      Ronald Reagan Federal Building
11    411 West Fourth Street, Suite 8000
      Santa Ana, CA  92701
12    (714) 338-3598

13    For the Defendant:

14    MICHAEL JOHN AVENATTI, PRO SE

15    H. DEAN STEWARD, ADVISORY COUNSEL
      H. DEAN STEWARD LAW OFFICES
16    107 Avenida Miramar, Suite C
      San Clemente, CA  92672
17    (949) 481-4900

18

19

20

21

22

23

24

25
```

```
 1
 2                            I-N-D-E-X
 3
 4    PLAINTIFF'S
      WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
 5
      ALEXIS GARDNER
 6       (Continued)                     21
 7    PLAINTIFF'S
      EXHIBITS:                                MARKED     RECEIVED
 8
      (None)
 9
10    DEFENSE
      WITNESSES:        DIRECT    CROSS     REDIRECT    RECROSS
11
      (None)
12
      DEFENSE
13    EXHIBITS:                               MARKED     RECEIVED
14    Exhibit 1051                             39          39
15
16
17
18
19
20
21
22
23
24
25
```

|  | 1 | SANTA ANA, CALIFORNIA; TUESDAY, AUGUST 3, 2021; 8:28 A.M. |
|---|---|---|
|  | 2 | (Jury not present) |
| 08:28 | 3 | THE CLERK:  Item 1, SACR-19-00061-JVS, United |
| 08:28 | 4 | States of America versus Michael John Avenatti. |
| 08:28 | 5 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel |
| 08:28 | 6 | and Alexander Wyman on behalf of the United States.  And at |
| 08:28 | 7 | counsel table is Special Agent Ramon Carlos. |
| 08:28 | 8 | THE COURT:  Good morning. |
| 08:28 | 9 | MR. AVENATTI:  Good morning, Your Honor.  Michael |
| 08:28 | 10 | Avenatti, present with advisory counsel Mr. Dean Steward, as |
| 08:28 | 11 | well as Ms. Cefali. |
| 08:28 | 12 | THE COURT:  Good morning. |
| 08:29 | 13 | Okay, we have a number of things to take up.  The |
| 08:29 | 14 | government made an in-camera filing with respect to any |
| 08:29 | 15 | additional documents relating to Joel Weiner.  I have |
| 08:29 | 16 | reviewed that document.  I have a couple of questions for |
| 08:29 | 17 | the government which I will take up in an in-camera session. |
| 08:29 | 18 | At Docket 629, Mr. Avenatti filed a motion for |
| 08:30 | 19 | mistrial or alternatively to strike the testimony of certain |
| 08:30 | 20 | witnesses based on the reported failure to comply with the |
| 08:30 | 21 | Jencks Act and Rule 26.2. |
| 08:30 | 22 | When is the government going to be able to respond |
| 08:30 | 23 | to those? |
| 08:30 | 24 | MR. SAGEL:  I guess we'll take a lead from Your |
| 08:30 | 25 | Honor.  He noticed it up as a normal motion, but -- |

08:30  1          THE COURT:  Well, I guess I didn't notice that.

08:30  2          MR. AVENATTI:  Your Honor, if that was done, it

08:30  3   was inadvertent.  It certainly wasn't meant to be noticed

08:30  4   up.  As I've made my motion -- I mean, we're in the middle

08:30  5   of trial.  I expected it to be taken up as soon as possible

08:30  6   so that --

08:30  7          THE COURT:  Twenty-eight days won't due?

08:31  8          MR. AVENATTI:  No, Your Honor, it won't.

08:31  9          THE COURT:  When is the government prepared to

08:31  10  respond?  It's not noticed as a regular motion.

08:31  11         MR. SAGEL:  Well, I guess I would just say that it

08:31  12  wasn't done as an ex parte.  It was just filed as a motion,

08:31  13  so I guess it wasn't done in a way that we knew what timing

08:31  14  was necessary.  We would ask for a week.  We obviously will

08:31  15  do what Your Honor wants.  I can give general responses,

08:31  16  but if --

08:31  17         THE COURT:  I want to give you time to consider

08:31  18  the response so that we have a full record.

08:31  19         MR. SAGEL:  We would ask for one week then, Your

08:31  20  Honor.

08:31  21         MR. AVENATTI:  Your Honor, I think that's

08:31  22  excessive under the circumstances.  I mean, we're in the

08:31  23  middle of trial.

08:31  24         THE COURT:  File it by Thursday noon, please.

08:32  25         MR. SAGEL:  Okay.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:32  1          THE COURT:  Okay.

08:32  2          Mr. Avenatti filed at Docket 615 a trial brief

08:32  3  with regard to government witness Filippo Marchino.  I have

08:32  4  read the memorandum.  I will be so advised when he comes on.

08:32  5          At Docket 614, Mr. Avenatti filed a motion for

08:32  6  reconsideration and the Court's quashing of the subpoenas

08:32  7  directed to five government agents.  Mr. Avenatti

08:32  8  principally relies on United States versus Bahamonde,

08:32  9  B-a-h-a-m-o-n-d-e, 445 F.3d 1225 (Ninth Circuit 2006).

08:33  10         The government replied at Docket No. 630.  I find

08:33  11  that Bahamonde is directly on point.  If the Court were to

08:33  12  quash the subpoenas, at a minimum Bahamonde requires that

08:33  13  the Court goes through a balancing exercise.  I'm not sure I

08:33  14  get enough guidance from Bahamonde to know what I'm supposed

08:33  15  to balance, but in any event, the Court did not do that.

08:33  16         The Court summarily in effect quashed the

08:33  17  subpoenas based on a failure to comply with Tui.  I don't

08:33  18  believe the defendant has to comply with Tui.  However, the

08:33  19  government's reply points out that two of the individuals

08:33  20  are agents in the Southern District of New York.  I assume

08:33  21  that they were present at basically prep or proffer sessions

08:33  22  for the Nike case and are among the 18 or so meetings with

08:34  23  the government that Mr. Avenatti has listed.  Is that

08:34  24  correct?

08:34  25         MR. SAGEL:  Only partially correct, Your Honor.

08:34 1    They were present for any interview related to the Nike or

08:34 2    Stormy Daniels case.  They were not present during any

08:34 3    meetings of Ms. Regnier as it relates to this case and this

08:34 4    trial.

08:34 5              THE COURT:  Mr. Avenatti.

08:34 6              MR. AVENATTI:  Your Honor, this issue has been

08:34 7    previously discussed relating to the interplay between the

08:34 8    two cases --

08:34 9              THE COURT:  Sir, were they present for any

08:34 10   interview with regard to this case?

08:34 11             MR. AVENATTI:  I'm going to answer that

08:34 12   affirmatively, yes, because --

08:34 13             THE COURT:  Were there other people present, other

08:34 14   agents present, at the meetings that you have -- other

08:34 15   agents who have been subpoenaed?

08:34 16             MR. AVENATTI:  I don't think I understand the

08:34 17   question.

08:34 18             THE COURT:  Were there agents other than those two

08:34 19   who are in the Southern District of New York present at the

08:35 20   prep sessions you contend they were there for?

08:35 21             MR. AVENATTI:  I'd have to check the lineup.  Your

08:35 22   Honor, I don't know.  The answer is I don't know as I sit

08:35 23   here.

08:35 24             THE COURT:  Please find out and advise me.  My

08:35 25   inclination is to, one, quash the subpoenas to the extent

08:35  1    that the meetings were focused on the Nike or the Stormy

08:35  2    Daniels case.  I reject the blanket representation that ipso

08:35  3    facto the agents in the Southern District were part of this

08:35  4    investigation.

08:35  5          Number two, to the extent that there were others

08:35  6    present who are based in the Central District or at least

08:35  7    more proximate than New York, I would quash the subpoenas on

08:35  8    the second ground that any testimony they might give is

08:35  9    cumulative.

08:35  10         So would you please advise me what the facts are,

08:35  11   Mr. Avenatti?

08:36  12         MR. AVENATTI:  I will, Your Honor.  I have a

08:36  13   question of the Court as it relates to this ruling.  I am

08:36  14   assuming then that you are granting my motion relating to

08:36  15   voiding the order under Tui ab initio.  Am I correct, or am

08:36  16   I incorrect?

08:36  17         THE COURT:  Sir, I will repeat myself.  With

08:36  18   respect -- at this point, with respect to the government

08:36  19   agents who were present other than those based in the

08:36  20   Southern District, I withdraw my ruling.  The subpoenas are

08:36  21   out.

08:36  22         MR. AVENATTI:  Understood, Your Honor.  My

08:36  23   position is this.  If the government wants to move to

08:36  24   quash --

08:36  25         THE COURT:  Sir, please provide me the information

08:36  1    I have indicated.  With respect to all but those two, I have
08:37  2    in effect withdrawn my ruling which in effect quashed the
08:37  3    subpoenas as to all of them.  With respect to the two based
08:37  4    in New York, Mr. Avenatti, you are going to provide me
08:37  5    additional information as to whether other agents were
08:37  6    present who are based in the Central District of California
08:37  7    or at least more proximate than New York.  That's what
08:37  8    you're going to do, sir.

08:37  9            MR. AVENATTI:  Understood, Your Honor.  Can I
08:37  10   submit something in response to what I now understand to be
08:37  11   a request by the government to quash the two subpoenas to
08:38  12   the New York agents?

08:38  13           THE COURT:  Sir, you made no objection to their
08:38  14   oral motion.  You will provide me as quickly as possible
08:38  15   orally or in writing the information that I requested.

08:38  16           MR. AVENATTI:  Understood, Your Honor.

08:38  17           THE COURT:  Thank you.  We are moving on to the
08:38  18   next item.

08:38  19           I have fully briefed before me the motion going to
08:38  20   Mr. Drum's testimony and the 106 summaries.  When is
08:38  21   Mr. Drum going to come on?

08:38  22           MR. WYMAN:  Likely not this week, Your Honor.  We
08:38  23   expect him to take the stand on Tuesday or Wednesday or at
08:38  24   the latest next week.

08:38  25           THE COURT:  Let's take this up sometime on Friday

08:38  1  then.

08:38  2          MR. WYMAN:  Thank you, Your Honor.

08:38  3          THE COURT:  The parties provided a stipulation

08:38  4  drawn from the stipulated facts in Mr. Avenatti's respondent

08:38  5  proceeding.  I propose to read that to the jury today but

08:38  6  not until we conclude the current witness.

08:39  7          MR. SAGEL:  It would actually be -- are you asking

08:39  8  how we plan on doing it?

08:39  9          THE COURT:  I'm telling you how I'm going to --

08:39  10  it's a stipulation.  It's not going to go to the jury as an

08:39  11  exhibit.  As with all factual stipulations, they are read to

08:39  12  the jury.  The question is when am I going to do that.  I

08:39  13  propose after the current witness is concluded to read this

08:39  14  very short stipulation to the jury.

08:39  15          MR. SAGEL:  I think, Your Honor, our proposal

08:39  16  which I think would be in line with what defendant is hoping

08:39  17  for is at some point we would just, almost similar to a

08:39  18  transcript but slightly different to a transcript, but at a

08:39  19  point where we want -- by stipulation of the parties, the

08:39  20  government moves in Exhibit 258 and then read Exhibit 258.

08:39  21          THE COURT:  Sir, I'm not going to accept it.  It's

08:39  22  a stipulation of fact.  I'm not going to accept it as an

08:39  23  exhibit to give it undue weight.  I will advise the jury of

08:39  24  the facts to which you have stipulated.  If you would like

08:40  25  me to read that at some other point, I would be happy to do

08:40  1  that.

08:40  2          MR. SAGEL:  I guess maybe I am confused.  Are you

08:40  3  referring to the stipulation itself or the exhibit itself?

08:40  4          THE COURT:  The exhibit.  The exhibit specifically

08:40  5  provides that the stipulation itself will not be read to the

08:40  6  jury.

08:40  7          MR. SAGEL:  We are fine with that as well.  What I

08:40  8  would ask is it would be two witnesses -- it would be after

08:40  9  Filippo Marchino.

08:40  10         THE COURT:  Okay.

08:40  11         Mr. Avenatti.

08:40  12         MR. AVENATTI:  I think I understood, and now I

08:40  13 think I'm confused.  The Court is proposing to read exactly

08:40  14 what?

08:40  15         THE COURT:  The stipulated facts that are

08:40  16 attached, not the stipulation.

08:41  17         MR. AVENATTI:  The Court will read the exhibit to

08:41  18 the jury.  No objection from the defense, Your Honor.

08:41  19         THE COURT:  Finally, Mr. Avenatti filed a brief at

08:41  20 Docket 635, Defendant's Submission Regarding Restrictions on

08:41  21 Cross-Examination in Violation of Defendant's Sixth

08:41  22 Amendment Right.  I have read it.  I was previously aware of

08:41  23 it, and I appreciate the authority cited in the memorandum.

08:41  24         The memorandum fails to acknowledge that the right

08:41  25 to cross-examine is not unlimited and that the Court has the

08:41  1   power consistent with the Sixth Amendment and defendant's

08:41  2   right to present a full defense to limit cross-examination

08:41  3   where it becomes excessive or it goes into irrelevant areas.

08:41  4          Having read the memorandum, I abide by each of the

08:41  5   rulings I made during the cross-examinations of Mr. Weiner

08:41  6   and Ms. Gardner.  No further argument is invited.

08:42  7          MR. AVENATTI:  Understood, Your Honor.  I have one

08:42  8   question about the first item, Joel Weiner.

08:42  9          THE COURT:  Right.

08:42  10          MR. AVENATTI:  Can I speak to that?

08:42  11          THE COURT:  Please.

08:42  12          MR. AVENATTI:  Okay.  I understand that the Court

08:42  13   mentioned we were not aware of the in-camera filing.

08:42  14          THE COURT:  Well, sir, that's because it was an

08:42  15   in-camera filing.

08:42  16          MR. AVENATTI:  Right.

08:42  17          THE COURT:  I directed principally your request

08:42  18   for the government to search for additional e-mails between

08:42  19   Mr. Weiner and the government.  They honored the Court's

08:42  20   request.  They did that on August 2, and I've reviewed it.

08:42  21          My preliminary reaction -- and I have a couple

08:42  22   questions for the government -- none of the additional

08:42  23   materials relate to anything other than garden-variety

08:42  24   scheduling -- when is Mr. Weiner going to come on, when can

08:43  25   we schedule a phone conference.  Virtually all of it relates

08:43   1   to that, and it's clearly not Jencks material.

08:43   2           I have two questions that aren't obviously Jencks

08:43   3   materials -- they're not apparently Jencks materials -- that

08:43   4   I want to put to the government in an in-camera setting.

08:43   5           MR. AVENATTI:  My question, Your Honor, was there

08:43   6   was also supposed to be an in-camera filing relating to Mr.

08:43   7   Johnson and the handwritten notes about whether he signed

08:43   8   the settlement agreement.  I was not aware whether that had

08:43   9   occurred or not.

08:43   10          THE COURT:  I think the government has filed that.

08:43   11          MR. SAGEL:  The day that it was asked for.

08:43   12          THE COURT:  I have it, but I have not reviewed it.

08:43   13          MR. AVENATTI:  That was my question.  Thank you.

08:43   14          THE COURT:  Anything else anyone would like to

08:43   15   bring up before we bring the jury in?

08:43   16          MR. SAGEL:  We have two things, Your Honor, very

08:43   17   briefly.  We provided defendant over -- it was either on

08:43   18   Sunday or yesterday, I'm not sure, and maybe both -- new

08:44   19   exhibits, some for Ms. Gardner and some for Filippo

08:44   20   Marchino, two exhibits for Filippo Marchino and a few for

08:44   21   Ms. Gardner, all based on the cross-examination of

08:44   22   Ms. Gardner.

08:44   23          They were all in discovery.  They are new

08:44   24   exhibits.  The reason we gave them was based on the question

08:44   25   of defendant.  I know he said via response that he objects,

08:44  1    but we just want to let the Court know that we have new

08:44  2    exhibits only in response to the line of questioning that he

08:44  3    asked.  And if you have any questions, I can answer them.

08:44  4            Then this may not be an issue until tomorrow.  I

08:44  5    just raise it now because I know we have a motion to quash

08:44  6    tomorrow morning.  The government likely will be calling

08:44  7    Greg Barela tomorrow as a witness.  In our trial brief and

08:44  8    in the defendant's trial brief, one of his trial briefs,

08:44  9    there is a 608 and 609 issue with regard to one of his

08:45  10   convictions.  I just want to make Your Honor aware that

08:45  11   that's probably going to be on the horizon tomorrow.

08:45  12            THE COURT:  Okay.  Thank you.

08:45  13            Mr. Avenatti.

08:45  14            MR. AVENATTI:  Yes, Your Honor.  As it relates to

08:45  15   the exhibits, I do object to their use during the trial.

08:45  16   They're not impeachment.  They're not seeking to impeach

08:45  17   Ms. Gardner or Mr. Marchino.  There was a deadline set forth

08:45  18   in Your Honor's order at Docket --

08:45  19            THE COURT:  Sir, during the course of trial, if

08:45  20   particularly cross-examination brings up things relevant

08:45  21   that wouldn't have been likely for the government to present

08:45  22   in its direct examination but nevertheless would be

08:45  23   appropriate for redirect, can that never occur?

08:45  24            MR. AVENATTI:  Of course it could occur, but

08:45  25   that's not this instance.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:45  1          THE COURT:  You seem to be saying that impeachment

08:45  2     is the only type of document that the government could

08:45  3     present at this time -- a new document for redirect.  I

08:46  4     don't believe that that is an appropriate limitation.

08:46  5          MR. AVENATTI:  Your Honor, if I was suggesting

08:46  6     that, then obviously I did not mean to suggest that.  I'm

08:46  7     not suggesting that.  What I am saying is that these

08:46  8     exhibits were known to the government --

08:46  9          THE COURT:  Sir, hundreds of thousands of pages

08:46  10    are known to the government.  The government has represented

08:46  11    that the cross-examination has caused it to identify two

08:46  12    additional documents which are directly relevant to subjects

08:46  13    raised on cross-examination.  That's a sufficient proffer on

08:46  14    the part of the government for me to allow those two

08:46  15    documents to be used.  I believe there is good cause for

08:46  16    allowing it.

08:46  17         MR. AVENATTI:  There's eight exhibits, Your Honor.

08:46  18         THE COURT:  Is there two or eight?

08:46  19         MR. SAGEL:  There's two for Filippo Marchino and

08:46  20    six for Alexis Gardner -- actually maybe seven for Alexis

08:46  21    Gardner.  For Alexis Gardner, there are six voicemails that

08:46  22    she produced and the text messages from her other phone

08:47  23    which he tried to elicit but she didn't provide.

08:47  24         And then with Filippo Marchino, the two exhibits

08:47  25    are the payments Filippo Marchino made on behalf of

08:47    1    Ms. Gardner, not the defendant, as it relates to the

08:47    2    December time frame of 2016.

08:47    3            THE COURT:  I will allow their use.  Your

08:47    4    objection is noted.

08:47    5            MR. AVENATTI:  Just a couple other items, Your

08:47    6    Honor.  We will be filing our response to the motion to

08:47    7    quash pursuant to Your Honor's directive by noon today, just

08:47    8    to alert the Court.

08:47    9            THE COURT:  Very good.

08:47   10            MR. AVENATTI:  I think that was the deadline.  I

08:47   11    just want to make sure.

08:47   12            THE COURT:  I don't think I imposed any deadline.

08:47   13    I indicated if you wanted to file something, you could file

08:47   14    something.  And assuming it's within a reasonable time, I

08:47   15    will wait for the receipt of your brief before ruling on the

08:47   16    last two.  But with regard to the other ones, that issue is

08:48   17    resolved.  There's no need to address it any further.

08:48   18            MR. SAGEL:  I think he is referring to the hearing

08:48   19    for tomorrow morning.

08:48   20            THE COURT:  Oh.

08:48   21            MR. AVENATTI:  Yes.

08:48   22            THE COURT:  Yes, your brief is due at noon today.

08:48   23    Okay.

08:48   24            MR. AVENATTI:  Yes.  We will be filing it by noon.

08:48   25            THE COURT:  Okay.  Very good.  Thank you.

08:48    1              MR. AVENATTI:  You're welcome, Your Honor.

08:48    2              And then I had one other oral motion, and that is

08:48    3     I'm going to make an oral motion to exclude any evidence or

08:48    4     testimony especially from Mr. Marchino relating to the

08:48    5     transfer of the $2.5 million to HondaJet, and here's why.

08:48    6              According to the government's theory of the case,

08:48    7     the crime was completed upon the payment of the $2.5 million

08:48    8     in transfer --

08:48    9              THE COURT:  Sir, this is another speaking Rule 29

08:48   10     motion.  I'm not going to entertain those until we get to

08:48   11     the end of the government's case-in-chief.  You're not going

08:48   12     to give me a reason why you should prevail on the point and

08:49   13     I should exclude evidence at this point.

08:49   14              MR. AVENATTI:  This is a 403 objection pursuant to

08:49   15     what I anticipate to be testimony that they're going to

08:49   16     elicit from Mr. Marchino.  The point is this.  The

08:49   17     government's theory -- it's different than the Johnson

08:49   18     issue, Your Honor, that we talked about last week.  The

08:49   19     government's theory of the case is that there is

08:49   20     $2.5 million that was transferred from Eagan Avenatti to the

08:49   21     X-Law Group was a criminal transfer, was stolen funds from

08:49   22     Ms. Gardner.  Once that money hit the X-Law Group's account,

08:49   23     according to the government, the crime was completed.

08:49   24              So it is a 403 issue relating to any transfer

08:49   25     thereafter.  It's irrelevant as to whether the $2.5 million

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:49   1   transfer, Your Honor, constituted criminal conduct.

08:49   2           THE COURT:  Mr. Wyman.

08:49   3           MR. WYMAN:  Your Honor, the defendant's theory is

08:49   4   simply wrong.  The government has charged and is presenting

08:49   5   a theory at trial that he committed fraud and

08:50   6   misappropriation of client's funds.  It is not simply a

08:50   7   fraud on the inducement theory that we are presenting.  We

08:50   8   are entitled to show and required to show that he

08:50   9   misappropriated the settlement funds, which requires us to

08:50   10  show that the money that he took didn't go to Alexis

08:50   11  Gardner.

08:50   12          That's particularly true given that Filippo

08:50   13  Marchino was essentially co-counsel on the case.  So without

08:50   14  the ability to show where the money went, the jury is left

08:50   15  not knowing where it went.  And if it just went to another

08:50   16  attorney/client trust account and then to the client, we are

08:50   17  required and entitled to show that.

08:50   18          THE COURT:  Was Marchino co-counsel?

08:50   19          MR. WYMAN:  Marchino was co-counsel on the case,

08:50   20  Your Honor.

08:50   21          THE COURT:  Okay.

08:50   22          Your 403 objection is noted and overruled.

08:50   23          (Court and clerk conferring)

08:51   24          THE COURT:  Mr. S.C.'s roommate was tested, and he

08:51   25  tested negative.  I will so advise the jury of that.

08:51    1          MR. AVENATTI:  Your Honor, I did have one final

08:51    2    issue.  In light of Your Honor's quashing the -- strike

08:51    3    that.  In light of Your Honor agreeing with the motion

08:51    4    relating to the three agents who were -- where the Tui

08:51    5    regulations were not complied with, there has been a

08:51    6    violation of 615.  So I'd move for a mistrial due to the

08:51    7    violation of 615.  And in the alternative --

08:51    8          THE COURT:  615 what?

08:51    9          MR. AVENATTI:  Federal Rule of Evidence 615.

08:51    10         Your Honor, I may have my rule --

08:52    11         THE COURT:  Sir, let me look first, please.

08:52    12         (Pause in proceedings)

08:52    13         THE COURT:  615 is the witness exclusion

08:52    14    provision.  What do you have in mind?

08:52    15         MR. AVENATTI:  That's correct, Your Honor.  We

08:52    16    made a motion at the beginning of trial for witness

08:52    17    exclusion, and in particular we asked that the rule be

08:52    18    followed.  Your Honor allowed the agents to remain in the

08:52    19    courtroom, all three agents.  We can provide a filing to the

08:52    20    Court all three agents have been in this courtroom this

08:52    21    entire trial.

08:52    22         Under Kyles v. Whitley, it is a principal defense

08:52    23    of mine relating to the sloppiness of this investigation.

08:52    24    And these agents, all three of them -- Mr. Carlos,

08:52    25    Mr. Roberson, and Mr. Kim -- have been sitting in this

08:53   1   courtroom listening to the testimony.  They should have been

08:53   2   excluded pursuant to 615.

08:53   3          The subpoenas should have never been quashed for

08:53   4   the reasons they were quashed, and therefore I'm making a

08:53   5   motion for mistrial.  And in the alternative, I want them

08:53   6   excluded from the courtroom.

08:53   7          THE COURT:  At this point the Court declined to

08:53   8   exclude them prior to the motion for reconsideration.  It

08:53   9   was proper.  I reconsidered.  Those agents will be excluded

08:53   10  except Agent Carlos, who is the government's chief agent.

08:53   11  It's appropriate that he be here.  The others given that

08:53   12  I've reinstated the screens will be excluded.  The motion

08:53   13  for mistrial is denied.

08:53   14         MR. SAGEL:  At some point, Your Honor, and I'm not

08:53   15  asking to litigate it right now, one of our requests in the

08:53   16  Tui response, if I can call it that, is that defendant still

08:54   17  has to provide some basis to Your Honor of why he is calling

08:54   18  these agents.

08:54   19         We haven't gotten a witness list from him.

08:54   20  Obviously we know he intends to do so.  These agents are not

08:54   21  on our witness list.  There needs to be a 403 proffer to the

08:54   22  Court, even if it's not in our presence, that it's not just

08:54   23  a fishing expedition, which has been most of his

08:54   24  examinations to date.  So I raise that now for the Court's

08:54   25  consideration at some point.

08:54   1            THE COURT:  Well, it won't come on in any event
08:54   2    until the defense's case-in-chief.  So I will direct that we
08:54   3    hold either an in-camera session or you give me some
08:54   4    indication as to the relevance of these folks or do it in
08:54   5    writing.
08:54   6            MR. AVENATTI:  I will do that in advance of the
08:54   7    case-in-chief, Your Honor.
08:54   8            THE COURT:  Okay.  Okay.  Thank you.
08:54   9                (Recess taken at 8:54 a.m.;
08:54   10               proceedings resumed at 9:02 a.m.)
08:54   11               (Jury present)
09:02   12           THE COURT:  Good morning, ladies and gentlemen.
09:02   13           Mr. S.C. called back on late Friday and indicated
09:02   14   that his roommate had been tested for COVID-19, and it came
09:02   15   out negative.
09:02   16      ALEXIS GARDNER, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN
09:02   17           THE COURT:  Mr. Avenatti.
09:02   18           MR. AVENATTI:  Thank you, Your Honor.
09:02   19           THE CLERK:  Ms. Gardner, you are reminded that you
09:02   20   are still under the oath you took last Friday.
09:02   21           THE WITNESS:  Yes.
09:02   22           THE CLERK:  Thank you.
09:02   23               CROSS-EXAMINATION (Continued)
09:02   24   BY MR. AVENATTI:
09:02   25   Q    Ms. Gardner, good morning.

09:02  1    A    Good morning.

09:02  2    Q    When we broke on Friday, you were going to have an

09:02  3    opportunity to speak with your lawyer.  Did you have an

09:02  4    opportunity to speak with him?  That's just a yes-or-no

09:03  5    question.

09:03  6    A    Yes.

09:03  7    Q    And is your lawyer Mr. Gemmill (phonetic)?

09:03  8    A    Yes.

09:03  9    Q    Other than Mr. Gemmill -- well, strike that.

09:03  10   A    It's pronounced Gemmill.

09:03  11   Q    Sorry about that.  My apologies.  Have you spoken to

09:03  12   Mr. Marchino about this case in the last two weeks?

09:03  13   A    Not that I can remember.  We did speak about other

09:03  14   things but not that specifically.

09:03  15   Q    You didn't speak with Mr. Marchino about any of the

09:03  16   issues in this case or your testimony?  Is that your

09:03  17   testimony under oath this morning, ma'am?

09:04  18   A    I'm trying to think specifically what we spoke about.

09:04  19   But, yes, I spoke with him about things that pertain to me

09:04  20   but not specifically the testimony.

09:04  21   Q    So did those things pertain to the case?

09:04  22   A    What do you mean, did they pertain to the case?

09:04  23   Q    Well, you used the word "pertain."  So when you spoke

09:04  24   with Mr. Marchino, it's true that some of the things you

09:05  25   spoke with him about were related to this case?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:05    1    A    Well, relating to the history of our relationship with

09:05    2    him as my attorney, yes.

09:05    3    Q    What about relating to your relationship -- well,

09:05    4    strike that.  And you understand that one of the issues in

09:05    5    this case is your history of Mr. Marchino serving as your

09:05    6    attorney, right?

09:05    7    A    I don't understand why that's an issue.

09:05    8    Q    Did you speak with Mr. Marchino about anything having

09:05    9    to do with the settlement of your claims or the receipt of

09:05   10    money or expenditure of money on your behalf?

09:05   11    A    Yes.  Previously he was the one who told me that my

09:05   12    funds had been embezzled.

09:05   13               MR. AVENATTI:  I'm going to move to strike after

09:05   14    yes as nonresponsive.

09:05   15               THE COURT:  It will be stricken.

09:05   16               He's asking whether in the last couple of weeks

09:05   17    you had that discussion.

09:05   18               THE WITNESS:  I did.

09:05   19    BY MR. AVENATTI:

09:06   20    Q    And the answer is, yes, you have had that conversation

09:06   21    in the last two weeks, correct?

09:06   22    A    No.

09:06   23    Q    Have you had any communications with Mr. Marchino in

09:06   24    the last two weeks about your settlement?

09:06   25    A    Specifically, no.

09:06  1   Q    Well, when you say specifically, let me follow up.  How
09:06  2   about generally?  Have you generally had any conversation
09:06  3   with Mr. Marchino in the last two weeks about your
09:06  4   settlement?
09:06  5   A    Well, with my settlement agreement, yes, I did reach
09:06  6   out to -- I was seeking to speak to my ex, and he let me
09:06  7   know that it was within the agreement that I cannot.  So
09:06  8   that's what we spoke about.  But monetary, no.
09:07  9   Q    Did you have any communications over the last three
09:07  10  days with the government either directly or through your
09:07  11  lawyer?
09:07  12  A    No, but I did have questions in regards to what my last
09:07  13  question was when we ended, and my lawyer was able to give
09:07  14  me information on that.
09:07  15  Q    Has anyone told you in the last two weeks what any
09:07  16  other witness may have testified to during this trial?
09:07  17  A    Told me?  No.
09:07  18  Q    Well, how about written to you or texted you or
09:07  19  informed you in some other way other than orally telling
09:07  20  you?
09:07  21  A    No.
09:08  22  Q    Have you read anything about this case in the last two
09:08  23  weeks?
09:08  24  A    Yes.
09:08  25  Q    You have?  And you have read things in various news

| | | |
|---|---|---|
| 09:08 | 1 | reports; is that right? |
| 09:08 | 2 | A    Yes. |
| 09:08 | 3 | Q    Have you been following the case over the last two |
| 09:08 | 4 | weeks? |
| 09:08 | 5 | A    Yes and no.  It's a bit stressful, so I try to stay |
| 09:08 | 6 | away from it. |
| 09:08 | 7 | Q    And I don't want to know the content -- well, let me do |
| 09:08 | 8 | it this way.  You've read things on social media about this |
| 09:08 | 9 | case? |
| 09:08 | 10 | A    "L.A. Times" as well as social media. |
| 09:08 | 11 | Q    Twitter? |
| 09:08 | 12 | A    Yes. |
| 09:08 | 13 | Q    Have you read any of Ms. Cuniff's tweets on social |
| 09:09 | 14 | media about this case? |
| 09:09 | 15 | MR. SAGEL:  403 at this time, Your Honor. |
| 09:09 | 16 | THE COURT:  Overruled. |
| 09:09 | 17 | THE WITNESS:  Yes. |
| 09:09 | 18 | BY MR. AVENATTI: |
| 09:09 | 19 | Q    You have been following her live tweets from time to |
| 09:09 | 20 | time or at least -- well, trike that.  You have been |
| 09:09 | 21 | following what she has been teething about the case before |
| 09:09 | 22 | you testified? |
| 09:09 | 23 | A    Yes. |
| 09:09 | 24 | MR. AVENATTI:  Your Honor, I would like a sidebar. |
| 09:09 | 25 | THE COURT:  Declined. |

| | | |
|---|---|---|
| 09:09 | 1 | BY MR. AVENATTI: |
| 09:09 | 2 | Q    And when you were following Ms. Cuniff's tweets, you |
| 09:09 | 3 | were aware that she was tweeting about what other witnesses |
| 09:09 | 4 | were testifying to, correct? |
| 09:09 | 5 | A    Yes. |
| 09:09 | 6 | Q    And you read some of that, right? |
| 09:09 | 7 | A    Yes. |
| 09:10 | 8 | Q    And nobody ever told you you couldn't do that; did |
| 09:10 | 9 | they?  That's a yes-or-no question.  Strike that. |
| 09:10 | 10 | Did anyone ever tell you that you could not do |
| 09:10 | 11 | that before you testified in this case?  Yes or no? |
| 09:10 | 12 | A    I don't recall. |
| 09:10 | 13 | Q    You don't recall one way or the other, or you don't |
| 09:10 | 14 | recall anyone ever telling you that? |
| 09:10 | 15 | A    I don't recall anyone ever telling me specifically that |
| 09:10 | 16 | I could not read the tweets. |
| 09:11 | 17 | Q    And you read the tweets because you wanted to find out |
| 09:11 | 18 | what was going on in the case, right? |
| 09:11 | 19 | A    I read the tweets because I was scared. |
| 09:11 | 20 | Q    And you wanted to find out what was going on in the |
| 09:11 | 21 | case, right?  You wanted to be informed? |
| 09:11 | 22 | A    I wanted to know what I was walking into, yeah. |
| 09:11 | 23 | Q    Yes, you wanted to be informed about what was going on |
| 09:11 | 24 | in the case before you got here, right?  Yes or no? |
| 09:11 | 25 | A    I just don't -- I just don't particularly settle on the |

```
09:11   1    term inform.  It's not to inform.
09:11   2    Q    Well, let me ask this question.  You wanted to learn
09:11   3    what was going on in the case, so you read the tweets?
09:11   4    A    Yes.
09:12   5    Q    Now, when we left off on Friday, we were talking about
09:12   6    the costs and expenses in your case.  Do you remember that?
09:12   7    A    Yes.
09:12   8    Q    And I think you testified that I was the lead lawyer in
09:12   9    connection with your matter; is that right?
09:12   10   A    Yes.
09:12   11   Q    And you authorized me to incur whatever costs I deemed
09:12   12   necessary in my judgment; did you not?
09:12   13   A    Generally, yes.
09:12   14   Q    That that was in the agreement.  We dealt with that on
09:12   15   Friday.  Do you remember that?
09:12   16   A    Yes.
09:12   17   Q    Are you aware that there were costs and expenses
09:12   18   incurred in connection with your matter?
09:12   19   A    Yes.
09:12   20   Q    And that included me directing Mr. Filippo Marchino to
09:13   21   go to Italy in order to investigate some of your allegations
09:13   22   against Mr. Whiteside; is that true?
09:13   23   A    Yes.
09:13   24   Q    And you knew there were other expenses incurred in
09:13   25   connection with your case as well; is that right?
```

09:13  1   A     Yes.

09:13  2   Q     As you sit there today, do you know how much the costs

09:13  3   and expenses were in connection with pursuing your claims

09:13  4   against Mr. Whiteside?  Yes or no?

09:13  5   A     No.

09:13  6   Q     And you have been telling individuals for over two

09:14  7   years that you were owed money from your settlement from

09:14  8   Mr. Whiteside; is that correct?  Yes or no?

09:14  9   A     Yes.  I told my mother.

09:14  10  Q     My question is a little different.  For over two years

09:14  11  you have been informing individuals that I owe you money

09:14  12  from the settlement of your claims with Mr. Whiteside.  Yes

09:14  13  or no?

09:14  14  A     Can you repeat the question?

09:14  15  Q     Sure.  Isn't it true that for over two years now you

09:15  16  have been claiming that I owe you money from the settlement

09:15  17  with Mr. Whiteside?

09:15  18  A     No.  My understanding is that Mr. Whiteside was

09:15  19  supposed to be sending me deposits, not Michael Avenatti.

09:15  20        MR. AVENATTI:  Move to strike everything after no

09:15  21  as nonresponsive.

09:15  22        THE COURT:  It will be stricken.

09:15  23  BY MR. AVENATTI:

09:15  24  Q     Ms. Gardner, I'm focusing the question on the time

09:15  25  period from, let's say, April 1st of 2019 to the present.

09:15   1    A     Okay.

09:15   2    Q     During that time period you have been repeatedly

09:15   3    claiming that I owe you money from the settlement from or

09:15   4    with Hassan Whiteside; is that right?

09:15   5    A     Yes, because I didn't receive it.

09:16   6    Q     Please tell the jury the exact amount of money you are

09:16   7    owed.

09:16   8    A     May I write on this?

09:16   9    Q     You can write on anything you like.

09:16   10          MR. AVENATTI:  Your Honor, can I approach and give

09:16   11   her a clean piece of paper?

09:16   12          THE COURT:  That's fine.

09:16   13          (Piece of paper handed to the witness)

09:16   14   BY MR. AVENATTI:

09:16   15   Q     Do you have a pen or a pencil?

09:17   16   A     I have a pencil.

09:17   17          (Witness marking document)

09:19   18   Q     Have you completed that?

09:19   19   A     Yes.  I still don't think my math serves me, but are

09:19   20   you ready?

09:19   21   Q     What?

09:19   22   A     Are you ready?

09:19   23          MR. AVENATTI:  Your Honor, can I approach?

09:19   24          THE COURT:  She can read it to you.

09:19   25          MR. AVENATTI:  And then I would like to display it

09:19  1    to the jury if I could.

09:19  2            THE COURT:  That's fine.

09:19  3    BY MR. AVENATTI:

09:19  4    Q    Ms. Gardner, go ahead and tell me what you have

09:19  5    calculated.

09:19  6            THE COURT:  Why don't we just display it.  Why

09:19  7    don't you give it to Mr. Avenatti.

09:20  8            MR. AVENATTI:  May I approach, Your Honor?

09:20  9            THE COURT:  You may.

09:20  10           (Counsel retrieving document from the witness)

09:20  11   BY MR. AVENATTI:

09:20  12   Q    Ms. Gardner, is that the entirety of your calculation

09:20  13   that I have displayed on the elmo?

09:20  14   A    Yes, but I want to say that I'm not sure about my

09:21  15   calculations.  I'm still, I don't know, thinking about it.

09:21  16   Q    Before we get to the actual calculation, over the last

09:21  17   two plus years you have had the benefit of your attorney

09:21  18   whose name you mentioned earlier, right?

09:21  19   A    Yes.

09:21  20   Q    You've had the benefit of Mr. Marchino, another

09:21  21   attorney, right?

09:21  22   A    Yes.

09:21  23   Q    And you have also had the assistance of Mr. Sagel and

09:21  24   Mr. Wyman and certain of the government investigators in

09:21  25   this case, right?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:21   1   A     Yes.

09:21   2   Q     Okay.  So why don't we walk through your calculation if

09:21   3   we could.  If I get anything wrong, please correct me, all

09:21   4   right?

09:21   5   A     Okay.

09:21   6   Q     This top number is $3 million; is that right?

09:21   7   A     Yes.

09:22   8   Q     And that's the number that you understood was the

09:22   9   amount of your settlement; is that right?

09:22  10   A     Yes.  Per you, yes.

09:22  11   Q     That's a different number than you told the government.

09:22  12   You told the government $3.6 million.  You remember we

09:22  13   talked about that and --

09:22  14   A     You told me a different --

09:22  15              THE COURT:  One at a time, please.

09:22  16              MR. AVENATTI:  Your Honor, move to strike.

09:22  17              THE COURT:  It will be stricken.  Let's just start

09:22  18   over with the question, please.

09:22  19   BY MR. AVENATTI:

09:22  20   Q     Ms. Gardner, do you recall on Friday we were talking

09:22  21   about this sheet right here with the top number of

09:22  22   $3.6 million?  Do you remember that?

09:22  23   A     Yes.

09:22  24   Q     Okay.  And we had established that you had told the

09:22  25   government that the amount was $3.6 million when you met

09:22  1  with them in April of 2019.  Do you remember that?  That's a
09:23  2  yes-or-no question.
09:23  3  A    Yes, I do.
09:23  4  Q    Now, let's go back to your calculation.  You have
09:23  5  $990,000.  Is it your understanding that that is one-third
09:23  6  of $3 million?
09:23  7  A    Yes, 33 percent.
09:23  8  Q    I'm sorry.  I didn't catch that.  Thirty-three percent?
09:23  9  A    (Witness nods.)
09:23  10  Q    You have to answer audibly for the court reporter.
09:23  11  A    Yes.
09:23  12  Q    And then according to your calculation that leaves
09:23  13  $2,180,000, right?
09:23  14  A    According to my calculation, yes.
09:23  15  Q    And the $990,000 you thought included that amount, the
09:23  16  33 percent, for attorneys' fees; am I right?
09:24  17  A    Yes.
09:24  18  Q    And then there is a number written under the $2,180,000
09:24  19  number.  What is that number?
09:24  20  A    (No response)
09:24  21  Q    It looks like -- is that 2,750,000?
09:24  22  A    Yes, it is.
09:24  23  Q    Is that supposed to be $2,750,000?
09:24  24  A    Yes.
09:25  25  Q    And why is that number written there?

09:25   1   A    Because you told me that's what I would get.

09:25   2   Q    Why have you included --

09:25   3            MR. AVENATTI:  Your Honor, move to strike that

09:25   4   answer as nonresponsive.

09:25   5            MR. SAGEL:  He asked why did she put that there,

09:25   6   Your Honor.

09:25   7            THE COURT:  Overruled.  Denied.

09:25   8   BY MR. AVENATTI:

09:25   9   Q    Ms. Gardner, explain to me why $2,750,000 appears

09:25   10  underneath $2,180,000 as it relates to your calculation.

09:25   11  A    Because that was the number that I was told that I

09:25   12  would get.  In my calculation I wrote down the 3 million and

09:25   13  the 33 percent and what that number is, and I moved on to

09:26   14  where I was with what I thought I was going to get.  So it's

09:26   15  not a continuation of the first calculation, and I was

09:26   16  subtracting the $194,000.  It was based off of what I was

09:26   17  told, so that's why I had that there.

09:26   18            I'm sorry.  I'm confused.  It's a lot of numbers.

09:26   19  In all honesty I guess I don't -- I have no clue.  I have no

09:26   20  clue what I was supposed to get outside of the fact that I

09:26   21  was supposed to pay you 33 percent.

09:26   22  Q    You're certain of that?  Yes or no?

09:26   23  A    Yes, because you told me that the fees were included.

09:26   24            MR. AVENATTI:  Move to strike after yes as

09:26   25  nonresponsive.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:26   1          THE COURT:  Everything after "Yes" will be

09:26   2   stricken.

09:26   3   BY MR. AVENATTI:

09:26   4   Q    Ms. Gardner, you are as certain that our agreement was

09:27   5   that you were only going to have to pay 33 percent --

09:27   6          MR. SAGEL:  Asked and answered.

09:27   7          MR. AVENATTI:  I haven't even finished the

09:27   8   question.

09:27   9          MR. SAGEL:  And now it's compound.

09:27   10         THE COURT:  Proceed.

09:27   11  BY MR. AVENATTI:

09:27   12  Q    Ms. Gardner, you are as certain that our agreement was

09:27   13  that you only had to pay 33.3 percent as you are about the

09:27   14  testimony that you provided thus far in this trial including

09:27   15  what Mr. Sagel asked you; isn't that true?  Yes or no?

09:27   16  A    Will you repeat the question.

09:27   17         MR. AVENATTI:  Could I have it read back, Your

09:27   18  Honor?

09:27   19         THE COURT:  You may.

09:27   20         (Record read)

09:27   21         THE WITNESS:  I'm not sure.

09:28   22  BY MR. AVENATTI:

09:28   23  Q    Let's go back to your calculation.  What's this 194,000

09:28   24  number here?

09:28   25  A    If I am not mistaken, this is the -- sorry.  I'm just a

09:28   1   little unsure.  If I am not mistaken, this is the amount
09:29   2   that I received from you.
09:29   3   Q    Who gave you that number?  Well, strike that.  Do you
09:29   4   have any firsthand knowledge as to whether if that's the
09:29   5   number or not?
09:29   6   A    From my bank accounts.
09:29   7   Q    So you went into your bank accounts and calculated all
09:29   8   the money that you had received?
09:29   9   A    Yes.  I'm a little unsure about what this is.  I'm
09:29  10   unsure.
09:29  11   Q    Well, Ms. Gardner, you understand a man's liberty is at
09:29  12   stake?
09:30  13   A    Yes, I do.
09:30  14   Q    Okay.  So --
09:30  15   A    You understand my life's at stake?
09:30  16        MR. AVENATTI:  Move to strike as nonresponsive,
09:30  17   Your Honor.
09:30  18        THE COURT:  It will be stricken.
09:30  19   BY MR. AVENATTI:
09:30  20   Q    Ms. Gardner, what is the calculation that appears
09:30  21   immediately below this to the right-hand side?  There
09:30  22   appears to be a calculation here that results in a number of
09:30  23   2,556,000.  By the way, if at any point you need to take a
09:30  24   break, just ask His Honor.  I'm not going to predict what
09:30  25   will happen, but if you could do that, that would be great.

| | | |
|---|---|---|
| 09:30 | 1 | Okay?  We're in no hurry. |
| 09:31 | 2 | THE COURT:  Proceed, Mr. Avenatti. |
| 09:31 | 3 | MR. AVENATTI:  I think I had a question pending, |
| 09:31 | 4 | but I will ask it again, Your Honor. |
| 09:31 | 5 | BY MR. AVENATTI: |
| 09:31 | 6 | Q    Ms. Gardner, there is a calculation here where it looks |
| 09:31 | 7 | like 194,000 was deducted from another number to get to |
| 09:31 | 8 | 2,556,000.  Do you see that? |
| 09:31 | 9 | A    Yes. |
| 09:31 | 10 | Q    And why did you deduct that? |
| 09:32 | 11 | A    Because at some point I was told that I'd receive |
| 09:32 | 12 | $750,000.  To the best of my knowledge, I subtracted the |
| 09:32 | 13 | 194,000 from that to come to 2,556,000. |
| 09:32 | 14 | Q    And then it looks like -- did you add the $194,000 |
| 09:32 | 15 | back in? |
| 09:32 | 16 | A    No.  I just got confused and I stopped. |
| 09:32 | 17 | Q    So the number that you claim today you are owed is |
| 09:33 | 18 | $2,556,000; is that right? |
| 09:33 | 19 | A    I am owed -- |
| 09:33 | 20 | Q    Just answer my question.  Strike the question.  Yes or |
| 09:33 | 21 | no?  Ms. Gardner, as you sit there today, you claim that you |
| 09:33 | 22 | are owed $2,556,000? |
| 09:33 | 23 | A    No. |
| 09:33 | 24 | Q    Do you feel like you need to redo the calculation? |
| 09:33 | 25 | A    I do, but I'm a little -- I started with numbers, and |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:33 | 1 | it gives me a lot of anxiety.  I do apologize. |
| 09:33 | 2 | Q    Please don't apologize.  I think we can get you a |
| 09:33 | 3 | calculator.  Would you like a calculator? |
| 09:33 | 4 | A    I would love that. |
| 09:34 | 5 | Q    Okay. |
| 09:34 | 6 | MR. AVENATTI:  Your Honor, can I approach? |
| 09:34 | 7 | THE COURT:  You may. |
| 09:34 | 8 | MR. SAGEL:  Your Honor, before I make an |
| 09:34 | 9 | objection, do you have the proposed jury instructions with |
| 09:34 | 10 | you? |
| 09:34 | 11 | THE COURT:  The final ones? |
| 09:34 | 12 | MR. SAGEL:  Yes, or the proposed final |
| 09:34 | 13 | instructions. |
| 09:34 | 14 | THE COURT:  I have a copy. |
| 09:34 | 15 | MR. SAGEL:  I would point our objection, Your |
| 09:34 | 16 | Honor, at this point would be to proposed instruction 37 |
| 09:34 | 17 | which is based on Lindsey and Chacone. |
| 09:34 | 18 | MR. AVENATTI:  Lisa, could I have a calculator, |
| 09:34 | 19 | please. |
| 09:34 | 20 | MR. SAGEL:  I'm not sure if the number has |
| 09:34 | 21 | changed, so I can hand what I am referring to up to the |
| 09:35 | 22 | Court.  The one I'm looking at is 37, but this is what we |
| 09:35 | 23 | filed.  So I don't remember if Your Honor remembered or |
| 09:35 | 24 | whether he got it or not. |
| 09:35 | 25 | MR. AVENATTI:  Your Honor, I would like to proceed |

09:35  1   with my cross-examination.  This is a speaking objection,

09:35  2   and I would like to get an answer to my question to

09:35  3   Ms. Gardner.  We can deal with this at the break.

09:35  4              THE COURT:  We'll deal with it later,

09:35  5   Mr. Avenatti.

09:35  6              MR. AVENATTI:  Okay.

09:35  7              (Pause in proceedings)

09:35  8              THE COURT:  Mr. Avenatti.

09:35  9              MR. AVENATTI:  Thank you, Your Honor.  I believe

09:35  10  the witness is performing another calculation.

09:35  11             Take your time.

09:39  12             MR. SAGEL:  Your Honor, while she is doing the

09:39  13  calculation, can I just hand you what I am referring to?

09:39  14             THE COURT:  That's fine.

09:39  15             MR. AVENATTI:  Can I see it?  I don't have it,

09:39  16  Your Honor.

09:39  17             (Document handed to the Court)

09:39  18             THE WITNESS:  Okay.

09:47  19  BY MR. AVENATTI:

09:47  20  Q    Are you done?

09:47  21  A    Yes.

09:47  22  Q    Can you please sign and date it at the bottom for me.

09:47  23  A    (Witness signs and dates document.)

09:47  24             MR. AVENATTI:  Your Honor, may I approach?

09:47  25             THE COURT:  You may.

09:47  1                MR. AVENATTI:  Your Honor, for the record, I have

09:48  2    marked this as 1051, and I will move it into evidence at

09:48  3    this time.

09:48  4                THE COURT:  Any objection?

09:48  5                MR. SAGEL:  No objection.

09:48  6                THE COURT:  1051 will be received.

09:48  7                (Exhibit 1051 received in evidence)

09:48  8    BY MR. AVENATTI:

09:48  9    Q    Ms. Gardner, that's your signature and the date, right?

09:48 10    A    Yes.

09:48 11    Q    And then this is the new calculation here that I am

09:48 12    pointing to?

09:48 13    A    Yes.  I did put two calculations.  I am unsure of the

09:49 14    .3 percent of the 33 percent, so I -- it is, yes,

09:49 15    33.3 percent.  I did the 32 percent because that was what I

09:49 16    thought, but I also did the 33.3 percent.

09:49 17    Q    So this calculation at the top is with the 33 percent,

09:49 18    and this calculation at the bottom is with the 33.3; am I

09:49 19    right?

09:49 20    A    Yes.

09:49 21    Q    And the calculation at the top shows a net amount due

09:49 22    of $1,766,000; is that right?

09:49 23    A    Yes.

09:49 24    Q    And then the calculation at the bottom shows

09:49 25    $1,757,000; am I correct?

| | | |
|---|---|---|
| 09:49 | 1 | A    Yes. |
| 09:49 | 2 | Q    Neither one of those numbers is $2,500,000. |
| 09:49 | 3 | A    Well, I got -- |
| 09:49 | 4 | Q    Just answer my question -- |
| 09:49 | 5 | A    -- what I was given -- |
| 09:50 | 6 |         MR. AVENATTI:  Move to strike. |
| 09:50 | 7 |         THE COURT:  One at a time, please. |
| 09:50 | 8 |         It will be stricken. |
| 09:50 | 9 |         MR. AVENATTI:  Thank you. |
| 09:50 | 10 | BY MR. AVENATTI: |
| 09:50 | 11 | Q    Ms. Gardner, here is my question.  You would agree, |
| 09:50 | 12 | would you not, that this number of $1,766,000 nor this |
| 09:50 | 13 | number of $1,757,000 is $2.5 million?  You would agree with |
| 09:50 | 14 | that, correct? |
| 09:50 | 15 | A    Yes. |
| 09:50 | 16 | Q    Now let's talk about your bottom calculation.  You have |
| 09:50 | 17 | $3 million minus $999,000, correct? |
| 09:50 | 18 | A    Yes. |
| 09:50 | 19 | Q    That's your calculation of what the attorney fee was; |
| 09:50 | 20 | am I right? |
| 09:50 | 21 | A    Yes. |
| 09:50 | 22 | Q    Then you have a number of $52,000.  What's that? |
| 09:50 | 23 | A    That was the 12 months of my rent that was paid plus |
| 09:50 | 24 | the security deposit that I received as a check from Eagan |
| 09:51 | 25 | Avenatti. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:51   1   Q    And then there is a number here.  Is it 197 or 194

09:51   2   thousand?

09:51   3   A    That's 192 I wrote -- after the calculation I was 2,000

09:51   4   off.

09:51   5   Q    So this is 192,000?

09:51   6   A    Yes.

09:51   7   Q    Where does the $192,000 come from?

09:51   8   A    It comes from -- on our sheet it comes from the

09:51   9   deposits that I received.

09:51   10   Q    And then you get to 1,757,000, correct?

09:51   11   A    Yes.

09:51   12   Q    And I just realized you actually did this on the back

09:52   13   of your prior calculation, right?

09:52   14   A    Yes.

09:52   15   Q    All right.  So this exhibit for the record is

09:52   16   two-sided, right?

09:52   17   A    Yes.

09:52   18   Q    And explain the $192,000 calculation here on the

09:52   19   left-hand corner.

09:52   20        MR. SAGEL:  Objection, 403.  Asked and answered.

09:52   21        THE COURT:  Overruled.

09:52   22        THE WITNESS:  I received my first deposit of

09:52   23   16,000.  I received my second deposit of 16,000.  The next

09:52   24   deposit I received was 32,000, for two months.  The next one

09:52   25   I received was 64,000, which was four months' rent.  And I

09:53   1    not sure of the -- I received four additional months'

09:53   2    payments.

09:53   3    BY MR. AVENATTI:

09:53   4    Q    And that totals $192,000 according to you; is that

09:53   5    right?

09:53   6    A    Yes.

09:53   7    Q    And that is all the money that you claim you received

09:53   8    during the attorney/client relationship that you and I had;

09:53   9    is that true?

09:53   10   A    No.

09:53   11   Q    Well, that amount and the amount for the lease; is that

09:53   12   right?

09:53   13   A    No.

09:53   14   Q    There were other monies?

09:53   15   A    Yes.

09:53   16   Q    But you can't tell the jury how much those were?

09:54   17   A    Yes.

09:54   18   Q    How much was the amount?

09:54   19   A    $12,000.

09:54   20   Q    So your calculation should also include another

09:54   21   $12,000?

09:54   22   A    No.  This is prior to the settlement, and I assumed

09:54   23   that it was within the fees because it was not something

09:54   24   that I was told I had to pay back.

09:54   25   Q    So that's why you didn't include it in your

09:54  1    calculation?

09:54  2    A    Yes.

09:55  3    Q    But you're certain that this is the number here, right?

09:55  4    Assuming that it's 33.3 percent, you're certain in this

09:55  5    serious federal criminal trial that the number is

09:55  6    $1,757,000; is that right?

09:55  7              MR. SAGEL:  Objection.  Argumentative.

09:55  8              THE COURT:  Sustained.

09:55  9    BY MR. AVENATTI:

09:55  10   Q    Ms. Gardner, are you confident that this number,

09:55  11   $1,757,000, is the number?  Yes or no?

09:56  12   A    Yes.

09:56  13   Q    In the last two years you have met with the government

09:56  14   on a number of occasions, is that right, about this case?

09:56  15   A    Right.

09:56  16   Q    You met with them in April of 2019 and then again just

09:56  17   in July of this year; is that right?

09:56  18   A    Yes.

09:56  19   Q    And was Mr. Sagel present for both of those meetings?

09:56  20   A    Yes.

09:56  21   Q    Was Special Agent Carlos present for those meetings?

09:57  22   A    Could you please tell me Carlos's last name?

09:57  23   Q    That is his last name.  His name is Ramon Carlos.

09:57  24   A    Yes.

09:57  25   Q    He was present?

44

09:57   1   A     Yes.

09:57   2   Q     And Mr. Wyman was present for the most recent meeting

09:57   3   in July, right?

09:57   4   A     Yes.

09:57   5   Q     During those two meetings did anyone from the

09:57   6   government -- including Mr. Sagel, Mr. Wyman, and

09:57   7   Mr. Carlos -- did they ever ask you to perform a calculation

09:57   8   like this?

09:57   9   A     No.

09:58   10         THE WITNESS:  Excuse me.  May I have some water,

09:58   11   please.

09:58   12         MR. AVENATTI:  Absolutely.

09:58   13         (Pause in proceedings)

09:58   14   BY MR. AVENATTI:

09:58   15   Q     Now, I'm going to keep this Exhibit 1051 on the screen

09:59   16   for the jury, but I would like you to turn to Exhibit 139,

09:59   17   the settlement agreement, please.

09:59   18   A     (Witness complies.)

09:59   19   Q     Actually, before we get to that, let's go back to your

09:59   20   sheet, 1051.  Does the number $250,000 appear anywhere in

09:59   21   your calculation?

09:59   22   A     No.

10:00   23   Q     I'm sorry?

10:00   24   A     No.

10:00   25   Q     Now, directing your attention to 139, do you recall

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:00  1   pursuant to the settlement agreement you were to receive

10:00  2   $250,000 in November of 2020?  Yes or no?

10:00  3   A    Yes.

10:01  4   Q    That's the number right there, $250,000, right?

10:01  5   A    Yes.

10:01  6   Q    It was to be paid on November 1st of 2020, right?

10:01  7   A    Yes.

10:01  8   Q    Did you get the money?  Yes or no?

10:01  9   A    My settlement was restructured to help me.  But in

10:01  10  full, no, on November 1st, 2020, I did not receive a check

10:01  11  for $250,000.

10:01  12           MR. AVENATTI:  Your Honor, move to strike as

10:02  13  nonresponsive, or at least the first part of the answer.

10:02  14           THE COURT:  The first part will be stricken.

10:02  15  BY MR. AVENATTI:

10:02  16  Q    Under the $3 million settlement, you were due $250,000

10:02  17  in November.  We established that, correct?

10:02  18  A    Yes.

10:02  19  Q    And you subsequently received additional money pursuant

10:02  20  to the settlement; is that right?  Yes or no?

10:02  21  A    Yes.

10:02  22  Q    Did Mr. Marchino help you with that?

10:02  23  A    Yes.

10:02  24  Q    But when you did the calculation for the jury, you

10:02  25  didn't include any of those numbers; did you?  Yes or no?

| 10:02 | 1 | A     No. |
|---|---|---|

10:02   1   A     No.

10:03   2   Q     Did Mr. Sagel or Special Agent Carlos or Mr. Wyman or

10:03   3   anybody else ever ask you about any of those monies?

10:03   4   A     What are you referring to by those monies?

10:03   5   Q     I am talking about the payments that you got under the

10:03   6   settlement agreement in lieu of the $250,000.  Did they ever

10:03   7   ask you about any of those monies?  Yes or no?

10:04   8   A     This is tricky, but --

10:04   9   Q     Ms. Gardner, please just answer my question.

10:04   10  A     Ask it again.

10:04   11  Q     Sure.

10:04   12        MR. AVENATTI:  Your Honor, would you like it read

10:04   13  back, or do you want me to ask it again?

10:04   14        THE COURT:  Why don't you ask it.

10:04   15  BY MR. AVENATTI:

10:04   16  Q     Ms. Gardner, these additional payments that you didn't

10:04   17  give me credit for on your calculation sheet, did Mr. Sagel

10:04   18  or Mr. Wyman or Special Agent Carlos or anyone else from the

10:04   19  government ever ask you about those payments when you met

10:04   20  with them?  Yes or no?

10:04   21  A     I don't recall.

10:04   22  Q     You don't recall that happening?  Do you recall it

10:05   23  happening?

10:05   24  A     I don't recall.

10:05   25  Q     You also told the government when you met with them on

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:05 | 1 | April 2nd, 2019, that you never knew the percentage of |
| 10:05 | 2 | attorneys' fees to go to 40 percent.  Do you remember that? |
| 10:06 | 3 | A   That's tough.  I can't say that I remember that, |
| 10:06 | 4 | because her -- the number went up. |
| 10:06 | 5 |        MR. AVENATTI:  Your Honor, move to strike after |
| 10:06 | 6 | remember that as nonresponsive. |
| 10:06 | 7 |        THE COURT:  It will be stricken. |
| 10:06 | 8 | BY MR. AVENATTI: |
| 10:06 | 9 | Q   Let's take a look at the retainer agreement, 132, |
| 10:06 | 10 | please. |
| 10:07 | 11 |        Ms. Gardner, while Ms. Hernandez is pulling that |
| 10:07 | 12 | up, you can also take a look at the hard copy if you like. |
| 10:07 | 13 |        I can also try the old school method here.  Let me |
| 10:07 | 14 | do that. |
| 10:07 | 15 |        Do you recall there was a reference in the |
| 10:07 | 16 | retainer agreement that the fee could go to 40 percent? |
| 10:08 | 17 | A   Yes, after the filing of the lawsuit. |
| 10:08 | 18 |        MR. AVENATTI:  Your Honor, move to strike |
| 10:08 | 19 | everything after yes as nonresponsive. |
| 10:08 | 20 |        THE COURT:  It will be stricken. |
| 10:08 | 21 | BY MR. AVENATTI: |
| 10:08 | 22 | Q   Ms. Gardner, I'm not trying to trick you.  I'm just |
| 10:08 | 23 | establishing what the agreement says, okay?  There is a |
| 10:08 | 24 | reference in the agreement to 40 percent, correct? |
| 10:08 | 25 | A   Yes. |

48

| | | |
|---|---|---|
| 10:08 | 1 | Q    And the 40 percent would kick in under certain |
| 10:08 | 2 | conditions, right? |
| 10:08 | 3 | A    Yes. |
| 10:08 | 4 | Q    All right.  And despite the agreement containing the |
| 10:08 | 5 | 40 percent, you told the government that you were never |
| 10:08 | 6 | informed that it could go to 40 percent; didn't you? |
| 10:08 | 7 | A    Yes. |
| 10:09 | 8 | Q    Let's take a look at 146.  Mr. Sagel asked you about |
| 10:09 | 9 | Exhibit 146.  I think Ms. Hernandez is going to be kind |
| 10:09 | 10 | enough to pull that up as well. |
| 10:09 | 11 | MR. AVENATTI:  If we could go to the next page, |
| 10:10 | 12 | please, and blow up the top of the document with the date, |
| 10:10 | 13 | please. |
| 10:10 | 14 | BY MR. AVENATTI: |
| 10:10 | 15 | Q    Do you recall that Mr. Sagel asked you about this |
| 10:10 | 16 | letter that was written on your behalf for you to be able to |
| 10:10 | 17 | lease an apartment?  Do you remember that? |
| 10:10 | 18 | A    Yes. |
| 10:10 | 19 | Q    And the date of this letter is January 20th, 2017; is |
| 10:10 | 20 | that right? |
| 10:10 | 21 | A    Yes, that's right. |
| 10:10 | 22 | Q    And why did you require this letter in order for you to |
| 10:10 | 23 | rent your apartment? |
| 10:10 | 24 | A    I didn't really have a prior rental history, and she |
| 10:10 | 25 | wasn't particularly open to me moving into the apartment |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:11   1   without a guarantor.

10:11   2   Q    And you asked me to serve as your guarantor, correct?

10:11   3   A    You wanted to.

10:11   4   Q    Well, how did I find out that she needed a guarantor?

10:11   5   You told me, correct?

10:11   6   A    Yes.

10:11   7            MR. AVENATTI:  Could we go to the signature page,

10:11   8   please.

10:11   9   BY MR. AVENATTI:

10:11   10  Q    That's your signature to the right of mine; is that

10:12   11  right?

10:12   12  A    Yes.

10:12   13  Q    Under the word "agreed," correct?

10:12   14  A    Yes.

10:12   15  Q    And when you signed this document, it was in your

10:12   16  custom or practice of reading things before you signed them,

10:12   17  right?

10:12   18  A    Yes.

10:12   19  Q    If we go back to the first page, paragraph two, there

10:12   20  is a reference to a payment of $51,935?

10:13   21  A    Yes.

10:13   22  Q    Do you see that?

10:13   23  A    Yes.

10:13   24  Q    And you were asked about this payment by the government

10:13   25  just on July 1st, 2021.  Do you remember that?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:13  1    A    Yes.

10:13  2    Q    And you told them that this payment was made from the

10:13  3    settlement proceeds that were received from your settlement.

10:13  4    Do you remember that?

10:13  5    A    From the way I understand it, yes.

10:14  6    Q    It's your understanding that -- well, strike that.

10:14  7    Let's go to 147.  Do you remember Mr. Sagel asked you about

10:14  8    this check?

10:14  9    A    Yes.  This is not the check I originally received.

10:14  10   Q    This is a copy of the cashier's check, right?

10:14  11   A    Yes.

10:14  12        MR. AVENATTI:  If we could blow up, Ms. Hernandez,

10:14  13   just the check, please.

10:14  14   BY MR. AVENATTI:

10:14  15   Q    It's made out to the landlord; am I right?

10:14  16   A    Yes.

10:14  17   Q    The amount is the same amount we were just talking

10:14  18   about, $51,935, correct?

10:14  19   A    Yes.

10:15  20   Q    And the remitter in the left-hand corner is Eagan

10:15  21   Avenatti, LLP.  Do you see that?

10:15  22   A    Yes.

10:15  23   Q    What's the date of this check?

10:15  24   A    January 24th, 2017.

10:15  25   Q    Now, you have the understanding, do you not, that when

| | | |
|---|---|---|
| 10:15 | 1 | you go to a bank and you ask for a cashier's check, you have |
| 10:15 | 2 | to have money in the account to get the check?  You |
| 10:15 | 3 | understand that, right? |
| 10:15 | 4 | A    Yes.  Yes, I do. |
| 10:15 | 5 | Q    And you told the government in July that this check |
| 10:15 | 6 | came from the settlement proceeds from Mr. Whiteside, right? |
| 10:16 | 7 | We just established that? |
| 10:16 | 8 | A    Yes. |
| 10:16 | 9 | Q    Ms. Gardner, isn't it true that as of January 24th, |
| 10:16 | 10 | Mr. Whiteside hadn't paid you any money?  Yes or no? |
| 10:17 | 11 | A    (No response) |
| 10:17 | 12 | Q    Ms. Gardner, just please answer my question. |
| 10:17 | 13 | A    Ask it again.  I'm sorry. |
| 10:17 | 14 | Q    Ms. Gardner, isn't it true that as of the date of this |
| 10:17 | 15 | cashier's check, contrary to what you told the government, |
| 10:17 | 16 | Mr. Whiteside had not paid any money pursuant to your |
| 10:17 | 17 | settlement agreement?  Yes or no? |
| 10:17 | 18 | A    Yes. |
| 10:18 | 19 | Q    Do you remember when Mr. Sagel asked you a bunch of |
| 10:18 | 20 | questions on Friday about whether I had told you that you |
| 10:18 | 21 | couldn't tell anybody about the settlement agreement, even |
| 10:18 | 22 | your mother?  Do you remember that? |
| 10:18 | 23 | A    Yes, I do. |
| 10:18 | 24 | Q    Take a look at Exhibit 139, please, page 4 of 5, |
| 10:18 | 25 | paragraph ten. |

| | | |
|---|---|---|
| 10:18 | 1 | MR. AVENATTI:  Let's first display the first page |
| 10:19 | 2 | for the benefit of the jury, please.  If we can blow up the |
| 10:19 | 3 | top which says "settlement agreement." |
| 10:19 | 4 | BY MR. AVENATTI: |
| 10:19 | 5 | Q    This is the settlement agreement you signed; right, |
| 10:19 | 6 | Ms. Gardner? |
| 10:19 | 7 | A    Yes. |
| 10:19 | 8 | THE COURT:  We will take the mid-morning break |
| 10:19 | 9 | here, ladies and gentlemen.  We will be in recess for 15 |
| 10:19 | 10 | minutes.  Please remember the admonition not to discuss the |
| 10:19 | 11 | case with anyone and not to form any opinions on the issues |
| 10:20 | 12 | in the case until it is submitted to you.  And please do not |
| 10:20 | 13 | do any research. |
| 10:20 | 14 | (Jury not present) |
| 10:20 | 15 | THE COURT:  Is her counsel here? |
| 10:20 | 16 | (Recess taken at 10:20 a.m.; |
| 10:20 | 17 | proceedings resumed at 10:44 a.m.) |
| 10:20 | 18 | (Jury not present) |
| 10:44 | 19 | MR. AVENATTI:  Your Honor, can I raise an issue |
| 10:44 | 20 | outside the presence of the jury? |
| 10:44 | 21 | THE COURT:  Very quickly. |
| 10:44 | 22 | MR. AVENATTI:  Your Honor -- |
| 10:44 | 23 | THE COURT:  The witness is here. |
| 10:44 | 24 | MR. AVENATTI:  Okay.  Let me do this as carefully |
| 10:44 | 25 | as possible.  Your Honor, we make a motion pursuant to 615 |

| | | |
|---|---|---|
| 10:44 | 1 | for individualized voir dire of Ms. Gardner outside the |
| 10:44 | 2 | presence of the jury before she is released in light of the |
| 10:44 | 3 | prior testimony. |
| 10:44 | 4 | THE COURT:  Denied.  I believe the record will |
| 10:44 | 5 | indicate she has never been in the court before she appeared |
| 10:44 | 6 | here to testify.  Is that inaccurate, Mr. Avenatti? |
| 10:45 | 7 | MR. AVENATTI:  I don't believe that's inaccurate, |
| 10:45 | 8 | Your Honor, what Your Honor just said. |
| 10:45 | 9 | THE COURT:  Okay. |
| 10:45 | 10 | (Jury present) |
| 10:45 | 11 | THE COURT:  Mr. Avenatti, proceed. |
| 10:45 | 12 | MR. AVENATTI:  Thank you, Your Honor. |
| 10:45 | 13 | BY MR. AVENATTI: |
| 10:45 | 14 | Q    Ms. Gardner, if at any point you need to take a break, |
| 10:46 | 15 | just let us know.  Okay? |
| 10:46 | 16 | A    Okay. |
| 10:46 | 17 | Q    Before we get to the settlement agreement, which is |
| 10:46 | 18 | what we have put on the screen right before the break, I |
| 10:46 | 19 | want to go back if I could to your calculation. |
| 10:46 | 20 | A    Okay. |
| 10:46 | 21 | Q    Isn't it true that you told the government when you met |
| 10:46 | 22 | with them on July 1st, 2021, that occasionally monies would |
| 10:46 | 23 | be delivered to you by one of two individuals relating -- |
| 10:47 | 24 | monies from what you understood to be from my law firm? |
| 10:47 | 25 | A    I'm a little confused by the question. |

54

| | | |
|---|---|---|
| 10:47 | 1 | Q    Let me see if I can ask you a better question.  Do you |
| 10:47 | 2 | recall on direct examination Mr. Sagel asked you about the |
| 10:47 | 3 | time you were living at an Airbnb?  Do you remember that? |
| 10:47 | 4 | A    Yes. |
| 10:47 | 5 | Q    Isn't it true that you told Mr. Sagel, Special Agent |
| 10:47 | 6 | Carlos, Mr. Wyman, and others on July 1st, 2021, that while |
| 10:47 | 7 | you were living at that location, funds would occasionally |
| 10:47 | 8 | be delivered to you by two individuals? |
| 10:47 | 9 | A    I don't recall saying two individuals, but, yes, I did |
| 10:47 | 10 | say that funds were delivered to me. |
| 10:47 | 11 | Q    And that you understood that the funds were essentially |
| 10:48 | 12 | what you described as a stipend for you from me?  Do you |
| 10:48 | 13 | remember telling them that? |
| 10:48 | 14 | A    I don't recall using the word "stipend." |
| 10:48 | 15 | MR. AVENATTI:  Your Honor, can I approach? |
| 10:48 | 16 | THE COURT:  You may. |
| 10:48 | 17 | (Document handed to the witness) |
| 10:48 | 18 | BY MR. AVENATTI: |
| 10:49 | 19 | Q    Ms. Gardner, directing your attention to paragraph two, |
| 10:49 | 20 | my question is:  Does this document refresh your |
| 10:49 | 21 | recollection that you told the government on July 1st, 2021, |
| 10:49 | 22 | that funds were occasionally delivered to you at your |
| 10:49 | 23 | residence and that they were essentially a stipend for you |
| 10:49 | 24 | from me? |
| 10:50 | 25 | A    May I ask a question? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:50  1   Q    Unfortunately not.

10:50  2   A    I don't understand one of the words in this document.

10:50  3   Q    Well, let me see if I can ask another question.

10:50  4   Ms. Gardner, directing your attention to paragraph two of

10:50  5   the document on the first page.

10:50  6   A    Okay.

10:51  7   Q    Do you remember telling the government on July 1st,

10:51  8   2021, that occasionally monies would be delivered to you by

10:51  9   two individuals and that you understood that they were

10:51  10  essentially a stipend for you from me?  Yes or no?

10:51  11  A    What is a stipend?

10:51  12  Q    Do you recall telling the government on July 1st that

10:51  13  occasionally two individuals would bring you money which you

10:51  14  understood to be coming from me?

10:51  15  A    Yes.

10:51  16  Q    Are those monies reflected in your calculation?  Yes or

10:51  17  no?

10:51  18  A    No.

10:52  19       MR. AVENATTI:  Let's go back to the

10:52  20  confidentiality clause of the settlement agreement.

10:52  21  Exhibit 139, please.

10:52  22  BY MR. AVENATTI:

10:52  23  Q    Ms. Gardner, do you recall that Mr. Sagel asked you

10:52  24  some questions about whether this agreement had to be

10:52  25  confidential, including being kept from your mother?  Is

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:52 | 1 | that correct? |
| 10:53 | 2 | A   Yes. |
| 10:53 | 3 | Q   And what was your understanding -- well, strike that. |
| 10:53 | 4 | You do not claim that this paragraph was not in the |
| 10:53 | 5 | agreement when you signed it; do you?  Yes or no? |
| 10:53 | 6 | A   Repeat the question.  Could you ask it differently. |
| 10:53 | 7 | Q   Sure.  You understood at the time that you signed this |
| 10:53 | 8 | agreement that the settlement had to be kept confidential |
| 10:53 | 9 | pursuant to the agreement, right? |
| 10:53 | 10 | A   Yes. |
| 10:53 | 11 | Q   And we spoke about that at length on the day of the |
| 10:53 | 12 | mediation; did we not? |
| 10:53 | 13 | A   Yes. |
| 10:53 | 14 | Q   And you understood that that was a deal-breaker term |
| 10:53 | 15 | for Mr. Whiteside, right? |
| 10:53 | 16 | A   Yes. |
| 10:53 | 17 | Q   And you especially understood that it was absolutely |
| 10:54 | 18 | critical for Mr. Whiteside and his team that they would |
| 10:54 | 19 | never agree to the settlement agreement if you could |
| 10:54 | 20 | disclose it to others, especially your mother? |
| 10:54 | 21 | A   Yes. |
| 10:54 | 22 | Q   And what was your understanding as to why Mr. Whiteside |
| 10:54 | 23 | insisted on strict confidentiality including as it related |
| 10:54 | 24 | to your mother? |
| 10:54 | 25 | MR. SAGEL:  Objection.  Calls for speculation, and |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:54 | 1 | 403, Your Honor. |
| 10:54 | 2 | THE COURT:  Sustained. |
| 10:54 | 3 | BY MR. AVENATTI: |
| 10:54 | 4 | Q    How was it that you came to understand that the |
| 10:54 | 5 | settlement agreement had to be kept from others including |
| 10:54 | 6 | your mother? |
| 10:54 | 7 | A    I was told so by my attorney. |
| 10:55 | 8 | Q    And you understood, did you not, that the $250,000 was |
| 10:55 | 9 | being delayed, meaning the payment was being delayed until |
| 10:55 | 10 | later, in order to make sure that you complied with the |
| 10:55 | 11 | confidentiality term?  Correct? |
| 10:55 | 12 | A    I don't recall. |
| 10:55 | 13 | Q    But you did understand, did you not, that the agreement |
| 10:55 | 14 | itself, the written document, precluded you from discussing |
| 10:55 | 15 | the terms of the settlement with others, including your own |
| 10:55 | 16 | mother?  Right? |
| 10:55 | 17 | MR. SAGEL:  Asked and answered. |
| 10:55 | 18 | THE COURT:  Sustained. |
| 10:55 | 19 | BY MR. AVENATTI: |
| 10:55 | 20 | Q    You understood that the prohibition against you |
| 10:56 | 21 | disclosing the agreement to others, including your mother, |
| 10:56 | 22 | was not something I had come up with; isn't that true? |
| 10:56 | 23 | MR. SAGEL:  Objection, 403, and asked and |
| 10:56 | 24 | answered. |
| 10:56 | 25 | THE COURT:  Overruled. |

| | | |
|--|--|--|
| 10:56 | 1 | THE WITNESS: From what I understood, yes. |
| 10:56 | 2 | BY MR. AVENATTI: |
| 10:56 | 3 | Q  Let me ask you about something else that Mr. Sagel |
| 10:56 | 4 | asked you about on Friday. At some point in time in |
| 10:56 | 5 | approximately October of 2017 you attempted to reach out to |
| 10:56 | 6 | Mr. Whiteside, right? |
| 10:56 | 7 | A  Yes. |
| 10:56 | 8 | Q  And at the time you knew that that was a violation of |
| 10:56 | 9 | the settlement agreement; did you not? |
| 10:56 | 10 | A  Yes. |
| 10:56 | 11 | Q  But you did it anyway, correct? |
| 10:56 | 12 | A  Yes. |
| 10:57 | 13 | Q  And what happened next? |
| 10:57 | 14 | A  My attorney called me very upset and told me that I am |
| 10:57 | 15 | not supposed to do that, never to contact the other side. |
| 10:57 | 16 | Q  And I told you at the time that Mr. Whiteside's counsel |
| 10:57 | 17 | had reached out to me and they were furious; didn't I? |
| 10:57 | 18 | A  Yes. |
| 10:57 | 19 | Q  And I told you at the time that they had reached out to |
| 10:57 | 20 | me and they were furious because it was a critical term of |
| 10:57 | 21 | the agreement that you would not attempt to contact |
| 10:57 | 22 | Mr. Whiteside ever again; didn't I? |
| 10:58 | 23 | A  Yes. |
| 10:58 | 24 | Q  And I think you testified earlier today when we began |
| 10:58 | 25 | your examination that even recently you have attempted to |

10:58   1   contact Mr. Whiteside in violation of the agreement; am I
10:58   2   correct?
10:58   3   A    Yes.
10:58   4   Q    Ms. Gardner, did you ever propose to Mr. Whiteside
10:59   5   before the settlement agreement was signed a payment
10:59   6   schedule whereby you would be paid in regular periodic
10:59   7   payments as opposed to one lump sum?
10:59   8   A    Pertaining to -- may I ask this question.  Pertaining
10:59   9   to prior to meeting you or after?
10:59   10          MR. AVENATTI:  Let me see if I can have the
10:59   11  question read back, please.  Is that okay, Your Honor?
10:59   12          THE COURT:  Please.
10:59   13          (Record read)
11:00   14          MR. SAGEL:  Objection.  Vague as to time and Your
11:00   15  Honor's ruling on the motion in-limine.
11:00   16          THE COURT:  Overruled.
11:00   17          THE WITNESS:  Could you read it one more time for
11:00   18  me, please.
11:00   19          (Record reread)
11:01   20          THE WITNESS:  It's a very tricky -- it's a very
11:01   21  loaded question.  I never referenced a lump sum, but, yes,
11:01   22  this proposal was made for monthly payments prior to the
11:01   23  settlement.
11:01   24  BY MR. AVENATTI:
11:01   25  Q    The proposal was made by you, correct?  Yes or no?

| | | |
|---|---|---|
| 11:01 | 1 | A    My mother wrote it and I sent it. |
| 11:01 | 2 | Q    You made the proposal, right?  Strike that.  You sent |
| 11:01 | 3 | it, understanding that you were making that proposal for |
| 11:01 | 4 | periodic payments as opposed to one lump sum, true? |
| 11:01 | 5 | A    I don't understand as opposed to one lump sum. |
| 11:02 | 6 | MR. AVENATTI:  Your Honor, move to strike as |
| 11:02 | 7 | nonresponsive. |
| 11:02 | 8 | THE COURT:  It will be stricken. |
| 11:02 | 9 | MR. AVENATTI:  Thank you. |
| 11:02 | 10 | BY MR. AVENATTI: |
| 11:02 | 11 | Q    Ms. Gardner, prior to entering into the settlement |
| 11:02 | 12 | agreement, you had previous to that proposed that you be |
| 11:02 | 13 | paid in regular monthly payments; isn't that true? |
| 11:02 | 14 | A    Yes. |
| 11:03 | 15 | Q    Do you recall that when this issue came up relating to |
| 11:03 | 16 | you reaching out to Mr. Whiteside, that I sent you text |
| 11:03 | 17 | messages asking you to call me, that it was urgent?  Do you |
| 11:03 | 18 | recall that? |
| 11:03 | 19 | A    Many times, yes. |
| 11:03 | 20 | MR. AVENATTI:  Ms. Hernandez, could I please have |
| 11:04 | 21 | Exhibit 160.  It's in evidence -- page 19 of 28. |
| 11:04 | 22 | THE WITNESS:  Could you repeat the exhibit number, |
| 11:04 | 23 | please. |
| 11:04 | 24 | BY MR. AVENATTI: |
| 11:04 | 25 | Q    Sure.  It's on the screen as well, but it's |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:04 | 1 | Exhibit 160. |
| 11:04 | 2 | A    And the page? |
| 11:04 | 3 | Q    Page 19 of 28. |
| 11:05 | 4 | A    I have it. |
| 11:05 | 5 | Q    Now, do you recall that on Friday this is one of the |
| 11:05 | 6 | text messages that Mr. Sagel asked you about?  Do you recall |
| 11:05 | 7 | that? |
| 11:05 | 8 | A    Yes. |
| 11:05 | 9 | Q    And he asked you about this text message in the context |
| 11:05 | 10 | of questions about the fact that you had to move because you |
| 11:05 | 11 | didn't have money from the settlement.  Do you remember |
| 11:05 | 12 | that? |
| 11:05 | 13 | A    Yes. |
| 11:06 | 14 | Q    Did you speak about this text message with Mr. Sagel or |
| 11:06 | 15 | Mr. Wyman or Mr. Carlos, Special Agent Carlos, before |
| 11:06 | 16 | Mr. Sagel asked you about it on Friday? |
| 11:06 | 17 | A    Yes. |
| 11:06 | 18 | Q    Did they ever ask you what was hidden behind the black |
| 11:06 | 19 | boxes? |
| 11:06 | 20 | A    I volunteered the information. |
| 11:06 | 21 | Q    You told them what it was? |
| 11:06 | 22 | A    Yes. |
| 11:06 | 23 | Q    And that was before Mr. Sagel asked you the questions |
| 11:07 | 24 | he did on Friday, right? |
| 11:07 | 25 | A    I'm sorry.  Could you repeat the question. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:07 | 1 | Q    You told Mr. Sagel and other individuals from the |
| 11:07 | 2 | government what was behind the black box before Mr. Sagel |
| 11:07 | 3 | asked you the questions about the reason why you had moved |
| 11:07 | 4 | supposedly being because you didn't have any money, right? |
| 11:07 | 5 | A    Yes. |
| 11:07 | 6 | Q    But that wasn't -- strike that.  What you testified to |
| 11:08 | 7 | on Friday, though, about the reason why you moved, that was |
| 11:08 | 8 | not the whole truth and nothing but the truth; was it? |
| 11:08 | 9 | A    Because I didn't have the money? |
| 11:08 | 10 | Q    I'm just asking you a question. |
| 11:08 | 11 | A    I'm confused.  I'm sorry.  I was trying to get some |
| 11:08 | 12 | clarity. |
| 11:08 | 13 | MR. AVENATTI:  Move to strike, Your Honor. |
| 11:08 | 14 | THE COURT:  It will be stricken. |
| 11:08 | 15 | BY MR. AVENATTI: |
| 11:08 | 16 | Q    When Mr. Sagel was asking you those questions about why |
| 11:08 | 17 | you moved pursuant to this text message and implying that it |
| 11:08 | 18 | was entirely due to your financial situation, that wasn't |
| 11:09 | 19 | truthful; was it? |
| 11:09 | 20 | A    It was truthful.  I was in a situation because of my |
| 11:09 | 21 | financial situation. |
| 11:09 | 22 | MR. AVENATTI:  Move to strike after truthful as |
| 11:09 | 23 | nonresponsive. |
| 11:09 | 24 | THE COURT:  It will be stricken. |
| 11:09 | 25 | BY MR. AVENATTI: |

| | | |
|---|---|---|
| 11:09 | 1 | Q     Who is Kendu Isaacs? |
| 11:09 | 2 | MR. SAGEL:  Objection, 403, Your Honor. |
| 11:09 | 3 | THE COURT:  Overruled. |
| 11:09 | 4 | THE WITNESS:  He is a -- he was a friend that |
| 11:09 | 5 | allowed me to live with him when I stopped receiving my |
| 11:09 | 6 | payments and I was no longer able to acquire an apartment on |
| 11:09 | 7 | my own. |
| 11:09 | 8 | BY MR. AVENATTI: |
| 11:09 | 9 | Q     Mr. Isaacs was your boyfriend as of this time; wasn't |
| 11:10 | 10 | he, Ms. Gardner? |
| 11:10 | 11 | A     No. |
| 11:10 | 12 | Q     Mr. Isaacs was someone that you were having an intimate |
| 11:10 | 13 | relationship with as of the date or immediately prior to the |
| 11:10 | 14 | date of this text message; isn't that true?  Yes or no? |
| 11:10 | 15 | A     Repeat the question. |
| 11:10 | 16 | Q     Mr. Isaacs was someone who you had had an intimate |
| 11:10 | 17 | relationship with in short proximity to sending this text |
| 11:10 | 18 | message; isn't that true?  Yes or no? |
| 11:10 | 19 | A     I think I'm a little stricken by the term relationship. |
| 11:11 | 20 | THE COURT:  What's the relevance of this? |
| 11:11 | 21 | MR. SAGEL:  Your Honor, I'd ask that be at |
| 11:11 | 22 | sidebar. |
| 11:11 | 23 | MR. AVENATTI:  I agree. |
| 11:11 | 24 | (Sidebar conference) |
| 11:17 | 25 | (End sidebar conference) |

| | | |
|---|---|---|
| 11:17 | 1 | MR. AVENATTI:  Your Honor, would you like to take |
| 11:17 | 2 | a break? |
| 11:17 | 3 | THE COURT:  We will just wait. |
| 11:17 | 4 | (Pause in proceedings) |
| 11:17 | 5 | THE COURT:  Would you like to take a break? |
| 11:17 | 6 | MR. AVENATTI:  Actually I would like to take a |
| 11:17 | 7 | break. |
| 11:17 | 8 | THE COURT:  We will be in recess for ten minutes. |
| 11:17 | 9 | (Jury not present) |
| 11:17 | 10 | MR. AVENATTI:  I understood while we were at |
| 11:17 | 11 | sidebar that the witness became emotional, so I just wanted |
| 11:17 | 12 | to give her time to collect herself. |
| 11:17 | 13 | (Recess taken at 11:17 a.m.; |
| 11:17 | 14 | proceedings resumed at 11:29 a.m.) |
| 11:17 | 15 | (Jury present) |
| 11:29 | 16 | THE COURT:  Mr. Avenatti. |
| 11:29 | 17 | MR. AVENATTI:  Thank you, Your Honor. |
| 11:29 | 18 | BY MR. AVENATTI: |
| 11:29 | 19 | Q    Ms. Gardner, can you see the redacted text message that |
| 11:29 | 20 | we were speaking about just before the break? |
| 11:29 | 21 | A    Yes. |
| 11:30 | 22 | Q    Ms. Gardner, isn't it true that you had sexual |
| 11:30 | 23 | relations with Mr. Isaacs and that is the reason you were |
| 11:30 | 24 | moving out? |
| 11:30 | 25 | A    Non-consensually, yes. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:30   1   Q   Now, when you gathered your text messages for the

11:30   2   government -- we touched on that on Friday -- did they ask

11:30   3   you to search for text messages with others about me as

11:30   4   opposed to text messages just with me?

11:30   5   A   No, not to my recollection.

11:31   6   Q   Did they ask you to search for all text messages about

11:31   7   your settlement agreement with Mr. Whiteside?

11:31   8   A   Yes.

11:32   9   Q   Going back to your meeting on April 2nd, 2019, with the

11:32   10   government, do you recall telling the government that at the

11:33   11   end of the mediation while I was telling you the terms of

11:33   12   the settlement, the mediator, Mr. Meisinger, was in the room

11:33   13   packing up his belongings?

11:33   14   A   To my recollection, yes.

11:33   15   Q   Do you recall Mr. Sagel asking you about a text

11:33   16   message, a screenshot from your banking app on Friday?

11:34   17   A   No.   He -- excuse me.   Can you repeat the question.   I

11:34   18   apologize.   I think I was a little confused.

11:34   19   Q   Sure.   Let me see if I can show you a document that may

11:34   20   move things along.

11:34   21         MR. AVENATTI:   Let's have Exhibit 160, page 12

11:34   22   of 28.

11:34   23   BY MR. AVENATTI:

11:34   24   Q   Do you recall Mr. Sagel asked you about this screenshot

11:34   25   from your banking app?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:34   1    A     Yes.

11:34   2    Q     Now, at the time, 2017, 2018, and 2019, you banked with

11:35   3    Chase; is that right?

11:35   4    A     Yes.

11:35   5    Q     And you had online access to your bank accounts there?

11:35   6    A     Yes.

11:35   7    Q     Both via e-mail and via app; is that correct?

11:35   8    A     Yes, via app and the website, yes, not via e-mail.

11:35   9    Q     I meant to say website, so thank you.  Via website and

11:35   10   app?

11:35   11   A     Yes.

11:35   12   Q     And did you use both to access your banking accounts

11:35   13   from time to time during that time period?

11:35   14   A     Yes.

11:35   15   Q     And did you regularly check the activity on your

11:35   16   account?  Yes or no?

11:35   17   A     Yes.

11:35   18   Q     And that would be done via your phone and via the

11:36   19   website?

11:36   20   A     Yes.

11:36   21            MR. AVENATTI:  Let's go to Exhibit 158, please.

11:36   22   BY MR. AVENATTI:

11:36   23   Q     Now, before we get to 158, you spoke earlier when we

11:36   24   were talking about your calculation that you had gone back

11:36   25   and looked at some of your bank records.  Do you remember

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:36 | 1 | that? |
| 11:36 | 2 | A    Yes. |
| 11:36 | 3 | Q    Did Mr. Sagel or Mr. Wyman or Special Agent Carlos or |
| 11:36 | 4 | anyone else from the government ever ask you for any of your |
| 11:37 | 5 | bank records? |
| 11:37 | 6 | A    No. |
| 11:37 | 7 | Q    Did they ever ask you to provide them any bank |
| 11:37 | 8 | statements from any of your accounts? |
| 11:37 | 9 | A    Not to my recollection. |
| 11:37 | 10 | Q    Did they ever ask you to provide any deposit records |
| 11:37 | 11 | from any of your accounts?  Strike that.  Well, no.  Let me |
| 11:37 | 12 | ask -- |
| 11:37 | 13 | A    I can't remember. |
| 11:37 | 14 | Q    I'm sorry? |
| 11:37 | 15 | A    I can't remember. |
| 11:37 | 16 | Q    You don't remember that ever happening; do you? |
| 11:37 | 17 | A    I don't remember. |
| 11:37 | 18 | Q    Did they ever ask you to sign a consent that would |
| 11:37 | 19 | allow them to get your bank records from Chase? |
| 11:38 | 20 | A    I don't remember. |
| 11:38 | 21 | Q    You don't remember that ever happening as you sit here |
| 11:38 | 22 | today, correct? |
| 11:38 | 23 | A    Yes.  I don't remember. |
| 11:38 | 24 | Q    Now, Exhibit 158, you will remember that Mr. Sagel |
| 11:38 | 25 | asked you about Exhibit 158 and some of the checks contained |

| | | |
|---|---|---|
| 11:38 | 1 | within the exhibit.  Do you recall that? |
| 11:38 | 2 | A    Yes. |
| 11:38 | 3 | Q    And these were payments that were made to you, right? |
| 11:38 | 4 | A    Yes. |
| 11:39 | 5 | MR. AVENATTI:  Your Honor, one moment, please. |
| 11:39 | 6 | (Pause in proceedings) |
| 11:39 | 7 | BY MR. AVENATTI: |
| 11:39 | 8 | Q    Ms. Gardner, when Mr. Sagel was asking you questions |
| 11:39 | 9 | about 158, do you recall that he was focusing your attention |
| 11:39 | 10 | on the remitter line on these checks?  Do you generally |
| 11:40 | 11 | recall that -- on Friday? |
| 11:40 | 12 | A    I don't remember seeing this specific check. |
| 11:40 | 13 | Q    Well, do you remember Mr. Sagel asking you questions |
| 11:40 | 14 | about Exhibit 158 and the checks that had been deposited |
| 11:40 | 15 | into your account, and he asked you I think a number of |
| 11:40 | 16 | questions relating to whether the remitter line said |
| 11:40 | 17 | Whiteside? |
| 11:40 | 18 | MR. SAGEL:  Misstates the testimony.  There were |
| 11:40 | 19 | no questions about the remitter. |
| 11:40 | 20 | THE COURT:  Overruled. |
| 11:40 | 21 | THE WITNESS:  I'm not sure how to answer your |
| 11:40 | 22 | question because I didn't see this check.  There's a lot of |
| 11:40 | 23 | pages. |
| 11:40 | 24 | BY MR. AVENATTI: |
| 11:40 | 25 | Q    Well, you have the hard copy in front of you.  So take |

11:41  1   a moment and look through the document and tell me if you
11:41  2   recall seeing any checks in 158 that Mr. Sagel asked you
11:41  3   about on Friday.
11:41  4   A    (Witness reviewing documents in Exhibit 158)
11:43  5   Q    Ms. Gardner, my question is:  Do you recognize any of
11:43  6   these?
11:44  7   A    I'm still sorting through the exhibit.
11:44  8   Q    Take all the time you need.
11:44  9   A    (Witness continues reviewing documents)
11:44  10          May I have the question again, please.
11:46  11  Q    Do you recognize these checks as checks that Mr. Sagel
11:46  12  or others reviewed with you before you testified?
11:46  13          MR. SAGEL:  That wasn't the question, Your Honor.
11:46  14          MR. AVENATTI:  I'm purposely asking a different
11:46  15  question to move things along, Your Honor.  We can have the
11:46  16  last question read back.  I'm just trying to move things
11:46  17  along.
11:46  18          THE COURT:  That's fine.  Move on.
11:46  19          MR. AVENATTI:  Thank you, Your Honor.
11:46  20  BY MR. AVENATTI:
11:46  21  Q    Ms. Gardner, now that you have had a chance to take a
11:46  22  look at the checks that are attached at Exhibit 158, do you
11:46  23  recall going over some of these checks with Mr. Sagel and
11:47  24  other members of the government before you testified on
11:47  25  Friday?

| | | |
|---|---|---|
| 11:47 | 1 | A    I'm not -- I don't feel comfortably familiar with these |
| 11:47 | 2 | checks. |
| 11:47 | 3 | Q    Take a look at page 7 of 27. |
| 11:47 | 4 | MR. AVENATTI:  And perhaps Ms. Hernandez could |
| 11:47 | 5 | blow this up for us. |
| 11:47 | 6 | BY MR. AVENATTI: |
| 11:47 | 7 | Q    This is a check May 15th, 2017, made payable to you, |
| 11:47 | 8 | correct? |
| 11:47 | 9 | A    Yes. |
| 11:47 | 10 | Q    Do you dispute that you got this money? |
| 11:48 | 11 | A    I'm not confident with the date. |
| 11:48 | 12 | Q    Well, let's take a look at the back of the check where |
| 11:48 | 13 | it was deposited. |
| 11:48 | 14 | MR. AVENATTI:  Ms. Hernandez, could we have the |
| 11:48 | 15 | bottom portion, maybe with the top as well so the jury can |
| 11:48 | 16 | see both the front and the back. |
| 11:48 | 17 | BY MR. AVENATTI: |
| 11:48 | 18 | Q    Can you see that, Ms. Gardner? |
| 11:48 | 19 | A    Yes. |
| 11:48 | 20 | Q    This check appears to you to have been deposited, |
| 11:48 | 21 | correct? |
| 11:49 | 22 | A    I don't see my account number anywhere on it. |
| 11:49 | 23 | Q    Well, do you see the reference to teller there?  It's |
| 11:49 | 24 | upside down, right? |
| 11:49 | 25 | MR. AVENATTI:  Perhaps Ms. Hernandez could blow |

| | | |
|---|---|---|
| 11:49 | 1 | that up for the benefit of the jury, the stamp on the back. |
| 11:49 | 2 | BY MR. AVENATTI: |
| 11:49 | 3 | Q    Can you see that, Ms. Gardner? |
| 11:49 | 4 | A    Yes, I do. |
| 11:50 | 5 | Q    Do you dispute that this payment was made into that |
| 11:50 | 6 | account? |
| 11:50 | 7 | MR. SAGEL:  Objection.  Foundation, Your Honor. |
| 11:50 | 8 | THE COURT:  Overruled. |
| 11:50 | 9 | THE WITNESS:  I cannot identify any of my account |
| 11:50 | 10 | information on this check. |
| 11:50 | 11 | BY MR. AVENATTI: |
| 11:50 | 12 | Q    So you do dispute that this payment was made into your |
| 11:51 | 13 | account? |
| 11:51 | 14 | A    I cannot identify any of my account information on this |
| 11:51 | 15 | check. |
| 11:51 | 16 | MR. AVENATTI:  Move to strike as nonresponsive. |
| 11:51 | 17 | THE COURT:  It will be stricken. |
| 11:51 | 18 | BY MR. AVENATTI: |
| 11:51 | 19 | Q    Ms. Gardner, do you dispute that this $16,000 was |
| 11:51 | 20 | received by you into your account? |
| 11:51 | 21 | A    Yes. |
| 11:51 | 22 | Q    Let's look at the check itself.  What does the remitter |
| 11:51 | 23 | line read in the upper left-hand corner on the face of the |
| 11:51 | 24 | check? |
| 11:51 | 25 | A    Avenatti & Associates -- Whiteside. |

11:52   1            MR. AVENATTI:  Let's go to page 10 of 27 and blow
11:52   2    up the front and back, please, for the benefit of the jury.
11:52   3    BY MR. AVENATTI:
11:52   4    Q    It's another $16,000 check August 17th, 2017.  Do you
11:52   5    see that?
11:52   6    A    Yes.
11:52   7    Q    Do you dispute that you received this payment into your
11:52   8    bank account on or about that date?
11:53   9    A    I don't recall.  I'm not familiar with the dates.
11:53   10   Q    Is your answer basically the same as on the prior
11:53   11   check, that you dispute it?
11:53   12   A    I don't understand what you mean by dispute.  Does that
11:53   13   mean saying this is wrong?
11:53   14   Q    What I mean is, do you claim that this check, you did
11:53   15   not receive $16,000 from this check in your account on or
11:53   16   about this date?
11:53   17   A    I'm not sure.
11:53   18   Q    In order to be sure, you would have to look at your
11:54   19   banking records, right?
11:54   20   A    Yes.
11:54   21   Q    And for me to be sure, I would have to look at your
11:54   22   banking records, right?
11:54   23   A    Yes.
11:54   24   Q    And for the government to be sure, they would have to
11:54   25   look at your banking records, right?

11:54  1    A    Yes.

11:54  2    Q    And for this jury to be sure, they, too, would have to

11:54  3    see your banking records, right?

11:54  4    A    Yes.

11:54  5    Q    And in over two years, nobody has ever asked you for

11:54  6    your banking records; have they?

11:54  7    A    Not to my recollection.

11:55  8    Q    What is the remitter in the upper left-hand corner of

11:55  9    this check?

11:55  10   A    Michael J. Avenatti.

11:55  11           MR. AVENATTI:  Please go to page 12.  Would you

11:55  12   show the front and back for the jury.

11:55  13   BY MR. AVENATTI:

11:55  14   Q    Your account number is listed there on this check,

11:55  15   correct, on the back?

11:55  16   A    Yes.

11:55  17   Q    But in order to be sure that you actually received the

11:55  18   funds, you would need to see your bank records, right?

11:55  19   A    Yes.

11:55  20   Q    Who is the remitter listed in the upper left-hand

11:55  21   corner?

11:56  22   A    Michael J. Avenatti.

11:56  23           MR. AVENATTI:  Let's go to page 22 of 27.  Let's

11:56  24   have the front and the back for the benefit of the jury.

       25

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:56 | 1 | BY MR. AVENATTI: |
| 11:56 | 2 | Q    Ms. Gardner, do you know whether you received this |
| 11:56 | 3 | $34,000 payment on or about the date indicated in the |
| 11:56 | 4 | right-hand corner? |
| 11:57 | 5 | A    I believe so, yes. |
| 11:57 | 6 | Q    In order to be sure, you would need to check your bank |
| 11:57 | 7 | records, right? |
| 11:57 | 8 | A    Yes. |
| 11:57 | 9 | Q    Okay.  Who is the remitter in the upper left-hand |
| 11:57 | 10 | corner? |
| 11:57 | 11 | A    Eagan Avenatti. |
| 11:57 | 12 | Q    Let's go to page 24 of 27, please.  Are you there? |
| 11:57 | 13 | A    Yes. |
| 11:58 | 14 | Q    Your account number is listed on the back of this |
| 11:58 | 15 | check, correct? |
| 11:58 | 16 | A    To be honest I don't know the first five of my account |
| 11:58 | 17 | number, but I am familiar with the last four digits. |
| 11:58 | 18 | Q    Do you recognize the last four digits of your account |
| 11:58 | 19 | number there? |
| 11:58 | 20 | A    Yes. |
| 11:58 | 21 | Q    But without looking at your bank records, you can't |
| 11:58 | 22 | tell what payments you did or did not receive, right? |
| 11:58 | 23 | A    Yes. |
| 11:58 | 24 | Q    And the remitter there in the left-hand corner is Eagan |
| 11:58 | 25 | Avenatti, right? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:58 | 1 | A    Yes. |
| 11:59 | 2 | MR. AVENATTI:  Your Honor, now is a good time for |
| 11:59 | 3 | a break if that's possible. |
| 11:59 | 4 | THE COURT:  Ladies and gentlemen, we will take the |
| 11:59 | 5 | lunch break here.  We will be in recess until 1:30.  Please |
| 11:59 | 6 | remember the admonition not to discuss the case with anyone |
| 11:59 | 7 | and not to form any opinions on the issues in the case until |
| 11:59 | 8 | it is submitted to you.  And please do not do any research |
| 11:59 | 9 | on the case.  Thank you. |
| 11:59 | 10 | (Jury not present) |
| 11:59 | 11 | MR. SAGEL:  May the witness step down, Your Honor? |
| 11:59 | 12 | THE COURT:  Yes. |
| 11:59 | 13 | You may step down. |
| 12:00 | 14 | THE COURT:  Mr. Sagel. |
| 12:00 | 15 | MR. SAGEL:  Two things, Your Honor.  I'm not sure |
| 12:00 | 16 | of Your Honor's protocol with sidebars.  If they're not |
| 12:00 | 17 | automatically under seal, I would ask that at least the last |
| 12:00 | 18 | one be under seal. |
| 12:00 | 19 | THE COURT:  It will be sealed. |
| 12:00 | 20 | MR. SAGEL:  Thank you, Your Honor. |
| 12:00 | 21 | And I would ask how much longer we have on |
| 12:00 | 22 | cross-examination. |
| 12:00 | 23 | MR. AVENATTI:  Your Honor, probably about 30 |
| 12:00 | 24 | minutes. |
| 12:00 | 25 | THE COURT:  You have gone about three hours. |

| 12:00 | 1 | MR. AVENATTI:  And, Your Honor, could I raise an |
| 12:00 | 2 | issue, or do you want me to raise it after the break? |
| 12:00 | 3 | THE COURT:  That's fine. |
| 12:00 | 4 | MR. AVENATTI:  I raise this issue relating to 615 |
| 12:00 | 5 | when you asked if I was in agreement that she was not |
| 12:00 | 6 | physically in the courtroom.  I agreed that you were |
| 12:01 | 7 | correct, Your Honor, but that is not the standard.  And I |
| 12:01 | 8 | direct the Court to U.S. v. Robertson, 895 F.3d 1206.  It's |
| 12:01 | 9 | a Ninth Circuit case, 2018.  And it cites to a number of |
| 12:01 | 10 | cases -- |
| 12:01 | 11 | THE COURT:  Tell me what the holding is, please. |
| 12:01 | 12 | MR. AVENATTI:  The holding is, Your Honor, that a |
| 12:01 | 13 | witness precluded or sequestered pursuant to 615 is not |
| 12:01 | 14 | permitted to review transcripts of proceedings or like |
| 12:01 | 15 | transcripts.  The decision cites to United States versus |
| 12:01 | 16 | McMahon, 104 F.3d 638, pin cite 642 through 645.  It's a |
| 12:01 | 17 | Fourth Circuit 1997 case. |
| 12:01 | 18 | Your Honor, I would submit that this witness |
| 12:01 | 19 | testified that she has been reviewing tweets from Ms. Cuniff |
| 12:02 | 20 | during the trial.  Ms. Cuniff has been live tweeting |
| 12:02 | 21 | questions and answers extensively during this trial, Your |
| 12:02 | 22 | Honor. |
| 12:02 | 23 | THE COURT:  Well, the tweets will speak for |
| 12:02 | 24 | themselves as to how extensively -- the transcripts |
| 12:02 | 25 | themselves run about 200 pages a day. |

| | | |
|---|---|---|
| 12:02 | 1 | MR. AVENATTI:  Your Honor, if you haven't seen the |
| 12:02 | 2 | tweets -- well, we can file them with the Court.  I agree |
| 12:02 | 3 | they will speak for themselves, but it's worse in a lot of |
| 12:02 | 4 | ways than the transcript, Your Honor, because they contain |
| 12:02 | 5 | Ms. Cuniff's gloss or spin in many instances on the |
| 12:02 | 6 | testimony.  Let's just say that that has been generally for |
| 12:02 | 7 | the better part of a couple years in this case less than |
| 12:02 | 8 | complimentary towards the defendant and about 70 percent |
| 12:03 | 9 | accurate at best. |
| 12:03 | 10 | THE COURT:  What relief do you seek? |
| 12:03 | 11 | MR. AVENATTI:  Well, initially I would like the |
| 12:03 | 12 | witness voir dired outside the presence of the jury by the |
| 12:03 | 13 | Court relating to what exactly she reviewed relating to |
| 12:03 | 14 | these tweets and social media and how extensive it was, Your |
| 12:03 | 15 | Honor. |
| 12:03 | 16 | THE COURT:  You're free to do that during your |
| 12:03 | 17 | examination.  I will not regard it as an undue expenditure |
| 12:03 | 18 | of time. |
| 12:03 | 19 | MR. AVENATTI:  Your Honor, the problem is this. |
| 12:03 | 20 | We have instructed the jury not to read social media and |
| 12:03 | 21 | news reports about the case, and now I'm being put in a |
| 12:03 | 22 | position where in the presence of the jury I have to |
| 12:03 | 23 | interject that into the case and potentially suffer |
| 12:04 | 24 | significant prejudice.  That is a Hobson's choice that I |
| 12:04 | 25 | should not be placed under, Your Honor. |

```
12:04    1              THE COURT:  Let me review your authorities and see
12:04    2    where we go from there.
12:04    3              I would also like to give the government an
12:04    4    opportunity to review the authorities and to comment if it
12:04    5    wishes to.
12:04    6              MR. AVENATTI:  Thank you.
12:04    7                  (Recess taken at 12:04 p.m.)
12:04    8                        *    *    *
12:04    9
12:04   10
12:04   11
12:04   12
12:04   13
12:04   14
12:04   15
12:04   16
12:04   17
12:04   18
12:04   19
12:04   20
12:04   21
12:04   22
12:04   23
12:04   24
12:04   25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 4, 2021

/s/   Sharon A. Seffens  8/4/21
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

**MR. AVENATTI: [107]**
**MR. SAGEL: [39]** 4/5 4/24 5/11 5/19 5/25 6/25 10/7 10/15 11/2 11/7 13/11 13/16 15/19 16/18 20/14 25/15 33/5 34/6 34/9 37/8 37/12 37/15 37/20 38/12 39/5 41/20 43/7 56/25 57/17 57/23 59/14 63/2 63/21 68/18 69/13 71/7 75/11 75/15 75/20
**MR. WYMAN: [4]** 9/22 10/2 18/3 18/19
**THE CLERK: [3]** 4/3 21/19 21/22
**THE COURT: [126]**
**THE WITNESS: [14]** 21/21 23/18 25/17 34/21 38/18 41/22 44/10 58/1 59/17 59/20 60/22 63/4 68/21 71/9

---

**$**

**$1,757,000 [4]** 39/25 40/13 43/6 43/11
**$1,766,000 [2]** 39/22 40/12
**$12,000 [2]** 42/19 42/21
**$16,000 [3]** 71/19 72/4 72/15
**$192,000 [1]** 41/7 41/18 42/4
**$194,000 [2]** 33/16 36/14
**$2,180,000 [3]** 32/13 32/18 33/10
**$2,500,000 [1]** 40/2
**$2,556,000 [2]** 36/18 36/22
**$2,750,000 [2]** 32/23 33/9
**$2.5 [5]** 17/5 17/7 17/20 17/25 40/13
**$2.5 million [5]** 17/5 17/7 17/20 17/25 40/13
**$250,000 [7]** 44/20 45/2 45/4 45/11 45/16 46/6 57/8
**$3 [4]** 31/6 32/6 40/17 45/16
**$3 million [4]** 31/6 32/6 40/17 45/16
**$3.6 [3]** 31/12 31/22 31/25
**$3.6 million [3]** 31/12 31/22 31/25
**$34,000 [1]** 74/3
**$51,935 [2]** 49/20 50/18
**$52,000 [1]** 40/22
**$750,000 [1]** 36/12
**$990,000 [2]** 32/5 32/15
**$999,000 [1]** 40/17

---

**.**

**.3 [1]** 39/14
**.3 percent [1]** 39/14

---

**/**

**/s [1]** 79/16

---

**0**

**0870 [1]** 1/21

---

**1**

**1,757,000 [1]** 41/10
**1-1053 [1]** 1/20
**10 [1]** 72/1
**104 [1]** 76/16
**1051 [6]** 3/14 39/2 39/6 39/7 44/15 44/20
**1053 [1]** 1/20
**106 [1]** 9/20
**107 [1]** 2/16
**10:20 [1]** 52/16
**10:44 [1]** 52/17
**1100 [1]** 2/7
**11:17 [1]** 64/13
**11:29 [1]** 64/14
**12 [3]** 40/23 65/21 73/11
**1206 [1]** 76/8
**1225 [1]** 6/9
**12:04 [1]** 78/7
**13 [1]** 1/12
**132 [1]** 47/9
**139 [4]** 44/16 44/25 51/24 55/21
**146 [2]** 48/8 48/9
**147 [1]** 50/7
**15 [1]** 52/9
**158 [9]** 66/21 66/23 67/24 67/25 68/9 68/14 69/2 69/4 69/22
**15th [1]** 70/7
**16,000 [2]** 41/23 41/23

---

**160 [3]** 60/21 61/1 65/21
**17A [2]** 1/20 2/11
**18 [1]** 6/22
**19 [3]** 21/14 60/21 61/3
**192 [1]** 41/3
**192,000 [1]** 41/5
**194 [1]** 41/1
**194,000 [3]** 34/23 36/7 36/13
**197 [1]** 41/1
**1997 [1]** 76/17
**1:30 [1]** 75/5
**1st [9]** 28/25 45/6 45/10 49/25 53/22 54/6 54/21 55/7 55/12

---

**2**

**2,000 [1]** 41/3
**2,556,000 [3]** 35/23 36/8 36/13
**2,750,000 [1]** 32/21
**200 [1]** 76/25
**2006 [1]** 6/9
**2016 [1]** 16/2
**2017 [6]** 48/19 50/24 58/5 66/2 70/7 72/4
**2018 [2]** 66/2 76/9
**2019 [6]** 28/25 32/1 43/16 47/1 65/9 66/2
**2020 [3]** 45/2 45/6 45/10
**2021 [8]** 1/17 4/1 49/25 53/22 54/6 54/21 55/8 79/14
**20th [1]** 48/19
**21 [2]** 3/6 79/16
**213 [1]** 2/8
**22 [1]** 73/23
**24 [1]** 74/12
**24th [2]** 50/24 51/9
**258 [2]** 10/20 10/20
**26.2 [1]** 4/1
**27 [4]** 70/3 72/1 73/23 74/12
**28 [4]** 60/21 61/3 65/22 79/8
**29 [1]** 17/9
**2nd [2]** 47/1 65/9

---

**3**

**3 million [1]** 33/12
**30 [1]** 75/23
**312 [1]** 2/7
**32 percent [1]** 39/15
**32,000 [1]** 41/24
**33 [1]** 39/14
**33 percent [6]** 32/7 32/16 33/13 33/21 34/5 39/17
**33.3 [1]** 39/18
**33.3 percent [4]** 34/13 39/15 39/16 43/4
**338-3598 [1]** 2/12
**3598 [1]** 2/12
**37 [2]** 37/16 37/22
**39 [2]** 3/14 3/14

---

**4**

**40 percent [6]** 47/2 47/16 47/24 48/1 48/5 48/6
**403 [9]** 17/14 17/24 18/22 20/21 25/15 41/20 57/1 57/23 63/2
**411 [2]** 1/20 2/11
**445 [1]** 6/9
**481-4900 [1]** 2/17
**4900 [1]** 2/17
**4th [1]** 1/20

---

**5**

**543-0870 [1]** 1/21

---

**6**

**608 [1]** 14/9
**609 [1]** 14/9
**614 [1]** 6/5
**615 [10]** 6/2 19/6 19/7 19/8 19/9 19/13 20/2 52/25 76/4 76/13
**629 [1]** 4/18
**630 [1]** 6/10
**635 [1]** 11/20

---

**638 [1]** 76/16
**64,000 [1]** 41/23
**642 [1]** 76/16
**645 [1]** 76/16
**6683 [1]** 2/8

---

**7**

**70 percent [1]** 77/8
**714 [2]** 1/21 2/12
**753 [1]** 79/7

---

**8**

**8/4/21 [1]** 79/16
**8000 [1]** 2/11
**894-6683 [1]** 2/8
**895 [1]** 76/8
**8:28 [1]** 4/1
**8:54 [1]** 21/9

---

**9**

**90012 [1]** 2/8
**92672 [1]** 2/16
**92701 [2]** 1/20 2/11
**949 [1]** 2/17
**9:02 [1]** 21/10

---

**A**

**a.m [7]** 4/1 21/9 21/10 52/16 52/17 64/13 64/14
**ab [1]** 8/15
**abide [1]** 12/4
**ability [1]** 18/14
**able [4]** 4/22 24/13 48/16 63/6
**about [75]** 12/8 13/7 17/18 22/11 22/12 22/13 22/15 22/18 22/19 22/25 23/3 23/8 23/24 24/2 24/3 24/8 24/18 24/22 25/8 25/14 25/21 26/3 26/23 27/5 30/14 30/15 31/13 31/21 34/13 35/9 40/16 43/14 46/3 46/5 46/7 46/19 48/8 48/15 49/24 50/7 50/18 51/20 51/21 54/2 55/24 56/11 58/3 58/4 61/6 61/9 61/10 61/14 61/16 62/3 62/7 62/16 64/20 65/3 65/6 65/15 65/24 66/24 67/25 68/9 68/14 68/19 69/3 72/8 72/16 74/3 75/23 75/25 76/25 77/8 77/21
**above [1]** 79/10
**above-entitled [1]** 79/10
**absolutely [2]** 44/12 56/17
**accept [2]** 10/21 10/22
**access [2]** 66/5 66/12
**according [5]** 17/6 17/23 32/12 32/14 42/4
**account [17]** 17/22 18/16 51/2 66/16 68/15 70/22 71/6 71/9 71/13 71/14 71/20 72/8 72/15 73/14 74/14 74/16 74/18
**accounts [6]** 35/6 35/7 66/5 66/12 67/8 67/11
**accurate [1]** 77/9
**acknowledge [1]** 11/24
**acquire [1]** 63/6
**Act [1]** 4/21
**activity [1]** 66/15
**actual [1]** 30/16
**actually [6]** 10/7 15/20 41/12 44/19 64/6 73/17
**actually be [1]** 10/7
**add [1]** 36/14
**additional [8]** 4/15 9/5 12/18 12/22 15/12 42/1 45/19 46/16
**address [1]** 16/17
**admonition [2]** 52/10 75/6
**advance [1]** 21/6
**advise [4]** 7/24 8/10 10/23 18/25
**advised [1]** 6/4
**advisory [2]** 2/15 4/10
**affirmatively [1]** 7/12
**after [13]** 10/13 11/8 23/13 28/20 33/24 34/1 41/3 47/5 47/17 47/19 59/9 62/22 76/2
**again [7]** 36/4 43/16 46/10 46/13 51/13 58/22 69/10
**against [3]** 27/22 28/7 39/13
**agent [9]** 4/7 20/10 20/10 43/21 46/2 46/18 54/5 61/15 67/3

# A

**agents [17]** 6/7 6/20 7/14 7/15 7/18 8/3 8/19 9/5 9/12 19/4 19/18 19/19 19/20 19/24 20/5 20/18 20/20
**agree [5]** 40/11 40/13 56/19 63/23 77/2
**agreed [2]** 49/13 76/6
**agreeing [1]** 19/3
**agreement [35]** 13/8 24/5 24/7 27/14 34/4 34/12 44/17 45/1 46/6 47/9 47/16 47/23 47/24 48/4 51/17 52/1 52/3 52/5 53/17 55/20 55/24 56/5 56/8 56/9 56/19 57/5 57/13 57/21 58/9 58/21 59/1 59/5 60/12 65/7 76/5
**ahead [1]** 30/4
**Airbnb [1]** 54/3
**alert [1]** 16/8
**ALEXANDER [2]** 2/5 4/6
**ALEXIS [6]** 3/5 15/20 15/20 15/21 18/10 21/16
**all [17]** 9/1 9/3 10/11 12/25 13/21 13/23 19/19 19/20 19/24 31/3 33/19 35/7 41/15 42/7 48/4 65/6 69/8
**allegations [1]** 27/21
**allow [3]** 15/14 16/3 67/19
**allowed [2]** 19/18 63/5
**allowing [1]** 15/16
**almost [1]** 10/17
**along [3]** 65/20 69/15 69/17
**also [8]** 13/6 30/23 39/16 42/20 46/25 47/12 47/13 78/3
**alternative [2]** 19/7 20/5
**alternatively [1]** 4/19
**am [22]** 8/13 8/15 8/15 10/12 11/2 15/7 32/16 34/25 35/1 36/19 37/21 38/13 39/11 39/13 39/18 39/25 40/20 46/5 50/15 58/14 59/1 74/17
**Amendment [2]** 11/22 12/1
**AMERICA [2]** 1/9 4/4
**among [1]** 6/22
**amount [11]** 29/6 31/9 31/25 32/15 35/1 39/21 42/11 42/11 42/18 50/17 50/17
**Ana [4]** 1/16 1/20 2/11 4/1
**Angeles [1]** 2/8
**another [8]** 17/9 18/15 30/20 36/7 38/10 42/20 55/3 72/4
**answer [7]** 7/11 7/22 14/3 23/20 32/10 33/4 36/20 38/2 40/4 45/13 46/9 51/12 68/21 72/10
**answered [4]** 34/6 41/20 57/17 57/24
**answers [1]** 76/21
**anticipate [1]** 17/15
**anxiety [1]** 37/1
**any [41]** 4/14 6/15 7/1 7/2 7/9 8/8 14/3 16/12 16/17 17/3 17/24 21/1 22/15 23/23 24/2 24/9 24/15 25/13 35/4 35/9 39/24 45/25 46/3 46/7 51/10 51/16 52/11 52/13 53/14 62/4 67/4 67/7 67/8 67/10 67/11 69/2 69/5 71/9 71/14 75/7 75/8
**anybody [2]** 46/3 51/21
**anyone [10]** 13/14 24/15 26/10 26/14 26/15 44/5 46/18 52/11 67/4 75/6
**anything [6]** 12/23 13/14 23/8 24/22 29/9 31/3
**anyway [1]** 58/11
**anywhere [2]** 44/20 70/22
**apartment [4]** 48/17 48/23 48/25 63/6
**apologies [1]** 22/11
**apologize [3]** 37/1 37/2 65/18
**app [5]** 65/16 65/25 66/7 66/8 66/10
**apparently [1]** 13/3
**appear [1]** 44/20
**APPEARANCES [1]** 2/1
**appeared [1]** 53/5
**appears [4]** 33/9 35/20 35/22 70/20
**appreciate [1]** 11/23
**approach [6]** 29/10 29/23 30/8 37/6 38/24 54/15
**appropriate [3]** 14/23 15/4 20/11
**approximately [1]** 58/5
**April [5]** 28/25 32/1 43/16 47/1 65/9
**April 1st [1]** 43/16
**April 2nd [1]** 47/1
**are [41]** 6/20 6/22 7/19 8/6 8/10 8/14 8/20 9/4

9/6 9/17 10/7 10/11 11/2 11/7 11/15 13/23 11/16 11/24 15/6 15/9 17/8 18/4 18/10 20/17 20/20 21/19 21/20 27/17 29/6 29/19 29/22 34/12 34/13 36/17 36/22 38/20 43/10 46/4 55/16 69/22 74/12
**areas [1]** 12/3
**aren't [1]** 13/2
**argument [1]** 12/6
**Argumentative [1]** 43/7
**as [73]** 4/10 4/11 4/25 5/4 5/5 5/5 5/10 5/12 5/12 7/3 7/22 8/13 9/3 9/5 9/14 9/14 10/10 10/11 10/22 11/7 14/7 14/16 16/7 17/25 21/4 23/2 23/5 23/14 25/10 25/10 27/25 28/2 28/21 33/4 33/10 33/24 34/8 34/12 34/13 35/4 35/16 36/21 39/2 40/24 45/12 47/6 47/19 48/10 49/2 51/9 51/14 52/24 52/25 54/12 58/2 59/7 59/14 60/4 60/5 60/6 60/25 62/22 63/9 63/13 65/3 67/21 69/11 70/15 71/16 72/10 76/24 77/17
**ask [32]** 5/14 5/19 11/8 27/2 35/24 36/4 44/7 46/3 46/7 46/10 46/13 46/14 46/19 51/1 51/13 54/1 54/25 55/3 56/6 58/3 59/8 61/18 63/21 65/2 65/6 67/4 67/7 67/10 67/12 67/18 75/17 75/21
**asked [29]** 13/11 14/3 19/17 33/5 34/6 34/15 41/20 48/8 48/15 49/2 49/24 50/7 51/19 54/2 55/23 57/17 57/23 58/4 61/6 61/9 61/16 61/23 62/3 65/24 67/25 68/15 69/2 73/5 76/5
**asking [10]** 10/7 20/15 23/16 60/17 62/10 62/16 65/15 68/8 68/13 69/14
**assistance [1]** 30/23
**Assistant [3]** 2/4 2/6 2/10
**Associates [1]** 71/25
**assume [1]** 6/20
**assumed [1]** 42/22
**assuming [3]** 8/14 16/14 43/4
**attached [1]** 11/16 69/22
**attempt [1]** 58/21
**attempted [1]** 58/25
**attention [4]** 44/25 54/19 55/4 68/9
**attorney [13]** 2/3 2/4 2/6 2/10 18/16 23/2 23/6 30/17 30/21 40/19 42/8 57/7 58/14
**attorney/client [1]** 18/16 42/8
**attorneys' [2]** 32/16 47/2
**audibly [1]** 32/10
**August [5]** 1/17 4/1 12/20 72/4 79/14
**August 17th [1]** 72/4
**August 2 [1]** 12/20
**authorities [2]** 78/1 78/4
**authority [1]** 11/23
**authorized [1]** 27/11
**automatically [1]** 75/17
**AVENATTI [32]** 1/11 2/14 4/4 4/10 4/18 6/2 6/5 6/7 6/23 7/5 8/11 9/4 11/11 11/19 14/13 17/20 21/17 28/19 30/7 36/2 38/5 38/8 40/25 50/21 53/6 53/11 64/16 71/25 73/10 73/22 74/11 74/25
**Avenatti's [1]** 10/4
**Avenida [1]** 2/16
**aware [6]** 11/22 12/13 13/8 14/10 26/3 27/17
**away [1]** 25/6

# B

**B-a-h-a-m-o-n-d-e [1]** 6/9
**back [24]** 21/13 32/4 34/17 34/23 36/15 41/12 42/24 44/19 46/13 49/19 53/19 55/19 59/11 65/9 66/24 69/16 70/12 70/16 71/1 72/2 73/12 73/15 73/24 74/14
**back in [1]** 36/15
**Bahamonde [4]** 6/8 6/11 6/12 6/14
**balance [1]** 6/15
**balancing [1]** 6/13
**bank [12]** 35/6 35/7 51/1 66/5 66/25 67/5 67/7 67/19 72/8 73/18 74/6 74/21
**banked [1]** 66/2
**banking [8]** 65/16 65/25 66/12 72/19 72/22 72/25 73/3 73/6
**Barela [1]** 14/7
**based [10]** 4/20 6/17 8/6 8/19 9/3 9/6 13/21

13/24 33/16 37/17
**basically [2]** 42/22 56/16
**basis [2]** 20/17
**be [75]** 4/22 5/3 5/5 6/4 9/10 10/7 10/16 10/25 11/5 11/8 11/8 13/6 14/4 14/6 14/11 14/22 15/1 15/15 16/6 16/24 17/15 19/17 20/9 20/11 20/12 20/21 23/15 26/21 26/23 28/19 28/22 31/17 32/23 34/1 35/18 35/22 35/25 37/16 39/6 40/8 45/6 45/14 47/7 47/20 48/9 48/16 52/9 53/23 53/24 54/8 55/14 55/24 56/8 57/5 59/6 60/8 60/12 62/14 62/24 63/21 64/8 66/18 71/17 72/18 72/21 72/24 73/2 73/17 74/6 74/16 75/5 75/18 75/19 77/25
**became [1]** 64/11
**because [20]** 7/12 12/14 14/5 26/17 26/19 29/5 33/1 33/11 33/23 36/11 39/15 42/23 47/4 58/20 61/10 62/4 62/9 62/20 68/22 77/4
**because her [1]** 47/4
**becomes [1]** 12/3
**been [25]** 7/6 7/15 14/21 19/5 19/20 19/25 20/1 20/3 20/23 21/14 23/12 25/3 25/19 25/20 25/21 28/6 28/11 28/16 29/2 53/5 68/14 70/20 76/19 76/20 77/6
**before [22]** 9/19 13/15 16/15 25/21 26/11 26/24 30/16 37/8 44/19 49/16 53/2 53/5 53/17 53/18 59/5 61/15 61/23 62/4 62/20 66/23 69/12 69/24
**began [1]** 58/24
**beginning [1]** 19/16
**behalf [4]** 4/6 15/25 23/10 48/16
**behind [2]** 61/18 62/2
**being [5]** 55/25 57/9 57/9 62/4 77/21
**believe [7]** 6/18 15/4 15/15 38/9 53/4 53/7 74/5
**belongings [1]** 65/13
**below [1]** 35/21
**benefit [6]** 30/17 30/20 52/2 71/1 72/2 73/24
**best [2]** 36/12 77/9
**better [2]** 54/1 77/7
**between [2]** 7/7 12/18
**bit [1]** 25/5
**black [2]** 61/18 62/2
**blanket [1]** 8/2
**blow [6]** 48/12 50/12 52/2 70/5 70/25 72/1
**both [5]** 13/18 43/19 66/7 66/12 70/16
**bottom [5]** 38/22 39/18 39/24 40/16 70/15
**box [1]** 62/2
**boxes [1]** 61/19
**boyfriend [1]** 63/9
**BRANDON [1]** 2/4
**break [12]** 35/24 38/3 52/8 53/14 53/18 64/2 64/5 64/7 64/20 73/5 75/5 76/2
**breaker [1]** 56/14
**BRETT [2]** 2/9 4/5
**brief [6]** 6/2 11/19 14/7 14/8 16/15 16/22
**briefed [1]** 9/19
**briefly [1]** 13/17
**briefs [1]** 14/8
**bring [3]** 13/15 13/15 55/13
**brings [1]** 14/20
**broke [1]** 22/2
**Building [1]** 2/10
**bunch [1]** 51/19

# C

**CA [4]** 1/20 2/8 2/11 2/16
**calculated [2]** 30/5 35/7
**calculation [35]** 30/12 30/16 31/2 32/4 32/12 32/14 33/10 33/12 33/15 34/23 35/25 36/2 36/6 36/24 38/10 38/13 39/11 39/17 39/18 39/21 39/24 40/16 40/19 41/3 41/13 41/18 42/20 43/1 44/7 44/21 45/24 46/17 53/19 55/16 66/24
**calculations [2]** 30/15 39/13
**calculator [2]** 37/3 37/3 37/18
**CALIFORNIA [4]** 1/5 1/16 4/1 9/6
**call [2]** 20/16 60/17
**called [2]** 21/13 58/14
**calling [2]** 14/6 20/17

**C**

**Calls** [1] 56/25
**came** [4] 21/14 51/6 57/4 60/15
**camera** [7] 4/14 4/17 12/13 12/15 13/4 13/6 21/3
**can** [37] 5/15 9/9 12/10 12/24 14/3 14/23 19/19 20/16 22/13 28/14 29/9 29/10 29/23 29/24 37/2 37/6 37/21 38/3 38/13 38/15 38/22 47/12 47/13 52/2 52/19 54/1 54/15 55/3 59/10 64/19 65/17 65/19 69/15 70/15 70/18 71/3 77/2
**can't** [5] 42/16 47/3 67/13 67/15 74/21
**cannot** [3] 24/7 71/9 71/14
**carefully** [1] 52/24
**Carlos** [12] 4/7 19/24 20/14 20/10 43/21 43/23 44/7 46/2 46/18 54/6 61/15 61/15 67/3
**Carlos's** [1] 43/22
**case** [42] 6/22 7/2 7/3 7/10 8/2 17/6 17/11 17/19 18/13 18/19 21/2 21/7 21/22 21/24 22/21 22/22 22/25 23/5 24/22 25/3 25/9 25/14 25/21 26/11 26/14 26/24 26/24 27/3 27/6 27/25 30/25 43/14 52/11 52/12 75/6 75/7 75/9 76/9 76/17 77/7 77/21 77/23
**cases** [2] 7/8 76/10
**cashier's** [3] 50/10 51/1 51/15
**catch** [1] 32/8
**cause** [1] 15/15
**caused** [1] 15/11
**Cefali** [1] 4/11
**CENTRAL** [3] 1/5 8/6 9/6
**certain** [8] 4/19 30/24 33/22 34/4 34/12 43/3 43/4 48/1
**certainly** [1] 5/3
**CERTIFICATE** [1] 79/5
**CERTIFIED** [1] 1/9
**certify** [1] 79/7
**Chacone** [1] 37/17
**chance** [1] 69/21
**changed** [1] 37/21
**charged** [1] 18/4
**Chase** [2] 66/3 67/19
**check** [30] 7/21 40/24 45/10 50/8 50/9 50/10 50/13 50/23 51/1 51/2 51/5 51/15 66/15 68/12 68/22 70/7 70/12 70/20 71/10 71/15 71/22 71/24 72/4 72/11 72/14 72/15 73/9 73/14 74/6 74/15
**checks** [9] 67/25 68/10 68/14 69/2 69/11 69/11 69/22 69/23 70/2
**chief** [5] 2/5 17/11 20/10 21/2 21/7
**choice** [1] 77/24
**Circuit** [3] 6/9 76/9 76/17
**circumstances** [1] 5/22
**cite** [1] 76/16
**cited** [1] 11/23
**cites** [2] 76/9 76/15
**claim** [5] 36/17 36/21 42/7 56/4 72/14
**claiming** [2] 28/16 29/3
**claims** [3] 23/9 28/3 28/12
**clarity** [1] 62/12
**clause** [1] 55/20
**clean** [1] 29/11
**clearly** [1] 13/1
**Clemente** [1] 2/16
**clerk** [1] 18/23
**client** [3] 18/16 18/16 42/8
**client's** [1] 18/6
**clue** [2] 33/19 33/20
**co** [3] 18/13 18/18 18/19
**co-counsel** [2] 18/13 18/18 18/19
**Code** [1] 79/8
**collect** [1] 64/12
**come** [6] 9/21 12/24 21/1 36/13 41/7 57/22
**comes** [2] 6/4 41/8 41/8
**comfortably** [1] 70/1
**coming** [1] 55/14
**comment** [1] 78/4
**committed** [1] 18/5
**communications** [2] 23/23 24/9
**completed** [3] 17/7 17/23 29/18

**complied** [2] 19/5 57/10
**complies** [1] 11/21
**complimentary** [1] 77/8
**comply** [3] 4/20 6/17 6/18
**compound** [1] 34/9
**conclude** [1] 10/6
**concluded** [1] 10/13
**conditions** [1] 48/2
**conduct** [1] 18/1
**conference** [4] 12/25 63/24 63/25 79/12
**conferring** [1] 18/23
**confident** [2] 43/10 70/11
**confidential** [2] 55/25 56/8
**confidentiality** [3] 55/20 56/23 57/11
**conformance** [1] 79/11
**confused** [7] 11/2 11/13 33/18 36/16 53/25 62/11 65/18
**connection** [4] 27/9 27/18 27/25 28/3
**consensually** [1] 64/25
**consent** [1] 67/18
**consider** [1] 5/17
**consideration** [1] 20/25
**consistent** [1] 12/1
**constituted** [1] 18/1
**contact** [3] 50/15 58/21 59/1
**contain** [1] 77/4
**contained** [1] 67/25
**containing** [1] 48/4
**contend** [1] 7/20
**content** [1] 25/7
**context** [1] 61/9
**continuation** [1] 33/15
**Continued** [2] 3/6 21/23
**continues** [1] 69/9
**contrary** [1] 51/15
**conversation** [2] 23/20 24/2
**convictions** [1] 14/10
**copy** [4] 37/14 47/12 50/10 68/25
**corner** [1] 41/19 50/20 71/23 73/8 73/21 74/4 74/10 74/24
**correct** [31] 6/24 6/25 8/15 19/15 23/21 26/4 28/8 31/3 39/25 40/14 40/17 41/10 45/17 47/24 49/2 49/5 49/13 50/18 56/1 57/11 58/11 59/2 59/25 66/7 67/22 70/8 70/21 73/15 74/15 76/7 79/9
**costs** [4] 27/6 27/11 27/17 28/2
**could** [27] 14/24 15/2 16/13 26/10 26/16 30/1 31/3 34/17 35/25 37/18 43/22 47/16 48/6 48/11 49/7 50/12 53/19 56/6 56/19 59/17 60/20 60/22 61/25 70/4 70/14 70/25 76/1
**couldn't** [2] 26/8 51/21
**counsel** [10] 2/1 2/15 4/7 4/10 18/13 18/18 18/19 30/10 52/15 58/16
**couple** [5] 4/16 12/21 16/5 23/16 77/7
**course** [4] 14/19 14/24
**court** [24] 1/4 6/11 6/13 6/15 6/16 8/13 11/13 11/17 11/25 12/12 14/1 16/8 18/23 19/20 20/7 20/22 32/10 37/22 38/17 53/5 76/8 77/2 77/13 79/17
**Court's** [3] 6/6 12/19 20/24
**Courthouse** [2] 1/19 2/7
**courtroom** [5] 19/19 19/20 20/1 20/6 76/6
**COVID** [1] 21/14
**COVID-19** [1] 21/14
**credit** [1] 46/17
**crime** [2] 17/7 17/23
**criminal** [4] 2/5 17/21 18/1 43/5
**critical** [2] 56/18 58/20
**cross** [13] 3/4 3/10 11/21 11/25 12/2 12/5 13/21 14/20 15/11 15/13 21/23 38/1 75/22
**cross-examination** [9] 11/21 12/2 13/21 14/20 15/11 15/13 21/23 38/1 75/22
**cross-examinations** [1] 12/5
**cross-examine** [1] 11/25
**cumulative** [1] 8/9
**Cuniff** [2] 76/19 76/20
**Cuniff's** [3] 25/13 26/2 77/5
**current** [1] 10/6 10/13
**custom** [1] 49/16

**D**

**Daniels** [2] 7/2 8/2
**date** [14] 20/24 38/22 39/9 48/12 48/19 50/23 51/14 63/13 63/14 70/11 72/8 72/16 74/3 79/14
**dates** [2] 38/23 72/9
**day** [4] 1/12 13/11 56/11 76/25
**days** [2] 5/7 24/10
**deadline** [3] 14/17 16/10 16/12
**deal** [3] 38/3 38/4 56/14
**deal-breaker** [1] 56/14
**dealt** [1] 27/14
**DEAN** [2] 2/15 2/15 4/10
**December** [1] 16/2
**decision** [1] 76/15
**declined** [2] 20/7 25/25
**deduct** [1] 36/10
**deducted** [1] 36/7
**deemed** [1] 48/4
**defendant** [9] 1/12 2/13 6/18 10/16 13/17 13/25 16/1 20/16 77/8
**defendant's** [5] 11/20 11/21 12/1 14/8 18/3
**defense** [5] 3/10 3/12 11/18 12/2 19/22
**defense's** [1] 21/2
**delayed** [2] 57/9 57/9
**delivered** [5] 53/23 54/8 54/10 54/22 55/8
**denied** [3] 20/13 33/7 53/4
**deposit** [5] 40/24 41/22 41/23 41/24 67/10
**deposited** [3] 68/14 70/13 70/20
**deposits** [2] 28/19 41/9
**described** [1] 54/12
**despite** [1] 48/4
**did** [57] 6/15 12/20 15/6 19/1 22/3 22/13 22/21 22/22 23/8 23/18 24/5 24/9 24/12 26/8 26/10 27/12 33/5 36/10 36/14 39/13 39/15 39/16 41/12 44/5 44/7 45/8 45/10 45/22 45/24 45/25 46/2 46/6 46/17 48/22 49/4 54/9 56/12 57/8 57/13 57/13 58/9 58/11 59/4 61/14 61/18 61/24 65/2 65/6 66/12 66/15 67/3 67/7 67/10 67/18 72/14 74/22 74/23
**didn't** [17] 5/1 15/23 18/10 22/15 29/5 32/8 42/25 45/25 46/16 48/6 48/24 58/17 58/22 61/11 62/4 62/9 68/22
**different** [6] 10/18 17/17 28/10 31/11 31/14 69/14
**differently** [1] 56/6
**digits** [2] 74/17 74/18
**dire** [1] 53/1
**direct** [6] 3/4 3/10 14/22 21/2 54/2 76/8
**directed** [2] 6/7 12/17
**directing** [4] 27/20 44/25 54/19 55/4
**directive** [1] 16/7
**directly** [3] 6/11 15/12 24/10
**dired** [1] 77/12
**disclose** [1] 56/20
**disclosing** [1] 57/21
**discovery** [1] 13/23
**discuss** [2] 52/10 75/6
**discussed** [1] 7/7
**discussing** [1] 57/14
**discussion** [1] 23/17
**display** [3] 29/25 30/6 52/1
**displayed** [1] 30/13
**dispute** [7] 70/10 71/5 71/12 71/19 72/7 72/1 72/12
**DISTRICT** [8] 1/4 1/5 6/20 7/19 8/3 8/6 8/20 9/6
**DIVISION** [2] 1/6 2/5
**do** [94]
**Docket** [6] 4/18 6/2 6/5 6/10 11/20 14/18
**document** [6] 4/16 15/2 15/3 29/17 30/10 38/17 38/23 48/12 49/15 54/17 54/20 55/2 55/5 57/14 65/19 69/1
**documents** [5] 4/15 15/12 15/15 69/4 69/9
**does** [5] 41/7 44/20 54/20 71/22 72/12
**doing** [1] 10/8 38/12
**don't** [44] 6/17 7/16 7/22 7/22 15/4 16/12 23/7 25/7 26/12 26/13 26/13 26/16 26/25 26/25 29/19 30/6 30/7 30/15 31/2 33/19 37/2 37/23

**D**

**don't...** [22] 38/15 46/14 46/21 46/22 46/24
53/7 54/9 54/14 55/2 57/12 60/5 67/16 67/17
67/20 67/21 67/23 68/12 70/1 70/22 72/9
72/12 74/16
**done** [5] 5/2 5/12 5/13 38/20 66/18
**down** [4] 33/12 70/24 75/11 75/13
**drawn** [1] 10/4
**Drum** [1] 9/21
**Drum's** [1] 9/20
**due** [6] 5/7 16/22 19/6 39/21 45/16 62/18
**during** [12] 7/2 12/5 14/15 14/19 24/16 29/2
42/8 44/5 66/13 76/20 76/21 77/16

**E**

**e-mail** [2] 66/7 66/8
**e-mails** [1] 12/18
**each** [1] 12/4
**Eagan** [3] 17/20 40/24 50/20 74/11 74/24
**earlier** [3] 30/18 58/24 66/23
**effect** [3] 6/16 9/2 9/2
**eight** [3] 5/7 15/17 15/18
**either** [3] 13/17 21/3 24/10
**elicit** [2] 15/23 17/16
**elmo** [1] 30/13
**else** [5] 13/14 46/3 46/18 58/3 67/4
**embezzled** [1] 23/12
**emotional** [1] 64/11
**end** [3] 17/11 63/25 65/11
**ended** [1] 24/13
**enough** [2] 6/14 48/10
**entering** [1] 60/11
**entertain** [1] 17/10
**entire** [1] 19/21
**entirely** [1] 62/18
**entirety** [1] 30/12
**entitled** [3] 18/8 18/17 79/10
**especially** [3] 17/4 56/17 56/20
**essentially** [4] 18/13 54/11 54/23 55/10
**established** [3] 31/24 45/17 51/7
**establishing** [1] 47/23
**even** [4] 20/22 34/7 51/21 58/25
**event** [2] 6/15 21/1
**ever** [18] 26/8 26/10 26/14 26/15 44/7 46/3
46/6 46/19 58/22 59/4 61/18 67/4 67/7 67/10
67/16 67/18 67/21 73/5
**everything** [3] 28/20 34/1 47/19
**evidence** [6] 17/3 17/13 19/9 39/2 39/7 60/21
**ex** [2] 5/12 24/6
**exact** [1] 29/6
**exactly** [2] 11/13 77/13
**examination** [13] 11/21 12/2 12/21 14/20
14/22 15/11 15/13 21/23 38/1 54/2 58/25
75/22 77/17
**examinations** [2] 12/5 20/24
**examine** [1] 11/25
**except** [1] 20/10
**excessive** [2] 5/22 12/3
**exclude** [3] 17/3 17/13 20/8
**excluded** [4] 20/2 20/6 20/9 20/12
**exclusion** [2] 19/13 19/17
**excuse** [2] 44/10 65/17
**exercise** [1] 6/13
**exhibit** [28] 3/14 10/11 10/20 10/20 10/23
11/3 11/4 11/4 11/17 39/7 41/15 44/15 44/16
48/9 51/24 55/21 60/21 60/22 61/1 65/21
66/21 67/24 67/25 68/1 68/14 69/4 69/7 69/22
**Exhibit 139** [3] 44/16 51/24 55/21
**Exhibit 146** [1] 48/9
**Exhibit 158** [5] 66/21 67/24 67/25 68/14
69/22
**Exhibit 160** [2] 61/1 65/21
**Exhibit 258** [2] 10/20 10/20
**exhibits** [10] 3/7 3/13 13/19 13/20 13/24 14/2
14/15 15/8 15/17 15/24
**expect** [1] 9/23
**expected** [1] 5/5
**expedition** [1] 20/23
**expenditure** [2] 23/10 77/17

**expenses** [4] 27/6 27/17 27/24 28/3
**explain** [2] 33/4 60/2
**extensive** [1] 77/14
**extensively** [2] 76/21 76/24
**extent** [2] 7/25 8/5

**F**

**F.3d** [3] 6/9 76/8 76/16
**face** [1] 71/23
**fact** [3] 10/22 33/20 61/10
**facto** [1] 8/3
**facts** [4] 8/10 10/4 10/24 11/15
**factual** [1] 10/11
**fails** [1] 11/24
**failure** [2] 4/20 6/17
**familiar** [3] 70/1 72/9 74/17
**far** [1] 34/14
**federal** [3] 2/10 19/9 43/5
**fee** [2] 40/19 47/16
**feel** [2] 36/24 70/1
**fees** [4] 32/16 33/23 42/23 47/2
**few** [1] 13/20
**file** [4] 5/24 16/13 16/13 77/2
**filed** [7] 4/18 5/12 6/2 6/5 11/19 13/10 37/23
**filing** [8] 4/14 12/13 12/15 13/6 16/6 16/24
19/19 47/17
**Filippo** [9] 6/3 11/9 13/19 13/20 15/19 15/24
15/25 18/12 27/20
**final** [3] 19/1 37/11 37/12
**Finally** [1] 11/19
**financial** [2] 62/18 62/21
**find** [5] 6/10 7/24 26/17 26/20 49/4
**fine** [6] 11/7 29/12 30/2 38/14 69/18 76/3
**finished** [1] 34/7
**firm** [1] 53/24
**first** [11] 12/8 19/11 33/15 41/22 45/13 45/14
49/19 52/1 52/1 55/5 74/16
**firsthand** [1] 35/4
**fishing** [1] 20/23
**five** [2] 6/7 74/16
**focused** [1] 8/1
**focusing** [2] 28/24 68/9
**folks** [1] 21/4
**follow** [1] 24/1
**followed** [1] 19/18
**following** [4] 25/3 25/19 25/21 26/2
**foregoing** [1] 79/8
**form** [2] 52/11 75/7
**format** [1] 79/11
**forth** [1] 14/17
**Foundation** [1] 71/7
**four** [4] 41/25 42/1 74/17 74/18
**Fourth** [2] 2/11 76/17
**FOX** [1] 2/4
**frame** [1] 16/2
**fraud** [2] 18/5 18/7
**Frauds** [1] 2/6
**free** [1] 77/16
**Friday** [18] 9/25 21/13 21/20 22/2 27/5 27/15
31/20 51/20 54/8 61/5 61/16 61/24 62/7 65/2
65/16 68/11 69/3 69/25
**friend** [1] 63/4
**front** [5] 68/25 70/16 72/2 73/12 73/24
**full** [3] 5/18 12/2 45/10
**fully** [1] 9/19
**funds** [9] 17/21 18/6 18/9 23/12 54/7 54/10
54/11 54/22 73/18
**furious** [2] 58/17 58/20
**further** [2] 12/6 16/17

**G**

**garden** [1] 12/23
**garden-variety** [1] 12/23
**GARDNER** [55] 3/5 12/6 13/19 13/21 13/22
14/17 15/20 15/22 15/21 16/11 17/22 18/11
21/16 21/19 21/25 28/24 30/4 30/12 31/20
33/9 34/4 34/12 36/4 36/6 36/21 38/3
39/9 40/11 43/10 46/9 46/16 47/11 47/22 52/9
51/12 51/14 52/6 53/1 53/14 54/19 55/4 55/23

59/4 60/11 63/10 64/19 64/22 68/8 69/5 69/21
69/21 69/21 71/1 72/2
**gathered** [1] 65/1
**gave** [2] 13/24 35/3
**Gemmill** [3] 22/7 22/9 22/10
**general** [1] 5/15
**generally** [5] 24/2 24/2 27/13 68/10 77/6
**gentlemen** [2] 21/12 52/9 75/4
**get** [19] 6/14 17/10 30/16 31/3 33/1 33/12
33/14 33/20 36/7 37/2 38/2 41/10 44/19 45/8
51/2 53/17 62/11 66/23 67/17
**give** [12] 5/15 5/17 8/8 10/23 17/12 21/3
24/13 29/10 30/7 46/17 64/12 78/3
**given** [3] 18/12 20/11 40/5
**gives** [1] 37/1
**gloss** [1] 77/5
**go** [23] 10/10 18/10 27/21 30/4 32/4 34/23
44/19 47/2 47/16 48/6 48/11 49/7 49/19 50/7
51/1 53/19 55/19 66/21 72/1 73/11 73/23
74/12 78/2
**goes** [2] 6/13 12/3
**going** [30] 4/22 7/11 9/4 9/8 9/19 9/21 10/9
10/10 10/12 10/21 10/22 12/24 14/11 17/3
17/10 17/11 17/15 22/2 23/13 26/18 26/20
26/23 27/3 33/14 34/5 35/24 44/15 48/9 65/9
69/23
**gone** [2] 66/24 75/25
**good** [11] 4/5 4/8 4/9 4/12 15/15 16/9 16/25
21/12 21/25 52/9 75/2
**got** [6] 26/24 36/16 37/24 40/3 46/5 70/10
**gotten** [1] 20/19
**government** [51] 4/14 4/17 4/22 5/9 6/3 6/7
6/10 6/23 8/18 8/23 9/11 10/20 12/18 12/19
12/22 13/4 13/10 14/6 14/21 15/2 15/8 15/10
15/10 15/14 17/23 18/4 24/10 30/24 31/11
31/12 31/25 43/13 44/6 46/19 46/25 48/5
49/24 51/5 51/15 53/21 54/21 55/7 55/12 62/2
65/2 65/10 65/10 67/4 69/24 72/24 78/3
**government's** [7] 6/19 17/6 17/11 17/17
17/19 20/11 21/16
**granting** [1] 8/14
**great** [1] 35/25
**Greg** [1] 14/7
**ground** [1] 8/8
**Group** [1] 17/21
**Group's** [1] 17/22
**guarantor** [3] 49/1 49/2 49/4
**guess** [6] 4/24 5/1 5/11 5/13 11/2 33/19
**guidance** [1] 6/14

**H**

**had** [37] 13/8 17/2 21/14 23/12 23/17 23/20
23/23 24/2 30/17 30/20 30/23 31/24 31/24
33/17 34/13 35/8 36/3 42/8 42/24 51/16 51/20
55/24 56/8 57/5 57/22 58/17 58/19 60/12
61/10 62/3 63/16 63/16 64/22 66/5 66/24
68/14 69/21
**hadn't** [1] 51/10
**hand** [11] 35/21 37/21 38/13 41/19 50/20
71/23 73/8 73/20 74/4 74/9 74/24
**handed** [1] 29/13 38/17 54/17
**handwritten** [1] 13/7
**HANNA** [1] 2/3
**happen** [1] 35/25
**happened** [1] 58/13
**happening** [4] 46/22 46/23 67/16 67/21
**happy** [1] 10/25
**hard** [2] 47/12 68/25
**has** [19] 6/18 6/23 7/6 11/25 13/10 15/10
15/11 18/4 19/5 20/17 20/23 24/15 25/21
37/20 53/5 73/5 76/19 76/20 77/6
**Hassan** [1] 29/4
**have** [104]
**haven't** [3] 20/19 34/7 77/1
**having** [3] 12/4 23/8 63/12
**he** [28] 4/25 6/4 13/7 13/25 13/25 14/2 15/23
16/18 18/5 18/8 18/10 18/24 20/11 20/17
20/20 23/11 24/6 33/5 37/24 43/25 61/9 61/24
63/4 63/4 63/10 65/17 68/9 68/15

## H

He's [1] 23/16
hearing [1] 16/18
held [1] 79/10
help [2] 45/9 45/22
her [6] 15/22 25/19 29/11 47/4 52/15 64/12
here [19] 7/23 20/11 26/24 31/21 34/24 35/22
 36/6 39/11 40/11 41/1 41/18 43/3 47/13 52/9
 52/15 52/23 53/6 67/21 75/5
here's [1] 17/5
hereby [1] 79/7
Hernandez [7] 47/11 48/9 50/12 60/20 70/4
 70/14 70/25
herself [1] 64/12
hidden [1] 61/18
him [7] 9/23 20/11 22/4 22/19 22/25 23/2 63/5
his [9] 14/8 14/9 20/23 21/14 35/24 43/23
 43/23 56/18 65/13
history [3] 23/1 23/5 48/24
hit [1] 17/22
Hobson's [1] 77/24
hold [1] 21/3
holding [2] 76/11 76/12
HondaJet [1] 17/5
honest [1] 74/16
honesty [1] 33/19
Honor [102]
Honor's [5] 14/18 16/7 19/2 59/15 75/16
HONORABLE [1] 1/8
honored [1] 12/19
hoping [1] 10/16
horizon [1] 14/11
hours [1] 75/25
how [13] 10/8 10/9 24/1 24/18 28/2 42/16
 42/18 49/4 57/4 68/21 75/21 76/24 77/14
However [1] 6/18
hundreds [1] 15/9
hurry [1] 36/1

## I

I'd [4] 7/21 19/6 36/11 63/21
I'm [52] 6/13 6/14 7/11 10/9 10/21 10/22
 11/13 13/18 15/6 17/3 17/10 20/4 20/14 22/18
 23/13 28/24 30/14 30/15 32/8 33/18 33/18
 34/21 34/25 35/9 35/9 35/24 36/25 37/20
 37/22 44/15 44/23 47/22 47/22 51/13 53/25
 61/25 62/10 62/11 62/11 63/19 67/14 68/21
 69/7 69/14 69/16 70/1 70/11 72/9 72/17 75/15
 77/21
I've [3] 5/4 12/20 20/12
I-N-D-E-X [1] 3/2
identify [3] 15/11 71/9 71/14
immediately [2] 35/21 63/13
impeach [1] 14/16
impeachment [2] 14/16 15/1
implying [1] 62/17
imposed [1] 16/12
inaccurate [2] 53/6 53/7
inadvertent [1] 5/3
inclination [1] 7/25
include [3] 42/20 42/25 45/25
included [4] 27/20 32/15 33/2 33/23
including [5] 34/14 44/6 55/25 56/23 57/5
 57/15 57/21
incorrect [1] 8/16
incur [1] 27/11
incurred [2] 27/18 27/24
indicate [1] 53/5
indicated [4] 9/1 16/13 21/13 74/3
indication [1] 21/4
individualized [1] 53/1
individuals [9] 6/19 28/6 28/11 53/23 54/8
 54/9 55/9 55/13 62/1
inducement [1] 18/7
inform [2] 27/1 27/1
information [7] 8/25 9/5 9/15 24/14 61/20
 71/10 71/14
informed [4] 24/19 26/21 26/23 48/6
informing [1] 28/11

## J

initially [1] 77/11
initio [1] 4/15
insisted [1] 56/23
instance [1] 14/25
instances [1] 77/5
instructed [1] 77/20
instruction [1] 37/16
instructions [2] 37/9 37/13
intends [1] 20/20
interject [1] 77/23
interplay [1] 7/7
interview [2] 7/1 7/10
intimate [2] 63/12 63/16
investigate [1] 27/21
investigation [2] 8/4 19/23
investigators [1] 30/24
invited [1] 12/6
ipso [1] 8/2
irrelevant [2] 12/3 17/25
is [162]
Isaacs [5] 63/1 63/9 63/12 63/16 64/23
isn't [11] 28/15 34/15 51/9 51/14 53/21 54/5
 57/22 60/13 63/14 63/18 64/22
issue [12] 7/6 14/4 14/9 16/16 17/18 17/24
 19/2 23/7 52/19 60/15 76/2 76/4
issues [4] 22/16 23/4 52/11 75/7
it [138]
it's [31] 5/10 10/10 10/10 10/21 13/1 16/14
 17/17 17/25 20/11 20/22 20/22 22/22 22/24
 25/5 27/1 33/14 33/18 34/9 43/4 50/6 50/15
 59/20 59/20 60/21 60/25 60/25 70/23 72/4
 76/8 76/16 77/3
Italy [1] 27/21
item [3] 4/3 9/18 12/8
items [1] 16/5
its [1] 14/22
itself [5] 11/3 11/3 11/5 57/14 71/22

## J

JAMES [1] 1/8
January [2] 48/19 50/24 51/9
January 20th [1] 48/19
January 24th [2] 50/24 51/9
Jencks [4] 4/21 13/1 13/2 13/3
Joel [2] 4/15 12/8
JOHN [2] 1/11 2/14 4/4
Johnson [2] 13/7 17/17
JUDGE [1] 1/8
judgment [1] 27/12
Judicial [1] 79/12
July [9] 43/17 44/3 49/25 51/5 53/22 54/6
 54/21 55/7 55/12
July 1st [6] 49/25 53/22 54/6 54/21 55/7
 55/12
jury [36] 4/2 10/5 10/10 10/12 10/14 10/23
 11/6 11/18 13/15 18/14 18/25 21/11 29/6 30/1
 37/9 42/16 44/16 45/24 52/2 52/14 52/18
 52/20 53/2 53/10 64/9 64/15 70/15 71/1 72/2
 72/3 72/12 73/24 75/10 77/12 77/20 77/22
just [40] 5/11 5/12 10/17 14/1 14/5 14/10 16/5
 16/7 16/11 18/15 20/22 22/4 26/25 26/25 30/6
 31/17 34/25 35/24 36/16 36/20 38/13 40/4
 41/12 43/16 46/9 47/22 49/25 50/13 50/17
 51/7 51/12 53/8 53/15 62/10 64/3 64/11 64/20
 65/4 69/16 77/6
JVS [2] 1/11 4/3

## K

keep [1] 44/15
Kendu [1] 63/1
kept [3] 55/25 56/8 57/5
kick [1] 48/1
Kim [1] 19/25
kind [1] 48/9
knew [2] 5/13 27/24 47/1 58/8
know [6] 6/14 7/22 7/22 13/25 14/1 14/5
 20/20 24/7 25/7 26/22 28/2 30/15 53/15 74/2
 74/16
knowing [1] 18/15

## K

knowledge [2] 35/4 36/12
known [2] 15/6 26/4
Kyles [1] 19/22

## L

L.A [1] 25/10
ladies [3] 21/12 52/9 75/4
landlord [1] 50/15
last [21] 16/16 17/18 21/20 22/12 23/16 23/21
 43/14 43/23 24/9 24/12 24/15 24/22 25/3 30/16
 43/13 43/22 43/23 69/16 74/17 74/18 75/17
late [1] 21/13
later [2] 38/4 57/10
latest [1] 9/24
law [2] 2/15 17/21 17/22 53/24
lawsuit [1] 47/17
lawyer [5] 22/3 22/7 24/11 24/13 27/8
lead [2] 4/24 27/8
learn [1] 27/2
lease [2] 42/11 48/17
least [5] 8/6 9/7 25/20 45/13 75/17
leaves [1] 32/12
left [9] 18/14 27/5 41/19 50/20 71/23 73/8
 73/20 74/9 74/24
left-hand [7] 41/19 50/20 71/23 73/8 73/20
 74/9 74/24
length [1] 56/11
less [1] 77/7
let [19] 14/1 19/11 24/1 24/6 25/7 27/2 47/13
 52/24 53/15 54/1 55/3 58/3 59/10 65/19 67/11
 78/1
let's [21] 9/25 28/25 31/17 32/4 34/23 40/16
 44/19 47/9 48/8 50/7 52/1 55/19 65/21 66/21
 70/12 71/22 72/1 73/23 73/23 74/12 77/6
letter [3] 48/16 48/19 48/22
liberty [1] 35/11
lieu [1] 46/6
life's [1] 35/15
light [3] 19/2 19/3 53/2
like [22] 10/24 13/14 25/24 29/9 29/25 32/21
 36/7 36/14 36/24 37/3 37/25 38/2 44/8 44/16
 46/12 47/12 64/1 64/5 64/6 76/14 77/11 78/3
likely [3] 9/22 14/6 14/21
limine [1] 54/9
limit [1] 12/2
limitation [1] 15/4
Lindsey [1] 37/17
line [5] 10/16 14/2 68/10 68/16 71/23
lineup [1] 7/21
Lisa [1] 37/18
list [2] 20/19 20/21
listed [6] 6/23 73/14 73/20 74/14
listening [1] 20/1
litigate [1] 20/15
little [7] 28/10 35/1 35/9 36/25 53/25 63/19
 65/18
live [2] 25/19 63/5 76/20
living [2] 53/4 54/7
LLP [1] 50/21
loaded [1] 59/21
location [1] 54/7
longer [2] 63/6 75/21
look [13] 19/11 47/9 47/12 48/8 51/24 69/1
 69/22 70/3 70/12 71/22 72/18 72/21 72/25
looked [1] 66/25
looking [2] 37/22 74/21
looks [3] 32/21 36/6 36/14
Los [1] 2/8
lot [4] 33/18 37/1 68/22 77/3
love [1] 37/4
lump [2] 59/7 59/21 60/4 60/5
lunch [1] 75/5

## M

ma'am [1] 22/17
made [15] 4/14 5/4 9/13 12/5 15/25 19/16
 50/2 50/15 59/22 59/25 60/2 68/3 70/7 71/5
 71/12
mail [2] 66/7 66/8

**M**

mails [1] 12/18
Major [1] 2/6
make [6] 14/10 16/11 17/3 37/8 52/25 57/10
making [2] 20/4 60/3
man's [1] 35/11
many [2] 60/19 77/5
Marchino [23] 6/3 11/9 13/20 13/20 14/17
15/19 15/24 15/25 17/4 17/16 18/13 18/18
18/19 22/12 22/15 22/24 23/5 23/8 23/23 24/3
27/20 30/20 45/22
marked [3] 3/7 3/13 39/2
marking [1] 29/17
material [1] 13/1
materials [3] 12/23 13/3 13/3
math [1] 29/19
matter [1] 27/9 27/18 79/10
may [19] 14/4 19/10 24/16 29/8 30/8 30/9
34/19 37/7 38/24 38/25 44/10 54/16 54/25
59/8 65/19 69/10 70/7 75/11 75/13
May 15th [1] 70/7
maybe [4] 11/2 13/18 15/20 70/15
McMahon [1] 76/16
me [68] 7/24 8/10 8/25 9/4 9/14 9/19 10/25
15/14 17/12 19/11 21/3 22/9 24/1 24/1 24/6
24/14 24/17 25/7 26/15 27/2 27/11 27/20
28/19 29/19 30/4 31/3 31/14 33/1 33/9 33/23
37/1 38/22 43/22 44/10 45/9 46/13 46/17
47/13 48/25 49/2 49/5 52/24 54/1 54/10 54/12
54/24 55/3 55/10 55/14 58/3 58/14 58/14
58/17 58/20 59/10 59/18 60/17 63/5 65/3 65/4
65/17 65/19 67/11 69/1 72/21 76/2 76/11 78/1
mean [7] 5/4 5/22 15/6 22/22 72/12 72/13
72/14
meaning [1] 57/9
meant [2] 5/3 66/9
media [5] 25/8 25/10 25/14 77/14 77/20
mediation [2] 56/12 65/11
mediator [1] 65/12
meeting [1] 44/2 59/9 65/9
meetings [7] 6/22 7/3 7/14 8/1 43/19 43/21
44/5
Meisinger [1] 65/12
members [1] 69/24
memorandum [4] 6/4 11/23 11/24 12/4
mentioned [2] 12/13 30/18
message [7] 61/9 61/14 62/17 63/14 63/18
64/19 65/16
messages [7] 15/22 60/17 61/6 65/1 65/3
65/4 65/6
met [6] 31/25 43/13 43/16 46/19 46/25 53/21
method [1] 47/13
MICHAEL [7] 1/11 2/14 4/4 4/9 28/19 73/10
73/22
mid [1] 52/8
mid-morning [1] 52/8
middle [2] 5/4 5/23
might [1] 8/8
million [13] 17/5 17/7 17/20 17/25 31/6 31/12
31/22 31/25 32/6 33/12 40/13 40/17 45/16
mind [1] 19/14
mine [2] 19/23 49/10
minimum [1] 6/12
minus [1] 40/17
minutes [3] 52/10 64/8 75/24
Miramar [1] 2/16
misappropriated [1] 18/9
misappropriation [1] 18/6
Misstates [1] 68/18
mistaken [2] 34/25 35/1
mistrial [4] 4/19 19/6 20/5 20/13
moment [2] 68/5 69/1
monetary [1] 24/8
money [22] 17/22 18/10 18/14 23/10 23/10
28/7 28/11 28/16 29/3 29/6 36/21 45/7 45/8
45/19 51/2 51/10 51/16 55/13 61/11 62/4 62/9
70/10
monies [8] 42/14 46/3 46/4 46/7 53/22 53/24
55/8 55/16

monthly [2] 59/22 60/13
months [2] 40/24 42/18
months' [2] 41/25 42/1
more [3] 8/7 9/7 59/17
morning [11] 4/5 4/8 4/9 4/12 14/6 16/19
21/12 21/25 22/1 22/17 52/8
most [2] 20/23 44/2
mother [9] 28/9 51/22 55/25 56/20 56/24 57/6
57/16 57/21 60/1
motion [21] 4/18 4/25 5/4 5/10 5/12 6/5 8/14
9/14 9/19 14/5 16/6 17/2 17/3 17/10 19/3
20/25 20/5 20/8 20/12 52/25 59/15
move [22] 8/23 19/6 23/13 28/20 31/16 33/3
33/24 35/16 39/2 40/6 45/12 47/5 47/18 60/6
61/10 62/13 62/22 65/20 69/15 69/16 69/18
71/16
moved [4] 33/13 62/3 62/7 62/17
moves [1] 10/20
moving [3] 9/17 48/25 64/24
Mr [6] 8/11 10/4 13/6 18/2 38/8 54/6
Mr. [107]
Mr. Avenatti [17] 4/18 6/2 6/5 6/7 6/23 7/5 9/4
11/11 11/19 14/13 21/17 30/7 36/2 38/5 53/6
53/11 64/16
Mr. Carlos [3] 19/24 44/7 61/15
Mr. Dean [1] 4/10
Mr. Drum [1] 9/21
Mr. Drum's [1] 9/20
Mr. Filippo [1] 27/20
Mr. Gemmill [2] 22/7 22/9
Mr. Isaacs [4] 63/9 63/12 63/16 64/23
Mr. Kim [1] 19/25
Mr. Marchino [12] 14/17 17/4 17/16 22/12
22/15 22/24 23/5 23/8 23/23 24/3 30/20 45/22
Mr. Meisinger [1] 65/12
Mr. Roberson [1] 19/25
Mr. S.C [1] 21/13
Mr. S.C.'s [1] 18/24
Mr. Sagel [31] 30/23 34/15 43/19 44/6 46/2
46/17 48/8 48/15 50/7 51/19 54/2 54/5 55/23
58/3 61/6 61/14 61/16 61/23 62/1 62/2 62/16
65/15 65/24 67/3 67/24 68/8 68/13 69/2 69/11
69/23 75/14
Mr. Weiner [3] 12/5 12/19 12/24
Mr. Whiteside [18] 27/22 28/4 28/8 28/12
28/17 28/18 51/6 51/10 51/16 56/15 56/18
56/22 58/6 58/22 59/1 59/4 60/16 65/7
Mr. Whiteside's [1] 58/16
Mr. Wyman [7] 30/24 44/2 44/6 46/2 46/18
51/12 65/7
Ms [8] 28/24 30/4 31/20 33/9 43/10 46/9
51/12 65/7
Ms. [55] 4/11 7/3 12/6 13/19 13/21 13/22
14/17 16/1 17/22 21/19 21/25 25/13 26/2
30/12 34/4 34/12 35/11 35/20 36/6 36/21 38/3
39/9 40/11 46/16 47/11 47/11 47/22 48/9
50/12 51/9 51/14 52/6 53/1 53/14 54/19 55/4
55/23 59/4 60/11 60/20 63/10 64/19 64/22
68/8 69/5 70/4 70/14 70/18 70/25 71/3 71/19
76/2 76/19 76/20 77/5
Ms. Cefali [1] 4/11
Ms. Cuniff [2] 76/19 76/20
Ms. Cuniff's [3] 25/13 26/2 77/5
Ms. Gardner [41] 12/6 13/19 13/21 13/22
14/17 16/1 17/22 21/19 21/25 30/12 34/4
34/12 35/11 35/20 36/6 36/21 38/3 39/9 40/11
46/16 47/11 47/22 51/9 51/14 52/6 53/1 53/14
54/19 55/4 55/23 59/4 60/11 63/10 64/19
64/22 68/8 69/5 70/18 71/3 71/19 74/2
Ms. Hernandez [7] 47/11 48/9 50/12 60/20
70/4 70/14 70/25
Ms. Regnier [1] 7/3
much [4] 28/2 42/16 42/18 75/21
my [56] 5/4 7/24 8/14 8/20 8/22 9/2 12/21
13/5 13/13 19/10 22/11 23/2 23/11 24/5 24/6
24/12 24/13 27/12 28/9 28/10 28/18 29/19
30/14 32/14 32/13 35/6 35/15 36/12 36/20
38/1 38/2 40/4 40/11 40/23 41/22 41/23 45/9
46/9 51/12 53/24 54/20 57/7 58/14 60/1 62/20

63/5 63/7 65/5 65/14 67/9 69/5 70/22 71/9
73/21 78/9 74/25
myself [1] 8/17

**N**

name [4] 30/18 43/22 43/23 43/23
necessary [2] 5/14 27/12
need [7] 16/17 35/23 36/24 53/14 69/8 73/18
74/6
needed [1] 49/4
needs [1] 20/21
negative [2] 18/25 21/15
Neither [1] 40/2
net [1] 39/21
never [4] 14/23 20/3 47/1 48/5 53/5 56/19
58/15 59/21
nevertheless [1] 14/22
new [11] 6/20 7/19 8/7 9/4 9/7 9/12 13/18
13/23 14/1 15/3 39/11
news [2] 24/25 77/21
next [6] 9/18 9/24 41/23 41/24 48/11 58/13
NICOLA [1] 2/3
Nike [3] 6/22 7/1 8/1
Ninth [2] 6/9 76/9
no [57] 5/8 6/10 9/13 11/18 12/6 16/17 22/4
22/23 23/25 24/8 24/12 24/17 24/21 25/5 26/9
26/11 26/24 28/4 28/5 28/8 28/13 28/18 28/20
32/2 32/20 33/19 33/19 33/22 34/15 36/1
36/16 36/21 36/23 39/5 42/10 42/13 42/22
43/11 44/9 44/22 44/24 45/2 45/8 45/10 45/20
45/25 46/1 46/7 46/20 51/11 51/17 51/17
55/10 55/17 55/18 56/5 59/25 63/6 63/11
63/14 63/18 65/5 65/17 66/16 67/6 67/11
68/19
nobody [2] 26/8 73/5
nods [1] 32/9
Non [1] 64/25
Non-consensually [1] 64/25
none [3] 3/8 3/11 12/22
nonresponsive [11] 23/14 28/21 33/4 33/25
35/16 45/13 47/6 47/19 60/7 62/23 71/16
noon [4] 5/24 16/7 16/22 16/24
normal [1] 4/25
North [1] 2/7
not [101]
noted [2] 16/4 18/22
notes [1] 13/7
nothing [1] 62/8
notice [1] 5/1
noticed [3] 4/25 5/3 5/10
November [4] 45/2 45/6 45/10 45/17
November 1st [2] 45/6 45/10
now [21] 9/10 11/12 14/5 20/15 20/24 27/5
28/15 32/4 34/9 40/16 44/15 44/25 50/25 61/5
65/1 66/2 66/23 67/24 69/21 75/2 77/21
number [39] 4/13 8/5 31/6 31/8 31/11 31/21
32/18 32/19 32/19 32/25 33/11 33/13 34/24
35/3 35/5 35/22 36/7 36/17 37/20 40/12 40/13
40/22 41/1 43/3 43/5 43/10 43/11 43/14 44/20
45/4 47/4 60/22 68/15 70/22 73/14 74/14
74/17 74/19 76/9
numbers [4] 33/18 36/25 40/2 45/25

**O**

oath [2] 21/20 22/17
object [1] 14/15
objection [17] 9/13 11/18 16/4 17/14 18/22
37/9 37/15 38/1 39/4 39/5 41/20 43/7 56/25
57/23 59/14 63/2 71/7
objects [1] 13/25
obviously [5] 5/14 13/2 15/6 20/20
occasionally [5] 53/22 54/7 54/22 55/8 55/13
occasions [1] 43/14
occur [2] 14/23 14/24
occurred [1] 13/9
October [1] 58/5
off [3] 27/5 33/16 41/4
OFFICES [1] 2/15
Oh [1] 16/20

**O**

**okay [29]** 4/13 5/25 6/1 11/10 12/12 14/12 16/23 16/25 18/21 21/8 21/8 29/1 31/2 31/5 31/24 35/14 36/1 37/5 38/6 38/18 47/23 52/24 53/9 53/15 53/16 53/20 55/6 59/11 74/9
**old [1]** 47/13
**Once [1]** 17/22
**one [26]** 5/19 7/25 12/7 14/8 14/9 17/2 19/1 20/15 23/4 23/11 26/13 31/15 32/5 37/22 40/2 40/7 41/24 53/23 55/2 55/7 59/17 60/4 60/5 61/5 68/5 75/18
**one-third [1]** 32/5
**ones [2]** 16/16 37/11
**online [1]** 66/5
**only [5]** 6/25 14/2 15/2 34/5 34/5
**open [1]** 48/25
**opinions [2]** 52/11 75/7
**opportunity [3]** 22/3 22/4 78/4
**opposed [4]** 59/7 60/4 60/5 65/4
**oral [3]** 9/14 17/2 17/3
**orally [2]** 9/15 24/19
**order [8]** 8/15 14/18 27/21 48/22 57/10 72/18 73/17 74/6
**originally [1]** 50/9
**other [24]** 7/13 7/13 7/14 7/18 8/19 9/5 10/25 12/23 15/22 16/5 16/16 17/2 22/9 22/13 24/16 24/19 24/19 26/3 26/13 27/24 42/14 58/15 62/1 69/24
**others [1]** 8/5 20/11 54/6 56/20 57/5 57/15 57/21 65/3 69/12
**our [11]** 10/15 14/7 16/6 20/15 20/21 20/22 23/1 34/4 34/12 37/15 41/8
**out [14]** 6/19 7/24 8/21 21/15 24/6 26/17 26/20 49/4 50/15 58/5 58/17 58/19 60/16 64/24
**outside [4]** 33/20 52/20 53/1 77/12
**over [10]** 13/17 24/9 25/3 28/6 28/10 28/15 30/16 31/18 69/23 73/5
**overruled [9]** 18/22 25/16 33/7 41/21 57/25 59/16 63/3 68/20 71/8
**owe [3]** 28/11 28/16 29/3
**owed [5]** 28/7 29/7 36/17 36/19 36/22
**own [5]** 57/15 63/7

**P**

**p.m [1]** 78/7
**packing [1]** 65/13
**page [16]** 48/11 49/7 49/19 51/24 52/1 55/5 60/21 61/2 61/3 65/21 70/3 72/1 73/11 73/23 74/12 79/11
**page 10 [1]** 72/1
**page 12 [2]** 65/21 73/11
**page 19 [1]** 60/21
**page 24 [1]** 74/12
**page 4 [1]** 51/24
**page 7 [1]** 70/3
**pages [3]** 15/9 68/23 76/25
**paid [6]** 40/23 45/6 51/10 51/16 59/6 60/13
**paper [2]** 29/11 29/13
**paragraph [5]** 49/19 51/25 54/19 55/4 56/4
**part [5]** 8/3 15/14 45/13 45/14 77/7
**parte [1]** 5/12
**partially [1]** 6/25
**particular [1]** 19/17
**particularly [4]** 14/20 18/12 26/25 48/25
**parties [2]** 10/3 10/19
**Pause [5]** 19/12 38/7 44/13 64/4 68/6
**pay [4]** 33/21 34/5 34/13 42/24
**payable [1]** 70/7
**payment [1]** 17/7 49/20 49/24 50/2 57/9 59/5 71/5 71/12 72/7 74/6
**payments [12]** 15/25 42/2 46/5 46/16 46/19 59/7 59/22 60/4 60/13 63/6 68/3 74/22
**pen [1]** 29/15
**pencil [1]** 29/15 29/16
**pending [1]** 36/3
**people [1]** 7/13
**Per [1]** 31/10
**percent [21]** 32/7 32/8 32/16 33/13 33/21

**34/5 34/13 39/14 39/14 39/15 39/15 39/16 39/16 39/17 47/1 60/6 68/21 68/21 70/1 77/8**
**percentage [1]** 47/1
**perform [1]** 44/7
**performing [1]** 38/10
**perhaps [2]** 70/4 70/25
**period [3]** 28/25 29/2 66/13
**periodic [2]** 59/6 60/4
**permitted [1]** 76/14
**pertain [4]** 22/19 22/21 22/22 22/23
**Pertaining [2]** 59/8 59/8
**phone [3]** 12/25 15/22 66/18
**phonetic [1]** 22/7
**physically [1]** 76/6
**piece [2]** 29/11 29/13
**pin [1]** 76/16
**placed [1]** 77/25
**Plaintiff [1]** 1/10 2/2
**PLAINTIFF'S [2]** 3/4 3/7
**plan [1]** 14/8
**please [10]** 5/24 7/24 8/10 8/25 12/11 19/11 29/6 31/3 31/15 31/18 37/2 37/19 38/22 40/7 43/22 44/11 44/17 46/9 47/10 48/12 48/13 49/8 50/13 51/12 51/24 52/2 52/10 52/12 55/21 59/11 59/12 59/18 60/20 60/23 66/21 68/5 69/10 72/2 73/11 74/12 75/5 75/8 76/11
**plus [2]** 30/17 40/23
**point [17]** 6/11 8/18 10/17 10/19 10/25 17/12 17/13 17/16 20/7 20/14 20/25 35/23 36/11 37/15 37/16 53/14 58/4
**pointing [1]** 39/12
**points [1]** 6/19
**portion [1]** 70/15
**position [2]** 8/23 77/22
**possible [4]** 5/5 9/14 52/25 75/3
**potentially [1]** 77/23
**power [1]** 12/1
**practice [1]** 49/16
**precluded [2]** 57/14 76/13
**predict [1]** 35/24
**prejudice [1]** 77/24
**preliminary [1]** 12/21
**prep [2]** 6/21 7/20
**prepared [1]** 5/9
**presence [5]** 20/22 52/20 53/2 77/12 77/22
**present [27]** 4/2 4/10 6/21 7/1 7/2 7/9 7/13 7/14 7/19 8/8 8/19 9/6 12/2 14/21 15/3 21/11 28/25 43/19 43/21 43/25 44/2 52/14 52/18 53/10 64/9 64/15 75/10
**presenting [1]** 18/4 18/7
**PRESIDING [1]** 1/8
**prevail [1]** 17/12
**previous [1]** 60/12
**previously [4]** 7/7 11/22 21/16 23/11
**principal [1]** 19/2
**principally [2]** 6/8 12/17
**prior [10]** 20/8 41/13 42/22 48/24 53/3 59/9 59/22 60/11 63/13 72/10
**PRO [1]** 2/14
**probably [2]** 14/11 75/23
**problem [1]** 77/19
**proceed [4]** 34/10 36/2 37/25 53/11
**proceeding [1]** 10/5
**proceedings [11]** 1/15 19/12 21/10 38/7 44/13 52/17 64/4 64/14 68/6 76/14 79/10
**proceeds [2]** 50/3 51/6
**produced [1]** 15/22
**proffer [3]** 6/21 15/13 20/21
**prohibition [1]** 57/20
**pronounced [1]** 20/9
**proper [1]** 20/9
**proposal [5]** 10/15 59/22 59/25 60/2 60/3
**propose [3]** 10/5 10/13 59/4
**proposed [4]** 37/9 37/12 37/16 60/12
**proposing [1]** 11/13
**protocol [1]** 75/16
**provide [8]** 8/25 9/4 9/14 15/23 19/19 20/17 67/7 67/10

**provided [8]** 10/3 13/17 34/14 59/1 67/15 67/16
**provides [2]** 67/16 70/7
**provision [1]** 19/14
**proximate [2]** 8/7 9/7
**proximity [1]** 63/17
**pull [1]** 48/10
**pulling [1]** 47/11
**purposely [1]** 69/14
**pursuant [11]** 16/7 17/14 20/2 45/1 45/19 51/16 52/25 56/9 62/17 76/13 79/7
**pursuing [1]** 28/3
**put [5]** 13/4 33/5 39/13 53/18 77/21

**Q**

**quash [7]** 6/12 7/25 8/7 8/24 9/11 14/5 16/7
**quashed [4]** 6/16 9/2 20/3 20/4
**quashing [2]** 6/6 19/2
**question [45]** 7/17 8/13 10/12 12/8 13/5 13/13 13/24 22/5 24/13 26/9 27/2 28/10 28/14 28/24 31/18 32/2 34/8 34/16 36/3 36/20 36/20 38/2 40/4 40/11 46/9 51/12 53/25 54/1 54/20 54/25 55/3 56/6 59/8 59/11 59/21 61/25 62/10 63/15 65/17 68/22 69/5 69/10 69/13 69/15 69/16
**questioning [1]** 14/2
**questions [16]** 4/16 12/22 13/2 14/3 24/12 51/20 55/24 61/10 61/23 62/3 62/16 68/8 68/13 68/16 68/19 76/21
**quickly [2]** 9/14 52/21

**R**

**raise [6]** 14/5 20/24 52/19 76/1 76/2 76/4
**raised [1]** 15/13
**Ramon [2]** 4/7 43/23
**reach [2]** 24/5 58/5
**reached [2]** 58/17 58/19
**reaching [1]** 60/16
**reaction [1]** 12/21
**read [31]** 6/4 10/5 10/11 10/13 10/20 10/25 11/5 11/13 11/17 11/22 12/4 24/22 24/25 25/8 25/13 26/6 26/16 26/17 26/19 27/3 29/24 34/17 34/20 46/12 59/11 59/13 59/17 69/16 71/23 77/20
**reading [1]** 49/16
**ready [2]** 29/20 29/22
**Reagan [1]** 2/10
**realized [1]** 41/12
**really [1]** 48/24
**reason [5]** 13/24 17/12 62/3 62/7 64/23
**reasonable [1]** 16/14
**reasons [1]** 20/4
**recall [31]** 26/12 26/13 26/14 26/15 31/20 44/25 46/21 46/22 46/22 46/24 47/15 48/15 54/2 54/9 54/14 55/12 55/23 57/12 60/15 60/18 61/5 61/6 65/10 65/15 65/24 68/1 68/9 68/11 69/2 69/23 72/9
**receipt [2]** 16/15 23/9
**receive [6]** 29/5 36/11 45/1 45/10 72/15 74/22
**received [3]** 3/7 3/13 35/2 35/8 39/6 39/7 40/24 41/9 41/22 41/23 41/24 41/25 42/1 42/7 45/19 50/3 50/9 71/20 72/7 73/17 74/2
**receiving [1]** 63/5
**recent [1]** 44/2
**recently [1]** 58/25
**recess [7]** 21/9 52/9 52/16 64/8 64/13 75/5 78/7
**recognize [3]** 69/5 69/11 74/18
**recollection [5]** 54/21 65/5 65/14 67/9 73/7
**reconsideration [2]** 6/6 20/8
**reconsidered [1]** 20/9
**record [5]** 5/18 34/20 39/1 41/15 53/4 59/13 59/19
**records [12]** 66/25 67/5 67/10 67/19 72/19 72/22 72/25 73/3 73/6 73/18 74/7 74/21
**RECROSS [2]** 3/4 3/10
**redacted [1]** 64/19
**redirect [3]** 3/4 3/10 14/23 15/3
**redo [1]** 36/24
**reference [4]** 47/15 47/24 49/20 70/23

**R**

**referenced [1]** 59/21
**referring [5]** 11/3 16/18 37/21 38/13 46/4
**reflected [1]** 55/16
**refresh [1]** 54/20
**regard [5]** 6/3 7/10 14/9 16/16 77/17
**Regarding [1]** 11/20
**regards [1]** 24/12
**Regnier [1]** 7/3
**regular [3]** 5/10 59/6 60/13
**regularly [1]** 66/15
**regulations [2]** 19/5 79/12
**reinstated [1]** 20/12
**reject [1]** 8/2
**relate [1]** 12/23
**related [3]** 7/1 22/25 56/23
**relates [6]** 7/3 8/13 12/25 14/14 16/1 33/10
  19/4 19/23 23/1 23/3 53/23 60/15 68/16 76/4
  77/13 77/13
**relations [1]** 64/23
**relationship [6]** 23/1 23/3 42/8 63/13 63/17
  63/19
**released [1]** 53/2
**relevance [2]** 21/4 63/20
**relevant [2]** 14/20 15/12
**relief [1]** 77/10
**relies [1]** 6/8
**remain [1]** 19/18
**remember [33]** 22/13 27/6 27/15 31/12 31/22
  32/1 37/23 47/2 47/3 47/6 48/17 49/25 50/4
  50/7 51/19 51/22 52/10 54/3 54/13 55/7 61/11
  66/25 67/13 67/15 67/16 67/17 67/20 67/21
  67/23 67/24 68/12 68/13 75/6
**remembered [1]** 37/23
**reminded [1]** 21/19
**remitter [9]** 50/20 68/10 68/16 68/19 71/22
  73/8 73/20 74/9 74/24
**rent [3]** 40/23 41/25 48/23
**rental [1]** 48/24
**repeat [8]** 8/17 28/14 34/16 56/6 60/22 61/25
  63/15 65/17
**repeatedly [1]** 29/2
**replied [1]** 6/10
**reply [1]** 6/19
**reported [2]** 4/20 79/9
**reporter [2]** 32/10 79/17
**REPORTER'S [1]** 1/15
**reports [2]** 25/1 77/21
**representation [1]** 8/2
**represented [1]** 15/10
**request [3]** 9/11 12/17 12/20
**requested [1]** 9/15
**requests [1]** 20/15
**require [1]** 48/22
**required [2]** 18/8 18/17
**requires [2]** 6/12 18/9
**reread [1]** 59/19
**research [2]** 52/13 75/8
**residence [1]** 54/23
**resolved [1]** 16/17
**respect [5]** 4/14 8/18 8/18 9/1 9/3
**respond [2]** 4/22 5/10
**respondent [1]** 10/4
**response [8]** 5/18 9/10 13/25 14/2 16/6 20/16
  32/20 51/11
**responses [1]** 5/15
**Restrictions [1]** 11/20
**restructured [1]** 45/9
**results [1]** 35/22
**resumed [3]** 21/10 52/17 64/14
**retainer [2]** 47/9 47/16
**retrieving [1]** 30/10
**review [3]** 76/14 78/1 78/4
**reviewed [5]** 4/16 12/20 13/12 69/12 77/13
**reviewing [3]** 69/4 69/9 76/19
**right [77]** 11/22 11/24 12/2 12/9 12/16 20/15
  23/6 25/1 26/6 26/18 26/21 26/24 27/9 27/25
  29/4 30/18 30/21 30/25 31/4 31/6 31/9 31/21
  32/13 32/16 35/21 36/18 39/9 39/19 39/22
  40/20 41/4 41/15 41/18 42/3 42/12 43/13 43/14
  43/14 43/15 43/17 44/3 45/4 45/4 45/6 45/20
  48/2 48/4 48/20 48/21 49/10 49/11 49/17 49/17
  50/10 50/15 51/3 51/6 52/5 53/18 56/9 56/15
  57/16 58/6 60/2 61/24 62/4 66/3 68/3 70/24
  72/19 72/22 72/25 73/3 73/18 74/4 74/7 74/22
  74/25
**right-hand [2]** 35/21 74/4
**Roberson [1]** 19/25
**Robertson [1]** 76/8
**Ronald [1]** 2/10
**room [1]** 65/12
**roommate [2]** 18/24 21/14
**RPR [1]** 1/19
**rule [5]** 4/21 17/9 19/9 19/10 19/17
**ruling [5]** 8/13 8/20 9/2 16/15 59/15
**rulings [1]** 12/5
**run [1]** 76/25

**S**

**S.C [1]** 21/13
**S.C.'s [1]** 18/24
**SACR [2]** 1/11 4/3
**SACR-19-00061-JVS [2]** 1/11 4/3
**SAGEL [33]** 2/9 4/5 30/23 34/15 43/19 44/6
  46/2 46/17 48/8 48/15 50/7 51/19 54/2 54/5
  55/23 58/3 61/6 61/14 61/16 61/23 62/1 62/2
  62/16 65/15 65/24 67/3 67/24 68/8 68/13 69/2
  69/11 69/23 75/14
**said [2]** 13/25 53/8 68/16
**same [2]** 50/17 72/10
**San [1]** 2/16
**say [8]** 5/11 24/1 28/25 30/14 47/3 54/10 66/9
  77/6
**saying [4]** 15/1 15/7 54/9 72/13
**says [2]** 47/23 52/3
**scared [1]** 26/19
**schedule [2]** 12/25 59/6
**scheduling [1]** 12/24
**school [1]** 47/13
**screen [3]** 44/15 53/18 60/25
**screens [1]** 20/12
**screenshot [2]** 65/16 65/24
**SE [1]** 2/14
**seal [2]** 75/17 75/18
**sealed [1]** 75/19
**search [3]** 12/18 65/3 65/6
**second [2]** 8/8 41/23
**Section [2]** 2/6 79/7
**security [1]** 40/24
**see [19]** 36/8 38/15 49/22 50/21 54/1 55/3
  59/10 64/19 65/19 68/22 70/16 70/18 70/22
  70/23 71/3 72/5 73/3 73/18 78/1
**seeing [2]** 68/12 69/2
**seek [1]** 77/10
**seeking [2]** 14/16 24/6
**seem [1]** 15/1
**seen [1]** 77/1
**SEFFENS [3]** 1/19 79/16 79/17
**SELNA [1]** 1/8
**sending [2]** 28/19 63/17
**sent [3]** 60/1 60/2 60/16
**sequestered [1]** 76/13
**serious [1]** 43/5
**serve [1]** 49/2
**serves [1]** 29/19
**serving [1]** 23/5
**session [2]** 4/17 21/3
**sessions [2]** 6/21 7/20
**set [1]** 14/17
**setting [1]** 13/4
**settle [1]** 26/25
**settlement [38]** 13/8 18/9 23/9 23/24 24/4
  24/5 28/7 28/12 28/16 29/3 31/9 42/22 44/17
  45/1 45/9 45/16 45/20 46/5 50/3 51/5 51/16
  51/17 51/21 52/3 52/5 53/17 55/20 56/8 56/19
  57/5 57/15 58/9 59/5 59/23 60/11 61/11 65/7
**65/12
**seven [1]** 75/20
**sexual [1]** 64/22
**SHARON [3]** 1/19 79/16 79/17
**she [15]** 15/22 15/23 25/21 26/3 29/24 33/5
  38/12 48/24 49/4 53/2 53/5 53/5 76/5 76/19
  77/13
**sheet [4]** 31/21 41/8 44/20 46/17
**short [2]** 10/14 63/17
**should [6]** 17/12 17/13 20/1 20/3 42/20 77/25
**show [7]** 18/8 18/8 18/10 18/14 18/17 65/19
  73/12
**shows [2]** 39/21 39/24
**side [2]** 35/21 58/15
**sidebar [5]** 25/24 63/22 63/24 63/25 64/11
**sidebars [1]** 75/16
**sided [1]** 41/16
**sign [2]** 38/22 67/18
**signature [3]** 39/9 49/7 49/10
**signed [7]** 13/7 49/15 49/16 52/5 56/5 56/7
  59/5
**significant [1]** 77/24
**signs [1]** 10/17
**similar [1]** 10/17
**simply [2]** 18/4 18/6
**sir [11]** 7/9 8/17 8/25 9/8 9/13 10/21 12/14
  14/19 15/9 17/9 19/11
**sit [8]** 7/22 28/2 36/21 67/21
**sitting [1]** 19/25
**situation [3]** 62/18 62/20 62/21
**six [2]** 15/20 15/21
**Sixth [1]** 11/21 12/1
**slightly [1]** 10/18
**sloppiness [1]** 19/23
**so [39]** 5/6 5/13 5/18 6/4 6/22 8/10 17/24
  18/13 18/25 19/6 20/20 20/24 21/2 22/21
  22/23 24/7 25/5 27/3 31/2 33/14 33/17 35/7
  35/14 36/17 37/21 37/23 39/14 39/17 41/5
  41/5 42/20 42/25 57/7 64/11 66/9 68/25
  70/15 71/12 74/5
**social [5]** 25/8 25/10 25/13 77/14 77/20
**some [20]** 10/17 10/25 13/19 13/19 20/14
  20/17 20/25 21/3 22/24 24/19 26/6 27/21
  36/11 44/10 55/24 58/4 62/11 66/25 67/25
  69/23
**someone [2]** 63/12 63/16
**something [6]** 9/10 16/13 16/14 42/23 57/22
  58/3
**sometime [1]** 9/25
**soon [1]** 5/5
**sorry [9]** 22/11 32/8 33/18 34/25 44/23 51/13
  61/25 62/11 67/14
**sorting [1]** 69/7
**SOUTHERN [5]** 1/6 6/20 7/19 8/3 8/20
**speak [10]** 12/10 22/3 22/4 22/13 22/15 23/8
  24/6 61/14 76/23 77/3
**speaking [2]** 17/9 38/1 64/20
**Special [7]** 4/7 43/21 46/2 46/18 54/5 61/15
  67/3
**specific [1]** 68/12
**specifically [7]** 11/4 22/14 22/18 22/20 23/25
  24/1 26/15
**speculation [1]** 56/25
**spin [1]** 77/5
**spoke [5]** 22/18 22/19 22/23 22/25 24/8 56/11
  66/23
**spoken [1]** 22/11
**Spring [1]** 2/7
**stake [2]** 35/12 35/15
**stamp [1]** 71/1
**stand [1]** 9/23
**standard [1]** 76/7
**start [1]** 31/17
**started [1]** 36/25
**statements [1]** 67/8
**STATES [14]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
  4/4 4/6 6/8 76/15 79/8 79/12
**stay [1]** 25/5
**stenographically [1]** 79/9

**S**

step [2]  75/11 75/13
STEWARD [3]  2/15 2/15 4/10
still [5]  20/16 21/20 29/19 30/15 69/7
stipend [5]  54/12 54/14 54/23 55/10 55/11
stipulated [3]  10/4 10/24 11/15
stipulation [8]  10/3 10/10 10/14 10/19 10/22
 11/3 11/5 11/16
stipulations [1]  10/11
stolen [1]  17/21
stopped [2]  36/16 63/5
Stormy [2]  7/2 8/1
Street [3]  1/20 2/7 2/11
stressful [1]  25/5
stricken [4]  23/15 28/22 31/17 34/2 35/18
 40/8 45/14 47/7 47/20 60/8 62/14 62/24 63/19
 71/17
strict [1]  56/23
strike [26]  4/19 19/2 22/9 23/4 23/13 26/9
 28/20 31/16 33/3 33/24 35/3 35/16 36/20 40/6
 45/12 47/5 47/18 50/6 56/3 60/2 60/6 62/6
 62/13 62/22 67/11 71/16
subjects [1]  15/12
Submission [1]  11/20
submit [2]  9/10 76/18
submitted [2]  52/12 75/8
subpoenaed [1]  7/15
subpoenas [9]  6/6 6/12 6/17 7/25 8/7 8/20 9/3
 9/11 20/3
subsequently [1]  45/19
subtracted [1]  36/12
subtracting [1]  33/16
suffer [1]  77/23
sufficient [1]  15/13
suggest [1]  15/6
suggesting [2]  15/5 15/7
Suite [3]  1/20 2/11 2/16
sum [4]  59/7 59/21 60/4 60/5
summaries [1]  9/20
summarily [1]  6/16
Sunday [1]  13/18
supposed [7]  6/14 13/6 28/19 32/23 33/20
 33/21 58/15
supposedly [1]  62/4
sure [22]  6/13 13/18 16/11 28/15 30/14 34/21
 37/20 42/1 46/11 56/7 57/10 60/25 65/19
 68/21 72/17 72/18 72/21 72/24 73/2 73/17
 74/6 75/15
Sustained [3]  43/8 57/2 57/18
SWORN [1]  21/16

**T**

table [1]  4/7
take [22]  4/13 4/17 4/24 9/23 9/25 35/23
 38/11 47/9 47/12 48/8 51/24 52/8 53/14 64/1
 64/5 64/6 68/25 69/8 69/21 70/3 70/12 75/4
taken [5]  5/5 21/9 52/16 64/13 78/7
talk [1]  40/16
talked [2]  17/18 31/13
talking [5]  27/5 31/20 46/5 50/17 66/24
team [1]  56/18
teething [1]  25/21
tell [9]  21/10 29/6 30/4 42/16 43/22 51/21
 69/1 74/22 76/11
teller [1]  70/23
telling [10]  10/9 24/19 26/14 26/15 28/6 54/13
 55/7 55/12 65/10 65/11
ten [2]  51/25 64/8
term [2]  27/1 56/14 57/11 58/20 63/19
terms [2]  57/15 65/11
tested [3]  18/24 18/25 21/14
testified [9]  24/16 25/22 26/11 27/8 58/24
 62/6 69/12 69/24 76/19
testify [1]  53/6
testifying [1]  26/4
testimony [13]  4/19 8/8 9/20 17/4 17/15 20/1
 22/16 22/17 23/2 33/3 33/13 58/18 77/6
text [14]  15/22 60/16 61/6 61/9 61/14 62/17
 63/14 63/17 64/19 65/1 65/3 65/4 65/6 65/15

texted [1]  24/18
than [12]  24/17 28/19 39/10 42/3 47/17 49/2
 49/3 49/4 49/12 49/16 49/23 49/23
thank [18]  9/17 10/2 13/13 14/12 16/25 21/8
 21/18 21/22 38/9 40/9 53/12 60/9 64/17 66/9
 66/19 75/9 75/20 78/6
that [381]
that's [33]  5/21 9/7 12/14 14/11 14/25 15/13
 18/12 19/15 22/4 23/7 24/8 26/9 29/12 30/2
 31/8 31/11 32/1 33/1 33/17 35/4 38/14 39/9
 40/19 41/3 42/25 45/4 47/3 48/21 49/10 53/7
 69/18 75/3 76/3
their [3]  9/13 14/15 16/3
them [18]  5/13 13/24 14/3 19/24 20/5 20/8 32/1
 43/16 46/20 46/25 49/16 50/2 53/22 54/13
 61/21 67/7 67/19 77/2
themselves [3]  76/24 76/25 77/3
then [19]  5/19 8/14 10/1 10/20 14/4 15/6
 15/24 17/2 18/16 29/25 32/12 32/18 36/14
 39/11 39/24 40/22 41/1 41/10 43/16
theory [6]  17/6 17/17 17/19 18/3 18/5 18/7
there [37]  7/13 7/18 7/20 8/5 13/5 14/9 14/17
 15/15 15/18 15/21 17/19 19/5 20/21 27/17
 27/24 28/2 32/18 32/25 33/5 33/17 35/21 36/6
 36/21 41/1 42/14 45/4 47/15 47/23 49/19 66/5
 68/18 70/23 73/14 74/12 74/19 74/24 78/2
There's [4]  15/17 15/19 16/17 68/22
thereafter [1]  17/25
therefore [1]  20/4
these [13]  15/7 19/24 20/18 20/20 21/4 46/16
 68/3 68/10 69/6 69/11 69/23 70/1 77/14
they [34]  6/21 7/1 7/2 7/9 7/20 8/8 10/11
 12/19 12/20 13/23 13/23 20/1 20/4 22/8 26/9
 44/7 46/6 54/23 55/9 56/18 58/17 58/19 58/20
 61/18 65/2 66/6 67/7 67/10 67/18 72/24 73/2
 73/6 77/3 77/4
they're [5]  13/3 14/16 14/16 17/15 17/15 75/16
things [14]  4/13 13/16 14/20 22/14 22/19
 22/21 22/24 24/25 25/8 49/16 65/20 69/15
 69/16 75/15
think [20]  5/21 7/16 10/15 10/16 11/12 11/13
 13/10 16/10 16/12 16/18 22/18 27/8 29/19
 36/3 37/2 48/9 58/24 63/19 65/18 68/15
thinking [1]  30/15
third [1]  32/5
Thirty [1]  32/8
Thirty-three [1]  32/8
this [126]
those [20]  4/23 7/18 8/19 9/1 15/14 17/10
 20/9 22/21 40/2 42/16 43/19 43/21 44/5 45/25
 46/3 46/4 46/7 46/19 55/16 62/16
though [1]  62/7
thought [3]  32/15 33/14 39/16
thousand [1]  41/2
thousands [1]  15/9
three [7]  19/4 19/19 19/20 19/24 24/9 32/8
 75/25
through [6]  6/13 24/10 31/2 69/1 69/7 76/16
Thursday [1]  5/24
thus [1]  34/14
time [30]  5/17 15/3 16/2 16/14 25/15 25/19
 25/20 28/24 29/2 31/15 38/11 39/3 40/7 54/3
 56/7 58/4 58/8 58/16 58/19 59/14 59/17 63/9
 64/12 66/2 66/13 66/13 66/13 69/8 75/2 77/18
times [2]  25/10 60/19
timing [1]  5/13
Title [1]  79/8
today [8]  10/5 16/7 16/22 28/2 36/17 36/21
 58/24 67/22
told [31]  23/11 24/15 24/17 26/8 28/9 31/11
 31/12 31/14 31/24 33/1 33/11 33/17 33/23
 36/11 42/24 46/25 48/5 49/5 50/2 51/5 51/15
 51/20 53/21 54/5 54/21 57/7 58/14 58/16
 58/19 61/21 62/1
tomorrow [5]  14/4 14/6 14/7 14/11 16/19
too [1]  73/2
took [2]  18/10 21/20
top [7]  31/6 31/21 39/17 39/21 48/12 52/3
 70/15

totals [1]  42/4
touch [2]  8/16 29/24
tough [1]  47/3
towards [1]  77/8
transcript [7]  1/9 1/15 10/18 10/18 77/4 79/9
 79/11
transcripts [3]  76/14 76/15 76/24
transfer [5]  17/5 17/18 17/21 17/24 18/1
transferred [1]  17/20
trial [12]  1/12 5/5 5/23 6/2 7/4 14/7 14/8 14/8
 14/15 14/19 18/5 19/16 19/21 24/16 34/14
 43/5 76/20 76/21
trick [1]  47/22
tricky [2]  46/8 59/20
tried [1]  15/23
trike [1]  25/20
true [17]  18/12 22/24 27/22 28/15 34/15 42/9
 51/9 51/14 53/21 54/5 57/22 60/4 60/13 63/14
 63/18 64/22 79/8
trust [1]  18/16
truth [2]  62/8 62/8
truthful [3]  62/19 62/20 62/22
try [2]  25/5 47/13
trying [4]  22/18 47/22 62/11 69/16
TUESDAY [2]  4/1 9/23
Tui [5]  6/17 6/18 8/15 19/4 20/16
turn [1]  44/16
tweeting [2]  26/3 76/20
tweets [11]  25/13 25/19 26/2 26/16 26/17
 26/19 27/3 76/19 76/23 77/2 77/14
Twenty [1]  5/7
Twenty-eight [1]  5/7
Twitter [1]  25/11
two [43]  6/19 7/8 7/18 8/5 9/1 9/3 9/11 11/8
 13/2 13/16 13/20 15/11 15/14 15/18 15/19
 15/24 16/16 22/12 23/21 23/24 24/3 24/15
 24/22 25/3 28/6 28/10 28/15 30/17 39/13
 41/16 41/24 43/13 44/5 49/19 53/23 54/8 54/9
 54/19 55/4 55/9 55/13 73/5 75/15
two witnesses [1]  11/8
two-sided [1]  41/16
type [1]  15/2

**U**

U.S [2]  76/8 79/17
under [13]  5/22 8/15 19/22 21/20 22/17 32/18
 45/16 46/5 48/1 49/13 75/17 75/18 77/25
underneath [1]  33/10
understand [14]  7/16 9/10 12/12 23/4 23/7
 35/11 35/15 50/5 51/3 55/2 57/4 57/13 60/5
 72/12
understanding [7]  28/18 32/5 50/6 50/25 56/3
 56/22 60/3
understood [17]  8/22 9/9 9/16 11/12 12/7
 31/8 53/24 54/11 55/9 55/14 56/7 56/14 56/17
 57/8 57/20 58/1 64/10
undue [2]  10/23 77/17
Unfortunately [1]  55/1
UNITED [14]  1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
 4/3 4/6 6/8 76/15 79/8 79/12
unlimited [1]  11/25
unsure [4]  35/1 35/9 35/10 39/13
until [8]  10/6 14/4 17/10 21/2 52/12 57/9 75/5
 75/7
up [22]  4/13 4/17 4/25 5/4 5/5 9/25 13/15
 14/20 24/1 37/21 47/4 47/12 48/10 48/12
 50/12 52/2 57/22 60/15 65/13 70/5 71/1 72/2
upon [1]  17/7
upper [4]  71/23 73/8 73/20 74/9
upset [1]  58/14
upside [1]  70/24
urgent [1]  60/17
us [3]  18/9 53/15 70/5
use [3]  14/15 16/3 66/12
used [2]  15/15 22/23
using [1]  54/14

**V**

Vague [1]  59/14

**V**

**variety [1]** 12/23
**various [1]** 24/25
**versus [3]** 4/4 6/8 76/15
**very [8]** 10/14 13/16 16/9 16/25 52/21 58/14 59/20 59/20
**via [8]** 13/25 66/7 66/7 66/8 66/8 66/9 66/18 66/18
**violation [5]** 11/21 19/6 19/7 58/8 59/1
**Virtually [1]** 12/25
**voicemails [1]** 15/21
**voiding [1]** 8/15
**voir [2]** 53/1 77/12
**VOL [1]** 1/12
**volunteered [1]** 61/20
**vs [1]** 1/10

**W**

**wait [2]** 16/15 64/3
**walk [1]** 31/2
**walking [1]** 26/22
**want [12]** 5/17 10/19 13/4 14/1 14/10 16/11 20/5 25/7 30/14 46/13 53/19 76/2
**wanted [9]** 16/13 26/17 26/20 26/21 26/22 26/23 27/2 49/3 64/11
**wants [2]** 5/15 8/23
**was [124]**
**Was Marchino [1]** 18/18
**wasn't [8]** 5/3 5/12 5/13 48/25 62/6 62/18 63/9 69/13
**water [1]** 44/10
**way [6]** 5/13 24/19 25/8 26/13 35/23 50/5
**ways [1]** 77/4
**we [85]**
**we'll [2]** 4/24 38/4
**we're [3]** 5/4 5/22 36/1
**website [4]** 66/8 66/9 66/9 66/19
**Wednesday [1]** 9/23
**week [5]** 5/14 5/19 9/22 9/24 17/18
**weeks [8]** 22/12 23/16 23/21 23/24 24/3 24/15 24/23 25/4
**weight [1]** 10/23
**Weiner [5]** 4/15 12/5 12/8 12/19 12/24
**welcome [1]** 17/1
**well [37]** 4/11 5/1 5/11 11/7 12/14 21/1 22/9 22/23 23/1 23/3 24/1 24/5 24/18 25/7 25/10 25/20 27/2 27/25 35/3 35/11 40/3 42/11 48/10 49/4 50/6 55/3 56/3 60/25 67/11 68/13 68/25 70/12 70/15 70/23 76/23 77/2 77/11
**went [5]** 18/14 18/15 18/15 35/7 47/4
**were [59]** 6/11 6/21 7/1 7/2 7/9 7/13 7/18 7/20 8/1 8/3 8/5 8/19 9/5 12/13 13/23 15/8 19/4 19/5 20/4 22/2 22/25 26/2 26/3 26/4 27/5 27/17 27/24 28/3 28/7 31/20 33/23 34/5 42/14 42/16 45/1 45/16 48/5 49/24 50/3 50/17 54/3 54/7 54/10 54/11 54/22 54/23 55/9 58/17 58/20 60/3 63/12 64/10 64/20 64/23 66/24 68/3 68/3 68/18 76/6
**West [2]** 1/20 2/11
**what [68]** 5/13 5/15 6/14 8/10 9/7 9/10 10/16 11/7 11/14 15/7 17/15 19/8 19/14 22/18 22/22 22/3 24/8 24/12 24/15 25/21 26/3 26/18 26/20 26/22 26/23 27/3 29/21 30/4 32/19 33/1 33/13 33/14 33/16 33/20 34/15 35/9 35/20 35/24 37/21 37/22 38/13 39/15 40/5 40/19 46/4 47/23 51/15 53/8 53/18 53/24 54/12 55/11 56/3 56/22 58/1 58/13 61/18 61/21 62/2 62/6 71/22 72/12 72/14 73/8 74/22 76/11 77/10 77/13
**What's [4]** 34/23 40/22 50/23 63/20
**whatever [1]** 27/11
**when [30]** 4/22 5/9 6/4 9/20 10/12 12/24 12/24 22/2 22/23 24/1 24/13 26/2 27/5 31/25 45/24 46/19 46/25 49/15 50/25 51/19 53/21 56/5 58/24 60/15 62/16 63/5 65/1 66/23 68/8 76/5
**where [11]** 10/19 12/3 18/14 18/15 19/4 33/14 36/6 41/7 70/12 77/22 78/2
**whereby [1]** 59/6

**whether [11]** 9/5 13/7 13/8 17/25 23/16 35/4 37/23 47/20 55/16 66/10 77/21
**which [13]** 4/17 9/2 10/16 10/24 15/12 15/23 18/9 20/23 37/17 41/25 52/3 53/17 55/13
**while [5]** 38/12 47/11 54/6 64/10 65/11
**Whiteside [21]** 27/22 28/4 28/8 28/12 28/17 28/18 29/4 51/6 51/10 51/16 56/15 56/18 56/22 58/6 58/22 59/1 59/4 60/16 65/7 68/17 71/25
**Whiteside's [1]** 58/16
**Whitley [1]** 19/22
**who [13]** 7/15 7/19 8/6 8/19 9/6 19/4 20/10 23/11 35/3 63/1 63/16 73/20 74/9
**whole [1]** 62/8
**whose [1]** 30/18
**why [20]** 17/5 17/12 20/17 23/7 30/6 30/6 31/2 32/25 33/2 33/5 33/9 33/17 36/10 42/25 46/14 48/22 56/22 62/3 62/7 62/16
**will [49]** 4/17 5/14 6/4 8/12 8/17 9/14 10/23 11/5 11/17 14/6 16/3 16/6 16/15 16/24 18/25 20/9 20/12 21/2 21/6 23/15 28/22 31/17 34/1 34/16 35/18 35/25 36/4 39/2 39/6 40/8 45/14 47/7 47/20 52/8 52/9 53/4 60/8 62/14 62/24 64/3 64/8 67/24 71/17 75/4 75/5 75/19 76/23 77/3 77/17
**wishes [1]** 78/5
**withdraw [1]** 8/20
**withdrawn [1]** 9/2
**within [4]** 16/14 24/7 42/23 68/1
**without [3]** 18/13 49/1 74/21
**witness [26]** 6/3 10/13 14/17 19/13 19/16 20/19 20/21 21/16 24/16 29/13 29/17 30/10 32/9 38/10 38/23 44/18 52/23 54/17 64/11 69/4 69/9 75/11 76/13 76/18 77/12
**witnesses [5]** 3/4 3/10 4/20 11/8 26/3
**won't [3]** 5/7 5/8 21/1
**word [3]** 22/23 49/13 54/14
**words [1]** 55/2
**worse [1]** 77/3
**would [56]** 5/11 5/14 5/19 8/7 8/10 10/7 10/16 10/17 10/24 10/25 11/8 11/8 11/18 13/14 14/22 25/24 29/25 33/1 33/12 35/25 37/3 37/4 37/15 37/16 37/25 38/2 40/11 40/12 40/13 44/16 46/12 48/1 53/22 54/7 55/8 55/13 56/18 58/21 59/6 64/1 64/5 64/6 66/18 67/18 72/18 72/21 72/24 73/2 73/11 73/18 74/6 75/17 75/21 76/18 77/11 78/3
**wouldn't [1]** 14/21
**write [2]** 29/8 29/9
**writing [2]** 9/15 21/5
**written [5]** 24/18 32/18 32/25 48/16 57/14
**wrong [3]** 18/4 31/3 72/13
**wrote [3]** 33/12 41/3 60/1
**WYMAN [11]** 2/5 4/6 18/2 30/24 44/2 44/6 46/2 46/18 54/6 61/15 67/3

**X**

**X-Law [2]** 17/21 17/22

**Y**

**yeah [1]** 26/22
**year [1]** 43/17
**years [7]** 28/7 28/10 28/15 30/17 43/13 73/5 77/7
**yes [197]**
**yesterday [1]** 13/18
**York [6]** 6/20 7/19 8/7 9/4 9/7 9/12
**you [453]**
**you included [1]** 33/2
**you're [7]** 9/8 17/1 17/11 33/22 43/3 43/4 77/16
**You've [2]** 25/8 30/20
**your [214]**
**your relationship [1]** 23/3