1       **UNITED STATES DISTRICT COURT**

2    **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3      **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4

5    UNITED STATES OF AMERICA,              )
                                            )
6                   Plaintiff,              )   <u>**CERTIFIED TRANSCRIPT**</u>
                                            )
7         vs.                               )   Case No.
                                            )   SACR-19-00061-JVS
8    MICHAEL JOHN AVENATTI,                 )
                                            )   **TRIAL DAY 15**
9                   Defendant.              )   **VOLUME 2**
                                            )

10

11

12

13

14

15              REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                 THURSDAY, AUGUST 5, 2021

17                         1:33 P.M.

18                   SANTA ANA, CALIFORNIA

19

20

21

22

23   _____

24            **DEBBIE HINO-SPAAN, CSR 7953, CRR**
                FEDERAL OFFICIAL COURT REPORTER
25             411 WEST 4TH STREET, ROOM 1-053
                    SANTA ANA, CA 92701
                   dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

1              **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4              NICOLA T. HANNA
               United States Attorney
5              BY:  BRETT SAGEL
                    Assistant United States Attorney
6              411 West 4th Street
               Suite 8000
7              Santa Ana, California 92701
               714-338-3598
8              brett.sagel@usdoj.gov

9              NICOLA T. HANNA
               United States Attorney
10             BY:  ALEXANDER WYMAN
                    Assistant United States Attorney
11             312 North Spring Street
               Suite 1100
12             Los Angeles, California 90012
               213-894-2435
13             alex.wyman@usdoj.gov

14   **FOR THE DEFENDANT IN PRO SE:**

15             MICHAEL JOHN AVENATTI, ESQ.

16

     **STANDBY COUNSEL FOR MR. AVENATTI:**

17

               H. DEAN STEWARD LAW OFFICES
18             BY:  H. DEAN STEWARD, ESQ.
               17 Corporate Plaza
19             Suite 254
               Newport Beach, California 92660
20             949-481-4900
               deansteward7777@gmail.com

21

22

23

24

25


                    **UNITED STATES DISTRICT COURT**

1                              **I N D E X**

2

3    **WITNESSES**                                                    **PAGE**

4    **GREGORY A. BARELA, JR., CALLED BY THE GOVERNMENT**
          Cross-Examination by Mr. Avenatti (resumed)           4

5

6

7

8

9

10

11

12

13

14

15
                              **EXHIBITS**
16

17                                                    **IN**      **WITHDRAWN OR**
     **EXHIBIT**                                      **EVIDENCE**  **REJECTED**
18
     1059      Document                               17
19
     1060      Document                               17
20
     1061      Document                               20
21

22

23

24

25

1          SANTA ANA, CALIFORNIA; THURSDAY, AUGUST 5, 2021

2                            1:33 P.M.

3                             - - -

4

01:33PM  5          **(In the presence of the jury.)**

6          THE COURT:  Good afternoon, ladies and gentlemen.

7          **(The jury collectively responded "Good afternoon.")**

8          THE COURT:  Mr. Avenatti.

9          <u>GREGORY A. BARELA JR., WITNESS, RESUMED THE STAND</u>

01:33PM 10                  CROSS-EXAMINATION (resumed)

11  BY MR. AVENATTI:

12  Q     Good afternoon, Mr. Barela.

13  A     Good afternoon.

14  Q     You recall that right before we broke for lunch, we were

01:33PM 15  talking about your text to me on November 15, 2018.  Do you

16  recall that?

17  A     I do.

18  Q     I now want to back up about six months and ask you about

19  a document that Mr. Sagel asked you about, Exhibit 208.  Could

01:33PM 20  you please turn to Exhibit 208.

21          And if we could please have the top of the e-mail,

22  Ms. Hernandez.

23          Do you recall that Mr. Sagel asked you a number of

24  questions about this e-mail.  Do you remember that?

01:34PM 25  A     Yes.

```
 1              MR. AVENATTI:  Okay.  And maybe we can also blow up
 2    the portion immediately below this.
 3    Q    And the date of this is May 15th, 2018.  Am I correct?
 4    A    You are correct.
 5    Q    Do you see that, sir?
 6    A    I can.
 7    Q    And Mr. Sagel asked you why you sent this e-mail to me.
 8    Do you remember that?
 9    A    Yes.
10    Q    And your response under oath was that you sent this
11    e-mail because you didn't believe that anything was getting
12    done on the matters that you needed me to work on.  Do you
13    remember that?
14    A    Yes.
15    Q    I want to ask you about something that happened the next
16    day, May 16th.  Please turn to Exhibit 176, the collection of
17    the text messages that Mr. Sagel asked you a lot of questions
18    about.
19    A    Okay.
20    Q    Go to page 36 of 47.
21    A    Okay.
22    Q    Go to line 437.
23    A    Okay.
24    Q    You were so concerned that no work was getting done on
25    any of your matters that you asked me to go play golf; right?
```

01:34PM (line 5)
01:35PM (line 10)
01:35PM (line 15)
01:36PM (line 20)
01:37PM (line 25)

```
 1              THE COURT:  Mr. Avenatti, why don't you lower your
 2      voice a little bit, please.
 3              MR. AVENATTI:  I'm sorry.  I didn't mean to raise it
 4      so loud, Your Honor.  I apologize.
 5   Q    Mr. Barela, if that was too loud, I apologize to you.
 6              Mr. Barela, you were so concerned about no work
 7      getting done on any of your matters, that on May 16th you sent
 8      me a text message inviting me to go play golf; isn't that true?
 9   A    It's true.  That's where I do a lot of business.
10   Q    And let's take a look at the text messages immediately
11      above that that you were not asked about on direct.  Right
12      after you asked me if I golfed, you said:
13              "I know you're way too busy to worry about
14              stuff like that, but with Citibank, when they come
15              out, we're taking them golfing one day.  Wanted to
16              see if you were interested.  Understand if you're
17              not."
18              Do you see that?
19   A    I do.
20   Q    And I responded four minutes later, "Prob have to pass on
21      golf."
22              Right?
23   A    Yes.
24   Q    And you responded, "Understand, with have the whole
25      Citibank team coming to your office."
```

01:37PM (line 5)
01:37PM (line 10)
01:38PM (line 15)
01:38PM (line 20)
01:38PM (line 25)

1          What did you mean by that, "With have the whole

2    Citibank team coming to your office"?

3    A    We had the Wirecard group with Citibank coming to your

4    office.

01:39PM 5    Q    And the group was coming to the office in connection with

6    the Quix Supply business; right?

7    A    Correct.

8    Q    You continued:

9          "The international vice president of

01:39PM 10         marketing is the main guy that's going to head up

11         the meeting.  He's a big-time golfer.  I'm putting

12         them on Shady Canyon with a few pros."

13         What did you mean by that?

14   A    We were inviting them to Shady Canyon.  We got them a tee

01:39PM 15   time, and we had a couple of pro guys that were going to do

16   some training with them.

17   Q    What's Shady Canyon?

18   A    It's a golf course.  Private club.

19   Q    And then let's see -- well, strike that.

01:39PM 20         Do you recall that after I turned you down for the

21   trip to Shady Canyon to play golf, that I did agree to meet

22   with you about the business?

23   A    I don't recall.  I'd have to see something.

24   Q    Okay.  Well, turn to the preceding page, 35 of 47.  And

01:40PM 25   take a look at lines 431 and 432, please.

```
 1   A     I see it.

 2   Q     Again, we're on May 16th, "See you tomorrow."

 3              And I responded, "Thanks."  Right?

 4   A     Yeah.

 5   Q     Did we meet on May 17th?

 6   A     I don't recall.

 7   Q     But I did not join you for golf; right?

 8   A     That's correct.

 9   Q     Now, I want to go back to this meeting in December that

10   we were talking about before the lunch break and that Mr. Sagel

11   asked you about on direct.

12              Can you see that there, sir?

13   A     I can.

14              MR. AVENATTI:  For the record, it's page 52 of the

15   transcript from yesterday.

16   Q     Mr. Sagel asked you:

17              "Did the defendant unlock the door for you."

18              "ANSWER:  "He did."

19              "QUESTION:  "When you met with him, did he go

20        over the settlement agreement with you?"

21              "ANSWER:  "Yes."

22              And above that at line 11:

23              "When you met with the defendant to go over

24        the settlement agreement, who else was there?"

25              And you answered, "No one."
```

01:40PM  5
01:41PM 10
01:42PM 15
01:42PM 20
01:42PM 25

```
  1              Right?

  2    A    Correct.

  3    Q    Was that truthful testimony when you gave it yesterday?

  4    A    Yes.

01:42PM 5  Q    So when you came to meet with me at the office to go over

  6    the settlement agreement, there was nobody else in the office;

  7    correct?

  8    A    Correct.

  9    Q    It was just you and me?

01:42PM 10 A    Yes, it was.

 11    Q    You're certain about that?

 12    A    Yes.  Well, let me correct that.  I couldn't see the

 13    offices in the back because we were in the front.  But I didn't

 14    see anybody in the front of the office or at the reception

01:43PM 15 counter.

 16    Q    You didn't see anybody else in the office when you were

 17    there to meet me that day; correct?

 18    A    Correct.

 19    Q    Do you recall meeting with the Government in connection

01:43PM 20 with this case?

 21    A    Yes.

 22    Q    How many times?

 23    A    Maybe four, five.

 24    Q    Each time that they met with you, did they explain to you

01:43PM 25 that it was important for you to tell them the truth, meaning
```

1    the agents and the AUSAs that you were meeting with?

2    A     Yes.

3    Q     Did they explain to you that it could be a crime if you

4    purposely deceived them?

01:43PM 5    A     Of course.

6    Q     When you met with them on these four or five occasions,

7    were you as truthful with them as you've been with the jury?

8    A     Yes.

9    Q     In your mind, the importance of you being truthful in

01:44PM 10   those meetings was just as important as when you testified

11   before this jury; right?

12   A     Of course.

13   Q     Sir, isn't it true that on March 15th, 2019, you told

14   Mr. Sagel, Mr. Julian Andre, Mr. Kim, Mr. Carlos -- well, and

01:45PM 15   Mr. Carlos -- isn't it true that you told all of those

16   gentlemen that, in fact, Ms. Regnier was present at the time

17   that you signed the settlement agreement?

18   A     I don't recall that.

19          MR. AVENATTI:  Your Honor, can I approach, please?

01:45PM 20          THE COURT:  You may.

21          MR. AVENATTI:  And, Your Honor, during the break I

22   provided a copy to Your Honor's clerk.

23          THE COURT:  Thank you.

24   Q     BY MR. AVENATTI:  Sir, directing your attention to

01:46PM 25   paragraph 10, at the bottom onto the top of the next page, my

```
 1   question to you is, isn't it true that on March 15 --
 2            THE COURT:  Sir, first you need to ask him if it
 3   refreshes his recollection.
 4   Q    BY MR. AVENATTI:  Sir, does that refresh your
 5   recollection that, in fact, you did tell the Government on
 6   March 15, 2019, that Ms. Regnier was present?
 7   A    I'd have to read it first.
 8            Okay.  I read it.
 9   Q    Does that refresh your recollection, that on March 15th
10   you told the Government that Ms. Regnier was present and she
11   was in and out of the conference room when you and I were
12   discussing the settlement agreement?
13   A    I don't recall.
14   Q    Do you deny that you told the Government on March 15th,
15   2019, that Ms. Regnier was in and out of the conference room
16   when you and I were discussing the settlement agreement?  Do
17   you deny that?
18   A    I don't recall.
19   Q    Sir, my question is a little different.  Do you deny that
20   you told two assistant U.S. attorneys and two federal agents on
21   March 15, 2019, that Ms. Regnier was in and out of the
22   conference room on that day in December when you and I were
23   discussing the settlement agreement?
24   A    It's the first time I've seen this document and I don't
25   recall.  I don't remember if I said "yes" or "no."  I can't --
```

01:46PM  5
01:47PM 10
01:47PM 15
01:47PM 20
01:48PM 25

**UNITED STATES DISTRICT COURT**

```
 1    I don't recall that.
 2              MR. AVENATTI:  Your Honor, I'd like to use that
 3    portion of the document, like to publish it.
 4              THE COURT:  Denied.
 5    Q    BY MR. AVENATTI:  Do you recall telling those same agents
 6    and assistant U.S. attorneys that I had told you that you
 7    couldn't get a copy of the settlement agreement because the
 8    copy machine was not working?  Do you recall telling them that
 9    on March 15th, 2019?
10    A    I do, because I remember that.
11    Q    But as you sit -- well, strike that.
12              Does your memory generally get better with time or
13    worse with time?
14              MR. SAGEL:  Objection.  Argumentative.
15              THE COURT:  Overruled.
16              THE WITNESS:  Usually worse.
17    Q    BY MR. AVENATTI:  Your testimony now is that Ms. Regnier
18    was never there; am I correct?
19    A    Yes.
20              MR. SAGEL:  I'd ask that the witness turn over the
21    MOI at this time, Your Honor.
22              THE COURT:  Sir, turn it over.  Thank you.
23    Q    BY MR. AVENATTI:  Do you recall that when you met with
24    those same gentlemen on that same day, you recounted for them,
25    like you did the jury, the story about the reflection in the
```

```
  1   conference room glass involving Mr. Arden and Mr. Ibrahim.
  2   A     I do.
  3   Q     Do you have a recollection that when you met with the
  4   agents and the assistant U.S. attorneys on March 15th, 2019,
01:51PM 5   you also recounted a story for them about a phone call that you
  6   had had on or about November 15th, 2018?  Do you recall that?
  7   A     I do not.
  8   Q     Please take a look at paragraph 44.  And my question is,
  9   does that refresh your recollection?
01:52PM 10   A     Yes, I recall that.
 11   Q     So according to you, on or about November 14th, 2018, you
 12   called Ms. Regnier and you asked for Mr. Arden and Mr. Ibrahim;
 13   correct?
 14   A     Correct.
01:53PM 15   Q     And you were told that Mr. Arden and Mr. Ibrahim were not
 16   available, so you texted Mr. Arden; is that right?
 17   A     That's correct.
 18   Q     And since this was after March of 2018, according to you,
 19   Mr. Ibrahim and Mr. Arden were no longer speaking with you;
01:53PM 20   right?
 21   A     That's correct.
 22   Q     And after you texted Mr. Arden, he responded by calling
 23   you with Mr. Ibrahim on the phone as well as that attorney that
 24   came up during the direct, Evan Jenness; right?
01:53PM 25   A     I believe so.
```

```
 1   Q    Well, that's what you told the federal agents; right?
 2   A    It sounded like.
 3   Q    Well, that's what you told the federal agents, is it not?
 4   You told the federal agents it was Evan Jenness.  Did you not,
 5   sir?
 6   A    I believe so.
 7   Q    Okay.  And you also told the agents that this seems
 8   suspicious to you when all three of them called you, and at
 9   that point you knew that my firm had stole your money.  That's
10   what you told them; right?
11   A    I did.
12   Q    And during the call, you accused the firm of stealing
13   your money; is that right?
14   A    Correct.
15   Q    And Evan Jenness told you on the call that you could not
16   accuse the law firm because it was slander; right?
17   A    Yes.
18   Q    And you responded by telling Ms. Jenness, the attorney,
19   that she had a conflict of interest because she had had three
20   conference calls with you and knew about the Brock matter and
21   waiting for the settlement proceeds; is that right?
22   A    Correct.
23   Q    And after you told Ms. Jenness that, Ms. Jenness,
24   Mr. Arden, and Mr. Ibrahim hung up on you?
25   A    That's correct.
```

01:53PM   5
01:54PM  10
01:54PM  15
01:54PM  20
01:55PM  25

UNITED STATES DISTRICT COURT

```
 1   Q     And that's what happened; right?

 2   A     Yes.

 3   Q     You're sure about that?

 4   A     Yes.

01:55PM 5   Q     Was that the last time you spoke with Evan Jenness?

 6   A     I believe so.

 7   Q     Prior to that call with Ms. Jenness, Mr. Arden, and

 8   Mr. Ibrahim, according to you, when was the last time before

 9   that that you had communicated with Ms. Jenness?

01:56PM 10  A     In regards to the San Diego case.

11   Q     Did you try to call them back after they allegedly hung

12   up on you?

13   A     I don't recall.

14   Q     You then recounted what happened during that call to

01:56PM 15  Mr. Bledsoe, your attorney; is that right?

16   A     Yes.

17           MR. SAGEL:  Objection, Your Honor.  That calls for

18   privileged information.

19           THE COURT:  Sustained.

01:57PM 20  Q     BY MR. AVENATTI:  And during that call, Mr. Arden and

21   Mr. Ibrahim told you, according to you, that Brock did not make

22   the $1.6 million payment; is that correct?

23           MR. SAGEL:  Objection.  Calls for hearsay.

24           THE COURT:  It will be received but not for the

01:58PM 25  truth.
```

```
 1              THE WITNESS:  Can you repeat the question.

 2              MR. AVENATTI:  Can I have it read back, Your Honor?

 3              THE COURT:  You may.

 4              (The record was read as follows:

 5              "And during that call, Mr. Arden and Mr. Ibrahim

 6              told you, according to you, that Brock did not make

 7              the $1.6 million payment; is that correct?")

 8              THE WITNESS:  Yes.

 9    Q    BY MR. AVENATTI:  You're certain about that as well;

10    right?

11    A    Yes.

12    Q    And a few days later you had Mr. Bledsoe write a letter

13    to each of Mr. Arden and Mr. Ibrahim about your settlement;

14    correct?

15    A    I'd have to verify the dates, but I believe so.

16              MR. AVENATTI:  Can I approach, Your Honor?

17              THE COURT:  You may.

18    Q    BY MR. AVENATTI:  Mr. Barela, does this refresh your

19    recollection?

20    A    It does.

21    Q    I'm sorry, it does?

22    A    It does, yes.

23    Q    So on November 19th, you had Mr. Bledsoe send a letter to

24    Mr. Arden and Mr. Ibrahim asking them to confirm that they had

25    represented to you that Brock had not made the $1.6 million
```

01:57PM (line 5)
01:58PM (line 10)
01:58PM (line 15)
01:59PM (line 20)
02:00PM (line 25)

```
 1    payment; correct?
 2    A     That is correct.
 3              MR. AVENATTI:  Your Honor, at this time I'd offer
 4    1059 and 1060.
 5              MR. SAGEL:  He used it to refresh recollection.
 6    It's still hearsay, Your Honor.
 7              THE COURT:  What's your basis for offering these?
 8              MR. AVENATTI:  They're communications with an agent,
 9    Your Honor, as of this date.
10              THE COURT:  Communications with your agent?
11              MR. AVENATTI:  With the firm's agent, Your Honor.
12              THE COURT:  Okay.  It will be received but not for
13    the truth.
14              (Exhibit Numbers 1059 and 1060 received.)
15              MR. AVENATTI:  Thank you, Your Honor.
16              THE COURT:  That's 1060 and 1059.
17    Q     BY MR. AVENATTI:  Can you see that, sir?
18    A     I can.
19    Q     And you knew this letter was going out before it was
20    sent; right?
21    A     Yes.
22    Q     Do you know where Mr. Bledsoe got the information that
23    allegedly Mr. Arden had represented that the money had not been
24    received?
25              MR. SAGEL:  Your Honor, same -- objection.  Calls
```

```
 1    for privileged information.
 2              THE COURT:  Sustained.  To the extent you're
 3    inquiring with respect to his attorney, it's sustained.
 4    Q    BY MR. AVENATTI:  So I've shown you 1059.  That's the
 5    letter to Mr. Arden.  And that's the identical letter to
 6    Mr. Ibrahim; right?
 7    A    Correct.
 8    Q    And according to you, this statement -- well, strike
 9    that.
10              Mr. Barela, the letter reads:
11              "We understand from Mr. Barela that you
12         represented to him that Brock USA did not make the
13         initial $1.6 million payment due under the
14         settlement agreement."
15              Did I read that correctly?
16    A    Yes.
17    Q    Okay.  So that's information, according to this letter,
18    that he got from you; correct?
19    A    Correct.
20    Q    And that's -- you gave him that information?
21    A    Yes.
22    Q    And you claimed that happened on the call; right?
23    A    Yes.
24    Q    And you still claim it happened on the call?
25    A    Yes.
```

1    Q     Did Mr. Arden or Mr. Ibrahim ever respond to that

2    accusation?

3    A     They did not.  I don't believe they did.  I believe they

4    forwarded these to you and you responded.

02:04PM  5              MR. AVENATTI:  Can I approach, Your Honor?

6              THE COURT:  You may.

7              MR. AVENATTI:  Your Honor, the defense offers 1061

8    as impeachment.

9              MR. SAGEL:  Objection.  Hearsay, Your Honor.

02:04PM 10   Impeachment doesn't cover the 800 series of hearsay.  And

11   Rule 16, Your Honor, your Rule 16.

12             MR. AVENATTI:  It's impeachment.

13             THE COURT:  It can be -- you can confront him with

14   the document, but I'm not going to receive it.

02:05PM 15             MR. AVENATTI:  I'm sorry, Your Honor?

16             THE COURT:  You can confront him with the document,

17   but I'm not going to receive it.

18   Q     BY MR. AVENATTI:  Sir, isn't it true that not only did

19   Mr. Arden and Mr. Ibrahim respond, they responded the next day?

02:05PM 20   A     Yes, that's correct.

21   Q     And isn't it true that when they responded the next day,

22   they informed you through your agent, your lawyer, that

23   contrary to the representation that he made, based on what you

24   had told him, that they had made no representations to you

02:06PM 25   relating to the Brock payment under the settlement agreement?

20

| | | |
|---|---|---|
| | 1 | MR. SAGEL:  Objection, Your Honor.  Calls for |
| | 2 | hearsay. |
| | 3 | THE COURT:  Overruled. |
| | 4 | THE WITNESS:  According to them, that's what they |
| 02:06PM | 5 | wrote, yes. |
| | 6 | Q    BY MR. AVENATTI:  And they also claimed, through your |
| | 7 | attorney to you, that you were specifically advised during the |
| | 8 | call by them that they had no knowledge about any issues |
| | 9 | related to payment? |
| 02:07PM | 10 | MR. SAGEL:  Your Honor, we'll withdraw our objection |
| | 11 | to 1061 coming in. |
| | 12 | THE COURT:  1061 will be received. |
| | 13 | **(Exhibit Number 1061 received.)** |
| | 14 | Q    BY MR. AVENATTI:  So I've now put it up on the screen for |
| 02:07PM | 15 | the benefit of the jury.  Can you see that? |
| | 16 | A    I do. |
| | 17 | Q    And this is the letter that you mentioned moments ago |
| | 18 | never came; right? |
| | 19 | A    That's not true.  I said I didn't recall.  I thought you |
| 02:07PM | 20 | sent it, to be honest. |
| | 21 | Q    You were wrong? |
| | 22 | A    I was wrong.  It's Eagan Avenatti letterhead. |
| | 23 | Q    You were wrong on who sent the letter, yes or no? |
| | 24 | MR. SAGEL:  Objection.  Argumentative and asked and |
| 02:08PM | 25 | answered. |

```
 1              THE COURT:  Overruled.
 2   Q    BY MR. AVENATTI:  Yes or no, sir, you were wrong?
 3   A    I was wrong.
 4   Q    And they basically responded and said that what you
 5   claimed happened in the call never happened -- isn't that
 6   true? -- that that's what they claimed?
 7   A    That's what they claim.
 8   Q    Okay.  But you still maintain that what you testified to
 9   the jury earlier is what happened; right?
10   A    It's the truth.
11   Q    And it's the whole truth and nothing but the truth;
12   right?
13   A    So help you God.
14   Q    So to the best of -- well, strike that.
15              So your position is that what Mr. Arden and
16   Mr. Ibrahim attested to by way of this document is false;
17   correct?
18              MR. SAGEL:  Objection.  Calls for speculation.
19              THE COURT:  Overruled.
20              THE WITNESS:  That's correct.
21   Q    BY MR. AVENATTI:  By the way, I wasn't on that call;
22   correct?
23   A    That is correct.
24   Q    Mr. Barela, going back to 1061, you expressed surprise
25   when I handed you that document.  Is that because you've never
```

```
 1  seen this before?
 2  A    No.  I've seen it, but I thought it was from you.  I
 3  didn't recall that it was from them.
 4  Q    You saw it before because it's one of the documents that
 5  the Government showed you when they interviewed you, isn't it?
 6  A    Probably.  But I don't recall.
 7  Q    Take a look at the document, the March 15, 2019 document.
 8  And if I could direct your attention to paragraph 46, and see
 9  if that refreshes your recollection that you were specifically
10  asked about this document when you met with Mr. Sagel and his
11  colleagues.
12  A    That's correct.  That's what I stated.
13  Q    Now, early on in my cross-examination, I asked you
14  whether the *Pirch* case was a fraud case.  Do you remember that?
15  A    I do.
16  Q    And you said you could not remember; is that right?
17  A    That's right.  I don't recall.
18            MR. AVENATTI:  Your Honor, can I approach?
19            THE COURT:  You may.
20  Q    BY MR. AVENATTI:  Mr. Barela, take a look at the document
21  that I've handed you.  And my question to you is, does this
22  refresh your recollection that, in fact, that *Pirch* case was a
23  fraud case?
24  A    That's what it says.  Says "Case of fraud" --
25            THE COURT:  Sir, the question, though, is did it
```

02:10PM 5
02:11PM 10
02:12PM 15
02:13PM 20
02:13PM 25

```
 1   refresh your recollection?

 2            THE WITNESS:  Oh.  Yes.

 3   Q    BY MR. AVENATTI:  And now you recall, in fact, that it

 4   was a fraud case; right?

 5   A    I do, actually.

 6   Q    And you were a defendant in that fraud case; right?

 7   A    Yes, I was one of the defendants.

 8   Q    By the way, what is Pirch?

 9   A    High-end appliance store.

10   Q    I'm sorry?

11   A    A high-end appliance store.

12   Q    Please go to Exhibit 171.

13   A    Okay.

14            MR. AVENATTI:  Can we blow this up at the top,

15   please.

16   Q    This is one of the documents that Mr. Sagel asked you

17   about.  Do you remember that?

18   A    Yes.

19            MR. AVENATTI:  And if we can go to the attached

20   pages.  And I want to blow up the lower right-hand corner of

21   each page.

22   Q    That's the first page.  Those are your initials there on

23   the right-hand corner; right?

24   A    Correct.

25   Q    And they're on the next page as well; correct?
```

```
  1   A     Yes.

  2   Q     And then your signature appears twice on the last page;

  3   correct?

  4   A     Correct.

02:15PM 5   Q     And the reason why your initials are on the right corner

  6   of each page is because that was your custom and practice

  7   whenever you signed a document; correct?

  8   A     Correct.

  9   Q     And the date on this is July 8, 2014; correct?

02:16PM 10   A     Yes.

 11   Q     So before when we were trying to figure out how long it

 12   had been your custom and practice to initial each page, we now

 13   know by way of this document that that was your custom and

 14   practice at least as far back as July of 2014; right?

02:16PM 15   A     Correct.

 16   Q     Now, who signed this document first, you or me?  Or do

 17   you recall?

 18   A     We were sitting there -- I don't recall if it was you or

 19   me.

02:16PM 20   Q     Now, directing your attention to -- well, let me strike

 21   that.

 22         Is it your testimony under oath that this agreement

 23   was never amended in any way?

 24   A     The only amendment that I'm aware of is where I struck --

02:17PM 25   where it says "and to pay bills for cost on time," where I
```

1    initialed it in my customary way.

2    Q    Other than that claimed amendment, you're not aware of

3    any other amendment to this agreement ever.  Am I right about

4    that?

02:17PM 5    A    I'm not aware of any.  I don't recall if we ever did.  I

6    don't think so.

7    Q    How about an addendum, like something that was added to

8    this agreement after the date it was signed?  Is it your

9    testimony that that never happened?

02:17PM 10    A    It is.

11    Q    Mr. Barela, do you recall ever agreeing that I could

12    bring in other attorneys outside of the firm to work on your

13    case in my discretion?

14    A    I don't recall that.

02:18PM 15    Q    That never happened?

16    A    I don't recall that.

17    Q    So to the best of your recollection, it did not happen;

18    correct?

19    A    Correct.

02:18PM 20    Q    Take a look at the last sentence of paragraph 2.

21    A    Page 1?

22    Q    Page 1.

23    A    Number 2, last sentence.  Okay.

24    Q    By the way, this page 2 has your initials in the -- I'm

02:19PM 25    sorry.  Page 1 has your initials in the right-hand corner;

```
 1    right?
 2    A    It does.
 3    Q    All right.  And this last sentence reads:
 4              "In addition, attorney may at any time and at
02:19PM 5        its discretion retain outside counsel whose legal
 6          fees will be deducted from the fees received by
 7          attorney."
 8              Did I read that correctly?
 9    A    You did.
02:19PM 10   Q    So you did agree that in the firm's discretion,
11    additional lawyers could be brought on board to work on your
12    case; isn't that true, yes or no?
13    A    Yes.  That's how --
14    Q    Yes?
02:19PM 15   A    Yes.
16    Q    So you were wrong again; right?  Yes or no?
17    A    Yes, I was wrong.
18    Q    Now, going to page 2, the "Cost, Disbursements and
19    Expenses" paragraph.  Was this paragraph in the agreement when
02:20PM 20   you signed it?
21    A    Yes.
22    Q    And did you understand it when you signed it?
23    A    Yes.
24    Q    Meaning the agreement?
02:20PM 25   A    Yeah.
```

UNITED STATES DISTRICT COURT

```
 1  Q    Is it fair to say that there was no portion of this
 2  agreement that you did not understand when you signed it?
 3  A    I believe you answered all my questions, and so I would
 4  say from what you had explained to me, yes, I believe I
 5  understood the agreement.
 6  Q    Because if you didn't understand it, you wouldn't have
 7  signed it; right?
 8  A    Of -- of course.
 9  Q    Because at the time, your custom and practice was if you
10  didn't understand an agreement, you didn't sign it until you
11  understood it; right?
12  A    I'd check with my attorney.
13           MR. AVENATTI:  Move to strike, Your Honor.
14           THE COURT:  It will be stricken.
15  Q    BY MR. AVENATTI:  Mr. Barela, just answer my question.
16           Your custom and practice, even before you knew me,
17  was that if you didn't understand an agreement, you would not
18  sign it; right?
19  A    Yes.
20  Q    Now, Mr. Sagel asked you about some of the work that was
21  done in the *Pirch* case, that fraud case.  Do you remember
22  Mr. Sagel asking you some questions about that?
23  A    I do.
24  Q    Earlier today?
25  A    Yes.
```

The 02:21PM / 02:22PM timestamps appear at lines 5, 10, 15, 20, 25.

| | |
|---|---|
| 1 | Q    So how did that case begin? |
| 2 | MR. SAGEL:  Objection.  403, Your Honor. |
| 3 | THE COURT:  Overruled. |
| 4 | Q    BY MR. AVENATTI:  I mean -- |
| 02:23PM 5 | A    I don't understand the question. |
| 6 | Q    Here's my question, sir:  You testified before this jury |
| 7 | that there was no work done in that case, and so I'm going to |
| 8 | explore with you what work was done in the case and I'm going |
| 9 | to ask you some questions to see if -- to test your testimony. |
| 02:23PM 10 | So here's my next question. |
| 11 | MR. SAGEL:  Objection.  Move to strike, as all that |
| 12 | is not a question and it's argumentative. |
| 13 | THE COURT:  Preamble will be stricken. |
| 14 | Proceed with the question. |
| 02:23PM 15 | MR. AVENATTI:  Thank you, Your Honor. |
| 16 | THE WITNESS:  Can you repeat the question? |
| 17 | Q    BY MR. AVENATTI:  How many legal filings -- well, strike |
| 18 | that.  Let me ask a simpler question. |
| 19 | As of late January 2019, I no longer represented you |
| 02:23PM 20 | in that case; right? |
| 21 | A    Correct. |
| 22 | Q    And that was not because you asked me to stop |
| 23 | representing you in the case, it was because I asked to stop |
| 24 | representing you in the case; isn't that true? |
| 02:24PM 25 | A    That is correct. |

1    Q    In January 2019, I asked you to allow me to withdraw from

2    representing you in that case; right?

3    A    That is correct.

4    Q    Before late January 2019, you had not asked me to stop

02:24PM 5    representing you in that case; isn't that true?

6    A    That is true.

7    Q    So prior to late January, 2019, what documents were filed

8    against you in that case; do you know?

9    A    I do not.

02:24PM 10   Q    Were there any court hearings before January 2019 in the

11   case?

12   A    I believe there were.

13   Q    How many?

14   A    I don't know.

02:25PM 15   Q    In civil cases like that, parties take what is called

16   discovery.  You're generally familiar with that; right?

17   A    Correct.

18   Q    And that involves taking sworn testimony and exchanging

19   documents and things like that; right?

02:25PM 20   A    Yes.

21   Q    How much of that went on before I asked you to let me no

22   longer represent you in that case?

23   A    I wouldn't know because I didn't even know you were

24   representing me in the case.

02:25PM 25   Q    You're certain about that?

UNITED STATES DISTRICT COURT

```
 1  A    I forwarded you information and I never got anything back.
 2          MR. AVENATTI:  Move to strike as nonresponsive,
 3  Your Honor.
 4          THE COURT:  Will be stricken.
02:25PM  5  Q    BY MR. AVENATTI:  Mr. Barela, it's your testimony under
 6  oath here today that you never knew that I was representing you
 7  in the fraud Pirch case down in San Diego?  Is that your
 8  testimony, sir?
 9  A    It is.
02:26PM 10  Q    Did you ever ask me to represent you in the case?
11  A    Yes, I did.
12  Q    Did I tell you I would represent you in the case?
13  A    You said you would review it.
14  Q    So until January of 2019, you didn't think you had
02:27PM 15  anybody representing you in the case.  Is that your testimony,
16  sir?  Yes or no?
17  A    Yes.
18  Q    So after, according to you, you gave me the information
19  to review, after that initial communication there was never any
02:27PM 20  subsequent communication with my office about the Pirch case.
21  Is that your testimony, sir?
22  A    You've got to be more specific.  Pirch or McCarthy [sic]?
23  Q    I'm sorry?
24  A    Which case?
02:28PM 25  Q    I'm sorry, you said McCarthy.  What's McCarthy?
```

```
  1  A    Or Carthey or whatever it's called.

  2  Q    They're your cases.  What were they called?

  3  A    That was Carthey.  But you were representing me, and I --

  4  I can't even remember which one it was.

02:28PM  5  Q    So I was representing you; right?  I'm sorry.  Strike

  6  that.

  7        Sir, if I heard you correctly, you just said, "You

  8  were representing me."  Was that what you said?  That's a

  9  yes-or-no question.  Is that what you just said, sir?

02:28PM 10  A    Yes.

 11  Q    And it's your recollection there was two cases, Carthey

 12  and then Pirch; right?

 13  A    That were what?

 14  Q    It's your recollection there were two cases.  I think

02:29PM 15  that's what you just said.  Carthey and then Pirch; right?

 16  A    That's what I said.  But --

 17  Q    Okay.  Thank you.  That's what you said.

 18  A    Yeah.

 19        MR. AVENATTI:  Your Honor, can I approach?

02:29PM 20        THE COURT:  You may.

 21  Q    BY MR. AVENATTI:  Sir, the case was titled Carthey v.

 22  Pirch; correct?

 23  A    Yes.

 24  Q    And on January 23, 2019, you signed a document that you

02:30PM 25  knew would be filed in court allowing me to no longer represent
```

UNITED STATES DISTRICT COURT

```
  1    you in that case as your attorney.  Isn't that true?

  2    A    It's true.

  3              MR. AVENATTI:  Your Honor, one moment, please.

  4              (Pause in proceedings.)

02:31PM 5  Q    BY MR. AVENATTI:  Mr. Barela, prior to yesterday, have

  6    you ever been asked any questions under oath relating to my

  7    representation of you in the Carthey v Pirch matter?

  8    A    Any question --

  9    Q    Yes or no?

02:32PM 10 A    Can you ask the question again, please.

  11   Q    Sure.

  12             Prior to yesterday, when Mr. Sagel first brought up

  13   this topic, had you ever been asked any questions under oath

  14   relating to my representation of you in the Carthey v. Pirch

02:32PM 15 matter?

  16   A    I don't recall any time.

  17   Q    Isn't it true that when you met with the federal agents

  18   on March 19th, you informed them that, in fact, I had filed at

  19   least one document on your behalf in that case as your lawyer?

02:33PM 20 A    Yes.  That's correct.

  21   Q    Now, Mr. Sagel asked you a number of questions about Quix

  22   Supply.  Do you recall that?

  23   A    I do.

  24   Q    And what is or was Quix Supply?

02:34PM 25 A    Quix is an app that works for the construction industry as
```

```
 1   Amazon does to the consumer.
 2   Q    And is that your main line of work now, working at Quix?
 3   A    It's still in the start-up stages, but yes.
 4   Q    And when you were attempting to establish Quix, was it
 5   your company?
 6   A    Yes.
 7   Q    A hundred percent?
 8   A    No.
 9   Q    Whose company was it?
10   A    Multiple partners that were sweat equity partners.
11   Q    I think I saw him -- his name somewhere.  I saw a
12   gentleman by the name of Steve Ross.  Was he part of the
13   company?
14   A    Yes.  In the beginning.
15   Q    When did he stop being part of the company?
16            MR. SAGEL:  Objection.  403 at this point,
17   Your Honor.
18            THE COURT:  Sustained.
19   Q    BY MR. AVENATTI:  You remember when Mr. Sagel asked you
20   about that text message that you sent me right after your
21   criminal sentencing?  I think he asked you about that earlier
22   today.  Do you remember that?
23   A    Briefly.  Kind of, yes.
24   Q    Yeah.  And it was the one where you said, "It's really
25   important that I meet with you.  Can we meet tomorrow?"  I'm
```

```
 1   paraphrasing.  Do you remember that?
 2   A     Yes.
 3   Q     All right.  That meeting was about Quix Supply; right?
 4   A     I believe so.
 5   Q     Yeah.  It was about the fact that you had just been
 6   ordered not to have any contact with Steve Ross as part of your
 7   felony probation, and you wanted to continue to work with him
 8   in connection with Quix.  That's what that meeting was about,
 9   wasn't it, Mr. Barela?
10   A     I don't recall that.
11   Q     You don't recall you and I ever having a conversation
12   about the fact that a Superior Court judge in San Diego had
13   just told you not to have any business dealings with Steve
14   Ross, and you wanted to ignore that order?  You don't recall
15   that conversation?
16   A     That wasn't how the conversation went.
17   Q     But it was about Steve Ross, wasn't it?
18   A     It definitely was.
19   Q     And after that conversation, did you ever have any
20   business dealings with Steve Ross in violation of your
21   probation?  Any business dealings at all, Mr. Barela?
22   A     I did not.
23   Q     I'm sorry?
24   A     I did not.
25   Q     So as of that date of that order, you told Mr. Ross he
```

**UNITED STATES DISTRICT COURT**

|  | 1 | was no longer involved in Quix; right? |

```
 1   was no longer involved in Quix; right?

 2   A    We had to unwind everything, yes.

 3   Q    You told Mr. Ross he was no longer involved in the

 4   company; right?

 5   A    Absolutely.

 6   Q    All right.  And you had no further business dealings with

 7   Mr. Ross at all.  Is that your testimony under oath, sir?

 8   A    That is correct.

 9   Q    And that is why you sent me that text message that it was

10   urgent that you speak with me; correct?

11   A    I don't think that's the case, but...

12   Q    You don't recall us meeting in the small conference room

13   in my office about that topic the next day, sir?

14            MR. SAGEL:  Objection.  Asked and answered.

15            THE COURT:  Overruled.

16            THE WITNESS:  I do recall that.

17            MR. AVENATTI:  One moment, please, Your Honor.

18            (Pause in proceedings.)

19   Q    BY MR. AVENATTI:  Mr. Barela, how often would you

20   estimate for the jury you were in the offices of Eagan Avenatti

21   during the year 2018?

22   A    I would say at least once every other week, sometimes

23   twice.

24   Q    Sometimes multiple days a week; isn't that true?

25   A    That is correct.
```

Timestamps in left margin: 02:37PM (line 5), 02:37PM (line 10), 02:37PM (line 15), 02:39PM (line 20), 02:39PM (line 25)

```
 1    Q     Was there ever a time that you asked to be able to use
 2    our offices and you were told "No"?
 3    A     Never.
 4    Q     And when you were in the offices, you had the ability to
02:40PM 5    ask individuals working in the office for assistance, making
 6    copies and things like that; correct?
 7    A     Correct.
 8    Q     And you would do that in connection with the work you
 9    were doing in the office for your start-up business; right?
02:40PM 10   A     Correct.
11    Q     And you would meet with individuals who traveled from out
12    of town in our offices for the purposes of your business;
13    right?
14    A     Correct.  Our business.
02:40PM 15   Q     And when you were in the office, who did you
16    predominantly deal with when you were physically there in
17    person?
18    A     The receptionist.  I can't remember her name.
19    Q     Emily?
02:41PM 20   A     I don't know.
21    Q     Did you deal with Ms. Regnier?
22    A     I did from time to time.
23    Q     But you can't recall the other person you dealt with?
24    A     I can't remember her name.  The one that had the baby.
02:41PM 25   Q     And how would you arrange to have access to the offices?
```

| | | |
|---|---|---|
| 1 | A | With Ms. Regeer [sic]. |
| 2 | Q | I'm sorry? |
| 3 | A | With Ms. Regeer, Julie. |
| 4 | Q | With Julie? |
| 02:41PM 5 | A | Jill.  What's her name?  Regeer. |
| 6 | Q | Judy Regnier? |
| 7 | A | Judy Regnier.  Sorry. |

8  Q    Now, we're going to get into a number of these text

9  messages in 176 momentarily, but I have a preliminary question

02:42PM 10  that I want to ask.

11          On direct examination this morning from Mr. Sagel,

12  you were asked about various text messages where you said that

13  you were proud of me and things of that nature.  Do you recall

14  that?

02:42PM 15  A    I do.

16  Q    And text messages where you were complimenting me on my

17  work.  Do you remember that?

18  A    I do.

19  Q    And Mr. Sagel asked you what those text messages related

02:42PM 20  to, and you said it related to what you understood to be my

21  efforts getting you the Brock settlement money.  Do you

22  remember that?

23  A    Yes.

24  Q    All right.  Was that 100 percent truthful and accurate to

02:43PM 25  this jury this morning when you told them that?

A     Yes.

Q     So every instance in these text messages where you say that you're proud of me and you're enthusiastic about the work that I'm doing, it all relates to the work I was doing in connection with Brock.  That's your testimony in front of the jury; is that right?

A     No, that is not.

Q     I thought that's what you just said.  Am I wrong?  Yes or no, am I wrong?

A     You're wrong.

Q     That's what you told Mr. Sagel earlier today; correct?

A     Per that one text message.

Q     Let's go to Exhibit 176.

A     Okay.

Q     I want to ask you about this text message that Mr. Sagel did not ask you about, Number 2, dated October 31st, 2018.

A     Page 2?

Q     Page 3 of 47.

A     Page 3 of 47.  Okay.  Which line?

Q     Line 2.

A     Line 2.

        MR. AVENATTI:  Maybe we can blow it up.  It's going to be tough, but, Ms. Hernandez, maybe we can just blow up the second and the third column.  Actually, I'm sorry, the timestamp column and the subject column.  Okay.

```
 1  Q    Now, that is a text message that you sent as of

 2  October 31st, 2018; am I correct?

 3  A    You are correct.

 4  Q    All right.  And the body of the text message says, "K,

 5  Michael.  Another door knocker.  Love you."

 6            Did I read that correctly?

 7  A    You did.

 8  Q    And there's a picture there; right?

 9  A    Correct.

10  Q    And what is in the picture?

11  A    It's political door knockers that were on the democratic

12  party that were rooting for you.

13  Q    And you sent me this on October 31st, 2018; right?

14  A    Correct.

15  Q    And there's a number of other text messages within this

16  exhibit where you say you're rooting for me and you're proud of

17  me, and things of that nature, and this topic is what those

18  relate to.  It's not about me trying to get your Brock

19  settlement money.  Isn't that true, sir?

20  A    It's a mix of both.

21  Q    But when Mr. Sagel asked you about those messages, you

22  didn't tell him it was a mix of them, did you?  Yes or no?

23            MR. SAGEL:  Objection.  Misstates the question and

24  answer, which the witness has already stated.

25            THE COURT:  Overruled.
```

**UNITED STATES DISTRICT COURT**

```
 1   Q    BY MR. AVENATTI:  Yes or no?

 2   A    Repeat the question.

 3             MR. AVENATTI:  Can I have it read back, Your Honor?

 4             THE COURT:  You may.

02:47PM  5             (The record was read as follows:

 6             "But when Mr. Sagel asked you about those messages,

 7             you didn't tell him it was a mix of them, did you?

 8             'Yes' or 'no'?")

 9             THE WITNESS:  No.

02:47PM 10   Q    BY MR. AVENATTI:  Let's take a look at line 524.

11   A    What page?

12   Q    Page 41 of 47.

13   A    What number again?  I'm sorry.

14   Q    524.

02:48PM 15   A    524.  Yep.

16   Q    It's another message that you were not asked about on

17   direct.

18             Is this a text message that you sent to me on or

19   about March 24, 2018?

02:48PM 20   A    It is.

21   Q    Can you please read that into the record.

22   A    Absolutely.

23             "Watching everything unfold.  Big stuff.

24             Great meeting today and will send you a few cool

02:49PM 25             things tomorrow.  Good luck this weekend with the
```

|  |  |
|---|---|
| 1 | *60 Minutes*.  We're going to have a watch party for |
| 2 | you here at my home.  This is so big with QX" -- |
| 3 | meaning Quix -- "You are doing a great job and keep |
| 4 | it up.  When you can -- when can we talk again? |
| 02:49PM 5 | Let me know what works for you.  Thanks again for |
| 6 | all your support.  Greg." |
| 7 | Q    That text message had nothing to do with Brock, did it? |
| 8 | A    It did not. |
| 9 | Q    I want to ask you about another text message, 135.  By |
| 02:49PM 10 | the way, before we get to that -- sir, it's going to be on |
| 11 | page 19 of 47. |
| 12 | A    Okay. |
| 13 | Q    Mr. Barela, do you have any idea how many communications |
| 14 | that you had with me where I texted you or called you during |
| 02:50PM 15 | the year 2018? |
| 16 | A    I'd have to count.  Probably 100. |
| 17 | Q    A hundred text messages or a hundred calls or a hundred |
| 18 | text and calls? |
| 19 | A    From me to you or from you to me? |
| 02:50PM 20 | Q    Communications where I sent you a text message or an |
| 21 | e-mail or called you on the phone. |
| 22 | A    I would guess around 100 between everything. |
| 23 | Q    For the entire year.  That's your best estimate, 100? |
| 24 | A    I would guesstimate. |
| 02:50PM 25 | Q    And that would be your guesstimate? |

```
 1   A     Yes.  Which is a lot.

 2   Q     Now, let's go to line 135.

 3   A     Okay.

 4              MR. AVENATTI:  If we can blow that up.

 5   Q     On or about September 26, 2019, you sent me a text that

 6   reads, "I feel like a level 5 girlfriend?  Let me know when you

 7   can talk.  Thanks.  LOL."

 8              Did I read that correctly?

 9   A     You did.

10   Q     And, in fact, sir, in 2018, you were trying to leverage

11   my reputation in order to get Wirecard to come onboard and

12   purchase Quix or provide funding to the company; isn't that

13   true?  Yes or no?

14   A     Yes.

15   Q     And at the time you understood that Wirecard was an

16   international company based in Germany that was worth billions

17   of dollars; right?

18   A     Correct.

19   Q     Let's go to line 167, please, on page 20 of 47.

20   A     Okay.

21   Q     This is another text message that you sent me on

22   September 14th, 2018; correct?

23   A     Correct.

24   Q     Please read what you wrote me.

25   A     "Give me a buzz when you can.  I have a meeting
```

**UNITED STATES DISTRICT COURT**

```
 1          with Brian at 10:00 a.m. tomorrow.  I was hoping to
 2          have the MOU" -- Memorandum of Understanding --
 3          "with Wirecard before I meet with him, if you have a
 4          chance.  Thanks.  I know you've been busy.  I hate
 5          Tucker.  My wife and I feel he is so rude.  Good
 6          luck with all things going on.  Thanks again,
 7          Michael."
 8  Q    Actually, it reads, "Good luck with all this going on";
 9  right?
10  A    Oh, yeah, "with all this going on."  Sorry.  This mask is
11  getting blurry.
12  Q    And that was only three days before the sentencing
13  hearing in San Diego; right?
14  A    Correct.
15  Q    And Mr. Sagel asked you a number of questions about some
16  text messages around your sentencing.  Do you remember that?
17  A    Yes.
18  Q    And we were in contact -- well, strike that.
19          I did not represent you in connection with your
20  criminal case in San Diego, did I?
21  A    You did not.
22  Q    Another attorney did; right?
23  A    Correct.
24  Q    And the $80,000 that you had to borrow, that was to pay
25  the elderly victims and your attorney; right?
```

02:53PM  5
02:54PM 10
02:54PM 15
02:54PM 20
02:55PM 25

```
 1   A     Incorrect.  Partial.

 2   Q     The majority of that money went to pay the elderly

 3   victims; right?

 4   A     64,000.

 5   Q     So would that be, "yes," the majority went to pay the

 6   elderly victims?

 7   A     Yes.

 8   Q     Thank you.

 9         I may have asked this, and if I did, I apologize,

10   but I think it may be confusing.  Ms. Evan Jenness never ended

11   up representing you in that case, did she?

12   A     She did not.

13   Q     Let's go to 194.  I'm sorry, page 22 of 47.

14   A     I'm there.

15   Q     That reads -- well, strike that.

16         This is a text message you sent to me on or about

17   September 1st, 2018; is it not?

18   A     That is correct.

19   Q     And you write:

20         "All so thanks for everything.  Love what you

21         are doing.  Keep pushing forward.  You got this.

22         Really, Michael.  I am so proud of you.  G."

23              MR. SAGEL:  Misread the document.

24              MR. AVENATTI:  Maybe my glasses aren't powerful

25   enough, Your Honor.
```

```
1              MR. SAGEL:  There's no "so" in that text.

2    Q    BY MR. AVENATTI:  Sir, what's the second word there?

3    A    "I am proud of you."

4    Q    No.  After the word "all."

5    A    "All so thanks for everything."

6              MR. SAGEL:  That's not where you read.

7    Q    BY MR. AVENATTI:

8              "You got this.  Really, Michael.  I am proud of you.

9    G."

10             Did I read that correctly?

11   A    Yes, you did.

12   Q    That wasn't referring to Brock and me attempting to get

13   your money from Brock, was it, sir?

14   A    It was not.

15   Q    Take a look at 283, please, and 282, page 27 of 47.

16   A    Yep.

17   Q    On July 30th you sent me a text message:

18             "Michael, we just got great news.  We got an

19        e-mail from Wirecard.  The international CEO is

20        coming out on the 7th and the 8th.  If we're

21        available, they want to meet with us and take this

22        program international.  I want to make sure you're

23        available."

24             Did I read that correctly?

25   A    You did.
```

02:57PM (line 5)
02:57PM (line 10)
02:57PM (line 15)
02:58PM (line 20)
02:59PM (line 25)

**UNITED STATES DISTRICT COURT**

Q    And I responded approximately 22 minutes later.  I'm
sorry, about 12 minutes later.  Do you see that?

A    Yep.

Q    "I can be available on the 8th if it is crucial.
     I have to move some things, so this needs to be a
     solid meeting."

     Do you see that?

A    I do.

Q    And then you responded to that above.  You said:

     "Understand.  Don't move anything till I have
     100 percent confirmation.  If he comes out, I need
     you for sure.  We have one shot."

     Did I read that correctly?

A    You did.

Q    Please go to page 29 of 47.

          THE COURT:  I think we're going to stop here for
today.

          Ladies and gentlemen, we'll resume tomorrow morning
at 9:00 o'clock for a regular day.  Please remember the
admonition not to discuss the case with anyone, not to form any
opinions on the issues of the case until it's given to you,
and, please, no overnight research.

          See you in the morning.  Have a good evening.

          THE COURTROOM DEPUTY:  All rise.

          **(Out of the presence of the jury.)**

1    MR. SAGEL:  May the witness step down, Your Honor?

2    THE COURT:  Yes, sir.

3    You may step down, sir.

4    The Ninth Circuit issued new pattern fraud

03:01PM  5  instructions for Pattern Instruction 8.121 through 8.124.  I

6  believe Ms. Bredahl sent those out to you.

7    MR. WYMAN:  She did, Your Honor.

8    THE COURT:  Okay.

9    MR. AVENATTI:  Yes.

03:01PM 10   THE COURT:  Then we'll be in recess -- or adjourned.

11   **(Proceedings concluded at 3:01 p.m.)**

12   **--oOo--**

13

14

15

16

17

18

19

20

21

22

23

24

25

1              *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  August 5, 2021*

16

17

18

19                            */S/ DEBBIE HINO-SPAAN*

20                            *Debbie Hino-Spaan, CSR No. 7953*
                              *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$80,000** [1] - 43:24

## '

**'no'** [1] - 40:8
**'yes'** [1] - 40:8

## /

**/S** [1] - 48:19

## 1

**1** [3] - 25:21, 25:22, 25:25
**1-053** [1] - 1:24
**1.6** [4] - 15:22, 16:7, 16:25, 18:13
**10** [1] - 10:25
**100** [5] - 37:24, 41:16, 41:22, 41:23, 46:11
**1059** [5] - 3:18, 17:4, 17:14, 17:16, 18:4
**1060** [4] - 3:19, 17:4, 17:14, 17:16
**1061** [6] - 3:20, 19:7, 20:11, 20:12, 20:13, 21:24
**10:00** [1] - 43:1
**11** [1] - 8:22
**1100** [1] - 2:11
**12** [1] - 46:2
**135** [2] - 41:9, 42:2
**14th** [2] - 13:11, 42:22
**15** [6] - 1:8, 4:15, 11:1, 11:6, 11:21, 22:7
**15th** [7] - 5:3, 10:13, 11:9, 11:14, 12:9, 13:4, 13:6
**16** [2] - 19:11
**167** [1] - 42:19
**16th** [3] - 5:16, 6:7, 8:2
**17** [3] - 2:18, 3:18, 3:19
**171** [1] - 23:12
**176** [3] - 5:16, 37:9, 38:13
**17th** [1] - 8:5
**19** [1] - 41:11
**194** [1] - 44:13
**19th** [2] - 16:23, 32:18
**1:33** [2] - 1:16, 4:2
**1st** [1] - 44:17

## 2

**2** [9] - 1:9, 25:20, 25:23, 25:24, 26:18,

**20** [2] - 3:20, 42:19
**2014** [2] - 24:9, 24:14
**2018** [14] - 4:15, 5:3, 13:6, 13:11, 13:18, 35:21, 38:16, 39:2, 39:13, 40:19, 41:15, 42:10, 42:22, 44:17
**2019** [15] - 10:13, 11:6, 11:15, 11:21, 12:9, 13:4, 22:7, 28:19, 29:1, 29:4, 29:7, 29:10, 30:14, 31:24, 42:5
**2021** [3] - 1:15, 4:1, 48:15
**208** [2] - 4:19, 4:20
**213-894-2435** [1] - 2:12
**22** [2] - 44:13, 46:1
**23** [1] - 31:24
**24** [1] - 40:19
**254** [1] - 2:19
**26** [1] - 42:5
**27** [1] - 45:15
**28** [1] - 48:8
**282** [1] - 45:15
**283** [1] - 45:15
**29** [1] - 46:15

## 3

**3** [2] - 38:18, 38:19
**30th** [1] - 45:17
**312** [1] - 2:11
**31st** [3] - 38:16, 39:2, 39:13
**35** [1] - 7:24
**36** [1] - 5:20
**3:01** [1] - 47:11

## 4

**4** [1] - 3:4
**403** [2] - 28:2, 33:16
**41** [1] - 40:12
**411** [2] - 1:24, 2:6
**431** [1] - 7:25
**432** [1] - 7:25
**437** [1] - 5:22
**44** [1] - 13:8
**46** [1] - 22:8
**47** [10] - 5:20, 7:24, 38:18, 38:19, 40:12, 41:11, 42:19, 44:13, 45:15, 46:15
**4th** [1] - 2:6
**4TH** [1] - 1:24

## 5

**5** [4] - 1:15, 4:1, 42:6, 48:15
**52** [1] - 8:14
**524** [3] - 40:10, 40:14, 40:15

## 6

**60** [1] - 41:1
**64,000** [1] - 44:4

## 7

**714-338-3598** [1] - 2:7
**753** [1] - 48:8
**7953** [2] - 1:23, 48:20
**7th** [1] - 45:20

## 8

**8** [1] - 24:9
**8.121** [1] - 47:5
**8.124** [1] - 47:5
**800** [1] - 19:10
**8000** [1] - 2:6
**8th** [2] - 45:20, 46:4

## 9

**90012** [1] - 2:12
**92660** [1] - 2:19
**92701** [2] - 1:25, 2:7
**949-481-4900** [1] - 2:20
**9:00** [1] - 46:19

## A

**a.m** [1] - 43:1
**ability** [1] - 36:4
**able** [1] - 36:1
**above-entitled** [1] - 48:11
**absolutely** [2] - 35:5, 40:22
**access** [1] - 36:25
**according** [9] - 13:11, 13:18, 15:8, 15:21, 16:6, 18:8, 18:17, 20:4, 30:18
**accurate** [1] - 37:24
**accusation** [1] - 19:2
**accuse** [1] - 14:16
**accused** [1] - 14:12
**added** [1] - 25:7
**addendum** [1] - 25:7
**addition** [1] - 26:4
**additional** [1] - 26:11

**adjourned** [1] - 47:10
**admonition** [1] - 46:20
**advised** [1] - 20:7
**afternoon** [4] - 4:6, 4:7, 4:12, 4:13
**agent** [4] - 17:8, 17:10, 17:11, 19:22
**agents** [9] - 10:1, 11:20, 12:5, 13:4, 14:1, 14:3, 14:4, 14:7, 32:17
**ago** [1] - 20:17
**agree** [2] - 7:21, 26:10
**agreeing** [1] - 25:11
**agreement** [19] - 8:20, 8:24, 9:6, 10:17, 11:12, 11:16, 11:23, 12:7, 18:14, 19:25, 24:22, 25:3, 25:8, 26:19, 26:24, 27:2, 27:5, 27:10, 27:17
**alex.wyman@usdoj.gov** [1] - 2:13
**ALEXANDER** [1] - 2:10
**allegedly** [2] - 15:11, 17:23
**allow** [1] - 29:1
**allowing** [1] - 31:25
**Amazon** [1] - 33:1
**amended** [1] - 24:23
**amendment** [3] - 24:24, 25:2, 25:3
**AMERICA** [1] - 1:5
**Ana** [1] - 2:7
**ANA** [3] - 1:17, 1:25, 4:1
**Andre** [1] - 10:14
**ANGELES** [1] - 48:3
**Angeles** [1] - 2:12
**answer** [2] - 27:15, 39:24
**ANSWER** [2] - 8:18, 8:21
**answered** [4] - 8:25, 20:25, 27:3, 35:14
**apologize** [3] - 6:4, 6:5, 44:9
**app** [1] - 32:25
**APPEARANCES** [1] - 2:1
**appliance** [2] - 23:9, 23:11
**approach** [5] - 10:19, 16:16, 19:5, 22:18, 31:19
**Arden** [17] - 13:1, 13:12, 13:15, 13:16, 13:19, 13:22, 14:24, 15:7, 15:20, 16:5,

16:13, 16:24, 17:23, 18:5, 19:1, 19:19, 21:15
**argumentative** [1] - 28:12
**Argumentative** [2] - 12:14, 20:24
**arrange** [1] - 36:25
**assistance** [1] - 36:5
**Assistant** [2] - 2:5, 2:10
**assistant** [3] - 11:20, 12:6, 13:4
**attached** [1] - 23:19
**attempting** [2] - 33:4, 45:12
**attention** [3] - 10:24, 22:8, 24:20
**attested** [1] - 21:16
**Attorney** [4] - 2:4, 2:5, 2:9, 2:10
**attorney** [11] - 13:23, 14:18, 15:15, 18:3, 20:7, 26:4, 26:7, 27:12, 32:1, 43:22, 43:25
**attorneys** [4] - 11:20, 12:6, 13:4, 25:12
**August** [1] - 48:15
**AUGUST** [2] - 1:15, 4:1
**AUSAs** [1] - 10:1
**available** [4] - 13:16, 45:21, 45:23, 46:4
**AVENATTI** [63] - 1:8, 2:15, 2:16, 4:11, 5:1, 6:3, 8:14, 10:19, 10:21, 10:24, 11:4, 12:2, 12:5, 12:17, 12:23, 15:20, 16:2, 16:9, 16:16, 16:18, 17:3, 17:8, 17:11, 17:15, 17:17, 18:4, 19:5, 19:7, 19:12, 19:15, 19:18, 20:6, 20:14, 21:2, 21:21, 22:18, 22:20, 23:3, 23:14, 23:19, 27:13, 27:15, 28:4, 28:15, 28:17, 30:2, 30:5, 31:19, 31:21, 32:3, 32:5, 33:19, 35:17, 35:19, 38:22, 40:1, 40:3, 40:10, 42:4, 44:24, 45:2, 45:7, 47:9
**Avenatti** [5] - 3:4, 4:8, 6:1, 20:22, 35:20
**aware** [3] - 24:24, 25:2, 25:5

## B

**baby** [1] - 36:24
**BARELA** [2] - 3:4, 4:9
**Barela** [16] - 4:12, 6:5,
  6:6, 16:18, 18:10,
  18:11, 21:24, 22:20,
  25:11, 27:15, 30:5,
  32:5, 34:9, 34:21,
  35:19, 41:13
**based** [2] - 19:23,
  42:16
**basis** [1] - 17:7
**Beach** [1] - 2:19
**begin** [1] - 28:1
**beginning** [1] - 33:14
**behalf** [1] - 32:19
**below** [1] - 5:2
**benefit** [1] - 20:15
**best** [3] - 21:14, 25:17,
  41:23
**better** [1] - 12:12
**between** [1] - 41:22
**big** [3] - 7:11, 40:23,
  41:2
**big-time** [1] - 7:11
**billions** [1] - 42:16
**bills** [1] - 24:25
**bit** [1] - 6:2
**Bledsoe** [4] - 15:15,
  16:12, 16:23, 17:22
**blow** [6] - 5:1, 23:14,
  23:20, 38:22, 38:23,
  42:4
**blurry** [1] - 43:11
**board** [1] - 26:11
**body** [1] - 39:4
**borrow** [1] - 43:24
**bottom** [1] - 10:25
**break** [2] - 8:10, 10:21
**Bredahl** [1] - 47:6
**BRETT** [1] - 2:5
**brett.sagel@usdoj.**
  **gov** [1] - 2:8
**Brian** [1] - 43:1
**briefly** [1] - 33:23
**bring** [1] - 25:12
**Brock** [12] - 14:20,
  15:21, 16:6, 16:25,
  18:12, 19:25, 37:21,
  38:5, 39:18, 41:7,
  45:12, 45:13
**broke** [1] - 4:14
**brought** [2] - 26:11,
  32:12
**business** [10] - 6:9,
  7:6, 7:22, 34:13,
  34:20, 34:21, 35:6,
  36:9, 36:12, 36:14

**busy** [2] - 6:13, 43:4
**but..** [1] - 35:11
**buzz** [1] - 42:25
**BY** [33] - 2:5, 2:18, 3:4,
  4:11, 10:24, 11:4,
  12:5, 12:17, 12:23,
  15:20, 16:9, 16:18,
  17:17, 18:4, 19:18,
  20:6, 20:14, 21:2,
  21:21, 22:20, 23:3,
  27:15, 28:4, 28:17,
  30:5, 31:21, 32:5,
  33:19, 35:19, 40:1,
  40:10, 45:2, 45:7

## C

**CA** [1] - 1:25
**California** [4] - 2:7,
  2:12, 2:19, 48:7
**CALIFORNIA** [4] - 1:2,
  1:17, 4:1, 48:4
**CALLED** [1] - 3:4
**Canyon** [4] - 7:12,
  7:14, 7:17, 7:21
**Carlos** [2] - 10:14,
  10:15
**Carthey** [7] - 31:1,
  31:3, 31:11, 31:15,
  31:21, 32:7, 32:14
**Case** [2] - 1:7, 22:24
**case** [38] - 9:20, 15:10,
  22:14, 22:22, 22:23,
  23:4, 23:6, 25:13,
  26:12, 27:21, 28:1,
  28:7, 28:8, 28:20,
  28:23, 28:24, 29:2,
  29:5, 29:8, 29:11,
  29:22, 29:24, 30:7,
  30:10, 30:12, 30:15,
  30:20, 30:24, 31:21,
  32:1, 32:19, 35:11,
  43:20, 44:11, 46:20,
  46:21
**cases** [4] - 29:15,
  31:2, 31:11, 31:14
**Central** [1] - 48:7
**CENTRAL** [1] - 1:2
**CEO** [1] - 45:19
**certain** [3] - 9:11,
  16:9, 29:25
**CERTIFICATE** [1] -
  48:1
**CERTIFIED** [1] - 1:6
**certify** [1] - 48:7
**chance** [1] - 43:4
**check** [1] - 27:12
**Circuit** [1] - 47:4
**Citibank** [4] - 6:14,
  6:25, 7:2, 7:3

**civil** [1] - 29:15
**claim** [2] - 18:24, 21:7
**claimed** [5] - 18:22,
  20:6, 21:5, 21:6,
  25:2
**clerk** [1] - 10:22
**club** [1] - 7:18
**Code** [1] - 48:8
**colleagues** [1] - 22:11
**collection** [1] - 5:16
**collectively** [1] - 4:7
**column** [3] - 38:24,
  38:25
**coming** [6] - 6:25, 7:2,
  7:3, 7:5, 20:11,
  45:20
**communicated** [1] -
  15:9
**communication** [2] -
  30:19, 30:20
**communications** [4] -
  17:8, 17:10, 41:13,
  41:20
**company** [7] - 33:5,
  33:9, 33:13, 33:15,
  35:4, 42:12, 42:16
**complimenting** [1] -
  37:16
**concerned** [2] - 5:24,
  6:6
**concluded** [1] - 47:11
**Conference** [1] -
  48:12
**conference** [6] -
  11:11, 11:15, 11:22,
  13:1, 14:20, 35:12
**confirm** [1] - 16:24
**confirmation** [1] -
  46:11
**conflict** [1] - 14:19
**conformance** [1] -
  48:12
**confront** [2] - 19:13,
  19:16
**confusing** [1] - 44:10
**connection** [6] - 7:5,
  9:19, 34:8, 36:8,
  38:5, 43:19
**construction** [1] -
  32:25
**consumer** [1] - 33:1
**contact** [2] - 34:6,
  43:18
**continue** [1] - 34:7
**continued** [1] - 7:8
**contrary** [1] - 19:23
**conversation** [4] -
  34:11, 34:15, 34:16,
  34:19
**cool** [1] - 40:24

**copies** [1] - 36:6
**copy** [3] - 10:22, 12:7,
  12:8
**corner** [4] - 23:20,
  23:23, 24:5, 25:25
**Corporate** [1] - 2:18
**correct** [67] - 5:3, 5:4,
  7:7, 8:8, 9:2, 9:7,
  9:8, 9:12, 9:17, 9:18,
  12:18, 13:13, 13:14,
  13:17, 13:21, 14:14,
  14:22, 14:25, 15:22,
  16:7, 16:14, 17:1,
  17:2, 18:7, 18:18,
  18:19, 19:20, 21:17,
  21:20, 21:22, 21:23,
  22:12, 23:24, 23:25,
  24:3, 24:4, 24:7,
  24:8, 24:9, 24:15,
  25:18, 25:19, 28:21,
  28:25, 29:3, 29:17,
  31:22, 32:20, 35:8,
  35:10, 35:25, 36:6,
  36:7, 36:10, 36:14,
  38:11, 39:2, 39:3,
  39:9, 39:14, 42:18,
  42:22, 42:23, 43:14,
  43:23, 44:18, 48:9
**correctly** [8] - 18:15,
  26:8, 31:7, 39:6,
  42:8, 45:10, 45:24,
  46:13
**cost** [1] - 24:25
**Cost** [1] - 26:18
**COUNSEL** [2] - 2:1,
  2:16
**counsel** [1] - 26:5
**count** [1] - 41:16
**counter** [1] - 9:15
**COUNTY** [1] - 48:3
**couple** [1] - 7:15
**course** [4] - 7:18,
  10:5, 10:12, 27:8
**court** [2] - 29:10,
  31:25
**Court** [3] - 34:12,
  48:6, 48:20
**COURT** [43] - 1:1,
  1:24, 4:6, 4:8, 6:1,
  10:20, 10:23, 11:2,
  12:4, 12:15, 12:22,
  15:19, 15:24, 16:3,
  16:17, 17:7, 17:10,
  17:12, 17:16, 18:2,
  19:6, 19:13, 19:16,
  20:3, 20:12, 21:1,
  21:19, 22:19, 22:25,
  27:14, 28:3, 28:13,
  30:4, 31:20, 33:18,
  35:15, 39:25, 40:4,

  46:16, 47:2, 47:8,
  47:10, 48:6
**COURTROOM** [1] -
  46:24
**cover** [1] - 19:10
**crime** [1] - 10:3
**criminal** [2] - 33:21,
  43:20
**Cross** [1] - 3:4
**cross** [1] - 22:13
**CROSS** [1] - 4:10
**Cross-Examination**
  [1] - 3:4
**CROSS-**
  **EXAMINATION** [1] -
  4:10
**cross-examination** [1]
  - 22:13
**CRR** [1] - 1:23
**crucial** [1] - 46:4
**CSR** [2] - 1:23, 48:20
**custom** [5] - 24:6,
  24:12, 24:13, 27:9,
  27:16
**customary** [1] - 25:1

## D

**date** [5] - 5:3, 17:9,
  24:9, 25:8, 34:25
**Date** [1] - 48:15
**dated** [1] - 38:16
**dates** [1] - 16:15
**DAY** [1] - 1:8
**days** [3] - 16:12,
  35:24, 43:12
**deal** [2] - 36:16, 36:21
**dealings** [4] - 34:13,
  34:20, 34:21, 35:6
**dealt** [1] - 36:23
**DEAN** [2] - 2:17, 2:18
**deansteward7777@**
  **gmail.com** [1] - 2:20
**Debbie** [1] - 48:20
**DEBBIE** [3] - 1:23,
  48:5, 48:19
**deceived** [1] - 10:4
**December** [2] - 8:9,
  11:22
**deducted** [1] - 26:6
**DEFENDANT** [1] -
  2:14
**Defendant** [1] - 1:9
**defendant** [3] - 8:17,
  8:23, 23:6
**defendants** [1] - 23:7
**defense** [1] - 19:7
**definitely** [1] - 34:18
**democratic** [1] - 39:11
**denied** [1] - 12:4

**deny** [3] - 11:14, 11:17, 11:19
**DEPUTY** [1] - 46:24
**dhinospaan@yahoo.com** [1] - 1:25
**Diego** [5] - 15:10, 30:7, 34:12, 43:13, 43:20
**different** [1] - 11:19
**direct** [6] - 6:11, 8:11, 13:24, 22:8, 37:11, 40:17
**directing** [2] - 10:24, 24:20
**Disbursements** [1] - 26:18
**discovery** [1] - 29:16
**discretion** [3] - 25:13, 26:5, 26:10
**discuss** [1] - 46:20
**discussing** [3] - 11:12, 11:16, 11:23
**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [2] - 48:6, 48:7
**DIVISION** [1] - 1:2
**Document** [3] - 3:18, 3:19, 3:20
**document** [17] - 4:19, 11:24, 12:3, 19:14, 19:16, 21:16, 21:25, 22:7, 22:10, 22:20, 24:7, 24:13, 24:16, 31:24, 32:19, 44:23
**documents** [4] - 22:4, 23:16, 29:7, 29:19
**dollars** [1] - 42:17
**done** [6] - 5:12, 5:24, 6:7, 27:21, 28:7, 28:8
**door** [3] - 8:17, 39:5, 39:11
**down** [4] - 7:20, 30:7, 47:1, 47:3
**due** [1] - 18:13
**during** [9] - 10:21, 13:24, 14:12, 15:14, 15:20, 16:5, 20:7, 35:21, 41:14

**E**

**e-mail** [6] - 4:21, 4:24, 5:7, 5:11, 41:21, 45:19
**Eagan** [2] - 20:22, 35:20
**early** [1] - 22:13
**efforts** [1] - 37:21
**elderly** [1] - 43:25,

44:2, 44:6
**Emily** [1] - 36:19
**end** [2] - 23:9, 23:11
**ended** [1] - 44:10
**enthusiastic** [1] - 38:3
**entire** [1] - 41:23
**entitled** [1] - 48:11
**equity** [1] - 33:10
**ESQ** [2] - 2:15, 2:18
**establish** [1] - 33:4
**estimate** [2] - 35:20, 41:23
**Evan** [5] - 13:24, 14:4, 14:15, 15:5, 44:10
**evening** [1] - 46:23
**EVIDENCE** [1] - 3:17
**examination** [2] - 22:13, 37:11
**Examination** [1] - 3:4
**EXAMINATION** [1] - 4:10
**exchanging** [1] - 29:18
**exhibit** [1] - 39:16
**EXHIBIT** [1] - 3:17
**Exhibit** [7] - 4:19, 4:20, 5:16, 17:14, 20:13, 23:12, 38:13
**EXHIBITS** [1] - 3:15
**Expenses** [1] - 26:19
**explain** [2] - 9:24, 10:3
**explained** [1] - 27:4
**explore** [1] - 28:8
**expressed** [1] - 21:24
**extent** [1] - 18:2

**F**

**fact** [8] - 10:16, 11:5, 22:22, 23:3, 32:18, 34:5, 34:12, 42:10
**fair** [1] - 27:1
**false** [1] - 21:16
**familiar** [1] - 29:16
**far** [1] - 24:14
**Federal** [1] - 48:20
**FEDERAL** [2] - 1:24, 48:5
**federal** [5] - 11:20, 14:1, 14:3, 14:4, 32:17
**fees** [2] - 26:6
**felony** [1] - 34:7
**few** [3] - 7:12, 16:12, 40:24
**figure** [1] - 24:11
**filed** [3] - 29:7, 31:25, 32:18
**filings** [1] - 28:17
**firm** [4] - 14:9, 14:12,

14:16, 25:12
**firm's** [2] - 17:11, 26:10
**first** [6] - 11:2, 11:7, 11:24, 23:22, 24:16, 32:12
**five** [2] - 9:23, 10:6
**follows** [2] - 16:4, 40:5
**FOR** [3] - 2:3, 2:14, 2:16
**foregoing** [1] - 48:9
**form** [1] - 46:20
**format** [1] - 48:11
**forward** [1] - 44:21
**forwarded** [2] - 19:4, 30:1
**four** [3] - 6:20, 9:23, 10:6
**fraud** [8] - 22:14, 22:23, 22:24, 23:4, 23:6, 27:21, 30:7, 47:4
**front** [3] - 9:13, 9:14, 38:5
**funding** [1] - 42:12

**G**

**generally** [2] - 12:12, 29:16
**gentleman** [1] - 33:12
**gentlemen** [4] - 4:6, 10:16, 12:24, 46:18
**Germany** [1] - 42:16
**girlfriend** [1] - 42:6
**given** [1] - 46:21
**glass** [1] - 13:1
**glasses** [1] - 44:24
**God** [1] - 21:13
**golf** [6] - 5:25, 6:8, 6:21, 7:18, 7:21, 8:7
**golfed** [1] - 6:12
**golfer** [1] - 7:11
**golfing** [1] - 6:15
**GOVERNMENT** [1] - 3:4
**Government** [5] - 9:19, 11:5, 11:10, 11:14, 22:5
**great** [3] - 40:24, 41:3, 45:18
**Greg** [1] - 41:6
**GREGORY** [2] - 3:4, 4:9
**group** [2] - 7:3, 7:5
**guess** [1] - 41:22
**guesstimate** [2] - 41:24, 41:25
**guy** [1] - 7:10
**guys** [1] - 7:15

**H**

**hand** [3] - 23:20, 23:23, 25:25
**handed** [2] - 21:25, 22:21
**HANNA** [2] - 2:4, 2:9
**hate** [1] - 43:4
**head** [1] - 7:10
**heard** [1] - 31:7
**hearing** [1] - 43:13
**hearings** [1] - 29:10
**Hearsay** [1] - 19:9
**hearsay** [4] - 15:23, 17:6, 19:10, 20:2
**held** [1] - 48:10
**help** [1] - 21:13
**hereby** [1] - 48:7
**Hernandez** [2] - 4:22, 38:23
**high** [2] - 23:9, 23:11
**high-end** [2] - 23:9, 23:11
**HINO** [3] - 1:23, 48:5, 48:19
**Hino** [1] - 48:20
**HINO-SPAAN** [3] - 1:23, 48:5, 48:19
**Hino-Spaan** [1] - 48:20
**home** [1] - 41:2
**honest** [1] - 20:20
**Honor** [34] - 6:4, 10:19, 10:21, 12:2, 12:21, 15:17, 16:2, 16:16, 17:3, 17:6, 17:9, 17:11, 17:15, 17:25, 19:5, 19:7, 19:9, 19:11, 19:15, 20:1, 20:10, 22:18, 27:13, 28:2, 28:15, 30:3, 31:19, 32:3, 33:17, 35:17, 40:3, 44:25, 47:1, 47:7
**Honor's** [1] - 10:22
**HONORABLE** [1] - 1:3
**hoping** [1] - 43:1
**hundred** [4] - 33:7, 41:17
**hung** [2] - 14:24, 15:11

**I**

**Ibrahim** [15] - 13:1, 13:12, 13:15, 13:19, 13:23, 14:24, 15:8, 15:21, 16:5, 16:13, 16:24, 18:6, 19:1, 19:19, 21:16

**idea** [1] - 41:13
**identical** [1] - 18:5
**ignore** [1] - 34:14
**immediately** [2] - 5:2, 6:10
**impeachment** [3] - 19:8, 19:10, 19:12
**importance** [1] - 10:9
**important** [3] - 9:25, 10:10, 33:25
**IN** [2] - 2:14, 3:17
**incorrect** [1] - 44:1
**individuals** [2] - 36:5, 36:11
**industry** [1] - 32:25
**information** [7] - 15:18, 17:22, 18:1, 18:17, 18:20, 30:1, 30:18
**informed** [2] - 19:22, 32:18
**initial** [3] - 18:13, 24:12, 30:19
**initialed** [1] - 25:1
**initials** [4] - 23:22, 24:5, 25:24, 25:25
**inquiring** [1] - 18:3
**instance** [1] - 38:2
**Instruction** [1] - 47:5
**instructions** [1] - 47:5
**interest** [1] - 14:19
**interested** [1] - 6:16
**international** [4] - 7:9, 42:16, 45:19, 45:22
**interviewed** [1] - 22:5
**inviting** [2] - 6:8, 7:14
**involved** [2] - 35:1, 35:3
**involves** [1] - 29:18
**involving** [1] - 13:1
**issued** [1] - 47:4
**issues** [2] - 20:8, 46:21

**J**

**JAMES** [1] - 1:3
**January** [7] - 28:19, 29:1, 29:4, 29:7, 29:10, 30:14, 31:24
**Jenness** [10] - 13:24, 14:4, 14:15, 14:18, 14:23, 15:5, 15:7, 15:9, 44:10
**Jill** [1] - 37:5
**job** [1] - 41:3
**JOHN** [2] - 1:8, 2:15
**join** [1] - 8:7
**JR** [2] - 3:4, 4:9
**judge** [1] - 34:12

**JUDGE** [1] - 1:3
**Judicial** [1] - 48:12
**Judy** [1] - 37:6
**judy** [1] - 37:7
**Julian** [1] - 10:14
**Julie** [2] - 37:3, 37:4
**July** [3] - 24:9, 24:14, 45:17
**jury** [12] - 4:5, 4:7, 10:7, 10:11, 12:25, 20:15, 21:9, 28:6, 35:20, 37:25, 38:6, 46:25

**K**

**keep** [2] - 41:3, 44:21
**Kim** [1] - 10:14
**kind** [1] - 33:23
**knocker** [1] - 39:5
**knockers** [1] - 39:11
**knowledge** [1] - 20:8

**L**

**ladies** [2] - 4:6, 46:18
**last** [6] - 15:5, 15:8, 24:2, 25:20, 25:23, 26:3
**late** [3] - 28:19, 29:4, 29:7
**LAW** [1] - 2:17
**law** [1] - 14:16
**lawyer** [2] - 19:22, 32:19
**lawyers** [1] - 26:11
**least** [3] - 24:14, 32:19, 35:22
**legal** [2] - 26:5, 28:17
**letter** [9] - 16:12, 16:23, 17:19, 18:5, 18:10, 18:17, 20:17, 20:23
**letterhead** [1] - 20:22
**level** [1] - 42:6
**leverage** [1] - 42:10
**line** [9] - 5:22, 8:22, 33:2, 38:19, 38:20, 38:21, 40:10, 42:2, 42:19
**lines** [1] - 7:25
**LOL** [1] - 42:7
**look** [8] - 6:10, 7:25, 13:8, 22:7, 22:20, 25:20, 40:10, 45:15
**LOS** [1] - 48:3
**Los** [1] - 2:12
**loud** [2] - 6:4, 6:5
**love** [2] - 39:5, 44:20
**lower** [2] - 6:1, 23:20

**luck** [3] - 40:25, 43:6, 43:8
**lunch** [2] - 4:14, 8:10

**M**

**machine** [1] - 12:8
**mail** [6] - 4:21, 4:24, 5:7, 5:11, 41:21, 45:19
**main** [2] - 7:10, 33:2
**maintain** [1] - 21:8
**majority** [2] - 44:2, 44:5
**March** [12] - 10:13, 11:1, 11:6, 11:9, 11:14, 11:21, 12:9, 13:4, 13:18, 22:7, 32:18, 40:19
**marketing** [1] - 7:10
**mask** [1] - 4:18
**matter** [4] - 14:20, 32:7, 32:15, 48:11
**matters** [3] - 5:12, 5:25, 6:7
**McCarthy** [3] - 30:22, 30:25
**mean** [4] - 6:3, 7:1, 7:13, 28:4
**meaning** [3] - 9:25, 26:24, 41:3
**meet** [9] - 7:21, 8:5, 9:5, 9:17, 33:25, 36:11, 43:3, 45:21
**meeting** [10] - 7:11, 8:9, 9:19, 10:1, 34:3, 34:8, 35:12, 40:24, 42:25, 46:6
**meetings** [1] - 10:10
**Memorandum** [1] - 43:2
**memory** [1] - 12:12
**mentioned** [1] - 20:17
**message** [15] - 6:8, 33:20, 35:9, 38:12, 38:15, 39:1, 39:4, 40:16, 40:18, 41:7, 41:9, 41:20, 42:21, 44:16, 45:17
**messages** [12] - 5:17, 6:10, 37:9, 37:12, 37:16, 37:19, 38:2, 39:15, 39:21, 40:6, 41:17, 43:16
**met** [8] - 8:19, 8:23, 9:24, 10:6, 12:23, 13:3, 22:10, 32:17
**MICHAEL** [2] - 1:8, 2:15
**Michael** [5] - 39:5,

43:7, 44:22, 45:8, 45:18
**million** [4] - 15:22, 16:7, 16:25, 18:13
**mind** [1] - 10:9
**minutes** [3] - 6:20, 46:1, 46:2
**Minutes** [1] - 41:1
**misread** [1] - 44:23
**misstates** [1] - 39:23
**mix** [3] - 39:20, 39:22, 40:7
**MOI** [1] - 12:21
**moment** [2] - 32:3, 35:17
**momentarily** [1] - 37:9
**moments** [1] - 20:17
**money** [7] - 14:9, 14:13, 17:23, 37:21, 39:19, 44:2, 45:13
**months** [1] - 4:18
**morning** [4] - 37:11, 37:25, 46:18, 46:23
**MOU** [1] - 43:2
**move** [5] - 27:13, 28:11, 30:2, 46:5, 46:10
**MR** [82] - 2:16, 4:11, 5:1, 6:3, 8:14, 10:19, 10:21, 10:24, 11:4, 12:2, 12:5, 12:14, 12:17, 12:20, 12:23, 15:17, 15:20, 15:23, 16:2, 16:9, 16:16, 16:18, 17:3, 17:5, 17:8, 17:11, 17:15, 17:17, 17:25, 18:4, 19:5, 19:7, 19:9, 19:12, 19:15, 19:18, 20:1, 20:6, 20:10, 20:14, 20:24, 21:2, 21:18, 21:21, 22:18, 22:20, 23:3, 23:14, 23:19, 27:13, 27:15, 28:2, 28:4, 28:11, 28:15, 28:17, 30:2, 30:5, 31:19, 31:21, 32:3, 32:5, 33:16, 33:19, 35:14, 35:17, 35:19, 38:22, 39:23, 40:1, 40:3, 40:10, 42:4, 44:23, 44:24, 45:1, 45:2, 45:6, 45:7, 47:1, 47:7, 47:9
**multiple** [2] - 33:10, 35:24

**N**

**name** [5] - 33:11, 33:12, 36:18, 36:24, 37:5
**nature** [2] - 37:13, 39:17
**need** [2] - 11:2, 46:11
**needed** [1] - 5:12
**needs** [1] - 46:5
**never** [12] - 12:18, 20:18, 21:5, 21:25, 24:23, 25:9, 25:15, 30:1, 30:6, 30:19, 36:3, 44:10
**new** [1] - 47:4
**Newport** [1] - 2:19
**news** [1] - 45:18
**next** [7] - 5:15, 10:25, 19:19, 19:21, 23:25, 28:10, 35:13
**NICOLA** [2] - 2:4, 2:9
**Ninth** [1] - 47:4
**nobody** [1] - 9:6
**nonresponsive** [1] - 30:2
**North** [2] - 2:11
**nothing** [2] - 21:11, 41:7
**November** [4] - 4:15, 13:6, 13:11, 16:23
**Number** [2] - 20:13, 38:16
**number** [7] - 4:23, 25:23, 32:21, 37:8, 39:15, 40:13, 43:15
**Numbers** [1] - 17:14

**O**

**o'clock** [1] - 46:19
**oath** [6] - 5:10, 24:22, 30:6, 32:6, 32:13, 35:7
**objection** [14] - 12:14, 15:17, 15:23, 17:25, 19:9, 20:1, 20:10, 20:24, 21:18, 28:2, 28:11, 33:16, 35:14, 39:23
**occasions** [1] - 10:6
**October** [3] - 38:16, 39:2, 39:13
**OF** [7] - 1:2, 1:5, 1:14, 2:1, 48:1, 48:3, 48:4
**offer** [1] - 17:3
**offering** [1] - 17:7
**offers** [1] - 19:7
**office** [13] - 6:25, 7:2, 7:4, 7:5, 9:5, 9:6,

9:14, 9:16, 30:20, 35:13, 36:5, 36:9, 36:15
**OFFICES** [1] - 2:17
**offices** [6] - 9:13, 35:20, 36:2, 36:4, 36:12, 36:25
**Official** [1] - 48:20
**OFFICIAL** [3] - 1:24, 48:1, 48:5
**often** [1] - 35:19
**onboard** [1] - 42:11
**once** [1] - 35:22
**one** [13] - 6:15, 8:25, 22:4, 23:7, 23:16, 31:4, 32:3, 32:19, 33:24, 35:17, 36:24, 38:12, 46:12
**oOo** [1] - 47:12
**opinions** [1] - 46:21
**OR** [1] - 3:17
**order** [3] - 34:14, 34:25, 42:11
**ordered** [1] - 34:6
**outside** [2] - 25:12, 26:5
**overnight** [1] - 46:22
**overruled** [7] - 12:15, 20:3, 21:1, 21:19, 28:3, 35:15, 39:25

**P**

**p.m** [1] - 47:11
**P.M** [2] - 1:16, 4:2
**page** [26] - 5:20, 7:24, 8:14, 10:25, 23:21, 23:22, 23:25, 24:2, 24:6, 24:12, 25:21, 25:22, 25:24, 25:25, 26:18, 38:17, 38:18, 38:19, 40:11, 40:12, 41:11, 42:19, 44:13, 45:15, 46:15, 48:11
**PAGE** [1] - 3:3
**pages** [1] - 23:20
**paragraph** [8] - 10:25, 13:8, 22:8, 25:20, 26:19
**paraphrasing** [1] - 34:1
**part** [3] - 33:12, 33:15, 34:6
**partial** [1] - 44:1
**parties** [1] - 29:15
**partners** [1] - 33:10
**party** [2] - 39:12, 41:1
**pass** [1] - 6:20
**pattern** [1] - 47:4
**Pattern** [1] - 47:5

**Pause** [2] - 32:4, 35:18
**pay** [4] - 24:25, 43:24, 44:2, 44:5
**payment** [6] - 15:22, 16:7, 17:1, 18:13, 19:25, 20:9
**per** [1] - 38:12
**percent** [3] - 33:7, 37:24, 46:11
**person** [2] - 36:17, 36:23
**phone** [3] - 13:5, 13:23, 41:21
**physically** [1] - 36:16
**picture** [2] - 39:8, 39:10
**Pirch** [12] - 22:14, 22:22, 23:8, 27:21, 30:7, 30:20, 30:22, 31:12, 31:15, 31:22, 32:7, 32:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**play** [3] - 5:25, 6:8, 7:21
**Plaza** [1] - 2:18
**point** [2] - 14:9, 33:16
**political** [1] - 39:11
**portion** [3] - 5:2, 12:3, 27:1
**position** [1] - 21:15
**powerful** [1] - 44:24
**practice** [5] - 24:6, 24:12, 24:14, 27:9, 27:16
**preamble** [1] - 28:13
**preceding** [1] - 7:24
**predominantly** [1] - 36:16
**preliminary** [1] - 37:9
**presence** [2] - 4:5, 46:25
**present** [3] - 10:16, 11:6, 11:10
**president** [1] - 7:9
**private** [1] - 7:18
**privileged** [2] - 15:18, 18:1
**PRO** [1] - 2:14
**pro** [1] - 7:15
**Prob** [1] - 6:20
**probation** [2] - 34:7, 34:21
**proceed** [1] - 28:14
**Proceedings** [1] - 47:11
**proceedings** [3] - 32:4, 35:18, 48:10
**PROCEEDINGS** [1] -

1:14
**proceeds** [1] - 14:21
**program** [1] - 45:22
**pros** [1] - 7:12
**proud** [6] - 37:13, 38:3, 39:16, 44:22, 45:3, 45:8
**provide** [1] - 42:12
**provided** [1] - 10:22
**publish** [1] - 12:3
**purchase** [1] - 42:12
**purposely** [1] - 10:4
**purposes** [1] - 36:12
**pursuant** [1] - 48:8
**pushing** [1] - 44:21
**put** [1] - 20:14
**putting** [1] - 7:11

## Q

**QUESTION** [1] - 8:19
**questions** [9] - 4:24, 5:17, 27:3, 27:22, 28:9, 32:6, 32:13, 32:21, 43:15
**Quix** [11] - 7:6, 32:21, 32:24, 32:25, 33:2, 33:4, 34:3, 34:8, 35:1, 41:3, 42:12
**QX** [1] - 41:2

## R

**raise** [1] - 6:3
**read** [16] - 11:7, 11:8, 16:2, 16:4, 18:15, 26:8, 39:6, 40:3, 40:5, 40:21, 42:8, 42:24, 45:6, 45:10, 45:24, 46:13
**reads** [5] - 18:10, 26:3, 42:6, 43:8, 44:15
**really** [1] - 33:24, 44:22, 45:8
**REALTIME** [1] - 48:5
**reason** [1] - 24:5
**receive** [2] - 19:14, 19:17
**received** [7] - 15:24, 17:12, 17:14, 17:24, 20:12, 20:13, 26:6
**reception** [1] - 9:14
**receptionist** [1] - 36:18
**recess** [1] - 47:10
**recollection** [13] - 11:3, 11:5, 11:9, 13:3, 13:9, 16:19, 17:5, 22:9, 22:22,

23:1, 25:17, 31:11, 31:14
**record** [4] - 8:14, 16:4, 40:5, 40:21
**recounted** [3] - 12:24, 13:5, 15:14
**referring** [1] - 45:12
**reflection** [1] - 12:25
**refresh** [7] - 11:4, 11:9, 13:9, 16:18, 17:5, 22:22, 23:1
**refreshes** [1] - 11:3, 22:9
**regards** [1] - 15:10
**Regeer** [3] - 37:1, 37:3, 37:5
**Regnier** [10] - 10:16, 11:6, 11:10, 11:15, 11:21, 12:17, 13:12, 36:21, 37:6, 37:7
**regular** [1] - 46:19
**regulations** [1] - 48:12
**REJECTED** [1] - 3:17
**relate** [1] - 39:18
**related** [3] - 20:9, 37:19, 37:20
**relates** [1] - 38:4
**relating** [3] - 19:25, 32:6, 32:14
**remember** [19] - 4:24, 5:8, 5:13, 11:25, 12:10, 22:14, 22:16, 23:17, 27:21, 31:4, 33:19, 33:22, 34:1, 36:18, 36:24, 37:17, 37:22, 43:16, 46:19
**repeat** [3] - 16:1, 28:16, 40:2
**reported** [1] - 48:10
**REPORTER** [3] - 1:24, 48:1, 48:6
**Reporter** [1] - 48:20
**REPORTER'S** [1] - 1:14
**represent** [5] - 29:22, 30:10, 30:12, 31:25, 43:19
**representation** [3] - 19:23, 32:7, 32:14
**representations** [1] - 19:24
**represented** [4] - 16:25, 17:23, 18:12, 28:19
**representing** [11] - 28:23, 28:24, 29:2, 29:5, 29:24, 30:6, 30:15, 31:3, 31:5, 31:8, 44:11
**reputation** [1] - 42:11

**research** [1] - 46:22
**respect** [1] - 18:3
**respond** [2] - 19:1, 19:19
**responded** [12] - 4:7, 6:20, 6:24, 8:3, 13:22, 14:18, 19:4, 19:19, 19:21, 21:4, 46:1, 46:9
**response** [1] - 5:10
**resume** [1] - 46:18
**resumed** [2] - 3:4, 4:10
**RESUMED** [1] - 4:9
**retain** [1] - 26:5
**review** [2] - 30:13, 30:19
**right-hand** [3] - 23:20, 23:23, 25:25
**rise** [1] - 46:24
**room** [5] - 11:11, 11:15, 11:22, 13:1, 35:12
**ROOM** [1] - 1:24
**rooting** [2] - 39:12, 39:16
**Ross** [8] - 33:12, 34:6, 34:14, 34:17, 34:20, 34:25, 35:3, 35:7
**rude** [1] - 43:5
**Rule** [2] - 19:11

## S

**SACR-19-00061-JVS** [1] - 1:7
**Sagel** [21] - 4:19, 4:23, 5:7, 5:17, 8:10, 8:16, 10:14, 22:10, 23:16, 27:20, 27:22, 32:12, 32:21, 33:19, 37:11, 37:19, 38:11, 38:15, 39:21, 40:6, 43:15
**SAGEL** [21] - 2:5, 12:14, 12:20, 15:17, 15:23, 17:5, 17:25, 19:9, 20:1, 20:10, 20:24, 21:18, 28:2, 28:11, 33:16, 35:14, 39:23, 44:23, 45:1, 45:6, 47:1
**San** [5] - 15:10, 30:7, 34:12, 43:13, 43:20
**SANTA** [3] - 1:17, 1:25, 4:1
**Santa** [1] - 2:7
**saw** [3] - 22:4, 33:11
**screen** [1] - 20:14
**SE** [1] - 2:14
**second** [2] - 38:24,

45:2
**Section** [1] - 48:8
**see** [17] - 5:5, 6:16, 6:18, 7:19, 7:23, 8:1, 8:12, 9:12, 9:14, 9:16, 17:17, 20:15, 22:8, 28:9, 46:2, 46:7, 46:23
**See** [1] - 8:2
**SELNA** [1] - 1:3
**send** [2] - 16:23, 40:24
**sent** [17] - 5:7, 5:10, 6:7, 17:20, 20:20, 20:23, 33:20, 35:9, 39:1, 39:13, 40:18, 41:20, 42:5, 42:21, 44:16, 45:17, 47:6
**sentence** [3] - 25:20, 25:23, 26:3
**sentencing** [3] - 33:21, 43:12, 43:16
**September** [3] - 42:5, 42:22, 44:17
**series** [1] - 19:10
**settlement** [14] - 8:20, 8:24, 9:6, 10:17, 11:12, 11:16, 11:23, 12:7, 14:21, 16:13, 18:14, 19:25, 37:21, 39:19
**Shady** [4] - 7:12, 7:14, 7:17, 7:21
**shot** [1] - 46:12
**showed** [1] - 22:5
**shown** [1] - 18:4
**sic** [1] - 30:22
**sic]** [1] - 37:1
**sign** [2] - 27:10, 27:18
**signature** [1] - 24:2
**signed** [9] - 10:17, 24:7, 24:16, 25:8, 26:20, 26:22, 27:2, 27:7, 31:24
**simpler** [1] - 28:18
**sit** [1] - 12:11
**sitting** [1] - 24:18
**six** [1] - 4:18
**slander** [1] - 14:16
**small** [1] - 35:12
**solid** [1] - 46:6
**sometimes** [2] - 35:22, 35:24
**somewhere** [1] - 33:11
**sorry** [16] - 6:3, 16:21, 19:15, 23:10, 25:25, 30:23, 30:25, 31:5, 34:23, 37:2, 37:7, 38:24, 40:13, 43:10, 44:13, 46:2

sounded [1] - 14:2
SOUTHERN [1] - 1:2
Spaan [1] - 48:20
SPAAN [3] - 1:23, 48:5, 48:19
speaking [1] - 13:19
specific [1] - 30:22
specifically [2] - 20:7, 22:9
speculation [1] - 21:18
Spring [1] - 2:11
stages [1] - 33:3
STAND [1] - 4:9
STANDBY [1] - 2:16
start [2] - 33:3, 36:9
start-up [2] - 33:3, 36:9
STATE [1] - 48:4
statement [1] - 18:8
STATES [2] - 1:1, 1:5
States [7] - 2:4, 2:5, 2:9, 2:10, 48:6, 48:8, 48:13
stealing [1] - 14:12
stenographically [1] - 48:10
step [2] - 47:1, 47:3
Steve [5] - 33:12, 34:6, 34:13, 34:17, 34:20
STEWARD [2] - 2:17, 2:18
still [4] - 17:6, 18:24, 21:8, 33:3
stole [1] - 14:9
stop [5] - 28:22, 28:23, 29:4, 33:15, 46:16
store [2] - 23:9, 23:11
story [2] - 12:25, 13:5
Street [2] - 2:6, 2:11
STREET [1] - 1:24
stricken [3] - 27:14, 28:13, 30:4
strike [12] - 7:19, 12:11, 18:8, 21:14, 24:20, 27:13, 28:11, 28:17, 30:2, 31:5, 43:18, 44:15
struck [1] - 24:24
stuff [2] - 6:14, 40:23
subject [1] - 38:25
subsequent [1] - 30:20
Suite [3] - 2:6, 2:11, 2:19
Superior [1] - 34:12
Supply [4] - 7:6, 32:22, 32:24, 34:3
support [1] - 41:6

surprise [1] - 21:24
suspicious [1] - 14:8
sustained [4] - 15:19, 18:2, 18:3, 33:18
sweat [1] - 33:10
sworn [1] - 29:18

## T

team [2] - 6:25, 7:2
tee [1] - 7:14
test [1] - 28:9
testified [3] - 10:10, 21:8, 28:6
testimony [12] - 9:3, 12:17, 24:22, 25:9, 28:9, 29:18, 30:5, 30:8, 30:15, 30:21, 35:7, 38:5
text [28] - 4:15, 5:17, 6:8, 6:10, 33:20, 35:9, 37:8, 37:12, 37:16, 37:19, 38:2, 38:12, 38:15, 39:1, 39:4, 39:15, 40:18, 41:7, 41:9, 41:17, 41:18, 41:20, 42:5, 42:21, 43:16, 44:16, 45:1, 45:17
texted [3] - 13:16, 13:22, 41:14
THE [54] - 2:3, 2:14, 3:4, 4:6, 4:8, 4:9, 6:1, 10:20, 10:23, 12:2, 12:4, 12:15, 12:16, 12:22, 15:19, 15:24, 16:1, 16:3, 16:8, 16:17, 17:7, 17:10, 17:12, 17:16, 18:2, 19:6, 19:13, 19:16, 20:3, 20:4, 20:12, 21:1, 21:19, 21:20, 22:19, 22:25, 23:2, 27:14, 28:3, 28:13, 28:16, 30:4, 31:20, 33:18, 35:15, 35:16, 39:25, 40:4, 40:9, 46:16, 46:24, 47:2, 47:8, 47:10
third [1] - 38:24
three [3] - 14:8, 14:19, 43:12
THURSDAY [2] - 1:15, 4:1
timestamp [1] - 38:25
Title [1] - 48:8
titled [1] - 31:21
today [6] - 27:24, 30:6, 33:22, 38:11, 40:24, 46:17

tomorrow [5] - 8:2, 33:25, 40:25, 43:1, 46:18
top [3] - 4:21, 10:25, 23:14
topic [3] - 32:13, 35:13, 39:17
tough [1] - 38:23
town [1] - 36:12
training [1] - 7:16
TRANSCRIPT [2] - 1:6, 1:14
transcript [3] - 8:15, 48:9, 48:11
traveled [1] - 36:11
TRIAL [1] - 1:8
trip [1] - 7:21
true [20] - 6:8, 6:9, 10:13, 10:15, 11:1, 19:18, 19:21, 20:19, 21:6, 26:12, 28:24, 29:5, 29:6, 32:1, 32:2, 32:17, 35:24, 39:19, 42:13, 48:9
truth [6] - 9:25, 15:25, 17:13, 21:10, 21:11
truthful [4] - 9:3, 10:7, 10:9, 37:24
try [1] - 15:11
trying [3] - 24:11, 39:18, 42:10
Tucker [1] - 43:5
turn [5] - 4:20, 5:16, 7:24, 12:20, 12:22
turned [1] - 7:20
twice [2] - 24:2, 35:23
two [4] - 11:20, 31:11, 31:14

## U

U.S [4] - 1:3, 11:20, 12:6, 13:4
under [8] - 5:10, 18:13, 19:25, 24:22, 30:5, 32:6, 32:13, 35:7
understood [4] - 27:5, 27:11, 37:20, 42:15
unfold [1] - 40:23
United [7] - 2:4, 2:5, 2:9, 2:10, 48:6, 48:8, 48:13
UNITED [2] - 1:1, 1:5
unlock [1] - 8:17
unwind [1] - 35:2
up [17] - 4:18, 5:1, 7:10, 13:24, 14:24, 15:12, 20:14, 23:14, 23:20, 32:12, 33:3,

36:9, 38:22, 38:23, 41:4, 42:4, 44:11
urgent [1] - 35:10
USA [1] - 18:12

## V

various [1] - 37:12
verify [1] - 16:15
vice [1] - 7:9
victims [3] - 43:25, 44:3, 44:6
violation [1] - 34:20
voice [1] - 6:2
VOLUME [1] - 1:9
vs [1] - 1:7

## W

waiting [1] - 14:21
watch [1] - 41:1
watching [1] - 40:23
week [2] - 35:22, 35:24
weekend [1] - 40:25
WEST [1] - 1:24
West [1] - 2:6
whole [6] - 6:24, 7:1, 21:11
wife [1] - 43:5
Wirecard [5] - 7:3, 42:11, 42:15, 43:3, 45:19
withdraw [2] - 20:10, 29:1
WITHDRAWN [1] - 3:16
witness [3] - 12:20, 39:24, 47:1
WITNESS [10] - 4:9, 12:16, 16:1, 16:8, 20:4, 21:20, 23:2, 28:16, 35:16, 40:9
WITNESSES [1] - 3:3
word [2] - 45:2, 45:4
works [2] - 32:25, 41:5
worry [1] - 6:13
worse [2] - 12:13, 12:16
worth [1] - 42:16
write [2] - 16:12, 44:19
wrote [2] - 20:5, 42:24
WYMAN [2] - 2:10, 47:7

## Y

year [3] - 35:21, 41:15, 41:23
yes-or-no [1] - 31:9

yesterday [4] - 8:15, 9:3, 32:5, 32:12

**UNITED  STATES  DISTRICT  COURT**