UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61-JVS | Date | August 9, 2021 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | NOT | | X | Dean Steward, Standy by Counsel | NOT | | X |

**Proceedings:** **[IN CHAMBERS] Order re Briefing**

On August 4, 2021, the Court directed the parties to submit briefing as to "whether compensation by a joint tortfeasor is a defense to wire fraud. (Tr. Aug. 4, 2021, vol. 1, p.14.) Michael John Avenatti ("Avenatti") submitted a response. (Docket No. 653.) It does not address the question which the Court posed.

The brief appears to address the question whether a defendant can offer evidence that another person–not the defendant–committed the crime.[1] (Id., p. 2.) Avenatti is directed to make a further submission, and if he believes the Government's Position (Docket No. 649) is incorrect, to identify the specific case law that contradicts the Government's position.

: 0

Initials of Deputy Clerk   lmb

---

[1] Should Avenatti submit a proposed jury instruction in support of this theory, he shall identify the specific evidence which would support such an instruction.