Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DECLARATION OF MARISELA BARBERENA RE SERVICE OF TRIAL SUBPOENA ON WITNESS 1 |

I, Marisela Barberena, declare as follows:

1. I am a contract paralegal working on the above referenced matter. I submit this declaration in connection with the service of the trial subpoena served on the person previously identified as "Witness 1," a former employee of Eagan Avenatti, LLP.

2. On Sunday, August 8, 2021, I traveled to a residence in San Clemente, California to personally serve Witness 1 with a trial subpoena for her personal appearance in the defendant's case.

3. As I approached Witness 1's residence, a three-car garage was open and a man was sitting outside. I asked the man if Witness 1 was home and the man indicated that she was. He called for Witness 1 to come outside and he instructed me to walk over to the door on the right side. Witness 1 then appeared at the door at approximately 11:45 a.m. I asked her to verify herself and she did. I then told Witness 1 that I had a subpoena for her in this case.

4. Witness 1 then relayed that she had "just gotten over Covid-19" the previous week. I asked her if she presently had Covid-19 and she said, "no, it's fine." During this interaction, she was in her doorway and I was approximately four feet away. Neither of us were wearing masks.

5. Out of an abundance of caution, on August 9, 2021, I was tested for Covid-19. I tested negative. I do not have any symptoms consistent with Covid-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Santa Ana, California.

Dated: August 10, 2021        Respectfully submitted,

Declarant
MARISELA BARBERENA

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 10, 2021 service of the:

DECLARATION OF MARISELA BARBERENA

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2021

/s/ H. Dean Steward
H. Dean Steward