Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S LODGING OF CASE CITATIONS FOR CASES SUBMITTED DURING AUGUST 11, 2021 HEARING RE: 1006 WITNESS SUBSTITUTION |

Earlier today on August 11, 2021, the Court held a hearing in connection with the government's request to replace Special Agent Steve Bellis with Special Agent Jeff Clark as it relates to testimony about government 1006 summary exhibit 457. During the hearing, defendant provided two cases to the Court and the government in hard copy form but did not read their case citations into the record: (1) *Montana Land Mineral Owners Ass'n v. Decon Energy Corp.*, 2006 U.S. Dist. LEXIS 48742, *2 (D. Mont. 2006) and (2) *Adams v. United States*, 2009 U.S. Dist. LEXIS 73394 (D. Id. 2009).

Dated: August 11, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 11, 2021 service of the:

DEFENDANT'S LODGING OF CASE CITATIONS FOR CASES SUBMITTED DURING AUGUST 11, 2021 HEARING RE: 1006 WITNESS SUBSTITUTION

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2021

/s/ H. Dean Steward
H. Dean Steward