Name & Address:
H. Dean Steward
17 Corporate Plaza Drive - Suite 254
Newport Beach, California 92660
deansteward7777@gmail.com
Advisory Counsel for Michael J. Avenatti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| Michael J. Avenatti | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit B (Flash Drive) to Notice of Motion and Motion to Strike the Testimony of Alexis Gardner due to Violations of Rule 615 [Dkt. 679].

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| August 11, 2021 | H. Dean Steward, Advisory Counsel |
|---|---|
| Date | Attorney Name |
| | Michael J. Avenatti |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            **NOTICE OF MANUAL FILING OR LODGING**