BRETT A. SAGEL (Cal. Bar No. 243918)
U.S. Attorney's Office
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701
(714) 338-3598

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 19-00061-JVS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| August 11, 2021 | Brett Sagel |
| Date | Attorney Name |
| | United States of America, Plaintiff |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*