# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 10, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 17th Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|

_____ One day trial;  _____ Begun (1st day);  **X** Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

**X** Witnesses called, sworn and testified.

**X** Exhibits identified    **X** Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____    _____ Not Guilty on count(s) _____

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

**X** Case continued to  August 11, 2021 at 8:30 a.m.  for further trial/further jury deliberation.

**X** Other:  Subpoena is quashed as to Harper, valid as to Penland on 48 hour notice to appear.

                                                                        6  :  35

Initials of Deputy Clerk   lmb