Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | DEFENDANT'S BRIEF REGARDING THE QUARANTINE PERIOD AFTER AN INDIVIDUAL HAS TESTED POSITIVE FOR COVID-19 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

On August 8, 2021, defendant served Witness 1 with a trial subpoena requiring her personal appearance in defendant's case in chief on August 12, 2021. The government has submitted a declaration signed by Witness 1 stating that she tested positive for Covid-19 on August 5, 2021. *See e.g.* Dkt. 681. In this declaration, Witness 1 stated that she began her quarantine period on August 5, 2021 after receiving the positive test result. According to Witness 1, she was asked about her medical condition to which she replied, "It's okay. I'm doing good." Witness 1 indicated that as of August 11, 2021, she was still experiencing congestion and a cough.

On August 11, 2021, Mr. Avenatti submitted "Defendant's Brief and Request for Relief Relating to Witness 1." [Dkt. 684]. Within this filing, the defendant argued that Witness 1 should be required to comply with the subpoena and testify live. Alternatively,

if she is presently unable to do so as a result of her heath, Mr. Avenatti requested that "the trial should be adjourned until such time as she is able to testify live." [Dkt. 684, p. 2].

On August 12, 2021, in response to the defendant's filing, the Court requested briefing as to the current recommendations regarding the period of time that an individual who tests positive for Covid-19 must quarantine.[1] Mr. Avenatti comes now, through his advisory counsel of record, and provides the Court with information on this topic.

As of August 12, 2021, the Centers for Disease Control and Prevention (CDC) recommends that if a person has been diagnosed with Covid-19 and has accompanying symptoms, the individual is permitted to "be around others" after the following criteria are met: (1) 10 days have passed since symptoms first appeared, and (2) 24 hours have passed with no fever without the use of fever-reducing medications, and (3) other symptoms of Covid-19 have improved. *See When to Quarantine*, Centers for Disease Control and Prevention (updated July 29, 2021).[2]

The CDC clarifies that the "loss of taste and smell may persist for weeks or months after recovery and need not delay the end of isolation." The CDC also indicated that "these recommendations do not apply to people with severe Covid-19 or with weakened immune systems (immunocompromised)." The California Department of Public Health (CDPH) has formally stated that individuals with covid-19 "who have symptoms and were instructed to care for themselves at home may discontinue self-isolation" when the following criteria are met: (1) at least 10 days have passed since symptom onset; (2) at least 24 hours have passed since resolution of fever without use of fever-reducing medication; and (3) other symptoms have improved. *See Guidance on*

---

[1] At the time of the filing, the defendant does not yet have the transcripts for the August 12, 2021 morning hearing. Therefore, the Court's request is paraphrased.

[2] www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine.html

*Isolation and Quarantine for COVID-19 Contact Tracing*, California Department of Public Health (last updated Jul. 9, 2021).[3]

The Orange County Health Care Agency has similarly issued an Order stating, "Individuals with COVID-19 symptoms shall isolate themselves until: (i) at least 24 hours after they recovered, meaning their fever has resolved without use of fever-reducing medications and their symptoms (e.g. cough, shortness of breath) have improved; AND (ii) at least 10 days has elapsed from when their symptoms first appeared." *See* Clayton Chau, MD PhD, *County of Orange Health Officer's Orders and Strong Recommendations* (revised June 17, 2021).[4]

Based upon these authorities, it appears that absent a showing of a serious illness or a worsening of symptoms, Witness 1 will be finished with her quarantine period no later than 10 days after August 5, 2021, which is Sunday, August 15, 2021. Accordingly, Witness 1 should testify in person during the week of August 16, 2021 unless she experiences worsening symptoms or serious illness.

Dated:  August 12, 2021                         Respectfully submitted,

                                                /s/ Michael J. Avenatti

                                                Defendant
                                                MICHAEL JOHN AVENATTI

---

[3] www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Guidance-on-Isolation-and-Quarantine-for-COVID-19-Contact-Tracing.aspx

[4] occovid19.ochealthinfo.com/article/oc-health-officers-orders-recommendations

3

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 12, 2021 service of the:

DEFENDANT'S BRIEF REGARDING THE QUARANTINE PERIOD AFTER AN INDIVIDUAL HAS TESTED POSITIVE FOR COVID-19

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2021

/s/ H. Dean Steward
H. Dean Steward