TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S FILING REGARDING EMAIL COMMUNICATIONS WITH ROBERT AMENTA; EXHIBITS 1-5 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files information regarding email communications with government witness Robert Amenta.

1    This filing is based upon the attached memorandum of points and

2 authorities, the accompanying exhibits, the files and records in this

3 case, and such further evidence and argument as the Court may permit.

4 Dated: August 12, 2021           Respectfully submitted,

5                                   TRACY L. WILKISON
                                    Acting United States Attorney
6
                                    SCOTT M. GARRINGER
7                                   Assistant United States Attorney
                                    Chief, Criminal Division
8

9                                          /s/
                                    _____
                                    BRETT A. SAGEL
10                                  ALEXANDER C.K. WYMAN
                                    Assistant United States Attorneys
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### MEMORANDUM OF POINTS AND AUTHORITIES

On August 12, 2021, the government called Robert Amenta from the Federal Reserve Bank of New York to testify regarding the interstate communications caused by the wire transfers specified in counts one through ten (and summarized in summary Trial Exhibit 457) that were processed through the Fedwire Funds Transfer system.  During cross-examination, defendant asked questions regarding the three times Mr. Amenta was telephonically interviewed by the government, as well as communications Mr. Amenta had with members of the prosecution team. Mr. Amenta testified that he had had email communications with the prosecution team related to the subject of his testimony.[1]

As is evident from defendant's questions about the three separate interviews, the government previously produced in discovery memoranda of interviews ("MOIs") concerning those three telephonic conversations.  True and correct copies of these MOIs are attached as Exhibits 1 through 3.  These reports provide details on all areas of Mr. Amenta's testimony, such as his role at the Federal Reserve Bank of New York, a description of what the Fedwire Funds Transfer system is, and how every wire transfer processed through Fedwire post-April 2009 "has involved a multistep process and two data centers located in New Jersey and Texas."  (Ex. 1 (¶ 3), Ex. 2 (¶ 3).)  One of the MOIs also states that Mr. Amenta was able to confirm that all 10 of the wire transfers identified in the government's wire count chart (now marked as Trial Exhibit 457) were processed through Fedwire and therefore caused an interstate wire communication, as well as how he

---

[1] The government has not yet received the transcript of the day's testimony, and is providing this summary based on the government's recollection of the testimony.

was able to confirm that -- namely, through the "specific Input/Output Message Accountability Data (IMAD or OMAD)." (Ex. 2 (¶ 4).)

Prior to Mr. Amenta taking the stand, government counsel conducted a search of government counsel's emails from Mr. Amenta to identify any discoverable emails, and determined that all emails received from Mr. Amenta were logistical in nature and did not relate to the substance of his expected testimony. Because the government's interactions with Mr. Amenta were limited, and because government counsel had been copied on email chains with Mr. Amenta and the investigative agents, the government believed that at least one Assistant United States Attorney (AUSA Wyman) was copied on all correspondence with Mr. Amenta. After Mr. Amenta testified on cross-examination regarding email communications with a special agent, however, government counsel identified two emails that relate to the subject matter of Mr. Amenta's testimony that were not previously produced. Those emails are attached hereto as Exhibits 4 and 5.[2] These emails do not contain any new information -- all of the substantive information was memorialized from interviews of Mr. Amenta in the MOIs -- but the government acknowledges that they relate to Mr. Amenta's testimony.

---

[2] It appears that Mr. Amenta removed government counsel from the email chains when communicating with the special agent, which is why government counsel did not identify these emails initially. Although, in one instance, the special agent added government counsel back onto the email chain (Ex. 5 at 2), government counsel did not realize the previous emails in the chain were only with the special agent, and Mr. Amenta subsequently removed government counsel from the email again. And because government counsel was not copied on the earlier emails in the chain from Mr. Amenta, those emails did not appear in government counsel's inbox when conducting a search for any discoverable emails from Mr. Amenta.

The government is filing these emails publicly (redacted for personal identifying information) with the Court so that both defendant and the Court receive them.  The government notes, however, that there does not appear to be any information contained in these emails that was not in the MOIs, and therefore no information about which defendant was not already able to (and did) cross-examine Mr. Amenta.[3]  As a result, further cross-examination on the two emails attached as Exhibits 4 and 5 would likely be cumulative or a waste of time and therefore not warranted under Rule 403.

---

[3] In fact, defendant already elicited on cross-examination that Mr. Amenta had provided input via email on the government's wire count chart that the government did not incorporate into its trial exhibit, which appears to be the subject of Exhibit 5.

3

# EXHIBIT 1



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of **Contact**

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000290795 | **Location:** | Telephonic █████ 1858 |
| **Investigation Name:** | Michael J. Avenatti | | |
| **Date:** | June 7, 2021 | | |
| **Time:** | Approximately 9:33 AM – 9:45 AM | | |
| **Participant(s):** | Robert Amenta, Witness | | |
| | Alex Wyman, Assistant United States Attorney | | |
| | Ryan Roberson, Special Agent | | |

On June 7, 2021, Special Agent (SA) Ryan Roberson and Assistant United States Attorney (AUSA) Alex Wyman called Robert Amenta (Amenta). Amenta provided the following information:

1. Amenta is currently the Deputy Chief Investigator for the Federal Reserve Bank of New York (Fedwire). Sean O'Malley is currently the Chief Investigator for Fedwire.

2. Amenta is available to testify on behalf of Fedwire the week of July 12th as long as a trial subpoena is provided.

3. After April 27, 2009 the processing of all wire transfers through the Fedwire funds service has involved a multistep process and two data centers located in New Jersey and Texas. For this reason, every Fedwire funds transfer processed through the Fedwire funds transfer processed through the Fedwire funds service after April 27, 2009 has involved an exchange of electronic communications between Fedwire facilities in New Jersey and Texas.

SA Roberson and AUSA Wyman thanked Amenta for his time and the conversation was concluded at 9:45 AM.

I prepared this memorandum on June 16, 2021.


Ryan Roberson
Special Agent

USAO_01142523

# EXHIBIT 2



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000290795 | **Location:** | Telephonic ████-1858 |
| **Investigation Name:** | Michael J. Avenatti | | |
| **Date:** | June 16, 2021 | | |
| **Time:** | Approximately 8:32 AM – 8:42 AM | | |
| **Participant(s):** | Robert Amenta, Witness | | |
| | Alex Wyman, Assistant United States Attorney | | |
| | Ryan Roberson, Special Agent | | |

On June 16, 2021, Special Agent (SA) Ryan Roberson and Assistant United States Attorney (AUSA) Alex Wyman called Robert Amenta (Amenta). Amenta provided the following information:

1. Amenta is currently the Deputy Chief Investigator for the Federal Reserve Bank of New York (Fedwire). Amenta has been employed by Fedwire since 1993. Amenta joined the Fedwire investigations group in 2000 and became the Deputy Chief Investigator approximately two years ago. Amenta's duties in his role as Deputy Chief Investigator include subpoena compliance.

2. Fedwire is a funds transfer system that provides several services to financial institutions. One such service is the ability for financial institutions to electronically transfer funds to each other through the Fedwire funds service. The Fedwire funds service receives the transfer at Fedwire's primary processing site, and then sends a copy of the message to its secondary processing site. Once the message is confirmed, the Fedwire funds service settles the funds transfer by debiting the originator's Fedwire bank account and crediting the beneficiary's Fedwire bank account.

3. Since April 27, 2009 the processing of all wire transfers through the Fedwire funds service has involved a multistep process and two data centers located in New Jersey and Texas. For this reason, every Fedwire funds transfer processed through the Fedwire funds transfer processed through the Fedwire funds service after April 27, 2009 has involved an exchange of electronic communications between Fedwire facilities in New Jersey and Texas.

USAO_01142524

4.  Fedwire keeps records of all transfers made through Fedwire's system, and Amenta has access to these records. Amenta reviewed Fedwire's records and confirmed that all 10 wires identified in the wire fraud count chart went through Fedwire's system. Amenta knows that all 10 wires went through Fedwire's system because he saw that each wire had a specific Input/Output Message Accountability Data (IMAD or OMAD). These are unique numbers given to each Fedwire payment, similar to a fingerprint on a person, and are exclusively used by Fedwire.

SA Roberson and AUSA Wyman thanked Amenta for his time and the interview was concluded at 8:42 AM.

I prepared this memorandum on June 16, 2021.


Ryan Roberson
Special Agent

U.S. Treasury Criminal Investigation

USAO_01142525

# EXHIBIT 3



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

---

**Investigation #:**       1000290795          **Location:**    Via Teleconference
**Investigation Name:**    Michael J. Avenatti
**Date:**                  August 9, 2021
**Time:**                  Approximately 10:00
                           AM – 10:18 AM
**Participant(s):**        Robert Amenta, Witness
                           Meghan McCurdy, Fedwire Attorney
                           Alex Wyman, Assistant United States Attorney
                           Ryan Roberson, Special Agent


On August 9, 2021, Special Agent (SA) Ryan Roberson and Assistant United States Attorney (AUSA) Alex Wyman spoke with Robert Amenta (Amenta) with Fedwire, along with Fedwire attorney Meghan McCurdy. Amenta provided the following information:

      No new information was provided.

SA Roberson and AUSA Wyman thanked Amenta for his time and the interview was concluded at 10:18 AM.

I prepared this memorandum on August 9, 2021.


_Ryan Roberson_
Ryan Roberson
Special Agent

# EXHIBIT 4

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Roberson Ryan (CI) ████████████████ |
| **Sent:** | Thursday, August 12, 2021 3:28 PM |
| **To:** | Wyman, Alex (USACAC) |
| **Subject:** | FW: Fedwire wires |

**From:** Amenta, Robert ████████████████
**Sent:** Tuesday, June 08, 2021 10:30 AM
**To:** Roberson Ryan (CI) ████████████████
**Subject:** RE: Fedwire wires

This message was sent securely using Zix®

INTERNAL FR/OFFICIAL USE // SECURE EXTERNAL

Hi Ryan,

Are you able to extract the IMADS/OMADS from the source documents (bank records) for the additional six wires, if not I will need approval via a Subpoena to search the additional 6 wires.

For the 4 wires which include IMADS/OMADS the follow statement is true.

"Since April 27, 2009, the processing of all wire transfers through the Fedwire Funds Service has involved a multistep process and two data centers located in New Jersey and Texas, respectively.  The Fedwire Funds Service initially receives Fedwire funds transfers at the service's primary processing site.  The Fedwire Funds Service application then sends a copy of the message to a secondary processing site and waits for a confirmation from the secondary processing site that the replicated copy has arrived at that site.  The Fedwire Funds Service then settles the funds transfer by debiting the Fedwire sender's Federal Reserve Bank account and crediting the Fedwire receiver's Federal Reserve Bank account.

Therefore, every Fedwire funds transfer processed through the Fedwire Funds Service after April 27, 2009 has

involved an exchange of electronic communications between Federal Reserve facilities in New Jersey and Texas. "

Rob

---

**From:** Roberson Ryan (CI) ██████████████████
**Sent:** Monday, June 07, 2021 1:17 PM
**To:** Amenta, Robert ██████████████████
**Subject:** Fedwire wires

| This message was sent securely using Zix® |
| --- |

Hi Robert,

Attached is a spreadsheet of the 4 wires with the applicable OMAD's, as well as the remaining 6 wires with the applicable information.

As Alex mentioned, it would extremely helpful if we could conduct a quick interview and formally confirm that these 6 additional wires were processed by Fedwire. Please let me know if you need any additional information.

Thanks,

**Ryan Roberson**

Special Agent, IRS-CI

Los Angeles Field Office

Office ████████-6225

Cell (████████-7773

This message was secured by **Zix**®.
This message was secured in transit. REP-ZFRSSE


This message was secured in transit. ZFRSSE



This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.


This message was secured by **Zix**®.

# EXHIBIT 5

**Wyman, Alex (USACAC)**

| | |
|---|---|
| **From:** | Roberson Ryan (CI) ███████████████ |
| **Sent:** | Thursday, August 12, 2021 4:05 PM |
| **To:** | Wyman, Alex (USACAC) |
| **Subject:** | FW: Wire Chart |

**From:** Amenta, Robert ███████████████
**Sent:** Wednesday, July 14, 2021 7:17 AM
**To:** Roberson Ryan (CI) ███████████████
**Subject:** RE: Wire Chart

This message was sent securely using Zix®

**NONCONFIDENTIAL // EXTERNAL**

Hi Ryan

I hope all is well.

I see that six of the IMADs are missing the leading year identifiers.

IMADS

Wire 1. – 20150103……

Wire 2. – 20150210….

Wire 3. – 20170126…

Wire 4. – ok

Wire 5. – ok

Wire 6. – ok

Wire 7. – 20180318 also the amount for this wire is $2,828,423.30

Wire 8. – ok

Wire 9. – 20180618…..

And

Wire 10. – 20180713…….

Rob

Robert Amenta
Deputy Chief Investigator
Federal Reserve Bank of New York
Financial Intelligence & Investigations
Legal Group
T ███████1858
33 Liberty Street
New York, NY 10045

---

**From:** Roberson Ryan (CI) ███████████████
**Sent:** Monday, July 12, 2021 5:52 PM
**To:** Amenta, Robert ███████████████
**Cc:** Alex.Wyman@usdoj.gov
**Subject:** RE: Wire Chart

| This message was sent securely using Zix® |
|---|

Hi Rob,

Thanks for the feedback - we added the OMADs / IMADs to the transactions. Let me know if you have any questions.


Thanks,


**Ryan Roberson**
Special Agent, IRS-CI
Los Angeles Field Office
Office ███████-6225
Cell ██████7773

---

**From:** Amenta, Robert ███████████
**Sent:** Sunday, July 11, 2021 6:45 PM
**To:** Roberson Ryan (CI) ██████████
**Subject:** RE: Wire Chart

Hi Ryan

I would suggest adding the IMADs or OMADs to the transactions as it's a unique identifiers specific to Fedwire funds.

Rob

Robert Amenta

Deputy Chief Investigator

Federal Reserve Bank of New York

Financial Intelligence & Investigations

Legal Group

T████1858

33 Liberty Street

New York, NY 10045

**From:** Roberson Ryan (CI) <███████████
**Sent:** Sunday, July 11, 2021 4:13 PM
**To:** Amenta, Robert <████████████
**Cc:** Alex.Wyman@usdoj.gov; Brett.Sagel@usdoj.gov; Remoun.Karlous███████ Kim James M
<████████████
**Subject:** Wire Chart

This message was sent securely using Zix®

Hi Rob,

I hope that you are doing well. We wanted to pass along the chart we plan to use for the ten wires which we previously interviewed you about.

We plan to use this to ask you to confirm that all of the wires were processed through Fedwire.

3

Thanks,

**Ryan Roberson**

Special Agent, IRS-CI

Los Angeles Field Office

Office ██████-6225

Cell ██████7773

This message was secured by **Zix**®.
This message was secured in transit. REP-ZFRSSE

This message was secured in transit. ZFRSSE

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

This message was secured by **Zix**®.

This message was secured by **Zix**®.
This message was secured in transit. REP-ZFRSSE

This message was secured in transit. ZFRSSE

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

This message was secured by **[Zix](#)**®.