# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 11, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

|   | Day COURT TRIAL | 18th Day JURY TRIAL | Death Penalty Phase |
|---|---|---|---|

- ___ One day trial;  ___ Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.
- ___ The Jury is impaneled and sworn.
- ___ Opening statements made
- X Witnesses called, sworn and testified.
- X Exhibits identified    X Exhibits admitted
- ___ Government rests.    ___ Defendant(s) _____ rest.
- ___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted
- ___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted
- ___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.
- ___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations
- ___ Finding by Court as follows:    ___ Jury Verdict as follows:
- Dft # ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___
- ___ Jury polled    ___ Polling waived
- ___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict
- Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
- Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody.
- ___ Bond exonerated as to Dft # ___
- X Case continued to August 12, 2021 at 8:30 a.m. for further trial/further jury deliberation.
- X Other:    Due to issues relating to one juror, the trial is adjourned.  At 11:50am court and counsel confer re a witness.

0 : 45

Initials of Deputy Clerk    lmb