UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,    ) CERTIFIED TRANSCRIPT
                Plaintiff,   )
    vs.                      )
                             )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,       )
                Defendant.   ) TRIAL DAY 18, VOL. 1
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 11, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

```
08:28   1   SANTA ANA, CALIFORNIA; WEDNESDAY, AUGUST 11, 2021; 8:30 A.M.
08:28   2              (Jury not present)
08:30   3              THE CLERK:  Item 1, SACR-19-00061-JVS, United
08:30   4   States of America versus Michael John Avenatti.
08:30   5              MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
08:30   6   and Alexander Wyman on behalf of the United States.  And at
08:30   7   counsel table is Special Agent Remoun Karlous.
08:30   8              THE COURT:  Good morning.
08:30   9              MR. AVENATTI:  Good morning, Your Honor.  Michael
08:30  10   Avenatti present with Mr. Steward and Ms. Cummings-Cefali.
08:30  11              THE COURT:  Good morning.
08:30  12              Juror No. 4, D.N., called in this morning to
08:30  13   indicate that she and her family had gone to basically a
08:31  14   pool party with the next-door neighbors Sunday.  The
08:31  15   children in the family next door aren't well today, and one
08:31  16   or more of them is being taken in to get a COVID test.  The
08:31  17   apparent symptoms go with COVID.
08:31  18              What would you like to do?
08:31  19              MR. AVENATTI:  Your Honor, I think we need to
08:31  20   adjourn the trial temporarily to make sure that this juror
08:31  21   has not contracted COVID or been exposed to a COVID
08:31  22   outbreak.  Failure to do that I think puts a lot of
08:31  23   individuals at risk -- other jurors, members of Your Honor's
08:31  24   staff, Your Honor, potentially the defense, the government.
08:31  25              THE COURT:  Well, I am well protected up here.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
08:31   1              MR. AVENATTI:  Okay.  But, Your Honor, I don't
08:32   2   think we can proceed with having the trial with this
08:32   3   knowledge.  And I think it's further complicated by the fact
08:32   4   that it would be different, Your Honor, if we had been
08:32   5   informed of this or the juror had known this before we
08:32   6   started trial yesterday because now the juror presumably has
08:32   7   come in and potentially infected the other jurors.
08:32   8              So for that reason, I think at a minimum we need
08:32   9   to adjourn for a day until we get more information.
08:32  10              THE COURT:  Mr. Sagel.
08:32  11              MR. SAGEL:  Obviously we will defer to the Court
08:32  12   on this.  We do have three alternates.  We are what I would
08:32  13   hope to be 80 percent, if not more, through the trial at
08:32  14   this point.  I think at this point -- I'm assuming based on
08:32  15   the representations that have been made, she hasn't felt any
08:33  16   symptoms that are problematic.
08:33  17              THE COURT:  Right.
08:33  18              MR. SAGEL:  So for safety reasons, we shouldn't
08:33  19   have her coming here.  But we have -- whatever the numbers
08:33  20   would be -- 14 other individuals, 14 other jurors, including
08:33  21   the alternates whose life would be put on hold further.  We
08:33  22   have obviously the witnesses who are coming in here and
08:33  23   everybody else.
08:33  24              I think the very reason we agreed to -- both
08:33  25   parties -- for alternates was for circumstances like this.
```

```
08:33  1   In light of that, we believe it's most efficient to just
08:33  2   excuse that one juror and to proceed with another alternate.
08:33  3           THE COURT:  I want to ask Ms. Bredahl to give her
08:33  4   a call and find out if we can get a time estimate as to when
08:33  5   we would get the results of any COVID test.
08:33  6           MR. SAGEL:  And I guess just for clarity's sake,
08:33  7   is Juror No. 4 herself also getting a COVID test or just
08:34  8   waiting on the neighbors?
08:34  9           THE COURT:  I think it's just the neighbor kids.
08:34  10          Okay.  Well, we will be in recess until we can
08:34  11  make that call -- well, we can take up issues.
08:34  12          With regard to Special Agent Galicia, I
08:34  13  received -- rather, I printed out the filing which
08:34  14  Mr. Avenatti made this morning.  He offers to provide an
08:34  15  offer of proof voluntarily.  I would ask you if you wish to
08:34  16  do that to do that.  It would be helpful.
08:34  17          I just received on the bench a filing which the
08:34  18  government made on the same subject this morning.  I haven't
08:34  19  read it.  What I would like to do is if Mr. Avenatti in fact
08:35  20  will make an offer of proof that he do that, and then we
08:35  21  will take this issue up at that time.
08:35  22          MR. AVENATTI:  Your Honor, I would like to make an
08:35  23  offer of proof in camera or outside the presence of the
08:35  24  government.
08:35  25          THE COURT:  That's fine.  Why don't you just make
```

```
08:35   1    it in writing.
08:35   2              MR. AVENATTI:  Fair enough.  I will be prepared to
08:35   3    do it on Friday, Your Honor.
08:35   4              THE COURT:  I'm sorry?
08:35   5              MR. AVENATTI:  Did you say Friday?
08:35   6              THE COURT:  No.  In writing.
08:35   7              MR. AVENATTI:  I'm happy to do that.  I thought
08:35   8    you said Friday.
08:35   9              THE COURT:  No.
08:35   10             MR. AVENATTI:  My mistake.  I will make it in
08:35   11   writing in camera.
08:35   12             THE COURT:  Very good.
08:35   13             Okay.  Anything else anyone would like to take up
08:35   14   at this time?
08:35   15             MR. SAGEL:  Not to take up, Your Honor, but just
08:35   16   to clarify.  I'm not sure what you're looking at.  We did
08:35   17   file two things, one last night and one this morning.  The
08:35   18   one last night was about Special Agent Galicia, and the one
08:36   19   this morning is more of a general filing about witnesses,
08:36   20   including one that we received last night about recalling a
08:36   21   witness.
08:36   22             THE COURT:  Okay.  We'll take that up later.
08:36   23             Anything else, Mr. Avenatti?
08:36   24             MR. AVENATTI:  I am happy to address the issues
08:36   25   that I have later.
```

```
08:36   1            THE COURT:  Okay.  Then we will be in recess.
08:36   2                  (Recess taken at 8:36 a.m.;
08:36   3                   proceedings resumed at 9:24 a.m.)
08:58   4                  (Jury not present)
09:24   5            THE COURT:  The situation is still somewhat
09:24   6    confused.  The nextdoor neighbor who notified the juror was
09:24   7    passing along information from another neighbor.  That other
09:24   8    neighbor is going to get tested at 10:00 or 11:00 this
09:24   9    morning.
09:24  10            I propose that we simply take the day off.  I
09:25  11    would rather be safe than sorry.  I appreciate the
09:25  12    inconvenience to the government and the witnesses, but I
09:25  13    would rather be safe than sorry.  Even though we still have
09:25  14    two alternates, we have got a ways to go in this trial.  So
09:25  15    that's what we're going to do.  If the situation isn't
09:25  16    clarified by first thing tomorrow, I will excuse the juror,
09:25  17    and we'll proceed.
09:25  18            MR. AVENATTI:  Are you asking for comment?
09:25  19            THE COURT:  I would be happy to hear you.
09:25  20            MR. AVENATTI:  No objection to taking the day off,
09:25  21    Your Honor.  Reserve the opportunity to object to the juror
09:25  22    being excused, but let's see what information develops.
09:25  23            THE COURT:  I think that's the right course.
09:25  24            Mr. Sagel.
09:25  25            MR. SAGEL:  We made our position, Your Honor.  I'm
```

```
09:26   1    fine with that.
09:26   2            The only thing that I would ask potentially,
09:26   3    obviously with the Court's indulgence, is whether or not we
09:26   4    could take up any of the other matters maybe later today.
09:26   5    At least one may be somewhat of a timing of essence, maybe
09:26   6    less so with a day off.  But if it involves -- I don't know
09:26   7    if Your Honor has even had a chance to review what we filed,
09:26   8    but they're asking for one of our D.C. witnesses to be here
09:26   9    in less than 48 hours.
09:26  10            THE COURT:  We're not going to do that.
09:26  11    Forty-eight hours is reasonable notice to get a person here
09:26  12    from the East Coast to make sure that they put their other
09:26  13    commitments in order and that they can be here.
09:26  14            MR. SAGEL:  So with that, we will wait for the
09:26  15    Court to let us know when we need to deal with any other
09:26  16    matters.
09:27  17            MR. AVENATTI:  Your Honor, I had initially asked
09:27  18    late last night through Ms. Hernandez that Mr. Varani be
09:27  19    brought back -- he's subject to recall -- from Washington to
09:27  20    be here on Thursday.  I understand the Court's statements
09:27  21    about 48 hours.  I think it's moot now in light of today, so
09:27  22    we would ask that he be here on Friday.
09:27  23            THE COURT:  Fine.
09:27  24            MR. AVENATTI:  Thank you.
09:27  25            MR. SAGEL:  And then the other part of our filing,
```

```
09:27   1    which is what we sent to the defense now at least twice, is
09:27   2    when they say we asked for him to be here, we can notify the
09:27   3    witness of when the defendant wants to call him.  It's not
09:27   4    the government's obligation to make his travel arrangements,
09:27   5    pay for the hotel, pay for the travel, and so forth.  I'm
09:27   6    not aware of anything that says that it is our obligation to
09:27   7    bring out-of-town witnesses in and pay and arrange for that
09:27   8    travel.
09:27   9              We will make sure the witnesses know what is being
09:27  10    asked of them, but that's on the defendant.  He does have
09:27  11    standby counsel who can assist him with the process if
09:28  12    needed to bring in out-of-town witnesses.  That's what we've
09:28  13    said, so I just wanted to be clear.  When he keeps saying
09:28  14    that's what we're asking for, that doesn't mean the
09:28  15    government is arranging travel for these witnesses.
09:28  16              MR. AVENATTI:  Your Honor, we're happy to arrange
09:28  17    the travel if we could get the contact information from
09:28  18    Mr. Sagel.  The gentleman is subject to recall.  We didn't
09:28  19    excuse him.  So if Mr. Sagel will provide Mr. Steward the
09:28  20    contact information, we will take care of the travel
09:28  21    arrangements.  No problem.
09:28  22              MR. STEWARD:  Actually there is a problem.  May I
09:28  23    speak to this process?
09:28  24              The situation is this with CJA.  They will not pay
09:28  25    for other government agents or employees of the federal
```

```
09:28   1   government to come out.  The deal is the agency where the
09:28   2   employee is employed are the ones that are responsible for
09:28   3   the travel arrangements and getting them here.  Non-federal
09:29   4   government employees, we do that through the U.S. Marshal's
09:29   5   Service, and we're fine with that.  But if it's a U.S.
09:29   6   government employee, there is nothing we can do about it,
09:29   7   and it's their responsibility -- not the U.S. Attorney's
09:29   8   Office but --
09:29   9               THE COURT:  Understood.  Okay.  Then let's meet
09:29  10   tomorrow at 8:30.
09:29  11               MR. AVENATTI:  Thank you, Your Honor.
09:29  12               THE COURT:  Oh, wait a minute.  I want to bring
09:29  13   the jury in and talk to them.
09:29  14               (Jury present)
09:32  15               THE COURT:  Good morning, ladies and gentlemen.
09:32  16               THE JURY:  Good morning.
09:32  17               THE COURT:  One of our jurors has potentially been
09:32  18   exposed to COVID.  It's going to take the better part of the
09:32  19   day to trace that down or see whether we have a problem or
09:32  20   not.  For that reason, we are going to adjourn now for the
09:32  21   day.
09:32  22               I know we lose a day, and that disrupts everyone,
09:32  23   but I would rather be safe than sorry and get an answer to
09:32  24   this question before we spend another day together.  So the
09:32  25   day is yours, ladies and gentlemen.
```

```
09:33   1              Please remember the admonition not to discuss the
09:33   2   case with anyone and not to form any opinions on the issues
09:33   3   in the case until it is submitted to you.  And please don't
09:33   4   do any research.
09:33   5              So we will see you at the regular time tomorrow at
09:33   6   9:00.  Thank you.
09:33   7                   (Jury not present)
09:33   8                   THE COURT:  Anything else at this time?
09:33   9                   MR. SAGEL:  Nothing from the government.
09:33  10                   MR. AVENATTI:  Nothing from the defense.  Thank
09:33  11   you, Your Honor.
09:33  12                   (Whereupon, the proceedings were concluded
09:33  13                    at 9:33 a.m.)
09:33  14                          *   *   *
09:33  15
09:33  16
09:33  17
09:33  18
09:33  19
09:33  20
09:33  21
09:33  22
09:33  23
09:33  24
09:33  25
```

```
09:33   1
09:33   2
09:33   3
09:33   4
09:33   5                          CERTIFICATE
09:33   6
09:33   7        I hereby certify that pursuant to Section 753,
09:33   8   Title 28, United States Code, the foregoing is a true and
09:33   9   correct transcript of the stenographically reported
09:33  10   proceedings held in the above-entitled matter and that the
09:33  11   transcript page format is in conformance with the
09:33  12   regulations of the Judicial Conference of the United States.
09:33  13
09:33  14   Date:  August 11, 2021
09:33  15
09:33   16
09:33                          /s/   Sharon A. Seffens  8/11/21
09:33   17                     _____
09:33                          SHARON A. SEFFENS, U.S. COURT REPORTER
09:33   18
        19
        20
        21
        22
        23
        24
        25
```

 MR. AVENATTI: [16]
 MR. SAGEL: [9]  3/5 4/11 4/18 5/6 6/15 7/25 8/14 8/25 11/9
 MR. STEWARD: [1]  9/22
 THE CLERK: [1]  3/3
 THE COURT: [24]
 THE JURY: [1]  10/16

**/**

**/s [1]**  12/16

**0**

**0870 [1]**  1/21

**1**

**1-1053 [1]**  1/20
**1053 [1]**  1/20
**107 [1]**  2/16
**10:00 [1]**  7/8
**11 [3]**  1/17 3/1 12/14
**1100 [1]**  2/7
**11:00 [1]**  7/8
**14 [2]**  4/20 4/20
**18 [1]**  1/12

**2**

**2021 [3]**  1/17 3/1 12/14
**21 [1]**  12/16
**213 [1]**  2/8
**28 [1]**  12/8

**3**

**312 [1]**  2/7
**338-3598 [1]**  2/12
**3598 [1]**  2/12

**4**

**411 [2]**  1/20 2/11
**48 [2]**  8/9 8/21
**481-4900 [1]**  2/17
**4900 [1]**  2/17
**4th [1]**  1/20

**5**

**543-0870 [1]**  1/21

**6**

**6683 [1]**  2/8

**7**

**714 [2]**  1/21 2/12
**753 [1]**  12/7

**8**

**8/11/21 [1]**  12/16
**80 percent [1]**  4/13
**8000 [1]**  2/11
**894-6683 [1]**  2/8
**8:30 [2]**  3/1 10/10
**8:36 [1]**  7/2

**9**

**90012 [1]**  2/8
**92672 [1]**  2/16
**92701 [2]**  1/20 2/11
**949 [1]**  2/17
**9:00 [1]**  11/6
**9:24 [1]**  7/3
**9:33 [1]**  11/13

**A**

**a.m [4]**  3/1 7/2 7/3 11/13
**about [5]**  6/18 6/19 6/20 8/21 10/6
**above [1]**  12/10
**above-entitled [1]**  12/10
**Actually [1]**  9/22
**address [1]**  6/24
**adjourn [3]**  3/20 4/9 10/20

**admonition [1]**  11/1
**ADVISORY [1]**  2/3
**agency [1]**  10/1
**Agent [3]**  3/7 5/12 6/18
**agents [1]**  9/25
**agreed [1]**  4/24
**ALEXANDER [2]**  2/5 3/6
**along [1]**  7/7
**also [1]**  5/7
**alternate [1]**  5/2
**alternates [4]**  4/12 4/21 4/25 7/14
**am [2]**  3/25 6/24
**AMERICA [2]**  1/9 3/4
**Ana [4]**  1/16 1/20 2/11 3/1
**Angeles [1]**  2/8
**another [3]**  5/2 7/7 10/24
**answer [1]**  10/23
**any [6]**  4/15 5/5 8/4 8/15 11/2 11/4
**anyone [2]**  6/13 11/2
**anything [4]**  6/13 6/23 9/6 11/8
**apparent [1]**  3/17
**APPEARANCES [1]**  2/1
**appreciate [1]**  7/11
**are [7]**  4/12 4/16 4/22 7/18 10/2 10/2 10/20
**aren't [1]**  3/15
**arrange [2]**  9/7 9/16
**arrangements [3]**  9/4 9/21 10/3
**arranging [1]**  9/15
**as [1]**  5/4
**ask [4]**  5/3 5/15 8/2 8/22
**asked [3]**  8/17 9/2 9/10
**asking [3]**  7/18 8/8 9/14
**assist [1]**  9/11
**Assistant [3]**  2/4 2/6 2/10
**assuming [1]**  4/14
**Attorney [4]**  2/3 2/4 2/6 2/10
**Attorney's [1]**  10/7
**August [3]**  1/17 3/1 12/14
**AVENATTI [7]**  1/11 2/14 3/4 3/10 5/14 5/19 6/23
**Avenida [1]**  2/16
**aware [1]**  9/6

**B**

**back [1]**  8/19
**based [1]**  4/14
**basically [1]**  3/13
**be [20]**
**because [1]**  4/6
**been [4]**  3/21 4/4 4/15 10/17
**before [2]**  4/5 10/24
**behalf [1]**  3/6
**being [3]**  3/16 7/22 9/9
**believe [1]**  5/1
**bench [1]**  5/17
**better [1]**  10/18
**both [1]**  4/24
**BRANDON [1]**  2/4
**Bredahl [1]**  5/3
**BRETT [2]**  2/9 3/5
**bring [3]**  9/7 9/12 10/12
**brought [1]**  8/19
**Building [1]**  2/10

**C**

**CA [4]**  1/20 2/8 2/11 2/16
**CALIFORNIA [3]**  1/5 1/16 3/1
**call [3]**  5/4 5/11 9/3
**called [1]**  3/12
**camera [2]**  5/23 6/11
**can [8]**  4/2 5/4 5/10 5/11 8/13 9/2 9/11 10/6
**care [1]**  9/20
**case [2]**  11/2 11/3
**Cefali [1]**  3/10
**CENTRAL [1]**  1/5
**CERTIFICATE [1]**  12/5
**CERTIFIED [1]**  1/9
**certify [1]**  12/7
**chance [1]**  8/7

**Chief [1]**  2/5
**children [1]**  3/15
**circumstances [1]**  4/25
**CJA [1]**  9/24
**clarified [1]**  7/16
**clarify [1]**  6/16
**clarity's [1]**  5/6
**clear [1]**  9/13
**Clemente [1]**  2/16
**Coast [1]**  8/12
**Code [1]**  12/8
**come [2]**  4/7 10/1
**coming [2]**  4/19 4/22
**comment [1]**  7/18
**commitments [1]**  8/13
**complicated [1]**  4/3
**concluded [1]**  11/12
**Conference [1]**  12/12
**conformance [1]**  12/11
**confused [1]**  7/6
**contact [2]**  9/17 9/20
**contracted [1]**  3/21
**correct [1]**  12/9
**could [2]**  8/4 9/17
**counsel [4]**  2/1 2/15 3/7 9/11
**course [1]**  7/23
**COURT [4]**  1/4 4/11 8/15 12/17
**Court's [2]**  8/3 8/20
**Courthouse [2]**  1/19 2/7
**COVID [7]**  3/16 3/17 3/21 3/21 5/5 5/7 10/18
**Criminal [1]**  2/5
**Cummings [1]**  3/10

**D**

**D.C [1]**  8/8
**D.N [1]**  3/12
**Date [1]**  12/14
**day [10]**  1/12 4/9 7/10 7/20 8/6 10/19 10/21 10/22 10/24 10/25
**deal [2]**  8/15 10/1
**DEAN [2]**  2/15 2/15
**defendant [4]**  1/12 2/13 9/3 9/10
**defense [3]**  3/24 9/1 11/10
**defer [1]**  4/11
**develops [1]**  7/22
**did [2]**  6/5 6/16
**didn't [1]**  9/18
**different [1]**  4/4
**discuss [1]**  11/1
**disrupts [1]**  10/22
**DISTRICT [2]**  1/4 1/5
**DIVISION [2]**  1/6 2/5
**do [14]**
**does [1]**  9/10
**doesn't [1]**  9/14
**don't [4]**  4/1 5/25 8/6 11/3
**door [2]**  3/14 3/15
**down [1]**  10/19

**E**

**East [1]**  8/12
**efficient [1]**  5/1
**eight [1]**  8/11
**else [4]**  4/23 6/13 6/23 11/8
**employed [1]**  10/2
**employee [2]**  10/2 10/6
**employees [2]**  9/25 10/4
**enough [1]**  6/2
**entitled [1]**  12/10
**essence [1]**  8/5
**estimate [1]**  5/4
**even [2]**  7/13 8/7
**everybody [1]**  4/23
**everyone [1]**  10/22
**excuse [3]**  5/2 7/16 9/19
**excused [1]**  7/22
**exposed [2]**  3/21 10/18

**F**

**fact [2]**  4/3 5/19

### F

**Failure [1]** 3/22
**Fair [1]** 6/2
**family [2]** 3/13 3/15
**federal [3]** 2/10 9/25 10/3
**felt [1]** 4/15
**file [1]** 6/17
**filed [1]** 8/7
**filing [4]** 5/13 5/17 6/19 8/25
**find [1]** 5/4
**fine [4]** 5/25 8/1 8/23 10/5
**first [1]** 7/16
**foregoing [1]** 12/8
**form [1]** 11/2
**format [1]** 12/11
**forth [1]** 9/5
**Forty [1]** 8/11
**Forty-eight [1]** 8/11
**Fourth [1]** 2/11
**FOX [1]** 2/4
**Frauds [1]** 2/6
**Friday [4]** 6/3 6/5 6/8 8/22
**further [2]** 4/3 4/21

### G

**Galicia [2]** 5/12 6/18
**general [1]** 6/19
**gentleman [1]** 9/18
**gentlemen [2]** 10/15 10/25
**get [8]** 3/16 4/9 5/4 5/5 7/8 8/11 9/17 10/23
**getting [2]** 5/7 10/3
**give [1]** 5/3
**go [2]** 3/17 7/14
**going [5]** 7/8 7/15 8/10 10/18 10/20
**gone [1]** 3/13
**good [7]** 3/5 3/8 3/9 3/11 6/12 10/15 10/16
**got [1]** 7/14
**government [10]** 3/24 5/18 5/24 7/12 9/15 9/25 10/1 10/4 10/6 11/9
**government's [1]** 9/4
**guess [1]** 5/6

### H

**had [5]** 3/13 4/4 4/5 8/7 8/17
**HANNA [1]** 2/3
**happy [4]** 6/7 6/24 7/19 9/16
**has [4]** 3/21 4/6 8/7 10/17
**hasn't [1]** 4/15
**have [10]** 4/12 4/15 4/19 4/19 4/22 6/25 7/13 7/14 9/10 10/19
**haven't [1]** 5/18
**having [1]** 4/2
**he [5]** 5/14 5/20 8/22 9/10 9/13
**he's [1]** 8/19
**hear [1]** 7/19
**held [1]** 12/10
**helpful [1]** 5/16
**her [3]** 3/13 4/19 5/3
**here [10]** 3/25 4/19 4/22 8/8 8/11 8/13 8/20 8/22 9/2 10/3
**hereby [1]** 12/7
**Hernandez [1]** 8/18
**herself [1]** 5/7
**him [4]** 9/2 9/3 9/11 9/19
**his [1]** 9/4
**hold [1]** 4/21
**Honor [16]**
**Honor's [1]** 3/23
**HONORABLE [1]** 1/8
**hope [1]** 4/13
**hotel [1]** 9/5
**hours [3]** 8/9 8/11 8/21

### I

**I'm [6]** 4/14 6/4 6/7 6/16 7/25 9/5
**including [2]** 4/20 6/20
**inconvenience [1]** 7/12
**indicate [1]** 3/13
**individuals [2]** 3/23 4/20
**indulgence [1]** 8/3
**infected [1]** 4/7
**information [5]** 4/9 7/7 7/22 9/17 9/20
**informed [1]** 4/5
**initially [1]** 8/17
**involves [1]** 8/6
**is [24]**
**isn't [1]** 7/15
**issue [1]** 5/21
**issues [3]** 5/11 6/24 11/2
**it [10]** 4/4 5/16 5/19 6/1 6/3 6/10 8/6 9/6 10/6 11/3
**it's [8]** 4/3 5/1 5/9 8/21 9/3 10/5 10/7 10/18
**ltem [1]** 3/3

### J

**JAMES [1]** 1/8
**JOHN [3]** 1/11 2/14 3/4
**JUDGE [1]** 1/8
**Judicial [1]** 12/12
**juror [9]** 3/12 3/20 4/5 4/6 5/2 5/7 7/6 7/16 7/21
**jurors [4]** 3/23 4/7 4/20 10/17
**jury [5]** 3/2 7/4 10/13 10/14 11/7
**just [8]** 5/1 5/6 5/7 5/9 5/17 5/25 6/15 9/13
**JVS [2]** 1/11 3/3

### K

**Karlous [1]** 3/7
**keeps [1]** 9/13
**kids [1]** 5/9
**know [4]** 8/6 8/15 9/9 10/22
**knowledge [1]** 4/3
**known [1]** 4/5

### L

**ladies [2]** 10/15 10/25
**last [4]** 6/17 6/18 6/20 8/18
**late [1]** 8/18
**later [3]** 6/22 6/25 8/4
**LAW [1]** 2/15
**least [2]** 8/5 9/1
**less [2]** 8/6 8/9
**let [1]** 8/15
**let's [2]** 7/22 10/9
**life [1]** 4/21
**light [2]** 5/1 8/21
**like [5]** 3/18 4/25 5/19 5/22 6/13
**looking [1]** 6/16
**Los [1]** 2/8
**lose [1]** 10/22
**lot [1]** 3/22

### M

**made [4]** 4/15 5/14 5/18 7/25
**Major [1]** 2/6
**make [9]** 3/20 5/11 5/20 5/22 5/25 6/10 8/12 9/4 9/9
**Marshal's [1]** 10/4
**matter [1]** 12/10
**matters [2]** 8/4 8/16
**may [2]** 8/5 9/22
**maybe [2]** 8/4 8/5
**mean [1]** 9/14
**meet [1]** 10/9
**members [1]** 3/23
**MICHAEL [4]** 1/11 2/14 3/4 3/9
**minimum [1]** 4/8
**minute [1]** 10/12
**Miramar [1]** 2/16
**mistake [1]** 6/10
**moot [1]** 8/21
**more [4]** 3/16 4/9 4/13 6/19
**morning [12]** 3/5 3/8 3/9 3/11 3/12 5/14 5/18 6/17 6/19 7/9 10/15 10/16
**most [1]** 5/1
**Mr [2]** 5/19 9/19
**Mr. [8]** 3/10 4/10 5/14 6/23 7/24 8/18 9/18 9/19
**Mr. Avenatti [2]** 5/14 6/23
**Mr. Sagel [4]** 4/10 6/24 9/18 9/19
**Mr. Steward [1]** 3/10
**Mr. Varani [1]** 8/18
**Ms [1]** 8/18
**Ms. [2]** 3/10 5/3
**Ms. Bredahl [1]** 5/3
**Ms. Cummings-Cefali [1]** 3/10
**My [1]** 6/10

### N

**need [3]** 3/19 4/8 8/15
**needed [1]** 9/12
**neighbor [4]** 5/9 7/6 7/7 7/8
**neighbors [2]** 3/14 5/8
**next [2]** 3/14 3/15
**next-door [1]** 3/14
**nextdoor [1]** 7/6
**NICOLA [1]** 2/3
**night [4]** 6/17 6/18 6/20 8/18
**No [6]** 3/12 5/7 6/6 6/9 7/20 9/21
**Non [1]** 10/3
**Non-federal [1]** 10/3
**North [1]** 2/7
**not [16]**
**nothing [3]** 10/6 11/9 11/10
**notice [1]** 8/11
**notified [1]** 7/6
**notify [1]** 9/2
**now [4]** 4/6 8/21 9/1 10/20
**numbers [1]** 4/19

### O

**object [1]** 7/21
**objection [1]** 7/20
**obligation [2]** 9/4 9/6
**obviously [3]** 4/11 4/22 8/3
**off [3]** 7/10 7/20 8/6
**offer [3]** 5/15 5/20 5/23
**offers [1]** 5/14
**Office [1]** 10/8
**OFFICES [1]** 2/15
**Oh [1]** 10/12
**Okay [6]** 4/1 5/10 6/13 6/22 7/1 10/9
**one [10]** 3/15 5/2 6/17 6/17 6/18 6/18 6/20 8/5 8/8 10/17
**ones [1]** 10/2
**only [1]** 8/2
**opinions [1]** 11/2
**opportunity [1]** 7/21
**order [1]** 8/13
**other [10]** 3/23 4/7 4/20 4/20 7/8 8/4 8/12 8/15 8/25 9/25
**our [5]** 7/25 8/8 8/25 9/6 10/17
**out [5]** 5/4 5/13 9/7 9/12 10/1
**outbreak [1]** 3/22
**outside [1]** 5/23

### P

**page [1]** 12/11
**part [2]** 8/25 10/18
**parties [1]** 4/25
**party [1]** 3/14
**passing [1]** 7/7
**pay [4]** 9/5 9/5 9/7 9/24
**percent [1]** 4/13
**person [1]** 8/11
**Plaintiff [2]** 1/10 2/2
**please [2]** 11/1 11/3
**point [2]** 4/14 4/14
**pool [1]** 3/14
**position [1]** 7/25
**potentially [4]** 3/24 4/7 8/2 10/17
**prepared [1]** 6/2
**presence [1]** 5/23
**present [5]** 3/2 3/10 7/4 10/14 11/7
**PRESIDING [1]** 1/8
**presumably [1]** 4/6
**printed [1]** 5/13

**P**
**PRO [1]** 2/14
**problem [3]** 9/21 9/22 10/19
**problematic [1]** 4/16
**proceed [3]** 4/2 5/2 7/17
**proceedings [4]** 1/15 7/3 11/12 12/10
**process [2]** 9/11 9/23
**proof [3]** 5/15 5/20 5/23
**propose [1]** 7/10
**protected [1]** 3/25
**provide [2]** 5/14 9/19
**pursuant [1]** 12/7
**put [2]** 4/21 8/12
**puts [1]** 3/22

**Q**
**question [1]** 10/24

**R**
**rather [4]** 5/13 7/11 7/13 10/23
**read [1]** 5/19
**Reagan [1]** 2/10
**reason [3]** 4/8 4/24 10/20
**reasonable [1]** 8/11
**reasons [1]** 4/18
**recall [2]** 8/19 9/18
**recalling [1]** 6/20
**received [3]** 5/13 5/17 6/20
**recess [3]** 5/10 7/1 7/2
**regard [1]** 5/12
**regular [1]** 11/5
**regulations [1]** 12/12
**remember [1]** 11/1
**Remoun [1]** 3/7
**reported [1]** 12/9
**REPORTER [1]** 12/17
**REPORTER'S [1]** 1/15
**representations [1]** 4/15
**research [1]** 11/4
**Reserve [1]** 7/21
**responsibility [1]** 10/7
**responsible [1]** 10/2
**results [1]** 5/5
**resumed [1]** 7/3
**review [1]** 8/7
**right [2]** 4/17 7/23
**risk [1]** 3/23
**Ronald [1]** 2/10
**RPR [1]** 1/19

**S**
**SACR [2]** 1/11 3/3
**SACR-19-00061-JVS [2]** 1/11 3/3
**safe [3]** 7/11 7/13 10/23
**safety [1]** 4/18
**SAGEL [6]** 2/9 3/5 4/10 7/24 9/18 9/19
**said [2]** 6/8 9/13
**sake [1]** 5/6
**same [1]** 5/18
**San [1]** 2/16
**Santa [4]** 1/16 1/20 2/11 3/1
**say [2]** 6/5 9/2
**saying [1]** 9/13
**says [1]** 9/6
**SE [1]** 2/14
**Section [2]** 2/6 12/7
**see [3]** 7/22 10/19 11/5
**SEFFENS [3]** 1/19 12/16 12/17
**SELNA [1]** 1/8
**sent [1]** 9/1
**Service [1]** 10/5
**SHARON [3]** 1/19 12/16 12/17
**she [2]** 3/13 4/15
**shouldn't [1]** 4/18
**simply [1]** 7/10
**situation [3]** 7/5 7/15 9/24
**so [11]** 4/8 4/18 7/14 8/6 8/14 8/21 9/5 9/13 9/19 10/24 11/5
**somewhat [2]** 7/5 8/5

**sorry [4]** 6/4 7/11 7/13 10/23
**SOUTHERN [1]** 1/10
**speak [1]** 9/23
**Special [3]** 3/7 5/12 6/18
**spend [1]** 10/24
**Spring [1]** 2/7
**staff [1]** 3/24
**standby [1]** 9/11
**started [1]** 4/6
**statements [1]** 8/20
**STATES [12]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 3/4 3/6 12/8 12/12
**stenographically [1]** 12/9
**STEWARD [4]** 2/15 2/15 3/10 9/19
**still [2]** 7/5 7/13
**Street [3]** 1/20 2/7 2/11
**subject [3]** 5/18 8/19 9/18
**submitted [1]** 11/3
**Suite [3]** 1/20 2/11 2/16
**Sunday [1]** 3/14
**sure [4]** 3/20 6/16 8/12 9/9
**symptoms [2]** 3/17 4/16

**T**
**table [1]** 3/7
**take [9]** 5/11 5/21 6/13 6/15 6/22 7/10 8/4 9/20 10/18
**taken [2]** 3/16 7/2
**taking [1]** 7/20
**talk [1]** 10/13
**temporarily [1]** 3/20
**test [3]** 3/16 5/5 5/7
**tested [1]** 7/8
**than [4]** 7/11 7/13 8/9 10/23
**Thank [4]** 8/24 10/11 11/6 11/10
**that [41]**
**that's [6]** 5/25 7/15 7/23 9/10 9/12 9/14
**their [2]** 8/12 10/7
**them [4]** 3/16 9/10 10/3 10/13
**then [4]** 5/20 7/1 8/25 10/9
**there [2]** 9/22 10/6
**these [1]** 9/15
**they [4]** 8/12 8/13 9/2 9/24
**they're [1]** 8/8
**thing [2]** 7/16 8/2
**things [1]** 6/17
**think [10]** 3/19 3/22 4/2 4/3 4/8 4/14 4/24 5/9 7/23 8/21
**this [21]**
**though [1]** 7/13
**thought [1]** 6/7
**three [1]** 4/12
**through [3]** 4/13 8/18 10/4
**Thursday [1]** 8/20
**time [5]** 5/4 5/21 6/14 11/5 11/8
**timing [1]** 8/5
**Title [1]** 12/8
**today [3]** 3/15 8/4 8/21
**together [1]** 10/24
**tomorrow [3]** 7/16 10/10 11/5
**town [2]** 9/7 9/12
**trace [1]** 10/19
**transcript [4]** 1/9 1/15 12/9 12/11
**travel [7]** 9/4 9/5 9/8 9/15 9/17 9/20 10/3
**trial [6]** 1/12 3/20 4/2 4/6 4/13 7/14
**true [1]** 12/8
**twice [1]** 9/1
**two [2]** 6/17 7/14

**U**
**U.S [4]** 10/4 10/5 10/7 12/17
**understand [1]** 8/20
**Understood [1]** 10/9
**UNITED [12]** 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10 3/3 3/6 12/8 12/12
**until [3]** 4/9 5/10 11/3
**up [7]** 3/25 5/11 5/21 6/13 6/15 6/22 8/4
**us [1]** 8/15

**V**
**Varani [1]** 8/18
**versus [1]** 3/4
**very [2]** 4/24 6/12
**VOL [1]** 1/12
**voluntarily [1]** 5/15
**vs [1]** 1/10

**W**
**wait [2]** 8/14 10/12
**waiting [1]** 5/8
**want [2]** 5/3 10/12
**wanted [1]** 9/13
**wants [1]** 9/3
**was [3]** 4/25 6/18 7/6
**Washington [1]** 8/19
**ways [1]** 7/14
**we [46]**
**we'll [2]** 6/22 7/17
**we're [5]** 7/15 8/10 9/14 9/16 10/5
**we've [1]** 9/12
**WEDNESDAY [1]** 3/1
**well [5]** 3/15 3/25 3/25 5/10 5/11
**were [1]** 11/12
**West [2]** 1/20 2/11
**what [11]** 3/18 4/12 5/19 6/16 7/15 7/22 8/7 9/1 9/9 9/12 9/14
**whatever [1]** 4/19
**when [5]** 5/4 8/15 9/2 9/3 9/13
**where [1]** 10/1
**Whereupon [1]** 11/12
**whether [2]** 8/3 10/19
**which [3]** 5/13 5/17 9/1
**who [3]** 4/22 7/6 9/11
**whose [1]** 4/21
**Why [1]** 5/25
**will [14]**
**wish [1]** 5/15
**witness [2]** 6/21 9/3
**witnesses [8]** 4/22 6/19 7/12 8/8 9/7 9/9 9/12 9/15
**would [17]**
**writing [3]** 6/1 6/6 6/11
**WYMAN [2]** 2/5 3/6

**Y**
**yesterday [1]** 4/6
**you [14]**
**you're [1]** 6/16
**Your [17]**
**yours [1]** 10/25