1          **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3        **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4

5   UNITED STATES OF AMERICA,              )
                                           )
6                   Plaintiff,             )   <u>**CERTIFIED TRANSCRIPT**</u>
                                           )
7          vs.                             )   Case No.
                                           )   SACR-19-00061-JVS
8   MICHAEL JOHN AVENATTI,                 )
                                           )   **TRIAL DAY 18**
9                   Defendant.             )   **VOLUME 2**
    _____   )

10

11

12

13

14

15               REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                WEDNESDAY, AUGUST 11, 2021

17                       11:51 A.M.

18                  SANTA ANA, CALIFORNIA

19

20

21

22

23   _____

24            **DEBBIE HINO-SPAAN, CSR 7953, CRR**
                FEDERAL OFFICIAL COURT REPORTER
25              411 WEST 4TH STREET, ROOM 1-053
                     SANTA ANA, CA 92701
                    dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| 1 | **APPEARANCES OF COUNSEL:** |
| 2 | |
| 3 | **FOR THE PLAINTIFF:** |
| 4 | NICOLA T. HANNA |
| | United States Attorney |
| 5 | BY:  BRETT SAGEL |
| | Assistant United States Attorney |
| 6 | 411 West 4th Street |
| | Suite 8000 |
| 7 | Santa Ana, California 92701 |
| | 714-338-3598 |
| 8 | brett.sagel@usdoj.gov |
| 9 | NICOLA T. HANNA |
| | United States Attorney |
| 10 | BY:  ALEXANDER WYMAN |
| | Assistant United States Attorney |
| 11 | 312 North Spring Street |
| | Suite 1100 |
| 12 | Los Angeles, California 90012 |
| | 213-894-2435 |
| 13 | alex.wyman@usdoj.gov |
| 14 | **FOR THE DEFENDANT IN PRO SE:** |
| 15 | MICHAEL JOHN AVENATTI, ESQ. |
| 16 | |
| 17 | **STANDBY COUNSEL FOR MR. AVENATTI:** |
| 18 | H. DEAN STEWARD LAW OFFICES |
| | BY:  H. DEAN STEWARD, ESQ. |
| 19 | 17 Corporate Plaza |
| | Suite 254 |
| 20 | Newport Beach, California 92660 |
| | 949-481-4900 |
| 21 | deansteward7777@gmail.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1       **I N D E X**

2

3                   (None offered)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 11:51AM | 5 |

**SANTA ANA, CALIFORNIA; WEDNESDAY, AUGUST 11, 2021**

**11:51 A.M.**

**- - -**


**(Out of the presence of the jury.)**

6          THE COURTROOM DEPUTY:  Calling Item 1, SACR 19-61,

7   *United States of America vs. Michael John Avenatti.*

8          MR. WYMAN:  Good morning, Your Honor.  Alex Wyman

9   and Brett Sagel on behalf of the United States.  With us at

11:51AM 10   counsel table is Special Agent Carlos Ramon.

11          THE COURT:  Good morning.

12          MR. AVENATTI:  Good morning, Your Honor.  Michael

13   Avenatti with Mr. Dean Steward and Ms. Cummings-Cefali.

14          THE COURT:  Good morning.

11:52AM 15          Who wants to explain this issue to me?

16          MR. WYMAN:  Sure, Your Honor.  Our next witness that

17   we disclosed to the defense, who was supposed to testify first

18   thing this morning, is Special Agent Steve Bellis of the

19   IRS CI.  He was here prepared to testify yesterday.  We had

11:52AM 20   hoped he would get on the stand yesterday afternoon, but if

21   not, this morning first thing.  His direct is less than ten

22   minutes.  It's just to lay the foundation for the -- to offer

23   Exhibit 457, that wire fraud count chart.  The

24   cross-examination estimate provided by the defense, I think,

11:52AM 25   was 20 minutes.  That's the only purpose of his testimony.

1          Agent Bellis has a prepaid vacation planned for

2     tomorrow, and so we had been trying to avoid him testifying

3     tomorrow which is why we were going to call him first thing

4     today to make sure he would be done.

11:53AM  5          Given that his only role in the case is just to lay

6     the foundation for that one chart, we e-mailed the defense to

7     see if we could swap him out for a different IRS agent who

8     would today review the accuracy of the chart and then to lay

9     the foundation for it tomorrow, and they said that they object.

11:53AM 10     They didn't provide a reason why.  But we would request that we

11     just be able to use a different agent to lay that foundation so

12     that we don't have to make Agent Bellis miss his prepaid

13     vacation.

14          THE COURT:  Well, can't the alternate agent lay the

11:53AM 15     foundation?

16          MR. WYMAN:  Yes, Your Honor.  He's been up in our

17     office going through bank records to verify the accuracy of the

18     chart.

19          THE COURT:  Mr. Avenatti.

11:53AM 20          MR. AVENATTI:  Yes, Your Honor.  Can I approach for

21     a minute?

22          THE COURT:  Sure.

23          MR. AVENATTI:  Your Honor, I've handed up two

24     District Court cases that cite to a number of other cases

11:54AM 25     including cases out of the Ninth, the Tenth, the Eighth, and

1    the Fifth Circuit standing for the proposition that they can't

2    just bring in somebody who did not prepare the actual summary

3    to testify.  That is not permitted under 1006.  In order to

4    authenticate and lay the proper foundation, you have to have

11:54AM 5    the person who prepared the summary.

6              THE COURT:  Suppose the original preparer died.

7    Would the chart never be able to come in?

8              MR. AVENATTI:  They would have to have somebody

9    under that extreme circumstance, Your Honor, probably

11:54AM 10   re-prepare it so that they could then be cross-examined as to

11   the accuracy.  But what you can't do is have somebody else

12   prepare it and then bring in another witness to testify to it.

13   That is not permitted.  And the case law is clear that there's

14   a reason for that.  And the reason is because these are not

11:55AM 15   supposed to be summaries prepared by AUSAs, for instance, or

16   others who were not available to testify.  You've got to be

17   able to cross-examine the person that actually prepared it.

18   And that is our objection.

19             We don't want to inconvenience Mr. Bellis.  This

11:55AM 20   isn't just about being difficult or anything of that nature.  I

21   want to be able to cross-examine the individual that actually

22   prepared Exhibit 457.  And what I heard was that Exhibit 457 --

23   I think I heard this or maybe I'm just assuming it was prepared

24   by Mr. Bellis.  If it was not prepared by Mr. Bellis, then we

11:55AM 25   have a problem to begin with because Mr. Bellis was not

```
 1    adequate to testify as to 457.  That is our objection,
 2    Your Honor.
 3           THE COURT:  Suppose Mr. Bellis went through,
 4    hypothetically, steps 1 through 10 to prepare the chart.  Why
 5    couldn't somebody else go through steps 1 through 10 and adopt
 6    the chart?
 7           MR. AVENATTI:  Your Honor, I assume that someone
 8    other than Mr. Bellis could recreate the summary --
 9           THE COURT:  Correct.
10           MR. AVENATTI:  -- and then potentially testify to
11    it.
12           THE COURT:  Okay.
13           MR. AVENATTI:  I believe that they could do that.
14    But under the circumstances, I don't think that that new
15    summary timely notice would be provided, frankly, under 1006.
16    But again --
17           THE COURT:  But suppose it's the very same chart and
18    it's the very same underlying documents that had been produced.
19    Why wouldn't it be acceptable -- if there's a legitimate reason
20    why the preparer can't testify, why couldn't somebody else go
21    through my hypothetical steps 1 through 10 and say, "I have
22    reviewed the preparation of this chart and I find it to be
23    accurate, and here's what I did"?
24           MR. AVENATTI:  Your Honor, I think -- not to split
25    hairs too closely, but I think that the individual could
```

11:56AM (line 5)
11:56AM (line 10)
11:56AM (line 15)
11:56AM (line 20)
11:57AM (line 25)

1    re-prepare the summary and retrace the work and do the work and

2    potentially testify as Your Honor indicated, I agree.  But I

3    don't think they can just crosscheck the work and say "Yes,

4    it's acceptable."

11:57AM  5          And what I'd like is a representation on the record

6    from the Government as to who prepared 457.  I think that's a

7    threshold question that needs to be answered.  Who actually

8    prepared 457?

9              THE COURT:  Mr. Wyman.

11:57AM 10             MR. WYMAN:  I completely disagree, Your Honor.

11   Rule 1006 does not require that the agent introducing the chart

12   is the one who created it in the first instance.  All these

13   cases -- and by the way, we would have been prepared to address

14   this had they stated the basis for their objection.  They

11:57AM 15   handed me this as they handed it to you, Your Honor.

16             My understanding of Rule 1006 is that the person who

17   offers it, the witness, has to be able -- has to be subject to

18   cross-examination on the accuracy of the chart.  The witness

19   has to be able to testify and lay the foundation for the

11:58AM 20   voluminous records and the accuracy of the chart that fairly

21   and accurately summarizes those voluminous records.

22             There is no basis -- or there's no basis of law that

23   I'm aware of -- again, not having read the authority he just

24   handed to me -- that says that the person who takes the stand

11:58AM 25   and offers it has to be the one who actually put the chart

1    together.

2            As I said, the special agent who we are proposing to

3    testify about it is in our office as we speak verifying the

4    bank records.  He will be subject to cross-examination on the

11:58AM 5    accuracy of this chart which, as Your Honor mentioned, is the

6    same chart that has previously been disclosed to them.

7    Nothing's changed.

8            And by the way, the chart is basically a cut and

9    paste from the Indictment.  It's the ten wire count charts that

11:58AM 10   were charged in the Indictment.  That's the only purpose of the

11   chart.  And so I think for him to say that whoever created the

12   chart has to be the witness is unfounded in law and it's

13   unreasonable.

14           MR. AVENATTI:  Your Honor, let me just make a quick

11:59AM 15   point.  What we just heard confirmed my concern, and that is,

16   that neither Mr. Bellis nor Mr. Clark created this chart.  And

17   it's not unfounded in law, my argument.  There are four Court

18   of Appeal cases cited in the decision that I've handed to the

19   Court, and those decisions stand for a very simple proposition

11:59AM 20   and a logical one.  I'm entitled to cross-examine the person

21   who prepared the chart.  That's what those cases stand for and

22   that's who I want to cross-examine.

23           So if it's a paralegal in the Government's office,

24   that's who I'm entitled to cross-examine.  If it's one of the

11:59AM 25   AUSAs, that's who I'm entitled to cross-examine.  If it's

1    Special Agent Carlos, that's who I'm entitled to cross-examine.

2    Whoever that person is that prepared it, that's what the case

3    law holds.  This isn't about verifying other people's work.

4    I'm entitled to cross-examine the person that prepared it, and

12:00PM  5    that's what I want to do.

6             THE COURT:  Well, I believe that if hypothetically

7    the original witness went through steps 1 through 10 to prepare

8    it and that witness is unavailable, a substitute that goes

9    through steps 1 through 10 and verifies the accuracy of the

12:00PM 10    chart is permitted to testify.

11             Now, you can address it on cross-examination.  You

12    can ask him when he prepared it.  You can attack his basis for

13    vouching for it, and I'll listen to the testimony.  If there's

14    a basis to strike the chart, I will.

12:00PM 15             MR. AVENATTI:  And, Your Honor, I appreciate that.

16             One final point.  There's no representation that the

17    person that prepared 457 is not available.  That -- I would

18    agree with Your Honor if it was established that the person

19    that prepared 457 is not available, because what we've heard

12:01PM 20    now is that it appears that Mr. Bellis did not prepare 457.  So

21    his unavailability is irrelevant.  I'd like to know -- I think

22    we're entitled to know on the record, Your Honor, who --

23             THE COURT:  Sir, we're basically going back to

24    Square 1.  Whether it's Mr. Bellis or whoever prepared the

12:01PM 25    version of 457, if this new witness goes back and goes through

1    my hypothetical 1 through 10, he is the one that prepared it

2    and you can cross-examine him.  Now, if you can establish that

3    he didn't fairly go through my hypothetical steps 1 through 10

4    or there are other foundational defects, I'll be listening for

12:01PM 5    those.  And if appropriate, a motion to strike.

6            MR. AVENATTI:  We know Mr. Clark didn't prepare 457

7    because 457 was provided before Mr. Clark even got involved.

8            THE COURT:  Sir, you're missing the point.  You're

9    not listening to me.  That's troublesome.  What I said is it's

12:02PM 10   irrelevant who originally prepared the chart.  Because if he

11   goes back and does all those steps and basically recreates the

12   same thing, he's the person you're entitled to cross-examine.

13   It's irrelevant whether Mr. -- at this point whether Mr. Bellis

14   or somebody else prepared the chart.

12:02PM 15           Now, cross-examination is your weapon to attack the

16   admissibility of it and you suggested the lines of attack you

17   wish to launch.  So I'm going to allow the substitution.

18           MR. AVENATTI:  Thank you, Your Honor.

19           THE COURT:  One thing we didn't talk about this

12:02PM 20   morning is Witness 1.  Have you folks had any discussion about

21   what the status of Witness 1 is and whether she is or is not

22   available?

23           MR. SAGEL:  I e-mailed defense counsel last night

24   asking for them to propose their alternates as Your Honor had

12:02PM 25   suggested.  We still have yet to receive anything back.  The

only thing we saw was the same declaration they said they were
going to file, which isn't --

THE COURT:  Well, it's -- the declaration doesn't
help and doesn't tell us that much.  It doesn't tell us what
her current condition is.  She says she feels fine, you know,
some weeks ago or --

MR. SAGEL:  We forwarded -- and I haven't yet to
speak to her.  Actually, when we forwarded it to her, we
weren't realizing we were not going to be in trial today; so I
haven't even thought about it until now.  We had planned to
talk to her at the lunch break.

THE COURT:  That's fine.  We'll take it up tomorrow.

MR. SAGEL:  We can -- I'll just mention that we
forwarded the declaration to her, and her response was, "That's
not what I would say happened."  So...

MR. AVENATTI:  Your Honor, I wasn't there,
obviously.  We're prepared to have the paralegal testify, if
necessary.  But in the grand scheme of things, I don't think
it's either here nor there.

Here's my position.  I'm entitled to have Witness 1
testify live before this jury in my defense case.

THE COURT:  Sir, if Witness 1 has COVID or has been
recently exposed to COVID that presents a health threat to
everybody in this room, I believe it's appropriate that we go
to alternates.  The obvious alternate is to put her on via

1    video.  And I believe if the circumstance is such that she has

2    COVID or could infect the folks in this room, that that's

3    appropriate.  I agree it's always preferable to have live

4    witnesses, but I don't think, ipso facto, where there's

12:04PM 5    justification that taking testimony via video is an

6    infringement on any of your rights.

7              MR. AVENATTI:  Well, we have not established yet

8    that, in fact, she presently has COVID.

9              THE COURT:  Well, that's why we're waiting for the

12:04PM 10   response so we have all the facts.

11             MR. AVENATTI:  From the Government or the witness,

12   correct.

13             THE COURT:  Right.  Right.

14             MR. AVENATTI:  Yes.  So here on the defense side

12:04PM 15   we've done everything we need to do.  We're waiting for

16   confirmation that the witness, in fact, is currently infected

17   with COVID so that then a determination can be made.  And if

18   necessary, we can then take up the issue as to whether Zoom may

19   or may not be appropriate and whether the defense agrees to

12:05PM 20   that or whether it makes more sense to wait a few days and

21   allow the time period to lapse during which she would no longer

22   be possible of transmitting COVID.

23             I want to be clear.  I am not suggesting we put

24   anybody's health at risk.  I think I've been consistent in that

12:05PM 25   regard, Your Honor.  But at the same time, I'm entitled to

present a defense with live witnesses.  And that's my request,
and I guess we'll just have to wait and see what the Government
and witness comes forward related to whether she's currently
infected or not.

12:05PM  THE COURT:  Always helpful to have all the facts
before one makes a decision.

MR. AVENATTI:  Agreed.

MR. SAGEL:  And the only thing I'll say -- I'm not
sure why we're going in circles -- we have -- and I don't think
12:06PM  it's been disputed -- we have her test results from August 5th
where she tested positive last Thursday.  Again, I don't know
the CDC guidelines of how long after a positive test, but I
think we're now at --

THE COURT:  Have you shared those results?

12:06PM  MR. SAGEL:  I said it in court.  I can.  I don't
think it was ever disputed.  So that's why I was -- but I can.
If they're claiming they didn't think that's true, I didn't
know that.  I think it was even in my e-mail that we have her
test results showing she tested positive on August 5th.

12:06PM  THE COURT:  File it under seal, please, so it's
crystal clear what the record is.

MR. SAGEL:  Yes, Your Honor.

THE COURT:  Okay.  Anything further at this time?

MR. WYMAN:  Very briefly, Your Honor.

12:06PM  One other witness, a scheduling thing, and this

1    should be a minor point.  We were originally going to have

2    Steve Bellis testify first.  We are going to have Michelle Phan

3    go first tomorrow and then Special Agent Clark.  But otherwise,

4    the order is the same.

12:07PM  5            THE COURT:  Sounds like it's a 20-minute difference

6    one way or the other.

7            MR. WYMAN:  Correct, Your Honor.

8            THE COURT:  Mr. Avenatti?

9            MR. AVENATTI:  No objection.

12:07PM 10           THE COURT:  Okay.  Then we'll be in recess until

11   8:30 tomorrow.

12           THE COURTROOM DEPUTY:  All rise.

13           **(Proceedings concluded at 12:07 p.m.)**

14                        **--oOo--**

15

16

17

18

19

20

21

22

23

24

25

1           *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES   )
                            )
4    STATE OF CALIFORNIA    )

5             I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  August 11, 2021*

16

17

18

19                          */S/ DEBBIE HINO-SPAAN*

20                          *Debbie Hino-Spaan, CSR No. 7953*
                            *Federal Official Court Reporter*
21

22

23

24

25

**/**

/S [1] - 16:19

**1**

1 [13] - 4:5, 7:3, 7:4, 7:20, 10:5, 10:7, 10:22, 10:24, 11:1, 11:18, 11:19, 12:18, 12:20
1-053 [1] - 1:24
10 [7] - 7:3, 7:4, 7:20, 10:5, 10:7, 10:24, 11:1
1006 [4] - 6:2, 7:14, 8:10, 8:15
11 [3] - 1:15, 4:1, 16:15
1100 [1] - 2:11
11:51 [2] - 1:16, 4:2
12:07 [1] - 15:11
17 [1] - 2:18
18 [1] - 1:8
19-61 [1] - 4:5

**2**

2 [1] - 1:9
20 [1] - 4:24
20-minute [1] - 15:3
2021 [3] - 1:15, 4:1, 16:15
213-894-2435 [1] - 2:12
254 [1] - 2:19
28 [1] - 16:8

**3**

312 [1] - 2:11

**4**

411 [2] - 1:24, 2:6
457 [12] - 4:22, 6:21, 6:25, 8:5, 8:7, 10:15, 10:17, 10:18, 10:23, 11:4, 11:5
4th [1] - 2:6
4TH [1] - 1:24

**5**

5th [2] - 14:8, 14:17

**7**

714-338-3598 [1] - 2:7
753 [1] - 16:8

**7953** [2] - 1:23, 16:20

**8**

8000 [1] - 2:6
8:30 [1] - 15:9

**9**

90012 [1] - 2:12
92660 [1] - 2:19
92701 [2] - 1:25, 2:7
949-481-4900 [1] - 2:20

**A**

A.M [2] - 1:16, 4:2
able [6] - 5:10, 6:6, 6:16, 6:20, 8:16, 8:18
above-entitled [1] - 16:11
acceptable [2] - 7:18, 8:3
accuracy [7] - 5:7, 5:16, 6:10, 8:17, 8:19, 9:4, 10:7
accurate [1] - 7:22
accurately [1] - 8:20
actual [1] - 6:1
address [2] - 8:12, 10:9
adequate [1] - 6:25
admissibility [1] - 11:14
adopt [1] - 7:4
afternoon [1] - 4:19
agent [5] - 5:6, 5:10, 5:13, 8:10, 9:1
Agent [6] - 4:9, 4:17, 4:25, 5:11, 9:24, 15:1
ago [1] - 12:4
agree [3] - 8:1, 10:16, 13:1
agreed [1] - 14:5
agrees [1] - 13:17
Alex [1] - 4:7
alex.wyman@usdoj.gov [1] - 2:13
ALEXANDER [1] - 2:10
allow [2] - 11:15, 13:19
alternate [2] - 5:13, 12:23
alternates [2] - 11:22, 12:23
AMERICA [1] - 1:5

America [1] - 4:6
ANA [3] - 1:17, 1:25, 4:1
Ana [1] - 2:7
ANGELES [1] - 16:3
Angeles [1] - 2:12
answered [1] - 8:6
Appeal [1] - 9:16
APPEARANCES [1] - 2:1
appreciate [1] - 10:13
approach [1] - 5:19
appropriate [4] - 11:3, 12:22, 13:1, 13:17
argument [1] - 9:15
Assistant [2] - 2:5, 2:10
assume [1] - 7:6
assuming [1] - 6:22
attack [3] - 10:10, 11:13, 11:14
Attorney [4] - 2:4, 2:5, 2:9, 2:10
AUGUST [2] - 1:15, 4:1
August [3] - 14:8, 14:17, 16:15
AUSAs [2] - 6:14, 9:23
authenticate [1] - 6:3
authority [1] - 8:22
available [4] - 6:15, 10:15, 10:17, 11:20
Avenatti [4] - 4:6, 4:12, 5:18, 15:6
AVENATTI [21] - 1:8, 2:15, 2:16, 4:11, 5:19, 5:22, 6:7, 7:6, 7:9, 7:12, 7:23, 9:12, 10:13, 11:4, 11:16, 12:14, 13:5, 13:9, 13:12, 14:5, 15:7
avoid [1] - 5:1
aware [1] - 8:22

**B**

bank [2] - 5:16, 9:3
basis [5] - 8:13, 8:21, 10:10, 10:12
Beach [1] - 2:19
begin [1] - 6:24
behalf [1] - 4:8
Bellis [4] - 4:17, 4:25, 5:11, 6:18, 6:23, 6:24, 7:2, 7:7, 9:14, 10:18, 10:22, 11:11, 14:25
break [1] - 12:9
Brett [1] - 4:8
BRETT [1] - 2:5

brett.sagel@usdoj.gov [1] - 2:8
briefly [1] - 14:22
bring [2] - 6:1, 6:11
BY [2] - 2:5, 2:18

**C**

CA [1] - 1:25
California [4] - 2:7, 2:12, 2:19, 16:4
CALIFORNIA [1] - 1:2, 1:17, 4:1, 16:4
Carlos [4] - 4:9, 9:24
case [4] - 5:4, 6:12, 9:25, 12:19
Case [1] - 1:7
cases [6] - 5:23, 5:24, 8:12, 9:16, 9:19
CDC [1] - 14:10
Cefali [1] - 4:12
Central [1] - 16:7
CENTRAL [1] - 1:2
CERTIFICATE [1] - 16:1
CERTIFIED [1] - 1:6
certify [1] - 16:7
changed [1] - 9:6
charged [1] - 9:8
chart [24] - 4:22, 5:5, 5:7, 5:17, 6:6, 7:3, 7:5, 7:16, 7:21, 8:10, 8:17, 8:19, 8:24, 9:4, 9:5, 9:6, 9:9, 9:10, 9:14, 9:19, 10:8, 10:12, 11:8, 11:12
charts [1] - 9:8
CI [1] - 4:18
circles [1] - 14:7
Circuit [1] - 5:25
circumstance [2] - 6:8, 12:24
circumstances [1] - 7:13
cite [1] - 5:23
cited [1] - 9:16
claiming [1] - 14:15
Clark [5] - 9:14, 11:4, 11:5, 15:1
clear [3] - 6:12, 13:21, 14:19
closely [1] - 7:24
Code [1] - 16:8
completely [1] - 8:9
concern [1] - 9:13
concluded [1] - 15:11
condition [1] - 12:3
Conference [1] - 16:12
confirmation [1] -

13:14
confirmed [1] - 9:13
conformance [1] - 16:12
consistent [1] - 13:22
Corporate [1] - 2:18
correct [4] - 7:8, 13:10, 15:5, 16:9
counsel [2] - 4:9, 11:21
COUNSEL [2] - 2:1, 2:16
count [2] - 4:22, 9:7
COUNTY [1] - 16:3
court [1] - 14:13
Court [5] - 5:23, 9:15, 9:17, 16:6, 16:20
COURT [30] - 1:1, 1:24, 4:10, 4:13, 5:13, 5:18, 5:21, 6:5, 7:2, 7:8, 7:11, 7:16, 8:8, 10:4, 10:21, 11:6, 11:17, 12:1, 12:10, 12:20, 13:7, 13:11, 14:3, 14:12, 14:18, 14:21, 15:3, 15:6, 15:8, 16:6
COURTROOM [2] - 4:5, 15:10
COVID [6] - 12:20, 12:21, 12:25, 13:6, 13:15, 13:20
created [3] - 8:11, 9:10, 9:14
cross [16] - 4:23, 6:9, 6:16, 6:20, 8:17, 9:3, 9:18, 9:20, 9:22, 9:23, 9:24, 10:2, 10:9, 10:25, 11:10, 11:13
cross-examination [5] - 4:23, 8:17, 9:3, 10:9, 11:13
cross-examine [10] - 6:16, 6:20, 9:18, 9:20, 9:22, 9:23, 9:24, 10:2, 10:25, 11:10
cross-examined [1] - 6:9
crosscheck [1] - 8:2
CRR [1] - 1:23
crystal [1] - 14:19
CSR [2] - 1:23, 16:20
Cummings [1] - 4:12
Cummings-Cefali [1] - 4:12
current [1] - 12:3
cut [1] - 9:7

## D

**Date** [1] - 16:15
**DAY** [1] - 1:8
**days** [1] - 13:18
**dean** [1] - 4:12
**DEAN** [2] - 2:17, 2:18
**deansteward7777@gmail.com** [1] - 2:20
**Debbie** [1] - 16:20
**DEBBIE** [3] - 1:23, 16:5, 16:19
**decision** [2] - 9:16, 14:4
**decisions** [1] - 9:17
**declaration** [3] - 11:24, 12:1, 12:12
**defects** [1] - 11:2
**DEFENDANT** [1] - 2:14
**Defendant** [1] - 1:9
**defense** [8] - 4:16, 4:23, 5:5, 11:21, 12:19, 13:12, 13:17, 13:24
**DEPUTY** [2] - 4:5, 15:10
**determination** [1] - 13:15
**dhinospaan@yahoo.com** [1] - 1:25
**died** [1] - 6:5
**difference** [1] - 15:3
**different** [2] - 5:6, 5:10
**difficult** [1] - 6:19
**direct** [1] - 4:20
**disagree** [1] - 8:9
**disclosed** [2] - 4:16, 9:5
**discussion** [1] - 11:18
**disputed** [2] - 14:8, 14:14
**District** [3] - 5:23, 16:6, 16:7
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**documents** [1] - 7:17
**done** [2] - 5:3, 13:13
**during** [1] - 13:19

## E

**e-mail** [1] - 14:16
**e-mailed** [2] - 5:5, 11:21
**Eighth** [1] - 5:24
**either** [1] - 12:17
**entitled** [10] - 9:18, 9:22, 9:23, 9:24, 10:2, 10:20, 11:10, 12:18, 13:23, 16:11
**ESQ** [2] - 2:15, 2:18
**establish** [1] - 10:25
**established** [2] - 10:16, 13:5
**estimate** [1] - 4:23
**examination** [5] - 4:23, 8:17, 9:3, 10:9, 11:13
**examine** [10] - 6:16, 6:20, 9:18, 9:20, 9:22, 9:23, 9:24, 10:2, 10:25, 11:10
**examined** [1] - 6:9
**Exhibit** [3] - 4:22, 6:21
**explain** [1] - 4:14
**exposed** [1] - 12:21
**extreme** [1] - 6:8

## F

**fact** [2] - 13:6, 13:14
**facto** [1] - 13:2
**facts** [2] - 13:8, 14:3
**fairly** [2] - 8:19, 11:1
**Federal** [1] - 16:20
**FEDERAL** [2] - 1:24, 16:5
**few** [1] - 13:18
**Fifth** [1] - 5:25
**file** [2] - 11:25, 14:18
**final** [1] - 10:14
**fine** [2] - 12:3, 12:10
**first** [6] - 4:16, 4:20, 5:2, 8:11, 14:25, 15:1
**folks** [2] - 11:18, 12:25
**FOR** [3] - 2:3, 2:14, 2:16
**foregoing** [1] - 16:9
**format** [1] - 16:11
**forward** [1] - 14:1
**forwarded** [3] - 12:5, 12:6, 12:12
**foundation** [7] - 4:21, 5:5, 5:8, 5:10, 5:14, 6:3, 8:18
**foundational** [1] - 11:2
**four** [1] - 9:15
**frankly** [1] - 7:14
**fraud** [1] - 4:22

## G

**given** [1] - 5:4
**Government** [3] - 8:5, 13:9, 13:25
**Government's** [1] - 9:21
**grand** [1] - 12:16
**guess** [1] - 13:25
**guidelines** [1] - 14:10

## H

**hairs** [1] - 7:24
**handed** [5] - 5:22, 8:14, 8:23, 9:16
**HANNA** [2] - 2:4, 2:9
**health** [2] - 12:21, 13:22
**heard** [4] - 6:21, 6:22, 9:13, 10:17
**held** [1] - 16:10
**help** [1] - 12:2
**helpful** [1] - 14:3
**hereby** [1] - 16:7
**HINO** [3] - 1:23, 16:5, 16:19
**Hino** [1] - 16:20
**HINO-SPAAN** [3] - 1:23, 16:5, 16:19
**Hino-Spaan** [1] - 16:20
**holds** [1] - 10:1
**Honor** [25] - 4:7, 4:11, 4:15, 5:15, 5:19, 5:22, 6:8, 7:1, 7:6, 7:23, 8:1, 8:9, 8:14, 9:4, 9:12, 10:13, 10:16, 10:20, 11:16, 11:22, 12:14, 13:23, 14:20, 14:22, 15:5
**HONORABLE** [1] - 1:3
**hoped** [1] - 4:19
**hypothetical** [3] - 7:20, 10:24, 11:1
**hypothetically** [2] - 7:3, 10:4

## I

**IN** [1] - 2:14
**including** [1] - 5:24
**inconvenience** [1] - 6:18
**indicated** [1] - 8:1
**Indictment** [2] - 9:7, 9:8
**individual** [2] - 6:20, 7:24
**infect** [1] - 12:25
**infected** [2] - 13:14, 14:2
**infringement** [1] - 13:4
**instance** [2] - 6:14, 8:11
**introducing** [1] - 8:10
**involved** [1] - 11:5
**ipso** [1] - 13:2
**irrelevant** [3] - 10:19, 11:8, 11:11
**IRS** [2] - 4:18, 5:6
**issue** [2] - 4:14, 13:16
**item** [1] - 4:5

## J

**JAMES** [1] - 1:3
**John** [1] - 4:6
**JOHN** [2] - 1:8, 2:15
**JUDGE** [1] - 1:3
**Judicial** [1] - 16:12
**jury** [1] - 12:19
**justification** [1] - 13:3

## L

**lapse** [1] - 13:19
**last** [2] - 11:21, 14:9
**launch** [1] - 11:15
**law** [5] - 6:12, 8:21, 9:11, 9:15, 10:1
**LAW** [1] - 2:17
**lay** [7] - 4:21, 5:4, 5:7, 5:10, 5:13, 6:3, 8:18
**legitimate** [1] - 7:18
**less** [1] - 4:20
**lines** [1] - 11:14
**listen** [1] - 10:11
**listening** [2] - 11:2, 11:7
**live** [3] - 12:19, 13:1, 13:24
**logical** [1] - 9:18
**Los** [1] - 2:12
**LOS** [1] - 16:3
**lunch** [1] - 12:9

## M

**mail** [1] - 14:16
**mailed** [2] - 5:5, 11:21
**matter** [1] - 16:11
**mention** [1] - 12:11
**mentioned** [1] - 9:4
**MICHAEL** [2] - 1:8, 2:15
**Michael** [2] - 4:6, 4:11
**Michelle** [1] - 14:25
**minor** [1] - 14:24
**minute** [1] - 5:20
**minutes** [2] - 4:21, 4:24
**miss** [1] - 5:11
**missing** [1] - 11:6
**morning** [7] - 4:7, 4:10, 4:11, 4:13, 4:17, 4:20, 11:18
**motion** [1] - 11:3
**MR** [31] - 2:16, 4:7, 4:11, 4:15, 5:15, 5:19, 5:22, 6:7, 7:6, 7:9, 7:12, 7:23, 8:9, 9:12, 10:13, 11:4, 11:16, 11:21, 12:5, 12:11, 12:14, 13:5, 13:9, 13:12, 14:5, 14:6, 14:13, 14:20, 14:22, 15:5, 15:7

## N

**nature** [1] - 6:19
**necessary** [2] - 12:16, 13:16
**need** [1] - 13:13
**needs** [1] - 8:6
**never** [1] - 6:6
**new** [2] - 7:13, 10:23
**Newport** [1] - 2:19
**next** [1] - 4:15
**NICOLA** [2] - 2:4, 2:9
**night** [1] - 11:21
**Ninth** [1] - 5:24
**none** [1] - 3:3
**North** [1] - 2:11
**nothing's** [1] - 9:6
**notice** [1] - 7:14
**number** [1] - 5:23

## O

**object** [1] - 5:8
**objection** [4] - 6:17, 6:25, 8:13, 15:7
**obvious** [1] - 12:23
**obviously** [1] - 12:15
**OF** [7] - 1:2, 1:5, 1:14, 2:1, 16:1, 16:3, 16:4
**offer** [1] - 4:21
**offered** [1] - 3:3
**offers** [2] - 8:16, 8:24
**office** [3] - 5:16, 9:2, 9:21
**OFFICES** [1] - 2:17
**Official** [1] - 16:20
**OFFICIAL** [3] - 1:24, 16:1, 16:5
**one** [11] - 5:5, 8:11, 8:24, 9:18, 9:22, 10:14, 10:24, 11:17, 14:4, 14:23, 15:4
**oOo** [1] - 15:12
**order** [2] - 6:2, 15:2
**original** [2] - 6:5, 10:5
**originally** [2] - 11:8,

14:24
**otherwise** [1] - 15:1

## P

**p.m** [1] - 15:11
**page** [1] - 16:11
**paralegal** [2] - 9:21, 12:15
**paste** [1] - 9:7
**people's** [1] - 10:1
**period** [1] - 13:19
**permitted** [3] - 6:2, 6:12, 10:8
**person** [10] - 6:4, 6:16, 8:15, 8:23, 9:18, 9:25, 10:2, 10:15, 10:16, 11:10
**Phan** [1] - 14:25
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**planned** [2] - 4:25, 12:8
**Plaza** [1] - 2:18
**point** [5] - 9:13, 10:14, 11:6, 11:11, 14:24
**position** [1] - 12:18
**positive** [3] - 14:9, 14:10, 14:17
**possible** [1] - 13:20
**potentially** [2] - 7:9, 8:1
**preferable** [1] - 13:1
**prepaid** [2] - 4:25, 5:11
**preparation** [1] - 7:21
**prepare** [8] - 6:1, 6:9, 6:11, 7:3, 7:25, 10:5, 10:18, 11:4
**prepared** [21] - 4:18, 6:4, 6:14, 6:16, 6:21, 6:22, 6:23, 8:5, 8:7, 8:12, 9:19, 9:25, 10:2, 10:10, 10:15, 10:17, 10:22, 10:24, 11:8, 11:12, 12:15
**preparer** [2] - 6:5, 7:19
**present** [1] - 13:24
**presently** [1] - 13:6
**presents** [1] - 12:21
**previously** [1] - 9:5
**PRO** [1] - 2:14
**problem** [1] - 6:24
**PROCEEDINGS** [1] - 1:14
Proceedings [1] - 15:11
proceedings [1] - 16:10
**produced** [1] - 7:17

**proper** [1] - 6:3
**propose** [1] - 11:22
**proposing** [1] - 9:1
**proposition** [2] - 5:25, 9:17
**provide** [1] - 5:9
**provided** [3] - 4:23, 7:14, 11:5
**purpose** [2] - 4:24, 9:9
**pursuant** [1] - 16:8
**put** [3] - 8:24, 12:23, 13:21

## Q

**quick** [1] - 9:12

## R

**Ramon** [1] - 4:9
**re** [2] - 6:9, 7:25
**re-prepare** [2] - 6:9, 7:25
**read** [1] - 8:22
**realizing** [1] - 12:7
**REALTIME** [1] - 16:5
**reason** [4] - 5:9, 6:13, 7:18
**receive** [1] - 11:23
**recently** [1] - 12:21
**recess** [1] - 15:8
**record** [3] - 8:4, 10:20, 14:19
**records** [4] - 5:16, 8:19, 8:20, 9:3
**recreate** [1] - 7:7
**recreates** [1] - 11:9
**regard** [1] - 13:23
**regulations** [1] - 16:12
**related** [1] - 14:1
**reported** [1] - 16:10
**REPORTER** [1] - 1:24, 16:1, 16:6
**Reporter** [1] - 16:20
**REPORTER'S** [1] - 1:14
**representation** [2] - 8:4, 10:14
**request** [2] - 5:9, 13:24
**require** [1] - 8:10
**response** [2] - 12:12, 13:8
**results** [3] - 14:8, 14:12, 14:17
**retrace** [1] - 7:25
**review** [1] - 5:7
**reviewed** [1] - 7:21
**rights** [1] - 13:4
**rise** [1] - 15:10

**risk** [1] - 13:22
**role** [1] - 5:4
**ROOM** [1] - 1:24
**room** [2] - 12:22, 12:25
**Rule** [2] - 8:10, 8:15

## S

**SACR** [1] - 4:5
**SACR-19-00061-JVS** [1] - 1:7
**Sagel** [1] - 4:8
**SAGEL** [7] - 2:5, 11:21, 12:5, 12:11, 14:6, 14:13, 14:20
**SANTA** [3] - 1:17, 1:25, 4:1
**Santa** [1] - 2:7
**saw** [1] - 11:24
**scheduling** [1] - 14:23
**scheme** [1] - 12:16
**SE** [1] - 2:14
**seal** [1] - 14:18
**Section** [1] - 16:8
**see** [2] - 5:6, 13:25
**SELNA** [1] - 1:3
**sense** [1] - 13:18
**shared** [1] - 14:12
**showing** [1] - 14:17
**side** [1] - 13:12
**simple** [1] - 9:17
**so..** [1] - 12:13
**someone** [1] - 7:6
**sounds** [1] - 15:3
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 16:20
**SPAAN** [3] - 1:23, 16:5, 16:19
**special** [1] - 9:1
**Special** [4] - 4:9, 4:17, 9:24, 15:1
**split** [1] - 7:23
**Spring** [1] - 2:11
**Square** [1] - 10:22
**stand** [4] - 4:19, 8:23, 9:17, 9:19
**STANDBY** [1] - 2:16
**standing** [1] - 5:25
**STATE** [1] - 16:4
**STATES** [2] - 1:1, 1:5
**States** [9] - 2:4, 2:5, 2:9, 2:10, 4:6, 4:8, 16:6, 16:8, 16:13
**status** [1] - 11:19
**stenographically** [1] - 16:10
**steps** [7] - 7:3, 7:4, 7:20, 10:5, 10:7,

11:1, 11:9
**Steve** [2] - 4:17, 14:25
**STEWARD** [2] - 2:17, 2:18
**Steward** [1] - 4:12
**still** [1] - 11:23
**STREET** [1] - 1:24
**Street** [2] - 2:6, 2:11
**strike** [2] - 10:12, 11:3
**subject** [2] - 8:16, 9:3
**substitute** [1] - 10:6
**substitution** [1] - 11:15
**suggested** [2] - 11:14, 11:23
**suggesting** [1] - 13:21
**Suite** [3] - 2:6, 2:11, 2:19
**summaries** [1] - 6:14
**summarizes** [1] - 8:20
**summary** [6] - 6:1, 6:4, 7:7, 7:14, 7:25
**suppose** [3] - 6:5, 7:2, 7:16
**supposed** [2] - 4:16, 6:14
**swap** [1] - 5:6

## T

**table** [1] - 4:9
**ten** [2] - 4:20, 9:7
**Tenth** [1] - 5:24
**test** [3] - 14:8, 14:10, 14:17
**tested** [2] - 14:9, 14:17
**testify** [15] - 4:16, 4:18, 6:2, 6:11, 6:15, 6:25, 7:9, 7:19, 8:1, 8:18, 9:2, 10:8, 12:15, 12:19, 14:25
**testifying** [1] - 5:1
**testimony** [3] - 4:24, 10:11, 13:3
**THE** [31] - 2:3, 2:14, 4:5, 4:10, 4:13, 5:13, 5:18, 5:21, 6:5, 7:2, 7:8, 7:11, 7:16, 8:8, 10:4, 10:21, 11:6, 11:17, 12:1, 12:10, 12:20, 13:7, 13:11, 14:3, 14:12, 14:18, 14:21, 15:3, 15:6, 15:8, 15:10
**threat** [1] - 12:21
**threshold** [1] - 8:6
**Thursday** [1] - 14:9
**timely** [1] - 7:14
**Title** [1] - 16:8

**today** [3] - 5:3, 5:7, 12:7
**together** [1] - 8:25
**tomorrow** [6] - 5:1, 5:2, 5:8, 12:10, 15:1, 15:9
**TRANSCRIPT** [2] - 1:6, 1:14
**transcript** [2] - 16:9, 16:11
**transmitting** [1] - 13:20
**trial** [1] - 12:7
**TRIAL** [1] - 1:8
**troublesome** [1] - 11:7
**true** [2] - 14:15, 16:9
**trying** [1] - 5:1
**two** [1] - 5:22

## U

**U.S** [1] - 1:3
**unavailability** [1] - 10:19
**unavailable** [1] - 10:6
**under** [5] - 6:2, 6:8, 7:13, 7:14, 14:18
**underlying** [1] - 7:17
**unfounded** [2] - 9:10, 9:15
**UNITED** [2] - 1:1, 1:5
**United** [9] - 2:4, 2:5, 2:9, 2:10, 4:6, 4:8, 16:6, 16:8, 16:13
**unreasonable** [1] - 9:11
**up** [4] - 5:15, 5:22, 12:10, 13:16

## V

**vacation** [2] - 4:25, 5:12
**verifies** [1] - 10:7
**verify** [1] - 5:16
**verifying** [2] - 9:2, 10:1
**version** [1] - 10:23
**via** [2] - 12:23, 13:3
**video** [2] - 12:24, 13:3
**VOLUME** [1] - 1:9
**voluminous** [2] - 8:19, 8:20
**vouching** [1] - 10:11
**vs** [2] - 1:7, 4:6

## W

**wait** [2] - 13:18, 13:25

**waiting** [2] - 13:7, 13:13

**wants** [1] - 4:14

**weapon** [1] - 11:13

**WEDNESDAY** [2] - 1:15, 4:1

**weeks** [1] - 12:4

**West** [1] - 2:6

**WEST** [1] - 1:24

**wire** [2] - 4:22, 9:7

**wish** [1] - 11:15

**witness** [12] - 4:15, 6:11, 8:16, 8:17, 9:10, 10:5, 10:6, 10:23, 13:9, 13:14, 14:1, 14:23

**Witness** [4] - 11:18, 11:19, 12:18, 12:20

**witnesses** [2] - 13:2, 13:24

**WYMAN** [7] - 2:10, 4:7, 4:15, 5:15, 8:9, 14:22, 15:5

**Wyman** [2] - 4:7, 8:8

## Y

**yesterday** [2] - 4:18, 4:19

## Z

**Zoom** [1] - 13:16

UNITED STATES DISTRICT COURT