1        **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3       **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4

5  UNITED STATES OF AMERICA,           )
                                       )  <u>**CERTIFIED TRANSCRIPT**</u>
6                   Plaintiff,         )
                                       )  Case No.
7        vs.                           )  SACR-19-00061-JVS
                                       )
8  MICHAEL JOHN AVENATTI,             )  **PUBLIC VERSION**
                                       )
9                   Defendant.         )  **TRIAL DAY 19**
                                       )  **VOLUME 2**
10 _____

11

12

13

14

15          REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

16                THURSDAY, AUGUST 12, 2021

17                     1:25 P.M.

18               SANTA ANA, CALIFORNIA

19

20

21

22

23 _____

24          **DEBBIE HINO-SPAAN, CSR 7953, CRR**
            FEDERAL OFFICIAL COURT REPORTER
            411 WEST 4TH STREET, ROOM 1-053
25               SANTA ANA, CA 92701
                 dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

```
 1                    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4           NICOLA T. HANNA
             United States Attorney
 5           BY:  BRETT SAGEL
                  Assistant United States Attorney
 6           411 West 4th Street
             Suite 8000
 7           Santa Ana, California 92701
             714-338-3598
 8           brett.sagel@usdoj.gov

 9           NICOLA T. HANNA
             United States Attorney
10           BY:  ALEXANDER WYMAN
                  Assistant United States Attorney
11           312 North Spring Street
             Suite 1100
12           Los Angeles, California 90012
             213-894-2435
13           alex.wyman@usdoj.gov

14    FOR THE DEFENDANT IN PRO SE:

15           MICHAEL JOHN AVENATTI, ESQ.

16

17    STANDBY COUNSEL FOR MR. AVENATTI:

18           H. DEAN STEWARD LAW OFFICES
             BY:  H. DEAN STEWARD, ESQ.
19           17 Corporate Plaza
             Suite 254
20           Newport Beach, California 92660
             949-481-4900
21           deansteward7777@gmail.com

22

23

24

25
```

                        UNITED STATES DISTRICT COURT

```
1                          I N D E X

2    WITNESSES                                              PAGE

3    MICHELLE PHAN, CALLED BY THE GOVERNMENT
         Cross-Examination by Mr. Avenatti (resumed)        10
4        Redirect Examination by Mr. Sagel                  18
         Recross-Examination by Mr. Avenatti                22
5
     GEFFREY CLARK, CALLED BY THE GOVERNMENT
6        Direct Examination by Mr. Wyman                     24
         Cross-Examination by Mr. Avenatti                   31
7        Redirect Examination by Mr. Wyman                   37
         Recross-Examination by Mr. Avenatti                 37
8
     ROBERTO AMENTA, CALLED BY THE GOVERNMENT
9        Direct Examination by Mr. Wyman                     39
         Cross-Examination by Mr. Avenatti                   42
10
     JOHN DRUM, CALLED BY THE GOVERNMENT
11       Direct Examination by Mr. Wyman                     49

12

13

14

15
                             EXHIBITS
16
                                                      WITHDRAWN
17                                         IN            OR
     EXHIBIT                             EVIDENCE     REJECTED
18
     457      Summary Exhibit of Wire        28
19            Transfers in Indictment

20   420-450  Summary Financial Tracing      56
              Analysis documents
21
     456      Summary Financial Tracing      56
22            Analysis

23   384      Statements - EA 2851 -         58
              1.30.2015-3.30.2015
24

25
```

**UNITED STATES DISTRICT COURT**

1          **SANTA ANA, CALIFORNIA; THURSDAY, AUGUST 12, 2021**

2                              **1:25 P.M.**

3                              **-  -  -**

4

5              **(Previous proceedings were sealed by**

6              **the Court and under separate cover.)**

7              **(Out of the presence of the jury.)**

8              THE COURT:  Juror Number 1 handed me a note just

9     before we took the recess indicating some pretty extreme dental

01:25PM 10    problems and that she has an appointment at 3:45 today.  I want

11    to find out where she lives and where the appointment is, but

12    we're going to accommodate her.  I realize this keeps

13    prolonging things, but I don't want to lose the juror and I

14    think she has a legitimate need.

01:26PM 15             Mr. Sagel.

16             MR. SAGEL:  The only thing I would add to that in

17    the inquiry, if Your Honor is willing, is from the note it

18    appears she's going for the appointment hopefully to get x-rays

19    and antibiotics.  I guess the question is, is if she believes

01:26PM 20    she'd be able by tomorrow to --

21             THE COURT:  Let's bring her in individually and ask

22    her that.

23             MR. SAGEL:  And I'd say, as Your Honor knows, she

24    says that the -- and she is having trouble focusing because of

01:26PM 25    the pain, and we just need to know that by tomorrow she could

```
 1   do that, if that's the issue.

 2            THE COURT:  Okay.  Mr. Avenatti.

 3            MR. AVENATTI:  I agree 100 percent.

 4            THE COURT:  Anything else?

 5            MR. AVENATTI:  Yes.  One other issue, Your Honor,

 6   because it's going to come up on the continued

 7   cross-examination of Ms. Phan.

 8            I had the court reporter -- she was kind enough to

 9   print a question and answer that was a question and answer that

10   occurred during my cross-examination of Ms. Phan earlier today,

11   and I provided a copy to the Government and a copy to the

12   Court.  The reason why I provided this is because I anticipate

13   that there will be some questions asked very early in the

14   continued cross-examination of Ms. Phan where this will become

15   important, this question and answer.

16            THE COURT:  Fine.  I mean, you've asked everybody

17   else about their business with the Government.  Fine.

18            MR. AVENATTI:  I anticipate a hearsay objection,

19   Your Honor.  And this goes -- it goes to state of mind and

20   effect on the listener, and that's why I provided the question

21   and answer.  So I wanted to just preview it, that's all.

22            THE COURT:  Okay.  Thank you.

23            MR. SAGEL:  Your Honor, is there anything that we

24   need to know?  We, obviously, have Mr. Varani on his way.

25            THE COURT:  He's coming.
```

01:27PM (lines 5, 10, 15, 20)
01:28PM (line 25)

```
 1              MR. SAGEL:  Okay.  I just want to make sure that

 2      he's --

 3              THE COURT:  Mr. Avenatti made a very short but

 4      adequate offer of proof.

 5              MR. SAGEL:  That's fine.  Thank you, Your Honor.  I

 6      just wanted to make sure he's staying en route.

 7              THE COURT:  Can we get Ms. B.Go, please, Juror

 8      Number 1.

 9              THE COURTROOM DEPUTY:  Yes, she's right out here.

10              (Juror Number 1 entered the courtroom.)

11              THE COURT:  Thank you.

12              Good afternoon, Ms. B.Go.  Where is your

13      appointment?

14              JUROR NUMBER 1:  In Costa Mesa by my residence.

15              THE COURT:  Okay.  What are they going to do, just

16      take x-rays today?

17              JUROR NUMBER 1:  It seems like it, but there can be

18      a possibility that they might have to extract the tooth, if

19      possible, depending on the x-rays.  So they can't tell me until

20      they receive the x-rays.

21              THE COURT:  Okay.  Well, why don't you report the

22      results to Ms. Bredahl.

23              JUROR NUMBER 1:  Yeah.  Absolutely.

24              THE COURT:  Okay.  So we're going to stop at

25      3:00 o'clock today.  That will get you there in time.
```

**UNITED STATES DISTRICT COURT**

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
|          | 1  | JUROR NUMBER 1:  Thank you so much.  I appreciate                            |
|          | 2  | it.                                                                          |
|          | 3  | THE COURT:  Are you able to concentrate this                                |
|          | 4  | afternoon?                                                                   |
| 01:29PM  | 5  | JUROR NUMBER 1:  Yeah.  I took some pills right now                          |
|          | 6  | at lunch today.  I should be fine until then.                               |
|          | 7  | THE COURT:  Okay.  Very good.                                                |
|          | 8  | JUROR NUMBER 1:  Thank you.                                                  |
|          | 9  | **(Juror Number 1 left the courtroom.)**                                    |
| 01:29PM  | 10 | MR. SAGEL:  And in light of that, Your Honor, I                              |
|          | 11 | guess I want to inquire, if we're going until 3:00 today, which              |
|          | 12 | is an hour and a half, based on the cross estimate that                      |
|          | 13 | defendant gave of our expert, I guess the question is, should                |
|          | 14 | Mr. Varani still come tomorrow -- to be here tonight for                     |
| 01:30PM  | 15 | tomorrow when I think the estimate -- and every estimate has                 |
|          | 16 | undershot the actual time -- was four hours for cross for our                |
|          | 17 | expert tomorrow, which will almost certainly take place                      |
|          | 18 | tomorrow based on what we've been told of what he has left on                |
|          | 19 | this cross.  Should we now have Mr. Varani just come on                      |
| 01:30PM  | 20 | Tuesday?                                                                     |
|          | 21 | THE COURT:  There's a possibility that we wouldn't                          |
|          | 22 | finish with Mr. Drum tomorrow.                                              |
|          | 23 | MR. SAGEL:  Based on the estimates we've been                               |
|          | 24 | provided, I would agree, now that we only have an hour and a                 |
| 01:30PM  | 25 | half left of today.  We were told before lunch Mr. Avenatti                 |

```
 1    believes he has about an hour left of this cross, which

 2    would -- we still have two additional witnesses today or

 3    possibility tomorrow, and then I think about a one-hour direct

 4    of Mr. Drum and --

 5              THE COURT:  Where does he live?

 6              MR. SAGEL:  Who, Mr. Drum?  I believe Denver,

 7    Colorado.  He's in from out of town.  Mr. Varani would be the

 8    person that would have to go after that.  So Mr. Drum is here.

 9    It's a matter of whether or not --

10              THE COURT:  Looks like he's going to be here for the

11    weekend.

12              MR. SAGEL:  Who?

13              THE COURT:  Mr. Drum.

14              MR. SAGEL:  Well, if that's the case, then is there

15    any reason for Mr. Varani to be here by tonight if possibly

16    Mr. Drum isn't even going to finish tomorrow?

17              MR. AVENATTI:  Your Honor, my position is as

18    follows:  I have no problem with Mr. Varani coming on Tuesday

19    so he doesn't have to come out here and then potentially stay

20    the weekend or fly back and forth.  I understand how

21    inconvenient that can be.

22              What I don't want to have is a situation where, for

23    whatever reason, we wrap up a little earlier than expected

24    tomorrow and you turn to me and say, "Where is your witness?

25    You've rested," or something like that.  So -- because I
```

01:30PM  5
01:31PM 10
01:31PM 15
01:31PM 20
01:31PM 25

**UNITED STATES DISTRICT COURT**

```
 1   anticipate calling --
 2           THE COURT:  I don't think we're going to have that
 3   problem.
 4           MR. AVENATTI:  Okay.
 5           THE COURT:  If we have a slight problem, we'll break
 6   for the weekend.
 7           MR. AVENATTI:  Fair enough.  In light of that,
 8   Your Honor, then I have no problem with Mr. Varani coming on
 9   Tuesday.  I anticipate he's either going to be my first or
10   second witness.
11           THE COURT:  Okay.
12           MR. SAGEL:  We'll have him here Monday night.
13           THE COURT:  Sorry?
14           MR. SAGEL:  We'll make sure he's here by Monday
15   night.
16           THE COURT:  Okay.
17           (In the presence of the jury.)
18           THE COURT:  Good afternoon, ladies and gentlemen.
19           (The jurors collectively responded "Good
20           afternoon.")
21           THE COURT:  One of our jurors has some need for
22   immediate urgent dental care.  For that reason, we're going to
23   stop at 3:00 o'clock so the juror can get that attention.
24           Okay.  Mr. Avenatti.
25   ///
```

Timestamps in left margin: 01:31PM (line 5), 01:32PM (line 10), 01:32PM (line 15), 01:34PM (line 20), 01:34PM (line 25)

1          <u>**MICHELLE PHAN, WITNESS, RESUMED THE STAND**</u>

2                **CROSS-EXAMINATION (Resumed)**

3 BY MR. AVENATTI:

4 Q    Ms. Phan, before the lunch break we were discussing these

01:35PM 5 text messages relating to a telegram immediately after that

6 lunch that we had in New York.  Do you recall that generally?

7 A    Yes.

8 Q    And after I asked, "Is this Telegram?  Will do.  Thank

9 you," you sent me a text message that said, "You don't need to

01:35PM 10 set up a username.  I did so you can find me."  Right?

11 A    Yes.

12 Q    And then you sent me another text message that stated,

13 "That way you can stay anon" -- a-n-o-n -- "as soon as

14 possible"; correct?

01:36PM 15 A    Yes.

16 Q    And when you wrote "anon," you meant -- that is shorthand

17 for "anonymous"; correct?

18 A    Yes.

19          MR. AVENATTI:  Ms. Hernandez, can we pull this up

01:36PM 20 electronically.  Can we get maybe the first half of the page at

21 the top.

22 Q    You then instructed me:  "Just your number is all you

23 need.  Add fake names or do letters like me."

24          Did I read that correctly?

01:37PM 25 A    Yes.

```
 1    Q    And that was all around -- if we go back to the preceding
 2    page, that entire discussion that we're having there took place
 3    beginning at about 1:06 p.m.; correct?
 4    A    Correct.
 5    Q    And then if we go back to the page we were just at,
 6    please, at about 2:30 p.m. New York time, 11 -- actually,
 7    2:29 p.m. New York time, 11:29 a.m. Pacific Time.  So this is
 8    about an hour and a half later; right?
 9    A    Yes.
10    Q    You sent me another text message that said, "Actually,
11    it's not Telegram"; right?
12    A    Yes.
13    Q    You said, "It's Signal, the app, private messaging app.
14    More private than Telegram."
15              That's what you wrote to me; right?
16    A    Yes.
17    Q    And you then sent me two screenshots of your account
18    on --
19              MR. SAGEL:  I ask that he not publish the second
20    shot that still has her numbers and identifiers on it.
21              MR. AVENATTI:  I believe it's been redacted.  It's
22    redacted.
23              MR. SAGEL:  We haven't been provided with those.
24              MR. AVENATTI:  Well, you can see it on the screen,
25    it's redacted.
```

```
 1   Q     You see that's redacted, right, Ms. Phan?

 2   A     Yes.

 3   Q     Okay.  And you then sent me two screenshots of your

 4   account on Signal; right?

 5   A     Yes.

 6   Q     And then below that you said, "Telegram if you sign up,

 7   anyone with your number will see you on there"; right?

 8   A     Yes.

 9   Q     And I said, "I'm on Signal.  Use it all the time.  Are

10   you?"

11         And you said:  "Yes.  Add me"; correct?

12   A     Yes.

13   Q     And then I sent you a link for Signal, and you said, "I

14   already have it.  Add me."

15         And you gave me your account; right?

16   A     Yes.

17   Q     And then let's go to the end of the chat.

18         And I responded, "Can you try and add me at" -- and

19   then my phone number -- "I can't find you."

20         And you said, "Messaged you"; right?

21   A     Yes.

22   Q     And that's the true message exchange relating to Telegram

23   via text; correct?

24   A     Yes.

25   Q     Now, did the Government ever ask you for any of your
```

1  messages from Telegram or Signal relating to me or this matter?

2  A    No.

3  Q    Are you aware that Mr. Long Tran has testified in this

4  case?

01:42PM  5          MR. SAGEL:  Asked and answered.

6          THE COURT:  I think I sustained the objection.

7          MR. AVENATTI:  If you did, then I asked it in error

8  and I apologize to the Court.

9  Q    Ms. Phan, have you communicated with Mr. Tran about this

01:42PM 10  case?

11  A    No.

12  Q    You've had no -- well, strike that.

13          I noticed Mr. Tran out in the hallway during the

14  lunch break.  Is he here, yes or no?

01:42PM 15  A    His family lives here, yes.

16  Q    They live here in the courthouse?

17  A    They live pretty close by, yes.

18  Q    Okay.  That's not my question.

19          I noticed Mr. Tran in the hallway during lunch.  Is

01:42PM 20  he physically here and has he been physically here in the

21  courthouse while you've been testifying?  Yes or no?

22  A    He's here today, not yesterday, just to make sure I'm okay

23  mentally.

24          MR. AVENATTI:  Move to strike the last part as

01:43PM 25  nonresponsive, Your Honor.

```
 1              THE COURT:  Will be stricken.
 2    Q    BY MR. AVENATTI:  And it's your testimony, Ms. Phan, that
 3    at no point in time in the last two weeks have you had any
 4    communications with Mr. Tran about this case or his testimony
 5    or your testimony.  Is that your testimony under oath, Ms. --
 6    A    Yes.  We actually have not spoken about this case within
 7    the past two weeks.
 8    Q    Ms. Phan, isn't it true that when you met with the
 9    Newport Beach investigator in November of 2018, they repeatedly
10    told you that there was not enough evidence to charge me with a
11    crime.  Isn't that true?
12              MR. SAGEL:  Objection.  Hearsay, Your Honor.
13              THE COURT:  Sustained.
14              THE WITNESS:  It's my best knowledge --
15              THE COURT:  Just a minute.  When I sustain an
16    objection, you don't get to answer.  Okay?
17              THE WITNESS:  Sorry.
18              MR. AVENATTI:  Your Honor, effect on the listener's
19    state of mind.
20              THE COURT:  Denied.  Proceed.
21    Q    BY MR. AVENATTI:  Isn't it true that the investigator
22    from the Newport Beach Police Department told you that they
23    could not meet the burden of proof to show beyond a reasonable
24    doubt that any crime had ever been committed?  Didn't they tell
25    you and your attorneys that in November of 2018?
```

01:43PM (line 5)
01:44PM (line 10)
01:44PM (line 15)
01:44PM (line 20)
01:45PM (line 25)

UNITED STATES DISTRICT COURT

1          MR. SAGEL:  Objection.  Hearsay.  Calls for a legal

2   conclusion.  And attempting to ask an improper question a

3   second time is not appropriate.

4          THE COURT:  Objection sustained.  Move on to another

01:45PM 5   line of questioning, please.

6   Q    BY MR. AVENATTI:  Ms. Phan, isn't it true that you

7   weren't satisfied with what happened at the Newport Beach

8   Police Department, which is why you contacted Mr. Sagel and his

9   colleagues?  Isn't that true?  Yes or no?

01:46PM 10  A    I honestly don't recall.

11  Q    Following your meeting with the Newport Beach Police

12  Department, you filed a civil action against me; isn't that

13  true?

14  A    Yes.

01:47PM 15  Q    And the reason why you filed that civil action was

16  because the Newport Beach Police Department told you that this

17  belonged in civil court and not in a criminal court; isn't that

18  true?

19          MR. SAGEL:  Objection, Your Honor.  Same objections,

01:47PM 20  and ask that his --

21          THE COURT:  Sustained.

22          MR. SAGEL:  -- questioning be limited.

23  Q    BY MR. AVENATTI:  One of the things that led you to file

24  your civil action was what you were told when you met with the

01:47PM 25  Newport Beach --

**UNITED STATES DISTRICT COURT**

```
 1                THE COURT:  Sir, sustained.  Move on to another line
 2    of questioning.
 3                MR. AVENATTI:  One moment, Your Honor.
 4                (Pause in proceedings.)
 5    Q    BY MR. AVENATTI:  Ms. Phan, do you remember that the
 6    first time you met with individuals from the federal government
 7    relating to your claims was on April 4th, 2019?
 8    A    I don't remember the exact date, but I do remember meeting
 9    them, yes.
10    Q    And do you remember that you met with Mr. Kim,
11    Mr. Carlos, Mr. Andre, Mr. Sagel, and you had three attorneys
12    present on your behalf?  Do you remember that?
13    A    I don't remember all their names, but I do remember
14    meeting with my lawyers, yes.
15    Q    And with those agents; correct?
16    A    Yes.
17    Q    And do you recall when you met with the agents and the
18    AUSAs, that you were asked about what had happened with the
19    Newport Beach Police Department?
20                MR. SAGEL:  Objection.  Calls for hearsay,
21    Your Honor, and for the same reasons.
22                THE COURT:  Overruled.
23                THE WITNESS:  I honestly -- I don't remember.  I
24    just know I had to meet them.
25    Q    BY MR. AVENATTI:  Did you ever tell Mr. Sagel and his
```

01:49PM
01:49PM
01:50PM
01:50PM
01:51PM

colleagues what you had been told by the Newport Beach Police

Department?

A    I don't remember the exact conversations I had with them,

with the agents.  They just asked if I could just tell my side

of the story.  And that's all I can honestly remember.

MR. AVENATTI:  Move to strike everything after "They

just asked" -- or including "They just asked" as nonresponsive.

THE COURT:  It will be stricken.

Q    BY MR. AVENATTI:  Well, Ms. Phan, when you told the

agents your side of the story and what had happened, didn't you

think it was important to tell them what you had learned during

your Newport Beach interview?  Yes or no?

A    I told them everything to my best knowledge while the

memory was fresh.  But it's been two years and it's kind of

blurry for me right now.  That's my honest answer.

MR. AVENATTI:  Move to strike, Your Honor.

THE COURT:  Denied.

Q    BY MR. AVENATTI:  Ms. Phan, did you believe it was

important when you met with the investigators and the AUSAs

from the federal government to tell them what you had learned

during the Newport Beach interview?  Yes or no?

A    I don't remember everything I said.  I just -- whatever

they asked me is probably on record.  So that's all I can

remember.

MR. AVENATTI:  Move to strike, Your Honor.

1          THE COURT:  It will be stricken.

2          MR. AVENATTI:  Can I have it read back, please?

3          THE COURT:  Yes.

4          **(The record was read as follows:**

01:52PM 5          **"Ms. Phan, did you believe it was important**

6     **when you met with the investigators and the AUSAs**

7     **from the federal government to tell them what you**

8     **had learned during the Newport Beach interview?**

9     **Yes or no.")**

01:53PM 10         THE WITNESS:  I would believe it is important, yes.

11    Q    BY MR. AVENATTI:  But you just can't remember whether you

12    did it or not; right?

13    A    Well, it was two years ago when this all happened.  So I

14    can't recall exactly the details of my conversations with them.

01:54PM 15    Q    And as you sit there today, you don't have any

16    recollection of Mr. Sagel or Mr. Wyman or Mr. Carlos, or anyone

17    else, asking you what you learned from the Newport Beach Police

18    Department, do you?

19    A    No.

01:55PM 20         MR. AVENATTI:  Nothing further.

21         THE COURT:  Mr. Sagel.

22         MR. SAGEL:  Thank you, Your Honor.

23                    **REDIRECT EXAMINATION**

24    BY MR. SAGEL:

01:55PM 25    Q    Good afternoon, Ms. Phan.

```
 1   A      Good afternoon.
 2   Q      When defendant showed you the Exhibit 294, the three
 3   pages of text messages in the book, he asked you where they
 4   came from, and I think your answer was from your phone; is that
 5   correct?
 6   A      Yes.
 7   Q      When defendant showed you Exhibit 1081, I believe five
 8   pages of text messages, do you know where those came from?
 9   A      No.  I believe they came from him, not from me.
10          MR. AVENATTI:  Objection, Your Honor.  Move to
11   strike everything after "No" as speculation.
12          THE COURT:  It will be stricken.
13   Q      BY MR. SAGEL:  They weren't provided by you?
14   A      No, sir.
15          MR. AVENATTI:  I'll stipulate to that.
16          MR. SAGEL:  I'm sorry.  Mr. Avenatti, what did you
17   want to say?
18          MR. AVENATTI:  I said I'll stipulate that she did
19   not provide them, sir.
20          MR. SAGEL:  Do you want to stipulate where they came
21   from?
22          MR. AVENATTI:  Do you want to ask your next
23   question?
24          MR. SAGEL:  If you want to interrupt --
25          THE COURT:  Just a minute.  Just a minute.
```

01:56PM (line 5)
01:57PM (line 10)
01:57PM (line 15)
01:57PM (line 20)
01:57PM (line 25)

```
          1              MR. AVENATTI:  Oh, you want to talk about
          2     interrupting?
          3              THE COURT:  Mr. Avenatti, address me, don't address
          4     counsel.
01:57PM   5              Proceed.
          6              MR. SAGEL:  Thank you, Your Honor.
          7     Q    When Mr. Avenatti showed you Exhibit 1081, he said,
          8     "These are the rest of the text messages from 2018."  Do you
          9     remember him saying that to you?
01:57PM  10              MR. AVENATTI:  Misstates the question.
         11              THE WITNESS:  Yes.
         12              THE COURT:  Just a minute.
         13              Overruled.
         14     Q    BY MR. SAGEL:  The additional text messages in
01:58PM  15     Exhibit 10- -- let me see -- 1081, what dates are those from?
         16     Starting on page 3 through 5.
         17     A    April 24th, 2018.
         18     Q    Defendant went over a lot of these text messages with
         19     you.  How many text messages did he send you where he told you
01:58PM  20     where the $4 million went?
         21     A    None.
         22     Q    Zero?
         23     A    Yes.  Zero.
         24     Q    And luckily, it's already written up there.
01:59PM  25              MR. AVENATTI:  Move to strike, Your Honor, the
```

```
 1   colloquy.
 2           THE COURT:  Be stricken.
 3   Q    BY MR. SAGEL:  How many text messages did defendant go
 4   over with you about why you didn't receive your $4 million?
 5   A    Zero.
 6   Q    Do you need a second, Ms. Phan?
 7   A    No, I'm okay.
 8   Q    Defendant asked you if you ever provided your Telegram or
 9   Signal messages to the Government or were asked if you provided
10   those to the Government.  Do you remember that?
11   A    Yes.
12   Q    How many Signal or Telegram messages that defendant sent
13   you told you why you did not receive your $4 million?
14           MR. AVENATTI:  Speculation.  Conjecture.
15   Foundation, Your Honor.
16           THE COURT:  Overruled.
17           THE WITNESS:  Zero.
18   Q    BY MR. SAGEL:  Defendant asked you questions, said when
19   you were looking to exit the company, whether you accomplished
20   your goals of getting your money out and getting EM Cosmetics
21   back.  Do you remember that question?
22   A    Yes.
23   Q    Then he said, "Did you get those two things?"
24           Do you remember that question?
25   A    Yes.
```

01:59PM 5
01:59PM 10
02:00PM 15
02:00PM 20
02:00PM 25

|      |     |
|------|-----|
| 1 | Q    Did you get all of your money? |
| 2 | A    No. |
| 3 | MR. SAGEL:  No further questions, Your Honor. |
| 4 | THE COURT:  Mr. Avenatti. |
| 02:01PM 5 | **RECROSS-EXAMINATION** |
| 6 | BY MR. AVENATTI: |
| 7 | Q    Ms. Phan, would you like to take a break?  It's really |
| 8 | not a problem.  We can take a break if you'd like. |
| 9 | A    It's okay. |
| 02:01PM 10 | MR. AVENATTI:  Your Honor, I'd ask for a break. |
| 11 | THE WITNESS:  No.  We can go. |
| 12 | THE COURT:  Proceed. |
| 13 | MR. AVENATTI:  I'm sorry, Your Honor, proceed? |
| 14 | THE COURT:  Proceed. |
| 02:01PM 15 | Q    BY MR. AVENATTI:  Ms. Phan, have you ever heard the |
| 16 | phrase "trust but verify"? |
| 17 | MR. SAGEL:  Objection, Your Honor.  Argumentative |
| 18 | and outside the scope. |
| 19 | THE COURT:  Sustained. |
| 02:01PM 20 | Q    BY MR. AVENATTI:  Ms. Phan, how many Telegram or Signal |
| 21 | messages did you provide to the Government? |
| 22 | MR. SAGEL:  Asked and answered, Your Honor. |
| 23 | THE COURT:  Just a minute. |
| 24 | Q    BY MR. AVENATTI:  Zero? |
| 02:02PM 25 | A    I deleted those apps.  Zero.  I didn't have anything to |

```
 1    give them.
 2              MR. AVENATTI:  Move to strike, Your Honor.
 3              THE COURT:  Will be stricken.
 4              MR. AVENATTI:  Can I have it read back, please?
 5              THE COURT:  Yes.
 6              (The record was read as follows:
 7              " Ms. Phan, how many Telegram or Signal messages
 8         did you provide to the Government?")
 9              THE WITNESS:  Zero.
10    Q    BY MR. AVENATTI:  How many text messages -- other than
11    the three pages that make up 294, how many text messages beyond
12    those did you provide to the Government?  Would that also be
13    zero?
14    A    I provided everything I had in my phone.
15              MR. AVENATTI:  Move to strike, Your Honor.
16              THE COURT:  Be stricken.
17    Q    BY MR. AVENATTI:  Ms. Phan, please just answer my
18    question.
19              Can I have it read back, Your Honor?
20              (The record was read as follows:
21              "How many text messages -- other than the
22         three pages that make up 294, how many text
23         messages beyond those  did you provide to the
24         Government?  Would that also be zero.")
25              THE WITNESS:  Yes.
```

```
 1  Q    BY MR. AVENATTI:  And how many times did you tell

 2  AUSA Sagel and his colleagues and the investigators about what

 3  the Newport Beach police had told you --

 4          THE COURT:  Sir.

 5  Q   BY MR. AVENATTI:  -- is that also zero?

 6          THE COURT:  Sir.

 7          MR. AVENATTI:  Nothing further.  Ask that she be

 8  available to recall.  Thank you.

 9          THE COURT:  You're released but you're subject to

10  recall.

11          Mr. Wyman.

12          MR. WYMAN:  Thank you, Your Honor.  The

13  United States calls Geff Clark.

14      GEFFREY CLARK, GOVERNMENT WITNESS, WAS SWORN

15          THE COURTROOM DEPUTY:  If you'll please state and

16  spell your first and last name.

17          THE WITNESS:  My name is Geffrey Clark, G, as in

18  "George," e-f-f-r-e-y, C-l-a-r-k.

19          THE COURT:  Mr. Wyman.

20          MR. WYMAN:  Thank you, Your Honor.

21                    DIRECT EXAMINATION

22  BY MR. WYMAN:

23  Q    Good afternoon.

24  A    Good afternoon.

25  Q    Where do you work?
```

02:04PM 5
02:04PM 10
02:05PM 15
02:06PM 20
02:06PM 25

```
 1    A    I'm employed as a special agent with the Internal Revenue
 2    Service criminal investigation.
 3    Q    How long have you been a federal agent for?
 4    A    A federal agent for -- it will be 22 years next month.
 5    Q    Generally speaking, what are your duties and
 6    responsibilities as a special agent for the IRS?
 7    A    I investigate financial crimes specific to tax, money
 8    laundering, bank fraud, wire fraud, political corruption, some
 9    joint terrorism stuff, and other related crimes.
10    Q    Are you generally familiar with the Government's case
11    against the defendant, Michael Avenatti?
12    A    In a cursory, general sense, yes.
13    Q    Were you one of the primary investigative agents on this
14    case?
15    A    No, I was not.
16    Q    What was the extent of your involvement in this case?
17    A    No involvement.
18    Q    Well, prior to testifying, did you prepare any charts in
19    this case?
20    A    No, I did not.
21    Q    Fair enough.  Have you reviewed the Indictment in this
22    case?
23    A    Yes, I have.
24    Q    And does the Indictment charge ten separate counts of
25    wire fraud?
```

```
 1  A    Yes, it --

 2           MR. AVENATTI:  Objection, Your Honor.  Foundation.

 3  403.

 4           THE COURT:  Overruled.

 5           THE WITNESS:  Yes, it does.

 6  Q    BY MR. WYMAN:  Does each of those wire fraud counts

 7  specify a particular wire transfer?

 8  A    Yes, it does.

 9  Q    Have you reviewed bank records obtained by the Government

10  as part of this investigation?

11  A    Yes, I have.

12  Q    For example, have you reviewed records provided by

13  California Bank & Trust and City National Bank?

14           MR. AVENATTI:  Objection.  Leading.

15           THE COURT:  Sustained.

16           THE WITNESS:  Yes.

17           THE COURT:  Answer is stricken.

18  Q    BY MR. WYMAN:  What financial institutions have you

19  reviewed bank records from?

20  A    I reviewed bank records from California Bank & Trust and

21  City National Bank.

22  Q    Do those bank records span thousands of pages in length?

23  A    Oh, yes.

24  Q    And regarding wire transfers, did you review any Excel

25  spreadsheets detailing incoming and outgoing wires?
```

| | |
|---|---|
| 1 | A    Yes, I did. |
| 2 | Q    Did those spreadsheets contain hundreds of rows? |
| 3 | MR. AVENATTI:  Objection.  Leading. |
| 4 | THE COURT:  Sustained. |
| 02:08PM 5 | Q    BY MR. WYMAN:  How lengthy were those spreadsheets? |
| 6 | A    I believe 800 rows plus. |
| 7 | Q    From your review of these voluminous records from City |
| 8 | National Bank and California Bank & Trust, were you able to |
| 9 | locate records for the ten wire transfers that you saw detailed |
| 02:09PM 10 | in the Indictment? |
| 11 | A    Yes. |
| 12 | Q    Using those records, did you verify the accuracy of a |
| 13 | chart provided to you that summarized the information regarding |
| 14 | those ten wires? |
| 02:09PM 15 | A    Yes, I did. |
| 16 | Q    Did another member of the prosecution team first create a |
| 17 | draft of that chart? |
| 18 | A    Yes, they did. |
| 19 | Q    And did you then verify the accuracy of all the |
| 02:09PM 20 | information on that chart by reviewing the underlying bank |
| 21 | records? |
| 22 | MR. AVENATTI:  Objection.  Leading. |
| 23 | THE COURT:  Overruled. |
| 24 | THE WITNESS:  Yes, I did. |
| 02:09PM 25 | Q    BY MR. WYMAN:  Based on your analysis of the bank |

**UNITED STATES DISTRICT COURT**

```
 1   records, do you adopt that chart as a true and correct summary
 2   of the wires and the bank records that you reviewed?
 3              MR. AVENATTI:  Objection.  Leading.
 4              THE COURT:  Overruled.
 5              THE WITNESS:  Yes, I do.
 6   Q    BY MR. WYMAN:  Can you please take a look at Exhibit 457.
 7   It should be in Volume VII of the binders behind you.
 8              Do you recognize this chart?
 9   A    Yes, I do.
10   Q    Is this the chart that you reviewed and verified
11   summarizing the wire transfers identified in the Indictment?
12   A    Yes, it is.
13   Q    And does Exhibit 457 fairly and accurately summarize the
14   bank records you reviewed for those ten wire transfers?
15   A    Yes, it does.
16              MR. WYMAN:  Your Honor, the Government offers
17   Exhibit 457 pursuant to Rule 1006.
18              MR. AVENATTI:  Objection, Your Honor.  Pursuant to
19   1006, lack of foundation, as well as the previous objections
20   stated.
21              THE COURT:  Overruled.
22              (Exhibit Number 457 received.)
23   Q    BY MR. WYMAN:  I want to ask you about just a few
24   features of this chart, Special Agent Clark.
25              Focusing on page 1, in the left-hand column, what
```

02:09PM 5
02:10PM 10
02:11PM 15
02:11PM 20
02:11PM 25

```
 1    information is reflected there?
 2    A     In the left-hand column is the date.
 3    Q     And in the middle column, what information is provided
 4    there?
 5    A     It would be the particulars of the wire transfer.
 6    Q     And then on the right-hand column, what information is
 7    there?
 8    A     It's the Fedwire information for the output message
 9    accountability data or the input message accountability data.
10    Q     When you say -- it looks like it says "OMAD" and "IMAD."
11    Is that what you're referring to?
12    A     Yes.
13    Q     I want to ask you about just a few of these examples.
14    For the first row, what is the date of the wire transfer?
15    A     On the top, 1/30/15.
16    Q     And how much was the wire for, listed in this row?
17    A     $250,000.
18    Q     Who is the originator?
19    A     It's an account in the name of Avenatti & Associates, a
20    professional corp.
21    Q     And the beneficiary?
22    A     I'm sorry, I didn't hear you.
23    Q     I'm sorry.  The beneficiary of the wire transfer?
24    A     To an account at HomeStreet Bank account in the name of
25    Global Baristas US, LLC.
```

1    Q    And then the third row, two below that, what's the date

2    of that transfer?

3    A    1/26/17.

4    Q    And how much was that wire for?

02:13PM 5    A    $2,500,000.

6    Q    Who was the originator of that transfer?

7    A    An account in the name of the State Bar of California,

8    Eagan Avenatti, LLP, attorney-client trust account.

9    Q    And the beneficiary?

02:13PM 10   A    The beneficiary is a Chase -- J.P.Morgan Chase account in

11   the name of The X-Law Group, PC.

12   Q    Can you please turn to page 2.  The second-to-the-last

13   row, what is the date of that wire transfer?

14   A    6/18/2018.

02:13PM 15   Q    How much is that wire for?

16   A    $16,000.

17   Q    And the beneficiary of that wire?

18   A    The beneficiary of that wire is Alexis Gardner.

19   Q    And last example, the last row, what is the date of that

02:14PM 20   wire transfer?

21   A    7/13/2018.

22   Q    And the beneficiary?

23   A    Geoffrey Johnson.

24   Q    Thank you, Special Agent Clark.

02:14PM 25        MR. WYMAN:  No further questions.

|   |   |
|---|---|
| 1 | THE COURT:  Mr. Avenatti. |
| 2 | **CROSS-EXAMINATION** |
| 3 | BY MR. AVENATTI: |
| 4 | Q    Mr. Clark, good afternoon. |
| 02:14PM 5 | A    Good afternoon. |
| 6 | Q    We have never met; is that true? |
| 7 | A    That's correct. |
| 8 | Q    What is the extent of your involvement with this case? |
| 9 | A    I had no participation in the investigation of this case. |
| 02:15PM 10 | Q    Okay.  Have you had any role in the case whatsoever other |
| 11 | than preparing to come here to testify? |
| 12 | A    No. |
| 13 | Q    When did you first learn that you were going to be called |
| 14 | on to testify? |
| 02:15PM 15 | MR. WYMAN:  Objection.  Relevance. |
| 16 | THE COURT:  Overruled. |
| 17 | THE WITNESS:  Yesterday late morning. |
| 18 | Q    BY MR. AVENATTI:  You did not prepare Exhibit 457; am I |
| 19 | correct? |
| 02:15PM 20 | A    That is correct. |
| 21 | Q    Okay.  Who did? |
| 22 | A    Members of the investigative team. |
| 23 | Q    Okay.  But who?  Can you give the names to the jury of |
| 24 | the people that actually prepared this Exhibit 457 that they've |
| 02:15PM 25 | been shown? |

```
 1   A    I know that Agent Ryan Roberson had some participation in

 2   it.  I know that AUSA Alex Wyman had some participation.  But I

 3   don't know if that's exclusive to who assisted in the

 4   preparation.

 5   Q    So you know, at a minimum, while you did not prepare

 6   Exhibit 457, Mr. Roberson assisted in preparing it and

 7   Mr. Wyman.  Do I have that correct?

 8              MR. WYMAN:  Asked and answered.

 9              THE COURT:  Overruled.

10              THE WITNESS:  Correct.

11   Q    BY MR. AVENATTI:  And you know that they assisted in

12   preparing it because you conversed with them about it before

13   you took the stand; is that right?

14   A    Correct.

15   Q    Did you see Agent Roberson before you took the stand

16   today?

17              MR. WYMAN:  Objection.  Relevance.

18              THE COURT:  Overruled.

19              THE WITNESS:  Yes.  I've seen him many days before

20   today.  Absolutely.

21   Q    BY MR. AVENATTI:  Yes.  And including today; right?

22   A    Yes.

23   Q    Did you see him out in the hallway?

24   A    Yes.

25   Q    Do you have any idea why he wasn't called to testify
```

```
  1   about the chart that he helped prepare?
  2              MR. WYMAN:  Objection.  Relevance.
  3              THE COURT:  Overruled.
  4              THE WITNESS:  No.  I was called to testify because
  5   Agent Bellis could not testify.
  6              MR. AVENATTI:  Move to strike everything after "No"
  7   as nonresponsive.
  8              THE COURT:  Will be stricken.
  9   Q    BY MR. AVENATTI:  At any point in time after you got this
 10   call yesterday about the fact that the Government wanted you to
 11   come and testify about a chart that you had not prepared, did
 12   you say to anybody, "Hey, guys, I don't understand why I'm
 13   being called to testify.  I didn't have anything to do with
 14   preparing the chart.  Why don't you just call Ryan or Alex."
 15   Did you say anything like that?
 16              MR. WYMAN:  Argumentative.
 17              THE COURT:  Sustained.
 18   Q    BY MR. AVENATTI:  Sir, prior to testifying here today,
 19   did you ever suggest that maybe somebody else who actually
 20   prepared the chart should be called to testify?
 21              MR. WYMAN:  403.
 22              THE COURT:  Overruled.
 23              THE WITNESS:  No.
 24   Q    BY MR. AVENATTI:  Now, not only did you not prepare the
 25   chart, but you did not supervise the creation of the chart; am
```

**UNITED STATES DISTRICT COURT**

```
 1    I right?

 2    A    Correct.

 3    Q    By the time you were told that you were going to come in

 4    to testify about this chart, the chart was already done; is

 5    that right?

 6    A    The chart was complete, and I verified the data for

 7    accuracy on the report.

 8              MR. AVENATTI:  Move to strike everything after

 9    "complete" as nonresponsive.

10              THE COURT:  It will be stricken.

11    Q    BY MR. AVENATTI:  So after you were called to testify,

12    you had no role in editing the chart; am I correct about that?

13    A    The chart was not edited when I was called to testify.

14              MR. AVENATTI:  Can we have 457, please.

15    Q    Do you have 457?

16    A    I pulled it out of the binder.

17    Q    You were asked about a number of these rows on the chart.

18    Do you see that?  Do you remember that you were just asked

19    that?

20    A    Yes.

21    Q    Okay.  And the first one you were asked about was this

22    $250,000 wire transfer; right?

23    A    Yes.  Row 1.

24    Q    Row 1.  The amount of work that you put in to creating

25    row 1 on the chart, the amount of work that you put in creating
```

```
 1   it, was zero; right?

 2   A    I didn't create the chart.

 3   Q    So the amount of work was zero; right?

 4   A    Correct.

 5   Q    Okay.  And the same answer, "zero," would be true for

 6   every row on the chart; correct?

 7   A    Correct.

 8   Q    Now, this $250,000 payment in row 1, you see that?

 9   A    Yes.

10   Q    Okay.  You don't know where that money came from before

11   it was wired, do you?

12   A    No, I do not.

13   Q    And do you know if that money was from attorney's fees or

14   costs for any of the clients?  Do you know?

15   A    Can you rephrase?

16        MR. AVENATTI:  Can I have it read back?

17        THE COURT:  Yes.

18        (The record was read as follows:

19        "And do you know if that money was from

20        attorney's fees or costs for any of the clients?  Do

21        you know.")

22        THE WITNESS:  Are you referring to the source of the

23   funds for the $250,000 wire transfer?

24   Q    BY MR. AVENATTI:  Correct.

25   A    No, I do not.
```

36

```
        1    Q    Okay.  So you don't know if this wire transfer is
        2    evidence of any crime, do you?
        3    A    This chart represents the --
        4    Q    Sir, just answer my question.
02:22PM  5    A    No.
        6    Q    Okay.  Well, how about the second one, the second row, do
        7    you know whether this wire transfer is evidence of any crime?
        8    A    No.
        9    Q    Do you know if this money came from any cost or fees that
02:22PM 10    were legitimately owed?
       11    A    No.
       12    Q    How about the third row, is that evidence of any crime,
       13    do you know?
       14    A    No, I do not.
02:22PM 15    Q    Did it come from any cost or fees that were legitimately
       16    owed?
       17    A    I do not know the source.
       18    Q    Same answer on row 4 and same answer on row 5; correct?
       19    A    Correct.
02:22PM 20    Q    And same answer on every other row in this chart; isn't
       21    that true?
       22    A    Yes.
       23    Q    So the total amount of evidence that you're aware of
       24    relating to whether any of these payments constitute a crime,
02:23PM 25    the total amount of that evidence would be zero; is that
```

 1  correct?

 2  A     I have no knowledge of the source of the funds for any of

 3  those transactions.

 4  Q     So it would be zero; right?

02:23PM 5  A     Yes.

 6            MR. AVENATTI:  Your Honor, at this time I'd move to

 7  strike 457 as lacking adequate foundation pursuant to 1006.

 8            THE COURT:  Denied.

 9            MR. AVENATTI:  I'll pass the witness, Your Honor.

02:23PM 10                    **REDIRECT EXAMINATION**

11  BY MR. WYMAN:

12  Q     Special Agent Clark, based on your review of the bank

13  records, did you verify that every piece of information on this

14  chart was accurate?

02:23PM 15  A     Yes.

16  Q     Thank you.

17            MR. WYMAN:  No further questions.

18            THE COURT:  Mr. Avenatti?

19                    **RECROSS-EXAMINATION**

02:24PM 20  BY MR. AVENATTI:

21  Q     But you didn't verify any significance to any of it, did

22  you?

23            MR. WYMAN:  Asked and answered.  Outside the scope.

24            THE COURT:  Sustained.

02:24PM 25  Q     BY MR. AVENATTI:  Why didn't you recreate the chart from

```
 1    your own work?
 2                 MR. WYMAN:  Same objections.
 3                 THE COURT:  Sustained.
 4    Q    BY MR. AVENATTI:  Well, you were asked if you verified
 5    the information, and you said that you had; correct?  That's
 6    what you were just asked; right?
 7    A    The information was verified, yes.
 8    Q    Uh-huh.  Why didn't you just create your own chart from
 9    your own work?
10                 MR. WYMAN:  Same objections.
11                 THE COURT:  Sustained.
12                 MR. AVENATTI:  Nothing further.
13                 THE COURT:  May the witness be excused?
14                 MR. AVENATTI:  Yes, sir.
15                 MR. WYMAN:  Yes, Your Honor.
16                 THE COURT:  Sir, you may be excused.  Thank you.
17                 MR. WYMAN:  Thank you, Your Honor.
18                 The United States calls Robert Amenta.
19           ROBERTO AMENTA, GOVERNMENT WITNESS, WAS SWORN
20                 THE COURTROOM DEPUTY:  If you'll please state and
21    spell your first and last name.
22                 THE WITNESS:  Sure.  So it's Roberto Amenta,
23    A-m-e-n-t-a.
24                 THE COURTROOM DEPUTY:  Thank you.
25                 THE COURT:  Mr. Wyman.
```

02:24PM (lines 5, 10, 15)
02:25PM (line 20)
02:26PM (line 25)

1      MR. WYMAN:  Thank you.

2                **DIRECT EXAMINATION**

3   BY MR. WYMAN:

4   Q    Good afternoon, Mr. Amenta.

02:26PM 5   A    Good afternoon.

6   Q    Where do you work?

7   A    I work at the Federal Reserve Bank of New York.

8   Q    What is the Federal Reserve Bank of New York?

9   A    The Federal Reserve Bank is one of 12 reserve banks that,

02:26PM 10  along with the board of governors, makes up the Federal Reserve

11  System, the central bank.

12  Q    And what is your title there?

13  A    I'm a deputy chief investigator.

14  Q    How long have you worked for the Federal Reserve Bank of

02:26PM 15  New York?

16  A    Since November of '93.

17  Q    And how long have you been in your current role?

18  A    The last two years.

19  Q    What are your general duties and responsibilities in that

02:26PM 20  role?

21  A    Among other things, I'm responsible for subpoena

22  compliance with regards to Fedwire Funds transfers.

23  Q    And what is the Fedwire Funds transfer system?

24  A    Sure.  It's a product that the Federal Reserve puts out to

02:27PM 25  the banking industry.  It's a wire transfer.

```
 1   Q      When a payment is processed through the Fedwire Funds
 2   transfer system, does that payment cause an electronic wire
 3   communication?
 4   A      It does.
 5   Q      Where is that wire communication initiated?
 6   A      So it initiates at the originator, so the sender's
 7   financial institution, and then it goes to the reserve bank.
 8   Q      And in between the originating financial institution and
 9   the Federal Reserve Bank, where does it go in between?
10   A      So there are two processing facilities at the Federal
11   Reserve that receive wire transfers.  So after April 27 of
12   '09, two Federal Reserve data centers are involved in all
13   Fedwire transactions:  Texas and New Jersey.
14   Q      And if a payment is sent through the system, the Fedwire
15   Funds transfer system, does it necessarily go through both of
16   those places?
17   A      Yes.  All transactions go through both sites.
18   Q      If a payment was sent in the Fedwire Funds transfer
19   system post 2009, does that mean it necessarily traveled to
20   Texas and New Jersey?
21   A      It did.
22   Q      As part of your duties and responsibilities, are you able
23   to review records regarding payments sent through the Fedwire
24   Funds transfer system?
25   A      I am.
```

**UNITED STATES DISTRICT COURT**

41

```
 1              MR. WYMAN:  Can we please pull up what is already in
 2    evidence as Exhibit 457.
 3    Q    It should be right in front of you in that binder.
 4    A    Okay.
 5    Q    Do you have it front of you?
 6    A    I do.
 7    Q    Have you previously reviewed this chart?
 8    A    I have.
 9    Q    Generally speaking, what information is provided on this
10    chart?
11    A    So its date, wire transfer information, and Fedwire OMAD
12    or IMAD.  Those are unique identifiers that the Federal Reserve
13    puts on each transaction.
14    Q    Have you reviewed Fedwire records to determine whether
15    these ten wire transfers were processed through the Fedwire
16    Funds transfer system?
17    A    I have.
18    Q    And were they?
19    A    Yes.
20    Q    For all ten process --
21    A    All ten.
22    Q    Because these funds -- I'm sorry.  Because these wire
23    transfers were processed through the Fedwire Funds transfer
24    system, does that mean that they necessarily traveled to
25    New Jersey and Texas?
```

The time stamps appearing in the left margin are: 02:28PM (line 5), 02:28PM (line 10), 02:29PM (line 15), 02:29PM (line 20), 02:29PM (line 25).

|    |    |
|----|----|
| 1 | MR. AVENATTI:  Objection.  Leading. |
| 2 | THE COURT:  Overruled. |
| 3 | THE WITNESS:  Yes.  Those transactions post April 27 |
| 4 | of '09 will go through those two facilities in Texas and |
| 02:29PM 5 | New Jersey. |
| 6 | MR. WYMAN:  One moment, Your Honor. |
| 7 | Nothing further.  Thank you. |
| 8 | THE COURT:  Mr. Avenatti. |
| 9 | **CROSS-EXAMINATION** |
| 02:29PM 10 | BY MR. AVENATTI: |
| 11 | Q    Mr. Amenta, good afternoon. |
| 12 | A    Good afternoon. |
| 13 | Q    You and I have never communicated; correct? |
| 14 | A    We have not. |
| 02:30PM 15 | Q    Now, prior to taking the stand here today, you've had |
| 16 | about three interviews with the government agents from this |
| 17 | case; is that right? |
| 18 | A    I believe two, I believe. |
| 19 | Q    Do you recall having a telephone conversation with them |
| 02:30PM 20 | on June 7, 2021? |
| 21 | A    Correct. |
| 22 | Q    And then June 16, 2021? |
| 23 | A    Correct. |
| 24 | Q    And then August 9, 2021? |
| 02:30PM 25 | A    Correct. |

```
 1   Q    So three?

 2   A    Correct.

 3   Q    And then did you also have e-mail communications with the

 4   Government?

 5   A    I did.

 6   Q    And those e-mail communications related to the subject

 7   matter of your testimony here today?

 8   A    Yes.

 9   Q    And what was the approximate time frame of your e-mail

10   communications with the -- with the government agents or

11   prosecutors relating to your -- or the subject matter of your

12   testimony here today?

13   A    I believe they were in early July.

14   Q    And were those e-mails and text messages or just e-mails?

15   A    Just e-mails.

16   Q    And who did you -- who did you communicate with via

17   e-mail about the subject matter of your testimony here today at

18   that time?

19   A    IRS Special Agent Roberson.

20   Q    Anyone else?

21   A    I don't remember if the AUSA was cc'd.

22   Q    I'm sorry?

23   A    I don't remember if the AUSA was cc'd on those

24   communications.

25   Q    And when you say "the AUSA," are you referring to
```

| | |
|---|---|
| 1 | Mr. Sagel or Mr. Wyman?  Because we have two of them here |
| 2 | today. |
| 3 | A    I believe it was Mr. Wyman. |
| 4 | Q    And as it relates to these e-mail communications you had |
| 02:32PM 5 | with Mr. Roberson, those were back and forth relating to the |
| 6 | topic that you're testifying here today? |
| 7 | A    No.  It was relating to the chart, yes. |
| 8 | Q    Oh, the chart, 457? |
| 9 | A    Correct. |
| 02:32PM 10 | Q    So he was providing you with a draft of the chart and |
| 11 | then you were responding? |
| 12 | A    Correct. |
| 13 |         MR. AVENATTI:  Your Honor, can I have a sidebar, |
| 14 | please? |
| 02:32PM 15 |         THE COURT:  No. |
| 16 |         MR. AVENATTI:  Okay. |
| 17 | Q    Do you have a recollection of -- well, strike that. |
| 18 |         And did you provide feedback on the chart? |
| 19 | A    I did. |
| 02:33PM 20 | Q    And did he incorporate -- well, strike that. |
| 21 |         You just saw the chart, 457; right? |
| 22 | A    Correct. |
| 23 | Q    And did he incorporate some of your revisions and |
| 24 | feedback on the chart? |
| 02:33PM 25 | A    No. |

Q    Did anyone ever ask you to compile those written
communications before you testified here today?

A    No.

Q    I'd like to understand and have the jury -- have the
benefit of understanding how it was that you verified that
those ten wire transfers actually went through the system that
you described.  So can you describe the process by which you
verified that?

A    Sure.  I was able to look at the Fedwire Funds system by
the IMAD numbers that are there.

Q    Who provided the IMAD numbers?

A    The IMAD numbers were provided -- some were provided by us
via subpoena and some were provided by bank records from the
agent.

Q    Mr. Roberson?

A    Correct.

Q    Was that by e-mail?

A    That was by e-mail.

Q    And was that in July or before July?

A    Well, the chart was seen in July.  I believe we talked
about transactions in June.

Q    So you had written communications back and forth in June
and July?

A    No.  Just July.

Q    So when you spoke about the transactions in June, it was

```
 1   by phone?

 2   A      Yes.

 3   Q      And then once you were given the IMAD number, what did

 4   you do next to verify that, in fact, they had gone through the

 5   Fedwire system?

 6   A      Well, I looked in the -- had them pulled in the system and

 7   I reviewed them.

 8   Q      What did you have pulled and how?

 9   A      We pulled the Fedwire Funds transfers for these IMADs.

10   Q      And how did you go about doing that?

11   A      I asked our wholesale product office for those records.

12   Q      Where is that?

13   A      In New Jersey.

14   Q      And what exactly did you ask for?  I mean, you had an

15   IMAD number.  Do you ask for a regional record or a local

16   record?  Explain to the jury how --

17   A      No.  So an IMAD is very unique.  It is unique by

18   year/month/day, then a sequence that's an endpoint for a

19   financial institution, and then it's that message for that day.

20   There is no two IMADs or OMADs for a print transaction.

21   They're very unique.

22   Q      And when you asked for that information, was that in

23   writing or by e-mail?

24   A      In writing.

25   Q      And --
```

```
 1    A      In e-mail.  I'm sorry.

 2    Q      So you received a request from the agent, and you then

 3    communicated in e-mail with others in order to verify the

 4    information?

 5    A      Correct.

 6    Q      And that related to the subject matter of your testimony

 7    here today?

 8    A      Correct.

 9    Q      And then did they respond with the information by e-mail?

10    A      Yes.

11    Q      Did anyone ever ask you to gather those e-mails before

12    you testified here today?

13    A      No.

14    Q      And then when they -- when they sent -- well, strike

15    that.

16           So did they verify that IMADs in these reports or

17    did they send you the reports back for you to verify?

18    A      No, I reviewed the reports and verified.

19    Q      After they sent them back to you?

20    A      Correct.

21    Q      And then how did you convey that information to either

22    the AUSAs or Special Agent Roberson?

23    A      I informed them that these were all Fedwire Funds

24    transfers.

25    Q      Now, you are not aware -- strike that.
```

02:36PM (lines 5)
02:36PM (line 10)
02:36PM (line 15)
02:37PM (line 20)
02:37PM (line 25)

                 1          You did not have any knowledge of any evidence as to

                 2    whether these ten wire transfers constitute any crime.  Am I

                 3    correct about that?

                 4    A     Correct.

02:37PM    5    Q     You don't know one way or the other; is that right?

                 6    A     Correct.

                 7          THE REPORTER:  I'm sorry, can you get closer to the

                 8    mic, please.

                 9          THE WITNESS:  I'm sorry.  Correct.  My apologies.

02:38PM   10    Q     BY MR. AVENATTI:  You were simply asked to confirm that

                11    the ten transfers went through the Fedwire system.  Do I have

                12    that correct?

                13    A     That's right.

                14          MR. AVENATTI:  One moment, Your Honor.

02:38PM   15          Nothing further, Your Honor.  Thank you.

                16          MR. WYMAN:  No further questions.

                17          THE COURT:  May the witness be excused?

                18          THE WITNESS:  Thank you.

                19          THE COURT:  No, I'm not asking you.  Hang on a

02:38PM   20    second.

                21          May the witness be excused?

                22          MR. AVENATTI:  Your Honor, I'm going to reserve the

                23    right to recall him, actually.

                24          THE COURT:  Sir, you're excused for now but you're

02:38PM   25    subject to recall.

|    |                                                                    |
|----|--------------------------------------------------------------------|
| 1  | THE WITNESS:  Okay.                                                 |
| 2  | THE COURT:  Thank you.  You may step down.                         |
| 3  | MR. WYMAN:  Your Honor, the United States calls John               |
| 4  | Drum.                                                               |
| 02:39PM 5 | THE COURTROOM DEPUTY:  If you can stand behind the          |
| 6  | court reporter and raise your right hand.                          |
| 7  | **JOHN DRUM, GOVERNMENT WITNESS, WAS SWORN**                       |
| 8  | THE COURTROOM DEPUTY:  If you'll please state and                  |
| 9  | spell your first and last name.                                    |
| 02:40PM 10 | THE WITNESS:  My name is John Drum, J-o-h-n,              |
| 11 | D-r-u-m.                                                           |
| 12 | THE COURTROOM DEPUTY:  Thank you.                                  |
| 13 | THE COURT:  Mr. Wyman.                                             |
| 14 | MR. WYMAN:  Thank you, Your Honor.                                 |
| 02:40PM 15 | **DIRECT EXAMINATION**                                    |
| 16 | BY MR. WYMAN:                                                      |
| 17 | Q    Good afternoon, Mr. Drum.  Where do you work?                 |
| 18 | A    I work for Analysis Group.                                    |
| 19 | Q    What is Analysis Group?                                       |
| 02:40PM 20 | A    Analysis Group is an economic consulting company.  They |
| 21 | perform financial analyses in various settings.                   |
| 22 | Q    What is your title at Analysis Group?                         |
| 23 | A    Vice president.                                               |
| 24 | Q    As vice president, what are your general job                  |
| 02:40PM 25 | responsibilities?                                         |

```
 1   A     I oversee financial analyses primarily in some sort of
 2   dispute setting.
 3   Q     Are you regularly hired to conduct financial analysis in
 4   connection with litigation?
 5   A     Yes.
 6   Q     Let's discuss your background and financial analysis.
 7   Starting with your educational background, where did you attend
 8   college?
 9   A     I received undergraduate and graduate degrees from the
10   Ohio State University.
11   Q     And what degrees did you receive?
12   A     Bachelor of Science in Accounting and Finance, and a
13   Master of Accounting.
14   Q     After you received those degrees, did you obtain any
15   professional licenses?
16   A     Yes.
17   Q     Which licenses did you obtain?
18   A     I'm a licensed certified public accountant in Illinois.  I
19   also hold and am designated a Chartered Financial Analyst.
20   Q     When did you obtain those licenses?
21   A     The CPA in 2012, and the CFA in 2013.
22   Q     Do you continue to hold those licenses today?
23   A     Yes.
24   Q     Let's briefly discuss your work history now.  After
25   graduating, where did you work?
```

51

```
        1    A    I worked for the Financial Accounting Standards Board,

        2    which is a rulemaking organization that creates accounting

        3    standards.

        4    Q    What was your title there?

02:42PM  5    A    Postgraduate technical assistant.

        6    Q    And in that role, what type of work did you perform?

        7    A    I assisted the board and the staff in researching and

        8    creating new accounting standards.

        9    Q    How long did you work there?

02:42PM 10    A    One year.

       11    Q    After that, where did you work?

       12    A    I worked for KPMG.  It's a large public accounting firm.

       13    Q    What was your title at KPMG?

       14    A    Senior associate.

02:42PM 15    Q    And what kind of work did you do there?

       16    A    I assisted companies with complex transactions and how to

       17    account for them, as well as perform business and intangible

       18    asset valuation services.

       19    Q    How long did you work at KPMG?

02:42PM 20    A    Approximately three years.

       21    Q    After you left KPMG, where did you go?

       22    A    I worked for Analysis Group.

       23    Q    And that's where you currently work?

       24    A    Yes.

02:42PM 25    Q    What year was it when you started at Analysis Group?
```

A      2011.

Q      And in the past ten years, have you held other titles besides senior vice president or vice president?

A      Yes.

02:43PM Q      And what other titles -- well, let me ask, how, if at all, have your job responsibilities changed in the past ten years?

A      My job responsibilities have evolved from conducting one aspect of one analysis to overseeing the entirety of many analyses.

Q      Sorry about that.

Has your job at Analysis Group always involved conducting financial analysis?

A      Yes.

02:43PM Q      Over the past ten years, what types of matters have you performed financial analysis on?

A      I perform financial analyses in bankruptcy disputes, commercial disputes, contract disputes, regulatory matters, shareholder litigations.

02:44PM Q      Now, were you and your company, Analysis Group, hired by the Government to conduct financial analysis as part of the Government's case against the defendant, Michael Avenatti?

A      Yes.

Q      And has the -- has Analysis Group been paid approximately

02:44PM $640,000 by the Government?

| | | |
|---|---|---|
| | 1 | A     Yes.  We've been approved for approximately 640,000. |
| | 2 | Q     Does that payment include work that Analysis Group has |
| | 3 | done on other matters as well as this one? |
| | 4 | A     Yes. |
| 02:44PM | 5 | Q     As part of your work for the Government, were you asked |
| | 6 | to analyze financial records related to the defendant's |
| | 7 | handling of funds concerning various clients of his? |
| | 8 | A     Yes. |
| | 9 | Q     Was one of these clients Geoffrey Johnson? |
| 02:44PM | 10 | A     Yes. |
| | 11 | Q     Was another Alexis Gardner? |
| | 12 | A     Yes. |
| | 13 | Q     Gregory Barela? |
| | 14 | A     Yes. |
| 02:44PM | 15 | Q     And Michelle Phan and Long Tran? |
| | 16 | A     Yes. |
| | 17 | Q     What kinds of records did you review in conducting your |
| | 18 | analysis with respect to these clients? |
| | 19 | A     I reviewed bank records, QuickBooks data, settlement |
| 02:45PM | 20 | agreements primarily. |
| | 21 | Q     When you say "QuickBooks data," what is that? |
| | 22 | A     QuickBooks is a software used by firms to record |
| | 23 | accounting transactions. |
| | 24 | Q     And you said you reviewed settlement agreements as well? |
| 02:45PM | 25 | A     Yes. |

| | |
|---|---|
| 1 | Q     Did you also review fee agreements with the defendant? |
| 2 | A     Yes. |
| 3 | Q     And the materials you reviewed, who provided those to |
| 4 | you? |
| 02:45PM 5 | A     The government. |
| 6 | Q     Now, the records you reviewed, were they voluminous in |
| 7 | nature? |
| 8 | A     They were. |
| 9 | Q     How many pages would you say the bank records spanned, |
| 02:45PM 10 | approximately? |
| 11 | A     Many thousands of pages. |
| 12 | Q     As part of your review of these bank records, did you |
| 13 | also review spreadsheets produced by the bank reflecting wire |
| 14 | transfers? |
| 02:46PM 15 | A     I did. |
| 16 | Q     And how many rows would you say those spreadsheets |
| 17 | contained? |
| 18 | A     Again, thousands. |
| 19 | Q     Did it take a significant amount of time to review these |
| 02:46PM 20 | records? |
| 21 | MR. AVENATTI:  Objection.  Leading. |
| 22 | THE COURT:  Overruled. |
| 23 | THE WITNESS:  Yes, it took a significant amount of |
| 24 | time. |
| 02:46PM 25 | Q     BY MR. WYMAN:  Based on your review of these voluminous |

```
 1   records, did you and others working at your direction at

 2   Analysis Group create various charts summarizing your financial

 3   analysis of these records?

 4             MR. AVENATTI:  Leading.  Objection.

 5             THE COURT:  Overruled.

 6             THE WITNESS:  Yes.

 7   Q    BY MR. WYMAN:  Directing your attention to the binder in

 8   front of you to what has been marked as Government's

 9   Exhibits 420 through 450 and Exhibit 456, could you please take

10   a minute to page through those.  My question is going to be

11   whether you recognize them.

12   A    Yes, I recognize this.

13   Q    Are these some of the summary charts that you and

14   Analysis Group prepared?

15   A    Yes.

16   Q    Do these charts fairly and accurately summarize the

17   voluminous financial and other records that you reviewed in

18   this case?

19   A    They do for the matters I was asked to summarize.

20             MR. WYMAN:  Your Honor, at this time the Government

21   moves to admit Exhibits 420 through 450 and Exhibit 456.

22             MR. AVENATTI:  Objection, Your Honor.  Hearsay.

23   Best evidence.  Violative of 1006, federal rule.  Foundation.

24   Authentication.  Violative of 401, 403 and 702.

25             THE COURT:  Overruled.  Exhibits 420 through 450 and
```

1    456 shall be received.

2            **(Exhibit Numbers 420-450 and 456 received.)**

3    Q    BY MR. WYMAN:  Okay, let's start with Exhibits 420

4    through 429.  Which client do these charts relate to?

02:48PM 5  A    Geoffrey Johnson.

6            MR. WYMAN:  Okay.  Starting with Exhibit 420, if we

7    can please blow up the content.

8    Q    What is the title of this chart?

9    A    "Total amount due to Geoffrey Johnson as of January 29th,

02:49PM 10   2015."

11   Q    What does the first row in the chart say?

12   A    "Total settlement amount paid on January 29th, 2015, for

13   $4 million."

14   Q    What is that information based on?

02:49PM 15  A    The settlement agreement that I reviewed and bank records.

16   Q    And it says, "Paid January 29th, 2015"; is that right?

17   A    That's right.

18           MR. WYMAN:  Can we please pull up what is already in

19   evidence as Government's Exhibit 41, page 1.

02:49PM 20  Q    During your review of bank records, did you review a

21   check deposited in that amount?

22   A    I did.

23   Q    And is this the check that you reviewed?

24   A    Yes.

02:50PM 25  Q    What is the date of this check?

```
 1    A     January 26, 2015.
 2    Q     And on -- if we go to page 2 now of the exhibit.  What is
 3    the date of the deposit slip for this check?
 4    A     January 29th, 2015.
 5          MR. WYMAN:  If we can return now to Exhibit 420.
 6    Actually, before we do that -- that's fine.  Let's pull up
 7    Exhibit 420.
 8    Q     The next line there below "settlement amount paid," what
 9    is listed there?
10    A     Less legal fees of 1.6 million.
11    Q     And where did that number come from?
12    A     From the retention agreement that outline the percentage
13    the legal fees will be based on.
14    Q     And when you say "retention agreement," who was the
15    agreement between that you reviewed?
16    A     Mr. Avenatti and Geoffrey Johnson.
17          MR. WYMAN:  Your Honor, at this point the Government
18    would move to admit Exhibit 384 pursuant to the custodian
19    declaration, which is Exhibit 394, page 2.
20          MR. AVENATTI:  One moment, Your Honor.
21          384?
22          MR. WYMAN:  Exhibit 384, and the custodian
23    declaration is Exhibit 394, page 2.
24          MR. AVENATTI:  Objection, Your Honor.  Hearsay.
25          THE COURT:  Overruled.  I previously ruled that the
```

02:50PM (line 5)
02:50PM (line 10)
02:51PM (line 15)
02:51PM (line 20)
02:51PM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1   declaration in 394 is adequate to establish the business
 2   records exception.
 3                 (Exhibit Number 384 received.)
 4                 MR. WYMAN:  If we can please pull up Exhibit 384,
 5   page 1.
 6   Q    Mr. Drum, we'll put that on the screen.
 7                 If we can please blow up the portion that says --
 8   we'll start with that.
 9                 What is the name of the accountholder on this
10   statement?
11   A    Eagan Avenatti, LLP.
12   Q    And if we can go to the right, what is the account number
13   or the last four digits of the account number?
14   A    2851.
15   Q    Is this one of the accounts for which you reviewed the
16   bank records?
17   A    Yes.
18                 MR. WYMAN:  And if we can please go down under the
19   Deposits and Credits section.
20   Q    Do you see a deposit for 1.6 million on January 30th?
21   A    Yes, I do.
22   Q    And is that the same amount that we were just discussing
23   of the attorney's fees?
24   A    Yes.
25                 MR. WYMAN:  If we can please go back now to
```

Exhibit 420.

Q    On the bank statement we just reviewed, was the defendant a signatory to that account?

A    Yes.

02:53PM    Q    Below the row that says "less legal fees," what does the next row say?

A    "Less case-related expenses for $532,062."

Q    What does that figure represent?

A    That represents the expenses that I identified that are 02:53PM related to the Geoffrey Johnson case.

Q    As of what date?

A    As of January 29, 2015.

Q    The date that the settlement money was paid?

A    Yes.

02:53PM    Q    Does that figure include rental payments made by the defendant and Eagan Avenatti?

A    Yes, it does.

Q    How did you calculate that figure?

A    I relied on two sources of information.  One is Eagan 02:54PM Avenatti's QuickBooks records, which identify expenses associated with particular matters the firm worked on, as well as a spreadsheet that was e-mailed by Judy Regnier that outlined expenses associated with the Geoffrey Johnson case.

Q    When you looked at the QuickBooks records, QuickBooks 02:54PM records for Mr. Johnson's case, how did you determine which

```
 1   expenses datewise to include?
 2   A     I'm sorry, did you say "datewise"?
 3   Q     Yes.
 4   A     I limited the expenses to those that were incurred and
 5   recorded into QuickBooks on or before January 29, 2015.
 6   Q     And when you say "incurred," what do you mean?
 7   A     I mean that Eagan Avenatti would have known they either
 8   paid an amount or an expense or knew that they owed an amount.
 9           So, for example, if I saw an expense for a court
10   reporter, whether or not the court reporter was paid on or
11   before January 29, 2015, if they received the invoice and
12   recorded it in QuickBooks, I included it in this amount.
13   Q     Other than QuickBooks, you said there was a second source
14   of information; is that right?
15   A     Yes.
16   Q     I believe you said an e-mail from Judy Regnier?
17   A     Yes, that attached a spreadsheet.
18           MR. WYMAN:  Can we please pull up what is already in
19   evidence as Exhibit 48.  And if we can blow up the first
20   portion, please.
21   Q     What is the first page of this exhibit?
22   A     This is a pdf of an e-mail from Judy Regnier to Michael
23   Avenatti.
24   Q     What is the date of this e-mail?
25   A     February 4th, 2015.
```

```
 1   Q    And going to page 2, what is the attachment?

 2   A    This is the spreadsheet that lists expenses associated

 3   with the Geoffrey Johnson case.

 4   Q    So a minute ago when you were saying the second source of

 5   the calculation for cost-related expenses in Exhibit 420, were

 6   you referring to this spreadsheet?

 7   A    Yes.

 8   Q    If you could please go to page 4.  Do you see a figure

 9   toward the bottom, or I guess halfway through, that says "total

10   expenses"?

11   A    Yes.

12   Q    And what is the amount listed there?

13   A    386,893.

14   Q    And then on page 8 of the exhibit, toward the bottom, do

15   you see a figure listed for total advances?  We'll pull it up

16   on the screen.

17   A    Yes.

18   Q    How much is that?

19   A    352,867, rounded.

20   Q    And right below that do you see a figure for total

21   expenses and advances?

22   A    Yes.

23   Q    And what is that number?

24   A    736,883.

25   Q    So what did you do with this spreadsheet and the
```

1    QuickBooks data that you mentioned earlier to calculate the

2    figure in Exhibit 420?

3    A   So I paired the two spreadsheets and eliminated any

4    duplicate entries so that I was not double-counting any

02:57PM 5    expenses.

6          This number, this 736,000, is higher than the number

7    that I calculate, primarily because of the treatment of

8    expenses related to CareMeridian.

9    Q   And what do you mean by that?

02:58PM 10    A   Payments -- so the QuickBooks records show expenses for

11    amounts that were owed to CareMeridian.  And then the amounts

12    that were owed and not paid to CareMeridian was ultimately

13    settled for a different amount, a lower amount than the amounts

14    accrued on the QuickBooks record.

02:58PM 15          The QuickBooks records appropriately adjust the

16    expenses associated with CareMeridian to reflect the amount

17    that was ultimately paid to CareMeridian.  And this spreadsheet

18    from Judy Regnier double-counts the amounts that were owed to

19    CareMeridian along with the amount that was actually paid to

02:58PM 20    CareMeridian.

21          MR. WYMAN:  Your Honor, would you like to stop?

22          THE COURT:  That's fine.

23          Ladies and gentlemen, we're going to stop here for

24    today.  We'll resume tomorrow at 9:00 o'clock, regular day.

02:58PM 25          Please remember the admonition not to discuss the

case with anyone, not to form any opinions on the issues in the

case until it's submitted to you, and no research, please.

So we'll see you 9:00 a.m. tomorrow.  Have a good

evening.

02:59PM   THE COURTROOM DEPUTY:  All rise.

**(Out of the presence of the jury.)**

THE COURT:  As part of Mr. Avenatti's filing at

Docket 679 concerning the Gardner testimony, one of the

exhibits, the physical exhibit, the thumb drive, Exhibit B, how

03:00PM   was that prepared?

MR. AVENATTI:  A video was taken, scrolling

through -- a video was taken, scrolling through the tweets

during the relevant time period as referenced in the motion, as

opposed to taking umpteen screenshots and then stacking them as

03:00PM   an exhibit.

THE COURT:  Does it purport to pick up any threads

during the same period?

MR. AVENATTI:  I'm going to answer that as best I

can, if I think I understand what Your Honor is asking.

03:01PM   So on Twitter, if there is a successive tweet to a

prior tweet by the author of the original tweet, they are

stacked.  And then at the end of the day there's an un- --

there's an unroll function on Twitter.  You can send a message

to somebody and ask them -- or an account and ask them to

03:01PM   unroll it, and they then list it in a thread form.

1          I think that's what Your Honor is asking.  I do not

2     believe that those are included.  But whatever would be in a

3     thread role would be included, although in a different form

4     than what we provided to the Court.  I hope that answers your

03:01PM 5     question.

6          THE COURT:  I think so.  I think what you're telling

7     me is one way or another, if I went through those screenshots,

8     I would see everything, although some of those screenshots

9     might be duplicated in a thread.  But everything that took

03:02PM 10    place during that time period would be there in one form or

11    another.

12         MR. AVENATTI:  Yes, sir.  That's my understanding.

13    And you can pause the video if you want to read it.

14         THE COURT:  Right.

03:02PM 15         MR. AVENATTI:  We tried to make it as easy as

16    possible.  It wasn't easy to capture, Your Honor.

17         THE COURT:  Okay.  The video says "22K" at the top

18    as part of a -- part of a heading that appears on each shot.

19         MR. AVENATTI:  That's the total number of, I

03:02PM 20    believe, tweets or tweets and replies from that account since

21    inception to the present.  So it's not just during the trial.

22         THE COURT:  So the 22K is less than that total -- or

23    the screenshots captured are less than that 22K?

24         MR. AVENATTI:  Yes, Your Honor.

03:03PM 25         THE COURT:  Okay.

1          MR. AVENATTI:  Yes.

2          THE COURT:  Okay.

3          MR. AVENATTI:  That 22K would have been for however

4    long that account has been around, which is -- is a number of

03:03PM 5    years.

6          THE COURT:  Okay.  I've made a sampling of -- that

7    video runs approximately 18 minutes, so I think I understand

8    what's there.  I've not looked at every single frame, but I

9    believe I've looked at enough frames to understand what there

03:03PM 10   is in terms of types and frequency of various types of images.

11   Okay.

12         MR. AVENATTI:  If the Court desires it in some other

13   form, we'll endeavor to provide that to you.

14         THE COURT:  No.  I think that works.

03:03PM 15         MR. AVENATTI:  We tried to make it as user-friendly

16   as possible.

17         THE COURT:  Okay.  Anything else we ought to take up

18   at this time?

19         MR. AVENATTI:  I have a couple issues, Your Honor.

03:03PM 20         THE COURT:  Go ahead.

21         MR. AVENATTI:  First, I think in light of the

22   testimony that was elicited from Mr. Amenta, there are

23   significant concerns relating to whether we have all of the

24   *Jencks* materials from Mr. Amenta.

03:04PM 25         I used the magic words that Your Honor had pointed

1    out relating to subject matter of the testimony.  I don't -- I

2    have not had a chance to check.  Ms. Cummings-Cefali checked

3    while we were sitting here -- or while I was conducting the

4    examination, I should say.  I don't believe we have these

03:04PM 5    e-mails between him and --

6                THE COURT:  But you told me you haven't had a chance

7    to check.

8                MR. AVENATTI:  I agree.  I'm happy to report back to

9    the Court in the morning.

03:04PM 10               THE COURT:  Please.

11               MR. AVENATTI:  Happy to do that, Your Honor.

12               THE COURT:  Then I assume the Government will make a

13   similar review.  So let's take this up in the morning.

14               MR. WYMAN:  Yes, Your Honor.

03:04PM 15               MR. AVENATTI:  And then, Your Honor, I want to

16   revisit something that I raised earlier today, and there's

17   another issue that goes along with that.

18               The Government is now purporting to have an expert

19   testify in front of the jury who didn't review the relevant

03:05PM 20   data, in violation of 702.  He was asked what he reviewed in

21   preparation of these charts, Your Honor.  There was not a

22   single mention of Tabs.  They never had -- they spent

23   600-plus-thousand dollars with the expert.  They were on --

24               THE COURT:  But by his testimony, not all on

03:05PM 25   Counts 1 through 10.

1          MR. AVENATTI:  Well, Your Honor, that's up for

2     debate.  And I'd welcome that debate, frankly.

3          THE COURT:  Well, I'll welcome further inquiry based

4     upon what the Government's asked on that topic.

03:05PM 5          MR. AVENATTI:  Well, frankly, I thought that the

6     question asked by Mr. Wyman -- I frankly think that that was

7     not identical to what Your Honor had instructed them to say.

8     The way that they said "matters other than this one," it

9     suggested another criminal matter, frankly, but that's neither

03:06PM 10    here nor there.  I'm not raising that right now, Your Honor.

11         The point is this:  I don't care if they paid them

12    $1 or $650,000.  They didn't have him review the Tabs data

13    which reflects the actual costs incurred on the case.  That --

14         THE COURT:  Sir, in my view, that goes to the weight

03:06PM 15    of his evidence.  I'm not going to strike -- one, we don't have

16    a definitive answer as to the production of Tabs' data.

17    Assuming you're correct that it wasn't produced, I believe it's

18    a subject for cross-examination and it goes to the weight, not

19    the admissibility of his testimony.

03:06PM 20         MR. AVENATTI:  You have our objection relating to --

21    I believe the expert should be -- that there should be a

22    *Daubert* hearing as to whether he reviewed any of the Tabs data.

23    Although, I think at this point it's fairly clear that he did

24    not, which I think is violative of 702.

03:06PM 25         THE COURT:  Sir, you didn't ask him that.  You

1    haven't asked him that yet.

2              MR. AVENATTI:  Well, he was asked what he reviewed

3    and he didn't say anything about Tabs.  And the reason is,

4    Your Honor, because they never had him look at Tabs.

03:07PM  5              THE COURT:  Well, sir --

6              MR. AVENATTI:  I'm sorry.

7              THE COURT:  Go ahead.

8              MR. AVENATTI:  This --

9              THE COURT:  This goes to the weight of his

03:07PM 10   testimony.  If you want to explore this further and make any

11   further motions based on what the testimony reveals, you're

12   entitled to do that.

13             MR. AVENATTI:  And, Your Honor, this goes hand in

14   hand with what I raised earlier.  And this is not -- it's not a

03:07PM 15   trick question or difficult question, okay?  We were entitled

16   to production of the Tabs data during the pendency of this case

17   pursuant --

18             THE COURT:  The Government hasn't responded on that.

19   Why don't we take it up -- you raised that this morning.

03:07PM 20             MR. AVENATTI:  Correct.

21             THE COURT:  Well, part of the day we were all

22   sitting here in court.  So why don't we give the Government a

23   chance to follow up on your objections, that specific

24   objection, and take it up tomorrow.

03:07PM 25             MR. AVENATTI:  I'll wait, Your Honor.  I've waited

1    two-and-a-half years.  I can wait another night.

2         THE COURT:  Sir, you don't know whether and I don't

3    know whether you've been waiting two-and-a-half years for that

4    data until somebody tells me definitively it was or was not

03:08PM 5    produced.

6         MR. AVENATTI:  We'll see what the morning brings.

7         THE COURT:  Okay.  Anything else?

8         MR. AVENATTI:  Nothing further from the defense.

9         THE COURT:  Government have anything?

03:08PM 10   MR. WYMAN:  No, Your Honor.

11        THE COURT:  How much more do you have with Mr. Drum?

12        MR. WYMAN:  I'm still relatively early on.  I would

13   say probably an hour and a half.

14        THE COURT:  Okay.  I thought I had understood your

03:08PM 15   estimate to be an hour.

16        MR. WYMAN:  No, Your Honor.  An hour and a half to

17   two hours, I think, was my estimate.

18        THE COURT:  Okay.  Fine.  Well --

19        MR. SAGEL:  I think I misstated, and I apologize.  I

03:08PM 20   think I said an hour, and I said the wrong number, Your Honor.

21        THE COURT:  Okay.  Well, that clearly will take us

22   through the end of the day tomorrow with your cross.

23        MR. AVENATTI:  So we will not plan on having -- in

24   accordance with what Your Honor said earlier, we'll start our

03:09PM 25   case on Tuesday.

UNITED STATES DISTRICT COURT

1          THE COURT:  Right.  Maybe.

2          MR. AVENATTI:  God willing.

3          THE COURT:  Okay, if there's nothing further, we'll

4   be in recess.

03:09PM  5          THE COURTROOM DEPUTY:  All rise.  This court is in

6   recess.

7               **(Proceedings concluded at 3:09 p.m.)**

8                       **--oOo--**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1              *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5                 I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  August 12, 2021*

16

17

18

19                                  */S/ DEBBIE HINO-SPAAN*
                                    _____
20                                  *Debbie Hino-Spaan, CSR No. 7953*
                                    *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$16,000** [1] - 30:16
**$2,500,000** [1] - 30:5
**$250,000** [4] - 29:17, 34:22, 35:8, 35:23
**$532,062** [1] - 59:7
**$640,000** [1] - 52:25
**$650,000** [1] - 67:12

## '

**'09** [2] - 40:12, 42:4
**'93** [1] - 39:16

## /

**/S** [1] - 71:19

## 1

**1** [19] - 4:8, 6:8, 6:10, 6:14, 6:17, 6:23, 7:1, 7:5, 7:8, 7:9, 28:25, 34:23, 34:24, 34:25, 35:8, 56:19, 58:5, 66:25, 67:12
**1-053** [1] - 1:24
**1.30.2015-3.30.2015** [1] - 3:23
**1.6** [2] - 57:10, 58:20
**1/26/17** [1] - 30:3
**1/30/15** [1] - 29:15
**10** [3] - 3:3, 20:15, 66:25
**100** [1] - 5:3
**1006** [4] - 28:17, 28:19, 37:7, 55:23
**1081** [3] - 19:7, 20:7, 20:15
**11** [1] - 11:6
**1100** [1] - 2:11
**11:29** [1] - 11:7
**12** [4] - 1:15, 4:1, 39:9, 71:15
**16** [1] - 42:22
**17** [1] - 2:18
**18** [2] - 3:4, 65:7
**19** [1] - 1:9
**1:06** [1] - 11:3
**1:25** [2] - 1:16, 4:2

## 2

**2** [6] - 1:9, 30:12, 57:2, 57:19, 57:23, 61:1
**2009** [1] - 40:19
**2011** [1] - 52:1
**2012** [1] - 50:21
**2013** [1] - 50:21

**2015** [9] - 56:10, 56:12, 56:16, 57:1, 57:4, 59:12, 60:5, 60:11, 60:25
**2018** [4] - 14:9, 14:25, 20:8, 20:17
**2019** [1] - 16:7
**2021** [6] - 1:15, 4:1, 42:20, 42:22, 42:24, 71:15
**213-894-2435** [1] - 2:12
**22** [2] - 3:4, 25:4
**22K** [4] - 64:17, 64:22, 64:23, 65:3
**24** [1] - 3:6
**24th** [1] - 20:17
**254** [1] - 2:19
**26** [1] - 57:1
**27** [2] - 40:11, 42:3
**28** [2] - 3:18, 71:8
**2851** [2] - 3:23, 58:14
**29** [3] - 59:12, 60:5, 60:11
**294** [3] - 19:2, 23:11, 23:22
**29th** [4] - 56:9, 56:12, 56:16, 57:4
**2:29** [1] - 11:7
**2:30** [1] - 11:6

## 3

**3** [1] - 20:16
**30th** [1] - 58:20
**31** [1] - 3:6
**312** [1] - 2:11
**352,867** [1] - 61:19
**37** [2] - 3:7, 3:7
**384** [6] - 3:23, 57:18, 57:21, 57:22, 58:3, 58:4
**386,893** [1] - 61:13
**39** [1] - 3:9
**394** [3] - 57:19, 57:23, 58:1
**3:00** [3] - 6:25, 7:11, 9:23
**3:09** [1] - 70:7
**3:45** [1] - 4:10

## 4

**4** [6] - 20:20, 21:4, 21:13, 36:18, 56:13, 61:8
**401** [1] - 55:24
**403** [3] - 26:3, 33:21, 55:24
**41** [1] - 56:19

**411** [2] - 1:24, 2:6
**42** [1] - 3:9
**420** [10] - 55:9, 55:21, 55:25, 56:3, 56:6, 57:5, 57:7, 59:1, 61:5, 62:2
**420-450** [2] - 3:20, 56:2
**429** [1] - 56:4
**450** [3] - 55:9, 55:21, 55:25
**456** [5] - 3:21, 55:9, 55:21, 56:1, 56:2
**457** [14] - 3:18, 28:6, 28:13, 28:17, 28:22, 31:18, 31:24, 32:6, 34:14, 34:15, 37:7, 41:2, 44:8, 44:21
**48** [1] - 60:19
**49** [1] - 3:11
**4th** [3] - 2:6, 16:7, 60:25
**4TH** [1] - 1:24

## 5

**5** [2] - 20:16, 36:18
**56** [2] - 3:20, 3:21
**58** [1] - 3:23

## 6

**6/18/2018** [1] - 30:14
**600-plus-thousand** [1] - 66:23
**640,000** [1] - 53:1
**679** [1] - 63:8

## 7

**7** [1] - 42:20
**7/13/2018** [1] - 30:21
**702** [3] - 55:24, 66:20, 67:24
**714-338-3598** [1] - 2:7
**736,000** [1] - 62:6
**736,883** [1] - 61:24
**753** [1] - 71:8
**7953** [2] - 1:23, 71:20

## 8

**8** [1] - 61:14
**800** [1] - 27:6
**8000** [1] - 2:6

## 9

**9** [1] - 42:24
**90012** [1] - 2:12

**92660** [1] - 2:19
**92701** [2] - 1:25, 2:7
**949-481-4900** [1] - 2:20
**9:00** [2] - 62:24, 63:3

## A

**A-m-e-n-t-a** [1] - 38:23
**a.m** [2] - 11:7, 63:3
**able** [5] - 4:20, 7:3, 27:8, 40:22, 45:9
**above-entitled** [1] - 71:11
**absolutely** [2] - 6:23, 32:20
**accommodate** [1] - 4:12
**accomplished** [1] - 21:19
**accordance** [1] - 69:24
**account** [16] - 11:17, 12:4, 12:15, 29:19, 29:24, 30:7, 30:8, 30:10, 51:17, 58:12, 58:13, 59:3, 63:24, 64:20, 65:4
**accountability** [2] - 29:9
**accountant** [1] - 50:18
**accountholder** [1] - 58:9
**Accounting** [3] - 50:12, 50:13, 51:1
**accounting** [4] - 51:2, 51:8, 51:12, 53:23
**accounts** [1] - 58:15
**accrued** [1] - 62:14
**accuracy** [3] - 27:12, 27:19, 34:7
**accurate** [1] - 37:14
**accurately** [2] - 28:13, 55:16
**action** [3] - 15:12, 15:15, 15:24
**actual** [2] - 7:16, 67:13
**add** [5] - 4:16, 10:23, 12:11, 12:14, 12:18
**additional** [2] - 8:2, 20:14
**address** [2] - 20:3
**adequate** [3] - 6:4, 37:7, 58:1
**adjust** [1] - 62:15
**admissibility** [1] - 67:19
**admit** [2] - 55:21, 57:18
**admonition** [1] - 62:25

**adopt** [1] - 28:1
**advances** [2] - 61:15, 61:21
**afternoon** [15] - 6:12, 7:4, 9:18, 9:20, 18:25, 19:1, 24:23, 24:24, 31:4, 31:5, 39:4, 39:5, 42:11, 42:12, 49:17
**agent** [6] - 25:1, 25:3, 25:4, 25:6, 45:14, 47:2
**Agent** [8] - 28:24, 30:24, 32:1, 32:15, 33:5, 37:12, 43:19, 47:22
**agents** [7] - 16:15, 16:17, 17:4, 17:10, 25:13, 42:16, 43:10
**ago** [2] - 18:13, 61:4
**agree** [5] - 5:3, 7:24, 66:8
**agreement** [4] - 56:15, 57:12, 57:14, 57:15
**agreements** [3] - 53:20, 53:24, 54:1
**ahead** [2] - 65:20, 68:7
**Alex** [2] - 32:2, 33:14
**alex.wyman@usdoj. gov** [1] - 2:13
**ALEXANDER** [1] - 2:10
**Alexis** [2] - 30:18, 53:11
**almost** [1] - 7:17
**AMENTA** [2] - 3:8, 38:19
**Amenta** [6] - 38:18, 38:22, 39:4, 42:11, 65:22, 65:24
**AMERICA** [1] - 1:5
**amount** [20] - 34:24, 34:25, 35:3, 36:23, 36:25, 54:19, 54:23, 56:9, 56:12, 56:21, 57:8, 58:22, 60:8, 60:12, 61:12, 62:13, 62:16, 62:19
**amounts** [4] - 62:11, 62:13, 62:18
**Ana** [1] - 2:7
**ANA** [3] - 1:17, 1:25, 4:1
**analyses** [4] - 49:21, 50:1, 52:10, 52:17
**analysis** [9] - 27:25, 50:3, 50:6, 52:9, 52:13, 52:16, 52:21, 53:18, 55:3
**Analysis** [14] - 3:20,

3:22, 49:18, 49:19, 49:20, 49:22, 51:22, 51:25, 52:12, 52:20, 52:24, 53:2, 55:2, 55:14
**Analyst** [1] - 50:19
**analyze** [1] - 53:6
**Andre** [1] - 16:11
**Angeles** [1] - 2:12
**ANGELES** [1] - 71:3
**anon** [2] - 10:13, 10:16
**ANON** [1] - 10:13
**anonymous** [1] - 10:17
**answer** [16] - 5:9, 5:15, 5:21, 14:16, 17:15, 19:4, 23:17, 26:17, 35:5, 36:4, 36:18, 36:20, 63:18, 67:16
**answered** [4] - 13:5, 22:22, 32:8, 37:23
**answers** [1] - 64:4
**antibiotics** [1] - 4:19
**anticipate** [4] - 5:12, 5:18, 9:1, 9:9
**apologies** [1] - 48:9
**apologize** [2] - 13:8, 69:19
**app** [2] - 11:13
**APPEARANCES** [1] - 2:1
**appointment** [4] - 4:10, 4:11, 4:18, 6:13
**appreciate** [1] - 7:1
**appropriate** [1] - 15:3
**appropriately** [1] - 62:15
**approved** [1] - 53:1
**approximate** [1] - 43:9
**apps** [1] - 22:25
**April** [4] - 16:7, 20:17, 40:11, 42:3
**argumentative** [2] - 22:17, 33:16
**aspect** [1] - 52:9
**asset** [1] - 51:18
**Assistant** [2] - 2:5, 2:10
**assistant** [1] - 51:5
**assisted** [5] - 32:3, 32:6, 32:11, 51:7, 51:16
**associate** [1] - 51:14
**associated** [4] - 59:21, 59:23, 61:2, 62:16
**Associates** [1] - 29:19

**assume** [1] - 66:12
**assuming** [1] - 67:17
**attached** [1] - 60:17
**attachment** [1] - 61:1
**attempting** [1] - 15:2
**attend** [1] - 50:7
**attention** [2] - 9:23, 55:7
**Attorney** [4] - 2:4, 2:5, 2:9, 2:10
**attorney** [1] - 30:8
**attorney's** [3] - 35:13, 35:20, 58:23
**attorney-client** [1] - 30:8
**attorneys** [2] - 14:25, 16:11
**August** [2] - 42:24, 71:15
**AUGUST** [2] - 1:15, 4:1
**AUSA** [5] - 24:2, 32:2, 43:21, 43:23, 43:25
**AUSAs** [4] - 16:18, 17:19, 18:6, 47:22
**authentication** [1] - 55:24
**author** [1] - 63:21
**available** [1] - 24:8
**Avenatti** [25] - 3:3, 3:4, 3:6, 3:7, 3:9, 5:2, 6:3, 7:25, 9:24, 19:16, 20:3, 20:7, 22:4, 25:11, 29:19, 30:8, 31:1, 37:18, 42:8, 52:22, 57:16, 58:11, 59:16, 60:7, 60:23
**AVENATTI** [119] - 1:8, 2:15, 2:16, 5:3, 5:5, 5:18, 8:17, 9:4, 9:7, 10:3, 10:19, 11:21, 11:24, 13:7, 13:24, 14:2, 14:18, 14:21, 15:6, 15:23, 16:3, 16:5, 16:25, 17:6, 17:9, 17:16, 17:18, 17:25, 18:2, 18:11, 18:20, 19:10, 19:15, 19:18, 19:22, 20:1, 20:10, 20:25, 21:14, 22:6, 22:10, 22:13, 22:15, 22:20, 22:24, 23:2, 23:4, 23:10, 23:15, 23:17, 24:1, 24:5, 24:7, 26:2, 26:14, 27:3, 27:22, 28:3, 28:18, 31:3, 31:18, 32:11, 32:21, 33:6, 33:9, 33:18,

33:24, 34:8, 34:11, 34:14, 35:16, 35:24, 37:6, 37:9, 37:20, 37:25, 38:4, 38:12, 38:14, 42:1, 42:10, 44:13, 44:16, 48:10, 48:14, 48:22, 54:21, 55:4, 55:22, 57:20, 57:24, 63:11, 63:18, 64:12, 64:15, 64:19, 64:24, 65:1, 65:3, 65:12, 65:15, 65:19, 65:21, 66:8, 66:11, 66:15, 67:1, 67:5, 67:20, 68:2, 68:6, 68:8, 68:13, 68:20, 68:25, 69:6, 69:8, 69:23, 70:2
**Avenatti's** [2] - 59:20, 63:7
**aware** [3] - 13:3, 36:23, 47:25

## B

**B.Go** [2] - 6:7, 6:12
**Bachelor** [1] - 50:12
**background** [2] - 50:6, 50:7
**bank** [21] - 25:8, 26:9, 26:19, 26:20, 26:22, 27:20, 27:25, 28:2, 28:14, 37:12, 39:11, 40:7, 45:13, 53:19, 54:9, 54:12, 54:13, 56:15, 56:20, 58:16, 59:2
**Bank** [12] - 26:13, 26:20, 26:21, 27:8, 29:24, 39:7, 39:8, 39:9, 39:14, 40:9
**banking** [1] - 39:25
**bankruptcy** [1] - 52:17
**banks** [1] - 39:9
**Bar** [1] - 30:7
**Barela** [1] - 53:13
**Baristas** [1] - 29:25
**based** [9] - 7:12, 7:18, 7:23, 27:25, 37:12, 54:25, 56:14, 57:13, 67:3, 68:11
**Beach** [14] - 2:19, 14:9, 14:22, 15:7, 15:11, 15:16, 15:25, 16:19, 17:1, 17:12, 17:21, 18:8, 18:17, 24:3
**become** [1] - 5:14
**beginning** [1] - 11:3
**behalf** [1] - 16:12

**behind** [2] - 28:7, 49:5
**believes** [2] - 4:19, 8:1
**Bellis** [1] - 33:5
**belonged** [1] - 15:17
**below** [5] - 12:6, 30:1, 57:8, 59:5, 61:20
**beneficiary** [7] - 29:21, 29:23, 30:9, 30:10, 30:17, 30:18, 30:22
**benefit** [1] - 45:5
**best** [4] - 14:14, 17:13, 55:23, 63:18
**between** [4] - 40:8, 40:9, 57:15, 66:5
**beyond** [3] - 14:23, 23:11, 23:23
**binder** [3] - 34:16, 41:3, 55:7
**binders** [1] - 28:7
**blow** [3] - 56:7, 58:7, 60:19
**blurry** [1] - 17:15
**board** [2] - 39:10, 51:7
**Board** [1] - 51:1
**book** [1] - 19:3
**bottom** [2] - 61:9, 61:14
**break** [6] - 9:5, 10:4, 13:14, 22:7, 22:8, 22:10
**Bredahl** [1] - 6:22
**BRETT** [1] - 2:5
**brett.sagel@usdoj. gov** [1] - 2:8
**briefly** [1] - 50:24
**bring** [1] - 4:21
**brings** [1] - 69:6
**burden** [1] - 14:23
**business** [3] - 5:17, 51:17, 58:1
**BY** [56] - 2:5, 2:18, 3:3, 3:5, 3:8, 3:10, 10:3, 14:2, 14:21, 15:6, 15:23, 16:5, 16:25, 17:9, 17:18, 18:11, 18:24, 19:13, 20:14, 21:3, 21:18, 22:6, 22:15, 22:20, 22:24, 23:10, 23:17, 24:1, 24:5, 24:22, 26:6, 26:18, 27:5, 27:25, 28:6, 28:23, 31:3, 31:18, 32:11, 32:21, 33:9, 33:18, 33:24, 34:11, 35:24, 37:11, 37:20, 37:25, 38:4, 39:3, 42:10, 48:10, 49:16, 54:25, 55:7, 56:3

## C

**C-l-a-r-k** [1] - 24:18
**CA** [1] - 1:25
**calculate** [3] - 59:18, 62:1, 62:7
**calculation** [1] - 61:5
**California** [8] - 2:7, 2:12, 2:19, 26:13, 26:20, 27:8, 30:7, 71:7
**CALIFORNIA** [4] - 1:2, 1:17, 4:1, 71:4
**CALLED** [4] - 3:3, 3:5, 3:8, 3:10
**capture** [1] - 64:16
**captured** [1] - 64:23
**care** [2] - 9:22, 67:11
**CareMeridian** [7] - 62:8, 62:11, 62:12, 62:16, 62:17, 62:19, 62:20
**Carlos** [2] - 16:11, 18:16
**Case** [1] - 1:6
**case** [26] - 8:14, 13:4, 13:10, 14:4, 14:6, 25:10, 25:14, 25:16, 25:19, 25:22, 31:8, 31:9, 31:10, 42:17, 52:22, 55:18, 59:7, 59:10, 59:23, 59:25, 61:3, 63:1, 63:2, 67:13, 68:16, 69:25
**case-related** [1] - 59:7
**cc'd** [2] - 43:21, 43:23
**Cefali** [1] - 66:2
**centers** [1] - 40:12
**Central** [1] - 71:7
**CENTRAL** [1] - 1:2
**central** [1] - 39:11
**certainly** [1] - 7:1
**CERTIFICATE** [1] - 71:1
**certified** [1] - 50:18
**CERTIFIED** [1] - 1:5
**certify** [1] - 71:7
**CFA** [1] - 50:21
**chance** [3] - 66:2, 66:6, 68:23
**changed** [1] - 52:6
**charge** [2] - 14:10, 25:24
**chart** [38] - 27:13, 27:17, 27:20, 28:1, 28:8, 28:10, 28:24, 33:1, 33:11, 33:14, 33:20, 33:25, 34:4, 34:6, 34:12, 34:13, 34:17, 34:25, 35:2,

35:6, 36:3, 36:20,
37:14, 37:25, 38:8,
41:7, 41:10, 44:7,
44:8, 44:10, 44:18,
44:21, 44:24, 45:20,
56:8, 56:11
**Chartered** [1] - 50:19
**charts** [6] - 25:18,
55:2, 55:13, 55:16,
56:4, 66:21
**Chase** [2] - 30:10
**chat** [1] - 12:17
**check** [6] - 56:21,
56:23, 56:25, 57:3,
66:2, 66:7
**checked** [1] - 66:2
**chief** [1] - 39:13
**City** [3] - 26:13, 26:21,
27:7
**civil** [4] - 15:12, 15:15,
15:17, 15:24
**claims** [1] - 16:7
**CLARK** [2] - 3:5, 24:14
**Clark** [6] - 24:13,
24:17, 28:24, 30:24,
31:4, 37:12
**clear** [1] - 67:23
**clearly** [1] - 69:21
**client** [2] - 30:8, 56:4
**clients** [5] - 35:14,
35:20, 53:7, 53:9,
53:18
**close** [1] - 13:17
**closer** [1] - 48:7
**Code** [1] - 71:8
**colleagues** [3] - 15:9,
17:1, 24:2
**collectively** [1] - 9:19
**college** [1] - 50:8
**colloquy** [1] - 21:1
**Colorado** [1] - 8:7
**column** [4] - 28:25,
29:2, 29:3, 29:6
**coming** [3] - 5:25,
8:18, 9:8
**commercial** [1] -
52:18
**committed** [1] - 14:24
**communicate** [1] -
43:16
**communicated** [3] -
13:9, 42:13, 47:3
**communication** [2] -
40:3, 40:5
**communications** [8] -
14:4, 43:3, 43:6,
43:10, 43:24, 44:4,
45:2, 45:22
**companies** [1] - 51:16
**company** [3] - 21:19,

49:20, 52:20
**compile** [1] - 45:1
**complete** [2] - 34:6,
34:9
**complex** [1] - 51:16
**compliance** [1] -
39:22
**concentrate** [1] - 7:3
**concerning** [2] - 53:7,
63:8
**concerns** [1] - 65:23
**concluded** [1] - 70:7
**conclusion** [1] - 15:2
**conduct** [2] - 50:3,
52:21
**conducting** [4] - 52:8,
52:13, 53:17, 66:3
**Conference** [1] -
71:12
**confirm** [1] - 48:10
**conformance** [1] -
71:12
**conjecture** [1] - 21:14
**connection** [1] - 50:4
**constitute** [2] - 36:24,
48:2
**consulting** [1] - 49:20
**contacted** [1] - 15:8
**contain** [1] - 27:2
**contained** [1] - 54:17
**content** [1] - 56:7
**continue** [1] - 50:22
**continued** [2] - 5:6,
5:14
**contract** [1] - 52:18
**conversation** [1] -
42:19
**conversations** [2] -
17:3, 18:14
**conversed** [1] - 32:12
**convey** [1] - 47:21
**copy** [2] - 5:11
**corp** [1] - 29:20
**Corporate** [1] - 2:18
**correct** [45] - 10:14,
10:17, 11:3, 11:4,
12:11, 12:23, 16:15,
19:5, 28:1, 31:7,
31:19, 31:20, 32:7,
32:10, 32:14, 34:2,
34:12, 35:4, 35:6,
35:7, 35:24, 36:18,
36:19, 37:1, 38:5,
42:13, 42:21, 42:23,
42:25, 43:2, 44:9,
44:12, 44:22, 45:16,
47:5, 47:8, 47:20,
48:3, 48:4, 48:6,
48:9, 48:12, 67:17,
68:20, 71:9

**correctly** [1] - 10:24
**corruption** [1] - 25:8
**Cosmetics** [1] - 21:20
**cost** [3] - 36:9, 36:15,
61:5
**cost-related** [1] - 61:5
**Costa** [1] - 6:14
**costs** [3] - 35:14,
35:20, 67:13
**counsel** [1] - 20:4
**COUNSEL** [2] - 2:1,
2:16
**counting** [1] - 62:4
**Counts** [1] - 66:25
**counts** [3] - 25:24,
26:6, 62:18
**COUNTY** [1] - 71:3
**couple** [1] - 65:19
**COURT** [132] - 1:1,
1:24, 4:8, 4:21, 5:2,
5:4, 5:16, 5:22, 5:25,
6:3, 6:7, 6:11, 6:15,
6:21, 6:24, 7:3, 7:7,
7:21, 8:5, 8:10, 8:13,
9:2, 9:5, 9:11, 9:13,
9:16, 9:18, 9:21,
13:6, 14:1, 14:13,
14:15, 14:20, 15:4,
15:21, 16:1, 16:22,
17:8, 17:17, 18:1,
18:3, 18:21, 19:12,
19:25, 20:3, 20:12,
21:2, 21:16, 22:4,
22:12, 22:14, 22:19,
22:23, 23:3, 23:5,
23:16, 24:4, 24:6,
24:9, 24:19, 26:4,
26:15, 26:17, 27:4,
27:23, 28:4, 28:21,
31:1, 31:16, 32:9,
32:18, 33:3, 33:8,
33:17, 33:22, 34:10,
35:17, 37:8, 37:18,
37:24, 38:3, 38:11,
38:13, 38:16, 38:25,
42:2, 42:8, 44:15,
48:17, 48:19, 48:24,
49:2, 49:13, 54:22,
55:5, 55:25, 57:25,
62:22, 63:7, 63:16,
64:6, 64:14, 64:17,
64:22, 64:25, 65:2,
65:6, 65:14, 65:17,
65:20, 66:6, 66:10,
66:12, 66:24, 67:3,
67:14, 67:25, 68:5,
68:7, 68:9, 68:18,
68:21, 69:2, 69:7,
69:9, 69:11, 69:14,
69:18, 69:21, 70:1,

70:3, 71:6
**court** [8] - 5:8, 15:17,
49:6, 60:9, 60:10,
68:22, 70:5
**Court** [8] - 4:6, 5:12,
13:8, 64:4, 65:12,
66:9, 71:6, 71:20
**courthouse** [2] -
13:16, 13:21
**COURTROOM** [9] -
6:9, 24:15, 38:20,
38:24, 49:5, 49:8,
49:12, 63:5, 70:5
**courtroom** [2] - 6:10,
7:9
**cover** [1] - 4:6
**CPA** [1] - 50:21
**create** [4] - 27:16,
35:2, 38:8, 55:2
**creates** [1] - 51:2
**creating** [3] - 34:24,
34:25, 51:8
**creation** [1] - 33:25
**Credits** [1] - 58:19
**crime** [7] - 14:11,
14:24, 36:2, 36:7,
36:12, 36:24, 48:2
**crimes** [2] - 25:7, 25:9
**criminal** [3] - 15:17,
25:2, 67:9
**CROSS** [3] - 10:2,
31:2, 42:9
**cross** [9] - 5:7, 5:10,
5:14, 7:12, 7:16,
7:19, 8:1, 67:18,
69:22
**Cross** [3] - 3:3, 3:6,
3:9
**CROSS-**
**EXAMINATION** [3] -
10:2, 31:2, 42:9
**cross-examination** [4]
- 5:7, 5:10, 5:14,
67:18
**Cross-Examination**
[3] - 3:3, 3:6, 3:9
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 71:20
**Cummings** [1] - 66:2
**Cummings-Cefali** [1]
- 66:2
**current** [1] - 39:17
**cursory** [1] - 25:12
**custodian** [2] - 57:18,
57:22

---

# D

**D-r-u-m** [1] - 49:11
**data** [13] - 29:9, 34:6,

40:12, 53:19, 53:21,
62:1, 66:20, 67:12,
67:16, 67:22, 68:16,
69:4
**date** [12] - 16:8, 29:2,
29:14, 30:1, 30:13,
30:19, 41:11, 56:25,
57:3, 59:11, 59:13,
60:24
**Date** [1] - 71:15
**dates** [1] - 20:15
**datewise** [2] - 60:1,
60:2
**Daubert** [1] - 67:22
**DAY** [1] - 1:9
**days** [1] - 32:19
**DEAN** [2] - 2:17, 2:18
**deansteward7777@**
**gmail.com** [1] - 2:20
**debate** [2] - 67:2
**Debbie** [1] - 71:20
**DEBBIE** [3] - 1:23,
71:5, 71:19
**declaration** [3] -
57:19, 57:23, 58:1
**defendant** [13] - 7:13,
19:2, 19:7, 20:18,
21:3, 21:8, 21:12,
21:18, 25:11, 52:22,
54:1, 59:2, 59:16
**DEFENDANT** [1] -
2:14
**Defendant** [1] - 1:9
**defendant's** [1] - 53:6
**defense** [1] - 69:8
**definitive** [1] - 67:16
**definitively** [1] - 69:4
**degrees** [3] - 50:9,
50:11, 50:14
**deleted** [1] - 22:25
**denied** [3] - 14:20,
17:17, 37:8
**dental** [2] - 4:9, 9:22
**Denver** [1] - 8:6
**Department** [7] -
14:22, 15:8, 15:12,
15:16, 16:19, 17:2,
18:18
**deposit** [2] - 57:3,
58:20
**deposited** [1] - 56:21
**Deposits** [1] - 58:19
**DEPUTY** [9] - 6:9,
24:15, 38:20, 38:24,
49:5, 49:8, 49:12,
63:5, 70:5
**deputy** [1] - 39:13
**describe** [1] - 45:7
**described** [1] - 45:7
**designated** [1] - 50:19

desires [1] - 65:12
detailed [1] - 27:9
detailing [1] - 26:25
details [1] - 18:14
determine [2] - 41:14, 59:25
dhinospaan@yahoo.com [1] - 1:25
different [2] - 62:13, 64:3
difficult [1] - 68:15
digits [1] - 58:13
DIRECT [3] - 24:21, 39:2, 49:15
Direct [3] - 3:6, 3:9, 3:11
direct [1] - 8:3
directing [1] - 55:7
direction [1] - 55:1
discuss [3] - 50:6, 50:24, 62:25
discussing [1] - 10:4, 58:22
discussion [1] - 11:2
dispute [1] - 50:2
disputes [2] - 52:17, 52:18
DISTRICT [3] - 1:1, 1:2, 1:3
District [2] - 71:6, 71:7
DIVISION [1] - 1:2
Docket [1] - 63:8
documents [1] - 3:20
dollars [1] - 66:23
done [2] - 34:4, 53:3
double [2] - 62:4, 62:18
double-counting [1] - 62:4
double-counts [1] - 62:18
doubt [1] - 14:24
down [2] - 49:2, 58:18
draft [2] - 27:17, 44:10
drive [1] - 63:9
Drum [11] - 7:22, 8:4, 8:6, 8:8, 8:13, 8:16, 49:4, 49:10, 49:17, 58:6, 69:11
DRUM [2] - 3:10, 49:7
due [1] - 56:9
duplicate [1] - 62:4
duplicated [1] - 64:9
during [12] - 5:10, 13:13, 13:19, 17:11, 17:21, 18:8, 56:20, 63:13, 63:17, 64:10, 64:21, 68:16
duties [3] - 25:5,

39:19, 40:22

E

e-mail [14] - 43:3, 43:6, 43:9, 43:17, 44:4, 45:17, 45:18, 46:23, 47:1, 47:3, 47:9, 60:16, 60:22, 60:24
e-mailed [1] - 59:22
e-mails [5] - 43:14, 43:15, 47:11, 66:5
EA [1] - 3:23
Eagan [5] - 30:8, 58:11, 59:16, 59:19, 60:7
early [3] - 5:13, 43:13, 69:12
easy [2] - 64:15, 64:16
economic [1] - 49:20
edited [1] - 34:13
editing [1] - 34:12
educational [1] - 50:7
effect [2] - 5:20, 14:18
EFFREY [1] - 24:18
either [3] - 9:9, 47:21, 60:7
electronic [1] - 40:2
electronically [1] - 10:20
elicited [1] - 65:22
eliminated [1] - 62:3
EM [1] - 21:20
employed [1] - 25:1
en [1] - 6:6
end [3] - 12:17, 63:22, 69:22
endeavor [1] - 65:13
endpoint [1] - 46:18
entered [1] - 6:10
entire [1] - 11:2
entirety [1] - 52:9
entitled [2] - 68:12, 68:15, 71:11
entries [1] - 62:4
error [1] - 13:7
ESQ [2] - 2:15, 2:18
establish [1] - 58:1
estimate [5] - 7:12, 7:15, 69:15, 69:17
estimates [1] - 7:23
evening [1] - 63:4
EVIDENCE [1] - 3:17
evidence [12] - 14:10, 36:2, 36:7, 36:12, 36:23, 36:25, 41:2, 48:1, 55:23, 56:19, 60:19, 67:15
evolved [1] - 52:8

exact [2] - 16:8, 17:3
exactly [2] - 18:14, 46:14
examination [5] - 5:7, 5:10, 5:14, 66:4, 67:18
Examination [10] - 3:3, 3:4, 3:4, 3:6, 3:6, 3:7, 3:7, 3:9, 3:9, 3:11
EXAMINATION [10] - 10:2, 18:23, 22:5, 24:21, 31:2, 37:10, 37:19, 39:2, 42:9, 49:15
example [1] - 26:12, 30:19, 60:9
examples [1] - 29:13
Excel [1] - 26:24
exception [1] - 58:2
exchange [1] - 12:22
exclusive [1] - 32:3
excused [5] - 38:13, 38:16, 48:17, 48:21, 48:24
exhibit [5] - 57:2, 60:21, 61:14, 63:9, 63:15
EXHIBIT [1] - 3:17
Exhibit [31] - 3:18, 19:2, 19:7, 20:7, 20:15, 28:6, 28:13, 28:17, 28:22, 31:18, 31:24, 32:6, 41:2, 55:9, 55:21, 56:2, 56:6, 56:19, 57:5, 57:7, 57:18, 57:19, 57:22, 57:23, 58:3, 58:4, 59:1, 60:19, 61:5, 62:2, 63:9
exhibits [1] - 63:9
Exhibits [4] - 55:9, 55:21, 55:25, 56:3
EXHIBITS [1] - 3:15
exit [1] - 21:19
expected [1] - 8:23
expense [2] - 60:8, 60:9
expenses [14] - 59:7, 59:9, 59:20, 59:23, 60:1, 60:4, 61:2, 61:5, 61:10, 61:21, 62:5, 62:8, 62:10, 62:16
expert [5] - 7:13, 7:17, 66:18, 66:23, 67:21
explain [1] - 46:16
explore [1] - 68:10
extent [2] - 25:16, 31:8

extract [1] - 6:18
extreme [1] - 4:9

F

facilities [1] - 40:10, 42:4
fact [2] - 33:10, 46:4
fair [2] - 9:7, 25:21
fairly [3] - 28:13, 55:16, 67:23
fake [1] - 10:23
familiar [1] - 37:18
family [1] - 13:15
features [1] - 28:24
February [1] - 60:25
Federal [11] - 39:7, 39:8, 39:9, 39:10, 39:14, 39:24, 40:9, 40:10, 40:12, 41:12, 71:20
federal [6] - 16:6, 17:20, 18:7, 25:3, 25:4, 55:23
FEDERAL [2] - 1:24, 71:5
Fedwire [17] - 29:8, 39:22, 39:23, 40:1, 40:13, 40:14, 40:18, 40:23, 41:11, 41:14, 41:15, 41:23, 45:9, 46:5, 46:9, 47:23, 48:11
fee [1] - 54:1
feedback [2] - 44:18, 44:24
fees [8] - 35:13, 35:20, 36:9, 36:15, 57:10, 57:13, 58:23, 59:5
few [2] - 28:23, 29:13
figure [2] - 59:8, 59:15, 59:18, 61:8, 61:15, 61:20, 62:2
file [1] - 15:23
filed [2] - 15:12, 15:15
filing [1] - 63:7
Finance [1] - 50:12
financial [16] - 25:7, 26:18, 40:7, 40:8, 46:19, 49:21, 50:1, 50:3, 50:6, 52:13, 52:16, 52:17, 52:21, 53:6, 55:2, 55:17
Financial [4] - 3:20, 3:21, 50:19, 51:1
fine [5] - 5:16, 5:17, 6:5, 7:6, 57:6, 62:22, 69:18
finish [2] - 7:22, 8:16
firm [2] - 51:12, 59:21

firms [1] - 53:22
first [14] - 9:9, 10:20, 16:6, 24:16, 27:16, 29:14, 31:13, 34:21, 38:21, 49:9, 56:11, 60:19, 60:21, 65:21
five [1] - 19:7
fly [1] - 8:20
focusing [1] - 4:24, 28:25
follow [1] - 68:23
following [1] - 15:11
follows [3] - 8:18, 18:4, 23:6, 23:20, 35:18
FOR [2] - 2:3, 2:14, 2:16
foregoing [1] - 71:9
form [3] - 63:1, 63:25, 64:3, 64:10, 65:13
format [1] - 71:11
forth [3] - 8:20, 44:5, 45:22
foundation [5] - 21:15, 26:2, 28:19, 37:7, 55:23
four [2] - 7:16, 58:13
frame [2] - 43:9, 65:8
frames [1] - 65:9
frankly [4] - 67:2, 67:5, 67:6, 67:9
fraud [4] - 25:8, 25:25, 26:6
frequency [1] - 65:10
fresh [1] - 17:14
friendly [1] - 65:15
front [4] - 41:3, 41:5, 55:8, 66:19
function [1] - 63:23
funds [4] - 35:23, 37:2, 41:22, 53:7
Funds [7] - 39:22, 39:23, 40:1, 40:15, 40:18, 40:24, 41:16, 41:23, 45:9, 46:9, 47:23

G

Gardner [3] - 30:18, 53:11, 63:8
gather [1] - 47:11
Geff [1] - 24:13
GEFFREY [2] - 3:5, 24:14
Geffrey [1] - 24:17
general [3] - 25:12, 39:19, 49:24
generally [4] - 10:6, 25:5, 25:10, 41:9

gentlemen [2] - 9:18, 62:23
Geoffrey [8] - 30:23, 53:9, 56:5, 56:9, 57:16, 59:10, 59:23, 61:3
George [1] - 24:18
given [1] - 46:3
Global [1] - 29:25
goals [1] - 21:20
God [1] - 70:2
government [7] - 16:6, 17:20, 18:7, 42:16, 43:10, 54:5, 69:9
Government [22] - 5:11, 5:17, 12:25, 21:9, 21:10, 22:21, 23:8, 23:12, 23:24, 26:9, 28:16, 33:10, 43:4, 52:21, 52:25, 53:5, 55:20, 57:17, 66:12, 66:18, 68:18, 68:22
GOVERNMENT [7] - 3:3, 3:5, 3:8, 3:10, 24:14, 38:19, 49:7
Government's [5] - 25:10, 52:22, 55:8, 56:19, 67:4
governors [1] - 39:10
graduate [1] - 50:9
graduating [1] - 50:25
Gregory [1] - 53:13
Group [13] - 30:11, 49:18, 49:19, 49:20, 49:22, 51:22, 51:25, 52:12, 52:20, 52:24, 53:2, 55:2, 55:14
guess [4] - 4:19, 7:11, 7:13, 61:9
guys [1] - 33:12

**H**

half [8] - 7:12, 7:25, 10:20, 11:8, 69:1, 69:3, 69:13, 69:16
halfway [1] - 61:9
hallway [3] - 13:13, 13:19, 32:23
hand [6] - 28:25, 29:2, 29:6, 49:6, 68:13, 68:14
handed [1] - 4:8
handling [1] - 53:7
hang [1] - 48:19
HANNA [2] - 2:4, 2:9
happy [2] - 66:8, 66:11
heading [1] - 64:18
hear [1] - 29:22

heard [1] - 22:15
hearing [1] - 67:22
hearsay [4] - 5:18, 16:20, 55:22, 57:24
Hearsay [2] - 14:12, 15:1
held [2] - 52:2, 71:10
helped [1] - 33:1
hereby [1] - 71:7
Hernandez [1] - 10:19
higher [1] - 62:6
HINO [3] - 1:23, 71:5, 71:19
Hino [1] - 71:20
HINO-SPAAN [3] - 1:23, 71:5, 71:19
Hino-Spaan [1] - 71:20
hired [2] - 50:3, 52:20
history [1] - 50:24
hold [2] - 50:19, 50:22
HomeStreet [1] - 29:24
honest [1] - 17:15
honestly [3] - 15:10, 16:23, 17:5
Honor [72] - 4:17, 4:23, 5:5, 5:19, 5:23, 6:5, 7:10, 8:17, 9:8, 13:25, 14:12, 14:18, 15:19, 16:3, 16:21, 17:16, 17:25, 18:22, 19:10, 20:6, 20:25, 21:15, 22:3, 22:10, 22:13, 22:17, 22:22, 23:2, 23:15, 23:19, 24:12, 24:20, 26:2, 28:16, 28:18, 37:6, 37:9, 38:15, 38:17, 42:6, 44:13, 48:14, 48:15, 48:22, 49:3, 49:14, 55:20, 55:22, 57:17, 57:20, 57:24, 62:21, 63:19, 64:1, 64:16, 64:24, 65:19, 65:25, 66:11, 66:14, 66:15, 66:21, 67:1, 67:7, 67:10, 68:4, 68:13, 68:25, 69:10, 69:16, 69:20, 69:24
HONORABLE [1] - 1:3
hope [1] - 64:4
hopefully [1] - 4:18
hour [9] - 7:12, 7:24, 8:1, 8:3, 11:8, 69:13, 69:15, 69:16, 69:20
hours [2] - 7:16, 69:17
hundreds [1] - 27:2

**I**

idea [1] - 32:25
identical [1] - 67:7
identified [2] - 28:11, 59:9
identifiers [2] - 11:20, 41:12
identify [1] - 59:20
Illinois [1] - 50:18
IMAD [8] - 29:10, 41:12, 45:10, 45:11, 45:12, 46:3, 46:15, 46:17
IMADs [3] - 46:9, 46:20, 47:16
images [1] - 65:10
immediate [1] - 9:22
immediately [1] - 10:5
important [5] - 5:15, 17:11, 17:19, 18:5, 18:10
improper [1] - 15:2
IN [2] - 2:14, 3:17
inception [1] - 64:21
include [3] - 53:2, 59:15, 60:1
included [3] - 60:12, 64:2, 64:3
including [2] - 17:7, 32:21
incoming [1] - 26:25
inconvenient [1] - 8:21
incorporate [2] - 44:20, 44:23
incurred [3] - 60:4, 60:6, 67:13
indicating [1] - 4:9
Indictment [5] - 3:19, 25:21, 25:24, 27:10, 28:11
individually [1] - 4:21
individuals [1] - 16:6
industry [1] - 39:25
information [18] - 27:13, 27:20, 29:1, 29:3, 29:6, 29:8, 37:13, 38:5, 38:7, 41:9, 41:11, 46:22, 47:4, 47:9, 47:21, 56:14, 59:19, 60:14
informed [1] - 47:23
initiated [1] - 40:5
initiates [1] - 40:6
input [1] - 29:9
inquire [1] - 7:11
inquiry [2] - 4:17, 67:3
institution [3] - 40:7, 40:8, 46:19

institutions [1] - 26:18
instructed [2] - 10:22, 67:7
intangible [1] - 51:17
Internal [1] - 25:1
interrupt [1] - 19:24
interrupting [1] - 20:2
interview [3] - 17:12, 17:21, 18:8
interviews [1] - 42:16
investigate [1] - 25:7
investigation [3] - 25:2, 26:10, 31:9
investigative [2] - 25:13, 31:22
investigator [3] - 14:9, 14:21, 39:13
investigators [3] - 17:19, 18:6, 24:2
invoice [1] - 60:11
involved [2] - 40:12, 52:12
involvement [3] - 25:16, 25:17, 31:8
IRS [2] - 25:6, 43:19
issue [3] - 5:1, 5:5, 66:17
issues [2] - 63:1, 65:19

**J**

J.P.Morgan [1] - 30:10
JAMES [1] - 1:3
January [9] - 56:9, 56:12, 56:16, 57:1, 57:4, 58:20, 59:12, 60:5, 60:11
Jencks [1] - 65:24
Jersey [5] - 40:13, 40:20, 41:25, 42:5, 46:13
job [4] - 49:24, 52:6, 52:8, 52:12
JOHN [5] - 1:8, 2:15, 3:10, 49:7, 49:10
John [2] - 49:3, 49:10
Johnson [8] - 30:23, 53:9, 56:5, 56:9, 57:16, 59:10, 59:23, 61:3
Johnson's [1] - 59:25
joint [1] - 25:9
JUDGE [1] - 1:3
Judicial [1] - 71:12
Judy [4] - 59:22, 60:16, 60:22, 62:18
July [6] - 43:13, 45:19, 45:20, 45:23, 45:24
June [5] - 42:20,

42:22, 45:21, 45:22, 45:25
juror [4] - 4:8, 4:13, 9:23
Juror [3] - 6:7, 6:10, 7:9
JUROR [6] - 6:14, 6:17, 6:23, 7:1, 7:5, 7:8
jurors [2] - 9:19, 9:21
jury [7] - 4:7, 9:17, 31:23, 45:4, 46:16, 63:6, 66:19

**K**

keeps [1] - 4:12
Kim [1] - 16:10
kind [3] - 5:8, 17:14, 51:15
kinds [1] - 53:17
knowledge [4] - 14:14, 17:13, 37:2, 48:1
known [1] - 60:7
knows [1] - 4:23
KPMG [4] - 51:12, 51:13, 51:19, 51:21

**L**

lack [1] - 28:19
lacking [1] - 37:7
ladies [2] - 9:18, 62:23
large [1] - 51:12
last [10] - 13:24, 14:3, 24:16, 30:12, 30:19, 38:21, 39:18, 49:9, 58:13
late [1] - 31:17
laundering [1] - 25:8
LAW [1] - 2:17
Law [1] - 30:11
lawyers [1] - 16:14
Leading [6] - 26:14, 27:3, 27:22, 28:3, 42:1, 54:21
leading [1] - 55:4
learn [1] - 31:13
learned [4] - 17:11, 17:20, 18:8, 18:17
led [1] - 15:23
left [7] - 7:9, 7:18, 7:25, 8:1, 28:25, 29:2, 51:21
left-hand [2] - 28:25, 29:2
legal [4] - 15:1, 57:10, 57:13, 59:5
legitimate [1] - 4:14

**legitimately** [2] - 36:10, 36:15
**length** [1] - 26:22
**lengthy** [1] - 27:5
**less** [5] - 57:10, 59:5, 59:7, 64:22, 64:23
**letters** [1] - 10:23
**licensed** [1] - 50:18
**licenses** [4] - 50:15, 50:17, 50:20, 50:22
**light** [3] - 7:10, 9:7, 65:21
**limited** [2] - 15:22, 60:4
**line** [3] - 15:5, 16:1, 57:8
**link** [1] - 12:13
**list** [1] - 63:25
**listed** [4] - 29:16, 57:9, 61:12, 61:15
**listener** [1] - 5:20
**listener's** [1] - 14:18
**lists** [1] - 61:2
**litigation** [1] - 50:4
**litigations** [1] - 52:19
**live** [3] - 8:5, 13:16, 13:17
**lives** [2] - 4:11, 13:15
**LLC** [1] - 29:25
**LLP** [2] - 30:8, 58:11
**local** [1] - 46:15
**locate** [1] - 27:9
**look** [3] - 28:6, 45:9, 68:4
**looked** [4] - 46:6, 59:24, 65:8, 65:9
**looking** [1] - 21:19
**looks** [2] - 8:10, 29:10
**Los** [1] - 2:12
**LOS** [1] - 71:3
**lose** [1] - 4:13
**lower** [1] - 62:13
**luckily** [1] - 20:24
**lunch** [6] - 7:6, 7:25, 10:4, 10:6, 13:14, 13:19

## M

**magic** [1] - 65:25
**mail** [14] - 43:3, 43:6, 43:9, 43:17, 44:4, 45:17, 45:18, 46:23, 47:1, 47:3, 47:9, 60:16, 60:22, 60:24
**mailed** [1] - 59:22
**mails** [5] - 43:14, 43:15, 47:11, 66:5
**marked** [1] - 55:8
**Master** [1] - 50:13

**materials** [2] - 54:3, 65:24
**matter** [9] - 8:9, 13:1, 43:7, 43:11, 43:17, 47:6, 66:1, 67:9, 71:11
**matters** [6] - 52:15, 52:18, 53:3, 55:19, 59:21, 67:8
**mean** [7] - 5:16, 40:19, 41:24, 46:14, 60:6, 60:7, 62:9
**meant** [1] - 10:16
**meet** [2] - 14:23, 16:24
**meeting** [3] - 15:11, 16:8, 16:14
**member** [1] - 27:16
**members** [1] - 37:22
**memory** [1] - 17:14
**mentally** [1] - 13:23
**mention** [1] - 66:22
**mentioned** [1] - 62:1
**Mesa** [1] - 6:14
**message** [8] - 10:9, 10:12, 11:10, 12:22, 29:8, 29:9, 46:19, 63:23
**Messaged** [1] - 12:20
**messages** [18] - 10:5, 13:1, 19:3, 19:8, 20:8, 20:14, 20:18, 20:19, 21:3, 21:9, 21:12, 22:21, 23:7, 23:10, 23:11, 23:21, 23:23, 43:14
**messaging** [1] - 11:13
**met** [8] - 14:8, 15:24, 16:6, 16:10, 16:17, 17:19, 18:6, 31:6
**mic** [1] - 48:8
**MICHAEL** [2] - 1:8, 2:15
**Michael** [3] - 25:11, 52:22, 60:22
**MICHELLE** [2] - 3:3, 10:1
**Michelle** [1] - 53:15
**middle** [1] - 29:3
**might** [2] - 6:18, 64:9
**million** [6] - 20:20, 21:4, 21:13, 56:13, 57:10, 58:20
**mind** [2] - 5:19, 14:19
**minimum** [1] - 32:5
**minute** [7] - 14:15, 19:25, 20:12, 22:23, 55:10, 61:4
**minutes** [1] - 65:7
**misstated** [1] - 69:19
**misstates** [1] - 20:10

**moment** [4] - 16:3, 42:6, 48:14, 57:20
**Monday** [2] - 9:12, 9:14
**money** [8] - 21:20, 22:1, 25:7, 35:10, 35:13, 35:19, 36:9, 59:13
**month** [1] - 25:4
**morning** [5] - 31:17, 66:9, 66:13, 68:19, 69:6
**motion** [1] - 63:13
**motions** [1] - 68:11
**move** [14] - 13:24, 15:4, 16:1, 17:6, 17:16, 17:25, 19:10, 20:25, 23:2, 23:15, 33:6, 34:8, 37:6, 57:18
**moves** [1] - 55:21
**MR** [201] - 2:16, 4:16, 4:23, 5:3, 5:5, 5:18, 5:23, 6:1, 6:5, 7:10, 7:23, 8:6, 8:12, 8:14, 8:17, 9:4, 9:7, 9:12, 9:14, 10:3, 10:19, 11:19, 11:21, 11:23, 11:24, 13:5, 13:7, 13:24, 14:2, 14:12, 14:18, 14:21, 15:1, 15:6, 15:19, 15:22, 15:23, 16:3, 16:5, 16:20, 16:25, 17:6, 17:9, 17:16, 17:18, 17:25, 18:2, 18:11, 18:20, 18:22, 18:24, 19:10, 19:13, 19:15, 19:16, 19:18, 19:20, 19:22, 19:24, 20:1, 20:6, 20:10, 20:14, 20:25, 21:3, 21:14, 21:18, 22:3, 22:6, 22:10, 22:13, 22:15, 22:17, 22:20, 22:22, 22:24, 23:2, 23:4, 23:10, 23:15, 23:17, 24:1, 24:5, 24:7, 24:12, 24:20, 24:22, 26:2, 26:6, 26:14, 26:18, 27:3, 27:5, 27:22, 27:25, 28:3, 28:6, 28:16, 28:18, 28:23, 30:25, 31:3, 31:15, 31:18, 32:8, 32:11, 32:17, 32:21, 33:2, 33:6, 33:9, 33:16, 33:18, 33:21, 33:24, 34:8, 34:11, 34:14, 35:16, 35:24,

37:6, 37:9, 37:11, 37:17, 37:20, 37:23, 37:25, 38:2, 38:4, 38:10, 38:12, 38:14, 38:15, 38:17, 39:1, 39:3, 41:1, 42:1, 42:6, 42:10, 44:13, 44:16, 48:10, 48:14, 48:16, 48:22, 49:3, 49:14, 49:16, 54:21, 54:25, 55:4, 55:7, 55:20, 55:22, 56:3, 56:6, 56:18, 57:5, 57:17, 57:20, 57:22, 57:24, 58:4, 58:18, 58:25, 60:18, 62:21, 63:11, 63:18, 64:12, 64:15, 64:19, 64:24, 65:1, 65:3, 65:12, 65:15, 65:19, 65:21, 66:8, 66:11, 66:14, 66:15, 67:1, 67:5, 67:20, 68:2, 68:6, 68:8, 68:13, 68:20, 68:25, 69:6, 69:8, 69:10, 69:12, 69:16, 69:19, 69:23, 70:2

## N

**name** [10] - 24:16, 24:17, 29:19, 29:24, 30:7, 30:11, 38:21, 49:9, 49:10, 58:9
**names** [3] - 10:23, 16:13, 31:23
**National** [3] - 26:13, 26:21, 27:8
**nature** [1] - 54:7
**necessarily** [3] - 40:15, 40:19, 41:24
**need** [7] - 4:14, 4:25, 5:24, 9:21, 10:9, 10:23, 21:6
**never** [4] - 31:6, 42:13, 66:22, 68:4
**new** [1] - 51:8
**New** [11] - 10:6, 11:6, 11:7, 39:7, 39:8, 39:15, 40:13, 40:20, 41:25, 42:5, 46:13
**Newport** [14] - 2:19, 14:9, 14:22, 15:7, 15:11, 15:16, 15:25, 16:19, 17:1, 17:12, 17:21, 18:8, 18:17, 24:3
**next** [5] - 19:22, 25:4, 46:4, 57:8, 59:6
**NICOLA** [2] - 2:4, 2:9

**night** [3] - 9:12, 9:15, 69:1
**none** [1] - 20:21
**nonresponsive** [4] - 13:25, 17:7, 33:7, 34:9
**North** [1] - 2:11
**note** [2] - 4:8, 4:17
**nothing** [7] - 18:20, 24:7, 38:12, 42:7, 48:15, 69:8, 70:3
**noticed** [2] - 13:13, 13:19
**November** [3] - 14:9, 14:25, 39:16
**number** [15] - 10:22, 12:7, 12:19, 34:17, 46:3, 46:15, 57:11, 58:12, 58:13, 61:23, 62:6, 64:19, 65:4, 69:20
**Number** [6] - 4:8, 6:8, 6:10, 7:9, 28:22, 58:3
**NUMBER** [6] - 6:14, 6:17, 6:23, 7:1, 7:5, 7:8
**numbers** [4] - 11:20, 45:10, 45:11, 45:12
**Numbers** [1] - 56:2

## O

**o'clock** [3] - 6:25, 9:23, 62:24
**oath** [1] - 14:5
**objection** [26] - 5:18, 13:6, 14:12, 14:16, 15:1, 15:4, 15:19, 16:20, 19:10, 22:17, 26:2, 26:14, 27:3, 27:22, 28:3, 28:18, 31:15, 32:17, 33:2, 42:1, 54:21, 55:4, 55:22, 57:24, 67:20, 68:24
**objections** [5] - 15:19, 28:19, 38:2, 38:10, 68:23
**obtain** [3] - 50:14, 50:17, 50:20
**obtained** [1] - 26:9
**obviously** [1] - 5:24
**occurred** [1] - 5:10
**OF** [7] - 1:2, 1:5, 1:14, 2:1, 71:1, 71:3, 71:4
**offer** [1] - 6:4
**offers** [1] - 28:16
**office** [1] - 46:11
**OFFICES** [1] - 2:17

**Official** [1] - 71:20
**OFFICIAL** [3] - 1:24, 71:1, 71:5
**Ohio** [1] - 50:10
**OMAD** [2] - 29:10, 41:11
**OMADs** [1] - 46:20
**once** [1] - 46:3
**one** [25] - 5:5, 8:3, 9:21, 15:23, 16:3, 25:13, 34:21, 36:6, 39:9, 42:6, 48:5, 48:14, 51:10, 52:8, 52:9, 53:3, 53:9, 57:20, 58:15, 59:19, 63:8, 64:7, 64:10, 67:8, 67:15
**one-hour** [1] - 8:3
**oOo** [1] - 70:8
**opinions** [1] - 63:1
**opposed** [1] - 63:14
**OR** [1] - 3:17
**order** [1] - 47:3
**organization** [1] - 51:2
**original** [1] - 63:21
**originating** [1] - 40:8
**originator** [3] - 29:18, 30:6, 40:6
**ought** [1] - 65:17
**outgoing** [1] - 26:25
**outline** [1] - 57:12
**outlined** [1] - 59:23
**output** [1] - 29:8
**outside** [2] - 22:18, 37:23
**overruled** [17] - 16:22, 20:13, 21:16, 26:4, 27:23, 28:4, 28:21, 31:16, 32:9, 32:18, 33:3, 33:22, 42:2, 54:22, 55:5, 55:25, 57:25
**oversee** [1] - 50:1
**overseeing** [1] - 52:9
**owed** [6] - 36:10, 36:16, 60:8, 62:11, 62:12, 62:18
**own** [3] - 38:1, 38:8, 38:9

**P**

**P.M** [2] - 1:16, 4:2
**p.m** [4] - 11:3, 11:6, 11:7, 70:7
**Pacific** [1] - 11:7
**PAGE** [1] - 3:2
**page** [17] - 10:20, 11:2, 11:5, 20:16, 28:25, 30:12, 55:10,

56:19, 57:2, 57:19, 57:23, 58:5, 60:21, 61:1, 61:8, 61:14, 71:11
**pages** [7] - 19:3, 19:8, 23:11, 23:22, 26:22, 54:9, 54:11
**Paid** [1] - 56:16
**paid** [10] - 52:24, 56:12, 57:8, 59:13, 60:8, 60:10, 62:12, 62:17, 62:19, 67:11
**pain** [1] - 4:25
**paired** [1] - 62:3
**part** [10] - 13:24, 26:10, 40:22, 52:21, 53:5, 54:12, 63:7, 64:18, 68:21
**PARTIAL** [1] - 1:14
**participation** [3] - 31:9, 32:1, 32:2
**particular** [2] - 26:7, 59:21
**particulars** [1] - 29:5
**pass** [1] - 37:9
**past** [4] - 14:7, 52:2, 52:6, 52:15
**pause** [1] - 64:13
**Pause** [1] - 16:4
**payment** [6] - 35:8, 40:1, 40:2, 40:14, 40:18, 53:2
**payments** [4] - 36:24, 40:23, 59:15, 62:10
**PC** [1] - 30:11
**pdf** [1] - 60:22
**pendency** [1] - 68:16
**people** [1] - 31:24
**percent** [1] - 5:3
**percentage** [1] - 57:12
**perform** [4] - 49:21, 51:6, 51:17, 52:17
**performed** [1] - 52:16
**period** [3] - 63:13, 63:17, 64:10
**person** [1] - 8:8
**PHAN** [2] - 3:3, 10:1
**Phan** [21] - 5:7, 5:10, 5:14, 10:4, 12:1, 13:9, 14:2, 14:8, 15:6, 16:5, 17:9, 17:18, 18:5, 18:25, 21:6, 22:7, 22:15, 22:20, 23:7, 23:17, 53:15
**phone** [4] - 12:19, 19:4, 23:14, 46:1
**phrase** [1] - 22:16
**physical** [1] - 63:9
**physically** [2] - 13:20

**pick** [1] - 63:16
**piece** [1] - 37:13
**pills** [1] - 7:5
**place** [3] - 7:17, 11:2, 64:10
**places** [1] - 40:16
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**plan** [1] - 69:23
**Plaza** [1] - 2:18
**plus** [1] - 27:6
**point** [5] - 14:3, 33:9, 57:17, 67:11, 67:23
**pointed** [1] - 65:25
**police** [1] - 24:3
**Police** [7] - 14:22, 15:8, 15:11, 15:16, 16:19, 17:1, 18:17
**political** [1] - 25:8
**portion** [2] - 58:7, 60:20
**position** [1] - 8:17
**possibility** [3] - 6:18, 7:21, 8:3
**possible** [4] - 6:19, 10:14, 64:16, 65:16
**possibly** [1] - 8:15
**post** [2] - 40:19, 42:3
**postgraduate** [1] - 51:5
**potentially** [1] - 8:19
**preceding** [1] - 11:1
**preparation** [2] - 32:4, 66:21
**prepare** [5] - 25:18, 31:18, 32:5, 33:1, 33:24
**prepared** [5] - 31:24, 33:11, 33:20, 55:14, 63:10
**preparing** [4] - 31:11, 32:6, 32:12, 33:14
**presence** [3] - 4:7, 9:17, 63:6
**present** [2] - 16:12, 64:21
**president** [4] - 49:23, 49:24, 52:3
**pretty** [2] - 4:9, 13:17
**preview** [1] - 5:21
**previous** [1] - 28:19
**Previous** [1] - 4:5
**previously** [2] - 41:7, 57:25
**primarily** [3] - 50:1, 53:20, 62:7
**primary** [1] - 25:13
**print** [2] - 5:9, 46:20
**private** [2] - 11:13, 11:14

**PRO** [1] - 2:14
**problem** [5] - 8:18, 9:3, 9:5, 9:8, 22:8
**problems** [1] - 4:10
**proceed** [5] - 14:20, 20:5, 22:12, 22:13, 22:14
**PROCEEDINGS** [1] - 1:14
**Proceedings** [1] - 70:7
**proceedings** [3] - 4:5, 16:4, 71:10
**process** [2] - 41:20, 45:7
**processed** [3] - 40:1, 41:15, 41:23
**processing** [1] - 40:10
**produced** [3] - 54:13, 67:17, 69:5
**product** [2] - 39:24, 46:11
**production** [2] - 67:16, 68:16
**professional** [2] - 29:20, 50:15
**prolonging** [1] - 4:13
**proof** [2] - 6:4, 14:23
**prosecution** [1] - 27:16
**prosecutors** [1] - 43:11
**provide** [7] - 19:19, 22:21, 23:8, 23:12, 23:23, 44:18, 65:13
**provided** [19] - 5:11, 5:12, 5:20, 7:24, 11:23, 19:13, 21:8, 21:9, 23:14, 26:12, 27:13, 29:3, 41:9, 45:11, 45:12, 45:13, 54:3, 64:4
**providing** [1] - 44:10
**public** [2] - 50:18, 51:12
**PUBLIC** [1] - 1:8
**publish** [1] - 11:19
**pull** [7] - 10:19, 41:1, 56:18, 57:6, 58:4, 60:18, 61:15
**pulled** [4] - 34:16, 46:6, 46:8, 46:9
**purport** [1] - 63:16
**purporting** [1] - 66:18
**pursuant** [6] - 28:17, 28:18, 37:7, 57:18, 68:17, 71:8
**put** [3] - 34:24, 34:25, 58:6
**puts** [2] - 39:24, 41:13

**Q**

**questioning** [3] - 15:5, 15:22, 16:2
**questions** [6] - 5:13, 21:18, 22:3, 30:25, 37:17, 48:16
**QuickBooks** [13] - 53:19, 53:21, 53:22, 59:20, 59:24, 60:5, 60:12, 60:13, 62:1, 62:10, 62:14, 62:15

**R**

**raise** [1] - 49:6
**raised** [3] - 66:16, 68:14, 68:19
**raising** [1] - 67:10
**rays** [4] - 4:18, 6:16, 6:19, 6:20
**read** [10] - 10:24, 18:2, 18:4, 23:4, 23:6, 23:19, 23:20, 35:16, 35:18, 64:13
**realize** [1] - 4:12
**really** [1] - 22:7
**REALTIME** [1] - 71:5
**reason** [5] - 5:12, 8:15, 8:23, 9:22, 15:15, 68:3
**reasonable** [1] - 14:23
**reasons** [1] - 16:21
**receive** [5] - 6:20, 21:4, 21:13, 40:11, 50:11
**received** [8] - 28:22, 47:2, 50:9, 50:14, 56:1, 56:2, 58:3, 60:11
**recess** [3] - 4:9, 70:4, 70:6
**recognize** [3] - 28:8, 55:11, 55:12
**recollection** [2] - 18:16, 44:17
**record** [9] - 17:23, 18:4, 23:6, 23:20, 35:18, 46:15, 46:16, 53:22, 62:14
**recorded** [2] - 60:5, 60:12
**records** [36] - 26:9, 26:12, 26:19, 26:20, 26:22, 27:7, 27:9, 27:12, 27:21, 28:1, 28:2, 28:14, 37:13, 40:23, 41:14, 45:13, 46:11, 53:6, 53:17, 53:19, 54:6, 54:9,

54:12, 54:20, 55:1,
55:3, 55:17, 56:15,
56:20, 58:2, 58:16,
59:20, 59:24, 59:25,
62:10, 62:15
**recreate** [1] - 37:25
**RECROSS** [2] - 22:5,
37:19
**Recross** [2] - 3:4, 3:7
**RECROSS-**
**EXAMINATION** [2] -
22:5, 37:19
**Recross-**
**Examination** [2] -
3:4, 3:7
**redacted** [4] - 11:21,
11:22, 11:25, 12:1
**REDIRECT** [2] - 18:23,
37:10
**Redirect** [2] - 3:4, 3:7
**referenced** [1] - 63:13
**referring** [4] - 29:11,
35:22, 43:25, 61:6
**reflect** [1] - 62:16
**reflected** [1] - 29:1
**reflecting** [1] - 54:13
**reflects** [1] - 67:13
**regarding** [3] - 26:24,
27:13, 40:23
**regards** [1] - 39:22
**regional** [1] - 46:15
**Regnier** [4] - 59:22,
60:16, 60:22, 62:18
**regular** [1] - 62:24
**regularly** [1] - 50:3
**regulations** [1] - 71:12
**regulatory** [1] - 52:18
**REJECTED** [1] - 3:17
**relate** [1] - 56:4
**related** [8] - 25:9,
43:6, 47:6, 53:6,
59:7, 59:10, 61:5,
62:8
**relates** [1] - 44:4
**relating** [11] - 10:5,
12:22, 13:1, 16:7,
36:24, 43:11, 44:5,
44:7, 65:23, 66:1,
67:20
**relatively** [1] - 69:12
**released** [1] - 24:9
**Relevance** [3] - 31:15,
32:17, 33:2
**relevant** [2] - 63:13,
66:19
**relied** [1] - 59:19
**remember** [21] - 16:5,
16:8, 16:10, 16:12,
16:13, 16:23, 17:3,
17:5, 17:22, 17:24,

18:11, 20:9, 21:10,
21:21, 21:24, 34:18,
43:21, 43:23, 62:25
**rental** [1] - 59:15
**repeatedly** [1] - 14:9
**rephrase** [1] - 35:15
**replies** [1] - 64:20
**report** [3] - 6:21, 34:7,
66:8
**reported** [1] - 71:10
**REPORTER** [4] - 1:24,
48:7, 71:1, 71:6
**reporter** [4] - 5:8,
49:6, 60:10
**Reporter** [1] - 71:20
**REPORTER'S** [1] -
1:14
**reports** [3] - 47:16,
47:17, 47:18
**represent** [1] - 59:8
**represents** [2] - 36:3,
59:9
**request** [1] - 47:2
**research** [1] - 63:2
**researching** [1] - 51:7
**Reserve** [10] - 39:7,
39:8, 39:9, 39:10,
39:14, 39:24, 40:9,
40:11, 40:12, 41:12
**reserve** [3] - 39:9,
40:7, 48:22
**residence** [1] - 6:14
**respect** [1] - 53:18
**respond** [1] - 47:9
**responded** [3] - 9:19,
12:18, 68:18
**responding** [1] -
44:11
**responsibilities** [6] -
25:6, 39:19, 40:22,
49:25, 52:6, 52:8
**responsible** [1] -
39:21
**rest** [1] - 20:8
**rested** [1] - 8:25
**results** [1] - 6:22
**resume** [1] - 62:24
**resumed** [1] - 3:3
**RESUMED** [1] - 10:1
**Resumed** [1] - 10:2
**retention** [2] - 57:12,
57:14
**return** [1] - 57:5
**reveals** [1] - 68:11
**Revenue** [1] - 25:1
**review** [15] - 26:24,
27:7, 37:12, 40:23,
53:17, 54:1, 54:12,
54:13, 54:19, 54:25,
56:20, 66:13, 66:19,

67:12
**reviewed** [25] - 25:21,
26:9, 26:12, 26:19,
26:20, 28:2, 28:10,
28:14, 41:7, 41:14,
46:7, 47:18, 53:19,
53:24, 54:3, 54:6,
55:17, 56:15, 56:23,
57:15, 58:15, 59:2,
66:20, 67:22, 68:2
**reviewing** [1] - 27:20
**revisions** [1] - 44:23
**revisit** [1] - 66:16
**right-hand** [1] - 29:6
**rise** [2] - 63:5, 70:5
**Roberson** [7] - 32:1,
32:6, 32:15, 43:19,
44:5, 45:15, 47:22
**Robert** [1] - 38:18
**ROBERTO** [2] - 3:8,
38:19
**Roberto** [1] - 38:22
**role** [6] - 31:10, 34:12,
39:17, 39:20, 51:6,
64:3
**ROOM** [1] - 1:24
**rounded** [1] - 61:19
**route** [1] - 6:6
**row** [18] - 29:14,
29:16, 30:1, 30:13,
30:19, 34:23, 34:24,
34:25, 35:6, 35:8,
36:6, 36:12, 36:18,
36:20, 56:11, 59:5,
59:6
**rows** [4] - 27:2, 27:6,
34:17, 54:16
**rule** [1] - 55:23
**Rule** [1] - 28:17
**ruled** [1] - 57:25
**rulemaking** [1] - 51:2
**runs** [1] - 65:7
**Ryan** [2] - 32:1, 33:14

## S

**SACR-19-00061-JVS**
[1] - 1:7
**sagel** [1] - 18:21
**SAGEL** [35] - 2:5,
4:16, 4:23, 5:23, 6:1,
6:5, 7:10, 7:23, 8:6,
8:12, 8:14, 9:12,
9:14, 11:19, 11:23,
13:5, 14:12, 15:1,
15:19, 15:22, 16:20,
18:22, 18:24, 19:13,
19:16, 19:20, 19:24,
20:6, 20:14, 21:3,
21:18, 22:3, 22:17,

22:22, 69:19
**Sagel** [8] - 3:4, 4:15,
15:8, 16:11, 16:25,
18:16, 24:2, 44:1
**sampling** [1] - 65:6
**SANTA** [3] - 1:17,
1:25, 4:1
**Santa** [1] - 2:7
**satisfied** [1] - 15:7
**saw** [3] - 27:9, 44:21,
60:9
**Science** [1] - 50:12
**scope** [2] - 22:18,
37:23
**screen** [3] - 11:24,
58:6, 61:16
**screenshots** [6] -
11:17, 12:3, 63:14,
64:7, 64:8, 64:23
**scrolling** [2] - 63:11,
63:12
**SE** [1] - 2:14
**sealed** [1] - 4:5
**second** [10] - 9:10,
11:19, 15:3, 21:6,
30:12, 36:6, 48:20,
60:13, 61:4
**second-to-the-last** [1]
- 30:12
**Section** [1] - 71:8
**section** [1] - 58:19
**see** [15] - 11:24, 12:1,
12:7, 20:15, 32:15,
32:23, 34:18, 35:8,
58:20, 61:8, 61:15,
61:20, 63:3, 64:8,
69:6
**SELNA** [1] - 1:3
**send** [3] - 20:19,
47:17, 63:23
**sender's** [1] - 40:6
**senior** [2] - 51:14,
52:3
**sense** [1] - 25:12
**sent** [12] - 10:9, 10:12,
11:10, 11:17, 12:3,
12:13, 21:12, 40:14,
40:18, 40:23, 47:14,
47:19
**separate** [2] - 4:6,
25:24
**sequence** [1] - 46:18
**Service** [1] - 25:2
**services** [1] - 51:18
**set** [1] - 10:10
**setting** [1] - 50:2
**settings** [1] - 49:21
**settled** [1] - 62:13
**settlement** [5] - 53:19,
53:24, 56:12, 56:15,

57:8, 59:13
**shall** [1] - 56:1
**shareholder** [1] -
52:19
**short** [1] - 6:3
**shorthand** [1] - 10:16
**shot** [2] - 11:20, 64:18
**show** [2] - 14:23,
62:10
**showed** [3] - 19:2,
19:7, 20:7
**shown** [1] - 31:25
**side** [2] - 17:4, 17:10
**sidebar** [1] - 44:13
**sign** [1] - 12:6
**Signal** [9] - 11:13,
12:4, 12:9, 12:13,
13:1, 21:9, 21:12,
22:20, 23:7
**signatory** [1] - 59:3
**significance** [1] -
37:21
**significant** [3] - 54:19,
54:23, 65:23
**similar** [1] - 66:13
**simply** [1] - 48:10
**single** [2] - 65:8, 66:22
**sit** [1] - 18:15
**sites** [1] - 40:17
**sitting** [2] - 66:3,
68:22
**situation** [1] - 8:22
**slight** [1] - 9:5
**slip** [1] - 57:3
**software** [1] - 53:22
**soon** [1] - 10:13
**sorry** [14] - 9:13,
14:17, 19:16, 22:13,
29:22, 29:23, 41:22,
43:22, 47:1, 48:7,
48:9, 52:11, 60:2,
68:6
**sort** [1] - 50:1
**source** [5] - 35:22,
36:17, 37:2, 60:13,
61:4
**sources** [1] - 59:19
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 71:20
**SPAAN** [3] - 1:23,
71:5, 71:19
**span** [1] - 26:22
**spanned** [1] - 54:9
**speaking** [2] - 25:5,
41:9
**special** [3] - 25:1,
25:6, 37:12
**Special** [4] - 28:24,
30:24, 43:19, 47:22
**specific** [2] - 25:7,

68:23
**specify** [1] - 26:7
**speculation** [2] - 19:11, 21:14
**spell** [3] - 24:16, 38:21, 49:9
**spent** [1] - 66:22
**spoken** [1] - 14:6
**spreadsheet** [6] - 59:22, 60:17, 61:2, 61:6, 61:25, 62:17
**spreadsheets** [6] - 26:25, 27:2, 27:5, 54:13, 54:16, 62:3
**Spring** [1] - 2:11
**stacked** [1] - 63:22
**stacking** [1] - 63:14
**staff** [1] - 51:7
**STAND** [1] - 10:1
**stand** [4] - 32:13, 32:15, 42:15, 49:5
**Standards** [1] - 51:1
**standards** [2] - 51:3, 51:8
**STANDBY** [1] - 2:16
**start** [3] - 56:3, 58:8, 69:24
**started** [1] - 51:25
**starting** [3] - 20:16, 50:7, 56:6
**State** [2] - 30:7, 50:10
**STATE** [1] - 71:4
**state** [5] - 5:19, 14:19, 24:15, 38:20, 49:8
**statement** [2] - 58:10, 59:2
**Statements** [1] - 3:23
**States** [10] - 2:4, 2:5, 2:9, 2:10, 24:13, 38:18, 49:3, 71:6, 71:8, 71:13
**STATES** [2] - 1:1, 1:5
**stay** [2] - 8:19, 10:13
**staying** [1] - 6:6
**stenographically** [1] - 71:10
**step** [1] - 49:2
**STEWARD** [2] - 2:17, 2:18
**still** [4] - 7:14, 8:2, 11:20, 69:12
**stipulate** [3] - 19:15, 19:18, 19:20
**stop** [4] - 6:24, 9:23, 62:21, 62:23
**story** [2] - 17:5, 17:10
**STREET** [1] - 1:24
**Street** [2] - 2:6, 2:11
**stricken** [10] - 14:1, 17:8, 18:1, 19:12,

21:2, 23:3, 23:16, 26:17, 33:8, 34:10
**strike** [17] - 13:12, 13:24, 17:6, 17:16, 17:25, 19:11, 20:25, 23:2, 23:15, 33:6, 34:8, 37:7, 44:17, 44:20, 47:14, 47:25, 67:15
**stuff** [1] - 25:9
**subject** [8] - 24:9, 43:6, 43:11, 43:17, 47:6, 48:25, 66:1, 67:18
**submitted** [1] - 63:2
**subpoena** [2] - 39:21, 45:13
**successive** [1] - 63:20
**suggest** [1] - 33:19
**suggested** [1] - 67:9
**Suite** [3] - 2:6, 2:11, 2:19
**summarize** [3] - 28:13, 55:16, 55:19
**summarized** [1] - 27:13
**summarizing** [2] - 28:11, 55:2
**Summary** [3] - 3:18, 3:20, 3:21
**summary** [2] - 28:1, 55:13
**supervise** [1] - 33:25
**sustain** [1] - 14:15
**sustained** [12] - 13:6, 14:13, 15:4, 15:21, 16:1, 22:19, 26:15, 27:4, 33:17, 37:24, 38:3, 38:11
**SWORN** [3] - 24:14, 38:19, 49:7
**System** [1] - 39:11
**system** [13] - 39:23, 40:2, 40:14, 40:15, 40:19, 40:24, 41:16, 41:24, 45:6, 45:9, 46:5, 46:6, 48:11

---

**T**

**Tabs** [6] - 66:22, 67:12, 67:22, 68:3, 68:4, 68:16
**Tabs'** [1] - 67:16
**tax** [1] - 25:7
**team** [2] - 27:16, 31:22
**technical** [1] - 51:5
**Telegram** [10] - 10:8, 11:11, 11:14, 12:6, 12:22, 13:1, 21:8,

21:12, 22:20, 23:7
**telegram** [1] - 10:5
**telephone** [1] - 42:19
**ten** [13] - 25:24, 27:9, 27:14, 28:14, 41:15, 41:20, 41:21, 45:6, 48:2, 48:11, 52:2, 52:6, 52:15
**terms** [1] - 65:10
**terrorism** [1] - 25:9
**testified** [3] - 13:3, 45:2, 47:12
**testify** [12] - 31:11, 31:14, 32:25, 33:4, 33:5, 33:11, 33:13, 33:20, 34:4, 34:11, 34:13, 66:19
**testifying** [4] - 13:21, 25:18, 33:18, 44:6
**testimony** [15] - 14:2, 14:4, 14:5, 43:7, 43:12, 43:17, 47:6, 63:8, 65:22, 66:1, 66:24, 67:19, 68:10, 68:11
**Texas** [4] - 40:13, 40:20, 41:25, 42:4
**text** [17] - 10:5, 10:9, 10:12, 11:10, 12:23, 19:3, 19:8, 20:8, 20:14, 20:18, 20:19, 21:3, 23:10, 23:11, 23:21, 23:22, 43:14
**THE** [174] - 2:3, 2:14, 3:3, 3:5, 3:8, 3:10, 4:8, 4:21, 5:2, 5:4, 5:16, 5:22, 5:25, 6:3, 6:7, 6:9, 6:11, 6:15, 6:21, 6:24, 7:3, 7:7, 7:21, 8:5, 8:10, 8:13, 9:2, 9:5, 9:11, 9:13, 9:16, 9:18, 9:21, 10:1, 13:6, 14:1, 14:13, 14:14, 14:15, 14:17, 14:20, 15:4, 15:21, 16:1, 16:22, 16:23, 17:8, 17:17, 18:1, 18:3, 18:10, 18:21, 19:12, 19:25, 20:3, 20:11, 20:12, 21:2, 21:16, 21:17, 22:4, 22:11, 22:12, 22:14, 22:19, 22:23, 23:3, 23:5, 23:9, 23:16, 23:25, 24:4, 24:6, 24:9, 24:15, 24:17, 24:19, 26:4, 26:5, 26:15, 26:16, 26:17, 27:4, 27:23, 27:24, 28:4, 28:5,

28:21, 31:1, 31:16, 31:17, 32:9, 32:10, 32:18, 32:19, 33:3, 33:4, 33:8, 33:17, 33:22, 33:23, 34:10, 35:17, 35:22, 37:8, 37:18, 37:24, 38:3, 38:11, 38:13, 38:16, 38:20, 38:22, 38:24, 38:25, 42:2, 42:3, 42:8, 44:15, 48:7, 48:9, 48:17, 48:18, 48:19, 48:24, 49:1, 49:2, 49:5, 49:8, 49:10, 49:12, 49:13, 54:22, 54:23, 55:5, 55:6, 55:25, 57:25, 62:22, 63:5, 63:7, 63:16, 64:6, 64:14, 64:17, 64:22, 64:25, 65:2, 65:6, 65:14, 65:17, 65:20, 66:6, 66:10, 66:12, 66:24, 67:3, 67:14, 67:25, 68:5, 68:7, 68:9, 68:18, 68:21, 69:2, 69:7, 69:9, 69:11, 69:14, 69:18, 69:21, 70:1, 70:3, 70:5
**they've** [1] - 31:24
**third** [2] - 30:1, 36:12
**thousands** [3] - 26:22, 54:11, 54:18
**thread** [3] - 63:25, 64:3, 64:9
**threads** [1] - 63:16
**three** [7] - 16:11, 19:2, 23:11, 23:22, 42:16, 43:1, 51:20
**thumb** [1] - 63:9
**THURSDAY** [2] - 1:15, 4:1
**Title** [1] - 71:8
**title** [5] - 39:12, 49:22, 51:4, 51:13, 56:8
**titles** [2] - 52:2, 52:5
**today** [26] - 4:10, 5:10, 6:16, 6:25, 7:6, 7:11, 7:25, 8:2, 13:22, 18:15, 32:16, 32:20, 32:21, 33:18, 42:15, 43:7, 43:12, 43:17, 44:2, 44:6, 45:2, 47:7, 47:12, 50:22, 62:24, 66:16
**tomorrow** [14] - 4:20, 4:25, 7:14, 7:15, 7:17, 7:18, 7:22, 8:3, 8:16, 8:24, 62:24, 63:3, 68:24, 69:22

**tonight** [2] - 7:14, 8:15
**took** [7] - 4:9, 7:5, 11:2, 32:13, 32:15, 54:23, 64:9
**tooth** [1] - 6:18
**top** [3] - 10:21, 29:15, 64:17
**topic** [2] - 44:6, 67:4
**total** [9] - 36:23, 36:25, 56:9, 56:12, 61:9, 61:15, 61:20, 64:19, 64:22
**toward** [2] - 61:9, 61:14
**town** [1] - 8:7
**Tracing** [2] - 3:20, 3:21
**Tran** [6] - 13:3, 13:9, 13:13, 13:19, 14:4, 53:15
**transaction** [2] - 41:13, 46:20
**transactions** [8] - 37:3, 40:13, 40:17, 42:3, 45:21, 45:25, 51:16, 53:23
**TRANSCRIPT** [2] - 1:5, 1:14
**transcript** [2] - 71:9, 71:11
**transfer** [21] - 26:7, 29:5, 29:14, 29:23, 30:2, 30:6, 30:13, 30:20, 34:22, 35:23, 36:1, 36:7, 39:23, 39:25, 40:2, 40:15, 40:18, 40:24, 41:11, 41:16, 41:23
**Transfers** [1] - 3:19
**transfers** [14] - 26:24, 27:9, 28:11, 28:14, 39:22, 40:11, 41:15, 41:23, 45:6, 46:9, 47:24, 48:2, 48:11, 54:14
**traveled** [2] - 40:19, 41:24
**treatment** [1] - 62:7
**trial** [1] - 64:21
**TRIAL** [1] - 1:9
**trick** [1] - 68:15
**tried** [2] - 64:15, 65:15
**trouble** [1] - 4:24
**true** [13] - 12:22, 14:8, 14:11, 14:21, 15:6, 15:9, 15:13, 15:18, 28:1, 31:6, 35:5, 36:21, 71:9
**trust** [2] - 22:16, 30:8
**Trust** [3] - 26:13,

26:20, 27:8
**try** [1] - 12:18
**Tuesday** [4] - 7:20, 8:18, 9:9, 69:25
**turn** [2] - 8:24, 30:12
**tweet** [3] - 63:20, 63:21
**tweets** [3] - 63:12, 64:20
**Twitter** [2] - 63:20, 63:23
**two** [21] - 8:2, 11:17, 12:3, 14:3, 14:7, 17:14, 18:13, 21:23, 30:1, 39:18, 40:10, 40:12, 42:4, 42:18, 44:1, 46:20, 59:19, 62:3, 69:1, 69:3, 69:17
**two-and-a-half** [2] - 69:1, 69:3
**type** [1] - 51:6
**types** [3] - 52:15, 65:10

## U

**U.S** [1] - 1:3
**ultimately** [2] - 62:12, 62:17
**umpteen** [1] - 63:14
**under** [3] - 4:6, 14:5, 58:18
**undergraduate** [1] - 50:9
**underlying** [1] - 27:20
**undershot** [1] - 7:16
**understood** [1] - 69:14
**unique** [4] - 41:12, 46:17, 46:21
**United** [10] - 2:4, 2:5, 2:9, 2:10, 24:13, 38:18, 49:3, 71:6, 71:8, 71:13
**UNITED** [2] - 1:1, 1:5
**University** [1] - 50:10
**unroll** [2] - 63:23, 63:25
**up** [25] - 5:6, 8:23, 10:10, 10:19, 12:6, 20:24, 23:11, 23:22, 39:10, 41:1, 56:7, 56:18, 57:6, 58:4, 58:7, 60:18, 60:19, 61:15, 63:16, 65:17, 66:13, 67:1, 68:19, 68:23, 68:24
**urgent** [1] - 9:22
**US** [1] - 29:25

**user** [1] - 65:15
**user-friendly** [1] - 65:15
**username** [1] - 10:10

## V

**valuation** [1] - 51:18
**Varani** [7] - 5:24, 7:14, 7:19, 8:7, 8:15, 8:18, 9:8
**various** [4] - 49:21, 53:7, 55:2, 65:10
**verified** [7] - 28:10, 34:6, 38:4, 38:7, 45:5, 45:8, 47:18
**verify** [9] - 22:16, 27:12, 27:19, 37:13, 37:21, 46:4, 47:3, 47:16, 47:17
**VERSION** [1] - 1:8
**via** [3] - 12:23, 43:16, 45:13
**vice** [4] - 49:23, 49:24, 52:3
**video** [5] - 63:11, 63:12, 64:13, 64:17, 65:7
**view** [1] - 67:14
**VII** [1] - 28:7
**violation** [1] - 66:20
**violative** [3] - 55:23, 55:24, 67:24
**VOLUME** [1] - 1:9
**Volume** [1] - 28:7
**voluminous** [4] - 27:7, 54:6, 54:25, 55:17
**vs** [1] - 1:7

## W

**wait** [2] - 68:25, 69:1
**waited** [1] - 68:25
**waiting** [1] - 69:3
**WAS** [3] - 24:14, 38:19, 49:7
**weekend** [3] - 8:11, 8:20, 9:6
**weeks** [2] - 14:3, 14:7
**weight** [3] - 67:14, 67:18, 68:9
**welcome** [2] - 67:2, 67:3
**West** [1] - 2:6
**WEST** [1] - 1:24
**whatsoever** [1] - 31:10
**wholesale** [1] - 46:11
**willing** [2] - 4:17, 70:2
**wire** [32] - 25:8, 25:25,

26:6, 26:7, 26:24, 27:9, 28:11, 28:14, 29:5, 29:14, 29:16, 29:23, 30:4, 30:13, 30:15, 30:17, 30:18, 30:20, 34:22, 35:23, 36:1, 36:7, 39:25, 40:2, 40:5, 40:11, 41:11, 41:15, 41:22, 45:6, 48:2, 54:13
**Wire** [1] - 3:18
**wired** [1] - 35:11
**wires** [3] - 26:25, 27:14, 28:2
**WITHDRAWN** [1] - 3:16
**witness** [6] - 8:24, 9:10, 37:9, 38:13, 48:17, 48:21
**WITNESS** [32] - 10:1, 14:14, 14:17, 16:23, 18:10, 20:11, 21:17, 22:11, 23:9, 23:25, 24:14, 24:17, 26:5, 26:16, 27:24, 28:5, 31:17, 32:10, 32:19, 33:4, 33:23, 35:22, 38:19, 38:22, 42:3, 48:9, 48:18, 49:1, 49:7, 49:10, 54:23, 55:6
**WITNESSES** [1] - 3:2
**witnesses** [1] - 8:2
**words** [1] - 65:25
**works** [1] - 65:14
**wrap** [1] - 8:23
**writing** [2] - 46:23, 46:24
**written** [3] - 20:24, 45:1, 45:22
**wrote** [2] - 10:16, 11:15
**Wyman** [14] - 3:6, 3:7, 3:9, 3:11, 18:16, 24:11, 24:19, 32:2, 32:7, 38:25, 44:1, 44:3, 49:13, 67:6
**WYMAN** [51] - 2:10, 24:12, 24:20, 24:22, 26:6, 26:18, 27:5, 27:25, 28:6, 28:16, 28:23, 30:25, 31:15, 32:8, 32:17, 33:2, 33:16, 33:21, 37:11, 37:17, 37:23, 38:2, 38:10, 38:15, 38:17, 39:1, 39:3, 41:1, 42:6, 48:16, 49:3, 49:14, 49:16, 54:25, 55:7, 55:20, 56:3,

56:6, 56:18, 57:5, 57:17, 57:22, 58:4, 58:18, 58:25, 60:18, 62:21, 66:14, 69:10, 69:12, 69:16

## X

**X-Law** [1] - 30:11
**x-rays** [4] - 4:18, 6:16, 6:19, 6:20

## Y

**year** [2] - 51:10, 51:25
**year/month/day** [1] - 46:18
**years** [11] - 17:14, 18:13, 25:4, 39:18, 51:20, 52:2, 52:7, 52:15, 65:5, 69:1, 69:3
**yesterday** [3] - 13:22, 31:17, 33:10
**York** [6] - 10:6, 11:6, 11:7, 39:7, 39:8, 39:15

## Z

**zero** [15] - 20:22, 20:23, 21:5, 21:17, 22:24, 22:25, 23:9, 23:13, 23:24, 24:5, 35:1, 35:3, 35:5, 36:25, 37:4

**UNITED  STATES  DISTRICT  COURT**