# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 12, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 19th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

____ One day trial;   ____ Begun (1st day);   X  Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made ____

X  Witnesses called, sworn and testified.

X  Exhibits identified      X  Exhibits admitted

____ Government rests.   Defendant(s) _____ rest.

____ Motion for mistrial by _____  is  ____ granted  ____ denied  ____ submitted

____ Motion for judgment of acquittal (FRCrP 29)  is  ____ granted  ____ denied  ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:      ____ Jury Verdict as follows:

Dft # ____  ____ Guilty on count(s) ____     ____ Not Guilty on count(s) ____

____ Jury polled      ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____  ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

Dft # ____  ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X  Case continued to   August 13, 2021 at 8:30 a.m.   for further trial/further jury deliberation.

____ Other: ____

                                                                4 : 55
                                   Initials of Deputy Clerk  lmb