# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No: **SACR 19-61-JVS**  Date: August 16, 2021

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | NOT | | X | Dean Steward, Standy by Counsel | NOT | | X |

**Proceedings:** **[IN CHAMBERS] Order re Copying of Exhibits**

The Court orders that Clerk's Office to make copies of exhibits for the media as requested. The Clerk's Office may charge whatever fee is applicable.

August 16, 2021

James V Selna, US District Court Judge

0

Initials of Deputy Clerk   lmb