# Exhibit A

Attorneys Name, Address & Phone
Michael J. Avenatti, Pro Se
H. Dean Steward, Esq., Bar No. 85317 (Advisory Counsel)
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Tel. (949) 481-4900
Fax (949)706-9994
Email: deansteward7777@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR No. 19-061-JVS |
| v. | |
| Michael John Avenatti | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: Evan Carter, Analysis Group, 1900 16th Street Suite 1100 Denver, CO 80202

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA , Courtroom: 10 C

Date: August 10, 2021 , Time: 9:00 am .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

All text messages and emails (with attachments) sent to any government agent, employee, or Assistant U.S. Attorney in connection with the above referenced case.


Kiry K. Gray, Clerk of Court



July 30, 2021
Date

| PROOF OF SERVICE | | | | |
|---|---|---|---|---|
| **Received by Server** | DATE | PLACE | | |
| **Served** | DATE | PLACE | | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No  Amount $ _____ | |
| SERVED BY (PRINT NAME) | | | TITLE | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____   _____
           *Date*                                    *Signature of Server*

Address of Server: _____

_____

ADDITIONAL INFORMATION