| | |
|---|---|
| 1 | KELLI L. SAGER (State Bar No. 120162) |
| 2 | kellisager@dwt.com |
|   | ERIC M. STAHL (State Bar No. 292637) |
| 3 | ericstahl@dwt.com |
|   | SAM F. CATE-GUMPERT (State Bar No. 335715) |
| 4 | samcategumpert@dwt.com |
|   | DAVIS WRIGHT TREMAINE LLP |
| 5 | 865 South Figueroa Street, 24th Floor |
|   | Los Angeles, California 90017-2566 |
| 6 | Telephone: (213) 633-6800 |
|   | Fax: (213) 633-6899 |
| 7 | Attorneys for Non-Party CNN Producer |
| 8 | JACQUELINE ROSE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **SA CR No. 19-061-JVS** |
| Plaintiff, | **DECLARATION OF NON-PARTY CNN PRODUCER JACQUELINE ROSE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO QUASH DEFENDANT'S SUBPOENA WITH EXHIBIT 1** |
| vs. | |
| MICHAEL JOHN AVENATTI, | Hearing Date: August 17, 2021 |
| Defendant. | Time: 8:00 AM |
|   | Courtroom: 10C |
|   | Hon. James V. Selna |
|   | [Ex Parte Application For Order To Quash Defendant's Subpoena; Declaration of Kelli L. Sager With Exhibits 2-6; Notice Of Lodging of Declaration of Krista Kordt Hester With DVD Exhibits A-C; and [Proposed] Order Concurrently Filed] |
|   | Action Filed: April 10, 2019 |

# DECLARATION OF JACQUELINE ROSE

I, Jacqueline Rose, declare and state as follows:

1. I am over eighteen years of age, and am not a party to this action. I have personal knowledge of the matters stated below, except for those matters stated on information and belief, which I am informed and believe to be true.

2. I have worked for CNN since 2013. Since 2015, I have been employed as an Editorial Producer, where I am regularly engaged in working with CNN's reporters and editors to gather and disseminate information to the public. My responsibilities include researching, identifying, and communicating with potential sources of information about issues CNN is reporting on in various programs. Among other things, I regularly conduct pre-interviews and assist with on-camera interviews of those sources. I live and work in New York.

3. On Monday, August 9, 2021, I answered a call on my cell phone from a number I did not recognize, and a women identified herself as a paralegal working with Michael Avenatti. I knew who Mr. Avenatti was through my work at CNN, because he has appeared on CNN programs prior to his arrest. Without warning, the woman put the call on speaker, and a person who identified himself as Mr. Avenatti immediately came on the phone. He told me that he needed text messages from me to show where he was on a particular date, and asked if he could email something to me. I didn't understand what he was talking about, but said that he could email me the document he wanted to send to me. I had no advance warning that Defendant would be calling me, let alone that he would be seeking to subpoena me for his criminal trial. Neither Mr. Avenatti nor the woman on the call explained to me that he was attempting to serve me with legal process, or that he was trying to force me to come to California <u>later that same week</u> to testify at his trial; had I known he was planning to send a subpoena, I would have enlisted CNN's legal counsel in the matter. Shortly after the call, I received an email which included a document titled

"Subpoena in a Criminal Case" ("Subpoena"), a true and correct copy of which is attached as **Exhibit 1**.

4. I am not an attorney, have never been subpoenaed to appear in court before, and did not understand from the conversation that I was being asked to "waive" anything by telling Mr. Avenatti that he could email me a document. Neither he nor the woman on the call explained my due process rights, told me that they were asking me to waive any rights, or suggested that I talk to a lawyer. Neither Mr. Avenatti nor the woman on the call mentioned anything to me about witness fees, nor did they ask me to "waive" my rights to receive witness fees; I have not been paid any witness fee. Neither Mr. Avenatti nor the woman on the call asked me if I would be willing or able to appear in person for a trial in Santa Ana, California on August 13, 2021 (or any other date).

5. I live in Chappaqua, New York, and I was in Chappaqua when I received the telephone call from the paralegal and Mr. Avenatti. I have a one-year-old daughter, for whom I am the primary caretaker. Even under ordinary circumstances, I would not be able to travel to Santa Ana on short notice, because of my child-care obligations. Given the current global pandemic, I am very concerned about traveling to California at all, because my daughter cannot be vaccinated against the COVID-19 virus. It would be extremely burdensome for me to be forced to travel to California now.

6. The Subpoena asks me to provide "[a]ll text messages with Michael Avenatti during the time period April 23, 2018 through May 4, 2018." After receiving the email with the Subpoena, I looked at my cell phone to see if I had any such text messages on it, and confirmed that I do not have any such text messages (or any text messages at all dated before 2019). I do not remember what, if anything, may have been in text messages between me and Michael Avenatti in April/May 2018, nor would I be able to testify from my personal knowledge about any specific dates on which he may have appeared on CNN programs more than three years ago.

2018 would have been in connection with my job as an Editorial Producer at CNN. I would not have shared any such communications with anyone outside the scope of my job.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of August 2021 at Chappaqua, New York.

_____
Jacqueline Rose

EXHIBIT 1

DECLARATION OF JACQUELINE ROSE
4820-8235-9798v.5 0026517-000213

# EXHIBIT 1

Attorneys Name, Address & Phone

Michael J. Avenatti, Pro Se
H. Dean Steward, Esq., Bar No. 85317 (Advisory Counsel)
17 Corporate Plaza, Suite #250
Newport Beach, CA 92660
Tel. (949) 481-4900
Fax (949)706-9994
Email: deansteward7777@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF

v.

Michael John Avenatti

DEFENDANT(S)

CASE NUMBER

SA CR No. 19-061-JVS

**SUBPOENA IN A CRIMINAL CASE**

TO: Jaquelyn Rose

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Fed Bldg & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA , Courtroom: 10 C

Date: Friday, Aug. 13, 2021 , Time: 9:00 am .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

**All text messages with Michael Avenatti during the time period April 23, 2018 through May 4, 2018.**



Kiry K. Gray, Clerk of Court

August 9, 2021

Date

CR-21 (10/15)   SUBPOENA IN A CRIMINAL CASE   Exhibit 1 Page 1 of 2

04

| PROOF OF SERVICE | | |
|---|---|---|
| **Received by Server** | DATE | PLACE |
| **Served** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes  ☐ No   Amount $ _____ |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
             *Date*                            *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION