KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
SAM F. CATE-GUMPERT (State Bar No. 335715)
  samcategumpert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Non-Party CNN Producer
JACQUELINE ROSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL JOHN AVENATTI,<br><br>            Defendant. | Case No. **SA CR No. 19-061-JVS**<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF NON-PARTY CNN PRODUCER JACQUELINE ROSE FOR ORDER TO QUASH DEFENDANT'S SUBPOENA FOR TESTIMONY AND DOCUMENTS**<br><br>Hearing Date:   August 17, 2021<br>Time:           8:00 AM<br>Courtroom:      10C<br>              Hon. James V. Selna<br><br>[Ex Parte Application For Order To Quash Defendant's Subpoena; Declarations of Jacqueline Rose and Kelli L. Sager with Exhibits 1-6; and Notice Of Lodging of Declaration of Krista Kordt Hester With DVD Exhibits A-C Concurrently Filed]<br><br>Action Filed: April 10, 2019 |

1

[PROPOSED] ORDER GRANTING
EX PARTE APPLICATION FOR ORDER TO QUASH
4819-5426-8406v.4 0026517-000213

1   This matter having come before the Court on non-party CNN Producer
2  Jacqueline Rose's <u>Ex Parte</u> Application For Order To Quash Defendant's Subpoena
3  For Testimony And Documents Or, In The Alternative, For An Order Shortening
4  Time ("Application"), and having reviewed the papers supporting and responding to
5  the Application, good cause having been shown, the Court ORDERS as follows:

6   1.   Ms. Rose's Application is GRANTED;
7   2.   The subpoena for testimony and documents served on Ms. Rose is
8  QUASHED.
9   3.   Defendant is ordered not to serve any further subpoenas on Ms. Rose,
10 Cable News Network, Inc., or any employee of Cable News Network, Inc., without
11 first obtaining an order from this Court after a showing of good cause.

12   [Alternatively:]
13   [Ms. Rose's Application shall be heard on _____.  Enforcement of
14 the subpoena for testimony and documents served on Ms. Rose is STAYED until
15 such time as Ms. Rose's Application has been adjudicated.]

17 IT IS SO ORDERED.

19 DATE: August    , 2021              _____
20                                     Hon. James V. Selna
                                       United States District Court Judge

2

[PROPOSED] ORDER GRANTING
EX PARTE APPLICATION FOR ORDER TO QUASH
4819-5426-8406v.4 0026517-000213

**DAVIS WRIGHT TREMAINE** LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899