KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
  ericstahl@dwt.com
SAM F. CATE-GUMPERT (State Bar No. 335715)
  samcategumpert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Non-Party CNN Producer
JACQUELINE ROSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL JOHN AVENATTI,<br><br>            Defendant. | Case No. SA CR No. 19-061-JVS<br><br>**NOTICE OF LODGING OF DECLARATION OF KRISTA KORDT HESTER WITH DVD EXHIBITS A-C**<br><br>[Ex Parte Application For Order To Quash Defendant's Subpoena; Declarations of Jacqueline Rose and Kelli L. Sager with Exhibits 1-6; and [Proposed] Order Concurrently Filed]<br><br>Hearing Date:   August 17, 2021<br>Time:           8:00 AM<br>Courtroom:      10C<br>                Hon. James V. Selna<br><br>Action Filed: April 10, 2019 |

1

NOTICE OF LODGING
4818-2194-6358v.4 0026517-000213

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that non-party CNN Producer Jacqueline Rose hereby lodges with the Court the Declaration of Krista Kordt Hester ("Declaration"), with Exhibits A-C, which are three DVDs. As authenticated in the Declaration, the DVDs are as follows:

- <u>Exhibit A</u> is a true and correct copy of one hour of the as-aired episode of the CNN program "Anderson Cooper 360," which was telecast live from New York on April 30, 2018 from 8:00 PM to 9:00 PM Eastern time.
- <u>Exhibit B</u> is a true and correct copy of one hour of the as-aired episode of the CNN program "New Day," which was telecast live from New York on May 1, 2018, from 8:00 AM to 9:00 AM Eastern time.
- <u>Exhibit C</u> is a true and correct copy of one hour of the as-aired episode of the CNN program "CNN Tonight," which was telecast live from New York on May 2, 2018, from 11:00 PM Eastern time to 12:00 AM Eastern time on May 3, 2018.

DATED: August 16, 2021

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ERIC M. STAHL
SAM F. CATE-GUMPERT

By: _____/s/ Kelli L. Sager_____
          Kelli L. Sager

Attorneys for Non-Party CNN Producer Jacqueline Rose

2

NOTICE OF LODGING
4818-2194-6358v.4 0026517-000213

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
ERIC M. STAHL (State Bar No. 292637)
 ericstahl@dwt.com
SAM F. CATE-GUMPERT (State Bar No. 335715)
 samcategumpert@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Non-Party CNN Producer
JACQUELINE ROSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF KRISTA KORDT HESTER WITH EXHIBITS A-C** |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | Action Filed:  April 10, 2019 |

## DECLARATION OF KRISTA KORDT HESTER

I, Krista Kordt Hester, declare:

1. I am over the age of 18 years old and not a party to this matter.

2. I am the Director of Content Management for Cable News Network, Inc. ("CNN"), and I am familiar with CNN's practices in connection with the creation and maintenance of records related to the programs it disseminates. I have authority to certify the records provided with this declaration.

3. Attached to this declaration are copies of three digital video disks ("DVDs"), which contain true and correct copies of the material described below.

4. Each of the DVDs contain copies of CNN programs as aired to the public, on the dates reflected below. The video records copied onto the DVDs were prepared by CNN personnel in the course of CNN's regular business operations, at or near the time of the act, condition or event described in the records, and maintained by CNN since the records were created.

5. The DVDs provided with this declaration consist of the following:

   a. a DVD containing a true and correct copy of one hour of the as-aired episode of the CNN program "Anderson Cooper 360," which was telecast live from New York on April 30, 2018 from 8:00 PM to 9:00 PM Eastern time (attached as Exhibit A);

   b. a DVD containing a true and correct copy of one hour of the as-aired episode of the CNN program "New Day," which was telecast live from New York on May 1, 2018, from 8:00 AM to 9:00 AM Eastern time (attached as Exhibit B); and

   c. a DVD which contains a true and correct copy of one hour of the as-aired episode of the CNN program "CNN Tonight," which was telecast live from New York on May 2, 2018, from 11:00 PM Eastern time to 12:00 AM Eastern time on May 3, 2018 (attached as Exhibit C).

1

DECLARATION OF KRISTA KORDT HESTER
4834-0607-5638v.2 0050033-000508

**DAVIS WRIGHT TREMAINE** LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. I have reviewed the materials contained in Exhibits A, B, and C, and have confirmed that for each of the programs described above, Michael Avenatti appeared in person at CNN's New York studio, as shown in these videos.

I declare under penalty of perjury under the laws of the United States and the State of Georgia that the foregoing is true and correct, and that this declaration was executed on August 13, 2021, in Atlanta, Georgia.

_____
Krista Kordt Hester

DECLARATION OF KRISTA KORDT HESTER
4834-0607-5638v.1 0050033-000508

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899