ALEXANDER C.K. WYMAN (SBN 295339)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, 11th Floor, Los Angeles, CA 90012
Phone: (213) 894-2435; Email: alex.wyman@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. MICHAEL JOHN AVENATTI, DEFENDANT(S). | CASE NUMBER: SA CR 19-00061-JVS |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: (**List Documents**)

GOVERNMENT'S UNDER SEAL FILING

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Per Court's Oral Order 8/16/2021

August 16, 2021
Date

ALEXANDER C.K. WYMAN
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING