# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | SACR 19-61JVS | Date: August 13, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE | |
| Interpreter | | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 20th Day JURY TRIAL | Death Penalty Phase |
|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
| | The Jury is impaneled and sworn. | | |
| | Opening statements made | | |
| X | Witnesses called, sworn and testified. | | |
| X | Exhibits identified | X Exhibits admitted | |
| X | Government rests. | Defendant(s) _____ rest. | |
| X | Motion for mistrial by [686] Defendant is ____ granted X denied ____ submitted | | |
| | Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted | | |
| | Closing arguments made | Court instructs jury | Bailiff sworn |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | |
| | Alternates excused | Jury retires to deliberate | Jury resumes deliberations |
| | Finding by Court as follows: | | Jury Verdict as follows: |
| Dft # | Guilty on count(s) | | Not Guilty on count(s) |
| | Jury polled | Polling waived | |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. | | |
| | Dft # ____ remanded to custody. | Remand/Release# ____ issd. | Dft # ____ released from custody. |
| | Bond exonerated as to Dft # ____ | | |
| X | Case continued to August 17, 2021 at 8:00 a.m. for further trial/further jury deliberation. | | |
| X | Other: Defendant's motion for judgment of acquittal is made and continued to 8/17/21 at 8:00 a.m. | | |

5 : 45

Initials of Deputy Clerk    lmb