Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S WITNESS LIST |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files his defense witness list pursuant to the Court's directive.

Dated: August 17, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

**Defense Witnesses**

1. Arden, John
2. Barela, Gregory (recall)
3. Bledstein, Emily
4. Boucher, Ray
5. California Accountancy Board Representative
6. Carter, Evan
7. CNN Custodian / Corporate Representative
8. Colorado, Carlos (recall)
9. Drum, John (recall)
10. Galicia, Melissa
11. Harper, Chris
12. Horoupian, Mark
13. Ibrahim, Ahmed
14. Jenness, Evan
15. Karlous, Remoun
16. Kim, James
17. Mosby, Kathy
18. Penland, DeLeassa
19. Phan, Michelle (recall)

20. Regnier, Judy (recall)

21. Roberson, Ryan

22. Stopler, Andrew

23. Tashchyan, Nshan

24. Varani, Joe (recall)

25. Witos, Morgan

26. Wolett, Hillary

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 17, 2021 service of the:

DEFENDANT'S WITNESS LIST

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2021

/s/ H. Dean Steward
H. Dean Steward