**DECLARATION OF NINA MARINO**

I, NINA MARINO, hereby declare and state as follows:

1.  I am an attorney licensed to practice in the state of California. I was retained to represent Evan Carter on August 12, 2021, in connection with a criminal subpoena. On that date I accepted service of the subpoena from Mr. Avenatti on her behalf.

2.  Upon information and belief, I state the following:

- Evan Carter is 30 years old. She is employed by Analysis Group ("AG") as Manager. The Manager is a mid-level position.

- To my knowledge, John Drum is included on all emails that include Ms. Carter and the government.

- In or about January 2021, Ms. Carter was assigned to the Avenatti matter.

- During the end of May or early June 2021, Ms. Carter began more actively assisting Mr. Drum with the Avenatti matter. Pursuant to the instructions given to her by Mr. Drum, her duties involved removing exhibits from the May 2020 draft summary (prepared by a team at Mr. Drum's direction prior to her assignment) that were deemed no longer relevant due to the tax charges being tried separately. Ms. Carter performed this function exclusively in accordance with the instruction given to her by Mr. Drum. Ms. Carter did not make any independent decisions. Ms. Carter removed references to a "flashy lifestyle" such as Porsche payments and private jets pursuant to the Court's order, and she performed financial analysis at Mr. Drum's direction. Ms. Carter was also tasked with scheduling meetings and making the exhibits more user friendly by removing source citations such as bates number references for bank documents. During this time-period, Ms. Carter continued working on other firm matters.

- Towards the end of June 2021, Ms. Carter participated in Mr. Drum's preparation for trial. This work included coordinating meetings between Mr. Drum and the government and participating in mock direct and cross examination of Mr. Drum.

- Lastly, Ms. Carter was present when the government conducted their trial preparation with Mr. Drum. The government performed a direct examination of Mr. Drum during that

1    exercise.

2    3.  I have reviewed the FBI 302 referenced in the Opposition Brief. (Dkt. No. 724 at 2.) This

3    report does not indicate that Evan Carter answered a single question. This report reflects an

4    interview of Mr. Drum. It appears that Ms. Carter was merely present.

5    I declare under penalty of perjury the foregoing is true and correct.

6    Executed on August 18, 2021, in Los Angeles, California.

7

8                                          ___/s/_____
                                           Nina Marino
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28