# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | | Date | August 17, 2021 |
|---|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 21st Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
| | The Jury is impaneled and sworn. | | | |
| | Opening statements made | | | |
| X | Witnesses called, sworn and testified. | | | |
| X | Exhibits identified | X Exhibits admitted | | |
| | Government rests. | Defendant(s) _____ rest. | | |
| | Motion for mistrial by _____ is ____ granted ____ denied ____ submitted | | | |
| | Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted | | | |
| | Closing arguments made ____ Court instructs jury ____ Bailiff sworn | | | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | |
| | Alternates excused ____ Jury retires to deliberate ____ Jury resumes deliberations | | | |
| | Finding by Court as follows: ____ Jury Verdict as follows: | | | |
| Dft # | ____ Guilty on count(s) ____ Not Guilty on count(s) | | | |
| | Jury polled ____ Polling waived | | | |
| | Filed Witness & Exhibit lists ____ Filed Jury notes ____ Filed Jury Instructions ____ Filed Jury Verdict | | | |
| | Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing. | | | |
| | Dft # ____ remanded to custody. Remand/Release# ____ issd. Dft # ____ released from custody. | | | |
| | Bond exonerated as to Dft # ____ | | | |
| X | Case continued to August 18, 2021 at 8:30 a.m. for further trial/further jury deliberation. | | | |
| X | Other: Rose's Motion to Quash Supoena [713] is argued and GRANTED.  Carter's Motion to Quash [712] is conditionally GRANTED.  Opposition brief due at 9am on 8/18, any reply due close of business 8/18.  Motion to strike [679] DENIED. | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 6 | : | 35 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |