BRETT A. SAGEL
ASSISTANT UNITED STATES ATTORNEY
411 WEST FOURT STREET, SUITE 8000
SANTA ANA, CA 92701
714-338-3598

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Under Seal Document, Government's Ex Parte, [Proposed] Order Sealing

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 19, 2021                                         BRETT A. SAGEL
Date                                                    Attorney Name
                                                        UNITED STATES OF AMERICA
                                                        Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**