# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | Date | August 18, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter:

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 22nd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |

The Jury is impaneled and sworn.

Opening statements made

| X | Witnesses called, sworn and testified. |
|---|---|
| X | Exhibits identified        X  Exhibits admitted |

Government rests.     Defendant(s) _____ rest.

Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

Motion for judgment of acquittal (FRCrP 29)  is ___ granted ___ denied ___ submitted

Closing arguments made     Court instructs jury     Bailiff sworn

Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

Alternates excused     Jury retires to deliberate     Jury resumes deliberations

Finding by Court as follows:     Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___     Not Guilty on count(s) ___

Jury polled     Polling waived

Filed Witness & Exhibit lists     Filed Jury notes     Filed Jury Instructions     Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

Bond exonerated as to Dft # ___

| X | Case continued to August 19, 2021 at 8:30 a.m. for further trial/further jury deliberation. |
| X | Other: The Court will hear argument on Counts 1, 2, 4 and 5 of the Rule 29 motion, the Court reserves as to all other counts. |

6 : 10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Initials of Deputy Clerk    lmb