TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    Facsimile: (213) 894-6269
    Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>GOVERNMENT'S BENCH BRIEF REGARDING DEFENDANT'S CLAIMS ABOUT THE EAGAN AVENATTI LLP BACK-UP TAPES |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Bench Brief regarding defendant's claims about the Eagan Avenatti Back-Up Tapes.

This Brief is based upon the attached memorandum of points and authorities, the evidence and testimony at trial, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 19, 2021              Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    _____
                                    BRETT A. SAGEL
                                    ALEXANDER C.K. WYMAN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On August 19, 2021, defendant claimed in Court that he just learned about the back-up tapes to the Eagan Avenatti LLP ("EA LLP") servers and he demanded access to the back-up tapes that he claimed were not provided to him, which he stated were "clearly Brady." First, for the reasons the Court stated in its prior orders, the EA LLP digital devices do not belong to defendant and he was not entitled to a complete copy of the EA LLP back-up tapes. (CR 63, 199.) Second, on June 28, 2019, the government produced to defendant the filed search warrant returns and inventory, including the search warrant return and inventory from Judy Regnier's residence, USAO_00134262-USAO_00134272. The back-up tapes are clearly listed on the inventory returns, specifically at USAO_00134268. Finally, in the February 18, 2020, status report the government filed in this matter, the government specifically told the Court -- and defendant -- the following:

> IRS-CI also seized approximately 69 computer backup tapes from EA Employee 1's residence. The Prosecution Team understands that these backup tapes relate to data that is stored on the EA LLP server. Because IRS-CI was able to obtain a forensic copy of the EA LLP server, IRS-CI and the USAO will not be searching the backup tapes. Instead, these backup tapes will be returned to the court-appointed bankruptcy trustee for EA LLP.

(CR 99 at 13.) At all times defendant knew about and was told about the back-up tapes and the plans not to search these back-up tapes. Defendant's accusations in Court were not based in fact.