# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 19, 2021 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

| | Day COURT TRIAL | 23rd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

- The Jury is impaneled and sworn.
- Opening statements made
- **X** Witnesses called, sworn and testified.
- **X** Exhibits identified    **X** Exhibits admitted
- Government rests.    Defendant(s) rest.
- Motion for mistrial by ___ is ___ granted ___ denied ___ submitted
- Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted
- Closing arguments made    Court instructs jury    Bailiff sworn
- Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.
- Alternates excused    Jury retires to deliberate    Jury resumes deliberations
- Finding by Court as follows:    Jury Verdict as follows:
- Dft # ___ Guilty on count(s) ___    Not Guilty on count(s) ___
- Jury polled    Polling waived
- Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict
- Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
- Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody.
- Bond exonerated as to Dft # ___
- **X** Case continued to August 20, 2021 at 10:30 a.m. for further trial/further jury deliberation.
- **X** Other: Rule 29 motion at to Counts 1, 2, 4, and 5 is DENIED, the Court reserves as to all other Counts.

                                                                            5  :  25

Initials of Deputy Clerk    lmb