# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | SACR 19-61JVS | Date: August 20, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE | |
| Interpreter | | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | X | | H Dean Steward, Stand by Counsel | X | X | |

\_\_\_\_ Day **COURT TRIAL**   24th Day **JURY TRIAL**   \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified   \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.   \_\_\_\_ Defendant(s) \_\_\_\_ rest.

\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_   \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_\_ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   \_\_\_\_ Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to August 23, 2021 at 10:30 a.m. for further trial/further jury deliberation.

X Other: Court and counsel confer re TABS. Government shall allow the defendant access to the servers.

Counsel may contact the CRD for an emergency hearing over the weekend.

The Court orders the government's Privilege Review Team to conduct further searches of the Eagan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Avenatti digital devices, initially approved on May 24, 2019 in the matter of the Search of Ten Digital Devices in the Custody of the Internal Revenue Service-Criminal Inveswtigation, Case Number 8:19-MJ-419. Even though the authority to search the subject devices under the warrant previously expired, the Court is authorizing the Privilege Review Team to further search the subject devices.  Furthermore, the search procedures initially outlined in Section II Search Procedures for Handling Potentially Privileged Information on the Subject Devices, of Attachment B of the warrant, are amended and modified to require the Privilege Review Team to search the subject devices I nthe matter an dprotocol outlined by the Court at the hearing on August 20, 2021.

                                                                            : 30

Initials of Deputy Clerk    lmb