1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2435
7       Facsimile: (213) 894-6269
        Email:    Alex.Wyman@usdoj.gov
8
   BRETT A. SAGEL (Cal. Bar No. 243918)
9  Assistant United States Attorney
        Ronald Reagan Federal Building
10      411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
11      Telephone: (714) 338-3598
        Facsimile: (714) 338-3708
12      Email:    Brett.Sagel@usdoj.gov

13 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
14
                    UNITED STATES DISTRICT COURT
15
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
   UNITED STATES OF AMERICA,          No. SA CR 19-061-JVS
17
             Plaintiff,               GOVERNMENT'S MOTION *IN LIMINE* TO
18                                    ADMIT RELEVANT STATEMENTS BY
                  v.                  DEFENDANT AND NOTICE OF RECALLING
19                                    WITNESS MARILYN SORENSEN IN THE
   MICHAEL JOHN AVENATTI,             GOVERNMENT'S REBUTTAL CASE TO
20                                    INTRODUCE DEFENDANT'S STATEMENTS;
             Defendant.               EXHIBITS
21
                                      Hearing Date: August 24, 2021
22                                    Hearing Time: 8:30 AM
                                      Location:     Courtroom of the
23                                                  Hon. James V. Selna
24
25
26      Plaintiff United States of America, by and through its counsel
27 of record, the Acting United States Attorney for the Central District
28 of California and Assistant United States Attorneys Brett A. Sagel

1   and Alexander C.K. Wyman, hereby files its motion <u>in limine</u> to admit

2   relevant statements by defendant and notice of recalling witness

3   Marilyn Sorensen in the government's rebuttal case to introduce

4   defendant's statements.

5      This motion is based upon the attached memorandum of points and

6   authorities, the attached exhibits, the files and records in this

7   case, and such further evidence and argument as the Court may permit.

8   Dated: August 21, 2021      Respectfully submitted,

9                        TRACY L. WILKISON

10                       Acting United States Attorney

                         SCOTT M. GARRINGER

11                       Assistant United States Attorney

12                       Chief, Criminal Division

13                             /s/

                       BRETT A. SAGEL

14                       ALEXANDER C.K. WYMAN

                       Assistant United States Attorneys

15

16                       Attorneys for Plaintiff

                       UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

On May 31, 2021, the government filed a motion in limine to admit relevant statements by defendant and to exclude defendant's introduction of his statements as hearsay.  (CR 474.)  Defendant opposed the motion (CR 500), and the government filed a reply (CR 505).  Among the statements the government sought to admit were excerpts from defendant's under oath testimony at a Section 341(a) examination on June 12, 2017, in connection with the EA LLP bankruptcy.  The Court granted the government's motion in limine to introduce defendant's statements (CR 512), and the government introduced at trial through Bankruptcy Analyst Marilyn Sorensen various excerpts (Trial Exhibits 400A, 400B, 400C, 400D, 400E, 400F, and 400G) of defendant's testimony from the June 12, 2017, Section 341(a) hearing.  (8/4/21 V.2 RT at 23-24.)

During defendant's cross-examination of government witnesses as well as in defendant's case-in-chief, defendant has claimed the government should have used "Tabs" to calculate costs and expenses as defendant's firm used "Tabs" in that manner.  During defendant's testimony at the June 12, 2017, Section 341(a) examination, defendant stated under oath that the firm used QuickBooks and Excel for the firm's financial reporting including for accounts payables and accounts receivables and to provide the information to the firm's outside CPA to prepare tax returns.  Defendant's testimony from 2017 undermines his current claim about the "need" to use Tabs, when defendant himself did not mention Tabs as a manner in which the firm maintained financial records.

The government will not repeat the law and arguments presented in its previous motion in limine to introduce defendant's statements

1   (CR 474) but incorporates them herein.  In light of defendant's

2   arguments and claims to the jury during the trial, the government

3   will seek to introduce an additional excerpt (Trial Exhibit 400J)

4   from defendant's testimony at the June 12, 2017, Section 341(a)

5   hearing.  The government will authenticate and introduce the exhibit

6   through Bankruptcy Analyst Marilyn Sorensen as the government did

7   previously.

8        Trial Exhibit 400J will be the audio clip of the segment that

9   corresponds to the highlighted portion of the transcript in Exhibit

10  1, attached.  The government attached the full 194-page transcript

11  from that June 12, 2017, hearing as Exhibit G to the May 31, 2021,

12  filing (CR 474 Ex. G), but has included the first ten transcript

13  pages from that Exhibit here (Exhibit 2) to provide the Court with

14  the context of the new statement and for defendant to lodge any rule

15  of completeness objection.

16       For the foregoing reasons, the government will call Bankruptcy

17  Analyst Marilyn Sorensen to introduce Trial Exhibit 400J in its

18  rebuttal case.

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1               OFFICE OF THE UNITED STATES TRUSTEE

2                       SANTA ANA DIVISION

3

4  In Re:                        )   Case No. 8:17-bk-11961-CB
                                 )
5  EAGAN AVENATTI, LLP,          )   Chapter 11
                                 )
6            Debtor.             )
   _____)
7

8                            341(a) MEETING

9                   MICHAEL HAUSER, Presiding

10                         --oOo--

11                      June 12, 2017

12                   411 West Fourth Street
                           Suite 7160
13                 Santa Ana, California 92701

14  APPEARANCES:

15  For the Debtor:            IRA D. KHARASCH, ESQ.
                               ROBERT M. SAUNDERS, ESQ.
16                             Pachulski, Stang, Ziehl &
                                 Jones, LLP
17                             10100 Santa Monica Boulevard
                               13th Floor
18                             Los Angeles, California 90067
                               (310) 277-6910
19

20  For the United States      MICHAEL HAUSER, ESQ.
      Trustee:                 411 West Fourth Street
21                             Suite 7160
                               Santa Ana, California 92701
22                             (714) 338-3417

23

24

    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

**Exhibit G**

USAO_00060858

7

1   A    Yeah.  In fact, actually, let me rephrase that.  I
2   think it's, I think seven would really fall into
3   reception/secretarial.  And then I believe it's two that
4   would be classified as paralegal.
5   Q    Okay.  And that leaves two more people.
6   A    I actually think the total number, quite honestly, is
7   nine, closer to nine or 10 individuals total in support
8   staff.
9   Q    So you have -- do you have any internal bookkeeping or
10  financial person?
11  A    We have a individual that serves as the office
12  manager/paralegal/bookkeeper.
13  Q    Who is that?
14  A    Judy Regnier.
15  Q    Spell that last name for me.
16  A    R-E-G-N-I-E-R.
17  Q    She's the office manager, paralegal and bookkeeper?
18  A    Chief paralegal, yes.
19  Q    Okay.  And what kind of software do you guys use, like
20  QuickBooks or --
21  A    QuickBooks, Excel.
22  Q    Well --
23  A    For financial reporting?
24  Q    Correct.
25  A    Yes.

**Exhibit G**

USAO_00060867

8

1  Q    Like accounts payable, accounts receivable?

2  A    QuickBooks and Excel.

3  Q    And is that done on a monthly basis, on a quarterly

4  basis, on a --

5  A    We don't generate financial reports on a monthly or a

6  quarterly basis, generally.  We only use it for inputs and

7  outputs.

8  Q    Okay.  And is -- does your outside CPA, which we'll get

9  to later on, does she use the information from the

10  QuickBooks or the Excel to prepare the tax returns?

11  A    Yes.

12  Q    Okay.  That's Margorie Hendricks, right?

13  A    Yes.

14  Q    Okay.  We'll get to that later on.  So just to

15  summarize, of the nine support staff, we have seven

16  characterized as secretarial/receptionist, two as paralegal.

17  And then is, in addition to that, is that the office

18  manager, paralegal/manager, was she subsumed within the

19  paralegal category?

20  A    I think she'd be subsumed.

21  Q    Okay.  So -- all right.  Now, you use an outside

22  payroll service, Paychex, is that correct?

23  A    We use an outside payroll service.  I don't recall if

24  it's Paychex.  I think it is Paychex.

25  Q    Well, according to your monthly operating reports,

**Exhibit G**

USAO_00060868

# EXHIBIT 2

# EXHIBIT G

```
 1               OFFICE OF THE UNITED STATES TRUSTEE

 2                        SANTA ANA DIVISION

 3

 4  In Re:                        )   Case No. 8:17-bk-11961-CB
                                  )
 5  EAGAN AVENATTI, LLP,          )   Chapter 11
                                  )
 6           Debtor.              )
                                  )
 7  _____)

 8                                    341(a) MEETING

 9                    MICHAEL HAUSER, Presiding

10                           --oOo--

11                       June 12, 2017

12                   411 West Fourth Street
                           Suite 7160
13              Santa Ana, California 92701

14  APPEARANCES:

15  For the Debtor:            IRA D. KHARASCH, ESQ.
                               ROBERT M. SAUNDERS, ESQ.
16                             Pachulski, Stang, Ziehl &
                                 Jones, LLP
17                             10100 Santa Monica Boulevard
                               13th Floor
18                             Los Angeles, California 90067
                               (310) 277-6910
19

20  For the United States      MICHAEL HAUSER, ESQ.
      Trustee:                 411 West Fourth Street
21                             Suite 7160
                               Santa Ana, California 92701
22                             (714) 338-3417

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

**Exhibit G**

ii

```
 1  APPEARANCES:  (cont'd.)

 2  For the United States and      NAJAH J. SHARIFF, ESQ.
      Its Agency, the Internal     United States Attorney's
 3   Revenue Service:               Office
                                   300 North Los Angeles Street
 4                                 Suite 7211
                                   Los Angeles, California 90012
 5                                 (213) 894-2534

 6  For Jason Frank Law and        SARA L. CHENETZ, ESQ.
      Scott Sims:                  Perkins Coie, LLP
 7                                 1888 Century Park East
                                   Suite 1700
 8                                 Los Angeles, California 90067
                                   (310) 788-3218
 9

10  For Stoll, Nussbaum and        THOMAS POLAS, ESQ.
      Polakov:
11

12  Transcriber:                   Briggs Reporting Company, Inc.
                                   4455 Morena Boulevard
13                                 Suite 104
                                   San Diego, California 92117
14                                 (310) 410-4151

15

16

17

18

19

20

21

22

23

24

25
```

*Briggs Reporting Company, Inc.*

**Exhibit G**



iii

1                           I N D E X

2   WITNESSES:                              EXAMINATION

3   MICHAEL JOHN AVENATTI                        2
                                               116
4                                              172

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060860

1

1    SANTA ANA, CALIFORNIA  MONDAY, JUNE 12, 2017 10:00 AM

2    _____--oOo--

3         TRUSTEE HAUSER:  Good morning.  My name is Michael

4    Hauser.  I'm an attorney with the U.S. Trustee's Office.

5    Today's date is March -- I'm sorry.  Today's date is June

6    12, 2017.  It's approximately 10:00 o'clock in the morning.

7    This is the 341(a) of creditors in the Chapter 11 case of

8    Eagan Avenatti, LLP, case number 8:17-11961-CB.

9         Counsel for the Debtor, could you please make your

10   appearance for the record?

11        MR. KHARASCH:  Ira Kharasch and Rob Saunders of

12   Pachulski Stang, on behalf of the Debtor.

13        TRUSTEE HAUSER:  Okay.  And counsel for the United

14   States, could you please make your appearance on the record?

15        MS. SHARIFF:  Yes.  Najah Shariff, Assistant

16   United States Attorney, for the United States, on behalf of

17   its agency, the Internal Revenue Service.

18        TRUSTEE HAUSER:  Okay.  If there are any other

19   parties that want to make their appearance?  You can either

20   make it now, or after I finish my question, you can come up,

21   you can make -- you can come up to the table here and make

22   your appearance at that time.  So I'll leave that up to you.

23        Okay.  Hearing nothing, we will administer the

24   oath.

25        Mr. Avenatti, could you please raise your right

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060861

```
                                                                     2
 1  hand.
 2        MICHAEL JOHN AVENATTI - FOR THE DEBTOR - SWORN
 3             THE WITNESS:  Yes.
 4             TRUSTEE HAUSER:  Okay.  Could you please state
 5  your name for the record and spell it?
 6             THE WITNESS:  Michael John Avenatti, A-V-E-N-A-T-
 7  T-I.
 8             TRUSTEE HAUSER:  Okay.
 9                        EXAMINATION
10  BY TRUSTEE HAUSER:
11  Q     And, Mr. Avenatti, you are the managing partner of the
12  Debtor, is that correct?
13  A     Yes.
14  Q     Okay.  And how long have you held that position?
15  A     Nearly 10 years.
16  Q     Okay.  And did you sign the statement of financial
17  affairs, which is docket item number 50 from the Florida
18  docket, and the amended schedules, which are docket items
19  number 104 through 108 on the Santa Ana docket?
20  A     Yes, sir.
21  Q     Okay.  You signed them under penalty of perjury, is
22  that correct?
23  A     Yes, sir.
24  Q     Okay.  And prior to signing them, did you review those
25  documents carefully?
```

*Briggs Reporting Company, Inc.*

**Exhibit G**

3

1  A    I reviewed the amended schedules more carefully than

2  the statement of financial affairs.  At the time that I

3  signed the statement of financial affairs I was in the

4  middle of a --

5  Q    If you could speak up just a bit, only because it's --

6  I'm seeing it's not picking up.

7  A    I'm sorry.  At the time that I signed the statement of

8  financial affairs I was in the middle of a rather large

9  trial and, as I recall, it was signed at about 2:30 in the

10 morning.

11 Q    Okay.  Okay.  So, you carefully reviewed the amended

12 schedules but not the statement of financial affairs, is

13 that correct?

14 A    Yes, sir.

15 Q    Okay.  And -- but to the best of your knowledge, is the

16 information contained in the amended schedules true and

17 correct?

18 A    To the best of my knowledge, yes.

19 Q    Okay.  And at this time, are there any changes that

20 need to be made, either to the amended schedules or to the

21 statement of financial affairs?

22 A    Well, I've become aware of the fact that I believe on

23 the statement of financial affairs, that there may need to

24 be some corrections, at least as it relates to one of the

25 answers --

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060863

4

1          MR. KHARASCH:  Number four.

2          THE WITNESS:  "Number four."

3          TRUSTEE HAUSER:  Number four.  Okay.  We're going

4   to -- I'll make a note of that.  So SOFA number four.  We're

5   going to go through it pretty much question by question.  So

6   as we go through it, you can -- in addition to SOFA number

7   four, we can find out if there are any other changes that

8   need to be made.  In fact, that's probably going to be true

9   for the entire set of schedules as well.

10  BY TRUSTEE HAUSER:

11  Q    All right.  I'd like to move over to some corporate

12  governance issues.  What year was the Debtor formed?

13  A    2007, but it carried a different name a the time it was

14  formed in 2007.

15  Q    Okay.  So the predecessor name was?

16  A    Was Eagan, O'Malley and Avenatti, LLP.

17  Q    Okay.  And at what time did it become just Eagan

18  Avenatti?  Approximately?

19  A    I believe the name was formally changed in January of

20  2011.

21  Q    Okay.  And according to the list of equity holders,

22  which is docket item number 52 -- 51 from the Florida

23  docket, the equity holders in the Debtor are Avenatti and

24  Associates, APC, and Michael Eagan, individually, is that

25  correct?

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060864

5

1  A    I believe Mr. Eagan holds his equity through the Law

2  Offices of Michael Q. Eagan, as opposed to individually, but

3  I may be mistaken about that.

4  Q    I'm sorry.  That was the law offices of what?

5  A    Michael Q. Eagan.

6  Q    And what's the split, 50-50?

7  A    No.  The split is 75-25 in favor of Avenatti and

8  Associates.

9  Q    Okay.  And has it always been that way?

10  A    No, it's changed over time.

11  Q    Okay.  Could you sort of give me what it was at the

12  inception, and then how it evolved?

13  A    As I recall, when we formed the firm it was 37-and-a-

14  half-percent to Mr. O'Malley, 37-and-a-half-percent to

15  Avenatti and Associates, and 25-percent to Mr. Eagan, and I

16  just don't recall whether that was held by him individually

17  or through this law office entity.

18  Q    Okay.  When -- and so O'Malley leaves in 2011?

19  A    2010.  At the end of 2010.

20  Q    Okay.  And then you, essentially, get all of O'Malley's

21  equity interest?

22  A    Correct.

23  Q    Okay.  Now, as the managing partner of the Debtor, you

24  are the firm's sole executive officer, is that correct?

25  A    Yes.

**Exhibit G**

USAO_00060865

6

1  Q    Okay.  Now, I just want to move over to sort of the

2  employees and staffing at the firm.  The Debtor has

3  approximately like 17, 18, 20 employees?

4  A    In that range, yes.

5  Q    Yeah, I mean -- okay.  Well, let's break it down.  How

6  many lawyers are there, including yourself, six, seven,

7  eight?

8  A    Let me count, if I could.  There's Mr. Eagan, there's

9  myself -- seven, I believe.

10 Q    Okay.  So there's seven lawyers.  And how many support

11 staff?

12 A    Approximately 11.

13 Q    Okay.  So there's a total of 18 employees, including

14 yourself, correct?

15 A    Yes, sir.

16 Q    Okay.  And can you break it out for me what the duties

17 of the different support staff are, you know, like

18 paralegal, IT, bookkeeper, et cetera?

19 A    We have individuals that perform secretarial functions.

20 Q    Okay.  How many of those?

21 A    Well, can I group secretarial and reception?

22 Q    Sure.  Yeah.  Absolutely.

23 A    Five, I believe.

24 Q    Okay.  And then the remaining six people?  Do you have

25 any paralegals?

*Briggs Reporting Company, Inc.*

**Exhibit G**

7

1  A    Yeah.  In fact, actually, let me rephrase that.  I

2  think it's, I think seven would really fall into

3  reception/secretarial.  And then I believe it's two that

4  would be classified as paralegal.

5  Q    Okay.  And that leaves two more people.

6  A    I actually think the total number, quite honestly, is

7  nine, closer to nine or 10 individuals total in support

8  staff.

9  Q    So you have -- do you have any internal bookkeeping or

10 financial person?

11 A    We have a individual that serves as the office

12 manager/paralegal/bookkeeper.

13 Q    Who is that?

14 A    Judy Regnier.

15 Q    Spell that last name for me.

16 A    R-E-G-N-I-E-R.

17 Q    She's the office manager, paralegal and bookkeeper?

18 A    Chief paralegal, yes.

19 Q    Okay.  And what kind of software do you guys use, like

20 QuickBooks or --

21 A    QuickBooks, Excel.

22 Q    Well --

23 A    For financial reporting?

24 Q    Correct.

25 A    Yes.

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060867

8

1  Q    Like accounts payable, accounts receivable?

2  A    QuickBooks and Excel.

3  Q   And is that done on a monthly basis, on a quarterly

4  basis, on a --

5  A   We don't generate financial reports on a monthly or a

6  quarterly basis, generally.  We only use it for inputs and

7  outputs.

8  Q   Okay.  And is -- does your outside CPA, which we'll get

9  to later on, does she use the information from the

10  QuickBooks or the Excel to prepare the tax returns?

11  A   Yes.

12  Q   Okay.  That's Margorie Hendricks, right?

13  A   Yes.

14  Q   Okay.  We'll get to that later on.  So just to

15  summarize, of the nine support staff, we have seven

16  characterized as secretarial/receptionist, two as paralegal.

17  And then is, in addition to that, is that the office

18  manager, paralegal/manager, was she subsumed within the

19  paralegal category?

20  A   I think she'd be subsumed.

21  Q   Okay.  So -- all right.  Now, you use an outside

22  payroll service, Paychex, is that correct?

23  A   We use an outside payroll service.  I don't recall if

24  it's Paychex.  I think it is Paychex.

25  Q   Well, according to your monthly operating reports,

**Exhibit G**

USAO_00060868

9

1 you're paying them, so I'm just assuming that's your payroll

2 service.

3 A    Then that's the payroll service.

4 Q    And how long have you been using Paychex for?

5 A    Quite honestly, I don't know.  It's been a number of

6 years.

7 Q    Okay.  When --

8 A    I think it's the same service that we've used from the

9 inception of the firm.

10 Q    Okay.  For several years though?

11 A    Yeah.  It may have been as long as 10.

12 Q    Okay.  But with respect to the direct deposits on

13 federal and state payroll taxes, based upon what I've

14 reviewed on your MOR's, those are made directly by the firm,

15 as opposed to sending the money to Paychex, correct?

16 A    Well, they're made now directly by the firm, but at

17 some point they were being made Paychex, or at least were to

18 be made by Paychex.

19 Q    Okay.  At what time -- point in time did you move over

20 from sending the money to Paychex to doing the direct

21 deposits from the Debtor's account?

22 A    As I recall, sometime last -- sometime in 2016.

23 Q    Okay.  Now, as far as the overall management team of

24 the office, other than yourself and the office manager, is

25 there anyone else, like, does Mr. Eagan participate in the

*Briggs Reporting Company, Inc.*

**Exhibit G**

10

1  overall management of the office?

2  A     No.

3  Q     So, it's Mr. Avenatti and Ms. Regnier, correct?

4  A     Yes.

5  Q     Anyone else?

6  A     No.

7  Q     Okay.  And is that a conscientious decision by Mr.

8  Eagan not to participate in management?

9  A     It's just, it's always been that way for 10 years.

10 Q     Okay.  Does he go -- does he work there everyday?

11 A     No.

12 Q     How many days a week does he come to work?

13 A     He maintains his own law practice in San Francisco,

14 separate and apart from the firm.

15 Q     So, for all intents and purposes, he does not work for

16 the firm, correct, he's just an equity holder?

17 A     Well, from time to time he does work in connection with

18 the firm, but he does not maintain an office presence at the

19 firm in Newport Beach.

20 Q     Okay.  And has it always been that way?

21 A     His level of involvement has fluctuated over time, but,

22 generally speaking, yes, it's always been that way.

23 Q     Okay.  So when we talked about the seven lawyers, did

24 you include Mr. Eagan, or did you exclude him?

25 A     I included him.

*Briggs Reporting Company, Inc.*

**Exhibit G**

USAO_00060870