UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,      )CERTIFIED TRANSCRIPT
                    Plaintiff,  )
       vs.                      )
                                )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,          )
                    Defendant.  )TRIAL DAY 24, VOL. 1
------------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 20, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1    APPEARANCES OF COUNSEL:

 2    For the Plaintiff:

 3    NICOLA T. HANNA
      United States Attorney
 4    BRANDON D. FOX
      Assistant United States Attorney
 5    Chief, Criminal Division
      ALEXANDER WYMAN
 6    Assistant United States Attorney
      Major Frauds Section
 7    1100 United States Courthouse
      312 North Spring Street
 8    Los Angeles, CA  90012
      (213) 894-6683
 9
      BRETT A. SAGEL
10    Assistant United States Attorney
      Ronald Reagan Federal Building
11    411 West Fourth Street, Suite 8000
      Santa Ana, CA  92701
12    (714) 338-3598

13    For the Defendant:

14    MICHAEL JOHN AVENATTI, PRO SE

15    H. DEAN STEWARD, ADVISORY COUNSEL
      H. DEAN STEWARD LAW OFFICES
16    107 Avenida Miramar, Suite C
      San Clemente, CA  92672
17    (949) 481-4900

18

19

20

21

22

23

24

25
```

1    SANTA ANA, CALIFORNIA; FRIDAY, AUGUST 20, 2021; 10:30 A.M.

2          (Jury not present)

10:30   3          THE CLERK:  Item 1, SACR-19-00061-JVS, United

10:30   4    States of America versus Michael John Avenatti.

10:30   5          MR. SAGEL:  Good morning, Your Honor.  Brett Sagel

10:30   6    and Alexander Wyman on behalf of the United States.  In the

10:30   7    back of the court -- and he can move forward at any time

10:30   8    Your Honor wants -- is United States Attorney Patrick

10:30   9    Fitzgerald, the head of the Privilege Review Team.

10:30   10         THE COURT:  Good morning.

10:30   11         Mr. Fitzgerald, thank you for coming down this

10:30   12   morning.

10:30   13         MR. FITZGERALD:  Good morning, Your Honor.

10:31   14         MR. AVENATTI:  Good morning, Your Honor.  Michael

10:31   15   Avenatti present with Mr. Dean Steward and

10:31   16   Ms. Cummings-Cefali.

10:31   17         THE COURT:  Good morning.

10:31   18         Let's begin with the Tabs motion.  I asked that

10:31   19   Mr. Fitzgerald come down and that I be provided with an

10:31   20   explanation as to whether the Tabs data appears in the

10:31   21   documents maintained by the Taint Team but not provided to

10:31   22   the Prosecution Team.

10:31   23         Mr. Fitzgerald.

10:31   24         MR. FITZGERALD:  Your Honor, we ran searches

10:31   25   yesterday afternoon after I was informed about the Court's

| | | |
|---|---|---|
| 10:31 | 1 | request.  We found that there were documents similar to the |
| 10:31 | 2 | two exhibits that were identified as interim reports, which |
| 10:31 | 3 | apparently are based on Tabs data. |
| 10:32 | 4 | We did not find -- when we ran Tabs as a |
| 10:32 | 5 | stand-alone search term, we did not find anything that fell |
| 10:32 | 6 | within that parameter.  And we checked for the Tabs data for |
| 10:32 | 7 | the documents that seemed similar to the two exhibits, all |
| 10:32 | 8 | of them that related to the victims.  There were two. |
| 10:32 | 9 | Once again, they were either identical or very |
| 10:32 | 10 | similar to the two exhibits.  A member of the team went in |
| 10:32 | 11 | and looked at the database, and all of the Tabs documents |
| 10:32 | 12 | that related to any of the victim clients were produced to |
| 10:32 | 13 | the defense as far as we could tell based on the numbers in |
| 10:33 | 14 | the database. |
| 10:33 | 15 | So in regard to Tabs documents, the defense should |
| 10:33 | 16 | have everything relating to the victims in this case that |
| 10:33 | 17 | were seized under the warrant. |
| 10:33 | 18 | We do still have some search capability for |
| 10:33 | 19 | documents that were not seized and therefore are not legally |
| 10:33 | 20 | part of the case but to a degree can be accessed in the |
| 10:33 | 21 | database.  According to what I was told, there are other |
| 10:33 | 22 | documents that relate to other clients that as far as we |
| 10:33 | 23 | know have nothing to do with this litigation. |
| 10:33 | 24 | So they're similar, you know, Tabs printouts that |
| 10:33 | 25 | are interim reports for other clients.  Those were not |

| | | |
|---|---|---|
| 10:33 | 1 | deemed to be relevant.  They were not seized by the |
| 10:34 | 2 | searching agents, and they are not part of case database for |
| 10:34 | 3 | purposes of this case. |
| 10:34 | 4 | THE COURT:  Was the Tabs program itself among the |
| 10:34 | 5 | documents seized? |
| 10:34 | 6 | MR. FITZGERALD:  Your Honor, I can't say for sure |
| 10:34 | 7 | it isn't, but I know we have produced general -- what we |
| 10:34 | 8 | thought was general ledger information for the firm.  And |
| 10:34 | 9 | then again we searched yesterday, and we did not find |
| 10:34 | 10 | something under the word Tabs. |
| 10:34 | 11 | But that is not to say that in, you know, the |
| 10:34 | 12 | 2.9 million files of the Eagan Avenatti Law Firm that |
| 10:34 | 13 | something like that could be there.  But we have never |
| 10:34 | 14 | looked for it, and as far as we know it's not there.  The |
| 10:34 | 15 | first time I heard about Tabs was yesterday. |
| 10:35 | 16 | THE COURT:  Is there any collection of documents |
| 10:35 | 17 | that would constitute a Tabs database for the Tabs program? |
| 10:35 | 18 | MR. FITZGERALD:  Your Honor, we are not aware of |
| 10:35 | 19 | that, but again that was based on the searches that we could |
| 10:35 | 20 | do yesterday.  If we had more guidance about what that would |
| 10:35 | 21 | be or what it would look like -- I will just say we looked |
| 10:35 | 22 | for, quote/unquote "Tabs", and we didn't find anything.  We |
| 10:35 | 23 | found interim reports again similar to the two exhibits. |
| 10:35 | 24 | THE COURT:  What did you do in addition to |
| 10:35 | 25 | determine definitively whether the Tabs program itself or a |

10:36  1   set of documents or entries that would constitute the Tabs

10:36  2   database are or are not among the documents you have?

10:36  3            MR. FITZGERALD:  Well, again, Your Honor, I think

10:36  4   at this point what would be most helpful would be a proffer

10:36  5   from the defense about anything else it was called, how it

10:36  6   was accessed, where we produced that in September 2019 a

10:36  7   list of the file structure for the firm.

10:36  8            So if, you know, there was a -- somebody pointed

10:36  9   to where it might be in there, then we could -- I don't

10:36  10  think that's something that the members of the Privilege

10:36  11  Review Team, the attorneys or the agents, could necessarily

10:36  12  look, but again we could be in contact with the relevant IRS

10:37  13  special agent computer specialist who I was told testified

10:37  14  yesterday.

10:37  15           It would probably be best to talk to him, talk to

10:37  16  our relativity database expert back in Washington, D.C., and

10:37  17  talking to them and seeing if, you know, there is some sort

10:37  18  of database that we're not aware of that's in that material.

10:37  19           THE COURT:  On two occasions, the government

10:37  20  afforded Mr. Avenatti the opportunity with the assistance of

10:37  21  the government agent to review the database consisting of

10:37  22  what had been captured, basically the Taint Team's

10:37  23  collection.

10:37  24           The government wasn't required to do that, but the

10:37  25  government did it as an accommodation.  Would it make sense

| | |
|---|---|
| 10:37 | 1 |

so that we can get a definitive answer to allow another

opportunity to sit down with an agent and query the

database?

MR. FITZGERALD:  Well, obviously, Your Honor,

we'll as expeditiously as possible do whatever the Court

directs.  I will say, you know, until I talk to the computer

specialist, I don't want to give a date to the Court about

when that would be available because I know there were just

inherent logistical issues in getting the material to be

searched, downloaded in a terminal that the defendant and

defense counsel could look at.

And obviously we will do that as quickly as we

can, but I just don't know how long it will take to have the

relevant information made available in a way that --

THE COURT:  Well, Agent Tashchyan outlined

yesterday that it might take a while to set up the servers

and to reconstruct them in a way that you could search all

those servers.  He gave a detailed explanation.  It's in the

record.  Has that been done?

MR. FITZGERALD:  Your Honor, that has not been --

I have not spoken to him yet, so I don't know where we would

be in that process.  And again, as I said, I can't as I

stand here today tell the Court how long it will be ready to

be reviewed.

THE COURT:  Well, I go back to my question.  Is

10:39   1   there any reason why I shouldn't direct that Mr. Avenatti

10:39   2   and the computer expert be afforded a further opportunity

10:39   3   similar to the two opportunities they had before.

10:39   4          MR. FITZGERALD:  Well, Your Honor, that really

10:39   5   gets into a discovery legal issue that I think the

10:40   6   Prosecution Team would be best to address.  As I stand here,

10:40   7   the facts that I can give the Court and counsel in making

10:40   8   that determination are that we have not found any Tabs

10:40   9   information.

10:40   10         Until very, very recently we were never asked to

10:40   11  produce Tabs information using that terminology.  We found

10:40   12  other printouts that apparently contain, quote/unquote

10:40   13  "Tabs" information, but whether or not the Tabs program

10:40   14  itself or other relevant information for these particular

10:40   15  victims is in there, again, because of the recency with

10:40   16  which all this came up, I can't say for sure that there is

10:40   17  not a Tabs information in there.

10:40   18         I can tell you that the focus of our searches have

10:40   19  always been for information focused on the particular

10:41   20  victims in this particular case.  Again, we haven't found

10:41   21  anything else.  But given the complexity of a law firm's

10:41   22  files and given the size of the files, I cannot guarantee

10:41   23  that there is not still something in there that no one has

10:41   24  found to date.

10:41   25         THE COURT:  Nor can you guarantee that there is

| | |
|---|---|
| 10:41 | 1 |
| 10:41 | 2 |
| 10:41 | 3 |
| 10:41 | 4 |
| 10:41 | 5 |
| 10:41 | 6 |
| 10:41 | 7 |
| 10:41 | 8 |
| 10:41 | 9 |
| 10:41 | 10 |
| 10:41 | 11 |
| 10:41 | 12 |
| 10:41 | 13 |
| 10:41 | 14 |
| 10:42 | 15 |
| 10:42 | 16 |
| 10:42 | 17 |
| 10:42 | 18 |
| 10:42 | 19 |
| 10:42 | 20 |
| 10:42 | 21 |
| 10:42 | 22 |
| 10:42 | 23 |
| 10:42 | 24 |
| 10:42 | 25 |

not something in there?

          MR. FITZGERALD:  Again, Your Honor --

          THE COURT:  You just don't know for sure at this
time?

          MR. FITZGERALD:  I don't know for sure, Your
Honor.  That's correct.

          THE COURT:  Well, I think the government needs to
set up the servers in the manner described by Special Agent
Tashchyan and to permit the inquiry.  I'm not prepared to go
forward on the present record.  I think further inquiry is
warranted.

          Your thoughts, Mr. Avenatti.

          MR. AVENATTI:  Your Honor, I agree.  I also would
make a request that we be afforded an opportunity with our
own computer expert.  It can be under the supervision of the
government or Mr. Fitzgerald.  We would like to conduct our
own search.  I'm highly confident this information is
located within what was seized.

          The database had to be stored somewhere.  And, you
know, frankly what I'm hearing this morning is that when
they've done these word searches that word searches don't
uncover databases.  Word searches uncover e-mails and things
of that nature.

          So what I'm interested in -- I'm not interested in
getting another copy of a printout.

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 10:42 | 1  | THE COURT:  Understood.                                       |
| 10:42 | 2  | MR. AVENATTI:  I'm interested in the data in the             |
| 10:42 | 3  | database.  You can go on Google and search for the Tabs      |
| 10:42 | 4  | program and go to the company that manufactures it.  I think |
| 10:43 | 5  | it's TimeSlips.  It's otherwise known as TimeSlips.  You may  |
| 10:43 | 6  | recall Ms. Regnier mentioned TimeSlips at first.  I think it  |
| 10:43 | 7  | used to be called TimeSlips.  Now it's called Tabs.          |
| 10:43 | 8  | But the suffix for the database file I think is              |
| 10:43 | 9  | widely known.  And by suffix, what I mean is the --          |
| 10:43 | 10 | THE COURT:  Data.                                            |
| 10:43 | 11 | MR. AVENATTI:  Exactly.  So have they searched for           |
| 10:43 | 12 | that suffix?  Have they searched for the database?  Have     |
| 10:43 | 13 | they called the product support line at Tabs and said, hey,  |
| 10:43 | 14 | what are the suffix associated with your databases or your   |
| 10:43 | 15 | programs?                                                    |
| 10:43 | 16 | THE COURT:  So you're telling me that's public              |
| 10:43 | 17 | information?                                                 |
| 10:43 | 18 | MR. AVENATTI:  I believe so, yeah.  I don't think           |
| 10:43 | 19 | that this is any grand secret.  So I would like a search     |
| 10:43 | 20 | done to see if this database is there.  There is no dispute  |
| 10:43 | 21 | that we have the hard copy.  The issue is --                 |
| 10:43 | 22 | THE COURT:  Well, you have the hard copies of some          |
| 10:43 | 23 | reports that are labeled that, and yesterday the government  |
| 10:43 | 24 | made an extensive in-camera filing at --                     |
| 10:44 | 25 | MR. SAGEL:  It is only under seal, Your Honor.              |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:44 | 1 | THE COURT:  Well, there isn't any reason it can't |
| 10:44 | 2 | be provided to Mr. Avenatti. |
| 10:44 | 3 | MR. SAGEL:  He has it.  I did it under seal and -- |
| 10:44 | 4 | THE COURT:  That's fine, but does the defense have |
| 10:44 | 5 | it? |
| 10:44 | 6 | MR. SAGEL:  The 200-page -- |
| 10:44 | 7 | THE COURT:  Right. |
| 10:44 | 8 | MR. SAGEL:  Yes, he has that. |
| 10:44 | 9 | THE COURT:  That's fine. |
| 10:44 | 10 | MR. AVENATTI:  Your Honor, frankly I don't know |
| 10:44 | 11 | the relevance of all this.  It relates to a bunch of clients |
| 10:44 | 12 | that aren't at issue in this case. |
| 10:44 | 13 | THE COURT:  There are only two in that filing that |
| 10:44 | 14 | are relevant here -- |
| 10:44 | 15 | MR. AVENATTI:  Correct, and those -- |
| 10:44 | 16 | THE COURT:  -- at 737, Exhibit A to Docket 737. |
| 10:44 | 17 | There is one for Barela.  There is one for Johnson.  I think |
| 10:44 | 18 | the Barela one is the exact same thing as the trial exhibit. |
| 10:44 | 19 | I may have it backwards. |
| 10:44 | 20 | One is the exact same thing as the trial exhibit. |
| 10:44 | 21 | The other would appear to be the exact same content with |
| 10:45 | 22 | different Bates numbers.  All the rest of it relates to |
| 10:45 | 23 | other clients and doesn't answer anything. |
| 10:45 | 24 | MR. AVENATTI:  I agree.  And they all say intro |
| 10:45 | 25 | statement on it in addition to draft.  So the issue of |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:45 | 1 | course is do they reflect the most current data as reflected |
| 10:45 | 2 | in the database.  That's what we're trying to answer. |
| 10:45 | 3 | THE COURT:  Right. |
| 10:45 | 4 | MR. AVENATTI:  And so -- |
| 10:45 | 5 | THE COURT:  Let me hear from Mr. Sagel at this |
| 10:45 | 6 | point. |
| 10:45 | 7 | MR. SAGEL:  Your Honor, I'm going to go back to |
| 10:45 | 8 | Mr. Fitzgerald, that he might need to clarify.  I guess our |
| 10:45 | 9 | point and the purpose of that under-seal attachment as well |
| 10:45 | 10 | as our filing from a year ago, which is Docket 195 -- |
| 10:45 | 11 | THE COURT:  The two trial exhibits that attached |
| 10:45 | 12 | by the government to docket filing at 195.  I believe that |
| 10:45 | 13 | in terms of what you have, you have done an adequate search |
| 10:46 | 14 | and I accept for present purposes that the government |
| 10:46 | 15 | doesn't have the Tabs program or the Tabs database. |
| 10:46 | 16 | It doesn't answer my bottom-line question:  Was it |
| 10:46 | 17 | part of a set of documents seized?  I think that's the |
| 10:46 | 18 | question I need to answer. |
| 10:46 | 19 | MR. SAGEL:  And I don't dispute that part.  I |
| 10:46 | 20 | guess the only thing that I'm trying to add to the equation |
| 10:46 | 21 | is why is it coming up now and not for the -- |
| 10:46 | 22 | THE COURT:  Sir, I don't care that it comes to a |
| 10:46 | 23 | fine point here.  There is no question that many, many times |
| 10:46 | 24 | Mr. Avenatti has challenged the sufficiency of the |
| 10:46 | 25 | government's production in terms of various documents. |

10:46  1    Granted, it's late in the day, but I don't think anybody can

10:46  2    dispute that it is an essential question to answer.

10:47  3             One of the major parts of the government's showing

10:47  4    is documentary financial data.  We need to know whether all

10:47  5    that has been produced.  You answered all the questions you

10:47  6    can answer.  I still have questions for the Taint Team.

10:47  7             MR. SAGEL:  Understood.  So the next question that

10:47  8    I hypothetically am posing to Mr. Fitzgerald -- and I don't

10:47  9    know the answer to this because I wasn't involved, and

10:47  10   obviously that's part of the equation.

10:47  11            THE COURT:  Right.

10:47  12            MR. SAGEL:  -- is whether or not there was ever

10:47  13   any kind of file path tree or some kind of a description of

10:47  14   what's there that was provided either to have or provided to

10:47  15   the defense so that it's a known quantity of what is in the

10:47  16   server files, file path, data, what have you.

10:48  17            THE COURT:  Well, I think I have outlined where we

10:48  18   need to go, and I expect the government to work over the

10:48  19   weekend and be back here -- what time do we have in the

10:48  20   morning Monday?

10:48  21            THE CLERK:  Our first hearing is at 10:00.

10:48  22            THE COURT:  Okay.  We're going to adjourn until

10:48  23   10:30.  I direct the government to take what steps are

10:48  24   necessary as described by Mr. Tashchyan yesterday to put the

10:48  25   system in operation solely for the search, and that

| | | |
|---|---|---|
| 10:48 | 1 | Mr. Avenatti be afforded an opportunity with the government |
| 10:48 | 2 | fully present and with any expert he wishes to have there to |
| 10:48 | 3 | either direct the government person, the government |
| 10:48 | 4 | specialist, to make the searches or -- well, to direct the |
| 10:48 | 5 | government person to make such searches. |
| 10:49 | 6 | He might reasonably request to answer the |
| 10:49 | 7 | question:  As part of the documents captured, was the Tabs |
| 10:49 | 8 | program captured?  Was the Tabs database captured? |
| 10:49 | 9 | So, you know, you may have to work over the |
| 10:49 | 10 | weekend.  And if so, so be it.  We will adjourn again at |
| 10:49 | 11 | 10:30 on Monday. |
| 10:49 | 12 | MR. AVENATTI:  And, Your Honor, we will make |
| 10:49 | 13 | ourselves available as soon as it's -- I mean, this is |
| 10:49 | 14 | obviously a priority.  We're in the middle of trial.  We |
| 10:49 | 15 | will do whatever we need to do to get there and conduct this |
| 10:49 | 16 | examination with our computer expert. |
| 10:49 | 17 | In the meantime, we will try to find out what we |
| 10:49 | 18 | can from a public nature.  I don't think that this should |
| 10:49 | 19 | be, you know, frankly that hard to answer, but hopefully we |
| 10:49 | 20 | will get some answers on Monday morning. |
| 10:49 | 21 | THE COURT:  Well, the system has to be set up. |
| 10:49 | 22 | MR. AVENATTI:  Agreed. |
| 10:49 | 23 | THE COURT:  I mean, it just isn't set up with the |
| 10:49 | 24 | wave of a hand.  Mr. Tashchyan described the process. |
| 10:50 | 25 | MR. AVENATTI:  And there was a reason why I had |

10:50  1   him describe it.

10:50  2           THE COURT:  Right.  That's fine.

10:50  3           MR. AVENATTI:  It was largely for the benefit of

10:50  4   the Court and the parties as opposed to the jury.  But

10:50  5   that's another issue.

10:50  6           I just want to be clear.  Your Honor's position is

10:50  7   we're going to get an answer to this, and then we'll deal

10:50  8   with whatever other arguments or issues that may flow from

10:50  9   that?

10:50  10          THE COURT:  Right.

10:50  11          MR. AVENATTI:  So I'm not going to make any

10:50  12  argument as to any other issues right now.

10:50  13          THE COURT:  They're not invited.

10:50  14          MR. AVENATTI:  Thank you.

10:50  15          MR. FITZGERALD:  Your Honor, if I could return to

10:50  16  a point I made earlier.  If we could, to assist in getting

10:50  17  things set up and to have this go as expeditiously as

10:50  18  possible, if we could get information from the defense about

10:50  19  how it operated when the system was operating.  And maybe

10:50  20  Ms. Regnier would know it the best.

10:50  21          But for purposes to the extent the defense has

10:50  22  within its own resources information about what this was,

10:50  23  how it was accessed, when it was purchased, anything really

10:51  24  to potentially help move this process along.

10:51  25          THE COURT:  Well, I direct you to make yourself

```
10:51   1    available to address those questions this afternoon,
10:51   2    Mr. Avenatti.
10:51   3              MR. AVENATTI:  Most certainly, Your Honor, to the
10:51   4    extent that I know the answers.
10:51   5              THE COURT:  Well, I appreciate that.
10:51   6              MR. AVENATTI:  The witness that's most
10:51   7    knowledgeable is the witness who has now filed a motion to
10:51   8    quash the subpoena, Ms. Witos, probably.
10:51   9              But I will tell them anything I know because it's
10:51   10   in my best interest to get to the bottom of it.
10:51   11             THE COURT:  It's in the best interest of all of us
10:51   12   to get this critical question answered.
10:51   13             MR. AVENATTI:  Agreed.
10:51   14             MR. SAGEL:  I just want to clarify one point.
10:51   15   Your Honor said the government will be fully present.  Are
10:51   16   you expecting both --
10:51   17             THE COURT:  No, no, no, the Taint Team, the
10:51   18   Privilege Review Team.
10:51   19             MR. SAGEL:  I just wanted to be sure of that.
10:51   20             THE COURT:  Thank you for the clarification.
10:51   21             I can't go any further until this question is
10:51   22   answered.  The Jencks and Brady issues as they relate to
10:52   23   Mr. Drum depend in large part on the answer to this
10:52   24   question.
10:52   25             With regard to Mr. Amenta, I think I have already
```

| | | |
|---|---|---|
| 10:52 | 1 | indicated that I'm not going to provide relief with respect |
| 10:52 | 2 | to that, particularly given that the key document -- the key |
| 10:52 | 3 | substantive being that the document that points out the |
| 10:52 | 4 | errors in the chart 457 has been available.  I'm convinced |
| 10:52 | 5 | under the case law that short of striking his testimony, |
| 10:52 | 6 | making him available for further examination on that |
| 10:52 | 7 | document.. |
| 10:52 | 8 | But that still leaves the issue with Mr. Drum. |
| 10:52 | 9 | I'm not going to address Mr. Drum until I know the answer to |
| 10:52 | 10 | these questions. |
| 10:53 | 11 | Does everybody have their marching orders? |
| 10:53 | 12 | MR. AVENATTI:  Yes, sir. |
| 10:53 | 13 | MR. FITZGERALD:  Yes, Your Honor. |
| 10:53 | 14 | THE COURT:  10:30 on Monday. |
| 10:53 | 15 | Anything further? |
| 10:53 | 16 | MR. AVENATTI:  One request, Your Honor.  To the |
| 10:53 | 17 | extent that there has been any requests made by the |
| 10:53 | 18 | Prosecution Team to the Taint Team for production of |
| 10:53 | 19 | documents during the case, I would ask that those be |
| 10:53 | 20 | submitted in camera to Your Honor. |
| 10:53 | 21 | And the reason is because it goes directly to the |
| 10:54 | 22 | question of access and availability, and so I would make |
| 10:54 | 23 | that request. |
| 10:54 | 24 | MR. FITZGERALD:  Your Honor, I can answer that |
| 10:54 | 25 | now.  They have been no requests, and we have not produced |

10:54  1  anything.  I have not been involved in the trial at all

10:54  2  other than reading media reports and yesterday when the

10:54  3  Court's request to be down here was conveyed to me.

10:54  4         THE COURT:  If need be, I suppose we could set up

10:54  5  an emergency session of court one way or another if you have

10:54  6  any problems over the weekend.

10:54  7         So Ms. Bredahl will give you the information.  I

10:54  8  want this to move along.  I don't want any stumbling blocks

10:54  9  requiring any further direction from the Court.

10:54  10        MR. SAGEL:  And just to make sure that either the

10:55  11  prosecution side or the Taint Team side doesn't run afoul of

10:55  12  any rules, if there is anything that they do find, are they

10:55  13  allowed, if they're producing it to the defense, allowed to

10:55  14  produce it to the government at that time as well?

10:55  15        THE COURT:  If the Taint Team thinks it's

10:55  16  appropriate to produce just as part of their review and

10:55  17  found it appropriate to provide to the Prosecution Team

10:55  18  millions of documents -- if the Taint Team comes across

10:55  19  additional documents that the Taint Team believes fall in

10:55  20  that category, they are free to pass them on to the

10:55  21  government, the Prosecution Team.

10:55  22        MR. SAGEL:  Understood.  Thank you, Your Honor.

10:55  23        THE COURT:  Okay.  Then we will be adjourned.

10:55  24        MR. SAGEL:  Your Honor, are we going to go over

10:55  25  jury instructions this morning as well?

| 10:55 | 1 | THE COURT:  I want to get this out of the way. |
| 10:56 | 2 | When I'm insisting on people working over the weekend -- |
| 10:56 | 3 | we're on day 22 with this jury.  The trial is delayed until |
| 10:56 | 4 | Tuesday.  I want to get this issue resolved by Tuesday so |
| 10:56 | 5 | that we know where we are and if further production is |
| 10:56 | 6 | necessary so we can proceed.  I want to get this question |
| 10:56 | 7 | answered.  Preserving this jury is a major concern to me. |
| 10:56 | 8 | MR. AVENATTI:  Understood, Your Honor. |
| 10:56 | 9 | Have a nice weekend.  Thank you. |
| 10:56 | 10 | (Proceedings adjourned at 10:56 a.m.) |
| 10:56 | 11 | *   *   * |
| 10:56 | 12 | |
| 10:56 | 13 | |
| 10:56 | 14 | |
| 10:56 | 15 | |
| 10:56 | 16 | |
| 10:56 | 17 | |
| 10:56 | 18 | |
| 10:56 | 19 | |
| 10:56 | 20 | |
| 10:56 | 21 | |
| 10:56 | 22 | |
| 10:56 | 23 | |
| 10:56 | 24 | |
| 10:56 | 25 | |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
10:56   1
10:56   2
10:56   3
10:56   4                        CERTIFICATE
10:56   5
10:56   6           I hereby certify that pursuant to Section 753,
10:56   7   Title 28, United States Code, the foregoing is a true and
10:56   8   correct transcript of the stenographically reported
10:56   9   proceedings held in the above-entitled matter and that the
10:56   10  transcript page format is in conformance with the
10:56   11  regulations of the Judicial Conference of the United States.
10:56   12
10:56   13  Date:  August 20, 2021
10:56   14
10:56   15
10:56                         /s/   Sharon A. Seffens  8/20/21
10:56   16                    _____
10:56                         SHARON A. SEFFENS, U.S. COURT REPORTER
10:56   17
        18
        19
        20
        21
        22
        23
        24
        25
```

MR. AVENATTI: [21]
MR. FITZGERALD: [13]  3/13 3/24 5/6 5/18
6/3 7/4 7/20 8/4 9/2 9/5 15/15 17/13 17/24
MR. SAGEL: [14]  3/5 10/25 11/3 11/6 11/8
12/7 12/19 13/7 13/12 16/14 16/19 18/10
18/22 18/24
THE CLERK: [2]  3/3 13/21
THE COURT: [43]

**/**
/s [1]  20/15

**0**
0870 [1]  1/21

**1**
1-1053 [1]  1/20
1053 [1]  1/20
107 [1]  2/16
10:00 [1]  13/21
10:30 [4]  3/1 13/23 14/11 17/14
10:56 [1]  19/10
1100 [1]  2/7
195 [2]  12/10 12/12

**2**
2.9 million [1]  5/12
20 [3]  1/17 3/1 20/13
200-page [1]  11/6
2019 [1]  6/6
2021 [3]  1/17 3/1 20/13
21 [1]  20/15
213 [1]  2/8
22 [1]  19/3
24 [1]  1/12
28 [1]  20/7

**3**
312 [1]  2/7
338-3598 [1]  2/12
3598 [1]  2/12

**4**
411 [2]  1/20 2/11
457 [1]  17/4
481-4900 [1]  2/17
4900 [1]  2/17
4th [1]  1/20

**5**
543-0870 [1]  1/21

**6**
6683 [1]  2/8

**7**
714 [2]  1/21 2/12
737 [2]  11/16 11/16
753 [1]  20/6

**8**
8/20/21 [1]  20/15
8000 [1]  2/11
894-6683 [1]  2/8

**9**
90012 [1]  2/8
92672 [1]  2/16
92701 [2]  1/20 2/11
949 [1]  2/17

**A**
a.m [2]  3/1 19/10
about [7]  3/25 5/15 5/20 6/5 7/7 15/18 15/22
above [1]  20/9
above-entitled [1]  20/9
accept [1]  12/14
access [1]  17/22

accessed [3]  4/20 6/6 15/23
accommodation [1]  6/23
According [1]  4/21
across [1]  18/18
add [1]  12/20
addition [2]  5/24 11/25
additional [1]  18/19
address [1]  8/6 16/1 17/9
adequate [1]  12/13
adjourn [2]  13/22 14/10
adjourned [2]  18/23 19/10
ADVISORY [1]  2/15
afforded [4]  6/20 8/2 9/14 14/1
aful [1]  18/11
after [1]  3/25
afternoon [2]  3/25 16/1
again [11]  4/9 5/9 5/19 5/23 6/3 6/12 7/22
8/15 8/20 9/2 14/10
agent [5]  6/13 6/21 7/2 7/15 9/8
agents [2]  5/2 6/11
ago [1]  13/21
agree [2]  9/13 11/24
Agreed [2]  14/22 16/13
ALEXANDER [2]  2/5 3/6
all [11]  4/7 4/11 7/17 8/16 11/11 11/22 11/24
13/4 13/5 16/11 18/1
allow [1]  7/1
allowed [2]  18/13 18/13
alone [1]  4/5
along [2]  15/24 18/8
already [1]  16/25
also [1]  9/13
always [1]  8/19
am [1]  13/8
Amenta [1]  16/25
AMERICA [2]  1/9 3/4
among [2]  5/4 6/2
Ana [4]  1/16 1/20 2/11 3/1
Angeles [1]  2/8
another [4]  7/1 9/25 15/5 18/5
answer [14]  7/1 11/23 12/2 12/16 12/18 13/2
13/6 13/9 14/6 14/19 15/7 16/23 17/9 17/24
answered [4]  13/5 16/12 16/22 19/7
answers [2]  14/20 16/4
any [17]  3/7 4/12 5/16 8/1 8/8 10/19 11/1
13/13 14/2 15/11 15/12 16/21 17/17 18/6 18/8
18/9 18/12
anybody [1]  13/1
anything [10]  4/5 5/22 6/5 8/21 11/23 15/23
16/9 17/15 18/5 18/7
apparently [2]  4/3 8/12
appear [1]  11/21
APPEARANCES [1]  2/1
appears [1]  3/20
appreciate [1]  16/5
appropriate [2]  18/16 18/17
are [19]  4/3 4/19 4/21 4/25 5/2 5/18 6/2 6/2
8/8 10/14 10/23 11/13 11/14 13/23 16/15
18/12 18/20 18/24 19/5
aren't [1]  11/12
argument [1]  15/12
arguments [1]  15/8
as [35]
ask [1]  17/19
asked [2]  3/18 8/10
assist [1]  15/16
assistance [1]  6/20
Assistant [3]  2/4 2/6 2/10
associated [1]  10/14
attached [1]  12/11
attachment [1]  12/9
Attorney [5]  2/3 2/4 2/6 2/10 3/8
attorneys [1]  6/11
August [3]  1/17 3/1 20/13
availability [1]  17/22
available [6]  7/8 7/14 14/13 16/1 17/4 17/6
AVENATTI [12]  1/11 2/14 3/4 3/15 5/12 6/20
8/1 9/12 11/2 11/12 14/1 16/2
Avenida [1]  2/16

aware [2]  5/18 6/18

**B**
back [5]  3/7 6/16 7/25 12/7 13/19
backwards [1]  11/19
Barela [2]  11/17 11/18
based [3]  4/3 4/13 5/19
basically [1]  6/22
Bates [1]  11/22
be [35]
because [5]  7/8 8/15 13/9 16/9 17/21
been [6]  6/22 7/19 7/20 8/19 13/5 17/4 17/17
17/25 18/1
before [1]  8/3
begin [1]  3/18
behalf [1]  3/6
being [1]  17/3
believe [2]  10/18 12/12
believes [1]  18/19
benefit [1]  15/3
best [6]  6/15 8/6 15/20 16/10 16/11
blocks [1]  18/8
both [1]  16/16
bottom [2]  12/16 16/10
bottom-line [1]  12/16
Brady [1]  16/22
BRANDON [1]  2/4
Bredahl [1]  18/7
BRETT [2]  2/9 3/5
Building [1]  2/10
bunch [1]  11/11

**C**
CA [4]  1/20 2/8 2/11 2/16
CALIFORNIA [3]  1/5 1/16 3/1
called [4]  6/5 10/7 10/7 10/13
came [1]  8/16
camera [2]  10/24 17/20
can [14]  3/7 4/20 7/1 7/13 8/7 8/18 8/25 9/15
10/3 13/1 13/6 14/18 17/24 19/6
can't [5]  5/6 7/22 8/16 11/1 16/21
cannot [1]  8/22
capability [1]  4/18
captured [4]  6/22 14/7 14/8 14/8
care [1]  12/22
case [8]  4/16 4/20 5/2 5/3 8/20 11/12 17/5
17/19
category [1]  18/20
Cefali [1]  3/16
CENTRAL [1]  1/5
certainly [1]  16/3
CERTIFICATE [1]  20/4
CERTIFIED [1]  1/9
certify [1]  20/6
challenged [1]  12/24
chart [1]  17/4
checked [1]  4/6
Chief [1]  2/5
clarification [1]  16/20
clarify [2]  12/8 16/14
clear [1]  15/6
Clemente [1]  2/16
clients [5]  4/12 4/22 4/25 11/11 11/23
Code [1]  20/7
collection [2]  5/16 6/23
come [1]  3/19
comes [2]  12/22 18/18
coming [2]  3/11 12/21
company [1]  10/4
complexity [1]  8/21
computer [5]  6/13 7/6 8/2 9/15 14/16
concern [1]  19/7
conduct [2]  9/16 14/15
Conference [1]  20/11
confident [1]  9/17
conformance [1]  20/10
consisting [1]  6/21
constitute [2]  5/17 6/1
contact [1]  6/12

**C**

contain [1] 8/12
content [1] 11/21
conveyed [1] 18/3
convinced [1] 17/4
copies [1] 10/22
copy [2] 9/25 10/21
correct [3] 9/6 11/15 20/8
could [12] 4/13 5/13 5/19 6/9 6/11 6/12 7/11
7/17 15/15 15/16 15/18 18/4
counsel [4] 2/1 2/15 7/11 8/7
course [1] 12/1
court [1] 1/4 3/7 7/5 7/7 7/23 8/7 15/4 18/5
18/9 20/16
Court's [2] 3/25 18/3
Courthouse [2] 1/19 2/7
Criminal [1] 2/5
critical [1] 16/12
Cummings [1] 3/16
current [1] 12/1

**D**

D.C [1] 6/16
data [8] 3/20 4/3 4/6 10/2 10/10 12/1 13/4
13/16
database [18] 4/11 4/14 4/21 5/2 5/17 6/2
6/16 6/18 6/21 7/3 9/19 10/3 10/8 10/12 10/20
12/2 12/15 14/8
databases [2] 9/22 10/14
date [3] 7/7 8/24 20/13
day [3] 1/12 13/1 19/3
deal [1] 15/7
DEAN [3] 2/15 2/15 3/15
deemed [1] 5/1
defendant [3] 1/12 2/13 7/10
defense [9] 4/13 4/15 6/5 7/11 11/4 13/15
15/18 15/21 18/13
definitive [1] 7/1
definitively [1] 5/25
degree [1] 4/20
delayed [1] 19/3
depend [1] 16/23
describe [1] 15/1
described [3] 9/8 13/24 14/24
description [1] 13/13
detailed [1] 7/18
determination [1] 8/8
determine [1] 5/25
did [6] 4/4 4/5 5/9 5/24 6/25 11/3
didn't [1] 5/22
different [1] 11/22
direct [5] 8/1 13/23 14/3 14/4 15/25
direction [1] 18/9
directly [1] 17/21
directs [1] 7/6
discovery [1] 8/5
dispute [3] 10/20 12/19 13/2
DISTRICT [2] 1/4 1/5
DIVISION [2] 1/6 2/5
do [12] 4/18 4/23 5/20 5/24 6/24 7/5 7/12 12/1
13/19 14/15 14/15 18/17
docket [3] 11/16 12/10 12/12
document [3] 17/2 17/3 17/7
documentary [1] 13/4
documents [17] 3/21 4/1 4/7 4/11 4/15 4/19
4/22 5/5 5/16 6/1 6/2 12/17 12/25 14/7 17/19
18/18 18/19
does [2] 11/4 17/11
doesn't [4] 11/23 12/15 12/16 18/11
don't [15] 6/9 7/7 7/13 7/21 9/3 9/5 9/21 10/18
11/10 12/19 12/22 13/1 13/8 14/18 18/8
done [4] 7/19 9/21 10/20 12/13
down [4] 3/11 3/19 7/2 18/3
downloaded [1] 7/10
draft [1] 11/25
Drum [3] 16/23 17/8 17/9
during [1] 17/19

**E**

e-mails [1] 9/22
Eagan [1] 5/12
earlier [1] 15/16
either [4] 4/9 13/14 14/3 18/10
else [2] 6/5 8/21
emergency [1] 18/5
entitled [1] 20/9
entries [1] 6/1
equation [2] 12/20 13/10
errors [1] 17/4
essential [1] 13/2
ever [1] 13/2
everybody [1] 17/11
everything [1] 4/16
exact [1] 11/18 11/20 11/21
Exactly [1] 10/11
examination [2] 14/16 17/6
exhibit [3] 11/16 11/18 11/20
Exhibit A [1] 11/16
exhibits [5] 4/2 4/7 4/10 5/23 12/11
expect [1] 13/18
expecting [1] 16/16
expeditiously [2] 7/5 15/17
expert [5] 6/16 8/2 9/15 14/2 14/16
explanation [2] 3/20 7/18
extensive [1] 10/24
extent [3] 15/21 16/4 17/17

**F**

facts [1] 8/7
fall [1] 18/19
far [3] 4/13 4/22 5/14
Federal [1] 2/10
fell [1] 4/5
file [4] 6/7 10/8 13/13 13/16
filed [1] 16/7
files [3] 5/12 8/22 8/22 13/16
filing [4] 10/24 11/13 12/10 12/12
financial [1] 13/4
find [6] 4/4 4/5 5/9 5/22 14/17 18/12
fine [3] 11/4 11/9 12/23 15/2
firm [3] 5/8 5/12 6/7
firm's [1] 6/7
first [3] 5/15 10/6 13/21
Fitzgerald [7] 3/9 3/11 3/19 3/23 9/16 12/8
13/8
flow [1] 15/8
focus [1] 8/18
focused [1] 8/18
foregoing [1] 20/7
format [1] 20/10
forward [2] 3/7 9/10
found [7] 4/1 5/23 8/8 8/11 8/20 8/24 18/17
Fourth [1] 2/11
FOX [1] 2/4
frankly [5] 9/20 11/10 14/19
Frauds [1] 2/6
free [1] 18/20
FRIDAY [1] 3/1
fully [2] 14/2 16/15
further [6] 8/2 9/10 16/21 17/6 17/15 18/9
19/5

**G**

gave [1] 7/18
general [2] 5/7 5/8
get [10] 7/1 14/15 14/20 15/7 15/18 16/10
16/12 19/1 19/4 19/6
gets [1] 8/5
getting [3] 7/9 9/25 15/16
give [3] 7/7 8/7 18/7
given [3] 8/21 8/22 17/2
go [9] 7/25 9/9 10/3 10/4 12/7 13/18 15/17
16/21 18/24
goes [1] 17/21
going [5] 12/7 13/22 15/7 15/11 17/1 17/9
18/24
Good [5] 3/5 3/10 3/13 3/14 3/17

**Google [1]** 10/3
government [18] 2/6 2/8 4/21 6/5 6/7 7/9 7/16
10/23 12/12 12/14 13/18 13/23 14/1 14/3 14/23
14/5 16/15 18/14 18/21
government's [2] 12/25 13/3
grand [1] 10/19
Granted [1] 13/1
guarantee [2] 8/22 8/25
guess [2] 12/8 12/20
guidance [1] 5/20

**H**

had [5] 5/20 6/22 8/3 9/19 14/25
hand [1] 14/24
HANNA [1] 2/3
hard [1] 10/21 10/22 14/19
has [12] 7/19 7/20 8/23 11/3 11/8 12/24 13/5
14/21 15/21 16/7 17/4 17/17
have [35]
haven't [1] 8/20
he [7] 3/7 7/18 11/3 11/8 12/8 14/2 14/6
head [1] 3/9
hear [1] 12/5
heard [1] 5/15
hearing [2] 9/20 13/21
held [2] 20/9
help [1] 15/24
helpful [1] 6/4
here [6] 7/23 8/6 11/14 12/23 13/19 18/3
hereby [1] 20/6
hey [1] 10/13
highly [1] 9/17
him [6] 6/15 7/21 15/1 17/6
his [1] 17/5
Honor [28]
Honor's [1] 15/6
HONORABLE [1] 1/8
hopefully [1] 14/19
how [5] 6/5 7/13 7/23 15/19 15/23
hypothetically [1] 13/8

**I**

I'm [13] 9/9 9/17 9/20 9/24 9/24 10/2 12/7
12/20 15/11 17/1 17/4 17/9 19/2
identical [1] 4/9
identified [1] 4/2
indicated [1] 17/1
information [13] 5/8 7/14 8/9 8/11 8/13 8/14
8/17 8/19 9/17 10/17 15/18 15/22 18/7
informed [1] 3/25
inherent [1] 7/9
inquiry [2] 9/9 9/10
insisting [1] 19/2
instructions [1] 18/25
interest [2] 16/10 16/11
interested [5] 9/24 9/24 10/2
interim [3] 4/2 4/25 5/23
intro [1] 11/24
invited [1] 15/13
involved [2] 13/9 18/1
IRS [1] 6/12
is [44]
isn't [3] 5/7 11/1 14/23
issue [7] 8/5 10/21 11/12 11/25 15/5 17/8
19/4
issue is [1] 10/21
issues [4] 7/9 15/8 15/12 16/22
it [42]
it's [15] 5/14 7/18 10/5 10/5 10/7 13/1 13/5
14/13 16/9 16/11 18/15
Item [1] 3/3
its [1] 15/22
itself [5] 5/4 5/25 8/14

**J**

JAMES [1] 1/8
Jencks [1] 16/22
JOHN [3] 1/11 2/14 3/4
Johnson [1] 11/17

**J**

**JUDGE [1]**  1/8
**Judicial [1]**  20/11
**jury [5]**  3/2 15/4 18/25 19/3 19/7
**just [10]**  5/21 7/8 7/13 9/3 14/23 15/6 16/14 16/19 18/10 18/16
**JVS [2]**  1/11 3/3

**K**

**key [2]**  17/2 17/2
**kind [2]**  13/13 13/13
**know [24]**
**knowledgeable [1]**  16/7
**known [3]**  10/5 10/9 13/15

**L**

**labeled [1]**  10/23
**large [1]**  16/23
**largely [1]**  15/3
**late [1]**  13/1
**law [4]**  2/15 5/12 8/21 17/5
**leaves [1]**  17/8
**ledger [1]**  5/8
**legal [1]**  8/5
**legally [1]**  4/19
**Let [1]**  12/5
**Let's [1]**  3/18
**like [4]**  5/13 5/21 9/16 10/19
**line [2]**  10/13 12/16
**list [1]**  6/7
**litigation [1]**  4/23
**located [1]**  9/18
**logistical [1]**  7/9
**long [2]**  7/13 7/23
**look [3]**  5/21 6/12 7/11
**looked [2]**  14/11 5/14 5/21
**Los [1]**  2/8

**M**

**made [4]**  7/14 10/24 15/16 17/17
**mails [1]**  9/22
**maintained [1]**  3/21
**major [3]**  2/6 13/3 19/7
**make [9]**  6/25 9/14 14/4 14/5 14/12 15/11 15/25 17/22 18/10
**making [2]**  8/7 17/6
**manner [1]**  9/8
**manufactures [1]**  10/4
**many [2]**  12/23 12/23
**marching [1]**  17/11
**material [2]**  6/18 7/9
**matter [1]**  20/9
**may [4]**  10/5 11/19 14/9 15/8
**maybe [1]**  15/19
**me [4]**  10/16 12/5 18/3 19/7
**mean [3]**  10/9 14/13 14/23
**meantime [1]**  14/17
**media [1]**  18/2
**member [1]**  4/10
**members [1]**  6/10
**mentioned [1]**  10/6
**MICHAEL [4]**  1/11 2/14 3/4 3/14
**middle [1]**  14/14
**might [4]**  6/9 7/16 12/8 14/6
**million [1]**  5/12
**millions [1]**  18/18
**Miramar [1]**  2/16
**Monday [4]**  13/20 14/11 14/20 17/14
**more [1]**  5/20
**morning [10]**  3/5 3/10 3/12 3/13 3/14 3/17 9/20 13/20 14/20 18/25
**most [4]**  6/4 12/1 16/3 16/6
**motion [2]**  3/18 16/7
**move [3]**  3/7 15/24 18/8
**Mr. [21]**
**Mr. Amenta [1]**  16/25
**Mr. Avenatti [7]**  6/20 8/1 9/12 11/2 12/24 14/1 16/2
**Mr. Dean [1]**  3/15

**Mr. Drum [3]**  16/23 17/8 17/9
**Mr. Fitzgerald [6]**  3/9 4/8 6/23 9/16 12/23 13/8
**Mr. Sagel [1]**  12/5
**Mr. Tashchyan [2]**  13/24 14/24
**Ms [3]**  10/6 15/20 16/8
**Ms. [2]**  3/16 18/7
**Ms. Bredahl [1]**  18/7
**Ms. Cummings-Cefali [1]**  3/16
**my [3]**  7/25 12/16 16/10

**N**

**nature [2]**  9/23 14/18
**necessarily [1]**  6/11
**necessary [2]**  13/24 19/6
**need [6]**  12/8 12/18 13/4 13/18 14/15 18/4
**needs [1]**  9/7
**never [2]**  5/13 8/10
**next [1]**  13/7
**nice [1]**  19/9
**NICOLA [1]**  2/3
**no [7]**  8/23 10/20 12/23 16/17 16/17 16/17 17/25
**North [1]**  2/7
**not [32]**
**nothing [1]**  4/23
**now [5]**  10/7 12/21 15/12 16/7 17/25
**numbers [2]**  4/13 11/22

**O**

**obviously [4]**  7/4 7/12 13/10 14/14
**occasions [1]**  6/19
**OFFICES [1]**  2/15
**Okay [2]**  13/22 18/23
**Once [1]**  4/9
**one [9]**  8/23 11/7 11/17 11/18 11/20 13/3 16/14 17/16 18/5
**only [3]**  10/25 11/13 12/20
**operated [1]**  15/19
**operating [1]**  15/19
**operation [1]**  13/25
**opportunities [1]**  8/3
**opportunity [5]**  6/20 7/2 8/2 9/14 14/1
**opposed [1]**  15/4
**orders [1]**  17/11
**other [10]**  4/21 4/22 4/25 8/12 8/14 11/21 11/23 15/8 15/12 18/2
**otherwise [1]**  10/5
**our [8]**  6/16 8/18 9/14 9/16 12/8 12/10 13/21 14/16
**ourselves [1]**  14/13
**out [3]**  14/17 17/3 19/1
**outlined [2]**  7/15 13/17
**over [5]**  13/18 14/9 18/6 18/24 19/2
**own [3]**  9/15 9/17 15/22

**P**

**page [2]**  11/6 20/10
**parameter [1]**  4/6
**part [8]**  4/20 5/2 12/17 12/19 13/10 14/7 16/23 18/16
**particular [3]**  8/14 8/19 8/20
**particularly [1]**  17/2
**parties [1]**  15/4
**parts [1]**  13/3
**pass [1]**  18/20
**path [2]**  13/13 13/16
**Patrick [1]**  3/8
**people [1]**  19/2
**permit [1]**  9/9
**person [2]**  14/3 14/5
**Plaintiff [2]**  1/10 2/2
**point [6]**  6/4 12/6 12/9 12/23 15/16 16/14
**pointed [1]**  6/8
**points [1]**  17/3
**posing [1]**  13/8
**position [1]**  15/18
**possible [2]**  7/5 15/18
**potentially [1]**  15/24

**prepared [1]**  9/9
**present [6]**  3/12 3/16 3/17 12/14 14/22 18/15
**Preserving [1]**  19/7
**PRESIDING [1]**  1/8
**printout [1]**  9/25
**printouts [2]**  4/24 8/12
**priority [1]**  14/14
**Privilege [3]**  3/9 6/10 16/18
**PRO [1]**  2/14
**probably [2]**  6/15 16/8
**problems [1]**  18/6
**proceed [1]**  19/6
**proceedings [3]**  1/15 19/10 20/9
**process [3]**  7/22 14/24 15/24
**produce [3]**  8/11 18/14 18/16
**produced [5]**  4/12 5/7 6/6 13/5 17/25
**producing [1]**  18/13
**product [1]**  10/13
**production [3]**  12/25 17/18 19/5
**proffer [1]**  6/4
**program [7]**  5/4 5/17 5/25 8/13 10/4 12/15 14/8
**programs [1]**  10/15
**prosecution [6]**  3/22 8/6 17/18 18/11 18/17 18/21
**provide [2]**  17/1 18/17
**provided [5]**  3/19 3/21 11/2 13/14 13/14
**public [2]**  10/16 14/18
**purchased [1]**  15/23
**purpose [1]**  12/9
**purposes [5]**  5/3 12/14 15/21
**pursuant [1]**  20/6
**put [2]**  13/24

**Q**

**quantity [1]**  13/15
**quash [1]**  16/8
**query [1]**  7/2
**question [12]**  7/25 12/16 12/18 12/23 13/2 13/7 14/7 16/12 16/21 16/24 17/22 19/6
**questions [4]**  13/5 13/6 16/1 17/10
**quickly [1]**  7/12
**quote [2]**  5/22 8/12
**quote/unquote [2]**  5/22 8/12

**R**

**ran [2]**  3/24 4/4
**reading [1]**  18/2
**ready [1]**  7/23
**Reagan [1]**  2/10
**really [2]**  8/4 15/23
**reason [4]**  8/1 11/1 14/25 17/21
**reasonably [1]**  14/6
**recall [1]**  13/6
**recency [1]**  8/15
**recently [1]**  8/10
**reconstruct [1]**  7/17
**record [2]**  7/19 9/10
**reflect [1]**  12/1
**reflected [1]**  12/1
**regard [2]**  4/15 16/25
**Regnier [2]**  10/6 15/20
**regulations [1]**  20/11
**relate [2]**  4/22 16/22
**related [2]**  4/8 4/12
**relates [2]**  11/11 11/22
**relating [1]**  4/16
**relativity [1]**  6/16
**relevance [1]**  11/11
**relevant [5]**  5/1 6/12 7/14 8/14 11/14
**relief [1]**  17/1
**reported [1]**  20/8
**REPORTER [1]**  20/16
**REPORTER'S [1]**  1/15
**reports [5]**  4/2 4/25 5/23 10/23 18/2
**request [6]**  4/1 9/14 14/6 17/16 17/23 18/3
**requests [2]**  17/17 17/25
**required [1]**  6/24
**requiring [1]**  18/9

**R**

resolved [1] 19/4
resources [1] 15/22
respect [1] 17/1
rest [1] 11/22
return [1] 15/15
review [5] 3/9 6/11 6/21 16/18 18/16
reviewed [1] 7/24
right [6] 11/7 12/3 13/11 15/2 15/10 15/12
Ronald [1] 2/10
RPR [1] 1/19
rules [1] 18/12
run [1] 18/11

**S**

SACR [2] 1/11 3/3
SACR-19-00061-JVS [2] 1/11 3/3
SAGEL [3] 2/9 3/5 12/5
said [3] 7/22 10/13 16/15
same [3] 11/18 11/20 11/21
San [1] 2/16
Santa [4] 1/16 1/20 2/11 3/1
say [6] 5/6 5/11 5/21 7/6 8/16 11/24
SE [1] 2/14
seal [3] 10/25 11/3 12/9
search [8] 4/5 4/18 7/17 9/17 10/3 10/19
12/13 13/25
searched [5] 5/9 7/10 10/11 10/12
searches [8] 3/24 5/19 8/18 9/21 9/21 9/22
14/4 14/5
searching [1] 5/2
secret [1] 10/19
Section [2] 2/6 20/6
see [1] 10/20
seeing [1] 6/17
seemed [1] 4/7
SEFFENS [3] 1/19 20/15 20/16
seized [6] 4/17 4/19 5/1 5/5 9/18 12/17
SELNA [1] 1/8
sense [1] 6/25
September [1] 6/6
September 2019 [1] 6/6
server [1] 13/16
servers [3] 7/16 7/18 9/8
session [1] 18/5
set [8] 6/1 7/16 9/8 12/17 14/21 14/23 15/17
18/4
SHARON [3] 1/19 20/15 20/16
short [1] 17/5
should [2] 4/15 14/18
shouldn't [1] 8/1
showing [1] 13/3
side [2] 18/11 18/11
similar [6] 4/1 4/7 4/10 4/24 5/23 8/3
sir [2] 12/22 17/12
sit [1] 7/2
size [1] 8/22
so [22]
solely [1] 13/25
some [5] 4/18 6/17 10/22 13/13 14/20
somebody [1] 6/8
something [5] 5/10 5/13 6/10 8/23 9/1
somewhere [1] 9/19
soon [1] 14/13
sort [1] 6/17
SOUTHERN [1] 1/6
special [2] 6/13 9/8
specialist [6] 6/13 7/7 14/4
spoken [1] 7/21
Spring [1] 2/7
stand [3] 4/5 7/23 8/6
stand-alone [1] 4/5
statement [1] 11/25
STATES [13] 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
3/4 3/6 3/8 20/7 20/11
stenographically [1] 20/8
steps [1] 13/23
STEWARD [3] 2/15 2/15 3/15
still [4] 4/18 8/23 13/6 17/8

stored [1] 9/19
street [3] 1/20 2/6 2/14
striking [1] 17/5
structure [1] 6/7
stumbling [1] 18/8
submitted [1] 17/20
subpoena [1] 16/8
substantive [1] 17/3
such [1] 14/5
sufficiency [1] 12/24
suffix [4] 10/8 10/9 10/12 10/14
Suite [1] 1/20 2/11 2/16
supervision [1] 9/15
support [1] 10/13
suppose [1] 18/4
sure [6] 5/6 8/16 9/3 9/5 16/19 18/10
system [3] 13/25 14/21 15/19

**T**

Tabs [28]
Taint [9] 3/21 6/22 13/6 16/17 17/18 18/11
18/15 18/18 18/19
take [3] 7/13 7/16 13/23
talk [3] 6/15 6/15 7/6
talking [1] 6/17
Tashchyan [4] 7/15 9/9 13/24 14/24
team [17] 3/9 3/21 3/22 4/10 6/11 8/6 13/6
16/17 16/18 17/18 17/18 18/11 18/15 18/17
18/18 18/19 18/21
Team's [1] 6/22
tell [4] 4/13 7/23 8/18 16/9
telling [1] 10/16
term [1] 4/5
terminal [1] 7/10
terminology [1] 8/11
terms [2] 12/13 12/25
testified [1] 6/13
testimony [1] 17/5
than [1] 18/2
thank [5] 3/11 15/14 16/20 18/22 19/9
that [108]
that's [12] 6/10 6/18 9/6 10/16 11/4 11/9 12/2
12/17 13/10 15/2 15/5 16/6
their [2] 17/1 18/16
them [5] 4/8 6/17 7/17 16/9 18/20
then [4] 5/9 6/9 15/7 18/23
there [32]
therefore [1] 4/19
these [3] 8/14 9/21 17/10
they [14] 4/9 5/1 5/8 5/23 10/11 10/12 10/13
11/24 12/1 16/22 17/25 18/12 18/12 18/20
they're [3] 4/24 15/13 18/13
they've [1] 9/21
thing [3] 11/18 11/20 12/20
things [2] 9/22 15/17
think [15] 6/3 6/10 8/5 9/7 9/10 10/4 10/6 10/8
10/18 11/17 12/17 13/1 13/17 14/18 16/25
thinks [1] 18/15
this [34]
those [5] 4/25 7/18 11/15 16/1 17/19
thought [1] 5/8
thoughts [1] 9/12
time [5] 3/7 5/15 9/4 13/19 18/14
times [1] 12/23
TimeSlips [4] 10/5 10/5 10/6 10/7
Title [1] 20/7
today [1] 7/23
told [2] 4/21 6/13
transcript [4] 1/9 1/15 20/8 20/10
tree [1] 13/13
trial [7] 1/12 11/18 11/20 12/11 14/14 18/1
19/3
true [1] 20/7
try [1] 14/17
trying [2] 12/2 12/20
Tuesday [2] 19/4 19/4
two [9] 4/2 4/7 4/8 4/10 5/23 6/19 8/3 11/13
12/11

**U**

U.S [1] 20/16
uncover [1] 9/22 9/22
under [7] 4/17 5/10 9/15 10/25 11/3 12/9 17/5
under-seal [1] 12/9
Understood [4] 10/1 13/7 18/22 19/8
UNITED [13] 1/4 1/9 1/19 2/3 2/4 2/6 2/7 2/10
3/3 3/4 3/6 3/8 20/7 20/11
unquote [2] 5/22 8/12
until [6] 7/6 8/10 13/22 16/21 17/9 19/3
up [8] 7/16 8/16 9/8 12/21 14/21 14/23 15/17
18/4
us [1] 16/11
used [1] 10/7
using [1] 8/11

**V**

various [1] 12/25
versus [1] 3/4
very [3] 4/9 8/10 8/10
victim [1] 4/12
victims [4] 4/8 4/16 8/15 8/20
VOL [1] 1/12
vs [1] 1/10

**W**

want [8] 7/7 15/6 16/14 18/8 18/8 19/1 19/4
19/6
wanted [1] 16/19
wants [1] 3/8
warrant [1] 4/17
warranted [1] 9/11
was [23]
Washington [1] 6/16
wasn't [2] 6/24 13/9
wave [1] 14/24
way [4] 7/14 7/17 18/5 19/1
way that [1] 7/14
we [54]
we could [1] 6/9
we'll [2] 7/5 15/7
we're [6] 6/18 12/2 13/22 14/14 15/7 19/3
weekend [5] 13/19 14/10 18/6 19/2 19/9
well [16] 6/18 3/7 4/7/15 7/25 8/4 9/7 10/22 11/1
12/9 13/17 14/4 14/21 15/25 16/5 18/14 18/8
went [1] 4/10
were [11] 4/1 4/2 4/8 4/9 4/12 4/17 4/19 4/25
5/1 7/8 8/10
West [1] 1/20 2/11
what [20] 4/21 5/7 5/20 5/21 5/24 6/4 6/22
9/18 9/20 9/24 10/9 10/14 12/2 12/3 13/15
13/16 13/19 13/23 14/17 15/22
what's [1] 13/14
whatever [3] 7/5 14/15 15/8
when [7] 4/4 7/8 9/20 15/19 15/23 18/2 19/2
where [5] 6/6 6/9 7/21 13/17 19/5
whether [5] 3/20 5/25 8/13 13/4 13/12
which [4] 4/2 8/16 12/10
while [1] 7/16
who [2] 6/13 16/7
why [3] 8/1 12/21 14/25
widely [1] 10/9
will [14] 5/21 7/6 7/12 7/13 7/23 14/10 14/12
14/15 14/17 14/20 16/9 16/15 18/7 18/23
wishes [1] 14/2
within [3] 4/6 9/18 15/22
witness [2] 16/6 16/7
Witos [1] 16/8
word [4] 5/10 9/21 9/21 9/22
work [2] 13/18 14/9
working [1] 19/2
would [18] 5/17 5/20 5/21 6/1 6/4 6/4 6/15
6/25 7/8 7/21 8/6 9/13 9/16 10/19 11/21 15/20
17/19 17/22
WYMAN [2] 2/5 3/6

**Y**

yeah [1] 10/18
year [1] 12/10

**Y**
**Yes [3]**  11/8 17/12 17/13
**yesterday [9]**  3/25 5/9 5/15 5/20 6/14 7/16
 10/23 13/24 18/2
**yesterday that [1]**  7/16
**yet [1]**  7/21
**you [32]**
**you're [1]**  10/16
**your [32]**
**yourself [1]**  15/25