Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S NOTICE OF FILING OF EMAIL SENT TO THE COURT IN ADVANCE OF THE TELEPHONIC STATUS CONFERENCE HELD EARLIER THIS AFTERNOON RE SERVER FILES |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files this Notice of Filing of Email Sent to the Court in Advance of the Telephonic Status Conference Held Earlier this Afternoon Re Server Files.  The e-mail is attached hereto as Exhibit A.

Dated:  August 22, 2021              Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**

From: **emma hernandez** <███████████████████>
Date: Sun, Aug 22, 2021 at 2:59 PM
Subject: Defense Update In Advance of Telephonic Status Conference
To: <Lisa ████████████████████>, Wyman, Alex (USACAC)█████████████, Sagel, Brett
(USACAC) <███████████████████ Fitzgerald, Patrick (USACAC) <███████████████████>

From Michael Avenatti

Ms. Bredahl:  I submit the below update in advance of the status conference.

This morning, we were provided our first access to the servers as directed by the Court.  We appeared as directed at
10 a.m. in downtown Los Angeles, together with our forensic expert, Mr. Ernst Koeberlein.  Unfortunately, not all of
the servers were made available and the servers that were made available were not a forensic copy, meaning they
could not be easily searched for the Tabs and Quickbooks database files that we maintain have never been
produced.  Instead, a windows interface was provided that allowed for limited searching ability.

This windows interface did show, however, that the Tabs program is in fact loaded on the servers.  When we
attempted to gain access to the database and files via the program (because the forensic images were not made
available), a username and password were required.  The parties were unable to gain access despite multiple
attempts.  The Tabs3 support desk is not open until 6 a.m. PST tomorrow, at which time we hope to be able to figure
out a solution to the password issue and gain access to at least some of the files.  We have also reached out to
former EA employees in an effort to see if anyone remembers a password to no avail.

None of the above is necessary if the defense expert can simply have access to the forensic copies.  This would
likely enable the defense to locate the Tabs and Quickbooks files more quickly and easily.  In the alternative, the
Privilege Review Team should provide what the Court ordered on Friday - access to all of the data so it can be
searched under their supervision.  This needs to be done utilizing the forensic images.

Lastly, this morning it was also discovered that it appears that the most up to date and complete Quickbooks files
were never produced to the defense even though they were located on the servers in the possession of the
government.  We are confirming this fact but, if true, the prosecution had Mr. Drum rely on outdated and incomplete
information while at the same time failing to provide the defense with all of the Quickbooks data in violation of Brady.

We are available for a call at the Court's convenience.

Respectfully,

Michael Avenatti


--
Emma Hernandez, Paralegal
████████████████████

**<u>CERTIFICATE OF SERVICE</u>**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action.  I have caused, on August 22, 2021, service of the:

DEFENDANT'S NOTICE OF FILING OF EMAIL SENT TO THE COURT IN ADVANCE OF THE TELEPHONIC STATUS CONFERENCE HELD EARLIER THIS AFTERNOON RE SERVER FILES

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2021

<u>/s/ H. Dean Steward</u>

H. Dean Steward

2