# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | August 22, 2021 |
| --- | --- | --- | --- |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alex Wyman Patrick Fitzgerald |
| --- | --- | --- |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Michael John Avenatti** | X | X | | Dean Steward | X | X | |

**Proceedings:**   EMERGENCY TELEPHONIC STATUS CONFERENCE

An emergency telephonic status conference is held at 3:05 pm  after the Court received the attached emails.  The Court orders the parties to contact the Tabs3 Support Desk when they open on August 23, 2021 at 6:00 am PST.  The status conference set for August 23, 2021 at 10:30 a.m. will be held telephonically.

                                                                    :          05

Initials of Deputy Clerk    lmb

From: **emma hernandez** <████████████████████████>
Date: Sun, Aug 22, 2021 at 2:59 PM
Subject: Defense Update In Advance of Telephonic Status Conference
To: <Lisa █████████████████████████>, Wyman, Alex (USACAC)████████████████, Sagel, Brett
(USACAC) <█████████████████████ Fitzgerald, Patrick (USACAC) <██████████████████████>

From Michael Avenatti

Ms. Bredahl:  I submit the below update in advance of the status conference.

This morning, we were provided our first access to the servers as directed by the Court.  We appeared as directed at
10 a.m. in downtown Los Angeles, together with our forensic expert, Mr. Ernst Koeberlein.  Unfortunately, not all of
the servers were made available and the servers that were made available were not a forensic copy, meaning they
could not be easily searched for the Tabs and Quickbooks database files that we maintain have never been
produced.  Instead, a windows interface was provided that allowed for limited searching ability.

This windows interface did show, however, that the Tabs program is in fact loaded on the servers.  When we
attempted to gain access to the database and files via the program (because the forensic images were not made
available), a username and password were required.  The parties were unable to gain access despite multiple
attempts.  The Tabs3 support desk is not open until 6 a.m. PST tomorrow, at which time we hope to be able to figure
out a solution to the password issue and gain access to at least some of the files.  We have also reached out to
former EA employees in an effort to see if anyone remembers a password to no avail.

None of the above is necessary if the defense expert can simply have access to the forensic copies.  This would
likely enable the defense to locate the Tabs and Quickbooks files more quickly and easily.  In the alternative, the
Privilege Review Team should provide what the Court ordered on Friday - access to all of the data so it can be
searched under their supervision.  This needs to be done utilizing the forensic images.

Lastly, this morning it was also discovered that it appears that the most up to date and complete Quickbooks files
were never produced to the defense even though they were located on the servers in the possession of the
government.  We are confirming this fact but, if true, the prosecution had Mr. Drum rely on outdated and incomplete
information while at the same time failing to provide the defense with all of the Quickbooks data in violation of Brady.

We are available for a call at the Court's convenience.

Respectfully,

Michael Avenatti


--
Emma Hernandez, Paralegal
████████████████████████

| From: | Sagel, Brett (USACAC) |
|---|---|
| To: | Lisa |
| Cc: | dean ; Fitzgerald, Patrick (USACAC); Wyman, Alex (USACAC) |
| Subject: | Telephonic Status Conference? |
| Date: | Sunday, August 22, 2021 2:31:56 PM |

CAUTION - EXTERNAL:

> Lisa-
> Would it be possible to have a telephonic status conference today? Here is the latest that we are aware of (with the caveat that we, the prosecution team, has the least information):
> — the computer forensic specialist has been able to restore a virtual server;
> — Tabs software was found on the device, but is password protected and cannot be accessed (not sure whether or not defendant has provided what he believed was a password);
> — we have contacted Judy Regnier through counsel and she does not have a password.
> Defendant wants his own forensic copy of the server, which the government does not believe we can consent to as it's not ours and the Court has previously denied that request on two occasions (and our understanding from Friday was not that defendant would get his own forensic copy of the server). We were hoping for guidance on next step(s), if any, as the computer is up and running and available to defendant if a password is able to access the data.
> Please let us know if a call is possible.
> Thanks,
> Brett
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.