Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO IMMEDIATELY PRODUCE TO THE DEFENSE ALL MATERIALS PROVIDED TO GOVERNMENT EXPERT JOHN DRUM |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files this Motion for an Order Directing the Government to Immediately Produce to the Defense All Materials Provided to Government Expert John Drum. Defendant's motion is based on the attached memorandum of points and authorities; the exhibit filed concurrently herewith; the files, records and transcripts in this case; and such further evidence and argument as the Court may permit at a hearing on this matter.

Dated:  August 23, 2021         Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

# MEMORANDUM OF POINTS AND AUTHORITIES

On August 13, 2021, the government was directed to provide the Court with the unproduced communications between the prosecution and government expert John Drum. On August 15, 2021, the government made an *in camera* filing in connection with the undisclosed Drum materials, consisting of 389 pages. On August 16, 2021, at 2:21 p.m., AUSA Wyman e-mailed advisory counsel and alerted the defendant, "Per the Court's order this afternoon, please see attached our in camera filing from this weekend. The Court has directed us to file this under seal, which we will be doing shortly, and provide a copy to defendant."

<u>A review of this filing by the defense has uncovered a reference to a data drive that the government provided to its expert in 2019 but never disclosed to the defendant</u>. This reference is included within Exhibit A, on a list prepared by Mr. Drum entitled "DOCUMENTS PROVIDED."[1] In this list, which was first produced to the defense one week ago, but which has been in the possession of the government since June 16, 2021, Mr. Drum itemized the documents and data the government previously provided to him in order for him to perform his financial analysis and reach his conclusions/opinions. Included on this list, under the section "Data and Related Documents," is a reference to something identified as "Eclipse SE Desktop Data," which is described as "Drive sent via mail with 10,578 Records (received by AG [presumably Analysis Group] in May 2019)." *See, e.g.,* Exhibit A (page 119 at bottom).

Despite Mr. Drum being provided with a copy of this Eclipse SE Desktop Data drive in May 2019, over two years before the trial in this case, a copy of what was provided to Mr. Drum does not appear to have ever been provided to the defense. These materials should be ordered to be produced immediately. Under no circumstances should Mr. Drum have been provided materials not produced to the defense. The

---

[1] This statement, together with others, should have been given to the defense prior to Mr. Avenatti beginning his cross-examination of Mr. Drum, but was not.

defendant reserves all rights associated with this failure, including the right to seek, pursuant to *Brady*, *Giglio*, *Jencks*, and/or Rule 16, the striking of testimony, sanctions, dismissal and/or a mistrial once the withheld data is received and reviewed.

  For each of these reasons, the defendant respectfully requests that the government be ordered to immediately produce to the defendant all materials and information previously provided to Mr. Drum.

Dated: August 23, 2021        Respectfully submitted,

               /s/ Michael J. Avenatti

               Defendant
               MICHAEL JOHN AVENATTI

# EXHIBIT A

| | |
|---|---|
| **From:** | Drum, John <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> |
| **Sent:** | Wednesday, June 16, 2021 1:42 PM |
| **To:** | Wyman, Alex (USACAC); Borek, Christopher; Carter, Evan |
| **Cc:** | Sagel, Brett (USACAC) |
| **Subject:** | RE: Avenatti |
| **Attachments:** | 2021.06.16 Documents Provided.pdf |

Alex, as discussed last week, please see attached a list of documents that we received in the course of this case. A few notes:
- The list does not include documents that we later received Bates Stamped versions of
- We included as a single line item the ~10,000 bank records accessed through "Eclipse" which we used to check the Access database.

Thanks!

**John Drum | Vice President**
**Analysis Group, Inc. | Economic, Financial, and Strategy Consulting**

www.analysisgroup.com

**From:** Wyman, Alex (USACAC)
**Sent:** Friday, June 11, 2021 7:52 PM
**To:** Drum, John <​​​​​​​​​​​​​​​​​​​​m>; Borek, Christopher <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Carter, Evan <​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Sagel, Brett (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Avenatti

[External email: Use caution with links and attachments]

Thanks very much, John. I appreciate the quick turnaround.

Alex

**From:** Drum, John <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​m>
**Sent:** Friday, June 11, 2021 1:27 PM
**To:** Wyman, Alex (USACAC) <A​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Christopher <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Carter, Evan <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Sagel, Brett (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Avenatti

Alex, Analysis Group has been paid $567,107 for this work. A rough breakdown is as follows:

- Tracing the flows of funds related to settlement payments owed to Geoffrey Johnson, Alexis Gardner, Greg Barela, Tong Tran, and NFL Settlement Funds: ~$198,000
- Analyzing Defendant's personal finances: ~$112,000

1

Exhibit 8
116

- Evaluating financial statements provided to The People's Bank: $~34,000
- Analyzing the finances of EA LLP and A&A: ~$223,000

Let me know if you would like to discuss. Thanks!

**John Drum | Vice President**
**Analysis Group, Inc. | Economic, Financial, and Strategy Consulting**

www.analysisgroup.com

---

**From:** Wyman, Alex (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​v>
**Sent:** Thursday, June 10, 2021 7:54 PM
**To:** Drum, John <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Borek, Christopher >; Carter, Evan <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Sagel, Brett (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Avenatti

[External email: Use caution with links and attachments]

Thanks, John. That would be great, and we understand it will be imprecise. Whatever you are able to get us tomorrow will work.

Thanks,
Alex

---

**From:** Drum, John <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Thursday, June 10, 2021 6:44 PM
**To:** Wyman, Alex (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Borek, Christopher ;
Carter, Evan
**Cc:** Sagel, Brett (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Avenatti

Alex, we will put that together. It may be possible to prepare an estimate of the various projects, but it would be pretty imprecise. Would an imprecise estimate be helpful?

**John Drum | Vice President**
**Analysis Group, Inc. | Economic, Financial, and Strategy Consulting**

www.analysisgroup.com

---

**From:** Wyman, Alex (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Thursday, June 10, 2021 7:41 PM
**To:** Drum, John <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>; Borek, Christopher >; Carter, Evan <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Sagel, Brett (USACAC) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Avenatti

[External email: Use caution with links and attachments]

John, Chris, and Evan,

I hope you're doing well. I believe we discussed this briefly on what was likely our last call with Julian still on the team several months ago, but we need to disclose to the defense the amount of money we have paid Analysis Group for the work you all have conducted thus far. I understand that amount will change as you continue to do work for us, but can you please send us tomorrow how much the government has paid Analysis Group to date in connection with your work on this matter? We would like to disclose that amount in a discovery letter on Monday.

Also, to the extent you are able to attribute certain payments to particular projects you completed for us (i.e., analysis related to the client embezzlement counts on which we are going to trial in July vs. analysis related to tax and other charges not set for trial until later), that would be great, but we understand that it may not be possible to break it down like that.

Thanks very much.

Alex

**Alex Wyman | Assistant United States Attorney**
**Major Frauds Section**
United States Attorney's Office | Central District of California
312 N. Spring St. | Los Angeles, California 90012

## DOCUMENTS PROVIDED

**Data and Related Documents**

*Access Data and Supporting Tables*
  COMBINED ALL ACCOUNTS rev12182018 mdb
  COMBINEDallBankAccountsrev5282019.mdb
  GBUS - Bank Accounts - DRAFT JLA.xlsx

*Eclipse SE Desktop Data*
  Drive sent via mail with 10,578 Records (received by AG in May 2019)

*QuickBooks Data*
  Eagan O'Malley & Avenatti, LLP QuickBooks files
  Restored Eagan O'Malley & Avenatti, LLP QuickBooks files

**Other Documents**

*FY 2015 GB Workbooks*
  2015 Daily Cash Projection.xlsx
  Trending FY15.xlsx

*Client Contracts & Agreements*
  Thomas Cassaro attachment 3.pdf

**Legal Documents**
  Ex Parte Application for Approval of Attorney Minders for Defendant From MCC New York to Home of Third-Party Custodian in Venice, California; Declaration of Counsel; [Proposed] Order, *United States vs. Michael Avenatti,* United States District Court, Central District Of California, Case No. SA-CR-19-61-JVS, April 23, 2020.
  Motion in Limine to Exclude Expert Testimony; And, Request for Daubert Hearing, *United States vs. Michael Avenatti,* United States District Court, Central District Of California, Case No. SA-CR-19-61-JVS, October 19, 2020.

**Bates Stamped Documents**
  Ayres - 1-566
  GB_C_00027022
  GB_C_00027026
  GB_C_00027027
  GB_T_00126678
  GB_T_00126679
  GB_T_00126680
  GB_T_00126681
  K 000008-012
  TBC_000530
  TBC_000531
  TBC_001611-614
  TBC_001615-624
  USAO_00020407
  USAO_00020408
  USAO_00020409

Exhibit 8
119                                                              ANALYSIS GROUP, INC

**DOCUMENTS PROVIDED**

USAO_00020410
USAO_00020411
USAO_00020412
USAO_00020413
USAO_00020414
USAO_00020554-743
USAO_00020744
USAO_00020745
USAO_00020746
USAO_00020747
USAO_00020748
USAO_00020881-880
USAO_00042621-714
USAO_00045243
USAO_00045244
USAO_00045245-313
USAO_00058528-344
USAO_00058644-657
USAO_00058739-744
USAO_00058875-883
USAO_00059777-779
USAO_00059780
USAO_00059781
USAO_00059782-888
USAO_00061384-450
USAO_00061451-455
USAO_00068250-252
USAO_00088924
USAO_00088925-926
USAO_00088927-935
USAO_00089036-121
USAO_00089122-134
USAO_00089135-187
USAO_00089188-318
USAO_00089319-416
USAO_00089417-456
USAO_00089457-224
USAO_00091599-607
USAO_00091613-616
USAO_00091662-998
USAO_00092225-226
USAO_00092227
USAO_00092228
USAO_00092258
USAO_00092259
USAO_00120058-113
USAO_00120059
USAO_00134100-101
USAO_00134102
USAO_00134103
USAO_00134104-129

**Exhibit 8**                                                                                                 ANALYSIS GROUP, INC
**120**

## DOCUMENTS PROVIDED

USAO_00134130-132
USAO_00134133-136
USAO_00134137-148
USAO_00134149
USAO_00134150-181
USAO_00134182-191
USAO_00134192
USAO_00134193-208
USAO_00134284-296
USAO_00134297
USAO_00134298-302
USAO_00134303
USAO_00134304-308
USAO_00134309-339
USAO_00134340-369
USAO_00134370-406
USAO_00134407-411
USAO_00134412-413
USAO_00134414-415
USAO_00134416
USAO_00134417-423
USAO_00134447-896
USAO_00136762-763
USAO_00136764-766
USAO_00136767
USAO_00136768
USAO_00136769
USAO_00136770
USAO_00136771
USAO_00136772
USAO_00136773
USAO_00136774
USAO_00136775
USAO_00136776
USAO_00136777
USAO_00136778
USAO_00136779
USAO_00136780
USAO_00136781
USAO_00136782
USAO_00136783
USAO_00152096-097
USAO_00152098-122
USAO_00152123-133
USAO_00152134-135
USAO_00152136-167
USAO_00152168-195
USAO_00152196-217
USAO_00152218-240
USAO_00152241-256
USAO_00152257-288

**Exhibit 8**
**121**                                                                              ANALYSIS GROUP, INC

## DOCUMENTS PROVIDED

USAO_00152289-312
USAO_00152313-353
USAO_00152354-389
USAO_00152390-435
USAO_00152436-480
USAO_00152481-511
USAO_00152512-572
USAO_00152573-605
USAO_00152606-653
USAO_00152654-684
USAO_00152685-721
USAO_00152722-723
USAO_00152724-731
USAO_00152732-739
USAO_00152740
USAO_00152741-745
USAO_00152746-747
USAO_00152748-749
USAO_00152750-754
USAO_00152755-760
USAO_00152761-767
USAO_00152768-774
USAO_00152775-783
USAO_00152784-790
USAO_00152791-797
USAO_00152798-803
USAO_00155155-6027
USAO_00159655-663
USAO_00159664-665
USAO_00159666-670
USAO_00159671-684
USAO_00159685-687
USAO_00159688-689
USAO_00159690-694
USAO_00159695-702
USAO_00159703-740
USAO_00159741
USAO_00159742-743
USAO_00159744-745
USAO_00159746-749
USAO_00159958-965
USAO_00159966-967
USAO_00159968-972
USAO_00159973-986
USAO_00159987-989
USAO_00159990-991
USAO_00159992-994
USAO_00160033-042
USAO_00160043-057
USAO_00160425-438
USAO_00164924-925

**Exhibit 8**
**122**                                                                                          ANALYSIS GROUP, INC

## DOCUMENTS PROVIDED

USAO_00164926-927
USAO_00164928-934
USAO_00164935-942
USAO_00164943-948
USAO_00164949-951
USAO_00164952-954
USAO_00164955-958
USAO_00164959-967
USAO_00164968-971
USAO_00164972-973
USAO_00164974-975
USAO_00164976-977
USAO_00164978-983
USAO_00164984
USAO_00164985-5003
USAO_00165004
USAO_00165005
USAO_00165006
USAO_00165007
USAO_00165008
USAO_00165009
USAO_00165010
USAO_00165011
USAO_00165012
USAO_00165013
USAO_00165014
USAO_00165015
USAO_00165016
USAO_00165017
USAO_00165300
USAO_00167454-463
USAO_00168600-836
USAO_00168837-896
USAO_00168897-057
USAO_00169058-198
USAO_00169199-294
USAO_00169295-396
USAO_00169397-410
USAO_00169411-471
USAO_00169472-737
USAO_00169738-879
USAO_00169880-985
USAO_00169986
USAO_00169987-027
USAO_00170028-032
USAO_00170033-038
USAO_00170039
USAO_00170040
USAO_00170041-084
USAO_00170085-090
USAO_00170091-239

**Exhibit 8**                    ANALYSIS GROUP, INC
**123**

Case 8:19-cr-00061-JVS   Document 772   Filed 08/23/21   Page 13 of 15   Page ID #:17179
Draft: 6/16/2021                                                                          Highly Confidential

## DOCUMENTS PROVIDED

USAO_00170240-285
USAO_00170286-469
USAO_00170470-684
USAO_00170685-029
USAO_00171030-289
USAO_00171290-528
USAO_00171529-721
USAO_00171722-821
USAO_00171822-031
USAO_00172032-214
USAO_00172215-247
USAO_00172248-338
USAO_00172339-374
USAO_00173598-602
USAO_00177288-289
USAO_00177290
USAO_00177291-292
USAO_00177293-294
USAO_00177295-301
USAO_00177302
USAO_00177303
USAO_00177304
USAO_00177305-306
USAO_00177307-322
USAO_00177323-338
USAO_00177339-360
USAO_00177361
USAO_00177362
USAO_00177363-364
USAO_00177365-366
USAO_00177367-368
USAO_00177369-371
USAO_00177372-376
USAO_00177377-378
USAO_00177379
USAO_00177380
USAO_00177381-382
USAO_00177383
USAO_00177384
USAO_00177385
USAO_00177386-387
USAO_00177388-390
USAO_00177391
USAO_00177392
USAO_00177393
USAO_0023373-375
USAO_0024541-631
USAO_00261214-216
USAO_00261217-473
USAO_00265201-205
USAO_00276064-081

**Exhibit 8**
**124**                                                              ANALYSIS GROUP, INC

# DOCUMENTS PROVIDED

USAO_0029519-583
USAO_0029835-849
USAO_00323980
USAO_00392797-800
USAO_00436342-344
USAO_00439036-042
USAO_00480655-665
USAO_00525136
USAO_00525137
USAO_00525259
USAO_00525260
USAO_00525262
USAO_00525263
USAO_00664077
USAO_00664865
USAO_00664866-873
USAO_00681947
USAO_00681948
USAO_00681949
USAO_00681950
USAO_00681951
USAO_00681952
USAO_00681953
USAO_00681954
USAO_00710392
USAO_00710393-394

**Exhibit 8**
**125**
ANALYSIS GROUP, INC

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on August 23, 2021, service of the:

DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO IMMEDIATELY PRODUCE TO THE DEFENSE ALL MATERIALS PROVIDED TO GOVERNMENT EXPERT JOHN DRUM

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2021

<div style="text-align: right;">

/s/ H. Dean Steward
H. Dean Steward

</div>

3