# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | Date | August 23, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

____ Day COURT TRIAL     25th Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X  Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified   ____ Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) ____ ____ Not Guilty on count(s)

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____ ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ ____ remanded to custody.   Remand/Release# _____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X   Case continued to   August 24, 2021 at 8:00 a.m.   for further trial/further jury deliberation.

X   Other:   A telelphonic conference is held, with defendant, only, present in the Courtroom. Patrick Fitzgerald is also present telephonically. Court and counsel confer. Per the Joint Status Conference Brief, the defense will acquire data from the servers and shall file a report with the Court. Defendant's Motion [Docket 705] will be argued on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

August 24, 2021 at 8:00 a m.  All witnesses and subpoenas are stayed at this time pending the results of the hearing.

:  10

Initials of Deputy Clerk   lmb