TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO IMMEDIATELY PRODUCE TO THE DEFENSE ALL MATERIALS PROVIDED TO GOVERNMENT EXPERT JOHN DRUM (CR 772) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files its Opposition to defendant's Motion for an order directing the government to immediately produce

to the defense all materials provided to government expert John Drum (CR 772).

    This Opposition is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 23, 2021          Respectfully submitted,

TRACY L. WILKISON  
Acting United States Attorney

SCOTT M. GARRINGER  
Assistant United States Attorney  
Chief, Criminal Division

      /s/  
BRETT A. SAGEL  
ALEXANDER C.K. WYMAN  
Assistant United States Attorneys

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Without first contacting the government to ask a simple question, defendant filed the instant motion claiming that the government provided an "Eclipse SE Desktop Data drive" to its financial expert John Drum with 10,578 documents that it never produced to the defense. (Mot. at 1.) Eclipse is an evidence management database that the government used to provide various files to Mr. Drum's firm, Analysis Group, because Mr. Drum did not have access to Relativity. The government has a record of the 10,578 documents that were produced to Analysis Group in that database, and was quickly able to confirm that the government produced all of the documents -- which consist largely of the bank records -- to defendant in discovery in either Production 1 (May 22, 2019) or Production 2 (June 5, 2019).[1] Had defendant asked, instead of filing a motion with the Court saying that the documents do "not appear to have ever been provided to the defense" and arguing that "[t]hese materials should be ordered to be produced immediately" (Mot. at 1), the government would have informed defendant that the documents had all been produced. Moreover, defendant has raised similar issues previously, which the government has addressed in detail previously (CR 564), and the Court has rejected defendant's prior challenges on these and other bases to Mr. Drum's testimony. The Court should deny defendant's present motion.

---

[1] All of the documents provided to Mr. Drum contain bates numbers from the discovery productions, and are described in the expert disclosure notice provided to defendant on March 1, 2020.