# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-61JVS |
| Date | August 24, 2021 |
| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Alexander Wyman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | | X | H Dean Steward, Stand by Counsel | X | X | |

____ Day COURT TRIAL          26th Day JURY TRIAL          ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X Held          ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified          ____ Exhibits admitted

____ Government rests.          ____ Defendant(s) _____ rest.

X  Motion for mistrial by      Defendant [705]      is   X granted   ____ denied   ____ submitted

____ Motion for judgment of acquittal (FRCrP 29)   is   ____ granted   ____ denied   ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:          ____ Jury Verdict as follows:

Dft # ____   ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____

____ Jury polled          ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

____ Case continued to _____ for further trial/further jury deliberation.

X Other:   Patrick Fitzgerald of the AUSA Privilege Team is also present. Motion for Mistrial is argued and granted.
X          Status Conferences are set for September 2, 2021 at 8:30 a.m. and September 27, 2021 at 9:00 a.m.
X          Trial set for October 12, 2021 at 8:30 a.m.   All other pending motions are denied.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| X | A telephonic Status Conference is held at 2:00 pm remind counsel of their obligations re communicating with jurors. |

                                                                        1  :  55

Initials of Deputy Clerk   lmb