# LIST OF EXHIBITS AND WITNESSES

| Case Number | SACR 19-61JVS | | | | **Judge James V Selna** | | |
|---|---|---|---|---|---|---|---|

CLERK, U.S. DISTRICT COURT

8/24/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LB _____ DEPUTY

| | |
|---|---|
| **Title** | United States of America v |
| | Michael John Avenatti |

| **Dates of Trial** | July 13, 14, 15, 16, 20, 21, 22, 27, 28, 29, 30, 2021 | August 3, 4, 5, 6, 7, 10, 11, 12, 13, 17, 18, 19, 20, 22, 23, 24, 2021 |
|---|---|---|
| **Court Reporters** | Sharon Seffens July 13, 14, 15, 16, 20am, 21am, 22am, 23am, 27am, 28am, 29am, 30am; August 3am, 4am, 5am, 6am, 10am, 11am, 12am, 13am, 17am, 18am, 19am, 20am, 22, 23, 24, 2021 | Debbie HinoSpaan July 20pm, 21pm, 22pm, 23pm, 27pm, 28pm, 29pm, 30pm; August 3pm, 4pm, 5pm, 6pm, 10pm, 11pm, 12pm, 13pm, 17pm |
| **Deputy Clerks** | | |

| **Attorneys for the Government** | | **Attorneys for Defendants** |
|---|---|---|
| Brett Sagel, AUSA | | Michael Avenatti, Pro Se |
| Alexander Wyman, AUSA | | H Dean Steward, Stand by Counsel |

| Government | | | Defendant | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | **7/21/21** | |
| | | | | | | Patrick McNicholas | Govt |
| | | | | | | Thomas Hurrell | Govt |
| | | | | | | **7/22/21** | |
| | | | | | | Geoffrey Johnson | Govt |
| | | | | | | Nshan Taschyan | Govt |
| | | | | | | **7/23/21** | |
| | | | | . | | Joseph Varani | Govt |
| | | | | | | Carlos Colorado | Govt |
| | | | | | | Elsa Guerrero | Govt |
| | | | 1005 | 7/23 | 7/23 | Johnson SSI ReDetermination Summary | |
| | | | 1006 | 7/23 | 7/23 | Email | |
| | | | | | | Thomas Goeders | Govt |
| | | | | | | **7/27/21** | |
| | | | | | | Thomas Goeders (resumes) | Govt |
| | | | | | | Judy Regnier | Govt |
| | | | | | | **7/28/21** | |
| | | | | | | Judy Regnier (resumes) | |
| | | | | | | **7/29/21** | |
| | | | | | | Judge Regnier (resumes) | |
| | | | 1017 | 7/29 | NOT | 1/11/13 Email Between Carlos  Colorado and Judge Regnier | |
| | | | 1019 | 7/29 | NOT | 2/21/13 Email between Carlos  Colorado and Judge Regnier | |
| | | | 1023 | 7/29 | NOT | 12/10/13 Email between Carlos Colorado, Judy Regnier and Scott Sims | |

| | | | 1084 | 7/29 | NOT | | |
|---|---|---|---|---|---|---|---|
| | | | 1032 | 7/29 | NOT | 11/22/16 Email between Mosby and Barela, cc Ibrahim, Arden and Regnier | |
| | | | 1034 | 7/29 | 7/29 | portion received only Email bwetween Arden and Barela, cc: Ibrahim, Regnier, Garcia and Bonilla | |
| | | | 1036 | 7/29 | NOT | 5/23/13 Email between Barela and Regnier re Quix Supply | |
| | | | 1037 | 7/29 | 7/29 | Email between Barela, Regnier, Avenatti and Barela  TO BE REDACTED | |
| | | | 1013 | 7/29 | NOT | 2/17/12 Email between Avenatti and Regnier | |
| | | | | | | Joel Weiner | Govt |
| | | | | | | **7/30/21** | |
| | | | | | | Joel Weiner (resumes) | Govt |
| | | | | | | Alexis Garner | Govt |
| | | | | | | **8/3/21** | |
| | | | | | | Alexis Garner (resumes) | Govt |
| | | | 1051 | 8/3 | 8/3 | 8/3/21 Alexis Garner handwritten settlement calculations | |
| | | | | | | Filippo Marchino | Govt |
| | | | | | | **8/4/21** | |
| | | | | | | Filippo Marchino (resumes) | Govt |
| | | | 1053 | 8/4 | | 9/29/17 Carrey's Cross Complaint, Paragraph 17 only | |
| | | | | | | Marilyn Sorensen | Govt |
| | | | | | | Gregory Barela | Govt |
| | | | | | | **8/5/21** | |
| | | | | | | Gregory Barela (resumes) | Govt |
| | | | 1056 | 8/5 | 8/5 | 5/24/19 Declaration of Barela: Paragraph 5, Attestation and Attachment ONLY | |
| | | | 1058 | 8/6 | | | |
| | | | 1059 | 8/5 | 8/5 | 11/19/18 Letter to Arden from Bledsoe | |
| | | | 1060 | 8/5 | 8/5 | 11/19/18 Letter to Arden from Bledsoe | |
| | | | 1061 | 8/5 | 8/5 | 11/20/18 Letter to Bledsoe from EA LLP, signed by Ibrahim and Arden | |
| | | | | | | **8/6/21** | |
| | | | 1073 | 8/6 | 8/6 | Barela Handwritten Calculations | |
| | | | 1068 | 8/6 | | 9/28/18 Eamil between Armstrong and Avenatti | |
| | | | | | | Long Tran | Govt |
| | | | | | | **8/10/21** | |
| | | | | | | Long Tran (resumes) | Govt |
| | | | | | | Mark Horoupian | Govt |
| | | | | | | David Sheikh | Govt |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | **8/11/21** | |
| | | | | | | No witnesses | |
| | | | | | | **8/12/21** | |
| | | | | | | Michelle Phan | Govt |
| | | | 1081 | 8/12 | 8/12 | Text messages between Phan and Avenatti (redacted) | |
| | | | 1079 | 8/12 | 8/12 | redacted Pg25 Line 23 to Page 26 Line 1 | |
| | | | | . | | Geffrey Clark | Govt |
| | | | | | | Roberto Amenta | Govt |
| | | | | | | John Drum | Govt |
| | | | | | | **8/13/21** | |
| | | | | | | John Drum (resumes) | Govt |
| | | | 1080 | 8/13 | NOT | | |
| | | | | | | **8/17/21** | |
| | | | | | | Evan Jenness | Deft |
| | | | | | | Joseph Varani | Deft |
| | | | | | | Carlos Colorado | Deft |
| | | | | | | John Arden | Deft |
| | | | | | | Melissa Galicia | Deft |
| | | | | | | **8/18/21** | |
| | | | | | | Remoun Karlous | Deft |
| | | | 1084 | 8/18 | | Karlous Notes | |
| | | | | | | Hillary Wolett | Deft |
| | | | | | | Katherine Sneddon | Deft |
| | | | | | | **8/19/21** | |
| | | | | | | Katherine Sneddon (resumes) | Deft |
| | | | 1098 | 8/19 | | Cards from Sneddon to Avenatti | |
| | | | | | | James Kim | Deft |
| | | | | | | Nshan Tashchyan | Deft |
| | | | | | | Ryan Roberson | Deft |
| | | | 1085 | 8/19 | | Roberson Notes | |

G-65a (10/97)                    LIST OF EXHIBITS AND WITNESSES - CONTINUED                    Page __3__ of __3__

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | Attorney-Client Fee Contract Between EA and G. Johnson 11/8/2011 | 7/22/21 | 7/22/21 |
| 2 | Attorneys' Fees Sharing Agreement Between EA, R. Baeda, and G. Johnson 11/8/2011 | 7/22/21 | 7/22/21 |
| 3 | 2/17/2012 Email between Avenatti and Ruth Johnson | 7/22/21 | |
| 4 | 9/7/2012 Email from Regnier to Avenatti re Johnson with Attachment | | |
| 5 | 10/15/2012 Email from Regnier to Avenatti re CareMeridian with Attachment | 7/27/21 | 7/27/21 |
| 6 | CareMeridian Complaint Against Johnson and Avenatti 11/15/2012 | 7/27/21 | 7/27/21 |
| 7 | 12/14/2012 Email from Mosby to Avenatti and others re Johnson with Attachment | 7/23/21 | 7/23/21 |
| 8 | 3/11/2013 Email from Regnier to Avenatti re Funds | | |
| 9 | 3/15/2013 Emails between Avenatti and Regnier re Geoff Johnson | | |
| 10 | 3/15/2013 Email from Regnier to Avenatti re Geoff Johnson | | |
| 11 | Settlement Agreement, General Release, and Stipulation for Entry of Judgment with CareMeridian 11/21/2013 | 7/23/21 | 7/23/21 |
| 12 | New Case Data Sheet for McNicholas & McNicholas re Geoffrey Ernest Johnson 5/12/2014 | 7/21/21 | 7/21/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 13 | 6/11/2014 Email from Regnier to Avenatti re Geoff Johnson | | |
| 14 | 10/7/2014 Email from Avenatti to Colorado, McNicholas, and others re Johnson Mediation with Judge Meisinger | | |
| 15 | 10/16/2014 Letter from Avenatti to Hon. L. Meisinger re Geoffrey Johnson | | |
| 16 | 10/17/2014 Regnier Email to Avenatti re Johnson Mediation | | |
| 17 | Attorney Fee Split Agreement Between McNicholas and EA 10/20/2014 | 7/21/21 | 7/21/21 |
| 18 | ADR Services Inc. Invoice for $5,390 10/22/2014 | | |
| 19 | 10/23/2014 Email from McNicholas re Johnson v. COLA | | |
| 20 | Intentionally Blank | | |
| 21 | 10/31/2014 Email between Avenatti and others re Johnson | 7/21/21 | 7/21/21 |
| 22 | 11/7/2014 Transcript of Proceedings in Johnson v. Baca, CV 13-4496-MMM-AJW | 7/23/21 | |
| 23 | 11/10/2014 Email from McNicholas re Johnson v. COLA settlement status | | |
| 24 | 11/11/2014 Emails with Avenatti re Johnson – Draft Settlement Agreement with Attachment | 7/21/21 | 7/21/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 25 | 11/12/2014 Email from Avenatti to The Peoples Bank re Eagan Avenatti Credit Facility | 7/27/21 | 7/27/21 |
| 26 | 11/17/2014 Email from Avenatti to Hurrell re Johnson | 7/21/21 | 7/21/21 |
| 27 | 11/22/2014 Email from Regnier to Avenatti re Finances | 7/27/21 | 7/27/21 REDACT |
| 28 | 12/2/2014 Email from Regnier to Phan and Hurrell re Johnson v. Baca with Attachment | | |
| 29 | 12/3/2014 Email from Avenatti to Phan and Others re Johnson – Executed Settlement Agreement | | |
| 30 | 12/8/2014 Email from Hurrell to Avenatti re Johnson – Executed Settlement Agreement | 7/21/21 | 7/21/21 |
| 31 | 12/11/2014 Joint Report in Johnson v. Baca, CV 13-4496-MMM-AJW | 7/21/21 | 7/21/21 |
| 32 | 1/6/2015 Email from Avenatti to Hurrell re Johnson – Joint Report re settlement | 7/21/21 | 7/21/21 |
| 33 | 1/8/2015 Email from Hurrell to Avenatti re G. Johnson | 7/21/21 | 7/21/21 |
| 34 | 1/12/2015 Email from Avenatti to Hurrell re Johnson – Executed Settlement Agreement | 7/21/21 | 7/21/21 |
| 35 | Email from Hurrell to Avenatti re G. Johnson | 7/21/21 | 7/21/21 |
| 36 | 1/21/2015 Email from Regnier to Mosby re Johnson – Executed Settlement Agreement | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 37 | 1/22/2015 Letter from Phan to Avenatti and McNicholas re Johnson v. Baca with Settlement Agreement | 7/21/21 | 7/21/21 |
| 38 | 1/22/2015 Email from Hurrell to Avenatti re Signature Page - Johnson Settlement with Attachment | 7/21/21 | 7/21/21 |
| 39 | 1/27/2015 Email from Maxwell to Avenatti and McDonald re Garnishment Global Baristas US | | |
| 40 | 1/29/2015 Letter from Phan to Avenatti re Settlement Check and Stipulated Dismissal | 7/21/21 | 7/21/21 |
| 41 | Check and Deposit Slip for Johnson Settlement Funds | 7/27/21 | 7/27/21 |
| 42 | Intentionally Blank | | |
| 43 | 1/30/2015 Email from Regnier to Avenatti re Wire | 7/27/21 | 7/27/21 |
| 44 | 1/30/2015 Email from Regnier to Avenatti re Wires - It Worked with Attachment | 7/27/21 | 7/27/21 |
| 45 | 1/31/2015 EA Deposit Detail - January 2015 | | |
| 46 | 2/3/2015 Email from Regnier to Avenatti Attaching Johnson Fee Agreement | 7/27/21 | 7/27/21 |
| 47 | McNicholas & McNicholas Client Costs Advanced re Johnson v. Baca | p. 1 7/21/2 | p. 1 7/21/21 |
| 48 | 2/4/2015 email from Regnier to Avenatti with Updated Johnson Cost Bill Attached | 7/27/21 | 7/27/21 |
| 49 | Intentionally Blank | | |

### UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 50 | 2/4/2015 Email from Regnier to Avenatti re Johnson with Attachment (Costs) | 7/27/21 | 7/27/21 |
| 51 | 2/4/2015 Email from McNicholas to Avenatti and Sims re Johnson Stipulation for Dismissal | 7/21/21 | 7/21/21 |
| 52 | Intentionally Blank | | |
| 53 | Check from EA Trust Account 8541 dated 4/1/2015 to McNicholas & McNicholas Client Trust Account for $350,000 | 7/21/21 | 7/21/21 |
| 54 | McNicholas & McNicholas Case Accounting Sheet for Johnson v. Baca 4/6/2015 | 7/21/21 | 7/21/21 |
| 55 | 4/8/2015 Email from Regnier to Avenatti re Msg- Geoff Johnson | | |
| 56 | 4/28/2015 Email from Regnier to Avenatti re Geoff Johnson | | |
| 57 | 5/6/2015 Email from Regnier to Avenatti re Geoff Johnson - SSI with Attachment | 7/27/21 | 7/27/21 |
| 58 | 5/6/2015 Email from Avenatti to Regnier re Geoff Johnson - SSI | 7/27/21 | 7/27/21 |
| 59 | 5/13/2015 Email from Johnson to Regnier re Special Needs Trust | 7/22/21 | 7/22/21 |
| 60 | 5/13/2015 Email from Johnson to Regnier re Geoff Johnson with Attachment | 7/22/21 | 7/22/21 |
| 61 | 5/14/2015 Email from Regnier to Avenatti re Geoff Johnson with Attachment (SNT Help info) | 7/29/21 | 7/29/21 |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 62 | 7/16/2015 Email from Masry to Avenatti re Geoff Johnson – Preliminary Proposals – Attachments | | |
| 63 | 8/27/2015 Email from Regnier to Avenatti re Johnson – Questionnaire with Attachment | | |
| 64 | 12/22/2015 Email from Regnier to Avenatti re Finances | | |
| 65 | 3/14/2016 Social Security letter to G. Johnson | | |
| 66 | Intentionally Blank | | |
| 67 | 3/15/2016 Email from Regnier to Avenatti re Johnson | | |
| 68 | Intentionally Blank | | |
| 69 | 3/31/2016 Email between Avenatti and Regnier re Address for freedom to live | 7/27/21 | 7/27/21 |
| 70 | 4/13/2016 Letter from Avenatti to SSA re Geoffrey Ernest Johnson | 7/23/21 | 7/23/21 |
| 71 | 8/1/2016 Email from Regnier to Avenatti re Address for freedom to live | | |
| 72 | Intentionally Blank | | |
| 73 | 8/31/2016 Email from Regnier to Avenatti re Checks | 7/27/21 | 7/27/21 |
| 74 | 1/24/2017 Email from Regnier to Avenatti re Geoff Called | | |
| 75 | 3/7/2017 Regnier Email to Avenatti re Potential Homes for Geoff | 7/27/21 | 7/27/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 76 | 5/1/2017 Email from Goeders with Offer by Johnson to Purchase Property | 7/23/21 | 7/23/21 |
| 77 | 5/3/2017 email from Avenatti to Goeders re Funds Letter – Geoff Johnson | 7/23/21 | 7/23/21 |
| 78 | 5/3/2017 Email from Regnier to Avenatti re Need Letter of Letterhead with Attachment | 7/27/21 | 7/27/21 |
| 79 | 5/31/2017 Purchase Agreement for the G. Johnson Trust to Purchase Parthenia Property | 7/23/21 | 7/23/21 |
| 80 | 8/21/2017 Email from Goeders to Avenatti re Parthenia | 7/23/21 | 7/23/21 |
| 81 | 8/31/2017 Email from Goeders to Avenatti re Parthenia – possible solution | 7/23/21 | 7/23/21 |
| 82 | 9/8/2017 Email from Goeders to Napolitano | | |
| 83 | 9/20/2017 Email from Avenatti to Yeghishian and Regnier re 21923 Parthenia Street | | |
| 84 | 9/27/2017 Email from Avenatti to Goeders with Escrow Addendum | 7/23/21 | 7/23/21 |
| 85 | 10/2/2017 Email from Avenatti to Regnier re New LLC | 7/27/21 | 7/27/21 |
| 86 | 10/3/2017 Email from Berg to Regnier re 21923 PARTHENIA STREET, LLC with Attachment | 7/23/21 | |
| 87 | 10/5/2017 Emails between Yeghishian, Regnier, and Avenatti re 21923 Parthenia Street | 7/27/21 | 7/27/21 |
| 88 | 10/10/2017 Email from Goeders to Yeghishian re Parthenia | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 89 | 10/13/2017 Email from Avenatti to Goeders re 21923 Parthenia Street – New LOI | 7/23/21 | 7/23/21 |
| 90 | 10/13/2017 Email from Yeghishian to Avenatti and others re 21923 Parthenia Street – New Johnson LOI | 7/23/21 | 7/23/21 |
| 91 | 10/13/2017 Email from Avenatti to Yeghishian and others re 21923 Parthenia St. New LOI | | |
| 92 | 10/13/2017 Email from Yeghishian to Avenatti re 21923 Parthenia Street – New LOI | 7/23/21 | 7/23/21 |
| 93 | 10/13/2017 Email from Goeders to Newman re Parthenia | 7/23/21 | 7/27/21 |
| 94 | 10/16/2017 Email from Regnier to Yeghishian and Avenatti re 21923 Parthenia with attachments | 7/22/21 | 7/27/21 |
| 95 | 10/16/2017 Email from Regnier to Yeghishian and Avenatti re 21923 Parthenia with attachment | 7/22/21 | 7/27/21 |
| 96 | 10/16/2017 Email from Yeghishian to Avenatti re 21923 Parthenia Street – New LOI | 7/23/21 | 7/23/21 |
| 97 | 10/18/2017 Email from Yeghishian to Avenatti re Parthenia – 3rd Followup | 7/23/21 | 7/23/21 |
| 98 | 11/1/2017 Email Chain Between Goeders and Tiratsuyan re Parthenia Property Cancellation | | |
| 99 | 11/7/2017 Email Between Goeders and Tiratsuyan re Parthenia | | |

### UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 100 | 3/12/2018 Email from Regnier to Avenatti re Stuff | 7/27/21 | 7/27/21 |
| 101 | 3/12/2018 Email from Regnier to Avenatti re Geoff | 7/27/21 | 7/27/21 |
| 102 | EA Income by Customer Detail – Johnson 6/25/2018 | 7/27/21 | 7/27/21 |
| 103 | 8/19/2018 Email from Johnson to Regnier re Deposit | 7/22/21 | 7/22/21 |
| 104 | Intentionally Blank | | |
| 105 | 9/10/2018 Email from Regnier to Avenatti re Good and Bad Today | | |
| 106 | 9/12/2018 Email from Johnson to Regnier and Avenatti re Would it be helpful to get all requests into one email? | 7/22/21 | 7/22/21 |
| 107 | 9/13/2018 Email from Regnier to Avenatti re From Today | | |
| 108 | 11/1/2018 Letter from SSA Manager to Johnson | 7/22/21 | 7/22/21 |
| 109 | 11/7/2018 voicemail to Avenatti and Regnier from Johnson | | |
| 110 | 12/5/2018 Email from Regnier to Avenatti re Geoff Johnson with Attachments | | |
| 111 | 1/3/2019 email from Johnson to Regnier re Dental work and deposit | 7/22/21 | 7/22/21 |
| 112 | 1/31/2019 email from Johnson to Regnier forwarded to Avenatti re Rent | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 113 | 2/1/2019 Email from Regnier to Avenatti re Geoff Johnson SSI with Attachments | | |
| 114 | Geoffrey Johnson Text Messages | | |
| 115 | 3/23/2019 General Release re Johnson (unsigned) | 7/23/21 | 7/23/21 |
| 116 | 3/23/2019 Client Testimonial Agreement re Johnson (unsigned) | 7/23/21 | 7/23/21 |
| 117 | Johnson Text Messages with Puchlevich | | |
| 118 | Johnson Text Messages with Regnier | 7/22/21 | 7/22/21 |
| 119 | Johnson Text Messages with Avenatti and Regnier | 7/22/21 | 7/22/21 |
| 120 | Johnson Text Messages with Avenatti | 7/22/21 | 7/22/21 |
| 121 | Johnson approval 3/23/2019 (signed) | 7/22/21 | 7/22/21 |
| 122 | Johnson settlement 3/23/2019 (signed) | 7/22/21 | 7/22/21 |
| 123 | Johnson Text Messages with Goeders | | |
| 124 | Goeders Text Messages with Avenatti | 7/23/21 | 7/27/21 |
| 125 | Intentionally Blank | | |
| 126 | Intentionally Blank | | |
| 127 | Intentionally Blank | | |
| 128 | Intentionally Blank | | |
| 129 | Intentionally Blank | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 130 | 8/1/2016 Email from M. Avenatti to F. Marchino with Attachment | 8/3/21 | 8/3/21 |
| 131 | 9/16/2016 Email from R. Mize to M. Avenatti and F. Marchino re Honda Jet with Attachment | | |
| 132 | Attorney-Client Fee Contract with A. Gardner – Signed 12/5/2016 | 7/30/21 | 7/30/21 |
| 133 | Intentionally Blank | | |
| 134 | Intentionally Blank | | |
| 135 | 12/22/2016 Email from Avenatti to Weiner and Hon. Meisinger re Judge Meisinger – confidential mediation on January 7 with Attachment | 7/29/21 | 7/29/21 |
| 136 | 12/22/2016 Email from Regnier to Roads re Further Assurances letter with Attachment | 7/27/21 | 7/27/21 |
| 137 | 12/22/2016 Email from Avenatti to Regnier re Draft Settlement Agreement with Attachment | 7/27/21 | 7/27/21 |
| 138 | 1/26/2017 Email from Avenatti to Regnier re Wire Instructions with Attachment | 7/27/21 | 7/27/21 |
| 139 | 1/7/2017 Settlement Agreement Between Gardner and Whiteside | 7/29/21 | 7/29/21 |
| 140 | 1/10/2017 email from Regnier to Parrish re Wire Instructions for HondaJet | 7/27/21 | 7/27/21 |
| 141 | 1/16/2017 Email from Avenatti to Weiner re Call | 7/27/21 | 7/27/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 142 | 1/19/2017 email from Avenatti to Regnier re Draft Letter | 7/27/21 | 7/27/21 |
| 143 | 1/20/2017 emails between Avenatti and Regnier re Draft Letter | | |
| 144 | 1/20/2017 Email from Avenatti to Weiner re Call | 7/29/21 | 7/29/21 |
| 145 | 1/20/2017 Voicemail from Avenatti to Weiner | 7/29/21 | 7/29/21 |
| 146 | 1/23/2017 Email from Regnier to Avenatti re Alexis Gardner Lease with Attachment | 7/27/21 | 7/27/21 |
| 147 | 1/24/2017 Cashier's Check to Rachel Dourec for $51,935 | 7/21/21 | 7/27/21 |
| 148 | CBT Statement for EA Account 8671 – 1/31/2017 | 7/27/21 | 7/27/21 |
| 149 | 1/25/2017 2.75M Wire Confirmation | 7/30/21 | 7/30/21 |
| 150 | 1/25/2017 Email from Avenatti to Weiner re Call | 7/29/21 | 7/29/21 |
| 151 | 1/25/2017 Voicemail from Avenatti to Weiner | 7/29/21 | 7/29/21 |
| 152 | Chase Statement for X Law Group Account 7608 – 1/31/2017 | 8/3/21 | 8/3/21 |
| 153 | 1/26/2017 Email from Marchino to Avenatti re Info with Attachment | 8/3/21 | 8/3/21 |
| 154 | 1/26/2017 Email to Avenatti and Regnier re SN29 – Financial Status of 5PM 1/26 | 7/27/21 | 7/27/21 |
| 155 | 1/26/2017 Emails between Avenatti and Regnier re SN29 – Financial Status of 5PM 1/26 | 7/27/21 | 7/27/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 156 | 1/26/2017 Email from Avenatti to Ohman re SN29 – Financial Status of 5PM 1/26 | 7/27/21 | 7/27/21 |
| 157 | EA Income by Customer Detail – Gardner 3/9/2017 | 7/27/21 | 7/27/21 |
| 158 | EA Payments to Alexis Gardner with Checks | 7/27/21 | 7/27/21 |
| 159 | 2/20/2018 Email from Regnier to CBT re Cashier's Check – EA 4613 | 7/27/21 | 7/27/21 |
| 160 | Gardner Text Messages with Avenatti | 7/30/21 | 7/30/21 |
| 161 | Missed Call from M. Avenatti to Gardner – 4/6/2018 | | |
| 162 | Cassaro Text Messages with Gardner | 7/30/21 P. 3,4 | 7/30/21 P. 3,4 |
| 163 | 5/23/2018 Email from Regnier to CBT re Cashier's Check – EA 4613 | 7/27/21 | 7/27/21 |
| 164 | 2/24/2019 Email from Gardner to Avenatti re Alexis Gardner Meeting Overview | 7/30/21 | 7/30/21 |
| 165 | Missed Call from Avenatti to Gardner – 3/29/2019 | | |
| 166 | 2/17/19 Text Message between Regnier and Avenatti re Gardner account | | |
| 167 | Email from Marchino to Regnier | 8/3/21 | 8/3/21 |
| 168 | Email from Marchino to Regnier | 8/3/21 | 8/3/21 |
| 169 | Intentionally Blank | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 170 | 9/12/2014 Barela Engagement Letter Local Counsel | | |
| 171 | 9/16/2014 Email from Regnier to Barela re Barela IP Rights with Attachment | 8/4/21 | 8/4/21 |
| 172 | 8/10/2017 Email from Avenatti to Regnier re Coblantzlaw | 7/27/21 | 7/27/21 |
| 173 | 9/21/2017 Email from Regnier to Avenatti re Misc | | |
| 174 | 12/19/2017 Email from Regnier to Avenatti re Barela Cost Bill with Attachment | 7/27/21 | 7/27/21 |
| 175 | 12/20/2017 Email from Avenatti to Sheikh re Barela-Brock Settlement | 8/10/21 | 8/10/21 |
| 176 | Barela Text Messages – Forensic Report | 8/4/21 | 8/4/21 |
| 177 | Intentionally Blank | | |
| 178 | 12/22/2017 Email to Avenatti re Barela-Brock Settlement | 8/10/21 | 8/10/21 |
| 179 | 12/23/2017 Email from Avenatti re Barela-Brock Settlement (Attaching MJA Revised Draft redline) | 8/10/21 | 8/10/21 |
| 180 | 12/26/2017 Email from Avenatti to JAG re Barela v. Brock | | |
| 181 | 12/27/2017 Email from Avenatti re Barela-Brock Settlement with Attachment | 8/10/21 | 8/10/21 |
| 182 | Draft Barela Settlement Agreement 12/20/2017 | | |

14

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 183 | 12/28/2017 Email to Avenatti re Barela-Brock Settlement | 8/10/21 | 8/10/21 |
| 184 | Barela Settlement Agreement with March Dates and No Signatures | 8/4/21 | 8/4/21 |
| 185 | 12/28/2017 Email to Avenatti and Regnier from Shved re IRS Notices Received in Mail | | |
| 186 | 12/28/2017 Email from Avenatti to Sheikh re Barela Signature Pages (with Attachments) | 8/10/21 | 8/10/21 |
| 187 | 12/29/2017 Email from Sheikh to Avenatti re Barela Signature Pages (with Attachments) | 8/6/21 | 8/10/21 |
| 188 | 12/29/2017 Filed Stipulated Dismissal of Barela Litigation | | |
| 189 | 12/29/2017 Letter from Sheikh to Judge Boland re Barela v. Brock Dismissal | | |
| 190 | 1/2/2018 Email from Regnier to Avenatti re Wire Instruction | 7/27/21 | 7/27/21 |
| 191 | 1/2/2018 Email from Avenatti to Sheikh re Barela-Brock Settlement | 8/10/21 | 8/10/21 |
| 192 | 1/5/2018 Wire Brock USA 2018 Settlement Payment | | |
| 193 | 1/11/2018 Email from Regnier to CNB re Cashier's Check for "Case Costs" | 7/27/21 | 7/27/21 |
| 194 | 1/16/2018 Email from Shved to Avenatti and Regnier re AP COGS and Urgent Utilities - approval needed with Attachment | 7/27/21 | 7/27/21 |

15

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 195 | 1/30/2018 Email to Avenatti re Dillanos Wire | 7/27/21 | 7/27/21 |
| 196 | 1/30/2018 Email from Shved to Regnier re Dillanos Wire due today | 7/27/21 | 7/27/21 |
| 197 | 1/31/2018 EA Deposit Detail – January 2018 | | |
| 198 | 1/31/2018 Email from Avenatti to Regnier re Coblentz Wire Transfer with Attachment | 7/27/21 | 7/27/21 |
| 199 | 2/12/2018 Email from Regnier to Avenatti re Payments Due Today | | |
| 200 | 2/16/2018 Email from Avenatti to Regnier re Trust Wire Info with Attachment | 7/27/21 | 7/27/21 |
| 201 | 3/14/2018 Email from Barela to Avenatti re Nda | 8/4/21 | 8/4/21 |
| 202 | 1/8/2018 Email from Regnier to CNB re Cashier's Check | 7/27/21 | 7/27/21 |
| 203 | 4/2/2018 Email from Barela to Avenatti re Thanks! | 8/4/21 | 8/4/21 |
| 204 | 4/5/2018 Email from Barela to Avenatti re Wire and Brock | 8/4/21 | 8/4/21 |
| 205 | 4/16/2018 Email from Avenatti to Barela re Sunday call | | |
| 206 | 4/22/2018 Email from Barela to Avenatti re Sunday call | 8/4/21 | 8/4/21 |
| 207 | 5/7/2017 Email from Barela to Avenatti re action list | 8/4/21 | 8/4/21 |

16

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 208 | 5/15/2018 Email from Barela to Avenatti re Let's talk as soon as you can! | 8/4/21 | 8/4/21 |
| 209 | 5/22/2018 Email from Barela to Avenatti and Regnier re Wire | | |
| 210 | 5/25/2018 (1:35) Email from Barela to Avenatti and J. Regnier re Wire | 8/4/21 | 8/4/21 |
| 211 | 5/25/2018 (6:47) Email from Barela to Avenatti and Regnier re Wire | | |
| 212 | 5/25/2018 (7:17) Email from Barela to Avenatti and Regnier re Wire | | |
| 213 | 5/25/2018 (7:48) Email from Avenatti to Regnier re Wire | 7/27/21 | 7/27/21 |
| 214 | 5/25/2018 (8:29) Email from Barela to Avenatti and Regnier re Wire | 8/4/21 | 8/4/21 |
| 215 | 5/25/2018 (9:10) Email from Barela to Avenatti and Regnier re Wire | | |
| 216 | 5/25/2018 (9:51) Email from Barela to Avenatti and Regnier re Wire | | |
| 217 | 5/25/2018 (6:48) Email from Regnier to Avenatti re Wire | | |
| 218 | 5/25/2018 (7:23) Email from Regnier to Avenatti re Wire with Attachment | | |
| 219 | 5/25/2018 (8:00) Email from Regnier to Barela and Avenatti re Wire with Attachment | 7/27/21 | 7/27/21 |
| 220 | Intentionally Blank | | |
| 221 | EA Income by Customer Detail - Barela | 7/29/21 | |

17

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 222 | 6/25/2018 Email from Barela to Avenatti re Greg Barela list | 8/5/21 | 8/5/21 |
| 223 | 6/27/2018 Email from Barela to Regnier re wire | | |
| 224 | 6/29/2018 Email from Avenatti to Regnier re Barela Settlement Agreement | 7/27/21 | 7/27/21 |
| 225 | 7/23/2018 Email from Regnier to Avenatti re Second Request | 7/27/21 | 7/27/21 |
| 226 | 7/25/2018 Email from Avenatti to Barela re Intro from M. Avenatti | | |
| 227 | 7/26/2018 Email from Avenatti to Barela re Intro from M. Avenatti | | |
| 228 | Confidential Settlement Agreement Between Brock and Barela – March Dates (with signatures) | 8/5/21 | 8/5/21 |
| 229 | 8/22/2018 Email from Avenatti to Barela re GB list. Tomorrow is my big scary day! | 8/5/21 | 8/5/21 |
| 230 | 9/10/2018 Email from Barela to Avenatti and Regnier re Wire | 8/5/21 | 8/5/21 |
| 231 | 10/10/2018 Email from Barela to Avenatti re Need some help | 8/5/21 | 8/5/21 |
| 232 | 10/14/2018 Email from Barela to Avenatti re Action list | 8/5/21 | 8/5/21 |
| 233 | 10/22/2018 Email from Barela to Avenatti re List | 8/5/21 | 8/5/21 |
| 234 | 11/11/2018 Email from Barela to Avenatti re List | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 235 | Payments to Barela | 8/4/21 | 8/4/21 |
| 236 | 11/14/2018 Email from Barela to Avenatti re Brock and Barela | 8/5/21 | 8/5/21 |
| 237 | 11/17/2018 Letter to Avenatti from Larson O'Brien | 8/5/21 | 8/5/21 |
| 238 | 11/17/2018 Email from Avenatti to Barela re Contact | 8/5/21 | 8/5/21 |
| 239 | 11/17/2018 Voicemail from Avenatti to Barella | 8/5/21 | 8/5/21 |
| 240 | Intentionally Blank | | |
| 241 | 11/19/2018 Email from Arden to Avenatti and Others re Gregory Barela – Proceeds of Confidential Settlement with Attachment | | |
| 242 | 11/19/2018 Email from Ibrahim to Avenatti and Others re Gregory Barela – Proceeds of Confidential Settlement with Attachment | | |
| 243 | 11/20/2018 Letter from Ibrahim and Arden to Bledsoe re Brock v. Barela | | |
| 244 | 11/21/2018 Letter from Sheikh to Bledsoe re Confidential Settlement Agreement – Barela v. Brock | | |
| 245 | Intentionally Blank | | |
| 246 | 12/1/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. with Attachment | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 247 | 12/6/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. (Follow-Up) with Attachment | | |
| 248 | 12/10/2018 Email from Waterman to Avenatti and Regnier re Client file transfer request re Quix Supply, Inc. (Follow-Up) – Attachment 1 | | |
| 249 | 12/6/2018 Email from Regnier to Avenatti re Client file transfer request re Quix Supply, Inc. | | |
| 250 | 12/11/2018 Email from Avenatti to Waterman and Barela | 8/5/21 | 8/5/21 |
| 251 | CDCA Docket for Ryan Hendrix | | |
| 252 | CDCA Docket for Ryan Hendrix – Designation Counsel | | |
| 253 | WDPA Docket for Ryan Hendrix | | |
| 254 | WDPA Docket for Ryan Hendrix – Pro Hac for Avenatti | | |
| 255 | WDPA Docket for Ryan Hendrix – Pro Hac for Gailey | | |
| 256 | 11/19/18 Letter from Barela to Avenatti re Request for Transfer of File and Client Funds | 8/5/21 | 8/5/21 |
| 257 | 12/3/18 Letter from Larson O'Brien to Avenatti | 8/5/21 | 8/5/21 |
| 258 | 11/15/2019 Stipulation as to Facts State Bar Court | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 259 | Intentionally Blank | | |
| 260 | 11/8/17 Text Messages from Regnier's iPhone 6s | 7/22/21 | 7/27/21 |
| 261 | 2/22/18 Text Messages from Regnier's iPad Pro | 7/22/21 | |
| 262 | 3/22/19 Text Message from Regnier's iPhone 8Plus | 7/22/21 | 7/27/21 |
| 263 | 8/14/18 Text Message from Regnier's iPhone 8Plus | 7/22/21 | 7/27/21 |
| 264 | Intentionally Blank | | |
| 265 | 3/1/2017 Email from Avenatti to Tran re ipsy | 8/3/21 | 8/3/21 |
| 266 | 8/15/2017 Email from Tran to Avenatti and Marchino re Executed Fee Agreement | 8/3/21 | 8/3/21 |
| 267 | 8/16/2017 Email from Avenatti to Tran and Marchino re Signature Page with Attachment | 8/3/21 | 8/3/21 |
| 268 | Phan Personalized Beauty Discovery, Inc. Common Stock Repurchase Agreement 9/17/2017 | 8/6/21 | 8/6/21 |
| 269 | 9/18/2017 Email from Avenatti to Regnier re Wire Instructions with Attachment | 7/28/21 | 7/28/21 |
| 270 | 9/21/2017 Email from Avenatti to Regnier re Wire Info | | |
| 271 | 9/21/2017 Email from Avenatti to Tran re Wire Received | 8/6/21 | 8/6/21 |
| 272 | 3/8/2018 Email from Tong to Phan re ipsy common stock repurchase agreement | 8/6/21 | 8/6/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 273 | 3/8/2018 Email from Tong to Tran re ipsy common stock repurchase agreement | | |
| 274 | Tran Text Messages with Marchino | 8/3/21 | 8/3/21 |
| 275 | 3/14/2018 Email from Tran to Avenatti, Regnier, and Marchino re Wire Info | 7/28/21 | 7/28/21 |
| 276 | 3/15/2018 Email from Regnier to Avenatti re Due today – tomorrow | 7/28/21 | 7/28/21 |
| 277 | 3/21/2018 Email from Regnier | | |
| 278 | Tran Text Messages with Avenatti | 8/6/21 | 8/6/21 |
| 279 | 4/23/2018 Email from Regnier to Avenatti re Funds – just a recap all ok | 7/28/21 | 7/28/21 |
| 280 | 4/26/2018 Email from Tran to Avenatti and Regnier re Wire Fed Ref # | 7/28/21 | 7/28/21 |
| 281 | 5/1/2018 Emails Between Tran, Avenatti, and Regnier re Michelle Wire | 7/28/21 | 7/28/21 |
| 282 | 5/10/2018 (9:38) Email from Regnier to Avenatti re Emailing – Wire Confirm (with Attachment) | 7/28/21 | 7/28/21 |
| 283 | 5/10/2018 (3:18) Email from Regnier to Avenatti re Emailing – Wire Confirm (with Attachment) | 7/28/21 | 7/28/21 |
| 284 | 5/11/2018 Email from Marchino to Tran re Wire Confirmation | 8/4/21 | 8/4/21 |
| 285 | 5/11/2018 Email from Tran to Marchino re Michelle Phan | 8/4/21 | 8/4/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 286 | 5/11/2018 Email from Regnier to Avenatti re Emailing – Avenatti wire trs 5-4-18 4M to Michelle Phan | 7/28/21 | 7/28/21 |
| 287 | 5/15/2018 Email from Marchino to Avenatti re Per Our Conversation | 8/4/21 | 8/4/21 |
| 288 | 8/7/2018 Email from Regnier to Avenatti re Corr from Orrick – Phan with Attachment | 7/28/21 | 7/28/21 |
| 289 | Intentionally Blank | | |
| 290 | 12/12/2018 Email from Regnier to Avenatti re NBPD Message re Phan | 7/28/21 | 7/28/21 |
| 291 | 12/12/2018 (10:32:20) Email from Regnier to Avenatti with 3 emails attached | | |
| 292 | 12/12/2018 (10:32:32) Email from Regnier to Avenatti with 12 emails attached | | |
| 293 | 12/12/2018 (10:32:44) Email from Regnier to Avenatti with 7 emails attached | | |
| 294 | Phan Text Messages with Avenatti | 8/12/21 | 8/12/21 |
| 295 | Tran Cell Phone logs with Avenatti | | |
| 296 | Common Stock Repurchase Agreement between Personalized Beauty Discovery, Inc. and Long Tran | 8/6/21 | 8/6/21 |
| 297 | Long Tran Red lined Fee Agreement | 8/6/21 | 8/6/21 |
| 298 | Intentionally Blank | | |
| 299 | Intentionally Blank | | |
| 300 | Intentionally Blank | | |

<u>UNITED STATES v. MICHAEL JOHN AVENATTI</u>

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 301 | EA Letter re NFL Super Bowl Litigation -- Susko 2/17/2012 | | |
| 302 | Greco v. Jones Plaintiff Settlement Authorization – Susko 3/14/2017 | | |
| 303 | 3/26/2017 Email from Colorado to Kirk | | |
| 304 | 4/26/2017 Email from Behrens to Ayres and Others re Greco v. NFL with Attachments | | |
| 305 | 5/2/2017 Email from Avenatti to Ayres and Regnier re Greco – Please Review | | |
| 306 | 5/4/2017 Email from Avenatti to Court re Greco v. National Football League | | |
| 307 | 5/6/2017 Email from Avenatti to Behrens and Others with Attachment | | |
| 308 | 5/10/2017 Email from Ayres to Avenatti re Wire Plans | | |
| 309 | 5/10/2017 Email from Ayres to Behrens re Wiring Instructions | | |
| 310 | 5/12/2017 Email from Behrens to Avenatti and Others re NFL – Confidential Settlement Agreement and Release with Attachment | | |
| 311 | 5/15/2017 Email from Avenatti to Ayres and Others re Wire Plans | | |
| 312 | 5/31/2017 EA Deposit Detail – May 2017 | | |
| 313 | Ayres Northern Trust Statement 5/31/2017 | | |
| 314 | 7/25/2017 Email from Regnier to Avenatti re NFL callers | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 315 | 9/28/2017 Email from McMaster to Regnier and Colorado re NFL suit | | |
| 316 | 10/24/2017 Email from Susko to Regnier re 2nd. Request | | |
| 317 | 11/15/2017 Email from Regnier to Avenatti re NFL Callers | | |
| 318 | 11/15/2017 Email from Regnier to Susko re NFL CASE/DALLAS/SUPERBOWL | | |
| 319 | 11/17/2017 Cashier's Check from EA to Susko | | |
| 320 | 11/20/2017 Email from Regnier to Avenatti re NFL CASE/DALLAS/SUPERBOWL | | |
| 321 | 11/21/2017 Email from Avenatti to Susko and others re NFL Superbowl Case/Dallas | | |
| 322 | 11/23/2017 Email from Regnier to Susko re NFL Superbowl Case with Attached Letter | | |
| 323 | 12/6/2017 Email from McBee to Colorado re NFL Litigation - Immediate Action Required | | |
| 324 | Intentionally Blank | | |
| 325 | 12/7/2017 Email from Regnier to Avenatti re Stuff | | |
| 326 | 12/13/2017 Email from Regnier to Susko re NFL Case Dallas Super Bowl | | |
| 327 | 1/19/2018 Email from Avenatti to Regnier Re Dallas Super Bowl Case | | |
| 328 | 2/20/2018 Email from Regnier to Avenatti and Susko re Conf Call | | |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 329 | EA Income by Customer Detail – NFL | 7/29/21 | |
| 330 | 6/20/2018 Email from Regnier to Avenatti re NFL– Henciak/Wagler Payments with Attachment | | |
| 331 | 10/17/2018 Email from Dispatch to Avenatti and Regnier re Voicemail from D. Weissman | | |
| 332 | 12/17/2018 Email from Regnier to Avenatti re NFL Callers | | |
| 333 | 12/18/2018 Email from Regnier to Avenatti re Emergency Caller David Weissman | | |
| 334 | 3/5/2019 Email from Shento to Colorado re Super Bowl XLV Lawsuit – Settlement Information | | |
| 335 | Intentionally Blank | | |
| 336 | Intentionally Blank | | |
| 337 | Intentionally Blank | | |
| 338 | Intentionally Blank | | |
| 339 | Intentionally Blank | | |
| 340 | EA Involuntary Bankruptcy – Submission of Amended Schedules – 6/7/2017 | | |
| 341 | EA Involuntary Bankruptcy – Monthly Operating Report Disbursement Summary – 6/19/2017 | | |
| 342 | Avenatti Motion for Order Approving Settlement and Dismissing Case and Declaration of Avenatti 1/30/2018 | 8/10/21 | 8/10/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 343 | EA Involuntary Bankruptcy – Cash Receipts and Disbursements – 2/15/2018 | | |
| 344 | 3/15/2018 Declaration of Mark Horoupian Relating to Avenatti's Motion for Order Approving Settlement and Dismissing Case | | |
| 345 | 5/27/2015 CBT Email to Avenatti and Regnier re Global Baristas | | |
| 346 | 1/3/2016 Email from Avenatti to Regnier re attached image | | |
| 347 | 6/30/2016 Exclusive Resorts Membership Purchase Agreement | | |
| 348 | Limited Liability Company Operating Agreement of Passport 420, LLC 7/11/2016 | | |
| 349 | 1/27/2017 Addendum to HondaJet Purchase Agreement Delivery Receipt | 7/27/21 | 7/27/21 |
| 350 | 1/27/2017 Honda Aircraft Company Letter re Post Delivery Commitments, Aircraft Serial Number 42000029, Contract Number 40000316 | | |
| 351 | 12/19/2018 Email from Regnier to Avenatti re Augustus LLP – Attachment | | |
| 352 | 12/19/2018 Email from Regnier to Avenatti re AUGUSTUS EIN with Attachment | | |
| 353 | 12/20/2018 Secretary of State filing for Augustus LLP | | |
| 354 | 1/5/2019 email from Regnier to Avenatti re Augustus Secretary of State conformed with Attachment | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 355 | 2/12/2019 Email from Regnier to Avenatti re Augustus LLP Documents with Attachments | | |
| 356 | Checks to Freedom to Live – AA 0661 | 7/27/21 | 7/27/21 |
| 357 | Signature Card – AA 0661 | | |
| 358 | Statements – AA 0661 – 1.1.2015-4.30.2015 | | |
| 359 | Statements – AA 0661 – 1.1.2017-2.28.2017 | 8/13/21 | 8/13/21 |
| 360 | Statements – AA 0661 – 3.1.2018-8.31.2018 | | |
| 361 | Cashier's Checks – CNB 3504 | | |
| 362 | Checks – CNB 3504 | | |
| 363 | Deposits – CNB 3504 | | |
| 364 | Outgoing Wires – CNB 3504 | | |
| 365 | Signature Card – CNB 3504 | | |
| 366 | Statements – CNB 3504 – 5.11.2017-2.28.2018 | | |
| 367 | Checks – CNB 4705 | 7/28/21 | 7/28/21 |
| 368 | Statements – CNB 4705 | 7/28/21 | 7/28/21 |
| 369 | Wires – CNB 4705 | 7/28/21 | 7/28/21 |
| 370 | Statements – CNB 5566 | 7/27/21 | 7/27/21 |
| 371 | Transaction Detail Report – CNB 5566 | 8/13/21 | 8/13/21 |
| 372 | Wires – CNB 5566 | 7/27/21 | 7/27/21 |
| 373 | Signature Card – CNB 8611 | 7/29/21 | 7/29/21 |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 374 | Wires – CNB 8611 | | |
| 375 | Cashier's Checks – EA 2851 | | |
| 376 | Checking Account Debit to R. Dourec – EA 2851 | | |
| 377 | Checks – EA 2851 – 1.30.2015–3.30.2015 | | |
| 378 | Checks to Freedom to Live – EA 2851 | 7/27/21 | 7/27/21 |
| 379 | Checks to G. Johnson – EA 2851 | 7/27/21 | 7/27/21 |
| 380 | Checks to Sunrise of West Hills – EA 2851 | 7/27/21 | 7/27/21 |
| 381 | Signature Card – EA 2851 | 7/27/21 | 7/27/21 |
| 382 | Statement – EA 2851 – 1.31.2017 | 8/13/21 | 8/13/21 |
| 383 | Statement – EA 2851 – 5.31.2017 | | |
| 384 | Statements – EA 2851 – 1.30.2015–3.30.2015 | 8/12/21 | 8/12/21 |
| 385 | Signature Card – EA 8671, EA 3714, EA 4613 | 7/29/21 | 7/29/21 |
| 386 | Statements – EA 3714 | | |
| 387 | Statements – EA 4613 | 7/28/21 | 7/28/21 |
| 388 | Checks – EA 8541 | | |
| 389 | Intentionally Blank | | |
| 390 | Signature Card – EA 8541 | | |
| 391 | Statements – EA 8541 | 7/27/21 | 7/27/21 |
| 392 | 3/26/18 SulmeyerKupetz Check to IRS | 8/10/21 | 8/10/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 393 | People's Bank Custodian of Records Declaration | | |
| 394 | California Bank & Trust Custodian of Records Declaration | | |
| 395 | Chase Custodian of Records Declaration | | |
| 396 | Honda Aircraft Company Custodian of Records Declaration | | |
| 397 | City National Bank Custodian of Records Declaration | | |
| 398 | Intentionally Blank | | |
| 399 | Intentionally Blank | | |
| 400 | 6/12/2017 Section 341 Hearing Transcript in Eagan Avenatti Bankruptcy | A-G 8/4/21 | A-G 8/4/21 |
| 401 | 7/14/2017 Section 341 Hearing Transcript in Eagan Avenatti Bankruptcy | | |
| 402 | 7/25/2018 Transcript of Avenatti Debtor Proceedings | 8/6/21 | |
| 403 | 1/30/2019 Judgment Debtor Examination Transcript of Avenatti Vol. I | 8/6/21 | |
| 404 | 3/15/2019, Morning Session, Judgment Debtor Examination of Avenatti | 8/6/21 | |
| 405 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part I) | | |
| 406 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part II) | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 407 | 3/22/2019 Transcript of Avenatti Judgment Debtor Examination (Part I) with Exhibit 60 from Examination attached | | |
| 408 | Exhibit 60 from the 3/22/2019 Avenatti Judgment Debtor Examination | 7/23/21 | 7/23/21 |
| 409 | Intentionally Blank | | |
| 410 | Intentionally Blank | | |
| 411 | Intentionally Blank | | |
| 412 | Intentionally Blank | | |
| 413 | Intentionally Blank | | |
| 414 | Intentionally Blank | | |
| 415 | Intentionally Blank | | |
| 416 | Intentionally Blank | | |
| 417 | Intentionally Blank | | |
| 418 | Intentionally Blank | | |
| 419 | Intentionally Blank | | |
| 420 | Summary Financial Tracing Analysis: Total Amount Due to Geoffrey Johnson as of 1/29/15 | 8/12/21 | 8/12/21 |
| 421 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Geoffrey Johnson's Settlement Funds | 8/12/21 | 8/12/21 |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 422 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 8541 After Receiving Geoffrey Johnson's Settlement Payment | 8/12/21 | 8/12/21 |
| 423 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Account 2851 After Receiving Portions of Geoffrey Johnson's Settlement Payment from EA Trust Account 8541 | 8/12/21 | 8/12/21 |
| 424 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of A&A Account 0661 After Receiving Portions of Geoffrey Johnson's Settlement Payment from EA Account 2851 | 8/12/21 | 8/12/21 |
| 425 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Geoffrey Johnson | 8/12/21 | 8/12/21 |
| 426 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 4/7/16 EA 2851 Balance | 8/12/21 | 8/12/21 |
| 427 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 1/5/18 EA 3714 Balance | 8/12/21 | 8/12/21 |
| 428 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Geoffrey Johnson on 2/15/18 EA 4613 Balance | 8/12/21 | 8/12/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 429 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 0313... CNB 4705 Balance | 8/12/21 | 8/12/21 |
| 430 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Alexis Gardner as of 1/25/17 and November 2020 | 8/12/21 | 8/12/21 |
| 431 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Alexis Gardner's First Settlement Payment | 8/12/21 | 8/12/21 |
| 432 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 8671 After Receiving Alexis Gardner's First Settlement Payment | 8/12/21 | 8/12/21 |
| 433 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Alexis Gardner | 8/12/21 | 8/12/21 |
| 434 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 4/14/17 A&A 0661 Balance | 8/12/21 | 8/12/21 |
| 435 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 5/15/17 A&A 0661 Balance | 8/12/21 | 8/12/21 |
| 436 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 1/16/18 EA 3714 Balance | 8/12/21 | 8/12/21 |

## UNITED STATES v. MICHAEL JOHN AVENATTI

### SA CR NO. 19-061-JVS

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 437 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: GB Account Funds Used to Make a Payment to Alexis Gardner on 2/20/18 EA 4613 Balance | 8/12/21 | 8/12/21 |
| 438 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | 8/12/21 | 8/12/21 |
| 439 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Greg Barela as of 1/5/18 and January 2021 | 8/12/21 | 8/12/21 |
| 440 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Greg Barela's First Settlement Payment | 8/12/21 | 8/12/21 |
| 441 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 5566 After Receiving Greg Barela's First Settlement Payment | 8/12/21 | 8/12/21 |
| 442 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Payments to Greg Barela | 8/12/21 | 8/12/21 |
| 443 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | 8/12/21 | 8/12/21 |
| 444 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to Michelle Phan, Pratigya Phan, and Long Tran as of 3/14/18 | 8/12/21 | 8/12/21 |

34

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 445 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Michelle Phan, Pratigya Phan, and Long Tran's First Repurchase Payment | 8/12/21 | 8/12/21 |
| 446 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 4705 After Receiving the First Repurchase Payment | 8/12/21 | 8/12/21 |
| 447 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing of Michelle Phan, Pratigya Phan, and Long Tran's Second Repurchase Payment | 8/12/21 | 8/12/21 |
| 448 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 4705 After Receiving the Second Repurchase Payment | 8/12/21 | 8/12/21 |
| 449 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Trust Account 4613 After Receiving a Portion of the Second Repurchase Payment from CNB Trust Account 4705 | 8/12/21 | 8/12/21 |
| 450 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: A Portion of Michelle Phan's Stock Repurchase Payment was Transferred to EA 4613... CNB 4705 Balance | 8/12/21 | 8/12/21 |
| 451 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Total Amount Due to NFL Clients as of 5/17/17 | | |
| 452 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing NFL Clients' First Settlement Funds | | |

UNITED STATES v. MICHAEL JOHN AVENATTI

SA CR NO. 19-061-JVS

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 453 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of CNB Trust Account 3512 After Receiving the First Settlement Funds | | |
| 454 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Tracing NFL Clients' Second Settlement Funds | | |
| 455 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Activities of EA Operating Account 2851 After Receiving the Second Settlement Funds | | |
| 456 | Summary Financial Tracing Analysis Exhibit Prepared by Analysis Group: Most Payments Made to Clients Were Not Directly from Their Settlements | 8/12/21 | 8/12/21 |
| 457 | Summary Exhibit of Wire Transfers in Indictment | 8/12/21 | 8/12/21 |
| 458 | Intentionally Blank | | |
| 459 | Intentionally Blank | | |
| 460 | Summary Exhibit of Payments Made to Geoffrey Johnson | | |
| 461 | Summary Exhibit of Payments Made to Alexis Gardner | | |
| 462 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Geoff Johnson | | |
| 463 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Alexis Gardner | | |

**UNITED STATES v. MICHAEL JOHN AVENATTI**

**SA CR NO. 19-061-JVS**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 464 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Greg Barela | | |
| 465 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Michelle Phan | | |
| 466 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Long Tran | | |
| 467 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Judy Regnier | | |
| 468 | Cellphone Tolls Summary Chart: Defendant's Phone Calls with Eagan Avenatti LLP | | |
| 469 | | | |
| 470 | | | |