# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 19-61-JVS | Date | August 27, 2021 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | NOT | | X | Dean Steward, Standy by Counsel | NOT | | X |

**Proceedings:**   **[IN CHAMBERS] STANDING ORDER NO. 1**

This Order confirms the directives which the Court issued during the August 26, 2021 status conference call:

**1.  Absent emergency circumstances, no motion or *ex parte* application shall be filed without conferring with the opposing party sufficiently in advance to have a meaningful discussion of the issues raised.**

The Court has seen recent filings where no prior discussion occurred, only to result in agreement to the relief sought. This is wasteful of the parties' and the Court's resources.

**2.  No request for a status conference shall be made without conferring with the opposing party concerning the topics to be discussed.  If an informal request is made through an email to the Courtroom Deputy, it shall contain no argument.**

                                                                                                          :     0

                                                            Initials of Deputy Clerk    lmb