# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Vicky Isensee | 2a. Contact Phone Number: (213) 590-7240 | 3a. Contact E-mail Address: vickyisensee@dwt.com |
| 1b. Attorney Name (if different): Sam Cate-Gumpert | 2b. Attorney Phone Number: (213) 633-6800 | 2b. Attorney E-mail Address: samcategumpert@dwt.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Davis Wright Tremaine LLP
865 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

**5. Name & Role of Party Represented:** Non-Party CNN Producer Jacqueline Rose

**6. Case Name:** USA v. Avenatti

**7a. District Court Case Number:** SA CR No. 19-061-JVS

**7b. Appeals Court Case Number:** n/a

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal  ☒ Criminal ☐ Civil  ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2021 | Selna | Ex Parte Motion to Quash Defendant's Subpoena | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ 11/22/2021 | N/A 3-day |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Transcript was received by the Court Reporter. This request has already been met.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date: 8/23/2021   Signature: */s/*

G-120 (06/18)

American LegalNet, Inc.
www.FormsWorkFlow.com