1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,      )CERTIFIED TRANSCRIPT
                 Plaintiff,  )
      vs.                      )
                               )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,         )
                 Defendant.  )     TRIAL DAY 25
------------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 23, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | |
|---|---|
| 1 | |
| 2 | I-N-D-E-X |
| 3 | PAGE |
| 4 | **TELEPHONIC CONFERENCE** **4** |

```
 1    SANTA ANA, CALIFORNIA; MONDAY, AUGUST 23, 2021; 10:30 A.M.
 2              THE CLERK:  Item No. 4, SACR-19-00061-JVS, United
 3    States of America versus Michael John Avenatti.
 4              MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
 5    and Alexander Wyman on behalf of the United States, and I
 6    believe Patrick Fitzgerald of the Privilege Review Team is
 7    also on the line.
 8              MR. FITZGERALD:  Good morning, Your Honor.
 9              THE COURT:  Good morning.
10              MR. AVENATTI:  Good morning, Your Honor.  Michael
11    Avenatti present with Ms. Cummings-Cefali and advisory
12    counsel, Mr. Steward, is on the telephone.  We walked into
13    the courtroom because we were down the hall.
14              THE COURT:  Good morning.
15              MR. STEWARD:  Good morning.  Dean Steward here.
16              THE COURT:  Good morning.
17              I've read the brief joint report that was filed
18    within the hour.  As I understand it, the password is now
19    available, so the Tabs program can be opened.  Is that
20    correct?
21              MR. FITZGERALD:  Yes, Your Honor.  The computer
22    specialist was able to open it.  He is bringing the computer
23    that the system is on back to the United States Attorney's
24    Office, and it should be up around 11:00.  So sometime later
25    today it will available for searches by the defense.
```

1          MR. AVENATTI:  Your Honor, to clarify, the

2    password was located in the DOJ's files by Mr. Varani.  It's

3    been in their possession.  He was able to locate it within a

4    couple of hours and provide it to Mr. Tashchyan.  They were

5    able to open the program this morning.  Meanwhile,

6    Mr. Varani is taking the forensic copies that he has and

7    doing a search for the files that we gave him a list of in

8    an effort to expedite this using thse processed forensic

9    files.

10          MR. FITZGERALD:  Your Honor, as we discussed with

11    the defense, since I'm not on the Prosecution Team, I'm not

12    sure that the government would agree that the

13    characterization of these things that the DOJ files that

14    refers to Eagan Avenatti's files is accurate.  But, again, I

15    just want to say to the extent that any particular term of

16    art is used that has consequences for the case, that's not

17    something that the Prosecution Team has reviewed or

18    endorsed.  But the basic summary is correct.  We did find

19    the password in another file, and it did successfully open

20    the Tabs database, and that will now be available to search.

21          THE COURT:  I would like at least a preliminary

22    report of what Tabs data is there.  It doesn't need to be

23    exhaustive, but I would like to have that input before I

24    consider Mr. Avenatti's motion at 706.

25          If that can be accomplished by the end of the

1    business day, we will adjourn until 4:00.  Otherwise, we

2    will take it up at 8:00 tomorrow morning.  I just need that

3    piece of the puzzle before I consider the motion and to

4    invite argument.

5              MR. AVENATTI:  Understood, Your Honor.  My plan is

6    to leave this hearing and immediately travel to        Los

7    Angeles to take a look at whatever is made available to me.

8    Hopefully Mr. Varani will have a list of data in the files

9    that he is going to send over this afternoon.

10             My understanding from Mr. Fitzgerald is he is

11   conducting that search as we speak in Washington, D.C.  And

12   then I will file a report as soon as I can later this

13   afternoon, and we will leave it to Your Honor as to when you

14   want to have a hearing.

15             THE COURT:  Well, you and the rest of the folks

16   can't be in two places at once.  I want the argument on that

17   motion here.  It seems to me logistically it would give you

18   little bit more time to figure out what's there, and then

19   tomorrow morning you could conveniently all be in one place,

20   which would be in my courtroom.

21             MR. AVENATTI:  I will provide a defense update by

22   way of a filing on ECF late this afternoon or this evening

23   as soon as I have more information.

24             THE COURT:  That's fine.

25             MR. AVENATTI:  Thank you, Your Honor.

1      MR. FITZGERALD:  Your Honor, a couple issues since

2  we have the Court here.  Particularly, because this is

3  financial data, I will check with the defense, but it is my

4  intention to convey as soon as I can any material that is

5  produced to the defense to produce it to the Prosecution

6  Team so they will be in the best position to advise the

7  Court about what the consequences, if any, of this material

8  is.

9      Second, there isn't a dispute right now, but in

10 regard to what the forensic searches turn up or need to be

11 produced, it is possible that the parties will ask for the

12 guidance of the Court as to how broad the scope of the

13 Court's order was yesterday.  We have Mr. Varani looking for

14 specific financial data, namely, any Tabs data or any

15 QuickBooks data.

16     But there is the issue if a Tabs document, for

17 example, was found in a file, does that mean that everything

18 in the file should then be produced to the defense?  The

19 Privilege Review Team and the defense may have a

20 disagreement about that.  Once we look at that stack of it,

21 we will in a better position to know if we need to come back

22 to the Court or not.

23     THE COURT:  Well, for present purposes, I'm

24 limiting the search and production to Tabs data and

25 QuickBooks data.

```
 1              MR. AVENATTI:  Understood, Your Honor.  That's all
 2    the intention is on the defense side.  I don't think this
 3    will actually be a problem.  If it is, we can seek guidance
 4    from the Court, but I think this is pretty straightforward.
 5    It's probably one of the more straightforward things in the
 6    case.  So understood.  We understood Your Honor's directive
 7    yesterday as well.
 8              THE COURT:  Okay.  Thank you.
 9              MR. AVENATTI:  Thank you.
10              THE COURT:  We'll meet tomorrow to take up the
11    motion at 706.
12              MR. AVENATTI:  I think we said 705 in this report.
13    If so, we apologize.
14              THE COURT:  Anything further?
15              MR. FITZGERALD:  Your Honor, just to confirm, we
16    will probably have a telephonic update with the Court at
17    4:00, and then we will have an in-person courtroom hearing
18    likely tomorrow morning.  Has a time been set for that?
19              THE COURT:  8:00 a.m. tomorrow.
20              MR. AVENATTI:  Your Honor, my understanding was we
21    were not going to have a telephonic --
22              THE COURT:  I don't want to distract you.  If I
23    get a filing sometime this evening, I can review it today.
24    8:00 a.m. tomorrow will be sufficient.
25              MR. FITZGERALD:  We will certainly do that.
```

1        MR. AVENATTI:  My understanding is the defense is

2    going to make a filing late this afternoon or evening and

3    provide an update to the Court, and we are going to have

4    hearing at 8:00 tomorrow morning.

5        THE COURT:  Right.  And the Privilege Review Team

6    is invited to make a filing as well.

7        MR. AVENATTI:  Understood.  Thank you.

8        THE COURT:  Okay.

9        MR. SAGEL:  I by no means want to get in the way

10    of what I think is the most important or the most pressing

11    issue.  I only ask this because it affects other

12    individuals.  I know that at least two witnesses are in

13    contact with us asking what they are supposed to do as to

14    their status.  One has filed a Motion to Quash.  Another one

15    has to travel from out of town, and another one has to

16    travel from Los Angeles.

17        Do I have any other information to tell them?  Are

18    they supposed to be here tomorrow morning, or is that on

19    hold, or is there any other guidance to take up with regard

20    to Ms. Witos, I believe her name is; Ms. Phan; and then

21    there is a third witness from out of town that the defendant

22    has asked to come in?  I don't know if I have any further

23    information to get clarity or not as to what I can provide

24    them.

25        THE COURT:  Everybody is on hold.  We'll make

1    adjustments in the schedule as is necessary after deciding

2    at 706.

3              MR. SAGEL:  Thank you, Your Honor.

4              THE COURT:  Thank you.

5              MR. SAGEL:  Nothing further from the government.

6              (Whereupon, the proceedings were concluded.)

7                          *    *    *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

     I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 23, 2021

                        /s/   Sharon A. Seffens  8/23/21
                        SHARON A. SEFFENS, U.S. COURT REPORTER

**MR. AVENATTI: [11]** 4/10 5/1 6/5 6/21 6/25 8/1 8/9 8/12 8/20 9/1 9/7
**MR. FITZGERALD: [6]** 4/8 4/21 5/10 7/1 8/15 8/25
**MR. SAGEL: [4]** 4/4 9/9 10/3 10/5
**MR. STEWARD: [1]** 4/15
**THE CLERK: [1]** 4/2
**THE COURT: [16]**

**/**
**/s** 11/15

**0**
**0870 [1]** 1/21

**1**
**1-1053 [1]** 1/20
**1053 [1]** 1/20
**107 [1]** 2/16
**10:30 [1]** 4/1
**1100 [1]** 2/7
**11:00 [1]** 4/24

**2**
**2021 [3]** 1/17 4/1 11/13
**21 [1]** 11/15
**213 [1]** 2/8
**23 [3]** 1/17 4/1 11/13
**25 [1]** 1/12
**28 [1]** 11/7

**3**
**312 [1]** 2/7
**338-3598 [1]** 2/12
**3598 [1]** 2/12

**4**
**411 [2]** 1/20 2/11
**481-4900 [1]** 2/17
**4900 [1]** 2/17
**4:00 [2]** 6/1 8/17
**4th [1]** 1/20

**5**
**543-0870 [1]** 1/21

**6**
**6683 [1]** 2/8

**7**
**705 [1]** 8/12
**706 [3]** 5/24 8/11 10/2
**714 [1]** 1/21 2/12
**753 [1]** 11/6

**8**
**8/23/21 [1]** 11/15
**8000 [1]** 2/11
**894-6683 [1]** 2/8
**8:00 [2]** 8/19 8/24
**8:00 tomorrow [2]** 6/2 9/4

**9**
**90012 [1]** 2/8
**92672 [1]** 2/16
**92701 [2]** 1/20 2/11
**949 [1]** 2/17

**A**
**a.m [3]** 4/1 8/19 8/24
**able [3]** 4/22 5/3 5/5
**above [1]** 11/9
**above-entitled [1]** 11/9
**accomplished [1]** 5/25
**accurate [1]** 5/14
**actually [1]** 8/3
**adjourn [1]** 6/1

**adjustments [1]** 10/1
**advise [1]** 7/8
**advisory [2]** 2/15 4/11
**affects [1]** 9/11
**after [1]** 10/1
**afternoon [3]** 6/9 6/13 6/22 9/2
**again [1]** 5/14
**agree [1]** 5/12
**ALEXANDER [2]** 2/5 4/5
**all [2]** 6/19 8/1
**also [1]** 4/7
**AMERICA [2]** 1/9 4/3
**Ana [4]** 1/16 1/20 2/11 4/1
**Angeles [3]** 2/8 6/7 9/16
**another [3]** 5/19 9/14 9/15
**any [8]** 5/15 7/4 7/7 7/14 7/14 9/17 9/19 9/22
**Anything [1]** 8/14
**apologize [1]** 8/13
**APPEARANCES [1]** 2/1
**are [4]** 9/3 9/12 9/13 9/17
**argument [2]** 6/4 6/16
**around [1]** 4/24
**art [1]** 5/16
**as [16]**
**ask [2]** 7/11 9/11
**asked [1]** 9/22
**asking [1]** 9/13
**Assistant [3]** 2/4 2/6 2/10
**Attorney [4]** 2/3 2/4 2/6 2/10
**Attorney's [1]** 4/23
**August [3]** 1/17 4/1 11/13
**available [4]** 4/19 4/25 5/20 6/7
**AVENATTI [4]** 1/11 2/14 4/3 4/11
**Avenatti's [2]** 5/14 5/24
**Avenida [1]** 2/16

**B**
**back [2]** 4/23 7/21
**basic [1]** 5/18
**be [14]**
**because [3]** 4/13 7/2 9/11
**been [2]** 5/3 8/18
**before [2]** 5/23 6/3
**behalf [1]** 4/5
**believe [2]** 4/6 9/20
**best [1]** 7/6
**better [1]** 7/21
**bit [1]** 6/18
**BRANDON [1]** 2/4
**BRETT [2]** 2/9 4/4
**brief [1]** 4/17
**bringing [1]** 4/22
**broad [1]** 7/12
**Building [1]** 2/7
**business [1]** 6/1

**C**
**CA [4]** 1/20 2/8 2/11 2/16
**CALIFORNIA [3]** 1/5 1/16 4/1
**can [7]** 4/19 5/25 6/12 7/4 8/3 8/23 9/23
**can't [1]** 6/16
**case [2]** 5/16 6/6
**Cefali [1]** 4/11
**CENTRAL [1]** 1/5
**certainly [1]** 8/25
**CERTIFICATE [1]** 11/4
**CERTIFIED [1]** 1/9
**certify [1]** 11/6
**characterization [1]** 5/13
**check [1]** 7/3
**Chief [1]** 2/5
**clarify [1]** 5/1
**clarity [1]** 9/23
**Clemente [1]** 2/16
**Code [1]** 11/7
**come [2]** 7/21 9/22
**computer [2]** 4/21 4/22
**concluded [1]** 10/6
**conducting [1]** 6/11

**CONFERENCE [2]** 3/4 11/11
**confirm [1]** 8/18
**conformance [1]** 11/10
**consequences [2]** 5/16 7/7
**consider [2]** 5/24 6/3
**contact [1]** 9/13
**conveniently [1]** 6/19
**convey [1]** 7/4
**copies [1]** 5/6
**correct [3]** 4/20 5/18 11/8
**could [1]** 6/19
**counsel [2]** 2/1 2/15 4/12
**couple [2]** 5/4 7/1
**COURT [9]** 1/4 7/2 7/7 7/12 7/22 8/4 8/16 9/3 11/16
**Court's [1]** 7/13
**Courthouse [2]** 1/19 2/7
**courtroom [3]** 4/13 6/20 8/17
**Criminal [1]** 2/5
**Cummings [1]** 4/11

**D**
**D.C [1]** 6/11
**data [8]** 5/22 6/8 6/13 7/14 7/14 7/15 7/24 7/25
**database [1]** 5/20
**Date [1]** 11/13
**day [2]** 1/12 6/1
**DEAN [3]** 2/15 2/15 4/15
**deciding [1]** 10/1
**defendant [3]** 1/12 2/13 9/21
**defense [9]** 4/25 5/11 6/21 7/3 7/5 7/18 7/19 8/2 9/1
**did [2]** 5/18 5/19
**directive [1]** 8/6
**disagreement [1]** 7/20
**discussed [1]** 5/10
**dispute [1]** 7/9
**distract [1]** 8/22
**DISTRICT [2]** 1/4 1/5
**DIVISION [2]** 1/6 2/5
**do [3]** 8/25 9/13 9/17
**document [1]** 7/16
**does [1]** 7/17
**doesn't [1]** 5/22
**doing [1]** 5/7
**DOJ [1]** 5/13
**DOJ's [1]** 5/2
**don't [3]** 8/2 8/22 9/22
**down [1]** 4/13

**E**
**Eagan [1]** 5/14
**ECF [1]** 6/22
**effort [1]** 5/8
**end [1]** 5/25
**endorsed [1]** 5/18
**entitled [1]** 11/9
**evening [3]** 6/22 8/23 9/2
**Everybody [1]** 9/25
**everything [1]** 7/17
**example [1]** 7/17
**exhaustive [1]** 5/23
**expedite [1]** 5/8
**extent [1]** 5/15

**F**
**Federal [1]** 2/10
**figure [1]** 6/18
**file [5]** 5/19 6/12 7/17 7/18
**filed [2]** 4/17 9/14
**files [6]** 5/2 5/7 5/9 5/13 5/14 6/8
**filing [4]** 6/22 8/23 9/2 9/6
**financial [2]** 7/3 7/14
**find [1]** 5/18
**fine [1]** 6/24
**Fitzgerald [2]** 4/6 6/10
**folks [1]** 6/15
**foregoing [1]** 11/7
**forensic [3]** 5/6 5/8 7/10

**F**

format **[1]** 11/10
found **[1]** 7/17
Fourth **[1]** 2/11
FOX **[1]** 2/4
Frauds **[1]** 2/6
further **[3]** 8/14 9/22 10/5

**G**

gave **[1]** 5/7
get **[3]** 8/23 9/9 9/23
give **[1]** 6/17
going **[4]** 6/9 8/21 9/2 9/3
Good **[7]** 4/4 4/8 4/9 4/10 4/14 4/15 4/16
government **[2]** 5/12 10/5
guidance **[3]** 7/12 8/3 9/19

**H**

hall **[1]** 4/13
HANNA **[1]** 2/3
has **[8]** 5/6 5/16 5/17 8/18 9/14 9/15 9/15 9/22
have **[13]**
he **[5]** 4/22 5/3 5/6 6/9 6/10
hearing **[4]** 6/6 6/14 8/17 9/4
held **[1]** 11/9
her **[1]** 9/20
here **[4]** 4/15 6/17 7/2 9/18
hereby **[1]** 11/6
him **[1]** 5/7
hold **[2]** 9/19 9/25
Honor **[14]**
Honor's **[1]** 8/6
HONORABLE **[1]** 1/8
Hopefully **[1]** 6/8
hour **[1]** 4/18
hours **[1]** 5/4
how **[1]** 7/12

**I**

I'm **[3]** 5/11 5/11 7/23
I've **[1]** 4/17
I-N-D-E-X **[1]** 3/2
immediately **[1]** 6/6
important **[1]** 9/10
individuals **[1]** 9/12
information **[3]** 6/23 9/17 9/23
input **[1]** 5/23
intention **[2]** 7/4 8/2
invite **[1]** 6/4
invited **[1]** 9/6
is **[37]**
isn't **[1]** 7/9
issue **[2]** 7/16 9/11
issues **[1]** 7/1
it **[19]**
It's **[2]** 5/2 8/5
Item **[1]** 4/2

**J**

JAMES **[1]** 1/8
JOHN **[3]** 1/11 2/14 4/3
joint **[1]** 4/17
JUDGE **[1]** 1/8
Judicial **[1]** 11/11
just **[3]** 5/15 6/2 8/15
JVS **[2]** 1/11 4/2

**K**

know **[3]** 7/21 9/12 9/22

**L**

late **[2]** 6/22 9/2
later **[2]** 4/24 6/12
LAW **[1]** 2/15
least **[2]** 5/21 9/12
leave **[2]** 6/6 6/13
like **[2]** 5/21 5/23
likely **[1]** 8/18
limiting **[1]** 7/24

line **[2]** 4/7
list **[2]** 8/4 6/8
little **[1]** 6/18
locate **[1]** 5/3
located **[1]** 5/2
logistically **[1]** 6/17
look **[2]** 6/7 7/20
looking **[1]** 7/13
Los **[3]** 2/8 6/6 9/16

**M**

made **[1]** 6/7
Major **[1]** 2/6
make **[1]** 9/2 9/6 9/25
material **[2]** 7/4 7/7
matter **[1]** 11/9
may **[1]** 7/19
me **[2]** 6/7 6/17
mean **[1]** 7/17
means **[1]** 9/9
Meanwhile **[1]** 5/5
meet **[1]** 8/10
more **[3]** 6/18 6/23 8/5
morning **[13]**
most **[2]** 9/10 9/10
motion **[5]** 5/24 6/3 6/17 8/11 9/14
Mr. **[8]** 4/12 5/2 5/4 5/6 5/24 6/8 6/10 7/13
Mr. Avenatti's **[1]** 5/24
Mr. Fitzgerald **[1]** 6/10
Mr. Steward **[1]** 4/12
Mr. Tashchyan **[1]** 5/4
Mr. Varani **[2]** 5/2 5/6 6/8 7/13
Ms. **[3]** 4/11 9/20 9/20
Ms. Cummings-Cefali **[1]** 4/11
Ms. Phan **[1]** 9/20
Ms. Witos **[1]** 9/20
my **[6]** 6/5 6/10 6/20 7/3 8/20 9/1

**N**

name **[1]** 9/20
namely **[1]** 7/14
necessary **[1]** 10/1
need **[4]** 5/22 6/2 7/10 7/21
NICOLA **[1]** 2/3
no **[2]** 4/2 9/9
North **[1]** 2/7
not **[6]** 5/11 5/11 5/16 7/22 8/21 9/23
Nothing **[1]** 10/5
now **[3]** 4/18 5/20 7/9

**O**

Office **[1]** 4/24
OFFICES **[1]** 2/15
Okay **[2]** 8/8 9/8
once **[2]** 6/16 7/20
one **[5]** 6/19 8/5 9/14 9/14 9/15
only **[1]** 9/11
open **[3]** 4/22 5/5 5/19
opened **[1]** 4/19
order **[1]** 7/13
other **[3]** 9/11 9/17 9/19
Otherwise **[1]** 6/1
out **[3]** 6/18 9/15 9/21
over **[1]** 6/9

**P**

page **[2]** 3/3 11/10
particular **[1]** 5/15
Particularly **[1]** 7/2
parties **[1]** 7/7
password **[3]** 4/18 5/2 5/19
Patrick **[1]** 4/6
person **[1]** 8/17
Phan **[1]** 9/20
piece **[1]** 6/3
place **[1]** 6/19

places **[1]** 6/16
Plaintiff **[2]** 1/10 2/2
plan **[1]** 6/5
position **[2]** 7/6 7/21
possession **[1]** 5/3
possible **[1]** 7/11
preliminary **[1]** 5/21
present **[2]** 4/11 7/23
PRESIDING **[1]** 1/8
pressing **[1]** 9/10
pretty **[1]** 8/4
Privilege **[3]** 4/6 7/19 9/5
PRO **[1]** 2/14
probably **[2]** 8/5 8/16
problem **[1]** 8/3
proceedings **[3]** 1/15 10/6 11/9
processed **[1]** 5/8
produce **[1]** 7/5
produced **[3]** 7/5 7/11 7/18
production **[1]** 7/24
program **[2]** 4/19 5/5
Prosecution **[3]** 5/11 5/17 7/5
provide **[4]** 5/4 6/21 9/3 9/23
purposes **[1]** 7/23
pursuant **[1]** 11/6
puzzle **[1]** 6/3

**Q**

Quash **[1]** 9/14
QuickBooks **[2]** 7/15 7/25

**R**

read **[1]** 4/17
Reagan **[1]** 2/10
refers **[1]** 5/14
regard **[2]** 7/10 9/19
regulations **[1]** 11/11
report **[4]** 4/17 5/22 6/12 8/12
reported **[1]** 11/8
REPORTER **[1]** 11/16
REPORTER'S **[1]** 1/15
rest **[1]** 6/15
review **[4]** 4/6 7/19 8/23 9/5
reviewed **[1]** 5/17
right **[2]** 7/9 9/5
Ronald **[1]** 2/10
RPR **[1]** 1/19

**S**

SACR **[2]** 1/11 4/2
SACR-19-00061-JVS **[2]** 1/11 4/2
SAGEL **[2]** 2/9 4/4
said **[1]** 8/12
San **[1]** 2/16
Santa **[4]** 1/16 1/20 2/11 4/1
say **[1]** 5/15
schedule **[1]** 10/1
scope **[1]** 7/12
SE **[1]** 2/14
search **[4]** 5/7 5/20 6/11 7/24
searches **[2]** 4/25 7/10
Second **[1]** 7/9
Section **[2]** 2/6 11/6
seek **[1]** 8/3
seems **[1]** 6/17
SEFFENS **[3]** 1/19 11/15 11/16
SELNA **[1]** 1/8
send **[1]** 6/9
set **[1]** 8/18
SHARON **[3]** 1/19 11/15 11/16
should **[2]** 4/24 7/18
side **[1]** 8/2
since **[2]** 5/11 7/1
so **[5]** 4/19 4/24 7/6 8/6 8/13
something **[1]** 5/17
sometime **[2]** 4/24 8/23
soon **[3]** 6/12 6/23 7/4
SOUTHERN **[1]** 1/6
speak **[1]** 6/11

## S

**specialist [1]**  4/22
**specific [1]**  7/14
**Spring [1]**  2/7
**stack [1]**  7/20
**STATES [13]**
**status [1]**  9/14
**stenographically [1]**  11/8
**STEWARD [4]**  2/15 2/15 4/12 4/15
**straightforward [2]**  8/4 8/5
**Street [3]**  1/20 2/7 2/11
**successfully [1]**  5/19
**sufficient [1]**  8/24
**Suite [3]**  1/20 2/11 2/16
**summary [1]**  5/18
**supposed [2]**  9/13 9/18
**sure [1]**  5/12
**system [1]**  4/23

## T

**Tabs [6]**  4/19 5/20 5/22 7/14 7/16 7/24
**take [4]**  6/2 6/7 8/10 9/19
**taking [1]**  5/6
**Tashchyan [1]**  5/4
**Team [6]**  4/6 5/11 5/17 7/6 7/19 9/5
**telephone [1]**  4/12
**telephonic [3]**  3/4 8/16 8/21
**tell [1]**  9/17
**term [1]**  5/15
**Thank [6]**  6/25 8/8 8/9 9/7 10/3 10/4
**that [32]**
**that's [3]**  5/16 6/24 8/1
**their [2]**  5/3 9/14
**them [2]**  9/17 9/24
**then [5]**  6/12 6/18 7/18 8/17 9/20
**there [6]**  5/22 6/18 7/9 7/16 9/19 9/21
**these [1]**  5/13
**they [4]**  5/4 7/6 9/13 9/18
**things [2]**  5/13 8/5
**think [4]**  8/2 8/4 8/12 9/10
**third [1]**  9/21
**this [15]**
**thse [1]**  5/8
**time [2]**  6/18 8/18
**Title [1]**  11/7
**today [2]**  4/25 8/23
**tomorrow [8]**  6/2 6/19 8/10 8/18 8/19 8/24 9/4 9/18
**town [2]**  9/15 9/21
**transcript [4]**  1/9 1/15 11/8 11/10
**travel [3]**  6/6 9/15 9/16
**TRIAL [1]**  1/12
**true [1]**  11/7
**turn [1]**  7/10
**two [2]**  6/16 9/12

## U

**U.S [1]**  11/16
**understand [1]**  4/18
**understanding [3]**  6/10 8/20 9/1
**understood [5]**  6/5 8/1 8/6 8/6 9/7
**UNITED [13]**
**until [1]**  6/1
**up [5]**  4/24 6/2 7/10 8/10 9/19
**update [3]**  6/21 8/16 9/3
**us [1]**  9/13
**used [1]**  5/16
**using [1]**  5/8

## V

**Varani [4]**  5/2 5/6 6/8 7/13
**versus [1]**  4/3
**vs [1]**  1/10

## W

**walked [1]**  4/12
**want [5]**  5/15 6/14 6/16 8/22 9/9
**was [7]**  4/17 4/22 5/2 5/3 7/13 7/17 8/20
**Washington [1]**  6/11

**way [2]**  6/22 9/9
**we [23]**
**We'll [2]**  8/10 9/25
**well [4]**  6/15 7/23 8/7 9/6
**were [4]**  4/13 5/4 8/21 10/6
**West [2]**  1/20 2/11
**what [6]**  5/22 7/7 7/10 9/10 9/13 9/23
**what's [1]**  6/18
**whatever [1]**  6/7
**when [6]**  6/13
**Whereupon [1]**  10/6
**which [1]**  6/20
**will [17]**
**within [2]**  4/18 5/3
**witness [1]**  9/21
**witnesses [1]**  9/12
**Witos [1]**  9/20
**would [5]**  5/12 5/21 5/23 6/17 6/20
**WYMAN [2]**  2/5 4/5

## Y

**Yes [1]**  4/21
**yesterday [2]**  7/13 8/7
**you [11]**  6/13 6/15 6/17 6/19 6/25 8/8 8/9 8/22 9/7 10/3 10/4
**Your [15]**