UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CERTIFIED TRANSCRIPT |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | SACR-19-00061-JVS |
| MICHAEL JOHN AVENATTI, | ) | |
| Defendant. | ) | |

(Telephonic Conference)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 24, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA 92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

```
 1
 2                          I-N-D-E-X
 3                                                      PAGE
 4   TELEPHONIC CONFERENCE                                4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; TUESDAY, AUGUST 24, 2021; 2:02 P.M.             |
| 02:02 | 2  | THE CLERK:  Item 1, SACR-19-00061-JVS, United                          |
| 02:02 | 3  | States of America versus Michael John Avenatti.                        |
| 02:02 | 4  | MR. SAGEL:  Good afternoon, Your Honor.  Brett                         |
| 02:02 | 5  | Sagel on behalf of the United States.                                  |
| 02:02 | 6  | MR. AVENATTI:  And Alexander Wyman on behalf of                        |
| 02:02 | 7  | the United States as well.                                             |
| 02:02 | 8  | THE COURT:  Good afternoon.                                            |
| 02:02 | 9  | MR. AVENATTI:  Good afternoon.  Michael Avenatti                       |
| 02:02 | 10 | present with advisory counsel, Mr. Steward, and                        |
| 02:02 | 11 | Ms. Cummings-Cefali.                                                   |
| 02:02 | 12 | THE COURT:  Good afternoon.                                            |
| 02:02 | 13 | Thank you for making yourselves available.  I                          |
| 02:02 | 14 | neglected to take up one thing.  I've written to the jurors,           |
| 02:02 | 15 | and I have told them that can now discuss the case with                |
| 02:03 | 16 | anyone.  I have also told them if they don't wish to discuss           |
| 02:03 | 17 | the case just tell that person directly and get back to me             |
| 02:03 | 18 | and Ms. Bredahl.                                                       |
| 02:03 | 19 | I want to make sure that you all understand the                        |
| 02:03 | 20 | ground rules.  I'm sure you do.  But I want to make it clear           |
| 02:03 | 21 | that if you wish to talk to any of the jurors and any juror            |
| 02:03 | 22 | indicates that he or she does not wish to discuss the case,            |
| 02:03 | 23 | you are to respect that juror's wishes.                                |
| 02:03 | 24 | The other thing I have is for summons lead time we                     |
| 02:03 | 25 | are going to summon 100 jurors for the next trial.  That               |

```
02:03   1   process has begun today.  I realize that we are going to
02:03   2   have a discussion about scheduling a week and a half from
02:03   3   now.  But, nevertheless, that process has begun today just
02:03   4   to keep October 12 as a reality.
02:04   5            Anything anyone wants to raise?
02:04   6            MR. AVENATTI:  Your Honor, on behalf of the
02:04   7   defendant, I understand the ground rules relating to contact
02:04   8   the jurors, and those will be followed strictly.
02:04   9            THE COURT:  Very good.
02:04  10            MR. AVENATTI:  As it relates to a briefing
02:04  11   schedule, I should be in a position to propose something
02:04  12   within the next 48 hours.
02:04  13            THE COURT:  That's fine.
02:04  14            Again, thank you for making yourselves available.
02:04  15   Sorry I didn't think of this before we adjourned this
02:04  16   morning.
02:04  17            MR. AVENATTI:  Thank you, Your Honor.
02:04  18            (Whereupon, the proceedings were concluded.)
02:04  19                       *    *    *
02:04  20
02:04  21
02:04  22
02:04  23
02:04  24
02:04  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 25, 2021


　　　　　　　　　　　　　　　/s/   Sharon A. Seffens  8/25/21
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　SHARON A. SEFFENS, U.S. COURT REPORTER