UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,      ) CERTIFIED TRANSCRIPT
                  Plaintiff,   )
     vs.                       )
                               )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,         )
                  Defendant.   )
-------------------------------)
```

**(Telephonic Conference)**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 22, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18   ALSO PRESENT:

19   PATRICK FITZGERALD

20

21

22

23

24

25
```

```
          1    SANTA ANA, CALIFORNIA; SUNDAY, AUGUST 22, 2021; 3:09 P.M.
03:09     2              THE CLERK:  Item 1, SACR-19-00061-JVS, United
03:09     3    States of America versus Michael John Avenatti.
03:09     4              MR. SAGEL:  Good afternoon, Your Honor.  Brett
03:09     5    Sagel and Alex Wyman on behalf of the United States, and I
03:09     6    believe Patrick Fitzgerald of our Privilege Review Team is
03:09     7    also on the call.
03:09     8              MR. FITZGERALD:  That's correct, Your Honor.  Good
03:09     9    afternoon.
03:09    10              THE COURT:  Good afternoon.
03:09    11              MR. AVENATTI:  Good afternoon, Your Honor.
03:09    12    Michael Avenatti, and I'm joined by advisory counsel, Dean
03:09    13    Steward.  We also have our computer expert available to
03:09    14    patch in if necessary.
03:09    15              THE COURT:  Okay.  Well, my understanding is that
03:09    16    you have come across a relevant file or database, but you
03:09    17    are stuck because --
03:10    18              MR. AVENATTI:  Your Honor, in light of the fact
03:10    19    that you have read the e-mail, I'm happy to answer any
03:10    20    questions that you have or explain to the Court at least
03:10    21    from our view what the most expeditious way is to get this
03:10    22    resolved and get the data that we need.
03:10    23              THE COURT:  Well, I'm not prepared to give you a
03:10    24    forensic copy.  I think you need to work with the Privilege
03:10    25    Review Team.  I understand it won't be until 6:00 a.m. that
```

```
03:10   1   you can get some technical help from the software
03:10   2   manufacturer.  Unless I'm missing something, that seems to
03:10   3   be the next path to go down.
03:11   4             MR. AVENATTI:  Yes, correct, Your Honor.  Although
03:11   5   just to clarify for the benefit of the Court, that's
03:11   6   certainly going to be helpful to us if we're able to get
03:11   7   into the system that way.  But in order to ensure that we
03:11   8   have -- or that all of the database files for the Tabs and
03:11   9   the QuickBooks are identified and produced, it's necessary
03:11  10   to actually utilize the forensic copies.
03:11  11             Based on what the Court had said, I understand
03:11  12   that the Court doesn't want to give us a copy of those or is
03:11  13   not prepared to.  We don't have an objection to that.  But
03:11  14   in that case, the Privilege Review Team needs to work with
03:11  15   us utilizing those forensic copies.  The Privilege Review
03:11  16   Team has indicated a willingness to do so through
03:11  17   Mr. Tashchyan.  I think the question is only how quickly
03:12  18   that can be done.
03:12  19             THE COURT:  Well, I think you need to work
03:12  20   together and come back to the first point.  It seems to me
03:12  21   the next thing you need apart from the QuickBooks issue in
03:12  22   terms of Tabs is to get to the manufacturer and see how you
03:12  23   can get into the system without a password or --
03:12  24             MR. AVENATTI:  And we plan on doing that, Your
03:12  25   Honor, as soon as they open at 6:00 a.m. on Monday.  In the
```

```
03:12   1    interim time period, we're happy to work with the Privilege
03:12   2    Review Team and Mr. Tashchyan as it relates to being able to
03:12   3    search the forensic copies or have them search the forensic
03:12   4    copies.
03:12   5              As I mentioned on Friday, we need to be able to
03:12   6    serve for the suffix, the three-letter extension at the end
03:12   7    of the files, in order to locate the actual data.  I'm sure
03:12   8    that we can work closely with Mr. Fitzgerald and
03:13   9    Mr. Tashchyan.  We have enjoyed a pretty decent working
03:13   10   relationship over the last 36 hours, so I'm sure that will
03:13   11   continue.
03:13   12             THE COURT:  Well, why don't you give me a
03:13   13   telephonic report -- either a telephonic conference or Zoom
03:13   14   at 10:30 tomorrow and tell me what you have, and we will see
03:13   15   where we go from there.
03:13   16             MR. AVENATTI:  Understood.
03:13   17             MR. FITZGERALD:  Just to confirm then, the 10:30
03:13   18   courtroom hearing will be substituted with a telephonic or
03:13   19   Zoom meeting or hearing?
03:13   20             THE COURT:  Correct.  Depending on where you are,
03:13   21   I'll invite you to come in in the afternoon to hear argument
03:13   22   on what you have found, but I think we need to know what
03:13   23   cards are on the table or not before we do that.
03:14   24             Any questions?
03:14   25             MR. AVENATTI:  Nothing from the defense, Your
```

```
03:14   1   Honor.
03:14   2            MR. FITZGERALD:  Your Honor, just in light of the
03:14   3   Court's earlier orders and then since we have the
03:14   4   Prosecution Team on the line, I just want to invite them
03:14   5   since they have better knowledge of the case -- I would like
03:14   6   the Prosecution Team to let us know if there should be any
03:14   7   limitations or any searches done of our system or copy that
03:14   8   would be off limits or inappropriate.
03:14   9            Previously we had an order under the search
03:14  10   warrant that searches for individuals in separate cases
03:14  11   should not be conducted, and any information should be
03:15  12   segregated from both the prosecution and the defense.
03:15  13            THE COURT:  Well, I don't see a role for the
03:15  14   Prosecution Team at this point.  That's what the Privilege
03:15  15   Review/Taint Team is there for.
03:15  16            MR. FITZGERALD:  Yes, Your Honor.  Again, in
03:15  17   making my decisions, to the extent I can have any guidance
03:15  18   from the Prosecution Team and if that's something that the
03:15  19   Court needs to resolve, then I would like to get it done
03:15  20   now.  So with the Court's indulgence, if we can give them
03:15  21   just a few moments to confer to see if they have any
03:15  22   guidance that we need to consider right now.
03:15  23            THE COURT:  Well, Mr. Avenatti, if you're fine in
03:15  24   listening to the conversation between the Prosecution Team
03:16  25   and the Privilege Review Team, I guess I don't have a
```

```
03:16   1  problem with that.
03:16   2          MR. SAGEL:  This is Brett Sagel.
03:16   3          I didn't realize that I was going to be asked
03:16   4  about this, but I guess my only thought -- again, I'm
03:16   5  generally the least informed person on the call because I'm
03:16   6  not there, and I'm being kept out of what's happening.
03:16   7          As long as the searches and what is done between
03:16   8  the Privilege Review Team and the defendant relate to the
03:16   9  Tabs data in our case, I think it's probably a moot point.
03:16  10  If he starts asking them to run inquiries relating to Stormy
03:16  11  Daniels and -- there are a few names and a few cases that
03:16  12  were segregated from our search warrant.  As long as those
03:17  13  searches aren't being sought, I do think it's a moot point.
03:17  14          I think I would have to say that it will have to
03:17  15  be at the discretion Mr. Fitzgerald based on what he is
03:17  16  being asked.  If he is asked to search something that is
03:17  17  pretty far afield of relates to our case, I guess at that
03:17  18  point he will have to either let us know or consult the
03:17  19  search warrants if it's one of the excluded things.  But the
03:17  20  search warrants have since expired.  So I don't know if that
03:17  21  is part of the equation if he is still relying on the
03:17  22  authority granted from the search warrant or not.
03:17  23          As long as the searches pertain to our case and
03:17  24  the Tabs data that could remotely relate to our case, I
03:17  25  don't really have a position one way or the other.
```

```
03:17   1              MR. AVENATTI:  Just to shortcut this, Your Honor,
03:18   2    the only thing I'm interested in at this point is Tabs and
03:18   3    QuickBooks data off those servers, period.  I'm not
03:18   4    interested in doing any other searches for any other
03:18   5    clients, et cetera.  So I think this can be done very
03:18   6    straightforward.
03:18   7              THE COURT:  Is that enough guidance for you, Mr.
03:18   8    Fitzgerald?
03:18   9              MR. FITZGERALD:  It is, Your Honor.  That's
03:18  10    helpful.  Thank you.
03:18  11              THE COURT:  Okay.  Then we'll reconvene via Zoom
03:18  12    or telephone tomorrow at 10:30.
03:18  13              MR. AVENATTI:  Thank you, Your Honor.  Have a good
03:18  14    day.
03:18  15              MR. FITZGERALD:  Thank you, Your Honor.
03:18  16              MR. SAGEL:  Thank you, Your Honor.
03:18  17              (Whereupon, the proceedings were concluded.)
03:18  18                            *    *    *
03:18  19
03:18  20
03:18  21
03:18  22
03:18  23
03:18  24
03:18  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 23, 2021


/s/   Sharon A. Seffens  8/23/21
_____
SHARON A. SEFFENS, U.S. COURT REPORTER