# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 19-0061 JVS |
| v. | |
| Michael John Avenatti | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: Minutes of Jury Trial - 23rd Day

Filed date: 8/20/21     Document Number(s): 748

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☒ Incorrect ☒ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is August 19, 2021 .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Minutes of Jury Trial day 23 has been modified to reflect the correct filed date of August 19, 2021 and not August 20, 2021. No other changes made to the document.

Attachment

CLERK, U.S. DISTRICT COURT

Date: 8/30/2021     By: /s/ E. Synagogue
                          Deputy Clerk

G-11 (03/19)     NOTICE OF CLERICAL ERROR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-61JVS | Date | August 19, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens/Debbie Hino-Spaan | Brett Sagel/Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | H Dean Steward, Stand by Counsel | X | X | |

\_\_\_\_ Day <u>COURT TRIAL</u>   23rd Day <u>JURY TRIAL</u>   \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified   X Exhibits admitted

\_\_\_\_ Government rests.   \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_   \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   \_\_\_\_ Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to August 20, 2021 at 10:30 a.m. for further trial/further jury deliberation.

X Other: Rule 29 motion at to Counts 1, 2, 4, and 5 is DENIED, the Court reserves as to all other Counts.

5 : 25

Initials of Deputy Clerk   lmb