# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Arlene Roe |
| 2a. Contact Phone Number | 212-728-8788 |
| 3a. Contact E-mail Address | aroe@willkie.com |
| 1b. Attorney Name (if different) | Randall W. Jackson |
| 2b. Attorney Phone Number | 212-728-8216 |
| 3b. Attorney E-mail Address | rjackson@willkie.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 |
| 5. Name & Role of Party Represented | we do not represent a party in this action |
| 6. Case Name | USA v. Avenatti |
| 7a. District Court Case Number | 8:19-cr-00061 |
| 7b. Appeals Court Case Number | N/A |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Steffens  sseffens@earthlink.net

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2021 | Hon. J. Selna | Full Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ not yet on file | HOURLY (2 hrs) |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 26, 2021   Signature: Randall W. Jackson

G-120 (06/18)