Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> STIPULATION AS TO BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR DISMISSAL DUE TO DOUBLE JEOPARDY AND ALLEGED GOVERNMENT MISCONDUCT |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, as well as Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman hereby stipulate as follows:

1. On August 24, 2021, the Court granted the defendant's request for a new trial pursuant to Defendant' Motion to Dismiss or, in the Alternative, Motion for Mistrial, due to the Government's (1) Failure to Produce Information as Required by Rule 16, *Brady*, and *Giglio*, and (2) Contempt of this Court's January 25, 2021 Order [Dkt. 706].

2. At the defendant's request, the Court has agreed to afford the defendant the opportunity to present the Court with a motion arguing that the mistrial and the government's associated conduct as alleged by the defendant should result in the government being precluded from re-trying the defendant.

3. Defendant shall file his opening brief by September 17, 2021; the government shall file its opposition by September 24, 2021; and the defendant shall file his reply brief by September 29, 2021.  The defendant and the government further respectfully request that the hearing on the motion be held on October 4, 2021, provided this date is acceptable to the Court.

4. The above briefing schedule is contingent on the agreement that the Privilege Review Team provides defendant with the additional Tabs data by September 3, 2021. If defendant has not received the data by September 3, 2021, defendant reserves the right to seek a modification of the schedule set forth herein.

Dated:  September 1, 2021              /s/ Michael John Avenatti
                                       _____
                                       MICHAEL JOHN AVENATTI
                                       Defendant

Dated:  September 1, 2021              /s/ Brett Sagel
                                       _____
                                       BRETT SAGEL
                                       ALEXANDER C.K. WYMAN
                                       Assistant United States Attorneys
                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA