```
1  H. Dean Steward, SBN 85317
2  17 Corporate Plaza, Suite 254
   Newport Beach, California 92660
3  Tel (949) 481-4900
   Fax (949) 497-6753
4
   Advisory Counsel for Defendant
5  MICHAEL JOHN AVENATTI
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that the defendant's opening brief regarding whether the mistrial and the government's associated conduct as alleged by the defendant should result in the government being precluded from re-trying the defendant shall be filed by September 17, 2021; the government shall file its opposition by September 24, 2021; and the defendant shall file his reply brief by September 29, 2021. The hearing on the motion shall be held on October 4, 2021 at 9:00 a.m.  If the Privilege Review Team has not produced the additional Tabs data by September 3, 2021, the defendant is permitted to seek to modify this schedule by way of an *ex parte* application to the Court.

**So ordered.**

Dated: September ___, 2021

_____
Hon. James V. Selna
U.S. District Judge

2