TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHAEL JOHN AVENATTI, | **CONTINUED TRIAL DATES:** |
| Defendant. | November 2, 2021 (Counts 1-10) <br> May 10, 2022 (Counts 11-36) |

The Court has read and considered the Stipulation Regarding (1) Continuance of Trial Dates and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.

The Court finds as it relates to defendant's trial on Counts 1 to 10: the time period of July 13, 2021, to November 2, 2021, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(e) because defendant is to be tried again following a declaration by the Court of a mistrial or following an order of the Court for a new trial and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) because the delay results from continuances granted by the Court on its own motion, without objection from defendant or the government, on the basis of the Court's finding that: (i) the ends of justice served by the continuances outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

The Court finds as it relates to defendant's trial on Counts 11 to 36: the time period of October 12, 2021, to May 10, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) because the delay results from continuances granted by the Court on its own motion, without objection from defendant or the government, on the basis of the Court's finding that: (i) the ends of justice served by the continuances outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice, and pursuant to 18 U.S.C. § 3161(h)(1)(B) because the delay results from trial with respect to other charges against defendant.

The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorneys for the government to obtain available witnesses.

Accordingly, the Court finds that there are facts that support a continuance of the trial dates in this matter, and there is good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial on Counts 1 to 10 of the Indictment in this matter is continued from July 13, 2021, to November 2, 2021, at 8:30 a.m., with the expectation that the completion of the written jury questionnaires will be completed the week prior.

2. The trial on Counts 11 to 36 of the Indictment in this matter is continued from October 12, 2021, to May 10, 2022, at 8:30 a.m.

3. With respect to Counts 1 to 10 of the Indictment, the time period of July 13, 2021, to November 2, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(e), (h)(7)(A), and (h)(7)(B)(i).

4. With respect to Counts 11 to 36 of the Indictment, the time period of October 12, 2021, to May 10, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(B), (h)(7)(A), and (h)(7)(B)(i).

5. Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street,

Santa Ana, California on November 2, 2021, at 8:30 a.m., and on May 10, 2022, at 8:30 a.m.

    6.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

_____    _____
DATE    HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE

Presented by:
    /s/
_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys