TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER SETTING A BRIEFING SCHEDULE ON GOVERNMENT'S MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021; DECLARATION OF ALEXANDER C.K. WYMAN |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |
| | [PROPOSED ORDER LODGED HEREWITH] |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files this ex parte application for

an order setting a briefing schedule on the government's motion for an order that defendant identify any further material on the Eagan Avenatti servers requested by the defense by October 12, 2021. Specifically, the government requests that the Court set the hearing on this matter earlier than the 28 days ordinarily required under the Local Rules so as to hear this motion at the same time as defendant's forthcoming motion to dismiss, and that the Court set the following briefing schedule: defendant's opposition shall be due September 20, 2021; any reply shall be due September 24, 2021; and the hearing shall occur on October 4, 2021, at 9:00 AM.  This application is based upon the attached Declaration of Alexander C.K. Wyman. Defendant opposes this application.

Dated: September 13, 2021            Respectfully submitted,

                                     TRACY L. WILKISON
                                     Acting United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                            /s/
                                     BRETT A. SAGEL
                                     ALEXANDER C.K. WYMAN
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

DECLARATION OF ALEXANDER C.K. WYMAN

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California. Together with AUSA Brett A. Sagel, I represent the government in United States v. Michael John Avenatti, SA CR 19-061-JVS. I have personal knowledge of the facts set forth below and could testify competently thereto.

2. I make this declaration in support of the government's application for an order setting a briefing schedule on the government's motion for an order that defendant identify any further material on the Eagan Avenatti servers requested by the defense by October 12, 2021, which is being filed simultaneously with this ex parte application.

3. The Court has issued a condensed briefing schedule on defendant's anticipated forthcoming motion to dismiss. (CR 802.) Under that schedule, defendant is required to file his motion by September 17, 2021, the government is to file an opposition by September 24, 2021, defendant is to file a reply by September 29, 2021, and the hearing on the motion will occur at 9:00 AM on October 4, 2021. (Id.)

4. For efficiency, and to ensure resolution of the government's motion sufficiently in advance of the November 2, 2021 trial date, the government is filing this ex parte application to have the government's motion heard at the same time as defendant's anticipated motion (which has yet to be filed) on October 4, 2021.

5. Local Rule 6-1 states that motions shall be served not later than 28 days before the motion day calendar but that the Court may order a shorter time. The government is requesting that the

hearing be set for 21 days after the filing of its motion so that the Court can address both parties' motions at the same time.

6. This application is not made for purposes of delay or tactical advantage, but for efficiency given that the Court has already scheduled a hearing for October 4, 2021. Should the Court deny this ex parte application, the government respectfully requests that the motion be set for hearing the following week, October 11, 2021, which would be 28 days after the filing of the motion.

7. On September 10, 2021, I contacted the defense by email. Defendant and his advisory counsel, through a paralegal, informed me that defendant opposes the relief sought herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on September 13, 2021.

                                        /s/
                                ALEXANDER C.K. WYMAN