TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    Facsimile: (213) 894-6269
    Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | No. SA CR 19-061-JVS<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING GOVERNMENT'S UNREDACTED MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021 (CR 809); DECLARATION OF ALEXANDER C.K. WYMAN |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby applies ex parte for an order that the government's unredacted motion for an order that defendant

identify any further material on the Eagan Avenatti servers requested by the defense by October 12, 2021, as well as the accompanying exhibits (collectively, CR 809), be filed under seal.

This ex parte application is based upon the attached declaration of Alexander C.K. Wyman.

Dated: September 14, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

           /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ALEXANDER C.K. WYMAN**

I, Alexander C.K. Wyman, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government requests an order sealing the government's unredacted motion for an order that defendant identify any further material on the Eagan Avenatti servers requested by the defense by October 12, 2021, as well as the accompanying exhibits (collectively, CR 809, the "Motion"). After filing the Motion, on September 13, 2021, defense paralegal Emma Hernandez emailed me, copying advisory defense counsel H. Dean Steward, saying that one of the exhibits in the government's publicly filed Motion (Exhibit 5) contained her personal email address and cellphone number and asking that I correct that so that her information is not on the public record.

3. Accordingly, I have redacted Ms. Hernandez's email address and cellphone number in Exhibit 5 and will be filing a redacted version of the Motion contemporaneously with this application. The only difference between the Motion and the redacted motion that the government will be filing is that Ms. Hernandez's cellphone number and email address are now redacted in Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 14, 2021.

/s/
ALEXANDER C.K. WYMAN

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING GOVERNMENT'S UNREDACTED MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021 (CR 809); DECLARATION OF ALEXANDER C.K. WYMAN**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By electronic mail delivery, as follows:

**DEAN STEWARD, ESQ.**

**Email: deansteward7777@gmail.com**

This Certificate is executed on September 14, 2021, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*