TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING GOVERNMENT'S UNREDACTED MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021 (CR 809) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The government's unredacted motion for an order that defendant identify any further material on the Eagan Avenatti servers

//

//

requested by the defense by October 12, 2021, as well as the accompanying exhibits (collectively, CR 809), shall be sealed.

```
_____        _____
 DATE                                HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
 ALEXANDER C.K. WYMAN
 Assistant United States Attorney
```

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER SEALING GOVERNMENT'S UNREDACTED MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021 (CR 809)** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By electronic mail delivery, as follows:

**DEAN STEWARD, ESQ.**

**Email: deansteward7777@gmail.com**

This Certificate is executed on September 14, 2021, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*