TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | ORDER SEALING GOVERNMENT'S UNREDACTED MOTION FOR AN ORDER THAT DEFENDANT IDENTIFY ANY FURTHER MATERIAL ON THE EAGAN AVENATTI SERVERS REQUESTED BY THE DEFENSE BY OCTOBER 12, 2021 (CR 809) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED.  The government's unredacted motion for an order that defendant identify any further material on the Eagan Avenatti servers

//

//

requested by the defense by October 12, 2021, as well as the accompanying exhibits (collectively, CR 809), shall be sealed.

9/15/21
DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
ALEXANDER C.K. WYMAN
Assistant United States Attorney