Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |

    Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files his *ex parte* application for permission to file an oversize brief in connection with Defendant's Motion to Dismiss Due to Double Jeopardy, Prosecutorial Misconduct, Contempt of this Court's January 25, 2021 Order [Dkt. 408], and Violations of Defendant's Right to Due Process. The requested relief is based on the attached declaration, the files and records in this case, and any other information that the Court may consider.

  Dated:  September 17, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Avenatti

　　　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI

# DECLARATION OF MICHAEL J. AVENATTI

I, Michael J. Avenatti, declare:

1. I am the defendant in *United States v. Michael John Avenatti* (CDCA Case No. SA CR No. 19-061-JVS) and am appearing in this matter *pro se*. I make this declaration in support of the Defendant's *Ex Parte* Application for Permission to File an Oversize Brief in connection with Defendant's Motion to Dismiss Due to Double Jeopardy, Prosecutorial Misconduct, Contempt of this Court's January 25, 2021 Order [Dkt. 408], and Violations of Defendant's Right to Due Process (the "Motion").

2. I understand that the Court's Order regarding criminal matters imposes a 25-page limit for memoranda of points and authorities in support of motions. However, I have been unable to condense the lengthy factual history and complex legal arguments in the memorandum supporting the Motion to 25 pages due to the extensive factual and legal analysis necessary for a proper determination of the issues raised by way of the Motion. This is especially true due to my need to adequately establish a factual record relating to what transpired over the course of approximately two and a half years leading up to this Court's ruling granting a mistrial.

3. The Motion and memorandum raise complex and fact-intensive legal challenges regarding the Fifth Amendment double jeopardy clause, outrageous government conduct, due process, and the Court's supervisory powers. The "Factual Background" section of the memorandum totals 31 pages (out of a total of 44 pages) and includes a recitation of the relevant events beginning in 2019, the government's collection of the EA, LLP servers, the prosecution's investigation of the EA, LLP servers and the contents contained therein, the repeated attempts to gain access to the servers themselves as well as the materials contained on the servers, the defense's continued efforts to obtain relevant discovery, the relevant motion practice, and the issues that

arose during the trial relating to the missing financial data. An oversize brief is necessary to establish the record related to these critical issues.

4. To the best of my knowledge, this is the defense's first request to file an oversize brief in this case.

5. Based upon the critical nature of these pleadings, complexity of the issues, and the lengthy relevant factual narrative, I ask that the Court find that good cause has been shown to allow for a memorandum in excess of the 25-page limit. Specifically, I ask that the Court permit the defense to file the memorandum, which totals 44 pages.

6. The defense has no objection to the government being granted a similar page limit for their opposition, although the detailed Factual Background in the defendant's opening brief should eliminate the need for the government to repeat the facts.

7. The defense contacted the government on September 15, 2021 and requested their position on this *ex parte* application. AUSA Alexander Wyman responded by e-mail: "We oppose your application for an oversize brief."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 17, 2021

_____
MICHAEL JOHN AVENATTI

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on September 17, 2021 service of the:

DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021

/s/ H. Dean Steward
H. Dean Steward

4