Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL JOHN AVENATTI, Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |

Good cause having been shown, the defendant's *ex parte* application for permission to file an oversize brief in connection with the Defendant's Motion to Dismiss Due to Double Jeopardy, Prosecutorial Misconduct, Contempt of this Court's January 25, 2021 Order [Dkt. 408], and Violations of Defendant's Right to Due Process is granted. The defendant's memorandum of points and authorities is not to exceed 44 pages.

**So ordered.**

Dated: September ___, 2021

_____

Hon. James V. Selna

U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on September 17, 2021 service of the:

[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021

/s/ H. Dean Steward
H. Dean Steward

2