Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |

1  Good cause having been shown, the defendant's *ex parte* application for permission to
2  file an oversize brief in connection with the Defendant's Motion to Dismiss Due to
3  Double Jeopardy, Prosecutorial Misconduct, Contempt of this Court's January 25, 2021
4  Order [Dkt. 408], and Violations of Defendant's Right to Due Process is granted. The
5  defendant's memorandum of points and authorities is not to exceed **30 (thirty)** pages.

   **So ordered.**

   Dated: September 20, 2021

   _____
   Hon. James V. Selna
   U.S. District Judge

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on September 17, 2021 service of the:

[PROPOSED] ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021

/s/ H. Dean Steward
H. Dean Steward