FILED
CLERK, U.S. DISTRICT COURT

SEP 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| v. | SACR 19-00061JVS |
| Michael John Avenatti, | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON MISTRIAL ~~VERDICT / JUDGMENT AT TRIAL~~ |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the Court's exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

_____

_____

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: _____9/3/21_____

_____
Signature of Counsel for: Government

Brett Sagel/Alex Wyman ( )

Print Name    Telephone Number

Dated: _____8-27-21_____

_____
Signature of Counsel for: Defendant

Print Name   Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

CLERK, U. S. DISTRICT COURT

Dated:

By _____ 9/3/21 _____

_____ Lisa Bredahl _____

, Deputy

G-38 (6/98)
AT TRIAL       RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT