# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | September 20, 2021 |

**Present: The Honorable** JAMES V. SELNA, U.S. DISTRICT COURT JUDGE

Interpreter

| Lisa Bredahl | Sharon Seffens | Brett Sagel, Alex Wyman, Patrick Fitzgerald |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | | X | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with the defendant, his advisory counsel (telephonically) and counsel for the Government present.

Court and counsel discuss the status of the copies of the servers.

Jury selection to commence on November 2, 2021 at 8:30 a.m.

Pretrial Conference set for October 27, 2021 at 8:30 a.m.

Status Conference remains set for September 27, 2021 at 9:00 a.m.

Defendant may leave his residence for doctor's appointments and medical treatment.

: 20

Initials of Deputy Clerk  lmb

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**