TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR PERMISSION TO FILE AN OVERSIZE BRIEF |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

For good cause shown, the government's ex parte application for permission to file an oversize brief in connection with the government's opposition to defendant MICHAEL JOHN AVENATTI's motion to dismiss is GRANTED.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's ex parte application for permission to file an oversize brief in connection with the government's opposition to defendant MICHAEL JOHN AVENATTI's motion to dismiss is DENIED.

The government shall file a revised opposition no later than _____.

The revised memorandum of points and authorities in support of the government's opposition shall not exceed _____ pages.

IT IS SO ORDERED

_____     _____
DATE                                HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys