# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.   **SACR 19-0061-JVS**                                      Date   September 27, 2021

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

Interpreter   N/A

| Deborah Lewman | Sharon Seffens | Brett Sagle<br>Patrick Fitzgerald |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | | X | H. Dean Steward, CJA - Advisory Counsel | X | X | |

**Proceedings:**   STATUS CONFERENCE

Cause is called for hearing with the defendant, his advisory counsel and counsel for the Government present.

Status Conference continued to Monday, October 4, 2021 at 9:00 a.m. Status Report to be filed by the defendant, in advance of the hearing, relating to expert's review of data.

:   09

Initials of Deputy Clerk   djl