# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 19-00061-JVS | Date: September 29, 2021 |
| Present: The Honorable | **James V. Selna, U.S. District Judge** | |
| Interpreter | | |

| Deborah Lewman | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | NOT | | X | H. Dean Steward, CJA, Advisory Counsel | NOT | | X |

**Proceedings:** [IN CHAMBERS] **Request for Information**

At the September 27, 2021 Status Conference Michael John Avenatti ("Avenatti") indicated his desire to file a status report in advance of the presently scheduled October 4, 2021 status conference, and the Court agreed it would be helpful. (Tr. 9-27-21, p. 8.)

The Court requests that Avenatti, and the Government if it so desires, address the following:

1. From the Government's presentation on September 27, 2021, the Court understands that copies of servers 1 through 4 indexed in FTK have been produced. Is this correct?

2. With respect to server 5, the Court understands that the Government has delivered 4.3 million files that were indexed to go into "relatively." These were described as "user" files and were selected because they would have the highest degree of relevance to the case. (<u>Id.</u>, p. 5.) What other types of files are on server 5? Can any be ruled out for lack of relevance based on the type of file? In other words, can the production of the full server be short-circuited so that entire production is not needed.

The Court requests that the parties have their technical experts present for the upcoming status conference–preferably in person but otherwise via telephone.

: 0

Initials of Deputy Clerk    djl