TRACY L. WILKISON
Acting United States Attorney
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Assistant United States Attorney
     1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4591
     Facsimile: (213) 894-8601
     E-mail:    Patrick.Fitzgerald@usdoj.gov

Privilege Review Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | <u>USAO PRIVILEGE REVIEW TEAM'S STATUS REPORT FOR OCTOBER 4, 2021 HEARING</u> |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

The Acting United States Attorney for the Central District of California and Assistant United States Attorney Patrick R. Fitzgerald hereby file this status report for the October 4, 2021 hearing.

Dated: October 3, 2021              Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney


                                       /s/ *Patrick R. Fitzgerald*
                                    PATRICK R. FITZGERALD
                                    Assistant United States Attorney

                                    Privilege Review Attorney
                                    UNITED STATES OF AMERICA

**STATUS REPORT**

This status report contains a summary of the material on the Egan Avenatti LLP servers that the Privilege Review Team has produced to the defense since the end of the first trial. This production is pursuant to the Court's order at the September 15, 2021 hearing that all EA files be produced to the defense. IRS-CI Special Agent and Computer Investigative Specialist Nshan Tashchyan and Department of Justice Digital Investigative Analyst Joseph Varani have downloaded or otherwise prepared the digital data for the production to the defense and will be present at the October 4, 2021 hearing in person or by telephone.

This status report also addresses the two issues that the Court raised in its September 29, 2021 Criminal Minute Order (CR 829), which relate to the creation of FTK search indexes for the files on the EA servers. The defense soon will have search indexes for all the files on the EA servers, with the exception of 2.5 million TIFF files on Server 5. The Privilege Review Team does not believe that indexing these remaining files will be useful or effective because they are graphics files[1]

Production of EA Files to the Defense

The Privilege Review Team has produced the following material to the defense:

---

[1] The defense status report raises various issues beyond the scope of the production of the EA files by the Privilege Review Team. These include a defense request to continue the November 2, 2021 trial date, as well as purported inconsistencies between the Privilege Review Team's proffer and certain trial testimony. While the Privilege Review Team does not agree with the defense analysis on these issues, they can be best addressed by the Prosecution Team.

- One forensic image of all of the files on the six EA servers that were subject to the May 2021 EA search warrant.
- The results of a "manual" search by Special Agent Nshan Tashchyan for all the Tabs and QuickBooks files on Servers 1-3, 5, and 6.  (The Privilege Review Team believes that these should be all the Tabs and QuickBooks files on the EA servers, but the defense can conduct its own searches to confirm this belief since it now has all the files.)
- Search indexes in the Forensic Toolkit software ("FTK") for the six EA servers (aka, the "indexed" files).  Search indexes for 100% of the files on the EA servers did not exist prior to September 15, 2021.  As the Court is aware, the creation of search indexes for all the files on the EA servers and the production of the indexes to the defense has run into various technical difficulties.  The current status of this effort is described below in the Privilege Review Team's responses to the two issues the Court raised in its September 29, 2021 Order.

Issue One – Servers 1-4

The Privilege Review Team has produced to the defense FTK search indexes for Servers 1-3, 6, and approximately 2.6 million files on Server 4.  Special Agent Tashchyan will produce to the defense an index for all the files on Server 4 at the October 4, 2021 hearing.  So the Court's understanding of the status of these servers as stated in its September 27, 2021 Order essentially will be correct as of the hearing on Monday.

Issue Two – FTK Search Index for Server 5 Files Produced to the Defense

The Privilege Review Team has not produced FTK search indexes for all files on Server 5. As previously reported, the indexing of the Server 5 files by Special Agent Tashchyan has slowed dramatically and he does not have an estimate as to when that indexing will finish.

Search indexes for approximately 4.5 million files from Server 5 were produced to the defense in a hard drive sent by Mr. Varani. These 4.5 million files fall into two categories. First, there were approximately 3.8 million "user" files for which Mr. Varani created a search index in 2019. Mr. Varani used FTK to collect these files, which FTK identified as documents, databases, emails, presentations, and spreadsheets. In September 2021, Mr. Varani began indexing the remaining files on Server 5 in a parallel effort to that being done by Special Agent Tashchyan. Mr. Varani indexed approximately 700,000 other types of files, which included program executables, system files, and files that FTK identified as unknown types. These additional 700,000 were included on the hard drive sent to the defense.

Issue Two – Search Index for Remaining Files on Server Five

Mr. Varani reports that approximately 14 million files remained to be indexed on Server 5 after his production of the 4.5 million files to the defense.[2] The remaining 14 million were graphics files. In the parallel effort with Special Agent Tashchyan's work on Server

---

[2] Depending on the nature of the FTK search, FTK can find a different number of total files on identical server images. Thus, the total number of files on Server 5 found in the searches by Special Agent Tashchyan and Mr. Varani are not the same.

5, he has started to index these remaining files. As of October 1, 2021, approximately 2.5 million graphics files still are in the process of being indexed. They are identified in FTK as TIFF (Tag Image File Format) images. The indexing of the remaining TIFF images is going very slowly, and Mr. Varani does not have an estimate as to when the indexing of the TIFF files will finish. The Privilege Review Team will produce to the defense the approximately 11.5 million graphics files that FTK has indexed.

In its September 29, 2021 Order, the Court asked, "[C]an the production of the full server be short-circuited so that the production of the full server is not needed." (CR 829.) Slightly re-phrasing this question, the Privilege Review Team believes the issue now is whether finishing the creation an FTK search index for the remaining 2.5 million TIFF files is needed. Based on Mr. Varani's work with FTK indexes, the Privilege Review Team does not believe that the indexing of the remaining TIFF files is necessary because it is unlikely that including TIFF files in a search index will provide any practical benefit to a review of the EA digital files.

Mr. Varani believes that graphic files such as TIFF images are generally pictures, photographs, or visual images. An index of graphics files does not provide any meaningful search capability for the visual contents of the graphics. Indexing a file is only useful if the forensic tool is able to correctly or meaningfully expand, decode, or interpret text information within the contents of a file. Indexing has no impact on whether folders and files can be listed,

sorted, or filtered, or whether files can be viewed or exported from a forensic image.

Indexing is a technology that is useful to find information over a large amount of data when very little is already known about the contents of a computer, but there is a high upfront cost in time to generate the index.  If the contents of a computer are already known, reviewing files by name, location, or type, targeted searching of specific files, or other methods of analysis are often more efficient for locating data rather than indexing all data on the computer.

The Privilege Review Team will continue the parallel efforts to index the remaining files on Server 5 and will produce the complete search index to the defense when either of those indexing efforts is complete.