# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.   SACR 19-0061-JVS                                    Date   October 4, 2021

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

Interpreter   N/A

| Deborah Lewman | Sharon Seffens | Brett Sagle<br>Alexander Wyman<br>Patrick Fitzgerald |
|:---:|:---:|:---:|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|:---:|:---:|:---:|---|:---:|:---:|:---:|
| Michael John Avenatti, Pro Se | X | | X | H. Dean Steward, CJA - Advisory Counsel | X | X | |

Proceedings:   **DEFENDANT'S MOTION TO DISMISS CASE DUE TO DOUBLE JEOPARDY, PROSECUTORIAL MISCONDUCT, CONTEMPT OF THIS COURT'S JANUARY 25, 2021 ORDER [DKT. 408], AND VIOLATIONS OF DEFENDANT'S RIGHT TO DUE PROCESS [822]; STATUS CONFERENCE**

Cause is called for hearing with the defendant, his advisory counsel and counsel for the Government present.  Ernest Koeberlein, forensic expert for the defense, also present.

Oppositions to Government's Motions in Limine dkts. #830, #831 and #833 due October 7, 2021.

Opposition to Government's Motion in Limine dkt.. #832 due October 18, 2021; Government's Reply due October 22, 2021.

Court to issue an order on the Motion to Dismiss Case Due to Double Jeopardy, Prosecutorial Misconduct, Contempt of this Court's January 25, 2021 Order [Dkt. 408], and Violations of Defendant's Right to Due Process [822]

Status Conference continued to Tuesday, October 12, 2021 at 8:00 a.m.

:   25

Initials of Deputy Clerk   djl