TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-061-JVS |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME AND SETTING A BRIEFING SCHEDULE ON GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT TRIAL EXHIBITS THAT THE COURT PREVIOUSLY ADMITTED IN THE FIRST TRIAL; DECLARATION OF BRETT A. SAGEL |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |
| | [PROPOSED ORDER LODGED HEREWITH] |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby files this ex parte application for

an order shortening time and setting a briefing schedule on the government's motion in limine for an order to admit government trial exhibits that the Court previously admitted in the first trial in the next trial.  The government's motion in limine, in which the government is simultaneously filing, is less than six pages.  Specifically, the government requests that the Court set the hearing on this matter earlier than the 28 days ordinarily required under the Local Rules so as to hear this motion in limine on October 27, 2021, at 8:30 a.m. -- the same time as the other motions in limine are set to be heard by the Court at the pre-trial status conference.  Moreover, part of the basis for the current motion in limine did not become ripe until the status conference on October 4, 2021.  The government proposes the following briefing schedule: defendant's opposition shall be due October 13, 2021; any reply shall be due October 20, 2021; and the hearing shall occur on October 27, 2021, at 8:30 AM.  This application is based upon the attached Declaration of Brett A. Sagel.

   Defendant opposes this application.

Dated: October 6, 2021              Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    _____
                                    BRETT A. SAGEL
                                    ALEXANDER C.K. WYMAN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

<u>DECLARATION OF BRETT A. SAGEL</u>

I, Brett A. Sagel, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California. Together with AUSA Alexander C.K. Wyman, I represent the government in <u>United States v. Michael John Avenatti</u>, SA CR 19-061-JVS. I have personal knowledge of the facts set forth below and could testify competently thereto.

2. I make this declaration in support of the government's application for an order shortening time and setting a briefing schedule on the government's motion <u>in limine</u> for an order to admit government trial exhibits that the Court previously admitted in the first trial in the next trial. The government's motion <u>in limine</u>, which is being filed simultaneously with this <u>ex parte</u> application, is less than six pages.

3. The Court has previously set a pre-trial status conference to hear other motions <u>in limine</u> on October 27, 2021, at 8:30 a.m.

4. For efficiency, and to ensure resolution of the government's motion <u>in limine</u> sufficiently in advance of the November 2, 2021 trial date, the government is filing this <u>ex parte</u> application to have this motion <u>in limine</u> be heard at the same time as the other previously filed motions <u>in limine</u> on October 27, 2021.

5. Local Rule 6-1 states that motions shall be served not later than 28 days before the motion day calendar but that the Court may order a shorter time. The government is requesting that the hearing be set for 21 days after the filing of its motion <u>in limine</u> so that the Court can address this motion <u>in limine</u> at the same time as the other motions <u>in limine</u> the parties previously filed. The government further requests that the Court set the following briefing

schedule: defendant's opposition shall be due October 13, 2021; any reply shall be due October 20, 2021.

6. This application is not made for purposes of delay or tactical advantage, but for efficiency given that the Court has already scheduled a hearing for October 27, 2021. Moreover, as described more fully in the simultaneously filed motion in limine, part of the basis for the motion in limine only became ripe at the October 4, 2021, status conference when defendant asked, and the Court confirmed, that previously made rulings from the first trial will carry over to the next trial and objections will be deemed made for the record.

7. On October 4, 2021, I contacted the defense by email. Defendant and his advisory counsel, through a paralegal, informed me that defendant opposes the relief sought herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Santa Ana, California on October 6, 2021.

                                                                                              /s/
                                                BRETT A. SAGEL