TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SHORTENING TIME AND SETTING A BRIEFING SCHEDULE ON GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT TRIAL EXHIBITS THAT THE COURT PREVIOUSLY ADMITTED IN THE FIRST TRIAL |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the government's *Ex Parte* Application for an Order Shortening Time and Setting a Briefing Schedule on the Government's Motion in Limine for an Order to Admit Government Trial Exhibits that the Court Previously Admitted in the First Trial in the Next Trial, is GRANTED.

The Government's Motion in Limine will be deemed filed on October 6, 2021.  Defendant's opposition to the government's motion in limine shall be filed by October 13, 2021.  The government's reply, if any, shall be filed by October 20, 2021.  The hearing on the motion shall take place at 8:30 AM on October 27, 2021.

IT IS SO ORDERED.

_____     _____
DATE                                 HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys