Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S STATUS REPORT IN ADVANCE OF THE OCTOBER 12, 2021 STATUS CONFERENCE |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his advisory counsel of record, H. Dean Steward, hereby files his Status Report in Advance of the October 12, 2021 Status Conference.

Dated:  October 11, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

**A.      The Prosecution's Recent Productions and Continued Failure to Produce Required Discovery, Including _Brady_**

On September 29, 2021, the government produced 60 pages of invoices from their expert John Drum.  This information was in the possession of the government well before trial - in some cases since May 2019 – and much of it contradicts Mr. Drum's and other witness' prior sworn testimony and claims made by the government to the jury in the last trial.  It is _Brady_, _Giglio_ and/or Jencks Act material (at a minimum).  Defendant had repeatedly requested this information before trial and during trial and yet it was never produced before September 29, 2021.  Additional invoices continue to be suppressed by the prosecution.

Last Friday, October 8, 2021, the government produced another 446 pages of materials relating to Mr. Drum, including the engagement contract, email correspondence between the prosecutors and Mr. Drum and his colleagues, and draft charts and exhibits prepared by Mr. Drum relating to the finances of Eagan Avenatti, LLP and the client settlement accountings.  Much of this information also contradicts the testimony Mr. Drum and others provided at trial and certain arguments the government made before the jury. Almost all of it is _Brady_, _Giglio_ and Jencks Act material (at a minimum) that was never previously produced despite defendant's repeated and specific demands (including during trial). This information was also in the possession of the government well before trial – in some cases since February 2019.

The prejudice to the defendant associated with these late productions is significant and their prior suppression cannot be justified.[1] Further, the government still has not produced all information required to be produced pursuant to _Brady_, _Giglio_, the Jencks Act, and this Court's January 25, 2021 Order, thus necessitating another motion for contempt/to compel.  The motion will be on file by the status conference.

---

[1] The defendant is prepared to make an _in camera_ presentation to the Court explaining the significance of the recently produced documents, why they are _Brady_/_Giglio_/_Jencks_, and the prejudice that has resulted.

2

**B.** **The Status of the Remaining Files from Server 5 and Whether TIFF Files May Be Relevant**

The government has yet to index and search approximately <u>2.3 million</u> TIFF files from server 5 from the law firm.  At the last status conference, the government represented that TIFF files were "graphic files" like "pictures, photographs, or visual images," and therefore unlikely to include relevant information and need not be indexed or reviewed.  *See, e.g.*, PRT Status Report, Dkt. 835, p. 5. The defendant disputed this claim during the conference and explained to the Court that because Eagan Avenatti was a law firm and defendant was practicing law at all relevant times, almost all of these files were likely <u>documents</u>, not pictures.  As shown below, defendant was correct.

The government's claim that 2.3 million TIFF files need not be indexed or reviewed because they are "graphics" and unlikely to contain relevant information is not accurate and is undercut by the government's own document production.  For instance, the defendant's e-discovery vendor has informed the defendant that during discovery in the years leading up to the first trial, the government produced 11,939 TIFF files to the defendant as part of the government's document production and that these files total 46,891 pages, with the government bates stamping each page with a different "USAO" bates number.[2]  Unless the prosecution team was producing irrelevant information to the defense, TIFF files can clearly contain relevant information.

In addition, certain of the government's trial exhibits produced as TIFF files (i.e., Exhibits 274, 294, 295, 357, 365, 368, 370, 375, 390, 397, 398), together with other TIFF files recently obtained from the servers, show the potential relevance of information in TIFF format.  *See* Exhibit A.

Even a cursory review of the documents referenced in this report demonstrates why it is necessary for the defendant to have all of the TIFF files indexed so that they

---

[2] The defendant can provide each of the pages to the Court if requested to do so.

may be reviewed for relevant information and/or information required to be produced pursuant to Rule 16, *Brady*, *Giglio*, and the Court's January 25, 2021 Order.  The defendant agrees with the Court that not <u>all</u> of the files and documents from the servers are relevant to the claims and defenses in this case. However, in order to locate and determine what <u>is</u> relevant, defendant must be provided ample opportunity to review the data. This is especially true because it is now apparent that a proper review was never previously done by the government.

Accordingly, the defense requests that they be given 120 days to (i) utilize their own indexing tools to index the remaining files[3] from their forensic copies of the servers and (ii) complete their review of all of the indexed files from all of the servers for relevant and *Brady* materials.

---

[3] Concerned about how long it is taking the government to index the remaining files, and recognizing the critical need for indexed files, the defense started its own indexing process approximately 14 days ago. That process continues as of this filing.

Exhibit A



USAO_00159703
GB_C_00001221

Exhibit 274
Page 1 of 37



USAO_00159704
GB_C_00001221

Exhibit 274
Page 2 of 37



**Filippo Marchino**

Hi - let me know when wires have been sent by IPSY. That way we can turn around quickly.

March 14

They said they just sent

March 14

Ok.

Will check shortly.

March 14

Write message

PAGE 3 of 37

USAO_00159705
GB_C_00001221

Exhibit 274
Page 3 of 37



USAO_00159706
GB_C_00001221

Exhibit 274
Page 4 of 37



USAO_00159707
GB_C_00001221

Exhibit 274
Page 5 of 37



USAO_00159708
GB_C_00001221

Exhibit 274
Page 6 of 37



USAO_00159709
GB_C_00001221

Exhibit 274
Page 7 of 37





USAO_00159711
GB_C_00001221

Exhibit 274
Page 9 of 37



Exhibit 274
Page 10 of 37



USAO_00159713
GB_C_00001221

Exhibit 274
Page 11 of 37





USAO_00159715
GB_C_00001221

Exhibit 274
Page 13 of 37



USAO_00159716
GB_C_00001221

Exhibit 274
Page 14 of 37



USAO_00159717
GB_C_00001221

Exhibit 274
Page 15 of 37



USAO_00159718
GB_C_00001221

Exhibit 274
Page 16 of 37





Exhibit 274
Page 18 of 37





USAO_00159722
GB_C_00001221

Exhibit 274
Page 20 of 37



USAO_00159723
GB_C_00001221

Exhibit 274
Page 21 of 37



Your bank is not cooperating much with our bank. They can only verify that it's a valid IMAD. Could be from the first 4M. So we need to get both IMAD numbers to reference both 4M transactions. The only Fed Ref we have is 20180504A1B7A31 C00013505041153FT03. Need second one of these as well.

 May 11

Hi. What do you mean they are not cooperating? It's

Write message



Exhibit 274
Page 23 of 37



Privacy policy.

They did verify that it is a valid number, but won't verify any other information. Amount, recipient, etc



1 May 11

 Can you use what i emailed you earlier?

1 May 11

No, it is only a receipt. No IMAD or Fed Ref on it.

Write message

     

  

PAGE 24 of 37

USAO_00159726
GB_C_00001221

Exhibit 274
Page 24 of 37



No, it is only a receipt. No IMAD or Fed Ref on it.

You would need to authorize your bank to talk to ours, they won't let us through as we are not the client

1 May 11

But you have the fed ref!

And it's not my bank. It's michael's bank.

Write message

PAGE 25 of 37

USAO_00159727
GB_C_00001221

Exhibit 274
Page 25 of 37



USAO_00159728
GB_C_00001221

Exhibit 274
Page 26 of 37



USAO_00159729
GB_C_00001221

Exhibit 274
Page 27 of 37



← **Filippo Marchino**

Only your bank can track IMAD. And they won't share info. We have 2 different transactions for 4M each. Only way to reconcile is to track all of them.



1 May 11

 I didn't know you needed all 3.

1 May 11

I didn't think I did. But now it's the only thing left we haven't explored. We have





Write message

     

  

PAGE 28 of 37

USAO_00159730
GB_C_00001221

Exhibit 274
Page 28 of 37



Exhibit 274
Page 29 of 37



USAO_00159732
GB_C_00001221

Exhibit 274
Page 30 of 37



USAO_00159733
GB_C_00001221

Exhibit 274
Page 31 of 37



I've texted Michael but nothing so far.

I agree.

But i don't even know how that can happen.

1 May 11

Neither of us, nor Michael should be spending time on this

Write message

PAGE 32 of 37

USAO_00159734
GB_C_00001221

Exhibit 274
Page 32 of 37



Exhibit 274
Page 33 of 37



USAO_00159736
GB_C_00001221

Exhibit 274
Page 34 of 37



USAO_00159737
GB_C_00001221

Exhibit 274
Page 35 of 37



Exhibit 274
Page 36 of 37



USAO_00159739
GB_C_00001221

Exhibit 274
Page 37 of 37



2:51

‹ 83

Text Message
Mon, Apr 23, 3:39 PM

Michael! It's Michelle

Hi there. Just got done at CNN.
Do you have time for a dinner?

Just wrapped my shoot. I'm at the standard rooftop having a celebration for finishing the China event. I added you to our list. Dinner is downstairs at Standard restaurant grill in the wine room! 7:30!

Yay

That's great. I'll swing over.

We're on the rooftop bar now having drinks. Party is under Yume.

Thanks!

iMessage

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

USAO_00159992

GB_C_00001253

Exhibit 294
Page 1 of 3



FOIA CONFIDENTIAL TREATMENT REQUESTED

GB_C_00001253

USAO_00159993

Exhibit 294
Page 2 of 3



GB_C_00001253

USAO_00159994

Exhibit 294
Page 3 of 3

# AT&T

Mobile Number: ████6973

Rate Code:
SDDV=Shared Minutes

| Item | Day | Date | Time | Number Called | Call To | Rate Min | Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Tuesday | 03/13/2018 | 10:49AM | 949-887-4118 | INCOMING CL | 6 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 34 | Wednesday | 03/14/2018 | 10:14AM | 949-887-4118 | INCOMING CL | 1 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 55 | Tuesday | 03/20/2018 | 10:31AM | 949-887-4118 | INCOMING CL | 3 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 65 | Saturday | 03/24/2018 | 04:19PM | 949-887-4118 | INCOMING CL | 3 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 91 | Saturday | 03/31/2018 | 11:21AM | 949-887-4118 | NEWPORTBCH CA | 1 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 92 | Saturday | 03/31/2018 | 11:23AM | 949-887-4118 | NEWPORTBCH CA | 1 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 93 | Saturday | 03/31/2018 | 11:23AM | 949-887-4118 | INCOMING CL | 7 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 522 | Friday | 3/23/2018 | 04:09PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 654 | Wednesday | 3/28/2018 | 07:36PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 655 | Wednesday | 3/28/2018 | 07:38PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Rcvd | | $0.00 |
| 656 | Wednesday | 3/28/2018 | 07:39PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 659 | Wednesday | 3/28/2018 | 08:18PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Rcvd | | $0.00 |
| 721 | Friday | 3/30/2018 | 02:31PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 722 | Friday | 3/30/2018 | 02:31PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 753 | Saturday | 3/31/2018 | 01:22PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 754 | Saturday | 3/31/2018 | 01:32PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 755 | Saturday | 3/31/2018 | 01:33PM | 949-887-4118 | Text Message | | 1 UNLM | AT | SMH | Sent | | $0.00 |
| 816 | Friday | 3/30/2018 | 02:09PM | 949-887-4118 | Pict Video MSG | | 1 UNLM | AT | MMH | Sent | | $0.00 |

1

# FOIA CONFIDENTIAL TREATMENT REQUESTED

USAO_00159690

Exhibit 295
Page 1 of 5

# AT&T

Mobile Number: ████-6973

Rate Code:
$DDV=Shared Minutes

| Item | Day | Date | Time | Number Called | Call To | Rate Min Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|---------------|---------|---------------|---------|---------|----------------|-----------------|--------------|
| 818 | Friday | 3/30/2018 | 02:29PM | 949-887-4118 | Pict Video MSG | 1 | UNLM | AT | MMH | Sent | $0.00 |
| 820 | Saturday | 3/31/2018 | 01:22PM | 949-887-4118 | Pict Video MSG | 1 | UNLM | AT | MMH | Sent | $0.00 |
| 821 | Saturday | 3/31/2018 | 01:22PM | 949-887-4118 | Pict Video MSG | 1 | UNLM | AT | MMH | Sent | $0.00 |

2

# FOIA CONFIDENTIAL TREATMENT REQUESTED

USAO_00159691

Exhibit 295
Page 2 of 5

# AT&T

Mobile Number ███████-6973

███████████████████████████████████████

Rate Code:
SDDV=Shared Minutes

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Monday | 04/09/2018 | 04:02PM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 50 | Tuesday | 04/10/2018 | 10:36AM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 64 | Thursday | 04/12/2018 | 07:35AM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 66 | Thursday | 04/12/2018 | 10:43AM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 85 | Wednesday | 04/18/2018 | 11:01AM | 949-887-4118 | NEWPORTBCH CA | 4 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 94 | Thursday | 04/19/2018 | 02:42PM | 949-887-4118 | NEWPORTBCH CA | 1 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 95 | Thursday | 04/19/2018 | 02:44PM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 96 | Thursday | 04/19/2018 | 02:46PM | 949-887-4118 | INCOMING CL | 1 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 97 | Thursday | 04/19/2018 | 02:54PM | 949-887-4118 | INCOMING CL | 5 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 99 | Thursday | 04/19/2018 | 03:03PM | 949-887-4118 | NEWPORTBCH CA | 17 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 105 | Friday | 04/20/2018 | 09:01PM | 949-887-4118 | INCOMING CL | 1 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 113 | Sunday | 04/22/2018 | 03:31PM | 949-887-4118 | NEWPORTBCH CA | 2 | SDDV | NW | | 0.00 | 0.00 | $0.00 |
| 116 | Monday | 04/23/2018 | 02:30PM | 949-887-4118 | INCOMING CL | 3 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 117 | Monday | 04/23/2018 | 02:37PM | 949-887-4118 | INCOMING CL | 3 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 147 | Thursday | 04/26/2018 | 12:47PM | 949-887-4118 | INCOMING CL | 2 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 153 | Thursday | 04/26/2018 | 04:09PM | 949-887-4118 | INCOMING CL | 5 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 154 | Thursday | 04/26/2018 | 04:13PM | 949-887-4118 | INCOMING CL | 3 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 163 | Monday | 04/30/2018 | 10:24AM | 949-887-4118 | NEWPORTBCH CA | 1 | SDDV | DT | | 0.00 | 0.00 | $0.00 |
| 107 | Thursday | 4/5/2018 | 09:43AM | 949-887-4118 | Text Message | 1 | UNLM | AT | SMH | Sent | | $0.00 |
| 108 | Thursday | 4/5/2018 | 09:45AM | 949-887-4118 | Text Message | 1 | UNLM | AT | SMH | Rcvd | | $0.00 |

1

# FOIA CONFIDENTIAL TREATMENT REQUESTED

USAO_00159692

Exhibit 295
Page 3 of 5

# AT&T

Mobile Number: ▮▮▮-6973

Rate Code:
SDDV=Shared Minutes

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Thursday | 4/5/2018 | 09:45AM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 110 | Thursday | 4/5/2018 | 09:49AM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 111 | Thursday | 4/5/2018 | 09:49AM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 216 | Monday | 4/9/2018 | 04:40PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 227 | Tuesday | 4/10/2018 | 12:35PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 282 | Wednesday | 4/11/2018 | 07:14PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 289 | Thursday | 4/12/2018 | 09:32AM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 290 | Thursday | 4/12/2018 | 09:32AM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 292 | Thursday | 4/12/2018 | 12:20PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 318 | Thursday | 4/12/2018 | 11:40PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 319 | Thursday | 4/12/2018 | 11:40PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 320 | Thursday | 4/12/2018 | 11:41PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 321 | Thursday | 4/12/2018 | 11:42PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 322 | Thursday | 4/12/2018 | 11:48PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 529 | Friday | 4/20/2018 | 04:33PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 530 | Friday | 4/20/2018 | 04:33PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 531 | Friday | 4/20/2018 | 05:19PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 532 | Friday | 4/20/2018 | 05:21PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Rcvd | $0.00 |
| 533 | Friday | 4/20/2018 | 05:22PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |
| 539 | Friday | 4/20/2018 | 10:21PM | 949-887-4118 | Text Message | 1 | | UNLM | AT | SMH | Sent | $0.00 |

2

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

USAO_00159693

Exhibit 295
Page 4 of 5

# AT&T

Mobile Number: ████6973

Rate Code:
**S**DDV=Shared Minutes

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|---------------|---------|-----|-----------|---------|---------|----------------|-----------------|--------------|
| 580 | Monday | 4/23/2018 | 10:22AM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 611 | Monday | 4/23/2018 | 05:58PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 612 | Monday | 4/23/2018 | 05:59PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Rcvd | $0.00 |
| 613 | Monday | 4/23/2018 | 06:00PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 614 | Monday | 4/23/2018 | 06:00PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Rcvd | $0.00 |
| 626 | Tuesday | 4/24/2018 | 10:51AM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 630 | Tuesday | 4/24/2018 | 10:58AM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Rcvd | $0.00 |
| 631 | Tuesday | 4/24/2018 | 10:58AM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 727 | Monday | 4/30/2018 | 01:26PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Rcvd | $0.00 |
| 728 | Monday | 4/30/2018 | 02:10PM | 949-887-4118 | Text Message | | 1 | UNLM | AT | SMH | Sent | $0.00 |
| 775 | Thursday | 4/12/2018 | 11:36PM | 949-887-4118 | Pict Video MSG | | 1 | UNLM | AT | MMH | Sent | $0.00 |

3

## FOIA CONFIDENTIAL TREATMENT REQUESTED

USAO_00159694

Exhibit 295
Page 5 of 5

Account Title  AVENATTI & ASSOC A PROFESSIONAL CORP

CALIFORNIA BANK & TRUST SIGNATURE CARD

## ACCOUNT ATTRIBUTES

| | Account Number | Opening Deposit | Opened By/Date | Approved | Reason Closed/Date | | Stmt | Anl | W/H | UC2 | Status Codes | Off | CSK | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3648940661 | $.00 | EAJ   5/9/2006 | | | 1 | 464 | 464 | 2 | | I - II | 7/14 No. | | 077 |
| 2 | 3648926249 | $370,000.— | EAJ   5/10/2006 | | | 2 | 464 | 464 | 2 | | | 7/1340 | | 099 |
| 3 | | | | | | 3 | | | | | | | | |
| 4 | | | | | | 4 | | | | | | | | |
| 5 | | | | | | 5 | | | | | | | | |
| 6 | | | | | | 6 | | | | | | | | |

ORIGINAL

Account Mailing Label:

Avenatti & Assoc. A Professional Corp
10513 Santa Monica Blvd Suite # 2
Los Angeles CA 90025

Phone Number: (949) 887-4118
Fax Number: (  )

Tax ID Number: 42-1703928

### ACCOUNT OWNERSHIP

Corporation

This Signature Card is replaced by Card dated:
This Signature Card replaces Card dated:
Effective Date:

The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing below, the authorized signor(s) consent to CB&T making inquiry and ordering reports from credit reporting, check clearing and other such entities concerning the signor's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan account at CB&T, and to disclose information about the account(s) to credit reporting agencies and to other persons or agencies who, in its judgement, have a legitimate business purpose for obtaining such information.

## AUTHORIZED SIGNERS

X [signature]

1 MICHAEL AVENATTI

2

3

4

5

Bank shall have no responsibility for reviewing the number or combination of signatures on an item drawn against the account(s). This means that if you have indicated that more than one signature is required in connection with an item drawn on the account(s), the Bank will have no liability to you if a transaction is conducted on or through the account contrary to the signature requirements you have specified.

### OTHER SERVICES/PRODUCTS

- ☐ CALL Transfer
- ☒ VISA Check Card
- ☐ Automatic Transfer
- ☐ Money Reserve
- ☒ CIP Verified
- ☒ CHEX
- ☐ Deposit Only ATM
- ☐ Direct Deposit
- ☐ Home Banking
- ☐ Merchant Services
- ☐ Night Drop
- ☐ Credit Card
- ☐ Comb Stmt/Bal
- ☐ Safe Box
- ☐ Loan
- ☐ ATM Card
- ☒ Wire Transfers

If other than Authorized Signers are to be allowed to initiate transactions related to any of the above services/products, additional specification and authorization sheets may be required.

## CERTIFICATION

Complete this section only if you are a U.S. citizen or resident.

By signing this card, I/We certify under penalty of perjury that I am a US Person including US Residential Alien), the number provided as my/our taxpayer identification number is correct, and that the account holder(s):
☒  is not subject to backup withholding because I am exempt from backup withholding, or because I have not been notified that I am subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified me that I am no longer subject to backup withholding.
☐  is subject to backup withholding.

X [signature]
Signature

## BUSINESS INFORMATION

Business Name / Line of Business:
AVENATTI & ASSOCIATES
LAW OFFICES

Business Address & Phone Number:
10513 SANTA MONICA BLVD SUITE #2
LOS ANGELES CA 90025   (949) 887-4118

Primary Contact:
MICHAEL AVENATTI
(949) 887-4118

### Beneficiary/POD Information

If more than one beneficiary, account will be distributed equally, unless otherwise indicated.

## BUSINESS RESOLUTION

Resolved: The governing body authorizes entry into all agreements set forth in the Deposit Documents, which Documents it acknowledges having received and read before any deposit account or special feature contemplated thereby is used. The Authorized Signer(s) may originate wire transfers, make telephone transfers, establish night deposit relationship and subscribe to any additional banking product or service associated with the account(s). This Resolution will remain effective until a new one is furnished to the Bank by the Board.

I certify that: 1) I am an officer of this business entity authorized to make this certification. 2) Each individual who signs as Authorized Signer has the title indicated next to his/her signature (if any). 3) This resolution was duly adopted by the entity's governing body. I further certify that the persons signing as Authorized Signers were authorized by the Board to open and sign on this account.

Officer  X [signature]          Date  5-9-06

Rev. 06/2005

USAO_00026090
00026107

Exhibit 357
Page 1 of 2

Each person signing this Agreement ("authorized signer") requests that California Bank & Trust ("the Bank") open the accounts designated and agrees:

- The account(s) are governed by Federal and State law and regulation and the terms of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreements & Disclosures, 2) Interest Rate and Fee Schedule, 3) Deposit Account Rate and Fee Schedule, 4) Time Certificate of Deposit Agreement (if applicable) and (a) Account Analysis Agreement and disclosures (if applicable). I(we) acknowledge that California Bank & Trust has provided a copy of the most current version of the Deposit Documents to me(us). The Deposit Documents may be amended by the Bank from time to time and a copy of the amended Deposit Documents will be available from California Bank & Trust and/or will be mailed to the account address with the regular monthly statements.
- Any one of the signers may establish additional accounts and subscribe to products and banking services related to the account(s) in the same name or names and within the signature requirements.
- The Bank is authorized to obtain at any time address information from the California Department of Motor Vehicles or any other agency or person, and the signer(s) waive the requirements of Section 1808.21 of the California Vehicle Code.
- You and we each waive our respective rights to a trial before jury in connection with any disputes related to your account or account services. This includes any claim by us or by you, claims brought by you as a class representative on behalf of others, and claims by a class representative on your behalf as a class member (so called "class action" suits).
- In the event any dispute between the parties concerning the Deposit Documents, the Accounts and the person(s) handling the account(s) or this signature card should result in litigation, the prevailing party shall be entitled to an award of all reasonable costs including, but not limited to, fees and costs of its attorneys.



## Authorized Signer Information

Signer #1 MICHAEL J AVENATTI  Social Security Number 493902479  
Signer #2

Address 1118 N ARDMORE AVENUE MANHATTAN BEACH CA 90266

Home Phone Number (949) 887-4118  Work Phone Number (949) 887-4118  
Drivers License Number D3638707 CADL  Mothers' Maiden Name WILSON  
ID Issue Date & Exp. Date 03/15/2006 02/16/2010  Other ID CHASE VISA  
Birth Date 2/16/1971  Birthplace SACRAMENTO  
Occupation / Employer Name: ATTORNEY AVENATTI & ASSOCIATES

Signer #3  
Signer #4  
Signer #5

## DESIGNATION OF SUCCESSOR CUSTODIAN UNDER C.U.T.M.A.

There may be only one Custodian for an account under the Uniform Transfer to Minors Act or the Uniform Gift to Minors Act, however you may nominate successor Custodians at the time of opening the account. Such nomination is optional. Successor Custodian(s) (in order of Succession):
1.  Relationship to Minor:
2.  Relationship to Minor:
3.  Relationship to Minor:

## FIDUCIARY ACCOUNTS

All fiduciaries appointed by order of a court must each sign this signature card. Authorized Individual(s), and each of them, certify that they have all required authority to act with respect to this account(s) and, jointly and severally, agree to indemnify and hold California Bank & Trust harmless from and against any loss or damage arising from such authority or lack thereof. California Bank & Trust has no responsibility or duty to assure or verify that Authorized Individual(s) have or are acting within the authority given them by the authorizing document or that such authorizing document is genuine or valid.

## ATTORNEY/CLIENT TRUST ACCOUNT DISCLOSURE

Sections 6210 - 6228 or Article 14, Chapter 4, Division 3, or the Business and Professions Code of California requires interest due this account to be paid to the State Bar of California.

All applicable fees and charges on this account (except check charges) will be assessed to the State Bar Association's account and will not be assessed against the Attorney Trust account's principal.

USAO_00026091
00026107

Exhibit 357
Page 2 of 2

(Page 1 of 4)



 **CITY NATIONAL BANK**
The way up.™

**BUSINESS ACCOUNT AGREEMENT**

### GENERAL ACCOUNT INFORMATION

Account Holder(s) ("Client")/dba:   MICHAEL AVENATTI ESQ   (OPERATING ACCOUNT)

Type of Account:   LEGAL SUITE CHECKING          Account Number:   00270143504

Mailing Address:   520 NEWPORT CENTER DR SUITE 1400 NEWPORT CA 92660

Telephone:   Information on File                    E-Mail/Fax: Information on File

## REPRESENTATION FOR INTEREST BEARING ACCOUNT

By signing below, I/we represent and warrant City National Bank ("CNB") that all funds in the referenced account are held solely for the benefit of natural persons or by a non-profit organization operated primarily for religious, philanthropic, charitable, educational or other similar purpose.

## MINIMUM NUMBER OF SIGNATURES REQUIRED FOR AUTHORIZED WITHDRAWAL:   1

Signature Message Code:   NONE

| Taxpayer Information |
|---|
| BY SIGNING THE "AGREEMENT BY CLIENT" BELOW, I/WE CERTIFY UNDER PENALTIES OF PERJURY THAT: |

1.  THE CORRECT TAXPAYER IDENTIFICATION NUMBER OF THE ACCOUNT HOLDER TO BE USED FOR TAX REPORTING PURPOSES IS: 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                      ; and,
2.  THE ACCOUNT HOLDER IS NOT SUBJECT TO BACKUP WITHHOLDING DUE TO FAILURE TO REPORT INTEREST AND DIVIDEND INCOME; and,
3.  THE ACCOUNT HOLDER IS A U.S. PERSON OR A U.S. RESIDENT ALIEN; and.
4.  THE ACCOUNT HOLDER IS EXEMPT FROM FATCA REPORTING AND THE FATCA CODE (if any) ENTERED IS CORRECT.

EXCEPT (Check applicable box)

☐ The Account Holder is currently subject to backup withholding and has not been notified by the Internal Revenue Service that backup withholding has been terminated.

☐ The Account Holder is a Non-Resident Alien, Foreign Citizen or Foreign Entity and is exempt from backup withholding and information reporting and an appropriate IRS Form W-8, Foreign Status Certificate has been completed.

Exemption from backup withholding payee code (if any) _____   Exemption from FATCA reporting code for accounts outside US only _____
**Government Regulation may require that CNB report interest income information.**

### CERTIFICATION OF AUTHORITY

By signing the "Agreement by Client" below, each signer declares under penalty of perjury under the laws of the state where signed that the following is true and correct: (1) The signer holds the title, office, or position indicated and is authorized by the Client to make this declaration and sign the Agreement on behalf of the Client; (2) if the Client is (a) a sole proprietorship, the signer is the sole proprietor; (b) a partnership, the signer is a general partner, or a managing partner; (c) a limited liability company, the signer is the Manager or Member designated to act on behalf of the Client or the signers are all of the Managers or Member so designated; (3) The signer is authorized to enter into deposit, fund transfer, brokerage, investment and treasury management agreement and deposit service agreement(s) on behalf of Client and to designate person(s) authorized to (a) act on behalf of Client and (b) designated persons as "Authorized Signers" on any accounts of Client established hereunder; and (4) When signed below no other person's signature or authorization is required to make the Agreement by Client binding and enforceable on the Client. (5) This authorization is in addition to all other authorizations now in existence.

5/17/2017                              Page 1 of 4                    City National Bank
                                                                      Revised 4/1/2017

USAO_00042621

Exhibit 365
Page 1 of 4

(Page 2 of 4)

| Account Title : | Account Number: |
|---|---|
| MICHAEL AVENATTI ESQ   (OPERATING ACCOUNT) | 00270143504 |

**AGREEMENT BY CLIENT**

On behalf of the named Client, by signing below I/we acknowledge receipt of the Account Agreement and Disclosures and applicable disclosures and fee schedule(s) containing the terms, conditions and fees governing the account(s), products and services designated above and any accounts designated under "Additional Accounts" below and any products and services later contracted for, as amended by disclosures and fee schedule(s) provided at the time of contracting. I/We agree that these terms, conditions and fees govern each account established with City National Bank ("CNB") or City National Securities, Inc. ("CNS") and each service now or later contracted for, as amended by later disclosures. I/We agree that CNB or CNS may provide additional terms, conditions and fees from time to time, depending upon the products and services selected by me/us and that CNB or CNS may amend or change these terms, conditions and fees from time to time on any required notice. If any terms, conditions, fees and any changes thereto are not acceptable to me/us, I/we will close the account(s) or discontinue the service. Where applicable, my/our continued use of the products and/or services after receipt of the terms, conditions, fees and amendments constitute my/our acceptance of such terms, conditions, fees and amendments thereto. I/We agree that the Authorized Signer(s) may withdraw funds and initiate and confirm payment orders pursuant to the security procedure selected respecting the account(s) and each Authorized Signer may establish additional accounts with CNB or CNS in the same name(s) and subject to the same signing authority stated above, contract for additional services for the account(s), and otherwise give instruction to CNB or CNS. If I/We indicated we would like information about the products and services of CNS, you are authorized to share information about me/us between CNB and CNS.

**FURTHER AGREEMENT FOR TREASURY MANAGEMENT**

Capitalized terms used in this Authorization and Agreement, not otherwise defined, have the meanings given to them in the City National Bank Treasury Management Services Disclosure and Agreement (the "Agreement").

By signing below, the undersigned, on behalf of the Business Organization named below (the "Client"), acknowledges receipt of the Agreement and agrees to adhere to the terms and conditions contained in the Agreement, any applicable User Documentation, setup forms, related documents, and any other disclosures provided to the Client with regard to the provision of one or more City National Bank Treasury Management Services.

**The Agreement supersedes other treasury management service agreements between the Client and CNB. For certain Treasury Management Services, the Agreement authorizes on page 5 the Client's System Administrator to assign passwords, user names, and Personal Identification Numbers to persons that will enable the persons to conduct transactions on deposit accounts set up on the Treasury Management Service, notwithstanding the signing authority identified in the deposit agreement. The System Administrator may also designate one or more other persons to perform these same functions the System Administrator is authorized to perform (each such person being called a "User Administrator"). THE AGREEMENT ALSO PROVIDES FOR BINDING ARBITRATION OF DISPUTES.**

The Client may from time to time request CNB to provide one or more of the Services described in the Agreement. Subject to CNB's approval, the Client may begin to use any Service requested once CNB has received all required forms properly completed and the Client has successfully fulfilled any applicable user requirements, including but not limited to testing and training.

Further, the undersigned represents and warrants that the Client has taken all actions required to authorize the undersigned on behalf of the Client to execute and deliver this Authorization and Agreement and any other documents CNB may require with respect to a Service and that, when signed by the undersigned, this Authorization and Agreement is the valid and binding act of the Client.

I/We certify to CNB and CNS that all the information on this Agreement is true and correct. I/We authorize CNB to obtain a ChexSystem or other similar report on Client and to report information. I/We authorize CNB to obtain a ChexSystem or other similar consumer report on each of us signing below and to report information. If I ask, CNB will tell me whether a consumer report was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back up withholding.

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature:

Name/Title:   MICHAEL J AVENATTI / Sole Owner-Primary

Date:   5/17/17        Place of Signing:   NEWPORT BEACH, CA
                                              (City and State)

**AUTHORIZED SIGNERS (SIGN IN BLACK INK ONLY AND SIGN IN BOX BELOW)**

| | Name: | MICHAEL J AVENATTI |
|---|---|---|
| Signature | Title: | Sole Owner-Primary |
| | Restriction/Alias Name/Facsimile: | |

5/17/2017                          Page 2 of 4                          City National Bank
                                                                        Revised 4/1/2017

USAO_00042622

Exhibit 365
Page 2 of 4

(Page 3 of 4)

| Account Title : | Account Number: |
|---|---|
| MICHAEL AVENATTI ESQ   (OPERATING ACCOUNT) | 00270143504 |

X _Sign here_

Name: JUDY K REGNIER

Title: Authorized Signer

Restriction/Alias Name/Facsimile:

City National Bank
Revised 4/1/2017

USAO_00042623

Exhibit 365
Page 3 of 4

(Page 4 of 4)

Account Title :

MICHAEL AVENATTI ESQ   (OPERATING ACCOUNT)

Account Number:

00270143504

**BANK USE ONLY**

| Today's Date / Time 5/17/2017 11:43 AM | EXISTING CLIENT | Reviewed By |
| Supersedes Card Dated | Superseded By Ceci Licea | Reason Closed |
| Original Opening Date | | |

ADDITIONAL ACCOUNTS
Client authorizes the following additional accounts:

| ACCOUNT INFORMATION | | OPENED | | REVIEWED BY | DATE CLOSED | CLOSING REASON |
|---|---|---|---|---|---|---|
| TYPE | ACCOUNT NO. | DATE | BY | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USAO_00042624

Exhibit 365
Page 4 of 4

```
                                          0270144705      PAGE


##XXH1309DPCSTM           09291700270144705
                                                    Page 1    (2)

                                                    Account #: 270144705


                     This statement: September 29, 2017    Contact us:
                     Last statement: September 15, 2017    800 773-7100

                                                           Newport Center Office
                                                           500 Newport Center Drive
                     270                   0830L           Newport Beach, CA 92660
                     MICHAEL J AVENATTI ESQ
                     ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
                     (MLP SETTLEMENT TRUST)
                     520 NEWPORT CENTER DR SUITE 1400
                     NEWPORT BEACH CA  92660
```

Legal Services Trust Fund Acct

```
Account Summary                 Account Activity
Account number        270144705  Beginning bal  (9/15/2017)         $0.00
Minimum balance           $0.00  Deposits       (0)        + 0.00
Average balance   $16,949,486.72  Electronic cr  (4)   + 29,774,214.17
Avg. collect bal  $16,949,486.00  Other credits  (1)      + 208.96
Avg. bal for APY  $16,949,486.72  Total credits         + $29,774,423.13
APY earned             0.03%  Checks paid    (2)    - 3,687,446.72
Interest earned      $208.96  Electronic db  (3)    - 6,086,637.45
Interest-bearing days     15  Other debits   (8)      - 349.96
Interest paid YTD    $208.96  Total debits          - $9,774,434.13
                                 Ending balance (9/29/2017)  $19,999,989.00
```

```
ELECTRONIC CREDITS
Date  Description                                Credits  Control Number
9-18  Incoming Wire-Dom                       475,000.00  170918000002512
9-18  Incoming Wire-Dom                       899,795.85  170918000007646
9-18  Incoming Wire-Dom                       984,750.00  170918000002517
9-18  Incoming Wire-Dom                    27,414,668.32  170918000002667

OTHER CREDITS
Date  Description                 Reference     Credits  Control Number
9-29  Interest Credit                           208.96  000000000000000

CHECKS PAID


Number       Date           Amount           Control
5077         09-18      2,787,650.87    000008070076300
5079 *       09-18        899,795.85    000008150079800
* Skip in check sequence
```

USAO_00042595

Exhibit 368
Page 1 of 24

```
                              0270144705        PAGE
```

```
##XXH1309DPCSTM        09291700270144705
```

```
          MICHAEL J AVENATTI ESQ            Page 2
          September 29, 2017                Account #: 270144705
```

ELECTRONIC DEBITS

| Date | Description | | Debits | Control Number |
|------|-------------|---|--------|----------------|
| 9-18 | Domestic Wire | | 439,375.00 | 170918000004582 |
| 9-18 | Domestic Wire | | 899,795.85 | 170918000004613 |
| 9-21 | Tnet Wire Out-Dom | | 4,747,466.60 | 170921000004442 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge DOM OUTGOING WIRE | | 35.00 | 000000000000000 |
| 9-18 | Service Charge DOM OUTGOING WIRE | | 35.00 | 000000000000000 |
| 9-21 | Service Charge TNET WIRE OUT-DOM | | 11.00 | 000000000000000 |
| 9-29 | Interest Transfer TO ACCOUNT NO 0001338897 | | 208.96 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-18 | 24,747,466.60 | 09-21 | 19,999,989.00 | 09-29 | 19,999,989.00 |

Exhibit 368
Page 2 of 24

USAO_00042596

```
                                              0270144705      PAGE
```

##XXH1309DPCSTM        10311700270144705

                                        Page 1      (0)

                                        Account #: 270144705

            This statement: October 31, 2017      Contact us:
            Last statement: September 29, 2017    800 773-7100

                                                  Newport Center Office
                                                  500 Newport Center Drive
            270                      0830N         Newport Beach, CA 92660
            MICHAEL J AVENATTI ESQ
            ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
            (MLP SETTLEMENT TRUST)
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA  92660


Legal Services Trust Fund Acct

Account Summary              Account Activity
Account number        270144705   Beginning bal  (9/29/2017)    $19,999,989.00
Minimum balance         $-12.00   Deposits       (0)          + 0.00
Average balance   $1,562,498.56   Electronic cr  (0)          + 0.00
Avg. collect bal  $1,562,498.00   Other credits  (4)          + 76.10
Avg. bal for APY  $1,562,498.94   Total credits              + $76.10
APY earned             0.03%      Checks paid    (0)          - 0.00
Interest earned        $41.10     Electronic db  (2)    - 20,000,000.00
Interest-bearing days     32      Other debits   (3)         - 65.10
Interest paid YTD      $250.06    Total debits           - $20,000,065.10
                                  Ending balance (10/31/2017)      $0.00

OTHER CREDITS
Date   Description                        Reference      Credits  Control Number
10-2   Account Transfer Cr. FR ACC 00270143504            11.00  294001002124240
10-3   Account Transfer Cr. FR ACC 00270143504            12.00  294001003115709
10-4   Account Transfer Cr. FR ACC 00270143504            12.00  294001004133023
10-31  Interest Credit                                    41.10  000000000000000

ELECTRONIC DEBITS
Date   Description                                   Debits  Control Number
10-2   Tnet Wire Out-Dom                       10,000,000.00  171002000009515
10-3   Tnet Wire Out-Dom                       10,000,000.00  171003000006863

OTHER DEBITS
Date   Description                        Reference   Debits  Control Number
10-2   Service Charge TNET WIRE OUT-DOM                12.00  000000000000000
10-3   Service Charge TNET WIRE OUT-DOM                12.00  000000000000000
10-31  Interest Transfer TO ACCOUNT NO 0001338897      41.10  000000000000000
```

USAO_00042597

Exhibit 368
Page 3 of 24

```
                                    0270144705        PAGE

##XXH1309DPCSTM          10311700270144705




          MICHAEL J AVENATTI ESQ          Page 2
          October 31, 2017                Account #: 270144705



   DAILY BALANCES
   Date        Amount    Date       Amount  Date        Amount
   09-29  19,999,989.00  10-03      -12.00  10-31          .00
   10-02   9,999,988.00  10-04        .00
```

USAO_00042598

Exhibit 368
Page 4 of 24

```
                                              0270144705      PAGE


##XXH1309DPCSTM        11301700270144705

                                         Page 1      (0)

                                         Account #: 270144705


            This statement: November 30, 2017    Contact us:
            Last statement: October 31, 2017     800 773-7100

                                                 Newport Center Office
                                                 500 Newport Center Drive
            270                     0830N         Newport Beach, CA 92660
            MICHAEL J AVENATTI ESQ
            ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
            (MLP SETTLEMENT TRUST)
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA  92660
```

Legal Services Trust Fund Acct

```
Account Summary              Account Activity
Account number       270144705  Beginning bal    (10/31/2017)          $0.00
Minimum balance         $0.00   Credits                + $0.00
Average balance         $0.00   Debits                 - $0.00
Avg. collect bal        $0.00   Ending balance   (11/30/2017)          $0.00
Avg. bal for APY        $0.00
APY earned              0.00%
Interest earned         $0.00
Interest-bearing days      30
Interest paid YTD     $250.06
```

```
            ** No activity this statement period **
```

USAO_00042599

Exhibit 368
Page 5 of 24

```
                                        0270144705      PAGE

##XXH1309DPCSTM        12291700270144705

                                        Page 1      (0)

                                        Account #: 270144705


        This statement: December 29, 2017    Contact us:
        Last statement: November 30, 2017    800 773-7100

                                        Newport Center Office
                                        500 Newport Center Drive
        270                    0830N    Newport Beach, CA 92660
        MICHAEL J AVENATTI ESQ
        ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
        (MLP SETTLEMENT TRUST)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660


    IMPORTANT NOTICE: THE TREASURY MANAGEMENT DISCLOSURE AND AGREEMENT
    (TMDA) HAS BEEN UPDATED TO REFLECT NEW INFORMATION FOR TREASURY
    MANAGEMENT SERVICES. YOU CAN OBTAIN A COPY FROM ANY CITY NATIONAL BRANCH
    OR ONLINE AT CNB.COM (NAVIGATE TO PERSONAL OR BUSINESS CHECKING AND
    CLICK ON THE LINK FOR AGREEMENTS, FEES AND DISCLOSURES.

Legal Services Trust Fund Acct

    Account Summary              Account Activity
    Account number      270144705  Beginning bal   (11/30/2017)        $0.00
    Minimum balance         $0.00  Credits              + $0.00
    Average balance         $0.00  Debits               - $0.00
    Avg. collect bal        $0.00  Ending balance  (12/29/2017)        $0.00
    Avg. bal for APY        $0.00
    APY earned              0.00%
    Interest earned         $0.00
    Interest-bearing days      29
    Interest paid YTD     $250.06


            ** No activity this statement period **
```

USAO_00042600

Exhibit 368
Page 6 of 24

```
                                           0270144705        PAGE


##XXH1309DPCSTM        01311800270144705

                                      Page 1      (0)

                                      Account #: 270144705


        This statement: January 31, 2018      Contact us:
        Last statement: December 29, 2017     800 773-7100

                                              Newport Center Office
                                              500 Newport Center Drive
        270                    0830N          Newport Beach, CA 92660
        MICHAEL J AVENATTI ESQ
        ATTORNEY CLIENT TRUST ACCOUNT         cnb.com
        (MLP SETTLEMENT TRUST)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660



Legal Services Trust Fund Acct

  Account Summary                  Account Activity
  Account number      270144705    Beginning bal   (12/29/2017)          $0.00
  Minimum balance         $0.00    Credits                   + $0.00
  Average balance         $0.00    Debits                    - $0.00
  Avg. collect bal        $0.00    Ending balance  (1/31/2018)           $0.00
  Avg. bal for APY        $0.00
  APY earned              0.00%
  Interest earned         $0.00
  Interest-bearing days      33
  Interest paid YTD       $0.00


         ** No activity this statement period **
```

USAO_00042601

Exhibit 368
Page 7 of 24

```
                                         0270144705      PAGE
```

```
##XXH1309DPCSTM        02281800270144705
```

Page 1     (0)

Account #: 270144705

This statement: February 28, 2018
Last statement: January 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL J AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
(MLP SETTLEMENT TRUST)
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

IMPORTANT NOTICE: WE WANT TO MAKE YOU AWARE OF A NEW FEDERAL
REQUIREMENT THAT WILL IMPACT BUSINESS ACCOUNT OPENINGS. IN ORDER
TO PREPARE FOR THIS REGULATORY CHANGE, EFFECTIVE MARCH 1, 2018,
CITY NATIONAL BANK WILL MAKE CHANGES TO ITS ACCOUNT OPENING PROCESS. FOR
MORE INFORMATION GO TO WWW.CNB.COM/BENEFICIALOWNERSHIP OR
CONTACT YOUR RELATIONSHIP MANAGER OR BANKER.

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (1/31/2018) | | $0.00 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $0.00 | Debits | | - $0.00 | |
| Avg. collect bal | $0.00 | Ending balance | (2/28/2018) | | $0.00 |
| Avg. bal for APY | $0.00 | | | | |
| APY earned | 0.00% | | | | |
| Interest earned | $0.00 | | | | |
| Interest-bearing days | 28 | | | | |
| Interest paid YTD | $0.00 | | | | |

** No activity this statement period **

USAO_00042602

Exhibit 368
Page 8 of 24

```
                                              0270144705        PAGE
```

```
##XXH1309DPCSTM        03301800270144705
                                        Page 1      (0)

                                        Account #: 270144705


          This statement: March 30, 2018      Contact us:
          Last statement: February 28, 2018   800 773-7100


                                              Newport Center Office
                                              500 Newport Center Drive
          270                 0830N           Newport Beach, CA 92660
          MICHAEL J AVENATTI ESQ
          ATTORNEY CLIENT TRUST ACCOUNT       cnb.com
          (MLP SETTLEMENT TRUST)
          520 NEWPORT CENTER DR SUITE 1400
          NEWPORT BEACH CA 92660
```

```
  Legal Services Trust Fund Acct

    Account Summary              Account Activity
    Account number     270144705 Beginning bal  (2/28/2018)         $0.00
    Minimum balance        $0.00 Deposits        (0)       + 0.00
    Average balance  $2,987,452.93 Electronic cr  (2)   + 8,294,260.00
    Avg. collect bal $2,987,452.00 Other credits  (1)      + 73.66
    Avg. bal for APY $2,987,452.93 Total credits         + $8,294,333.66
    APY earned             0.03% Checks paid     (0)       - 0.00
    Interest earned      $73.66 Electronic db   (4)   - 3,404,206.00
    Interest-bearing days    30 Other debits    (7)      - 151.66
    Interest paid YTD    $73.66 Total debits          - $3,404,357.66
                                 Ending balance (3/30/2018)    $4,889,976.00
```

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|------|-------------|---|---------|----------------|
| 3-14 | Incoming Wire-Dom | | 147,972.00 | 180314000006001 |
| 3-14 | Incoming Wire-Dom | | 8,146,288.00 | 180314000006707 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|------|-------------|-----------|---------|----------------|
| 3-30 | Interest Credit | | 73.66 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | | Debits | Control Number |
|------|-------------|---|--------|----------------|
| 3-15 | Tnet Wire Out-Dom | | 3,000,000.00 | 180315000004607 |
| 3-20 | Tnet Wire Out-Dom | | 200,000.00 | 180320000001357 |
| 3-22 | Tnet Wire Out-Dom | | 94,206.00 | 180322000003379 |
| 3-28 | Tnet Wire Out-Dom | | 110,000.00 | 180328000003857 |

Exhibit 368
Page 9 of 24

USAO_00042603

```
                                    0270144705      PAGE
```

```
##XXH1309DPCSTM        03301800270144705
```

```
            MICHAEL J AVENATTI ESQ          Page 2
            March 30, 2018                  Account #: 270144705
```

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 3-14 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 3-14 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 3-15 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 3-20 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 3-22 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 3-28 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 3-30 | Interest Transfer TO ACCOUNT NO 0001338897 | | 73.66 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | .00 | 03-20 | 5,094,206.00 | 03-30 | 4,889,976.00 |
| 03-14 | 8,294,230.00 | 03-22 | 4,999,988.00 | | |
| 03-15 | 5,294,218.00 | 03-28 | 4,889,976.00 | | |

USAO_00042604

Exhibit 368
Page 10 of 24

```
                                          0270144705       PAGE
```

```
##XXH1309DPCSTM        04301800270144705
```

                                          Page 1      (0)

                                          Account #: 270144705


              This statement: April 30, 2018      Contact us:
              Last statement: March 30, 2018      800 773-7100

                                          Newport Center Office
                                          500 Newport Center Drive
              270                  0830N   Newport Beach, CA 92660
              MICHAEL J AVENATTI ESQ
              ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
              (MLP SETTLEMENT TRUST)
              520 NEWPORT CENTER DR SUITE 1400
              NEWPORT BEACH CA 92660


Legal Services Trust Fund Acct

```
Account Summary                Account Activity
Account number        270144705  Beginning bal   (3/30/2018)      $4,889,976.00
Minimum balance    $4,152,004.00  Deposits       (0)        + 0.00
Average balance    $4,457,285.16  Electronic cr  (0)        + 0.00
Avg. collect bal   $4,457,285.00  Other credits  (1)      + 113.57
Avg. bal for APY   $4,457,285.16  Total credits             + $113.57
APY earned              0.03%    Checks paid    (0)        - 0.00
Interest earned      $113.57     Electronic db  (5)   - 737,912.00
Interest-bearing days     31     Other debits   (6)      - 173.57
Interest paid YTD    $187.23     Total debits           - $738,085.57
                                 Ending balance  (4/30/2018)      $4,152,004.00
```

OTHER CREDITS
```
Date   Description                      Reference      Credits  Control Number
4-30   Interest Credit                                 113.57   000000000000000
```

ELECTRONIC DEBITS
```
Date   Description                                      Debits  Control Number
4-4    Tnet Wire Out-Dom                             189,964.00  180404000004490
4-9    Tnet Wire Out-Dom                             150,000.00  180409000004807
4-11   Tnet Wire Out-Dom                              49,976.00  180411000002576
4-17   Tnet Wire Out-Dom                             200,000.00  180417000001878
4-23   Tnet Wire Out-Dom                             147,972.00  180423000006696
```

OTHER DEBITS
```
Date   Description                      Reference      Debits  Control Number
4-4    Service Charge TNET WIRE OUT-DOM                12.00   000000000000000
4-9    Service Charge TNET WIRE OUT-DOM                12.00   000000000000000
4-11   Service Charge TNET WIRE OUT-DOM                12.00   000000000000000
4-17   Service Charge TNET WIRE OUT-DOM                12.00   000000000000000
```

USAO_00042605

Exhibit 368
Page 11 of 24

```
                                    0270144705        PAGE


##XXH1309DPCSTM        04301800270144705




          MICHAEL J AVENATTI ESQ           Page 2
          April 30, 2018                   Account #: 270144705




OTHER DEBITS (Continued)
Date   Description                              Reference        Debits  Control Number
4-23   Service Charge TNET WIRE OUT-DOM                           12.00  000000000000000
4-30   Interest Transfer TO ACCOUNT NO 0001338897               113.57  000000000000000

DAILY BALANCES
Date       Amount  Date        Amount  Date         Amount
03-30   4,889,976.00  04-11  4,500,000.00  04-30  4,152,004.00
04-04   4,700,000.00  04-17  4,299,988.00
04-09   4,549,988.00  04-23  4,152,004.00
```

USAO_00042606

Exhibit 368
Page 12 of 24

```
                                     0270144705        PAGE


##XXH1309DPCSTM         05311800270144705

                                          Page 1      (0)

                                          Account #: 270144705


            This statement: May 31, 2018        Contact us:
            Last statement: April 30, 2018      800 773-7100

                                                Newport Center Office
                                                500 Newport Center Drive
            270                  0830N          Newport Beach, CA 92660
            MICHAEL J AVENATTI ESQ
            ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
            (MLP SETTLEMENT TRUST)
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (4/30/2018) | $4,152,004.00 |
| Minimum balance | $23.00 | Deposits | (0) | + 0.00 |
| Average balance | $396,794.97 | Electronic cr | (1) | + 46,350.00 |
| Avg. collect bal | $396,794.00 | Other credits | (1) | + 10.11 |
| Avg. bal for APY | $396,794.97 | Total credits | | + $46,360.11 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 |
| Interest earned | $10.11 | Electronic db | (3) | - 4,198,280.00 |
| Interest-bearing days | 31 | Other debits | (5) | - 61.11 |
| Interest paid YTD | $197.34 | Total debits | | - $4,198,341.11 |
| | | Ending balance | (5/31/2018) | $23.00 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 5-4 | Incoming Wire-Dom | | 46,350.00 | 180504000003217 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-31 | Interest Credit | | 10.11 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | | Debits | Control Number |
|---|---|---|---|---|
| 5-1 | Tnet Wire Out-Dom | | 51,992.00 | 180510000004152 |
| 5-4 | Tnet Wire Out-Dom | | 146,288.00 | 180504000003319 |
| 5-4 | Tnet Wire Out-Dom | | 4,000,000.00 | 180504000003320 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-1 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-4 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 5-4 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |

USAO_00042607

Exhibit 368
Page 13 of 24

```
                            0270144705        PAGE


##XXH1309DPCSTM        05311800270144705




          MICHAEL J AVENATTI ESQ          Page 2
          May 31, 2018                    Account #: 270144705




OTHER DEBITS (Continued)
Date   Description                        Reference        Debits  Control Number
5-4    Service Charge TNET WIRE OUT-DOM                     12.00  00000000000000
5-31   Interest Transfer TO ACCOUNT NO 0001338897           10.11  00000000000000

DAILY BALANCES
Date        Amount  Date       Amount  Date      Amount
04-30   4,152,004.00  05-04      23.00
05-01   4,100,000.00  05-31      23.00
```

USAO_00042608

Exhibit 368
Page 14 of 24

```
                                        0270144705        PAGE
```

```
##XXH1309DPCSTM        06291800270144705
```

Page 1     (0)

Account #: 270144705

This statement: June 29, 2018          Contact us:
Last statement: May 31, 2018           800 773-7100

                                       Newport Center Office
                                       500 Newport Center Drive
270                    0830N           Newport Beach, CA 92660
MICHAEL J AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
(MLP SETTLEMENT TRUST)
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660


Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (5/31/2018) | | $23.00 |
| Minimum balance | $23.00 | Credits | | + $0.00 | |
| Average balance | $23.00 | Debits | | - $0.00 | |
| Avg. collect bal | $23.00 | Ending balance | (6/29/2018) | | $23.00 |
| Avg. bal for APY | $23.00 | | | | |
| APY earned | 0.00% | | | | |
| Interest earned | $0.00 | | | | |
| Interest-bearing days | 29 | | | | |
| Interest paid YTD | $197.34 | | | | |

** No activity this statement period **

USAO_00042609

Exhibit 368
Page 15 of 24

```
                                          0270144705      PAGE
```

##XXH1309DPCSTM          07311800270144705

Page 1    (0)

Account #: 270144705

This statement: July 31, 2018          Contact us:
Last statement: June 29, 2018          800 773-7100

                                       Newport Center Office
                                       500 Newport Center Drive
270                    0830N            Newport Beach, CA 92660
MICHAEL J AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
(MLP SETTLEMENT TRUST)
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660


Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (6/29/2018) | | $23.00 |
| Minimum balance | $23.00 | Credits | | + $0.00 | |
| Average balance | $23.00 | Debits | | - $0.00 | |
| Avg. collect bal | $23.00 | Ending balance | (7/31/2018) | | $23.00 |
| Avg. bal for APY | $23.00 | | | | |
| APY earned | 0.00% | | | | |
| Interest earned | $0.00 | | | | |
| Interest-bearing days | 32 | | | | |
| Interest paid YTD | $197.34 | | | | |

** No activity this statement period **

USAO_00042610

Exhibit 368
Page 16 of 24

```
                                                 0270144705        PAGE

##XXH1309DPCSTM          08311800270144705

                                            Page 1      (0)

                                            Account #: 270144705


         This statement: August 31, 2018     Contact us:
         Last statement: July 31, 2018       800 773-7100

                                             Newport Center Office
                                             500 Newport Center Drive
         270                      0830N      Newport Beach, CA 92660
         MICHAEL J AVENATTI ESQ
         ATTORNEY CLIENT TRUST ACCOUNT       cnb.com
         (MLP SETTLEMENT TRUST)
         520 NEWPORT CENTER DR SUITE 1400
         NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

```
Account Summary                  Account Activity
Account number      270144705    Beginning bal    (7/31/2018)          $23.00
Minimum balance        $23.00    Credits                  + $0.00
Average balance        $23.00    Debits                   - $0.00
Avg. collect bal       $23.00    Ending balance   (8/31/2018)          $23.00
Avg. bal for APY       $23.00
APY earned              0.00%
Interest earned        $0.00
Interest-bearing days      31
Interest paid YTD     $197.34
```

                    ** No activity this statement period **

USAO_00042611

Exhibit 368
Page 17 of 24

```
                                          0270144705       PAGE


##XXH1309DPCSTM        09281800270144705

                                        Page 1      (0)

                                        Account #: 270144705


            This statement: September 28, 2018    Contact us:
            Last statement: August 31, 2018       800 773-7100

                                                   Newport Center Office
                                                   500 Newport Center Drive
            270                    0830N           Newport Beach, CA 92660
            MICHAEL J AVENATTI ESQ
            ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
            (MLP SETTLEMENT TRUST}
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA 92660



Legal Services Trst Fund

Account Summary                 Account Activity
Account number    270144705     Beginning bal    (8/31/2018)          $23.00
Minimum balance      $23.00     Credits               + $0.00
Average balance      $23.00     Debits                - $0.00
Avg. collect bal     $23.00     Ending balance   (9/28/2018)          $23.00
Avg. bal for APY     $23.00
APY earned            0.00%
Interest earned      $0.00
Interest-bearing days    28
Interest paid YTD   $197.34


            ** No activity this statement period **
```

USAO_00042612

Exhibit 368
Page 18 of 24

```
                                        0270144705      PAGE

##XXH1309DPCSTM        10311800270144705

                                   Page 1    {0}

                                   Account #: 270144705


        This statement: October 31, 2018    Contact us:
        Last statement: September 28, 2018   800 773-7100

                                         Newport Center Office
                                         500 Newport Center Drive
        270                 0830N         Newport Beach, CA 92660
        MICHAEL J AVENATTI ESQ
        ATTORNEY CLIENT TRUST ACCOUNT      cnb.com
        (MLP SETTLEMENT TRUST)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660
```

EFFECTIVE 9/4/18, THE IOLTA INTEREST RATE HAS INCREASED TO EQUAL THE CNB
LADDER BUSINESS MONEY MARKET ACCOUNT RATE, WITH NO MONTHLY FEE DEDUCTED
FROM INTEREST PAID TO THE STATE BAR LEGAL SERVICES TRUST FUND PROGRAM.
EFFECTIVE 11/01/18, A HIGHER-PAYING INVESTMENT SWEEP OPTION IS AVAILABLE
FOR EXCESS IOLTA BALANCES. NOT FDIC INSURED, NOT BANK GUARANTEED, MAY
LOSE VALUE. CONTACT YOUR RELATIONSHIP MANAGER FOR MORE
INFORMATION.

Legal Services Trst Fund

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (9/28/2018) | | $23.00 |
| Minimum balance | $23.00 | Deposits | {0} | + 0.00 | |
| Average balance | $23.00 | Electronic cr | {0} | + 0.00 | |
| Avg. collect bal | $23.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $23.00 | Total credits | | | + $0.01 |
| APY earned | 0.48% | Checks paid | {0} | - 0.00 | |
| Interest earned | $0.01 | Electronic db | {0} | - 0.00 | |
| Interest-bearing days | 33 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $197.35 | Total debits | | | - $0.01 |
| | | Ending balance | (10/31/2018) | | $23.00 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 10-31 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-31 | Interest Transfer TO ACCOUNT NO 0001338897 | | .01 | 000000000000000 |

USAO_00042613

Exhibit 368
Page 19 of 24

```
                                    0270144705        PAGE


##XXH1309DPCSTM          10311800270144705




              MICHAEL J AVENATTI ESQ          Page 2
              October 31, 2018                Account #: 270144705



  DAILY BALANCES
  Date        Amount   Date        Amount   Date        Amount
  09-28        23.00   10-31        23.00
```

```
                                        0270144705        PAGE

##XXH1309DPCSTM        11301800270144705

                                        Page 1      (0)

                                        Account #: 270144705


         This statement: November 30, 2018      Contact us:
         Last statement: October 31, 2018       800 773-7100

                                                Newport Center Office
                                                500 Newport Center Drive
         270                    0830N           Newport Beach, CA 92660
         MICHAEL J AVENATTI ESQ
         ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
         (MLP SETTLEMENT TRUST)
         520 NEWPORT CENTER DR SUITE 1400
         NEWPORT BEACH CA 92660
```

Legal Services Trst Fund

```
Account Summary                 Account Activity
Account number      270144705   Beginning bal   (10/31/2018)          $23.00
Minimum balance        $23.00   Credits                  + $0.00
Average balance        $23.00   Debits                   - $0.00
Avg. collect bal       $23.00   Ending balance  (11/30/2018)          $23.00
Avg. bal for APY       $23.00
APY earned              0.00%
Interest earned        $0.00
Interest-bearing days     30
Interest paid YTD    $197.35
```

                    ** No activity this statement period **

USAO_00042615

Exhibit 368
Page 21 of 24

```
                              0270144705        PAGE


##XXH1309DPCSTM      12311800270144705
                                            Page 1      (0)

                                            Account #: 270144705


               This statement: December 31, 2018    Contact us:
               Last statement: November 30, 2018    800 773-7100

                                            Newport Center Office
                                            500 Newport Center Drive
               270                 0830N     Newport Beach, CA 92660
               MICHAEL J AVENATTI ESQ
               ATTORNEY CLIENT TRUST ACCOUNT     cnb.com
               (MLP SETTLEMENT TRUST)
               520 NEWPORT CENTER DR SUITE 1400
               NEWPORT BEACH CA 92660



Legal Services Trst Fund

  Account Summary                Account Activity
  Account number     270144705   Beginning bal  (11/30/2018)        $23.00
  Minimum balance       $23.00   Deposits       (0)        + 0.00
  Average balance       $23.00   Electronic cr  (0)        + 0.00
  Avg. collect bal      $23.00   Other credits  (1)        + 0.01
  Avg. bal for APY      $23.00   Total credits             + $0.01
  APY earned             0.51%   Checks paid    (0)        - 0.00
  Interest earned        $0.01   Electronic db  (0)        - 0.00
  Interest-bearing days     31   Other debits   (1)        - 0.01
  Interest paid YTD    $197.36   Total debits              - $0.01
                                 Ending balance (12/31/2018)        $23.00

OTHER CREDITS
Date   Description                          Reference     Credits  Control Number
12-31  Interest Credit                                        .01  000000000000000

OTHER DEBITS
Date   Description                          Reference      Debits  Control Number
12-31  Interest Transfer TO ACCOUNT NO 0001338897             .01  000000000000000

DAILY BALANCES
Date      Amount   Date      Amount   Date      Amount
11-30      23.00   12-31      23.00
```

USAO_00042584

Exhibit 368
Page 22 of 24

```
                                        0270144705        PAGE


##XXH1309DPCSTM        01311900270144705

                                               Page 1     (0)

                                               Account #: 270144705


              This statement: January 31, 2019    Contact us:
              Last statement: December 31, 2018   800 773-7100

                                                  Newport Center Office
                                                  500 Newport Center Drive
              270                      0830N      Newport Beach, CA 92660
              MICHAEL J AVENATTI ESQ
              ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
              (MLP SETTLEMENT TRUST)
              1910 SUNSET BLVD SUITE 450
              LOS ANGELES CA 90026
```

Legal Services Trst Fund

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (12/31/2018) | | $23.00 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $10.39 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $10.00 | Electronic db | (0) | - 0.00 | |
| Avg. bal for APY | $10.39 | Other debits | (1) | - 23.00 | |
| APY earned | 0.00% | Total debits | | | - $23.00 |
| Interest earned | $0.00 | Ending balance | (1/31/2019) | | $0.00 |
| Interest-bearing days | 31 | | | | |
| Interest paid YTD | $0.00 | | | | |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-15 | Legal Process Debit | | 23.00 | 638000115145536 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 23.00 | 01-15 | .00 | | |

USAO_00042585

Exhibit 368
Page 23 of 24

```
                                        0270144705        PAGE


##XXH1309DPCSTM        02281900270144705

                                          Page 1      (0)

                                          Account #: 270144705


              This statement: February 28, 2019    Contact us:
              Last statement: January 31, 2019     800 773-7100

                                          Newport Center Office
                                          500 Newport Center Drive
              270                0830N     Newport Beach, CA 92660
              MICHAEL J AVENATTI ESQ
              ATTORNEY CLIENT TRUST ACCOUNT         cnb.com
              (MLP SETTLEMENT TRUST)
              1910 SUNSET BLVD SUITE 450
              LOS ANGELES CA 90026
```

Legal Services Trst Fund

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270144705 | Beginning bal | (1/31/2019) | | $0.00 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $0.00 | Debits | | - $0.00 | |
| Avg. collect bal | $0.00 | Ending balance | (2/28/2019) | | $0.00 |
| Avg. bal for APY | $0.00 | | | | |
| APY earned | 0.00% | | | | |
| Interest earned | $0.00 | | | | |
| Interest-bearing days | 28 | | | | |
| Interest paid YTD | $0.00 | | | | |

                       ** No activity this statement period **

USAO_00042586

Exhibit 368
Page 24 of 24

```
                                      0270145566      PAGE
```

```
##XXH1309DPCSTM        12291700270145566
```

Page 1      (0)

Account #: 270145566

This statement: December 29, 2017         Contact us:
Last statement: December 28, 2017         800 773-7100

270                    0830N     Newport Center Office
MICHAEL J AVENATTI              500 Newport Center Drive
ATTORNEY CLIENT TRUST ACCOUNT   Newport Beach, CA 92660
(BAR SETTLEMENT)
520 NEWPORT CENTER DR SUITE 1400    cnb.com
NEWPORT BEACH CA 92660

IMPORTANT NOTICE: THE TREASURY MANAGEMENT DISCLOSURE AND AGREEMENT
(TMDA) HAS BEEN UPDATED TO REFLECT NEW INFORMATION FOR TREASURY
MANAGEMENT SERVICES. YOU CAN OBTAIN A COPY FROM ANY CITY NATIONAL BRANCH
OR ONLINE AT CNB.COM (NAVIGATE TO PERSONAL OR BUSINESS CHECKING AND
CLICK ON THE LINK FOR AGREEMENTS, FEES AND DISCLOSURES.

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (12/28/2017) | | $0.00 |
| Minimum balance | $0.00 | Credits | | + $0.00 | |
| Average balance | $0.00 | Debits | | - $0.00 | |
| Avg. collect bal | $0.00 | Ending balance | (12/29/2017) | | $0.00 |
| Avg. bal for APY | $0.00 | | | | |
| APY earned | 0.00% | | | | |
| Interest earned | $0.00 | | | | |
| Interest-bearing days | 2 | | | | |
| Interest paid YTD | $0.00 | | | | |

                    ** No activity this statement period **

USAO_00042715

Exhibit 370
Page 1 of 17

```
                                      0270145566        PAGE
```

```
##XXH1309DPCSTM        01311800270145566
                                              Page 1      (3)

                                              Account #: 270145566


            This statement: January 31, 2018      Contact us:
            Last statement: December 29, 2017     800 773-7100

                                                  Newport Center Office
                                                  500 Newport Center Drive
            270                    0830L          Newport Beach, CA 92660
            MICHAEL J AVENATTI
            ATTORNEY CLIENT TRUST ACCOUNT         cnb.com
            (BAR SETTLEMENT)
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (12/29/2017) | $0.00 |
| Minimum balance | $0.00 | Deposits | (0) | + 0.00 |
| Average balance | $486,047.54 | Electronic cr | (1) | + 1,600,000.00 |
| Avg. collect bal | $486,047.00 | Other credits | (1) | + 13.18 |
| Avg. bal for APY | $486,047.54 | Total credits | | + $1,600,013.18 |
| APY earned | 0.03% | Checks paid | (3) | - 59,500.00 |
| Interest earned | $13.18 | Electronic db | (20) | - 488,899.60 |
| Interest-bearing days | 33 | Other debits | (28) | - 835,324.61 |
| Interest paid YTD | $13.18 | Total debits | | - $1,383,724.21 |
| | | Ending balance | (1/31/2018) | $216,288.97 |

ELECTRONIC CREDITS
| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 1-5 | Incoming Wire-Dom | | 1,600,000.00 | 180105000006073 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-31 | Interest Credit | | 13.18 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 6072 | 01-12 | 25,500.00 | 000008100088000 |
| 6078 * | 01-23 | 30,000.00 | 000008020078600 |
| 6080 * | 01-23 | 4,000.00 | 000008020078800 |

* Skip in check sequence

USAO_00042716

Exhibit 370
Page 2 of 17

0270145566          PAGE

##XXH1309DPCSTM        01311800270145566

MICHAEL J AVENATTI                    Page 2
January 31, 2018                      Account #: 270145566

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|------|-------------|--------|----------------|
| 1-8  | Tnet Wire Out-Dom | 16,146.64 | 180108000004107 |
| 1-8  | Tnet Wire Out-Dom | 41,884.67 | 180108000003985 |
| 1-9  | Tnet Wire Out-Dom | 30,000.00 | 180109000001852 |
| 1-9  | Tnet Wire Out-Dom | 30,000.00 | 180109000005252 |
| 1-10 | Tnet Wire Out-Dom | 17,000.00 | 180110000005042 |
| 1-10 | Tnet Wire Out-Dom | 60,000.00 | 180110000002195 |
| 1-10 | Wire Tsfr Debit | 27,000.00 | 180110000005871 |
| 1-12 | Tnet Wire Out-Dom | 13,121.00 | 180112000008794 |
| 1-16 | Tnet Wire Out-Dom | 10,588.74 | 180116000007078 |
| 1-17 | Tnet Wire Out-Dom | 10,000.00 | 180117000002065 |
| 1-18 | Tnet Wire Out-Dom | 24,959.00 | 180118000002106 |
| 1-24 | Tnet Wire Out-Dom | 44,791.45 | 180124000004142 |
| 1-24 | Tnet Wire Out-Dom | 50,000.00 | 180124000002099 |
| 1-25 | Tnet Wire Out-Dom | 8,652.00 | 180125000005134 |
| 1-25 | Tnet Wire Out-Dom | 19,956.00 | 180125000004728 |
| 1-29 | Tnet Wire Out-Dom | 21,321.07 | 180129000004095 |
| 1-30 | Tnet Wire Out-Dom | 11,267.79 | 180130000002811 |
| 1-30 | Tnet Wire Out-Dom | 11,343.81 | 180130000002795 |
| 1-31 | Tnet Wire Out-Dom | 3,867.43 | 180131000010086 |
| 1-31 | Tnet Wire Out-Dom | 37,000.00 | 180131000010088 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 1-5  | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 1-8  | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-8  | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-8  | Debit Memo | | 617,840.44 | 000008050028400 |
| 1-9  | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-9  | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-10 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-10 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-10 | Service Charge WIRE TSFR DEBIT | | 5.00 | 000000000000000 |
| 1-11 | Debit Memo | 70145566 | 2,209.77 | 000008130036400 |
| 1-11 | Debit Memo | 70145566 | 111,113.22 | 000008080045600 |
| 1-12 | Account Transfer Dr. TO ACC 00270143504 | | 100,000.00 | 238000112115349 |
| 1-12 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-16 | Account Transfer Dr. TO ACC 00270143504 | | 1,900.00 | 238000115122656 |
| 1-16 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-17 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-18 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |

USAO_00042717

Exhibit 370
Page 3 of 17

```
                              0270145566        PAGE
```

##XXH1309DPCSTM        01311800270145566


```
        MICHAEL J AVENATTI                Page 3
        January 31, 2018                  Account #: 270145566
```

OTHER DEBITS (Continued)

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-24 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-24 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-29 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-30 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-30 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-31 | Account Transfer Dr. TO ACC 00270143504 | | 2,000.00 | 238000131145440 |
| 1-31 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-31 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 1-31 | Interest Transfer TO ACCOUNT NO 0001338897 | | 13.18 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-29 | .00 | 01-12 | 508,080.26 | 01-25 | 303,149.07 |
| 01-05 | 1,599,985.00 | 01-16 | 495,579.52 | 01-29 | 281,016.00 |
| 01-08 | 924,089.25 | 01-17 | 485,567.52 | 01-30 | 259,180.40 |
| 01-09 | 864,065.25 | 01-18 | 460,596.52 | 01-31 | 216,288.97 |
| 01-10 | 760,036.25 | 01-23 | 426,596.52 | | |
| 01-11 | 646,713.26 | 01-24 | 331,781.07 | | |

USAO_00042718

Exhibit 370
Page 4 of 17

```
                                    0270145566        PAGE


##XXH1309DPCSTM        02281800270145566

                                       Page 1      (1)

                                       Account #: 270145566


        This statement: February 28, 2018      Contact us:
        Last statement: January 31, 2018       800 773-7100

                                               Newport Center Office
                                               500 Newport Center Drive
        270                   0830L            Newport Beach, CA 92660
        MICHAEL J AVENATTI
        ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
        (BAR SETTLEMENT)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660
```

IMPORTANT NOTICE: WE WANT TO MAKE YOU AWARE OF A NEW FEDERAL
REQUIREMENT THAT WILL IMPACT BUSINESS ACCOUNT OPENINGS. IN ORDER
TO PREPARE FOR THIS REGULATORY CHANGE, EFFECTIVE MARCH 1, 2018,
CITY NATIONAL BANK WILL MAKE CHANGES TO ITS ACCOUNT OPENING PROCESS. FOR
MORE INFORMATION GO TO WWW.CNB.COM/BENEFICIALOWNERSHIP OR
CONTACT YOUR RELATIONSHIP MANAGER OR BANKER.

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (1/31/2018) | | $216,288.97 |
| Minimum balance | $19,621.73 | Deposits | (0) | + 0.00 | |
| Average balance | $94,105.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $94,105.00 | Other credits | (1) | + 2.17 | |
| Avg. bal for APY | $94,105.61 | Total credits | | | + $2.17 |
| APY earned | 0.03% | Checks paid | (1) | - 43,000.00 | |
| Interest earned | $2.17 | Electronic db | (6) | - 149,795.24 | |
| Interest-bearing days | 28 | Other debits | (9) | - 3,874.17 | |
| Interest paid YTD | $15.35 | Total debits | | - $196,669.41 | |
| | | Ending balance | (2/28/2018) | $19,621.73 | |

```
OTHER CREDITS
Date   Description                          Reference        Credits  Control Number
2-28   Interest Credit                                          2.17  000000000000000

CHECKS PAID


Number      Date           Amount             Control
6092        02-14          43,000.00      000008100069800
```

0270145566        PAGE

##XXH1309DPCSTM        02281800270145566

MICHAEL J AVENATTI                    Page 2
February 28, 2018                     Account #: 270145566

ELECTRONIC DEBITS
| Date | Description | Debits | Control Number |
|---|---|---|---|
| 2-5 | Tnet Wire Out-Dom | 10,841.99 | 180205000004771 |
| 2-5 | Tnet Wire Out-Dom | 14,757.74 | 180205000004773 |
| 2-7 | Tnet Wire Out-Dom | 40,000.00 | 180207000002669 |
| 2-12 | Tnet Wire Out-Dom | 10,806.89 | 180212000006019 |
| 2-12 | Tnet Wire Out-Dom | 27,241.81 | 180212000006020 |
| 2-16 | Tnet Wire Out-Dom | 46,146.81 | 180216000006890 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-5 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-5 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-7 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-12 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-12 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-14 | Account Transfer Dr. TO ACC 00270143504 | | 2,000.00 | 294000214164706 |
| 2-16 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 2-27 | Account Transfer Dr. TO ACC 00270143504 | | 1,800.00 | 294000227132045 |
| 2-28 | Interest Transfer TO ACCOUNT NO 0001338897 | | 2.17 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 216,288.97 | 02-12 | 112,580.54 | 02-27 | 19,621.73 |
| 02-05 | 190,665.24 | 02-14 | 67,580.54 | 02-28 | 19,621.73 |
| 02-07 | 150,653.24 | 02-16 | 21,421.73 | | |

USAO_00042720

Exhibit 370
Page 6 of 17

```
                                          0270145566      PAGE

##XXR1309DPCSTM       03301800270145566

                                          Page 1      (2)

                                          Account #: 270145566


            This statement: March 30, 2018      Contact us:
            Last statement: February 28, 2018   800 773-7100

                                          Newport Center Office
                                          500 Newport Center Drive
            270             0830L         Newport Beach, CA 92660
            MICHAEL J AVENATTI
            ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
            (BAR SETTLEMENT)
            520 NEWPORT CENTER DR SUITE 1400
            NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

```
Account Summary                Account Activity
Account number    270145566    Beginning bal  (2/28/2018)    $19,621.73
Minimum balance     $609.73    Deposits       (0)       + 0.00
Average balance   $5,681.60    Electronic cr  (0)       + 0.00
Avg. collect bal  $5,681.00    Other credits  (1)       + 0.14
Avg. bal for APY  $5,681.60    Total credits              + $0.14
APY earned           0.03%     Checks paid    (2)   - 15,000.00
Interest earned      $0.14     Electronic db  (1)    - 4,000.00
Interest-bearing days   30     Other debits   (2)       - 12.14
Interest paid YTD   $15.49     Total debits           - $19,012.14
                               Ending balance (3/30/2018)   $609.73
```

OTHER CREDITS
```
Date  Description                      Reference      Credits  Control Number
3-30  Interest Credit                                    .14  000000000000000
```

CHECKS PAID

```
Number    Date          Amount          Control
6101      03-07      10,000.00    000008070022800
6109 *    03-09       5,000.00    000008100017700
* Skip in check sequence
```

ELECTRONIC DEBITS
```
Date  Description                            Debits  Control Number
3-14  Tnet Wire Out-Dom                    4,000.00  180314000003842
```

Exhibit 370
Page 7 of 17

USAO_00042721

```
                        0270145566      PAGE


##XXH1309DPCSTM        03301800270145566




        MICHAEL J AVENATTI                Page 2
        March 30, 2018                    Account #: 270145566



OTHER DEBITS
Date   Description                        Reference      Debits  Control Number
3-14   Service Charge TNET WIRE OUT-DOM                  12.00   000000000000000
3-30   Interest Transfer TO ACCOUNT NO 0001338897          .14   000000000000000

DAILY BALANCES
Date        Amount  Date       Amount  Date      Amount
02-28    19,621.73  03-09    4,621.73  03-30     609.73
03-07     9,621.73  03-14      609.73
```

USAO_00042722

Exhibit 370
Page 8 of 17

```
                                                0270145566      PAGE

##XXH1309DPCSTM        04301800270145566

                                        Page 1      (0)

                                        Account #: 270145566


          This statement: April 30, 2018     Contact us:
          Last statement: March 30, 2018     800 773-7100

                                             Newport Center Office
                                             500 Newport Center Drive
          270                    0830N       Newport Beach, CA 92660
          MICHAEL J AVENATTI
          ATTORNEY CLIENT TRUST ACCOUNT      cnb.com
          (BAR SETTLEMENT)
          520 NEWPORT CENTER DR SUITE 1400
          NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

```
Account Summary              Account Activity
Account number    270145566  Beginning bal  (3/30/2018)          $609.73
Minimum balance     $509.73  Deposits       (0)        + 0.00
Average balance     $571.02  Electronic cr  (0)        + 0.00
Avg. collect bal    $571.00  Other credits  (1)        + 0.01
Avg. bal for APY    $571.02  Total credits                    + $0.01
APY earned            0.02%  Checks paid    (0)        - 0.00
Interest earned       $0.01  Electronic db  (0)        - 0.00
Interest-bearing days    31  Other debits   (2)      - 100.01
Interest paid YTD    $15.50  Total debits                  - $100.01
                             Ending balance (4/30/2018)       $509.73
```

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|------|-------------|-----------|---------|----------------|
| 4-30 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 4-19 | Account Transfer Dr. TO ACC 00270143504 | | 100.00 | 238000419083037 |
| 4-30 | Interest Transfer TO ACCOUNT NO 0001338897 | | .01 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-30 | 609.73 | 04-19 | 509.73 | 04-30 | 509.73 |

USAO_00042723

Exhibit 370
Page 9 of 17

```
                                        0270145566        PAGE

##XXH1309DPCSTM        05311800270145566

                                        Page 1      (0)

                                        Account #: 270145566


        This statement: May 31, 2018    Contact us:
        Last statement: April 30, 2018  800 773-7100

                                        Newport Center Office
                                        500 Newport Center Drive
        270                    0830N     Newport Beach, CA 92660
        MICHAEL J AVENATTI
        ATTORNEY CLIENT TRUST ACCOUNT    cnb.com
        (BAR SETTLEMENT)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

```
Account Summary              Account Activity
Account number      270145566  Beginning bal  (4/30/2018)          $509.73
Minimum balance       $509.73  Deposits       (0)       + 0.00
Average balance       $509.73  Electronic cr  (0)       + 0.00
Avg. collect bal      $509.00  Other credits  (1)       + 0.02
Avg. bal for APY      $509.73  Total credits                     + $0.02
APY earned              0.05%  Checks paid    (0)       - 0.00
Interest earned         $0.02  Electronic db  (0)       - 0.00
Interest-bearing days      31  Other debits   (1)       - 0.02
Interest paid YTD      $15.52  Total debits                      - $0.02
                               Ending balance (5/31/2018)         $509.73
```

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|------|-------------|-----------|---------|----------------|
| 5-31 | Interest Credit | | .02 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 5-31 | Interest Transfer TO ACCOUNT NO 0001338897 | | .02 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 509.73 | 05-31 | 509.73 | | |

USAO_00042724

Exhibit 370
Page 10 of 17

```
                                         0270145566        PAGE


##XXH1309DPCSTM        06291800270145566

                                              Page 1      (0)

                                              Account #: 270145566


           This statement: June 29, 2018       Contact us:
           Last statement: May 31, 2018        800 773-7100

                                               Newport Center Office
                                               500 Newport Center Drive
           270                    0830N        Newport Beach, CA 92660
           MICHAEL J AVENATTI
           ATTORNEY CLIENT TRUST ACCOUNT       cnb.com
           (BAR SETTLEMENT)
           520 NEWPORT CENTER DR SUITE 1400
           NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

```
Account Summary                Account Activity
Account number      270145566  Beginning bal  (5/31/2018)          $509.73
Minimum balance      $509.73   Deposits       (0)        + 0.00
Average balance      $509.73   Electronic cr  (0)        + 0.00
Avg. collect bal     $509.00   Other credits  (1)        + 0.01
Avg. bal for APY     $509.73   Total credits                     + $0.01
APY earned             0.02%   Checks paid    (0)        - 0.00
Interest earned        $0.01   Electronic db  (0)        - 0.00
Interest-bearing days     29   Other debits   (1)        - 0.01
Interest paid YTD     $15.53   Total debits                      - $0.01
                               Ending balance (6/29/2018)         $509.73
```

OTHER CREDITS
```
Date   Description                          Reference      Credits  Control Number
6-29   Interest Credit                                        .01  000000000000000
```

OTHER DEBITS
```
Date   Description                          Reference       Debits  Control Number
6-29   Interest Transfer TO ACCOUNT NO 0001338897             .01  000000000000000
```

DAILY BALANCES
```
Date    Amount   Date     Amount  Date      Amount
05-31   509.73   06-29    509.73
```

USAO_00042725

Exhibit 370
Page 11 of 17

```
                                              0270145566      PAGE


##XXH1309DPCSTM        07311800270145566
                                              Page 1     (0)

                                              Account #: 270145566


              This statement: July 31, 2018     Contact us:
              Last statement: June 29, 2018     800 773-7100

                                                Newport Center Office
                                                500 Newport Center Drive
              270                  0830N        Newport Beach, CA 92660
              MICHAEL J AVENATTI
              ATTORNEY CLIENT TRUST ACCOUNT     cnb.com
              (BAR SETTLEMENT)
              520 NEWPORT CENTER DR SUITE 1400
              NEWPORT BEACH CA 92660
```

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (6/29/2018) | | $509.73 |
| Minimum balance | $509.73 | Deposits | (0) | + 0.00 | |
| Average balance | $509.73 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $509.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $509.73 | Total credits | | | + $0.01 |
| APY earned | 0.02% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 32 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $15.54 | Total debits | | | - $0.01 |
| | | Ending balance | (7/31/2018) | | $509.73 |

```
OTHER CREDITS
Date  Description                           Reference     Credits  Control Number
7-31  Interest Credit                                        .01   000000000000000

OTHER DEBITS
Date  Description                           Reference     Debits   Control Number
7-31  Interest Transfer TO ACCOUNT NO 0001338897             .01   000000000000000

DAILY BALANCES
Date      Amount   Date      Amount   Date      Amount
06-29     509.73   07-31     509.73
```

USAO_00042726

Exhibit 370
Page 12 of 17

```
                                        0270145566      PAGE
```

##XX#1309DPCSTM        08311800270145566

                                    Page 1      (0)

                                    Account #: 270145566


        This statement: August 31, 2018        Contact us:
        Last statement: July 31, 2018          800 773-7100

                                               Newport Center Office
                                               500 Newport Center Drive
        270                    0830N           Newport Beach, CA 92660
        MICHAEL J AVENATTI
        ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
        (BAR SETTLEMENT)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660


Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (7/31/2018) | | $509.73 |
| Minimum balance | $509.73 | Deposits | (0) | + 0.00 | |
| Average balance | $509.73 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $509.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $509.73 | Total credits | | | + $0.01 |
| APY earned | 0.02% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 31 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $15.55 | Total debits | | | - $0.01 |
| | | Ending balance | (8/31/2018) | | $509.73 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-31 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-31 | Interest Transfer TO ACCOUNT NO 0001338897 | | .01 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 509.73 | 08-31 | 509.73 | | |

USAO_00042727

Exhibit 370
Page 13 of 17

```
                                              0270145566      PAGE
```

```
##XXH1309DPCSTM          09281800270145566
                                          Page 1      (0)

                                          Account #: 270145566


        This statement: September 28, 2018    Contact us:
        Last statement: August 31, 2018      800 773-7100

                                             Newport Center Office
                                             500 Newport Center Drive
        270                    0830N         Newport Beach, CA 92660
        MICHAEL J AVENATTI
        ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
        (BAR SETTLEMENT)
        520 NEWPORT CENTER DR SUITE 1400
        NEWPORT BEACH CA 92660
```

Legal Services Trst Fund

| Account Summary | | Account Activity | | | | |
|---|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (8/31/2018) | | $509.73 | |
| Minimum balance | $509.73 | Deposits | (0) | + 0.00 | | |
| Average balance | $509.73 | Electronic cr | (0) | + 0.00 | | |
| Avg. collect bal | $509.00 | Other credits | (1) | + 0.07 | | |
| Avg. bal for APY | $509.73 | Total credits | | | + $0.07 | |
| APY earned | 0.18% | Checks paid | (0) | - 0.00 | | |
| Interest earned | $0.07 | Electronic db | (0) | - 0.00 | | |
| Interest-bearing days | 28 | Other debits | (1) | - 0.07 | | |
| Interest paid YTD | $15.62 | Total debits | | | - $0.07 | |
| | | Ending balance | (9/28/2018) | | $509.73 | |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-28 | Interest Credit | | .07 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-28 | Interest Transfer TO ACCOUNT NO 0001338897 | | .07 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 509.73 | 09-28 | 509.73 | | |

USAO_00042728

Exhibit 370
Page 14 of 17

```
                                          0270145566        PAGE


##XXH1309DPCSTM        10311800270145566

                                     Page 1      (0)

                                     Account #: 270145566


          This statement: October 31, 2018    Contact us:
          Last statement: September 28, 2018   800 773-7100

                                               Newport Center Office
                                               500 Newport Center Drive
          270                    0830N         Newport Beach, CA 92660
          MICHAEL J AVENATTI
          ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
          (BAR SETTLEMENT)
          520 NEWPORT CENTER DR SUITE 1400
          NEWPORT BEACH CA 92660
```

EFFECTIVE 9/4/18, THE IOLTA INTEREST RATE HAS INCREASED TO EQUAL THE CNB
LADDER BUSINESS MONEY MARKET ACCOUNT RATE, WITH NO MONTHLY FEE DEDUCTED
FROM INTEREST PAID TO THE STATE BAR LEGAL SERVICES TRUST FUND PROGRAM.
EFFECTIVE 11/01/18, A HIGHER-PAYING INVESTMENT SWEEP OPTION IS AVAILABLE
FOR EXCESS IOLTA BALANCES. NOT FDIC INSURED, NOT BANK GUARANTEED, MAY
LOSE VALUE. CONTACT YOUR RELATIONSHIP MANAGER FOR MORE
INFORMATION.

Legal Services Trst Fund

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 270145566 | Beginning bal | (9/28/2018) | | $509.73 |
| Minimum balance | $9.73 | Deposits | (0) | + 0.00 | |
| Average balance | $418.82 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $418.00 | Other credits | (1) | + 0.09 | |
| Avg. bal for APY | $418.82 | Total credits | | | + $0.09 |
| APY earned | 0.24% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.09 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 33 | Other debits | (2) | - 500.09 | |
| Interest paid YTD | $15.71 | Total debits | | - $500.09 | |
| | | Ending balance | (10/31/2018) | | $9.73 |

```
OTHER CREDITS
Date   Description                    Reference        Credits  Control Number
10-31  Interest Credit                                    .09   000000000000000

OTHER DEBITS
Date   Description                    Reference         Debits  Control Number
10-26  Account Transfer Dr. TO ACC 00270143504          500.00  294001026120801
10-31  Interest Transfer TO ACCOUNT NO 0001338897          .09  000000000000000
```

USAO_00042729

Exhibit 370
Page 15 of 17

```
                                          0270145566        PAGE


##XXH1309DPCSTM          10311800270145566



          MICHAEL J AVENATTI              Page 2
          October 31, 2018                Account #: 270145566



DAILY BALANCES
Date        Amount  Date        Amount  Date        Amount
09-28       509.73  10-26         9.73  10-31         9.73
```

USAO_00042730

Exhibit 370
Page 16 of 17

```
                                              0270145566        PAGE
```

##XXH1309DPCSTM          11301800270145566

Page 1     (0)

Account #: 270145566

```
          This statement: November 30, 2018        Contact us:
          Last statement: October 31, 2018         800 773-7100

                                                   Newport Center Office
                                                   500 Newport Center Drive
          270                      0830N           Newport Beach, CA 92660
          MICHAEL J AVENATTI
          ATTORNEY CLIENT TRUST ACCOUNT            cnb.com
          (BAR SETTLEMENT)
          520 NEWPORT CENTER DR SUITE 1400
          NEWPORT BEACH CA 92660
```

Legal Services Trst Fund

```
Account Summary              Account Activity
Account number      270145566  Beginning bal    (10/31/2018)          $9.73
Minimum balance        $9.73  Credits              + $0.00
Average balance        $9.73  Debits               - $0.00
Avg. collect bal       $9.00  Ending balance   (11/30/2018)          $9.73
Avg. bal for APY       $9.73
APY earned             0.00%
Interest earned        $0.00
Interest-bearing days     30
Interest paid YTD     $15.71
```

                    ** No activity this statement period **

USAO_00042731

Exhibit 370
Page 17 of 17



Date:02/24/15 Seq #:53028324 Account:2010319151 Serial #:199824 Amount:$360.62 Dep Seq #:53028324



Date:02/24/15 Seq #:53028325 Account:5791082851 Serial #:15090 Amount:$360.62 Dep Seq #:53028324



Date:02/24/15 Seq #:53065137 Account:2010319151 Serial #:199824 Amount:$360.62 Dep Seq #:53065136



Date:03/26/15 Seq #:53041089 Account:2010319071 Serial #:473162 Amount:$36.00 Dep Seq #:53041089

CALIFORNIA BANK TRUST     **CHECKING ACCOUNT DEBIT**     **DEBIT**

YOUR ACCOUNT HAS BEEN CHARGED TODAY AS FOLLOWS:

DATE 3-26-15

BRANCH # 309

PREPARED BY Susan

APPROVED BY

CONTRA ENTRY CC 473162

DESCRIPTION

Trsf to Global Baristas — Due to Bank Error — 1st CK # 9836

CLIENT NAME Eayen Avenatti

CLIENT SIGNATURE X

CBTICAD (Rev 05/07)

ACCOUNT NUMBER

5791082851

TRAN CODE

$

AMOUNT

36.⁰⁰

⑆545491140⑆

Date:03/26/15 Seq #:53041090 Account:5791082851 Serial #:- Amount:$36.00 Dep Seq #:53041089



Date:03/26/15 Seq #:53041092 Account:2010319071 Serial #:473162 Amount:$36.00 Dep Seq #:53041091

**California Bank & Trust Signature Card**

| Account Title: STATE BAR OF CALIFORNIA EAGAN AVENATTI, LLP | 94-6001385 | Branch ID: 0326 |
| | | Cost Center: 7326 |

Ownership: Trust  *The charged*  CA  Date: 4/19/2011

| Supersedes Card dated: 12/30/2010 | Replaced by Card dated: | FileNet/SQN Document ID: |

| Account Number | Opened Date | Opened By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 3260138541 | 08/09/2007 | KATHY LEE | DDA | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Authorized Signers** — Signature — RELATIONSHIP

| 1. MICHAEL AVENATTI | | Type: Trustee TIN: 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 |
| 2. XXXXXXXXXXXXXX | XXXXXXXXXXXXXX | Type: TIN: XXXXXXXXXXXXXX |
| 3. XXXXXXXXXXXXXX | XXXXXXXXXXXXX | Type: TIN: XXXXXXXXXXXXXX |
| 4. XXXXXXXXXXXXXX | XXXXXXXXXXXXX | Type: TIN: XXXXXXXXXXXX |
| 5. XXXXXXXXXXXXXX | XXXXXXXXXXXX | Type: TIN: XXXXXXXXXXXXXX |
| 6. XXXXXXXXXXXXXX | XXXXXXXXXXXX | Type: TIN: XXXXXXXXXXXXXX |

**TAX REPORTING INFORMATION – W-9 CERTIFICATION**

Complete this section only if you are a U.S. citizen or U.S. resident alien.

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. citizen or other U.S. person.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

Signature of U.S. Person

Each person signing this Signature Card ("authorized signer") requests that California Bank & Trust ("the Bank") open the accounts designated and agrees:

- The account(s) are governed by Federal and State law and regulation and the terms and conditions of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreements & Disclosures, 2) Interest Rate and Fee Schedule, and 3) Account Analysis Agreement and disclosures (if applicable). I (We) acknowledge that the Bank has provided a copy of the most current version of the Deposit Documents to me (us). The Deposit Documents may be amended by the Bank from time to time and a copy of the amended Deposit Documents will be available from the Bank and/or will be mailed to the account address with the regular monthly statements. The Deposit Documents along with this Signature Card constitute agreement with the Bank with respect to my/our account(s).
- Any one of the signers may establish additional accounts and subscribe to products and banking services related to the account(s) in the same name or names and with the same signature requirements. Bank is authorized to accept instructions of any kind with respect to the account(s) from any authorized signer. Bank shall have no responsibility for reviewing the number or combination of signatures on an item drawn against account(s). This means that if you have indicated that more than one signature is required in connection with an item drawn on the account(s), the Bank will have no liability to you if a transaction is conducted on or through the account contrary to the signature requirements you have specified.
- By signing above I (We) understand and acknowledge that such account agreement provides that either the Bank or I (We) can require that any disputes between us concerning the Bank account I (We) have opened or concerning my other Bank deposit, Checking Plus or Ready Credit accounts will be resolved by binding arbitration.
- By signing this Signature Card, I (We) authorize the Bank ("you") to accept instructions from me(us) to open/close accounts, apply for credit and request services, without my(our) further original signature. You may accept my (our) oral or electronic instructions with the same effect as if I (We) had signed them. I (We) agree to follow your security procedures and to provide my (our) signature upon request. You may at any time refuse to accept such instructions. I (We) authorize you to record and monitor my (our) telephone calls as evidence of my (our) instructions and for service quality purposes.
PLEASE NOTE: The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, the authorized signer(s) consent to California Bank & Trust making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signor's personal financial and other information, even though this may be a business account, to be used for establishing and handling this and other deposit and loan accounts at California Bank & Trust, and to disclose information about the account(s) to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

Rev. 01/10/2008

USAO_00023768
00023785

Exhibit 390
Page 1 of 2

**SUPPLEMENTAL AGREEMENT FOR "TRUST ACCOUNTS"**

It is hereby agreed that, in consideration of the Bank's opening this account using in the account title "Trust" or "Trustee", the Bank assumes no responsibility nor liability relating to use of funds in the account. The account holder(s) and his/her heirs, agents, and/or personal representative agree to hold harmless the Bank for any and all loss, including but not limited to reasonable attorney's fees, resulting from any and all claims relating to any trust administration.

**SOURCE OF ACCOUNT**

_✓_ Existing Customer

__ Referred By: _____

__ Prospected By: _____

__ Walk-in Non-Customer

__ Business Site Visit By:

Initials: _____   Date: _____

*LAW OFFICE*

## Non-Consumer Information

| | |
|---|---|
| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☑ |
| Physical Address  4SD NEWPORT CENTER DR FL 2  NEWPORT BEACH CA 92660 | Primary Contact Name  MICHAEL AVENATTI |
| | Primary Contact Phone Number ( 949 ) 706 - 7000 |
| Tax ID  94 600 138 | Primary ID Type  TA | Number/Description  NA | Issuer  NA | Issue Date | Exp. Date |

## Client Information

**Signer #1**

| ChexSystems Contacted: Y | Override Approved By: | CIP Verification: ☑ |
|---|---|---|

Physical Address 450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660      *MMN: WILSON*

| | | |
|---|---|---|
| Date of Birth 02/16/1971 | | |
| Primary Phone Number (949) 887-4118 | Secondary Phone Number (949) 706-7000 | |
| Primary ID Type  DL | Number/Description  D3638707 | Issuer  CA | Issue Date  02/01/2010 | Exp. Date 02/16/2015 |
| Secondary ID Type  OEX | Number/Description  07329 | Issuer  NA | Issue Date  NA  / / | Exp. Date  NA  / / |

**Signer #2**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #3**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #4**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #5**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

**Signer #6**

| ChexSystems Contacted: | Override Approved By: | CIP Verification: ☐ |
|---|---|---|
| Physical Address | Date of Birth | |
| | Primary Phone Number | Secondary Phone Number |
| Primary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |
| Secondary ID Type | Number/Description | Issuer | Issue Date  / / | Exp. Date  / / |

Rev. 01/10/2008

USAO_00023769
00023785

Exhibit 390
Page 2 of 2



**CITY NATIONAL BANK**
The way up.®

## DECLARATION AS TO BUSINESS RECORDS

State of California, County of Los Angeles, ss:

I, the undersigned, hereby declare and state as follows:

1. I am employed by **City National Bank**, a national banking association ("CNB"), which is engaged in the general business of banking. My place of employment is at 350 South Grand Ave, 4th Floor, Los Angeles, CA 90071.

2. I am a duly authorized custodian of the records, or qualified witness, and have authority to certify the records herein described.

3. City National Bank responds to the ▓▓▓▓▓ Subpoena in the matter of USDOJ  v. **Michael John Avenatti**

4. Furnished herewith are true copies of all the records described in the ▓▓▓▓▓Subpoena redacted as indicated in the particular document redacted, except as hereinafter stated. If you contend text was improperly redacted, please contact us to discuss. If you believe a document was improperly omitted from the production, please contact us to discuss. Pursuant to stipulation between the subpoenaing party and CNB, only deposit account records consisting of signature cards, statements, checks, deposits with offsets, wires, and cashier's checks will be produced at this time. Communications regarding wires have been requested by the subpoenaing party and the production of those records is pending.

5. The records consist of the following:

| Account Number | Account Name | Time Period | Documents Produced |
|---|---|---|---|
| 270148611 | Avenatti LLP | 12/01/2018 – 03/20/2019 | Signature Cards, Statements, Checks, Deposits with Offsets and Wires |
| 270143504 | Michael Avenatti, Esq | 12/01/2018 – 03/20/2019 | Signature Cards, Statements, Checks, Deposits with Offsets and Wires |
| 270143512 | Michael Avenatti Esq Attorney Client Trust Account | 12/01/2018 – 03/20/2019 | Signature Cards, Statements, Checks, Deposits with Offsets, Wires, and Cashier's Checks |
| 270144705 | Michael Avenatti Esq Attorney Client Trust Account | 12/01/2018 – 03/20/2019 | Signature Cards and Statements |
| 270145566 | Michael Avenatti Attorney Client Trust Account | 12/01/2018 – 03/20/2019 | Signature Cards and Statements |

6. CNB may not have fully redacted personal information on the records being produced. For example, if copies of checks have been produced, account numbers reflected on checks (whether on the face or reverse of the check) have not been redacted. Statute(s) or local court rule(s) may require full or partial redaction of information contained in the produced records before filing with the Court. Please ensure compliance.

7. CNB objects to the Subpoena to the extent it seeks confidential information or information protected by any applicable privilege, including without limitation the attorney-client privilege or the attorney work product doctrine, and any and all other rights and privileges which protect such information from disclosure. To the extent any Request seeks documents falling within any of these or related categories, CNB will not produce any such documents. To the extent any document subject to such a privilege is inadvertently produced, such production shall not be considered a waiver of said privilege and CNB expressly reserve the right to assert said privilege.

8. To the extent included within the request, CNB has not produced documents routinely delivered to an identified defined party at opening and periodically thereafter such as the Account Agreement and Disclosures, Fee Schedules, Privacy Notice, etc., and further has not produced general mailings such as product offerings (for example, an invitation to purchase debit cards during holiday seasons) or notices related to a particular product such as changes in rates and/or terms. If particular documents within these categories are desired, please contact the undersigned.

9. To the extent included within the request, CNB has not produced general customer e-mails received by an identified defined party and others. For example, a general product solicitation or invitation to a business forum or summary of clients using a particular product sent to or identifying tens, hundreds or thousands of customers with a single line identifying an identified defined party as a recipient of the e-mail or a party using the product will not be produced.

10. CNB's systems do not permit the automated, automatic inclusion of e-mail attachments when producing e-mails and so e-mail attachments have not been produced with requested e-mails except as otherwise described in 5 above. To the extent attachments are within the scope of a production and desired, please contact the undersigned to discuss production. Additionally, CNB's e-mail retrieval system only has e-mails on CNB's computer systems as of June 1, 2008, regardless of when a particular e-mail was sent or received. (All e-mails on the system as of June 1, 2008, regardless of the sent/received date are available; anything deleted from the system before June 1, 2008 is not available. For example, an e-mail sent or received on January 1, 2002 and received by all CNB employees who sent or received the e-mail prior to June 1, 2008 is available and will be produced if within the date parameters identified in the subpoena but an e-mail sent May 30, 2008 and deleted May 31, 2008 cannot be retrieved and so cannot be produced, regardless of whether it is within the date parameters identified in the subpoena.)

Exhibit 397
Page 1 of 4

USAO_00042498

11. To the extent included within the request, CNB has not searched for documents other than those identified as produced in paragraph 5 above or identified as unable to furnish in paragraph 13 below. If you wish to discuss the absence of particular documents or production of additional documents, or contend additional documents are within the scope of your request, please contact the undersigned.

12. The bank records, true copies of which are furnished herewith, were prepared by or received by the personnel of **City National Bank** in the ordinary course of business, at or near the time of the applicable act, condition or event.

13. The records produced were copied from the original or copies maintained by City National Bank as a business record.

14. Following is a list of records described in the subpoena, which cannot be furnished, because the bank does not have the records so described: **City National Bank is unable to locate any records pertaining to Passport 420 LLC, Global Baristas LLC, Global Baristas US LLC, GB Autosport LLC, Doppio Inc., and The Trial Group LLP within the scope of the subpoena.**

**TO:  Internal Revenue Service**
**Criminal Investigation Division**
**ATTN: Special Agent Remoun Karlous**
**ADDRESS: 2400 Avila Road, M/S #2395**
**Laguna Niguel, CA 92677**

*Executed at Los Angeles, California, this 29th day of March, 2019.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and, if called, I would so testify.

_____
**Eric Wood**
**Assistant Vice President**

Exhibit 397
Page 2 of 4



**CITY NATIONAL BANK**
The way up.®

## *DECLARATION AS TO BUSINESS RECORDS*

*State of California, County of Los Angeles, ss:*

*I, the undersigned, hereby declare and state as follows:*

1. *I am employed by **City National Bank**, a national banking association ("CNB"), which is engaged in the general business of banking. My place of employment is at 350 South Grand Ave, 4th Floor, Los Angeles, CA 90071.*

2. *I am a duly authorized custodian of the records, or qualified witness, and have authority to certify the records herein described.*

3. *City National Bank responds to the* ▮▮▮▮ *subpoena  in the matter of USDJ V. EAGAN AVENATTI LLP ET AL..*

4. *Furnished herewith are true copies of all the records described in the* ▮▮▮ *subpoena, redacted as indicated in the particular document redacted, except as hereinafter stated. If you contend text was improperly redacted, please contact us to discuss. If you believe a document was improperly omitted from the production, please contact us to discuss. Pursuant to stipulation between the subpoenaing party and CNB producing Deposit account records consisting of Signature Card, Statements, Checks, Deposit with Offsets, Wires, and Cashiers Checks.*

5. *The records consist of the following:*

| *Account Number* | *Account Name* | *Time Period* | *Documents Produced* |
|---|---|---|---|
| 270148611 | *Avenatti LLP* | *11/30/2018 ( Opened) - 12/12/2018* | *Signature Card, Statements, Checks, Deposit with Offsets and Cashier's Checks* |
| 270143504 | *Michael Avenatti ESQ* | *05/11/2017 (Opened)- 12/12/2018* | *Signature Card, Statements, Checks, Deposit with Offsets, Wires, and Cashiers Checks.* |
| 270143512 | *Michael Avenatti ESQ* | *05/11/2017 (Opened)-12/12/2018* | *Signature Card, Statements, Checks, Wires, and Cashier's Checks* |
| 270144705 | *Michael Avenatti ESQ* | *09/15/2017 (Opened)-12/12/2018* | *Signature Card, Statements, Checks and Cashier's Checks* |
| 270145566 | *Michael Avenatti ESQ* | *12/28/2017-12/12/2018* | *Signature Card, Statements, Checks, Wires and Cashier's Checks* |

6. *CNB may not have fully redacted personal information on the records being produced. For example, if copies of checks have been produced, account numbers reflected on checks (whether on the face or reverse of the check) have not been redacted. Statute(s) or local court rule(s) may require full or partial redaction of information contained in the produced records before filing with the Court. Please ensure compliance.*

7. *CNB objects to the Subpoena to the extent it seeks confidential information or information protected by any applicable privilege, including without limitation the attorney-client privilege or the attorney work product doctrine, and any and all other rights and privileges which protect such information from disclosure. To the extent any Request seeks documents falling within any of these or related categories, CNB will not produce any such documents. To the extent any document subject to such a privilege is inadvertently produced, such production shall not be considered a waiver of said privilege and CNB expressly reserve the right to assert said privilege.*

8. *To the extent included within the request, CNB has not produced documents routinely delivered to an identified defined party at opening and periodically thereafter such as the Account Agreement and Disclosures, Fee Schedules, Privacy Notice, etc., and further has not produced general mailings such as product offerings (for example, an invitation to purchase debit cards during holiday seasons) or notices related to a particular product such as changes in rates and/or terms. If particular documents within these categories are desired, please contact the undersigned.*

9. *To the extent included within the request, CNB has not produced general customer e-mails received by an identified defined party and others. For example, a general product solicitation or invitation to a business forum or summary of clients using a particular product sent to or identifying tens, hundreds or thousands of customers with a single line identifying an identified defined party as a recipient of the e-mail or a party using the product will not be produced.*

10. *CNB's systems do not permit the automated, automatic inclusion of e-mail attachments when producing e-mails and so e-mail attachments have not been produced with requested e-mails except as otherwise described in 5 above. To the extent attachments are within the scope of a production and desired, please contact the undersigned to discuss production. Additionally, CNB's e-mail retrieval system only has e-mails on CNB's computer systems as of June 1, 2008, regardless of when a particular e-mail was sent or received. (All e-mails on the system as of June 1, 2008, regardless of the sent/received date are available; anything deleted from the system before June 1, 2008 is not available. For example, an e-mail sent or received on January 1, 2002 and not deleted by all CNB employees who sent or received the e-mail prior to June 1, 2008 is available and will be produced if within the date parameters identified in the subpoena but an e-mail sent May 30, 2008 and deleted May 31, 2008 cannot be retrieved and so cannot be produced, regardless of whether it is within the date parameters identified in the subpoena.)*

11. *To the extent included within the request, CNB has not searched for documents other than those identified as produced in paragraph 5 above or identified as unable to furnish in paragraph 13 below. If you wish to discuss the absence of particular documents or*

Exhibit 397
Page 3 of 4

USAO_00042593

*production of additional documents, or contend additional documents are within the scope of your request, please contact the undersigned.*

12. *The bank records, true copies of which are furnished herewith, were prepared by or received by the personnel of **City National Bank** in the ordinary course of business, at or near the time of the applicable act, condition or event.*

13. *The records produced were copied from the original or copies maintained by City National Bank as a business record.*

14. *Following is a list of records described in the subpoena, which cannot be furnished, because the bank does not have the records so described: **City National Bank was unable to locate any records within the scope provided pertaining to Eagan Avenati LLP, Passport 420 LLC, Global Baristas LLC, Global Baristas US LLC, GB Autosport LLC, Doppio Inc, and/or Lisa Storie aka Lisa Avenatti.***

**TO: Internal Revenue Service (Criminal Investigation Division)**
**ATTN: SA Remoun Karlous**
**ADDRESS: 24000 Avila Rd M/S #2395**
**Laguna Niguel CA 92677**

*Executed at Los Angeles, California, this 2nd day of January, 2019.*

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and, if called, I would so testify.*

**Jennifer Martinez**
**Assistant Vice President**

Exhibit 397
Page 4 of 4

(Page 1 of 4)





**BUSINESS ACCOUNT AGREEMENT**

## GENERAL ACCOUNT INFORMATION
Account Holder(s) ("Client")/dba:   MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT  — *IOLTA*

Type of Account:  CA IOLTA State Bar Acct              Account Number:   270143512
Mailing Address:  520 NEWPORT CENTER DR SUITE 1400 NEWPORT , CA 92660
Telephone:  Information on File                          E-Mail/Fax: Information on File

## REPRESENTATION FOR INTEREST BEARING ACCOUNT

By signing below, I/we represent and warrant City National Bank ("CNB") that all funds in the referenced account are held solely for the benefit of natural persons or by a non-profit organization operated primarily for religious, philanthropic, charitable, educational or other similar purpose.

## MINIMUM NUMBER OF SIGNATURES REQUIRED FOR AUTHORIZED WITHDRAWAL:  1

Signature Message Code:   NONE

---

**Taxpayer Information**

BY SIGNING THE "AGREEMENT BY CLIENT" BELOW, I/WE CERTIFY UNDER PENALTIES OF PERJURY THAT:

1. THE CORRECT TAXPAYER IDENTIFICATION NUMBER OF THE ACCOUNT HOLDER IS: 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          ; and,
2. THE TAXPAYER IDENTIFICATION NUMBER USED FOR TAX REPORTING PURPOSES IS THAT OF THE APPLICABLE STATE BAR ASSOCIATION CORRESPONDING TO THE STATE IN WHICH THE ACCOUNT IS MAINTAINED (TIN AVAILABLE UPON REQUEST); and,
3. THE ACCOUNT HOLDER IS NOT SUBJECT TO BACKUP WITHHOLDING DUE TO FAILURE TO REPORT INTEREST AND DIVIDEND INCOME; and,
4. THE ACCOUNT HOLDER IS A U.S. PERSON OR A U.S. RESIDENT ALIEN; and,
5. THE ACCOUNT HOLDER IS EXEMPT FROM FATCA REPORTING AND THE FATCA CODE (if any) ENTERED IS CORRECT

EXCEPT (Check applicable box)

☐ The Account Holder is currently subject to backup withholding and has not been notified by the Internal Revenue Service that backup withholding has been terminated.

☐ The Account Holder is a Non-Resident Alien, Foreign Citizen or Foreign Entity and is exempt from backup withholding and information reporting and an appropriate IRS Form W-8, Foreign Status Certificate has been completed.

Exemption from backup withholding payee code (if any) _____ Exemption from FATCA reporting code for accounts outside US only _____
Government Regulation may require that CNB report interest income information

---

### CERTIFICATION OF AUTHORITY

By signing the "Agreement by Client" below, each signer declares under penalty of perjury under the laws of the state where signed that the following is true and correct: (1) The signer holds the title, office, or position indicated and is authorized by the Client to make this declaration and sign the Agreement on behalf of the Client; (2) if the Client is (a) a sole proprietorship, the signer is the sole proprietor; (b) a partnership, the signer is a general partner, or a managing partner; (c) a limited liability company, the signer is the Manager or Member designated to act on behalf of the Client or the signers are all of the Managers or Member so designated; (3) The signer is authorized to enter into deposit, fund transfer, brokerage, investment and treasury management agreement and deposit service agreement(s) on behalf of Client and to designate person(s) authorized to (a) act on behalf of Client and (b) designated persons as "Authorized Signers" on any accounts of Client established hereunder; and (4) When signed below no other person's signature or authorization is required to make the Agreement by Client binding and enforceable on the Client. (5) This authorization is in addition to all other authorizations now in existence.

---

5/17/2017                       Page 1 of 4                    City National Bank
                                                              Revised 4/1/2017

00042784                                                      USAO_00042754

Exhibit 398
Page 1 of 4

(Page 2 of 4)

| Account Title : | Account Number: |
|---|---|
| MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT | 270143512 |

**AGREEMENT BY CLIENT**

On behalf of the named Client, by signing below I/we acknowledge receipt of the Account Agreement and Disclosures and applicable disclosures and fee schedule(s) containing the terms, conditions and fees governing the account(s), products and services designated above and any accounts designated under "Additional Accounts" below and any products and services later contracted for, as amended by disclosures and fee schedule(s) provided at the time of contracting. I/We agree that these terms, conditions and fees govern each account established with City National Bank ("CNB") or City National Securities, Inc. ("CNS") and each service now or later contracted for, as amended by later disclosures. I/We agree that CNB or CNS may provide additional terms, conditions and fees from time to time, depending upon the products and services selected by me/us and that CNB or CNS may amend or change these terms, conditions and fees from time to time on any required notice. If any terms, conditions, fees and any changes thereto are not acceptable to me/us, I/we will close the account(s) or discontinue the service. Where applicable, my/our continued use of the products and/or services after receipt of the terms, conditions, fees and amendments constitute my/our acceptance of such terms, conditions, fees and amendments thereto. I/We agree that the Authorized Signer(s) may withdraw funds and initiate and confirm payment orders pursuant to the security procedure selected respecting the account(s) and each Authorized Signer may establish additional accounts with CNB or CNS in the same name(s) and subject to the same signing authority stated above, contract for additional services for the account(s), and otherwise give instruction to CNB or CNS. If I/We indicated we would like information about the products and services of CNS, you are authorized to share information about me/us between CNB and CNS.

**FURTHER AGREEMENT FOR TREASURY MANAGEMENT**

Capitalized terms used in this Authorization and Agreement, not otherwise defined, have the meanings given to them in the City National Bank Treasury Management Services Disclosure and Agreement (the "Agreement").

By signing below, the undersigned, on behalf of the Business Organization named below (the "Client"), acknowledges receipt of the Agreement and agrees to adhere to the terms and conditions contained in the Agreement, any applicable User Documentation, setup forms, related documents, and any other disclosures provided to the Client with regard to the provision of one or more City National Bank Treasury Management Services.

**The Agreement supersedes other treasury management service agreements between the Client and CNB.  For certain Treasury Management Services, the Agreement authorizes on page 5 the Client's System Administrator to assign passwords, user names, and Personal Identification Numbers to persons that will enable the persons to conduct transactions on deposit accounts set up on the Treasury Management Service, notwithstanding the signing authority identified in the deposit agreement. The System Administrator may also designate one or more other persons to perform these same functions the System Administrator is authorized to perform (each such person being called a "User Administrator").  THE AGREEMENT ALSO PROVIDES FOR BINDING ARBITRATION OF DISPUTES.**

The Client may from time to time request CNB to provide one or more of the Services described in the Agreement.  Subject to CNB's approval, the Client may begin to use any Service requested once CNB has received all required forms properly completed and the Client has successfully fulfilled any applicable user requirements, including but not limited to testing and training.

Further, the undersigned represents and warrants that the Client has taken all actions required to authorize the undersigned on behalf of the Client to execute and deliver this Authorization and Agreement and any other documents CNB may require with respect to a Service and that, when signed by the undersigned, this Authorization and Agreement is the valid and binding act of the Client.

I/We certify to CNB and CNS that all the information on this Agreement is true and correct. I/We authorize CNB to obtain a ChexSystem or other similar report on Client and to report information. I/We authorize CNB to obtain a ChexSystem or other similar consumer report on each of us signing below and to report information. If I ask, CNB will tell me whether a consumer report was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back up withholding.

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature:

Name/Title:  MICHAEL J AVENATTI / Attorney-Primary

Date:  5/17/17          Place of Signing:  NEWPORT BEACH, CA
                                            (City and State)

AUTHORIZED SIGNERS (SIGN IN BLACK INK ONLY AND SIGN IN BOX BELOW)

Name:   MICHAEL J AVENATTI

Title:    Attorney-Primary

Restriction/Alias Name/Facsimile:

---

5/17/2017                          Page 2 of 4                    City National Bank
                                                                 Revised 4/1/2017

USAO_00042755

00042784

Exhibit 398
Page 2 of 4

(Page 3 of 4)

Account Title :
MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT

Account Number:
270143512

Name:   JUDY K REGNIER

Title:   Authorized Signer

X _____
Sign here

Restriction/Alias Name/Facsimile:

5/17/2017                    Page 3 of 4                    City National Bank
                                                            Revised 4/1/2017

USAO_00042756

00042784

Exhibit 398
Page 3 of 4

(Page 4 of 4)

Account Title :                                                    Account Number:
MICHAEL J. AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT            270143512

## BANK USE ONLY

| Today's Date / Time | Opened By | Opening Deposit $0.00 |
|---|---|---|
| 5/17/2017 11:39 AM | Ceci Licea | |
| Supersedes Card Dated | Superseded By | |
| Officer(s): 95?, ..03 | | Is the entity doing business in the state the account is opened? **Yes** |
| Original Opening Date | Reviewed By | |
| Date Closed | Reason Closed | Type of Business/NAICS Code |

ADDITIONAL ACCOUNTS
Client authorizes the following additional accounts:

| ACCOUNT INFORMATION | | OPENED | | REVIEWED BY | DATE CLOSED | CLOSING REASON |
|---|---|---|---|---|---|---|
| TYPE | ACCOUNT NO. | DATE | BY | | | |
| **081** | **270144705** | **9/15/17** | **K.Ortiz** | | | |
| 081 | 270145566 | 12/28/17 | RF | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

5/17/2017                         Page 4 of 4                        City National Bank
                                                                     Revised 4/1/2017

USAO_00042757

00042784

Exhibit 398
Page 4 of 4

## AFFIDAVIT OF JOHN ALAN KEMP

I, John Alan Kemp, personally appeared before the undersigned notary public, and under oath make the following statements:

1.      I reside at ██████████████████████████████

2.      I have over 30 years of experience in the construction industry.

3.      I am employed by Oldcastle Building Products, Inc. in Atlanta, Georgia. Oldcastle Building Products, Inc. has numerous affiliates (with Oldcastle Building Products, Inc. and such affiliates being collectively referenced hereinafter as "Oldcastle") that operate in three main business sectors: Materials (concrete, aggregates, asphalt); Distribution (siding, roofing, drywall, ceiling tile, waterproofing); and Products (masonry, hardscapes, precast, glass, aluminum glazing systems and modular systems). Oldcastle is the largest manufacturer of building products in North America.

4.      I currently hold the position of President – Building Solutions at Oldcastle Building Products, Inc.

5.      I have been employed by Oldcastle since March 2001. My initial position within Oldcastle was VP-Marketing for Oldcastle Architectural, Inc. In March 2006, I was promoted to Senior VP for Oldcastle Architectural, Inc.

6.      In January 2008, I became the first Chief Marketing Officer for Oldcastle Building Products, Inc.

7.      In February 2012, I became Executive VP – Business Development for Oldcastle, Inc. I held that position until I became President -- Building Solutions in July 2014.

8.      From December 1985 until I joined the Oldcastle organization in March 2001, I was employed by Master Builders (and then BASF, which acquired Master Builders). My responsibilities included marketing and managing accounts for Master Builders' (then BASF's) concrete products.

9.      I have a Bachelor of Arts in Business Administration and Geology from Monmouth College, which I received in 1982. I attended the Master's, Petroleum Geology program at the University of Missouri-Columbia from 1983-1984. I have a Masters of Business Administration in Marketing from the University of Phoenix, which I received in 1994.

10.     In my professional career, particularly at Oldcastle, I have had extensive experience with hardscape products, including pavers. For example, as VP-Marketing for Oldcastle Architectural, Inc., I was the creative lead and led the Belgard® hardscapes brand, which includes pavers in addition to retaining walls, outdoor fireplaces and kitchens and curbing and edging.

11.     I am a named inventor on U.S. Patent No. 6,811,860, "Hardscape Surface Sheet and Method of Representing a Hardscape Surface," which I assigned to Oldcastle Architectural, Inc.

12.     Within approximately two months prior to May 13, 2009 (to the best of my recollection), I received a telephone call from Greg Barela. I knew that he was a customer of Belgard® hardscape products in California. Mr. Barela told me that he was in the Atlanta area to meet with companies that manufacture synthetic turf, and he asked whether I was willing to meet with him to discuss synthetic turf products and specifically whether Oldcastle was interested in selling them. I agreed to meet with Mr. Barela.

13.     Within the same approximate time frame, I met Mr. Barela at a Taco Mac restaurant in Sandy Springs, Georgia. Mr. Barela had some synthetic turf samples, including a sample on a key chain. Mr. Barela also had a sample Brock turf underlayment panel. It was a white and made up of glued beads. Mr. Barela discussed his synthetic turf system, which used a panel like the Brock panel he had with him, under the synthetic turf. Mr. Barela proposed that Oldcastle would work with his company, Eco Alliance, to sell the synthetic turf system.

14.     During my meeting with Mr. Barela, I asked him whether the Brock turf underlayment panel could be put under pavers as a paver base (underlayment). Since 2001, I had been exploring the idea of using various materials as paver substructures to replace, or lessen the need for, the more conventional sand and gravel base, which is subject to shift beneath the pavers over time leading to an uneven (*i.e.*, bumpy and unsightly) paver surface. Mr. Barela responded that he did not know if the Brock turf underlayment panel could be used as a paver base, and that he had never considered or tried putting a panel under pavers. That was the only discussion about pavers during my meeting with Mr. Barela on that day at the Taco Mac in Sandy Springs.

15.     On May 13, 2009, Mr. Barela contacted me to ask if Oldcastle was interested in the synthetic turf system that he discussed during our meeting in Atlanta (Sandy Springs Taco Mac). Mr. Barela also asked if I was willing to be on the Advisory Board of Eco Alliance. I informed Mr. Barela that Oldcastle was not interested in his synthetic turf system, and I declined the offer to be on the Advisory Board of Eco Alliance.

2

KEMP00000002

16.     Sometime between May 13, 2009 and July 24, 2009, Mr. Barela contacted me to suggest that I meet Dan Sawyer of Brock to discuss my idea of using a Brock turf underlayment panel as a paver base. I agreed, and Mr. Barela arranged a meeting with Mr. Sawyer at Eco Alliance's office in California.

17.     I met with Mr. Barela and Mr. Sawyer at Eco Alliance on July 24, 2009. Richard Runkles also attended the meeting for Brock. Mr. Barela showed us a sample Brock turf underlayment panel of the type he had with him at our meeting in Sandy Springs (Taco Mac), under Belgard® pavers. This was the idea that I had suggested to Mr. Barela during the Sandy Springs (Taco Mac) meeting.

18.     During the meeting at Eco Alliance, I asked Mr. Sawyer to give Oldcastle a right of first refusal for a Brock paver base product for both commercial & residential applications, and Mr. Sawyer agreed. This made sense because the overall system consisted of a Brock product (the panel) under Oldcastle Belgard® products (the pavers).

19.     On December 16, 2009, Mr. Sawyer and Mr. Runkles visited Oldcastle to pitch the Brock paver base product to Peter Kiley, who was the Senior VP for Oldcastle Architectural, Inc. I also attended the meeting. Ultimately, Oldcastle decided to pass on the product.

20.     On April 25 & 26, 2012, I attended the BIM Forum in San Antonio, Texas. During the BIMForum, which was sponsored by the Association of General Contractors, I got a call from Mr. Barela. During the call, Mr. Barela told me that Brock had removed him as an inventor on a patent application for the paver base panel, and that he planned to sue Brock. I responded that I didn't know anything about the patent application, and I suggested that Mr. Barela contact Dan Sawyer. Mr. Barela indicated that he planned to follow my suggestion.

21.     Before his call to me during the BIMForum in San Antonio, Mr. Barela had never said or suggested to me that he had supposedly invented or contributed to the design of a paver base panel, or any features of a paver base panel. Mr. Barela had repeatedly acknowledged that the paver base panel was a Brock product that he wanted to distribute and sell.

22.     To the extent Mr. Barela contends that the idea of using panels under pavers for a paver base was his, Mr. Barela is mistaken. I came up with that idea, which I then described to Mr. Barela during our meeting in Sandy Springs at Taco Mac. Mr. Barela acknowledged that the idea was not his by saying that he had not considered or tried putting panels under pavers prior to this meeting.

KEMP00000003

23. Until my meeting with Mr. Barela, Mr. Sawyer and Mr. Runkles at Eco Alliance on July 24, 2009 (where I was shown the sample Brock turf underlayment panel under Belgard ® pavers), the only panel that Mr. Barela ever showed me was the Brock turf underlayment panel that he had at our meeting in Atlanta (Sandy Springs Taco Mac). After the July 24, 2009 meeting, the only panels that Mr. Barela ever showed me were the paver underlayment panels shown in the photographs and drawings attached to several August 2009 emails from Mr. Barela to me and in photographs of a trial installation at a Pavestone facility sometime thereafter.

24. The first I heard of drainage channels and drainage holes in a paver base panel was during a visit with Mr. Sawyer in Colorado, when Mr. Sawyer showed me a patio that he had installed at his home. The patio was made up of pavers, and Mr. Sawyer explained that he had put Brock molded bead turf underlayment panels with drainage channels and drainage holes underneath the pavers to provide a base with water drainage.

25. At no time did Mr. Barela and I ever discuss any confidentiality obligations with respect to any of the materials, photographs, drawings or other information he disclosed to me, much less reach any understanding or agreement with respect to the use, handling or non-disclosure of any such information.

Date: 7/26/16

John Kemp

State of Georgia

County of _____

Signed and sworn before me on _____

by _____ ,

who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public State of Georgia

My commission expires: _____

MARTHA BURKE
Notary Public, Cobb Co., Georgia
My Commission Expires 10-9-2019

4

| | |
|---|---|
| **From:** | Dan Sawyer █████████████████████ |
| **Sent:** | Wednesday, July 1, 2009 6:39 PM |
| **To:** | greg███████████████████████ |
| **Subject:** | Re: Let's talk tomorrow |

I'll call you at 9 your time.

Sent from my iPhone. Sorry for any typos. Have a great day.

On Jul 1, 2009, at 5:54 PM, greg ███████████████████

> Sorry that I did not get back to you. I just got out of meeting.
> What time do you want to talk?
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Dan Sawyer <dsawyer███████████████████
>
> Date: Wed, 1 Jul 2009 16:46:59
> To: ████████████████████
> Subject: Let's talk tomorrow
>
>
> Hi Greg,
> We are closed on Friday for the holiday. Can we talk tomorrow?
>
>
>
> Dan Sawyer
> CEO
>
> ███████████████████
> ███████████████████
> ███████████████████
> www.brock-international.com
>
>
>
>
>

| | |
|---|---|
| **From:** | Dan Sawyer <dsawyer██████████████████ |
| **Sent:** | Monday, July 6, 2009 4:54 PM |
| **To:** | Greg Barela ████████████████ |
| **Subject:** | Re: Pricing for landscape Brock |
| **Attach:** | Mutual NDA Template July 2009.doc; ATT00158.txt; image001.jpg; ATT00161.txt |

hi Greg,
here is a mutual NDA to get started. As far as a larger more complex
agreement, Please send over your distribution agreement and we can get
started.
Thanks
p.s. I never did get to call Steve today. Sorry. .

| | |
|---|---|
| **From:** | Greg Barela <greg█████████████████ |
| **Sent:** | Monday, July 13, 2009 12:46 PM |
| **To:** | 'Bob Delozier' █████████████████ |
| **Subject:** | FW: Brock materials |

FYI

Best,
Greg Barela


ecoalliance

www.ecowaterlessgrass.com

-----Original Message-----
From: Julie M Bothwell [mailto:JulieM@████████████████
Sent: Monday, July 13, 2009 12:40 PM
To: greg@███████████████████
Cc: Jon Borenstein
Subject: Re: Brock materials

K thx

----- Original Message -----
From: Greg Barela <greg██████████████████
To: Julie M Bothwell
Cc: Jon Borenstein
Sent: Mon Jul 13 12:32:23 2009
Subject: Brock materials

Hi Julie,


Could you please have your credit department fill out and send to my email. I will get the account set up with Brock and it is easier if I explain the relationship with the CEO directly. We need to get one truck in ASAP and get the ball rolling. Thanks for your help!


Best,

Greg Barela


ecoalliance

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action.  I have caused, on October 11, 2021, service of the:

DEFENDANT'S STATUS REPORT IN ADVANCE OF THE OCTOBER 12, 2021
STATUS CONFERENCE

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2021

/s/ H. Dean Steward
H. Dean Steward

5