Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AND FINDING OF CONTEMPT; AND MOTION TO COMPEL DISCOVERY |

On October 11, 2021, Defendant Michael John Avenatti filed a Motion for an Order to Show Cause Re Civil Contempt and Finding of Contempt as to why the government should not be held in civil contempt for their failure to comply with the Court's January 25, 2021 Order ("the Order"); and, Motion to Compel Discovery. In the motion, Mr. Avenatti presented evidence that the government has violated the Order.

Having considered the motion, the opposition, and the reply, for good cause shown, Mr. Avenatti's motion for an order to show cause is hereby GRANTED.

On _____ at _____ a.m./p.m., the government shall appear before this Court to show cause why an order of civil contempt should not be issued.

IT IS FURTHER ORDERED that the government provide the information requested by the defendant within the Motion and all other required discovery within 72 hours of this Order. Also within 72 hours of this Order, each member of the prosecution and investigative teams shall also file a declaration without seal, under penalty of perjury, stating that all information and materials required to be produced under this Court's Order [Dkt. 408], *Brady*, *Giglio*, the Jencks Act, *Bundy*, *Price*, *Olsen*, and/or Rule 16 have been produced to the defendant.

It is so Ordered.

Dated: October _____, 2021

_____
Hon. James V. Selna
U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 11, 2021 service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN ORDER TO SHOW CAUSE RE CIVIL CONTEMPT AND FINDING OF CONTEMPT; AND MOTION TO COMPEL DISCOVERY

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2021

/s/ H. Dean Steward
H. Dean Steward

3