1  Michael John Avenatti (Pro Se)

2  H. Dean Steward, SBN 85317
3  17 Corporate Plaza, Suite 254
   Newport Beach, California 92660
4  Tel (949) 481-4900
   Fax (949) 706-9994
5  Email: DeanSteward7777@gmail.com

6  Advisory Counsel for Defendant
7  MICHAEL JOHN AVENATTI

8

9              UNITED STATES DISTRICT COURT
10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
12  UNITED STATES OF AMERICA,        SA CR No. 19-061-JVS
13         Plaintiff,                DEFENDANT'S NOTICE OF APPEAL
                                     TO THE UNITED STATES COURT OF
14     v.                            APPEALS FOR THE NINTH CIRCUIT
15  MICHAEL JOHN AVENATTI,
16         Defendant.
17

18

19

20      PLEASE TAKE NOTICE that Defendant MICHAEL JOHN AVENATTI ("Mr.
21  Avenatti"), by and through his advisory counsel of record, H. Dean Steward, and
22  pursuant to the collateral order doctrine and the Supreme Court's decision in *Abney v.*
23  *United States*, 431 U.S. 651, 662 (1977) and its progeny, hereby appeals to the United
24  States Court of Appeals for the Ninth Circuit from this Court's October 4, 2021 Order
25  [Dkt. 838] denying Defendant's Motion to Dismiss Due to Double Jeopardy,
26  Prosecutorial Misconduct, Contempt of this Court's January 25, 2021 Order [Dkt. 408],
27  and Violations of Defendant's Right to Due Process [Dkt. 822].  *See also United States*
28  *v. Alvakez-Moreno*, 657 F.3d 896, 899 (9th Cir. 2011) (citing *Midland Asphalt Corp. v.*

*United States*, 489 U.S. 794 (1989) and *Abney* while finding that denials of a motion to dismiss on double jeopardy grounds have "long been considered immediately appealable"); *Dominguez v. Kernan*, 906 F.3d 1127, 1132-33, n. 7 (9th Cir. 2018):

> As the Supreme Court has long recognized, "the Double Jeopardy Clause protects an individual against more than being subjected to double punishments. It is a guarantee against being twice put to trial for the same offense." *Abney v. United States*, 431 U.S. 651, 660-61, 97 S. Ct. 2034, 52 L. Ed. 2d 651 (1977). If this right is not vindicated *before trial*, a vitally important aspect of the guarantee is forever lost. As the Court explained in *Abney*, because it "focus[es] on the 'risk' of conviction, the guarantee against double jeopardy assures an individual that, among other things, he will not be forced . . . to endure the personal strain, public embarrassment, and expense of a criminal trial more than once for the same offense." *Id.* at 661. "Obviously, these aspects of the guarantee's protections would be lost if the accused were forced to 'run the gauntlet' a second time before [the prosecution could be challenged]; even if the accused is acquitted, or, if convicted, has his conviction ultimately reversed on double jeopardy grounds, he has still been forced to endure a trial that the Double Jeopardy Clause was designed to prohibit." *Id.* at 662. (emphasis in original).

Dated: October 12, 2021

Respectfully submitted,

_____

Defendant
MICHAEL JOHN AVENATTI

2

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 12, 2021, service of the:

DEFENDANT'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

on the following party, using the Court's ECF system and via hand delivery.

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2021

/s/ H. Dean Steward
H. Dean Steward