TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:     Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | No. SA CR 19-061-JVS <br><br> [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER (1) REQUIRING SOFTWARE TECHNOLOGY, LLC TO FACILITATE THE GOVERNMENT'S RESTORATION OF TABS SOFTWARE FILES SEIZED FROM THE EAGAN AVENATTI LLP SERVERS, AND (2) EXTENDING DEADLINE FOR GOVERNMENT TO FILE REPORT ON TABS DATA |

The Court has reviewed the government's ex parte application for an order (1) requiring Software Technology, LLC to facilitate the government's restoration of Tabs software files seized from the Eagan Avenatti LLP servers, and (2) extending the deadline for the government to file a report on the Tabs data. For the reasons set

forth in the government's application, the government's application is GRANTED.

Software Technology, LLC is hereby ORDERED to provide reasonable assistance to the government in restoring the software files related to the Tabs3 program that the government obtained from the servers of Eagan Avenatti LLP and to otherwise reasonably facilitate the government's review of these files.

The government's deadline to file a report describing the Tabs data it has received since August 2021 is hereby extended to October 15, 2021, at 2:00 PM.

IT IS SO ORDERED.

_____         _____
DATE                                    HONORABLE JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys