Name & Address:
Michael John Avenatti (pro se)
H. Dean Steward, advisory counsel (SBN 85317)
17 Corporate Plaza Suite 254
Newport Beach, California 92660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Defendant's In Camera Submission Regarding Tabs and QuickBooks data from the EA, LLP Servers

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated:   Oral Order - 10/12/21
[ ] Other:

10/14/21                                    H. Dean Steward (advisory counsel)
Date                                        Attorney Name
                                            Michael J. Avenatti (pro se)
                                            Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**