TRACY L. WILKISON
Acting United States Attorney
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Assistant United States Attorney
      1000 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-4591
      Facsimile: (213) 894-8601
      E-mail:   Patrick.Fitzgerald@usdoj.gov

Privilege Review Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | USAO PRIVILEGE REVIEW TEAM'S STATUS REPORT RE PRODUCTION OF QUICKBOOKS AND TABS FILES |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

     The Acting United States Attorney for the Central District of California and Assistant United States Attorney Patrick R. Fitzgerald hereby file this status report as directed by the Court at the October 12, 2021 hearing.  The Court directed the Privilege Review Team and the Prosecution Team to produce to the Court the QuickBooks and Tabs files from the Egan Avenatti servers that the government produced to the defense after the August 24, 2021 hearing.  The Privilege Review Team believes that the defense received all the QuickBooks files on the EA servers no later than August 23, 2021; thus, no additional files were produced after August 24, 2021.  For the Tabs files, the defense received many Tabs files on August 23,

2021 and all Tabs files on September 16, 2021.  The Prosecution Team is working to determine which Tabs documents were not produced on August 23, 2021, but this determination requires assistance from the vendor as described in the government's Ex Parte Application (CR 855).

Dated: October 14, 2021          Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney


                                  /s/ *Patrick R. Fitzgerald*
                                 PATRICK R. FITZGERALD
                                 Assistant United States Attorney

                                 Privilege Review Attorney
                                 UNITED STATES OF AMERICA

**STATUS REPORT**

**A.    Dates of Production**

The following are the dates of production of QuickBooks and Tabs files to the defense since the August 20, 2021 hearing.  It does not include the production of Tabs or QuickBooks files from the Prosecution Team to the defense as part of the pre-trial discovery or any production by the Privilege Review team to the defense in October 2019.

August 23, 2021.  The Prosecution Team delivered to the defense QuickBooks and Tabs files that Department of Justice Digital Investigative Analyst Joseph Varani identified on the EA servers.  Mr. Varani's search for QuickBooks and Tabs files was part of the effort by the Prosecution Review Team and the defense to identify financial documents on the EA servers.  This joint effort was pursuant to the Court's Order at the August 20, 2021 hearing.

Also on August 23, 2021, the defense reviewed a "virtual" EA system that IRS-CI Special Agent and Computer Investigative Specialist Nshan Tashchyan had set up on a laptop.  The defense took screenshots of the virtual server and copies of selected Tabs files.

August 24, 2021.  The Prosecution Team produced to the defense additional Tabs files related to the victim clients in the case.  The Prosecution Team obtained these files when a case agent reviewed the virtual system under the supervision of the Privilege Review Team.  Some of these Tabs files were submitted to the Court at the August 24, 2021 hearing.

September 16, 2021.  The Privilege Review team produced to the defense a hard drive that contained a forensic copy of all the files

3

on the EA servers.  The defense therefore had a copy of all EA QuickBooks and Tabs files as of this date.

September 20, 2021.  The Privilege Review Team produced to the defense the results of a "manual" search that SA Tashchyan conducted on the EA servers for QuickBooks and Tabs files.  SA Tashchyan believes he found all the QuickBooks and Tabs files on the EA servers.  The defense can, and doubtless has, conducted its own searches of the forensic copy it received to determine if additional QuickBooks or Tabs files exist.

### B. QuickBooks Files

The Privilege Review team believes that the defense received all the EA QuickBooks files on August 23, 2021.  SA Tashchyan compared the production of QuickBooks files on August 23, 2021 with the results of the manual search he produced to the defense on September 20, 2021.  Based on this comparison, SA Tashchyan believes that he found the same files in his search that Mr. Varani found in August.

### C. Tabs Files

Unlike the QuickBooks files, the Privilege Review Team believes that there are at least a few Tabs files on the EA servers that were not found in Mr. Varani's initial search in August.  The Privilege Review Team does not know if any Tabs documents for the victim clients in this case were not included in Mr. Varani's August search. But it is possible that the defense did not receive all the victim-witness Tabs files until September 16, 2021.  The best method to determine which files, if any, were not produced by August 24, 2021 would be to compare the Tabs Files found in SA Tashchyan's manual

4

search with those produced by the Prosecution Review team on August 23, 2021 and the Prosecution Team on August 24, 2021.

As the Prosecution Team explains in its Ex Parte Application (CR 855), this comparison requires the assistance of the vendor.