Name & Address:
H. Dean Steward SBN 85317, Advisory Counsel
17 Corporate Plaza Drive, Suite 254
Newport Beach, California 92660
deansteward7777@gmail.com
Advisory Counsel for Michael John Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| Michael John Avenatti | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  (**List Documents**)

Declaration of Michael Avenatti with exhibit.

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated:  August 27, 2020
[ ] Other:

October 26, 2021                                    H. Dean Steward (advisory counsel)
_____                                     _____
Date                                                Attorney Name
                                                    Michael John Avenatti
                                                    _____
                                                    Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING