| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 25 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>MICHAEL JOHN AVENATTI, AKA Michael J. Avenatti,<br><br>        Defendant-Appellant. | No.   21-50225<br><br>D.C. No. 8:19-cr-00061-JVS-1<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before:  McKEOWN, W. FLETCHER, and BYBEE, Circuit Judges.

Appellee's motion to dismiss this appeal (Docket Entry No. 4) is denied without prejudice to renewal in appellee's answering brief.

Appellant's motion to defer consideration of appellee's motion to dismiss or for an extension of time to respond to the motion (Docket Entry No. 10) is denied as moot.

Appellant's motion to expedite the briefing schedule is granted. Appellant's opening brief and excerpts of record are due November 30, 2021; appellee's answering brief is due December 30, 2021; and the optional reply brief is due within 21 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

This appeal will be placed on the next argument calendar after the completion of briefing. *See* 9th Cir. Gen. Order 3.3(g).