TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2435
     Facsimile: (213) 894-6269
     Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR SOFTWARE TECHNOLOGY, LLC TO PROVIDE TECHNICAL ASSISTANCE TO RESTORE TABS DATA |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

The Court has read and considered the *Ex Parte* Application for an Order for Software Technology, LLC to provide technical assistance to restore Tabs data, filed by the government in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  Software Technology, LLC, can provide technical assistance to the Prosecution Team[1] and defendant, including advising on how to restore and/or convert Tabs3 data using previous versions of the software to the current version of Tabs3 software and, if any data is corrupt, providing specialist support to work on the data directly for the purpose of restoring the data and converting it to the current version of Tabs3 software, as it relates to any Tabs data concerning Geoffrey Johnson, Alexis Gardner, Gregory Barela, Michelle Phan, and Long Tran obtained from forensic copies of the Eagan Avenatti LLC servers.

2.  Software Technology, LLC, can provide technical assistance to the Privilege Review Team[2] and defendant, including advising on how to restore and/or convert Tabs3 data using previous versions of the software to the current version of Tabs3 software and, if any data is corrupt, providing specialist support to work on the data directly for the purpose of restoring the data and converting it to the current version of Tabs3 software, as it relates to any Tabs data obtained from forensic copies of the Eagan Avenatti LLC servers.

IT IS SO ORDERED.

DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] The Prosecution Team includes Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman and Special Agents Remoun Karlous, James Kim, and Ryan Roberson.
[2] The Privilege Review Team includes Assistant United States Attorney Patrick Fitzgerald and Special Agent Nshan Tashchyan.

Presented by:

    /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys