Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Software Technology, LLC is permitted to provide technical assistance for the purpose of extracting and producing to the defense and the government the Tabs3 data taken from the forensic copy of the Eagan Avenatti, LLP servers that relates solely to Geoffrey Johnson, Alexis Gardner, Gregory Barela, Michelle Phan, and/or Long Tran. Such assistance shall be transparent to both the defense and the government and shall be provided equally to both parties. No process shall be utilized that provides the government with any access to any data for any other clients other than the five identified above absent further order of the Court.

**So ordered.**

Dated: October ___, 2021

_____
Hon. James V. Selna
U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 28, 2021 service of the:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2021

/s/ H. Dean Steward
H. Dean Steward