1 | Michael John Avenatti (Pro Se)
2 |
3 | H. Dean Steward, SBN 85317
  | 17 Corporate Plaza, Suite 254
4 | Newport Beach, California 92660
  | Tel (949) 481-4900
5 | Fax (949) 706-9994
  | Email: DeanSteward7777@gmail.com
6 |
7 | Advisory Counsel for Defendant
  | MICHAEL JOHN AVENATTI

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | DEFENDANT'S NOTICE OF FILING OF GENERAL ORDER 21-02, ISSUED MARCH 8, 2021 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files his Notice of Filing of General Order 21-02, Issued March 8, 2021. Attached as Exhibit A is a true and correct copy of the Order, which was issued by the Honorable Philip S. Gutierrez, Chief Judge of the United States District Court for the Central District of California.

Dated:  November 2, 2021

Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

# EXHIBIT A

FILED
CLERK, U.S. DISTRICT COURT

March 8, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>FEDERAL RULE OF CRIMINAL PROCEDURE 5(F) AND THE DUE PROCESS PROTECTIONS ACT | ) ) ) ) ) ) ) ) ) ) ) <br><br>GENERAL ORDER NO. 21-02 |

Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States District Court for the Central District of California issues the following order:

In all criminal proceedings, the prosecutor is ordered to comply with the disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and is reminded of the possible consequences of not doing so, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt, referral to a disciplinary authority, and sanctions.

The judge presiding at the first scheduled court date when both prosecutor and defense counsel are present shall inform the prosecution and defense of the substance

of this Order and an acknowledgment of compliance with this requirement shall be reflected in the docket in each case.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Date of Approval by the Court:     March 8, 2021

Date of Filing by the Clerk:     March 8, 2021

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on November 2, 2021, service of the:

DEFENDANT'S NOTICE OF FILING OF GENERAL ORDER 21-02, ISSUED MARCH 8, 2021

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2021

/s/ H. Dean Steward
H. Dean Steward