Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | SA CR No. 19-061-JVS <br><br> DEFENDANT'S FURTHER STATUS REPORT REGARDING THE TABS DATA |

    As defendant foreshadowed in his filing over the weekend (Dkt. 882, p. 6, ¶ 13), the Privilege Review Team and defendant reached an agreement earlier today on a protocol that allows for the production of the data for the five clients to both sides, addresses the valid confidentiality concerns of the defense, is in compliance with the Court's November 1, 2021 Order, and is expected to provide Software Technology, LLC (the makers of Tabs3) with the assurances it requires before it provides the requested technical assistance.

    The PRT and the defendant plan to memorialize their agreement in a stipulation in short order and provide it to Software Technology for their approval, which is expected.

Dated: November 17, 2021          Respectfully submitted,

/s/ Michael J. Avenatti

Defendant
MICHAEL JOHN AVENATTI

2

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on November 17, 2021, service of the:

DEFENDANT'S FURTHER STATUS REPORT REGARDING THE TABS DATA

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2021

/s/ H. Dean Steward
H. Dean Steward

3