Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. A status conference regarding defendant's conditions of release and his need to prepare for, and attend trial in New York is set for _____ at _____.

**So ordered.**

Dated: December ___, 2021

_____

Hon. James V. Selna

U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on December 8, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2021

<u>/s/ H. Dean Steward</u>
H. Dean Steward