# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | December 10, 2021 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | NOT | | X | Dean Steward, Advisory Counsel | NOT | | X |

**Proceedings:** [IN CHAMBERS] ORDER SETTING BRIEFING AND HEARING

With the agreement of counsel, the Court sets the following deadlines and hearing:

On December 13, 2021, Counsel shall hold a teleconference to confer re bail conditions.

By noon on Wednesday, December 15, 2021, counsel shall file a joint report and if necessary defendant shall file a brief as to what specific modifications of bail the defendant seeks.

The Court sets a hearing for December 16, 2021 at 10:00 a.m.

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |