TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    Facsimile: (213) 894-6269
    Email:    Alex.Wyman@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENT TO DEFENDANT'S PROPOSED ORDER RE MODIFICATION OF DEFENDANT'S TERMS AND CONDITIONS OF TEMPORARY RELEASE (CR 892) |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Alexander C.K. Wyman, hereby submits the following supplement to

defendant's proposed order re modification of defendant's terms and conditions of temporary release (CR 892).

After a hearing on the matter on December 16, 2021, defendant submitted a proposed order regarding modifications to his terms and conditions of his temporary release as instructed by the Court. (CR 892.) In 1(c) of defendant's proposed order, he provides: "while in New York City, defendant shall be restricted to his hotel or residence, offices of his counsel, and the courthouse for the Southern District of New York." Based on the Court's requirements of a member of the defense teams dropping defendant off and picking him up at the respective airports, as well as this Court's prior order (CR 478), the government believes 1(c) should state: "while in New York City, defendant shall be restricted to his hotel or residence, offices of his counsel, and the courthouse for the Southern District of New York, and is permitted to travel between each of these locations provided he is accompanied by a member of the defense team."

Dated: December 16, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/
BRETT A. SAGEL
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA