UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | December 16, 2021 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Elsa Vargas for Lisa Bredahl | Sharon Seffens | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | | X | X | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:**   Status Conference re Bail Conditions

Cause is called for hearing and counsel make their appearances. Andrew Dalack, Federal Public Defender from the Southern District of New York, also present via telephone.

Defendant's motion to modify bail is DENIED.

Defendant's current terms and conditions of release are modified as follows:

1. Defendant is permitted to travel alone, direct/non-stop to Newark, JFK or LaGuardia airports. Defendant shall be escorted to security by a member of his defense team and observed going through security by that defense team member.

2. Upon arrival at his destination, defendant must be taken directly to his residence or hotel by a member of the defense team.

3. Defendant must inform his Probation Officer of his intent to travel, including his detailed flight and lodging information, at least 72 hours prior to travel. The U.S. Probation Office shall provide this information to the U.S. Marshal Service.

4. Defendant shall return to the Central District of California from New York City no later than two days following the conclusion of his upcoming trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The defendant is granted permission to be deposed in person or via Zoom. If the deposition takes place in person, the defendant must be accompanied by a member of his defense team. If the deposition takes place via Zoom, a member of his defense team need not be present.

The Court orders defendant to present a proposed order outlining these modifications.

|  | : | 08 |
| --- | --- | --- |
| Initials of Deputy Clerk | eva/lmb | |