# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | ORDER RE MODIFICATIONS OF DEFENDANT'S TERMS AND CONDITIONS OF TEMPORARY RELEASE |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's current terms and conditions of temporary release are modified as follows:

1. Defendant is permitted to travel alone to New York City once to prepare for his upcoming trial in *United States v. Avenatti*, 19-cr-374 (JMF) (SDNY) and a second time in connection with attending the trial, provided: (a) defendant shall be walked to security at the departure airport and observed walking through security by a member of his defense team; (b) a member of defendant's defense team shall meet him when he emerges from security at the arriving airport and shall take him directly to his hotel or residence in New York City; (c) while in New York City, defendant shall be restricted to his hotel or residence, offices of his counsel, and the courthouse for the Southern District of New York; (d) at

least 72 hours prior to all travel, defendant shall provide Pretrial Services with his flight and lodging information, which shall in turn be provided by Pretrial Services to the U.S. Marshal Service; (e) defendant's flights shall be direct, nonstop between LAX or SNA and JFK or EWR; and (f) defendant shall return from New York City no later than two days following the conclusion of his upcoming trial.

2. Defendant is permitted to make court appearances and sit for deposition(s) in person in the Central District in connection with civil and family law matters, provided that a member of his defense team is present. If any such appearance is via zoom or similar remote means **at his current residence**, a member of his defense team need not be present during defendant's appearance.

3. Other than as set forth above, the current terms and conditions of release remain unchanged.

**So ordered.**

Dated: December 16, 2021

_____
Hon. James V. Selna
U.S. District Judge

2

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on December 16, 2021, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2021

/s/ H. Dean Steward
H. Dean Steward