Name & Address:
H. Dean Steward SBN 85317, Advisory Counsel
17 Corporate Plaza Drive, Suite 254
Newport Beach, California 92660
deansteward7777@gmail.com
Advisory Counsel for Michael John Avenatti

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA-CR-19-61-JVS |
| v. | |
| Michael John Avenatti | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Declaration of Michael Avenatti with exhibit.

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: August 27, 2020
☐ Other:

December 26, 2021
Date

Dean Steward (Advisory Counsel)
Attorney Name

Michael John Avenatti
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING