Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL JOHN AVENATTI, <br> Defendant. | SA CR No. 19-061-JVS <br><br> DEFENDANT'S NOTICE OF FILING OF CORRESPONDENCE FROM THE GOVERNMENT DATED SEPTEMBER 5, 2019 AND SEPTEMBER 19, 2019 |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti") by and through his advisory counsel of record, H. Dean Steward, hereby files his Notice of Filing of Correspondence from the Government dated September 5, 2019 and September 19, 2019. Attached as Exhibit A is a true and correct copy of the correspondence dated September 5, 2019, and attached as Exhibit B is a true and correct copy of the correspondence dated September 19, 2019. Both exhibits contain redactions to protect applicable privileges and confidentiality.

Dated:  January 12, 2022                    Respectfully submitted,

                                            /s/ Michael J. Avenatti

                                            Defendant
                                            MICHAEL JOHN AVENATTI

## **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on January 12, 2022, service of the:

DEFENDANT'S NOTICE OF FILING OF CORRESPONDENCE FROM THE GOVERNMENT DATED SEPTEMBER 5, 2019, AND SEPTEMBER 19, 2019

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA ALEXANDER WYMAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2022

/s/ H. Dean Steward
H. Dean Steward

# Exhibit A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Joseph B. Woodring*
*Phone:*
*E-mail:*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

September 5, 2019

**VIA E-MAIL (letter) and U.S. MAIL (letter and enclosures)**

H. Dean Steward
107 Avenida Miramar, Suite C
San Clemente, California 92672



      Re:    United States v. Michael John Avenatti,
                SA CR No. 19-061-JVS

Dear Mr. Steward:

Further to AUSA Julian André's letter of September 3, 2019, enclosed please find a DVD containing electronic case folders from the Eagan Avenatti LLP ("EA LLP") computer server for three of the individual victims named in the indictment: Geoffrey Johnson (Client 1), Alexis Gardner (Client 2), and Greg Barela (Client 3). This production is made pursuant to the terms of the Protective Order entered in this case (Dkt. No. 36).

These folders were downloaded from a forensic copy of the EA LLP computer server using EA LLP's FileSite document management system. We were not able to locate a case file for Michelle Phan and Long Tran (Clients 4 and 5). Our understanding from witness interviews is that no such electronic case file was setup on the FileSite system for Phan and Tran.

The enclosed DVD contains the entirety of the records contained in the FileSite electronic case folders for Clients 1, 2, and 3. In order to get these records to you as soon as possible, we are producing them in their native format, before they are reviewed for privilege, and before any of the documents are provided to the Prosecution Team. The government will reproduce Bates-labeled copies of these documents with database load-files at a later date, once the materials have been processed and added to the Privilege Review Team's document review database.

H. Dean Steward
RE:  United States v. Avenatti
September 5, 2019
Page 2


We have also enclosed with this letter a series of screenshots, generated by an IRS-CI computer specialist, of the folders displayed on the EA LLP computer server using the FileSite document management system.

If you would like to discuss any of the above, please let me know.

Very truly yours,

JOSEPH B. WOODRING
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section

cc:     AUSA Patrick R. Fitzgerald (Privilege Review Team)


Enclosures

















# Exhibit B



### follow up

**Woodring, Joseph (USACAC)**  Thu, Sep 19, 2019 at 6:18 PM
To: Dean Steward
Cc: "Fitzgerald, Patrick (USACAC)"

Dean,

The folders that you and your client requested during your review of EA LLP files on September 13 will be sent on a thumb drive or on discs, except for six folders that you identified, which we will not be producing to you at this time for reasons that we will explain tomorrow in a letter. We expect to send the production to you – except for the six folders referenced above – by Friday, September 27. The production will be in the same format as the three client folders that we provided to you on September 5, specifically: in folders that have the same names as those listed in the EA LLP servers, with the contents of those folder in the same file format as they existed on the EA LLP servers, *i.e.*, in .PDF, .DOC, and other native formats.

The emails on the EA LLP server are currently being processed to be searchable. We expect the processing to be finished and the emails to be searchable by next Wednesday, September 25.

We will follow up tomorrow with a letter about the six folders that are omitted from this production.

Best,

Joe

**Joseph Woodring | Assistant United States Attorney**