Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL JOHN AVENATTI,<br><br>       Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING THE PRIVILEGE REVIEW TEAM TO PROVIDE MATERIALS TO DEFENDANT |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *Ex Parte* Application is granted.

The Privilege Review Team is permitted to provide the Tabs3 data and FileSite folders related to Ms. Stephanie Clifford (a/k/a Stormy Daniels) to defendant.

**So ordered.**

Dated: January ___, 2022                         _____

                                                                Hon. James V. Selna
                                                                U.S. District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on January 14, 2022, service of the defendant's:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING THE PRIVILEGE REVIEW TEAM TO PROVIDE MATERIALS TO DEFENDANT

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN and AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022

/s/ H. Dean Steward
H. Dean Steward