Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>ORDER |

Good cause having been shown, it is ordered that Defendant Michael John Avenatti's *ex parte* application is granted. His temporary release to home confinement is extended until March 15, 2022 on the same conditions as previously ordered by the Court unless revoked earlier upon notice.

**So ordered.**

Dated: January 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge