1  Michael John Avenatti (Pro Se)
2
3  H. Dean Steward, SBN 85317
   17 Corporate Plaza, Suite 254
4  Newport Beach, California 92660
   Tel (949) 481-4900
5  Fax (949) 497-6753

6  Advisory Counsel for Defendant
   MICHAEL JOHN AVENATTI
7

8
                  UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,       | SA CR No. 19-061-JVS
12 |       Plaintiff,                | DEFENDANT'S MOTION TO STRIKE
                                      THE GOVERNMENT'S UNTIMELY
13 |       v.                        | OPPOSITION FILED AT DKT. 905
14 | MICHAEL JOHN AVENATTI,          | [Proposed Order filed concurrently
                                      herewith]
15 |       Defendant.                |

16

17

18     Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his

19 advisory counsel of record, H. Dean Steward, hereby files this Motion to Strike The

20 Government's Untimely Opposition Filed at Dkt. 905.

21
     Dated: January 19, 2022           Respectfully submitted,
22

23
                                       /s/ Michael John Avenatti
24                                     MICHAEL JOHN AVENATTI

25

26

27

28

Earlier this afternoon, the government filed an untimely opposition (Dkt. 905) to defendant's *ex parte* application filed *last Friday* (five days ago) at Dkt. 903. The opposition should be stricken in its entirety and not considered by the Court as it is untimely because it was not filed within 24 hours of receipt of the *ex parte*. Further, the government never moved for an extension of time to file an opposition despite knowing of the *ex parte* even before it was filed.

The government offers no explanation for its failure to follow this Court's rules nor does it attempt to explain why the opposition should be considered despite its obvious tardiness. This Court has previously made it clear that failure of a party to follow the rules and the submission of late filings will not be tolerated and will result in the filing(s) being disregarded. The government is aware of the rules but disregarded them, evidently with the hope that defendant would not have time to object or the Court would simply condone its conduct by considering the late filing. The opposition should be stricken and the *ex parte* application granted.

Dated: January 19, 2022                         Respectfully submitted,

                                                /s/ Michael John Avenatti
                                                MICHAEL JOHN AVENATTI

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on January 19, 2022, service of the:

DEFENDANT'S MOTION TO STRIKE THE GOVERNMENT'S UNTIMELY OPPOSITION FILED AT DKT. 905

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN and AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022

/s/ H. Dean Steward
H. Dean Steward