Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Good cause having been shown, it is ordered that the Government's Opposition filed at Dkt. 905 is stricken and will not be considered by the Court as it is untimely.

    **So ordered.**

Dated: January ___, 2022

_____
Hon. James V. Selna
U.S. District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on January 19, 2022, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN and AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2022

/s/ H. Dean Steward
H. Dean Steward