**DENIED**
BY ORDER OF THE COURT

Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Good cause having been shown, it is ordered that the Government's Opposition filed at Dkt. 905 is stricken and will not be considered by the Court as it is untimely.

**So ordered.**

Dated: January 20, 2022

**DENIED**
BY ORDER OF THE COURT

Hon. James V. Selna
U.S. District Judge