TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email: Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PERMITTING THE PROSECUTION TEAM TO RECEIVE THE SEPTEMBER 2019 CORRESPONDENCE BETWEEN DEFENDANT AND THE PRIVILEGE REVIEW TEAM |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

     The Court has read and considered the *Ex Parte* Application for an Order permitting the Prosecution Team to receive the September 2019 correspondence between defendant and the Privilege Review Team, filed by the government in this matter.

     THEREFORE, FOR GOOD CAUSE SHOWN:

The Privilege Review Team ("PRT")[1] may provide the Prosecution Team[2] with defendant's communication to the PRT requesting specific folders and the letter of explanation the PRT sent defendant, both referenced in the September 19, 2019, email included in defendant's January 12, 2022, filing (CR 902).

IT IS SO ORDERED.

_____      _____
DATE                              HONORABLE JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys

---

[1] The Privilege Review Team includes Assistant United States Attorney Patrick Fitzgerald and Special Agent Nshan Tashchyan.
[2] The Prosecution Team includes Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein and Special Agents Remoun Karlous, James Kim, and Ryan Roberson.

2