1  Michael John Avenatti (Pro Se)
2
3  H. Dean Steward, SBN 85317
   17 Corporate Plaza, Suite 254
4  Newport Beach, California 92660
   Tel (949) 481-4900
5  Fax (949) 497-6753
6  Advisory Counsel for Defendant
   MICHAEL JOHN AVENATTI
7
8

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Good cause having been shown, it is Ordered that Defendant Michael John Avenatti's *ex parte* application is granted. This Court Orders that Mr. Avenatti be housed at the Santa Ana City Jail in Santa Ana, California.

    **So ordered.**

Dated: February __8__, 2022

**DENIED**
BY ORDER OF THE COURT
_____
Hon. James V. Selna
U.S. District Judge

**Denied.  Defendant was not remanded pursuant to an order of this Court.  JVS**

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254, Newport Beach, California 92660. I am not a party to the above-entitled action. I have caused, on January 18, 2022, service of the defendant's:

[PROPOSED] ORDER

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN and AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2022

/s/ H. Dean Steward
H. Dean Steward