UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>MICHAEL JOHN AVENATTI, AKA<br>Michael J. Avenatti,<br><br>   Defendant-Appellant. | No. 21-50225<br><br>D.C. Nos.<br>8:19-cr-00061-JVS-1<br>8:19-cr-00061-JVS<br><br><br>ORDER |

Before:  TALLMAN and FRIEDLAND, Circuit Judges, and KORMAN,<sup>*</sup> District
Judge.

The panel unanimously votes to deny the petition for panel rehearing.  Judge

Friedland votes to deny the petition for rehearing en banc, and Judges Tallman and

Korman so recommend.  The full court has been advised of the petition for

rehearing en banc, and no judge has requested a vote on whether to rehear the

matter.  Fed. R. App. P. 35.  The petitions, filed March 30, 2022 (Docket No. 52),

are **DENIED**.

---

   <sup>*</sup> The Honorable Edward R. Korman, United States District Judge for
the Eastern District of New York, sitting by designation.