# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | May 6, 2022 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel<br>Alex Wyman (telephonically) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | | X | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Cause is called for hearing with the defendant present (telephonically), his advisory counsel and the Government present. Consent to Telephonic Conference filed May 5, 2022. Court and counsel confer.

Government's opposition to Defendant's Motion for an Order to Show Cause re Civil Contempt and Finding of Contempt[851] shall be filed by May 16, 2022. Defendant's reply is due May 30, 2022. Defendant's Opposition to Government's Motion in Limine to Exclude Questions, Evidence and Arguments about Andrew Stolper[832] to be filed by May 30, 2022. Hearing on the motions in limine [851][832][830][831][833] are set for **June 13, 2022 at 8:30 a.m.**

The Jury Trial on Counts 1-10 in this matter is set for **July 5, 2022 at 8:30 a.m.** The parties shall meet and confer re a trial date on Counts 11-36 and if no stipulation can be reached, either party may file a request to set a trial date on those counts.

A Status Conference hearing is set for Monday, May 16, 2022 at 9:00 a.m. for the US Marshal to inform the Court the duration of time it will take for defendant to be transported to New York for his sentencing and what can be done to expedite that.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |