TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    Email:    Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION (CR 851) FROM MAY 16, 2022, TO MAY 23, 2022 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein, hereby applies *ex parte* for an Order continuing the due date for the government's opposition to defendant's motion

for contempt and to compel discovery (CR 851) ("Motion") from May 16, 2022, to May 23, 2022.  Defendant does not oppose the government's request.

Defendant filed the Motion on October 11, 2021, immediately before defendant filed his notice of appeal.  At the status conference on May 6, 2022, the Court ordered the government to respond to defendant's Motion on or before May 16, 2022, and set a hearing on all pending motions on June 13, 2022.  The government seeks an additional week to prepare its opposition to the Motion.  The requested new due date -- May 23, 2022 -- would be three weeks before the June 13 motions hearing date, which should still afford sufficient time for defendant to file a reply, if he chooses, and the Court to review the pleadings prior to the motions hearing.

On May 12, 2022, defendant, through his paralegal, Emma Hernandez, informed the government that defendant has no objection to the one-week extension of the due date for the government's opposition requested in this *ex parte* application.

Dated: May 13, 2022         Respectfully submitted,

                            TRACY L. WILKISON
                            United States Attorney

                            SCOTT M. GARRINGER
                            Assistant United States Attorney
                            Chief, Criminal Division

                            ___/s/_____
                            BRETT A. SAGEL
                            RANEE A. KATZENSTEIN
                            Assistant United States Attorneys

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA