# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | May 16, 2022 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | | X | Dean Steward, Advisory Counsel | X | X | |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

Cause is called for hearing with the defendant present (telephonically), his advisory counsel and the Government present. Consent to Telephonic Conference filed May 12, 2022.

Court and counsel confer. Defendant's oral request to continue trial is denied. Counsel agree that Judge Selna may phone the New York Judge Furman to discuss the transportation of the defendant to New York for the sentencing

|  | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |