H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>NOTICE OF DEFENDANT'S ONGOING TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK; REQUEST TO CONVERT JUNE 13, 2022, MOTIONS HEARING TO A STATUS CONFERENCE |

    Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his advisory counsel of record, H. Dean Steward, hereby files the instant notice and request to convert the currently scheduled motions hearing set for June 13, 2022, to a status conference as described herein.

Dated: May 18, 2022                      Respectfully submitted,

                                             /s/ H. Dean Steward
                                             Advisory Counsel for Defendant,
                                             MICHAEL JOHN AVENATTI

## DEFENDANT'S STATUS REPORT & REQUEST

As this Court is aware, Mr. Avenatti is scheduled to be sentenced in Southern District of New York case number 19-cr-00374-JMF on June 2, 2022. On March 18, 2022, Mr. Avenatti, through the Federal Defenders of New York, Inc., requested permission for Mr. Avenatti to appear by videoconference. [SDNY Dkt. 426]. This request was denied. [SDNY Dkt. 427].

On May 6, 2022, the Court held a status conference. The Court set a hearing on the outstanding motions for June 13, 2022 and the jury trial on July 5, 2022. [5/6/22 Transcript, p. 6-7]. The Court described, "Okay, 8:30 on June 13. We will take up all of those. In light of whatever rulings the Court makes, I'll -- I'm going to set a trial date today, so that we have a trial date with the understanding that in all likelihood as a result of Mr. Avenatti's travel we will have to make some adjustment." [*Id.* at 7]. Mr. Avenatti requested the opportunity to file an opposition to the Government's Motion in Limine to Exclude Questions, Evidence, and Arguments about Andrew Stolper [Dkt. 832] by May 30, 2022. [*Id.* at 8]. The Court granted the request and stated, "Come back to the Court if you need some slight adjustment on your unavailability." [*Id.*]. The parties also discussed the possibility of Mr. Avenatti appearing at his New York sentencing by videoconference. The government asked, "…I would ask whether we can consult with our colleagues to request that they maybe revisit a video teleconference sentencing, or if Your Honor wanted to make that request. . . ." [*Id.* at 10]. Mr. Avenatti expressed it was his preference to appear by video.

Subsequently, on May 10, 2022, the Federal Defenders of New York, Inc., filed a renewed request for Mr. Avenatti's sentencing proceedings to occur by videoconference. [SDNY Dkt. 430]. On May 11, 2022, this request was denied by Judge Furman. [SDNY Dkt. 431].

On May 16, 2022, an additional status conference was held wherein a representative from the United States Marshal was to "inform the Court the duration of time it will take for defendant to be transported to New York for his sentencing and what can be done to

expedite that." [Dkt. 927, p. 1]. The United States Marshal representative informed the Court that Mr. Avenatti's travel to New York could begin imminently. The Court inquired as to the possibility that Mr. Avenatti travel directly to and from New York by air in lieu of the lengthy bus process. Without objection, the Court described it would contact SDNY Judge Furman to see if he would consider the issuance of an order allowing the air travel.

On May 17, 2022, advisory counsel was informed that Mr. Avenatti started his travel from FCI Terminal Island to New York[1]. As of May 18, 2022, the Bureau of Prison inmate locator reveals that Mr. Avenatti is located at FCI Victorville Medium II. Based on advisory counsel's experience, this transportation to and from New York will likely last at least six weeks if he is being transported by bus each way. Advisory counsel has been informed that Mr. Avenatti does not have the ability to bring any of his legal documentation, pleadings, etc. While in transit, Mr. Avenatti will be unable to prepare for trial and address the pending motions without access to the required pleadings and legal research materials. Mr. Avenatti will likely have limited ability to communicate with his advisory counsel, paralegals, and expert. Even if Judge Furman were to subsequently issue an order allowing the travel by flight, Mr. Avenatti's travel to New York over the next three weeks (at a minimum) will affect his ability to prepare for trial and prepare the required oppositions to the government's motions.

Accordingly, Mr. Avenatti, through his advisory counsel[2], respectfully requests that the Court convert the June 13, 2022, motions hearing date to a status conference. Given Mr. Avenatti's transit status, advisory counsel respectfully requests that the Court vacate the current briefing schedule. Mr. Avenatti asks that the Court set a new briefing schedule

---

[1] Advisory counsel learned that Mr. Avenatti was transported from FCI Terminal Island to FCI Victorville II by way of bus. It is unclear whether the remaining portion of his transportation will be by bus, plane, or a combination of the two. As of May 18, 2022, the Bureau of Prison website indicates Mr. Avenatti is currently at FCI Victorville Medium II.

[2] When it became apparent that Mr. Avenatti's transportation was imminent, he asked that advisory counsel file the instant request.

and trial date at the June 13, 2022 status conference. Mr. Avenatti also seeks leave to file an updated status report and request should it become apparent that defendant will not be back in California by that date.

On May 17, 2022, at 3:29 p.m., the defense informed the government of Mr. Avenatti's change of circumstances and requested the prosecution's position on the instant request. As of the time of this filing, the government has not responded.

Accordingly, Mr. Avenatti, through his advisory counsel, asks that the Court issue an Order converting the motions hearing scheduled for June 13, 2022 to a status conference. During that hearing, Mr. Avenatti asks that the Court set a new briefing schedule for the outstanding motions defendant will file with the Court: (1) Opposition to the Government's Motion in Limine to Exclude Questions, Evidence, and Arguments about Andrew Stolper [Dkt. 832]; (2) Opposition to the Government's Motion in Limine to Admit Defendant's Prior Convictions if Defendant Testifies at Trial [Dkt. 928]; and (3) the Reply in Support of Defendant's Motion for an Order to Show Cause re Civil Contempt and Finding of Contempt [Dkt. 851]. Finally, Mr. Avenatti asks that the Court set a new motions hearing date as well as a trial date during the June 13, 2022, status conference.

Dated: May 18, 2022                                   Respectfully submitted,

                                             /s/ H. Dean Steward
                                             Advisory Counsel for Defendant,
                                             MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on May 18, 2022, service of the:

NOTICE OF DEFENDANT'S ONGOING TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK; REQUEST TO CONVERT JUNE 13, 2022, MOTIONS HEARING TO A STATUS CONFERENCE

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2022

/s/ H. Dean Steward
H. Dean Steward