H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO CONVERT JUNE 13, 2022, MOTIONS HEARING TO A STATUS CONFERENCE |

   Good causing having been shown, Defendant's request that the June 13, 2022, motions hearing on Dkts. 830, 831, 832, 833, 845, 851, and 928 be converted to a status conference is GRANTED. At the June 13, 2022, status conference, the Court will issue a modified briefing schedule as to the outstanding filings. The Court will also issue a new trial date at that time. IT IS FURTHER ORDERED that should it become clear that Mr. Avenatti will not be back in California prior to the June 13, 2022 status conference, advisory counsel may file a renewed request.

   It is so Ordered.

Dated: May _____, 2022

_____
THE HONORABLE JAMES V. SELNA
United States District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on May 18, 2022 service of the:

[PROPOSED] ORDER GRANTING REQUEST TO CONVERT JUNE 13, 2022, MOTIONS HEARING TO A STATUS CONFERENCE

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2022

/s/ H. Dean Steward
H. Dean Steward

2