H. Dean Steward, SBN 85317
17 Corporate Plaza Drive, Ste. 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF ADVISORY COUNSEL FOR JULY 26, 2022 TRIAL** |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    With apologies and no excuses, the undersigned counsel notifies the Court, counsel and the defendant that counsel is scheduled to begin a jury trial in *U.S. v. Obaji & Salah*, SA-CR-001-DOC in Judge Carter's court on Wednesday, July 27, 2022. This is a re-trial of a 9-year-old mortgage fraud case. Counsel was under the impression during the status conference yesterday that no trials were scheduled for him in July of 2022. That was wrong, as it is August of 2022 where no trials are scheduled for counsel.

Dated: 5-20-22       /s./ H. Dean Steward
                          H. Dean Steward
                          Advisory Counsel for Defendant
                          Michael J. Avenatti

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California 92660.  I am not a party to the above-entitled action.  I have caused, on July 2, 2021, service of the:

### NOTICE OF UNAVAILABILITY OF COUNSEL

on the following party, using the Court's ECF system:


AUSA'S Ranee Katzenstein & Brett Sagel


AND VIA CORRLINKS EMAIL ON DEFENDANT MICHAEL J. AVENATTI

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2021

/s/ H. Dean Steward

H. Dean Steward
