# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | | Date | May 19, 2022 |
|---|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti, Pro Se** | X | X | | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with the defendant present (telephonically), his advisory counsel and the Government present. Defendant personally consents to a telephonic hearing.

Court and counsel confer.  The Pretrial Conference and motions in limine set for June 13, 2022 is continued to June 27, 2022 at 10:00 a.m.  The Jury Trial set for July 5, 2022 is continued to July 26, 2022 at 8:30 a.m.

The Government's opposition to the contempt motion shall be filed by May 31, 2022.  Any reply to the contempt motion Dkt 851 shall be filed by June 20, 2022.  Defendant's opposition on the Motion in Limine Dkt 832 to exclude question and reference to Andrew Stolper shall be filed by June 13, 2022.  Any reply by the Government to be filed by June 20, 2022.

| | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**