TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email:     Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>MICHAEL JOHN AVENATTI,<br><br>             Defendant. | No. SA CR 19-061-JVS<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION (CR 851) FROM MAY 31, 2022, TO JUNE 6, 2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein, hereby applies *ex parte* for an Order continuing the due date for the government's opposition to defendant's motion

for contempt and to compel discovery (CR 851) ("Motion") from May 31, 2022, to June 6, 2022. Defendant does not oppose the government's request.

Defendant filed the Motion on October 11, 2021, immediately before defendant filed his notice of appeal. At the status conference on May 6, 2022, the Court ordered the government to respond to defendant's Motion on or before May 16, 2022, and set a hearing on all pending motions on June 13, 2022. On May 13, 2022, the Court granted the government's unopposed application to continue its deadline to oppose the Motion to May 23, 2022. (CR 933.)

On May 19, 2022, the Court held a status conference to address the motions hearing and trial date in this case in light of defendant's sentencing in the Southern District of New York on June 2, 2022, in United States v. Avenatti, No. 1:19-CR-374-JMF, and the related travel to/from New York. The Court continued the motions hearing date from June 13, 2022, to June 27, 2022, and continued the trial date from July 5, 2022, to July 26, 2022. (CR 939.) At the suggestion of defendant, the Court continued the deadline for the government's opposition to the Motion until May 31, 2022, with the defendant's optional reply due June 20, 2022. (Id.)

The government seeks an additional six-days to prepare its opposition to the Motion until June 6, 2022. The requested new due date would still afford defendant two weeks to file his optional reply brief.

On May 23, 2022, a representative of defendant informed the government that defendant has no objection to the extension of the

due date until June 6, 2022, for the government's opposition requested in this *ex parte* application.

Dated: May 25, 2022                     Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        ___/s/_____
                                        BRETT A. SAGEL
                                        RANEE A. KATZENSTEIN
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA