TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    Email:     Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION (CR 851) FROM MAY 31, 2022, TO JUNE 6, 2022 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    The Court has read and considered the government's unopposed *Ex Parte* Application for an Order continuing the due date for the government's opposition to defendant's motion for contempt and to compel discovery (CR 851) from May 31, 2022, to June 6, 2022.

    THEREFORE, FOR GOOD CAUSE SHOWN:

The deadline for the government to file its opposition to defendant's motion for contempt and to compel discovery (CR 851) is extended from May 31, 2022, to June 6, 2022.

IT IS SO ORDERED.

_____          _____
DATE                                 HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys

2