TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    Email:    Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br> Defendant. | No. SA CR 19-061-JVS <br><br> GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION (CR 851) FROM JUNE 6, 2022, TO JUNE 13, 2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein, hereby applies *ex parte* for an Order continuing the due date for the government's opposition to defendant's motion

for contempt and to compel discovery (CR 851) ("Motion") from June 6, 2022, to June 13, 2022.  Defendant does not oppose the government's request.

Defendant filed the Motion on October 11, 2021, immediately before defendant filed his notice of appeal.  At the status conference on May 6, 2022, the Court ordered the government to respond to defendant's Motion on or before May 16, 2022, and set a hearing on all pending motions on June 13, 2022.  On May 13, 2022, the Court granted the government's unopposed application to continue its deadline to oppose the Motion to May 23, 2022.  (CR 933.)

On May 19, 2022, the Court held a status conference to address the motions hearing and trial date in this case in light of defendant's sentencing in the Southern District of New York on June 2, 2022, in United States v. Avenatti, No. 1:19-CR-374-JMF, and the related travel to/from New York.  The Court continued the motions hearing date from June 13, 2022, to June 27, 2022, and continued the trial date from July 5, 2022, to July 26, 2022.  (CR 939.)  At the suggestion of defendant, the Court continued the deadline for the government's opposition to the Motion until May 31, 2022, with the defendant's optional reply due June 20, 2022.  (Id.)  On May 26, 2022, the Court granted the government's unopposed application to continue its deadline to oppose the Motion to June 6, 2022. (CR 941.)

The government seeks an additional week to prepare its opposition to the Motion until June 13, 2022.  The requested new due date would still afford defendant a week to file his optional reply brief.

On June 6, 2022, a representative of defendant informed the government that defendant has no objection to the extension of the due date until June 13, 2022, for the government's opposition requested in this *ex parte* application.

Dated: June 6, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   /s/
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA