TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email:     Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING THE DUE DATE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION (CR 851) FROM JUNE 6, 2022, TO JUNE 13, 2022 |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

The Court has read and considered the government's unopposed *Ex Parte* Application for an Order continuing the due date for the government's opposition to defendant's motion for contempt and to compel discovery (CR 851) from June 6, 2022, to June 13, 2022.

THEREFORE, FOR GOOD CAUSE SHOWN:

The deadline for the government to file its opposition to defendant's motion for contempt and to compel discovery (CR 851) is extended from June 6, 2022, to June 13, 2022.

IT IS SO ORDERED.

_____          _____
 DATE                                 HONORABLE JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys