TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    Email:    Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3598
    Facsimile:  (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>MICHAEL JOHN AVENATTI,<br><br>       Defendant. | No. SA CR 19-061-JVS<br><br>WRIT OF HABEAS CORPUS AD<br>PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of the Federal Correctional

Institution at Terminal Island, 1299 Seaside Avenue, San Pedro,

California, 90731, and to any United States Marshal.

GREETING

WE COMMAND that you produce and deliver the body of defendant Michael John Avenatti ("defendant"), who is now in your custody, before the Honorable James V. Selna, United States District Judge, Ronald Reagan Federal Building, Courtroom 10C, 411 West Fourth Street, Santa Ana, California, 92701, on June 27, 2022, at 8:30 a.m., in order that defendant may then and there appear for his prosecution at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

DATE

_____
                                              CLERK
                                              UNITED STATES DISTRICT COURT
                                              CENTRAL DISTRICT OF CALIFORNIA


                                              BY:
_____       DEPUTY CLERK