```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
 4  Assistant United States Attorney
    Chief, Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2432
 7       Facsimile: (213) 894-6269
         Email:     Ranee.Katzenstein@usdoj.gov
 8
    BRETT A. SAGEL (Cal. Bar No. 243918)
 9  Assistant United States Attorney
         Ronald Reagan Federal Building
10       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
11       Telephone: (714) 338-3598
         Facsimile: (714) 338-3708
12       Email:     Brett.Sagel@usdoj.gov

13  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Michael John Avenatti as requested by the government.

IT IS SO ORDERED.

DATED: _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE