# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | **SACR 19-61JVS** | Date: June 16, 2022 |
| Present: The Honorable | **James V. Selna, US District Court Judge** | |
| Interpreter | Not Needed | |

| Lisa Bredahl | Sharon Seffens | Brett Sagel/Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | X | X | X | H Dean Steward, Advisory Counsel | X | X | |

**Proceedings:**   CHANGE OF PLEA

Cause is called for hearing. Defendant moves to change plea to Counts 5, 8, 9, 10 and 19 of the Indictment. Defendant enters new and different pleas of GUILTY to Counts 5, 8, 9, 10 and 19 of the Indictment. Defendant is sworn and the Court questions the defendant regarding pleas of GUILTY and FINDS that a factual basis has been laid and Further FINDS the pleas are knowingly and voluntarily made.  The Court ORDERS the pleas accepted and entered. The Court refers the defendant to the Probation Office for and investigation and  report and the matter is continued to **September 19, 2022 at 9:00 a.m.** for sentencing.

The Court Further **Orders the following sentencing briefing**:
1. The presentence report (PSR) for this defendant shall be prepared and disclosed to the parties no later than 6 weeks prior to the date set for sentencing.
2. Each party shall file, no later than 3 weeks after disclosure of the PSR, either: (a) its initial sentencing pleading, containing its objections to the PSR (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the PSR and has elected not to file a position regarding sentencing.
3. **Any request for a continuance of sentencing shall be submitted on or before the parties' initial position papers are due.  Late requests are unlikely to be granted without a particularized showing of good cause.  Any proposed order for continuance shall state the specific continued date on which initial position papers are due, which shall reflect the same interval of time between the date initial position papers were originally due and the original date of sentencing.**
4. Each party shall file, no later than 1 week after the date of filing the initial sentencing pleadings, either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the PSR (if any) together with its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.
5. Not later than 1 week after filing of parties responses to the initial sentencing pleadings, the U. S. Probation Office shall prepare and provide to the parties and the court the final PSR  together with an addendum addressing any objections to the PSR and the parties' sentencing positions.

X   Other  The Court orders the defendant remanded to custody. Bond is ordered EXONERATED.  The Court vacates the status conference, motions in limine and trial date.  Reply to contempt motion is suspended at this time. Sentencing briefs not to exceed 50 pages.

                                                                                                              0   :   55

cc: USPO

Initials of Deputy Clerk   lmb