TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    Email:    Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>        v.<br><br>MICHAEL JOHN AVENATTI,<br><br>       Defendant. | No. SA CR 19-061-JVS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CONTINUED TRIAL DATE:**<br>  February 21, 2023 (Counts 11-18, 20-36) |

     The Court has read and considered the Government's *Ex Parte* Application Regarding (1) Continuance of Trial Dates and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed in this matter on June 15, 2022, defendant's Opposition to the *Ex Parte*

application, filed on June 17, 2022, and the government's Reply in support of the Application filed on June 21, 2022.

On June 16, 2022, defendant pleaded guilty to Counts 5, 8-10, and 19 of the Indictment in this matter.  The government has stated that it does not intend to proceed to trial on Counts 1-4 and 6-7.

Regarding computing the date under the Speedy Trial Act by which defendant's trial on Counts 11-18 and 20-36 must commence, the Court previously found excludable time from June 4, 2019, through May 10, 2022 (CR 39, 66, 126, 171, 386, 804), and finds that the time period of May 10, 2022, to June 17, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(B), (D) because the delay results from trial with respect to other charges against defendant and from a pretrial motion from the filing of the motion by defendant through the conclusion of the hearing on, or other prompt disposition of such motion, respectively; and the period of time from October 12, 2021, to February 21, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii) because the delay results from a continuance granted by the Court on its own motion, on the basis of the Court's finding that: (i) the ends of justice served by the continuances outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorneys for the government to obtain available witnesses.

Accordingly, the Court finds that there are facts that support continuance of the trial date on Counts 11 to 18 and 20 to 36 in this matter, and there is good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial on Counts 1-4 and 6-7 of the Indictment is vacated.

2.   The trial on Counts 11-18 and 20-36 of the Indictment is continued from May 10, 2022, to February 21, 2023, at 8:30 a.m.

3.   With respect to Counts 11-18 and 20-36 of the Indictment, the time period of May 4, 2022, to June 17, 2022, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(B), (D); and the time period of October 12, 2021, to February 21, 2023, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(B), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii)..

4.   Defendant shall appear in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on September 19, 2022, at 9:00 a.m., and on February 21, 2023, at 8:30 a.m.

5.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

June 21, 2022
_____          _____
DATE                                 HONORABLE JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE

Presented by:
_____/s/_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys