TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:   Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>MICHAEL JOHN AVENATTI,<br><br>          Defendant. | No. CR 19-061-JVS<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS COUNTS 11-18 AND 20-36 PURSUANT TO THE SIXTH AMENDMENT AND THE SPEEDY TRIAL ACT [CR 964]<br><br>**TRIAL DATE (Counts 11-18; 20-36):**<br>     Feb. 21, 2023 |

///

///

///

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein, hereby files this unopposed *ex parte* application for an Order from the Court setting the schedule proposed below for further briefing on defendant MICHAEL JOHN AVENATTI's Motion to Dismiss Counts 11-18 and 20-36 Pursuant to the Sixth Amendment and the Speedy Trial Act (CR 964).  On June 21, 2022, the government informed the Court and defendant that the government "expects to move to dismiss the remaining counts of the Indictment [*i.e.*, Counts 11-18 and 20-36] after sentence is imposed."  (CR 959 at 2-3.)  Dismissal would render defendant's motion moot.  The government requests that further briefing on defendant's motion be postponed until after sentencing, according to the schedule proposed below.

## I.    BACKGROUND

On June 16, 2022, defendant pleaded guilty to Counts 5, 8-10, and 19 of the Indictment. (CR 955.)  The Court set September 19, 2022, as the date for sentencing. (*Id.*)  The government stated that it did not intend to proceed to trial on Counts 1-4 and 6-7 and would promptly inform the Court of its position regarding trial on Counts 11-18 and 20-36.

On June 21, 2022, the government filed its Position re Further Trial Proceedings and Reply to Defendant's Opposition to Government's Ex Parte Application for Continuance of Trial Dates and Findings of Excludable time. (CR 959).  The government stated:

> [T]he government expects to move to dismiss the remaining counts of the Indictment after sentence is imposed. In the interim, however, the government requests that the Court

1        grant the government's *ex parte* application to continue the
2        trial on Counts 11-18 and 20-36 to February 21, 2023, and
         enter excludable time findings to support the continuance.

3  (*Id.* at 2.)

4        On June 21, 2022, the Court entered its order continuing the

5  trial date for Counts 11-18 and 20-36 to February 21, 2023, and found

6  excludable time up to and including that date.  (CR 960.)

7        On June 24, 2022, defendant filed the instant motion to dismiss

8  Counts 11-18 and 20-36 based on alleged violations of the Sixth

9  Amendment and the Speedy Trial Act.  (CR 964.)  No date has been

10  designated for the hearing on the motion.[1]

11  **II.   PROPOSED BRIEFING SCHEDULE**

12        The government requests that any further briefing on defendant's

13  motion be due after sentencing on Counts 5, 8-10 and 19.  Such a

14  schedule would avoid briefing that may be unnecessary because the

15  matters at issue may have become moot.  The government requests that

16  the Court set the following briefing schedule:

17        Government's opposition: due on or before October 10, 2022;

18        Defendant's optional reply: due on or before October 24, 2022;

19        Hearing: October 31, 2022, or such later date as is convenient

20        to the Court.

21  In the event that the government moves to dismiss the remaining

22  Counts of the Indictment after the sentencing hearing on September

23

24

25

     [1] Because no hearing date has been set, it is unclear when the
26  government's opposition to defendant's motion is due.  *See* Court's
    Order Re Criminal Trials at 2 (noting that the Local Criminal Rules
27  incorporate the Local Civil Rules where there is no comparable
    provision in the Local Criminal Rules); L.R. 7-9 (opposition to
28  motion due 21 days before the date designated for the hearing of the
    motion).

19, 2022, rendering defendant's motion moot, the Court can vacate this briefing schedule.

Defendant has been informed of this application and the proposed briefing schedule.  Defendant has informed the government that he has no objection to the Court setting a briefing schedule and hearing for dates following the sentencing hearing.

**III. CONCLUSION**

For the reasons set forth above, the government requests that the Court issue the proposed order setting a schedule for further briefing on defendant's motion.

Dated: June_30, 2022                Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA