TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:   Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:    Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-061-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS COUNTS 11-18 AND 20-36 PURSUANT TO THE SIXTH AMENDMENT AND THE SPEEDY TRIAL ACT [CR 964] |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

///

///

///

1    The Court has read and considered the Government's *Ex Parte* Application for a Briefing Schedule Regarding defendant MICHAEL JOHN AVENATTI's Motion to Dismiss Counts 11-18 and 20-36 Pursuant to the Sixth Amendment and the Speedy Trial Act (CR 964), together with the record and file in this case.

FOR GOOD CAUSE SHOWN:

The Court sets the following schedule regarding defendant's Motion:

The Government's brief in opposition shall be filed no later than October 10, 2022.

Defendant's optional brief in reply shall be filed no later than October 24, 2022.

The date for the hearing on defendant's motion shall be October 31, 2022, at _____ a.m./p.m.

IT IS SO ORDERED.

_____        _____
DATE                                     HONORABLE JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRETT A. SAGEL
RANEE A. KATZENSTEIN
Assistant United States Attorneys

2