Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | |
| | DEFENDANT'S RESPONSE TO THE GOVERNMENT'S *EX PARTE* |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his advisory counsel of record, H. Dean Steward, hereby submits Defendant's Response to the Government's Unopposed *Ex Parte* Application for Briefing Schedule Regarding Defendant's Motion to Dismiss Counts 11-18 and 20-36 Pursuant to the Sixth Amendment and the Speedy Trial Act [CR 964]. [Dkt. 966].

On June 16, 2022, Mr. Avenatti pled guilty to Counts 5, 8, 9, 10, and 19. [Dkt. 955]. On June 21, 2022, the Government's Position Re Further Trial Proceedings and Reply to Defendant's Opposition to Government's *Ex Parte* Application for (1) Continuance of Trial Dates and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act

1

was filed wherein the prosecution described that ". . . the government expects to move to dismiss the remaining counts of the Indictment after sentence is imposed." [Dkt. 959, p. 2-3]. The sentencing on Counts 5, 8, 9, 10, and 19 is currently scheduled for September 19, 2022. [Dkt. 955].

On June 24, 2022, Mr. Avenatti filed a Motion to Dismiss Counts 11-18 and 20-36 Pursuant to the Sixth Amendment and the Speedy Trial Act. [Dkt. 964]. Contained within the motion was following footnote: "This motion is filed out of an abundance of caution because relief by way of the Speedy Trial Act and the Sixth Amendment requires a defendant to move the Court for dismissal. Provided Counts 11-18 and 20-36 are dismissed, it will obviate the need for further briefing and a hearing on the motion. Mr. Avenatti requests that this motion be held in abeyance until after sentencing on Counts 5, 8, 9, 10, and 19." [Dkt. 964, p. 1, n. 1].

Subsequently on June 30, 2022, the government contacted Mr. Avenatti's defense team with the following message to Mr. Avenatti: "The government will be filing by tomorrow an *ex parte* application requesting the Court set dates for further briefing on your motion to dismiss (CR 964) after the Sept. 19 sentencing hearing, as the matters at issue in the motion may become moot. The government will propose Oct. 10, 2022, as the due date for the government's opposition, Oct. 24 as the due date for your optional reply, and Oct. 31 as the date for the hearing. Please advise us by no later than noon tomorrow whether you oppose this application." [Exhibit A]. A member of Mr. Avenatti's defense team responded, "Mr. Avenatti has no opposition to the government's proposed briefing schedule, however he anticipates filing a request to adjust the briefing schedule and the hearing on his sentencing next week. He tentatively anticipates requesting that the sentencing be moved to a date between October 25 and October 27. Therefore, it may make more sense for the government to wait until after the Court rules on the defendant's request for a continuance to make its *ex parte*. Alternatively, the government's *ex parte* could simply request that the briefing schedule and hearing be set for a date following the sentencing hearing (which Mr. Avenatti does not oppose)." [Exhibit A].

Several hours later, the prosecution filed the Government's Unopposed *Ex Parte* Application for Briefing Schedule Regarding Defendant's Motion to Dismiss Counts 11-18 and 20-36 Pursuant to the Sixth Amendment and the Speedy Trial Act [CR 964]. [Dkt. 966]. Defendant submits the instant response to clarify the communications between Mr. Avenatti's defense team and the prosecution (inclusive of Mr. Avenatti's position on the instant *ex parte*), which were not described in full, and provide a complete record for the Court.

Dated: July 1, 2022                    Respectfully submitted,

/s/ Michael John Avenatti[1]
MICHAEL JOHN AVENATTI

---

[1] Mr. Avenatti requested that the substance of the instant response be presented to the Court but did not review the precise language contained herein.

# EXHIBIT A

 **Katzenstein, Ranee (USACAC)** — 12:57 PM
Email for Mr. Avenatti
To: emma hernandez,   Dean Steward,   Courtney Cummings,   Cc: Sagel, Brett (USACAC)

Details

*Please provide this email to Mr. Avenatti:*

Mr. Avenatti:

The government will be filing by tomorrow an *ex parte* application requesting the Court set dates for further briefing on your motion to dismiss (CR 964) after the Sept. 19 sentencing hearing, as the matters at issue in the motion may become moot. The government will propose Oct. 10, 2022, as the due date for the government's opposition, Oct. 24 as the due date for your optional reply, and Oct. 31 as the date for the hearing. Please advise us by no later than noon tomorrow whether you oppose this application.

**Ranee A. Katzenstein | Assistant United States Attorney**
**Chief, Major Frauds Section**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1100 | 312 N. Spring St. | Los Angeles, California 90012
Office:               Mobile:

 **Courtney Cummings** — 2:01 PM
Re: Email for Mr. Avenatti
To: Katzenstein, Ranee (USACAC),   Cc: emma hernandez,   Dean Steward,   Sagel, Brett (USACAC)

Details

Good Afternoon,

Mr. Avenatti asked that I pass along the following message:

Mr. Avenatti has no opposition to the government's proposed briefing schedule, however he anticipates filing a request to adjust the briefing schedule and the hearing on his sentencing next week. He tentatively anticipates requesting that the sentencing be moved to a date between October 25 and October 27. Therefore, it may make more sense for the government to wait until after the Court rules on the defendant's request for a continuance to make its *ex parte*. Alternatively, the government's *ex parte* could simply request that the briefing schedule and hearing be set for a date following the sentencing hearing (which Mr. Avenatti does not oppose).

Thank you,

Courtney Cummings Cefali

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on July 1, 2022, service of the:

DEFENDANT'S RESPONSE TO THE GOVERNMENT'S *EX PARTE*

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2022

/s/ H. Dean Steward
H. Dean Steward

4