Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994
Email: DeanSteward7777@gmail.com

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　　Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SENTENCING HEARING AND ASSOCIATED DEADLINES |

　　　Good causing having been shown, Defendant's *Ex Parte* Application for an Order Continuing Sentencing Hearing and Associated Deadlines is granted. The amended briefing schedule and sentencing hearing is as follows:

1. The sentencing on Counts 5, 8, 9, 10, and 19 is scheduled for October 26, 2022 at 9:00 a.m.

2. The presentence report ("PSR") shall be prepared and disclosed to the parties no later than 6 weeks prior to the date set for sentencing on or before September 14, 2022.

3. Each party shall file either (a) its initial sentencing pleading, containing its objections to the PSR (if any) together with its position regarding sentencing; or

(b) a notice that the party has no objections to the PSR and has elected not to file a position regarding sentencing on or before October 5, 2022.

4. Each party shall file, no later than 1 week after the date of filing the initial sentencing pleadings, either: (a) its response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the PSR (if any) together with its responses to the other party's position regarding sentencing; or (b) a notice that the party has elected not to file a response.

5. Not later than 1 week after filing of parties responses to the initial sentencing pleadings, the U. S. Probation Office shall prepare and provide to the parties and the court the final PSR together with an addendum addressing any objections to the PSR and the parties' sentencing positions.

It is so Ordered.

Dated: July _____, 2022

_____

THE HONORABLE JAMES V. SELNA
United States District Judge

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California.

I am not a party to the above-entitled action. I have caused, on July 7, 2022 service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SENTENCING HEARING AND ASSOCIATED DEADLINES

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2022

/s/ H. Dean Steward
H. Dean Steward

3