# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | August 18, 2022 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | X | | Dean Steward, Advisory Counsel | NOT | | X |

**Proceedings:** [IN CHAMBERS] Minute Order re Clarification of Sentencing Briefs

At the change of plea hearing on June 16, 2022, the Court ordered sentencing briefs not to exceed 50 pages. The Court clarifies that order as follows:

Opening sentencing briefs shall not exceed 50 pages.

Replies to sentencing briefs shall not exceed 15 pages.

.

| | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |