Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL JOHN AVENATTI,<br><br>   Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SENTENCING HEARING AND ASSOCIATED DEADLINES |

   Defendant MICHAEL JOHN AVENATTI ("Mr. Avenatti"), by and through his advisory counsel of record, H. Dean Steward, hereby files this *Ex Parte* Application for an Order Continuing the Sentencing Hearing and Associated Deadlines.

   Dated: September 1, 2022           Respectfully submitted,

                                      /s/ Michael John Avenatti
                                      MICHAEL JOHN AVENATTI

1

## DECLARATION OF MICHAEL J. AVENATTI

1. I am the defendant in this case and appearing *pro se*. I make this declaration in support of Defendant's *Ex Parte* Application for an Order Continuing Sentencing Hearing and Associated Deadlines.

2. On June 16, 2022, Defendant pled guilty to Counts 5, 8, 9, 10, and 19 of the Indictment. [Dkt. 955]. The Court scheduled the sentencing on these counts for September 19, 2022. [*Id.*]. The Court ordered that the presentence report ("PSR") shall be prepared and disclosed to the parties no later than six (6) weeks prior to the date of sentencing. [*Id.*]. Each party was ordered to file either (a) its initial sentencing pleading, containing its objections to the PSR (if any) together with its position regarding sentencing; or (b) a notice that the party has no objections to the PSR and has elected not to file a position regarding sentencing no later than three (3) weeks after disclosure of the PSR. [*Id.*]. Further, the Court ordered that each party shall file, no later than one (1) week after the date of filing the initial sentencing pleadings, either (a) its response to the other party's pleadings; or (b) notice that the party has elected to not file a response. [*Id.*]. Finally, no later than one (1) week after the filing of the parties' responses to the initial sentencing pleadings, the U.S. Probation Officer shall prepare and provide to the parties and the Court the final PSR with an addendum addressing any objections to the PSR and the parties' sentencing positions. [*Id*].

3. The Court ordered that "any request for a continuance shall be submitted on or before the parties' initial position papers are due . . . Any proposed order for continuance shall state the specific continued date on which initial papers are due, which shall reflect the same interval of time between the date initial positions were original due and the original date of sentencing." [955 (emphasis from original omitted)].

4. On July 7, 2022, defendant filed an *ex parte* application requesting that the sentencing be continued. [Dkt. 969]. The government filed an opposition on July 11, 2022. [Dkt. 971]. On July 12, 2022, the sentencing was continued until October 3, 2022 at 9:00 a.m. and the associated deadlines were continued as well. [Dkt. 972].

2

5. The Probation Office issued the PSR and a corresponding letter to the Court on August 22, 2022. Currently, the initial sentencing positions are due on September 12, 2022. The parties' objections to the corresponding sentencing positions are to be filed one (1) week later.

6. Defendant is presently incarcerated at FCI Terminal Island in Unit "D". On the evening of Wednesday, July 27, 2022, another prisoner in defendant's unit tested positive for Covid-19 prompting the Warden of Terminal Island to lockdown and quarantine the entire unit. Additional testing over the weeks that followed showed a positive rate of over twenty percent (20%); approximately 28-30 prisoners out of 120 have tested positive. This has resulted in defendant's unit and defendant remaining in lockdown and quarantine since July 27, 2022 (over five weeks). During this period, defendant has been allowed out of his unit approximately five hours per week for limited fresh air.

7. As a result of this quarantine, defendant has not had any ability to have any visits, including legal visits, nor has he had any access to the law library or any other legal materials. Further, phone calls, including legal calls, have been significantly limited as has defendant's access to email. In addition, regular mail and legal mail delivery has been delayed during this time period.[1] It has been impossible for defendant to adequately prepare for his sentencing and the briefing required under these circumstances. The lockdown is expected to be lifted on or about September 8, 2022, at which time defendant will have lost six weeks of preparation time.

8. It is clear from the language of Federal Rule of Criminal Procedure 32 that a criminal defendant must be allowed sufficient time to prepare for sentencing. This is especially true where, as here, Defendant has not been provided adequate time nor access to resources to prepare for his sentencing due to a Covid-19 outbreak in his prison unit and subsequent lockdown/quarantine, something over which he has no control or ability to mitigate. Defendant proposes that the sentencing hearing be continued twenty eight days

---

[1] For instance, defendant first received the Letter to the Court and the PSR from Probation on Monday, August 29, 2022.

to October 31, 2022. According to the Court's prior Order and the associated time intervals, the parties initial sentencing positions would be due three weeks prior to the sentencing hearing, October 10, 2022. Defendant asks that instead of one week, the parties be permitted to submit their responsive position to the opposing party's pleadings by October 24, 2022, which is two weeks following the initial positions. Finally, no later than one week after filing of parties' responses to the initial sentencing pleadings, the U.S. Probation Officer would prepare and provide to the parties and the Court the final PSR with an addendum addressing any objections to the PSR and the parties' sentencing positions.

9. On August 31, 2022, a representative for defendant contacted the government to obtain its position on the instant request. The government responded with the following position: "The government opposes any further continuance of the sentencing hearing.  Defendant already asked for essentially the same continuance he now requests (CR 969) and the Court denied it (CR 972) in favor of a two-week continuance to the current October 3, 2022, sentencing date. The government opposes any further continuance because the schedule set by the Court provides ample time for the parties to proceed with sentencing on October 3, 2022, and the victims oppose any further delay."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Dated:  September 1, 2022

                        /s/ Michael John Avenatti
                         MICHAEL JOHN AVENATTI

# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on September 1, 2022 service of the:

DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SENTENCING HEARING AND ASSOCIATED DEADLINES

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2022

/s/ H. Dean Steward
H. Dean Steward

5