ORIGINAL

Andrew D. Stolper (SBN 205462)
astolper@lawfss.com
FRANK SIMS STOLPER, LLP
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone:   (949) 201-2400
Facsimile:   (949) 201-2405

Attorneys for Claimant,
 JASON FRANK LAW, PLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY           DTA         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | Case No.  8:19-CR-00061-JVS<br><br>**CLAIMANT JASON FRANK LAW, PLC'S CLAIM FORM PURSUANT TO 21 U.S.C. § 853(n)** |

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION |
|---|
| **Claimant/Contact Name**: (Last, First) Frank, Jason |

| **Business/Institution Name**: (if applicable) Jason Frank Law, PLC | **Prisoner ID**: (if applicable) |
|---|---|

**Address**: (Include Street, City, State, and Zip Code)
c/o Frank Sims & Stolper LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612

**Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)
46-3223813

**Please provide an explanation why you do not have a Social Security Number, if above is N/A:**

| **Phone**: (optional) 949-201-2400 | **Email**: (optional) jfrank@lawfss.com |
|---|---|

| ATTORNEY INFORMATION (if applicable) |
|---|
| **Attorney Name**: (Last, First) Stolper, Andrew |
| **Attorney Title**: |
| **Firm Name**: (if applicable) Frank Sims & Stolper LLP |

**Attorney Address**: (Include Street, City, State, and Zip Code)
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612

| **Are you an attorney filing this claim on behalf of your client?**  ☒YES  ☐ NO |
|---|

| **Attorney Phone**: (optional) 949-201-2400 | **Attorney Email**: (optional) astolper@lawfss.com |
|---|---|

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
|  |  | Honda Aircraft, registration number N227WP, aircraft serial number 42000029, together with its tools and appurtenances, including any and all logbooks (hard copy and/or electronic) documenting engine and airframe maintenance, flights, numbers of hours flown, number of landings, and types and frequency of instrument approaches made by the aircraft. |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | Honda Aircraft, registration number N227WP, aircraft serial number 42000029, together with its tools and appurtenances, including any and all logbooks (hard copy and/or electronic) documenting engine and airframe maintenance, flights, numbers of hours flown, number of landings, and types and frequency of instrument approaches made by the aircraft. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

Claimant Jason Frank Law, PLC ("Claimant") is a California Professional Law Corporation.

Claimant is hereby claiming an interest in the defendant property in the above-referenced matter. The defendant property is one Honda aircraft, registration number N227WP, aircraft serial number 42000029, together with its tools and appurtenances, including any and all logbooks (hard copy and/or electronic) documenting engine and airframe maintenance, flights, numbers of hours flown, number of landings, and types and frequency of instrument approaches made by the aircraft (the "Honda Aircraft").

The Honda Aircraft was purchased with funds from Michael Avenatti ("Avenatti") and his law firm, Eagan Avenatti, LLP ("EA").

Claimant has secured liens on all property belonging to Avenatti and EA, which includes property purchased with Avenatti and EA funds. Further, on information and belief, a portion of the funds used to purchase the Honda Aircraft was from money belonging to and/or owed to Claimant.

On August 9, 2022, in <u>United States v. Michael John Avenatti</u>, Criminal No. 8:19-cr-00061-JVS, the Honorable James V. Selna, United States District Judge for the Central District of California entered an Order condemning and forfeiting to the United States of America the Honda Aircraft.

Facts supporting Claimaint's interest in the Honda Aircraft is more fully described in Claimant Jason Frank Law, PLC's Verified Claim filed in the United States District Court, Central District of California in the action <u>United States of America v. One Honda Aircraft</u>, Case No. 8:19-cv-01988-JVS-KES, attached hereto as Exhibit 1.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Attached as Exhibit 1 is a true and correct copy of Claimant Jason Frank Law, PLC's Verified Claim filed in the United States District Court, Central District of California in the action <u>United States of America v. One Honda Aircraft</u>, Case No. 8:19-cv-01988-JVS-KES.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**   ☐ YES      ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

By Fax

_____
Signature

Jason M. Frank
Printed Name

9/12/2022
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

# Exhibit 1

Andrew D. Stolper, State Bar No. 205462
Scott H. Sims, State Bar No. 234148
FRANK SIMS & STOLPER LLP
19800 MacArthur Boulevard, Suite 855
Irvine, California 92612,
Telephone:   (949) 201-2400
Facsimile:   (949) 201-2401
astolper@lawfss.com
ssims@lawfss.com

Attorneys for Judgment Creditor
JASON FRANK LAW, PLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br>v.<br><br>ONE HONDA AIRCRAFT,<br><br>                                 Defendant. | Case No.  8:19-CV-01988-JVS-KES<br><br>**CLAIMANT JASON FRANK LAW, PLC'S VERIFIED CLAIM** |
| --- | --- |

**VERIFIED CLAIM OF JASON FRANK LAW, PLC**

1.     Claimant Jason Frank Law, PLC ("Claimant") is a California Professional Law Corporation.

2.     Claimant is hereby claiming an interest in the defendant property in the above-referenced matter.  The defendant property is one Honda aircraft, registration number N227WP, aircraft serial number 42000029, together with its tools and appurtenances, including any and all logbooks (hard copy and/or electronic) documenting engine and airframe maintenance, flights, numbers of hours flown, number of landings, and types and frequency of instrument approaches made by the aircraft as described in Paragraph 5 of the Complaint (the "Defendant Aircraft").

3.     The Defendant Aircraft was purchased with funds from Michael Avenatti ("Avenatti") and his law firm, Eagan Avenatti, LLP ("EA").

4.     Claimant has secured liens on all property belonging to Avenatti and EA, which includes property purchased with Avenatti and EA funds.

5.     Further, on information and belief, a portion of the funds used to purchase the Defendant Aircraft was from money belonging to and/or owed to Claimant.

**FACTS SUPPORT CLAIM**

6.     Claimant and its owner, Jason Frank ("Frank"), were parties to an Independent Contractor Agreement with EA from November 1, 2013 through May 20, 2016.  Pursuant to the agreement, Claimant was owed compensation for Frank's services as an attorney at EA during that period.  EA failed to make the required payments and used a portion of those funds to purchase the Defendant Aircraft.

7.     On May 22, 2018, Claimant obtained a judgment against EA in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, in the amount of $10 million ($10,000,000.00) plus post-judgment interest and reasonable attorney fees and costs incurred in collecting the judgment (the "Federal Judgment").  (Case No. 8:17-bk-11961-CB, Doc. 445 attached as **Exhibit A.**)  A judgment lien in the amount of $10,008,465.75 against EA's assets was entered by the California Secretary

1  of State on June 7, 2018.  (*Id.*, Doc 491-1, Ex. 2 attached as **Exhibit B**.)  Claimant

2  obtained a further lien on EA's property through the service of an Order to Appear for

3  Examination entered on June 22, 2018.  (*Id.*, Doc. 477 attached as **Exhibit C**.)  Based

4  on a search of prior liens, it is Claimant's understanding that its secured liens have

5  priority over all other liens and claims against EA and its property, with the possible

6  exception of approximately $200,000.00 in liens still held by the United States Internal

7  Revenue Service (the "IRS").

8      8.    On November 20, 2018, Claimant obtained a judgment against Avenatti in

9  the Superior Court for the State of California, County of Los Angeles, Case No.

10  BC706555, in the amount of $5,054,287.75 (the "California Judgment").  (**Exhibit D.**)

11  A judgment lien on Avenatti's property in the amount of the judgment was entered by

12  the California Secretary of State on December 6, 2018.  (**Exhibit E.**)

13      9.    According to the Complaint in this action, on or about April 10, 2019, the

14  Defendant Aircraft was seized by Plaintiff pursuant to a federal seizure warrant.  This

15  seizure occurred *after* Claimant obtained secured liens on EA and Avenatti's property,

16  including all property purchased with EA and/or Avenatti funds.

17      10.   In connection with post-judgment collection efforts, Claimant has

18  reviewed bank records and other documents relating to Avenatti's purchase of the

19  Defendant Aircraft.   These documents were produced pursuant to third-party

20  subpoenas.  Based on this review, Claimant has determined the following:

21          a.    The total cost of the Defendant Aircraft was at least $4,383,605.00.

22          b.    On or about October 11, 2006, Avenatti paid initial deposits totaling

23  $150,000.00 to Honda Aircraft Company ("Honda").  These deposits were ultimately

24  applied toward the purchase of the Defendant Aircraft.  Avenatti made these deposits

25  through his personal corporation, Avenatti & Associates, APC ("A&A"), which is the

26  alter ego of Avenatti.[1]

27  ─────────────────────

28  [1] At all times, A&A has been the alter ego of Avenatti.  Avenatti has routinely used A&A to pay for his personal expenses and has not treated A&A as a separate corporation.  There is a unity of interest

Continued on the next page

c.      On or about June 2, 2014, Avenatti caused his law firm, EA, to wire $525,000.00 to Honda to be applied toward to purchase of the Defendant Aircraft. The wire was sent from EA's operating account at California Bank & Trust ("CBT") with an account number ending in 8461. The source of the money was a $23.5 million attorney fee award that was paid to EA as part of a Court approved class action settlement. Claimant was entitled to at least 10% of the fees from that settlement pursuant to its Independent Contractor Agreement with EA, but that payment was not made to Claimant and was instead improperly used for the purchase of the Defendant Property.

d.      On or about January 20, 2017, Avenatti caused EA to wire an additional $138,800.00 to Honda to be applied toward the purchase of the Defendant Aircraft. The money was wired from EA's business checking account at CBT with an account number ending in 2851.

e.      Between January 20, 2017 and January 26, 2017, Avenatti caused EA to transfer the following amounts to A&A from EA's checking account (CBT 2851): $1,259,000.00 and $130,000.00 on January 20, 2017, and $250,000.00 on January 26, 2017. Then, on January 26, 2017, Avenatti wired $858,605.00 from A&A to Honda to be applied toward the purchase of the Defendant Aircraft. The money was wired from a A&A checking account at CBT with an account number ending in 0661.

f.      On or about January 25, 2017, EA received a wire in the amount of $2.75 million from an individual identified as "Individual 1" in Plaintiff's Complaint in this action. (Compl., ¶ 12.) The money was deposited into a "client trust account" at CBT with an account number ending in 8671. Although opened as a "client trust account," a review of the CBT 8671 bank records reveals that Avenatti commingled EA's money in the account with client funds and Avenatti paid personal expenses out

Continued from the previous page
and ownership such that an unjust result would occur if A&A was treated as a separate entity from Avenatti.

of that account.  Claimant was not aware of this until it reviewed EA's bank records in post-judgment proceedings.

   g. According to the Complaint in this action, the $2.75 million payment was made pursuant to a settlement of claims asserted by a client of EA identified in the Complaint as "Client 2."  The Complaint further indicates that "Individual 1" agreed to pay "Client 2" a total of $3 million as part of the settlement.  (*Id.*)  The Complaint acknowledges that at least $1 million of this settlement payment was legitimately owed to EA as attorney fees under a contingency fee agreement which provided EA would receive 33% of the recovery, plus additional reimbursement for costs and expenses.  (*Id.*)

   h. On or about January 26, 2017, Avenatti caused EA to wire $2.5 million to the X-Law Group.  This money was wired from the CBT 8671 account.  That same day, the X-Law Group wired $2.5 million to Honda to be applied toward the purchase of the Defendant Aircraft.

   i. On or about June 28, 2018, Avenatti wired $10,000.32 to Honda from an account he set up in the name of "Michael J. Avenatti, Esq." at City National Bank (CNB 3512) to be applied toward the purchase of the Defendant Aircraft.

  11. According to the Complaint, Avenatti caused EA to pay at least $194,000.00 to Client 2 from the settlement.

  12. Plaintiff alleges that Client 2's funds were used to purchase the Defendant Aircraft.  However, based on the allegations in the Complaint and the evidence cited above, Client 2 was owed no more than $1.75 million from the $2.75 million payment made by Individual 1 (after deducting the $1 million contingency fee owed to EA).  And, Client 2 received at least $194,000.00 of this $2.75 million payment.  The remainder of the $4,383,605.00 cost of the Defendant Aircraft was purchased using funds from EA and Avenatti.

13.     Claimant has a secured lien on all EA and Avenatti property that predates the seizure of the Defendant Aircraft.   Claimant is an "innocent owner" of these interests.

14.     Accordingly, the Defendant Aircraft and any proceeds from the sale of the Defendant Aircraft must be allocated in accordance with priority lien rights of EA and Avenatti's creditors.

15.     Claimant reserves any and all rights to supplement this claim.


Dated:  December 18, 2019                              FRANK SIMS & STOLPER LLP


                                                       By:  /s/ Andrew D. Stolper
                                                            Andrew D. Stolper
                                                            Scott H. Sims
                                                            Attorneys for Judgment Creditor
                                                            Jason Frank Law, PLC

1

## **VERIFICATION**

2

3    I, Jason M. Frank, am the owner and president of Claimant Jason Frank Law,

4   PLC ("Claimant").  I am authorized to make this verification on behalf of Claimant.  I

5   have read the foregoing and can verify that the information in this document is accurate

6   based on my personal knowledge or, where specified, based on my information and

7   belief and/or a review of third-party documents and bank records.

8    I declare under penalty of perjury under the laws of the United States of America

9   that the foregoing is true and correct.

10    Executed on December 18, 2019 in Irvine, California

11

12                                     Jason M. Frank

13                                     President of Jason Frank Law, PLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIMANT JASON FRANK LAW, PLC'S VERIFIED CLAIM

# Exhibit A

1  Sara L. Chenetz, SBN 206936
   SChenetz@perkinscoie.com
2  Amir Gamliel, SBN 268121
   AGamliel@perkinscoie.com
3  Perkins Coie LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Tel: 310-788-9900
5  Fax: 310-788-3399

6  Attorneys for Jason Frank Law, PLC

```
FILED & ENTERED

      MAY 22 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK
```

7

8                UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 In re                              Case No.  8:17-bk-11961-CB

12 EAGAN AVENATTI, LLP,               Chapter 11

13              Debtor.               **FINAL JUDGMENT AGAINST EAGAN
                                      AVENATTI, LLP AND IN FAVOR OF**
14                                    **JASON FRANK LAW, PLC, IN THE
                                      AMOUNT OF TEN MILLION DOLLARS**
15                                    **AND NO CENTS**

16

17

18        This Court, having entered its Order Granting Motion for Entry of Judgment Against Eagan

19 Avenatti, LLP, and in Favor of Jason Frank Law, PLC in the Amount of Ten Million Dollars and No

20 Cents, on May 22, 2018 as Docket #444,

21        //

22        //

23        //

24

25

26

27

28

                                      -1-

IT IS ORDERED:

(1)     Judgment is issued and entered in the amount of TEN MILLION DOLLARS AND NO

        CENTS in favor of Jason Frank Law, PLC, and against Eagan Avenatti, LLP.

(2)     This Judgment is final and not appealable pursuant to Section 3.6 of the Settlement

        Agreement.

(3)     In accordance with Section 23 of the Settlement Agreement, Jason Frank Law, PLC

        shall be entitled to recover reasonable attorneys' fees and costs incurred in collecting

        any and all sums due from Eagan Avenatti, LLP pursuant to the entered judgment.


                                          ###


Date: May 22, 2018

                                          Catherine Bauer
                                          United States Bankruptcy Judge

-2-

# Exhibit B

Case 8:19-cr-00061-JVS   Document 984   Filed 09/13/22   Page 18 of 31   Page ID #:23052
Case 8:17-bk-01961-CB-KBc 901-1 Filed 07/06/18   Entered 07/06/18 16:08:30   Desc
Exhibit 1-5 to the Declaration of Jason M. Frank    Page 9 of 52

## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)
Jeffrey A. Clark, SBN 70546, (310) 815-9440

B. SEND ACKNOWLEDGMENT TO:  (NAME AND ADDRESS)

Jeffrey A. Clark & Associates, A.P.L.C.
2999 Overland Avenue, Suite 127
Los Angeles, CA 90064-4257

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b.  Do not  abbreviate or combine names.

1a. ORGANIZATION'S NAME
Eagan Avenatti, LLP

| 1b. INDIVIDUAL'S  LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 520 Newport Center Drive, Ste. 1400 | Newport Beach | CA | 92660 | US |

**2. JUDGMENT CREDITOR'S  NAME**– Do not abbreviate or combine names.

2a.  ORGANIZATION'S NAME
Jason Frank Law, PLC

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 19800 McArthur Blvd., Suite 855 | Irvine | CA | 92612 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A.  Title of court where judgment was entered: United States Bankruptcy Court, Central District

of California

B.  Title of the action: In re: Eagan Avenatti, LLP

C.  Number of this action: 8:17-bk-11961-CB

D.  Date judgment was entered: May 22, 2018

E.  Date of subsequent renewals of judgment (if any): _____

F.  Amount required to satisfy judgment at date of this notice: $ 10,008,465.75

G.  Date of this notice: June ___, 2018

**4.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE – SEE INSTRUCTION NO. 4

Dated: June ___, 2018
(If not indicated, use same as date in item 3G.)

FOR: Jeffrey A. Clark & Assoc, Atty. for Jason Frank Law, PLC

FILING OFFICE COPY                    NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

Exhibit C

**FILED**

Name, Address, and Phone Number of Attorney(s):

Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
(310) 207-1494

JUN 21 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

**ENTERED**

JUN 2 2 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re EAGAN AVENATTI, LLP,

Debtor

LODGED
JUN 2 0 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

CASE NUMBER

8:17-bk-11961-CB

ORDER TO APPEAR FOR EXAMINATION
OF ☒ JUDGMENT DEBTOR or ☐ THIRD PERSON
RE:
☒ ENFORCEMENT OF JUDGMENT
☐ ATTACHMENT (Third Person)

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application be ☒ **GRANTED** ☐ **DENIED.**

TO: ___Michael Avenatti_____
    *(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Catherine Bauer, to:

☒    furnish information to aid in enforcement of a money judgment against the judgment debtor.

☐    answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.

☐    answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

☐    furnish information to aid in enforcement of a money judgment against the judgment debtor.

☐    furnish information to aid in enforcement of a right to attach order against the defendant.

| Date of appearance: JULY 25, 2018 | Courtroom: 5D | Time: 10:00 AM |
| --- | --- | --- |
| a.m./p.m. | | |

| **Location of Appearance:** | ☐ Roybal Courthouse, 255 E. Temple Street, Los Angeles, CA |
| --- | --- |
| | ☒ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA |
| | ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |

This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
*(Name of Appointed Process Server)*

Date: ___6/21/18___

**ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION**
(Enforcement of Judgment/Attachment)    Page 1 of 2

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT - CALIFORNIA C.C.P. SECTION 708.120)

(1) NOTICE TO PERSON SERVED:   If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR:   The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows (*Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.*):

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT - CALIFORNIA C.C.P. SECTION 491.110)

NOTICE TO PERSON SERVED:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined:  officers, directors, managing agents, or other persons who are familiar with your property and debts.

Exhibit D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
Superior Court of California
County of Los Angeles

NOV 20 2018

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Daisy G. Vallin

Received

OCT 3 1 2018

Default Section

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

JASON FRANK LAW PLC, a professional
law corporation,

        Plaintiff,

    vs.

MICHAEL J. AVENATTI, an individual

        Defendant.

Case No. BC706555
The Hon. Dennis J. Landin, Dept. 51

[PROPOSED] **JUDGMENT**

Trial Date: None Set

1142399.1

[Proposed] Judgment

1  The Motion for Summary Judgment / Adjudication filed by Plaintiff Jason Frank Law, PLC

2  ("JFL") against Defendant Michael Avenatti ("Avenatti") having been granted on October 22, 2018,

3  it is hereby ORDERED and ADJUDGED as follows:

4        1.     JUDGMENT is hereby entered in favor of JFL and against Avenatti in the amount

5  of $ ~~5,054,287.75~~ **5,054,287.75** consisting of a principal amount of $4,850,000 plus

6  prejudgment interest of $ **204,287.75** ($165,753.42 as of October 22, 2018 plus $1,328.77

7  for each day thereafter until judgment is entered).

8        2.     JFL shall have and recover from Avenatti costs in the amount of $_____

9  and attorneys' fees in the amount of $_____, the amounts to be determined as

10  provided in California Rules of Court, rules 3.1700 and 3.1702, and inserted herein by the Clerk.

11

12

13  DATED: _____**NOV 2 0 2018**_____

14                   HON. DENNIS J. LANDIN,
                 Judge of the Superior Court

15  Respectfully submitted,

16  Eric M. George, SBN 166403
    egeorge@bgrfirm.com
17  BROWNE GEORGE ROSS LLP
    2121 Avenue of the Stars, Suite 2800
18  Los Angeles, California 90067
    Attorneys for Jason Frank Law, PLC

19

20

21

22

23

24

25

26

27

28

1142399.1

-2-

[Proposed] Judgment

Exhibit E

**18-7686017175**

**12/06/2018 14:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

75318500002   UCC 1 FILING

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)
Ira Bibbero 310.274.7100

B. SEND ACKNOWLEDGMENT TO (NAME AND ADDRESS)
Ira Bibbero
Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA
90067

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** -Insert only one name, either 1 a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Avenatti | Michael | J | |
| 1C. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 520 Newport Center Drive, Suite 1400 | Newport Beach | CA | 92660 | |

**2. JUDGMENT CREDITOR'S NAME**- Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME

Jason Frank Law PLC, a professional law corporation

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1416 3rd Street | Manhattan Beach | CA | 90266 | |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: Superior Court of the State of California County of Los Angeles, Central District,

   Stanley Mosk Courthouse, Department 51

B. Title of the action: Jason Frank Law PLC v. Michael J. Avenatti

C. Number of this action: BC706555

D. Date judgment was entered: 11/20/2018

E. Date of subsequent renewals of judgment (if any): _____

F. Amount required to satisfy judgment at date of this notice: $ 5,076,443.53

G. Date of this notice: 12/6/2018

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE - SEE INSTRUCTION NO. 4                    Dated: 12/6/18
                                                      (If not indicated, use same as date in Item 3G.)

FOR: Jason Frank Law, PLC

FILING OFFICE COPY

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

American LegalNet, Inc.
www.USCourtForms.com

## JUDGMENT LIEN ADDENDUM
FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR - insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 6c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**7. ADDITIONAL JUDGMENT DEBTOR - insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**8. ADDITIONAL JUDGMENT DEBTOR - insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**9. ADDITIONAL JUDGMENT CREDITOR - insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**10. ADDITIONAL JUDGMENT CREDITOR - insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Boulevard, Suite 855, Irvine, California 92612.

     On December 20, 2019, I served the foregoing documents described as:

**CLAIMANT JASON FRANK LAW, PLC'S VERIFIED CLAIM**

on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

☒    **(BY MAIL)** I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☐    (BY OVERNIGHT MAIL)  I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by Federal Express that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by Federal Express at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☒    **(BY ELECTRONIC MAIL)**  On this date, I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed on the attached service list.

☐    (BY ELECTRONIC SERVICE)  On this date, I caused a copy of said document to be transmitted via electronic mail pursuant to Cal. Rules of Court, Rule 2.251(b), to the e-mail addresses listed above.

☐    (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the person at the addresses listed and providing them to a professional messenger service for service.  *[Declaration of Messenger attached separately.]*

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 20, 2019, at Irvine, California.

                          */s/ Maritza Nowowiejski*
                          Maritza Nowowiejski

1

**PROOF OF SERVICE**

1
2

<u>**United States of America v. One Honda Aircraft**</u>
**United States District Court, Central District of California**
**Case Number: 8:19-cv-01988-JVS-KES**

3

4  NICOLA T. HANNA
   United States Attorney
   BRANDON D. FOX
5  Assistant United States Attorney
   Chief, Criminal Division
6  STEVEN R. WELK
   Assistant United States Attorney
7  Chief, Asset Forfeiture Section
   312 North Spring Street, 14th Floor
8  Los Angeles, CA 90012
   Telephone:   213-894-6166
9  Facsimile:   213-894-0142
   E-Mail:        Steven.Welk@usdoj.gov

*Attorneys for Plaintiffs*
*United States of America*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE**

1          **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF ORANGE

3         I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Boulevard, Suite 855, Irvine, California 92612.

5         On September 13, 2022, I served the foregoing documents described as:

6    **CLAIMANT JASON FRANK LAW, PLC'S CLAIM FORM PURSUANT TO 21 U.S.C. § 853(n)**

8    on the following person(s) in the manner indicated:

         **SEE ATTACHED SERVICE LIST**

10   ☐  (BY MAIL) I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

14   ☒  **(BY OVERNIGHT MAIL)**  I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by Federal Express that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by Federal Express at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

19   ☒  **(BY ELECTRONIC MAIL)**  On this date, I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed on the attached service list.

21   ☐  (BY ELECTRONIC SERVICE)  On this date, I caused a copy of said document to be transmitted via electronic mail pursuant to Cal. Rules of Court, Rule 2.251(b), to the e-mail addresses listed above.

23         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 13, 2022, at Irvine, California.

Maritza Nowowiejski

1

**PROOF OF SERVICE**

1

**United States of America v. Avenatti**
**United States District Court, Central District of California**
**Case Number: 8:19-cr-00061-JVS**

2

3

4  AUSA Dan G. Boyle                              *Attorneys for Plaintiff*
   AUSA Patrick R. Fitzgerald                     *United States of America*
5  U.S. Attorney's Office
   312 N. Spring Street, 14th Floor
6  Los Angeles, CA 90012                          **Overnight Mail & Electronic**
   Telephone:  213-894-2426                       **Mail**
7  Facsimile:  213-894-0142
   E-Mail:     daniel.boyle2@usdoj.gov
8              USACAC.Criminal@usdoj.gov

9  AUSA Brett A. Sagel                            *Attorneys for Plaintiff*
   U.S. Attorney's Office                         *United States of America*
10 411 West Fourth Street, Suite 8000
   Santa Ana, CA 92701
11 Telephone:  714-338-3598                       **Electronic Mail**
   Facsimile:  714-338-3708
12 E-Mail:     brett.sagel@usdoj.gov

13 AUSA Ranee Katzenstein                         *Attorneys for Plaintiff*
   Major Frauds Section                           *United State of America*
14 312 North Spring Street 11th Floor
   Los Angeles, CA 90012-4700
15 Telephone:  213-894-2432                       **Electronic Mail**
   Facsimile:  213-894-0141
16 E-Mail:     ranee.katzenstein@usdoj.gov

17 H. Dean Steward                                *Attorneys for Defendant*
   Law Offices of H. Dean Steward                 *Michael John Avenatti*
18 17 Corporate Plaza, Suite 254
   Newport Beach, CA 92660
19 Telephone:  949-481-4900                       **Electronic Mail**
   Facsimile:  949-706-9994
20 E-Mail:     deansteward7777@gmail.com

21 John P. Reitman                                *Attorneys for Brian Weiss,*
   Jack A. Reitman                                *Receiver*
22 Landau Law LLP
   2338 Manning Avenue
23 Los Angeles, CA 90064                          **Electronic Mail**
   Telephone:  310-557-0050
24 E-Mail:     jreitman@landaufirm.com
               jareitman@landaufirm.com
25

26

27

28

2
**PROOF OF SERVICE**