Name and address:

Andrew D. Stolper (SBN 205462)
astolper@lawfss.com
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
949-201-24044



ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 8:19-CR-00061-JVS |
| MICHAEL JOHN AVENATTI, | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Andrew D. Stolper                      CA Bar Number: 205462

Firm or agency: FRANK SIMS & STOLPER LLP

Address: 19800 MacArthur Blvd., Suite 855, Irvine, CA 92612

Telephone Number: 949-201-2400              Fax Number: 949-201-2405

Email: astolper@lawfss.com

Counsel of record for the following party or parties: Claimaint JASON FRANK LAW, PLC

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

**By Fax**

Date: 9/12/2022

Signature: _____

Name: Andrew D. Stolper

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Boulevard, Suite 855, Irvine, California 92612.

    On September 13, 2022, I served the foregoing documents described as:

**NOTICE OF APPEARANCE OF COUNSEL – ANDREW D. STOLPER FOR CLAIMANT JASON FRANK LAW, PLCS**

on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

☐  **(BY MAIL)** I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☒  **(BY OVERNIGHT MAIL)** I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by Federal Express that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by Federal Express at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☒  **(BY ELECTRONIC MAIL)** On this date, I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed on the attached service list.

☐  **(BY ELECTRONIC SERVICE)** On this date, I caused a copy of said document to be transmitted via electronic mail pursuant to Cal. Rules of Court, Rule 2.251(b), to the e-mail addresses listed above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 13, 2022, at Irvine, California.

                                                */s/ Maritza Nowowiejski*

                                                      Maritza Nowowiejski

**United States of America v. Avenatti**
**United States District Court, Central District of California**
**Case Number: 8:19-cr-00061-JVS**

| | |
|---|---|
| AUSA Dan G. Boyle<br>AUSA Patrick R. Fitzgerald<br>U.S. Attorney's Office<br>312 N. Spring Street, 14th Floor<br>Los Angeles, CA 90012<br>Telephone: 213-894-2426<br>Facsimile: 213-894-0142<br>E-Mail: daniel.boyle2@usdoj.gov<br>USACAC.Criminal@usdoj.gov | *Attorneys for Plaintiff*<br>*United States of America*<br><br>**Overnight Mail & Electronic Mail** |
| AUSA Brett A. Sagel<br>U.S. Attorney's Office<br>411 West Fourth Street, Suite 8000<br>Santa Ana, CA 92701<br>Telephone: 714-338-3598<br>Facsimile: 714-338-3708<br>E-Mail: brett.sagel@usdoj.gov | *Attorneys for Plaintiff*<br>*United States of America*<br><br>**Electronic Mail** |
| AUSA Ranee Katzenstein<br>Major Frauds Section<br>312 North Spring Street 11th Floor<br>Los Angeles, CA 90012-4700<br>Telephone: 213-894-2432<br>Facsimile: 213-894-0141<br>E-Mail: ranee.katzenstein@usdoj.gov | *Attorneys for Plaintiff*<br>*United State of America*<br><br>**Electronic Mail** |
| H. Dean Steward<br>Law Offices of H. Dean Steward<br>17 Corporate Plaza, Suite 254<br>Newport Beach, CA 92660<br>Telephone: 949-481-4900<br>Facsimile: 949-706-9994<br>E-Mail: deansteward7777@gmail.com | *Attorneys for Defendant*<br>*Michael John Avenatti*<br><br>**Electronic Mail** |
| John P. Reitman<br>Jack A. Reitman<br>Landau Law LLP<br>2338 Manning Avenue<br>Los Angeles, CA 90064<br>Telephone: 310-557-0050<br>E-Mail: jreitman@landaufirm.com<br>jareitman@landaufirm.com | *Attorneys for Brian Weiss,*<br>*Receiver*<br><br>**Electronic Mail** |