Name and address:
JOHN REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:19-CR-00061-JVS |
| v. | |
| MICHAEL JOHN AVANATTI | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: John P. Reitman     CA Bar Number: 80579

Firm or agency: Landau Law LLP

Address: 2338 Manning Ave. Los Angeles, Ca 90064

Telephone Number: (310) 557-0050; (310 691-7377     Fax Number: (310) 557-0056

Email: jreitman@landaufirm.com

Counsel of record for the following party or parties: Richard A. Marshack, Trustee of the Chapter 7 Bankruptcy Estate of Eagan Avenatti LLP

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: September 15, 2022        Signature: */s/ John P. Reitman*

Name: John P. Reitman

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is:
**Landau Law LLP, 2338 Manning Avenue, Los Angeles, California 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **<u>Notice of Appearance or Withdrawal of Counsel</u>** will be served or was served in the manner stated below:

**1**. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **September 15, 2022,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On _____, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 12:00 noon on the following business day.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): On **September 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method) facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 12:00 noon on the following business day.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2022 | Hannah Richmond | */s/ Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

## 1. SERVED BY THE COURT VIA NEF (continued):

- **Daniel G. Boyle**
  daniel.boyle2@usdoj.gov,gabriela.arciniega@usdoj.gov,USACAC.Criminal@usdoj.gov,caseview.ecf@usdoj.gov,Tarleen.Khauv@usdoj.gov,Jonathan.Wettstein@usdoj.gov
- **Patrick R Fitzgerald**
  USACAC.Criminal@usdoj.gov,patrick.fitzgerald@usdoj.gov,CaseView.ECF@usdoj.gov
- **Ranee Katzenstein**
  ranee.katzenstein@usdoj.gov,USACAC.Criminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **Jack Andrew Reitman**
  jareitman@landaufirm.com,srichmond@landaufirm.com,jreitman@landaufirm.com,avedrova@landaufirm.com,vrichmond@landaufirm.com
- **John P Reitman**
  jreitman@landaufirm.com,srichmond@landaufirm.com,hrichmond@landaufirm.com,avedrova@landaufirm.com,vrichmond@landaufirm.com
- **Brett A. Sagel**
  brett.sagel@usdoj.gov,USACAC.SACriminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **H. Dean Steward**
  deansteward7777@gmail.com,courtneycummingsesq@outlook.com,workingwitheh@gmail.com,deansteward@fea.net
- **Andrew D. Stolper**
  astolper@lawfss.com,mnowowiejski@lawfss.com,astolper@ecf.courtdrive.com

## 3. SERVED BY EMAIL (continued):

| **Richard A. Marshack** | **Ed Hays** | **Jason Frank** |
| rmarshack@marshackhays.com | EHays@marshackhays.com | jfrank@lawfss.com |

## 3. SERVED BY PERSONAL DELIVERY:

Honorable James V. Selna
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 10C
Santa Ana, CA 92701-4516

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2