JOHN P. REITMAN (State Bar No. 80579)
LANDAU LAW LLP
2338 Manning Ave.
Los Angeles, California 90064
Telephone: (310) 557-0050
            (310) 691-7737
Facsimile: (310) 557-0056
jreitman@landaufirm.com

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:19-cr-00061-JVS |
|---|---|
| Plaintiff, | |
| vs. | **CLAIM OF RICHARD A. MARSHACK, IN HIS CAPACITY AS THE TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF EAGAN AVENATTI LLP (WITH EXHIBITS), AND REQUEST THAT THE COURT ADJUDICATE AND DETERMINE THE VALIDITY OF THAT CLAIM PURSUANT TO 21 U.S.C § 853(n)** |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |
| | [No hearing set] |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Richard A. Marshack (the "Trustee"), the trustee of the chapter 7 bankruptcy estate of Eagan Avenatti LLP (the "EA Estate"), hereby submits his claim on behalf of the EA Estate (the "Claim") with respect to the Court's Forfeiture Order re "One Honda Jet" (the "Honda Jet") in the above-captioned criminal case (the "Criminal Action"). The Trustee hereby requests that the Court set a briefing schedule and hearing on that Claim and adjudicate and determine the validity of that Claim pursuant to 21 U.S.C. § 853(n).

1.     As the Court is aware, on October 18, 2019, the Government commenced the *United States of America v. One Honda Jet,* Case No. SACV 8:19-cv-1988, in the United States District Court for the Central District of California, Western District by filing a Verified Complaint for Forfeiture of the Honda Jet (the "Ancillary Action). The Trustee is identified as a claimant in the Ancillary Action.

2.     On January 16, 2020, the Trustee filed and Answer in the Ancillary Action claiming an interest on behalf of the EA Estate in that aircraft or proceeds from its disposition. For the Court's convenience, **(a)** attached hereto as **Exhibit 1** is a true and correct copy of the Trustee's Answer and **(b)** attached hereto as **Exhibits 2 A-R** is a true and correct copy of the following: **(i)** an analysis (prepared by EA's former receiver (Mr. Brian Weiss) of the movement by Eagan Avenatti LLP ("EA") of money from its bank accounts to purchase the Honda Jet; **(ii)** EA checks and/or bank statements showing those transfers obtained from EA's records in the Trustee's possession (the Trustee does not have a copy of The X-Law Group's records showing its receipt of $2,500,000 from EA and wire transfer of that money to Honda); **(iii)** agreements relating to the Honda Jet between Michael Avenatti (through Avenatti & Associates, a purported entity solely owned and controlled by his solely owned and controlled by him) and an agreement between Mr. Avenatti and Spring Creek Research, LLC for the formation of Passport 420, LLP, which

2

1   documents were obtained in formal discovery in *Richard A. Marshack [Trustee] v.*

2   *Honda Aircraft Company LLC,* Case No. 20-ap-01150-SC, pending in the United

3   States Bankruptcy Court, Central District of California, Santa Ana Division (which

4   action is still pending).

5       **3.**    Contemporaneous with filing and serving this Claim, the Trustee has

6   filed and served this Claim in in the Ancillary Action and has served a Petition for

7   Remediation/Mitigation with respect to the Honda Jet addressed to the United States

8   Attorney General on the Offices of the United States Attorney and the Internal

9   Revenue Service in Los Angeles, California, and all other parties in interest.

10

11   DATED: September 14, 2022           Respectfully Submitted,
                                     Landau Law, LLP

12

13                                        By _John P Reitman_____

14                                        John P. Reitman, Special Litigation Attorneys
                                     for Richard A. Marshack, Trustee of the

15                                        Chapter 7 Bankruptcy Estate of Eagan

16                                        Avenatti LLP.

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBITS TO CLAIM OF RICHARD A. MARSHACK, IN HIS CAPACITY AS THE TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF EAGAN AVENATTI LLP (WITH EXHIBITS), AND REQUEST THAT THE COURT ADJUDICATE AND DETERMINE THE VALIDITY OF THAT CLAIM PURSUANT TO 21 U.S.C § 853(n)

Exhibit 1:  Trustee's Petition for Remission/Mitigation.

Exhibit 2. A: Analysis and support for transfers from Eagan Avenatti to Honda Aircraft for the purchase of the Honda Jet

Exhibit 2.B.  Pages HONDA 000036-37:  Signed Addendum to HondaJet Purchase Agreement dated as of March 5, 2007.

Exhibit 2.C.  Pages HONDA 000071-72:  Signed Amendment No. 1 to HondaJet Purchase Agreement No. 40000022 dated as of January 21, 2014.

Exhibit 2.D.  Page HONDA 000077:  Wells Fargo Bank Wire Transfer Detail Report for Honda Jet as of June 2, 2014, documenting wire transfer of $525,000 from Eagan Avenatti LLP to Honda.

Exhibit 2.E.  Pages HONDA 000083-84:  Signed Amendment No. 2 to HondaJet Purchase Agreement No. 40000022 dated as of June 16, 2014.

Exhibit 2.F.  Pages HONDA 000091-93:  Signed Amendment No. 3 to HondaJet Purchase Agreement No. 40000022 dated as of August 29, 2014.

Exhibit 2.G.  Page HONDA 000099:  Signed Amendment No. 4 to HondaJet Purchase Agreement No. 40000022 dated as of January 13, 2015.

Exhibit 2.H.  Page HONDA 000162: Signed Amendment No. 5 to HondaJet Purchase Agreement No. 40000022 dated as of February 4, 2016.

Exhibit 2.I.  Page HONDA 000208:  Signed Amendment No. 6 to HondaJet Purchase Agreement No. 40000022 dated as of April 28, 2016.

Exhibit 2.J. Page HONDA 000211-12:  Signed Amendment No. 7 to HondaJet Purchase Agreement No. 40000022 dated as of July 13, 2016.

Exhibit 2.K.  Page HONDA 000214: Honda Account Summary dated as of July 28, 2016, showing payments credited to Passport 420.

Exhibit 2.L.  Page HONDA 000219: Honda Notice of Payment Due September 20, 2016, showing payments credited to Passport 420.

Exhibit 2.M.  Pages HONDA 000236-39:  Honda Work Package Invoice to Passport 420 dated December 12, 2016.

Exhibit 2.N.  Pages HONDA 000243-47:  Honda internal emails dated November 2, 2020, confirming Honda's receipt of $138,800 from Eagan Avenatti on January 20, 2017; $858,605 from Avenatti & Associates on January 26, 2017; and $2,500,000 from The X-Law Group on January 26 2017.

Exhibit 2.O.  Pages HONDA 000253-60:  Addendum to HondaJet Purchase Agreement No. 40000316. Signed Delivery Receipt and related documents.

Exhibit 2.P.  Pages HONDA 000261-62:  Agreement and General Release between Honda and Avenatti & Associates effective as of January 27, 2017

Exhibit 2.Q. Page HONDA 000548: Wells Fargo Bank to Honda email dated August 28, 2018, showing $10,000 wire transfer on that date from Michael Avenatti ESQ to Honda.

Exhibit 2.R. Page HONDA 000558: Certificate of Formation of Passport 420.

Exhibit 2.S. Page HONDA 000001-08: Limited Liability Operating Agreement of Passport 420, LLC.

EXHIBIT 1

## PETITION FOR REMISSION/MITIGATION

### Filed by Richard A. Marshack (the "Trustee"), Trustee of the Chapter 7 Bankruptcy Estate (the "EA Estate") of Eagan Avenatti LLP ("EA"), Bankruptcy Case No. 19-13560-SC, Pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division

This Petition is filed with the United States Attorney General though the Offices of the United States Attorney and the Internal Revenue Service in Los Angeles, California.  On October 18, 2019, the Government commenced *United States of America v. One Honda Jet*, Case No. 8:19-CV-1988 JVS-KES, in the United States District Court, Central District of California, Western Division (the "Ancillary Action"), seeking forfeiture of that aircraft.  The Trustee and others claiming an interest in the aircraft (and proceeds from its disposition) also appeared in the Ancillary Action.  Pursuant to 28 U.S.C. § 853(n)(2), contemporaneously with this submission the Trustee is petitioning the District Court for a hearing in the Ancillary Action to adjudicate the validity of his asserted interest in the Forfeited Asset or the proceeds from its disposition.

## SECTION I – CONTACT INFORMATION

| PETITIONER INFORMATION | |
| --- | --- |
| **Petitioner/Contact Name**: (Last, First)<br>Marshack, Richard, Trustee | |
| **Business/Institution Name:** (if applicable) Trustee for the Bankruptcy Estate of Eagan Avenatti LLP; Bankr. Case No: 19-13560-SC; U.S. Bankruptcy Court, C.D. Cal. Santa Ana Div. | **Prisoner ID**: (if applicable)<br>N/A |
| **Address**: (Include Street, City, State, and Zip Code)<br><br>c/o Marshack Hays, LLP, 870 Roosevelt, Irvine, CA 92620 | |
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br>32-02110824 | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | |
| **Phone**: (optional)<br>949 333-7777 | **Email**: (optional)<br>RMarshack@MarshackHays.com |
| ATTORNEY INFORMATION (if applicable) | |
| **Attorney Name**: (Last, First)<br>Reitman, John | |
| **Attorney Title**:<br>Special Litigation Attorney for Richard Marshack, Trustee | |
| **Firm Name**: (if applicable)<br>Landau Law LLP | |
| **Attorney Address**: (Include Street, City, State, and Zip Code)<br>2338 Manning Ave., Los Angeles, CA 90064 | |

|  |
|---|
| **Are you an attorney filing this petition on behalf of your client?   x** YES   ☐ NO |

## SECTION II – ASSET LIST

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 2nd Honda Jet | $425,000.00 | x | x | x |
| 2 | 2nd Honda Jet | $138,800.00 | x | x | x |
| 3 | 2nd Honda Jet | $832,500.00(*) | x | x | x |
| 4 | 2nd Honda Jet | $10,000.00 | x | x | x |
|  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  |  |  |

(*) The total transfer for # 3 above was $2,500,000. The $832,500 represents assets of Eagan Avenatti LLP ("EA").  The remaining $1,667,750 represents funds that belonged to an Eagan Avenatti client. That client filed a proof of claim in the EA bankruptcy case and appeared through her own legal counsel in the Ancillary Action.

Relevant Background

   A.   At all times relevant to this Petition, Michael J. Avenatti ("Avenatti") was the 75% direct or indirect owner and managing partner of EA.

   B.   On or about October 11, 2006, caused "Avenatti & Associates, a California Professional Corporation" ("A&A"), an entity purportedly controlled by Avenatti, to enter Purchase Contract No. 4000022 (the "1st Honda Contract") to purchase from Honda Aircraft Company, LLC ("Honda") a Honda jet aircraft, Model HA-420 (also referred to as Model HJ1), U.S. Registration No. N21671, Airframe Serial No. 42000026 (the "1st Honda Jet").

   C.   On or about July 11, 2016, A&A and Honda signed a second contract (the "2nd Honda Contract") terminating the 1st Honda Contract and transferring the remaining deposit from the 1st Honda Contract No. 4000022 to Purchase Contract No. 42000316 (the "2nd Honda Contract"), to purchase a Honda jet aircraft Model HA-420, U.S. Registration No. N227WP, Airframe Serial No. 42000029 (the "2nd Honda Jet"). The 2nd Honda Jet is the subject of the Government's Ancillary Action.

   D.   On or about July 11, 2016, A&A and Spring Creek Research, LLC ("Spring Creek") entered into a Limited Liability Company Operating Agreement (the "Operating Agreement") for Passport 420, LLC ("Passport 420"), a Delaware limited liability company formed on April 14, 2016, of which they were the sole members.  The Operating Agreement set forth the terms of their proposed indirect ownership interests in the 2nd Honda Jet to be assigned to and their management of Passport 420.

   E.   By an Assignment and General Release of Contract No. 4000021 effective as of January 27, 2017 (the "Assignment Contract"), Honda transferred $425,000 from the 1st Honda Contract to the 2nd Honda Contract and applied the amount owed on the 2nd Honda Jet.  Pursuant to the Operating Agreement, Passport 420 replaced A&A as the new purchaser of the 2nd Honda Jet.

F.    At all times relevant to this Petition, (1) EA was insolvent in that the sum of its debts was greater than the sum of its assets; and (2) EA generally was not paying its debts as they become due other than because of a bona fide dispute.  At all times from and after June 1, 2014, EA owed but had failed to pay or to reserve funds to pay more than $9.8 million that it owed to clients, prior and existing co-counsel, prior and existing members of the firm, and others (collectively, "EA's Creditors").

G.    EA did not receive any quantifiable value, much less reasonably equivalent value in exchange for the above and below transfers that Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit to make to Honda to pay for the 1st Honda Jet or the 2nd Honda Jet acquired by Passport 420.

H.    For the above and other reasons, the Trustee believes that the above and  below identified transfers that Avenatti directly or indirectly caused EA to make to Honda, including proceeds of any disposition of the 2nd Honda Jet purchased with that money, are recoverable as constructive or actual fraudulent transfers, or as the traceable proceeds of Avenatti's breach of fiduciary duties owed to and his fraud perpetrated upon EA and the EA Creditors.  Absent Avenatti's wrongful conduct, which occurred long before the IRS seized the 2nd Honda Jet, the asset would not have existed.

Assets Subject to This Petition

1.    On June 2, 2014, Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit to transfer $525,000 of its money from EA's California Bank & Trust ("CB&T") operating account 8641 to Honda, in partial satisfaction of A&A's obligation to purchase the 1st Honda Jet. By the Assignment Agreement, Honda transferred $425,000 of that sum from the 1st Honda Contract to the 2nd Honda Contract and applied that sum toward the amount owed on the 2nd Honda Jet.

2.    On or about January 20, 2017, Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit to transfer $138,800 of its money from EA's CB&T account 2851 to Honda, in partial payment for and directly traceable to the 2nd Honda Jet.  Accordingly, the EA Estate has an ownership interest in the 2nd Honda Jet to the extent of its money used to purchase that asset.

3.    On or about January 25, 2017, EA received $2,750,000 (the "EA Client Settlement Payment") into EA's CB&T account 8671, an EA attorney client trust account.  EA was entitled to approximately 33 1/3rd % of that amount as a contingency fee pursuant to a written engagement agreement with the client.  The remainder of the EA Client Settlement Payment was owed to the client.  On or about January 26, 2017, Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit caused EA to transfer $2,500,000 of the EA Client Settlement Payment (of which at least $832,500 was EA property) from EA 8671 to an attorney client trust account at Chase Bank ("Chase 7608") in the name of a different law firm ("Law Firm 1") and instructed that firm to transfer those funds to Honda to pay for the 2nd Honda Jet.  On that same date, Law Firm 1 transferred the $2,500,000 from Chase 7608 to Honda to be applied to the purchase of the 2nd Honda Jet which is the subject of the forfeiture.  Law Firm 1's transfer instructions to Honda state that the funds were to be applied toward "Passport 420, LLC, Contract No. 4000316, Serial No. 4200029."

4.   Prior to or on or about on or June 28, 2018, Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit to transfer money that was EA property from its accounts to an Avenatti personal account and Avenatti then transferred $10,000 of that money to Honda to be applied to the purchase of the 2nd Honda Jet.

## SECTION III – VICTIM PETITION

The Trustee is requesting mitigation of this forfeiture because the EA Estate is a victim of the criminal offense underlying the forfeiture of the 2nd Honda Jet and has suffered a pecuniary loss because of that offense as described below:

The money that Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA to directly or indirectly transfer to Honda for his personal benefit as the sole owner of A&A (1) to purchase the 1st Honda Jet ($425,000, which subsequently was used to purchase the 2nd Honda Jet) and (2) to purchase the 2nd Honda Jet (an additional $981,300) that the Trustee seeks to recover, including from proceeds of any disposition of the 2nd Honda Jet purchased with that money, as recoverable by the Trustee as constructive or actual fraudulent transfers, or as the proceeds of Avenatti's breach of fiduciary duties owed to and his fraud perpetrated upon EA and the EA Creditors.  In each instance, the transfers are directly traceable to Honda for the purchase of the 2nd Honda Jet.  Absent Avenatti's wrongful conduct, which occurred long before the IRS seized the 2nd Honda Jet, the asset would not have existed.

The total amount of the EA Estate's lost funds and its claim is: $1,406,300.00

The EA Estate has not recovered any of its above losses.

No documents are included with this Petition. All relevant documents in the Trustee's possession, custody or control will be produced in the pending Ancillary Proceeding.

## SECTION IV – INTEREST IN PROPERTY

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 2nd Honda Jet | Honda jet aircraft Model HA-420, U.S. Registration No. N227WP, Airframe Serial No. 42000029 (i.e., identified in the Ancillary Action as One Honda Jet**)** |
| | |
| | |

Petitioner is the Trustee of and submits this Petition on behalf of and for the benefit of the EA Estate.

The EA Estate has a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder because the money in issue (1) was wrongly diverted by Avenatti from EA to pay his (as the sole owner of A&A) personal obligations to Honda and (2) that money is directly traceable to Honda in payment for the 2nd Honda Jet.

When Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA to make the above identified transfers to Honda in partial payment of (1) A&A's (solely owned and controlled by Avenatti) obligation to pay for the 1st Honda Jet and subsequently applied by Honda to the 2nd Honda Jet and (2) then A&A's and Passport 420's (partially owned by A&A and controlled by Avenatti) respective obligations to pay for the 2nd Honda Jet: (a) EA was not contractually obligated to purchase or make any payments for the purchase of the 1st or 2nd Honda Jet; (b) EA received no quantifiable value, much less reasonably equivalent value in exchange for those transfers; (c) EA's transfers to Honda to enable A&A to purchase the 1st and 2nd Honda Jet and then Passport 420 (partially owned by A&A) to purchase the 2nd Honda Jet were made for Avenatti's personal benefit (as the sole owner of A&A) and with the intent to hinder, delay or defraud EA's Creditors, who at all relevant times were owed but had not been paid more than $9.7 million; and (d) until EA's bankruptcy on September 13, 2019, EA had creditors who had no knowledge of and could not reasonably have learned of EA's transfers to Honda which are the subject of this Petition or of Avenatti's breaches of his fiduciary duties to EA and EA's Creditors.

The Trustee is petitioning for mitigation of the asset (the 2nd Honda Jet) because:

1.  The EA Estate is an innocent and unintentional purchaser of an interest in the Forfeited Asset (the 2nd Honda Jet) by operation of law and equity because EA was insolvent when Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit to divert its assets to make payments to purchase the 1st and 2nd Honda Jet) and EA's Creditors did not know of the conduct giving rise to the forfeiture.

2.  Absent mitigation, EA's Creditors, who have to date received nothing on their claims will be deprived of any return on the $1,406,300.00 that EA owed them but which Avenatti fraudulently and in breach of his fiduciary duties to EA's Creditors caused EA for his personal benefit diverted from EA to pay Honda for his personal benefit (as the sole owner of A&A).  Moreover, the failure to mitigate EA's Creditors' loss will result in a windfall to the Internal Revenue Service (and possibly others asserting claims against the Forfeited Asset) because without EA's payments to purchase the Forfeit Asset (the 2nd Honda Jet) there would have been no such asset against which to seek forfeiture.

No documents are included with this Petition.  All relevant documents in the Trustee's possession, custody or control will be produced in the pending Ancillary Proceeding.

## SECTION V – NET EQUITY WORKSHEET

Not Applicable

## SECTION VI – RECOVERY OF LOSS

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| NONE | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) The Trustee's counsel has reviewed EA's books and records and is not ware of the existence of any insurance policy that might cover this loss. | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |

| | |
|---|---|
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**<br>☐ YES      ☐ NO | **Amount of Compensation**: |

| **OTHER SOURCE(S) OF RECOVERY** (if applicable) | |
|---|---|
| **Source of Recovery 1**: the EA Estate has asserted claims against third parties who received payments from but who were not creditors of EA. The Trustee asserts that those payments were made (1) while EA was insolvent and/or (2) to hinder, delay or defraud EA's Creditors. As such the transfers may be recoverable as constructive or actual avoidable transfers. | **Amount of Recovery**: To date, recoveries have been insufficient to cover the EA Estate's administrative expenses. No funds have been recovered to enable the Trustee to pay victim losses. |
| **Source of Recovery 2**: N/A | **Amount of Recovery**: |

## SECTION VII – DECLARATION AND REPRESENTATION

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

John P. Reitman, Special Litigation attorney for
Richard A. Marshack, Trustee of the Chapter 7
Bankruptcy Estate of Eagan Avenatti LLP

9/15/2022
**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

Richard A. Marshack, Trustee of the Chapter 7
Bankruptcy Estate of Eagan Avenatti LLP

Petition for Remediation/Mitigation
Eagan Avenatti LLP Bankruptcy Estate                    Page 6                    September 13, 2022

EXHIBIT 1
8

**09/15/2022** Date

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

EXHIBIT 2A

Outgoing Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CUSTOMERS BANK | | Einbinder & Dunn LLP | 20180514 | 3876 | 27467.01 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180515 | 2151 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180521 | 4156 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CHASE MANHATTAN BANK | | Examiner The Movie, LLC | 20180521 | 4155 | 25000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180524 | 6997 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Talitha A Barela | 20180525 | 6653 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Talitha A Barela | 20180525 | 12003 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180531 | 3354 | 90000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180611 | 3937 | 3000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180618 | 7616 | 1200000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | LA Girl Friday | 20180620 | 2836 | 12375.24 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Joshua Viner | 20180625 | 4872 | 9122996.92 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Jonathan Viner | 20180625 | 4873 | 6177003.07 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CAPITAL ONE, NA | | Pamela Baez | 20180625 | 8474 | 4000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | THE BOSTON PRIVATE BK. & TR CO | | Raines Feldman LLP | 20180626 | 5635 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3844 | BAKER KEENER & NAHRA LLP | | | 20180626 | 7842 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180627 | 4050 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Talitha A. Barela | 20180627 | 6676 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | WELLS FARGO BANK | | Honda Aircraft Company, LLC | 20180628 | 6306 | 10000.32 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180702 | 6392 | 4000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180703 | 3750 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Kenny Nguyen | 20180703 | 4583 | 7428 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Mareli Miniutti | 20180709 | 2304 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180709 | 10050 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180711 | 1381 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180713 | 5047 | 84000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180713 | 4777 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180720 | 6292 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180726 | 1567 | 8000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180801 | 5340 | 1400 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180810 | 1763 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180815 | 3320 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180905 | 7842 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180914 | 7003 | 1750 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180917 | 4250 | 4375 |

EXHIBIT 2A
10



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account        9257

0043939                    4032-06-0000-CBT-PG0023-00000

PASSPORT 420 LLC
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 9257 | $7,158.38 | |

## BUSINESS ESSENTIALS CHECKING    9257                                                  1C4  6

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 38.68 | 1,995,000.00 | 1,987,880.30 | 0.00 | 7,158.38 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/18 | 1,985,000.00 | WIRE/IN-2017011800004826;ORG PARRISH FAMILY TRUST 5/21/97;OB 1304201184 |
| 01/23 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000005048 2307903682 |

### 19 CHARGES/DEBITS                                       $① 1,984,199.00

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/20 | 1,891,802.50 ① | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000361 2307602103 + CA x2851 |
| 01/20 | 69,400.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003114 2307602115 |
| 01/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004766 2307602123 |
| 01/20 | 10,065.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000873 2307602133 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004248 2307602143 |
| 01/20 | 250.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006778 2307602577 |
| 01/25 | 921.90 | 2443106ORWESMSG94J 6487 AMERICAN AIR0012110870FORT WORTH TX 1206415284 |
| 01/26 | 4.74 | 24736930T03A1S64N 6487 SB AIRPORT GIFT SHOP GOLETA CA 1206415755 |
| 01/26 | 24.56 | 24164070TFF37DZV2 6487 PHILLIP S SEAF12208526CHARLOTTE NC 1206415756 |
| 01/30 | 217.85 | 24391210WHVGEZBPL 6487 HERTZ RENT-A-CAR GREENSBORO NC 1207547946 |
| 01/30 | 608.92 | 24692160W009NL503 6487 MARRIOTT GREENSBORO-HIGREENSBORO NC 1207547947 |
| 01/30 | 49.00 | 24040480V6110SMXA 6461 LAX AIR FORD'S FILLINGLOS ANGELES CA 1207547942 |
| 01/30 | 3.45 | 24316050VFZ7FAKH3 6487 SHELL OIL 57543601801 GREENSBORO NC 1207547943 |
| 01/30 | 263.11 | 24717050W7JCYL6GH 6487 SIGNATURE FLIGHT SUPPOGREENSBORO NC 1207547944 |
| 01/30 | 1,016.28 | 24431050WWLF77J2T 6487 MOUNTAIN VIEW AEROMOTIALAMOSA CO 1207547045 |
| 01/30 | 489.94 | 24717050X4YK1HTA8 6487 SIGNATURE FLIGHT SUPPOSANTA ANA CA 1207516580 |
| 01/31 | 19.65 | 24164070Y20LNYWY8 6487 FEDEXOFFICE 00002006SANTA BARBARA CA 1206715696 |
| 01/31 | 48.90 | 24164070Y20LNZ8GN 6487 FEDEXOFFICE 00002006SANTA BARBARA CA 1206715695 |

### 0 CHECKS PROCESSED

There were no transactions this period.



A division of ZB, N.A. Member FDIC                                        6043939-0000001-0125250



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ____2851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0041495                    4032-06-0000-CBT-PG0023-00022

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ____2851 | -$8,063.90 | |

### BUSINESS ESSENTIALS CHECKING ____2851                                      104  22

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -103,154.76 | 3,128,588.02 | 2,826,498.78 | 206,998.38 | -8,063.90 |

### 26 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/03 | 103,601.89 | RETURN PAYCHEX PAYROLL 6 1703401347 |
| 01/04 | 16,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002376 2306900832 |
| 01/04 | 8,000.00 | DEPOSIT 5353067664 |
| 01/04 | 35,000.00 | DEPOSIT 5353067666 |
| 01/06 | 2,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003621 2306801004 |
| 01/09 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007707 2307203808 |
| 01/09 | 15,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008794 2307203744 |
| 01/09 | 22,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009933 2307205454 |
| 01/09 | 81,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001959 2307205462 |
| 01/10 | 100.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000001795 2307500628 |
| 01/11 | 52,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007395 2307101364 |
| 01/11 | 200,000.00 | WIRE/IN-20170111000044444:ORG CASCADE CAPITAL GROUP, LLC 1304101117 |
| 01/12 | 2,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006977 2307300592 |
| 01/17 | 51,726.71 | RETURN PAYCHEX PAYROLL 6 1703001282 |
| 01/17 | 1,961.42 | DEPOSIT 5353096931 |
| 01/18 | 10,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005270 2306801852 |
| 01/20 | 250.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000006778 2307602576 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004248 2307602142 |
| 01/20 | 10,000.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004786 2307602122 |
| 01/20 | 10,065.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000873 2307602132 |
| 01/20 | 69,400.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000003114 2307602114 |
| 01/20 | 1,891,802.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000361 2307602102 |
| 01/24 | 72,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003310 2307503668 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005375 2306900664 |
| 01/30 | 57,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008290 2307704090 |
| 01/31 | 172,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006469 2307000996 |

A division of ZB, N.A. Member FDIC

0041495-0000001-0117581

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
∗Review account balances ∗Review posted transactions ∗ Pay bills ∗ Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0041495-0000001-0117581



**CALIFORNIA BANK**
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 7
January 31, 2017
EAGAN AVENATTI LLP
2851

## 50 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 01/03 | 14,704.26 | ANTHEM BLUE IO1O CORP P FL00503926 REF # 017003006007512  1107387743 |
| 01/03 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT  1703401232 |
| 01/03 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/04 | 300.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000559  2306900835 |
| 01/04 | 1,692.95 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017004008010232  1106739221 |
| 01/04 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703202287 |
| 01/05 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000870  2306900839 |
| 01/05 | 41,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004534  2306901103 |
| 01/06 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703201647 |
| 01/09 | 103,601.89 | WIRE/OUT-2017010900004297;BNF Paychex of New York;REF 0080 - 1304001164 |
| 01/09 | 166.09 | COX COMM ORG BANKDRAFT REF # 017006010263330  1106608958 |
| 01/09 | 1,957.72 | COX COMM ORG BANKDRAFT REF # 017006010263329  1106608957 |
| 01/09 | 2,010.35 | ACHMA VISB BILL PYMNT REF # 017006010298148  1106609225 |
| 01/09 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1702901271 |
| 01/10 | 324.75 | PAYCHEX EIB INVOICE X69490100011179REF # 017009001111348  1106807337 |
| 01/11 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/11 | 150,000.00 | WIRE/OUT-2017011100004725;BNF The Escrow Connection;REF Escr  1304101159 |
| 01/11 | 50,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008773  2307102597 |
| 01/11 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703201616 |
| 01/12 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703101254 |
| 01/13 | 51,726.71 | PAYCHEX PAYROLL 59670700000806XREF # 017013004278513  1107035442 |
| 01/17 | 9,787.85 | FIRST INSURANCE INSURANCE REF # 017017004866620  1107142661 |
| 01/17 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT  1703001157 |
| 01/17 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/18 | 2,713.78 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017018006491542  1106240919 |
| 01/18 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703402248 |
| 01/20 | 20,531.00 | WIRE/OUT-2017012000004214;BNF Tutton Insurance Services Inc.  1304501335 |
| 01/20 | 20,000.00 | WIRE/OUT-2017012000004215;BNF MTE, INC dba Aero & Marine Tax  1304501337 |
| 01/20 | 51,726.71 | WIRE/OUT-2017012000004246;BNF Paychex of New York;REF 80-008  1304501345 |
| 01/20 | 138,800.00 | WIRE/OUT-2017012000005324;BNF Honda Aircraft Company LLC;OBI  1304501615 |
| 01/20 | 350,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037  2307602135 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009237  2307602569 |
| 01/20 | 130,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000804  2307603333 |
| 01/20 | 1,259,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001631  2307605231 |
| 01/20 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703201380 |
| 01/23 | 257.75 | ANALYSIS SERVICE FEE |
| 01/24 | 51,935.00 | DEBIT MEMO  5353064097 |
| 01/24 | 966.13 | CREDIT CARD ECS PAYMENT REF # 017024009804979  1107133040 |
| 01/24 | 4,033.87 | CREDIT CARD ECS PAYMENT REF # 017024009805686  1107133078 |
| 01/24 | 5,000.00 | CREDIT CARD ECS PAYMENT REF # 017024009805687  1107133079 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000116  2306900667 |
| 01/30 | 55,000.00 | WIRE/OUT-2017013000002178;BNF Baker Keener & Nahra LLP - Cli  1304400422 |
| 01/30 | 198.81 | COX COMM ORG BANKDRAFT REF # 017030002973408  1107447457 |
| 01/30 | 1,970.93 | COX COMM ORG BANKDRAFT REF # 017030002973407  1107447456 |
| 01/31 | 51,726.73 | PAYCHEX PAYROLL 69893300000850XREF # 017031003930853  1106633767 |
| 01/31 | 180.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703201819 |
| 01/31 | 30.00 | REMOTE DEPOSIT SERVICE - 1 |
| 01/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 01/31 | 3.00 | PAPER STATEMENT FEE |
| 01/31 | 7.50 | CURRENCY DEPOSITED FEE |

## 18 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 15557 | 01/09 | 710.00 | 15889 | 01/10 | 40,000.00 | 15896* | 01/31 | 5,970.00 |
| 15871* | 01/12 | 63.00 | 15890 | 01/10 | 12,090.92 | 15897 | 01/30 | 8,720.96 |
| 15881* | 01/11 | 207.00 | 15891 | 01/19 | 10,000.00 | 15898 | 01/30 | 1,912.00 |
| 15885* | 01/11 | 1,900.00 | 15892 | 01/23 | 514.00 | 15900* | 01/30 | 2,664.00 |
| 15886 | 01/05 | 1,900.00 | 15893 | 01/19 | 291.10 | 15901 | 01/30 | 256.00 |
| 15888* | 01/06 | 10,436.34 | 15894 | 01/31 | 2,035.96 | 15902 | 01/30 | 107,327.10 |

\* Not in check sequence

A division of ZB, N.A. Member FDIC

0041493-0000002-0117582

**California Bank & Trust**

Page 4 of 5

## This page intentionally left blank

0036812-0000002-0102761



California Bank & Trust   ACCOUNT # ▮▮0661

This Statement:
January 31, 2017
Page 5 of 5

Ref# 53098923        $3500.00        Ch# 1688

Ref# 53055747        $300.00        Ch# 1689



Ref# 53003548        $3400.00        Ch# 1690

0036812-0000001-0102762

0036812-0000003-0102762

EXHIBIT 2A
17



**CALIFORNIA BANK**
TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account                    8671

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043905                    4052-06-00000-CBT-PG0023-00000

STATE BAR OF CALIFORNIA
EAGAN AVENATTI LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | 8671 | $12.81 | |

## ATTORNEY CLIENT TRUST     8671                                                          220    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.23 | 2,750,012.81 | 2,750,000.23 | 0.00 | 12.81 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/25 | 2,750,000.00 | WIRE/IN-2017012500006396;ORG HASSAN WHITESIDE;OBI WHITESIDE  1304001668 |
| 01/31 | 12.81 | INTEREST PAYMENT  0008593750 |

### 3 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 12/30 | .23 | INTEREST TRANSFER 0100072101 |
| 01/26 | 2,500,000.00 | WIRE/OUT-201701200002965;BNF The X-Law Group P.C.  1303600794 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000005375 2306900665 |

### 0 CHECKS PROCESSED

There were no transactions this period.

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of ZB, N.A. Member FDIC                    0043905-0000001-0125144

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |
| | | *This balance should agree with line 5, above.* | |

*Transfer to Line 9.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-5080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
• Review account balances   • Review posted transactions   • Pay bills   • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043903-0000001-0125144



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
January 31, 2017
STATE BAR OF CALIFORNIA
████8671

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/30 | 0.00 | 01/26 | 0.00 | 01/31 | 12.81 |
| 01/25 | 2,750,000.00 | | | | |

---

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $12.81 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2017 | $12.81 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

Please retain this statement. Interest paid on your account in 2016 was 7.93.

A division of ZB, N.A. Member FDIC

0043905-0000002-0125145

**California Bank & Trust**

This page intentionally left blank

0043905-0000002-0125145



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 31, 2016 through January 31, 2017

Account Number: _____ 7608

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00059885 DRE 703 210 03217 NNNNNNNNNNN  1 000000000 60 0000

THE X-LAW GROUP, PC
IOLTA TRUST ACCOUNT
1910 W SUNSET BLVD STE 450
LOS ANGELES CA 90026-7118

## We changed how we explain ATM Withdrawal Limits

We revised the Deposit Account Agreement to change how we explain ATM withdrawal limits.

Below is the explanation provided in the Deposit Account Agreement for business accounts.

*Your ATM withdrawal limits may be different depending on which type of ATM you use:*

- *When you use a Staffed ATM, the following limitations apply and are separate from all other limits:*

  *Each cardholder can withdraw up to $3,000 each day from all linked accounts of each business. This separate limit does not apply to an Associate card.*

- *When you use an Enhanced ATM, the following limitations apply:*

  *All withdrawals made with any cardholder's ATM, debit or prepaid cards for the same business count toward every card's daily withdrawal limit.*

- *When you use non-Chase ATMs and Chase ATMs that are not Enhanced, you can withdraw up to the card's daily withdrawal limit. Withdrawals using other cards will not count towards that card's daily withdrawal limit.*

You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that changed will be in the Change in Terms section.

If you have questions, please call the number on your statement.



| CHECKING SUMMARY | IOLTA Account | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $24,450.74 |
| Deposits and Additions | | |
| Checks Paid | | |
| Electronic Withdrawals | | |
| Other Withdrawals | 1 | -2.62 |
| Ending Balance | | |
| Interest Paid This Period | | $2.62 |
| Interest Paid Year-to-Date | | $2.62 |

Interest paid in 2016 for account 000000732357608 was $703.95.

Page 1 of 4

EXHIBIT 2A
22



**CHASE**

December 31, 2016 through January 31, 2017

Account Number: ▮▮▮▮▮ 7608

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | | |
| 01/23 | | |
| 01/26 | Fedwire Credit Via: California Bank & Trust/122232109 B/O: State Bar of California Newport Beach CA 92660-7034 92660 Ref: Chase Nyc/Ctr/Bnf=The X-Law Group, PC IOLTA Trust Los Angeles, CA 9002 63262/Ac-000000007323 Rfb=21751607 Imad: 0126L4B74B1C000145 Trn: 3566609026Ff | 2,500,000.00 |
| 01/26 | | |
| 01/31 | | |
| **Total Deposits and Additions** | | |

*Handwritten notes at right:* From BA ① x8671 from whiteside settlement

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 2034 ^ | | 01/09 | $71.40 |
| **Total Checks Paid** | | | **$71.40** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | | |
| 01/24 | | |
| 01/26 | 01/26 Wire Transfer Via: Wells Fargo NA/121000248 A/C: Honda Aircraft Company, LLC Ref: Passport 420, LLC. Contract No. 4000316. Serial No. 42000029/Time/15:5 6 Imad: 0126B1Qgc08C031291 Trn: 4555400026Es | 2,500,000.00 |
| 01/30 | | |
| **Total Electronic Withdrawals** | | |

*Handwritten notes at right:* ① paid to Honda from whiteside settlement

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | | |
| **Total Other Withdrawals** | | **$2.62** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/06 | |
| 01/09 | |
| 01/23 | |

Page 2 of 4



December 31, 2016 through January 31, 2017

Account Number: ████████ 7608

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 01/24 | ████ |
| 01/26 | ████ |
| 01/30 | ████ |
| 01/31 | ████ |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE ◆**

December 31, 2016 through January 31, 2017
Account Number:                7608

This Page Intentionally Left Blank

Page 4 o 4



**CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ▉▉9257

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0043939                    4032-06-0000-CBT-FC0023-00000

PASSPORT 420 LLC
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ▉▉9257 | $7,158.38 | |

## BUSINESS ESSENTIALS CHECKING ▉▉9257                                   104  :0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 36.68 | 1,995,000.00 | 1,987,880.30 | 0.00 | 7,158.38 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/18 | 1,985,000.00 | WIRE/IN-2017011800004826;ORG PARRISH FAMILY TRUST 5/21/97;OB 1304201184 |
| 01/23 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000005048 2307903682 |

### 19 CHARGES/DEBITS

*handwritten:* ∑① 1,984,198.00 ➔ ℒ𝒜 x 285.1

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/20 | 1,891,802.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000361 2307602103 |
| 01/20 | 69,400.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003114 2307602115 |
| 01/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004766 2307602123 |
| 01/20 | 10,065.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000873 2307602133 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004248 2307602143 |
| 01/20 | 250.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006778 2307602577 |
| 01/25 | 921.90 | 2443 1060RWESM/G94J 6487 AMERICAN AIR0012110870FORT WORTH TX 1206415284 |
| 01/26 | 4.74 | 24736930T03A1S64N 6487 SB AIRPORT GIFT SHOP GOLETA CA 1206415755 |
| 01/26 | 24.56 | 24164070TFF37DZV2 6487 PHILLIP S SEAF12208526CHARLOTTE NC 1206415756 |
| 01/30 | 217.85 | 24391210WHVGEZBPL 6487 HERTZ RENT-A-CAR GREENSBORO NC 1207547946 |
| 01/30 | 608.92 | 24692180W009NL503 6487 MARRIOTT GREENSBORO-HIGREENSBORO NC 1207547947 |
| 01/30 | 49.00 | 24040480V9110SMXA 6461 LAX AIR FORD'S FILLINGLOS ANGELES CA 1207547942 |
| 01/30 | 3.45 | 24316050VFZ7FAKH3 6487 SHELL OIL 57543501801 GREENSBORO NC 1207547943 |
| 01/30 | 263.11 | 24717050W7JQYL6GH 6487 SIGNATURE FLIGHT SUPPOGREENSBORO NC 1207547944 |
| 01/30 | 1,016.28 | 24431050WWLF77J2T 6487 MOUNTAIN VIEW AEROMOTIALAMOSA CO 1207547945 |
| 01/30 | 489.94 | 24717050X4YK1HTA8 6487 SIGNATURE FLIGHT SUPPOSANTA ANA CA 1207516580 |
| 01/31 | 19.65 | 24164070Y20LNYWY8 6487 FEDEXOFFICE 00002006SANTA BARBARA CA 1206715696 |
| 01/31 | 48.90 | 24164070Y20LNZ8GN 6487 FEDEXOFFICE 00002006SANTA BARBARA CA 1206715695 |

### 0 CHECKS PROCESSED

There were no transactions this period.

A division of ZB, N.A. Member FDIC   

0043939-0000001-0125250

## An Easy Approach To Balancing Your Account

To reconcile your checkbook balance to your statement balance: Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | **STATEMENT BALANCE** | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

Thank you for banking with California Bank & Trust.
Become an Online Banking Customer for 24-hour account access.
•Review account balances •Review posted transactions • Pay bills • Transfer funds
Sign up today at www.calbanktrust.com or call 888-217-1295.

0043939-0000001-0125250



**CALIFORNIA BANK**
**TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
January 31, 2017
PASSPORT 420 LLC
█████9257

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/18 | 1,985,024.68 | 01/25 | 9,904.78 | 01/30 | 7,226.93 |
| 01/20 | 826.68 | 01/26 | 9,875.48 | 01/31 | 7,158.38 |
| 01/23 | 10,826.68 | | | | |

A division of ZB, N.A. Member FDIC

0043939-0000002-0125251

California Bank & Trust

This page intentionally left blank



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 7
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account████2851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0041495                    4032-06-00004-CBT-FC0023-00022

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ████2851 | -$8,063.90 | |

## BUSINESS ESSENTIALS CHECKING ████2851

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -103,154.76 | 3,128,588.02 | 2,826,498.78 | 206,998.38 | -8,063.90 |

### 26 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/03 | 103,601.89 | RETURN PAYCHEX PAYROLL 6 1703401347 |
| 01/04 | 16,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002376 2306900832 |
| 01/04 | 8,000.00 | DEPOSIT 5353067664 |
| 01/04 | 35,000.00 | DEPOSIT 5353067666 |
| 01/06 | 2,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003621 2306801004 |
| 01/09 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007707 2307203808 |
| 01/09 | 15,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008794 2307203744 |
| 01/09 | 22,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009933 2307205454 |
| 01/09 | 81,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001959 2307205462 |
| 01/10 | 100.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000001795 2307500628 |
| 01/11 | 52,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007395 2307101364 |
| 01/11 | 200,000.00 | WIRE/IN-2017011100004444;ORG CASCADE CAPITAL GROUP, LLC 1304101117 |
| 01/12 | 2,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006977 2307300592 |
| 01/17 | 51,726.71 | RETURN PAYCHEX PAYROLL 6 1703001282 |
| 01/17 | 1,961.42 | DEPOSIT 5353096931 |
| 01/18 | 10,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005270 2306801852 |
| 01/20 | 250.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000006778 2307602576 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004248 2307602142 |
| 01/20 | 10,000.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004766 2307602122 |
| 01/20 | 10,065.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000873 2307602132 |
| 01/20 | 69,400.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000003114 2307602114 |
| 01/20 | 1,891,802.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000361 2307602102 |
| 01/24 | 62,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003310 2307503668 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005375 2306900664 |
| 01/30 | 57,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008290 2307704090 |
| 01/31 | 172,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006469 2307000996 |

*(handwritten annotations):* 104  22

*(handwritten):* 2① 1,984,198.00 From Passport 420

A division of ZB, N.A. Member FDIC

0041495-0000001-0117581

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| **Check Number** | **Check Amount** | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | **STATEMENT BALANCE** | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| **TOTAL:** | | 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signature, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.

2. The dollar amount of the suspected error.

3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265**

0041495-0000001-0117381



**C B** **CALIFORNIA BANK**
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 7
January 31, 2017
EAGAN AVENATTI LLP
████2851

**50 CHARGES/DEBITS**

| Date | Amount | Description |
|------|--------|-------------|
| 01/03 | 14,704.26 | ANTHEM BLUE I01O CORP P FL00503926 REF # 017003006007512 1107387743 |
| 01/03 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1703401232 |
| 01/03 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/04 | 300.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009559 2306900835 |
| 01/04 | 1,692.95 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017004008010232 1106739221 |
| 01/04 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703202287 |
| 01/05 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000870 2306900839 |
| 01/05 | 41,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004534 2306901103 |
| 01/06 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201647 |
| 01/09 | 103,601.89 | WIRE/OUT-2017010900004297;BNF Paychex of New York;REF 0080 - 1304001164 |
| 01/09 | 166.09 | COX CCMM ORG BANKDRAFT REF # 017006010263330 1106508958 |
| 01/09 | 1,957.72 | COX CCMM ORG BANKDRAFT REF # 017006010253329 1106508957 |
| 01/09 | 2,010.35 | ACHMA VISB BILL PYMNT REF # 017006010298148 1106609225 |
| 01/09 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702901271 |
| 01/10 | 324.75 | PAYCHEX EIB INVOICE X6949010001111179REF # 017009001111348 1106807337 |
| 01/11 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/11 | 150,000.00 | WIRE/OUT-2017011100004725;BNF The Escrow Connection;REF Escr 1304101159 |
| 01/11 | 50,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008773 2307102597 |
| 01/11 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201616 |
| 01/12 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703101254 |
| 01/13 | 51,726.71 | PAYCHEX PAYROLL 89670700000806XREF # 017013004278513 1107035442 |
| 01/17 | 9,787.85 | FIRST INSURANCE INSURANCE REF # 017017004866620 1107142661 |
| 01/17 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1703001157 |
| 01/17 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/18 | 2,713.78 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017018006491542 1106240919 |
| 01/18 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703402248 |
| 01/20 | 20,531.00 | WIRE/OUT-2017012000004214;BNF Tutton Insurance Services Inc. 1304501335 |
| 01/20 | 20,000.00 | WIRE/OUT-2017012000004215;BNF MTE, INC dba Aero & Marine Tax 1304501337 |
| 01/20 | 51,726.71 | WIRE/OUT-2017012000004246;BNF Paychex of New York;REF 80-008 1304501345 |
| 01/20 | 138,800.00 | WIRE/OUT-2017012000005324;BNF Honda Aircraft Company LLC;OBI 1304501615 |
| 01/20 | 350,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037 2307602135 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009237 2307602569 |
| 01/20 | 130,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000804 2307603333 |
| 01/20 | 1,259,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001631 2307605231 |
| 01/20 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201380 |
| 01/23 | 257.75 | ANALYSIS SERVICE FEE |
| 01/24 | 51,935.00 | DEBIT MEMO 5353064097 |
| 01/24 | 966.13 | CREDIT CARD ECS PAYMENT REF # 017024009804979 1107133040 |
| 01/24 | 4,033.87 | CREDIT CARD ECS PAYMENT REF # 017024009805686 1107133078 |
| 01/24 | 5,000.00 | CREDIT CARD ECS PAYMENT REF # 017024009805687 1107133079 |
| 01/24 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000116 2306900667 |
| 01/26 | 55,000.00 | WIRE/OUT-201701300002178;BNF Baker Keener & Nahra LLP - Cli 1304400422 |
| 01/30 | 198.81 | COX COMM ORG BANKDRAFT REF # 017030002973408 1107447457 |
| 01/30 | 1,970.93 | COX COMM ORG BANKDRAFT REF # 017030002973407 1107447456 |
| 01/31 | 51,726.73 | PAYCHEX PAYROLL 69893300000850XREF # 017031003930853 1106633767 |
| 01/31 | 180.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201819 |
| 01/31 | 30.00 | REMOTE DEPOSIT SERVICE - 1 |
| 01/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 01/31 | 3.00 | PAPER STATEMENT FEE |
| 01/31 | 7.50 | CURRENCY DEPOSITED FEE |

**18 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 15557 | 01/09 | 710.00 | 15889 | 01/10 | 40,000.00 | 15896* | 01/31 | 5,970.00 |
| 15871* | 01/12 | 63.00 | 15890 | 01/10 | 12,090.92 | 15897 | 01/30 | 8,720.96 |
| 15881* | 01/11 | 207.00 | 15891 | 01/19 | 10,000.00 | 15898 | 01/30 | 1,912.00 |
| 15885* | 01/11 | 1,900.00 | 15892 | 01/23 | 514.00 | 15900* | 01/30 | 2,664.00 |
| 15886 | 01/05 | 1,900.00 | 15893 | 01/19 | 291.10 | 15901 | 01/30 | 256.00 |
| 15888* | 01/06 | 10,436.34 | 15894 | 01/31 | 2,035.96 | 15902 | 01/30 | 107,327.10 |

*Not in check sequence

A division of ZB, N.A. Member FDIC   

0041495-0000002-0117582

Page  4 of 7
January 31, 2017
EAGAN AVENATTI LLP
█████ 851
California Bank & Trust

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $552.00 | $552.00 |
| Total Returned Item Fees | $72.00 | $72.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | -14,299.13 | 01/11 | -2,191.14 | 01/20 | 1,152.84 |
| 01/04 | 43,171.92 | 01/12 | 173.86 | 01/23 | 381.09 |
| 01/05 | -1,728.08 | 01/13 | -51,552.85 | 01/24 | 446.09 |
| 01/06 | -10,200.42 | 01/17 | -7,694.57 | 01/26 | 446.09 |
| 01/09 | 317.53 | 01/18 | 55.65 | 01/30 | -120,603.71 |
| 01/10 | -51,998.14 | 01/19 | -10,235.45 | 01/31 | -8,063.90 |



CALIFORNIA | BANK
TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account          0661

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0036812                    4032-06-0000-CBT-FC0Z3-00003

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

**SUMMARY OF ACCOUNT BALANCE**

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 0661 | $167,623.26 | |

**BUSINESS ESSENTIALS CHECKING** 0661                                                104   3

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,944.54 | 1,684,980.00 | 1,512,101.28 | 7,200.00 | 167,623.26 |

**7 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/04 | 300.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009559 2306900834 |
| 01/05 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000870 2306900838 |
| 01/05 | 41,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004534 2306901102 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009237 2307602568 |
| 01/20 | 130,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000804 2307603332 |
| 01/20 | 1,259,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001631 2307605230 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000116 2306900666 |

*all deposits were from GFA x 2851 which were then used to make the #858,605.00 payment to Honda*

**37 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/03 | 938.32 | 7433129P69Z96GZS2 9306 HOTEL INTERCONTINENTALCORTES HN 1207157164 |
| 01/03 | 314.38 | 2490641PY0ZTN4RMX 9306 FACEBK ZVLY8B65H2 650-6187714 CA 1207139644 |
| 01/03 | 22.61 | 24204290 1FSZ63LV0 9306 Etsy Inc Seller Fees 718-8557955 NY 1207139645 |
| 01/03 | 28.15 | 7438129P69Z96GZS2 9306 FOREIGN TRANS. FEE CORTES HN 1207157165 |
| 01/04 | 533.00 | 244450003EJ0XEXQ5 9306 PUBLIC STORAGE 08504 800-567-0759 CA 1206515156 |
| 01/04 | 299.00 | 244921503JH8800H4 9306 SHOPIFY-CHARGE.COM 888-746-7439 IL 1206515157 |
| 01/04 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703202203 |
| 01/05 | 1,995.47 | 244921504S11BDBGE 9306 PAYPAL *CJ/WHEELER10 402-935-7733 CA 1206715525 |
| 01/05 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201670 |
| 01/06 | 2,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003621 2306801005 |
| 01/09 | 15,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000008794 2307203745 |
| 01/09 | 1,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000007707 2307203809 |
| 01/09 | 22,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000009933 2307205455 |
| 01/10 | 100.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000001795 2307500629 |
| 01/20 | 6,000.00 | WIRE/OUT-2017012000006036;BNF Christine Carlin;REF Carlin 1304501810 |
| 01/20 | 55,294.90 | WIRE/OUT-2017012000006034;BNF HTP Motorsport GmbH 1304501806 |
| 01/20 | 70,000.00 | WIRE/OUT-2017012000006035;BNF Michael & Lisa Avenatti;REF Av 1304501808 |
| 01/23 | 10,000.00 | ONLINE XFER TO DDA PASSPORT 420 ID: 000005048 2307903683 |
| 01/24 | 62,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003310 2307503669 |
| 01/26 | 858,605.00 | WIRE/OUT-2017012600003322;BNF Honda Aircraft Company, LLC;OB 1303600880 |

A division of ZB, N.A. Member FDIC

0036812-0000001-0102760

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |
| *Transfer to Line 9.* | | *This balance should agree with line 5, above.* | |

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights):*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your **Money Reserve** account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0036812-0000001-0102760



C|B CALIFORNIA BANK
TRUST
P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
January 31, 2017
AVENATTI & ASSOC A PROFESSIONAL CORP
▇▇▇661

Continued ...

| Date | Amount | Description |
|---|---|---|
| 01/26 | 145,000.00 | WIRE/OUT-2017012600005003;BNF Baker, Keener & Nahra, LLP - C  1303601350 |
| 01/26 | 27.72 | WIRE/OUT-2017012600006666;CBI COVER 25.00 EUR CHRG FROM BENE  1303601787 |
| 01/26 | 308.60 | 24224430S31T8AP7J 7674 CANNERY SEAFOOD OF NEWPORT BEACH CA  1206416023 |
| 01/26 | 120.31 | GEICO PREM COLL *AV*QEEBTVCOEREF # 017026001262147  1106327042 |
| 01/27 | 160.00 | 24692160S00XT2KDP 7674 IL FORNAIO NPB3091 NEWPORT BEACH CA  1206516748 |
| 01/27 | 6.60 | 24692160S004V9XVQ 7674 STARBUCKS STORE 05563 NEWPORT BEACH C  1206516747 |
| 01/27 | 10,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000600 2307001781 |
| 01/30 | 20,000.00 | WIRE/OUT-2017013000006488;BNF Justin Reiter  1304401378 |
| 01/30 | 8.00 | 24717050VTAG3Y13T 7674 DELTA AIR 0060184287ATLANTA GA  1207548472 |
| 01/30 | 205.06 | 24692160W009NL51Q 7674 MARRIOTT GREENSBORO-HIGREENSBORO NC  1207548473 |
| 01/30 | 121.00 | 24013390W03R1KV36 7674 ANNIE GUNNS CHESTERFIELD MO  1207548474 |
| 01/30 | 60.82 | 24692160X00XL865T 7674 CHEVRON 0203016 NEWPORT BEACH CA  1207516800 |
| 01/30 | 72.19 | 24445000Y00HJ7J5G 7674 NORDSTROM #333 NEWPORT BEACH CA  1207516799 |
| 01/30 | 57,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000008290 2307704091 |
| 01/31 | 20.00 | 24269790YEJ4EGS7M 7674 JAVIERS CRYSTAL COVE NEWPORT COAST CA  1206716011 |
| 01/31 | 215.15 | 24269790YEJ4EGSA6 7674 JAVIERS CRYSTAL COVE NEWPORT COAST CA  1206716010 |
| 01/31 | 172,500.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006469 2307000997 |

**3  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1688 | 01/23 | 3,500.00 | 1689 | 01/24 | 300.00 | 1690 | 01/27 | 3,400.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $144.00 | $144.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | 641.08 | 01/10 | 869.61 | 01/26 | 431,393.08 |
| 01/04 | 37.08 | 01/20 | 1,261,254.71 | 01/27 | 417,826.48 |
| 01/05 | 40,969.61 | 01/23 | 1,247,754.71 | 01/30 | 340,368.41 |
| 01/06 | 38,969.61 | 01/24 | 1,185,454.71 | 01/31 | 167,623.26 |
| 01/09 | 969.61 | | | | |

A division of ZB, N.A. Member FDIC

0036812-0000002-0102761

EXHIBIT 2A
36

**California Bank & Trust**

Page 4 of 5

This page intentionally left blank

0036812-0000002-0102761



Ref# 53098923        $3500.00        Ch# 1688

Ref# 53055747        $300.00        Ch# 1689



Ref# 53003548        $3400.00        Ch# 1690

0016812-0000003-0102762

0036812-0000003-0102762



CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 10
This Statement: May 30, 2014
Last Statement: April 30, 2014

Account ████3461

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0043701                   4151-06-0200-CBT-PC0023-00097

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ████3461 | $1,504,540.54 | |

### BUSINESS ADVANTAGE CHECKING ████3461

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 248,776.31 | 24,122,672.86 | 21,597,403.29 | 1,269,505.34 | 1,504,540.54 |

### 13 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 05/05 | 28,593.41 | REMOTE DEPOSIT 5353099495 |
| 05/06 | 6,000.00 | WIRE/IN-201405060000237;ORG RBC ROYAL BANK (CAYMAN) LIMITED 1301900212 |
| 05/16 | 5,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003236 2305300856 |
| 05/19 | 400.00 | REMOTE DEPOSIT 5353090137 |
| 05/19 | 35,000.00 | WIRE/IN-201405190000307;ORG GLOBAL BARISTAS US LLC 1302300960 |
| 05/19 | 100,000.00 | WIRE/IN-201405190000207;ORG MR EDWARD M RICCI;REF 005545201 1302300706 |
| 05/20 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000000181 2305500938 |
| 05/22 | 10,000.00 | WIRE/IN-201405220003006;ORG GLOBAL BARISTAS US LLC 1301800838 |
| 05/23 | 3,376,119.45 | WIRE/IN-201405230001414;ORG SCOTT V SERVICE CORP INTL ET AL 1302000544 |
| 05/27 | 16,699,850.00 | WIRE/IN-201405270000622?;ORG SCOTT V SERVICE CORP INTL ET AL 1301901964 |
| 05/28 | 1,350,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006863 2304600528 |
| 05/29 | 2,500,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000009461 2304301486 |
| 05/29 | 1,710.00 | REMOTE DEPOSIT 5353060247 |

*EA Funds from Settlement* (handwritten annotation)

### 67 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 05/01 | 2,719.75 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014121006252269 1104049327 |
| 05/01 | 16,906.00 | Anthem BC RA-1205023 00000049658290 9REF # 014121006299765 1104051263 |
| 05/02 | 6,000.00 | WIRE/OUT-201405020004170;BNF ROYAL BANK OF CANADA, GRAND CA 1302001384 |
| 05/02 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/02 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005626 2307105973 |
| 05/02 | 19.95 | Intuit Acct Fee INTUITP REF # 014122007204536 1106554118 |
| 05/02 | 12.00 | WIRE FEE-INCOMING INT CURR |
| 05/06 | 6,000.00 | WIRE/OUT-201405060003039;BNF CAMPBELLS;OBI BY ORDER OF GB A 1301900897 |
| 05/06 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/06 | 10,000.00 | BANKCARD CENTER PAYMENT 4798591101187 44REF # 014126009017184 1104101389 |
| 05/07 | 1,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001292 2304200249 |
| 05/08 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004669 2304700347 |
| 05/08 | 10,000.00 | BANKCARD CENTER PAYMENT 4798591101187 44REF # 014128000316811 1104001340 |
| 05/09 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004708 2304803915 |
| 05/12 | 252.10 | PAYCHEX EIB INVOICE X55062700025729 REF # 014129000819333 1106206284 |
| 05/12 | 5,000.00 | BANKCARD CENTER PAYMENT 4798591101187 44REF # 014132001550761 1106202349 |
| 05/13 | 17,500.00 | WIRE/OUT-201405130002531;BNF FIRST CLEARING LLC;OBI FOR FUR 1302000758 |
| 05/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/13 | 50,000.00 | WIRE/OUT-201405130003487;BNF LISA STORIE-AVENATTI MICHAEL J 1302001015 |


MEMBER FDIC

0043701-0000001-0117609



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 10
May 30, 2014
EAGAN AVENATTI LLP
████ 3461

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 05/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/14 | 5,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014134002770749 1104701373 |
| 05/15 | 5,893.16 | WIRE/OUT-201405150003381;BNF MARIAM BICKNELL 1302000882 |
| 05/15 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/15 | 2,761.45 | WIRE/OUT-201405150003466;BNF MARITZA NOWOWIEJSKI 1302000900 |
| 05/15 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/16 | 2,734.56 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014136003864720 1104632916 |
| 05/16 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701001472 |
| 05/19 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/19 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/19 | 26,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000091 2307404545 |
| 05/19 | 5,000.00 | BANKCARD CENTER PAYMENT 47985911018744REF # 014139004715839 1107002153 |
| 05/19 | 170.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701201465 |
| 05/20 | 40,000.00 | WIRE/OUT-201405200002922;BNF GLOBAL BARISTAS US LLC 1302400864 |
| 05/20 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/21 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006792 2304300241 |
| 05/22 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/22 | 3,200.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003376 2304701679 |
| 05/22 | 68.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701201538 |
| 05/23 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/23 | 100,000.00 | WIRE/OUT-201405230004117;BNF HENRY STOTSENBERGER 1302001177 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 500,000.00 | WIRE/OUT-201405230004221;BNF FOSTER PEPPER PLLC 1302001201 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 100,000.00 | WIRE/OUT-201405230004176;BNF GLOBAL BARISTAS US LLC 1302001189 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 2,000,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001911 2307500713 |
| 05/27 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/27 | 11,500.00 | WIRE/OUT-201405270003795;BNF SUZY QUINN 1301901278 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 400,000.00 | WIRE/OUT-201405270000723;BNF GLOBAL BARISTAS US LLC 1301902216 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 750,000.00 | WIRE/OUT-201405270000722;BNF UBS FINANCIAL SERVICES;OBI FFC 1301902329 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | ① 16,043,740.32 | ONLINE XFER TO DDA ***2699 ID: 000001269 2304807087  *Funds wired to CA 2699* |
| 05/27 | 71,279.96 | BANKCARD CENTER PAYMENT 47985911018744REF # 014147007818399 1104902644 |
| 05/28 | 200,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004726 2304600537 |
| 05/28 | 900,000.00 | WIRE/XFER-201405280003352 1301900861 |
| 05/28 | 80,961.64 | IRS USATAXPYMT 270454862809955REF # 014148008275764 1104334759 |
| 05/28 | 136,255.98 | IRS USATAXPYMT 270454860262222REF # 014148008275763 1104334758 |
| 05/29 | 19,219.65 | EMPLOYMENT DEVEL EDD EF 117864704 REF # 014149009118060 1103525178 |
| 05/29 | 25,016.66 | EMPLOYMENT DEVEL EDD EF 410638592 REF # 014149009118059 1103525177 |
| 05/29 | 18,885.09 | BANKCARD CENTER PAYMENT 479859110118744REF # 014149009418742 1103501455 |
| 05/30 | 6,447.68 | WIRE/OUT-201405300000714;BNF MARIAM BICKNELL 1301901989 |
| 05/30 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/30 | 2,770.34 | WIRE/OUT-201405300007112;BNF MARITZA NOWOWIEJSKI 1301901981 |
| 05/30 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

**56 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9596 | 05/12 | 17,177.01 | 9647* | 05/30 | 94,326.77 | 9699 | 05/29 | 50,708.00 |
| 9597 | 05/19 | 20,000.00 | 9662* | 05/30 | 10,000.00 | 9700 | 05/30 | 233,953.36 |
| 9598 | 05/21 | 8,700.00 | 9665* | 05/30 | 1,950.00 | 51509* | 05/02 | 3,865.98 |
| 9600* | 05/05 | 7,050.00 | 9667* | 05/28 | 77,783.98 | 51511* | 05/01 | 5,120.34 |
| 9601 | 05/05 | 14,583.33 | 9670* | 05/30 | 13,825.60 | 51512 | 05/01 | 1,162.69 |
| 9605* | 05/29 | 84.00 | 9671 | 05/30 | 39,097.68 | 51513 | 05/06 | 5,648.27 |
| 9606 | 05/29 | 84.00 | 9673* | 05/29 | 123,360.49 | 51515* | 05/01 | 1,441.99 |
| 9607 | 05/21 | 3,632.88 | 9677* | 05/29 | 4,046.60 | 51516 | 05/01 | 2,941.43 |
| 9608 | 05/20 | 2,000.00 | 9678 | 05/30 | 987.85 | 51518* | 05/01 | 4,700.55 |
| 9609 | 05/16 | 5,000.00 | 9680* | 05/27 | 2,040.21 | 51519 | 05/01 | 7,569.42 |
| 9611* | 05/16 | 1,281.93 | 9681 | 05/30 | 294.25 | 51520 | 05/02 | 5,693.14 |
| 9614* | 05/08 | 1,715.64 | 9682 | 05/29 | 6,353.73 | 51521 | 05/05 | 852.34 |
| 9623* | 05/28 | 6,185.29 | 9688* | 05/28 | 54.00 | 51522 | 05/05 | 175.00 |
| 9640* | 05/15 | 54,652.95 | 9694* | 05/29 | 350,000.00 | 51523 | 05/19 | 3,865.99 |
| 9643* | 05/30 | 291.76 | 9698* | 05/29 | 32,718.12 | 51525* | 05/16 | 5,120.34 |



MEMBER FDIC

D043701-0000002-0117610

Page 4 of 10
May 30, 2014
EAGAN AVENATTI LLP
██████ 3461
California Bank & Trust

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 51526 | 05/16 | 1,162.67 | 51530 | 05/16 | 3,050.60 | 51535 | 05/16 | 852.35 |
| 51527 | 05/20 | 5,648.26 | 51532* | 05/16 | 7,744.21 | 51536 | 05/20 | 175.00 |
| 51528 | 05/15 | 1,773.44 | 51533 | 05/27 | 7,569.42 | 51542* | 05/30 | 1,710.31 |
| 51529 | 05/16 | 1,429.05 | 51534 | 05/19 | 5,693.14 | | | |

* Not in check sequence

...........................................................................................................................................................

AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--------|------|--------|
| Total Overdraft Fees | $272.00 | $1,384.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

...........................................................................................................................................................

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/01 | 206,214.14 | 05/12 | 135,582.79 | 05/21 | -6,067.17 |
| 05/02 | 188,595.07 | 05/13 | 68,022.79 | 05/22 | 652.83 |
| 05/05 | 193,927.81 | 05/14 | 63,022.79 | 05/23 | 676,670.28 |
| 05/06 | 178,227.54 | 05/15 | -2,118.21 | 05/27 | 90,288.37 |
| 05/07 | 176,727.54 | 05/16 | -25,527.92 | 05/28 | 39,047.48 |
| 05/08 | 163,011.90 | 05/19 | 49,118.95 | 05/29 | 1,910,281.14 |
| 05/09 | 158,011.90 | 05/20 | 11,265.69 | 05/30 | 1,504,540.54 |



LENDER    MEMBER FDIC

0041701-0000002-0117610



**CALIFORNIA BANK**
**TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: May 30, 2014
Last Statement: November 29, 2013

Account████ 2699

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043685                    4151-06-0200-CBT-PG0023-00001

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | ████2699 | $12,193,891.36 | |

### BUSINESS MONEY MAXIMIZER PLUS ████2699                    924   1

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 16,043,891.36 | 3,850,000.00 | 0.00 | 12,193,891.36 |

---

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 05/16 | 0.01 | DEPOSIT 5353069675 |
| 05/27 | 16,043,740.32 | ONLINE XFER FROM DDA ***8461 ID: 000001269 2304807086 *funds from EA x 8461* |
| 05/30 | 151.03 | INTEREST PAYMENT 0183749871 *funds were from Scott V.* |

*Service Corp*

### 2 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 05/28 | 1,350,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006893 2304600529 |
| 05/29 | 2,500,000.00 | ONLINE XFER TO DDA ***8461 ID: 000009461 2304301487 |

### 0 CHECKS PROCESSED

There were no transactions this period.

---

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/16 | 0.01 | 05/28 | 14,693,740.33 | 05/30 | 12,193,891.36 |
| 05/27 | 16,043,740.33 | 05/29 | 12,193,740.33 | | |

---

LENDER    MEMBER FDIC                                                      00-0385-0000001-0117369

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | This balance should agree with line 10, below. | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |

Transfer to Line 9.

This balance should agree with line 5, above.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be refunded.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

Become an Online Banking Customer for 24-hour account access.

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043685-0000001-0117569



**CALIFORNIA BANK**

**TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
May 30, 2014
EAGAN AVENATTI LLP
████████699

---

**INTEREST**

| | | |
|---|---|---|
| Interest Earned This Interest Period | $151.03 | Number Of Days This Interest Period | 182 |
| Interest Paid Year-To-Date 2014 | $151.03 | Annual Percentage Yield Earned | 0.10% |

Current interest rate is 0.100%

Interest rate changes this interest period:       Date        New Interest Rate
                                                  05/27            0.100%

MEMBER FDIC

0043685-0000002-0117570

**California Bank & Trust**

This page intentionally left blank

0043685-0000002-0117570

California Bank & Trust    ACCOUNT # ███ 2699

Ref# 53069675          $0.01

0043685-0000003-0117571

0043685-0000003-0117571



**CALIFORNIA BANK**
TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: June 30, 2014
Last Statement: May 30, 2014

Account ___2699

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0053757                    4182-06-T000-CBT-PG0023-00000

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as a part of Zions Bancorporation, has received 12 Greenwich Excellence Awards for business banking. The awards include the national award for overall satisfaction in small business banking and the national award for overall satisfaction in middle market banking.

NO PAPERWORK. MORE CONVENIENCE.
Online banking from your computer, smartphone, or tablet.
Quick secure access. Learn more at calbanktrust.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | ___2699 | $3,279,200.55 | |

## BUSINESS MONEY MAXIMIZER PLUS ___2699                                    924   0

*proceeds were from   Scott v. Service Cony Settlement – In MAy 2014*

| Previous Balance 12,193,891.36 | Deposits/Credits 569.29 | Charges/Debits 8,915,260.10 | Checks Processed 0.00 | Ending Balance 3,279,200.55 |
|---|---|---|---|---|

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 06/30 | 569.29 | INTEREST PAYMENT 0670290871 |

### 7 CHARGES/DEBITS

*Frank × forwal & CBA × 8461*

| Date | Amount | Description |
|---|---|---|
| 06/02 | 1,500,000.00 | ONLINE XFER TO DDA ***8461 ID: 000007913 2305405495 |
| 06/10 | 3,115,230.10 | WIRE/OUT-201406100003738;BNF GLOBAL BARISTAS US LLC  1301801060 |
| 06/10 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 3,000,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006847 2305101227 |
| 06/18 | 200,000.00 | ONLINE XFER TO DDA ***8461 ID: 000001692 2304401463 |
| 06/26 | 900,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006446 2304000505 |
| 06/30 | 200,000.00 | ONLINE XFER TO DDA ***8461 ID: 000007612 2304400167 |

### 0 CHECKS PROCESSED

There were no transactions this period.



MEMBER FDIC

0053717-0000001-0149908

## An Easy Approach To Balancing Your Account

To reconcile your checkbook balance to your statement balance: Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |
| | | *This balance should agree with line 5, above.* | |

Transfer to Line 9.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us which various online services are available. For additional check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.   Tell us your name and account number.

2.   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights.)*

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.   Your name and account number.

2.   The dollar amount of the suspected error.

3.   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

Become an Online Banking Customer for 24-hour account access.

•Review account balances •Review posted transactions  • Pay bills • Transfer funds
Sign up today at www.calbanktrust.com or call 888-217-1265

0053737-0000001-0149908


**CALIFORNIA BANK**
TRUST
P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
June 30, 2014
EAGAN AVENATTI LLP
████2699

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/02 | 10,693,891.36 | 06/13 | 4,578,631.26 | 06/26 | 3,478,631.26 |
| 06/10 | 7,578,631.26 | 06/18 | 4,378,631.26 | 06/30 | 3,279,200.55 |

## INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $569.29 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2014 | $720.32 | Annual Percentage Yield Earned | 0.10% |

Current interest rate is 0.100% with no rate change this interest period

MEMBER FDIC

0053737-0000002-0149909

**California Bank & Trust**

This page intentionally left blank

0053757-0000002-0149909



**CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 18
This Statement: June 30, 2014
Last Statement: May 30, 2014

Account ▮3461

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0053773          4182-06-1000-CBT-PC0023-0013\|

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as a part of Zions Bancorporation, has received 12 Greenwich Excellence Awards for business banking. The awards include the national award for overall satisfaction in small business banking and the national award for overall satisfaction in middle market banking.

NO PAPERWORK. MORE CONVENIENCE.
Online banking from your computer, smartphone, or tablet.
Quick secure access. Learn more at calbanktrust.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ▮3461 | $40,161.87 | |

## BUSINESS ADVANTAGE CHECKING ▮3461                    105  131

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,504,540.54 | 5,881,278.87 | 5,810,149.67 | 1,535,507.67 | 40,161.87 |

*funds from Scott V. Jegarse Corp*

### 9 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 06/02 | 1,500,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000007913 2305405494  (A)   *from ISA x 2699* |
| 06/02 | 44,284.44 | AT&T PAYMENTS C05303090009676SSREF # 014153000374859  1105328704 |
| 06/02 | 27,411.42 | REMOTE DEPOSIT 5353097622 |
| 06/09 | 7,828.45 | REMOTE DEPOSIT 5353090019 |
| 06/13 | 3,000,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006847 2305101226   *from ISA x 2699* |
| 06/18 | 200,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000001692 2304401462 |
| 06/26 | 900,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006446 2304000504 |
| 06/30 | 200,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000007612 2304400166 |
| 06/30 | 1,754.36 | REMOTE DEPOSIT 5353089160 |

### 49 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/02 | 525,000.00 | WIRE/OUT-2014060200003678,BNF HONDA AIRCRAFT COMPANY LLC 1301800997 (A) |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 221,112.01 | WIRE/OUT-201406020000372B,BNF EDWARD M. RICCI  1301801007 |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 979,870.10 | WIRE/OUT-201406020000375S,BNF EDWARD M. RICCI  1301801015 |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 19.95 | Intuit Acct Fee INTUITP REF # 01415300042B436  1105331719 |
| 06/02 | 2,735.91 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014153000548959 1105332176 |
| 06/02 | 31,738.89 | IRS USATAXPYMT 27045537548D357REF # 014153000574415  1105332410 |
| 06/03 | 7,507.57 | EMPLOYMENT DEVEL EDD EF 641008896 REF # 014154001761392 1104550930 |

*(A) Transfers were on the same day*


MEMBER FDIC

0053773-0000001-0149955

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | 1. LIST your checkbook balance. | |
| | | 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3. SUBTOTAL: | |
| | | 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5. ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6. LIST your current statement balance as shown on the front of this statement. | |
| | | 7. ADD deposits made, but not shown on this statement. | |
| | | 8. SUBTOTAL: | |
| | | 9. SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10. ADJUSTED STATEMENT BALANCE: | |
| | | *This balance should agree with line 5, above.* | |

*Transfer to Line 9.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights)*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
• Review account balances • Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0053773-0000001-01499953



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 18
June 30, 2014
EAGAN AVENATTI LLP
████████8461

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 06/03 | 33,962.18 | BANKCARD CENTER PAYMENT 47985911011B744REF # 014154001875121 1104501407 |
| 06/09 | 72,000.00 | WIRE/OUT-2014060900003589;BNF STEPHEN H KRUMM A PROFESSIONAL 1301401107 |
| 06/09 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/10 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000061 2304600611 |
| 06/10 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004742 2304600921 |
| 06/10 | 316.12 | PAYCHEX EIB INVOICE X55452000026057REF # 014160004777175 1104706243 |
| 06/10 | 54,568.24 | BANKCARD CENTER PAYMENT 47985911011B744REF # 014161005446789 1104701320 |
| 06/10 | 15,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008469 2305200551 |
| 06/12 | 54,699.48 | PAYCHEX PAYROLL 55602400002165XREF # 014162005942318 1103604440 |
| 06/13 | 2,150,000.00 | WIRE/OUT-2014061300004116;BNF ALEDMI LLC 1302002456 |
| 06/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 700,000.00 | WIRE/OUT-2014061300004062;BNF SIMEON OSBORN 1302002448 |
| 06/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002623 2305100759 |
| 06/13 | 1,866.18 | PAYCHEX TPS TAXES 55655000005490XREF # 014164007194445 1103935719 |
| 06/13 | 6,814.85 | PAYCHEX PAYROLL 55653000000213XREF # 014164007131938 1103935502 |
| 06/13 | 39,622.39 | PAYCHEX TPS TAXES 55604600012810XREF # 014163006683659 1103910764 |
| 06/16 | 354.24 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718247 1106325241 |
| 06/16 | 2,721.09 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718239 1106325233 |
| 06/17 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002012 2306100215 |
| 06/18 | 111,563.66 | WIRE/OUT-2014061800003041;BNF SUGARMAN & COMPANY, LLP 1302100832 |
| 06/18 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/18 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003864 2304400347 |
| 06/19 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007784 2304000383 |
| 06/24 | 52,957.30 | WIRE/OUT-2014062400002774;BNF ALEDMI LLC 1302400814 |
| 06/24 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/24 | 54,374.20 | BANKCARD CENTER PAYMENT 47985911011B744REF # 014175001490967 1104101273 |
| 06/26 | 368,496.00 | WIRE/OUT-2014062600003549;BNF CASCADE CAPITAL GROUP 1302200968 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 158,729.00 | WIRE/OUT-2014062600003599;BNF MARK CALVERT 1302200990 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 15,640.00 | WIRE/OUT-2014062600003936;BNF CASCADE CAPITAL GROUP CASH BAL 1302201056 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 35.00 | STOP PAYMENT FEE |
| 06/27 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002452 2305501041 |
| 06/27 | 54,100.45 | PAYCHEX PAYROLL 55836900007295XREF # 014177002681592 1103508283 |
| 06/30 | 33,887.86 | PAYCHEX TPS TAXES 55842400024689XREF # 014178003367072 1103010072 |
| 06/30 | 102.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701001242 |
| 06/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

### 128 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9112 | 06/05 | 389,393.30 | 9659 | 06/02 | 71.75 | 9710* | 06/02 | 10,000.00 |
| 9599* | 06/04 | 6,084.51 | 9661* | 06/03 | 3,046.65 | 9711 | 06/02 | 25,000.00 |
| 9602* | 06/25 | 2,102.00 | 9663* | 06/02 | 33,734.27 | 9715* | 06/06 | 883.59 |
| 9603 | 06/24 | 9,713.30 | 9664 | 06/03 | 10,922.66 | 9716 | 06/04 | 250.56 |
| 9604 | 06/27 | 792.98 | 9666* | 06/10 | 26,982.39 | 9717 | 06/16 | 100.17 |
| 9625* | 06/12 | 517.36 | 9668* | 06/02 | 4,022.79 | 9718 | 06/16 | 87.92 |
| 9628* | 06/16 | 10,383.00 | 9669 | 06/02 | 319.75 | 9719 | 06/12 | 246.07 |
| 9629 | 06/16 | 55,242.97 | 9672* | 06/04 | 7,150.15 | 9720 | 06/18 | 765.00 |
| 9630 | 06/16 | 150,000.00 | 9674* | 06/04 | 2,919.41 | 9721 | 06/25 | 201.48 |
| 9631 | 06/24 | 387.00 | 9675 | 06/05 | 2,333.80 | 9722 | 06/12 | 152.90 |
| 9641* | 06/02 | 230.34 | 9676 | 06/06 | 3,600.00 | 9723 | 06/13 | 375.00 |
| 9642 | 06/03 | 10,951.86 | 9679* | 06/16 | 16,613.09 | 9724 | 06/18 | 477.20 |
| 9644* | 06/02 | 92.07 | 9684* | 06/10 | 4,039.16 | 9725 | 06/13 | 159.00 |
| 9645 | 06/03 | 341.57 | 9686* | 06/02 | 2,500.00 | 9726 | 06/16 | 220.00 |
| 9646 | 06/03 | 7,531.20 | 9687 | 06/02 | 14,275.47 | 9727 | 06/13 | 2,871.04 |
| 9648* | 06/13 | 13,536.25 | 9689* | 06/02 | 1,599.85 | 9728 | 06/13 | 639.74 |
| 9649 | 06/09 | 6,079.16 | 9690 | 06/03 | 38.99 | 9729 | 06/16 | 6,899.28 |
| 9651* | 06/05 | 3,573.91 | 9691 | 06/02 | 1,652.78 | 9730 | 06/13 | 2,317.83 |
| 9652 | 06/02 | 144.00 | 9692 | 06/04 | 16,508.89 | 9731 | 06/16 | 107.00 |
| 9653 | 06/09 | 30,672.55 | 9693 | 06/02 | 14,035.00 | 9732 | 06/18 | 8.85 |
| 9654 | 06/02 | 1,325.00 | 9701* | 06/04 | 2,551.08 | 9733 | 06/13 | 3,211.65 |
| 9655 | 06/02 | 5,814.15 | 9702 | 06/04 | 97.28 | 9734 | 06/12 | 390.00 |
| 9656 | 06/03 | 2,687.50 | 9703 | 06/16 | 500.00 | 9735 | 06/16 | 1,163.50 |
| 9657 | 06/05 | 35,888.50 | 9704 | 06/02 | 15,160.00 | 9736 | 06/11 | 10,675.46 |
| 9658 | 06/02 | 7,736.90 | 9705 | 06/03 | 4,762.43 | 9737 | 06/13 | 3,713.58 |



MEMBER FDIC

0053773-0000002-0149956

Page 4 of 18
June 30, 2014
EAGAN AVENATTI LLP
█████ 461
California Bank & Trust

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9739* | 06/12 | 2,103.90 | 9757 | 06/27 | 231.86 | 9781 | 06/27 | 117.70 |
| 9740 | 06/13 | 1,840.67 | 9758 | 06/30 | 86.35 | 9782 | 06/27 | 413.97 |
| 9741 | 06/13 | 2,614.85 | 9759 | 06/30 | 54.86 | 9786* | 06/26 | 440.12 |
| 9743* | 06/16 | 400.00 | 9760 | 06/26 | 36,508.68 | 9788* | 06/27 | 350,000.00 |
| 9744 | 06/12 | 1,318.48 | 9761 | 06/27 | 1,091.74 | 9789 | 06/27 | 1,600.87 |
| 9745 | 06/12 | 987.85 | 9762 | 06/30 | 122.05 | 51537* | 06/03 | 3,865.99 |
| 9746 | 06/12 | 176.55 | 9764* | 06/27 | 700.00 | 51539* | 06/02 | 5,120.35 |
| 9747 | 06/13 | 2,665.75 | 9765 | 06/30 | 1,875.00 | 51540 | 06/02 | 1,162.69 |
| 9748 | 06/19 | 300.00 | 9767* | 06/26 | 2,843.95 | 51541 | 06/04 | 5,648.27 |
| 9749 | 06/13 | 634.00 | 9768 | 06/30 | 12,308.98 | 51543* | 06/03 | 1,614.65 |
| 9750 | 06/17 | 22,155.00 | 9770* | 06/27 | 639.50 | 51546* | 06/02 | 8,556.22 |
| 9751 | 06/20 | 18.00 | 9771 | 06/30 | 502.05 | 51547 | 06/11 | 7,636.38 |
| 9752 | 06/16 | 1,966.59 | 9772 | 06/26 | 59.00 | 51548 | 06/02 | 5,718.48 |
| 9752* | 06/16 | 2,262.00 | 9773 | 06/26 | 3,230.01 | 51549 | 06/02 | 852.35 |
| 9753 | 06/17 | 4,756.25 | 9777* | 06/30 | 14,293.18 | 51550 | 06/03 | 175.00 |
| 9754 | 06/17 | 282.14 | 9776 | 06/30 | 1,070.30 | 51551 | 06/02 | 3,359.90 |
| 9755 | 06/26 | 4,415.80 | 9779 | 06/30 | 53.51 | 51553* | 06/27 | 175.00 |
| 9756 | 06/27 | 1,397.49 | 9780 | 06/26 | 987.85 | | | |

*Not in check sequence

...........................................................................................................................................

AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--------|------|--------|
| Total Overdraft Fees | $102.00 | $1,486.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

...........................................................................................................................................

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/02 | 1,153,185.43 | 06/11 | 353,803.22 | 06/20 | 145,690.90 |
| 06/03 | 1,065,777.18 | 06/12 | 293,210.63 | 06/24 | 28,229.10 |
| 06/04 | 1,024,527.03 | 06/13 | 355,087.85 | 06/25 | 25,925.62 |
| 06/05 | 593,337.82 | 06/16 | 108,134.92 | 06/26 | 334,050.21 |
| 06/06 | 588,954.23 | 06/17 | 73,941.53 | 06/27 | -97,211.35 |
| 06/09 | 488,000.97 | 06/18 | 156,008.90 | 06/30 | 40,161.87 |
| 06/10 | 387,115.06 | 06/19 | 145,708.90 | | |

LENDER   MEMBER FDIC

0053773-0000002-0149956



**P.O. Box 489, Lawndale, CA 90260-0489**

**Statement of Accounts**
Page 1 of 18
This Statement: June 30, 2014
Last Statement: May 30, 2014

Account ████ 8461

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0053773                4182-06-1000-CBT-PG0023-00131

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as a part of Zions Bancorporation, has received 12 Greenwich Excellence Awards for business banking. The awards include the national award for overall satisfaction in small business banking and the national award for overall satisfaction in middle market banking.

NO PAPERWORK. MORE CONVENIENCE.
Online banking from your computer, smartphone, or tablet.
Quick secure access. Learn more at calbanktrust.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ████ 8461 | $40,161.87 | |

### BUSINESS ADVANTAGE CHECKING ████ 8461                                         105   131

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,504,540.54 | 5,881,278.67 | 5,810,149.67 | 1,535,507.67 | 40,161.87 |

**9 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 06/02 | 1,500,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000007913 2305405494 |
| 06/02 | 44,284.44 | AT&T PAYMENTS O053030909676SSREF # 014153000374859 1105328704 |
| 06/02 | 27,411.42 | REMOTE DEPOSIT 5353097622 |
| 06/09 | 7,828.45 | REMOTE DEPOSIT 5353099019 |
| 06/13 | 3,000,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006847 2305101226 |
| 06/18 | 200,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000001692 2304401462 |
| 06/26 | 900,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006446 2304400504 |
| 06/30 | 200,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000007612 2304400166 |
| 06/30 | 1,754.36 | REMOTE DEPOSIT 5353089160 |

**49 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 06/02 | 525,000.00 | WIRE/OUT-2014060200003678;BNF HONDA AIRCRAFT COMPANY LLC 1301800997 |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 221,112.01 | WIRE/OUT-2014060200003728;BNF EDWARD M. RICCI 1301801007 |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 979,870.10 | WIRE/OUT-2014060200003755;BNF EDWARD M. RICCI 1301801015 |
| 06/02 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/02 | 19.95 | Intuit Acct Fee INTUITP REF # 014153000426436 1105331719 |
| 06/02 | 2,735.91 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014153000548959 1105332176 |
| 06/02 | 31,738.89 | IRS USATAXPYMT 270455375480357REF # 014153000574415 1105332410 |
| 06/03 | 7,507.57 | EMPLOYMENT DEVEL EDD EF 641008896 REF # 014154001761392 1104550930 |


EQUAL HOUSING
LENDER  **MEMBER FDIC**

0053773-0000001-0149955

## An Easy Approach To Balancing Your Account

Page  2 of  18

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.**  Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0053773-0000001-0149955



**CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 18
June 30, 2014
EAGAN AVENATTI LLP
████████8461

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 06/03 | 33,962.18 | BANKCARD CENTER PAYMENT 479859110118744REF # 014154001875121  1104501407 |
| 06/09 | 72,000.00 | WIRE/OUT-201406090000003589;BNF STEPHEN H KRUMM A PROFESSIONAL  1301401107 |
| 06/09 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/10 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000061  2304600611 |
| 06/10 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004742  2304600921 |
| 06/10 | 316.12 | PAYCHEX E B INVOICE X5545200002605 7REF # 014160004777175  1104706243 |
| 06/10 | 54,568.24 | BANKCARD CENTER PAYMENT 479859110118744REF # 014161005448789  1104701320 |
| 06/11 | 15,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008469  2305200551 |
| 06/12 | 54,699.48 | PAYCHEX PAYROLL 55602400002165XREF # 014162005942318  1103604440 |
| 06/13 | 2,150,000.00 | WIRE/OUT-201406130000004116;BNF ALEDMI LLC  1302002456 |
| 06/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 700,000.00 | WIRE/OUT-201406130000004062;BNF SIMEON OSBORN  1302002448 |
| 06/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002623  2305100759 |
| 06/13 | 1,866.18 | PAYCHEX TPS TAXES 5565500000549 0XREF # 014164007194454  1103935719 |
| 06/13 | 6,814.85 | PAYCHEX PAYROLL 55653000000213XREF # 014164007131938  1103935502 |
| 06/13 | 39,622.39 | PAYCHEX TPS TAXES 5560460001281 0XREF # 014163006683659  1103910764 |
| 06/16 | 354.24 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718247  1106325241 |
| 06/16 | 2,721.09 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718239  1106325233 |
| 06/17 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002012  2306100215 |
| 06/18 | 111,563.66 | WIRE/OUT-201406180000003041;BNF SUGARMAN & COMPANY, LLP  1302100832 |
| 06/18 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/18 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003864  2304400347 |
| 06/19 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007784  2304000383 |
| 06/24 | 52,957.30 | WIRE/OUT-201406240000002774;BNF ALEDMI LLC  1302400814 |
| 06/24 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/24 | 54,374.20 | BANKCARD CENTER PAYMENT 479859110118744REF # 014175001490967  1104101273 |
| 06/26 | 368,496.00 | WIRE/OUT-201406260000003549;BNF CASCADE CAPITAL GROUP  1302200968 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 158,729.00 | WIRE/OUT-201406260000003599;BNF MARK CALVERT  1302200990 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 15,640.00 | WIRE/OUT-201406260000003936;BNF CASCADE CAPITAL GROUP CASH BAL  1302201056 |
| 06/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/26 | 35.00 | STOP PAYMENT FEE |
| 06/27 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002452  2305501041 |
| 06/27 | 54,100.45 | PAYCHEX PAYROLL 55836900000729XREF # 014177002681592  1103508283 |
| 06/30 | 33,887.86 | PAYCHEX TPS TAXES 5584240002468 9XREF # 014178003367072  1103010072 |
| 06/30 | 102.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701001242 |
| 06/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

**128 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9112 | 06/05 | 389,393.30 | 9659 | 06/02 | 71.75 | 9710* | 06/02 | 10,000.00 |
| 9599* | 06/04 | 6,084.51 | 9661* | 06/03 | 3,046.65 | 9711 | 06/02 | 25,000.00 |
| 9602* | 06/25 | 2,102.00 | 9663* | 06/02 | 33,734.27 | 9715* | 06/06 | 883.59 |
| 9603 | 06/24 | 9,713.30 | 9664 | 06/03 | 10,922.66 | 9716 | 06/04 | 290.56 |
| 9604 | 06/27 | 792.98 | 9666* | 06/10 | 26,962.39 | 9717 | 06/16 | 100.17 |
| 9625* | 06/12 | 517.36 | 9668* | 06/02 | 4,022.79 | 9718 | 06/18 | 87.92 |
| 9628* | 06/16 | 10,383.00 | 9669 | 06/02 | 319.75 | 9719 | 06/12 | 246.07 |
| 9629 | 06/16 | 55,242.97 | 9672* | 06/04 | 7,150.15 | 9720 | 06/18 | 765.00 |
| 9630 | 06/16 | 150,000.00 | 9674* | 06/04 | 2,919.41 | 9721 | 06/25 | 201.48 |
| 9631 | 06/24 | 387.00 | 9675 | 06/05 | 2,333.50 | 9722 | 06/12 | 152.90 |
| 9641* | 06/02 | 230.34 | 9676 | 06/06 | 3,500.00 | 9723 | 06/13 | 375.00 |
| 9642 | 06/03 | 10,951.86 | 9679* | 06/16 | 16,613.09 | 9724 | 06/18 | 477.20 |
| 9644* | 06/02 | 92.07 | 9684* | 06/10 | 4,039.16 | 9725 | 06/13 | 159.00 |
| 9645 | 06/03 | 341.57 | 9686* | 06/02 | 2,500.00 | 9726 | 06/16 | 220.00 |
| 9646 | 06/03 | 7,531.20 | 9687 | 06/02 | 14,275.47 | 9727 | 06/13 | 2,871.04 |
| 9648* | 06/13 | 13,536.25 | 9689* | 06/02 | 1,599.85 | 9728 | 06/13 | 839.74 |
| 9649 | 06/09 | 6,079.16 | 9690 | 06/03 | 38.99 | 9729 | 06/16 | 6,899.28 |
| 9651* | 06/05 | 3,573.91 | 9691 | 06/02 | 1,652.78 | 9730 | 06/13 | 2,317.83 |
| 9652 | 06/02 | 144.00 | 9692 | 06/04 | 16,508.89 | 9731 | 06/16 | 107.00 |
| 9653 | 06/09 | 30,672.55 | 9693 | 06/02 | 14,035.00 | 9732 | 06/18 | 8.85 |
| 9654 | 06/02 | 1,325.00 | 9701* | 06/04 | 2,551.08 | 9733 | 06/13 | 3,211.65 |
| 9655 | 06/02 | 5,814.15 | 9702 | 06/04 | 97.28 | 9734 | 06/12 | 390.00 |
| 9656 | 06/03 | 2,687.50 | 9703 | 06/16 | 500.00 | 9735 | 06/16 | 1,163.50 |
| 9657 | 06/05 | 35,888.50 | 9704 | 06/02 | 15,160.00 | 9736 | 06/11 | 10,675.46 |
| 9658 | 06/02 | 7,736.90 | 9705 | 06/03 | 4,762.43 | 9737 | 06/13 | 3,713.58 |



**MEMBER FDIC**

0053773-0000002-0149956

Page  4 of  18
June 30, 2014
EAGAN AVENATTI LLP
████ 8461
California Bank & Trust

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9739* | 06/12 | 2,103.90 | 9757 | 06/27 | 231.86 | 9781 | 06/27 | 117.70 |
| 9740 | 06/13 | 1,840.67 | 9758 | 06/30 | 86.35 | 9782 | 06/27 | 413.97 |
| 9741 | 06/13 | 2,614.85 | 9759 | 06/30 | 54.86 | 9786* | 06/26 | 440.12 |
| 9743* | 06/16 | 400.00 | 9760 | 06/26 | 36,908.68 | 9788* | 06/27 | 350,000.00 |
| 9744 | 06/12 | 1,318.48 | 9761 | 06/27 | 1,091.74 | 9789 | 06/27 | 1,600.87 |
| 9745 | 06/12 | 987.85 | 9762 | 06/30 | 122.05 | 51537* | 06/03 | 3,865.99 |
| 9746 | 06/12 | 176.55 | 9764* | 06/27 | 700.00 | 51539* | 06/02 | 5,120.35 |
| 9747 | 06/13 | 2,665.75 | 9765 | 06/30 | 1,875.00 | 51540 | 06/02 | 1,162.69 |
| 9748 | 06/19 | 300.00 | 9767* | 06/26 | 2,843.95 | 51541 | 06/04 | 5,648.27 |
| 9749 | 06/13 | 634.00 | 9768 | 06/30 | 12,308.98 | 51543* | 06/03 | 1,614.65 |
| 9750 | 06/17 | 22,155.00 | 9770* | 06/27 | 639.50 | 51546* | 06/02 | 8,556.22 |
| 9751 | 06/20 | 18.00 | 9771 | 06/30 | 502.05 | 51547 | 06/11 | 7,636.38 |
| 9752 | 06/16 | 1,966.59 | 9772 | 06/26 | 59.00 | 51548 | 06/02 | 5,718.48 |
| 9752* | 06/16 | 2,262.00 | 9773 | 06/26 | 3,230.01 | 51549 | 06/02 | 852.35 |
| 9753 | 06/17 | 4,756.25 | 9777* | 06/30 | 14,293.18 | 51550 | 06/03 | 175.00 |
| 9754 | 06/17 | 282.14 | 9778 | 06/30 | 1,070.30 | 51551 | 06/02 | 3,359.90 |
| 9755 | 06/26 | 4,415.80 | 9779 | 06/30 | 53.51 | 51553* | 06/27 | 175.00 |
| 9756 | 06/27 | 1,397.49 | 9780 | 06/26 | 987.85 | | | |

* Not in check sequence

...........................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $102.00 | $1,486.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...........................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/02 | 1,153,185.43 | 06/11 | 353,803.22 | 06/20 | 145,690.90 |
| 06/03 | 1,065,777.18 | 06/12 | 293,210.63 | 06/24 | 28,229.10 |
| 06/04 | 1,024,527.03 | 06/13 | 355,067.85 | 06/25 | 25,925.62 |
| 06/05 | 593,337.82 | 06/16 | 106,134.92 | 06/26 | 334,050.21 |
| 06/06 | 588,954.23 | 06/17 | 73,941.53 | 06/27 | -97,211.35 |
| 06/09 | 488,000.97 | 06/18 | 156,008.90 | 06/30 | 40,161.87 |
| 06/10 | 387,115.06 | 06/19 | 145,708.90 | | |

MEMBER FDIC

0053773-0000002-0149956

# California Bank & Trust

ACCOUNT # ████8461

This Statement:
June 30, 2014
Page 5 of 18

Account Name:  Eagan Oper
Account Number:  ████461
Deposit Amount:  27411.42
Deposit Date/Time:  4/2/14 8:42 PM UTC
Deposit ID:  28726906

Deposit

████8461   ⑈0002741142⑈

Ref# 53097622      $27411.42

Account Name:  Eagan Oper
Account Number:  ████461
Deposit Amount:  7828.45
Deposit Date/Time:  4/9/14 10:06 PM UTC
Deposit ID:  28999899

Deposit

████8461   ⑈0000782845⑈

Ref# 53099019      $7828.45

Account Name:  Eagan Oper
Account Number:  ████461
Deposit Amount:  1754.36
Deposit Date/Time:  4/30/14 9:23 PM UTC
Deposit ID:  29611216

Deposit

████8461   ⑈0000175436⑈

Ref# 53089160      $1754.36

EAGAN AVENATTI, LLP
OPERATING OFFICE
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09112

12/30/2013

PAY TO THE ORDER OF  Jason Frank Law APC          $ 389,393.30

Three Hundred Eighty-Nine Thousand Three Hundred Ninety-Three and 30/100          DOLLARS

Jason Frank Law APC
368 Pershing Drive
Playa Del Rey, CA 90293

MEMO

⑈009112⑈ ⑈122003396⑈ ████8461⑈

Ref# 53031240      $389393.30      Ch# 9112

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09599

9/3/2014

PAY TO THE ORDER OF  KNJ Group, Inc.          $ 6,084.51

Six Thousand Eighty-Four and 51/100          DOLLARS

KNJ Group
1026 Montana Avenue
Suite 700
Santa Monica, CA 90403

MEMO

⑈009599⑈ ⑈122003396⑈ ████8461⑈

Ref# 53131526      $6084.51      Ch# 9599

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09602

6/19/2014

PAY TO THE ORDER OF  The Brocker Law Firm          $ 2,102.00

Two Thousand One Hundred Two and 00/100          DOLLARS

The Brocker Law Firm
5540 Centerview Drive, Suite 200
Raleigh, NC 27606-3363

MEMO

⑈009602⑈ ⑈122003396⑈ ████8461⑈

Ref# 53008825      $2102.00      Ch# 9602

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09603

6/19/2014

PAY TO THE ORDER OF  Pansky Markle Ham LLP          $ 9,713.30

Nine Thousand Seven Hundred Thirteen and 30/100          DOLLARS

Pansky Markle Ham LLP
1010 Sycamore Ave, Suite 308
South Pasadena, CA 91030

MEMO  Expert Retainer

⑈009603⑈ ⑈122003396⑈ ████8461⑈

Ref# 53028425      $9713.30      Ch# 9603

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09604

6/19/2014

PAY TO THE ORDER OF  Judy Regnier          $ 792.98

Seven Hundred Ninety-Two and 98/100          DOLLARS

Judy Regnier

MEMO

⑈009604⑈ ⑈122003396⑈ ████8461⑈

Ref# 53022674      $792.98      Ch# 9604

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09625

6/19/2014

PAY TO THE ORDER OF  Judy Regnier          $ 517.36

Five Hundred Seventeen and 36/100          DOLLARS

Judy Regnier

MEMO

⑈009625⑈ ⑈122003396⑈ ████8461⑈

Ref# 53031223      $517.36      Ch# 9625

EAGAN AVENATTI, LLP
OPERATING ACCOUNT
CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-539/1220
09628

6/11/2014

PAY TO THE ORDER OF  AAA Quality Self Storage          $ 10,383.00

Ten Thousand Three Hundred Eighty-Three and 00/100          DOLLARS

AAA Quality Self Storage
2861 Walnut Avenue
Tustin, CA 92780

MEMO

⑈009628⑈ ⑈122003396⑈ ████8461⑈

Ref# 53016308      $10383.00      Ch# 9628

0053773-0000003-0149957



California Bank & Trust

ACCOUNT # ▆▆8461

This Statement:
June 30, 2014
Page 6 of 18

Ref# 53067059      $55242.97       Ch# 9629

Ref# 53018054      $150000.00      Ch# 9630

Ref# 53002151      $387.00         Ch# 9631

Ref# 53023788      $230.34         Ch# 9641

Ref# 53053696      $10951.86       Ch# 9642

Ref# 53054425      $92.07          Ch# 9644

Ref# 53003801      $341.57         Ch# 9645

Ref# 53025908      $7531.20        Ch# 9646

Ref# 53023776      $13536.25       Ch# 9648

Ref# 53023955      $6079.16        Ch# 9649

0053773-0000003-0149957



California Bank & Trust    ACCOUNT # ████ 8461

This Statement:
June 30, 2014
Page 7 of 18

Ref# 53000423    $3573.91    Ch# 9651
Ref# 53043398    $144.00    Ch# 9652
Ref# 53021648    $30672.55    Ch# 9653
Ref# 53016711    $1325.00    Ch# 9654
Ref# 53013074    $5814.15    Ch# 9655
Ref# 53052832    $2687.50    Ch# 9656
Ref# 53000088    $35888.50    Ch# 9657
Ref# 53003143    $7736.90    Ch# 9658
Ref# 53001519    $71.75    Ch# 9659
Ref# 53043870    $3046.65    Ch# 9661

0053773-0000004-0149958

# California Bank & Trust    ACCOUNT # ▓▓▓8461

This Statement:
June 30, 2014
Page 8 of 18



Ref# 53005046        $33734.27        Ch# 9663

Ref# 53048478        $10922.66        Ch# 9664

Ref# 53043797        $26962.39        Ch# 9666

Ref# 53069709        $4022.79         Ch# 9668

Ref# 53069708        $319.75          Ch# 9669

Ref# 53016816        $7150.15         Ch# 9672

Ref# 53001602        $2919.41         Ch# 9674

Ref# 53022471        $2333.50         Ch# 9675

Ref# 53000424        $3500.00         Ch# 9676

Ref# 53023256        $16613.09        Ch# 9679

0053773-0000004-0149958



California Bank & Trust    ACCOUNT # ▮8461

This Statement:
June 30, 2014
Page 9 of 18

Ref# 53046365    $4039.16    Ch# 9684

Ref# 53032173    $2500.00    Ch# 9686

Ref# 53023824    $14275.47    Ch# 9687

Ref# 53018609    $1599.85    Ch# 9689

Ref# 53004577    $38.99    Ch# 9690

Ref# 53002449    $1652.78    Ch# 9691

Ref# 53027452    $16508.89    Ch# 9692

Ref# 53029181    $14035.00    Ch# 9693

Ref# 53034964    $2551.08    Ch# 9701

Ref# 53007730    $97.28    Ch# 9702

0053773-0000005-0149959



| Ref# 53000247 | $500.00 | Ch# 9703 |
| Ref# 53025081 | $15160.00 | Ch# 9704 |
| Ref# 53058601 | $4762.43 | Ch# 9705 |
| Ref# 53064510 | $10000.00 | Ch# 9710 |
| Ref# 53017488 | $25000.00 | Ch# 9711 |
| Ref# 53034114 | $883.59 | Ch# 9715 |
| Ref# 53008121 | $290.56 | Ch# 9716 |
| Ref# 53002934 | $100.17 | Ch# 9717 |
| Ref# 53030247 | $87.92 | Ch# 9718 |
| Ref# 53023653 | $246.07 | Ch# 9719 |

0053773-0000005-0149959



Ref# 53024038     $765.00     Ch# 9720

Ref# 53029788     $201.48     Ch# 9721

Ref# 53010944     $152.90     Ch# 9722

Ref# 53005333     $375.00     Ch# 9723

Ref# 53046843     $477.20     Ch# 9724

Ref# 53040865     $159.00     Ch# 9725

Ref# 53028730     $220.00     Ch# 9726

Ref# 53016953     $2871.04     Ch# 9727

Ref# 53005260     $839.74     Ch# 9728

Ref# 53042619     $6899.28     Ch# 9729

0053773-0000006-0149960



California Bank & Trust    ACCOUNT #    [████] 8461

This Statement:
June 30, 2014
Page 12 of 18

Ref# 53039620    $2317.83    Ch# 9730

Ref# 53001052    $107.00    Ch# 9731

Ref# 53010242    $8.85    Ch# 9732

Ref# 53031996    $3211.65    Ch# 9733

Ref# 53023345    $390.00    Ch# 9734

Ref# 53026396    $1163.50    Ch# 9735

Ref# 53114279    $10675.46    Ch# 9736

Ref# 53003735    $3713.58    Ch# 9737

Ref# 53015908    $2103.90    Ch# 9739

Ref# 53010764    $1840.67    Ch# 9740

0053773-0000006-0149960



Ref# 53036319    $2614.85    Ch# 9741

Ref# 53012452    $400.00    Ch# 9743

Ref# 53000254    $1318.48    Ch# 9744

Ref# 53029727    $987.85    Ch# 9745

Ref# 53002804    $176.55    Ch# 9746

Ref# 53000953    $2665.75    Ch# 9747

Ref# 53001867    $300.00    Ch# 9748

Ref# 53009443    $634.00    Ch# 9749

Ref# 53007646    $22155.00    Ch# 9750

Ref# 53116060    $18.00    Ch# 9751

0053773-0000007-0149961

California Bank & Trust   ACCOUNT # ▓▓▓8461

This Statement:
June 30, 2014
Page 14 of 18



Ref# 53003311        $1966.59        Ch# 9752

Ref# 53051660        $2262.00        Ch# 9752

Ref# 53024956        $4756.25        Ch# 9753

Ref# 53041460        $282.14         Ch# 9754

Ref# 53020327        $4415.80        Ch# 9755

Ref# 53029183        $1397.49        Ch# 9756

Ref# 53023460        $231.86         Ch# 9757

Ref# 53002793        $86.35          Ch# 9758

Ref# 53045785        $54.86          Ch# 9759

Ref# 53016731        $36908.68       Ch# 9760

0053773-0000007-0149961



California Bank & Trust   ACCOUNT # ▉8461

This Statement:
June 30, 2014
Page 15 of 18

Ref# 53001188   $1091.74   Ch# 9761

Ref# 53031963   $122.05   Ch# 9762

Ref# 53031897   $700.00   Ch# 9764

Ref# 53033456   $1875.00   Ch# 9765

Ref# 53027178   $2843.95   Ch# 9767

Ref# 53005466   $12308.98   Ch# 9768

Ref# 53022168   $639.50   Ch# 9770

Ref# 53060413   $502.05   Ch# 9771

Ref# 53013918   $59.00   Ch# 9772

Ref# 53014922   $3230.01   Ch# 9773

0053773-0000008-0149962



California Bank & Trust     ACCOUNT #     8461

This Statement:
June 30, 2014
Page 16 of 18

Ref# 53031272        $14293.18        Ch# 9777

Ref# 53057371        $1070.30        Ch# 9778

Ref# 53012382        $53.51        Ch# 9779

Ref# 53014854        $987.85        Ch# 9780

Ref# 53002231        $117.70        Ch# 9781

Ref# 53000653        $413.97        Ch# 9782

Ref# 53004573        $440.12        Ch# 9786

Ref# 53028307        $350000.00        Ch# 9788

Ref# 53022675        $1600.87        Ch# 9789

Ref# 53010981        $3865.99        Ch# 51537

0053373-0000008-0149962



California Bank & Trust    ACCOUNT #    8461

This Statement:
June 30, 2014
Page 17 of 18

Ref# 53029499    $5120.35    Ref# 51539

Ref# 53039315    $1162.69    Ref# 51540

Ref# 53033037    $5648.27    Ch# 51541

Ref# 53045933    $1614.65    Ch# 51543

Ref# 53001560    $8556.22    Ch# 51546

Ref# 53029372    $7636.38    Ch# 51547

Ref# 53017957    $5718.48    Ch# 51548

Ref# 53011436    $852.35    Ch# 51549

Ref# 53009965    $175.00    Ch# 51550

Ref# 53039316    $3359.90    Ch# 51551

0053773-0000009-0149963

California Bank & Trust          ACCOUNT #  ████ 8461

Ref# 53003534        $175.00        Ch# 51553



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 31, 2016 through January 31, 2017

Account Number:          7608



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00059885 DRE 703 210 03217 NNNNNNNNNNN  1 000000000 60 0000
THE X-LAW GROUP, PC
IOLTA TRUST ACCOUNT
1910 W SUNSET BLVD STE 450
LOS ANGELES CA 90026-7118

## We changed how we explain ATM Withdrawal Limits

We revised the Deposit Account Agreement to change how we explain ATM withdrawal limits.

Below is the explanation provided in the Deposit Account Agreement for business accounts.

*Your ATM withdrawal limits may be different depending on which type of ATM you use:*

- *When you use a Staffed ATM, the following limitations apply and are separate from all other limits:*

  *Each cardholder can withdraw up to $3,000 each day from all linked accounts of each business. This separate limit does not apply to an Associate card.*

- *When you use an Enhanced ATM, the following limitations apply:*

  *All withdrawals made with any cardholder's ATM, debit or prepaid cards for the same business count toward every card's daily withdrawal limit.*

- *When you use non-Chase ATMs and Chase ATMs that are not Enhanced, you can withdraw up to the card's daily withdrawal limit. Withdrawals using other cards will not count towards that card's daily withdrawal limit.*

You can get the latest Deposit Account Agreement on chase.com, at a branch or by request when you call us. The parts of the Deposit Account Agreement that changed will be in the Change in Terms section.

If you have questions, please call the number on your statement.

## CHECKING SUMMARY | IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,450.74** |
| Deposits and Additions | █ | ██████ |
| Checks Paid | █ | ████ |
| Electronic Withdrawals | █ | ██████ |
| Other Withdrawals | 1 | -2.62 |
| **Ending Balance** | █ | ██████ |
| | | |
| Interest Paid This Period | | $2.62 |
| Interest Paid Year-to-Date | | $2.62 |

Interest paid in 2016 for account ██████ 7608 was $703.95.

Page 1 of 4



December 31, 2016 through January 31, 2017
Account Number: ██████████ 7608

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | ████████████████████ | ████ |
| 01/23 | ████████████████████████ | ███ |
| 01/26 | Fedwire Credit Via: California Bank & Trust/122232109 B/O: State Bar of California Newport Beach CA 92660-7034 92660 Ref: Chase Nyc/Ctr/Bnf=The X-Law Group, PC IOLTA Trust Los Angeles, CA 9002 63262/Ac-000000007323 Rfb=21751607 Imad: 0126L4B74B1C000145 Trn: 3566609026Ff | 2,500,000.00 |
| 01/26 | | ███ |
| 01/31 | | ██ |
| **Total Deposits and Additions** | | ████ |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 2034  ^ | | 01/09 | $71.40 |
| **Total Checks Paid** | | | **$71.40** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | ████████████████████████ | ████ |
| 01/24 | ████████████████████ | ███ |
| 01/26 | 01/26 Wire Transfer Via: Wells Fargo NA/121000248 A/C: Honda Aircraft Company, LLC Ref: Passport 420, LLC. Contract No. 4000316. Serial No. 42000029/Time/15:5 6 Imad: 0126B1Qgc08C031291 Trn: 4555400026Es | 2,500,000.00 |
| 01/30 | ████████████████████ | ███ |
| **Total Electronic Withdrawals** | | ████ |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | ████████ | |
| **Total Other Withdrawals** | | **$2.62** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/06 | ████ |
| 01/09 | ████ |
| 01/23 | ████ |



December 31, 2016 through January 31, 2017

Account Number:        **7608**

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 01/24 | ███ |
| 01/26 | ███ |
| 01/30 | ███ |
| 01/31 | ███ |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC



December 31, 2016through January 31, 2017
Account Number: ████████ **7608**

This Page Intentionally Left Blank

EXHIBIT 2A
78



█3512       PAGE

##XXH1309DPCSTM       █3512

MICHAEL AVENATTI ESQ
May 31, 2018

Page 2
Account #:   █3512

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits | Control Number |
|------|-------------|--------|----------------|
| 5-25 | Tnet Wire Out-Dom | 30,000.00 | 180525000012003 |
| 5-31 | Tnet Wire Out-Dom | 90,000.00 | 180531000003354 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 5-10 | Service Charge INCOMING WIRE-DOM | | 15.00 | 00000000000000 |
| 5-11 | Service Charge INCOMING WIRE-DOM | | 15.00 | 00000000000000 |
| 5-14 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-15 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-21 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-21 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-24 | Account Transfer Dr. TO ACC █3504 | | 5,000.00 | 238000524094135 |
| 5-24 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-25 | Service Charge INCOMING WIRE-DOM | | 15.00 | 00000000000000 |
| 5-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-31 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 00000000000000 |
| 5-31 | Interest Transfer TO ACCOUNT NO █8897 | | 4.45 | 00000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 447.61 | 05-14 | 454,188.60 | 05-24 | 124,140.60 |
| 05-10 | 6,682.61 | 05-15 | 354,176.60 | 05-25 | 94,056.60 |
| 05-11 | 481,667.61 | 05-21 | 229,152.60 | 05-31 | 4,044.60 |



D270143512          PAGE

##XXH1309DPCSTM          ▇▇▇512

Page 1       (0)

Account #:  ▇▇▇512

This statement: June 29, 2018
Last statement: May 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 270143512 | Beginning bal | (5/31/2018) | $4,044.60 |
| Minimum balance | $1,032.60 | Deposits | (0) | + 0.00 |
| Average balance | $3,869,149.12 | Electronic cr | (1) | + 17,000,000.00 |
| Avg. collect bal | $3,869,149.00 | Other credits | (1) | + 92.22 |
| Avg. bal for APY | $3,869,149.12 | Total credits | | + $17,000,092.22 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 |
| Interest earned | $92.22 | Electronic db | (11) | - 16,759,375.55 |
| Interest-bearing days | 29 | Other debits | (14) | - 252.22 |
| Interest paid YTD | $96.71 | Total debits | | - $16,759,627.77 |
| | | Ending balance | (6/29/2018) | $244,509.05 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 6-18 | Incoming Wire-Dom | | 17,000,000.00 | 180618000007604 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-29 | Interest Credit | | 92.22 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-11 | Tnet Wire Out-Dom | 3,000.00 | 180611000003937 |
| 6-18 | Tnet Wire Out-Dom | 1,200,000.00 | 180618000007616 |
| 6-20 | Tnet Wire Out-Dom | 12,375.24 | 180620000002836 |
| 6-25 | Tnet Wire Out-Dom | 4,000.00 | 180625000008474 |
| 6-25 | Tnet Wire Out-Dom | 6,177,003.07 | 180625000004873 |
| 6-25 | Tnet Wire Out-Dom | 9,122,996.92 | 180625000004872 |
| 6-26 | Tnet Wire Out-Dom | 50,000.00 | 180626000005635 |
| 6-26 | Wire Tsfr Debit | 50,000.00 | 180626000007842 |
| 6-27 | Tnet Wire Out-Dom | 30,000.00 | 180627000006676 |



██ 3512        PAGE

##XXH1309DPCSTM        ██ 3512

MICHAEL AVENATTI ESQ
June 29, 2018

Page 2
Account #: ██ 3512

ELECTRONIC DEBITS (Continued)

| Date | Description | | Debits | Control Number |
|------|-------------|--|--------|----------------|
| 6-27 | Tnet Wire Out-Dom | | 100,000.00 | 180627000004050 |
| 6-28 | Tnet Wire Out-Dom | | 10,000.32 | 180628000006306 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 6-11 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 6-18 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-20 | Account Transfer Dr. TO ACC ██ 504 | | 20.00 | 294000620080534 |
| 6-20 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-26 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-26 | Service Charge WIRE TSFR DEBIT | | 5.00 | 000000000000000 |
| 6-27 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-28 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-29 | Interest Transfer TO ACCOUNT NO ██ 897 | | 92.22 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | 4,044.60 | 06-20 | 15,788,598.36 | 06-27 | 254,521.37 |
| 06-11 | 1,032.60 | 06-25 | 484,562.37 | 06-28 | 244,509.05 |
| 06-18 | 15,801,005.60 | 06-26 | 384,545.37 | 06-29 | 244,509.05 |

(Page 1 of 4)



  The way up.™

**BUSINESS ACCOUNT AGREEMENT**

### GENERAL ACCOUNT INFORMATION

Account Holder(s) ("Client")/dba:   MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT — *IOLTA*

| | | | |
|---|---|---|---|
| Type of Account: | CA IOLTA State Bar Acct | Account Number: | 9512 |
| Mailing Address: | 520 NEWPORT CENTER DR SUITE 1400 NEWPORT , CA 92660 | | |
| Telephone: | Information on File | E-Mail/Fax: Information on File | |

## REPRESENTATION FOR INTEREST BEARING ACCOUNT

By signing below, I/we represent and warrant City National Bank ("CNB") that all funds in the referenced account are held solely for the benefit of natural persons or by a non-profit organization operated primarily for religious, philanthropic, charitable, educational or other similar purpose.

## MINIMUM NUMBER OF SIGNATURES REQUIRED FOR AUTHORIZED WITHDRAWAL: 1

Signature Message Code:   NONE

---

**Taxpayer Information**

BY SIGNING THE "AGREEMENT BY CLIENT" BELOW, I/WE CERTIFY UNDER PENALTIES OF PERJURY THAT:

1. THE CORRECT TAXPAYER IDENTIFICATION NUMBER OF THE ACCOUNT HOLDER IS: ▮▮▮▮▮▮▮ ; and,
2. THE TAXPAYER IDENTIFICATION NUMBER USED FOR TAX REPORTING PURPOSES IS THAT OF THE APPLICABLE STATE BAR ASSOCIATION CORRESPONDING TO THE STATE IN WHICH THE ACCOUNT IS MAINTAINED (TIN AVAILABLE UPON REQUEST); and,
3. THE ACCOUNT HOLDER IS NOT SUBJECT TO BACKUP WITHHOLDING DUE TO FAILURE TO REPORT INTEREST AND DIVIDEND INCOME; and,
4. THE ACCOUNT HOLDER IS A U.S. PERSON OR A U.S. RESIDENT ALIEN, and,
5. THE ACCOUNT HOLDER IS EXEMPT FROM FATCA REPORTING AND THE FATCA CODE (if any) ENTERED IS CORRECT

EXCEPT (Check applicable box)

☐ The Account Holder is currently subject to backup withholding and has not been notified by the Internal Revenue Service that backup withholding has been terminated.

☐ The Account Holder is a Non-Resident Alien, Foreign Citizen or Foreign Entity and is exempt from backup withholding and information reporting and an appropriate IRS Form W-8, Foreign Status Certificate has been completed.

Exemption from backup withholding payee code (if any) _____ Exemption from FATCA reporting code for accounts outside US only _____
**Government Regulation may require that CNB report interest income information**

---

### CERTIFICATION OF AUTHORITY

By signing the "Agreement by Client" below, each signer declares under penalty of perjury under the laws of the state where signed that the following is true and correct: (1) The signer holds the title, office, or position indicated and is authorized by the Client to make this declaration and sign the Agreement on behalf of the Client; (2) if the Client is (a) a sole proprietorship, the signer is the sole proprietor; (b) a partnership, the signer is a general partner, or a managing partner; (c) a limited liability company, the signer is the Manager or Member designated to act on behalf of the Client or the signers are all of the Managers or Member so designated; (3) The signer is authorized to enter into deposit, fund transfer, brokerage, investment and treasury management agreement and deposit service agreement(s) on behalf of Client and to designate person(s) authorized to (a) act on behalf of Client and (b) designated persons as "Authorized Signers" on any accounts of Client established hereunder; and (4) When signed below no other person's signature or authorization is required to make the Agreement by Client binding and enforceable on the Client. (5) This authorization is in addition to all other authorizations now in existence.

EXHIBIT 2A
82

(Page 2 of 4)

Account Title :

MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT

Account Number:

3512

**AGREEMENT BY CLIENT**

On behalf of the named Client, by signing below I/we acknowledge receipt of the Account Agreement and Disclosures and applicable disclosures and fee schedule(s) containing the terms, conditions and fees governing the account(s), products and services designated above and any accounts designated under "Additional Accounts" below and any products and services later contracted for, as amended by disclosures and fee schedule(s) provided at the time of contracting. I/We agree that these terms, conditions and fees govern each account established with City National Bank ("CNB") or City National Securities, Inc. ("CNS") and each service now or later contracted for, as amended by later disclosures. I/We agree that CNB or CNS may provide additional terms, conditions and fees from time to time, depending upon the products and services selected by me/us and that CNB or CNS may amend or change these terms, conditions and fees from time to time on any required notice. If any terms, conditions, fees and any changes thereto are not acceptable to me/us, I/we will close the account(s) or discontinue the service. Where applicable, my/our continued use of the products and/or services after receipt of the terms, conditions, fees and amendments constitute my/our acceptance of such terms, conditions, fees and amendments thereto. I/We agree that the Authorized Signer(s) may withdraw funds and initiate and confirm payment orders pursuant to the security procedure selected respecting the account(s) and each Authorized Signer may establish additional accounts with CNB or CNS in the same name(s) and subject to the same signing authority stated above, contract for additional services for the account(s), and otherwise give instruction to CNB or CNS. If I/We indicated we would like information about the products and services of CNS, you are authorized to share information about me/us between CNB and CNS.

**FURTHER AGREEMENT FOR TREASURY MANAGEMENT**

Capitalized terms used in this Authorization and Agreement, not otherwise defined, have the meanings given to them in the City National Bank Treasury Management Services Disclosure and Agreement (the "Agreement").

By signing below, the undersigned, on behalf of the Business Organization named below (the "Client"), acknowledges receipt of the Agreement and agrees to adhere to the terms and conditions contained in the Agreement, any applicable User Documentation, setup forms, related documents, and any other disclosures provided to the Client with regard to the provision of one or more City National Bank Treasury Management Services.

The Agreement supersedes other treasury management service agreements between the Client and CNB. For certain Treasury Management Services, the Agreement authorizes on page 5 the Client's System Administrator to assign passwords, user names, and Personal Identification Numbers to persons that will enable the persons to conduct transactions on deposit accounts set up on the Treasury Management Service, notwithstanding the signing authority identified in the deposit agreement. The System Administrator may also designate one or more other persons to perform these same functions the System Administrator is authorized to perform (each such person being called a "User Administrator"). THE AGREEMENT ALSO PROVIDES FOR BINDING ARBITRATION OF DISPUTES.

The Client may from time to time request CNB to provide one or more of the Services described in the Agreement. Subject to CNB's approval, the Client may begin to use any Service requested once CNB has received all required forms properly completed and the Client has successfully fulfilled any applicable user requirements, including but not limited to testing and training.

Further, the undersigned represents and warrants that the Client has taken all actions required to authorize the undersigned on behalf of the Client to execute and deliver this Authorization and Agreement and any other documents CNB may require with respect to a Service and that, when signed by the undersigned, this Authorization and Agreement is the valid and binding act of the Client.

I/We certify to CNB and CNS that all the information on this Agreement is true and correct. I/We authorize CNB to obtain a ChexSystem or other similar report on Client and to report information. I/We authorize CNB to obtain a ChexSystem or other similar consumer report on each of us signing below and to report information. If I ask, CNB will tell me whether a consumer report was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back up withholding.

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature:

Name/Title:   MICHAEL J AVENATTI / Attorney-Primary

Date:   5/17/17          Place of Signing:   NEWPORT BEACH, CA

(City and State)

AUTHORIZED SIGNERS (SIGN IN BLACK INK ONLY AND SIGN IN BOX BELOW)

Name:   MICHAEL J AVENATTI

Title:   Attorney-Primary

Restriction/Alias Name/Facsimile:

5/17/2017                          **Page 2 of 4**                          City National Bank
                                                                          Revised 4/1/2017

(Page 3 of 4)

Account Title :

MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT

Account Number:

█████3512

Name:   JUDY K REGNIER

Title:   Authorized Signer

x _____
  Sign here

Restriction/Alias Name/Facsimile: _____

(Page 4 of 4)

Account Title :

MICHAEL J AVENATTI ESQ. ATTORNEY CLIENT TRUST ACCOUNT

Account Number:

████ 8512

## BANK USE ONLY

| Today's Date / Time<br>5/17/2017 11:39 AM | Opened By<br>Ceci Licea | Opening Deposit  $0.00 |
| Supersedes Card Date<br>5.16.17 | Superseded By | |
| Officer(s): 95y.  uu3 | | Is the entity doing business in the state the account is opened?  **Yes** |
| Original Opening Date<br>5.11.17 | Reviewed By | |
| Date Closed | Reason Closed | Type of Business/NAICS Code |

ADDITIONAL ACCOUNTS
Client authorizes the following additional accounts:

| ACCOUNT INFORMATION | | OPENED | | REVIEWED<br>BY | DATE<br>CLOSED | CLOSING REASON |
|---|---|---|---|---|---|---|
| TYPE | ACCOUNT NO. | DATE | BY | | | |
| **081** | ████ 4705 | 9/15/17 | **K.Ortiz** | | | |
| 081 | ████ 5566 | 12/28/17 | **RF** | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

EXHIBIT 2A
85



████3512        PAGE

##XXH1309DFCSTM        ████3512

Page 1     (3)

Account #: ████3512

This statement: May 31, 2017
Last statement: May 11, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                      0830L
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (5/11/2017) | | $0.00 |
| Minimum balance | $0.00 | Deposits | (0) | + 0.00 | |
| Average balance | $271,890.17 | Electronic cr | (1) | + 952,994.57 | |
| Avg. collect bal | $271,890.00 | Other credits | (1) | + 4.69 | |
| Avg. bal for APY | $271,890.17 | Total credits | | | + $952,999.26 |
| APY earned | 0.03% | Checks paid | (3) | - 640,000.00 | |
| Interest earned | $4.69 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 21 | Other debits | (2) | - 19.69 | |
| Interest paid YTD | $4.69 | Total debits | | | - $640,019.69 |
| | | Ending balance | (5/31/2017) | | $312,979.57 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 5-17 | Incoming Wire-Dom | | 952,994.57 | 170517000003010 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-31 | Interest Credit | | 4.69 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5012 | 05-17 | 325,000.00 | 000008110017200 |
| 5013 | 05-18 | 175,000.00 | 000008100045700 |
| 5018 * | 05-23 | 140,000.00 | 000008030015000 |

* Skip in check sequence



████3512      PAGE

##XXH1309DPCSTM      ████████3512

MICHAEL AVENATTI ESQ          Page 2
May 31, 2017                  Account #: ████3512

OTHER DEBITS
Date   Description                              Reference        Debits   Control Number
5-17   Service Charge INCOMING WIRE-DOM                          15.00    170517000003010
5-31   Interest Transfer TO ACCOUNT NO ████8897                   4.69    000000000000000

DAILY BALANCES
Date      Amount   Date      Amount   Date      Amount
05-17   627,979.57   05-23   312,979.57
05-18   452,979.57   05-31   312,979.57



███3512          PAGE

##XXH1309DECSTM          ███3512

Page 1      (3)

Account #: ███3512

This statement: June 30, 2017
Last statement: May 31, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
270                    0830L      Newport Beach, CA 92660
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ███3512 | Beginning bal | (5/31/2017) | | $312,979.57 |
| Minimum balance | $12,979.57 | Deposits | (0) | + 0.00 | |
| Average balance | $124,646.24 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $124,646.00 | Other credits | (1) | + 3.08 | |
| Avg. bal for APY | $124,646.24 | Total credits | | | + $3.08 |
| APY earned | 0.03% | Checks paid | (3) | - 300,000.00 | |
| Interest earned | $3.08 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 30 | Other debits | (1) | - 3.08 | |
| Interest paid YTD | $7.77 | Total debits | | | - $300,003.08 |
| | | Ending balance | (6/30/2017) | | $12,979.57 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-30 | Interest Credit | | 3.08 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5022 | 06-06 | 150,000.00 | 000008030073300 |
| 5024 * | 06-16 | 100,000.00 | 000008040000500 |
| 5028 * | 06-23 | 50,000.00 | 000008100087800 |

* Skip in check sequence

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-30 | Interest Transfer TO ACCOUNT NO ███8897 | | 3.08 | 000000000000000 |



████3512        PAGE

##XXH1309DPCSTM        ████3512

MICHAEL AVENATTI ESQ                Page 2
June 30, 2017                       Account #: ████3512

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | 312,979.57 | 06-16 | 62,979.57 | 06-30 | 12,979.57 |
| 06-06 | 162,979.57 | 06-23 | 12,979.57 | | |



▇3512         PAGE

##XXH1309DPCSTM        ▇3512

Page 1     (2)

Account #:  ▇3512

This statement: July 31, 2017
Last statement: June 30, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830L
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ▇3512 | Beginning bal | (6/30/2017) | | $12,979.57 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $8,794.93 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $8,794.00 | Other credits | (1) | + 0.22 | |
| Avg. bal for APY | $8,794.93 | Total credits | | | + $0.22 |
| APY earned | 0.03% | Checks paid | (2) | - 12,531.96 | |
| Interest earned | $0.22 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 31 | Other debits | (1) | - 0.22 | |
| Interest paid YTD | $7.99 | Total debits | | | - $12,532.18 |
| | | Ending balance | (7/31/2017) | | $447.61 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-31 | Interest Credit | | .22 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 1001 | 07-25 | 5,531.96 | 000010120142200 |
| 5042 * | 07-19 | 7,000.00 | 000008120050000 |

* Skip in check sequence

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-31 | Interest Transfer TO ACCOUNT NO ▇8897 | | .22 | 000000000000000 |



■■3512     PAGE

##XXH1309DPCSTM     ■■■3512

MICHAEL AVENATTI ESQ                 Page 2
July 31, 2017                        Account #: ■■3512

DAILY BALANCES
Date         Amount    Date         Amount   Date        Amount
06-30     12,979.57    07-25        447.61
07-19      5,979.57    07-31        447.61



████512    PAGE

##XXH1309DPCSTM    ████3512

Page 1    (0)

Account #: ████3512

This statement: August 31, 2017
Last statement: July 31, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | | |
|---|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (7/31/2017) | | $447.61 | |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 | |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | | |
| Interest-bearing days | 31 | Other debits | (1) | - 0.01 | | |
| Interest paid YTD | $8.00 | Total debits | | | - $0.01 | |
| | | Ending balance | (8/31/2017) | | $447.61 | |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-31 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-31 | Interest Transfer TO ACCOUNT NO ████8897 | | .01 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 447.61 | 08-31 | 447.61 | | |



███3512        PAGE

##XXH1309DPCSTM        ███3512

Page 1        (0)

Account #:  ███3512

This statement: September 29, 2017        Contact us:
Last statement: August 31, 2017          800 773-7100

                                         Newport Center Office
                                         500 Newport Center Drive
270                    0830N             Newport Beach, CA 92660
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT            cnb.com
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ███3512 | Beginning bal | (8/31/2017) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | − 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | − 0.00 | |
| Interest-bearing days | 29 | Other debits | (1) | − 0.01 | |
| Interest paid YTD | $8.01 | Total debits | | | − $0.01 |
| | | Ending balance | (9/29/2017) | | $447.61 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-29 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 9-29 | Interest Transfer TO ACCOUNT NO ███8897 | | .01 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 447.61 | 09-29 | 447.61 | | |



████3512          PAGE

##XXH1309DPCSTM          ████3512

Page 1     (0)

Account #: ████3512

This statement: October 31, 2017
Last statement: September 29, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (9/29/2017) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | − 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | − 0.00 | |
| Interest-bearing days | 32 | Other debits | (1) | − 0.01 | |
| Interest paid YTD | $8.02 | Total debits | | | − $0.01 |
| | | Ending balance | (10/31/2017) | | $447.61 |

OTHER CREDITS

| Date | Description | | Reference | Credits | Control Number |
|---|---|---|---|---|---|
| 10-31 | Interest Credit | | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | | Reference | Debits | Control Number |
|---|---|---|---|---|---|
| 10-31 | Interest Transfer TO ACCOUNT NO ████8897 | | | .01 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-29 | 447.61 | 10-31 | 447.61 | | |



███ 3512          PAGE

##XXH1309DPCSTM          ███ 3512

Page 1          (0)

Account #:    ███ 3512

This statement: November 30, 2017
Last statement: October 31, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ███ 3512 | Beginning bal | (10/31/2017) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.02 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.02 |
| APY earned | 0.05% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.02 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 30 | Other debits | (1) | - 0.02 | |
| Interest paid YTD | $8.04 | Total debits | | | - $0.02 |
| | | Ending balance | (11/30/2017) | | $447.61 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 11-30 | Interest Credit | | .02 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-30 | Interest Transfer TO ACCOUNT NO ███ 8897 | | .02 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 447.61 | 11-30 | 447.61 | | |



██████ 3512          PAGE

##XXH1309DPCSTM          ██████ 3512

Page 1     (0)

Account #: ██████ 3512

This statement: December 29, 2017          Contact us:
Last statement: November 30, 2017          800 773-7100

                                           Newport Center Office
                                           500 Newport Center Drive
270                    0830N               Newport Beach, CA 92660
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT              cnb.com
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660


IMPORTANT NOTICE: THE TREASURY MANAGEMENT DISCLOSURE AND AGREEMENT
(TMDA) HAS BEEN UPDATED TO REFLECT NEW INFORMATION FOR TREASURY
MANAGEMENT SERVICES. YOU CAN OBTAIN A COPY FROM ANY CITY NATIONAL BRANCH
OR ONLINE AT CNB.COM (NAVIGATE TO PERSONAL OR BUSINESS CHECKING AND
CLICK ON THE LINK FOR AGREEMENTS, FEES AND DISCLOSURES.

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (11/30/2017) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 29 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $8.05 | Total debits | | | - $0.01 |
| | | Ending balance | (12/29/2017) | | $447.61 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 12-29 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-29 | Interest Transfer TO ACCOUNT NO ████ 8897 | | .01 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 447.61 | 12-29 | 447.61 | | |

EXHIBIT 2A



████3512        PAGE

##XXH1309DPCSTM        ████3512

Page 1      (0)

Account #:  ███3512

This statement: January 31, 2018
Last statement: December 29, 2017

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (12/29/2017) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.02% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 33 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $0.01 | Total debits | | | - $0.01 |
| | | Ending balance | (1/31/2018) | | $447.61 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 1-31 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 1-31 | Interest Transfer TO ACCOUNT NO ████8897 | | .01 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-29 | 447.61 | 01-31 | 447.61 | | |



███ 3512          PAGE

##XXH1309DPCSTM        ███ 3512

Page 1      (0)

Account #: ███ 3512

This statement: February 28, 2018
Last statement: January 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

IMPORTANT NOTICE: WE WANT TO MAKE YOU AWARE OF A NEW FEDERAL
REQUIREMENT THAT WILL IMPACT BUSINESS ACCOUNT OPENINGS. IN ORDER
TO PREPARE FOR THIS REGULATORY CHANGE, EFFECTIVE MARCH 1, 2018,
CITY NATIONAL BANK WILL MAKE CHANGES TO ITS ACCOUNT OPENING PROCESS. FOR
MORE INFORMATION GO TO WWW.CNB.COM/BENEFICIALOWNERSHIP OR
CONTACT YOUR RELATIONSHIP MANAGER OR BANKER.

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ███ 3512 | Beginning bal | (1/31/2018) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | − 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | − 0.00 | |
| Interest-bearing days | 28 | Other debits | (1) | − 0.01 | |
| Interest paid YTD | $0.02 | Total debits | | | − $0.01 |
| | | Ending balance | (2/28/2018) | | $447.61 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 2-28 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-28 | Interest Transfer TO ACCOUNT NO ███ 8897 | | .01 | 000000000000000 |



██ 3512      PAGE

##XXH13Q9DPCSTM      ████ 3512

MICHAEL AVENATTI ESQ                Page 2
February 28, 2018                   Account #: ████ 3512

DAILY BALANCES
Date           Amount   Date        Amount   Date        Amount
01-31          447.61   02-28       447.61



████3512      PAGE

##XXH1309DPCSTM      ████3512

Page 1      (0)

Account #:  ████3512

This statement: March 30, 2018
Last statement: February 28, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (2/28/2018) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 30 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $0.03 | Total debits | | | - $0.01 |
| | | Ending balance | (3/30/2018) | | $447.61 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 3-30 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-30 | Interest Transfer TO ACCOUNT NO ████8897 | | .01 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 447.61 | 03-30 | 447.61 | | |



█████3512          PAGE

##XXH1309DPCSTM          █████3512

Page 1      (0)

Account #: █████3512

This statement: April 30, 2018
Last statement: March 30, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | █████3512 | Beginning bal | (3/30/2018) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $447.61 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $447.00 | Other credits | (1) | + 0.01 | |
| Avg. bal for APY | $447.61 | Total credits | | | + $0.01 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.01 | Electronic db | (0) | - 0.00 | |
| Interest-bearing days | 31 | Other debits | (1) | - 0.01 | |
| Interest paid YTD | $0.04 | Total debits | | | - $0.01 |
| | | Ending balance | (4/30/2018) | | $447.61 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-30 | Interest Credit | | .01 | 000000000000000 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-30 | Interest Transfer TO ACCOUNT NO █████8897 | | .01 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-30 | 447.61 | 04-30 | 447.61 | | |



████3512        PAGE

##XXH1309DPCSTM        ████3512

Page 1        (0)

Account #:  ████3512

This statement: May 31, 2018
Last statement: April 30, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (4/30/2018) | | $447.61 |
| Minimum balance | $447.61 | Deposits | (0) | + 0.00 | |
| Average balance | $174,675.64 | Electronic cr | (3) | + 511,205.00 | |
| Avg. collect bal | $174,675.00 | Other credits | (1) | + 4.45 | |
| Avg. bal for APY | $174,675.64 | Total credits | | | + $511,209.45 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $4.45 | Electronic db | (8) | - 502,467.01 | |
| Interest-bearing days | 31 | Other debits | (13) | - 5,145.45 | |
| Interest paid YTD | $4.49 | Total debits | | | - $507,612.46 |
| | | Ending balance | (5/31/2018) | | $4,044.60 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 5-10 | Incoming Wire-Dom | | 6,250.00 | 180510000007504 |
| 5-11 | Incoming Wire-Dom | | 475,000.00 | 180511000004312 |
| 5-25 | Incoming Wire-Dom | | 29,955.00 | 180525000008896 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 5-31 | Interest Credit | | 4.45 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | | Debits | Control Number |
|---|---|---|---|---|
| 5-14 | Tnet Wire Out-Dom | | 27,467.01 | 180514000003876 |
| 5-15 | Tnet Wire Out-Dom | | 100,000.00 | 180515000002151 |
| 5-21 | Tnet Wire Out-Dom | | 25,000.00 | 180521000004155 |
| 5-21 | Tnet Wire Out-Dom | | 100,000.00 | 180521000004156 |
| 5-24 | Tnet Wire Out-Dom | | 100,000.00 | 180524000006997 |
| 5-25 | Tnet Wire Out-Dom | | 30,000.00 | 180525000006653 |



■3512          PAGE

##XXH1309DPCSTM          ■3512

MICHAEL AVENATTI ESQ                    Page 2
May 31, 2018                            Account #: ■3512

ELECTRONIC DEBITS (Continued)
| Date | Description | Debits | Control Number |
|---|---|---|---|
| 5-25 | Tnet Wire Out-Dom | 30,000.00 | 180525000012003 |
| 5-31 | Tnet Wire Out-Dom | 90,000.00 | 180531000003354 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 5-10 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 5-11 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 5-14 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-15 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-21 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-21 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-24 | Account Transfer Dr. TO ACC ■3504 | | 5,000.00 | 238000524094135 |
| 5-24 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-25 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 5-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-31 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 5-31 | Interest Transfer TO ACCOUNT NO ■8897 | | 4.45 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 447.61 | 05-14 | 454,188.60 | 05-24 | 124,140.60 |
| 05-10 | 6,682.61 | 05-15 | 354,176.60 | 05-25 | 94,056.60 |
| 05-11 | 481,667.61 | 05-21 | 229,152.60 | 05-31 | 4,044.60 |



████3512          PAGE

##XXH1309DPCSTM          ████ 3512

Page 1       (0)

Account #: ████ 3512

This statement: June 29, 2018
Last statement: May 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                      0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ████3512 | Beginning bal | (5/31/2018) | $4,044.60 |
| Minimum balance | $1,032.60 | Deposits | (0) | + 0.00 |
| Average balance | $3,869,149.12 | Electronic cr | (1) | + 17,000,000.00 |
| Avg. collect bal | $3,869,149.00 | Other credits | (1) | + 92.22 |
| Avg. bal for APY | $3,869,149.12 | Total credits | | + $17,000,092.22 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 |
| Interest earned | $92.22 | Electronic db | (11) | - 16,759,375.55 |
| Interest-bearing days | 29 | Other debits | (14) | - 252.22 |
| Interest paid YTD | $96.71 | Total debits | | - $16,759,627.77 |
| | | Ending balance | (6/29/2018) | $244,509.05 |

ELECTRONIC CREDITS
| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 6-18 | Incoming Wire-Dom | | 17,000,000.00 | 180618000007604 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-29 | Interest Credit | | 92.22 | 000000000000000 |

ELECTRONIC DEBITS
| Date | Description | Debits | Control Number |
|---|---|---|---|
| 6-11 | Tnet Wire Out-Dom | 3,000.00 | 180611000003937 |
| 6-18 | Tnet Wire Out-Dom | 1,200,000.00 | 180618000007616 |
| 6-20 | Tnet Wire Out-Dom | 12,375.24 | 180620000002836 |
| 6-25 | Tnet Wire Out-Dom | 4,000.00 | 180625000008474 |
| 6-25 | Tnet Wire Out-Dom | 6,177,003.07 | 180625000004873 |
| 6-25 | Tnet Wire Out-Dom | 9,122,996.92 | 180625000004872 |
| 6-26 | Tnet Wire Out-Dom | 50,000.00 | 180626000005635 |
| 6-26 | Wire Tsfr Debit | 50,000.00 | 180626000007842 |
| 6-27 | Tnet Wire Out-Dom | 30,000.00 | 180627000006676 |



■■■3512        PAGE

##XXH1309DPCSTM        ■■■3512

MICHAEL AVENATTI ESQ               Page 2
June 29, 2018                      Account #: ■■■3512

ELECTRONIC DEBITS (Continued)
| Date | Description | | Debits | Control Number |
|------|-------------|---|--------|----------------|
| 6-27 | Tnet Wire Out-Dom | | 100,000.00 | 180627000004050 |
| 6-28 | Tnet Wire Out-Dom | | 10,000.32 | 180628000006306 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 6-11 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 6-18 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-20 | Account Transfer Dr. TO ACC ■■■3504 | | 20.00 | 294000620080534 |
| 6-20 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-25 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-26 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-26 | Service Charge WIRE TSFR DEBIT | | 5.00 | 000000000000000 |
| 6-27 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-27 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-28 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 6-29 | Interest Transfer TO ACCOUNT NO ■■■8897 | | 92.22 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 05-31 | 4,044.60 | 06-20 | 15,788,598.36 | 06-27 | 254,521.37 |
| 06-11 | 1,032.60 | 06-25 | 484,562.37 | 06-28 | 244,509.05 |
| 06-18 | 15,801,005.60 | 06-26 | 384,545.37 | 06-29 | 244,509.05 |



3512        PAGE

##XXH1309DFCSTM                3512

Page 1      (0)

Account #:          3512

This statement: July 31, 2018
Last statement: June 29, 2018

Contact us:
800 773-7100

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

cnb.com

Legal Services Trust Fund Acct

Account Summary
| | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 3512 | Beginning bal | (6/29/2018) | | $244,509.05 |
| Minimum balance | $1,461.05 | Deposits | (0) | + 0.00 | |
| Average balance | $65,761.30 | Electronic cr | (1) | + 2,475.00 | |
| Avg. collect bal | $65,761.00 | Other credits | (2) | + 13.73 | |
| Avg. bal for APY | $65,761.30 | Total credits | | | + $2,488.73 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $1.73 | Electronic db | (10) | - 242,828.00 | |
| Interest-bearing days | 32 | Other debits | (13) | - 2,708.73 | |
| Interest paid YTD | $98.44 | Total debits | | | - $245,536.73 |
| | | Ending balance | (7/31/2018) | | $1,461.05 |

ELECTRONIC CREDITS
| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 7-12 | Incoming Wire-Dom | | 2,475.00 | 180712000006759 |

OTHER CREDITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 7-16 | Credit Memo WIRE TRANSFER FEE | | 12.00 | 468000716134605 |
| 7-31 | Interest Credit | | 1.73 | 000000000000000 |

ELECTRONIC DEBITS
| Date | Description | Debits | Control Number |
|---|---|---|---|
| 7-2 | Tnet Wire Out-Dom | 4,000.00 | 180702000006392 |
| 7-3 | Tnet Wire Out-Dom | 7,428.00 | 180703000004583 |
| 7-3 | Tnet Wire Out-Dom | 100,000.00 | 180703000003750 |
| 7-9 | Tnet Wire Out-Dom | 2,500.00 | 180709000002304 |
| 7-10 | Tnet Wire Out-Dom | 2,500.00 | 180709000001050 |
| 7-11 | Tnet Wire Out-Dom | 30,000.00 | 180711000001381 |
| 7-13 | Tnet Wire Out-Dom | 2,500.00 | 180713000004777 |
| 7-13 | Tnet Wire Out-Dom | 84,000.00 | 180713000005047 |



3512          PAGE

##XXH1309DPCSTM                    3512

MICHAEL AVENATTI ESQ                Page 2
July 31, 2018                       Account #:      3512

ELECTRONIC DEBITS (Continued)
| Date | Description | | Debits | Control Number |
| --- | --- | --- | --- | --- |
| 7-20 | Tnet Wire Out-Dom | | 1,900.00 | 180720000006292 |
| 7-26 | Tnet Wire Out-Dom | | 8,000.00 | 180726000001567 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
| --- | --- | --- | --- | --- |
| 7-2 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-3 | Account Transfer Dr. TO ACC     3504 | | 2,572.00 | 294000703120744 |
| 7-3 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-3 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-9 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-10 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-11 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-12 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 7-13 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-13 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-20 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-26 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 7-31 | Interest Transfer TO ACCOUNT NO     8897 | | 1.73 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 06-29 | 244,509.05 | 07-10 | 125,449.05 | 07-16 | 11,385.05 |
| 07-02 | 240,497.05 | 07-11 | 95,437.05 | 07-20 | 9,473.05 |
| 07-03 | 130,473.05 | 07-12 | 97,897.05 | 07-26 | 1,461.05 |
| 07-09 | 127,961.05 | 07-13 | 11,373.05 | 07-31 | 1,461.05 |



█████3512          PAGE

##XXH1309DPCSTM          █████3512

Page 1      (0)

Account #: ████3512

This statement: August 31, 2018
Last statement: July 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | █████3512 | Beginning bal | (7/31/2018) | | $1,461.05 |
| Minimum balance | $49.05 | Deposits | (0) | + 0.00 | |
| Average balance | $1,722.34 | Electronic cr | (1) | + 4,375.00 | |
| Avg. collect bal | $1,722.00 | Other credits | (1) | + 0.05 | |
| Avg. bal for APY | $1,722.34 | Total credits | | | + $4,375.05 |
| APY earned | 0.03% | Checks paid | (0) | - 0.00 | |
| Interest earned | $0.05 | Electronic db | (3) | - 5,200.00 | |
| Interest-bearing days | 31 | Other debits | (5) | - 51.05 | |
| Interest paid YTD | $98.49 | Total debits | | | - $5,251.05 |
| | | Ending balance | (8/31/2018) | | $585.05 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 8-3 | Incoming Wire-Dom | | 4,375.00 | 180803000005936 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-31 | Interest Credit | | .05 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | | Debits | Control Number |
|---|---|---|---|---|
| 8-1 | Tnet Wire Out-Dom | | 1,400.00 | 180801000005340 |
| 8-10 | Tnet Wire Out-Dom | | 1,900.00 | 180810000001763 |
| 8-15 | Tnet Wire Out-Dom | | 1,900.00 | 180815000003320 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-1 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 8-3 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 8-10 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |



██ 3512      PAGE

##XXH1309DPCSTM          ██ 3512

MICHAEL AVENATTI ESQ          Page 2
August 31, 2018              Account #: ██ 3512

OTHER DEBITS (Continued)
| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 8-15 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 8-31 | Interest Transfer TO ACCOUNT NO ██ 8897 | | .05 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07-31 | 1,461.05 | 08-03 | 4,409.05 | 08-15 | 585.05 |
| 08-01 | 49.05 | 08-10 | 2,497.05 | 08-31 | 585.05 |



▓3512        PAGE

##XXH1309DPCSTM           ▓3512

Page 1      (1)

Account #:   ▓3512

This statement: September 28, 2018
Last statement: August 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830L
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

Legal Services Trst Fund

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | ▓3512 | Beginning bal | (8/31/2018) | | $585.05 |
| Minimum balance | $9.05 | Deposits | (0) | + 0.00 | |
| Average balance | $674.26 | Electronic cr | (2) | + 254,375.00 | |
| Avg. collect bal | $674.00 | Other credits | (1) | + 0.08 | |
| Avg. bal for APY | $674.26 | Total credits | | | + $254,375.08 |
| APY earned | 0.15% | Checks paid | (1) | - 148,750.00 | |
| Interest earned | $0.08 | Electronic db | (3) | - 56,125.00 | |
| Interest-bearing days | 28 | Other debits | (8) | - 50,076.08 | |
| Interest paid YTD | $98.57 | Total debits | | | - $254,951.08 |
| | | Ending balance | (9/28/2018) | | $9.05 |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 9-5 | Incoming Wire-Dom | | 250,000.00 | 180905000007520 |
| 9-17 | Incoming Wire-Dom | | 4,375.00 | 180917000003192 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-28 | Interest Credit | | .08 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 6502 | 09-05 | 148,750.00 | 000008140043800 |



██ 3512        PAGE

##XXH1309DPCSTM        ██ 3512

MICHAEL AVENATTI ESQ                Page 2
September 28, 2018                  Account #: ██ 3512


ELECTRONIC DEBITS
| Date | Description | | Debits | Control Number |
|------|-------------|---|--------|----------------|
| 9-5 | Tnet Wire Out-Dom | | 50,000.00 | 180905000007842 |
| 9-14 | Tnet Wire Out-Dom | | 1,750.00 | 180914000007003 |
| 9-17 | Tnet Wire Out-Dom | | 4,375.00 | 180917000004250 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 9-5 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-5 | Account Transfer Dr. TO ACC ██ 3504 | | 50,000.00 | 238000905144349 |
| 9-5 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 9-14 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 9-17 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-17 | Service Charge TNET WIRE OUT-DOM | | 12.00 | 000000000000000 |
| 9-19 | Account Transfer Dr. TO ACC ██ 3504 | | 10.00 | 238000919080906 |
| 9-28 | Interest Transfer TO ACCOUNT NO ██ 897 | | .08 | 000000000000000 |

DAILY BALANCES
| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 585.05 | 09-14 | 46.05 | 09-19 | 9.05 |
| 09-05 | 1,808.05 | 09-17 | 19.05 | 09-28 | 9.05 |



████3512          PAGE

##XXH1309DPCSTM          ████3512

Page 1     (0)

Account #:  ███3512

This statement: October 31, 2018
Last statement: September 28, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                    0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

cnb.com

EFFECTIVE 9/4/18, THE IOLTA INTEREST RATE HAS INCREASED TO EQUAL THE CNB
LADDER BUSINESS MONEY MARKET ACCOUNT RATE, WITH NO MONTHLY FEE DEDUCTED
FROM INTEREST PAID TO THE STATE BAR LEGAL SERVICES TRUST FUND PROGRAM.
EFFECTIVE 11/01/18, A HIGHER-PAYING INVESTMENT SWEEP OPTION IS AVAILABLE
FOR EXCESS IOLTA BALANCES. NOT FDIC INSURED, NOT BANK GUARANTEED, MAY
LOSE VALUE. CONTACT YOUR RELATIONSHIP MANAGER FOR MORE
INFORMATION.

Legal Services Trst Fund

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | ███3512 | Beginning bal | (9/28/2018) | $9.05 |
| Minimum balance | $9.05 | Credits | + $0.00 | |
| Average balance | $9.05 | Debits | − $0.00 | |
| Avg. collect bal | $9.00 | Ending balance | █████ | ███ |
| Avg. bal for APY | $9.05 | | | |
| APY earned | 0.00% | | | |
| Interest earned | $0.00 | | | |
| Interest-bearing days | 33 | | | |
| Interest paid YTD | $98.57 | | | |

** No activity this statement period **

EXHIBIT 2A
112



Date:20170517 Check:5012 Account: 3512 Amount:325000.00

Date:20170517 Check:5012 Account: 3512 Amount:325000.00

Date:20170518 Check:5013 Account: 3512 Amount:175000.00

Date:20170518 Check:5013 Account: 3512 Amount:175000.00

Date:20170523 Check:5018 Account: 3512 Amount:140000.00

Date:20170523 Check:5018 Account: 3512 Amount:140000.00

Date:20170608 Check:5022 Account: 3512 Amount:150000.00

Date:20170608 Check:5022 Account: 3512 Amount:150000.00

EXHIBIT 2A
113



Date:20170616 Check:5024 Account 3512 Amount:100000.00          Date:20170616 Check:5024 Account 3512 Amount:100000.00

Date:20170623 Check:5028 Account 3512 Amount:50000.00          Date:20170623 Check:5028 Account 3512 Amount:50000.00

Date:20170719 Check:5042 Account 3512 Amount:7000.00          Date:20170719 Check:5042 Account 3512 Amount:7000.00

Date:20170725 Check:1001 Account 3512 Amount:5531.96          Date:20170725 Check:1001 Account 3512 Amount:5531.96



Date:20180905 Check:6502 Account:███3512 Amount:148750.00          Date:20180905 Check:6502 Account:███3512 Amount:148750.00



Date:20180905 Check:30415062 Account: ████ 1844 Amount:148750.00

Date:20180905 Check:30415062 Account: ████ 844 Amount:148750.00

Date:20180905 Check:6502 Account: ████ 3512 Amount:148750.00

Date:20180905 Check:6502 Account: ████ 3512 Amount:148750.00

Outgoing Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 512 | MICHAEL AVENATTI ESQ | | CUSTOMERS BANK | | Einbinder & Dunn LLP | 20180514 | 3876 | 27467.01 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180515 | 2151 | 150000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180521 | 4156 | 100000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | CHASE MANHATTAN BANK | | Examiner The Movie, LLC | 20180521 | 4155 | 25000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180524 | 6997 | 100000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Talitha A Barela | 20180525 | 6653 | 30000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Talitha A Barela | 20180525 | 12003 | 30000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180531 | 3354 | 90000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180611 | 3937 | 3000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180618 | 7616 | 1200000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | LA Girl Friday | 20180620 | 2836 | 12375.24 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Joshua Viner | 20180625 | 4872 | 9122996.92 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Jonathan Viner | 20180625 | 4873 | 6177003.07 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | CAPITAL ONE, NA | | Pamela Baez | 20180625 | 8474 | 4000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | THE BOSTON PRIVATE BK. & TR CO | | Raines Feldman LLP | 20180626 | 5635 | 50000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 9844 | BAKER KEENER & NAHRA LLP | | | 20180626 | 7842 | 50000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180627 | 4050 | 100000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Talitha A. Barela | 20180627 | 6676 | 30000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | WELLS FARGO BANK | | Honda Aircraft Company, LLC | 20180628 | 6306 | 10000.32 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Mareli Miniutti | 20180702 | 6392 | 4000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180703 | 3750 | 100000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Kenny Nguyen | 20180703 | 4583 | 7428 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Mareli Miniutti | 20180709 | 2304 | 2500 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180709 | 10050 | 2500 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180711 | 1381 | 30000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180713 | 5047 | 84000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180713 | 4777 | 2500 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180720 | 6292 | 1900 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180726 | 1567 | 8000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180801 | 5840 | 1400 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180810 | 1763 | 1900 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180815 | 3320 | 1900 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180905 | 7842 | 50000 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180914 | 7003 | 1750 |
| CNB | 512 | MICHAEL AVENATTI ESQ | 3287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180917 | 4250 | 4375 |

Incoming Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Beneficiary | Originator | Tran Date | Tran Num | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CNB | | 3287 THE NORTHERN TRUST COMPANY | 3512 | MICHAEL AVENATTI ESQ | | AYRES LAW OFFICES PC | 20170517 | 3010 | 952994.57 |
| CNB | | 3287 CHASE MANHATTAN BANK | 3512 | MICHAEL AVENATTI ESQ | | JANKLOW & NESBIT ASSOCIATES | 20180510 | 7504 | 6250 |
| CNB | | 3287 CHASE MANHATTAN BANK | 3512 | MICHAEL AVENATTI ESQ | | JANKLOW & NESBIT ASSOCIATES | 20180511 | 4312 | 475000 |
| CNB | | 3287 BANK OF AMERICA, N.A., NY | 3512 | MICHAEL AVENATTI ESQ | | BANK OF AMERICA | 20180525 | 8896 | 29955 |
| CNB | | 3287 SILICON VALLEY BANK | 3512 | MICHAEL AVENATTI ESQ | | WAG LABS, INC. | 20180618 | 7604 | 17000000 |
| CNB | | 3287 ZB NA DBA CALIFORNIA BANK & TRUST | 3512 | MICHAEL AVENATTI ESQ | | CALIFORNIA BANK & TRUST | 20180712 | 6759 | 2475 |
| CNB | | 3287 CHASE MANHATTAN BANK | 3512 | MICHAEL AVENATTI ESQ | | JANKLOW & NESBIT ASSOCIATES | 20180803 | 5936 | 4375 |
| CNB | | 3287 ZB NA DBA CALIFORNIA BANK & TRUST | 3512 | MICHAEL AVENATTI ESQ | | GERAGOS & GERAGOS APC | 20180905 | 7520 | 250000 |
| CNB | | 3287 CHASE MANHATTAN BANK | 3512 | MICHAEL AVENATTI ESQ | | JANKLOW & NESBIT ASSOCIATES | 20180917 | 3192 | 4375 |



█████3512        PAGE

##XXH1309DPCSTM        ████████3512

Page 1    (0)

Account #:  ████3512

This statement: June 29, 2018
Last statement: May 31, 2018

Contact us:
800 773-7100

Newport Center Office
500 Newport Center Drive
Newport Beach, CA 92660

270                         0830N
MICHAEL AVENATTI ESQ
ATTORNEY CLIENT TRUST ACCOUNT        cnb.com
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

Legal Services Trust Fund Acct

| Account Summary | | | Account Activity | | |
|---|---|---|---|---|---|
| Account number | █████3512 | | Beginning bal | (5/31/2018) | $4,044.60 |
| Minimum balance | $1,032.60 | | Deposits | (0) | + 0.00 |
| Average balance | $3,869,149.12 | | Electronic cr | (1) | + 17,000,000.00 |
| Avg. collect bal | $3,869,149.00 | | Other credits | (1) | + 92.22 |
| Avg. bal for APY | $3,869,149.12 | | Total credits | | + $17,000,092.22 |
| APY earned | 0.03% | | Checks paid | (0) | - 0.00 |
| Interest earned | $92.22 | | Electronic db | (11) | - 16,759,375.55 |
| Interest-bearing days | 29 | | Other debits | (14) | - 252.22 |
| Interest paid YTD | $96.71 | | Total debits | | - $16,759,627.77 |
| | | | Ending balance | (6/29/2018) | $244,509.05 |

ELECTRONIC CREDITS

| Date | Description | | | | Credits | Control Number |
|---|---|---|---|---|---|---|
| 6-18 | Incoming Wire-Dom | | | | 17,000,000.00 | 180618000007604 |

OTHER CREDITS

| Date | Description | | Reference | | Credits | Control Number |
|---|---|---|---|---|---|---|
| 6-29 | Interest Credit | | | | 92.22 | 000000000000000 |

ELECTRONIC DEBITS

| Date | Description | | | | Debits | Control Number |
|---|---|---|---|---|---|---|
| 6-11 | Tnet Wire Out-Dom | | | | 3,000.00 | 180611000003937 |
| 6-18 | Tnet Wire Out-Dom | | | | 1,200,000.00 | 180618000007616 |
| 6-20 | Tnet Wire Out-Dom | | | | 12,375.24 | 180620000002836 |
| 6-25 | Tnet Wire Out-Dom | | | | 4,000.00 | 180625000008474 |
| 6-25 | Tnet Wire Out-Dom | | | | 6,177,003.07 | 180625000004873 |
| 6-25 | Tnet Wire Out-Dom | | | | 9,122,996.92 | 180625000004872 |
| 6-26 | Tnet Wire Out-Dom | | | | 50,000.00 | 180626000005635 |
| 6-26 | Wire Tsfr Debit | | | | 50,000.00 | 180626000007842 |
| 6-27 | Tnet Wire Out-Dom | | | | 30,000.00 | 180627000006676 |

0270143512        PAGE

##XXH1309DPCSTM        ████████3512

MICHAEL AVENATTI ESQ                    Page 2
June 29, 2018                           Account #: ████3512

ELECTRONIC DEBITS (Continued)                        Debits    Control Number
Date    Description                                100,000.00  18062700004050    *See attached*
6-27    Tnet Wire Out-Dom                                                        *Bank produced*
6-28    Tnet Wire Out-Dom                          10,000.32   18062800006306    *wire transfer log*

OTHER DEBITS
Date    Description                    Reference     Debits    Control Number
6-11    Service Charge TNET WIRE OUT-DOM              12.00    00000000000000
6-18    Service Charge INCOMING WIRE-DOM             15.00    00000000000000
6-18    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-20    Account Transfer Or. TO ACC 00270143504      20.00    294000620080534
6-20    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-25    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-25    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-25    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-26    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-26    Service Charge WIRE TSFR DEBIT                5.00    00000000000000
6-27    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-27    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-28    Service Charge TNET WIRE OUT-DOM             12.00    00000000000000
6-29    Interest Transfer TO ACCOUNT NO 0001338897   92.22    00000000000000

DAILY BALANCES
Date      Amount    Date       Amount    Date        Amount
05-31     4,044.60  06-20  15,788,598.36  06-27   254,521.37
06-11     1,032.60  06-25     484,562.37  06-28   244,509.05
06-18  15,801,005.60  06-26   384,545.37  06-29   244,509.05

Outgoing Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CUSTOMERS BANK | | Einhorn & Dunn LLP | 20180514 | 3876 | 27467.01 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180515 | 2151 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180521 | 4156 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Examiner The Movie, LLC | 20180521 | 4155 | 25000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CHASE MANHATTAN BANK | | Eagan Avenatti, LLP Trust | 20180524 | 6997 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Talitha A Barela | 20180525 | 6653 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Talitha A Barela | 20180525 | 12003 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Eagan Avenatti Trust | 20180531 | 3354 | 90000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Mareli Miniutti | 20180611 | 3937 | 3000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Eagan Avenatti, LLP Trust | 20180618 | 7616 | 1200000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | LA Girl Friday | 20180620 | 2836 | 12375.24 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Joshua Viner | 20180625 | 4872 | 9122996.92 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Jonathan Viner | 20180625 | 4873 | 6177003.07 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Pamela Baez | 20180625 | 8474 | 4000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | CAPITAL ONE, NA | | Raines Feldman LLP | 20180626 | 5635 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3287 | THE BOSTON PRIVATE BK, & TR CO | | | 20180626 | 7842 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 3844 | BAKER KEENER & NAHRA LLP | | Eagan Avenatti, LLP Trust | 20180627 | 4050 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Talitha A. Barela | 20180627 | 6676 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Honda Aircraft Company, LLC | 20180628 | 6306 | 100000.32 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | WELLS FARGO BANK | | Mareli Miniutti | 20180702 | 6392 | 4000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Eagan Avenatti, LLP Trust | 20180703 | 3750 | 100000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Kenny Nguyen | 20180703 | 4583 | 7428 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180709 | 2304 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Mareli Miniutti | 20180709 | 10050 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Eagan Avenatti Trust | 20180711 | 1381 | 30000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180713 | 5047 | 84000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | JPMORGAN CHASE BANK, NA | | Mareli Miniutti | 20180713 | 4777 | 2500 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180720 | 6292 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180726 | 1567 | 8000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Client Trust | 20180801 | 5340 | 1400 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180810 | 1763 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | BANK OF AMERICA, N.A., NY | | Geoffrey Johnson | 20180815 | 3320 | 1900 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180905 | 7842 | 50000 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180914 | 7003 | 1750 |
| CNB | 3512 | MICHAEL AVENATTI ESQ | 287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180917 | 4250 | 4375 |

Eagan Avenatti, LLP
Tracing of Honda Jet Funds

| Date | Amount | Payee 1 to Honda | First Source of Payor 1 Funds | Second Source of Payor 1 Funds | Third Source of Payor 1 Funds | Percentage of Total Price ($4,383,635) | Notes | Funds Belonging to EA | Receiver's Analysis | | | | Receiver's Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Parrish | Gardner | M&A/Jx Wife/Related Entities | Total | |
| 10/11/2006 | $ 75,000.00 | A&A | Unknown | Unknown | Unknown | 2% | Initial deposit on first plane made by Avenatti when he was at Green Broillet. | | | | | $ 75,000 | |
| 10/11/2006 | $ 75,000.00 | A&A | Unknown | Unknown | Unknown | 2% | Initial deposit on second plane made by Avenatti when he was at Green Broillet. | | | | $ 75,000 | $ 75,000 | |
| 6/2/2014 | $ 525,000.00 | EA CB7 8461 | EA CB7 2699 | EA CB7 8461 | Atty Fee Award from Cemetery Class Action (Scott v SCI) | 12% | In May 2014, EA was awarded $29.5M in fees and costs in the Cemetery Class Action by State Court. $3,376,119.45 was paid by Claims Administrator on May 23, 2014. Another $16,699,850.00 was paid on May 27, 2014 into the EA 8461 account. Avenatti then transferred $16,043,740.32 to EA 2699 Account on same day, May 27, 2014. There was no money in 2699 account. Then, on June 2, 2014, Avenatti wired $1.5M back to EA 8461, from EA 2699 which in turn was paid $525,000.00 to Honda. JFI was entitled to 20% of fees from Cemetery Class Action, so the only "stolen" funds used were from JFI. (Note: At the time, Avenatti under contract to purchase 2 planes. $350K applied to second plane, which | $ 525,000 | | | | $ 525,000 | |
| 1/20/2017 | $ 138,800.00 | EA CB7 2851 | Passport 420 | Parrish Family Trust | Unknown | 3% | On 1/18/17, Parrish Family Trust wired $1,985,000 to Passport 420 account. On 1/20/17, Passport 420 wired $1,984,198.00 to EA 2851. On 1/20/17, EA 2851 wired $138,000 to Honda. | | 138,800 | | | $ 138,800 | Parrish funds |
| 1/26/2017 | $ 858,605.00 | A&A CB7 0661 | EA 2851 | Passport 420 | Parrish Family Trust | 20% | On 1/18/17, Parrish Family Trust wired $1,985,000 to Passport 420 account. On 1/20/17, Passport 420 wired $1,984,198.00 to EA 2851. On 1/20/17, EA 2851 wired $1,259,000 and $130,000 to A&A 0661. On 1/26/17, EA 2851 wired $250,000 to A&A 0661. On 1/26/17, A&A 0661 wired $858,605.00 to Honda. (Note: There was approximately $45K in A&A 0661 before 1/20/17 from EA.) | | 858,605 | | | $ 858,605 | Parrish funds |
| 1/26/2017 | $2,500,000.00 | X-Law Group | EA CB7 8671 | Hassan Whiteside (for Gardner Settlement - Client 2) | | 57% | EA received $2.75M from Hassan Whiteside on 1/25/17. Per Paragraph 7(m) of Indictment, EA was entitled to 33% of $3M Settlement, plus costs, from the $2.75M payment (i.e., at least $1M.) Thus, no more than $1.750M of Client 2's funds were used for Plane. From the $2.75M payment received by EA, $2.5M was transferred to X-Law Group on 1/26/17, which was then paid to Honda by X-Law Group. EA only received $250K of the $1M owed for fees. Avenatti sent the rest to X-Law Group. | 812,500 | | 1,473,500 | | $ 2,306,000 | $2,500,000 was paid to Honda Jet. Of this payment, 33.33% was from EA earned from its contingency fee agreement, less $339k from Gardner for amounts paid by EA to Gardner. |
| 6/28/2018 | $ 10,000.32 | MJA CB8 3512 | WAG Settlement | | | 0% | On 6/18/18, WAG wired $17M to MJA CB8 3512. On 6/25/18, approx. $15.3M wired to EA clients, Jonathan and Joshua Viner, with EA entitled to $1.7M (10%) as fees. On 6/26/18, Avenatti wired $10,000.32 to Honda from MJA CB8 3512. | 10,000 | | | | $ 10,000 | EA client. Funds belong to EA. |
| TOTAL | $4,185,405.32 | | | | | 95% | Not yet about missing 5% | $ 1,367,500 | $ 997,405 | $ 1,473,500 | $ 150,000 | $ 3,988,405 | |
| | | | | | | 34.29% | | | 25.01% | 36.94% | 3.76% | 100.00% | |
| 1/27/2017 | $ 425,000.00 | Avenatti Contract for Second Plane | | | | 9.70% | On 1/27/17, Avenatti entered into agreement with Honda terminating agreement to purchase second plane (Contract No. 400021) and transferring $425,000 deposit to purchase Plane at issue. (See HACI 000384) | | | | | $ - | |

*Distribution of Net Proceeds*)

EXHIBIT 2A
122

C|B **CALIFORNIA BANK**
TRUST
P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  5
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ▉▉0661

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0036812                    4032-06-0000-CBT-PG0023-00003

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

**Happy New Year From All of Us at California Bank & Trust**

---

**SUMMARY OF ACCOUNT BALANCE**

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ▉ 0661 | $167,623.26 | |

**BUSINESS ESSENTIALS CHECKING ▉▉0661**                                   104    3

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,944.54 | 1,684,980.00 | 1,512,101.28 | 7,200.00 | 167,623.26 |

**7  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/04 | 300.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009559 2306900834 |
| 01/05 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000870 2306900838 |
| 01/05 | 41,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004584 2306901102 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009237 2307602568 |
| 01/20 | 130,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000804 2307603332 |
| 01/20 | 1,259,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001631 2307605230 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000116 2306900666 |

**37  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/03 | 938.32 | 7438129P69Z96GZS2 9306 HOTEL INTERCONTINENTALCORTES HN  1207157164 |
| 01/03 | 314.38 | 2490641PY0ZTN4RMX 9306 FACEBK ZVLY8B65H2 650-6187714 CA  1207139644 |
| 01/03 | 22.61 | 242042901FSZ63LV0 9306 Etsy Inc Seller Fees 718-8557955 NY  1207139645 |
| 01/03 | 28.15 | 7438129P69Z96GZS2 9306 FOREIGN TRANS. FEE CORTES HN  1207157165 |
| 01/04 | 533.00 | 244450003EJ0XEXQ5 9306 PUBLIC STORAGE 08504 800-567-0759 CA  1206515156 |
| 01/04 | 299.00 | 244921503JH8800H4 9306 SHOPIFY-CHARGE.COM 888-746-7439 IL  1206515157 |
| 01/04 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703202203 |
| 01/05 | 1,995.47 | 244921504S11BDBGE 9306 PAYPAL *CJWHEELER10 402-935-7733 CA  1206715525 |
| 01/05 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703201670 |
| 01/06 | 2,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003621 2306801005 |
| 01/09 | 15,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000008794 2307203745 |
| 01/09 | 1,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000007707 2307203809 |
| 01/09 | 22,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000009933 2307205455 |
| 01/10 | 100.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000001795 2307500629 |
| 01/20 | 6,000.00 | WIRE/OUT-2017012000006036;BNF Christine Carlin;REF Carlin 1304501810 |
| 01/20 | 55,294.90 | WIRE/OUT-2017012000006034;BNF HTP Motorsport GmbH  1304501806 |
| 01/20 | 70,000.00 | WIRE/OUT-2017012000006035;BNF Michael & Lisa Avenatti;REF Av 1304501808 |
| 01/23 | 10,000.00 | ONLINE XFER TO DDA PASSPORT 420 ID: 000005048 2307903683 |
| 01/24 | 62,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003310 2307503669 |
| 01/26 | 858,605.00 | WIRE/OUT-2017012600003322;BNF Honda Aircraft Company, LLC;OB  1303600880 |

A division of ZB, N.A. Member FDIC          0036812-0000001-0102760

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances  •Review posted transactions  •  Pay bills  •  Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0036812-0000001-0102760



**CALIFORNIA BANK**
**TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
January 31, 2017
AVENATTI & ASSOC A PROFESSIONAL CORP
0661

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 01/26 | 145,000.00 | WIRE/OUT-2017012600005003;BNF Baker, Keener & Nahra, LLP - C 1303601350 |
| 01/26 | 27.72 | WIRE/OUT-2017012600006666;OBI COVER 25.00 EUR CHRG FROM BENE 1303601787 |
| 01/26 | 308.60 | 24224430S31T8AP7J 7674 CANNERY SEAFOOD OF NEWPORT BEACH CA 1206416023 |
| 01/26 | 120.31 | GEICO PREM COLL *AV*QEEBTVCOEREF # 017026001282147 1106327042 |
| 01/27 | 160.00 | 24692160S00XT2KDP 7674 IL FORNAIO NPB3091 NEWPORT BEACH CA 1206516748 |
| 01/27 | 6.60 | 24692160S004V9XVQ 7674 STARBUCKS STORE 05563 NEWPORT BEACH C 1206516747 |
| 01/27 | 10,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000600 2307001781 |
| 01/30 | 20,000.00 | WIRE/OUT-2017013000006488;BNF Justin Reiter 1304401378 |
| 01/30 | 8.00 | 24717050VTAG3Y13T 7674 DELTA AIR 0060184287ATLANTA GA 1207548472 |
| 01/30 | 206.06 | 24692160W009NL51Q 7674 MARRIOTT GREENSBORO-HIGREENSBORO NC 1207548473 |
| 01/30 | 121.00 | 24013390W03R1KV36 7674 ANNIE GUNNS CHESTERFIELD MO 1207548474 |
| 01/30 | 60.82 | 24692160X00XL885T 7674 CHEVRON 0202016 NEWPORT BEACH CA 1207516800 |
| 01/30 | 72.19 | 24445000Y00HJ7J5G 7674 NORDSTROM #333 NEWPORT BEACH CA 1207516799 |
| 01/30 | 57,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000008290 2307704091 |
| 01/31 | 20.00 | 24269790YEJ4EGS7M 7674 JAVIERS CRYSTAL COVE NEWPORT COAST CA 1206716011 |
| 01/31 | 215.15 | 24269790YEJ4EGSA6 7674 JAVIERS CRYSTAL COVE NEWPORT COAST CA 1206716010 |
| 01/31 | 172,500.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006469 2307000997 |

**3 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1688 | 01/23 | 3,500.00 | 1689 | 01/24 | 300.00 | 1690 | 01/27 | 3,400.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $144.00 | $144.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/03 | 641.08 | 01/10 | 869.61 | 01/26 | 431,393.08 |
| 01/04 | 37.08 | 01/20 | 1,261,254.71 | 01/27 | 417,826.48 |
| 01/05 | 40,969.61 | 01/23 | 1,247,754.71 | 01/30 | 340,358.41 |
| 01/06 | 38,969.61 | 01/24 | 1,185,454.71 | 01/31 | 167,623.26 |
| 01/09 | 969.61 | | | | |

A division of ZB, N.A. Member FDIC    

0036812-0000002-0102761

**California Bank & Trust**

This page intentionally left blank

0036812-0000002-0102761

## California Bank & Trust

ACCOUNT # 3648940661

This Statement:
January 31, 2017
Page 5 of 5



Ref# 53098923      $3500.00      Ch# 1688

Ref# 53055747      $300.00      Ch# 1689

Ref# 53003548      $3400.00      Ch# 1690

0036812-0000003-0102762

0036812-0000003-0102762



**CALIFORNIA BANK**

**TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  5
This Statement: May 30, 2014
Last Statement: November 29, 2013

Account ▉▉▉▉ 2699

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043685                    4151-06-0200-CBT-PG0023-00001

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | ▉▉▉▉ 2699 | $12,193,891.36 | |

## BUSINESS MONEY MAXIMIZER PLUS ▉▉▉▉ 2699                                              924        1

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 16,043,891.36 | 3,850,000.00 | 0.00 | 12,193,891.36 |

---

**3  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 05/16 | 0.01 | DEPOSIT  5353069675 |
| 05/27 | 16,043,740.32 | ONLINE XFER FROM DDA ***8461 ID: 000001269  2304807086 |
| 05/30 | 151.03 | INTEREST PAYMENT  0183749871 |

**2  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 05/28 | 1,350,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006893  2304600529 |
| 05/29 | 2,500,000.00 | ONLINE XFER TO DDA ***8461 ID: 000009461  2304301487 |

**0  CHECKS PROCESSED**

There were no transactions this period.

---

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/16 | 0.01 | 05/28 | 14,693,740.33 | 05/30 | 12,193,891.36 |
| 05/27 | 16,043,740.33 | 05/29 | 12,193,740.33 | | |



EQUAL HOUSING LENDER      **MEMBER FDIC**

0043685-0000001-0117369

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043685-0000001-0117569



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  5
May 30, 2014
EAGAN AVENATTI LLP
████ 2699

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $151.03 | Number Of Days This Interest Period | 182 |
| Interest Paid Year-To-Date 2014 | $151.03 | Annual Percentage Yield Earned | 0.10% |

Current interest rate is 0.100%

Interest rate changes this interest period:

| Date | New  Interest Rate |
|---|---|
| 05/27 | 0.100% |

MEMBER FDIC

0043685-0000002-0117570

**California Bank & Trust**

This page intentionally left blank

0043685-0000002-0117570

# California Bank & Trust

ACCOUNT # ███2699

This Statement:
May 30, 2014
Page  5 of  5



Ref# 53069675          $0.01

0043685-0000003-0117571

0043685-0000003-0117571



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  4
This Statement:  June 30, 2014
Last Statement:  May 30, 2014

Account ▮▮▮▮2699

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0053757                    4182-06-1000-CBT-PG0023-00000

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as a part of Zions Bancorporation, has received 12 Greenwich Excellence Awards for
business banking. The awards include the national award for overall satisfaction in small business banking and
the national award for overall satisfaction in middle market banking.

NO PAPERWORK. MORE CONVENIENCE.
Online banking from your computer, smartphone, or tablet.
Quick secure access. Learn more at calbanktrust.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | ▮▮▮2699 | $3,279,200.55 | |

## BUSINESS MONEY MAXIMIZER PLUS ▮▮▮2699                                                    924    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 12,193,891.36 | 569.29 | 8,915,260.10 | 0.00 | 3,279,200.55 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 06/30 | 569.29 | INTEREST PAYMENT  0670290871 |

**7 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 06/02 | 1,500,000.00 | ONLINE XFER TO DDA ***8461 ID: 000007913  2305405495 |
| 06/10 | 3,115,230.10 | WIRE/OUT-201406100000003738/BNF GLOBAL BARISTAS US LLC  1301801060 |
| 06/10 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 06/13 | 3,000,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006847  2305101227 |
| 06/18 | 200,000.00 | ONLINE XFER TO DDA ***8461 ID: 000001692  2304401463 |
| 06/26 | 900,000.00 | ONLINE XFER TO DDA ***8461 ID: 000006446  2304000505 |
| 06/30 | 200,000.00 | ONLINE XFER TO DDA ***8461 ID: 000007612  2304400167 |

**0 CHECKS PROCESSED**

There were no transactions this period.



**MEMBER FDIC**

0053757-0000001-0149908

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances  • Review posted transactions  • Pay bills  • Transfer funds

**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0053757-0000001-0149908



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
June 30, 2014
EAGAN AVENATTI LLP
████ 2699

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/02 | 10,693,891.36 | 06/13 | 4,578,631.26 | 06/26 | 3,478,631.26 |
| 06/10 | 7,578,631.26 | 06/18 | 4,378,631.26 | 06/30 | 3,279,200.55 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $569.29 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2014 | $720.32 | Annual Percentage Yield Earned | 0.10% |

Current interest rate is 0.100% with no rate change this interest period

MEMBER FDIC

003537 57-0000002-01499 09

**California Bank & Trust**

This page intentionally left blank

0053757-0000002-0149909



**CALIFORNIA BANK**
T R U S T
P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 7
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ███ 2851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0041495                    4032-06-0000-CBT-PG0023-00022

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

**Happy New Year From All of Us at California Bank & Trust**

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ███ 2851 | -$8,063.90 | |

## BUSINESS ESSENTIALS CHECKING ███ 2851                                    104   22

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -103,154.76 | 3,128,588.02 | 2,826,498.78 | 206,998.38 | -8,063.90 |

**26 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/03 | 103,601.89 | RETURN PAYCHEX PAYROLL 6  1703401347 |
| 01/04 | 16,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002376  2306900832 |
| 01/04 | 8,000.00 | DEPOSIT  5353067664 |
| 01/04 | 35,000.00 | DEPOSIT  5353067666 |
| 01/06 | 2,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003621  2306801004 |
| 01/09 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007707  2307203808 |
| 01/09 | 15,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008794  2307203744 |
| 01/09 | 22,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009933  2307205454 |
| 01/09 | 81,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001959  2307205462 |
| 01/10 | 100.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000001795  2307500628 |
| 01/11 | 52,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007395  2307101364 |
| 01/11 | 200,000.00 | W/RE/IN-20170111000004444;ORG CASCADE CAPITAL GROUP, LLC  1304101117 |
| 01/12 | 2,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006977  2307300592 |
| 01/17 | 51,726.71 | RETURN PAYCHEX PAYROLL 6  1703001282 |
| 01/17 | 1,961.42 | DEPOSIT  5353096931 |
| 01/18 | 10,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005270  2306801852 |
| 01/20 | 250.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000006778  2307602576 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004248  2307602142 |
| 01/20 | 10,000.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004766  2307602122 |
| 01/20 | 10,065.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000873  2307602132 |
| 01/20 | 69,400.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000003114  2307602114 |
| 01/20 | 1,891,802.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000361  2307602102 |
| 01/24 | 62,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003310  2307503668 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005375  2306900664 |
| 01/30 | 57,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008290  2307704090 |
| 01/31 | 172,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006469  2307000996 |

---

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0041495-0000001-0117581



**CALIFORNIA BANK**
**TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of 7
January 31, 2017
EAGAN AVENATTI LLP
2851

## 50 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 01/03 | 14,704.26 | ANTHEM BLUE I01O CORP P FL00503926 REF # 017003006007512 1107387743 |
| 01/03 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1703401232 |
| 01/03 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/04 | 300.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009559 2306900835 |
| 01/04 | 1,692.95 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017004008010232 1106739221 |
| 01/04 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703202287 |
| 01/05 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000870 2306900839 |
| 01/05 | 41,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004534 2306901103 |
| 01/06 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201647 |
| 01/09 | 103,601.89 | WIRE/OUT-20170109000004297;BNF Paychex of New York;REF 0080 - 1304001164 |
| 01/09 | 166.09 | COX COMM ORG BANKDRAFT REF # 017006010263330 1106608958 |
| 01/09 | 1,957.72 | COX COMM ORG BANKDRAFT REF # 017006010263329 1106608957 |
| 01/09 | 2,010.35 | ACHMA VISB BILL PYMNT REF # 017006010298148 1106609225 |
| 01/09 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702901271 |
| 01/10 | 324.75 | PAYCHEX E IB INVOICE X6949010001111179REF # 017009001111348 1106807337 |
| 01/11 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/11 | 150,000.00 | WIRE/OUT-2017011100004725;BNF The Escrow Connection;REF Escr 1304101159 |
| 01/11 | 50,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008773 2307102597 |
| 01/11 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201616 |
| 01/12 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703101254 |
| 01/13 | 51,726.71 | PAYCHEX PAYROLL 6967070000000806XREF # 017013004278513 1107035442 |
| 01/17 | 9,787.85 | FIRST INSURANCE INSURANCE REF # 017017004866620 1107142661 |
| 01/17 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1703001157 |
| 01/17 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/18 | 2,713.78 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017018006491542 1106240919 |
| 01/18 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703402248 |
| 01/20 | 20,531.00 | WIRE/OUT-20170120000004214;BNF Tutton Insurance Services Inc. 1304501335 |
| 01/20 | 20,000.00 | WIRE/OUT-20170120000004215;BNF MTE, INC dba Aero & Marine Tax 1304501337 |
| 01/20 | 51,726.71 | WIRE/OUT-20170120000004246;BNF Paychex of New York;REF 80-008 1304501345 |
| 01/20 | 138,800.00 | WIRE/OUT-20170120000005324;BNF Honda Aircraft Company LLC;OBI 1304501615 |
| 01/20 | 350,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037 2307602135 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009237 2307602569 |
| 01/20 | 130,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000804 2307603333 |
| 01/20 | 1,259,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001631 2307605231 |
| 01/20 | 72.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201380 |
| 01/23 | 257.75 | ANALYSIS SERVICE FEE |
| 01/24 | 51,935.00 | DEBIT MEMO 5353064097 |
| 01/24 | 966.13 | CREDIT CARD ECS PAYMENT REF # 017024009804979 1107133040 |
| 01/24 | 4,033.87 | CREDIT CARD ECS PAYMENT REF # 01702400980 5686 1107133078 |
| 01/24 | 5,000.00 | CREDIT CARD ECS PAYMENT REF # 01702400980 5687 1107133079 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000116 2306900667 |
| 01/30 | 55,000.00 | WIRE/OUT-20170130000002178;BNF Baker Keener & Nahra LLP - Cli 1304400422 |
| 01/30 | 198.81 | COX COMM ORG BANKDRAFT REF # 017030002973408 1107447457 |
| 01/30 | 1,970.93 | COX COMM ORG BANKDRAFT REF # 017030002973407 1107447456 |
| 01/31 | 51,726.73 | PAYCHEX PAYROLL 6989330000850XREF # 017031003930853 1106633767 |
| 01/31 | 180.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1703201819 |
| 01/31 | 30.00 | REMOTE DEPOSIT SERVICE - 1 |
| 01/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 01/31 | 3.00 | PAPER STATEMENT FEE |
| 01/31 | 7.50 | CURRENCY DEPOSITED FEE |

## 18 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 15557 | 01/09 | 710.00 | 15889 | 01/10 | 40,000.00 | 15896* | 01/31 | 5,970.00 |
| 15871* | 01/12 | 63.00 | 15890 | 01/10 | 12,090.92 | 15897 | 01/30 | 8,720.96 |
| 15881* | 01/11 | 207.00 | 15891 | 01/19 | 10,000.00 | 15898 | 01/30 | 1,912.00 |
| 15885* | 01/11 | 1,900.00 | 15892 | 01/23 | 514.00 | 15900* | 01/30 | 2,664.00 |
| 15886 | 01/05 | 1,900.00 | 15893 | 01/19 | 291.10 | 15901 | 01/30 | 256.00 |
| 15888* | 01/06 | 10,436.34 | 15894 | 01/31 | 2,035.96 | 15902 | 01/30 | 107,327.10 |

* Not in check sequence

A division of ZB, N.A. Member FDIC



EXHIBIT 2A
141

0041495-0000002-0117582

Page 4 of 7
January 31, 2017
EAGAN AVENATTI LLP
████ 2851
California Bank & Trust

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $552.00 | $552.00 |
| Total Returned Item Fees | $72.00 | $72.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | -14,299.13 | 01/11 | -2,191.14 | 01/20 | 1,152.84 |
| 01/04 | 43,171.92 | 01/12 | 173.86 | 01/23 | 381.09 |
| 01/05 | -1,728.08 | 01/13 | -51,552.85 | 01/24 | 446.09 |
| 01/06 | -10,200.42 | 01/17 | -7,694.57 | 01/26 | 446.09 |
| 01/09 | 317.53 | 01/18 | 55.65 | 01/30 | -120,603.71 |
| 01/10 | -51,998.14 | 01/19 | -10,235.45 | 01/31 | -8,063.90 |

# California Bank & Trust

ACCOUNT # ▮▮▮▮2851

Ref# 53067664   $8000.00

Ref# 53067666   $35000.00

Ref# 53096931   $1961.42

Ref# 53064097   $51935.00



Ref# 53092341   $710.00   Ch# 15557

Ref# 53053470   $63.00   Ch# 15871

Ref# 53054093   $207.00   Ch# 15881

Ref# 53059329   $1900.00   Ch# 15885



Ref# 53053186   $1900.00   Ch# 15886

Ref# 53123816   $10436.34   Ch# 15888

0041495-0000003-0117583



**California Bank & Trust**   ACCOUNT # ▉▉2851

This Statement:
January 31, 2017
Page 6 of 7

Ref# 53091023   $40000.00   Ch# 15889
Ref# 53074504   $12090.92   Ch# 15890

Ref# 53085778   $10000.00   Ch# 15891
Ref# 53007014   $514.00   Ch# 15892

Ref# 53072740   $291.10   Ch# 15893
Ref# 53097722   $2035.96   Ch# 15894

Ref# 53002031   $5970.00   Ch# 15896
Ref# 53090894   $8720.96   Ch# 15897

Ref# 53084485   $1912.00   Ch# 15898
Ref# 53143623   $2664.00   Ch# 15900

0041495-0000003-0117583

# California Bank & Trust

ACCOUNT # ████ 2851

Ref# 53141032     $256.00     Ch# 15901



Ref# 53141028     $107327.10     Ch# 15902

0041495-0000004-0117584

0041495-0000004-0117584



**CALIFORNIA BANK**
**TRUST**
P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 7
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ▊▊2851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0041495                    4032-06-0000-CBT-PG0023-00022

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

### Happy New Year From All of Us at California Bank & Trust

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ▊2851 | -$8,063.90 | |

## BUSINESS ESSENTIALS CHECKING ▊▊2851                                            104   22

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -103,154.76 | 3,128,588.02 | 2,826,498.78 | 206,998.38 | -8,063.90 |

**26  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/03 | 103,601.89 | RETURN PAYCHEX PAYROLL 6  1703401347 |
| 01/04 | 16,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002376  2306900832 |
| 01/04 | 8,000.00 | DEPOSIT  5353067664 |
| 01/04 | 35,000.00 | DEPOSIT  5353067666 |
| 01/06 | 2,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003621  2306801004 |
| 01/09 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007707  2307203808 |
| 01/09 | 15,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008794  2307203744 |
| 01/09 | 22,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009933  2307205454 |
| 01/09 | 81,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001959  2307205462 |
| 01/10 | 100.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000001795  2307500628 |
| 01/11 | 52,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007395  2307101364 |
| 01/11 | 200,000.00 | WIRE/IN-20170111000004444;ORG CASCADE CAPITAL GROUP, LLC  1304101117 |
| 01/12 | 2,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006977  2307300592 |
| 01/17 | 51,726.71 | RETURN PAYCHEX PAYROLL 6  1703001282 |
| 01/17 | 1,961.42 | DEPOSIT  5353096931 |
| 01/18 | 10,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005270  2306801852 |
| 01/20 | 250.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000006778  2307602576 |
| 01/20 | 2,680.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004248  2307602142 |
| 01/20 | 10,000.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000004766  2307602122 |
| 01/20 | 10,065.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000873  2307602132 |
| 01/20 | 69,400.00 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000003114  2307602114 |
| 01/20 | 1,891,802.50 | ONLINE XFER FROM DDA PASSPORT 420 ID: 000000361  2307602102 |
| 01/24 | 62,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003310  2307503668 |
| 01/26 | 250,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005375  2306900664 |
| 01/30 | 57,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000008290  2307704090 |
| 01/31 | 172,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006469  2307000996 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
**(This is a Summary of Your Billing Rights).**
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0041495-0000001-0117581



CALIFORNIA BANK
T R U S T

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of 7
January 31, 2017
EAGAN AVENATTI LLP
851

....................................................................................................

## 50 CHARGES/DEBITS

| Date | Amount | Description |
|------|--------|-------------|
| 01/03 | 14,704.26 | ANTHEM BLUE I01O CORP P FL00503926 REF # 017003006007512 1107387743 |
| 01/03 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM RT 1703401232 |
| 01/03 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/04 | 300.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009559 2306900835 |
| 01/04 | 1,692.95 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017004008010232 1106739221 |
| 01/04 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703202287 |
| 01/05 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000870 2306900839 |
| 01/05 | 41,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004534 2306901103 |
| 01/06 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703201647 |
| 01/09 | 103,601.89 | WIRE/OUT-20170109000004297;BNF Paychex of New York;REF 0080 - 1304001164 |
| 01/09 | 166.09 | COX COMM ORG BANKDRAFT REF # 017006010263330 1106608958 |
| 01/09 | 1,957.72 | COX COMM ORG BANKDRAFT REF # 017006010263329 1106608957 |
| 01/09 | 2,010.35 | ACHMA VISB BILL PYMNT REF # 017006010298148 1106609225 |
| 01/09 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1702901271 |
| 01/10 | 324.75 | PAYCHEX EIB INVOICE X69490100011179REF # 017009001111348 1106807337 |
| 01/11 | 14.00 | WIRE FEE–INCOMING DOMESTIC |
| 01/11 | 150,000.00 | WIRE/OUT-20170111100004725;BNF The Escrow Connection;REF Escr 1304101159 |
| 01/11 | 50,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008773 2307102597 |
| 01/11 | 72.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703201616 |
| 01/12 | 72.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703101254 |
| 01/13 | 51,726.71 | PAYCHEX PAYROLL 6967070000000806XREF # 017013004278513 1107035442 |
| 01/17 | 9,787.85 | FIRST INSURANCE INSURANCE REF # 017017004866620 1107142661 |
| 01/17 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM RT 1703001157 |
| 01/17 | 6.00 | OVERDRAFT SERVICE FEE |
| 01/18 | 2,713.78 | JOHN HANCOCK ACH DEBIT 0077281 REF # 017018006491542 1106240919 |
| 01/18 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703402248 |
| 01/20 | 20,531.00 | WIRE/OUT-20170120000004214;BNF Tutton Insurance Services Inc. 1304501335 |
| 01/20 | 20,000.00 | WIRE/OUT-20170120000004215;BNF MTE, INC dba Aero & Marine Tax 1304501337 |
| 01/20 | 51,726.71 | WIRE/OUT-20170120000004246;BNF Paychex of New York;REF 80-008 1304501345 |
| 01/20 | 138,800.00 | WIRE/OUT-20170120000005324;BNF Honda Aircraft Company LLC;OBI 1304501615 |
| 01/20 | 350,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037 2307602135 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009237 2307602569 |
| 01/20 | 130,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000804 2307603333 |
| 01/20 | 1,259,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001631 2307605231 |
| 01/20 | 72.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703201380 |
| 01/23 | 257.75 | ANALYSIS SERVICE FEE |
| 01/24 | 51,935.00 | DEBIT MEMO 5353064097 |
| 01/24 | 966.13 | CREDIT CARD ECS PAYMENT REF # 017024009804979 1107133040 |
| 01/24 | 4,033.87 | CREDIT CARD ECS PAYMENT REF # 01702 4009805686 1107133078 |
| 01/24 | 5,000.00 | CREDIT CARD ECS PAYMENT REF # 017024009805687 1107133079 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000116 2306900667 |
| 01/30 | 55,000.00 | WIRE/OUT-20170130000002178;BNF Baker Keener & Nahra LLP - Cli 1304400422 |
| 01/30 | 198.81 | COX COMM ORG BANKDRAFT REF # 017030002973408 1107447457 |
| 01/30 | 1,970.93 | COX COMM ORG BANKDRAFT REF # 017030002973407 1107447456 |
| 01/31 | 51,726.73 | PAYCHEX PAYROLL 6989330000850XREF # 017031003930853 1106633767 |
| 01/31 | 180.00 | INSUFFICIENT FUNDS FEE–ITEM PD 1703201819 |
| 01/31 | 30.00 | REMOTE DEPOSIT SERVICE - 1 |
| 01/31 | 7.00 | MONTHLY MAINTENANCE FEE |
| 01/31 | 3.00 | PAPER STATEMENT FEE |
| 01/31 | 7.50 | CURRENCY DEPOSITED FEE |

## 18 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 15557 | 01/09 | 710.00 | 15889 | 01/10 | 40,000.00 | 15896* | 01/31 | 5,970.00 |
| 15871* | 01/12 | 63.00 | 15890 | 01/10 | 12,090.92 | 15897 | 01/30 | 8,720.96 |
| 15881* | 01/11 | 207.00 | 15891 | 01/19 | 10,000.00 | 15898 | 01/30 | 1,912.00 |
| 15885* | 01/11 | 1,900.00 | 15892 | 01/23 | 514.00 | 15900* | 01/30 | 2,664.00 |
| 15886 | 01/05 | 1,900.00 | 15893 | 01/19 | 291.10 | 15901 | 01/30 | 256.00 |
| 15888* | 01/06 | 10,436.34 | 15894 | 01/31 | 2,035.96 | 15902 | 01/30 | 107,327.10 |

* Not in check sequence

A division of ZB, N.A. Member FDIC    

0041495-0000002-0117582

Page 4 of 7
January 31, 2017
EAGAN AVENATTI LLP
███ 2851
California Bank & Trust

........................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $552.00 | $552.00 |
| Total Returned Item Fees | $72.00 | $72.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

........................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | -14,299.13 | 01/11 | -2,191.14 | 01/20 | 1,152.84 |
| 01/04 | 43,171.92 | 01/12 | 173.86 | 01/23 | 381.09 |
| 01/05 | -1,728.08 | 01/13 | -51,552.85 | 01/24 | 446.09 |
| 01/06 | -10,200.42 | 01/17 | -7,694.57 | 01/26 | 446.09 |
| 01/09 | 317.53 | 01/18 | 55.65 | 01/30 | -120,603.71 |
| 01/10 | -51,998.14 | 01/19 | -10,235.45 | 01/31 | -8,063.90 |

# California Bank & Trust

ACCOUNT # ▮▮2851

This Statement:
January 31, 2017
Page 5 of 7



Ref# 53067664    $8000.00

Ref# 53067666    $35000.00

Ref# 53096931    $1961.42

Ref# 53064097    $51935.00

Ref# 53092341    $710.00    Ch# 15557

Ref# 53053470    $63.00    Ch# 15871

Ref# 53054093    $207.00    Ch# 15881

Ref# 53059329    $1900.00    Ch# 15885

Ref# 53053186    $1900.00    Ch# 15886

Ref# 53123816    $10436.34    Ch# 15888

0041495-0000003-0117583

# California Bank & Trust

ACCOUNT # ▆▆▆▆2851

This Statement:
January 31, 2017
Page 6 of 7



Ref# 53091023        $40000.00        Ch# 15889

Ref# 53074504        $12090.92        Ch# 15890

Ref# 53085778        $10000.00        Ch# 15891

Ref# 53007014        $514.00          Ch# 15892

Ref# 53072740        $291.10          Ch# 15893

Ref# 53097722        $2035.96         Ch# 15894

Ref# 53002031        $5970.00         Ch# 15896

Ref# 53090894        $8720.96         Ch# 15897

Ref# 53084485        $1912.00         Ch# 15898

Ref# 53143623        $2664.00         Ch# 15900

0041495-0000003-0117583

California Bank & Trust          ACCOUNT #  ████ 2851

This Statement:
January 31, 2017
Page 7 of 7



Ref# 53141032      $256.00      Ch# 15901          Ref# 53141028      $107327.10      Ch# 15902

0041495-0000004-0117584

0041495-0000004-0117584

**CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 10
This Statement: May 30, 2014
Last Statement: April 30, 2014

Account ▆▆ 38461

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043701                    4151-06-0200-CBT-PG0023-00059

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ▆▆ 8461 | $1,504,540.54 | |

---

## BUSINESS ADVANTAGE CHECKING ▆▆ 38461                                    105   59

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 248,776.31 | 24,122,672.86 | 21,597,403.29 | 1,269,505.34 | 1,504,540.54 |

**13  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 05/05 | 28,593.41 | REMOTE DEPOSIT  5353099495 |
| 05/06 | 6,000.00 | WIRE/IN-20140506000000237;ORG RBC ROYAL BANK (CAYMAN) LIMITED  1301900212 |
| 05/16 | 5,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003236  2305300856 |
| 05/19 | 400.00 | REMOTE DEPOSIT  5353090137 |
| 05/19 | 35,000.00 | WIRE/IN-20140519000003071;ORG GLOBAL BARISTAS US LLC  1302300960 |
| 05/19 | 100,000.00 | WIRE/IN-20140519000002017;ORG MR EDWARD M RICCI;REF 005545201  1302300706 |
| 05/20 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000000181  2305500938 |
| 05/22 | 10,000.00 | WIRE/IN-20140522000003006;ORG GLOBAL BARISTAS US LLC  1301800838 |
| 05/23 | 3,376,119.45 | WIRE/IN-20140523000001414;ORG SCOTT V SERVICE CORP INTL ET AL  1302000544 |
| 05/27 | 16,699,850.00 | WIRE/IN-20140527000006227;ORG SCOTT V SERVICE CORP INTL ET AL  1301901964 |
| 05/28 | 1,350,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000006893  2304600528 |
| 05/29 | 2,500,000.00 | ONLINE XFER FROM DDA ***2699 ID: 000009461  2304301486 |
| 05/29 | 1,710.00 | REMOTE DEPOSIT  5353060247 |

**67  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 05/01 | 2,719.75 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014121006252269  1104049327 |
| 05/01 | 16,906.00 | Anthem BC RA-1205023 00000496582909REF # 014121006299765  1104051263 |
| 05/02 | 6,000.00 | WIRE/OUT-20140502000004170;BNF ROYAL BANK OF CANADA, GRAND CA  1302001384 |
| 05/02 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/02 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005626  2307105973 |
| 05/02 | 19.95 | Intuit Acct Fee INTUITP REF # 014122007204536  1106554118 |
| 05/06 | 12.00 | WIRE FEE-INCOMING INT CURR |
| 05/06 | 6,000.00 | WIRE/OUT-20140506000003039;BNF CAMPBELLS;OBI BY ORDER OF GB A  1301900897 |
| 05/06 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/06 | 10,000.00 | BANKCARD CENTER PAYMENT 47985911011874 4REF # 014126009017184  1104101389 |
| 05/07 | 1,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001292  2304200249 |
| 05/08 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004669  2304700347 |
| 05/08 | 10,000.00 | BANKCARD CENTER PAYMENT 47985911011874 4REF # 014128000316811  1104001340 |
| 05/09 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004708  2304803915 |
| 05/12 | 252.10 | PAYCHEX EIB INVOICE X5506270002572 9REF # 014129000819333  1106206284 |
| 05/12 | 5,000.00 | BANKCARD CENTER PAYMENT 47985911011874 4REF # 014132001550761  1106202349 |
| 05/13 | 17,500.00 | WIRE/OUT-20140513000002531;BNF FIRST CLEARING LLC;OBI FOR FUR  1302000758 |
| 05/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/13 | 50,000.00 | WIRE/OUT-20140513000003487;BNF LISA STORIE-AVENATTI MICHAEL J  1302001015 |

 MEMBER FDIC

0043701-0000001-0117609

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043701-0000000I-0117609



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of 10
May 30, 2014
EAGAN AVENATTI LLP
████ 8461

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 05/13 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/14 | 5,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014134002770749  1104701373 |
| 05/15 | 5,893.16 | WIRE/OUT-201405150003381;BNF MARIAM BICKNELL  1302000882 |
| 05/15 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/15 | 2,761.45 | WIRE/OUT-201405150003466;BNF MARITZA NOWOWIEJSKI  1302000900 |
| 05/15 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/16 | 2,734.56 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014136003864720  1104632916 |
| 05/16 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701001472 |
| 05/19 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/19 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/19 | 26,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000091  2307404545 |
| 05/19 | 5,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014139004715839  1107002153 |
| 05/19 | 170.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701201465 |
| 05/20 | 40,000.00 | WIRE/OUT-201405200002922;BNF GLOBAL BARISTAS US LLC  1302400864 |
| 05/20 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/21 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006792  2304300241 |
| 05/22 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/22 | 3,200.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003376  2304701679 |
| 05/22 | 68.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701201538 |
| 05/23 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/23 | 100,000.00 | WIRE/OUT-201405230004117;BNF HENRY STOTSENBERGER  1302001177 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 500,000.00 | WIRE/OUT-201405230004221;BNF FOSTER PEPPER PLLC  1302001201 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 100,000.00 | WIRE/OUT-201405230004176;BNF GLOBAL BARISTAS US LLC  1302001189 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 2,000,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001911  2307500713 |
| 05/27 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 05/27 | 11,500.00 | WIRE/OUT-201405270003795;BNF SUZY QUINN  1301901278 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 400,000.00 | WIRE/OUT-201405270007230;BNF GLOBAL BARISTAS US LLC  1301902216 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 750,000.00 | WIRE/OUT-201405270007722;BNF UBS FINANCIAL SERVICES;OBI FFC  1301902329 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 16,043,740.32 | ONLINE XFER TO DDA ***2699 ID: 000001269  2304807087 |
| 05/27 | 71,279.96 | BANKCARD CENTER PAYMENT 479859110118744REF # 014147007818399  1104902644 |
| 05/28 | 200,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004726  2304600537 |
| 05/28 | 900,000.00 | WIRE/XFER-201405280000335 2 1301900861 |
| 05/28 | 80,961.64 | IRS USATAXPYMT 270454862809955REF # 014148008275764  1104334759 |
| 05/28 | 136,255.98 | IRS USATAXPYMT 270454860262222REF # 014148008275763  1104334758 |
| 05/29 | 19,219.65 | EMPLOYMENT DEVEL EDD EF 117864704 REF # 014149009118060  1103525178 |
| 05/29 | 25,016.66 | EMPLOYMENT DEVEL EDD EF 410638592 REF # 014149009118059  1103525177 |
| 05/29 | 18,885.09 | BANKCARD CENTER PAYMENT 479859110118744REF # 014149009418742  1103501455 |
| 05/30 | 6,447.68 | WIRE/OUT-201405300007141;BNF MARIAM BICKNELL  1301901989 |
| 05/30 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/30 | 2,770.34 | WIRE/OUT-201405300007112;BNF MARITZA NOWOWIEJSKI  1301901981 |
| 05/30 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

**56 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9596 | 05/12 | 17,177.01 | 9647* | 05/30 | 94,326.77 | 9699 | 05/29 | 50,708.00 |
| 9597 | 05/19 | 20,000.00 | 9662* | 05/30 | 10,000.00 | 9700 | 05/30 | 233,953.36 |
| 9598 | 05/21 | 8,700.00 | 9665* | 05/30 | 1,950.00 | 51509* | 05/02 | 3,865.98 |
| 9600* | 05/05 | 7,650.00 | 9667* | 05/28 | 77,783.98 | 51511* | 05/01 | 5,120.34 |
| 9601 | 05/05 | 14,583.33 | 9670* | 05/30 | 13,825.60 | 51512 | 05/01 | 1,162.69 |
| 9605* | 05/29 | 84.00 | 9671 | 05/30 | 39,097.68 | 51513 | 05/06 | 5,648.27 |
| 9606 | 05/29 | 84.00 | 9673* | 05/29 | 123,360.49 | 51515* | 05/01 | 1,441.99 |
| 9607 | 05/21 | 3,632.86 | 9677* | 05/29 | 4,046.60 | 51516 | 05/01 | 2,941.43 |
| 9608 | 05/20 | 2,000.00 | 9678 | 05/30 | 987.85 | 51518* | 05/01 | 4,700.55 |
| 9609 | 05/16 | 5,000.00 | 9680* | 05/27 | 2,040.21 | 51519 | 05/01 | 7,569.42 |
| 9611* | 05/16 | 1,281.93 | 9681 | 05/30 | 294.25 | 51520 | 05/02 | 5,693.14 |
| 9614* | 05/08 | 1,715.64 | 9682 | 05/29 | 6,353.73 | 51521 | 05/05 | 852.34 |
| 9623* | 05/28 | 6,185.29 | 9688* | 05/28 | 54.00 | 51522 | 05/05 | 175.00 |
| 9640* | 05/15 | 54,652.95 | 9694* | 05/30 | 350,000.00 | 51523 | 05/19 | 3,865.99 |
| 9643* | 05/30 | 291.76 | 9698* | 05/29 | 32,718.12 | 51525* | 05/16 | 5,120.34 |



EQUAL HOUSING LENDER    **MEMBER FDIC**

00437 01-0000002-0117610

Page  4 of  10
May 30, 2014
EAGAN AVENATTI LLP
███████ 8461
California Bank & Trust

Continued ...

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 51526 | 05/16 | 1,162.67 | 51530 | 05/16 | 3,050.60 | 51535 | 05/16 | 852.35 |
| 51527 | 05/20 | 5,648.26 | 51532* | 05/16 | 7,744.21 | 51536 | 05/20 | 175.00 |
| 51528 | 05/15 | 1,773.44 | 51533 | 05/27 | 7,569.42 | 51542* | 05/30 | 1,710.31 |
| 51529 | 05/16 | 1,429.05 | 51534 | 05/19 | 5,693.14 | | | |

\* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--------|------|--------|
| Total Overdraft Fees | $272.00 | $1,384.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/01 | 206,214.14 | 05/12 | 135,582.79 | 05/21 | -6,067.17 |
| 05/02 | 188,595.07 | 05/13 | 68,022.79 | 05/22 | 652.83 |
| 05/05 | 193,927.81 | 05/14 | 63,022.79 | 05/23 | 676,670.28 |
| 05/06 | 178,227.54 | 05/15 | -2,118.21 | 05/27 | 90,288.37 |
| 05/07 | 176,727.54 | 05/16 | -25,527.92 | 05/28 | 39,047.48 |
| 05/08 | 163,011.90 | 05/19 | 49,118.95 | 05/29 | 1,910,281.14 |
| 05/09 | 158,011.90 | 05/20 | 11,265.69 | 05/30 | 1,504,540.54 |

MEMBER FDIC

0043701-0000002-0117610

# California Bank & Trust

ACCOUNT # ▮▮▮▮461

This Statement:
May 30, 2014
Page 5 of 10

Account Name: Eagan Oper
Account Number: ▮▮▮461
Deposit Amount: 28593.41
Deposit Date/Time: 5/1/14 8:08 PM UTC
Deposit ID: 24442226

Deposit

8461

Ref# 53099495        $28593.41

---

Account Name: Eagan Oper
Account Number: ▮▮▮461
Deposit Amount: 400.00
Deposit Date/Time: 5/19/14 9:57 PM UTC
Deposit ID: 24590742

Deposit

8461

Ref# 53090137        $400.00

---

Account Name: Eagan Oper
Account Number: ▮▮▮461
Deposit Amount: 1710.00
Deposit Date/Time: 5/29/14 10:58 PM UTC
Deposit ID: 24606913

Deposit

8461

Ref# 53060247        $1710.00

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09596

5/8/2014

PAY TO THE
ORDER OF    First Insurance Funding Corp                    $ 17,177.01

Seventeen Thousand One Hundred Seventy-Seven and 01/100************ DOLLARS

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468

00758-0001-1292310

8461

Ref# 53024533        $17177.01        Ch# 9596

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09597

5/19/2014

PAY TO THE
ORDER OF    Cash                                        $ 20,000.00

Twenty Thousand and 00/100********** DOLLARS

Cash

MEMO

8461

Ref# 53153435        $20000.00        Ch# 9597

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09598

5/19/2014

PAY TO THE
ORDER OF    LA Girl Friday                                $ 8,700.00

Eight Thousand Seven Hundred and 00/100********* DOLLARS

LA Girl Friday

8461

Ref# 53027897        $8700.00        Ch# 9598

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09600

4/28/2014

PAY TO THE
ORDER OF    Visual Evidence                              $ 7,650.00

Seven Thousand Six Hundred Fifty and 00/100********* DOLLARS

Visual Evidence
PO Box 6967
West Palm Beach, FL 33405

MEMO

8461

Ref# 53029581        $7650.00        Ch# 9600

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09601

4/30/2014

PAY TO THE
ORDER OF    Jason Frank Law APC                          $ 14,583.33

Fourteen Thousand Five Hundred Eighty-Three and 33/100***** DOLLARS

Jason Frank Law APC
368 Pershing Drive
Playa Del Rey, CA 90293

MEMO

8461

Ref# 53059541        $14583.33        Ch# 9601

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09605

5/14/2014

PAY TO THE
ORDER OF    County of Los Angeles                        $ 84.00

Eighty-Four and 00/100***** DOLLARS

County of Los Angeles

MEMO 3 authorized cert

8461

Ref# 53037136        $84.00        Ch# 9605

---

EAGAN AVENATTI, LLP
OPERATING ACCOUNT

CALIFORNIA BANK & TRUST
TORRANCE OFFICE
16-339/1220

09606

5/14/2014

PAY TO THE
ORDER OF    County of Los Angeles                        $ 84.00

Eighty-Four and 00/100***** DOLLARS

County of Los Angeles

MEMO 3 authorized cert

8461

Ref# 53037137        $84.00        Ch# 9606

0043701-0000003-0117611

# California Bank & Trust

ACCOUNT # ████ 8461

This Statement:
May 30, 2014
Page 6 of 10



Ref# 53020738     $3632.86     Ch# 9607

Ref# 53011422     $2000.00     Ch# 9608

Ref# 53020602     $5000.00     Ch# 9609

Ref# 53027850     $1281.93     Ch# 9611

Ref# 53002147     $1715.64     Ch# 9614

Ref# 53058468     $6185.29     Ch# 9623

Ref# 53020568     $54652.95     Ch# 9640

Ref# 53024579     $291.76     Ch# 9643

Ref# 53010307     $94326.77     Ch# 9647

Ref# 53024600     $10000.00     Ch# 9662

0043701-0000003-0117611



California Bank & Trust          ACCOUNT # ▇▇▇461

This Statement:
May 30, 2014
Page 7 of 10

Ref# 53025811     $1950.00     Ch# 9665

Ref# 53120919     $77783.98     Ch# 9667

Ref# 53017317     $13825.60     Ch# 9670

Ref# 53022985     $39097.68     Ch# 9671

Ref# 53039574     $123360.49     Ch# 9673

Ref# 53018228     $4046.60     Ch# 9677

Ref# 53032057     $987.85     Ch# 9678

Ref# 53064710     $2040.21     Ch# 9680

Ref# 53002403     $294.25     Ch# 9681

Ref# 53002582     $6353.73     Ch# 9682

0043701-0000004-0117612

# California Bank & Trust

ACCOUNT # █████ 8461



| Ref# 53111553 | $54.00 | Ch# 9688 |
| Ref# 53046579 | $350000.00 | Ch# 9694 |
| Ref# 53025754 | $32718.12 | Ch# 9698 |
| Ref# 53028819 | $50708.00 | Ch# 9699 |
| Ref# 53036029 | $233953.36 | Ch# 9700 |
| Ref# 53006765 | $3865.98 | Ch# 51509 |
| Ref# 53034054 | $5120.34 | Ch# 51511 |
| Ref# 53023695 | $1162.69 | Ch# 51512 |
| Ref# 53011457 | $5648.27 | Ch# 51513 |
| Ref# 53020308 | $1441.99 | Ch# 51515 |

0043701-0000004-0117612

## California Bank & Trust

ACCOUNT # ▓▓▓▓ 8461



Ref# 53035526        $2941.43        Ch# 51516

Ref# 53021154        $4700.55        Ch# 51518

Ref# 53023960        $7569.42        Ch# 51519

Ref# 53018323        $5693.14        Ch# 51520

Ref# 53064912        $852.34         Ch# 51521

Ref# 53042819        $175.00         Ch# 51522

Ref# 53007309        $3865.99        Ch# 51523

Ref# 53035328        $5120.34        Ch# 51525

Ref# 53027520        $1162.67        Ch# 51526

Ref# 53021068        $5648.26        Ch# 51527

0043701-0000005-0117613



California Bank & Trust   ACCOUNT # ████ 8461

This Statement:
May 30, 2014
Page 10 of 10

Ref# 53086123      $1773.44      Ch# 51528

Ref# 53022296      $1429.05      Ch# 51529

Ref# 53027519      $3050.60      Ch# 51530

Ref# 53027849      $7744.21      Ch# 51532

Ref# 53064711      $7569.42      Ch# 51533

Ref# 53022062      $5693.14      Ch# 51534

Ref# 53027498      $852.35      Ch# 51535

Ref# 53006188      $175.00      Ch# 51536

Ref# 53111582      $1710.31      Ch# 51542

0043701-0000005-0117613



**CALIFORNIA BANK**

**TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ▮▮▮▮ 8671

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0043905          4032-06-0000-CBT-PG0023-00000

STATE BAR OF CALIFORNIA
EAGAN AVENATTI LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

**Happy New Year From All of Us at California Bank & Trust**

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ▮▮▮▮ 8671 | $12.81 | |

## ATTORNEY CLIENT TRUST ▮▮▮▮ 8671                                                                220   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.23 | 2,750,012.81 | 2,750,000.23 | 0.00 | 12.81 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/25 | 2,750,000.00 | WIRE/IN-2017012500006396;ORG HASSAN WHITESIDE;OBI WHITESIDE 1304001668 |
| 01/31 | 12.81 | INTEREST PAYMENT 0008593750 |

**3 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 12/30 | .23 | INTEREST TRANSFER 0100072101 |
| 01/26 | 2,500,000.00 | WIRE/OUT-2017012600002965;BNF The X-Law Group P.C. 1303600794 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000005375 2306900665 |

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

A division of ZB, N.A. Member FDIC 

0043905-0000001-0125144

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone us or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
**(This is a Summary of Your Billing Rights).**

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043905-0000001-0125144



**CALIFORNIA BANK**
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  4
January 31, 2017
STATE BAR OF CALIFORNIA
████ 8671

....................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/30 | 0.00 | 01/26 | 0.00 | 01/31 | 12.81 |
| 01/25 | 2,750,000.00 | | | | |

....................................................................................................

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $12.81 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2017 | $12.81 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

Please retain this statement. Interest paid on your account in 2016 was 7.93.

A division of ZB, N.A. Member FDIC

EXHIBIT 2A
167

0043905-0000002-0125145

**California Bank & Trust**

This page intentionally left blank

0043905-0000002-0125145



**CALIFORNIA BANK**
T R U S T

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account████████8671

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043905                4032-06-0000-CBT-PG0023-00000

STATE BAR OF CALIFORNIA
EAGAN AVENATTI LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

**Happy New Year From All of Us at California Bank & Trust**

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ████8671 | $12.81 | |

**ATTORNEY CLIENT TRUST** ████**8671**                                         220    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.23 | 2,750,012.81 | 2,750,000.23 | 0.00 | 12.81 |

**2  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/25 | 2,750,000.00 | WIRE/IN-2017012500006396;ORG HASSAN WHITESIDE;OBI WHITESIDE  1304001668 |
| 01/31 | 12.81 | INTEREST PAYMENT  0008593750 |

**3  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 12/30 | .23 | INTEREST TRANSFER  0100072101 |
| 01/26 | 2,500,000.00 | WIRE/OUT-2017012600002965;BNF  The X-Law Group P.C.  1303600794 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000005375  2306900665 |

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

A division of ZB, N.A. Member FDIC    

0043905-0000001-0125144

## An Easy Approach To Balancing Your Account

Page 2 of 4

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 2A
170

0043905-0000001-0125144



**CALIFORNIA BANK**

**T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
January 31, 2017
STATE BAR OF CALIFORNIA
████ 8671

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/30 | 0.00 | 01/26 | 0.00 | 01/31 | 12.81 |
| 01/25 | 2,750,000.00 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $12.81 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2017 | $12.81 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

Please retain this statement. Interest paid on your account in 2016 was 7.93.

A division of ZB, N.A. Member FDIC

EXHIBIT 2A
171

0043905-0000002-0125145

**California Bank & Trust**

This page intentionally left blank

0043905-0000002-0125145



**CALIFORNIA BANK**
T R U S T

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ▮▮▮▮ 9257

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043939                    4032-06-0000-CBT-PG0023-00000

PASSPORT 420 LLC
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

### Happy New Year From All of Us at California Bank & Trust

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ▮▮▮▮9257 | $7,158.38 | |

## BUSINESS ESSENTIALS CHECKING ▮▮▮▮ 9257                                           104    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 38.68 | 1,995,000.00 | 1,987,880.30 | 0.00 | 7,158.38 |

### 2  DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/18 | 1,985,000.00 | WIRE/IN-2017011800004826;ORG PARRISH FAMILY TRUST 5/21/97;OB 1304201184 |
| 01/23 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000005048 2307903682 |

### 19  CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/20 | 1,891,802.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000361 2307602103 |
| 01/20 | 69,400.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003114 2307602115 |
| 01/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004766 2307602123 |
| 01/20 | 10,065.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000873 2307602133 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004248 2307602143 |
| 01/20 | 250.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006778 2307602157 |
| 01/25 | 921.90 | 24431060RWESMG94J 6487 AMERICAN AIR0012110870FORT WORTH TX  1206415284 |
| 01/26 | 4.74 | 24736930T03A1S64N 6487 SB AIRPORT GIFT SHOP GOLETA CA  1206415755 |
| 01/26 | 24.56 | 24164070TFF37DZV2 6487 PHILLIP S SEAF12208526CHARLOTTE NC  1206415756 |
| 01/30 | 217.85 | 24391210WHVGEZBPL 6487 HERTZ RENT-A-CAR GREENSBORO NC  1207547946 |
| 01/30 | 608.92 | 24692160W009NL503 6487 MARRIOTT GREENSBORO-HIGREENSBORO NC  1207547947 |
| 01/30 | 49.00 | 24040480V6110SMXA 6461 LAX AIR FORD'S FILLINGLOS ANGELES CA  1207547942 |
| 01/30 | 3.45 | 24316050VFZ7FAKH3 6487 SHELL OIL 57543601801 GREENSBORO NC  1207547943 |
| 01/30 | 263.11 | 24717050W7JQYL6GH 6487 SIGNATURE FLIGHT SUPPOGREENSBORO NC  1207547944 |
| 01/30 | 1,016.28 | 24431050WWLF77J2T 6487 MOUNTAIN VIEW AEROMOTIALAMOSA CO  1207547945 |
| 01/30 | 489.94 | 24717050X4YK1HTA8 6487 SIGNATURE FLIGHT SUPPOSANTA ANA CA  1207516580 |
| 01/31 | 19.65 | 24164070Y20LNYWY8 6487 FEDEXOFFICE 00002006SANTA BARBARA CA  1206715696 |
| 01/31 | 48.90 | 24164070Y20LNZ8GN 6487 FEDEXOFFICE 00002006SANTA BARBARA CA  1206715695 |

### 0  CHECKS PROCESSED

There were no transactions this period.

---

A division of ZB, N.A. Member FDIC                0043939-0000001-0125250

## An Easy Approach To Balancing Your Account

Page 2 of 4

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*          *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.**  Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 2A
174

0043939-0000001-0125250



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 01/18 | 1,985,024.68 | 01/25 | 9,904.78 | 01/30 | 7,226.93 |
| 01/20 | 826.68 | 01/26 | 9,875.48 | 01/31 | 7,158.38 |
| 01/23 | 10,826.68 | | | | |

A division of ZB, N.A. Member FDIC   EQUAL HOUSING LENDER

0043939-0000002-0125251

**California Bank & Trust**

This page intentionally left blank

0043939-0000002-0125251



**CALIFORNIA BANK**
**T R U S T**
P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ███ 9257

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0043939                    4032-06-0000-CBT-PG0023-00000

PASSPORT 420 LLC
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

### Happy New Year From All of Us at California Bank & Trust

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | ███ 9257 | $7,158.38 | |

## BUSINESS ESSENTIALS CHECKING   ███ 9257                          104     0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 38.68 | 1,995,000.00 | 1,987,880.30 | 0.00 | 7,158.38 |

**2  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/18 | 1,985,000.00 | WIRE/IN-2017011800004826;ORG PARRISH FAMILY TRUST 5/21/97;OB 1304201184 |
| 01/23 | 10,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000005048 2307903682 |

**19  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.00 | WIRE FEE-INCOMING DOMESTIC |
| 01/20 | 1,891,802.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000361 2307602103 |
| 01/20 | 69,400.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003114 2307602115 |
| 01/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004766 2307602123 |
| 01/20 | 10,065.50 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000873 2307602133 |
| 01/20 | 2,680.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000004248 2307602143 |
| 01/20 | 250.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000006778 2307602157 |
| 01/25 | 921.90 | 24431060RWESMG94J 6487 AMERICAN AIR0012110870FORT WORTH TX  1206415284 |
| 01/26 | 4.74 | 24736930T03A1S64N 6487 SB AIRPORT GIFT SHOP GOLETA CA  1206415755 |
| 01/26 | 24.56 | 24164070TFF37DZV2 6487 PHILLIP S SEAF12208526CHARLOTTE NC  1206415756 |
| 01/30 | 217.85 | 24391210WHVGEZBPL 6487 HERTZ RENT-A-CAR GREENSBORO NC  1207547946 |
| 01/30 | 608.92 | 24692160W009NL503 6487 MARRIOTT GREENSBORO-HIGREENSBORO NC  1207547947 |
| 01/30 | 49.00 | 24040480V6110SMXA 6461 LAX AIR FORD'S FILLINGLOS ANGELES CA  1207547942 |
| 01/30 | 3.45 | 24316050VFZ7FAKH3 6487 SHELL OIL 57543601801 GREENSBORO NC  1207547943 |
| 01/30 | 263.11 | 24717050W7JQYL6GH 6487 SIGNATURE FLIGHT SUPPOGREENSBORO NC  1207547944 |
| 01/30 | 1,016.28 | 24431050WWLF77J2T 6487 MOUNTAIN VIEW AEROMOTIALAMOSA CO  1207547945 |
| 01/30 | 489.94 | 24717050X4YK1HTA8 6487 SIGNATURE FLIGHT SUPPOSANTA ANA CA  1207516580 |
| 01/31 | 19.65 | 24164070Y20LNYWY8 6487 FEDEXOFFICE 00002006SANTA BARBARA CA  1206715696 |
| 01/31 | 48.90 | 24164070Y20LNZ8GN 6487 FEDEXOFFICE 00002006SANTA BARBARA CA  1206715695 |

**0  CHECKS PROCESSED**

There were no transactions this period.

A division of ZB, N.A. Member FDIC    LENDER

0043939-0000001-0125250

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*          *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
***(This is a Summary of Your Billing Rights).***
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  •Pay bills •Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0043939-0000001-0125250



**CALIFORNIA BANK**
TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  4
January 31, 2017
PASSPORT 420 LLC
█████9257

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/18 | 1,985,024.68 | 01/25 | 9,904.78 | 01/30 | 7,226.93 |
| 01/20 | 826.68 | 01/26 | 9,875.48 | 01/31 | 7,158.38 |
| 01/23 | 10,826.68 | | | | |

A division of ZB, N.A. Member FDIC 

0043939-0000002-0125251

**California Bank & Trust**

This page intentionally left blank

0043939-0000002-0125251

EXHIBIT 2B



HondaJet Southwest
A CUTTER AVIATION COMPANY
2802 Old Tower Road
Phoenix, AZ 85034
*hondajetsouthwest.com*

# Addendum to HondaJet Purchase Agreement

*This Addendum to HondaJet Purchase Agreement (Amendment) is entered into as of* **MARCH 5** *, 2007,*

*by and between HONDA AIRCRAFT COMPANY, INC. ("Seller") and Avenatti & Associates, A Professional Corp. ("Purchaser").*

*The Seller's Authorized Sales Representative or Authorized Dealer in connection with this transaction is*

*HondaJet Southwest.*

*Seller and Purchaser entered into the HondaJet Purchase Agreement (Agreement) as of October 11, 2006*

*and now wish to revise the Agreement to reflect the following changes:*

1. Section 1 of the Agreement is hereby revised to read in its entirety as follows (changes to Section 1 being shown by underlining additions and striking through deletions):

   1. **Aircraft Purchase:** Seller hereby agrees to sell and Purchaser hereby agrees to purchase one HondaJet Aircraft ("Aircraft"), which shall be designed and manufactured in conformity with the general Aircraft Description dated November 2006 Preliminary attached as Exhibit A. It is understood that Exhibit A is preliminary in content and is subject to revision by Seller upon development of more final data for the Aircraft. Upon development of such final data, Seller will provide Purchaser with a revised Exhibit A (referred to for convenience as the "Specification"), which shall be incorporated herein by reference and which shall supersede and replace the preliminary version or a prior updated version, as applicable. It is anticipated that the "Performance" section of the Specification attached as Exhibit A will be provided to Purchaser in **substantially** final form on or about May 17, 2007. **In addition to Purchaser's unqualified right to terminate this Agreement and receive a refund of Purchaser's deposit on or prior to May 17, 2007**, in the event any version **provided after May 17, 2007** includes any material reductions in such Performance section below the figures in Exhibit A, Purchaser may terminate this Agreement within 10 days following Purchaser's receipt of such final version of the Performance section. Following any such termination, Seller shall refund the deposit referred to in Section 2a within 10 business days.

2. The third paragraph of Section 9 of the Agreement is hereby revised to read in its entirety as follows (changes to Section 1 being shown by underlining additions and striking through deletions):

   Upon termination of this Agreement by Seller under Paragraph 9 **due to Purchaser's default or breach of any material term or condition of this Agreement**, all payments made under Paragraph 2 shall be retained by Seller, not as a forfeiture but as liquidated damages. Purchaser expressly acknowledges that it would be difficult to determine the actual damages Seller will suffer because of a Purchaser default, because Seller's business model depends on high-volume production to control its costs and overhead, including volume-based pricing terms in contracts with vendors and suppliers, and because Seller would need to incur remarketing and reconfiguration costs for the



Aircraft. Purchaser acknowledges and agrees that the liquidated damages are an accurate, fair and reasonable estimate of the damages Seller is likely to incur as a result of any default leading to termination of this Agreement.

3. Sections 13(d) of the Agreement is hereby revised to read in their entirety as follows:

    **d.** Purchaser is not licensed or permitted to resell or otherwise act as a "dealer", "distributor" or "broker" of the Aircraft, and the Aircraft shall be used by Purchaser solely for Purchaser's own use or in connection with Purchaser's business and operations. Purchaser represents to Seller that the Aircraft is being purchased with no intent to resell or otherwise transfer the Aircraft to any third party for a period of one year after the Delivery Time. A *bona fide* sale and leaseback or pledge in connection with a financing arrangement shall not be deemed a resale of the Aircraft. In addition, Purchaser shall use the Instructions for Continued Airworthiness and future revisions thereto only for purposes of repair and maintenance of the Aircraft as owned by Purchaser, and shall keep such Instructions for Continued Airworthiness strictly confidential and disclose them only to authorized repair shops.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser. This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

**In witness whereof,** each party hereto has executed this Agreement as of the date first above written.

**Purchaser:**

Avenatti & Associates, A Professional Corp.

By: _____

Michael J. Avenatti
President
100 Wilshire Blvd., 21st Floor
Santa Monica, CA  90401

**Honda Aircraft Company, Inc.**

By: _____

Douglas Danuser, General Manager,
Sales & Marketing

**HondaJet Southwest**
AUTHORIZED SALES REPRESENTATIVE OR DEALER

By: _____

William Cutter
President

*Addendum to HondaJet Purchase Agreement*

HONDA 000037

EXHIBIT 2C



AMENDMENT NO. 1
to *HONDAJET* RETAIL PURCHASE AGREEMENT No. 40000022

*This Amendment No. 1 is entered into as of January 21, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of amending the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The name of Seller is hereby changed to Honda Aircraft Company, LLC.  Pursuant to Section 13(a) of the Agreement, all formal notices shall be sent to Seller to Attn: Vice President, Sales, Honda Aircraft Company, LLC, 6430 Ballinger Road, Greensboro, North Carolina 27410, Facsimile No. 336-387-0734.

2.  Pursuant to Section 4(a) of the Agreement, the Scheduled Delivery Time is 3rd Quarter 2015, which is  hereby incorporated in the Agreement and supersedes and replaces the prior Scheduled Delivery Time in the Agreement.

3.  The second sentence of Section 2, Price and Payment Terms, is hereby deleted and replaced with the following sentence:

    The Purchase Price is subject to escalation and shall be adjusted by the percentage difference in the Consumer Price Index, Urban Wage Earners and Clerical Workers (CPI-W), U.S. City Average, 1982-84 = 100 as published by the U.S. Department of Labor – Bureau of Labor Statistics, from October 2006 and up to December 2010.

4.  Section 3, Options and Selections, is hereby changed in its entirety as follows:

    **3.  Options and Selections:**  Purchaser shall have until twelve (12) months prior to the Scheduled Delivery Time to select any manufacturer offered optional equipment and interior and exterior selections, including color and trim, and to provide a special registration number, if any. The cost of any such optional equipment selected by Purchaser will be included in the Aircraft Purchase Price after adjustment for escalation set forth in Section 2.  If Purchaser fails to make such selections by twelve (12) months prior to the Scheduled Delivery Time, Purchaser authorizes Seller to select for Purchaser interior and exterior finishes including color and trim, and to include optional equipment in the Aircraft, with the cost of any such optional equipment included in the Aircraft Purchase Price.  If all or part of the selections are received from Purchaser after the above due date, Seller may, at its option: (i) decline to accept such selection(s), (ii) accept such selection(s) at an increased Purchase Price, agreed by Purchaser and Seller, to cover all related expenses of incorporating the late selection(s), and/or a change to the Scheduled Delivery Date and/or Aircraft Serial Number.  Option (ii) will be documented by an Amendment to this Agreement. If Purchaser fails to provide a special registration number selection by the due date above, Purchaser agrees to accept the Aircraft with the current registration number.  If any optional equipment becomes standard on Purchaser's Aircraft prior to the Delivery Time without any increase in the base price of the Aircraft, Seller shall credit the amount of such optional equipment against the balance due at the Delivery Time.

    Purchaser will be offered certain optional equipment selections at no charge (the "Loyalty Package"), consisting of such optional equipment as determined by Seller in its sole discretion. Purchaser understands and agrees that the Loyalty Package as offered by Seller is applicable solely to optional equipment selections for the Aircraft under this Purchase Agreement and cannot be transferred to another purchase agreement, aircraft, dealer, or purchaser.  No exchanges or substitutions of optional equipment will be allowed and Purchaser shall not receive any credits towards the Aircraft Purchase Price for any optional equipment in the Loyalty Package not selected by Purchaser.  Purchaser must make its selections from the Loyalty Package no later than twelve (12) months prior to the Scheduled Delivery Date.

HONDA 000071

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCIRBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**
**a Professional Corp.**

By: _____

Name: ____Michael Avenatti____

Title: _____President_____

**HONDA AIRCRAFT COMPANY, LLC**

By: _____

Byron Severson

Vice President, Sales

**HONDA 000072**

EXHIBIT 2C
184

EXHIBIT 2D



06/02/2014 02:30 PM ET
**CUSTOMER ID:** HONDA952
**OPERATOR ID:** WHITA217
**Commercial Electronic Office**®

**HONDA AIRCRAFT COMPANY, LLC**

**Wire Transfer Detail Report**
**As of 06/02/2014**

Treasury Information Reporting

**Currency:** USD
**Bank:** 121000248
**Account:** ▮▮▮▮5366(NC)

**WELLS FARGO BANK, N.A.**
**HONDA AIRCRAFT COMPANY LLC**

| Credit Wire Amount | Process Date Time | From | Corresponding Bank: | Status |
|---|---|---|---|---|
| 525,000.00 | 06/02/2014 12:29 PM CT | FEDWIRE N/A EAGAN AVENATTI LLP N/A | N/A | COMPLETE |

Wire Service Reference Number:
**0602L4B74B1C000172**
Wells Message Number:
**140602102576**
PC Reference/Confirmation Number:
**N/A**
Value Date:
**06/02/2014**
Wire Type:
**195**
Wire Amount:
**525,000.00**
Transaction Reference Number:
**140602102576**
USD Equivalent Amount:
**525,000.00**
Originator ID:
**3260138461**
Originator Name and Address:
**EAGAN AVENATTI LLP**
**OPERATING ACCOUNT**
**450 NEWPORT CENTER DR FL 2**
**NEWPORT BEACH CA  92660-7610**
Instructing Bank Code/ID:
**N/A**
Instructing Bank Name and Address:
**N/A**
Sending Party ID:
**122232109**
Sending Party Name and Address:
**CALIFORNIA BANK AND TRUST**
**SAN DIEGO, CA**
Bank to Bank Info:
**N/A**
Beneficiary Bank Code/ID:
**N/A**
Beneficiary Bank Name and Address:
**N/A**
Originator to Beneficiary Info:
**N/A**

Instructed Currency/Amount:
**USD/525,000.00**
Exchange Rate:
**1.000000**
Fed/CHIPS/SWIFT Reference Number:
**0602L4B74B1C000172**
Completed Timestamp:
**06/02/2014 12:28 PM CT**
Sender Reference Number:
**2014060200003678**
Originating Bank Code/ID:
**N/A**
Originating Bank Name and Address:
**N/A**
Receiving Party ID:
**000004126555366**
Receiving Party Name and Address:
**HONDA AIRCRAFT COMPANY LLC**
**6430 BALLINGER RD**
**GREENSBORO NC 27410-9063**
Intermediary Bank Code/ID:
**N/A**
Intermediary Bank Name and Address:
**N/A**
Beneficiary Code/ID:
**N/A**
Beneficiary Reference ID:
**4126555366**
Beneficiary Name and Address:
**HONDA AIRCRAFT COMPANY LLC**
**6430 BALLINGER ROAD GREENSBORO NC**

Text:
**122232109 CALIFORNIA BANK AND TRUST SAN DIEGO, CA 2014060200003678 ORG=EAGAN AVENATTI LLP OPERATING ACCOUNT 450 NEWPORT CENTER DR FL 2 NEWPORT BEACH CA  92660-7610 OPI=3260138461 /FTR/ BNF=4126555366 HONDA AIRCRAFT COMPANY LLC 6430 BALLINGER ROAD GREENSBORO NC COMPLETED TIMESTAMP 06/02/2014 12:28 PM CT**

525,000.00  **Account Net Total**

525,000.00  **Net Total For Bank  121000248 (USD)**

525,000.00  **Net Grand Total For Currency (USD)**

**---- END OF REPORT ----**

**HONDA 000077**

EXHIBIT 2E



*AMENDMENT NO. 2 to HONDAJET* RETAIL PURCHASE AGREEMENT
No. 40000022

*This Amendment No. 2 is entered into as of June 16, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The Aircraft serial number is hereby confirmed as Serial No. 42000029.

3.  Purchaser and Seller hereby confirm the optional equipment and interior and exterior selections made by Purchaser are detailed in the attached Aircraft Options, which is incorporated into and made a part of the Agreement as Exhibit A-1.

4.  The total price of the optional selections shown in Exhibit A-1 will be added to the Aircraft Purchase Price.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**                     **HONDA AIRCRAFT COMPANY, LLC**
**a Professional Corp.**

By: _____                     By: _____

    Michael J. Avenatti                            Byron Severson
    President                                      Vice President, Sales

420000022 Amdt 2                    Page **1** of **2**

**HONDA 000083**

### Exhibit A-1 to HondaJet Purchase Agreement
### Contract No. 40000022
### Aircraft Serial No. 42000029

## Aircraft Options

| Option Description | Price | |
|---|---|---|
| **Interior** | | |
| CA CO GY  Color Pallet 2 - Moonlight | NC | |
| **Cockpit** | | |
| FD CS EX  Crew Seats - Leather Upgrade | NC | * |
| FD CC YS  Cockpit/Cabin Divider Curtain | NC | * |
| **Cabin** | | |
| CA LD SC  LH Storage Cabinet | NC | * |
| CA CF CF  Refreshment Center Face Upgrade | NC | * |
| CA EN SF  RH Forward Side Facing Seat | NC | * |
| CA CS EX  Executive Seat Upgrade | NC | * |
| CA TA RL  LH Stowable Executive Table | NC | * |
| CA SH EP  Electric Pleated Shades | NC | * |
| CA FT YS  Main Cabin Floor Trim Upgrade | NC | * |
| CA PO YR  Universal Power Outlets for Aft Facing Seats (Cabin Power 1) | 8,750 | |
| CA PO YF  Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | 8,750 | |
| CA CU YS  Personal Storage Compartments | NC | * |
| LA LD HD  Solid Aft Cabin Door | NC | * |
| LA LV ES  Externally Serviceable Toilet | NC | * |
| LA WS YS  Sink with Running Water | NC | * |
| CA OW LV  Life Vests | NC | * |
| **Exterior** | | |
| EX AC TS  Paint - Signature Silver | NC | * |
| EX LL YS  LH/RH Logo Lights | 3,500 | |
| EX SB YS  Speed Brake | 95,000 | |
| **Avionics** | | |
| AV RA YS  Radar Altimeter | NC | * |
| AV JC YS  Jeppesen Chartview | 4,900 | |
| AV TR DE  Dual Extended Squitter Transponders | 16,300 | |
| AV SV YS  Synthetic Vision | 25,000 | |
| AV XW YS  XM Weather Data-link | 9,750 | |
| AV SW YS  Surface Watch | 7,800 | |
| AV CV YS  Combo CVR/FDR | 69,000 | |
| | $248,750 | |

\* No charge as part of the Loyalty Package

420000022 Amdt 2   Page **2** of **2**

**HONDA 000084**

EXHIBIT 2F


*HondaJet*

*AMENDMENT NO. 3 to HONDAJET* RETAIL PURCHASE AGREEMENT
No. 40000022

*This Amendment No. 3 is entered into as of August 29, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

*Whereas,* Purchaser and Seller agree that Exhibit A-1 will be changed to add the following option:
Cabin Wi-Fi.

1.  Purchaser and Seller hereby confirm the optional equipment and interior and exterior selections made by Purchaser are detailed in the attached Aircraft Options, which is incorporated into and made a part of the Agreement as Exhibit A-1.

2.  The total price of the optional selections shown in Exhibit A-1 will be added to the Aircraft Purchase Price.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

AVENATTI & ASSOCIATES,                     HONDA AIRCRAFT COMPANY, LLC
a Professional Corp.

By: _____               By: _____

Michael J. Avenatti                        Byron Severson
President                                  Vice President, Sales

**HONDA 000091**

Exhibit A-1 to HondaJet Purchase Agreement
Contract No. 40000022
Aircraft Serial No. 42000029

## Aircraft Options

| | Option Description | Price |
|---|---|---|
| **Interior** | | |
| CA CO GY | Color Pallet 2 - Moonlight | NC |
| **Cockpit** | | |
| FD CS EX | Crew Seats - Leather Upgrade | NC  * |
| FD CC YS | Cockpit/Cabin Divider Curtain | NC  * |
| **Cabin** | | |
| CA LD SC | LH Storage Cabinet | NC  * |
| CA CF CF | Refreshment Center Face Upgrade | NC  * |
| CA EN SF | RH Forward Side Facing Seat | NC  * |
| CA CS EX | Executive Seat Upgrade | NC  * |
| CA TA RL | LH Stowable Executive Table | NC  * |
| CA BB YS | Cabin Wi-Fi | 144,000 |
| CA SH EP | Electric Pleated Shades | NC  * |
| CA FT YS | Main Cabin Floor Trim Upgrade | NC  * |
| CA PO YR | Universal Power Outlets for Aft Facing Seats (Cabin Power 1) | 8,750 |
| CA PO YF | Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | 8,750 |
| CA CU YS | Personal Storage Compartments | NC  * |
| LA LD HD | Solid Aft Cabin Door | NC  * |
| LA LV ES | Externally Serviceable Toilet | NC  * |
| LA WS YS | Sink with Running Water | NC  * |
| CA OW LV | Life Vests | NC  * |
| **Exterior** | | |
| EX AC TS | Paint - Signature Silver | NC  * |
| EX LL YS | LH/RH Logo Lights | 3,500 |
| EX SB YS | Speed Brake | 95,000 |
| **Avionics** | | |
| AV RA YS | Radar Altimeter | NC  * |
| AV JC YS | Jeppesen Chartview | 4,900 |
| AV TR DE | Dual Extended Squitter Transponders | 16,300 |
| AV SV YS | Synthetic Vision | 25,000 |
| AV XW YS | XM Weather Data-link | 9,750 |
| AV SW YS | Surface Watch | 7,800 |
| AV CV YS | Combo CVR/FDR | 69,000 |
| | | $392,750 |

* No charge as part of the Loyalty Package

**HONDA 000092**

**Optional Equipment Selections HA-420, Serial No. 42000029**
**Contract No. 40000022**
**Avenatti & Associates, a Professional Corp.**

| Option Description | | Price |
|---|---|---|
| **Interior** | | |
| CA CO GY | Color Pallet 2 - Moonlight | NC |
| **Cockpit** | | |
| FD CS EX | Crew Seats - Leather Upgrade | NC * |
| FD CC YS | Cockpit/Cabin Divider Curtain | NC * |
| **Cabin** | | |
| CA LD SC | LH Storage Cabinet | NC * |
| CA CF CF | Refreshment Center Face Upgrade | NC * |
| CA EN SF | RH Forward Side Facing Seat | NC * |
| CA CS EX | Executive Seat Upgrade | NC * |
| CA TA RL | LH Stowable Executive Table | NC * |
| CA BB YS | Cabin Wi-Fi | 144,000 |
| CA SH EP | Electric Pleated Shades | NC * |
| CA FT YS | Main Cabin Floor Trim Upgrade | NC * |
| CA PO YR | Universal Power Outlets for Aft Facing Seats (Cabin Power 1) | 8,750 |
| CA PO YF | Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | 8,750 |
| CA CU YS | Personal Storage Compartments | NC * |
| LA LD HD | Solid Aft Cabin Door | NC * |
| LA LV ES | Externally Serviceable Toilet | NC * |
| LA WS YS | Sink with Running Water | NC * |
| CA OW LV | Life Vests | NC * |
| **Exterior** | | |
| EX AC TS | Paint - Signature Silver | NC * |
| EX LL YS | LH/RH Logo Lights | 3,500 |
| EX SB YS | Speed Brake | 95,000 |
| **Avionics** | | |
| AV RA YS | Radar Altimeter | NC * |
| AV JC YS | Jeppesen Chartview | 4,900 |
| AV TR DE | Dual Extended Squitter Transponders | 16,300 |
| AV SV YS | Synthetic Vision | 25,000 |
| AV XW YS | XM Weather Data-link | 9,750 |
| AV SW YS | Surface Watch | 7,800 |
| AV CV YS | Combo CVR/FDR | 69,000 |
| | | $392,750 |

* No charge as part of the Loyalty Package

**HONDA 000093**

EXHIBIT 2G



*HondaJet*

*AMENDMENT NO. 4 to HONDAJET RETAIL PURCHASE AGREEMENT*
No. 40000022

*This Amendment No. 4 is entered into as of January 13, 2015 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The Aircraft serial number is hereby confirmed as Serial No. 42000029 with registration number N816LS.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.   This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**
**a Professional Corp.**

By: _____

Name: Michael J. Avenatti

Title: President

**HONDA AIRCRAFT COMPANY, LLC**

By: _____

Byron Severson

Vice President, Sales

40000022 Amdt 4                    Page **1** of **1**

**HONDA 000099**

EXHIBIT 2H

*AMENDMENT NO. 5 to HondaJet Retail Purchase Agreement
No. 40000022*

*This Amendment No. 5 ("Amendment") is entered into as of* February 4 *, 2016 by and between
Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp.,
("Purchaser") for the purpose of revising the HondaJet Retail Purchase Agreement ("Agreement")
dated October 11, 2006 by and between Seller and Purchaser, as amended from time to time, for the
purchase of one (1) HondaJet HA-420 Aircraft.*

*Whereas,* Purchaser and Seller desire to make certain amendments to the Agreement.

*Therefore,* Purchaser and Seller agree that the Agreement is amended as follows:

1. Pursuant to Section 4(a) of the Agreement, the Scheduled Delivery Time is 2nd Quarter 2016,
   which is hereby incorporated in the Agreement and supersedes and replaces the prior
   Scheduled Delivery Time in the Agreement.

2. Pursuant to Section 1 of the Agreement, Exhibit A is hereby deleted and replaced with the
   Exhibit A – Aircraft Specification and Description, dated January 2016, attached to this
   Amendment.

3. Pursuant to Section 11 of the Agreement, Exhibit C is hereby deleted and replaced with the
   warranty section in Exhibit A – Aircraft Specification and Description attached to this
   Amendment.

4. Purchaser and Seller hereby amend the exterior paint color code and description by deleting
   all references to "EX AC TS – Titanium Silver" and replacing the same with "EX AC SP –
   Silver Pearl."

This Amendment shall be governed by and construed in accordance with the substantive laws of the
State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE
CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL
OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF
CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT
SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above
written.

| HONDA AIRCRAFT COMPANY, LLC | AVENATTI & ASSOCIATES, A PROFESSIONAL |
| ("Seller") | CORP. |
| | ("Purchaser") |
| BY: | BY: |
| Name:   Simon Roads | Name:   Michael J. Avenatti |
| Title:   Vice President, Sales | Title:   President |

40000022 Amdt 5                   Page 1 of 1

**HONDA 000162**

EXHIBIT 2I

AMENDMENT NO. 6 to HondaJet Retail Purchase Agreement
No. 40000022

This Amendment No. 6 ("Amendment") is entered into as of _____4/28_____, 2016 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser, as amended from time to time, for the purchase of one (1) HondaJet HA-420 Aircraft.

Whereas, Purchaser and Seller desire to make certain amendments to the Agreement.

Therefore, Purchaser and Seller agree that the Agreement is amended as follows:

1.  The Aircraft registration number is hereby deleted and replaced with N227WP. This number is subject to availability, which Seller is working to obtain. Seller will promptly advise Purchaser as to any issues encountered.

This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

HONDA AIRCRAFT COMPANY, LLC
("Seller")

BY: _____
Name:   Simon Roads
Title:   Vice President, Sales

AVENATTI & ASSOCIATES, A PROFESSIONAL
CORP.
("Purchaser")

BY: _____
Name:   Michael Avenatti
Title:   President

\#   \#   \#

40000022 Amdt 6                    Page 1 of 1

**HONDA 000208**

EXHIBIT 2J

*AMENDMENT NO. 7 to HondaJet RETAIL PURCHASE AGREEMENT*
No. 40000022

*ASSIGNMENT AND CONSENT*

*This Assignment and Consent, Amendment No. 7 is entered into as of* July 13 *, 2016 by and between Honda Aircraft Company, LLC ("Seller"), Avenatti & Associates, a Professional Corp., ("Original Purchaser"), and Passport 420, LLC ("Affiliated Purchaser"), for the purpose of revising the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser, as amended from time to time, for the purchase of one (1) HondaJet HA-420 Aircraft.*

*Whereas*, Original Purchaser, Affiliated Purchaser, and Seller wish to revise the Agreement to reflect that Affiliated Purchaser will be substituted as the "Purchaser" under the Agreement.

*Therefore*, Original Purchaser, Affiliated Purchaser, and Seller agree that the Agreement is amended as follows:

1. Affiliated Purchaser and Original Purchaser hereby certify and represent to Seller that Affiliated Purchaser and Original Purchaser are affiliated persons or entities, that amendment of the Agreement does not represent an assignment of the right to buy the Aircraft to an unaffiliated entity, and that no payments have been made by or on the behalf of Affiliated Purchaser to Original Purchaser in connection with this Amendment or the replacement of the "Purchaser" under the Agreement. Affiliated Purchaser and Original Purchaser agree to provide to Seller upon request a written explanation of the affiliation relationship between Affiliated Purchaser and Original Purchaser. For purposes of this Agreement, an "affiliated" person or entity means a person or entity controlling, controlled by, or under common control with the original person or entity.

2. Affiliated Purchaser and Original Purchaser hereby confirm the provisions of Sections 13(d) of the Agreement, and reaffirm their acknowledgement to Seller that neither Affiliated Purchaser nor Original Purchaser is licensed or permitted to resell or otherwise act as a "dealer", "distributor" or "broker" of the Aircraft, and that the Aircraft shall be used by Affiliated Purchaser solely for Affiliated Purchaser's own use or in connection with Affiliated Purchaser's business and operations. Affiliated Purchaser and Original Purchaser hereby certify and represent to Seller that the Aircraft is being purchased with no intent to resell or otherwise transfer the Aircraft to any third party for a period of one year after the Delivery Time.

3. Original Purchaser agrees that all progress payments it has made for the purchase of the specified aircraft shall be credited toward the purchase price to be paid by the Affiliated Purchaser and that when the aircraft is delivered it will be delivered to Affiliated Purchaser.

This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF

40000022 Amdt 6                    Page 1 of 2

**HONDA 000211**

CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**HONDA AIRCRAFT COMPANY, LLC,**
("Seller")

BY: _____
Name: Simon Roads
Title: Vice President, Sales

**AVENATTI & ASSOCIATES, A PROFESSIONAL CORP.**
("Original Purchaser")

BY: _____
Name: Michael Avenatti
Title: President

**PASSPORT 420, LLC**
("Affiliated Purchaser")

BY: _____
Name: Michael Avenatti
Title: Manager

*Notice Address for Affiliated Purchaser:*
ATTN: _____
520 Newport Center Drive #1400
Newport Beach, CA 92660
Email: _____

**HONDA 000212**

EXHIBIT 2K

# Honda Aircraft Company, LLC

6430 Ballinger Rd, Greensboro, NC 27410
Tel : 336-662-0246   Fax : 336-662-0852

| ACCOUNT STATUS FOR |
|---|
| PASSPORT 420 LLC<br>520 NEWPORT CENTER DR<br>STE 1400<br>NEWPORT BEACH CA  92660-7020<br>USA |
| **REPRESENTATIVE** |
| PHIL SCHARBER<br>Phil@hondajetsouthwest.com<br>760-814-5035 |

| ACCOUNT SUMMARY | |
|---|---|
| Statement of Account As Of : | 07/28/2016 |
| Contract Number : | 40000316 |
| Sold to Customer Number : | 12391 |
| Delivery Quarter : | Q2 2016 |
| Product Description : | HONDAJET HA-420 |

## Aircraft Financial Summary

| Description | Amount (USD) |
|---|---|
| Base Price | $3,650,000.00 |
| CPI - Price Adjustment | $338,355.00 |
| Options Price | $392,750.00 |
| **Estimated Price As Of Statement Date \*** | **$4,381,105.00** |

## Contract Deposit Plan

| Description | Amount (USD) | Due Date | Status |
|---|---|---|---|
| First Deposit | $75,000.00 | 08/11/2013 | PAID |
| Second Deposit | $175,000.00 | 07/01/2014 | PAID |
| Third Deposit | $175,000.00 | 07/01/2015 | PAID |
| Fourth Deposit | $175,000.00 | 12/29/2015 | PAID |
| Final Payment | TBD | Prior To Delivery | FUTURE |

\* Amount includes contractual escalation for price index changes as specified in the contract and known to us as of the statement date. Future escalation, if applicable, will be calculated as updates to the price index become available. Updated statements of account will be made available upon request. The final price you pay will be governed by the pricing terms of the contract.

**HONDA 000214**

EXHIBIT 2L

# Honda Aircraft Company, LLC

6430 Ballinger Rd, Greensboro, NC 27410
Tel : 336-662-0246   Fax : 336-662-0852

### BILL TO

PASSPORT 420 LLC
520 NEWPORT CENTER DR
STE 1400
NEWPORT BEACH CA  92660-7020
USA

### SOLD TO

PASSPORT 420 LLC
520 NEWPORT CENTER DR
STE 1400
NEWPORT BEACH CA  92660-7020
USA

## NOTICE OF PAYMENT DUE

| | |
|---|---|
| Contract Number : | 40000316 |
| Document Number : | 90002614 |
| Date : | 09/20/2016 |
| Due Date : | At Delivery |
| Sold To Customer Number : | 12391 |
| Serial Number : | 42000029 |

### REPRESENTATIVE

Phil Scharber
Phil@hondajetsouthwest.com
760-814-5035

| HONDAJET HA-420 | Amount (USD) |
|---|---:|
| Base Price | $3,650,000.00 |
| CPI-Price Adjustment | $338,355.00 |
| Gross Base Price | $3,988,355.00 |
| Options Price | $392,750.00 |
| NC Sales Tax | $2,500.00 |
| Total Net Price Due | $4,383,605.00 |
| Deposits Received | ($600,000.00) |
| **Net Balance Due** | **$3,783,605.00** |

## PAYMENT BY WIRE TRANSFER

Honda Aircraft Company, LLC
Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94101
Account # ████5366
ABA # 121000248
Intl. Swift # WFBIUS6S

All Accounts Due & Payable in US Dollars.  Please Include Customer Name, Customer Number, Contract Number and Document Number. Wire fees are the responsibility of sender.

**USA PATRIOT ACT.** The monetary requirements of the USA Patriot Act require Honda Aircraft Company to identify and review the connection between funds received and its customer, the Purchaser, as specifically listed in the Purchase Agreement. In the event Honda Aircraft Company receives funds from a source other than Purchaser, remitter may be requested to provide information documenting the connection to Purchaser. **NOTE:** All monetary submissions will be subject to screening in compliance with the USA Patriot Act

**Export Notice:** These commodities, technology, or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. ECCN : 9A991.b ; HTS : 8802.30.0030 ; COO : United States.

Page**HONDA 000219**

EXHIBIT 2M



**Honda Aircraft Company**
Customer Service Center
6420 Ballinger Road
Greensboro, NC  27410
FAA CRS:  3HDR835B

# Work Package Invoice

| | |
|---|---|
| Invoice #: | WQ500748 |
| Work Package #: | WP300097 |
| Tail #: | N227WP |
| Serial #: | 42000029 |
| Date Printed: | 12/12/2016 |
| Page: | 1 |

**To:** PASSPORT 420 LLC
520 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660-7020
US

**Ship To:** PASSPORT 420 LLC

| | | | |
|---|---|---|---|
| **Cust Ref #:** | **Phone #:** | **Entry Date:** 11/11/2016 | **Terms:** NT30 |
| **Code:** 12391 | **Fax #:** | | |
| | **Email:** | | |

**Invoice Totals:**

| | | |
|---|---|---|
| Misc: | $138,800.00 | USD |
| Total: | $138,800.00 | USD |
| | Payable in USD | |

**HONDA 000236**

| **Honda Aircraft Company** | Invoice #: | WQ500748 | Page: 2 |
|---|---|---|---|
| | Customer: | PASSPORT 420 LLC | |

## 1    TCAS II OPTION

TCAS II OPTION - Fixed Misc                                                        $138,800.00

**Task:    1001**

**Work Required:**    Perform Preliminary Inspection per RSF-401.

**Action Taken:**    Performed Preliminary Inspection per RSF-401.

|  | Task 1001 Total: | $.00 |
|---|---|---|

**Task:    2001**

**Work Required:**    Install and remove Aircraft Protection to aircraft interior and exterior as required to protect aircraft during TCAS II Upgrade.

**Action Taken:**    Installed Aircraft Protection to aircraft interior and exterior as required to protect aircraft during TCAS II Upgrade.

Removed Aircraft Protection from aircraft interior and exterior after completion of  TCAS II Upgrade.

|  | Task 2001 Total: | $.00 |
|---|---|---|

**Task:    8001**

**Work Required:**    Weigh aircraft and complete new weight and balance report.

**Action Taken:**    Weighed aircraft, Ref HA-420 AMM 08-11-10 and completed Weight and Balance Report.  See attached Basic Empty Weight & Balance Form for further information and equipment details.

|  | Task 8001 Total: | $.00 |
|---|---|---|

**Task:    25001**

**Work Required:**    Remove cockpit interior items as required to gain access for TCAS II system installation.

**Action Taken:**    Removed LH Partition Assy (Ref HA-420 AMM 25-21-26); Center pedestal side panel and cockpit lower LH sidewall panel (Ref HA-420 AMM 25-11-14) to provide access for TCAS II system installation.

Installed LH Partition Assy Ref HA-420 AMM 25-21-26. Ops check good.
Installed center pedestal side panel and cockpit lower LH sidewall panel Ref HA-420 AMM 25-11-14.

Torque Wrench ID:  0414022183
Cal Due: 4/17

|  | Task 25001 Total: | $.00 |
|---|---|---|

**Task:    25002**

**Work Required:**    Remove and reinstall crew seats to provide access for TCAS II upgrade.

**Action Taken:**    Removed Pilot and Copilot seats to provide access for TCAS II upgrade, Ref HA-420 AMM 25-11-11.

Installed Pilot and Copilot seats, Ref HA-420 AMM 25-11-11.

Torque wrench ID: 0314505189
Cal Due 04/17

|  | Task 25002 Total: | $.00 |
|---|---|---|

**Task:    28001**

**Work Required:**    Defuel aircraft prior to weighing.

HONDA 000237

| **Honda Aircraft Company** | **Invoice #:** | **WQ500748** | |
|---|---|---|---|
| | **Customer:** | **PASSPORT 420 LLC** | Page: 3 |

| **Action Taken:** | Defueled 178 gallons from left engine pylon in accordance with HA-420 AMM 12-11-10. Drained unusable fuel to configure aircraft for weighing. Torqued left hand fuel supply hose to the pylon firewall supply fitting to 550 in/lbs. |
|---|---|
| | Refueled aircraft from original fuel supply. Ref HA-420 AMM 12-11-10. |
| | Performed engine runs/leak check required per HA-420 AMM 12-11-10. |
| | Torque wrench<br>ID: 0414021948<br>Cal due: 4/17 |
| | **Task 28001 Total:**                    $.00 |

| **Task:** | **31001** | |
|---|---|---|
| **Work Required:** | Update aircraft software load to include TCAS II option. |
| **Action Taken:** | Updated aircraft software as required for TCAS II install in accordance with Honda HA-420 AMM chapter 31-61-00. |
| | **Task 31001 Total:**                    $.00 |

| **Task:** | **31002** | |
|---|---|---|
| **Work Required:** | Remove MFD and left and right PFDs to allow access for TCAS II system installation. |
| **Action Taken:** | Removed Multi Function Display (Ref HA-420 AMM 31-61-11) and left and right Primary Flight Displays (Ref AMM 31-61-10) to allow access for TCAS II system installation. |
| | Re-installed Multi Function Display (Ref HA-420 AMM 31-61-11) and left and right Primary Flight Displays (Ref AMM 31-61-10). Operational checks satisfactory at this time. |
| | **Task 31002 Total:**                    $.00 |

| **Task:** | **31003** | |
|---|---|---|
| **Work Required:** | Check Garmin databases for currency and update if required. |
| **Action Taken:** | Updated Aircraft charts in accordance with Appendix A of the Garmin G3000 Pilots Guide 190-01491-00 Rev. A. |
| | **Task 31003 Total:**                    $.00 |

| **Task:** | **34001** | |
|---|---|---|
| **Work Required:** | Install Traffic Alert & Collision Avoidance II (TCAS II) system upgrade, including GTX 3000 transponder modules, mounting racks, harness, coax cables, and associated hardware. |
| **Action Taken:** | Installed GTX 3000 transponders (S/N 20S007189 as #1 and 20S007053 as #2), racks, harness, coax cables and associated hardware for TCAS II system install. Ref HA-420 AMM 34-52-10 and HACI DWG HJ1-E3452-301 and HJ1-E3452-401.<br>See attached list for additional part information.<br>See Seq 34003 and 31001 for functional test and software update. |
| | Milliohm meter ID: DC003849<br>Cal Due: 03/17/2017 |
| | Torque Wrench ID: 0414022183<br>Cal Due: 4/17 |
| | **Task 34001 Total:**                    $.00 |

| **Task:** | **34002** | |
|---|---|---|
| **Work Required:** | Prior to removal of GTX33D transponders, perform AMM Task 34-00-02-700-808, Functional Test of Mode S Transponder System. |

**HONDA 000238**

| **Honda Aircraft Company** | **Invoice #:   WQ500748** | Page:  4 |
|---|---|---|
| | **Customer:  PASSPORT 420 LLC** | |

**Action Taken:**   Completed functional test of Mode S transponders (GTX33D) per FAR 91.413 Ref HA-420 AMM 34-00-02-700-808.  No defects noted.

IFR6000 Ramp Test Set
ID: 058233 SN: 1000684670
Cal Due: OCT 17, 2017

|  | **Task 34002 Total:** | **$.00** |
|---|---|---|

**Task:   34003**

**Work Required:**   After completion of TCAS II system upgrade, comply with altimeter and transponder checks per FAR 91.411 and 91.413 reference AMM Tasks 34-00-02-700-802 and 34-00-02-700-808.

**Action Taken:**   Performed  altimeter and transponder checks per FAR 91.411 and 91.413 reference AMM Tasks 34-00-02-700-802, 34-00-02-700-806 , and 34-00-02-700-808 and HACI Test Procedure HA420-010-34010C.

|  | **Task 34003 Total:** | **$.00** |
|---|---|---|

**Task:   34004**

**Work Required:**   Remove GTX 33D dual transponder system transponders, racks, harness, coax cables and associated hardware to allow for TCAS II upgrade install.

**Action Taken:**   Removed GTX 33D transponders (S/N 84810827 and 84813029), racks, harness, coax cables, and associated hardware Ref HA-420 AMM 34-52-11 and HACI DWG
HJ1-E3452-103 Rev B, and HJ1-E3452-205 Rev B.

See attached list for additional part information.

|  | **Task 34004 Total:** | **$.00** |
|---|---|---|

**Task:   72001**

**Work Required:**   Perform No. 1 Engine Performance Check, CAMP task 70-31-00-970-801.

**Action Taken:**   Complied with No. 1 engine performance check CAMP task 70-31-00-970-801 in accordance with Honda HA-420  service letter SL-420-45-001.

|  | **Task 72001 Total:** | **$.00** |
|---|---|---|

**Task:   72501**

**Work Required:**   Perform No. 2 Engine Performance Check, CAMP task 70-31-00-970-801.

**Action Taken:**   Complied with No. 2 engine performance check CAMP code 70-31-00-970-801 in accordance with Honda HA-420  service letter SL-420-45-001.

|  | **Task 72501 Total:** | **$.00** |
|---|---|---|

**Task:   99001**

**Work Required:**   Perform Post Maintenance Inspection per RSF-402.

**Action Taken:**   Performed Post Maintenance Inspection per RSF-402.

|  | **Task 99001 Total:** | **$.00** |
|---|---|---|

|  | **Total:** | **$138,800.00** |
|---|---|---|

|  | **Total:** | **$138,800.00** |
|---|---|---|
|  |  | Payable in USD |

**HONDA 000239**

EXHIBIT 2N

| | |
|---|---|
| **From:** | Steve_Grady@haci.honda.com |
| **Sent:** | Monday, November 2, 2020 2:53 PM |
| **To:** | Christopher_Belcher@haci.honda.com |
| **Subject:** | Fw: Incoming Wire - CEO Portal Treasury Information Reporting Event |

<span style="color:red">Attorney Work Product</span>

From: Wells Fargo Event Messaging Admin <ofsrep.ceoemigw@wellsfargo.com>
To: steve_grady@haci.honda.com
Date: 01/20/2017 03:06 PM
Subject: Incoming Wire - CEO Portal Treasury Information Reporting Event

---

Commercial Electronic Office (CEO) Portal Treasury Information Reporting Event: Incoming Wire

Dear Steve Grady,
Wells Fargo has received one or more wire transfers for your account(s).

Date/Time Stamp: 01/20/2017 11:51 am PT
Credit Account Number: XXXXXXX-366
Credit Account Name: HONDA AIRCRAFT COMPANY LLC
Wire Amount: 138,800.00 USD
Originating Party Name: EAGAN AVENATTI LLP
Value Date: 01/20/2017
Fed/SWIFT Confirmation Number: 0120L4B74B1C000261

For more information about this event, please sign on to the CEO portal.

Event Message ID: 020-9257892

-------------------------------------------------------------------------------------
You received this automated email because you subscribe to the CEO portal Event Messaging service. Please do not reply to this email; this mailbox is only for delivery of Event Messaging notices. To ensure you receive these notices, add ofsrep.ceoemigw@wellsfargo.com to your address book.

To make changes to your Event Messaging setup: In the Message Log, select Edit Message Preferences. Or from the CEO portal, select Event Messaging in the left navigation bar.

For issues related to the receipt of this message, call toll free 1-800-AT-WELLS (1-800-289-3557) Monday through Friday between 4:00 am and 7:00 pm and Saturday between 6:00 am and 4:00 pm Pacific Time.

Customers outside the U.S. and Canada may contact their local representative's office, or place a collect call to Treasury Management Client Services at 1-704-547-0145.

Please have the Event Message ID available when you call.

1

**HONDA 000243**

| | |
|---|---|
| **From:** | Steve_Grady@haci.honda.com |
| **Sent:** | Monday, November 2, 2020 2:54 PM |
| **To:** | Christopher_Belcher@haci.honda.com |
| **Subject:** | Fw: Incoming Wire - CEO Portal Treasury Information Reporting Event |

<span style="color:red">**Attorney Work Product**</span>

From: Wells Fargo Event Messaging Admin <ofsrep.ceoemigw@wellsfargo.com>
To: steve_grady@haci.honda.com
Date: 01/26/2017 12:57 PM
Subject: Incoming Wire - CEO Portal Treasury Information Reporting Event

---

Commercial Electronic Office (CEO) Portal Treasury Information Reporting Event: Incoming
Wire

Dear Steve Grady,
Wells Fargo has received one or more wire transfers for your account(s).

Date/Time Stamp: 01/26/2017 09:57 am PT
Credit Account Number: XXXXXXX-366
Credit Account Name: HONDA AIRCRAFT COMPANY LLC
Wire Amount: 858,605.00 USD
Originating Party Name: AVENATTI & ASSOC A PROFESSIONAL COR
Value Date: 01/26/2017
Fed/SWIFT Confirmation Number: 0126L4B74B1C000108

For more information about this event, please sign on to the CEO portal.

Event Message ID: 026-3346022

--------------------------------------------------------------------------------
You received this automated email because you subscribe to the CEO portal Event Messaging
service. Please do not reply to this email; this mailbox is only for delivery of Event
Messaging notices. To ensure you receive these notices, add
ofsrep.ceoemigw@wellsfargo.com to your address book.

To make changes to your Event Messaging setup: In the Message Log, select Edit Message
Preferences. Or from the CEO portal, select Event Messaging in the left navigation bar.

**HONDA 000244**

For issues related to the receipt of this message, call toll free 1-800-AT-WELLS (1-800-289-3557) Monday through Friday between 4:00 am and 7:00 pm and Saturday between 6:00 am and 4:00 pm Pacific Time.

Customers outside the U.S. and Canada may contact their local representative's office, or place a collect call to Treasury Management Client Services at 1-704-547-0145.

Please have the Event Message ID available when you call.

2

**HONDA 000245**

| | |
|---|---|
| **From:** | Steve_Grady@haci.honda.com |
| **Sent:** | Thursday, April 11, 2019 11:52 AM |
| **To:** | Christopher_Belcher@haci.honda.com |
| **Subject:** | Fw: Incoming Wire - CEO Portal Treasury Information Reporting Event |

<span style="color:red">**Attorney Work Product**</span>

From: Wells Fargo Event Messaging Admin <ofsrep.ceoemigw@wellsfargo.com>
To: steve_grady@haci.honda.com,
Date: 01/26/2017 03:57 PM
Subject: Incoming Wire - CEO Portal Treasury Information Reporting Event

---

Commercial Electronic Office (CEO) Portal Treasury Information Reporting Event: Incoming
Wire

Dear Steve Grady,
Wells Fargo has received one or more wire transfers for your account(s).

Date/Time Stamp: 01/26/2017 12:56 pm PT
Credit Account Number: XXXXXXX-366
Credit Account Name: HONDA AIRCRAFT COMPANY LLC
Wire Amount: 2,500,000.00 USD
Originating Party Name: THE X-LAW GROUP, PC IOLTA TRUST
Value Date: 01/26/2017
Fed/SWIFT Confirmation Number: 0126B1QGC08C031291

For more information about this event, please sign on to the CEO portal.

Event Message ID: 026-3474626

--------------------------------------------------------------------------
You received this automated email because you subscribe to the CEO portal Event Messaging
service. Please do not reply to this email; this mailbox is only for delivery of Event
Messaging notices. To ensure you receive these notices, add
ofsrep.ceoemigw@wellsfargo.com to your address book.

To make changes to your Event Messaging setup: In the Message Log, select Edit Message
Preferences. Or from the CEO portal, select Event Messaging in the left navigation bar.

For issues related to the receipt of this message, call toll free 1-800-AT-WELLS (1-800-
289-3557) Monday through Friday between 4:00 am and 7:00 pm and Saturday between 6:00 am

**HONDA 000246**

and 4:00 pm Pacific Time.

Customers outside the U.S. and Canada may contact their local representative's office, or place a collect call to Treasury Management Client Services at 1-704-547-0145.

Please have the Event Message ID available when you call.

2

**HONDA 000247**

EXHIBIT 2O



*HondaJet*

*ADDENDUM to HONDAJET PURCHASE AGREEMENT*
*No. 40000316*

<u>DELIVERY RECEIPT</u>

The undersigned Purchaser hereby accepts delivery of one (1) Honda Aircraft Company, LLC model HA-420 aircraft, bearing United States Registration Number N227WP (the "Aircraft"), manufactured in accordance with the HondaJet Retail Purchase Agreement, No. 40000316 between Purchaser and Seller, and Seller's Specification and Description dated January 2016 (the "Specification").

Purchaser hereby confirms acceptance and delivery of the Aircraft equipped as specified in the Agreement and Specification, and verifies that the Aircraft has been inspected and generally conforms to the same. Purchaser also confirms receipt of the appropriate, approved Flight Manual for the Aircraft.

**Aircraft Information**

| Item | Serial Number |
|------|---------------|
| Airframe | 42000029 |
| Engine 1 | 883171 |
| Engine 2 | 883166 |
| Airframe/Engine Hours at Delivery | 13.8 |
| Airframe/Engine Cycles at Delivery | 11 |

**Delivery Information**

| | |
|------|---------------|
| Date of delivery: | January 27, 2017 |
| Delivery location (City, State): | Greensboro, NC |
| Warranty start/activation date: | January 27, 2017 |
| Date of departure: | January 27, 2017 |

Honda Aircraft Company, LLC ("Seller")

BY: _____
Name:   Christopher Belcher
Title:   Manager, Contracts

Passport 420, LLC ("Purchaser")

BY: _____
Name:   Michael Avenatti
Title:   Manager

Guilford County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Christopher Belcher   Michael Avenatti
_____
Name(s) of principal(s)

Date: 1-27-2017

KELLY E. TOOLEY
NOTARY PUBLIC
GUILFORD COUNTY, NC

_____
Official Signature of Notary

Kelly F. Tooley , Notary Public
Notary's printed or typed name

My commission expires: 6/10/2017

**HONDA 000253**

# Honda Aircraft Company

Honda Aircraft Company
6430 Ballinger Road
Greensboro, NC 27410 USA
Tel: 336.662.0246
Fax: 336.662.0852

January 27, 2017

Mr. Michael Avenatti
Passport 420, LLC
520 Newport Center Drive
Suite 1400
Newport Beach, CA 92660-7610

Re:     Post Delivery Commitments
        Aircraft Serial Number 42000029, Contract Number 40000316

Dear Mr. Avenatti:

This acknowledgment is in reference to Aircraft Purchase Agreement, Number 40000316, dated October 11, 2006, ("Agreement"), between Honda Aircraft Company, LLC ("Honda Aircraft") and Passport 420, LLC ("Customer"), regarding the purchase of a Honda Aircraft Company Model HA-420 aircraft, serial number 42000029 ("Aircraft").

Customer and Honda Aircraft are aware of certain issues which could not be resolved in time to accommodate Customer's departure plans, however do not preclude the delivery of the Aircraft to Customer. Accordingly, the parties agree as follows:

| Ref. No. | Subject | Valid Until | Description |
|----------|---------|-------------|-------------|
| 029-001 | Surface Watch | Until Resolved | See below |

Until a future software release, the Surface Watch option will be temporarily disabled. Honda Aircraft will notify you when the above software is available, and will schedule an appointment to install the software upgrade and enable Surface Watch functionality. All such work will be completed for you free of charge, at a mutually agreeable time, at the Honda Aircraft factory location or another facility authorized by Honda Aircraft to perform the work.

For any questions regarding the current status of the above items, please contact your Field Service Representative David Ladd at (336) 662-0246, Ext. 2019 or david_ladd@haci.honda.com

ACKNOWLEDGED AND AGREED:

Honda Aircraft Company, LLC

BY: _____
Name: Christopher Belcher
Title: Manager, Contracts

Passport 420, LLC

BY: _____
Name: Michael Avenatti
Title: Manager

hondajet.com | **HONDA**

**HONDA 000254**

## STATEMENTS OF EXEMPTION
### PURSUANT TO SECTIONS 6247 AND 6248 OF THE SALES AND USE TAX LAW

I hereby certify, under penalty of perjury under the laws of the State of California, that I delivered a

| 2016 | Honda Aircraft Company, LLC | | HA-420 | 42000029 | Passport 420, LLC |
|---|---|---|---|---|---|
| *(Year)* | *(Make)* | | *(Model)* | *(Serial No.)* | *(Name of Customer)* |

at <u>Greensboro, North Carolina</u> on <u>January 27, 2017</u>, on behalf of <u>Honda Aircraft Company, LLC</u>

*(Out of State Location)*　　*(Date of Delivery)*　　*(Name of Selling Dealer)*

Signed: _____

*(Signature of Person Making Delivery for seller)*　　*(Date)*　　January 27, 2017 ~~, 2016~~

Capacity: Christopher Belcher, Manager Contracts

*(Salesman - Agent - Employee - Partner)*

---

I hereby certify, under penalty of perjury, that I took delivery of a

<u>2016　Honda Aircraft Co, LLC　HA-420　42000029</u>

*(Year)*　　*(Make)*　　*(Model)*　　*(Serial No.)*

on <u>1 27</u>, 2016 at <u>Greensboro, NC</u>　from <u>Chris Belcher - Honda</u>

*(Date)*　　*(Out of State Location- City and State)*　　*(Name of Person Delivering Aircraft for Seller)*

Hobbs reading at time of delivery _____

CHECK ONE OF THE FOLLOWING:

[ ]   **Non-Resident:** I further certify that I do not have a residence in California where I reside permanently, personally or recurrently and that this aircraft was purchased for use outside the State of California.

[✓]   **California Resident:** I further certify that I do have a residence in California where I reside permanently, personally or recurrently and that this aircraft was purchased for use outside the State of California and/or for use in interstate or foreign commerce pursuant to California Sales and Use Tax Regulation (18 CCR) Section 1620(b)(5)(C)3.

If the aircraft is first functionally used outside of California, I understand that the aircraft will nevertheless be presumed to have been purchased for use in this State if it is brought into California within twelve (12) months from the date of its purchase, unless one-half or more of the flight time traveled by the aircraft during the 6-month period immediately following its entry into the state is commercial flight time traveled in interstate or foreign commerce. Such use will be accepted as proof of an intent that the aircraft was not purchased for use in California (18 CCR §1620(b)(5)(C)3).

In addition, I further understand that in the event the aircraft is used in any manner other than as specified above, it shall be presumed that the aircraft is purchased for use in California, and if determined by the California State Board of Equalization that use tax is due, the Purchaser will pay it directly to the State Board of Equalization.

Signed: _____　<u>Manager</u>　　<u>1/27/17</u>, 2016

*(Purchaser or Agent)*　　*(Title)*　　*(Date)*

Statement of Exemption　　　　　Page 1 of 2

**HONDA 000255**



*ADDENDUM to HONDAJET WHOLESALE PURCHASE AGREEMENT*
*No. 40000316*

## WARRANTY BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS:

The undersigned, Honda Aircraft Company, LLC ("Seller"), is the owner of the full legal and beneficial title, free and clear of all liens and encumbrances, to the below-described airframe ("Airframe"), together with the two (2) engines described below ("Engines"), and all fixed equipment, parts, components and accessories installed thereon (collectively, the "Aircraft").

**Airframe Information**

| Manufacturer | Honda Aircraft Company, LLC |
|---|---|
| Model | HA-420 |
| Serial Number | 42000029 |
| Registration Number | N227WP |

**Engine Information**

| Manufacturer | GE Honda Aero Engines |
|---|---|
| Model | HF120 |
| Serial Number 1 | 883171 |
| Serial Number 2 | 883166 |

Further, for and in consideration of the sum of $10 and other good and valuable consideration, the receipt and sufficiency of which is hereby confirmed, Seller does on the date hereof grant, convey, transfer, bargain and sell, deliver and set over all right, title and interest in and to the Aircraft, fixed equipment, parts, components and accessories to the below listed Buyer, their successors and assigns, to have and to hold said Aircraft forever.

### BUYER: Passport 420, LLC

Further, Seller hereby states that it will defend such title against all liens, encumbrances, rights of others and demands whatsoever arising from or during the period of time that Seller was registered owner of the Aircraft.

Honda Aircraft Company, LLC ("Seller")

BY: _____

Name: Christopher Belcher
Title: Manager, Contracts
Date: January 27, 2016

**HONDA 000256**



U.S. Department
of Transportation

**Federal Aviation
Administration**

**Flight Standards Service
Aircraft Registration Branch,
AFS-750**

**P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
Toll Free:  1-866-762-9434
WEB Address:  http://registry.faa.gov**

Date of Issue:  January 30, 2017

PASSPORT 420 LLC
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH, CA   92660-7034
|||ı||ıı||ıll|ıll|ıll|ıı|ıll||ıl||ıl||ıll|ıll|ıll||

HAND DELIVERED TO JGIL IN THE PD ROOM

T170589        This facsimile must be carried in the Aircraft as a Temporary Certificate of
Registration for

**N227WP   HONDA AIRCRAFT CO LLC   HA-420** Serial 42000029 and is valid until Mar
01, 2017.

This is not an airworthiness certificate.  For airworthiness information, contact the nearest
Federal Aviation Administration Flight Standards District Office.

_____ for
Ken W. Thompson
Manager, Aircraft Registration Branch, AFS-750
Federal Aviation Administration

AFS-750-FAX-4 (01/14)

**HONDA 000257**

**HONDA 000258**

DocuSign Envelope ID: B68DF80C-49B1-4B24-B465-EB181CE8CD71



**UNITED STATES OF AMERICA – DEPARTMENT OF TRANSPORTATION**
Federal Aviation Administration – Mike Monroney Aeronautical Center

OMB Control No. 2120-0042
Collection Expires 4/30/2017

U.S. Department
of Transportation
Federal Aviation
Administration

## AIRCRAFT REGISTRATION APPLICATION

| UNITED STATES REGISTRATION NUMBER | N 227WP | TYPE OF REGISTRATION (Check <u>one</u> box) |
|---|---|---|

A RCRAFT MANUFACTURER AND MODEL: Honda Aircraft Company, LLC HA-420

A RCRAFT SERIAL NUMBER: 42000029

TYPE OF REGISTRATION (Check <u>one</u> box)
- ☐ 1. Individual
- ☐ 2. Partnership
- ☒ 3. Corporation  (Includes LLC's)
- ☐ 4. Co-Owner
- ☐ 5. Government
- ☐ 8. Non-Citizen Corporation
- ☐ 9. Non-Citizen Corporation Co-Owner

NAME(S) OF APPLICANT(S) [Person(s) shown on evidence of ownership. If individual, give last name, first name and middle initial.]
Passport 420, LLC

TELEPHONE NUMBER:  (     )

MAILING ADDRESS (Permanent mailing address for first applicant listed above.)

NUMBER AND STREET: 520 Newport Center Dr., Ste 1400

RURAL ROUTE: _____   P.O. BOX _____

CITY: Newport Beach   STATE: CA   ZIP: 92660-7020

PHYSICAL ADDRESS/LOCATION IF PO BOX OR RURAL ROUTE BOX USED FOR MA L NG ADDRESS

NUMBER AND STREET: _____

DESCRIPTION OF LOCATION: _____

CITY: _____   STATE: _____   ZIP: _____

☐ *CHECK HERE IF YOU ARE <u>ONLY</u> REPORTING A CHANGE OF ADDRESS*

**ATTENTION!  Read the following statement before signing this application.
This portion must be completed.**
A false or dishonest answer to any question in this application
may be grounds for punishment by fine and/or imprisonment.
(U.S. Code, Title 18, Section 1001)

## CERTIFICATION

I/WE CERTIFY:

(1)  That the above aircraft is owned by the undersigned applicant who either is a citizen (including corporations) of the United States **OR** meets the aircraft registration citizenship requirements of 14 CFR Part 47 as:  (CHECK AND COMPLETE a, b, or c)

- ☐  a.  A resident alien with alien registration (Form 1-551) No.
- ☐  b.  A non-citizen corporation organized and doing business under the laws of (state) _____

    and said aircraft is based and primarily used in the United States. Records of flight hours are available for

    Inspection at _____

- ☐  c.  A corporation using a voting trust to qualify   Enter name of trustee _____

(2)  That the aircraft is not registered under the laws of any foreign country; and

(3)  That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

**NOTE:  If executed for co-ownership, all applicants must sign.  Use next page if necessary.**

| | SIGNATURE: | | DATE: |
|---|---|---|---|
| 1 | *DocuSigned by:* Michael Avenatti  A64289CC4D564AF... | | |
| | TYPED/PRINTED NAME: Michael Avenatti | TITLE: Manager | |
| 2 | SIGNATURE: | | DATE: |
| | TYPED/PRINTED NAME: | TITLE: | |
| 3 | SIGNATURE: | | DATE: |
| | TYPED/PRINTED NAME: | TITLE: | |

**NOTE: When carried in the aircraft with an appropriate current airworthiness certificate or a special flight permit, a copy of this completed application provides authority to operate the aircraft in the United States for up to 90 days.**

AC Form 8050-1 (03/16)                 1

**HONDA 000259**



**UNITED STATES OF AMERICA – DEPARTMENT OF TRANSPORTATION**
Federal Aviation Administration – Mike Monroney Aeronautical Center

OMB Control No. 2120-0042
Collection Expires 4/30/2017

U.S. Department
of Transportation
Federal Aviation
Administration

## AIRCRAFT REGISTRATION APPLICATION

| UNITED STATES REGISTRATION NUMBER | N 227WP | TYPE OF REGISTRATION (Check one box) |
|---|---|---|
| A RCRAFT MANUFACTURER AND MODEL | Honda Aircraft Company, LLC HA-420 | ☐ 1. Individual<br>☐ 2. Partnership<br>☒ 3. Corporation (Includes LLC's)<br>☐ 4. Co-Owner<br>☐ 5. Government<br>☐ 8. Non-Citizen Corporation<br>☐ 9. Non-Citizen Corporation Co-Owner |
| A RCRAFT SERIAL NUMBER | 42000029 | |

NAME(S) OF APPLICANT(S) [Person(s) shown on evidence of ownership. If individual, give last name, first name and middle initial.]

Passport 420, LLC

TELEPHONE NUMBER: (    )

MAILING ADDRESS (Permanent mailing address for first applicant listed above.)

NUMBER AND STREET:

RURAL ROUTE: _____  P.O. BOX _____

CITY: _____  STATE: _____  ZIP: _____

PHYSICAL ADDRESS/LOCATION IF PO BOX OR RURAL ROUTE BOX USED FOR MA L NG ADDRESS

NUMBER AND STREET: 520 Newport Center Dr., Ste 1400

DESCRIPTION OF LOCATION:

CITY: Newport Beach    STATE: CA    ZIP: 92660-7020

☐ *CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS*

**ATTENTION!  Read the following statement before signing this application.
This portion must be completed.**
A false or dishonest answer to any question in this application
may be grounds for punishment by fine and/or imprisonment.
(U.S. Code, Title 18, Section 1001)

## CERTIFICATION

I/WE CERTIFY:

(1)  That the above aircraft is owned by the undersigned applicant who either is a citizen (including corporations) of the United States OR meets the aircraft registration citizenship requirements of 14 CFR Part 47 as: (CHECK AND COMPLETE a, b, or c)

☐ a.  A resident alien with alien registration (Form 1-551) No. _____

☐ b.  A non-citizen corporation organized and doing business under the laws of (state) _____

and said aircraft is based and primarily used in the United States. Records of flight hours are available for

Inspection at _____

☐ c.  A corporation using a voting trust to qualify   Enter name of trustee _____

(2)  That the aircraft is not registered under the laws of any foreign country; and

(3)  That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

NOTE:  If executed for co-ownership, all applicants must sign.  Use next page if necessary.

| | SIGNATURE: | DATE: |
|---|---|---|
| 1 | TYPED/PRINTED NAME: Michael Avenatti | TITLE: Manager |
| 2 | SIGNATURE: | DATE: |
| | TYPED/PRINTED NAME: | TITLE: |
| 3 | SIGNATURE: | DATE: |
| | TYPED/PRINTED NAME: | TITLE: |

**NOTE: When carried in the aircraft with an appropriate current airworthiness certificate or a special flight permit,
a copy of this completed application provides authority to operate the aircraft in the United States for up to 90 days.**

AC Form 8050-1 (03/16)                     1

**HONDA 000260**

EXHIBIT 2P



## AGREEMENT AND GENERAL RELEASE
## Contract No. 40000021

*THIS AGREEMENT AND GENERAL RELEASE ("Release") is made and entered into by and between Honda Aircraft Company, LLC (hereinafter referred to as "Honda Aircraft") and Avenatti & Associates, a Professional Corp., (hereinafter referred to as "Customer"), effective as of  1 - 2 7 , 2017 ("Effective Date").*

WHEREAS, Honda Aircraft and Customer entered into a HondaJet Purchase Agreement, Contract Number 40000021, dated  October 11, 2006, as amended from time to time ("Agreement"); and

WHEREAS, Customer has requested a termination of the Agreement and transfer of the deposits paid under the provisions of the Agreement to HondaJet Purchase Agreement, Contract 40000316, Serial Number 42000029 ("Remaining Contract"), and it is in both parties interest to complete such termination and transfer; and

WHEREAS, Honda Aircraft and Customer are entering into this Release to terminate the Agreement, and release the parties' future obligations to one another, including Honda Aircraft's obligation to hold the production delivery date.

NOW, THEREFORE, in consideration of the premises and mutual promises and agreements herein contained, IT IS AGREED AS FOLLOWS:

1.  Customer has requested a termination of the Agreement and transfer to the Remaining Contract of the deposits paid under the Agreement in the amount of Four Hundred Twenty-Five Thousand Dollars and No Cents (USD $425,000.00) (the "Deposit"). As of the effective date of this Release, circumstances exist to allow termination of the Agreement, transfer of the Deposit, and release of the aircraft delivery commitment.

2.  Upon execution of this Release by both Honda Aircraft and Customer,  Contract Number 40000021 is terminated and Parties respective obligations under Contract 40000021 are released. Upon termination of Contract 40000021, the Parties agree that Honda Aircraft will credit the Deposit paid under  Contract 40000021 to Contract 40000316.

3.  Customer agrees to indemnify and hold Honda Aircraft, its officers, employees, directors, independent contractors, agents, representatives, consultants, affiliates, subsidiaries, permitted assigns, and all other associated persons or entities (including Honda Aircraft's parent company or any subsidiary or affiliate of any Honda Aircraft parent company) harmless from all claims, causes of action, suits, damages, or other complaints now and at any time in the future arising out of or relating to in any way, whether directly or indirectly, from accepting this request for termination of the Agreement, releasing the production date, and transferring the Deposit to the Remaining Contract.

**HONDA 000261**

4. Honda Aircraft and Customer represent and acknowledge that in executing this Release, they did not rely upon and have not relied upon any written or oral representations or statements not expressly a part hereof that have been made by any party to this Release, or by the agents, or representatives of any party with regard to the subject matter, basis, or effect of this Release. This document embodies the entire agreement of the parties with respect to the subject matter hereof. All statements and writings which pre-date the execution hereof are superseded.

5. Governing Law. This Release shall be construed in accordance with, and governed in all respects by, the laws of the State of North Carolina, without regard to conflicts of law principles.

6. Counterparts. This Release may be executed in several counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one agreement.

7. Severability. If any part or parts of this Release shall be held unenforceable for any reason, the remainder of this Release shall continue in full force and effect. If any provision of this Release is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

**ACKNOWLEDGED AND AGREED:**

Avenatti & Associates, A Professional Corp.        Honda Aircraft Company, LLC

Signature: _____              Signature: _____

Name: _Michael Avenatti_____                     Name:  Christopher Belcher

Title: _President_____                            Title:  Manager, Contracts

_Guilford_ County, North Carolina

I certify that the following person(s) personally appeared before me this day, each

acknowledging to me that he or she signed the foregoing document:

_Christopher Belcher  Michael Avenatti_
*Name(s) of principal(s)*

Date: _1-27-17_

_____
*Official Signature of Notary*

KELLY E. TOOLEY          _Kelly E. Tooley_, Notary Public
NOTARY PUBLIC            *Notary's printed or typed name*
GUILFORD COUNTY, NC
                         My commission expires: _6-10-17_

2

**HONDA 000262**

EXHIBIT 2Q

*6-28-18*
*Cust# 12391*

 **Fw: Incoming Wire - CEO Portal Treasury Information Reporting Alert**
Joseph Berger    to: Sheila Hammed                                    06/28/2018 01:41 PM

Joe Berger
Finance Manager, Customer Service

Honda Aircraft Company
6420 Ballinger Road
Greensboro, NC 27410
Email: Joseph_Berger@haci.honda.com
Tel: 336.554.8300,1894
www.HondaJet.com

*Chg. Docs*
*1687684*
*14002091*

----- Forwarded by Joseph Berger/HACI/AM/HONDA on 06/28/2018 01:41 PM -----

From:       Wells Fargo Alerts Admin <ofsrep.ceoemigw@wellsfargo.com>
To:         joseph_berger@haci.honda.com,
Date:       06/28/2018 01:34 PM
Subject:    Incoming Wire - CEO Portal Treasury Information Reporting Alert

Commercial Electronic Office (CEO) Portal Treasury Information Reporting
Alert: Incoming Wire

Dear Joe Berger,

Wells Fargo has received one or more wire transfers for your account(s).

Date/Time Stamp: 06/28/2018 10:33 am PT
Credit Account Number: XXXXXXX-366
Credit Account Name: HONDA AIRCRAFT COMPANY LLC
Wire Amount: 10,000.32 USD
Originating Party Name: MICHAEL AVENATTI ESQ
Value Date: 06/28/2018
Fed/SWIFT Confirmation Number: 0628L2LFCK1C002378

For more information about this alert, sign on to the CEO portal.

Alert ID: 179-0889119

-------------------------------------------------------------------------------
----------
You received this automated email because you subscribe to the CEO portal
Alert service. Do not reply to this email; this mailbox is only for delivery
of Alerts. To ensure you receive these Alerts, add
ofsrep.ceoemigw@wellsfargo.com to your address book.

To make changes to your Alert setup, select Alert Preferences from either the
Communication Center on your CEO home screen or from the left navigation menu
within the Communication Center itself.

If you have questions, please contact your client service officer directly or
call Treasury Management Client Services, Monday through Friday, 4:00 am to
7:00 pm, or Saturday, 6:00 am to 4:00 pm Pacific Time.

If calling from the U.S., Canada, or Mexico, dial 1-800-AT-WELLS
(1-800-289-3557), option 2.

**HONDA 000548**

EXHIBIT 2R

State of Delaware
Secretary of State
Division of Corporations
Delivered  06:05 PM 04/14/2016
FILED  06:05 PM 04/14/2016
SR  20162305571 - File Number  6016745

## CERTIFICATE OF FORMATION

### OF

### PASSPORT 420, LLC

This Certificate of Formation of **Passport 420, LLC** (the "Company") is being duly executed and filed by Jack Cullen, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. § 18-101, et seq.).

1.      The name of the Company is:

### Passport 420, LLC

2.      The address of the registered office of the Company in the State of Delaware is 160 Greentree Drive, Suite 101, Dover, Delaware 19904.

3.      The name and the address of the registered agent of the Company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware 19904, County of Kent.

4.      The duration of the limited liability company shall be perpetual.

Executed on April 14, 2016.

Jack Cullen, Authorized Person

**HONDA 000558**

EXHIBIT 2S

LIMITED LIABILITY COMPANY OPERATING
AGREEMENT

OF

PASSPORT 420, LLC

Dated as of July 11, 2016

HONDA 000001

# PASSPORT 420, LLC

THIS LIMITED LIABILITY COMPANY OPERATING AGREEMENT (the "Agreement") of Passport 420, LLC (the "Company") is made as of July 11, 2016 between Spring Creek Research, LLC, 4185 La Ladera Road, Santa Barbara, California, 93110 ("Spring Creek") and Avenatti & Associates, APC, 520 Newport Center Drive, Suite 1400, Newport Beach, California 92660 ("AA") (each a "Member" and collectively, the "Members").

WHEREAS, the Members have caused to be formed a limited liability company pursuant to the laws of the state of Delaware, as they may be amended; and

WHEREAS, the Members desire to establish their respective rights and obligations in connection with forming such limited liability company; and

WHEREAS, the Members of the Company wish to set forth the terms and conditions of their ownership and operation of one Honda Aircraft Company, LLC ("HondaJet"), model HA-420, Serial Number SN42000029, U.S. Registration Number N227WP (the "Aircraft"); and

WHEREAS, within the next ten (10) business days, the Company will take assignment of that certain HondaJet Purchase Agreement dated October 11, 2006 between Avenatti & Associates, APC and HondaJet, as amended (the "Purchase Agreement"), for the purchase of the Aircraft; and

WHEREAS, the Company agrees to lease the Aircraft exclusively to the Members without flight crew, which shall be provided by each Member individually under separate agreement, in exchange for the Members' agreement to insure, operate and maintain the Aircraft and pay their individual charges and pro-rata amounts due under this Agreement, it being the intent of the parties that the Company is not providing transportation services for compensation to the Members, that the Members shall have Operational Control of all flights under this Agreement which shall be conducted under Part 91 of the Federal Aviation Regulations ("FAR"); and

WHEREAS, each Member's ownership interest in the Aircraft will be according to and the same as their ownership interest in the Company as set forth on Exhibit A (the "Ownership Interest"), provided, however, that by entering into this Agreement, the Members do not intend to create a syndicate, group, pool, or joint venture which is classifiable as an association, or any group operating under an agreement which creates an organization classifiable as an association; and

WHEREAS, The relationship of the Member among themselves shall be that of tenants-in-common with regard to the Aircraft and each Member agrees that the sole and adequate means by which it may divest its Ownership Interest in the Company and the Aircraft shall be the transfer of the interest in accordance with the terms and conditions of this Agreement.

1

HONDA 000002

NOW THEREFORE, in consideration of the mutual covenants and provisions hereinafter contained, the Members agree as follows:

1.  **Formation and Scope of Company.**

    1.1  **Establishment of Company Name.** The Members formed a limited liability company under the provisions of Delaware law by causing a Certificate of Formation to be filed on April 14, 2016 with the Secretary of State of Delaware for the purposes and on the terms herein set forth. The rights and liabilities of the Members shall be as provided in Delaware law, except as is otherwise expressly provided herein. The name of the Company shall be "Passport 420, LLC."

    1.2  **Term of Company.** The term of the Company shall commence on the date formation and shall continue until terminated in accordance with the provisions of Section 9 hereof or as otherwise provided by law.

    1.3  **Location of Offices.** The Company shall carry on its business from its principal office located at such address as the Members may from time to time determine by mutual  agreement.

2.  **Sharing of Expenses.**

    2.1  **Equal Sharing of Expenses.**  Except as expressly provided herein, all expenses from transactions entered into by, or on behalf, for the account or in the name of, the Company within the scope of this Agreement will be shared pro-rata according to each Member's Ownership Interest.

    2.2  **Distributions.** No distributions are anticipated provided, in accordance with Section 7 or upon mutual agreement of the Members, the Aircraft may be sold in accordance with Sections 10 and 11 of this Agreement and the proceeds of the sale shall be distributed pro-rata according to each Member's Ownership Interest, less any outstanding balances due by either Member.

    2.3  **Capital and Expense Requirements.** Initial capital requirements and subsequent payments to the Company shall be in accordance with Exhibit A. Thereafter, each Member agrees to provide its share of funding in such manner and at such times as the Members determine to be sufficient to conduct the affairs of the Company in an orderly manner.

3.  **Accounting and Reconciliation.** The Members shall share pro-rata in the fixed costs and expenses from Aircraft operations and forward their share to the Company, together with any individual costs and expenses incurred by them, on a monthly basis. The Members further agree to establish mutually satisfactory arrangements to conduct Company transactions in a commercially reasonable

HONDA 000003

manner.

3.1 The Company will prepare a quarterly accounting of the receipts and disbursements, which will be supplied to the Members within 30 days following the end of the quarter. An annual account reconciliation of hours of Aircraft use as determined by the Aircraft's hours meter ("Flight Hours") and individual charges under this Agreement shall be overseen by the Manager and shall be made available to each of the Members upon reasonable request.

3.2 The Company shall provide to each Member or its representative, access from time to time as each Member may reasonably request, during normal business hours, to permit inspections of all books and records relating to transactions conducted for the account of the Company.

4. **Administration of the Aircraft Schedule.**

4.1 Each Member shall be entitled to an annual number of Flight Hours according to each Member's Ownership Interest in the Company, set forth on Exhibit A (individually, the "Member's Annual Flight Hours").

4.1.1 Each Member shall notify the other Member by email prior to scheduling use of the Aircraft and in the event the Members intend to schedule use on the same day, the Member with prior notice shall have priority in scheduling the Aircraft provided, in the event there is a material difference in the number of annual hours scheduled by the Members (greater than 20%), the Member with fewer hours of Aircraft use shall have priority.

4.1.2 No Member may schedule its Aircraft use for a period exceeding seven (7) calendar days in duration without first getting approval from the other Member.

4.1.3 If a Member (the "First Member") schedules Aircraft use that will cause the Aircraft to layover at a location away from the Operating Base set forth on Exhibit A for any period of time, the other Member (the "Second Member") may subsequently schedule one or more flights that will occur prior to the First Member's return to the Operating Base, provided:

4.1.3.1 Such flight(s) by the Second Member may not unreasonably delay or interfere with any scheduled flight of the First Member; and

4.1.3.2 All expenses and Flight Hour charges to ferry the Aircraft from the First Member's location to the operating base or other location where the Second Member will embark, and all

HONDA 000004

expenses and Flight Hour charges to ferry the Aircraft back to the First Member's location, shall be charged to the Second Member.

4.1.4 Flight Hours incurred for regulatory, certification, maintenance and test flight purposes of the Aircraft shall be for the account of the Company and not to the individual Members.

4.2 **Allocation and Payment of Charges.**

4.2.1 Each Member shall be individually responsible for its pro-rata share of charges to the Company for services and supplies necessary for the ownership and operation of the Aircraft according to each Member's Ownership Interest including but not limited to:

4.2.1.1 Any changes for Airworthiness Directives, Service Bulletins, Upgrades to the Aircraft, Regulatory compliance charges, or Annual Increases in Insurance Premiums for the Aircraft;

4.2.1.2 Any charges to maintain the Aircraft in a good and airworthy operating condition and in compliance with all applicable FAR and the Aircraft Operating Manual;

4.2.1.3 Any charges to maintain and preserve all Aircraft Documents in a complete, accurate, and up-to-date manner;

4.2.1.4 All regulatory and tax related charges due to the ownership and operation of the Company and the Aircraft, including but not limited to any property taxes and any costs, expenses, fees and taxes incurred in connection with any sales tax audit or reconciliation; and

5.2.1.4 Hanger space at the Operating Base; insurance on the Aircraft; and washing and maintenance of the Aircraft at the Operating Base.

4.2.2 Each Member shall be individually responsible for charges related to the individual flights of the Member including but not limited to:

4.2.2.1 All fuel, oil, lubricants, and other services and supplies required for the Member's individual operation of the Aircraft;

4.2.2.2 The services of pilots for all of Member's individual

EXHIBIT 2S
223

HONDA 000005

operation of the Aircraft;

4.2.2.3 Charges related to extraordinary wear and damage caused by Member; and

4.2.2.4 Any financing or lease payment associated with a Member's ownership interest in the Aircraft or the Company.

4.3.1 In the event a Member moves the Aircraft to a maintenance facility, the charges and Flight Hours related to such flight shall be for the account of the Company.

4.3 **Payment of charges by the Members.** The Members shall pay their pro-rata share and individual charges within seven days of receipt of invoice from the Company.

4.3.1 The Members shall forward payment for their pro-rata share and individual charges by check or wire transfer to the Company.

4.3.2 Payments are delinquent after ninety days and are subject to a 15% per annum late charge.

4.3.3 The Members agree that Company is not providing transportation services to Members for compensation and payments of the Members are not made to Company for the purpose of reimbursement of charges paid by Company. Rather, each Member remains individually responsible for a pro-rata share of the cost of insuring and maintaining the Aircraft and charges related to Member's individual Aircraft use as invoiced by Company.

5. **Management of the Company.** The affairs of the Company shall be managed by a Manager.

5.1 The Manager shall have full and complete authority, power and discretion to manage and control the affairs of the Company, to make all decisions regarding such matters, and to perform any and all other acts and activities customary or incident to the Company's purpose. The actions of the Manager taken in accordance with this Agreement shall bind the Company. The Manager, or such person designated by the Manager, shall be an authorized person within the meaning of the Delaware Limited Liability Act to execute, deliver and file any certificates or documents, and any amendments of such certificates or documents, necessary for the Company to conduct its affairs in the state of Delaware and in any other jurisdiction in which the Company may wish to do so. The Manager may appoint, employ, or otherwise contract with other persons or entities for the transaction of the business of the Company or the performance of services

HONDA 000006

for or on behalf of the Company.

    5.2   **Election of Manager.** A Manager shall be elected annually, either at a meeting or by written consent in lieu of a meeting, by a unanimous vote of all of the then Members in the Company.

    5.3   **Reliance by Third Parties.** Any person or entity dealing with the Company may rely upon a certificate or document signed by the Manager as to any action of the Company, or as to the existence or non-existence of any facts that are germane to the affairs of the Company.

6.    **Restrictions on Related Party Transactions.** No transaction will be consummated for the account of the Company from, or sold for the account of the Company to, any of the Members or any person, firm or corporation which is controlled by, controlling or under common control with a Member unless, in any such case, such Member has fully disclosed the particulars of such relationship and of such purchase or sale in writing to the other Members and obtained the written consent of such other Members to such transaction.

7.    **Events of Default.** Without limiting in any way what may constitute a default by a party to this Agreement, the occurrence and continuation of any of the following shall constitute a default:

    7.1   The failure of a Member to timely pay when due any amount required to be paid by Member under this Agreement or any other agreement related to the Aircraft or the use of the Aircraft including but not limited to any agreement with a financial institution providing financing for Member's Ownership Interest in the Aircraft.

    7.2   The breach by a Member, of any representation or warranty or other provision of this Agreement or any other agreement related to the Aircraft or the use of the Aircraft including but not limited to any agreement with a financial institution providing financing for Member's Ownership Interest in the Aircraft.

    7.3   If Member shall admit in writing its inability to pay, or fail to pay, debts generally as they become due; file a petition in bankruptcy or file an answer admitting or failing to deny the material allegations of such petition; make an assignment for the benefit of its creditors; consent to the appointment of, or possession by, a custodian for itself or for the whole or substantially all of its property; on a petition in bankruptcy filed against it, be adjudicated, or have an order for relief granted as, a bankrupt; or, file a petition or answer seeking reorganization or arrangement or other aid or relief under any any law for the relief of debtors or file an answer admitting, or fail to deny, the material allegations of a petition filed against it for any such relief.

HONDA 000007

8. **Remedies for Default.** In addition to any other remedies provided for in this Agreement or otherwise available to a non-defaulting Member at law or in equity (including, without limitation, reasonable attorney's fees, costs, and expenses), upon the occurrence of a default by a Member, such Member's rights to use of the Aircraft shall be suspended until the default is cured. Notwithstanding the foregoing, the defaulting Member shall remain liable and responsible during the continuation of any default for payment of all amounts for which such Member is liable under this Agreement, and/or all amounts for which such Member is liable under any other agreement related to the Aircraft or the use of the Aircraft.

9. **Withdrawal and Termination.** Each Member hereby irrevocably waives any right it may have to demand the partition or sale for partition of the Aircraft under any laws of the State of California or any other jurisdiction.

    9.1 **Withdrawal upon Notice.** Either Member may withdraw as a Member of the Company at any time upon ninety days prior written notice of withdrawal to the other Member, provided the withdrawing Member shall complete the sale of its Ownership Interest in the Aircraft per Sections 10 and 11 of this Agreement.

    9.2 **Termination on Default.** This Agreement may be terminated by either Member, subject to completion of the sale of the Ownership Interests in the Aircraft per Sections 10 and 11 of this Agreement, upon written notice to the other at any time if:

        9.2.1 The non-terminating Member shall have materially breached any term or condition of this Agreement and not cured such breach within thirty (30) days of written notification by the terminating Member of such breach; or

        9.2.2 The non-terminating Member commits a regulatory violation under the FAR as adjudicated by a regulatory body.

    9.3 This Agreement shall terminate upon bankruptcy, death, dissolution, expulsion, incapacity or withdrawal of any Member, unless within ninety days after such event, the Company is continued by the vote or written consent of a majority in interest of all of the remaining Members. In the event this Agreement is terminated under this Section 9.3, the trustee, executor, heirs or other lawful successor in interest of such Member shall be authorized and obligated to complete the sale of its ownership interest in the Aircraft per Sections 10 and 11 of this Agreement.

    9.4 **Consequences of Withdrawal or Termination.** In the event of termination of this Agreement and sale of Ownership Interests in the Aircraft per Sections 10 and 11 of this Agreement, the Company shall thereupon be dissolved or in the alternative, a Member's right and obligations under this Agreement shall be terminated upon that Member's

HONDA 000008

withdrawal; provided, however, that all previously incurred obligations, liabilities and rights shall remain unimpaired (including without limitation the obligation to make reports and payments required under this Agreement), and settled in due course by the Members.

9.4.1 Termination of this Agreement or withdrawal will not relieve the Members of any individual obligation with respect to any third party for the account of the Company or for the individual Member's Aircraft usage prior to the effective date of termination.

9.4.2 Any other assets of the Company at the effective date of termination of this Agreement shall be disposed of for the account of the Company and dispersed pro-rata to the Members in such manner as the Members may mutually agree.

9.5 **Appraisal.** In the event of a Member's withdrawal or default or upon any of the events described in Section 9.3, or upon any other event that terminates continued membership of any Member, the withdrawing or terminating Member or their estate shall be entitled to receive the fair value of the Member's interest in the Company. In the event the withdrawing or terminating Member or the deceased Member's estate cannot reach immediate agreement with the Company about the fair value of the Member's interest, the fair value shall be determined by appraisal, provided, the value of the Aircraft shall be determined per Sections 10 and 11 of this Agreement.

10. **Sale of Member's ownership interest in the Aircraft.**

10.1 **Notice of Intent to Sell.** If at any time a Member intends to sell or otherwise divest itself of its respective Ownership Interest in the Aircraft, such Member (the "Selling Member") shall provide written notice of such intent to the other Member (the "Non-Selling Member").

10.2 **Determination of Fair Market Value.** As soon as reasonably practicable after the date of any notice under Section 10.1, the Members shall determine the Fair Market Value of the Aircraft by mutual negotiation and agreement.

10.2.1 In the event the Members cannot agree on the Fair Market Value of the Aircraft within ten (10) days after the date of any notice under Section 10.1, the Members shall, within twenty (20) days after the date of the notice under Section 10.1, jointly select an established, reputable, independent, and qualified appraiser to determine the Fair Market Value of the Aircraft.

10.2.2 In the event the Members cannot agree on a single appraiser, the Fair Market Value of the Aircraft shall be determined by averaging

HONDA 000009

the fair market valuation appraisals of three (3) established, reputable, independent, and qualified appraisers, the first of whom shall be selected by the Selling Member, the second of whom shall be selected jointly by the Non-Selling Member, and the third of whom shall be selected jointly by the first two appraisers.

10.3 **Non-Selling Member's Option.** The Non-Selling Member shall have the option, exercisable by written notice delivered to the Selling Member within the first ten (10) Business Days following the determination of the Fair Market Value of the Aircraft, to purchase all, but not less than all, of the Selling Member's Ownership Interest in the Aircraft (the Non-Selling Member that elects to purchase the Selling Member's ownership interest in the Aircraft under this Section 10.3 or under Section 11.3 is a "Purchasing Member").

10.3.1 In the event this Agreement is amended to provide for additional members and more than one (1) Purchasing Member elects to purchase the Selling Member's Ownership Interest in the Aircraft, each Purchasing Member shall be entitled to purchase a pro-rata portion of the Selling Member's Ownership Interest in the Aircraft that bears the same ratio as each respective Purchasing Member's then-existing percentage Ownership Interest in the Aircraft bears to the total percentage Ownership Interest in the Aircraft then held by all the Purchasing Members combined.

10.3.2 The price at which the Purchasing Member(s) may purchase the Selling Member's Ownership Interest in the Aircraft (the "Option Price") shall be an amount equal to 98% of the Fair Market Value, multiplied by the Selling Member's percentage Ownership Interest in the Aircraft (it being agreed that such Option Price shall be deemed to be equal to the net amount that Selling Member would have received for its Ownership Interest in the Aircraft had the entire Aircraft been sold to a third-party on the open market at the Fair Market Value through a reputable brokerage firm, and the net sales proceeds after deducting sales commissions and other sales expenses totaling 2% of the sales price were shared by the Members pro-rata according to their respective Ownership Interest Percentages).

10.3.3 If one (1) or more Purchasing Members exercise the option under this Section 10.3 to purchase the Selling Member's Ownership Interest in the Aircraft, the closing of such transaction shall occur not later than 5:00 p.m. Pacific Time on the 10th Business Day after the end of the ten (10) Business Day option period provided for in Section 10.3, unless another closing date shall be established by mutual agreement of the Members.

9

HONDA 000010

10.4 **Procedures for Purchasing Member(s) of Selling Member's Aircraft Interest.** On the date of the closing of any sale of Selling Member's Ownership Interest in the Aircraft to Purchasing Member(s):

10.4.1 The Purchasing Member(s) shall deliver to Selling Member the Option Price by wire transfer of immediately available U.S. funds.

10.4.2 Selling Member shall deliver all right, title, and interest in and to the Selling Member's Ownership Interest in the Aircraft, free and clear of all Liens on the Aircraft, to the Purchasing Member(s) in such as the parties may mutually agree.

10.4.3 Selling Member shall execute and deliver to the Purchasing Member(s) a Warranty Bill of Sale in a form reasonably acceptable to Purchasing Member(s), transferring all of Selling Member's Ownership Interest in the Aircraft to the Purchasing Member(s).

10.4.4 The Purchasing Member(s) shall execute and deliver to Selling Member a Delivery Receipt in a form reasonably acceptable to Selling Member.

10.4.5 The Selling Member shall promptly execute and deliver to the Purchasing Member(s) such other notices, statements, documents and instruments and perform such other acts the Purchasing Member(s) deems necessary to protect, preserve and enforce its acquisition and ownership of Selling Member's Ownership Interest in the Aircraft.

11. **Sale of Entire Aircraft.**

11.1 **Solicitation of Third-Party Offers and Sale of Aircraft.** In the event no Non-Selling Member exercises its option under Section 10.3, the Members shall retain an aircraft broker to facilitate the sale of the entire Aircraft.

11.2 **Third Party Offer Equal to or in Excess of Fair Market Value.** In the event the Members receive a bona-fide offer from any third-party to purchase the Aircraft for a purchase price that equals or exceeds the Fair Market Value determined pursuant to Section 10.2, the Members shall accept such offer, subject to the provisions of Section 11.4 of this Agreement.

11.3 **Third Party Offer Less Than Fair Market Value.** In the event the Members receive a bona-fide offer from any third-party to purchase the Aircraft for a purchase price that the parties unanimously determine to be

HONDA 000011

reasonable and acceptable, but which is nevertheless less than the Fair Market Value determined pursuant to Section 10.2, each of the Non-Selling Members shall thereafter have an additional option, exercisable by written notice delivered to Selling Member within three (3) days after receipt of Selling Member's notice, to purchase all, but not less than all, of Selling Member's Ownership Interest in the Aircraft for a purchase price equal to 98% of the offered price, multiplied by the Selling Member's percentage Ownership Interest in the Aircraft.

11.3.1 In the event more than one (1) Purchasing Member (as defined in Section 10.3) elects to purchase the Selling Member's Ownership Interest in the Aircraft, each Purchasing Member shall be entitled to purchase a pro-rata portion of the Selling Member's Ownership Interest in the Aircraft that bears the same ratio as each respective Purchasing Members then-existing percentage Ownership Interest in the Aircraft bears to the total percentage Ownership Interest in the Aircraft then held by all the Purchasing Members combined.

11.3.2 The closing of any purchase by the Purchasing Member(s) of Selling Member's Ownership Interest in the Aircraft pursuant to this Section 11.3 shall occur not later than 5:00 p.m. Pacific Time on the 10th Business Day after the day the Non-Selling Member exercises its option under this Section 11.3, and shall be conducted in accordance with the procedures set forth in Section 10.4.

11.3.3 In the event no Non-Selling Member exercises its option hereunder, the Members shall accept the third-party offer, subject to the provisions of Section 11.4 of this Agreement.

11.4 **Comprehensive Aircraft Purchase Agreement.** Any acceptance of a bona-fide offer from a third-party for the purchase of the entire Aircraft will be subject to the condition that such offer is contingent upon negotiation and execution of a comprehensive Aircraft Sale Agreement. The Members shall jointly negotiate any such Aircraft Sale Agreement in good faith. The Members shall each pay a pro-rata portion of all expenses of any sale of the entire Aircraft pursuant to this Section 11, and shall each be entitled to a pro-rata share of the proceeds of any such sale, according to their respective percentage Ownership Interests in the Aircraft.

12. **Representations and Warranties of Members.** The Members hereby represent and warrant as follows:

12.1 Notwithstanding that a Member shall have Operational Control of the Aircraft during that Member's individual flights, the Members agree that the Pilot in Command of any such flight may, in his or her sole discretion, terminate the flight, refuse to commence the flight, or take any other flight related action which in the judgment of the Pilot in Command is necessary

11

HONDA 000012

to ensure the safety of the Aircraft, the Flight Crew, and all persons and property on board the Aircraft, and no such action of the Pilot in Command may support or be the basis of any claim of any kind against the Members or the Company.

12.2   Member is, and throughout the Term hereof shall continue to be duly incorporated or organized, validly existing, and in good standing under the laws of the state of Member's formation, possessing perpetual existence as a legal entity, having the capacity to sue and be sued in its own name, having full power, legal right and authority to carry on its business as currently conducted, and to execute, deliver and perform the provisions of this Agreement.

12.3   The execution, delivery, and performance of this Agreement by Member have been duly authorized by all necessary company action and do not conflict with or result in any breach of any of the terms or constitute a default under any document, instrument, or agreement to which it is a party.

12.4   This Agreement constitutes the legal, valid and binding obligations of Member, and is enforceable against Member in accordance with the terms herein contained.

12.5   Member shall not create or place any Lien against the Aircraft other than a security interest in favor of a financial institution providing financing for the Member's Ownership Interest and/or the Aircraft (a "Financing") and each Member shall ensure that no Liens are created or placed against the Aircraft by third-parties as a result of its actions, and shall take all actions as may be necessary to discharge and satisfy in full any such Lien promptly after the same becomes known to it. Under no circumstances may the balance owed under any Financing by a Member constitute more than forty percent (40%) of the value of the Aircraft as of January 1 of each calendar year as measured by the then most recent valuation published by Jet Aviva.

12.6   Member shall not divest itself of its Ownership Interest in the Company or the Aircraft except in accordance with the terms and conditions specified in this Agreement.

12.7   Member is, and throughout the Term hereof shall continue to be, either a citizen of the United States as defined in 49 U.S.C.§40102, as amended, or otherwise eligible to register the Aircraft in the United States.

12.8   Member shall not knowingly violate any regulatory, legal or insurance requirement applicable to the Aircraft and shall procure, maintain, and comply with all permits, licenses, and other authorizations required for use of the Aircraft by Member to ensure the proper operation, maintenance,

HONDA 000013

and repair of the Aircraft per the Aircraft manufacturer's and insurer's recommendations and applicable FARs.

13. **Section 1.761-2(a) Treatment.**   The Members intend that the Company be excluded from the application of all or part of subchapter K of chapter 1 of the Internal Revenue Code.

14. **Allocation of Tax Benefits and Obligations.** Each Member shall be entitled to its pro rata share of all tax benefits, if any, arising from its respective Ownership Interest in the Company and Aircraft.  Each Member shall be responsible for, and shall pay promptly when due, all taxes which may be assessed or levied by any taxing jurisdictions as a result of the purchase, lease, use, storage, or other consumption by such Member of such Member's Ownership Interest; <u>provided</u>, <u>however</u>, that each Member shall have the right to dispute or contest in good faith and at such Member's sole expense the amount of any taxes assessed or imposed directly against such Member.  During the period that any such taxes are being disputed or contested in good faith, payment of such taxes in accordance with the terms of this Agreement may be delayed until a final determination of the amount due has been made so long as the delay in payment does not create a risk of a tax lien or forfeiture of the Aircraft.

15. **Insurance.**  The Company shall maintain at all times  during  the  term  of this Agreement, with insurers of recognized responsibility, aircraft hull insurance and liability insurance in amounts not less than as listed on Exhibit B with respect to the Aircraft naming the Members as Loss Payees as their interests may appear. The Aircraft shall not be operated at any time, unless and until such insurance policies are in effect.

16. **No Assignment.** Neither Member may assign, transfer, license, sell or encumber this Agreement, the Aircraft or any rights or obligations hereunder, without the prior written consent of the other Member(s), which such consent shall not be unreasonably withheld, and any such non-permitted assignment, transfer, license, sale or encumbrance of the like, shall be null and void ab initio. Notwithstanding anything contained herein, each Member shall be permitted to assign, transfer and/or sell ("Transfer") its ownership interest in the Company to another entity controlled in whole or in part by the Member or, (i) in the case of Spring Creek's interest, controlled by William Parrish, and (ii) in the case of AA, controlled by Michael Avenatti.  The new Member shall assume the ownership interest subject to all rights, duties, obligations and terms of this Agreement.  In the event of such a Transfer, the transferring member shall notify the non-transferring member in writing within ten (10) business days of the Transfer.

17. **Notices.**   All notices or other communications required or permitted under this Agreement shall be in writing and will be directed to the Member at the above referenced address, and sent certified mail, return receipt requested, or by fax with confirmed receipt, or by recognized overnight delivery service, or by email. Such notices and communications shall be deemed received three (3) calendar

HONDA 000014

days after having been sent.

18. **Governing Law.** This Agreement and the respective rights of the Members hereunder shall be governed by and construed under the laws of the State of California and will bind and inure to the benefit of the Member's successors and permitted assigns.

19. **Counterparts.** This Agreement may be executed in counterparts and by fax.

20. **Entire Agreement, Amendments.** There are no representations, warranties, promises or inducements between the Members not contained in writing. This Agreement is the entire Agreement between the Members and supersedes all prior agreements relating to the subject matter of this Agreement and/or the Aircraft. This Agreement may be changed only in a writing signed by a duly authorized representative of each of the Members, expressly referring to this Agreement.

21. **Arbitration.** The Members shall work together in good faith and shall endeavor to reach commercially reasonable solutions to all issues that may arise in their relationship hereunder. Any disputes, claims or causes of actions between the Members arising out of this Agreement or the transactions contemplated hereby shall be fully and finally adjudicated and resolved by an arbitration commenced before JAMS located in Los Angeles, California and conducted under the JAMS arbitration rules then in effect. The dispute shall be heard by one arbitrator jointly selected and paid for by the Members.

22. **Indemnification.**

    22.1 **Company Indemnification:** The Company may, and shall have the power to, indemnify and hold harmless, and advance expenses to, any Member, manager or other person, or any testator or intestate of such Member, manager or other person, from and against any and all claims and demands whatsoever relating to the operation of the business of the Company; provided, however, that no indemnification may be made to or on behalf of any Member, manager or other person if a judgment or other final adjudication adverse to such Member, manager or other person establishes (a) that his or her acts were committed in bad faith or were the result of active and deliberate dishonesty and were material to the cause of action so adjudicated or (b) that he or she personally gained in fact a financial profit or other advantage to which he or she was not legally entitled.

    22.2 **Member Indemnification:** In the event the Aircraft is sold as a result of a default, the Members agree that the defaulting Member shall reimburse the non-defaulting Member the non-defaulting Member's portion of the expenses incurred per Section 11.4 and any negative variance due to the difference between the sales price received upon sale of the of the Aircraft

HONDA 000015

pursuant to Section 11 and the Fair Market Value as determined in Section10.2.

23. **Limitation of Liability.** Each Member agrees to indemnify and hold harmless the other Member and Manager and their respective officers, directors, partners, employees, shareholders, and affiliates from any claim, damage, loss, or reasonable expense, including reasonable attorney's fees, resulting from the bodily injury or property damage caused by an occurrence and arising out of the ownership, maintenance, or use of the Aircraft.

24. **Truth-In-Leasing Statement under FAR 91.23:** (a) The Aircraft, within the twelve month period preceding the date of this agreement, except to the extent the Aircraft is less than twelve months old, has been and during the lease term shall be, inspected and maintained in accordance with Part 91.409 (f) (3) and all applicable requirements for maintenance and inspection thereunder have been complied with; (b) the Members certify and knowingly acknowledge that when they use the Aircraft under this Agreement under lease, the Member shall be known as, considered and in fact shall be the operator of such aircraft; (c) an explanation of factors bearing on operational control and pertinent FARs can be obtained from the nearest FAA Flight Standards District Office; and (d) the Members hereto certify that a true copy of this agreement shall be carried on the Aircraft at all times during any lease thereof, and shall be made available for inspection upon request by a representative of the FAA.

WHEREFORE, the parties hereto have executed this Agreement as of July 11, 2016.

Spring Creek Research, LLC                              Avenatti & Associates, APC

By:_____                    By:_____
    William Parrish, Member                              Michael J. Avenatti, President

15

HONDA 000016

## Exhibit A

| | Member<br>Spring Creek Research, LLC | Member<br>Avenatti & Associates, APC* |
|---|---|---|
| Initial Capital Contribution: | $350,000 | $1,000 |
| Ownership Interest: | 50% | 50% |
| Subsequent Capital Contribution | $1,950,000 | $1,831,105 |
| Maximum Annual Flight Hours: | 150 | 150 |

| | |
|---|---|
| Minimum Hull Insurance Limit: | $5,000,000 |
| Minimum Liability Insurance | $5,000,000 |
| Operating Base: | SBA |

*Member Avenatti & Associates, APC shall have the option to secure financing for its Subsequent Capital Contribution in accordance with the terms of this agreement as set forth above and, in the event of such financing, the Members agree that the Aircraft shall be subject to a priority security interest.  Member Avenatti & Associates, APC shall indemnify and hold harmless Member Spring Creek Research, LLC for any and all costs, including attorney's fees, incurred due to the repossession and/or sale of the Aircraft due to any default under any financing or security agreements.

HONDA 000017

**WAIVER OF NOTICE AND CONSENT TO ACTION
IN LIEU OF HOLDING MEMBERS MEETING OF
PASSPORT 420, LLC**

The undersigned, being all Members of the above named Limited Liability Company and pursuant to Section 5 of the Operating Agreement of Passport 420, LLC, dated July 11, 2016, **DO HEREBY WAIVE NOTICE** of a members meeting, and **CONSENT**, take and adopt, the following actions in writing in lieu of such meeting, on the 11th day of July, 2016:

- Appoint Michael Avenatti as Manager of Passport 420, LLC.

The undersigned agree that the foregoing constitutes a complete record of actions taken, adopted, approved and ratified by unanimous written consent of the Members in lieu of a members annual meeting.

WITNESS the below signature this 11th day of July, 2016.

**MEMBERS**

_____
William Parrish, Spring Creek Research, LLC

_____
Michael J. Avenatti, Avenatti & Associates, APC

I hereby accept the appointment as Manager of Passport 420, LLC pursuant to the terms set forth in the Operating Agreement of Passport 420, LLC dated July 11, 2016.

_____
Michael Avenatti

1

HONDA 000018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is: **Landau Law LLP, 2338 Manning Avenue, Los Angeles, California 90064.**

A true and correct copy of the foregoing document entitled (*specify*): ***Claim of Richard A. Marshack, in his Capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Eagan Avenatti LLP (with Exhibits), and Request that the Court Adjudicate and Determine the Validity of that Claim Pursuant to 21 U.S.C § 853(n)***  will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  The foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 15, 2022,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On , I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 12:00 noon on the following business day.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On **September 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method) facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 12:00 noon on the following business day.

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 15, 2022 | Hannah Richmond | */s/ Hannah Richmond* |
| *Date* | *Printed Name* | *Signature* |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **SERVED BY THE COURT VIA NEF (continued):**

- **Daniel G. Boyle**
  daniel.boyle2@usdoj.gov,gabriela.arciniega@usdoj.gov,USACAC.Criminal@usdoj.gov,caseview.ecf@usdoj.gov,Tarleen.Khauv@usdoj.gov,Jonathan.Wettstein@usdoj.gov
- **Patrick R Fitzgerald**
  USACAC.Criminal@usdoj.gov,patrick.fitzgerald@usdoj.gov,CaseView.ECF@usdoj.gov
- **Ranee Katzenstein**
  ranee.katzenstein@usdoj.gov,USACAC.Criminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **Jack Andrew Reitman**
  jareitman@landaufirm.com,srichmond@landaufirm.com,jreitman@landaufirm.com,avedrova@landaufirm.com,vrichmond@landaufirm.com
- **John P Reitman**
  jreitman@landaufirm.com,srichmond@landaufirm.com,hrichmond@landaufirm.com,avedrova@landaufirm.com,vrichmond@landaufirm.com
- **Brett A. Sagel**
  brett.sagel@usdoj.gov,USACAC.SACriminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **H. Dean Steward**
  deansteward7777@gmail.com,courtneycummingsesq@outlook.com,workingwitheh@gmail.com,deansteward@fea.net
- **Andrew D. Stolper**
  astolper@lawfss.com,mnowowiejski@lawfss.com,astolper@ecf.courtdrive.com

3. **SERVED BY EMAIL (continued):**

| Richard A. Marshack | Ed Hays | Jason Frank |
|---|---|---|
| rmarshack@marshackhays.com | EHays@marshackhays.com | jfrank@lawfss.com |

3. **SERVED BY PERSONAL DELIVERY:**

Honorable James V. Selna
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 10C
Santa Ana, CA 92701-4516

Merrick Garland, United States Attorney General
Stephanie Christensen, Acting United States Attorney
Scott Garringer, Chief Criminal Division
Thomas Coker, Chief Tax Division
c/o Office of the United States Attorney
United States Court House
312 N Spring Street,
Los Angeles, CA 90012

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**3.  <u>SERVED BY OVERNIGHT MAIL</u>:**

2

Internal Revenue Service – Criminal Investigation

3

Attn: Asset Forfeiture Unit
333 Broadway, M/S/ 9520

4

San Diego, CA 92101
Attn: Robert Wortman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA