Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI,<br><br>  Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING PERMISSION TO FILE AN OVERSIZE BRIEF |

    Good cause having been shown, defendant's *ex parte* application for an Order granting permission to file an oversize brief in connection with Defendant's Sentencing Memorandum and Objections to the PSR is granted.

    It is so Ordered.

Dated: October _____, 2022            _____

                                                   THE HONORABLE JAMES V. SELNA
                                                   United States District Judge

# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 11, 2022, service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING PERMISSION TO FILE AN OVERSIZE BRIEF

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2022

/s/ H. Dean Steward
H. Dean Steward

2