# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL JOHN AVENATTI<br><br>Defendant(s). | CASE NUMBER:<br><br>8:19–cr–00061–JVS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __10/11/2022__

Document No.:  __998__

Title of Document:  __Notice of Manual Filing or Lodging__

**ERROR(S) WITH DOCUMENT:**

E–filed document submitted blank

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By: _/s/ Damian Velazquez_
Dated: October 12, 2022         _CrimIntakeCourtDocs–SA@cacd.uscourts.gov_
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS