Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

**DENIED**
BY ORDER OF THE COURT

The fifty page limit which the Court originally granted is more than sufficient.  JVS October 12, 2022

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> MICHAEL JOHN AVENATTI, <br><br>    Defendant. | SA CR No. 19-061-JVS <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING PERMISSION TO FILE AN OVERSIZE BRIEF |

   Good cause having been shown, defendant's *ex parte* application for an Order granting permission to file an oversize brief in connection with Defendant's Sentencing Memorandum and Objections to the PSR is granted.

   It is so Ordered.

Dated: October _____, 2022

**DENIED**
BY ORDER OF THE COURT

_____

THE HONORABLE JAMES V. SELNA
United States District Judge

1

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 11, 2022, service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER GRANTING PERMISSION TO FILE AN OVERSIZE BRIEF

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2022

/s/ H. Dean Steward
H. Dean Steward