**APPENDIX**

**Responses to Defendant's Objections to the PSR**

Federal Rule of Criminal Procedure 32(i)(3)(B) provides that "At sentencing, the court must -- for any disputed portion of the presentence report or other controverted matter -- rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing."  The Ninth Circuit has held that "[t]he purpose and context of Rule 32 demonstrate that the district court [is] only required to respond to factual objections to the presentence report that relate to a 'controverted matter.' . . . We need not require courts to list their resolution of every assertion made by counsel or the defendant at sentencing." United States v. Petri, 731 F.3d 833, 839-840 (9th Cir. 2013) (emphasis added) (express finding of fact regarding legal assertions and arguments are not required).

Mindful of these principles, the government responds to defendant's objections to the PSR as follows:

| Objection No. | PSR Citation | Response |
|---|---|---|
| 1 | Page 2, release status | No ruling necessary: Matter will not affect sentencing. |
| 2 | Page 4, guidelines summary | No ruling necessary: Not a factual objection. |
| 3 | ¶ 1, n.1 | No ruling necessary: Not a factual objection. |
| 4 | ¶¶ 9, 81, 280 | No ruling necessary: Matter will not affect sentencing. |
| 5 | ¶¶ 18-19, 82, 116-117 | No ruling necessary: Not a factual objection. |
| 6 | ¶ 20 | No ruling necessary: Not a factual objection. |

| Objection No. | PSR Citation | Response |
|---|---|---|
| 7 | ¶ 21 | No ruling necessary: Matter will not affect sentencing. |
| 8 | ¶ 23 | No ruling necessary: Matter will not affect sentencing. |
| 9 | ¶ 30 | No ruling necessary: Matter will not affect sentencing. However, throughout the EA LLP bankruptcy, defendant, individually, signed documents under the penalty of perjury or testified as managing partner. (Tr. Ex 400A; Sent. Exs 34-38.) |
| 10 | ¶ 31 (a), (c), (d) | No ruling necessary: Matter will not affect sentencing. However, the PSR is correct because, despite the corporate structure, defendant was the "effective owner and controlled" the entities. (See, e.g., RT 7/27/21 v.I at 61; Sent. Ex 22.) |
| 11 | ¶ 36 | No ruling necessary: Matter will not affect sentencing. |
| 12 | ¶ 41 | The PSR is correct.  There were additional victims of defendant's fraud, including Long Tran, to whom defendant lied. Other victims are discussed in the government's sentencing memorandum. (CR 1000 at 31 & Sent. Ex 21 (regarding Racine); see also CR 78 Ex 3 at 43-49 (regarding victims in Greco v. NFL).) |
| 13 | ¶¶ 41 n.5, 50 n.9, 55 n.10 | The PSR is correct. See Government's Sentencing Response Section II.F. |
| 14 | ¶¶ 43 n.7, 107 | To the extent this is a factual objection rather than argument, it should be overruled. The PSR is correct.  See Johnson's testimony at RT 7/22/21 v.I at 34 ("Q. Does that appear to be your signature? A. No, it does not."). |
| 15 | ¶¶ 45-47(a)-(e) | To the extent this is a factual objection rather than argument, it should be overruled. The PSR correctly states the facts regarding Johnson's settlement and loss. |
| 16 | ¶¶ 47(c), 98, 112 | To the extent this is a factual objection rather than argument, it should be overruled. The PSR is correct and supported by the testimony at trial.  (RT 7/22/21 v.I at 66-71; RT 7/23/21 v.I at 83-88; see also Tr. Ex 70 (defendant previously providing information -- although false -- to the SSA).) |
| 17 | ¶¶ 47(e), n.8, 113 | No ruling necessary: Not a factual objection. |

| Objection No. | PSR Citation | Response |
|---|---|---|
| 18 | ¶¶ 48-52(b) | No ruling necessary: Not a factual objection. |
| 19 | ¶¶ 48, 50-51 | To the extent this is a factual objection rather than argument, it should be overruled. Defendant did divert the entire $2,750,000 settlement payment and provided none of the settlement payment to Gardner. Defendant provides no factual support for his additional statements and any other "work" defendant did for this or other clients was not covered by his fee agreements and was done to further conceal his crimes. |
| 20 | ¶¶ 49, 107 | To the extent this is a factual objection rather than argument, it should be overruled based on the testimony at trial. (RT 7/30/21 v.I at 78-84.) |
| 21 | ¶¶ 52(a), 99, 107 | To the extent this is a factual objection rather than argument, it should be overruled based on the testimony and evidence at trial. Whether or not various "remitters" in addition to "Whiteside" were identified will not affect sentencing. |
| 22 | ¶¶ 52(b), 99 | No ruling necessary: Not a factual objection. See also Government's Sentencing Response at 7 n.11. |
| 23 | ¶¶ 54, 100 | This objection should be overruled based on Barela's testimony at trial. |
| 24 | ¶¶ 55-57 | No ruling necessary: Defendant has not identified any factual inaccuracy. |
| 25 | ¶¶ 53-58 | No ruling necessary: Not a factual objection. |
| 26 | ¶ 57(b) | To the extent this is a factual objection rather than argument, it should be overruled based on the testimony at trial. Defendant's factual denials are directly contradicted by the record. (See, e.g., Tr. Exs 224, 225; RT 7/27/21 v.II at 100-102; RT 7/28/21 v.I at 12-14; RT 8/5/21 v.I at 21-23.) |
| 27 | ¶ 63 | To the extent this is a factual objection rather than argument, it should be overruled. See Government's Sentencing Response Section II.B. |

| Objection No. | PSR Citation | Response |
|---|---|---|
| 28 | ¶ 65 | This objection should be overruled because defendant's factual assertions are contradicted by the record. (See, e.g., RT 8/12/21 v.I at 44-45; Tr. Ex 278 at 4.). In any case, the matter will not affect sentencing. |
| 29 | ¶¶ 56-67 | Defendant has not identified any factual inaccuracy. To the extent this is a factual objection rather than argument, it should be overruled. |
| 30 | ¶¶ 71-75 | Defendant's legal objection regarding "judicial fact finding" should be overruled for the reasons stated in the Government's Sentencing Response Section I.A. Further, the record supports the findings in the PSR. (See CR 78 Exs 1-3; Sent. Exs 22-32.) |
| 31 | ¶¶ 79, 93-95 | No ruling necessary: Not a factual objection. |
| 32 | ¶ 94 | Defendant did not tell each of his lies to all of his clients, but the testimony at trial as well as defendant's admissions at his change-of-plea hearing and in his sentencing memorandum establish that defendant did lie repeatedly to his clients. |
| 33 | ¶ 98 | Defendant has not identified any factual inaccuracy. The evidence at trial established that defendant did take the full $4,000,000 settlement payment and any requests from Johnson for smaller amounts so as not to affect his SSI benefits were the result of defendant's lies and criminal conduct. |
| 34 | ¶¶ 96-101 | No ruling necessary on legal objection to application of the enhancement under § 2B1.1(b)(2)(A). No specific inaccuracies in the "factual findings underlying this determination" are identified. |
| 35 | ¶¶ 101-102, 50 n.9, 55, n.10, 61 n.12 | No ruling necessary on legal objection to application of the enhancement under § 2B1.1(b)(9)(B). No specific inaccuracies in the "factual findings underlying this determination" are identified. |
| 36 | ¶¶ 106-109 | No ruling necessary on legal objection to application of the enhancement under § 2B1.1(b)(10)(C). No specific inaccuracies in the "factual findings underlying this determination" are identified. |

| Objection No. | PSR Citation | Response |
|---|---|---|
| 37 | ¶ 108 | To the extent this is a factual objection rather than argument, the testimony of Tran and Marchino, as well as the false statements defendant made in emails and texts (Tr. Exs 278, 280, 281, 284), support the PSR's statement. |
| 38 | ¶¶ 110-113 | No ruling necessary on legal objection to application of the 2-level enhancement under § 3A1.1. No specific inaccuracies in the "factual findings underlying this determination" are identified. |
| 39 | ¶¶ 121, 76 & pages 21-22 | No ruling necessary: Matter will not affect sentencing.  In any case, the PSR is correct as defendant's guilty plea to Count 19 was to the omnibus clause of the statute. See Marinello v. United States, 138 S. Ct. 1101, 1105 (2018). |
| 40 | ¶¶ 123, 76 | No ruling necessary: Not a factual objection. In any case, the PSR is correct. See, e.g., CR 78 Exs 1-3; Sent. Exs 22-32. |
| 41 | ¶ 124 | To the extent this is a factual objection, the PSR is correct.  See, e.g., CR 78 Exs 1-3; Sent. Exs 22-32.) |
| 42 | ¶¶ 139-40 | To the extent these are objections to facts that will be taken into account at sentencing, the statements in the PSR is correct.  See, e.g., Sent. Ex. 42. See also CR 78 Ex 3 at 43-49. |
| 43 | ¶¶ 141-146 | Defendant's legal objection regarding "judicial fact finding" should be overruled for the reasons stated in the Government's Sentencing Response Section I.A.  Further, the record supports the findings in the PSR that may affect sentencing. (See CR 78 Exs 1-3.) |
| 44 | ¶¶ 145-146 | Defendant's legal objection regarding "judicial fact finding" should be overruled for the reasons stated in the Government's Sentencing Response Section I.A. In any case, the PSR is correct and supported by the record. (See, e.g., CR 78 Ex 1.) |
| 45 | ¶ 146 | No ruling necessary: Not a factual objection. |
| 46 | Page 38 | No ruling necessary: Matter will not affect sentencing. |
| 47 | Page 38 | No ruling necessary: Matter will not affect sentencing. |

| Objection No. | PSR Citation | Response |
|---|---|---|
| 48 | ¶¶ 152-153 | No ruling necessary: Not a factual objection. |
| 49 | ¶ 156 | No ruling necessary: Matter will not affect sentencing. |
| 50 | ¶ 216 | Defendant has not identified any factual inaccuracy. In any case, the information is correct. See https://apps.calbar.ca.gov/attorney/Licensee/Detail/206929. |
| 51 | ¶ 218 | No ruling necessary: Not a factual objection and not a matter that will affect sentencing. |
| 52 | ¶ 233 | No ruling necessary: Not a factual objection and/or not a matter that will affect sentencing. |
| 53 | ¶¶ 235, 242, 244 | No ruling necessary: Not a factual objection and/or not a matter that will affect sentencing. |
| 54 | ¶ 274 | No ruling necessary: Not a factual objection. However, the government agrees that the special assessment is $100 per count. |
| 55 | Page 61, ¶¶ 278-279 | No ruling necessary: Not a factual objection. |
| 56-60 | CR 977 (recommendation letter) | No rulings necessary: Not factual objections. (The government will discuss the proposed conditions of supervised release at the hearing on defendant's sentencing.) |
| 61 | PSR Cover Page. P.2, ¶¶ 17, 64, 37, 226 | No rulings necessary: Not factual objections and/or not matters that will affect sentencing. |