**SUPPLEMENTAL DECLARATION OF REMOUN KARLOUS**

I, REMOUN KARLOUS, hereby declare and state as follows:

1. I am a Special Agent ("SA") with the United States Department of Treasury and have been in my current assignment since February 2021. Prior to this assignment, I was an SA with the Internal Revenue Service-Criminal Investigation from April 1995 to January 2021. As an SA, I have investigated numerous cases involving criminal violations of Title 18, Title 21, Title 26, and Title 31 of the United States Code, which have resulted in seizure, search, and arrest warrants. In particular, I have investigated cases involving money laundering, international money laundering, securities fraud, tax evasion (domestic and international cases), and subscribing to false tax returns. I am one of the SAs assigned to the investigation and prosecution of defendant MICHAEL JOHN AVENATTI ("defendant") in United States v. Avenatti, SA CR No. 19-061-JVS.

2. On October 11, 2022, I executed a declaration in support of the government's sentencing position memorandum and the restitution calculations contained therein. This declaration is made to supplement that declaration and is also in support of the government's sentencing position memorandum and its response to defendant's sentencing position, which is being submitted in connection with the sentencing in this matter. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. The facts set forth in this declaration are based upon my personal observations, my training and experience, evidence presented at trial in this matter, and information obtained from various law

enforcement personnel and witnesses. This declaration is intended to identify the exhibits in support of the government's sentencing position memorandum and its response to defendant's sentencing position, and does not purport to set forth all of my knowledge of the investigation and prosecution in this matter.

4. I am also familiar with the other documents cited in the government's response to defendant's sentencing position and will refer to those exhibits as "Sentencing Exhibits" numbered consecutive to the Sentencing Exhibits to the government's initial sentencing memorandum.

**SENTENCING EXHIBITS**

5. Sentencing Exhibit 22 is a true and correct copy of emails between defendant and the controller of Tully's Coffee ("Tully's") on December 21, 2016, in which defendant identifies himself as "the chairman and CEO and owner of the company" and instructs the controller to book a payment as defendant has instructed without backup.

6. Sentencing Exhibit 23 is a true and correct copy of emails between defendant and two employees of Tully's on September 1, 2017, and attached letter from the IRS, regarding an IRS Revenue Officer's visit, during which he points out the notice of the IRS's intent to seek criminal charges as set forth in the letter.

7. Sentencing Exhibit 24 is a true and correct copy of emails between defendant and the controller of Tully's on September 29, 2017, regarding the IRS taking an additional $23,763.02 from Global Baristas's account with tsys.

8. Sentencing Exhibit 25 is a true and correct copy of emails including defendant and two employees of Tully's on October 2, 2017,

in which defendant approves the name change on its account with tsys from Global Baristas US LLC to Global Baristas LLC.

9. Sentencing Exhibit 26 is a true and correct copy of emails including defendant, Judy Regnier, and their contact at tsys on October 3, 2017, to change Global Baristas's merchant account information with tsys from Global Baristas US LLC to Global Baristas LLC.

10. Sentencing Exhibit 27 is a true and correct copy of emails between defendant, Regnier, and employees of Tully's from November 21, 2017, through December 1, 2017, to change Tully's merchant account information to Chase using the company name Doppio after tsys cancelled their account.

11. Sentencing Exhibit 28 is a true and correct copy of an email including defendant and two employees of Tully's on October 27, 2016, in which Tully's HR director provides defendant with a chart setting forth federal payroll taxes owed to the IRS, with a total due IRS of $1,953,850.37.

12. Sentencing Exhibit 29 is a true and correct copy of an email forwarded to defendant from Regnier on October 30, 2017, in which Tully's HR director provides Regnier with a list of federal taxes owed by Tully's for the pay periods of September 5 through October 30.

13. Sentencing Exhibit 30 is a true and correct copy of an email on December 5, 2017, forwarded to defendant and Regnier with the subject line "IRS mail picked up on 17-12-04 [i.e., December 4, 2017], and attaching Notices of Unpaid Taxes Due from Global Baristas US, LLC ("GBUS") (IRS Forms CP 101) and A Notice of Levy re GBUS in the total amount of $2,898,787.06.

14. Sentencing Exhibit 31 is a true and correct copy of an email from Regnier to defendant on December 15, 2017, with a letter from an IRS revenue officer and IRS Proposed Assessments of Trust Fund Recovery Penalty (Forms 2751) attached.

15. Sentencing Exhibit 32 is a true and correct copy of an email on January 8, 2018, with attachments forwarded to defendant and Regnier with IRS mail received on January 5, 2018, with a Bank of America notice of an IRS levy in the amount of $2,943,380.14 and IRS Notices of Unpaid Taxes due (Forms CP161).

16. Sentencing Exhibit 33 is a true and correct copy of a letter emailed on April 24, 2019, from the USAO to defendant's counsel regarding a tweet defendant wrote on April 21, 2019.

17. Sentencing Exhibit 34 is a true and correct copy of a Statement of Financial Affairs defendant filed under penalty of perjury first in the Middle District of Florida, In re Eagan Avenatti, LLP, No. 17-bk-01329, and then in the Central District of California, In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB, Dkt 51.

18. Sentencing Exhibit 35 is a true and correct copy of a Debtor's Chapter 11 Status Report with a declaration under penalty of perjury by defendant filed in In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB, Dkt 81.

19. Sentencing Exhibit 36 is a true and correct copy of an Amended Statement of Financial Affairs defendant filed under penalty of perjury in In re Eagan Avenatti, LLP, No. 8:17-bk-11961-CB, Dkt 161.

20. Sentencing Exhibit 37 is a true and correct copy of the Monthly Operating Report for the month ending September 30, 2017, for

EA LLP defendant filed under penalty of perjury in <u>In re Eagan Avenatti, LLP</u>, No. 8:17-bk-11961-CB, Dkt 260.

21. Sentencing Exhibit 38 is a true and correct copy of the Monthly Operating Report for the month ending January 31, 2018, for EA LLP defendant filed under penalty of perjury in <u>In re Eagan Avenatti, LLP</u>, No. 8:17-bk-11961-CB, Dkt 372.

22. Sentencing Exhibit 39 is a true and correct copy of emails from the State Bar of California forwarding correspondence between Senior Trial Counsel, Office of the Chief Trial Counsel of the State Bar of California, and defendant's representatives.

23. Sentencing Exhibit 40 is a true and correct copy of emails the government sent and received with defendant's representatives regarding restitution calculations for sentencing on August 25, 2022, August 30, 2022, and September 1, 2022.

24. Sentencing Exhibit 41 is a true and correct copy of tweets from defendant's Twitter account (@MichaelAvenatti) from October 2, 2018, through October 28, 2019.

25. Sentencing Exhibit 42 is a true and correct copy of emails in May 2017 between defendant and other lawyers involved in the <u>Greco v. NFL</u> matter regarding the disbursement of the settlement.

26. After filing my declaration on October 11, 2022, I noticed a typographical error. Sentencing Exhibit 7 is a true and correct copy of the transcription from the recorded telephone call between Michael J. Avenatti and Michael Q. Eagan on August 22, 2018, not August 22, 2019, as previously stated.

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration has been executed on October 24, 2022, in Santa Ana, California.

REMOUN KARLOUS
Special Agent,
Department of Treasury