Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S MOTION TO STRIKE THE VICTIM IMPACT STATEMENT OF LONG TRAN<br><br>Date: November 7, 2022<br>Time: 9:00 a.m. |

Defendant MICHAEL JOHN AVENATTI ("Defendant"), by and through his advisory counsel of record, H. Dean Steward, hereby files Defendant's Motion to Strike the Victim Impact Statement of Long Tran. Defendant's filing is based on the attached; the evidence referenced in the attached; the files, records and transcripts in this case and the other cases cited herein; and such further evidence and argument as the Court may permit at a hearing on this matter.

Dated: October 25, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Michael John Avenatti
　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION & FACTUAL BACKGROUND

As Mr. Long Tran admitted at trial, he is not a victim in this case. [Tr. 8/10/21, Vol. 1, p. 68-69]. Indeed, in AUSA Brett Sagel's opening statement, he identified four, and only four, victims – Mr. Johnson, Mr. Barela, Ms. Phan, and Ms. Gardner – and made no claim that Mr. Tran was a victim, was owed any money by defendant, or suffered any pecuniary loss. [Tr. 7/21/21, Vol. 1, p. 39]. Moreover, defendant pled guilty to four wire fraud counts relating to those same four victims – and no others. Despite this, the government has submitted an alleged "Victim Impact Statement" from Mr. Tran for the Court's consideration [Under Seal Dkt. 1015, Attachment D], which it also quotes from in its sentencing submission. [Dkt. 1000, p. 24]. This is improper under well-settled law.

### II. LEGAL AUTHORITY & ARGUMENT

The Court may not receive or consider victim impact statements or similar statements from non-victims in connection with a defendant's sentencing. *See, e.g.,* Fed. R. Crim. Proc. 32(i)(4)(B) and Notes on 2008 Amend. (Permitting "any victim of the crime" to speak during sentencing, as defined as by the Crime Victims' Rights Act (18 U.S.C. § 3771(e))).[1] Thus, because it is well established, including by way of his own testimony, that Mr. Tran is <u>not</u> a victim, the Court may not receive or consider Mr. Tran's alleged "Victim Impact Statement" when determining defendant's sentence.

### III. CONCLUSION

Accordingly, defendant Michael John Avenatti requests that the Court strike the Victim Impact Statement of Mr. Tran from the record; strike from the record all references to the statement (including in the government's sentencing submission); and not review or consider the statement in any way in connection with defendant's sentencing.

///

///

---

[1] 18 U.S.C. § 3771(e)(2)(A)("The term 'crime victim' means a person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia.").

1

| | |
|---|---|
| Dated: October 25, 2022 | Respectfully submitted, |
| | /s/ Michael John Avenatti |
| | MICHAEL JOHN AVENATTI |

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 25, 2022, service of the:

DEFENDANT'S MOTION TO STRIKE THE VICTIM IMPACT STATEMENT OF LONG TRAN

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2022

/s/ H. Dean Steward
H. Dean Steward

3