Name & Address:
H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660

Advisory Counsel for Defendant Michael J. Avenatti

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Under Seal Exhibits; Ex Parte Application to Seal; Proposed Order
Unredacted Version of Defendant's Opposition

**Reason:**

☑   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated: _____

☐   Other:

October 25, 2022
_____
Date

H. Dean Steward (Advisory Counsel)
_____
Attorney Name
 Michael John Avenatti
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING