Name & Address:
H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660

Advisory Counsel for Defendant Michael J. Avenatti

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 19-061-JVS |
| v. | |
| MICHAEL JOHN AVENATTI | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Under Seal Exhibit  ; Ex Parte Application to Seal; Proposed Order

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 25, 2022
Date

H. Dean Steward (Advisory Counsel)
Attorney Name
Michael John Avenatti
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING