1  Michael John Avenatti (Pro Se)

2  H. Dean Steward, SBN 85317
   17 Corporate Plaza, Suite 254
3  Newport Beach, California 92660
   Tel (949) 481-4900
4  Fax (949) 497-6753

5
   Advisory Counsel for Defendant
6  MICHAEL JOHN AVENATTI

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        SA CR No. 19-061-JVS
12 |        Plaintiff,
13 |                                  DEFENDANT'S *EX PARTE*
                                      APPLICATION FOR ORDER
14 |    v.                            INSTRUCTING THE GOVERNMENT TO
                                      TRANSPORT DEFENDANT TO COURT
15 |                                  FOR SENTENCING
16 | MICHAEL JOHN AVENATTI,
17 |        Defendant.
18

19      Defendant MICHAEL JOHN AVENATTI ("Defendant"), by and through his

20 advisory counsel of record, H. Dean Steward, hereby files the instant *ex parte* request for

21 an order instructing the government to transport defendant to the Santa Ana courthouse

22 for sentencing. Defendant's filing is based on the attached; the evidence referenced in the

23 attached; the files, records and transcripts in this case and the other cases cited herein; and

24 such further evidence and argument as the Court may permit at a hearing on this matter.

25
    Dated: October 26, 2022              Respectfully submitted,
26

27                                       /s/ Michael John Avenatti
                                         MICHAEL JOHN AVENATTI
28

                                         1

## DECLARATION OF MICHAEL J. AVENATTI

1. I am the defendant in this case and appearing *pro se*. I make this declaration in support of Defendant's *Ex Parte* Application for an Order requiring that the government make travel arrangements for defendant. Defendant asks that on the day of the sentencing, an agent for the government transport defendant from FCI Terminal Island to the Ronald Reagan Federal Building for his sentencing and return him to Terminal Island that same day.

2. Defendant is currently incarcerated at FCI Terminal Island located in San Pedro, California, approximately 30 miles from the Ronald Reagan Federal Building in Santa Ana. At Terminal Island, defendant is participating in programming, which requires his consistent attendance Monday through Friday. Specifically, defendant has been accepted into and has begun treatment through the BOP's Residential Drug Treatment Program which consists of classes and treatment for at least three hours five days per week. Although limited absences are permissible, defendant could be removed from the program if he is required to miss several classes. In an effort to maintain his position in this intensive program, defendant asks that the Court order that he be brought to and from the court. Defendant seeks to avoid being transported to MCC or the Santa Ana City Jail for a lengthy period before or after sentencing.

3. The procedure requested by defendant has already been performed by the government in this case. Specifically, on June 16, 2022, the day of defendant's change of plea hearing, Defendant was transported to and from Terminal Island without issue. Defendant respectfully asks that the same procedure be utilized for the sentencing hearing.

4. On October 26, 2022, advisory counsel contacted the government to obtain its position on the instant request. The government responded with the following position: "The government opposes the request for an order requiring that the government make accommodations for the transportation of defendant to and from the sentencing hearing because (1) defendant, a convicted felon who is serving sentences for five felonies and awaiting sentencing on five more felonies, should be treated the same as every other

inmate and transported by the USMS according to standard procedures; and (2) defendant has not provided any evidence regarding the specific way in which unidentified 'programming' will be interrupted by the use of standard transportation arrangements."

5. However, contrary to the government's position, the prosecution has previously utilized the procedure requested by defendant. On June 16, 2022, the government transported defendant to and from Terminal Island and the Ronald Reagan Federal Building on the same day without issue. Further, defendant's programming, through the intensive RDAP program, is described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 26, 2022            /s/ Michael John Avenatti
                                   MICHAEL JOHN AVENATTI

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 26, 2022, service of the:

DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER INSTRUCTING THE GOVERNMENT TO TRANSPORT DEFENDANT TO COURT FOR SENTENCING

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2022

/s/ H. Dean Steward
H. Dean Steward