Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL JOHN AVENATTI,<br><br>   Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER INSTRUCTING THE GOVERNMENT TO TRANSPORT DEFENDANT TO COURT FOR SENTENCING |

  Good cause having been shown, defendant's *ex parte* application is granted. The Court directs the government to make arrangements to have defendant transported to and from FCI Terminal Island and the Ronald Reagan Federal Building for his sentencing hearing. On the date of sentencing, an agent for the government shall transport defendant from Terminal Island and return him to Terminal Island on the same day.

  It is so Ordered.

Dated: October _____, 2022         _____

                    THE HONORABLE JAMES V. SELNA
                    United States District Judge

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 26, 2022, service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER INSTRUCTING THE GOVERNMENT TO TRANSPORT DEFENDANT TO COURT FOR SENTENCING

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2022

/s/ H. Dean Steward
H. Dean Steward