Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>    Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER STRIKING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING POSITION [DKT. 1023]. |

    Defendant MICHAEL JOHN AVENATTI ("Defendant"), by and through his advisory counsel of record, H. Dean Steward, hereby files the instant *ex parte* request for an Order striking the Government's Response to Defendant's Sentencing Position [Dkt. 1023]. Defendant's filing is based on the attached; the evidence referenced in the attached; the files, records and transcripts in this case and the other cases cited herein; and such further evidence and argument as the Court may permit at a hearing on this matter.

 Dated: October 26, 2022           Respectfully submitted,

                                        /s/ Michael John Avenatti
                                        MICHAEL JOHN AVENATTI

## **DECLARATION OF MICHAEL J. AVENATTI**

1. I am the defendant in this case and appearing *pro se*. I make this declaration in support of Defendant's *Ex Parte* Application for an Order striking the Government's Response to Defendant's Sentencing Position [Dkt. 1023].

2. On August 18, 2022, the Court stated that the opening brief shall not exceed 50 pages and "[r]eplies to sentencing briefs shall not exceed 15 pages." [Dkt. 976]. In its briefing schedule, the Court described that these reply briefs were to include the party's "response to the other party's initial sentencing pleading, containing its responses to the other party's objections to the PSR (if any) together with its responses to the other party's position regarding sentencing[.]" [Dkt. 955].

3. On October 11, 2022, defendant filed an oversize sentencing memorandum and objections to the PSR together with an *ex parte* application seeking permission to file an oversize brief. [Dkt. 996, 997]. This request was denied and defendant was provided until October 14, 2022 to file a conforming brief. [Dkt. 1004, 1007]. Defendant subsequently filed a revised brief on October 14, 2022 [Dkt. 1016]. This brief included defendant's objections to the PSR as directed by the Court.

4. On October 24, 2022, the government filed its Response to Defendant's Sentencing Position. Attached to the 15-page primary pleading, is a 6 page "Appendix." [Dkt. 1023-1]. The majority of this 6 page appendix contains single space type (which equates to approximately 12 pages if double spaced) and addressed defendant's objections to the PSR.

5. One of the primary purposes of the reply brief is to respond "to the other party's objections to the PSR…" [Dkt. 955]. Defendant was not permitted to simply attach an appendix of his objections to the PSR, which totaled over 13 pages of defendant's 50 page brief (*i.e.*, 26% of the brief). [Dkt. 1016, pgs. 18-32]. It is inequitable to require that the defendant adhere to the page length requirements, and then permit the government to file an oversize brief almost double the length of the 15 page limit (when accounting for six pages of single spaced type in the "Appendix"). This is especially true when the

2

government did not seek permission to do so.

6. On October 26, 2022, advisory counsel contacted the government to obtain its position on the instant request. The government responded with the following position: "The government opposes defendant's request for an order striking the government's Opposition to Defendant's Sentencing Position because the 15-page brief comports with the Court's order regarding length."

7. Based on the foregoing, the government's brief is non-conforming and defendant's request for relief should be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 26, 2022          /s/ Michael John Avenatti
                                 MICHAEL JOHN AVENATTI

# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 26, 2022, service of the:

DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER STRIKING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING POSITION [DKT. 1023]

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2022

/s/ H. Dean Steward
H. Dean Steward