Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER STRIKING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING POSITION [DKT. 1023]. |

　　　Good cause having been shown, defendant's *ex parte* application is granted. The government's response to defendant's sentencing position [Dkt. 1023] is stricken. The government is required to file a brief that conforms with the Court's 15-page order within 72 hours of the issuance of this Order.

　　　It is so Ordered.

Dated: October _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 26, 2022, service of the:

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER STRIKING GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING POSITION [DKT. 1023].

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2022

/s/ H. Dean Steward
H. Dean Steward