Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 497-6753

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER INSTRUCTING THE GOVERNMENT TO TRANSPORT DEFENDANT TO COURT FOR SENTENCING |

　　　Good cause having been shown, defendant's *ex parte* application is granted. The Court directs the government to make arrangements to have defendant transported to and from FCI Terminal Island and the Ronald Reagan Federal Building for his sentencing hearing. On the date of sentencing, an agent for the government shall transport defendant from Terminal Island and return him to Terminal Island on the same day.

　　　It is so Ordered.

Dated: October 27, 2022

_____
THE HONORABLE JAMES V. SELNA
United States District Judge

1