Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Tel (949) 481-4900
Fax (949) 706-9994

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S NOTICE OF ERRATA RE: EXHIBIT HH FILED AS PART OF DKT. 1026-1 |

　　Due to a clerical error, an incorrect version of Exhibit HH was attached to Defendant's Opposition to the Government's Sentencing Position and Response to Presentence Report [Dkt. 1026]. The correct version of the exhibit is attached to this filing.

Dated: October 28, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael John Avenatti
　　　　　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI

1

# **CERTIFICATE OF SERVICE**

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on October 28, 2022, service of the:

DEFENDANT'S NOTICE OF ERRATA RE: EXHIBIT HH FILED AS PART OF DKT. 1026-1

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2022

/s/ H. Dean Steward
H. Dean Steward