**EXHIBIT HH**

# HIGH PROFILE FRAUD CASES
## Correlation Between Loss and the Resultant Sentence
### (ranked most severe to less severe)

| Offender | Loss | Sentence | $ per mo. |
|---|---|---|---|
| **Michael Avenatti** (as proposed by Gov) | $12,350,000[1] | 210 | 58,810 |
| **Michael Avenatti** (as proposed by USPO) | $12,350,000 | 151 | 81,788 |
| Martin Shkreli | $10,400,000 | 84 | 123,810 |
| John Miller | $21,000,000 | 159 | 132,075 |
| Gary Vanwaeyenberghe | $25,521,966 | 168 | 151,916 |
| **Michael Avenatti** (as proposed by Def) | $12,350,000 | 72 | 171,528 |
| Sujata Sachdeva | $34,000,000 | 132 | 257,576 |
| Calude LeFebrve | $64,850,000 | 240 | 270,208 |
| Jeff Skilling | $80,000,000 | 288 | 277,778 |
| Billy McFarland | $26,000,000 | 72 | 361,111 |
| Joseph Nacchio | $28,000,000 | 72 | 388,889 |
| Kevin S. Jackson | $20,000,000 | 51 | 392,157 |
| Raj Rajaratnam | $53,800,000 | 132 | 407,576 |
| Timothy Rigas | $102,000,000 | 240 | 425,000 |
| Morad Abu Sliman | $26,000,000 | 57 | 456,140 |
| Frederick Darren Berg | $128,827,051 | 216 | 596,422 |
| John Rigas | $102,708,142 | 144 | 713,251 |
| Mark Turckan | $25,000,000 | 12 | 2,083,333 |
| Marc Dreier | $700,000,000 | 240 | 2,916,667 |
| Ronald Ferguson | $500,000,000 | 24 | 20,833,333 |
| Bernard Ebbers | $11,000,000,000 | 300 | 36,666,667 |

---

[1] As discussed in defendant's sentencing position, defendant in no way concedes that the loss amount at issue is $12,350,000. For the purposes of this analysis, this sum is used to establish that even using the loss amount claimed by the government, the sentences recommended by the government and Probation are entirely unreasonable. The degree of unreasonableness only increases as the loss amount decreases.