E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email:      Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone:  (714) 338-3598
     Facsimile:  (714) 338-3708
     Email:      Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Brett A. Sagel and

Ranee A. Katzenstein, hereby requests the Court to order that a Writ

of Habeas Corpus Ad Prosequendum be issued for defendant Michael John

Avenatti, who is now detained at the Federal Correctional Institution

at Terminal Island, 1299 Seaside Avenue, San Pedro, California,

1   90731, in the custody of the Warden, Sheriff, or Jailor of said

2   institution.

3        Defendant is requested to be present for a hearing on

4   December 5, 2022, at 9:00 a.m. in Courtroom 10C, 411 West Fourth

5   Street, Santa Ana, California, 92701.  In order to secure defendant's

6   presence, it is necessary that a Writ of Habeas Corpus Ad

7   Prosequendum be issued commanding the Warden, Sheriff or Jailor to

8   produce the defendant in said court on the date and time specified

9   above, and at such other dates as may be necessary incident to this

10  case.

11       WHEREFORE, the government respectfully requests that the Court

12  issue an order directing the issuance of a Writ of Habeas Corpus Ad

13  Prosequendum under the seal of this Court, commanding the Warden,

14  Sheriff or Jailor specified above, to produce the defendant in the

15  United States District Court for the Central District of California

16  at the specified time and place and for all other proceedings

17  incident thereto, and at the termination of the proceedings to return

18  him to the custody of said Warden, Sheriff or Jailor.

19   Dated: November 1, 2022          Respectfully submitted,

20                                    E. MARTIN ESTRADA
                                      United States Attorney
21
                                      SCOTT M. GARRINGER
22                                    Assistant United States Attorney
                                      Chief, Criminal Division
23

24                                         /s/
                                      _____
                                      BRETT A. SAGEL
25                                    RANEE A. KATZENSTEIN
                                      Assistant United States Attorneys
26
                                      Attorneys for Plaintiff
27                                    UNITED STATES OF AMERICA

28

                                    2