E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email:     Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailor of the Federal Correctional Institution at Terminal Island, 1299 Seaside Avenue, San Pedro, California, 90731, and to any United States Marshal.

1                         GREETING

2        WE COMMAND that you produce and deliver the body of defendant
3   Michael John Avenatti ("defendant"), who is now in your custody,
4   before the Honorable James V. Selna, United States District Judge,
5   Ronald Reagan Federal Building, Courtroom 10C, 411 West Fourth
6   Street, Santa Ana, California, 92701, on December 5, 2022, at
7   9:00 a.m., in order that defendant may then and there appear for his
8   prosecution at said time and place, and also at such other times as
9   may be ordered by the Court.
10       The delivery of the body of defendant to the courtroom of the
11  aforementioned United States District Court and the return by you of
12  defendant to your custody shall be deemed sufficient compliance with
13  this writ.

15  DATE                                _____
                                        CLERK
16                                      UNITED STATES DISTRICT COURT
                                        CENTRAL DISTRICT OF CALIFORNIA

19                                      BY: _____
                                            DEPUTY CLERK