E. MARTIN ESTRADA
United States Attorney
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
(714) 338-3598

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | No. SA CR 19-061-JVS |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| MICHAEL JOHN AVENATTI, | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: MICHAEL JOHN AVENATTI
Alias:
BOP/Booking No: BOP Register Number: 86743-054
Detained by: ☐ Warden
☐ Other
Detained at: Terminal Island FCI, 1299 SEASIDE AVENUE, SAN PEDRO, CA 90731
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on __December 5, 2022__ at __9:00 a.m.__ before the Honorable __James V. Selna__ Judge/Magistrate Judge.

Location: ☑ U.S. District Court  411 West Fourth Street, Santa Ana, California, 92701 Courtroom 10C
*(Court Address)*
☐ Other
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: November 1, 2022

*Signature of attorney*

An **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)** MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM