E. MARTIN ESTRADA
United States Attorney
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
(714) 338-3598

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s)

v.

MICHAEL JOHN AVENATTI,

Defendant(s)

CASE NUMBER:

CR No. SA CR 19-061-JVS

CV

**WRIT OF HABEAS CORPUS**

[X] AD PROSEQUENDUM  [ ] AD TESTIFICANDUM

---

**WHEREAS** the attached application was granted by the Honorable **James V. Selna** Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: _____

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **MICHAEL JOHN AVENATTI,** before the Honorable **James V. Selna** Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **10C**, located at 411 West Fourth Street, Santa Ana, California, 92701 on **December 5, 2022** at **9:00 a.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 11/2/2022

CLERK, U.S. DISTRICT COURT

By: D. Velazquez
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)