UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | November 14, 2022 |
|---|---|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT COURT JUDGE |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | | X | Dean Steward, Advisory Counsel | NOT | | X |

**Proceedings:**   [IN CHAMBERS] Minute Order re Application to Strike Tran Victim Statement

Michael John Avenatti's ("Avenatti") applies to the Court *ex parte* for an order striking a portion of the Victim Impact Statements filed in aid of sentencing. (Docket No. 1025.) The Government has filed an opposition. (Docket No. 1036.)

Among the Victim Impact Statements is the statement Long Tran. (Docket No. 115, Ex. D.) Tran sustained no economic loss as a result of Avenatti's fraudulent conduct. Avenatti did not allocute to any conduct involving Tran. Under the Crime Victims' Rights Act, 18 U.S.C. § 3771(e), victims of the crime at issue may address the Court at time of sentencing. Avenatti thus reasons that Tran's statement should therefore be excluded.

The Court disagrees. Tran testified to the numerous lies which Avenatti told him. He also testified to the effects on his relationship with victim Michelle Phan and on his career. (Docket 115, Ex. D, p. 76, pagination per docket.) He was "directly and proximately harmed" as a result of the criminal conduct to which Avenatti allocated. 18 U.S.C. § 3771(e)(2)(A). The relevant impacts are not merely financial, but include "social, psychological, and medical" impacts. (Fed. R. Crim. 32(d)(2)(B).)

Even if Tran were not a literal victim, consideration of his statement falls well within the bounds of permissible inquiry at sentencing. Pepper V. United States, 562 U.S. 476, 490-91 (2011)(no limit on scope of information sentencing court may consider); United States V. Christensen, 732 F.3d 1094, 1102, 1104-05 (9th Cir. 2013).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The application is denied.

: 0

**Initials of Deputy Clerk**   lmb