# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACR 19-61-JVS | Date: November 14, 2022 |
| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** | |
| Interpreter | | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | X | | Dean Steward, Advisory Counsel | NOT | | X |

**Proceedings:** [IN CHAMBERS] <u>Minute Order re Request for Evidentiary Hearing</u>

     Michael John Avenatti ("Avenatti") applies to the Court *ex parte* for an evidentiary hearing prior to sentencing. (Docket No. 1024.) The Government has filed an opposition. (Docket No. 1034.)

     For the following reasons, the Court denies the application.

     Trial commenced on July 13, 2021. (Docket No. 553.) Approximately 15 days of evidence were taken before the Government rested on the twentieth day. (Docket No. 719.) During that time each client victim testified and was cross-examined by Avenatti at length.[1] On August 24, 2021, the Court declared a mistrial because of deficiencies in the Government's compliance with its discovery obligations. (Docket No. 780.)

     Thus, the necessary evidentiary hearing has already been conducted. There is no need for additional, repetitive inquiries.

     The application is denied.

---

[1] Attached is an extract from the Trial Log which the Court maintained on a contemporaneous basis during the trail. The Court used the clock on Windows10; thus there may be slight discrepancies compared to the times in the transcript,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

: 0

**Initials of Deputy Clerk**  lmb

## United States v. Avenatti Trial Log

| WITNESS | UNITED STATES | AVENATTI | COMMENT |
|---|---|---|---|
|  |  |  |  |
| *July 21, 2021* |  |  |  |
|  |  |  |  |
| Government Opening Statement |  |  |  |
| Avenatti Opening Statement |  |  |  |
|  |  |  |  |
| *Government's Case in Chief* |  |  |  |
| Patrick McNicholas |  |  |  |
|   Direct | :47 |  |  |
|   Cross |  | 1:20 |  |
|   Redirect | :04 |  |  |
|   Recross |  | :05 |  |
|  |  |  |  |
| Thomas Hurrell |  |  |  |
|   Direct | :28 |  |  |
|   Cross |  | :38 |  |
|  |  |  |  |
| *July 22, 2021* |  |  |  |
| Geoffrey Johnson |  |  |  |
|   Direct | 1:24 |  | **Total Direct: 1:24** |
|   Cross |  | 2:34 | **Total Cross: 2:34** |
|   Redirect | :12 |  |  |
|   Recross |  | :04 |  |

| | | | |
|---|---|---|---|
| Nshan Tashchyan | | | |
|    Direct | :19 | | |
|    Cross | | :18 | |
| | | | |
| *July 23, 2021* | | | |
| Joseph Varani | :15 | | |
|    Direct | | | |
|    Cross | | :16 | |
| | | | |
| Carlos Colorado | | | |
|    Direct | :25 | | |
|    Cross | | :42 | |
|    Redirect | :02 | | |
|    Recross | | :01 | |
| | | | |
| Elsa Guerrero | | | |
|    Direct | :16 | | |
|    Cross | | :47 | |
|    Redirect | :02 | | |
|    Recross | | :01 | |
| | | | |
| Thomas Goeders | | | |
|    Direct | :42 | | |
|    Cross | | 1:18 | |
| *July 27, 2021* | | | |
| Thomas Goeders | | | |

| | | | |
|---|---|---|---|
| Cross (resumed) | | :10 | |
| Redirect | :09 | | |
| Recross | | :02 | |
| | | | |
| Judy Regnier | | | |
| Direct | 4:51 | | |
| | | | |
| *July 28, 2021* | | | |
| Judy Regnier | | | |
| Direct (cont'd) | 1:31 | | **Total Direct: 6:22** |
| Cross | | 3:32 | |
| | | | |
| *July 29, 2021* | | | |
| Judy Regnier | | | |
| Cross (cont'd) | | 2:44 | **Total Cross: 6:16** |
| Redirect | :50 | | |
| Recross | | :22 | |
| | | | |
| Joel Weiner | | | |
| Direct | :41 | | |
| | | | |
| *July 30, 2021* | | | |
| Joel Weiner | | | |
| Direct (cont'd) | :08 | | |
| Cross | | 1:21 | |
| | | | |

| Alexis Gardner | | | |
|---|---|---|---|
| Direct | 1:59 | | **Total Direct: 1:59** |
| Cross | | 1:20 | |
| | | | |
| *August 3, 2021* | | | |
| Alexis Gardner | | | |
| Cross (cont'd) | | 2:36 | **Total Cross: 3:56** |
| Redirect | :26 | | |
| Recross | | :17 | |
| | | | |
| Filipino Marchino | | | |
| Direct | 1:12 | | |
| | | | |
| *August 4, 2021* | | | |
| Filipino Marchino | | | |
| Direct (cont'd) | :21 | | |
| Cross | | 2:10 | |
| Redirect | :02 | | |
| Recross | | :06 | |
| | | | |
| Marilyn Sorensen | | | |
| Direct | :10 | | |
| Cross | | :10 | |
| | | | |
| Gregory Barela | | | |
| Direct | 1:48 | | |
| | | | |

| | | | |
|---|---|---|---|
| *August 5, 2021* | | | |
| Gregory Barela | | | |
|    Direct (resumed) | 1:50 | | **Total Direct: 3:38** |
|    Cross | | 2:10 | |
| | | | |
| *August 6, 2021* | | | |
| Gregory Barela | | | |
|    Cross (resumed) | | 2:05 | **Total Cross: 4:15** |
|    Redirect | :36 | | |
|    Recross | | :18 | |
| | | | |
| Court reads parties' stipulation | | | :04 |
| | | | |
| Government reading prior testimony | :27 | | |
| | | | |
| Long Tran | | | |
|    Direct | 1:22 | | |
| | | | |
| *August 10, 2021* | | | |
| Long Tran | | | |
|    Direct (resumed) | :29 | | |
|    Cross | | 1:23 | |
|    Redirect | :04 | | |
|    Recross | | :05 | |
| | | | |

| Mark Horoupian | | | |
|---|---|---|---|
| Direct | :25 | | |
| Cross | | :11 | |
| | | | |
| David Scheik | | | |
| Direct | 1:07 | | |
| Cross | | 1:13 | |
| Redirect | :01 | | |
| Recross | | :01 | |
| | | | |
| *August 12, 2021* | | | |
| Michelle Phan | | | |
| Direct | :55 | | **Total Direct: :55** |
| Cross | | 2:50 | **Total Cross: 2:50** |
| Redirect | :06 | | |
| Recross | | :03 | |
| | | | |
| Geoffrey Clark | | | |
| Direct | :10 | | |
| Cross | | :09 | |
| Redirect | :01 | | |
| Recross | | :01 | |
| | | | |
| Roberto Amenta | | | |
| Direct | :06 | | |
| Cross | | :08 | |
| | | | |

| | | | |
|---|---|---|---|
| John Drum | | | |
|    Direct | :21 | | |
| | | | |
| *August 13, 2021* | | | |
| John Drum | | | |
|    Direct (resumed) | 1:34 | | |
|    Cross | | 2:56 | |
|    Redirect | :16 | | |
|    Recross | | :05 | |
| | | | |
| Evan Jenness | | | |
|    Direct | :19 | | |
|    Cross | | :02 | |
| | | | |
| Joseph Varani | | | |
|    Direct | :39 | | |
| | | | |
| Carlos Colorado | | | |
|    Direct | :28 | | |
|    Cross | | :03 | |
|    Redirect | :02 | | |
| | | | |
| John Arden | | | |
|    Direct | 1:23 | | |
|    Cross | | :38 | |
|    Redirect | ; | | |
| | | | |

| | | | |
|---|---|---|---|
| *August 18, 2021* | | | |
| Raemun Karlous | | | |
|   Direct | | 2:38 | |
|   Cross | 1:13 | | |
|   Redirect | | :12 | |
|   Recross | :11 | | |
| | | | |
| Hillary Wolett | | | |
|   Direct | | :19 | |
|   Cross | :01 | | |
| | | | |
| Kathleen Mosby Sneeddon | | | |
|   Direct | | :17 | |
| | | | |
| *August 19, 2021* | | | |
| Kathleen Mosby Sneeddon (resumed) | | | |
|   Direct | | :25 | |
|   Cross | :08 | | |
|   Redirect | | :07 | |
|   Recross | :02 | | |
| | | | |

8