UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | November 14, 2022 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|

Interpreter

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | X | | Dean Steward, Advisory Counsel | NOT | | X |

Proceedings:   **[IN CHAMBERS] Minute Order re Application to Strike Government's Response to Sentencing Brief**

     Michael John Avenatti's ("Avenatti") applies to the Court *ex parte* for an order striking the Government's Response to Sentencing Brief.  (Docket No. 1031.)  The Government has filed an opposition.  (Docket No. 1035.)

     The Court set page limits for the parties' sentencing briefs: fifty pages for the opening brief and fifteen pages for any response.  (Docket No. 976.)  Avenatti's response brief complies with the page limit.  (Docket No. 1026.)  The Government's brief nominally complies, but attaches a 6-page "Appendix" dealing with Avenatti's objections to the Presentence Report.  (Docket No. 1023.)  Avenatti's objections were made in his opening brief, which was subject to page limitations. Quite legitimately, he expected that any response would be made in a pleading similarly subject to page limitations.  The Government's Appendix is a plain evasion of the Court-imposed page limitation, without even the grace to seek leave.[1]

     But for other reasons, the Court would grant the requested relief.

     Avenatti's application for an evidentiary hearing is far more than an application with authorities to support the request.  Rather it is a full-blown treatment of each client victim's losses and situation, replete with detailed individual charts in attached exhibits.  (Docket No. 1024.)  Conspicuously, none of this material is treated in his response to the

---

[1] Contrast Avenatti's application to file an over length opening brief.  (Docket No. 107.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Government's sentencing brief. (Docket No. 1026.)

      Pages limits apply and cannot be avoided by using "Appendices," another pleading, or some other subterfuge.

      The Court leaves the partes where they are.

                                                    :    0

**Initials of Deputy Clerk**   lmb