Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Fax (949) 481-4900

Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19-061-JVS |
| Plaintiff, | |
| | DEFENDANT'S SUPPLEMENTAL FILING OF EXHIBITS TO BE USED DURING SENTENCING HEARING |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Defendant MICHAEL JOHN AVENATTI ("Defendant"), by and through his advisory counsel of record, H. Dean Steward, hereby files the instant supplemental exhibits to be used during the sentencing hearing.

Dated: December 2, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Michael John Avenatti
　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI

# SUPPLEMENTAL EXHIBITS

Defendant files the following exhibits, which he anticipates will be used during the sentencing hearing scheduled for December 5, 2022.

1. Exhibit EEE is a true and correct copy of recent email correspondence between defendant and staff of the Bureau of Prisons relating to Covid-19.

2. Exhibit FFF is a highlighted true and correct copy of Page 14 of the government's recent sentencing memorandum in *United States v. Gina Champion-Cain* filed in Southern District of California case number 20-cr-021150-LAB on March 24, 2021.

3. Exhibit GGG is a true and correct copy of a letter sent by advisory counsel to AUSA Sagel, AUSA Katzenstein, and civil counsel for victims Geoffrey Johnson and Gregory Barela on October 31, 2022. Because no responses were ever received, no responses are attached.

4. Exhibit HHH is a true and correct copy of an email sent by AUSA Brett Sagel on August 25, 2022.

5. Exhibit III is a true and correct copy of an email sent by advisory counsel on August 30, 2022, responsive to AUSA Sagel's August 25, 2022 correspondence.

6. Exhibit JJJ is a true and correct copy of an email sent by AUSA Sagel on September 1, 2022, which responded to advisory counsel's August 30, 2022, email.

7. Exhibit KKK is a true and correct copy of an email sent by advisory counsel on September 7, 2022, in response to AUSA Sagel's September 1, 2022, email.

8. Exhibit LLL is a true and correct copy of an email sent by advisory counsel on September 19, 2022, which was a follow-up to the September 7, 2022 correspondence.

9. Exhibit MMM is a true and correct copy of an email sent by AUSA Sagel in response to advisory counsel's September 19, 2022 email correspondence.

10. Exhibit NNN is a true and correct copy of an email sent by a defense team representative to AUSA Sagel and AUSA Katzenstein on October 14, 2022.

Dated: December 2, 2022          /s/ Michael John Avenatti
                                 MICHAEL JOHN AVENATTI

1

# CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Suite 254 in Newport Beach, California. I am not a party to the above-entitled action. I have caused, on December 2, 2022, service of the:

DEFENDANT'S SUPPLEMENTAL FILING OF EXHIBITS TO BE USED DURING SENTENCING HEARING

on the following party, using the Court's ECF system:

AUSA RANEE KATZENSTEIN AND AUSA BRETT SAGEL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2022

/s/ H. Dean Steward
H. Dean Steward

2