Name: H. Dean Steward SBN 85317
Address: 17 Corpoate Plaza Dr., Ste 254
City, State, Zip: Newport Beach, CA 92660
Phone: 949-481-4900
Fax: 949-706-9994
E-Mail: deansteward7777@gmail.com

☐ FPD  ☐ Appointed  ☒ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES <br><br> PLAINTIFF(S), <br> v. <br> MICHAEL J. AVENATTI <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SA-CR-19-61-JVS <br><br> NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____Michael J. Avenatti_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
   168 months

☒ Bail status:
   In custody

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____12-5-22____. Entered on the docket in this action on ~~12-6-22~~ _____.

A copy of said judgment or order is attached hereto.

12-6-22                                       [signature]
Date                                          Signature
                                              ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

CJA ADVISORY COUNSEL

Note:   The Notice of Appeal shall contain the names of all ... the
        attorneys for each party. Also, if not electronically f... number
        of copies of the Notice of Appeal to permit prompt ...

A-2 (01/07)                              NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza, Ste. 254, Newport Beach, CA 92660. I am not a party to the above-entitled action. I have caused, on 12-6-22, service of the:

NOTICE OF APPEAL

on the following party, using the Court's ECF system:

AUSA BRETT SAGEL AND AUSA RANEE KATEZENSTEIN

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12-6-22

/s/ H. Dean Steward
H. Dean Steward