Michael John Avenatti (Pro Se)

H. Dean Steward, SBN 85317
17 Corporate Plaza, Suite 254
Newport Beach, California 92660
Fax (949) 481-4900


Advisory Counsel for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN AVENATTI,<br><br>　　　　Defendant. | SA CR No. 19-061-JVS<br><br>DEFENDANT'S OBJECTION TO ISSUANCE OF ANY POST-SENTENCING DECISION, EXPLANATION OR MEMORANDUM |

　　　Defendant's sentencing was completed at the end of the hearing held on Monday, December 5, 2022. Defendant filed his notice of appeal on December 6, 2022. [Dkt. 1050]. Accordingly, defendant objects to the Court's subsequent issuance of any written decision, explanation, or memorandum relating to defendant's sentencing.

　Dated: December 6, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Michael John Avenatti
　　　　　　　　　　　　　　　　　　　　MICHAEL JOHN AVENATTI