UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-61-JVS | Date | December 7, 2022 |
|---|---|---|---|

| Present: The Honorable | **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE** |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Michael John Avenatti** | NOT | X | | Dean Steward, Advisory Counsel | NOT | | X |

Proceedings:   **[IN CHAMBERS] Minute Order Striking Objection**

　　　　Defendant Michael John Avenatti ("Avenatti") has filed a pleading styled Objection to Issuance of Any Post-Sentencing Decision, Explanation or Memorandum ("Objection"). (Docket No. 1051.) The premise of the Objection is that the notice of appeal which he filed at the same time divested the Court of jurisdiction. (Docket No. 1050.)

　　　　No judgment has been entered. Thus Federal Rule of Appellate Procedure 4(b)(2) applies:

> A notice of appeal filed after the court announces a decision, sentence, or order--but before the entry of the judgment or order--is treated as filed on <u>the date of and after the entry</u>.

(F.R.A.P. 4(b)(2) (emphasis supplied). The notice of appeal is presently of no effect.

　　　　The Objection is stricken as frivolous and patently obstructionist.

|   | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |