

**FILED**

DEC 16 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50301 |
| Plaintiff-Appellee, | D.C. No. 8:19-cr-00061-JVS-1<br>Central District of California,<br>Santa Ana |
| v. | |
| MICHAEL JOHN AVENATTI, AKA Michael J. Avenatti, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) of appellant's appointed counsel, H. Dean Steward, to withdraw as counsel of record and to appoint new counsel, is granted.

The record reflects that Steward served as standby counsel in the district court. Appellant is advised that this court does not appoint standby or advisory counsel. Once appointed, new counsel will be responsible for all communications with the court, including briefing and argument; pro se filings generally will not be entertained.

If appellant objects to the appointment of counsel, he must notify this court in writing within 21 days and explain whether he intends to retain counsel or is seeking permission to proceed pro se.

The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by January 30, 2023. The transcript is due March 1, 2023. The opening brief and excerpts of record are due April 10, 2023; the answering brief is due May 10, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address. See 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel and appellant individually: Reg. No. 86743-054, FCI Terminal Island, Federal Correctional Institution, P.O. Box 3007, San Pedro, CA 90733.