# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Brittany Klein | 2a. Contact Phone Number: (213) 894-4455 | 3a. Contact E-mail Address: brittany_klein@fd.org |
| 1b. Attorney Name (if different): Brianna Mircheff | 2b. Attorney Phone Number: (213) 894-4784 | 3b. Attorney E-mail Address: brianna_mircheff@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

| | |
|---|---|
| 5. Name & Role of Party Represented | Defendant-Appellant Michael J. Avenatti |
| 6. Case Name | USA v. Avenatti |
| 7a. District Court Case Number | 8:19-cr-00061-JVS |
| 7b. Appeals Court Case Number | 22-50301 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:**
[x] Appeal  [ ] Non-Appeal   [x] Criminal  [ ] Civil   [ ] CJA  [ ] USA  [x] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE (30-day, 14-day, 7-day, 3-day, Daily, Hourly)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release date | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/2022 | 1053 | JVS | Sentencing | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 05/16/2022 | 935 | JVS | Telephonic Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 09/27/2021 | 827 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 9/20/2021 | 823 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 09/16/2021 | 816 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 27, 2022   Signature: /s/

G-120 (06/18)