# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Brittany Klein |
| 2a. Contact Phone Number | (213) 894-4455 |
| 3a. Contact E-mail Address | brittany_klein@fd.org |
| 1b. Attorney Name (if different) | Brianna Mircheff |
| 2b. Attorney Phone Number | (213) 894-4784 |
| 3b. Attorney E-mail Address | brianna_mircheff@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

**5. Name & Role of Party Represented:** Defendant-Appellant Michael J. Avenatti
**6. Case Name:** USA v. Avenatti
**7a. District Court Case Number:** 8:19-cr-00061-JVS
**7b. Appeals Court Case Number:** 22-50301

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2021 | 471 | JVS | Motion to Reopen Detention Hearing | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 05/17/2021 | 461 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| 04/06/2020 | 134 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 27, 2022   Signature: /s/

G-120 (06/18)