```
1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  MARGARET A. FARRAND (Bar No. 235295)
   Deputy Federal Public Defender
3  (E Mail: Margaret_Farrand@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-7528
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   MICHAEL JOHN AVENATTI
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:19-cr-00061-JVS-1 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Margaret A. Farrand has been assigned to represent Defendant Michael John Avenatti in this matter. She is replacing Deputy Federal Public Defender Brianna Mircheff as counsel for Mr. Avenatti. Please remove Ms. Mircheff from the docket.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Margaret A. Farrand receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 5, 2023   By: */s/ Margaret Farrand*
                         MARGARET A. FARRAND
                         Deputy Federal Public Defender