# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Brittany Klein |
| 2a. Contact Phone Number | (213) 894-4455 |
| 3a. Contact E-mail Address | brittany_klein@fd.org |
| 1b. Attorney Name (if different) | Margaret Farrand |
| 2b. Attorney Phone Number | (213) 894-2854 |
| 3b. Attorney E-mail Address | margaret_farrand@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Defendant-Appellant Michael J. Avenatti |
| 6. Case Name | USA v. Avenatti |
| 7a. District Court Case Number | 8:19-cr-00061-JVS |
| 7b. Appeals Court Case Number | 22-50301 |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:**  ☒ Appeal  ☐ Non-Appeal    ☒ Criminal  ☐ Civil    ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/8/2021 | 435 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ ____ | ORDINARY (30-day) |
| 7/19/2021 | 557 | JVS | Questioning of Juror | ○ | ○ | ○ | ○ | ● | ○ | ○ ____ | ORDINARY (30-day) |
| 8/26/2021 | 781 | JVS | Telephonic Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ ____ | ORDINARY (30-day) |
| 5/19/2022 | 939 | JVS | Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ ____ | ORDINARY (30-day) |
| 5/7/2019 | 27 | JVS | Status Conference re Represntation | ○ | ○ | ○ | ○ | ● | ○ | ○ ____ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 10, 2023    Signature: /s/

G-120 (06/18)