# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Brittany Klein | 2a. Contact Phone Number: (213) 894-4455 | 3a. Contact E-mail Address: brittany_klein@fd.org |
| 1b. Attorney Name (if different): Margaret Farrand | 2b. Attorney Phone Number: (213) 894-2844 | 3b. Attorney E-mail Address: margaret_farrand@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles CA 90012

**5. Name & Role of Party Represented:** Defendant-Appellant Michael Avenatti
**6. Case Name:** USA v. Avenatti
**7a. District Court Case Number:** 8:19-cr-00061-JVS
**7b. Appeals Court Case Number:** 22-50301

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal   [X] Criminal  [ ] Civil   [ ] CJA  [ ] USA  [X] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | FORMAT | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|
| 6/10/19 | 42 | JDE | Bond Review | CM/ECF ACCESS (web) | | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 10, 2023   Signature: /s/

G-120 (06/18)