CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7528
Facsimile: (213) 894-0081

Attorneys for Defendant
MICHAEL JOHN AVENATTI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI,<br><br>  Defendant. | Case No. 19-cr-0061-JVS-1<br><br>**UNOPPOSED EX PARTE APPLICATION TO DISCLOSE COURT'S COMPLETE, NON-PUBLIC DOCKET TO PARTIES FOR PURPOSES OF APPEAL, TO THE EXTENT SUCH DOCUMENTS WERE AVAILABLE TO THE DEFENSE DURING DISTRICT COURT PROCEEDINGS; DECLARATION OF MARGARET A. FARRAND** |

Defendant Michael John Avenatti, by and through his counsel of record, respectfully applies *ex parte* for an order disclosing the Court's complete, non-public docket to the parties for purposes of appeal, including but not limited to any complete or partial transcripts that are currently denoted as under seal, to the extent such documents were available to the defense during Mr. Avenatti's district court proceedings. The government does not oppose this request. This application is based on

//

//

//

the files and records in this case and the attached declaration of Margaret A. Farrand. A proposed order granting the requested relief is being filed simultaneously with this application.

                                        Respectfully submitted,

                                        CUAUHTEMOC ORTEGA
                                        Federal Public Defender

DATED: January 11, 2023          By: */s/ Margaret A. Farrand*
                                        MARGARET A. FARRAND
                                        Deputy Federal Public Defender
                                        Attorney for Michael John Avenatti

**DECLARATION OF MARGARET A. FARRAND**

I, Margaret A. Farrand, hereby declare and state as follows:

1. I am a Deputy Federal Public Defender in the Central District of California. I have been assigned to represent Defendant Michael John Avenatti in his currently pending appeal. *See United States v. Avenatti*, No. 22-50301 (9th Cir.).

2. On June 16, 2022, Mr. Avenatti pled guilty to four counts of wire fraud (18 U.S.C. § 1343), as alleged in counts 5, 8, 9, and 10 of the Indictment, and one count of endeavoring to obstruct the administration of the Internal Revenue Service (26 U.S.C. § 7212(a)) as alleged in count 19 of the Indictment. (Docket Nos. 16, 955.) On December 5, 2022, the Court sentenced Mr. Avenatti to 168 months on each of the pled-to counts, to run concurrently with each other and consecutive to undischarged terms of imprisonment in separate cases adjudicated in New York, followed by three years of supervised release, and to pay a total of $7,603,564.00 in restitution. (Docket Nos. 1053, 1060 (Amended Judgment).) Mr. Avenatti timely appealed. (Docket Nos. 1061 (Notice of Appeal), 1063 (Amended Notice of Appeal).)

3. To adequately represent Mr. Avenatti on appeal, I must review all documents in the district court record, and all transcripts, that were available to the defense during the district court proceedings. But my review threatens to be hampered by the fact that transcripts of certain district court proceedings appear to have been designated as under seal. For instance, the transcript of trial proceedings on August 12, 2021 (filed at Docket No. 700) includes a notation stating, "Previous proceedings were sealed by the Court and under separate cover." (Docket No. 700 at 4.) There may be additional documents, or portions of documents, that are also designated as sealed and maintained by the Court otherwise than on the public docket, but which the defense was entitled to access during the district court proceedings. Absent an order from this Court permitting me to access those under-seal transcripts (and any other under-seal or otherwise confidential documents), they will not be available to me through PACER.

4. Although the defense files should contain this and all other documents

pertaining to Mr. Avenatti's case to which the defense had access, I cannot be certain that I have reviewed everything I need to review unless I am able to match each document to the corresponding docket entry and designated under-seal notation in the file. I therefore respectfully request that the Court instruct its clerk to provide the parties with a copy of its complete, non-public docket to the extent the defense was entitled to access those documents during the district court proceedings.

5. A proposed order granting the requested relief is being filed simultaneously with this application.

6. On January 10, 2023, I emailed Assistant United States Attorneys Brett Sagel and Ranee Katzenstein, who represent the government in this case, a draft of this application and the accompanying proposed order, and asked them for the government's position on the application. They responded that the government does not oppose the requested relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2023, at Los Angeles, California.

*/s/ Margaret A. Farrand*
Margaret A. Farrand