# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL JOHN AVENATTI,<br><br>   Defendant. | Case No. 19-cr-0061-JVS-1<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Court clerk shall provide counsel for the government and the defendant with copies of the Court's complete, non-public docket in this case, including but not limited to any under-seal portions of transcripts, to the extent the defense was entitled to access those documents during the district court proceedings. This docket shall remain under seal as to the public.

IT IS SO ORDERED.

DATED: _____          _____
                        HON. JAMES V. SELNA
                        United States District Judge

Presented by:
Margaret A. Farrand
Counsel for Michael John Avenatti