1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-cr-00061-JVS-1 |
| Plaintiff, | |
| v. | **ORDER [1069]** |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Court clerk shall provide counsel for the government and the defendant with copies of the Court's complete, non-public docket in this case, including but not limited to any under-seal portions of transcripts, to the extent the defense was entitled to access those documents during the district court proceedings. **This sealed portions of the docket shall remain under seal as to the public.**

IT IS SO ORDERED.

DATED: January 12, 2023

_____
HON. JAMES V. SELNA
United States District Judge

Presented by:
Margaret A. Farrand
Counsel for Michael John Avenatti