Margaret A. Farrand, DFPD (SBN 235295)
321 E. 2nd Street
Los Angeles, California 90012
Tel. (213) 894-7528/Fax (213) 894-0081

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

MICHAEL JOHN AVENATTI,

DEFENDANT.

DISTRICT COURT CASE NO: 8:19-cr-00061-JVS-1

APPEALS COURT CASE NO: 22-50301

## TRANSCRIPT DESIGNATION FORM

**INSTRUCTIONS:**

For additional information about designating transcripts on appeal, refer to the Federal Rules of Appellate Procedure, the local rules of the circuit in which the appeal is pending, and the instructions below. Please file a separate Transcript Designation Form ("TDF") in each district court case in which transcripts are being designated.

**1. Decide Which Transcripts to Designate.** The parties to the appeal must each decide which parts of the proceedings in this Court are necessary to the record on appeal, and ensure that a transcript is prepared for each such part, which must be listed in the chart below (attach additional pages if necessary). If you do not intend to designate any transcripts of the proceedings in this Court as part of the record on appeal, you must so indicate below.

**2. Determine Whether Those Transcripts Have Already Been Filed.** For each proceeding listed in the chart below, you must review the Court's docket to see if a transcript has already been prepared and filed. If it has, provide the docket number; if not, check the box to indicate that you have ordered it.

**3. Order Any Transcripts That Have Not Yet Been Filed.** Before filing this form, you must complete and submit a G-120 Transcript Order Form for any transcripts not already on the docket. IMPORTANT: Transcripts are not considered ordered until the G-120 form has been submitted and you have made payment arrangements with the court reporter or transcription company, or received authorization for the transcript to be paid for out of Criminal Justice Act ("CJA") funds.

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | COURT REPORTER | TRANSCRIPT E-FILED? CM/ECF DOCKET NO.? |
|---|---|---|---|---|
| 5/7/2019 | JVS | Status Conference re Representation [27] | Sharon Seffens | ☒ Yes; Dkt # 334<br>☐ No; I have ordered it. |
| 5/15/2019 | JVS | Status Conference re Representation [33] | Sharon Seffens | ☒ Yes; Dkt # 107<br>☐ No; I have ordered it. |
| 6/10/2019 | JDE | Bond Review Hearing [42] | Courtsmart | ☐ Yes; Dkt #<br>☒ No; I have ordered it. |
| 7/8/2019 | JVS | Status Conference [45] | Sharon Seffens | ☒ Yes; Dkt # 46<br>☐ No; I have ordered it. |
| 8/26/2019 | JVS | Motion to Compel Hearing [64] | Sharon Seffens | ☒ Yes; Dkt # 108<br>☐ No; I have ordered it. |
| 12/2/2019 | JVS | Status Conference [72] | Sharon Seffens | ☒ Yes; Dkt # 109<br>☐ No; I have ordered it. |
| 1/15/2020 | JVS | Bail Review Hearing | Miriam Baird | ☒ Yes; Dkt # 94<br>☐ No; I have ordered it. |
| 1/31/2020 | JVS | Status Conference [97] | Sharon Seffens | ☒ Yes; Dkt # 111<br>☐ No; I have ordered it. |

I hereby certify that (*check one of the following and sign below*):   *Continued on additional page(s)?* ☒ Yes ☐ No

☐ I do not intend to designate any portion of the transcript.

☐ All transcripts listed above are already on file in the U.S. District Court case at the docket numbers provided.

☒ All transcripts listed above that are not already on file in the U.S. District Court have been ordered. I have submitted one or more G-120 Transcript Order Forms in accordance with that form's instructions, and have made all necessary payment arrangements. I will pay all charges for transcripts I have ordered, or, where applicable, take all necessary steps to secure payment under the CJA. (Indicate here if CJA funds to be used: ☐ .)

Date: 01/25/2023     Signature: /s/ Margaret Farrand

G-126 (10/15)        **TRANSCRIPT DESIGNATION FORM**

<u>USA v. Avenatti</u>

District Court Case No. 8:19-cr-00061-JVS-1

Court of Appeals Case No. 22-50301

# Designation of Record on Appeal, Continued

| Date | Judge | Proceeding Type/Portion | Court Reporter | Docket Number and/or Status |
|---|---|---|---|---|
| 03/02/2020 | JVS | Status Conference [114] | Sharon Seffens | Dkt. 333 |
| 03/06/2020 | JVS | Status Conference [115] | Sharon Seffens | Dkt. 334 |
| 03/31/2020 | JVS | Status Conference re Bond [134] | Sharon Seffens | Dkt. 132 |
| 04/06/2020 | JVS | Status Conference re Bond [138] | Sharon Seffens | Ordered 12/27/2022 |
| 04/27/2020 | JVS | Telephonic Status Conference [153] | Sharon Seffens | Dkt. 162 |
| 06/01/2020 | JVS | Telephonic Status Conference [169] | Sharon Seffens | Dkt. 181 |
| 06/08/2020 | JVS | Telephonic Status Conference [184] | Sharon Seffens | Dkt. 182 |
| 06/11/2020 | JVS | Telephonic Status Conference [194] | Sharon Seffens | Dkt. 197 |
| 07/06/2020 | JVS | Telephonic Status Conference [199] | Sharon Seffens | Dkt. 204 |
| 08/03/2020 | JVS | Telephonic Status Conference [229] | Sharon Seffens | Dkt. 237 |
| 08/31/2020 | JVS | Telephonic Status Conference [259] | Sharon Seffens | Dkt. 289 |
| 10/19/2020 | JVS | Status Conference [364] | Sharon Seffens | Dkt. 369 |
| 10/27/2020 | JVS | Telephonic Status Conference [368] | Sharon Seffens | Dkt. 463 |
| 01/06/2021 | JVS | Zoom Status Conference [396] | Sharon Seffens | Dkt. 400 |
| 04/07/2021 | JVS | Zoom Status Conference [435] | Sharon Seffens | Dkt. 436 |
| 04/08/2021 | JVS | Zoom Status Conference [435] | Sharon Seffens | Ordered 1/10/2023 |
| 05/17/2021 | JVS | Status Conference [461] | Sharon Seffens | Ordered 12/27/22 |

| | | | | |
|---|---|---|---|---|
| 05/28/2021 | JVS | Motion Hearing re Detention [471] | Sharon Seffens | Ordered 12/27/22 |
| 06/28/2021 | JVS | Pretrial Conference [514] | Sharon Seffens | Dkt. 523 |
| 07/13/2021 | JVS | Jury Trial - Day 1 [553] | Sharon Seffens | Dkt. 568 |
| 07/14/2021 | JVS | Jury Trial - Day 2 [554] | Sharon Seffens | Dkt. 569 |
| 07/15/2021 | JVS | Jury Trial - Day 3 [555] | Sharon Seffens | Dkt. 570 |
| 07/16/2021 | JVS | Jury Trial - Day 4 [556] | Sharon Seffens | Dkt. 571 |
| 07/19/2021 | JVS | Questioning of Jurors [557] | Sharon Seffens | Ordered 1/10/2023 |
| 07/20/2021 | JVS | Jury Trial - Day 5 [575] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 572 (AM) Dkt. 581 (PM) |
| 07/21/2021 | JVS | Jury Trial - Day 6 [576] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 573 (AM) Dkt. 582 (PM) |
| 07/22/2021 | JVS | Jury Trial - Day 7 [583] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 616 (AM) Dkt. 583 (PM) |
| 07/23/2021 | JVS | Jury Trial - Day 8 [588] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 617 (AM) Dkt. 584 (PM) |
| 07/27/2021 | JVS | Jury Trial - Day 9 [604] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 618 (AM) Dkt. 624 (PM) |
| 07/28/2021 | JVS | Jury Trial - Day 10 [607] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 619 (AM) Dkt. 625 (PM) |
| 07/29/2021 | JVS | Jury Trial - Day 11[613] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 620 (AM) Dkt. 626 (PM) |
| 07/30/2021 | JVS | Jury Trial - Day 12 [632] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 621 (AM) Dkt. 627 (PM) |

| 08/03/2021 | JVS | Jury Trial - Day 13 [642] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 654 (AM) Dkt. 661 (PM) |
|---|---|---|---|---|
| 08/04/2021 | JVS | Jury Trial - Day 14 [645] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 655 (AM) Dkt. 662 (PM) |
| 08/05/2021 | JVS | Jury Trial - Day 15 [650] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 656 (AM) Dkt. 663 (PM) |
| 08/06/2021 | JVS | Jury Trial - Day 16 [673] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 657 (AM) Dkt. 664 (PM) |
| 08/10/2021 | JVS | Jury Trial - Day 17 [683] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 693 (AM) Dkt. 698 (PM) |
| 08/11/2021 | JVS | Jury Trial - Day 18 [692] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 694 (AM) Dkt. 699 (PM) |
| 08/12/2022 | JVS | Jury Trial - Day 19 [708] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 695 (AM) Dkt. 700 (PM) |
| 08/13/2021 | JVS | Jury Trial - Day 20 [719] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 696 (AM) Dkt. 701 (PM) |
| 08/17/2021 | JVS | Jury Trial - Day 21 [735] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 788 (AM) Dkt. 761 (PM) |
| 08/18/2021 | JVS | Jury Trial - Day 22 [743] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 789 (AM) Dkt. 762 (PM) |
| 08/19/2021 | JVS | Jury Trial - Day 23 [748] | Sharon Seffens (AM) /Debbie Hino-Spaan (PM) | Dkt. 756 (AM) Dkt. 763 (PM) |
| 08/20/2021 | JVS | Jury Trial - Day 24 [749] | Sharon Seffens | Dkt. 757 |
| 08/22/2021 | JVS | Emergency Telephonic Conference [765] | Sharon Seffens | Dkt. 795 |

| | | | | |
|---|---|---|---|---|
| 08/23/2021 | JVS | Jury Trial - Day 25 [773] | Sharon Seffens | Dkt. 791 |
| 08/24/2021 | JVS | Jury Trial - Day 26 [780] | Sharon Seffens | Dkt. 792 |
| 08/24/2021 | JVS | Telephone Status Conference | Sharon Seffens | Dkt. 793 |
| 08/26/2021 | JVS | Telephonic Status Conference [781] | Sharon Seffens | Ordered 1/10/2023 |
| 09/16/2021 | JVS | Status Conference [817] | Sharon Seffens | Ordered 12/27/2022 |
| 09/20/2021 | JVS | Status Conference [823] | Sharon Seffens | Ordered 12/27/2022 |
| 09/27/2021 | JVS | Status Conference [827] | Sharon Seffens | Ordered 12/27/2022 |
| 10/04/2021 | JVS | Motion Hearing [837] | Sharon Seffens | Dkt. 841 |
| 10/12/2021 | JVS | Status Conference | Sharon Seffens | Dkt 879 |
| 10/15/2021 | JVS | Telephonic Status Conference [866] | Sharon Seffens | Dkt. 867 |
| 12/16/2021 | JVS | Status Conference re Bail Conditions [894] | Sharon Seffens | Dkt. 898 |
| 05/06/2022 | JVS | Telephonic Status Conference [926] | Sharon Seffens | Dkt. 930 |
| 05/16/2022 | JVS | Telephonic Status Conference [935] | Sharon Seffens | Ordered 12/27/2022 |
| 05/19/2022 | JVS | Status Conference [939] | Sharon Seffens | Ordered 1/10/2023 |
| 06/16/2022 | JVS | Change of Plea [955] | Sharon Seffens | Dkt. 961 |
| 12/05/2022 | JVS | Sentencing [1053] | Sharon Seffens | Ordered 12/27/2022 |