1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,     )CERTIFIED TRANSCRIPT
                    Plaintiff, )
     vs.                       )
                               )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,         )
                    Defendant. )
-----------------------------)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 7, 2019


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1    APPEARANCES OF COUNSEL:

 2    For the Plaintiff:

 3    NICOLA T. HANNA
      United States Attorney
 4    BRANDON D. FOX
      Assistant United States Attorney
 5    Chief, Criminal Division
      ALEXANDER WYMAN
 6    Assistant United States Attorney
      Major Frauds Section
 7    1100 United States Courthouse
      312 North Spring Street
 8    Los Angeles, CA  90012
      (213) 894-6683
 9
      BRETT A. SAGEL
10    Assistant United States Attorney
      Ronald Reagan Federal Building
11    411 West Fourth Street, Suite 8000
      Santa Ana, CA  92701
12    (714) 338-3598

13    ALSO PRESENT:

14    AMY CARLIN
      GEORGINA WAKEFIELD
15    Deputy Public Defenders
      FEDERAL PUBLIC DEFENDER'S OFFICE

16

17

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; TUESDAY, MAY 7, 2019; 10:01 A.M.       |
| 10:01 | 2  |     THE CLERK:  Calling Item No. 1, SACR-19-00061-JVS, |
| 10:01 | 3  | United States of America versus Michael John Avenatti.       |
| 10:01 | 4  |     Appearances, please.                 |
| 10:01 | 5  |     MR. ANDRE:  Good morning, Your Honor.  Julian |
| 10:01 | 6  | Andre and Brett Sagel on behalf of the United States.        |
| 10:02 | 7  |     MS. CARLIN:  Good morning, Your Honor.  Amy Carlin |
| 10:02 | 8  | and Georgina Wakefield.  We have not been appointed but are  |
| 10:02 | 9  | appearing on behalf of Michael Avenatti.                     |
| 10:02 | 10 |     THE COURT:  Good morning.            |
| 10:02 | 11 |     The purpose of this hearing is to discuss |
| 10:02 | 12 | Mr. Avenatti's representation.  I see three possibilities:    |
| 10:02 | 13 | One, Mr. Avenatti retains counsel at his expense, which he   |
| 10:02 | 14 | has an absolute right to do; two, I appoint the federal      |
| 10:02 | 15 | public defender.  I would only do that upon presentation of  |
| 10:02 | 16 | a complete financial statement; three, Mr. Avenatti          |
| 10:02 | 17 | represents himself.  One of those three modes will be in     |
| 10:02 | 18 | place no later than a week from today.                       |
| 10:02 | 19 |     I understand Mr. Avenatti would like to continue |
| 10:02 | 20 | this for one week.                                            |
| 10:02 | 21 |     MS. CARLIN:  That's correct.  Mr. Avenatti is in |
| 10:02 | 22 | the finalization of retaining counsel.  He believes he       |
| 10:03 | 23 | should have counsel in place by next week.  We ask that the  |
| 10:03 | 24 | status conference be continued to next Wednesday, the 15th,  |
| 10:03 | 25 | at 10:00.                                                    |

4

10:03   1          THE COURT:  Okay.  The matter will go over to next

10:03   2   Wednesday at 10:00 a.m.  If counsel is not in place, I will

10:03   3   conduct a Faretta colloquy with regard to Mr. Avenatti's

10:03   4   ability to represent himself, but one of those three options

10:03   5   will be in place no later than next Wednesday.

10:03   6          MS. CARLIN:  If Mr. Avenatti has counsel by next

10:03   7   week, I will file a Notice of Appearance.  I assume the

10:03   8   status conference will be taken off calendar.

10:03   9          THE COURT:  Correct.

10:03  10          Okay, anything else we ought to take up?

10:03  11          MR. ANDRE:  No, Your Honor.  Thank you.

10:04  12          THE COURT:  Okay.  Thank you.

10:04  13          MR. SAGEL:  We do have one matter.

10:04  14          MR. JULIAN:  Is there going to be a contribution

10:04  15   for any sources the public defenders have provided to

10:04  16   Mr. Avenatti to date?  They were at the last hearing.

10:04  17   There is a federal public defender down from Los Angeles.

10:04  18   We assume they have had some communication with him in

10:04  19   the interim time period.  We think there should be a

10:04  20   contribution order as to any sources they provided.

10:04  21          THE COURT:  Let's discuss that next week.

10:04  22          MS. CARLIN:  Thank you, Your Honor.

10:04  23          MR. JULIAN:  Thank you, Your Honor.

10:04  24          THE COURT:  Okay.  Thank you.

10:04  25          (Whereupon, the proceedings were concluded.)

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
10:04    1                         *       *       *
10:04    2
10:04    3
10:04    4
10:04    5                         CERTIFICATE
10:04    6
10:04    7         I hereby certify that pursuant to Section 753,
10:04    8    Title 28, United States Code, the foregoing is a true and
10:04    9    correct transcript of the stenographically reported
10:04   10    proceedings held in the above-entitled matter and that the
10:04   11    transcript page format is in conformance with the
10:04   12    regulations of the Judicial Conference of the United States.
10:04   13
10:04   14    Date:  February 4, 2023
10:04   15
10:04   16
10:04
10:04   17                    /s/   Sharon A. Seffens  2/4/23
10:04          _____
10:04   18          SHARON A. SEFFENS, U.S. COURT REPORTER
        19
        20
        21
        22
        23
        24
        25
```