```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

                              - - -

        THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


        UNITED STATES OF AMERICA,      ) CERTIFIED TRANSCRIPT
                          Plaintiff,   )
              vs.                      )
                                       )  SACR-19-00061-JVS
        MICHAEL JOHN AVENATTI,         )
                          Defendant.   )
        -------------------------------)



            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   Santa Ana, California

                      May 19, 2022



                   SHARON A. SEFFENS, RPR
                   United States Courthouse
                   411 West 4th Street, Suite 1-1053
                   Santa Ana, CA  92701
                   (612) 804-8655
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     RANEE A. KATZENSTEIN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-2432
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

```
11:30    1    SANTA ANA, CALIFORNIA; THURSDAY, MAY 19, 2022; 11:30 A.M.
11:30    2         THE CLERK:  Calling Item No. 3, SACR-19-00061-JVS,
11:30    3    United States of America versus Michael John Avenatti.
11:30    4         MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
11:30    5    and Ranee Katzenstein on behalf of the United States.
11:30    6         THE COURT:  Good morning.
11:30    7         MR. AVENATTI:  Dean Steward, advisory counsel for
11:31    8    Mr. Avenatti, and I believe he is joining us by telephone.
11:31    9         THE COURT:  Okay.
11:31   10         MR. AVENATTI:  Good morning, Your Honor.  Michael
11:31   11    Avenatti.
11:31   12         THE COURT:  Sir, do you consent to allow us to
11:31   13    conduct this conference via telephone?
11:31   14         MR. AVENATTI:  Yes, Your Honor.
11:31   15         THE COURT:  Well, let's address the situation.  My
11:31   16    understanding is either Monday or Tuesday the marshals began
11:31   17    the process of transporting Mr. Avenatti to New York for his
11:31   18    June 2 sentencing in the Stormy Daniels case.
11:31   19         Sir, I understand you are presently in
11:31   20    Victorville.
11:31   21         MR. AVENATTI:  That's correct, Your Honor.  I
11:31   22    don't know how long I'm going to be here or when I'm going
11:31   23    to be transported next, although I was given a COVID test
11:31   24    earlier today, so that seems to indicate that I'm going to
11:31   25    be moved within the next 24 hours.
```

```
11:31   1          THE COURT:  Well, my understanding is you are
11:31   2   going to be flown to Brooklyn on the 25th.  Be that as it
11:32   3   may, with the consent of the parties, I spoke with Judge
11:32   4   Furman several times.  He is going to go forward with his
11:32   5   June 2 sentencing.  He indicated that he would instruct the
11:32   6   marshals to cause Mr. Avenatti to be back in California on
11:32   7   June 6.
11:32   8          Basically Mr. Avenatti will have lost three weeks
11:32   9   of time to conduct virtually any aspect of trial
11:32  10   preparation.  I understand that while he is gone there are
11:32  11   difficulties in communicating with counsel.  He does not
11:32  12   have his materials, and basically he will get nothing done
11:32  13   until he gets back here.
11:32  14          If he is back here by June 6, it means he will be
11:32  15   out of pocket for trial preparation purposes for three
11:33  16   weeks.  Our current date trial date is July 5.  I propose
11:33  17   putting that out three weeks to July 26, and continuing the
11:33  18   June 13 hearing two weeks to June 27 to consider the pending
11:33  19   motions and discuss pretrial procedures.
11:33  20          Comments.
11:33  21          MR. SAGEL:  That's acceptable with the government.
11:33  22   Unless Your Honor has any questions for us, I will respond
11:33  23   if there is anything that is necessary, but that's
11:33  24   acceptable to the government.
11:33  25          THE COURT:  Mr. Avenatti.
```

```
11:33   1           MR. AVENATTI:  That's acceptable to me as well,
11:33   2   Your Honor.  I would like to set a revised briefing schedule
11:33   3   on the pending motions if possible.
11:33   4           THE COURT:  That's fine.
11:33   5           MR. AVENATTI:  So if I am returned to Terminal
11:33   6   Island on Tuesday, I believe I could have my reply in on the
11:34   7   contempt motion two weeks after that date, and then also
11:34   8   have my opposition in on the motion in my relation to
11:34   9   Mr. Stolper.  I am also willing to give the government a
11:34  10   little more time to file their opposition on the contempt
11:34  11   motion since I am going to be out of pocket during that
11:34  12   time.
11:34  13           THE COURT:  Fine.  Why don't you meet and confer
11:34  14   on that and put together a stip to present to the court.
11:34  15           THE CLERK:  They can't meet and confer.
11:34  16           THE COURT:  Well, you will be able to meet and
11:34  17   confer by June 6.
11:34  18           MR. SAGEL:  Potentially.  Our only ability to do
11:34  19   that would be through the New York counsel most likely who
11:34  20   will have access to him possibly once he gets to Brooklyn.
11:34  21           THE COURT:  Well, let's discuss specific dates and
11:34  22   put them in the minutes of this hearing.
11:34  23           If we have a June 27 hearing on all the pending
11:35  24   motions -- the only outstanding briefing from the government
11:35  25   as I understand it is its opposition to the contempt motion.
```

```
11:35   1              MR. SAGEL:  Correct.
11:35   2              THE COURT:  When can you get that in?
11:35   3              MR. SAGEL:  We were originally planning on doing
11:35   4   it by Monday.
11:35   5              THE COURT:  That's fine.
11:35   6              MR. SAGEL:  I guess I would ask for one extra week
11:35   7   since he's not going to be able to see it until he gets back
11:35   8   anyway.
11:35   9              MR. AVENATTI:  I have no objection.
11:35  10              THE COURT:  Okay.  Then your opposition to the
11:35  11   contempt motion would be due --
11:35  12              MR. SAGEL:  May 30th or the 31st, which would be
11:35  13   the Tuesday after the holiday.
11:35  14              THE COURT:  Okay, May 31.
11:35  15              Then your reply and any other outstanding replies
11:35  16   that you have, Mr. Avenatti, would be due -- let's say if
11:35  17   you are back by the 6th --
11:36  18              MR. AVENATTI:  I would ask for two weeks if that's
11:36  19   acceptable, June 20.
11:36  20              THE COURT:  That's fine, June 20.  Then we will go
11:36  21   forward with the hearing on June 27.  So I think that gives
11:36  22   us all the dates we need for the minutes of this hearing.
11:36  23              MR. AVENATTI:  Thank you, Your Honor.  There are
11:36  24   two other motions in-limine, one of which may not be opposed
11:36  25   by me.  It relates to the admissibility of the prior
```

```
11:36   1    convictions and then the second with Mr. Stolper.  I would
11:36   2    ask to be able to submit my opposition on June 20 on each of
11:36   3    those if I decide to oppose them.
11:36   4               THE COURT:  Well, the government is entitled to an
11:36   5    opportunity to reply.  Submit if you're going to oppose
11:36   6    those by June 13.  That gives your trial team a chance to
11:36   7    think about it while you're gone a full week and put
11:36   8    together any response if you choose to respond.
11:37   9               MR. AVENATTI:  The opposition on those two motions
11:37  10    would be due on June 13 if I decide to oppose then, and then
11:37  11    my reply on the contempt would be due on the 20th; is that
11:37  12    correct?
11:37  13               THE COURT:  Correct.
11:37  14               MR. AVENATTI:  Okay.  Thank you.  I have nothing
11:37  15    further, Your Honor.
11:37  16               THE COURT:  Okay.
11:37  17               Mr. Steward, do you have anything?
11:37  18               MR. STEWARD:  No, Your Honor.  Thank you.
11:37  19               MR. SAGEL:  Nothing from the government.
11:37  20               THE COURT:  Okay.  I'll be gone the next two
11:37  21    weeks, but if events necessitate a further status
11:37  22    conference, Ms. Bredahl will simply track you down.
11:37  23               Okay, thank you.
11:37  24               MR. SAGEL:  Does Your Honor need us to submit --
11:37  25               THE COURT:  Yes, submit a stip for the trial date.
```

```
11:37   1            MR. SAGEL:  Okay.  We previously had submitted a
11:37   2   speedy trial stip and order to the defendant.  We never
11:38   3   heard back, but obviously his transport has changed those
11:38   4   circumstances.  Do you want us to submit it as an ex parte?
11:38   5            THE COURT:  No.  Why don't you get his signature.
11:38   6   If he is back by June 6, there is plenty of time to get his
11:38   7   signature before the Speedy Trial Act runs.
11:38   8            MR. SAGEL:  Fair enough.
11:38   9            THE COURT:  Okay, thank you.
11:38  10            (Whereupon, the proceedings were concluded.)
11:38  11                         *    *    *
11:38  12
11:38  13
11:38  14
11:38  15
11:38  16
11:38  17
11:38  18
11:38  19
11:38  20
11:38  21
11:38  22
11:38  23
11:38  24
11:38  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: February 4, 2023

/s/   Sharon A. Seffens   2/4/23
_____
SHARON A. SEFFENS, U.S. COURT REPORTER