```
              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

                    SOUTHERN DIVISION

                         - - -

     THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


     UNITED STATES OF AMERICA,    )CERTIFIED TRANSCRIPT
                      Plaintiff,  )
         vs.                      )
                                  )  SACR-19-00061-JVS
     MICHAEL JOHN AVENATTI,       )
                      Defendant.  )
     ------------------------------)



          REPORTER'S TRANSCRIPT OF PROCEEDINGS

                Santa Ana, California

                   April 6, 2020



                SHARON A. SEFFENS, RPR
                United States Courthouse
                411 West 4th Street, Suite 1-1053
                Santa Ana, CA  92701
                (612) 804-8655
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   H. DEAN STEWARD
     H. DEAN STEWARD LAW OFFICES
15   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
16   (949) 481-4900

17

18

19

20

21

22

23

24

25
```

```
 1   SANTA ANA, CALIFORNIA; MONDAY, APRIL 6, 2020; 9:31 A.M.
 2              (Per telephonic conference)
 3              THE CLERK:  Calling SACR-19-00061-JVS, United
 4   States of America versus Michael John Avenatti.
 5              Counsel, please state your appearances for the
 6   record.
 7              MR. ANDRE:  Good morning, Your Honor.  Julian
 8   Andre and Brett Sagel on behalf of the United States.
 9              MR. STEWARD:  Good morning, Your Honor.  Dean
10   Steward for Mr. Avenatti, who has a waiver on file.
11              THE COURT:  Good morning.  This is Judge Selna.
12              I have had a chance to review Mr. Avenatti's most
13   recent application for bail.  Virtually no progress has been
14   made since the last application was tendered.  A number of
15   key items simply haven't been carried out:  one, the
16   opportunity for Pretrial Services to interview Mr. Bromma
17   and Mr. Manheimer and report to the Court.  That is an
18   essential condition before he is released.
19              Progress has not been made on the $500,000 secured
20   bond.  I appreciate that there may be difficulties in these
21   times, but I think that Mr. Avenatti and his counsel have to
22   exercise their ingenuity.  The security has to be up before
23   I will sign an order releasing him.
24              In addition, I might consider an alternative to
25   having him in quarantine for 14 days in MCC if there is some
```

```
09:33    1   alternative in New York such as the residence of a friend,
09:33    2   but I am not going to allow him to travel to the West Coast
09:33    3   until he has been in quarantine for 14 days and is certified
09:34    4   not to have the virus.
09:34    5           MR. STEWARD:  May I address that briefly, Your
09:34    6   Honor?
09:34    7           THE COURT:  Sure.
09:34    8           MR. STEWARD:  He has actually been in quarantine
09:34    9   since March 23, and today is his 14th day.  The problem is I
09:34   10   am having trouble -- I have established that that unit was
09:34   11   under quarantine since I believe the 23rd, but I am having
09:34   12   trouble establishing that he has been in that unit, so I
09:34   13   have inquiries into the MCC.  Perhaps understandably they
09:34   14   are not real responsive at this point, but it may be that I
09:34   15   can prove that in any event systemwide a quarantine went
09:34   16   into effect a week or so ago.  It's going to take me awhile
09:34   17   yet to post $500,000, so hopefully that will be a condition
09:34   18   that takes care of itself.
09:34   19           THE COURT:  Well, I suggest that you contact
09:35   20   Mr. Bromma and Mr. Manheimer and do what you can to
09:35   21   facilitate those two gentlemen getting in touch with the
09:35   22   Pretrial Services officer so that the inquiry that I require
09:35   23   can take place.
09:35   24           MR. STEWARD:  I've done that.
09:35   25           THE COURT:  Well, I'll just wait for events to
```

```
09:35   1    develop.  When they develop and everything is in place, I'll
09:35   2    sign an appropriate order.
09:35   3              I indicated, Mr. Steward, that you were to contact
09:35   4    the government with regard to a proposed form of order.
09:35   5    That didn't happen, and many of the things that I previously
09:35   6    indicated have to be in the order were not.  It would
09:35   7    greatly facilitate me signing the final order if we can
09:35   8    achieve one if you coordinate with the government in the
09:36   9    first instance.
09:36  10              MR. STEWARD:  I apologize.  I forgot.  I worked on
09:36  11    all these other conditions, and that one I forgot about.  It
09:36  12    won't happen again.
09:36  13              THE COURT:  Does the government have any comments
09:36  14    for today?
09:36  15              MR. ANDRE:  Very briefly with respect to the
09:36  16    quarantine issue.  It's not quite clear to us whether what
09:36  17    Mr. Avenatti has been in currently is the same type of
09:36  18    quarantine that we would be talking about with respect to
09:36  19    him being released.
09:36  20              I believe the initial proposed order language that
09:36  21    we included I want to say a week and a half ago now
09:36  22    basically left it to the BOP and the marshals to -- it gave
09:36  23    them the ability to place him in that 14-day quarantine and
09:36  24    release him when it's done.
09:36  25              So under the language the government has proposed,
```

```
09:36   1   to the extent Mr. Steward is correct and there has already
09:37   2   been a sufficient quarantine in place, then the BOP and the
09:37   3   marshals would have the authority to release him.  If
09:37   4   Mr. Steward is incorrect and an initial quarantine is
09:37   5   necessary, the BOP and the marshals would have the authority
09:37   6   to do that instead.  Since no one on this call is at MCC and
09:37   7   can really speak as to exactly what happened, we think
09:37   8   that's the best approach going forward.
09:37   9            THE COURT:  Well, if the BOP and the marshals
09:37  10   understand my condition and they're satisfied that it has
09:37  11   been met by a quarantine initiated earlier, so be it.  I
09:37  12   will accept the judgment of the marshals and the BOP on
09:37  13   that, but as I say, you have got to show me.
09:37  14            MR. STEWARD:  Understood.
09:37  15            THE COURT:  Okay, anything else for today?
09:38  16            MR. ANDRE:  Your Honor, the one last question the
09:38  17   government does have is to the extent that Mr. Bromma and
09:38  18   Mr. Manheimer do speak to Pretrial Services, the government
09:38  19   wants to make sure that we're going to have an opportunity
09:38  20   to review that report before any further proceedings and, if
09:38  21   necessary, even speak to them ourselves.
09:38  22            THE COURT:  I think that's a foregone conclusion.
09:38  23            MR. STEWARD:  I think that's true, Your Honor, and
09:38  24   where we are is I provided over the weekend the contact
09:38  25   information to Ms. Davis from Pretrial Services.  I'm going
```

```
09:38   1    to follow up later today to make sure she has that.  But as
09:38   2    to the posting of the property, the bonding company is
09:38   3    telling me it's going to take ten days to two weeks, so I
09:38   4    think we have plenty of time as far as that goes.  I
09:38   5    included in every contact with Ms. Davis about the sureties
09:39   6    that the Court wants a report and she needs to share that
09:39   7    with the Court and counsel, so hopefully that will get done
09:39   8    ASAP.
09:39   9            THE COURT:  You know, there are other ways to put
09:39  10    up collateral.  Someone could deliver a certified check to
09:39  11    the Clerk from a reputable bank.  That would satisfy me, and
09:39  12    it could be withdrawn if other satisfactory collateral the
09:39  13    Court approved were submitted.  So it seems to me there are
09:39  14    a lot of ways that this could be done.
09:39  15            MR. STEWARD:  Understood.
09:39  16            THE COURT:  Okay.  Well, thank you for making
09:39  17    yourselves available this morning.
09:39  18            MR. ANDRE:  Thank you.
09:39  19            MR. STEWARD:  Thank you.
09:39  20            (Whereupon, the proceedings were concluded.)
09:39  21                        *    *    *
09:39  22
09:39  23
09:39  24
09:39  25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
09:39   1
09:39   2
09:39   3
09:39   4                           CERTIFICATE
09:39   5
09:39   6        I hereby certify that pursuant to Section 753,
09:39   7   Title 28, United States Code, the foregoing is a true and
09:39   8   correct transcript of the stenographically reported
09:39   9   proceedings held in the above-entitled matter and that the
09:39  10   transcript page format is in conformance with the
09:39  11   regulations of the Judicial Conference of the United States.
09:39  12
09:39  13   Date:   February 4, 2023
09:39  14
09:39  15
09:39                            /s/   Sharon A. Seffens   2/4/23
09:39  16                       _____
09:39                            SHARON A. SEFFENS, U.S. COURT REPORTER
09:39  17
       18
       19
       20
       21
       22
       23
       24
       25
```