UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,     )CERTIFIED TRANSCRIPT
                  Plaintiff,  )
    vs.                       )
                              )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,        )
                  Defendant.  )
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 26, 2021


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

```
 02:11    1   SANTA ANA, CALIFORNIA; THURSDAY, AUGUST 26, 2021; 2:11 P.M.
          2              (Per telephonic conference)
 02:11    3              THE CLERK:  Calling Item 1, SACR-19-00061-JVS,
 02:11    4   United States of America versus Michael John Avenatti.
 02:11    5              Appearances on behalf of the government,
 02:11    6   please.
 02:11    7              MR. SAGEL:  Good afternoon, Your Honor.  Brett
 02:11    8   Sagel and Alexander Wyman on behalf of the United States.
 02:11    9              THE COURT:  Good afternoon.
 02:12   10              MR. AVENATTI:  Good afternoon, Your Honor,
 02:12   11   defendant Michael Avenatti present with advisory counsel,
 02:12   12   Mr. Steward, as well as Ms. Cummings-Cefali.
 02:12   13              THE COURT:  Good afternoon.
 02:12   14              Let me remind you of the protocol for these
 02:12   15   telephone conferences.  One, so that we get a clear record,
 02:12   16   please identify yourself each time you speak.  Also, please
 02:12   17   speak slowly so that if I have a question, I can put the
 02:12   18   question to you and we can have a conversation.
 02:12   19              We are turning a new chapter in this case, and
 02:12   20   this new chapter is going to be characterized by
 02:12   21   corroboration, coordination, and communication.  In recent
 02:12   22   weeks, I have had a number of motions where there was no
 02:12   23   consultation prior to the filing of the motion.  It turned
 02:12   24   out that the issue was moot because the so-called opposing
 02:13   25   party was willing to grant the relief sought.  I will
```

```
02:13   1    issue an order tomorrow, but no motion or ex parte will
02:13   2    be filed without prior consultation with the other side.
02:13   3              With respect to conference calls such as this,
02:13   4    I expect the party requesting a conference call to confer
02:13   5    with the other side to see if the issues posed can be
02:13   6    resolved, or at least narrowed, or at least there would be a
02:13   7    sharing of views prior to involving the Court in the
02:13   8    discussion.
02:13   9              Mr. Avenatti, did you have any consultation with
02:13   10   the government prior to sending your e-mail yesterday about
02:13   11   the issues you raise?
02:13   12             MR. AVENATTI:  Only as it related to the discovery
02:13   13   obtained from Mr. Fitzgerald.  I had a conference call with
02:13   14   Mr. Fitzgerald yesterday as it related to when we may be
02:13   15   able to get the remaining information, which would then
02:14   16   allow us to brief the issues as previously discussed with
02:14   17   Your Honor.
02:14   18             THE COURT:  Have you had any discussion about the
02:14   19   remaining topics with the government since sending that
02:14   20   e-mail?
02:14   21             MR. AVENATTI:  No, sir.
02:14   22             THE COURT:  That's the problem I want to
02:14   23   eliminate.  From here on out if you request a conference
02:14   24   call on stated issues, you are to consult with the other
02:14   25   side before requesting such a conference call.  Moreover,
```

```
02:14   1    any request for a conference call shall be stated neutrally
02:14   2    in terms of the subjects to be taken up without argument.
02:14   3              I'm going to direct that Mr. Avenatti's e-mail of
02:14   4    yesterday be filed and placed in the docket.  It's
02:14   5    inappropriate to have substantive discussion through the
02:14   6    courtroom deputy.
02:14   7              That said, the first item is the trial date.  I
02:14   8    announced the trial date that was consistent with the
02:15   9    statute, the Speedy Trial Act.  I anticipated that we would
02:15  10    have discussion.  I appreciate it, and it was on the horizon
02:15  11    that Mr. Avenatti has another trial coming up.  He has a
02:15  12    surrender date coming up, and I was aware that Mr. Steward
02:15  13    has a trial date in front of me coming up as well.
02:15  14              Have the parties had any discussion about a trial
02:15  15    date?  Let me state my views.  I'm willing to continue the
02:15  16    trial with a waiver of the Speedy Trial Act in any agreed
02:15  17    fashion that accommodates the parties' needs, specifically
02:15  18    the Stormy Daniels trial, Mr. Steward's situation, and
02:15  19    Mr. Avenatti's surrender date.  Thoughts?
02:16  20              MR. AVENATTI:  Your Honor, Michael Avenatti, the
02:16  21    defendant.  I'm obviously going to waive my Speedy Trial Act
02:16  22    rights as it relates to accommodating a reasonable date.
02:16  23              THE COURT:  What are you thinking about?
02:16  24              MR. AVENATTI:  Well, I misunderstood Your Honor's
02:16  25    directive frankly two days ago.  I misunderstood the
```

| | | |
|---|---|---|
| 02:16 | 1 | firmness of the October trial date, so I apologize to the |
| 02:16 | 2 | Court for that.  In light of the additional discovery that |
| 02:16 | 3 | is being produced and in light of the other dates that are |
| 02:16 | 4 | out there -- you mentioned the Stormy Daniels case.  That |
| 02:16 | 5 | case is set for trial in January in the Southern District of |
| 02:16 | 6 | New York.  So if the thought is this trial is going to |
| 02:17 | 7 | proceed after that trial, probably I would think that would |
| 02:17 | 8 | have to be the first week of March. |
| 02:17 | 9 |     THE COURT:  I'm not sure I'm willing to go out |
| 02:17 | 10 | that far. |
| 02:17 | 11 |     MR. AVENATTI:  I'm not sure I'm asking you to go |
| 02:17 | 12 | that far.  But frankly, Your Honor, I think this trial could |
| 02:17 | 13 | start sometime in November assuming that Mr. Steward's other |
| 02:17 | 14 | trial before Your Honor is a firm trial.  I think that we |
| 02:17 | 15 | could probably start this trial either the week before |
| 02:17 | 16 | Thanksgiving or the week immediately after, and I would be |
| 02:17 | 17 | agreeable to either of those. |
| 02:17 | 18 |     MR. SAGEL:  Your Honor, the government would be |
| 02:17 | 19 | opposed to any further continuances.  We believe the dates |
| 02:17 | 20 | that you set are reasonable.  There are victims in our case |
| 02:18 | 21 | who also have Speedy Trial rights.  The defendant by |
| 02:18 | 22 | Ninth Circuit law and Supreme Court law isn't even entitled |
| 02:18 | 23 | to standby counsel, so any conflict with Mr. Steward's |
| 02:18 | 24 | schedule I think is somewhat of a moot point.  He wants to |
| 02:18 | 25 | go pro se.  If the trial is ready to go in October, it's |

```
02:18   1    ready to go in October.  There is no real reason for further
02:18   2    continuances.
02:18   3             We would also be opposed to putting it on the date
02:18   4    that defendant is now saying of late November, which is
02:18   5    unnecessary.  Also, because of what we have seen, what
02:18   6    should not be a five or six-week trial has become such
02:18   7    between the holidays and so forth.  I think starting this
02:18   8    trial in October as Your Honor had suggested the other day
02:18   9    is necessary to avoid additional conflicts with jurors'
02:18  10    times and schedules that become more complicated around the
02:19  11    holidays.
02:19  12             So, as such, we would think it needs to start as
02:19  13    soon as possible based on giving him reasonable time to look
02:19  14    through what he wants to look through now, which the October
02:19  15    date Your Honor had proposed does so.
02:19  16             THE COURT:  Well, let me ask Mr. Steward.  The
02:19  17    Liao trial date got continued to October 26 because Mr. Liao
02:19  18    had health problems.
02:19  19             Any further report on his health and whether
02:19  20    that's a viable date in light of his health?
02:19  21             MR. STEWARD:  He does seem to be okay, Your Honor.
02:19  22    I met with him probably ten days ago.  He is walking with a
02:19  23    cane, but otherwise will be prepared for trial as scheduled.
02:19  24             MR. AVENATTI:  Your Honor, this is Mr. Avenatti.
02:19  25             I just want to be clear.  I was not seeking a
```

```
02:20   1    trial continuance.  I wanted to bring to the parties'
02:20   2    attention something that I had learned related to the fact
02:20   3    that the Court appeared to be double set, which was
02:20   4    something I was not aware of.  I'm prepared to proceed in
02:20   5    October, but obviously the Court cannot hold two trials at
02:20   6    one time.
02:20   7               THE COURT:  If I thought that Mr. Steward could
02:20   8    continue with the Liao trial on the 26th, with the
02:20   9    appropriate waivers, we would continue this trial to
02:20  10    November 2.
02:20  11               MR. AVENATTI:  That's acceptable to the defendant.
02:20  12               MR. SAGEL:  Your Honor, I guess I'm trying to look
02:21  13    at the calendar as we speak.  Are you referring to
02:21  14    November 2 being the date we would start the jury selection
02:21  15    process or the actual trial process?
02:21  16               THE COURT:  We could probably do some of it the
02:21  17    preceding week.  For example, I assume you are going to want
02:21  18    another questionnaire.
02:21  19               MR. SAGEL:  Correct.  Again, I know nothing about
02:21  20    the Liao case, so I don't know what the trial estimate is or
02:21  21    what Your Honor's availability is on that week.  I don't
02:21  22    know if we are talking about a two-day trial or what.
02:21  23               THE COURT:  I think less than a week.  Mr. Steward
02:21  24    would have a better idea.
02:21  25               MR. STEWARD:  This is Dean Steward.  I would
```

```
02:21   1    suggest at least a week.  There may well be a defense case
02:22   2    of some significance in that case.
02:22   3              MR. SAGEL:  I would add that we do the jury
02:22   4    selection as early as we can, so we can start the trial as
02:22   5    early as we can.  If the trial is to start on Tuesday,
02:22   6    November 2, we would ask that some part of the voir dire
02:22   7    take place prior to that, the questionnaires and then
02:22   8    individualized voir dire if we can.
02:22   9              THE COURT:  We can certainly get the
02:22  10    questionnaires done.  I would like to have Mr. Steward
02:22  11    available during the voir dire process.
02:22  12              Well, we will bring the jurors in on October 28
02:23  13    to fill out the questionnaires.  This time around I don't
02:23  14    think it's necessary to call 150.  I think a hundred is
02:23  15    fine.  We had more than enough jurors.  I'm going to direct
02:23  16    that 100 be summonsed for October 28 to do the
02:23  17    questionnaires.  We will do a review of the questionnaires
02:23  18    on October 29.
02:23  19              Now, that may be early in the morning or late in
02:23  20    the evening if the Liao trial is going on.  That's fine by
02:23  21    me.  But we are going to get at least the questionnaires and
02:23  22    the initial review done on October 28th and 29th provided
02:23  23    you provide me the appropriate stipulation of waiver of time
02:23  24    to do that.
02:23  25              Anything further on that topic?
```

```
02:24   1            MR. SAGEL:  This is Brett Sagel.  I guess my
02:24   2   question is are we going to pick a new date?  I think Your
02:24   3   Honor's terminology was a place holder previously for the
02:24   4   remaining counts, which is currently set for October 12.  If
02:24   5   we get a new stipulation in place, are we moving that out to
02:24   6   a date suitable that also doesn't conflict with the Stormy
02:24   7   Daniels case and this case and getting speedy trial waivers
02:24   8   on that as well?
02:24   9            THE COURT:  Yes.
02:24  10            MR. SAGEL:  Okay.
02:24  11            THE COURT:  Yes, meet and confer on that.  Put
02:24  12   that out into the new year and an agreed time that doesn't
02:24  13   conflict with the Stormy Daniels trial.
02:24  14            MR. SAGEL:  Yes, Your Honor.
02:24  15            THE COURT:  With regard to the second topic, I did
02:25  16   not dismiss the case, so there is no issue as to whether
02:25  17   with prejudice or without prejudice.  I think the defendant
02:25  18   is entitled to present the Court with the position that a
02:25  19   new trial is not appropriate on the facts of this case.  I
02:25  20   direct to you meet and confer and come up with a joint
02:25  21   proposed schedule for opening, opposition, reply, and
02:25  22   hearing dates.
02:25  23            Anything further on that topic?
02:25  24            MR. AVENATTI:  Michael Avenatti.  Nothing from the
02:25  25   defense, Your Honor.  Understood.
```

```
02:25   1              MR. SAGEL:  No, Your Honor.
02:25   2              THE COURT:  Okay.  The next topic is the
02:25   3   possibility to have another judge entertain a settlement
02:25   4   conference.  I need to look into this, but I'm not sure that
02:25   5   57-3.1 comports with the Federal Rules of Criminal
02:26   6   Procedure.  I have a recollection that the Ninth Circuit has
02:26   7   said that just as the trial judge is barred from
02:26   8   participating in a settlement process so would any other
02:26   9   judge.  I need to check that out and get back to you.  I'm
02:26  10   not sure it's a viable option.  If it is, I would make a
02:26  11   request to the chief judge to appoint an appropriate person.
02:26  12   Let me do some research on that and get back to you.
02:26  13              MR. SAGEL:  Your Honor, the No. 3 that is provided
02:26  14   with regard to that only includes two out of three sentences
02:26  15   of the local criminal rules.  It excludes the sentence that
02:26  16   requires both parties to voluntarily agree to it.
02:26  17              THE COURT:  Right.
02:26  18              MR. SAGEL:  I will tell you the government does
02:26  19   not agree to it, so it might moot the whole thing.
02:27  20              THE COURT:  Okay, so be it.  I'm not going to
02:27  21   pursue the lawfulness of setting up a settlement conference
02:27  22   with another judge.  If the parties collectively come to a
02:27  23   different view, come back to me.
02:27  24              MR. SAGEL:  We will, Your Honor.  Thank you.
02:27  25              THE COURT:  With regard to temporary release,
```

```
02:27   1    Mr. Avenatti, what is your surrender date in the New York
02:27   2    case?
02:27   3              MR. AVENATTI:  The surrender date is September 15.
02:27   4    We submitted an application to Judge Gardephe this morning
02:27   5    to extend that out to December 15 in order to accommodate
02:27   6    the trial in this case.  My counsel in New York contacted
02:27   7    the government in the Nike case.  They have no opposition to
02:27   8    that.  They have agreed to it.  So we are waiting on
02:27   9    Judge Gardephe to hopefully approve that request, which is
02:27  10    expected.
02:27  11              THE COURT:  Okay.  Well, as a temporary matter, I
02:28  12    will extend the release date until September 10.  Come back
02:28  13    to me once Judge Gardephe has acted, and I will likely
02:28  14    continue Mr. Avenatti's release consistent with the trial
02:28  15    date that we are talking about.
02:28  16              MR. AVENATTI:  Understood, Your Honor.
02:28  17              THE COURT:  The final item is time-qualified
02:28  18    jurors.  We put in place for this past trial a procedure to
02:28  19    have the jurors screened by a magistrate judge to time
02:28  20    qualify them.  I intend to do that again.
02:28  21              Mr. Avenatti, I will issue an Order to Show Cause
02:28  22    tomorrow why I shouldn't do that and provide a briefing
02:28  23    schedule.  I believe that is an appropriate and practical
02:28  24    tool to impanel a jury in this case.
02:28  25              I'm advised that if we don't get time-qualified
```

```
02:29   1    jurors, particularly given the time of year, we could be
02:29   2    forced to summons as many as 200, 300 jurors.  That's not an
02:29   3    acceptable result in my view.  In any event, I will issue an
02:29   4    Order to Show Cause and let you brief it.
02:29   5              MR. AVENATTI:  Michael Avenatti.  Thank you, Your
02:29   6    Honor.
02:29   7              I have a question, and maybe this was just my
02:29   8    ignorance or being misinformed.  I understood as related to
02:29   9    the last trial that it was just purely done by the
02:29  10    questionnaire, and the members of the panel were told by the
02:29  11    jury commissioner and that a magistrate not used, but,
02:29  12    again, maybe I was misinformed.
02:29  13              THE COURT:  Well, that's my understanding, that it
02:29  14    was based on the questionnaire.
02:29  15              MR. AVENATTI:  Understood, Your Honor.  In
02:29  16    response, I will make a submission to the Court.  In the
02:30  17    meantime, I will do what I can to confirm the --
02:30  18              THE COURT:  Okay.  Any other matters we need to
02:30  19    take up?
02:30  20              MR. SAGEL:  Actually, Your Honor, just turning
02:30  21    back -- I'm trying to pull up what I typed in my notes.
02:30  22    Turning back to the trial date issue, if the Liao case does
02:30  23    not proceed to trial in October, or there is an issue, or it
02:30  24    pleads out or gets continued or anything like that, are we
02:30  25    going on the late October/early November date regardless, or
```

```
02:30   1    would we be advancing our trial date?
02:30   2              THE COURT:  Well, I think I need to know what the
02:30   3    circumstances are, what, if anything, happens with the Liao
02:31   4    trial date.  Moreover, let's see what happens with regard to
02:31   5    the production of other Tabs data that needs to take place.
02:31   6    The short answer is I'm not prepared to answer that
02:31   7    question.
02:31   8              MR. SAGEL:  Okay.
02:31   9              THE COURT:  Okay.  We had scheduled a status
02:31  10    conference for September 3.  I'm going to vacate that.  It
02:31  11    seems to me we have discussed all the topics that we may
02:31  12    have taken up on that date.  Does anyone dissent?
02:31  13              MR. FITZGERALD:  Patrick Fitzgerald, Your Honor.
02:31  14    I apologize for my inability to earlier get on the call, but
02:31  15    it sounds like things are wrapping up.  I'm available to the
02:31  16    Court or any of the other attorneys if they have any
02:32  17    questions or ambiguities that I would be in the best
02:32  18    position to answer.
02:32  19              THE COURT:  All right.  Again, I'm prepared to
02:32  20    have a status conference on fairly short notice provided the
02:32  21    parties have discussed topics and I am presented a list
02:32  22    without argument on the topic.
02:32  23              MR. AVENATTI:  Understood, Your Honor.
02:32  24              THE COURT:  All right, if there is nothing else to
02:32  25    discuss, we are going to adjourn.  Thank you.
```

```
02:32   1              MR. AVENATTI:  Thank you, Your Honor.  Have a good
02:32   2   day.
02:32   3              MR. SAGEL:  Thank you.
02:32   4          (Whereupon, the proceedings were concluded.)
02:32   5                         *    *    *
02:32   6
02:32   7
02:32   8
02:32   9
02:32  10
02:32  11
02:32  12
02:32  13
02:32  14
02:32  15
02:32  16
02:32  17
02:32  18
02:32  19
02:32  20
02:32  21
02:32  22
02:32  23
02:32  24
02:32  25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   February 4, 2023


                                /s/   Sharon A. Seffens  2/4/23
                                _____
                                SHARON A. SEFFENS, U.S. COURT REPORTER