UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CERTIFIED TRANSCRIPT |
| Plaintiff, | ) |
| vs. | ) |
|  | ) SACR-19-00061-JVS |
| MICHAEL JOHN AVENATTI, | ) |
| Defendant. | ) |
| ----------------------------- | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

September 20, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     ALEXANDER WYMAN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-6683
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| | 1 | SANTA ANA, CALIFORNIA; MONDAY, SEPTEMBER 20, 2021; 9:33 A.M. |
| 09:33 | 2 | THE CLERK:  Calling Case No. SACR-19-00061-JVS, |
| 09:33 | 3 | United States of America versus Michael John Avenatti. |
| 09:33 | 4 | Counsel, please state your appearances for the |
| 09:33 | 5 | record. |
| 09:33 | 6 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel |
| 09:33 | 7 | and Alex Wyman on behalf of the United States.  And at |
| 09:33 | 8 | counsel table with us is AUSA Patrick Fitzgerald of the |
| 09:33 | 9 | Privilege Review Team. |
| 09:33 | 10 | THE COURT:  Good morning. |
| 09:33 | 11 | MR. AVENATTI:  Good morning, Your Honor. |
| 09:33 | 12 | Defendant Michael Avenatti present with Ms. Cummings-Cefali, |
| 09:33 | 13 | and I understand Mr. Steward is joining us by telephone. |
| 09:33 | 14 | MR. STEWARD:  I'm here, Your Honor.  Dean Steward, |
| 09:33 | 15 | advisory counsel for Mr. Avenatti. |
| 09:33 | 16 | THE COURT:  Good morning.  I set this hearing for |
| 09:33 | 17 | a progress report. |
| 09:33 | 18 | Mr. Fitzgerald. |
| 09:33 | 19 | MR. FITZGERALD:  Yes, Your Honor, good morning. |
| 09:33 | 20 | This progress report will include information I conveyed to |
| 09:33 | 21 | defense counsel and the prosecution team yesterday morning |
| 09:33 | 22 | and additional information I received from Special Agent |
| 09:34 | 23 | Tashchyan and Mr. Joe Varani this morning. |
| 09:34 | 24 | First, pursuant to the Court's order, Special |
| 09:34 | 25 | Agent Tashchyan on Thursday, September 16, delivered a |

09:34   1   digital copy of the files on the EA servers to the defense.

09:34   2   So as of that date, the defense now has all the EA files

09:34   3   that the Privilege Review Team had or had access to.

09:34   4            In regard to the parallel effort to provide the

09:34   5   defense the EA files that have been indexed in the FTK

09:34   6   forensic software, Mr. Varani reported that he has now

09:34   7   indexed a total of 4.5 million EA files.  Those included the

09:35   8   3.8 million that he originally indexed for going into the

09:35   9   Relativity Database and then another 700,000 that he had --

09:35   10  which he indexed as well.

09:35   11           He believes he has found a way to be able to

09:35   12  download those onto a hard drive, which can then be FedEx'd

09:35   13  to all of us here in California and given to the defense.  I

09:35   14  found out this morning unfortunately there has been one

09:35   15  glitch in the process.  When he went to merge the original

09:35   16  index files and the 700,000 approximately new indexed files,

09:35   17  the FTK gave an error message.  He hasn't seen this error

09:35   18  message before, but he's working on resolving that so they

09:36   19  can be combined into one database that can be provided to

09:36   20  the defense, so I hope that will happen shortly.

09:36   21           In the ongoing effort here in Los Angeles to index

09:36   22  the entire EA servers, except for server four in FTK,

09:36   23  unfortunately that is going even slower than it was when we

09:36   24  met here on Wednesday.  Special Agent Tashchyan reported to

09:36   25  me the progress that was made was not as far as I had

09:36  1    reported on Wednesday.  So the bottom line on that is he

09:36  2    does not have an estimate as to when that indexing project

09:36  3    will be complete, but in a worst case scenario, it could be

09:36  4    a number of weeks.  He told me if it would be one week, two

09:36  5    weeks, more weeks, he can't really say at this point.

09:36  6            In light of that, what he did do this weekend was

09:37  7    conduct what he called a manual search for all of the Tabs

09:37  8    and the QuickBooks data that he believed was on the servers.

09:37  9    And in regard to the Tabs, he does believe he found

09:37  10   everything on servers 1, 2, 3, 5, and 6., that is to say,

09:37  11   everything except server 4, which is the e-mail server, so

09:37  12   it shouldn't have Tabs data in that form.

09:37  13           He has put that on a flash drive, and that can be

09:37  14   provided today or at some mutually convenient time to the

09:37  15   defense team.  So that is the progress from Wednesday that

09:37  16   we have accomplished in getting the files to the defense.

09:37  17           THE COURT:  Did the indexing effort continue

09:37  18   through the weekend?

09:37  19           MR. FITZGERALD:  It did, Your Honor.  It's just

09:38  20   going very, very slow.

09:38  21           THE COURT:  Well, it's going to be a

09:38  22   seven-day-a-week project until it's accomplished.

09:38  23           MR. FITZGERALD:  Well, yes, Your Honor.  And part

09:38  24   of that is the computer is working seven days a week.

09:38  25   Certainly Special Agent Tashchyan is checking on it, and the

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:38     1    minute it's done, he will work on getting those FTK files to
09:38     2    the defense.
09:38     3               THE COURT:  Mr. Avenatti.
09:38     4               MR. AVENATTI:  We did receive that update by
09:38     5    e-mail yesterday morning from Mr. Fitzgerald.  We did
09:38     6    receive the forensic copy on Thursday.  We began our review
09:38     7    immediately of that forensic copy.
09:38     8               We have already uncovered additional Brady
09:38     9    information, Your Honor, that should have been produced
09:38    10    before the first trial.  That will be the subject of further
09:38    11    disclosure to the Court and potential briefing.  I'm not at
09:38    12    liberty at this point to get into the details of what that
09:38    13    is, nor do I think it's necessary for the purposes of this
09:39    14    hearing.
09:39    15               I would like an estimate, though, as to when we
09:39    16    are going to get what I will refer to as the Varani indexing
09:39    17    from Washington.
09:39    18               THE COURT:  Well, it's imminent as I hear
09:39    19    Mr. Fitzgerald.  They are merging these two files so you'll
09:39    20    have the whole 4.5 million files on a hard drive or
09:39    21    something.  It's imminent as I understand it.
09:39    22               MR. FITZGERALD:  Yes, Your Honor.  We hoped it
09:39    23    would be done this morning, but it really just depends how
09:39    24    quickly this unexpected error message can be resolved.
09:39    25               THE COURT:  Well, if you need to do two batches,

09:39   1   one with the original 3.6 or 3.7 and the other one to follow

09:39   2   on of 700,000, I suggest you do that.

09:39   3           MR. FITZGERALD:  Your Honor, I discussed that with

09:39   4   Mr. Varani.  He feels for technical reasons that I don't

09:40   5   fully understand that that might not be as useful to the

09:40   6   defense as getting it together, but obviously I will be in

09:40   7   contact with him if this unexpected error does not get

09:40   8   resolved promptly.  Obviously, we can set up a telephone

09:40   9   call between Mr. Varani and the defense expert and figure

09:40   10   out what will be the best way to go forward.

09:40   11           THE COURT:  Okay.  Anything further then for this

09:40   12   morning?

09:40   13           MR. SAGEL:  Just very briefly, Your Honor.  I know

09:40   14   that we have based on -- I don't even remember what day

09:40   15   anymore, but you had set a hearing for next Monday -- I

09:40   16   believe it was next Monday.  Do we want to keep that one on

09:40   17   calendar for next Monday?

09:40   18           THE COURT:  Unless the 4.5 million have been

09:40   19   produced, yes.

09:40   20           MR. SAGEL:  Thank you, Your Honor.

09:40   21           And then just to clarify for hearing purposes,

09:40   22   does Your Honor plan on setting a pretrial status conference

09:41   23   for the November 2 date, and we can use that date for

09:41   24   briefing purposes if there are any motions in-limine or

09:41   25   anything that needs to come up?  The Monday before it is

09:41 | 1 | fine with the government but obviously whatever works with

09:41 | 2 | Your Honor's schedule, which I believe would be October 25.

09:41 | 3 | THE COURT:  Why don't we set it for the 27th at

09:41 | 4 | 8:30 a.m.  We will be in trial that day with the current

09:41 | 5 | schedule.

09:41 | 6 | The issue as to how we screen for hardship was

09:42 | 7 | briefed to me.  At present, I'm going to start on

09:42 | 8 | November 2.  We will bring in a hundred people in the

09:42 | 9 | morning, a hundred in the afternoon, and a hundred the next

09:42 | 10 | morning.  They will fill out the questionnaire.  There will

09:42 | 11 | be either myself or a magistrate judge there.  We will do an

09:42 | 12 | opening proceeding.  There will be a record whether I

09:42 | 13 | preside or the magistrate judge presides to deal with

09:42 | 14 | requests for excuse based on hardship.

09:42 | 15 | Now, if the trial which I have starting the 26th

09:42 | 16 | for some reason continues, I would accelerate that process.

09:42 | 17 | I'm not sure that the steps that the Court took for the

09:42 | 18 | first trial aren't sufficient and constitutional, but the

09:43 | 19 | cost involved suggests we error on the side of caution.

09:43 | 20 | That will be my oral ruling on that briefing.

09:43 | 21 | Anything else anyone would like to take up?

09:43 | 22 | MR. AVENATTI:  One thing, Your Honor.  I need to

09:43 | 23 | seek some medical care.  I want to raise it with Your Honor.

09:43 | 24 | I assume you would like an ex parte just to enable me to

09:43 | 25 | modify my bail or enable the Court to modify my bail

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:43  1    conditions so I can potentially seek that care.

09:43  2              THE COURT:  Inpatient?  Outpatient?

09:43  3              MR. AVENATTI:  Outpatient.  Nothing serious.  It's

09:43  4    just been a couple of years since I have been able to attend

09:43  5    to some things.

09:43  6              THE COURT:  I don't think I need to modify

09:43  7    anything.  Just coordinate with the probation officer.

09:44  8              MR. AVENATTI:  As long as that's acceptable.  I

09:44  9    don't want to run afoul.

09:44  10             THE COURT:  I appreciate that.

09:44  11             MR. AVENATTI:  As long as they approve it, it's

09:44  12   okay?

09:44  13             THE COURT:  Yes.

09:44  14             MR. AVENATTI:  Thank you, sir.

09:44  15             THE COURT:  If there is nothing further, we will

09:44  16   be adjourned.

09:44  17             (Whereupon, the proceedings were concluded.)

09:44  18                            *     *     *

09:44  19

09:44  20

09:44  21

09:44  22

09:44  23

09:44  24

09:44  25

**CERTIFICATE**


          I hereby certify that pursuant to Section 753,
Title 28, United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings held in the above-entitled matter and that the
transcript page format is in conformance with the
regulations of the Judicial Conference of the United States.


Date:  February 4, 2023


                    /s/   Sharon A. Seffens  2/4/23
                    _____
                    SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER