UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,    ) CERTIFIED TRANSCRIPT
                 Plaintiff,  )
    vs.                      )
                             )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,       )
                 Defendant.  )
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 16, 2022

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   NICOLA T. HANNA
     United States Attorney
 4   BRANDON D. FOX
     Assistant United States Attorney
 5   Chief, Criminal Division
     RANEE A. KATZENSTEIN
 6   Assistant United States Attorney
     Major Frauds Section
 7   1100 United States Courthouse
     312 North Spring Street
 8   Los Angeles, CA  90012
     (213) 894-2432
 9
     BRETT A. SAGEL
10   Assistant United States Attorney
     Ronald Reagan Federal Building
11   411 West Fourth Street, Suite 8000
     Santa Ana, CA  92701
12   (714) 338-3598

13   For the Defendant:

14   MICHAEL JOHN AVENATTI, PRO SE

15   H. DEAN STEWARD, ADVISORY COUNSEL
     H. DEAN STEWARD LAW OFFICES
16   107 Avenida Miramar, Suite C
     San Clemente, CA  92672
17   (949) 481-4900

18

19

20

21

22

23

24

25
```

```
         1    SANTA ANA, CALIFORNIA; MONDAY, MAY 16, 2022; 9:01 A.M.
09:01    2            THE CLERK:  Calling Item No. 1, SACR-19-00061-JVS,
09:01    3    United States of America versus Michael John Avenatti.
09:01    4            MR. SAGEL:  Good morning, Your Honor.  Brett Sagel
09:01    5    and Ranee Katzenstein on behalf of the United States.
09:01    6            MR. STEWARD:  Dean Steward, advisory counsel for
09:02    7    Mr. Avenatti.  I believe he is joining us by phone.
09:02    8            MR. AVENATTI:  Good morning, Your Honor.  Michael
09:02    9    Avenatti by telephone.  I appreciate the Court allowing me
09:02   10    to participate by phone this morning.
09:02   11            THE COURT:  Thank you.
09:02   12            Anything further to report, Mr. Sagel, beyond your
09:02   13    e-mail?
09:02   14            MR. SAGEL:  Nothing beyond my e-mail.  If you have
09:02   15    a question, I can attempt to answer but nothing beyond that.
09:02   16            THE COURT:  What has the U.S. Attorney's Office in
09:02   17    New York done in terms of advising the Court of the conflict
09:02   18    with our trial which would be occasioned by Mr. Avenatti's
09:02   19    travel by bus?
09:02   20            MR. SAGEL:  I can't speak entirely for them.  From
09:02   21    my understanding, I'm not sure anything.  I'm not saying
09:02   22    that in a bad way.  They haven't had any circumstances to
09:02   23    per se.  Each filing has been done by Mr. Avenatti's
09:02   24    attorneys in that matter, and they just put their position
09:03   25    in the defense's filings.  But as far as I know, they
```

```
09:03   1    haven't filed anything with the Court.
09:03   2              The defense's position I think initially from my
09:03   3    understanding was going to be two alternatives.  One would
09:03   4    be a VTC and, if not, then a continuance.  Then when they
09:03   5    filed their position, they only asked for a VTC.  They
09:03   6    didn't ask for the continuance.  That's where we are, and
09:03   7    now the defendant does not want a continuance.
09:03   8              THE COURT:  You don't want a continuance of the
09:03   9    New York sentencing, Mr. Avenatti?
09:03  10              MR. AVENATTI:  I don't.  I would like to explain
09:03  11    why.  Just by way of background, following the hearing with
09:03  12    Your Honor -- I believe it was about two weeks ago -- I
09:03  13    contacted my counsel in New York with the Federal
09:03  14    Defender's.  They reached out to the government in New York,
09:03  15    the AUSAs assigned in the Daniels' case, and asked them to
09:04  16    file the application to allow me to participate by video.
09:04  17    They declined to do so.
09:04  18              So at that point, I asked my counsel to file the
09:04  19    application, and the government consented to the
09:04  20    application.  There were a number discussions back and forth
09:04  21    where the prosecutors in New York were asked to file, and
09:04  22    they just simply declined.
09:04  23              Following Judge Furman's ruling, which noted I
09:04  24    could move the sentencing, I was advised I cannot move the
09:04  25    sentencing, or it would not be a good idea because it would
```

```
09:04   1    potentially impact my criminal history score as it related
09:04   2    to being sentenced in that case.  Were I to be convicted in
09:04   3    this case and then sentenced in the Daniels case, it would
09:04   4    cause my criminal history score to go up in that case, and
09:04   5    it would adversely effect me.  So that's why we were
09:04   6    declining to move the sentencing in New York, Your Honor.
09:05   7              THE COURT:  Is there someone here from the
09:05   8    Marshal's Office to address transportation?
09:05   9              DEPUTY BRAVO:  Good morning, Your Honor.  Deputy
09:05  10    Bravo from the Marshal's Service.  That's the word that we
09:05  11    got from the AUSAs on Friday, that Mr. Avenatti would
09:05  12    possibly be moved this week in order to make the sentencing
09:05  13    date in New York.
09:05  14              THE COURT:  Has the possibility of flying him on
09:05  15    the marshal's jet been explored?
09:05  16              DEPUTY BRAVO:  I don't believe so.  It would have
09:05  17    to be an order from you.  I don't know if it would be from
09:05  18    this Court or the Court in New York.
09:05  19              THE COURT:  I don't think it would be this Court.
09:05  20    It's not my hearing.
09:05  21              Would there be any objection to me calling
09:05  22    Judge Furman and asking if he would request that the
09:06  23    marshals fly Mr. Avenatti back for the hearing?
09:06  24              MR. SAGEL:  No objection from the government.
09:06  25              THE COURT:  Mr. Avenatti?
```

```
09:06   1           MR. AVENATTI:  Absolutely not, Your Honor.  No
09:06   2   objection.
09:06   3           THE COURT:  All right.  Well, I will try and reach
09:06   4   Judge Furman today.
09:06   5           In the meantime, all dates will remain.  I guess
09:06   6   the next --
09:06   7           THE CLERK:  June 13 is our next hearing.
09:06   8           MR. SAGEL:  The only request I would make if you
09:06   9   talk to Judge Furman is the transportation be on both ends,
09:06  10   because there could be a long delay coming back if it's not
09:06  11   two directions.
09:06  12           THE COURT:  I don't think a one-way flight either
09:07  13   way is going to help us very much.
09:07  14           MR. SAGEL:  Right.
09:07  15           MR. AVENATTI:  Your Honor, if I could just
09:07  16   reiterate what I said last time, which is obviously while I
09:07  17   am in transit either way, I have no access to any of my
09:07  18   materials.  I'm not allowed to take anything with me as it
09:07  19   relates to this case.  I have no means to meaningful access
09:07  20   any of the paralegals, my expert, advisory counsel.
09:07  21           As Your Honor knows, this is a document-intensive
09:07  22   case.  In addition, Ms. Cummings and Mr. Steward are
09:07  23   starting a trial later this month before Judge Carter.  They
09:07  24   are actively preparing for that trial as of this date.  So I
09:07  25   don't believe a July 5 trial date -- I know Your Honor set
```

```
09:07   1    that as a place holder.  I don't think it's realistic.  I
09:07   2    think I need 45 to 60 days after I return from New York,
09:08   3    whenever that is.  At TI, I have access to a law library,
09:08   4    and I have access to at least some of the discovery at this
09:08   5    point.  I'm in the process of trying to get more of it sent
09:08   6    in, but that's my request and position, Your Honor.
09:08   7              THE COURT:  Mr. Steward, what's your commitment in
09:08   8    front of Judge Carter?
09:08   9              MR. STEWARD:  Your Honor, it's a week to a ten-day
09:08  10    jury trial.  It starts a week from tomorrow.  There is a
09:08  11    chance that it may get derailed, but at this point, we don't
09:08  12    know, and we are preparing like we are going to go a week
09:08  13    from tomorrow.
09:08  14              MR. AVENATTI:  Your Honor, I think mid August is a
09:08  15    more realistic date from my perspective for the trial in
09:08  16    light of all the moving pieces and the issues that I have
09:09  17    identified, and that would be my request.
09:09  18              THE COURT:  Well, let's deal with one at a time.
09:09  19    Let's see if we can get you out and back so you can be here
09:09  20    for the June 13 hearing.
09:09  21              Okay, anything else we want to take up?
09:09  22              MR. SAGEL:  Nothing from the government, Your
09:09  23    Honor.
09:09  24              THE COURT:  Mr. Steward?
09:09  25              MR. STEWARD:  No, Your Honor.
```

```
09:09   1              THE COURT:  Okay.  Then I will either report by
09:09   2   minute order or set up a telephone conference to discuss my
09:09   3   visit with Judge Furman.
09:09   4              MR. SAGEL:  We will be available, Your Honor.
09:09   5              THE COURT:  Okay, thank you.
09:09   6              MR. AVENATTI:  Thank you, Your Honor.
09:09   7              MR. SAGEL:  Thank you, Your Honor.
09:09   8              (Whereupon, the proceedings were concluded.)
09:09   9                           *   *   *
09:09  10
09:09  11
09:09  12
09:09  13
09:09  14
09:09  15
09:09  16
09:09  17
09:09  18
09:09  19
09:09  20
09:09  21
09:09  22
09:09  23
09:09  24
09:09  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: February 4, 2023

/s/   Sharon A. Seffens   2/4/23
_____
SHARON A. SEFFENS, U.S. COURT REPORTER