UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,     ) CERTIFIED TRANSCRIPT
                  Plaintiff,  )
      vs.                     )
                              )  SACR-19-00061-JVS
MICHAEL JOHN AVENATTI,        )
                  Defendant.  )
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

July 19, 2021

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:
 2   For the Plaintiff:
 3   **(None present)**
 4
 5   For the Defendant:
 6   (None present)
```

```
                1    SANTA ANA, CALIFORNIA; MONDAY, JULY 19, 2021; 8:03 A.M.
08:03           2              THE CLERK:  Item No. 1, SACR-19-0061-JVS, United
08:03           3    States of America versus Michael John Avenatti.
08:03           4              THE COURT:  Sir, would you come forward please to
08:03           5    the podium.  Would you state your name, please?
08:04           6              PROSPECTIVE JUROR:  J.R.
08:04           7              THE COURT:  Sir, you were ordered to come back.
08:04           8    You were here on Wednesday, and you were ordered to come
08:04           9    back on Friday.  Can you tell me why you didn't come back?
08:04          10              PROSPECTIVE JUROR:  Because of my work.  I called
08:04          11    Wednesday evening to see if I could be on the schedule for
08:04          12    Thursday, but they rescheduled me to call Thursday to come
08:05          13    in on Friday.
08:05          14              THE COURT:  Sir, when you came in on Wednesday, I
08:05          15    asked if anybody had a hardship, an excuse, to fill out a
08:05          16    form.  You didn't do that.  You were ordered to come back on
08:05          17    Friday, but you didn't come back.  Sir, you disobeyed the
08:05          18    Court's order.  Do you understand that?
08:05          19              PROSPECTIVE JUROR:  Yeah, I understand.
08:05          20              THE COURT:  Sir, I'm going to order you to go back
08:05          21    downstairs and see the folks on the first floor in the jury
08:05          22    room.  This will not count as your service.  You will
08:05          23    reschedule in the coming months for another service on the
08:05          24    jury.  In the future, when you are ordered to come back to
08:05          25    court, unless you tell us you have an excuse or problem, you
```

```
08:05   1   come back to court.  Do you understand that?
08:05   2           PROSPECTIVE JUROR:  I understand that, but I have
08:06   3   to work.  I mean it's not an excuse.  I have to work to
08:06   4   live.
08:06   5           THE COURT:  Sir, you have to tell us.  You can't
08:06   6   just unilaterally do it.
08:06   7           PROSPECTIVE JUROR:  How can I tell you by phone?
08:06   8   It's just be here.
08:06   9           THE COURT:  Sir, you disobeyed the Court's order.
08:06  10   This will not count for your jury service this time.  Please
08:06  11   go down and talk to the folks on the first floor.  Let them
08:06  12   know I have ordered you to come back for another jury trial.
08:06  13           PROSPECTIVE JUROR:  It's rescheduled?
08:06  14           THE COURT:  Right.
08:06  15           PROSPECTIVE JUROR:  Okay.  Thank you.
08:06  16              (Prospective Juror J.R. exits courtroom)
08:06  17           THE COURT:  Good morning, sir, would you come
08:07  18   forward to the mic.  Would you state your name please?
08:07  19           PROSPECTIVE JUROR:  J.W.
08:07  20           THE COURT:  Sir, you were here on Wednesday, and
08:07  21   you were ordered to come back Friday, but you didn't come
08:07  22   back.
08:07  23           PROSPECTIVE JUROR:  Yes.  I work the overnight
08:07  24   shift.  I get up at 6:00 a.m.  I went home and fell asleep.
08:07  25   That's why I didn't show up.
```

```
08:07   1              THE COURT:  Is that your regular shift?
08:07   2              PROSPECTIVE JUROR:  Yes.  It's from 8:00 p.m. to
08:07   3    6:00 a.m. in the morning.  I work for the Friendship
08:07   4    Shelter.
08:07   5              THE COURT:  Sir, you should have asked to be
08:07   6    excused.  Recall on Wednesday I read a statement and
08:07   7    indicated if anybody had a hardship to please fill out a
08:07   8    form.  You should have done that, sir, and I would have
08:08   9    excused you.  We expected you back on Friday.  We need folks
08:08  10    to make sure we have a jury.  So you are excused.  Next time
08:08  11    if you have a hardship tell the clerk so we are not counting
08:08  12    on you being here.
08:08  13              PROSPECTIVE JUROR:  Okay.  Thank you.
08:08  14              THE COURT:  Okay.  Thank you.
08:08  15              (Prospective Juror J.W. exits courtroom)
08:08  16              THE COURT:  The record should indicate that the
08:08  17    government and Mr. Avenatti were advised that these two
08:09  18    jurors would be coming in today.  Neither the government nor
08:09  19    Mr. Avenatti made an appearance.
08:09  20              (Whereupon, the proceedings were concluded.)
08:09  21                           *   *   *
08:09  22
08:09  23
08:09  24
08:09  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  February 4, 2023

/s/   Sharon A. Seffens  2/4/23
_____
SHARON A. SEFFENS, U.S. COURT REPORTER