# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### AMENDED AS TO THE DATE ONLY
#### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 19-61-JVS |
| Date | September 15, 2021 |

**Present: The Honorable** JAMES V. SELNA, U.S. DISTRICT COURT JUDGE

Interpreter

| Lisa Bredahl | Sharon Seffens | Alex Wyman, Patrick Fitzgerald |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti, Pro Se | X | | X | Dean Steward, Advisory Counsel | | X | X |

**Proceedings:** STATUS CONFERENCE

Cause is called for hearing with the defendant, his advisory counsel and counsel for the Government present.

Court and counsel confer. The Court vacates it's previous orders and orders that the Government provide the defendant a forensic copy of the servers by noon on September 16, 2021. The Government shall continue indexing the server via FTK and turn it over to defendant.

The motion for an order for defendant to identify any material on the Eagan Avenatti servers requested by the defense [Dkts 809, 815] and the ex parte for an order for a briefing scheduling [Dkt 810] are DENIED AS MOOT.

The Court sets a further Status Conference for September 20, 2021 at 9:30 a.m.

: 20

Initials of Deputy Clerk  lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**