E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     Email:     Ranee.Katzenstein@usdoj.gov

BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-061-JVS |
| Plaintiff, | [PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO DISBURSE CERTAIN FUNDS THAT IT WILL BE RECEIVING FROM THE IRS SOLELY TO THE VICTIM FROM WHOM THE FUNDS WERE STOLEN |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Having considered the government's *ex parte* application, and for good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for an Order directing the Clerk of the Court to disburse certain funds that it will be

receiving from the Internal Revenue Service solely to the victim from whom the funds were stolen is GRANTED.

The Clerk of the Court, upon receipt of the Internal Revenue Service's payment of $1,508,422.30, will disburse the entire amount to victim Michelle Phan pursuant to this Court's restitution Order;

The Clerk of the Court will credit the defendant's restitution obligation to victim Michelle Phan in that amount.

DATE

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE