# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. AVENATTI,<br><br>    Defendant. | Case No. 19-CR-61-JVS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY RESTITUTION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 38(e) OR, IN THE ALTERNATIVE, STAY DISBURSEMENT OF FUNDS FROM THE COURT'S REGISTRY, PENDING APPEAL** |

Good cause having been shown, it is hereby ordered that this Court's restitution award is stayed pending issuance of the mandate in Defendant Michael Avenatti's appeal.

[Alternatively],

Good cause having been shown, it is hereby ordered that disbursement of funds paid to the clerk of court as restitution is stayed pending issuance of the mandate in Defendant Michael Avenatti's appeal.

IT IS SO ORDERED

DATED:_____

_____
HONORABLE JAMES V. SELNA
United States District Judge

Submitted by:
*Margaret A. Farrand*
Deputy Federal Public Defender
Attorney for Defendant