1      UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
2              SOUTHERN DIVISION

3

4   UNITED STATES OF AMERICA, )
                              )
5              Plaintiff,     )
                              )
6         vs.                 )   Case No. 8:19-CR-00061-JVS
                              )
7   MICHAEL JOHN AVENATTI,    )   Santa Ana, California
                              )   June 10, 2019
8              Defendant.     )
    _____)

9

10

11
                            HEARING
12

13        BEFORE THE HONORABLE JOHN D. EARLY
            UNITED STATES MAGISTRATE JUDGE
14

15

16  APPEARANCES:           See Next Page

17  COURT REPORTER:        Recorded, Court Smart

18  COURTROOM DEPUTY:      Maria Barr

19  TRANSCRIBER:           Dorothy Babykin
                           Courthouse Services
20                         1218 Valebrook Place
                           Glendora, California 91740
21                         (626) 963-0566

22

23
    PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
24  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

25

```
 1      APPEARANCES:
 2

 3      FOR PLAINTIFF UNITED STATES OF AMERICA:

 4      TRACY WILKISON
        UNITED STATES ATTORNEY
 5      SANTA ANA BRANCH OFFICE
        BY:  BRETT A. SAGEL
 6      ASSISTANT UNITED STATES ATTORNEY
        411 WEST 4TH STREET
 7      SUITE 8000
        SANTA ANA, CALIFORNIA  92701
 8
        MC DERMOTT WILL & EMERY
 9      BY: JULIAN LUCIEN ANDRE
             ATTORNEY AT LAW
10      2049 CENTURY PARK EAST
        SUITE 3200
11      LOS ANGELES, CALIFORNIA  90064

12
        FOR DEFENDANT MICHAEL JOHN AVENATTI:
13

14      DEAN STEWARD LAW OFFICES
        BY:  DEAN STEWARD
15           ATTORNEY AT LAW
        17 CORPORATE PLAZA
16      SUITE 254
        NEWPORT BEACH, CALIFORNIA  92660
17

18      ALSO PRESENT:

19      MS. GARDNER
        U.S. PROBATION AND PRETRIAL SERVICES OFFICER
20

21

22

23

24

25
```

| | |
|---|---|
| 1 | I N D E X |
| 2 | 8:19-CR-00061-JVS                                          JUNE 10, 2019 |
| 3 | PROCEEDINGS:  HEARING RE:  REVIEW OF BOND CONDITIONS |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 1 | SANTA ANA, CALIFORNIA; JUNE 10, 2019 |
| 2 | THE CLERK: PLEASE REMAIN SEATED AND COME TO ORDER. |
| 3 | THIS UNITED STATES DISTRICT COURT IS NOW IN SESSION. |
| 4 | THE HONORABLE JOHN D. EARLY, UNITED STATES MAGISTRATE |
| 5 | JUDGE, PRESIDING. |
| 6 | THE COURT: GOOD AFTERNOON, EVERYONE. |
| 7 | MR. STEWARD: GOOD AFTERNOON, YOUR HONOR. |
| 8 | WE ONLY HAVE ONE CASE ON. LET'S CALL THE MATTER. |
| 9 | CALLING SA CR 19-00061, UNITED STATES OF AMERICA VERSUS |
| 10 | MICHAEL JOHN AVENATTI. |
| 11 | MR. SAGEL: GOOD AFTERNOON, YOUR HONOR. |
| 12 | BRETT SAGEL AND JULIAN ANDRE ON BEHALF OF THE UNITED |
| 13 | STATES.. |
| 14 | THE COURT: GOOD AFTERNOON. |
| 15 | MR. STEWARD: AND, YOUR HONOR, DEAN STEWARD WITH MR. |
| 16 | AVENATTI. HE'S PRESENT ON BOND. |
| 17 | THE COURT: GOOD AFTERNOON. |
| 18 | ALL RIGHT. WE'RE HERE, MR. STEWARD, ON YOUR PETITION ON |
| 19 | BEHALF OF YOUR CLIENT TO AMEND THE PRETRIAL RELEASE CONDITIONS. |
| 20 | I'VE REVIEWED YOUR PETITION OR YOUR FILING AS WELL AS THE |
| 21 | PRETRIAL SERVICES REPORT AND RECOMMENDATION. |
| 22 | I SEE MS. GARDNER FROM PRETRIAL SERVICES IS WITH US |
| 23 | HERE THIS AFTERNOON. |
| 24 | MR. STEWARD, IS THERE ANYTHING JUST IN TERMS OF A |
| 25 | FACTUAL PROFFER THAT YOU WANT TO ADD? |

1        MR. STEWARD: NOT UNLESS THE COURT HAS ANY PARTICULAR
2    QUESTIONS.
3        THERE'S A PASSAGE IN THE PRETRIAL SERVICES REPORT
4    REGARDING ALLEGED INTIMIDATION OF WITNESSES WHICH WE
5    ABSOLUTELY DENY AND CAN EXPLAIN ALL THAT. HOPEFULLY THAT WON'T
6    BE NECESSARY. JUDGE SELNA WAS AWARE OF IT AND TOOK NO ACTION.
7        THE COURT: UNDERSTOOD.
8        WELL, I WILL TELL YOU THAT MY TENTATIVE IS TO GRANT THE
9    APPLICATION. AND I'LL HEAR OBVIOUSLY FROM THE GOVERNMENT ON
10   YOUR VIEW.
11       I HAVE READ WHAT'S CONTAINED IN THE PRETRIAL SERVICES
12   REPORT THAT PURPORTS TO SUMMARIZE THE GOVERNMENT'S POSITION
13   AS WELL, MR. STEWARD, AS YOUR APPLICATION, A PORTION OF WHICH
14   PURPORTS TO SUMMARIZE THE GOVERNMENT'S POSITION.
15       AND I'LL LET YOU KNOW FROM MY PERSPECTIVE THERE'S A
16   COUPLE OF THINGS TO KEEP IN MIND.
17       YOU EACH HAVE AN INTEREST IN REPRESENTING YOUR
18   RESPECTIVE CLIENTS AND ALL THAT THAT ENTAILS.
19       I ALSO HAVE AN INTEREST IN TRYING TO INSURE SOME LEVEL OF
20   CONSISTENCY BETWEEN TWO COURTS. AND IF ONE COURT HAS FOUND A
21   LESSER RESTRICTIVE CONDITION TO BE SUFFICIENT, I'M GOING TO NEED
22   SOME PARTICULAR INFORMATION TO UNDERSTAND THAT.
23       AND, ALSO, KEEPING IN MIND THAT UNDER THE BAIL REFORM ACT I
24   AM OBLIGATED TO IMPOSE ONCE I FIND THAT CONDITIONS CAN
25   REASONABLY ASSURE THE APPEARANCE OF THE DEFENDANT AS

|   |   |
|---|---|
| 1 | REQUIRED AND THE SAFETY OF ANY PERSON IN THE COMMUNITY, I'M |
| 2 | REQUIRED TO IMPOSE THE LEAST RESTRICTIVE CONDITIONS THAT WILL |
| 3 | PROTECT THOSE TWO CONCERNS. |
| 4 | SO, KEEPING IN MIND THOSE TWO ISSUES, I'LL HEAR FROM THE |
| 5 | GOVERNMENT. |
| 6 | MR. SAGEL: I APPRECIATE THAT, YOUR HONOR. AND I |
| 7 | APPRECIATE YOUR TENTATIVE. SO I WON'T START FROM GROUND ZERO. |
| 8 | I'LL START EXACTLY WHERE YOU STARTED WITH. |
| 9 | LET ME START WITH THE CONSISTENCY BETWEEN THE COURTS. |
| 10 | I APPRECIATE THE ASPECT WHERE I'D SAY IS PRIOR TO HIS INITIAL -- |
| 11 | PRIOR TO THE DEFENDANT'S INITIAL APPEARANCE IN NEW YORK, HE |
| 12 | KNEW WHAT HIS CONDITIONS WERE IN BOTH DISTRICTS. |
| 13 | THERE WAS A REQUEST AT ONE POINT BY PRIOR COUNSEL TO |
| 14 | CHANGE HIS CONDITIONS HERE THAT HAD NOT BEEN DONE. THEY KNEW |
| 15 | WE OPPOSED IT. |
| 16 | WHAT WE HAD ALWAYS AGREED, AND WE'VE EVEN AGREED |
| 17 | WITH MR. STEWARD, TO DATE IS IF WE'RE PROVIDED WITH THE DISTRICTS |
| 18 | HE NEEDS TO TRAVEL FOR WORK, WE'RE WILLING TO MODIFY HIS |
| 19 | CONDITIONS FOR WORK-RELATED REASONS TO ALLOW THOSE TRAVELS. |
| 20 | THEY'VE ALWAYS REFUSED TO PROVIDE THAT TO US. IN THE |
| 21 | LATEST THEY'VE TALKED ABOUT WHERE THEY WANT TO TRAVEL TO HELP |
| 22 | INVESTIGATORS AND PROSECUTORS ON THEIR CASES. |
| 23 | AGAIN, WE SAID IF YOU PROVIDE US WITH THAT INFORMATION |
| 24 | SO WE CONFIRM THAT IS ACCURATE, WE'RE WILLING TO MODIFY THE |
| 25 | CONDITIONS ACCORDINGLY. |

1       THAT'S YET BEEN DONE.
2            SO, WE HAVE ALWAYS BEEN WILLING TO MODIFY THINGS, BUT
3  THEY WEREN'T.
4            SO, WHEN THE CONDITIONS WERE CHANGED IN NEW YORK, IT
5  WASN'T WITH OUR CONSENT BY ANY MEANS.  AND WE'RE NOT AWARE OF
6  MR. AVENATTI OR HIS COUNSEL INFORMING THE COURT IN NEW YORK OR
7  THE AUSAS.  AND TO THE CONTRARY FROM WHAT WE KNOW, IT WAS NOT
8  TOLD TO THEM THAT WE WOULD IMPOSE THOSE CONDITIONS.  SO, IT
9  SEEMED LIKE IT WAS A STIPULATED SITUATION IN NEW YORK AND THE
10 JUDGES JUST TOOK IT AS FACT.
11           OBVIOUSLY, THAT'S THE PLAYING FIELD I'M STANDING ON RIGHT
12 NOW.  AND I GET THAT.
13           BUT I DO BELIEVE IF YOU WERE TO LOOK AT THE TWO CASES
14 AND THE TWO CIRCUMSTANCES SEPARATELY, OUR CASE IS VERY
15 DIFFERENT FROM THE CASE IN NEW YORK.  THEIRS IS A VERY LIMITED
16 SCOPE ESPECIALLY WITH EITHER CASE YOU WANT TO LOOK AT, EITHER
17 INDICTMENT.  THEY'RE A LIMITED SCOPE, LIMITED VICTIM CASES.  OURS
18 EXTEND MULTIPLE YEARS, INVOLVES OBSTRUCTION OF JUSTICE,
19 INVOLVES PERJURY.  AND WE KNOW OF THE DEFENDANT AND WHAT HE'S
20 UP TO PROBABLY BETTER THAN OTHERS, WHICH IS WHY WE DON'T THINK
21 IT SHOULD JUST BE A NOTICE REQUIREMENT TO PRETRIAL SERVICES.
22           AS FOR THE LEAST RESTRICTIVE CONDITIONS, AS YOUR HONOR
23 MENTIONED, I DON'T DISPUTE THAT AT ALL.  I CAN'T BECAUSE THAT'S THE
24 STATUTE OBVIOUSLY.
25           WHAT I WOULD SAY IS THE LEAST RESTRICTIVE TO MEET HIS

|   |   |
|---|---|
| 1 | DANGER TO THE COMMUNITY, PRIMARILY ECONOMIC, AND POTENTIAL |
| 2 | RISK OF FLIGHT -- WE'RE NOT CONCEDING THAT, BUT I THINK THE RISK OF |
| 3 | DANGER IS THE LARGER ONE HERE -- IS LETTING HIM TRAVEL FOR WORK |
| 4 | ON CONFIRMED LOCATIONS FOR WORK. |
| 5 | AND WE ALSO -- I SHOULD HAVE MENTIONED THIS IN THE |
| 6 | BEGINNING.  WE HAVE NO PROBLEM MODIFYING IT FOR THE SOUTHERN |
| 7 | DISTRICT OF FLORIDA WHERE HE NOW HAS COUNSEL IN HIS OTHER |
| 8 | MATTER.  SO, THOSE DISTRICTS WOULD ALL BE INCLUDED. |
| 9 | BUT AS IT RELATES TO WORK, WE WOULD NOT HAVE A |
| 10 | PROBLEM.  THE CONDITION THEY ARE SEEKING, AND I CAN GET THE |
| 11 | EXACT LANGUAGE FROM THEIR APPLICATION, BUT THEIR NEW CONDITION |
| 12 | THAT THEY'RE SEEKING IS TO ALLOW TRAVEL IN THE CONTINENTAL |
| 13 | UNITED STATES, NOTICE TO PRETRIAL SERVICES 24 HOURS IN ADVANCE. |
| 14 | THAT DOESN'T LIMIT IT TO WORK.  THAT JUST ALLOWS HIM TO |
| 15 | TRAVEL WHENEVER AND HOWEVER HE WANTS. |
| 16 | AND WITH 24 HOURS' NOTICE, PRETRIAL, NOR ANYBODY, CAN |
| 17 | EVEN CONFIRM WHETHER OR NOT IT'S FOR A VALID REASON. |
| 18 | AND THE FINAL POINT THAT I WOULD MAKE TO CIRCLE BACK |
| 19 | AROUND -- AND I UNDERSTAND THAT YOUR HONOR WOULD PROBABLY |
| 20 | SAY ONE BIG CHANGE SINCE THE LAST TIME YOU IMPOSED CONDITIONS |
| 21 | WERE NEW YORK CHANGED THEIRS. |
| 22 | I THINK WE WOULD ALSO SAY THERE HAS BEEN ONE BIG |
| 23 | CHANGE IN THE FACTS SINCE THEN.  AND THAT'S THAT THE STATE BAR |
| 24 | HAS FILED A PETITION TO INVOLUNTARY MAKE MR. AVENATTI INACTIVE AS |
| 25 | A LAWYER, WHICH SEEMS TO MOOT MUCH OF WHAT THEY'RE SAYING HE |

| | |
|---|---|
| 1 | NEEDS TO TRAVEL FOR.  THEY'RE SAYING THIS IS FOR HIS NATIONWIDE |
| 2 | PRACTICE, THE NECESSITY OF TRAVEL FOR HIS LEGAL PRACTICE.  WITHIN |
| 3 | 30 DAYS IT IS VERY LIKELY HE WILL NOT BE A LAWYER ANYMORE. SO, IT'S |
| 4 | HARD TO SEE THE NECESSITY THAT THEY'RE CLAIMING. |
| 5 |    AND WHAT I WILL ALSO POINT OUT IS IF YOU LOOK AT THE DATE |
| 6 | OF THEIR FILING -- |
| 7 |    THE COURT:  WHICH IS? |
| 8 |    MR. SAGEL:  -- JUNE 5TH. |
| 9 |    THE ONE THING THAT WAS LEFT OUT OF THEIR EIGHT PAGES IS |
| 10 | THE FACT THAT ON JUNE 3RD IS WHEN THE STATE BAR OF CALIFORNIA |
| 11 | FILED A PETITION AGAINST MR. AVENATTI TO PLACE HIM ON INVOLUNTARY |
| 12 | INACTIVE STATUS. |
| 13 |    SO, FOR WHATEVER REASON MR. STEWARD CHOSE, HE DID NOT |
| 14 | INCLUDE THAT FACT IN HIS PETITION.  BUT THAT IS A CHANGE THAT HE |
| 15 | MAY NO LONGER BE A LAWYER. |
| 16 |    NOW, MAYBE THAT MEANS WE NEED TO COME BACK TO THE |
| 17 | COURT IN 30 DAYS.  BUT I THINK AT A MINIMUM IF YOUR HONOR IS |
| 18 | LOOKING TO MODIFY HIS CONDITIONS AS YOU MENTIONED IN YOUR |
| 19 | TENTATIVE, I THINK IT, A, NEEDS TO BE LIMITED FOR WORK REASONS AND, |
| 20 | B, THAT MAY ALSO COVER WHAT HAPPENS IF HE'S NO LONGER WORKING |
| 21 | AS A LAWYER. |
| 22 |    THE COURT:  ALL RIGHT. |
| 23 |    BEFORE YOU STEP -- SIT DOWN, MR. SAGEL, MY -- AND I DON'T |
| 24 | REMEMBER TALKING ABOUT THIS.  WE SORT OF JUST ACCEPTED WHAT |
| 25 | CAME FROM NEW YORK LAST TIME.  THE CONCEPT OF HAVING THE U.S. |

1 ATTORNEY'S OFFICE'S APPROVAL REQUIRED FOR TRAVEL IS NOT
2 SOMETHING THAT WE TYPICALLY DO IN THIS DISTRICT IN OUR FORM
3 CONDITIONS OF RELEASE THAT COMES FROM PRETRIAL. THE LANGUAGE
4 IS TRAVEL RESTRICTED TO 'BLANK' UNLESS PRIOR PERMISSION IS
5 GRANTED BY PRETRIAL TO TRAVEL TO A SPECIFIC OTHER LOCATION.
6     SO, WE'RE ALREADY DEALING WITH THE SITUATION THAT'S
7 HEAVIER THAN WHAT I HAVE DONE IN ALMOST EVERY OTHER CASE. I
8 CAN'T THINK OF ANOTHER CASE WHERE I'VE REQUIRED U.S. ATTORNEY'S
9 OFFICE PERMISSION BEFORE PRIOR TRIAL – TRIAL -- TRAVEL.
10     NOW WE'RE DROPPING BELOW THAT BECAUSE NOW WE'RE NOT
11 SAYING PRETRIAL PERMISSION. WE'RE JUST SAYING NOTICE TO
12 PRETRIAL.
13     SO, LET ME START OFF BY SAYING I'M NOT REALLY INCLINED TO
14 AT A MINIMUM REQUIRE APPROVAL FROM THE GOVERNMENT BEFORE
15 TRIAL. THE QUESTION THEN BECOMES SHOULD IT BE APPROVAL FROM
16 PRETRIAL OR JUST NOTICE TO PRETRIAL.
17     AND ON THAT I'M GOING TO GIVE PRETRIAL AN AWFUL LOT OF
18 DEFERENCE IN -- SINCE THEY'RE THE ONES THAT ARE DOING THE
19 SUPERVISING AND THE FACT THAT THEIR RECOMMENDATION IS THAT IT
20 BE WITH NOTICE TO PRETRIAL NOT APPROVAL BY PRETRIAL.
21     IT'S NOT DISPOSITIVE OBVIOUSLY. I'M NOT THE PROVERBIAL
22 POTTED PLANT. BUT SINCE THEY'RE THE ONES DOING THE SUPERVISING
23 THAT CARRIES A LOT OF WEIGHT.
24     I'LL JUST MAKE A LITTLE COMMENT. HAVING WORKED IN THE
25 DEPARTMENT OF JUSTICE IN THIS U.S. ATTORNEY'S OFFICE, WHEN YOU

1  SAY, "THEY DIDN'T HAVE OUR CONSENT," WHEN YOU'RE REFERRING TO
2  THE U.S. ATTORNEY'S OFFICE IN THE SOUTHERN OF NEW YORK NOT
3  HAVING THE CONSENT OF THE U.S. ATTORNEY'S OFFICE OF THE CENTRAL
4  DISTRICT OF COURSE YOU ARE ALL UNDER THE FAMILY UMBRELLA OF THE
5  DEPARTMENT OF JUSTICE.
6          MR. SAGEL:  UNDERSTOOD.
7          THE COURT:  SO, I UNDERSTAND WHAT YOU MEAN BY THAT.  BUT
8  AT A MINIMUM A SISTER OFFICE OF YOURS HAS FOUND THAT THE
9  CONDITIONS THAT WOULD ONLY REQUIRE NOTICE TO PRETRIAL TO BE
10 SUFFICIENT.  I DO TAKE ACCOUNT OF YOUR POSITION.
11         AND IN TERMS OF THE STATE BAR PROCEEDINGS, I GOT TO BE
12 HONEST WITH YOU.  I GUESS THANKFULLY I DON'T KNOW HOW THAT
13 WORKS.  I DON'T KNOW WHAT TIMEFRAME WE'RE LOOKING AT.  I DON'T
14 KNOW WHAT THAT IS.  SO, I NOTE YOUR COMMENT, BUT AS WE SIT RIGHT
15 NOW, IT'S A -- IT'S I GUESS IN THE ALLEGATION STAGE.  I DON'T KNOW
16 HOW THAT'S GOING TO PLAY OUT.
17         BUT EVEN IF THE CONTINGENCY OCCURS THAT YOU'RE
18 SUGGESTING, I'M NOT SURE THAT THAT WOULD MEAN THAT TRAVEL
19 WOULDN'T BE NECESSARY OR APPROPRIATE -- FOR INSTANCE, HAVING TO
20 TURN OVER FILES, HAVING TO MEET WITH NEW COUNSEL IN ADDITION TO
21 OTHER THINGS THAT ARE NOT NECESSARILY WORK RELATED.
22         SO, YOU'RE STILL SWIMMING UPSTREAM FOR ME.  I RECOGNIZE
23 YOUR POSITIONS HERE.
24         BUT I WILL ASK PRETRIAL ONE QUESTION, AND THAT WAS ABOUT
25 THE AMOUNT OF NOTICE.  IT'S NOT IN THE PROPOSED RECOMMENDATION

1    WHAT NOTICE WOULD BE REQUIRED.  AND IS THERE A PARTICULAR TIME
2    PERIOD THAT PRETRIAL WOULD LIKE TO BE PART OF THE ORDER FOR THE
3    NOTICE?
4            U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  YES.  FOR
5    THE NOTICE WE WOULD PREFER AT LEAST 48 HOURS --
6            THE COURT:  OKAY.
7            U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  -- IN
8    ADVANCE AND/OR PRIOR TO THE PURCHASING OF TICKETS OR
9    TRANSPORTATION ARRANGEMENTS.
10           THE COURT:  WHEN YOU SAY AND/OR, WHAT--
11           U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  IT JUST
12   KIND OF DEPENDS I GUESS HOW FAR THEY ARE TRAVELING TO.  SO,
13   BEFORE THEY MAKE -- BEFORE THEY FINALIZE THEIR ARRANGEMENTS, TO
14   LET US KNOW, TO GIVE US NOTICE OF WHERE THEY'RE  --
15           THE COURT:  AND AT A MINIMUM --
16           U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  48 HOURS --
17           THE COURT:  48 HOURS.  OKAY.
18           U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  -- IN
19   ADVANCE, CORRECT.
20           THE COURT:  ALL RIGHT.
21           THANK YOU.
22           IS THERE ANYTHING FURTHER FROM PRETRIAL'S STANDPOINT
23   THAT THEY'D LIKE TO BE HEARD ON?
24           U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  NO, YOUR
25   HONOR.

| | |
|---|---|
| 1 | THE COURT:  ALL RIGHT. |
| 2 | SO, MR. SAGEL, I'VE GIVEN YOU SOME THOUGHT TO LET YOU |
| 3 | RESPOND. |
| 4 | AND THEN I'LL GIVE MR. STEWARD THE OPPORTUNITY TO |
| 5 | RESPOND TO ANYTHING HE WISHES TO RESPOND TO. |
| 6 | MR. SAGEL:  UNDERSTOOD. |
| 7 | AND SINCE I OBVIOUSLY NEED THE EXERCISE, LET ME SWIM |
| 8 | AGAINST THE STREAM A LITTLE FURTHER. |
| 9 | I UNDERSTAND THE COMMENTS YOUR HONOR IS MAKING, AND |
| 10 | I'M NOT GOING TO DISPUTE MUCH. |
| 11 | I DO THINK AT A MINIMUM IT SHOULD NOT JUST BE |
| 12 | NOTIFICATION.  IT NEEDS TO BE PERMISSION FROM PRETRIAL SERVICES. |
| 13 | AND WHAT HAS HAPPENED ON NUMEROUS OCCASIONS SINCE -- |
| 14 | AND, AGAIN, WE'VE STIPULATED EACH TIME HE HAS NEEDED TO TRAVEL. |
| 15 | SO, I DON'T WANT IT TO LOOK LIKE WE'VE BEEN OBSTRUCTIONISTS IN ANY |
| 16 | WAY WHATSOEVER.  WE'VE AGREED. |
| 17 | BUT EVEN TAKING THAT OFF THE TABLE, ALMOST EVERY |
| 18 | REQUEST HAS BEEN LIKE I'M AT THE AIRPORT.  I NEED TO GO TO THIS |
| 19 | LOCATION. |
| 20 | AND I DON'T THINK THAT'S ACCEPTABLE.  AND THAT'S ALREADY |
| 21 | BECOME A PATTERN IN A MONTH.  AND, SO, I THINK IT NEEDS TO BE |
| 22 | APPROVAL BY -- PERMISSION/APPROVAL BY PRETRIAL SERVICES WITH |
| 23 | THE NOTIFICATION 48 HOURS IN ADVANCE, WHICH ALLOWS THE PRETRIAL |
| 24 | SERVICES OFFICER TO DETERMINE WHETHER OR NOT -- IN THIS CASE |
| 25 | MS. DAVIS -- NEEDS TO REACH OUT TO ONE OF THE PROSECUTORS TO |

1   SEE IF THERE'S SOMETHING THAT WE KNOW OF THAT'S INAPPROPRIATE

2   OR SO FORTH AS OPPOSED TO JUST THE NOTIFICATION.  BY THE TIME

3   THAT THE OFFICER LOOKS AT IT HE MIGHT ALREADY BE ON A PLANE.

4       SO, I THINK THAT'S THE ONE LAST ARGUMENT I WILL  --

5       THE COURT:  WELL, LET ME ASK YOU THIS.  AND I'M PROBABLY

6   GOING TO STILL STICK WITH MY TENTATIVE.

7       BUT IN TERMS 48 HOURS, THAT WOULD CONCEIVABLY PERMIT

8   NOTICE BY VOICE MAIL AT SEVEN O'CLOCK ON A FRIDAY TO GET ON A

9   PLANE AT NINE O'CLOCK ON A SUNDAY NIGHT.

10       WHAT ABOUT INSTEAD OF LIMITING IT TO HOURS, SAY IT IS TWO

11   BUSINESS DAYS, NOT LESS THAN 48 HOURS -- MEANING AT 9:00 IN THE

12   MORNING ON A FRIDAY, THE TRAVEL COULD NOT COMMENCE UNTIL 9:00 IN

13   THE MORNING ON A MONDAY -- OR ON A TUESDAY.

14       MR. SAGEL;  IF I CAN SAY I CONVINCED YOU OF SOMETHING,

15   YES, WE'LL TAKE THAT, YOUR HONOR.

16       THE COURT:  OKAY.

17       ANYTHING FURTHER?

18       MR. SAGEL;  UNLESS YOU HAVE ANY FURTHER QUESTIONS?

19       THE COURT:  NO. THANK YOU, MR. SAGEL.

20       MR. STEWARD.

21       MR. STEWARD:  ONLY, YOUR HONOR, THAT PART OF THE

22   REASON THAT WE MADE THE APPLICATION IN THE FIRST PLACE IS

23   MR. AVENATTI HAS TRAVELED EXTENSIVELY FOR BUSINESS JUST SINCE

24   I'VE BEEN REPRESENTING HIM.  WE'VE BEEN THROUGH THREE, FOUR

25   DIFFERENT REQUESTS IN THE PROCESS OF BRINGING IN THE U.S.

1    ATTORNEY.
2            SO, A VERY SMALL PART OF WHAT WE'RE ASKING IS JUST TO
3    TAKE THE BURDEN OFF OF EVERYBODY ELSE, INCLUDING PRETRIAL ON
4    THIS.  OUR REQUEST IS THAT THE COURT STICK WITH THE 24 HOURS
5    BECAUSE HE DOES SOMETIMES HAVE TO MOVE RATHER QUICKLY.
6            FOR EXAMPLE, HE WAS IN NEW YORK CITY FOR ARRAIGNMENT
7    ON THOSE TWO INDICTMENTS.  IT'S BEEN  -- WHAT?  -- A WEEK, TEN DAYS
8    AGO, SOMETHING LIKE THAT.  AND HE DIDN'T REALIZE THAT HE WAS
9    GOING TO NEED TO CONSULT WITH FLORIDA COUNSEL UNTIL LITERALLY
10   AFTER HE'S COMING OUT OF COURT.
11           AND, SO, WE'RE TRYING TO COORDINATE THIS AND GET
12   EVERYBODY'S APPROVAL AND DO ALL THAT, WHICH WE DID.
13           AND I AGREE WITH MR. SAGEL.  MY CLIENT LITERALLY AT THE
14   AIRPORT SAYING I'M NOT GOING ANYWHERE UNTIL I GET EVERYBODY'S
15   APPROVAL.
16           THE POINT OF ALL OF THAT IS THAT THE 24 HOURS IS PRETTY
17   MUCH THE STANDARD.  AND UNDER THESE PARTICULAR CIRCUMSTANCES,
18   I'D SUGGEST THAT THE 24 HOURS MAKES A LOT MORE SENSE BECAUSE
19   HE DOES MOVE AROUND QUITE A BIT.
20           ON THE APPROVAL FROM PRETRIAL, MY ONLY COMMENT THERE
21   IS THAT UNLESS HE SAYS I'M GOING TO GO PARTY IN LAS VEGAS, I CAN'T
22   IMAGINE THAT PRETRIAL WOULD -- IT WOULD MEAN ANYTHING TO THEM.
23           SO, MY REQUEST WOULD BE THAT THE COURT CONSIDER
24   NOTICE TO PRETRIAL AND -- WITH 24 HOURS.
25           AND SOME OF THE OTHER COMMENTS BY COUNSEL I DON'T

1    WANT TO SWIM UPSTREAM SO I'LL JUST SUBMIT.

2    THE COURT: WELL, WE HAD A LOT OF SWIMMING REFERENCES

3    I'M SORRY I BROUGHT IT UP.

4    (LAUGHTER.)

5    THE COURT: ALL RIGHT. I'M GOING TO GRANT THE

6    APPLICATION.

7    SO MR. AVENATTI, I'M GOING TO AMEND YOUR CONDITIONS OF

8    RELEASE IN THIS CASE. AND WE ARE GOING TO GO WITH THE PRETRIAL

9    SERVICES' RECOMMENDATION, AND IT IS GOING TO BE WITH 48 HOURS'

10    NOTICE IN TERMS OF BUSINESS HOURS. SO TWO BUSINESS DAYS.

11    AND IN THE EVENT FOR SOME REASON THAT'S UNWORKABLE.

12    WE CAN POTENTIALLY REVISIT THAT. I'M NOT ENCOURAGING THAT. LET'S

13    SEE HOW IT GOES.

14    THE INCIDENT MR. STEWARD DESCRIBED I'M GUESSING IS NOT

15    LIKELY TO RECUR. BUT WE WILL – I WILL GRANT THE MOTION.

16    MR. AVENATTI, YOUR CONDITIONS OF RELEASE WILL NOW

17    RESTRICT YOUR TRAVEL TO THE SOUTHERN DISTRICT OF NEW YORK, THE

18    EASTERN DISTRICT OF NEW YORK. I'M GOING TO INCLUDE –

19    IS IT THE SOUTHERN DISTRICT OF FLORIDA?

20    THE DEFENDANT: CORRECT, YOUR HONOR.

21    THE COURT: AND THE CENTRAL DISTRICT OF CALIFORNIA.

22    WITH ANY OTHER DOMESTIC TRAVEL PERMITTED ONLY WITH

23    PRIOR NOTIFICATION TO PRETRIAL SERVICES OF AT LEAST 48 HOURS.

24    AND THAT IS MEASURED IN TERMS OF TWO BUSINESS DAYS.

25    MR. AVENATTI, DO YOU UNDERSTAND THAT MODIFICATION TO

```
 1    THE CONDITIONS OF YOUR RELEASE AS I'VE STATED IT?
 2            THE DEFENDANT:  I DO, YOUR HONOR.  IF I COULD HAVE ONE
 3    MOMENT TO CONSULT WITH MY COUNSEL, PLEASE?
 4            THE COURT:  YES.
 5            THE DEFENDANT:  THANK YOU.
 6            (THE DEFENDANT CONFERRING WITH MR. STEWARD.)
 7            MR. STEWARD:  MY ONLY COMMENT ON ALL OF THAT IS THAT
 8    SUPPOSE HE'S IN FLORIDA AND NEEDS TO COME BACK A DAY EARLY.
 9            IF THAT'S TRUE, THEN, HE'S GOING TO HAVE TO SIT DOWN
10    THERE FOR ANOTHER TWO DAYS BEFORE HE CAN COME BACK.
11            THE COURT:  SO, LET ME SAY THIS.  WE ALL APPLY A RULE OF
12    REASON.  AND PRETRIAL APPLIES A RULE OF REASON.
13            YOU WILL BE GIVING THEM AN ITINERARY.  THEY DO THIS ALL
14    THE TIME.  I MEAN, IT'S NOT UNCOMMON TO HAVE PEOPLE MOVING BACK
15    AND FORTH.
16            THE ITINERARY YOU GIVE IF SOMETHING COMES UP IT DOESN'T
17    MEAN THAT IF YOUR FLIGHT GETS DELAYED BY AN HOUR, OR YOUR
18    FLIGHT LEAVES EARLIER BY AN HOUR, OR SOMETHING WITHIN THE RULE
19    OF REASON.
20            HOWEVER, IF YOU ARE GOING TO A DIFFERENT LOCATION OR
21    SOMETHING ALONG THOSE LINES, BUT --
22            I'LL ASK MS. GARDNER.
23            DOES WHAT'S JUST BEEN DESCRIBED CAUSE YOU ANY
24       CONCERN OR HEARTACHE?
25            U.S. PROBATION AND PRETRIAL SERVICES OFFICER:  NO, THAT'S
```

|   |   |
|---|---|
| 1 | VERY TYPICAL, OF COURSE, WITH FLIGHT DELAYS COMING FROM |
| 2 | COAST TO COAST. |
| 3 |     SO, THE DEFENDANTS THEY HAVE INFORMATION WHERE THEY |
| 4 | CAN ACCESS US EITHER BY A PHONE CALL OR AN EMAIL IF THAT WAS |
| 5 | TO OCCUR. |
| 6 |     THE COURT:  THANK YOU. |
| 7 |     MR. STEWARD:  THE LAST CLARIFICATION, YOUR HONOR, IS THAT |
| 8 | IF THE PRETRIAL SERVICES OFFICER WHO IS SHAKIR DAVIS FROM LOS |
| 9 | ANGELES APPROVES THE TRAVEL WITHIN 24 HOURS, IS THAT |
| 10 | ACCEPTABLE? |
| 11 |     THE COURT:  WELL, MY ORDER IS GOING TO BE MY ORDER. |
| 12 |     BUT, LISTEN, I UNDERSTAND YOU HAVE A GOOD RELATIONSHIP – |
| 13 | WORKING RELATIONSHIP WITH OFFICER DAVIS. |
| 14 |     I'LL JUST LEAVE IT AT THAT |
| 15 |     MR. STEWARD:  OKAY.  WE SHOULD SWAP PRETRIAL WITH |
| 16 | INFORMATION. |
| 17 |     THE COURT:  AFTER MR. STEWARD, MS. DAVIS SHOULD BE YOUR |
| 18 | SECOND BEST FRIEND. |
| 19 |     MR. STEWARD:  THANK YOU. |
| 20 |     THE COURT:  ALL RIGHT. |
| 21 |     MR. SAGEL, WAS THERE SOMETHING THAT YOU WANTED TO -- |
| 22 |     MR. SAGEL:  NO.  I WAS JUST GOING TO COMMENT THAT THE |
| 23 | SCENARIO THAT MR. STEWARD BROUGHT UP, AS LONG AS IT'S |
| 24 | BETWEEN THE FOUR DISTRICTS YOU MENTIONED, THERE'S NOT EVEN A |
| 25 | NOTIFICATION.  SO, HE CAN ALWAYS COME BACK EARLIER, GO TO ANY |

| | |
|---|---|
| 1 | OF THOSE FOUR LOCATIONS WITHOUT THE NOTICE I'M ASSUMING IS |
| 2 | YOUR HONOR'S INTENTION. |
| 3 | THE COURT: YES. |
| 4 | ALL RIGHT. IS THERE ANYTHING FURTHER FROM THE |
| 5 | GOVERNMENT? |
| 6 | MR. SAGEL: NO, YOUR HONOR. |
| 7 | THE COURT: ANYTHING FURTHER FROM THE DEFENSE? |
| 8 | MR. STEWARD: NO, YOUR HONOR. THANK YOU. |
| 9 | THE COURT: THANK YOU. |
| 10 | THAT WILL BE THE ORDER OF THE COURT. |
| 11 | THE CLERK: THIS COURT IS ADJOURNED. |
| 12 | (PROCEEDINGS CONCLUDED.) |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|   |   |
|---|---|
| 1 |  |
| 2 | <u>TRANSCRIBER'S CERTIFICATE</u> |
| 3 | <u>DISCLAIMER</u> |
| 4 | THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED |
| 5 | DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION. |
| 6 | I, Dorothy Babykin, attest that the foregoing proceedings provided to me |
| 7 | electronically were transcribed by me to the best of my ability. |
| 8 |  |
| 9 | /s/ *Dorothy Babykin* |
| 10 |  |
| 11 | Dorothy Babykin |
| 12 | Date: 2/13/2023 |