1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  MARGARET A. FARRAND (Bar No. 235295)
   (E-Mail: Margaret_Farrand@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   MICHAEL AVENATTI

7

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

12

| 13 | UNITED STATES OF AMERICA, | Case No. 19-CR-61-JVS |
|---|---|---|
| 14 | Plaintiff, | |
| 15 | v. | **NOTICE OF WITHDRAWAL OF MOTION** |
| 16 | MICHAEL AVENATTI, | |
| 17 | Defendant. | |

18

19  TO: UNITED STATES ATTORNEY E. MARTIN ESTRADA AND ASSISTANT

20  UNITED STATES ATTORNEYS BRETT SAGEL AND RANEE KATZENSTEIN:

21       PLEASE TAKE NOTICE that defendant Michael Avenatti, by and through his

22  counsel of record, hereby withdraws the following motion, which was filed on February

23  //

24  //

25  //

26

27

28

1 | 9, 2023: Motion to Stay Restitution Pursuant to Federal Rule of Criminal Procedure
2 | 38(e) or, in the Alternative, Stay Disbursement of Funds from the Court's Registry,
3 | Pending Appeal (Docket No. 1088).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 17, 2023    By  /s/ *Margaret A. Farrand*
MARGARET A. FARRAND
Deputy Federal Public Defender
Attorney for MICHAEL AVENATTI