1

1

2

3

4                 UNITED STATES DISTRICT COURT

5                CENTRAL DISTRICT OF CALIFORNIA

6                     SOUTHERN DIVISION

7                          - - -

8       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

9

          UNITED STATES OF AMERICA,     )CERTIFIED TRANSCRIPT
10                        Plaintiff,  )
            vs.                       )
11                                    )  SACR-19-00061-JVS
          MICHAEL JOHN AVENATTI,      )
12                        Defendant.  )
          ----------------------------)

13

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16              Santa Ana, California

17            September 27, 2021

18

19                   SHARON A. SEFFENS, RPR
                     United States Courthouse
20                   411 West 4th Street, Suite 1-1053
                     Santa Ana, CA  92701
21                   (612) 804-8655

22

23

24

25

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

1   APPEARANCES OF COUNSEL:

2   For the Plaintiff:

3   BRETT A. SAGEL
    Assistant United States Attorney
4   **UNITED STATES ATTORNEY'S OFFICE**
    Ronald Reagan Federal Building
5   411 West Fourth Street, Suite 8000
    Santa Ana, CA  92701
6   (714) 338-3598

7   For the Defendant:

8   MICHAEL JOHN AVENATTI, PRO SE

9   H. DEAN STEWARD, ADVISORY COUNSEL
    H. DEAN STEWARD LAW OFFICES
10  107 Avenida Miramar, Suite C
    San Clemente, CA  92672
11  (949) 481-4900

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | SANTA ANA, CALIFORNIA; MONDAY, SEPTEMBER 27, 2021; 8:57 A.M. |
| 08:57  2 | THE CLERK:  Calling Case No. SACR-19-00061-JVS, |
| 08:57  3 | United States of America versus Michael John Avenatti. |
| 08:57  4 | Counsel, please state your appearances for the |
| 08:57  5 | record. |
| 08:57  6 | MR. SAGEL:  Good morning, Your Honor.  Brett Sagel |
| 08:57  7 | on behalf of the United States and Patrick Fitzgerald with |
| 08:57  8 | the Privilege Review Team. |
| 08:57  9 | MR. AVENATTI:  Good morning, Your Honor. |
| 08:57  10 | Defendant Michael Avenatti present with advisory counsel |
| 08:57  11 | Mr. Dean Steward. |
| 08:57  12 | THE COURT:  Good morning. |
| 08:57  13 | What do you have to report?  First, |
| 08:57  14 | Mr. Fitzgerald. |
| 08:57  15 | MR. FITZGERALD:  Yes, Your Honor, following up on |
| 08:57  16 | our discussion of last week, the thumb drive that contained |
| 08:57  17 | the results of Special Agent Tashchyan's manual search for |
| 08:57  18 | the Tabs and the QuickBooks file, that was delivered to the |
| 08:58  19 | defense on Monday. |
| 08:58  20 | Mr. Varani back at the Computer Crime Lab |
| 08:58  21 | resolved the technical merger issue that we briefly |
| 08:58  22 | discussed.  He put a total of 4.3 million files from Server |
| 08:58  23 | 5 on the hard drive, and then he also put on 2.6 million |
| 08:58  24 | files from Server 4, which was the e-mail server.  And, |
| 08:58  25 | again, those were indexed for use in FTK.  He sent out the |

08:58    1    hard drive, and that was delivered to the defense on Friday,

08:58    2    the 24th.

08:58    3         The other issue is that the FTK project here -- to

08:58    4    index an FTK 100 percent of the Eagan Avenatti files, which

08:58    5    was completed as the Court knows quite some time ago except

08:59    6    for this very large Server 5 -- unfortunately, that project

08:59    7    essentially has almost come to a halt.  The computer that is

08:59    8    doing the indexing just made a trivial amount of progress,

08:59    9    just a few thousand files over the last few days.  And the

08:59   10    special agent does not know why it is taking so Long and has

08:59   11    no idea when that project -- when all of Server 5 is going

08:59   12    to be indexed.

08:59   13         THE COURT:  Whatever is forthcoming, would it be

08:59   14    duplicative of the 4.3 million files?

08:59   15         MR. FITZGERALD:  It would.  It would then also

08:59   16    contain many other files that are on Server 5.  But, again,

08:59   17    Mr. Varani -- the decision was made at the beginning of the

08:59   18    case from the government's side that the 4.3 that were

08:59   19    indexed to go into relatively were thought to be the files

09:00   20    based on their file type.  As he described the, quote, "user

09:00   21    files," those were the files that the government believed

09:00   22    were most relevant to the case.  So those were the ones that

09:00   23    went into relatively.

09:00   24         Again, there are millions of other files on

09:00   25    Server 5, but those were not imported into the case, so to

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:00   1    speak, because the thought was they were not going to be

09:00   2    relevant.

09:00   3           THE COURT:  Okay.  Thank you.

09:00   4           Mr. Avenatti.

09:00   5           MR. AVENATTI:  Your Honor, we obtained the

09:00   6    forensic copy of the servers about ten days ago, which was

09:00   7    per the direction of Your Honor.  Our expert has not had an

09:00   8    opportunity to take a look at those forensic copies of the

09:00   9    servers as it relates to getting a totality of what we are

09:00  10    talking about.

09:00  11           Those servers total 34.9 terabytes worth of data.

09:01  12    They were provided to us I think on a five- or six-terabyte

09:01  13    drive, but they were compressed for the purposes of

09:01  14    providing them to us on a drive.  Once those were expanded,

09:01  15    it's 34.9 terabytes worth of data, over 18 million files.  I

09:01  16    don't have an exact number for the Court.  It's over

09:01  17    18 million files.

09:01  18           We now have in our possession as of Friday 6.9 of

09:01  19    the 18 million files in FTK.  I had told Your Honor that we

09:01  20    would arrange to get an FTK license in order to review the

09:01  21    files in FTK because I did not want that to be an impediment

09:01  22    to our ability to review the information.

09:01  23           Our problem is this.  In order to review the

09:02  24    information on the servers, we need to be able to have them

09:02  25    in a forensic indexed format, whether it's FTK or some other

09:02  1   program.  We don't have a little more than a third of the

09:02  2   files.

09:02  3           THE COURT:  You have the forensic copy of all of

09:02  4   the files, correct?

09:02  5           MR. AVENATTI:  You are correct about that.  When

09:02  6   I say we only have a third of the files, what I mean is

09:02  7   we only have a third of the files in an indexed way so that

09:02  8   we can review them for the purposes of determining the

09:02  9   relevant information we need for trial, Brady information,

09:02 10   et cetera.

09:02 11           So I have two concerns based on what I am hearing

09:02 12   now and also what I was told before we began the hearing.  I

09:02 13   asked Mr. Fitzgerald when do you anticipate the balance of

09:02 14   the files being available and processed in FTK so that we

09:02 15   can complete our search?  He said at this point it's a

09:02 16   question of which year.  So that's obviously a problem,

09:03 17   number one.

09:03 18           Number two, I don't understand how the government

09:03 19   did a proper review of these servers for Brady and for

09:03 20   responsive information pursuant to the warrants if all of

09:03 21   the files were not processed in FTK two-and-a-half years

09:03 22   ago.  I understood that what Mr. Varani had in Washington,

09:03 23   D.C., was the totality of the servers processed in FTK, and

09:03 24   we were going to get all of the FTK files from the servers.

09:03 25   We now find out that it's only about a third of the files in

09:03    1    FTK.

09:03    2              My question then is I don't understand again how a

09:03    3    comprehensive review could have been done by the government

09:03    4    of this information having seized the servers if they never

09:03    5    indexed them into FTK or a similar program.  That causes us

09:04    6    significant concern.

09:04    7              I have not had an opportunity, Your Honor, to

09:04    8    communicate with our forensic expert about the fact that

09:04    9    this FTK processing has ground to a halt and the fact that

09:04   10    we are missing two-thirds of the FTK files.  It's possible

09:04   11    that there is another program that we can use to process the

09:04   12    35 terabytes of data and be able to search the files, which

09:04   13    at the end of the day, that is really all I care about, our

09:04   14    ability to search the files and make sure that we have

09:04   15    everything.  I had not had a chance to converse with him

09:04   16    about whether there is another program that we can use or

09:04   17    another process that we can use that would enable us to get

09:04   18    all of the FTK files.

09:04   19              Thank you.

09:05   20              THE COURT:  I think everyone needs to be going

09:05   21    forward as expeditiously as possible.  And I reiterate as

09:05   22    far as the government goes that's seven days a week.

09:05   23              We will have a further status conference next

09:05   24    Monday.  We can potentially do it on that date -- well, I

09:05   25    think we have your motion on that date.

09:05     1             THE CLERK:  We do.

09:05     2             THE COURT:  Let me see where I am at mid week.  I

09:05     3 may push that into the middle of the week.  If so, I will

09:05     4 let you know promptly.  And if we do that, we will have a

09:05     5 status conference then.  Otherwise, we'll hold a status

09:05     6 conference and incorporate a hearing on Mr. Avenatti's

09:05     7 motion.

09:05     8             What time is the motion for?

09:05     9             THE CLERK:  9:00 next Monday.

09:05   10             THE COURT:  Mr. Avenatti.

09:05   11             MR. AVENATTI:  Is it acceptable to the Court

09:05   12 if I file a status report in advance of that reflecting what

09:05   13 my expert has informed me relating to our review of the

09:06   14 data?

09:06   15             THE COURT:  It would be helpful.  It's not

09:06   16 required, but it would be helpful.

09:06   17             MR. AVENATTI:  Okay.  Thank you, Your Honor.  And

09:06   18 we anticipate filing our reply on the pending motion on

09:06   19 Wednesday pursuant to Your Honor's order.

09:06   20             THE COURT:  Okay.

09:06   21             MR. AVENATTI:  Thank you.

09:06   22             THE COURT:  Anything else we ought to discuss at

09:06   23 this time?

09:06   24             MR. SAGEL:  Nothing from the government, Your

09:06   25 Honor.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

9

09:06  1          MR. FITZGERALD:  No, Your Honor.

09:06  2          MR. AVENATTI:  No, sir.

09:06  3          THE COURT:  Okay.  Thank you.

09:06  4          (Whereupon, the proceedings were concluded.)

09:06  5                         *    *    *

09:06  6

09:06  7

09:06  8

09:06  9                         3

09:06  10

09:06  11

09:06  12

09:06  13

09:06  14

09:06  15

09:06  16

09:06  17

09:06  18

09:06  19

09:06  20

09:06  21

09:06  22

09:06  23

09:06  24

09:06  25

**CERTIFICATE**

        I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  February 4, 2023


                        /s/   Sharon A. Seffens  2/4/23
                        _____
                        SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER