UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case SA CR 19-061-JVS |
| Plaintiff, | ORDER [1098] |
| v. | |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

    The Court has considered the Government's Application Regarding Ancillary Proceedings in this matter in order to determine the priority of competing claims made against a certain Honda aircraft, registration number N227WP, aircraft serial number 42000029 (the "Disputed Property").

//

//

Good cause appearing therefor, the government's application is GRANTED, and the Court sets the following briefing schedule:

- All Petitioners shall file a brief by no later than May 29, 2023, setting forth each petitioner's position as the primacy of such petitioner's interest in the Disputed Property;
- Petitioners may file any reply briefing by no later than June 5, 2023; and
- The Court will hold a hearing on all petitions on June 12, 2023, at 9:00 a.m.
- 

April 27, 2023
DATE

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *James E. Dochterman*
DAN G. BOYLE
JAMES E. DOCHTERMAN
Assistant United States Attorneys

2