JOHN P. REITMAN (State Bar No. 80579)
LANDAU LAW LLP
141 S. Windsor Blvd.
Los Angeles, California 90004
Telephone: (310) 557-0050
            (310) 691-7737
Facsimile: (310) 557-0056
jreitman@landaufirm.com

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | Case No. 8:19-cr-00061-JVS<br><br>**EX PARTE APPLICATION OF RICHARD A. MARSHACK, IN HIS CAPACITY AS THE TRUSTEE OF THE CHAPTER 7 BANKRUPTCY ESTATE OF EAGAN AVENATTI, LLP, TO CONTINUE BRIEFING SCHEDULE AND HEARING ON ANCILLARY MATTER REGARDING HONDA JET; SUPPORTING DECLARATION OF JOHN P. REITMAN** |

**TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Richard A. Marshack (the "Trustee"), the trustee of the chapter 7 bankruptcy estate of Eagan Avenatti LLP (the "EA Estate"), respectfully requests that the Court continue for approximately two weeks the briefing deadlines and hearing set in the Court's April 27, 2023, order [Docket No. 1099] regarding the Government's forfeiture of a Honda Jet and the determination of the entitlement of the parties-in-interest/petitioning parties (of whom the Trustee is one) to proceeds from the disposition of that jet.

Prior to the Government filing its application to require petitioning parties to brief the bases for their claimed entitlement to proceeds from the sale of the Honda Jet [Docket No. 1098], John P. Reitman, the Trustee's counsel who has the greatest familiarity with the matter and knowledge of the applicable facts, notified all parties in the forfeiture litigation that he would be unavailable from approximately May 23, 2023, through June 3, 2023. Mr. Reitman will be unavailable because he will be accompanying his wife, who suffers from serious neurological conditions and is unable to care for herself, to the Mayo Clinic, Neurologic facility in Rochester, Minnesota, for extensive diagnostic testing. Mr. Reitman is his wife's sole caregiver. Declaration of John P. Reitman, filed herewith ("Reitman Declaration"), ¶ 2.

Additionally, prior to taking his wife to Minnesota, Mr. Reitman will be deposing two non-party material witnesses pursuant to subpoenas served upon them in pending bankruptcy court litigation concerning the Honda Jet. Those depositions are scheduled for May 18 and 19. Reitman Declaration, ¶ 3.

The Government's application informed the Court of Mr. Reitman's unavailability [Docket No. 1098, page 2, lines 17-19]. However, the Government's proposed order, which the Court entered, requires that petitioning parties' briefs be filed by no later than May 29, 2023, and reply briefs be filed by no later than June 5, 2023, and schedules a hearing on the petitions on June 12, 2023, at 9:00 a.m.

Based upon the limited availability of the Trustee's counsel, the Trustee respectfully requests that the Court continue all of these dates for approximately two weeks, so that the Trustee's counsel may have sufficient time to prepare the Trustee's brief, review all briefs filed by other interested parties, and prepare for and attend the hearing on this matter.

DATED: May 4, 2023

Respectfully Submitted,
Landau Law LLP

By: /s/ John P. Reitman
John P. Reitman, Special Litigation Attorneys for Richard A. Marshack, Trustee of the Chapter 7 Bankruptcy Estate of Eagan Avenatti, LLP

3

# DECLARATION OF JOHN P. REITMAN

I, John P. Reitman, hereby declare as follows:

1. I am a limited liability partner in Landau Law LLP, which serves as special litigation counsel to Richard A. Marshack (the "Trustee") in his capacity as the Chapter 7 trustee for the bankruptcy estate of Eagan Avenatti, LLP. The facts set forth in this declaration are true of my own personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2. I am the Trustee's counsel with the greatest familiarity with and knowledge of the applicable facts regarding the Government's forfeiture of a Honda Jet and the Trustee's claim to the proceeds thereof. Prior to the Government filing its application to require petitioning parties to brief the bases for their claimed entitlement to proceeds from the sale of the Honda Jet, I notified all parties in the forfeiture litigation that I would be unavailable from approximately May 23, 2023, through June 3, 2023. I will be unavailable during that time because I will be accompanying my wife, who suffers from serious neurological conditions and is unable to care for herself, to the Mayo Clinic, Neurologic facility in Rochester, Minnesota, for extensive diagnostic testing. I am my wife's sole caregiver.

3. Additionally, prior to taking my wife to Minnesota, I will be deposing two non-party material witnesses pursuant to subpoenas served upon them in pending bankruptcy court litigation concerning the Honda Jet. Those depositions are scheduled for May 18 and 19.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2023, at Las Vegas, Nevada.

_____
John P. Reitman

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is:
**Landau Law LLP, 141 South Windsor Blvd., Los Angeles, California 90004.**

A true and correct copy of the foregoing document entitled (*specify*): **<u>Ex Parte Application of Richard A. Marshack, in his Capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Eagan Avenatti, LLP, to Continue Briefing Schedule and Hearing on Ancillary Matter Regarding Honda Jet; Supporting Declaration of John P. Reitman</u>** will be served or was served in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** The foregoing document will be served by the court via NEF and hyperlink to the document. On **May 4, 2023,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On _____, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 12:00 noon on the following business day.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): On **May 4, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method) facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 12:00 noon on the following business day.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2023 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

1

1. **SERVED BY THE COURT VIA NEF (continued):**

- **Daniel G. Boyle**
  daniel.boyle2@usdoj.gov,gabriela.arciniega@usdoj.gov,USACAC.Criminal@usdoj.gov,caseview.ecf@usdoj.gov,Tarleen.Khauv@usdoj.gov,Jonathan.Wettstein@usdoj.gov
- **A Barry Cappello**
  abc@cappellonoel.com,jorta@cappellonoel.com,mduong@cappellonoel.com.com,adickerson@cappellonoel.com,mmiller@cappellonoel.com,rlloyd@cappellonoel.com
- **Carlos X Colorado**
  cc@xlawx.com
- **Lawrence J Conlan**
  lconlan@cappellonoel.com,mduong@cappellonoel.com,jorta@cappellonoel.com,adickerson@cappellonoel.com,mmiller@cappellonoel.com,rlloyd@cappellonoel.com,acohen@cappellonoel.com
- **James Edmund Dochterman**
  james.dochterman@usdoj.gov,USACAC.Criminal@usdoj.gov,Luis.Chaves@usdoj.gov,cecilia.anderson@usdoj.gov,Paul.Read@usdoj.gov,CaseView.ECF@usdoj.gov
- **Margaret A. Farrand**
  Margaret_Farrand@fd.org,zzCAC_FPD_Document_Receiving@fd.org,cac_appointments@fd.org
- **Patrick R Fitzgerald**
  USACAC.Criminal@usdoj.gov,patrick.fitzgerald@usdoj.gov,CaseView.ECF@usdoj.gov
- **Thomas Edward Gray**
  tg@xlawx.com,TC@xlawx.com,MR@xlawx.com
- **Ranee Katzenstein**
  ranee.katzenstein@usdoj.gov,USACAC.Criminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **Richard Lloyd**
  rlloyd@cappellonoel.com
- **Filippo Marchino**
  fm@xlawx.com,TG@xlawx.com,CC@xlawx.com,TC@xlawx.com,SG@xlawx.com,DB@xlawx.com
- **Jack Andrew Reitman**
  jareitman@gmail.com,elange@kdvlaw.com
- **John P Reitman**
  jreitman@landaufirm.com,srichmond@landaufirm.com,hrichmond@landaufirm.com,vrichmond@landaufirm.com,amendes@landaufirm.com
- **Brett A. Sagel**
  brett.sagel@usdoj.gov,USACAC.SACriminal@usdoj.gov,CaseView.ECF@usdoj.gov
- **H. Dean Steward**
  deansteward7777@gmail.com,courtneycummingsesq@outlook.com,workingwitheh@gmail.com,deansteward@fea.net

- **Andrew D. Stolper**
  astolper@lawfss.com,mnowowiejski@lawfss.com,astolper@ecf.courtdrive.com

**3. SERVED BY PERSONAL DELIVERY (continued):**

Honorable James V. Selna
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Courtroom 10C
Santa Ana, CA 92701-4516

3