# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | Case No. 8:19-cr-00061-JVS<br><br>**ORDER [1100]** |

The Court has considered the *Ex Parte Application of Richard A. Marshack, in his Capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Eagan Avenatti, LLP, To Continue Briefing Schedule and Hearing on Ancillary Matter Regarding Honda Jet* [Docket No. 1100].

/ / /

/ / /

Good cause appearing therefor, the Application is GRANTED, and the Court modifies the schedule previously set by the Court's April 27, 2023 Order [Docket No. 1099] to the following continued dates:

- All petitioners shall file a brief by no later than June 12, 2023, setting forth each petitioner's position as the primacy of such petitioner's interest in the Disputed Property;
- Petitioners may file any reply briefing by no later than June 19, 2023; and
- The Court will hold a hearing on all petitions on June 26, 2023, at 9:00 a.m.

Dated: May 16, 2023

_____
Honorable James V. Selna
United States District Judge

2