Andrew D. Stolper (SBN 205462)
astolper@lawfss.com
FRANK SIMS STOLPER, LLP
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone: (949) 201-2400
Facsimile: (949) 201-2405

Attorneys for Claimant,
JASON FRANK LAW, PLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>              Defendant. | Case No. 8:19-CR-00061-JVS<br><br>**CLAIMANT JASON FRANK LAW, PLC'S BRIEF RE PRIMACY POSITION IN DISPUTED PROPERTY**<br><br>[*Declaration of Jason M. Frank filed concurrently herewith*]<br><br>Date:       June 26, 2023<br>Time:       9:00 a.m.<br>Courtroom:  10C |

Claimant Jason Frank Law, PLC ("JFL") hereby submits its brief regarding the primacy of its position in the Disputed Property.

**<u>JFL has a Secured Judgment Lien that is Senior to all other Creditors</u>**

Jason Frank Law, PLC ("JFL") is a professional law corporation owned by Jason Frank. Declaration of Jason M. Frank ("Frank Decl."), ¶ 1. JFL obtained a money judgment against Michael J. Avenatti ("Avenatti") on November 20, 2018 in the amount of $5,054,287.75 (the "Judgment"). <u>Id.</u>, ¶ 11, Ex. 5. On December 6, 2018, JFL obtained a secured judgment lien on Avenatti's property by recording a Notice of Judgment Lien with the California Secretary of State in the amount of $5,076,443.53 (including post-judgment interest). <u>Id.</u>, ¶ 12, Ex. 6. On April 22, 2019, the court clerk affixed JFL's attorney's fees and costs to the Judgment, yielding a total judgment amount of $5,115,984.23. <u>Id.</u>, ¶ 14. Ex. 7.

The disposition of the Disputed Property is governed by the federal forfeiture statutes, but "state law determines what rights, title or interests the various claimants possess in" the forfeited property. <u>United States v. Nava</u>, 404 F.3d 1119, 1128-1129 (9th Cir. 2005). Under California law, a judgment lien on personal property is created by filing a Notice of Judgment Lien with the California Secretary of State. <u>In re Imagine Fulfillment Services, LLC</u>, 489 B.R. 136, 144 (C.D. Cal. 2013) (citing Cal. Civ. Proc. Code § 697.510(a).) "A judgment lien attaches to business personal property interests owned by the judgment debtor when the judgment lien is filed, as well as to any lienable property later acquired by the judgment debtor." <u>Id.</u> "[A] judgment lien takes effect on the date a judgment creditor files its Notice of Judgment with the Secretary of State. <u>Id.</u> "Further, under California law, the first judgment lien to attach prevails over later-filed judgment liens." <u>Id.</u> (citing Cal. Civ. Proc. Code § 697.600(a).)

Here, JFL's judgment lien attached to Avenatti's interest in the Disputed Property on December 6, 2018 when the Notice of Judgment Lien was filed with the California Secretary of State. <u>Imagine</u>, 489 B.R. at 144; Cal. Civ. Proc. Code § 697.510(a). This was prior to the seizure of the Disputed Property, which occurred on April 10, 2019. <u>See</u>

<u>U.S. v. One Honda Aircraft</u>, Case No. 8:19-CV-1988, Dkt. 1, ¶ 7.  JFL is not aware of any other secured liens that pre-date JFL's judgment lien.  Frank Decl., ¶ 13.  As such, JFL, as a secured judgment creditor, has priority to Avenatti's interest in the Disputed Property.[1]

Dated: June 12, 2023                    FRANK SIMS & STOLPER LLP

                                        By:  */s/ Andrew D. Stolper*
                                             Andrew D. Stolper
                                             Attorneys for Claimant
                                             Jason Frank Law, PLC

---

[1] According to the records produced by the Honda Aircraft Company regarding the purchase of the Disputed Property, Avenatti has a 50% ownership interest in the Disputed Property through his company, Avenatti & Associates, APC.  Frank Decl., ¶¶ 17-23, Ex. 10, HACI 532, 547.  Avenatti is the sole shareholder of Avenatti & Associates, APC and the company operated as the alter ego of Avenatti.  <u>Id</u>, ¶¶ 20, 29, Ex. 9.