# Exhibit 4

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Sara L. Chenetz, SBN 206936<br>SChenetz@perkinscoie.com<br>Amir Gamliel, SBN 268121<br>AGamliel@perkinscoie.com<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Tel: 310-788-9900<br>Fax: 310-788-3399<br><br>Attorneys for Jason Frank Law, PLC |

**FILED & ENTERED**

MAY 22 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

        Debtor.

Case No. 8:17-bk-11961-CB

Chapter 11

**FINAL JUDGMENT AGAINST EAGAN AVENATTI, LLP AND IN FAVOR OF JASON FRANK LAW, PLC, IN THE AMOUNT OF TEN MILLION DOLLARS AND NO CENTS**

      This Court, having entered its Order Granting Motion for Entry of Judgment Against Eagan Avenatti, LLP, and in Favor of Jason Frank Law, PLC in the Amount of Ten Million Dollars and No Cents, on May 22, 2018 as Docket #444,

//

//

//

-1-

IT IS ORDERED:

(1) Judgment is issued and entered in the amount of TEN MILLION DOLLARS AND NO CENTS in favor of Jason Frank Law, PLC, and against Eagan Avenatti, LLP.

(2) This Judgment is final and not appealable pursuant to Section 3.6 of the Settlement Agreement.

(3) In accordance with Section 23 of the Settlement Agreement, Jason Frank Law, PLC shall be entitled to recover reasonable attorneys' fees and costs incurred in collecting any and all sums due from Eagan Avenatti, LLP pursuant to the entered judgment.

###

Date: May 22, 2018

Catherine Bauer
United States Bankruptcy Judge