Exhibit 5

FILED
Superior Court of California
County of Los Angeles

NOV 20 2018

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
     Daisy G. Vallin

Received
OCT 3 1 2018
Default Section

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| JASON FRANK LAW PLC, a professional law corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI, an individual<br><br>Defendant. | Case No. BC706555<br>The Hon. Dennis J. Landin, Dept. 51<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Trial Date: None Set |

1142399.1

[~~Proposed~~] Judgment

The Motion for Summary Judgment / Adjudication filed by Plaintiff Jason Frank Law, PLC ("JFL") against Defendant Michael Avenatti ("Avenatti") having been granted on October 22, 2018, it is hereby ORDERED and ADJUDGED as follows:

1. JUDGMENT is hereby entered in favor of JFL and against Avenatti in the amount of $ ~~5,000,000~~ 5,054,287.75 consisting of a principal amount of $4,850,000 plus prejudgment interest of $ 204,287.75 ($165,753.42 as of October 22, 2018 plus $1,328.77 for each day thereafter until judgment is entered).

2. JFL shall have and recover from Avenatti costs in the amount of $_____ and attorneys' fees in the amount of $_____, the amounts to be determined as provided in California Rules of Court, rules 3.1700 and 3.1702, and inserted herein by the Clerk.

DATED: **NOV 2 0 2018**

_____
HON. DENNIS J. LANDIN,
Judge of the Superior Court

Respectfully submitted,

Eric M. George, SBN 166403
egeorge@bgrfirm.com
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Attorneys for Jason Frank Law, PLC

1142399.1

-2-

[Proposed] Judgment