# Exhibit 6

18-7686017175
12/06/2018 14:00

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

75318500002  UCC 1 FILING

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form.)

A. NAME & PHONE OF FILER'S CONTACT (optional)
Ira Bibbero  310.274.7100

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)
Ira Bibbero
Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA
90067

THIS SPACE FOR FILING OFFICE USE ONLY

1. JUDGMENT DEBTOR'S EXACT LEGAL NAME -Insert only one name, either 1 a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Avenatti | Michael | J | |

| 1C. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 520 Newport Center Drive, Suite 1400 | Newport Beach | CA | 92660 | |

2. JUDGMENT CREDITOR'S NAME- Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME
Jason Frank Law PLC, a professional law corporation

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1416 3rd Street | Manhattan Beach | CA | 90266 | |

3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.

A. Title of court where judgment was entered: Superior Court of the State of California County of Los Angeles, Central District, Stanley Mosk Courthouse, Department 51

B. Title of the action: Jason Frank Law PLC v. Michael J. Avenatti

C. Number of this action: BC706555

D. Date judgment was entered: 11/20/2018

E. Date of subsequent renewals of judgment (if any): _____

F. Amount required to satisfy judgment at date of this notice: $ 5,076,443.53

G. Date of this notice: 12/6/2018

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE - SEE INSTRUCTION NO. 4

Dated: 12/6/18
(If not indicated, use same as date in Item 3G.)

FOR: Jason Frank Law, PLC

FILING OFFICE COPY

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev 6/01)
Approved by the Secretary of State

American LegalNet, Inc.
www.USCourtForms.com

# JUDGMENT LIEN ADDENDUM
FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR** - insert only one name (6a or 6b):

| 6a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 6c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**7. ADDITIONAL JUDGMENT DEBTOR** - insert only one name (7a or 7b):

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**8. ADDITIONAL JUDGMENT DEBTOR** - insert only one name (8a or 8b):

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**9. ADDITIONAL JUDGMENT CREDITOR** - insert only one name (9a or 9b):

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**10. ADDITIONAL JUDGMENT CREDITOR** - insert only one name (10a or 10b):

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

(1) FILING OFFICER COPY – JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State
American LegalNet, Inc.
www.USCourtForms.com



SECRETARY OF STATE
STATE OF CALIFORNIA

## UCC Filing Acknowledgement

12/07/2018

Page 1 of 1

FIRST LEGAL SUPPORT SERVICES
1814 I STREET
SACRAMENTO CA 95814

| | |
|---|---|
| Filing Fee: | $10.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | $16.00 |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Judgement Lien**  
Filing Number: **18-7686017175**  
File Date: **12/06/2018**  
Lapse Date: **12/06/2023**  
File Time: **14:00**

Debtor(s):
INDIVIDUAL

AVENATTI, MICHAEL, J,

520 NEWPORT CENTER DRIVE, SUITE 1400 NEWPORT BEACH CA USA 92660

Secured Party(ies):
ORGANIZATION

JASON FRANK LAW PLC, A PROFESSIONAL LAW CORPORATION

1416 3RD STREET MANHATTAN BEACH CA USA 90266

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS //UCCCONNECT.SOS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# PROOF OF SERVICE

*Jason Frank Law, PLC v. Michael J. Avenatti*
Los Angeles County Superior Court Case No. BC706555

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On December 12, 2018, I served true copies of the following document(s) described as **NOTICE OF JUDGMENT LIEN** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2018, at Los Angeles, California.

*/s/ Mark Betti*
Mark Betti

1167705.1

-1-
PROOF OF SERVICE

## SERVICE LIST

*Jason Frank Law, PLC v. Michael J. Avenatti*
Los Angeles County Superior Court Case No. BC706555

Michael J. Avenatti
Eagan Avenatti, LLP
520 Newport Center Dr.
Suite 1400
Newport Beach, California 92660
Tel.: 949.706.7000
Fax: 949-706-7050
Email: mavenatti@eaganavenatti.com
       iregnier@eaganavenatti.com

```
=====================================================================================
 062    |           |   99  | 12/06/18|         |         |         |
        |           |       |         |         |         |         |
=====================================================================================
   2|   |           |       |         |         |         |
    |   |           |       |         |         |        ,|         |
=========================================================================Cntrl#=======
  4004|BROWNE GEORGE ROSS LLP                | BPDFRSH |    2        | 3812953 | 52
=====================================================================================
 Mark Betti       | 7531-001                 |   1/  1               |
 qu info:=========================================|BOL#HOT HOT HOT ===|=========|======
==
 BROWNE GEORGE ROSS LLP                      | PLS SUBMIT FOR FILIN|12/06/18  |
 2121 AVENUE OF THE STARS                    | G W/SASE            |
 LOS ANGELES       CA    90067               | PDF ALL RETURNS     |
 310 274-7100                                |                     |
                        Zns: 20/4            |                     |
                   Rm:SUITE#2800             |                     |
                                             |                     |
 del info:===================================================================
 SECRETARY OF STATE-SACRAMENTO               |                     |12/06/18  |
 1500 11TH STREET                            |                     |          | 99
 SACRAMENTO        CA    95814               |                     |          |
 916 657-5448                                |                     |To:13:51  |
                       Zns:607/520           |                     |          |
                   Rm:CORPORATE DIVISN       |                     |          |
                                             | 12/06/18   11:51|   Yes     | ???

 12/06/18 11:53:08 52   PDF TO SAC OFFICE
 12/06/18 11:54:11 52   in re Avenatti
 12/06/18 11:54:12 52   NTC OF JDGMT LIEN
```

89383 / NTE 1,000.00