# Exhibit 7

☐ ORIGINAL

FILED
Superior Court of California
County of Los Angeles

NOV 20 2018

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Daisy G. Vallin

Received

OCT 3 1 2018

Default Section

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| JASON FRANK LAW PLC, a professional law corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI, an individual<br><br>    Defendant. | Case No. BC706555<br>The Hon. Dennis J. Landin, Dept. 51<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Trial Date:  None Set<br><br>*Costs affixed to Judgment*<br>*4·22·19* |

1142399.1

[~~Proposed~~] Judgment

1         The Motion for Summary Judgment / Adjudication filed by Plaintiff Jason Frank Law, PLC

2    ("JFL") against Defendant Michael Avenatti ("Avenatti") having been granted on October 22, 2018,

3    it is hereby ORDERED and ADJUDGED as follows:

4         1.    JUDGMENT is hereby entered in favor of JFL and against Avenatti in the amount

5    of $ ~~XXXX~~ 5,054,287.75 consisting of a principal amount of $4,850,000 plus

6    prejudgment interest of $ 204,287.75 ($165,753.42 as of October 22, 2018 plus $1,328.77

7    for each day thereafter until judgment is entered).

8         2.    JFL shall have and recover from Avenatti costs in the amount of $ 1,426.10

9    and attorneys' fees in the amount of $ 60,270.38, the amounts to be determined as

10   provided in California Rules of Court, rules 3.1700 and 3.1702, and inserted herein by the Clerk.

11

12

13   DATED:    **NOV 2 0 2018**

14                      HON. DENNIS J. LANDIN,
                        Judge of the Superior Court

15   Respectfully submitted,

16   Eric M. George, SBN 166403
     egeorge@bgrfirm.com

17   BROWNE GEORGE ROSS LLP
     2121 Avenue of the Stars, Suite 2800

18   Los Angeles, California 90067
     Attorneys for Jason Frank Law, PLC

19

20

21

22

23

24

25

26

27

28

1142399.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Boulevard, Suite 855, Irvine, California 92612

      On October 23, 2018, I served the foregoing documents described as:

### [PROPOSED] JUDGMENT

on the following person(s) in the manner indicated:

**Michael J. Avenatti**
**520 Newport Center Drive, Suite 1400**
**Newport Beach, CA 92660**

☐    (BY MAIL)   I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☐    (BY OVERNIGHT MAIL)  I am familiar with the practice of Frank Sims & Stolper LLP for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by Federal Express that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by Federal Express at Frank Sims & Stolper LLP, Irvine, California, following ordinary business practices.

☐    (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 201-2405, the document described above and an unsigned copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein.   The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

☐    (BY ELECTRONIC MAIL)  On this date, I caused a copy of said document to be transmitted via electronic mail to the e-mail addresses listed on the attached service list.

☐    (BY ELECTRONIC SERVICE)  On this date, I caused a copy of said document to be transmitted via electronic mail pursuant to Cal. Rules of Court, Rule 2.251(b), to the e-mail addresses listed above.

☒    **(BY MESSENGER SERVICE)**  I served the documents by placing them in an envelope or package addressed to the person at the addresses listed and providing them to a professional messenger service for service.  *[Declaration of Messenger attached/filed separately.]*

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 true and correct, and that this declaration was executed on October 23, 2018, at Irvine, California.

3

4 Maritza Nowowiejski

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28