# Exhibit 8



HondaJet Southwest
A CUTTER AVIATION COMPANY
2802 Old Tower Road
Phoenix, AZ 85034
*hondajetsouthwest.com*

# HondaJet Purchase Agreement

*This HondaJet Purchase Agreement (Agreement) is entered into as of October 11, 2006*

*by and between HONDA AIRCRAFT COMPANY, INC. ("Seller") and Avenatti & Associates, A Professional Corp..*

*The Seller's Authorized Sales Representative or Authorized Dealer in connection with this transaction is*

*HondaJet Southwest.*

In consideration of the mutual agreements contained in this Agreement, the parties agree as follows:

1. **Aircraft Purchase:** Seller hereby agrees to sell and Purchaser hereby agrees to purchase one HondaJet Aircraft ("Aircraft"), which shall be designed and manufactured in conformity with the general Aircraft Description dated November 2006 Preliminary attached as Exhibit A. It is understood that Exhibit A is preliminary in content and is subject to revision by Seller upon development of more final data for the Aircraft. Upon development of such final data, Seller will provide Purchaser with a revised Exhibit A (referred to for convenience as the "Specification"), which shall be incorporated herein by reference and which shall supersede and replace the preliminary version or a prior updated version, as applicable. It is anticipated that the "Performance" section of the Specification attached as Exhibit A will be provided to Purchaser in final form on or about May 17, 2007. In the event the final version includes any material reductions in such Performance section below the figures in Exhibit A, Purchaser may terminate this Agreement within 10 days following Purchaser's receipt of such final version of the Performance section. Following any such termination, Seller shall refund the deposit referred to in Section 2a within 10 business days.

2. **Price and Payment Terms:** The base price of the Aircraft expressed in October 2006 U.S. Dollars, (excluding all applicable taxes and any optional equipment) is $3,650,000 ("Purchase Price"). The Purchase Price is subject to escalation and shall be adjusted by the percentage difference in the Consumer Price Index, Urban Wage Earners and Clerical Workers (CPI-W), U.S. City Average, 1982-84 = 100 as published by the U.S. Department of Labor – Bureau of Labor Statistics, for the month of October 2006 and up to Delivery Time (as defined in Paragraph 4). The Purchase Price is payable as follows:

   a. First payment of $75,000 less the deposit, if any, previously received from Purchaser due upon signing of this Agreement. Seller acknowledges that Purchaser paid and Seller received a deposit of $25,000 prior to signing of this Agreement, which shall be applied against the amount due upon Agreement signing and as a result only $50,000 shall be due upon Agreement signing.

   b. Second payment of $175,000 due 24 months prior to the Scheduled Delivery Time (as defined below).

   c. Third payment of $175,000 due 12 months prior to the Scheduled Delivery Time.

   d. Fourth payment of $175,000 due 6 months prior to the Scheduled Delivery Time.

   e. Balance of $3,050,000 (plus any escalation and price adjustments as provided herein) due at Delivery Time.

CONFIDENTIAL

HACI 000186



Each of the payments specified in Paragraphs (a) through (d) above shall be non-refundable except as provided herein. All payments shall be made in U.S. Dollars by wire transfer to an account designated by Seller or an immediately negotiable instrument acceptable to Seller. All payment documentation shall specifically show the funds came directly from or were initiated by Purchaser, and be accompanied by any documentation reasonably requested by Seller for legal compliance purposes. In the event of a late payment, Seller may assess Purchaser interest at the 1 month LIBOR rate as advertised in the Wall Street Journal under "Money Rates" on the first day of each month for the period during which the payment is late. Charges for optional equipment shall be as provided in Paragraph 3. Seller shall provide Purchaser with a written computation of any escalation and price adjustments prior to the Delivery Time.

3. **Options and Selections:** Purchaser shall have until 9 months prior to the Scheduled Delivery Time ("Customization Date") to select any manufacturer offered optional equipment and make final interior and exterior selections, including color and trim, and pay Seller for any such optional equipment or selections. If Purchaser fails to make such selections by the Customization Date, Seller shall select interior and exterior finishes including color and trim, and shall not include in the Aircraft any such optional equipment, unless otherwise approved in writing by Seller.

4. **Delivery:**

   a. Delivery is scheduled to occur ("Scheduled Delivery Time") within 90 days of the target delivery quarter, the Fourth Quarter of 2010, subject to adjustment as provided herein, at Seller's production facility or delivery center.  Seller will provide Purchaser at least 90 days in advance an updated Scheduled Delivery Time, which shall be incorporated herein by reference and which shall supersede and replace the prior Scheduled Delivery Time.  Seller will confirm or adjust the date at least 10 calendar days in advance of the day the Aircraft will be ready for delivery ("Ready Date").

   b. The Aircraft delivery schedule will be based on the Seller receiving a Type Certificate and production authority for the Aircraft (the "FAA Certification Date") by the 1st Half 2010, and the date of delivery of Seller's first commercially sold HondaJet ("First Delivery") occurring by the 2nd Quarter 2010. In the event that there is a delay in the FAA Certification Date past the 1st Half 2010 or in the First Delivery past the 2nd Quarter 2010, then Seller may, in good faith consultation with Purchaser, adjust the Aircraft delivery schedule to defer the Scheduled Delivery Time of the Aircraft by a period of time no longer than the delay in the FAA Certification Date or First Delivery. Seller may make a similar adjustment for a delay in issuance of the airworthiness certificate. Seller shall periodically advise Purchaser of any projected delay in the FAA Certification Date or First Delivery and notify Purchaser as soon as reasonably practicable of any Seller decision to adjust the Aircraft delivery schedule.

   c. In the event of any fire, flood, strikes or other industrial disturbances, accident, war, riot, insurrection, delay in vendor deliveries or causes beyond the reasonable control of Seller (each, an "Excused Delay"), Seller will have the right, by written notice to Purchaser, to extend the Scheduled Delivery Time of the Aircraft by one day for each day of or caused by an Excused Delay.

CONFIDENTIAL

HACI 000187



**5.  Inspection and Acceptance:**

**a.** Prior to Purchaser's acceptance, the Aircraft shall be subject to inspection and a flight test, on or within 7 days of the Ready Date, of not more than 2 hours duration controlled by Seller and participated in by Purchaser's representatives, including owner, flight crew and/or maintenance technician. Seller shall have a reasonable time to correct any discrepancies disclosed by such flight test. Purchaser shall accept delivery of the Aircraft by signing a receipt for delivery in the form of Exhibit B attached hereto (the time of acceptance of delivery of the Aircraft being the "Delivery Time"), which shall be conclusive evidence that the Aircraft complies with the terms and conditions of this Agreement and has been accepted without any condition or reservation by Purchaser, except for discrepancies identified to Seller in writing.

**b.** If any discrepancies in the Aircraft are identified, Purchaser shall notify Seller of the same in writing, not later than two calendar days after commencing the inspection. A "discrepancy" means a condition in the Aircraft, not approved or authorized by Purchaser, that (1) does not conform to the Specification, as revised through the Delivery Time, or (2) does not conform to the warranted condition of the Aircraft (including workmanship) set forth on Exhibit C, and in each case such non-conformance has a material effect on the Aircraft's appearance, operation or performance. If Seller is not able to remedy a discrepancy within 7 days after the Ready Date, Purchaser shall reasonably consider accepting the Aircraft in its then condition, subject to Seller's commitment in writing to remedy such discrepancy as soon as reasonably practicable after the Delivery Time. Any discrepancies not disclosed in writing as provided in this Section shall be deemed waived, and any discrepancies discovered or alleged after the Delivery Time shall be subject only to the rights and remedies available to Purchaser under the Warranty, if and to the extent available.

**c.** Subject to remedy of discrepancies, Purchaser shall accept delivery of the Aircraft within 7 days after the Ready Date. In all events, the full balance of the Purchase Price and any other charges due under this Agreement shall be paid no later than 7 days following the Ready Date. In the event Purchaser fails to inspect, accept and take delivery of the Aircraft within 7 days of Ready Date, except where such failure is the result of a breach by Seller of its obligations hereunder or caused by discrepancies revealed during the inspection, Seller shall, in addition to any other rights it may have under this Agreement, be entitled to compensation from Purchaser for all reasonable and documented out-of-pocket costs and expenses actually incurred by Seller as a result of such failure and, at Seller's option, shall also be entitled to cancel delivery of such Aircraft and retain as liquidated damages all Pre-delivery Payments made by Purchaser.

**d.** In the event the Purchaser elects to designate a representative to inspect and accept delivery, Seller must be notified in advance. Such notice must be provided in writing at least 3 business days prior to the inspection and flight test, substantially in the form of Exhibit D.

**6.  Title and Risk of Loss:** Title to the Aircraft and risk of loss for the Aircraft shall transfer from Seller to Purchaser at Delivery Time following verified payment of balance due. Seller shall provide to Purchaser at Delivery Time a Bill of Sale and any other documents required by FAA rules transferring ownership of the Aircraft to the Purchaser free and clear of all encumbrances, other than liens and other security interests arising out of Purchaser's financing of the purchase of any Aircraft. If the Aircraft is to be registered in the U.S., Purchaser agrees to notify Seller six (6) months prior to the scheduled month of Aircraft delivery with the special registration number ("N" number that Purchaser has reserved) for the Aircraft and to assign to Seller such reserved special registration number. If Purchaser fails timely to so notify and assign, Purchaser agrees to accept the Aircraft with a registration number provided by Seller. At Purchaser's request and expense, Seller will consent to Purchaser's registration of an international interest in the Aircraft under the so-called Cape Town Convention.

HACI 000188



7. **Updates:** Seller shall have the right, at its expense and without the prior consent of Purchaser, to make modifications, alterations or changes to the Specification or the optional equipment, or to substitute substantially equivalent equipment, accessories or materials in the Aircraft, where such changes or substitutions are deemed necessary by Seller or the FAA to correct defects, prevent delays in manufacturing, or to improve the performance, manufacture, reliability, stability, control, utility, maintenance or appearance of the Aircraft. Further, Seller reserves the right to revise the Specification and the optional equipment whenever occasioned by the rules, regulations or other requirements of the FAA or any other United States or foreign government agency, including for any change required to be made in the Specification to obtain the Type Certificate, production authority or any Certificate of Airworthiness (including any additional equipment required to be installed in or on the Aircraft) and/or to comply with any operational, airworthiness or certification requirements (including any regulatory change or Airworthiness Directives issued by the FAA applicable to the Aircraft, whether or not the compliance date for such regulatory change or Airworthiness Directive falls after the scheduled Aircraft delivery) applicable to aircraft in general or to the Aircraft specifically. Seller shall inform Purchaser in writing of any such changes to the Specification or the optional equipment. Any such changes shall constitute an amendment to this Agreement and will result in an appropriate adjustment in the Aircraft delivery schedule, and if attributable to a legal or regulatory requirement or necessary to comply with operational, airworthiness or certification requirements solely with respect to Purchaser's specific operations, will result in an appropriate adjustment in the Purchase Price.

8. **Aircraft Delivery Delay:** Seller shall not be liable to Purchaser for any delay prior to Delivery Time for any cause whatsoever, and a delay shall not constitute a material breach or event of default under this Agreement; provided, however, (i) if the Aircraft is lost, destroyed or damaged beyond economic repair; or (ii) if Seller should fail to make delivery within 90 days after the Scheduled Delivery Time (as updated) and such failure is not due, in whole or in part, to an Excused Delay; or (iii) if for any reason Seller should fail to make delivery within 180 days after the Scheduled Delivery Time, Purchaser may terminate this Agreement (unless Purchaser agrees to a later Scheduled Delivery Time), in which event Purchaser shall have the remedies set forth in Paragraph 9. In the event Purchaser fails to exercise its right of termination within 30 days of Scheduled Delivery Time, Purchaser shall be deemed to have waived its right of termination with respect to such delay (unless delivery of such Aircraft is not made by the revised Scheduled Delivery Time).

9. **Default and Termination:** Purchaser's remedies for any default or breach of any material term or condition of this Agreement by Seller, including any delay in delivery of the Aircraft or any matter relating to the manufacture thereof, shall be limited to the rights to terminate for delay set forth in Paragraph 8 and Seller's warranty set forth in Paragraph 11 and Exhibit C. If Purchaser is in default or breach of any material term or condition of this Agreement, including Purchaser's failure to make all payments when due or Purchaser's failure to accept delivery of the Aircraft in accordance with Paragraphs 4 and 5, Seller may suspend performance of its obligations under the Agreement (with a day for day extension in the delivery schedule) until such default or breach has been cured, collect interest on any overdue amounts as provided in Paragraph 2 or terminate this Agreement. Seller also may terminate this Agreement before Delivery Time if the transaction is prohibited by law or if Seller determines that it may not sell the Aircraft to Purchaser without substantial risk of violating the law.

Upon termination of this Agreement by Purchaser under Paragraph 8, Purchaser shall have the right to return of all payments made by Purchaser under Paragraph 2. Upon return of such payments, Purchaser shall have no further rights against Seller pursuant to this Agreement or by any breach thereof. Purchaser agrees that its sole remedy for any failure of Seller to perform any part of this Agreement up to and including Delivery Time is limited to the return of such payments and, in no event shall Purchaser be entitled to special, consequential, or other damages.

HACI 000189



Upon termination of this Agreement by Seller under Paragraph 9, all payments made under Paragraph 2 shall be retained by Seller, not as a forfeiture but as liquidated damages. Purchaser expressly acknowledges that it would be difficult to determine the actual damages Seller will suffer because of a Purchaser default, because Seller's business model depends on high-volume production to control its costs and overhead, including volume-based pricing terms in contracts with vendors and suppliers, and because Seller would need to incur remarketing and reconfiguration costs for the Aircraft. Purchaser acknowledges and agrees that the liquidated damages are an accurate, fair and reasonable estimate of the damages Seller is likely to incur as a result of any default leading to termination of this Agreement.

Following any termination of this Agreement, neither party shall have any further obligations to the other under this Agreement with respect to the Aircraft. Seller may resell the Aircraft to another customer without notice to Purchaser at any price, terms and conditions established by Seller and its new customer, and Purchaser shall not have any right to any portion of the proceeds of such subsequent sale.

**10. Taxes and Duties:** Purchaser shall be responsible for (i) any national, state or local taxes (including sales, excise, use, property and VAT taxes but excluding taxes on Seller's income) applicable to this sale of the Aircraft or related to the Aircraft itself, whether imposed on either Purchaser or Seller and whether imposed at Delivery Time or thereafter; (ii) any transportation charges for the Aircraft from Seller's factory to another mutually agreed delivery location; and (iii) any import duties, import taxes or other import charges imposed by foreign governments. Where Seller is required to pay such taxes on behalf of Purchaser or collect such taxes from Purchaser, Purchaser shall reimburse or pay such taxes directly to Seller promptly upon receipt of a written notice from Seller requiring such payment. The Purchase Price does not include any applicable taxes.

**11. Warranty Provisions:** The Aircraft shall be furnished with the limited warranty provided in Exhibit C, subject to the limitations on Seller's liability set forth below. It is understood that Exhibit C is preliminary in content and is subject to revision by Seller. Seller will provide Purchaser with the final limited warranty at the time of delivery of the final Specification under Section 1 of the Agreement, which warranty will be within what is reasonable and customary in the industry for an aircraft warranty. The final warranty in the form of a revised Exhibit C, shall be incorporated herein by reference and shall supersede and replace the preliminary version or the prior updated version, as applicable. Any customer support services package (if agreed to by the Parties) will be agreed to separately.

EXCEPT FOR THE EXPRESS TERMS OF SELLER'S WRITTEN LIMITED AIRCRAFT WARRANTY WHICH ARE SET FORTH IN EXHIBIT C, SELLER MAKES NO, AND HEREIN SPECIFICALLY EXCLUDES ANY, REPRESENTATIONS OR WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE. THE WRITTEN LIMITED AIRCRAFT WARRANTY OF SELLER IS IN LIEU OF ANY OTHER WARRANTY, OBLIGATION OR LIABILITY WHATSOEVER, INCLUDING BY REASON OF THE MANUFACTURE, SALE, LEASE OR USE OF THE AIRCRAFT, AND NO PERSON OR ENTITY IS AUTHORIZED TO MAKE ANY OTHER REPRESENTATIONS OR WARRANTIES OR TO ASSUME ANY OBLIGATIONS ON BEHALF OF SELLER REGARDING THE AIRCRAFT WARRANTY. REPAIR OR REPLACEMENT ARE THE ONLY REMEDIES AVAILABLE UNDER SELLER'S WRITTEN LIMITED AIRCRAFT WARRANTY, AND PURCHASER HEREBY WAIVES ALL OTHER RIGHTS OR REMEDIES AGAINST SELLER, WHETHER EXPRESS OR IMPLIED, ARISING BY LAW, IN CONTRACT, IN TORT OR OTHERWISE, WITH RESPECT TO ANY DEFECT, NON-CONFORMANCE OR DEFICIENCY IN PRODUCTS DELIVERED UNDER THIS AGREEMENT OR IN ANY OF THE MANUALS, TECHNICAL PUBLICATIONS, INFORMATION, INSTRUCTIONS OR OTHER GOODS OR SERVICES PROVIDED UNDER THIS AGREEMENT, OR RELATED TO ANY MODIFICATIONS, REPAIRS, OR REPLACEMENT PARTS THAT MAY HEREAFTER BE FURNISHED BY SELLER TO PURCHASER.

HACI 000190



IN NO EVENT SHALL SELLER BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHETHER ARISING OUT OF CONTRACT, WARRANTY OR TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE, ACTIVE OR PASSIVE; IMPUTED LIABILITY; OR STRICT LIABILITY) OR BY STATUTE OR OTHERWISE, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR GOODWILL, LOSS OF USE, LOSS OF TIME, INCONVENIENCE, LOSS OF VALUE OR COMMERCIAL LOSS. THE ENGINES AND ENGINE ACCESSORIES AND AVIONICS ARE SEPARATELY WARRANTED BY THEIR MANUFACTURERS, AND NO ADDITIONAL WARRANTY IS PROVIDED BY SELLER, ALTHOUGH SELLER SHALL BE RESPONSIBLE FOR CAUSING THE ENGINE OR AVIONICS MANUFACTURER OR VENDOR TO EFFECT THE WARRANTED REPAIR, AS PROVIDED IN SECTION 6 OF EXHIBIT C. UNDER NO CIRCUMSTANCES SHALL SELLER'S AGGREGATE LIABILITY UNDER THIS AGREEMENT EXCEED THE CUMULATIVE AMOUNTS PAID TO SELLER BY PURCHASER HEREUNDER, LESS ANY LIQUIDATED DAMAGES TO WHICH SELLER IS OR BECOMES ENTITLED. AS USED IN THIS PARAGRAPH 11, THE TERM "SELLER" INCLUDES SELLER, ITS SUBSIDIARIES, AFFILIATES OR RELATED COMPANIES, ASSIGNEES AND SUCCESSORS AS WELL AS ALL OF SELLER´S OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, REPRESENTATIVES AND AGENTS. THE LAWS OF SOME STATES DO NOT PERMIT CERTAIN LIMITATIONS ON WARRANTIES OR REMEDIES. IN THE EVENT SUCH A LAW APPLIES, THE FOREGOING EXCLUSIONS AND LIMITATIONS ARE AMENDED INSOFAR AND ONLY INSOFAR AS REQUIRED BY SAID LAW.

12. **Governing Law:** This Agreement shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles. The parties agree that this Agreement shall be enforceable in the courts of the State of North Carolina, and for such purpose hereby consent and irrevocably submit to the non-exclusive jurisdiction of such courts and agree that all claims in respect of this Agreement may be heard and determined in any of such courts. Prior to filing any suit regarding any matter arising under this Agreement other than payments due, the parties shall engage in not less than 30 days of good faith negotiations to resolve such matter and, at the request of either party, non-binding arbitration.

13. **Miscellaneous:**

    **a.** Any formal notices given pursuant to this Agreement shall be in writing and shall be sent by registered or certified mail, courier service or facsimile addressed in case of notice to Seller, to Vice President, Administration, HondaJet Marketing, 6423-B Bryan Boulevard, Greensboro, North Carolina 27409, Facsimile No. 336-662-0852, and in case of notice to the Purchaser to the name and address provided herein, or such other address as the party to receive the notice designates in writing. Notices are effective upon receipt.

    **b.** This Agreement is the entire agreement controlling this Aircraft purchase and supersedes any other express, implied, oral or written representations, omissions or agreements, including any Deposit Agreement which may have been entered into.

CONFIDENTIAL

HACI 000191



c. This Agreement, including the rights of Purchaser hereunder, may not be assigned by Purchaser directly or indirectly except to a wholly-owned subsidiary, successor in interest by name change or otherwise or to a financial institution solely for the purpose of providing Purchaser financing or leasing, provided that Purchase shall remain jointly and severally liable with the assignee hereunder, and then only upon the prior written consent of Seller.

d. Purchaser is not licensed or permitted to resell or otherwise act as a "dealer", "distributor" or "broker" of the Aircraft, and the Aircraft shall be used by Purchaser solely for Purchaser's own use or in connection with Purchaser's business and operations. Purchaser represents to Seller that the Aircraft is being purchased with no intent to resell or otherwise transfer the Aircraft to any third party for a period of one year after the Delivery Time. A *bona fide* sale and leaseback or pledge in connection with a financing arrangement shall not be deemed a resale of the Aircraft. If Purchaser desires to sell the Aircraft to any third party, Purchaser shall first provide written notice of such sale to Seller, including the proposed buyer, price, terms and conditions, for the proposed sale of the Aircraft, and Seller shall have 30 calendar days in which to elect to purchase the Aircraft on the price, terms and conditions proposed. If Seller accepts such offer, the sale to Seller shall be consummated within 90 calendar days thereafter. If Seller declines such offer, or fails to accept in writing within the 30 day offer period, Purchaser may (subject to limitations on resale that still apply) sell the Aircraft to the identified third party buyer with price, terms and conditions no less favorable than those set forth in Purchaser's written notice to Seller. If the buyer, price, terms or conditions of the proposed sale change, or the sale is not consummated within 90 days after the offer period, Purchaser must re-offer the Aircraft to Seller under this paragraph. In addition, Purchaser shall use the Instructions for Continued Airworthiness and future revisions thereto only for purposes of repair and maintenance of the Aircraft as owned by Purchaser, and shall keep such Instructions for Continued Airworthiness strictly confidential and disclose them only to authorized repair shops.

e. This Agreement, all its terms, and all information and data disclosed by either party in connection with the negotiation, signing and performance of this Agreement are confidential and may not be disclosed by the receiving party to any third party, except (i) to officers, directors, employees, agents or other representatives, or (in case Purchaser is an individual) family members, so long as such persons agree to maintain the confidentiality thereof, (ii) as required by law, rule or regulation or by court order, (iii) information already disclosed to the public, other than through breach of this Agreement, or (iv) with prior written consent of the disclosing party.

f. If any portion of this Agreement is invalid or unenforceable, this Agreement shall be considered divisible as to such provisions and the remainder of the Agreement valid and binding as though such provisions were not included herein.

g. This Agreement shall become a binding contract upon its final acceptance and signing by Seller. The signatories to this Agreement confirm that they have read the complete Agreement, understand its contents and have full authority to bind and hereby do bind their respective parties.

CONFIDENTIAL

HACI 000192



**In witness whereof,** each party hereto has executed this Agreement as of the date first above written.

**Purchaser:**

Avenatti & Associates, A Professional Corp.

By: _____

Michael J. Avenatti
President
100 Wilshire Blvd., 21st Fl.
Santa Monica, CA  90401

**Honda Aircraft Company, Inc.**

By: _____

Douglas Danuser, General Manager,
Sales and Marketing

**HondaJet Southwest**

AUTHORIZED SALES REPRESENTATIVE OR DEALER

By: _____

William Cutter
President

HACI 000193

*HondaJet*

# AMENDMENT NO. 1
## to *HONDAJET* RETAIL PURCHASE AGREEMENT No. 40000022

*This Amendment No. 1 is entered into as of January 21, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of amending the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The name of Seller is hereby changed to Honda Aircraft Company, LLC.  Pursuant to Section 13(a) of the Agreement, all formal notices shall be sent to Seller to Attn: Vice President, Sales, Honda Aircraft Company, LLC, 6430 Ballinger Road, Greensboro, North Carolina 27410, Facsimile No. 336-387-0734.

2.  Pursuant to Section 4(a) of the Agreement, the Scheduled Delivery Time is 3rd Quarter 2015, which is  hereby incorporated in the Agreement and supersedes and replaces the prior Scheduled Delivery Time in the Agreement.

3.  The second sentence of Section 2, Price and Payment Terms, is hereby deleted and replaced with the following sentence:

    The Purchase Price is subject to escalation and shall be adjusted by the percentage difference in the Consumer Price Index, Urban Wage Earners and Clerical Workers (CPI-W), U.S. City Average, 1982-84 = 100 as published by the U.S. Department of Labor – Bureau of Labor Statistics, from October 2006 and up to December  2010.

4.  Section 3, Options and Selections, is hereby changed in its entirety as follows:

    **3.  Options and Selections**:  Purchaser shall have until twelve (12) months prior to the Scheduled Delivery Time to select any manufacturer offered optional equipment and interior and exterior selections, including color and trim, and to provide a special registration number, if any. The cost of any such optional equipment selected by Purchaser will be included in the Aircraft Purchase Price after adjustment for escalation set forth in Section 2.  If Purchaser fails to make such selections by twelve (12) months prior to the Scheduled Delivery Time, Purchaser authorizes Seller to select for Purchaser interior and exterior finishes including color and trim, and to include optional equipment in the Aircraft, with the cost of any such optional equipment included in the Aircraft Purchase Price.  If all or part of the selections are received from Purchaser after the above due date, Seller may, at its option: (i) decline to accept such selection(s), (ii) accept such selection(s) at an increased Purchase Price, agreed by Purchaser and Seller, to cover all related expenses of incorporating the late selection(s), and/or a change to the Scheduled Delivery Date and/or Aircraft Serial Number.  Option (ii) will be documented by an Amendment to this Agreement. If Purchaser fails to provide a special registration number selection by the due date above, Purchaser agrees to accept the Aircraft with the current registration number.  If any optional equipment becomes standard on Purchaser's Aircraft prior to the Delivery Time without any increase in the base price of the Aircraft, Seller shall credit the amount of such optional equipment against the balance due at the Delivery Time.

    Purchaser will be offered certain optional equipment selections at no charge (the "Loyalty Package"), consisting of such optional equipment as determined by Seller in its sole discretion. Purchaser understands and agrees that the Loyalty Package as offered by Seller is applicable solely to optional equipment selections for the Aircraft under this Purchase Agreement and cannot be transferred to another purchase agreement, aircraft, dealer, or purchaser.  No exchanges or substitutions of optional equipment will be allowed and Purchaser shall not receive any credits towards the Aircraft Purchase Price for any optional equipment in the Loyalty Package not selected by Purchaser.  Purchaser must make its selections from the Loyalty Package no later than twelve (12) months prior to the Scheduled Delivery Date.

CONFIDENTIAL

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCIRBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**
**a Professional Corp.**

By: _____

Name: _____
Michael Avenatti

Title: _____
President

**HONDA AIRCRAFT COMPANY, LLC**

By: _____

Byron Severson

Vice President, Sales

CONFIDENTIAL

HACI 000471



*AMENDMENT NO. 2 to HONDAJET* RETAIL PURCHASE AGREEMENT
No. 40000022

*This Amendment No. 2 is entered into as of June 16, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The Aircraft serial number is hereby confirmed as Serial No. 42000029.

3.  Purchaser and Seller hereby confirm the optional equipment and interior and exterior selections made by Purchaser are detailed in the attached Aircraft Options, which is incorporated into and made a part of the Agreement as Exhibit A-1.

4.  The total price of the optional selections shown in Exhibit A-1 will be added to the Aircraft Purchase Price.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**
**a Professional Corp.**

By: _____

    Michael J. Avenatti
    President

**HONDA AIRCRAFT COMPANY, LLC**

By: _____

    Byron Severson
    Vice President, Sales

CONFIDENTIAL

HACI 000472

Exhibit A-1 to HondaJet Purchase Agreement
Contract No. 40000022
Aircraft Serial No. 42000029

## Aircraft Options

| | Option Description | Price | |
|---|---|---|---|
| **Interior** | | | |
| CA CO GY | Color Pallet 2 - Moonlight | NC | |
| **Cockpit** | | | |
| FD CS EX | Crew Seats - Leather Upgrade | NC | * |
| FD CC YS | Cockpit/Cabin Divider Curtain | NC | * |
| **Cabin** | | | |
| CA LD SC | LH Storage Cabinet | NC | * |
| CA CF CF | Refreshment Center Face Upgrade | NC | * |
| CA EN SF | RH Forward Side Facing Seat | NC | * |
| CA CS EX | Executive Seat Upgrade | NC | * |
| CA TA RL | LH Stowable Executive Table | NC | * |
| CA SH EP | Electric Pleated Shades | NC | * |
| CA FT YS | Main Cabin Floor Trim Upgrade | NC | * |
| CA PO YR | Universal Power Outlets for Aft Facing Seats (Cabin Power 1) | 8,750 | |
| CA PO YF | Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | 8,750 | |
| CA CU YS | Personal Storage Compartments | NC | * |
| LA LD HD | Solid Aft Cabin Door | NC | * |
| LA LV ES | Externally Serviceable Toilet | NC | * |
| LA WS YS | Sink with Running Water | NC | * |
| CA OW LV | Life Vests | NC | * |
| **Exterior** | | | |
| EX AC TS | Paint - Signature Silver | NC | * |
| EX LL YS | LH/RH Logo Lights | 3,500 | |
| EX SB YS | Speed Brake | 95,000 | |
| **Avionics** | | | |
| AV RA YS | Radar Altimeter | NC | * |
| AV JC YS | Jeppesen Chartview | 4,900 | |
| AV TR DE | Dual Extended Squitter Transponders | 16,300 | |
| AV SV YS | Synthetic Vision | 25,000 | |
| AV XW YS | XM Weather Data-link | 9,750 | |
| AV SW YS | Surface Watch | 7,800 | |
| AV CV YS | Combo CVR/FDR | 69,000 | |
| | | $248,750 | |

\* No charge as part of the Loyalty Package

CONFIDENTIAL

HACI 000473



*AMENDMENT NO. 3 to HONDAJET* RETAIL PURCHASE AGREEMENT
No. 40000022

*This Amendment No. 3 is entered into as of August 29, 2014 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

*Whereas,* Purchaser and Seller agree that Exhibit A-1 will be changed to add the following option: Cabin Wi-Fi.

1.  Purchaser and Seller hereby confirm the optional equipment and interior and exterior selections made by Purchaser are detailed in the attached Aircraft Options, which is incorporated into and made a part of the Agreement as Exhibit A-1.

2.  The total price of the optional selections shown in Exhibit A-1 will be added to the Aircraft Purchase Price.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser. This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

AVENATTI & ASSOCIATES,
a Professional Corp.                                    HONDA AIRCRAFT COMPANY, LLC

By: _____                        By: _____

Michael J. Avenatti                                    Byron Severson
President                                              Vice President, Sales

CONFIDENTIAL

HACI 000474

Exhibit A-1 to HondaJet Purchase Agreement
Contract No. 40000022
Aircraft Serial No. 42000029

## Aircraft Options

| | Option Description | Price | |
|---|---|---|---|
| **Interior** | | | |
| CA CO GY | Color Pallet 2 - Moonlight | NC | |
| **Cockpit** | | | |
| FD CS EX | Crew Seats - Leather Upgrade | NC | * |
| FD CC YS | Cockpit/Cabin Divider Curtain | NC | * |
| **Cabin** | | | |
| CA LD SC | LH Storage Cabinet | NC | * |
| CA CF CF | Refreshment Center Face Upgrade | NC | * |
| CA EN SF | RH Forward Side Facing Seat | NC | * |
| CA CS EX | Executive Seat Upgrade | NC | * |
| CA TA RL | LH Stowable Executive Table | NC | * |
| CA BB YS | Cabin Wi-Fi | 144,000 | |
| CA SH EP | Electric Pleated Shades | NC | * |
| CA FT YS | Main Cabin Floor Trim Upgrade | NC | * |
| CA PO YR | Universal Power Outlets for Aft Facing Seats (Cabin Power 1) | 8,750 | |
| CA PO YF | Universal Power Outlets for Forward Facing Seats (Cabin Power 2) | 8,750 | |
| CA CU YS | Personal Storage Compartments | NC | * |
| LA LD HD | Solid Aft Cabin Door | NC | * |
| LA LV ES | Externally Serviceable Toilet | NC | * |
| LA WS YS | Sink with Running Water | NC | * |
| CA OW LV | Life Vests | NC | * |
| **Exterior** | | | |
| EX AC TS | Paint - Signature Silver | NC | * |
| EX LL YS | LH/RH Logo Lights | 3,500 | |
| EX SB YS | Speed Brake | 95,000 | |
| **Avionics** | | | |
| AV RA YS | Radar Altimeter | NC | * |
| AV JC YS | Jeppesen Chartview | 4,900 | |
| AV TR DE | Dual Extended Squitter Transponders | 16,300 | |
| AV SV YS | Synthetic Vision | 25,000 | |
| AV XW YS | XM Weather Data-link | 9,750 | |
| AV SW YS | Surface Watch | 7,800 | |
| AV CV YS | Combo CVR/FDR | 69,000 | |
| | | $392,750 | |

* No charge as part of the Loyalty Package

CONFIDENTIAL

HACI 000475



*AMENDMENT NO. 4 to HONDAJET RETAIL PURCHASE AGREEMENT*
No. 40000022

*This Amendment No. 4 is entered into as of January 13, 2015 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser for the purchase of one (1) HondaJet HA-420 Aircraft.*

Seller and Purchaser agree that the Agreement is amended as follows:

1.  The Aircraft serial number is hereby confirmed as Serial No. 42000029 with registration number N816LS.

Except as amended by this Amendment, the Agreement remains in full force and effect in the form executed by Seller and Purchaser.  This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE.  ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED.  IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**AVENATTI & ASSOCIATES,**
**a Professional Corp.**

By: _____

Name: _Michael J. Avenatti_

Title: _President_

**HONDA AIRCRAFT COMPANY, LLC**

By: _____

Byron Severson

Vice President, Sales

**CONFIDENTIAL**

HACI 000476

*AMENDMENT NO. 5 to HondaJet Retail Purchase Agreement*
*No. 40000022*

*This Amendment No. 5 ("Amendment") is entered into as of* February 4 *, 2016 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp., ("Purchaser") for the purpose of revising the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser, as amended from time to time, for the purchase of one (1) HondaJet HA-420 Aircraft.*

*Whereas*, Purchaser and Seller desire to make certain amendments to the Agreement.

*Therefore*, Purchaser and Seller agree that the Agreement is amended as follows:

1. Pursuant to Section 4(a) of the Agreement, the Scheduled Delivery Time is 2nd Quarter 2016, which is hereby incorporated in the Agreement and supersedes and replaces the prior Scheduled Delivery Time in the Agreement.

2. Pursuant to Section 1 of the Agreement, Exhibit A is hereby deleted and replaced with the Exhibit A – Aircraft Specification and Description, dated January 2016, attached to this Amendment.

3. Pursuant to Section 11 of the Agreement, Exhibit C is hereby deleted and replaced with the warranty section in Exhibit A – Aircraft Specification and Description attached to this Amendment.

4. Purchaser and Seller hereby amend the exterior paint color code and description by deleting all references to "EX AC TS – Titanium Silver" and replacing the same with "EX AC SP – Silver Pearl."

This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

HONDA AIRCRAFT COMPANY, LLC
("Seller")

BY: _____
Name: Simon Roads
Title: Vice President, Sales

AVENATTI & ASSOCIATES, A PROFESSIONAL CORP.
("Purchaser")

BY: _____
Name: Michael J. Avenatti
Title: President

CONFIDENTIAL

HACI 000477

Exhibit A to *HondaJet* Retail Purchase Agreement

*HondaJet*

# Model: HA-420

# Specification and Description

# Honda Aircraft Company
# January 2016

Copyright © 2016 Honda Aircraft Company, LLC.  All Rights Reserved.

CONFIDENTIAL

HACI 000478

Exhibit A to *HondaJet* Retail Purchase Agreement

| TABLE OF CONTENTS |
|---|

1  INTRODUCTION ........................................................... **1**
2  GENERAL DESCRIPTION ................................................. **2**
   2-1  Certification .................................................... 2
   2-2  Dimensions ..................................................... 2
   2-3  Design Weights ................................................. 4
3  PERFORMANCE ........................................................... **5**
   3-1  Performance .................................................... 5
   3-2  Limitations ..................................................... 5
4  STRUCTURES ............................................................. **6**
   4-1  Structural Design Criteria ....................................... 6
   4-2  Fuselage ....................................................... 6
   4-3  Wing ........................................................... 6
   4-4  Empennage ..................................................... 6
5  SYSTEMS ................................................................. **8**
   5-1  Powerplants ..................................................... 8
   5-2  Fuel System ..................................................... 8
   5-3  Landing Gear System ............................................ 8
   5-4  Hydraulic System ................................................ 8
   5-5  Flight Control System ............................................ 8
   5-6  Environmental Control System .................................... 9
   5-7  Oxygen System .................................................. 9
   5-8  Ice and Rain Protection System .................................. 9
   5-9  Electrical System ................................................ 9
6  FLIGHT DECK ............................................................ **12**
   6-1  Flight Deck Compartment ........................................ 12
   6-2  Instruments, Controls and Equipment ............................ 12
   6-3  Avionics ........................................................ 14
7  INTERIOR ................................................................ **18**
   7-1  General ......................................................... 18
   7-2  Standard Cabin Interior Configuration ........................... 18
   7-3  Baggage Compartment ........................................... 19
8  EXTERIOR ............................................................... **20**
   8-1  Paint ........................................................... 20
   8-2  Servicing Doors and Panels ...................................... 20
   8-3  Lights .......................................................... 20
9  ADDITIONAL EQUIPMENT ............................................... **20**
10 DOCUMENTATION AND TECHNICAL PUBLICATIONS ..................... **20**
   10-1 Deliverable Documentation and Publications ...................... 20
   10-2 Subscription Based Publications ................................. 20
11 TRAINING ............................................................... **21**
12 MAINTENANCE TRACKING AND COMPLIANCE ........................... **21**
13 MANUFACTURER'S WARRANTY .......................................... **22**

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

i

CONFIDENTIAL

HACI 000479

# Exhibit A to *HondaJet* Retail Purchase Agreement

---

## 1  INTRODUCTION

This document is intended to provide a general description of the design, performance, systems, equipment, and limited warranty of Honda Aircraft Company's HondaJet Model HA-420.   It supersedes previous versions of the HondaJet Specification and Description.   In the event of any discrepancy between this document and the HondaJet Retail Purchase Agreement, the HondaJet Retail Purchase Agreement shall govern.

Honda Aircraft Company reserves the right to revise this document at any time without notice, including but not limited to whenever required by product improvements, governmental regulations, or other manufacturing and/or vendor cause, as long as such revisions do not result in a material reduction in performance standards.

All figures, materials, and colors in this document are for illustration purposes only and may not represent accurately the final product.

For more detailed information, please contact a sales representative or:

**Honda Aircraft Company**
6430 Ballinger Rd.
Greensboro, NC 27410
U.S.A.

Telephone:  +1-336-387-0707

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

**CONFIDENTIAL**

HACI 000480

Exhibit A to *HondaJet* Retail Purchase Agreement

## 2 GENERAL DESCRIPTION

The HondaJet is a twin turbofan aircraft with a low fixed wing, T-tail empennage and retractable tricycle landing gear. The HondaJet has provisions for up to seven occupants, including crew, and baggage space in the nose, cabin and the aft sections of the fuselage. Single-pilot operation is permitted.

A unique feature of the HondaJet is the Over-The-Wing Engine Mount (OTWEM) configuration. The OTWEM maximizes available space in the fuselage and contributes to class-leading performance in maximum cruise speed, fuel efficiency, low noise and vibration.

The HondaJet is powered by two GE Honda Aero Engines (GE Honda) HF120 turbofan engines mounted on pylons over the wings.

### 2-1  Certification

The HondaJet is designed to meet the requirements of U.S. 14 CFR Part 23; Normal category, including day, night, Visual Flight Rules (VFR) and Instrument Flight Rules (IFR) flights, and flight into known icing conditions. Additionally, the HondaJet is certified for single-pilot operations and meets the design requirements for Reduced Vertical Separation Minimums (RVSM) airspace. Note: The operational approval for RVSM is the responsibility of the operator.

The purchaser is responsible for obtaining the required aircraft operating approval from the relevant authorities. Additional international certification and operational requirements may result in aircraft modifications and/or additional equipment installation. Costs associated with meeting these requirements / modifications are the responsibility of the purchaser.

### 2-2  Dimensions

| | | |
|---|---|---|
| Overall Length | 42.62 ft. | (12.99 m) |
| Overall Width | 39.76 ft. | (12.12 m) |
| Overall Height | 14.90 ft. | ( 4.64 m) |
| | | |
| Interior Length | 17.80 ft. | ( 5.43 m) |
| Interior Width | 60 in. | ( 1.52 m) |
| Interior Height | 58 in. | ( 1.47 m) |

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000481

Exhibit A to *HondaJet* Retail Purchase Agreement

HondaJet Specification and Description
2 GENERAL DESCRIPTION                                             January 2016



Figure 2-1 HondaJet Exterior Dimensions

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

3

CONFIDENTIAL

HACI 000482

## Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**2 GENERAL DESCRIPTION**                                                January 2016



Figure 2-2 HondaJet Interior Dimensions

**2-3  Design Weights**

| | | |
|---|---|---|
| Maximum Ramp Weight | 10,680 lb. | (4,844 kg) |
| Maximum Takeoff Weight | 10,600 lb. | (4,808 kg) |
| Maximum Landing Weight | 9,860 lb. | (4,472 kg) |
| Maximum Zero Fuel Weight | 8,800 lb. | (3,992 kg) |
| Useful Load * | 3,397 lb. | (1,541 kg) |
| Fuel Capacity (Usable) | 2,850 lb. | (1,293 kg) |

* Useful load does not include weight of one pilot at 200 lb. (91 kg).

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

4

**CONFIDENTIAL**

HACI 000483

## Exhibit A to *HondaJet* Retail Purchase Agreement

| 3 PERFORMANCE |
|---|

### 3-1 Performance

All performance data is based on the standard aircraft configuration, operating in International Standard Atmosphere (ISA) conditions with zero wind. Takeoff and landing distance performances are based on a level, dry, hard-surface runway. Actual aircraft performance may vary with multiple factors, including aircraft configuration, environmental conditions and operating procedures.

| | | |
|---|---|---|
| Maximum Cruise Speed (FL300, ISA) | 420 KTAS | ( 778 km/h ) |
| Maximum Cruise Altitude | 43,000 ft. | (13,106 m ) |
| Rate of Climb * | 3,990 ft./min. | ( 1,216 m/min) |
| Range *** | 1,206 nm. | ( 2,234 km ) |
| Takeoff Distance * | 3,934 ft. | ( 1,199 m ) |
| Landing Distance ** | 3,047 ft. | ( 929 m ) |

\*   Maximum Takeoff Weight, Sea Level, ISA
\*\*  Maximum Landing Weight, Sea Level, ISA
\*\*\*NBAA IFR Fuel Reserves : 1 Pilot + 3 Passengers, 100 nm. (185 km) Alternate

### 3-2 Limitations

Limit Speeds

| | | |
|---|---|---|
| $V_{MO}$ | 270 KIAS | (500 km/h) |
| $M_{MO}$ | Mach 0.72 | |

Flap Extension Speeds

| | | |
|---|---|---|
| $V_{FE}$ (TO/APPR) | 200 KIAS | (370 km/h) |
| $V_{FE}$ (LDG) | 160 KIAS | (296 km/h) |

Landing Gear Operating and Extended Speeds

| | | |
|---|---|---|
| $V_{LO}$ (Extending) | 200 KIAS | (370 km/h) |
| $V_{LO}$ (Retracting) | 200 KIAS | (370 km/h) |
| $V_{LE}$ | 200 KIAS | (370 km/h) |

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

5

CONFIDENTIAL

HACI 000484

## Exhibit A to *HondaJet* Retail Purchase Agreement

## 4 STRUCTURES

The HondaJet's primary structure consists of a composite fuselage with a pressurized cabin, an aluminum cantilevered wing with engine pylons and an aluminum T-tail empennage. Titanium, steel and other materials are also utilized. These structures are primarily semi-monocoque construction.

### 4-1 Structural Design Criteria

The principle of the HondaJet structural design is based on damage tolerance criteria, with the exception of the landing gear, where safe-life criteria is applied. Redundant load paths are also incorporated in the primary structure.

Structural design requirement for cabin pressure differential is 8.56 psi (590 hPa).

### 4-2 Fuselage

The fuselage is fabricated of carbon fiber epoxy composite with some use of aluminum alloy and other materials. The fuselage primarily uses stiffened panel construction.

The fuselage is divided into three sections: an unpressurized nose section, a pressurized cockpit and cabin section and an unpressurized aft section. Copper mesh is applied to the exterior surface of the fuselage for lightning protection.

The nose section contains the landing gear system, forward baggage compartment, oxygen system and weather radar antenna. The forward baggage compartment is accessible via a Left-Hand (LH) lockable door.

Cockpit and cabin sections comprise the pressurized vessel of the fuselage. The length of the pressurized section is 17.80 ft. (5.43 m), providing ample cabin space for passenger comfort. A dropped aisle in the cabin maximizes interior height for ease of movement.

The main entrance air-stair door features a keyed lock and is located on the LH forward cabin. A plug-type emergency exit door is located on the Right-Hand (RH) side of the cabin near the leading edge of the wing.

The aft section provides space for the aft baggage compartment, fuel system, flight control system and environmental control system. The aft baggage compartment is accessible from a LH lockable door.

The windshields are made of multiple acrylic structural pane construction and are designed to comply with bird impact requirements.

### 4-3 Wing

The wing is a single continuous structure with a shallow drop in the center section that does not penetrate the fuselage. High strength aluminum alloy is utilized for wing construction. A Honda-developed NLF (Natural Laminar Flow) airfoil is incorporated into the wing design and contributes to minimize aerodynamic drag and maximize fuel efficiency.

The wing structure is a triple-spar construction with upper and lower skins machined from a single plate of aluminum alloy. The wing skins provide the smooth surface necessary to achieve the NLF airfoil and enhanced fuel efficiency. The leading edge, which is constructed of aluminum and is also equipped with the ice protection system, is precisely aligned with the wing surface to maintain natural laminar flow.

Both the engine pylons, which are attached to the upper side of the wings, and the frames of the winglets, which are attached to the wing tips, utilize high strength aluminum alloy. Winglet skins are comprised of a composite structure.

Double-slotted flaps and ailerons, fabricated from high strength aluminum alloy, are located at the wing trailing edge, and the main landing gear is installed in the wing under the engine pylon.

The wing integrates the fuel system, landing gear system, flight control system, bleed air system, ice protection system and electrical system.

### 4-4 Empennage

The empennage consists of a vertical stabilizer and a fixed horizontal stabilizer in a T-tail configuration.

Both the vertical and horizontal stabilizers utilize a

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000485

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**4 STRUCTURES** — January 2016

high strength aluminum alloy double-spar construction. The vertical stabilizer provides space for the flight control and electrical systems, while the leading edge of the horizontal stabilizer incorporates the ice protection system.

The rudder is attached to the trailing edge of the vertical stabilizer, and elevators are attached to the horizontal stabilizer.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000486

## Exhibit A to *HondaJet* Retail Purchase Agreement

| 5 SYSTEMS |
|-----------|

### 5-1 Powerplants

Two GE Honda HF120 turbofan engines are mounted over the wings. Each engine has a 2.9 bypass ratio, twin spool, counter-rotating turbine design. The un-installed thrust of each engine is 2,050 lbf (9,119 N), derated from 2,095 lbf (9,319 N).

Two dual-channel FADEC (Full Authority Digital Engine Control) systems provide automatic engine thrust settings for TO (Takeoff), MCT (Maximum Continuous Thrust) and IDLE with detents in the throttle quadrant for these thrust settings.

A continuous-loop fire detection system monitors the internal nacelle zone to detect and warn if indications of a fire are present. Single-shot fire extinguishers located adjacent to the nacelle are supplied for each engine.

### 5-2 Fuel System

Fuel storage consists of four fuel tanks. There are integral tanks in the LH and RH wings and the wing center section. One bladder tank is located in the aft fuselage. Refueling is accomplished through a single gravity-fed fuel port located on the RH aft fuselage.

Fuel distribution from the aft fuselage tank to the center wing tank is fed by gravity. Fuel in the center wing tank is fed to the LH and RH wing tanks by transfer ejector pumps in the center wing tank. Engine-powered ejector pumps in the LH and RH wing tanks supply the fuel to each engine. An electric boost pump in each wing tank is provided for use during engine starting, crossfeed operation and as a back up in the event of low fuel pressure.

The fuel quantity gauging system measures fuel levels with fifteen probes located throughout the fuel tanks. Accurate fuel quantity information is shown on the Multi-Function Display (MFD) and/or Primary Flight Displays (PFDs) in the cockpit.

### 5-3 Landing Gear System

The landing gear is a hydraulically-retractable tricycle-type with a steerable nose wheel. When retracted, the entire landing gear assemblies are fully enclosed by the landing gear doors. Normal operation of the landing gear is initiated from the landing gear control lever in the cockpit. With the airplane on the ground, the main landing gear WOW (Weight On Wheels) switch deactivates movement of the landing gear control lever.

The main landing gear, which is retracted inboard into the wing, is a single-wheel assembly with a trailing link and a shock absorber.

The nose landing gear is a single-wheel assembly with an oleo strut and is retracted forward into the fuselage nose section. The steer-by-wire nose landing gear is electrically controlled and hydraulically actuated by rudder pedals. A maximum controllable steering angle of 60 degrees left or right is available.

Alternate landing gear extension is initiated from an alternate gear release handle located on the center pedestal in the cockpit and is extended by gravity and aerodynamic loading.

The brake system is installed in the main landing gear wheels and incorporates a multi-disc assembly and an anti-skid system. A hydraulic system provides the power for braking by the pilot and/or copilot.

### 5-4 Hydraulic System

The hydraulic system supplies a pressure of 3,000 psi (20.68 MPa) to operate the following functions:

- Landing Gear Extension and Retraction
- Steering System
- Wheel Brakes and Anti-Skid System

The hydraulic system is equipped with an electric motor-driven pump, reservoir, accumulators and valves. Major system components are stored in the RH wing fairing.

### 5-5 Flight Control System

The primary flight control system consists of dual flight controls to provide both the pilot and copilot with operation of flight control surfaces, including ailerons, elevators and rudder, from a control column and rudder pedals in the cockpit. The system is

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

**CONFIDENTIAL**

HACI 000487

Exhibit A to *HondaJet* Retail Purchase Agreement

conventional in design, with pilot inputs from the yoke and the rudder pedals manually delivered to the flight control surfaces through control cables, push-pull rods and mechanical linkages.

The secondary flight control system, including roll, pitch and yaw trimming, are controlled from the center pedestal and/or the yoke and are performed by electrically actuated control tabs.

Electrically actuated double-slotted flaps are controlled by a flap lever on the pedestal with detents for UP, TO/APPR (Takeoff/Approach) and LDG (Landing) positions.

The stall warning system measures angle-of-attack and informs both pilots of stall warning through aural alerts, visual alerts and a stick-shaker.

### 5-6 Environmental Control System

The engine bleed air system is utilized to pressurize the cabin. The cabin pressure control system automatically controls dual outflow valves located on the aft pressure bulkhead and maintains a nominal maximum differential pressure of 8.56 psi (590 hPa) and a nominal cabin altitude of 8,000 ft. (2,438 m) or less up to 43,000 ft. (13,106 m).

The engine bleed air is also utilized to heat the cabin and to de-fog the cockpit windows. A vapor cycle system provides cooling air and may be operated in the air, or on the ground when ground power is connected or when the engine is running. The air temperature control system keeps the cabin and cockpit at a specified temperature and provides dual-zone temperature controls for the cabin and cockpit sections through the touchscreen controllers in the cockpit. The air temperature of the cabin can also be controlled via the cabin management panel located in the RH cabinet.

### 5-7 Oxygen System

The oxygen system can provide crew and passengers with oxygen from a single gaseous type oxygen bottle with capacity of 50.1 cu. ft. (1.42 m³).

Quick-donning masks, stored in the cockpit side ledges, are provided for pilot and copilot with a microphone for communication. Dropout oxygen masks for passengers are provided at each passenger seat and above the toilet.

### 5-8 Ice and Rain Protection System

The HondaJet is designed for flight operation into known icing conditions. The ice protection system protects the leading edges of the wings and the horizontal stabilizers, the engine inlets, windshields and air data sensor probes.

Wing leading edges and engine inlets are heated by engine bleed air. The system prevents ice accumulation on the leading edges. The engine inlet anti-icing system is manually controlled by the pilot and/or the copilot.

The horizontal stabilizer leading edges are equipped with an Electro-Mechanical Expulsion De-Icing System (EMEDS). The system mechanically makes small impacts to the leading edge skin from the inside, and the ice on the leading edge de-bonds and is shed with forward velocity.

The windshields feature an electrically-heated anti-icing system. For cockpit visibility under rainy conditions, a hydrophobic coating is applied to the outer surface of the windshields. Interior fog protection on the windshields and the side cockpit windows is achieved by forced warm air supplied to the windows by the bleed air system.

The air data sensor probes incorporate an electrically-heated anti-icing system.

Two ice detectors are located on the cockpit section of the fuselage. When specific ice accumulation is detected, the ice protection systems, including the leading edges of the wings and the horizontal stabilizers and windshields are automatically activated.

### 5-9 Electrical System

Electrical power generation and distribution uses a 28-volt DC system supplied by two engine-driven, 325-ampere starter-generators. In the event one generator is offline, the system automatically load-sheds non-essential equipment to prevent overloading the remaining generator and continues to distribute electrical power to the essential equipment.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

9

CONFIDENTIAL

HACI 000488

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**6 SYSTEMS**                                                            January 2016

Two batteries are used independently for engine start and system loads during normal operation. Both batteries provide power to essential loads when both generators are offline. An external power receptacle, located in the RH forward wing fairing, is used for ground operation and to assist engine starting.

Two Power Distribution Units (PDUs) manage power to the aircraft electrical loads through a multi-bus system. Each PDU also supports multi-purpose computing functions for the fuel distribution system, bleed air system, ice and rain protection system and hydraulic system.

Circuit breaker panels, mounted in the LH and RH cockpit side ledges, protect the individual electrical loads.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000489

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**5  SYSTEMS**                                               January 2016

INTENTIONALLY LEFT BLANK

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

11

HondaJet Specification and Description            Exhibit A                      01/2016

CONFIDENTIAL

HACI 000490

Exhibit A to *HondaJet* Retail Purchase Agreement

HondaJet Specification and Description
**6 FLIGHT DECK**                                                                January 2016

## 6 FLIGHT DECK

The HondaJet is designed for single or two pilot operation. All controls and switches are logically grouped and arranged in the cockpit to maximize safety and efficient flight operation.

### 6-1 Flight Deck Compartment

- LH/RH Crew Seats
- LH/RH Control Columns
  with a Yoke and a Hand-Held Microphone
- LH/RH Rudder / Brake Pedals

### 6-2 Instruments, Controls and Equipment

- Instrument Panel
  - LH/RH Primary Flight Displays (PFDs)
  - Multi-Function Display (MFD)
  - Pressurization Controls
  - Oxygen System Controls
  - LH/RH Air Gaspers

- LH Knee Bolster Panel
  - Landing Gear Control Module
  - Electrical Power Control Panel
  - ELT Control Panel

- Glareshield Panel
  - Automated Flight Control System (AFCS)
    Control Unit
  - AFCS Servo Power Panel
  - Electronic Standby Instrument System
  - LH/RH Master Alert Controls
  - LH/RH Barometric Setting Knobs
  - LH/RH Display Reversion Switches
  - LH/RH Engine Fire Control Switches
  - LH/RH Push-to-Talk Switches
  - Aircraft Radio Call Placard

- Center Pedestal
  - LH/RH Touchscreen Controllers
  - LH/RH Engine Thrust Levers
    with TO/GA (Takeoff / Go Around) Buttons
  - LH/RH Engine Start Controls
  - Fuel Controls
  - Alternate Gear Release Handle
  - Parking / Emergency Brake Handle
  - Flap Control Lever

- Pitch Trim Controls
- Yaw Trim Controls
- Roll Trim Power Switch
- Environmental Controls
- Ice Protection Controls

- LH/RH Yokes
  - LH/RH AFCS Disconnect Switches
  - LH/RH Pitch / Roll Trim Controls
  - LH/RH Push-to-Talk Switches
  - LH/RH Checklist Controls
  - LH/RH Transponder IDENT Switches
  - LH/RH CWS (Control Wheel Steering) Switches
  - LH/RH AP DISC (Autopilot Disconnection) /
    ACK (Acknowledge) Switches
  - LH/RH System Control Switches

- Overhead Panel
  - LH/RH Air Gaspers
  - LH/RH Assist Handles
  - LH/RH Map Lights
  - Overhead Light
  - LH/RH Speakers

- LH/RH Cockpit Side Ledges
  - LH/RH Oxygen Masks
  - LH/RH Circuit Breaker Panels
  - LH/RH Footwell Lights
  - LH/RH Clipboards
  - LH/RH Chart Storage
  - LH/RH Headset Storage

- LH Cockpit Divider / RH Cabinet
  - LH/RH Headset Jacks
  - Fire Extinguisher
  - Rechargeable Flashlight

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

12

CONFIDENTIAL

HACI 000491

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**6 FLIGHT DECK**

January 2016



| | | | |
|---|---|---|---|
| A | Primary Flight Display (PFD) (2) | N | Clipboard (2) |
| B | Multi-Function Display (MFD) | O | Electrical Power Control Panel |
| C | Touchscreen Controller (2) | P | ELT Control Knob |
| D | Pressurization / Oxygen Controls | Q | Landing Gear Control Module |
| E | Push-to-Talk Switch (2) | R | Alternate Gear Release Handle |
| F | Display Reversion Switch (2) | S | Engine Thrust Levers |
| G | Master Alert Annunciators (2) | T | Fuel System Controls |
| H | Barometric Setting Knob (2) | U | Ice Protection Controls |
| I | Electronic Standby Instrument System | V | Trim Tab Controls |
| J | Engine Fire Control Switches (2) | W | Pneumatic Controls |
| K | Aircraft Radio Call Placard | X | Flap Control Lever |
| L | AFCS Control Panel | Y | Engine Start Controls |
| M | AFCS Servo Power Panel | Z | Parking / Emergency Brake Handle |

Figure 6-1  HondaJet Flight Deck Instruments / Controls Layout

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

13

CONFIDENTIAL

HACI 000492

## Exhibit A to *HondaJet* Retail Purchase Agreement

### 6-3  Avionics

The Garmin® G3000™ is an integrated all-glass avionics system providing flight instruments, navigation, communication, lighting controls, traffic, terrain, weather, aircraft systems status and alerting, checklists and other functions.  Primary Flight Displays (PFDs) present flight instrument data and pilot-selectable information in a 40:60 ratio split screen.  Touchscreen controllers provide the primary point of access for the majority of all avionics data inputs and selection.  The integrated avionics provides for enhanced situational awareness, functionality, ease of operation, and redundancy.

### A. Electronic Flight Instrument System (EFIS)

The EFIS consists of three 14.1-inch diagonal WXGA high-resolution displays, Garmin GDU1400W, as Primary Flight Displays (PFDs) and Multi-Function Display (MFD).  These displays can function as both the PFD and MFD in reversionary mode.

### B. Primary Flight Display (PFD)

The PFD is split into two sections of 40:60 ratio to help display multiple systems and functions as required.

The flight instrument section on 60% split of the PFD screen can show the following information:
- Attitude (Horizon Line)
- Airspeed Tape (with Six-second Trend Vectors)
- Mach number
- Speed Limitations and V-speeds
- Altitude Tape (with Six-second Trend Vectors)
- Vertical Speed
- Heading
- Slip / Skid
- Horizontal Situation
- Glide Slope
- Flight Director (Cross Pointer or Single Cue)
- Navigation and Communication Frequencies (Active and Standby)
- Navigation Station / Waypoint Identification
- Track
- Distance
- Altimeter Setting
- Temperature (Static Air Temperature, SAT)
- ISA Deviation
- UTC Time
- Timer (Up or Down)
- Other Items

Crew Alerting System (CAS) messages are displayed on the lower right corner of the flight instrument section of each PFD and the CAS shows up to twelve text messages in priority order with colored classification as specified by alert levels.  The CAS messages are shown automatically and can be manually scrolled by pushing soft keys on the PFD monitors.

The remaining 40% of the PFD screen is customizable and can show most functions presented on the MFD.

### C. Multi-Function Display (MFD)

The MFD's 16:9 wide display can provide room for two separate vertical sections side-by-side or one full screen along with an Engine Indication System (EIS) strip including aircraft systems indication.

The MFD can present the following functions:
- Aircraft Systems Status
- Navigational Map
- Traffic
- Terrain and Obstacles
- Weather
- Flight Plan
- Checklists
- Garmin FliteCharts® and SafeTaxi®
- Graphical Synoptics
- Other Items

A subscription through Garmin is required for updates of the avionics system databases.

### D. Touchscreen Controller

The touchscreen controller, Garmin GTC 570, has a 5.7-inch high-resolution display along with a dedicated map joystick, mechanical concentric knobs and volume control knob.  The controller uses an infrared touchscreen technology to determine touch location of the finger even if gloves are worn.

Most control and data entry for the avionics system can be performed from the touchscreen controllers, which feature a desktop-style and icon-driven user interface built on a "shallow" menu structure.

The touchscreen controller can be utilized to operate functions in addition to those shown in the MFD, including:
- Environmental Control
- NAV / COMM Radio

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

14

CONFIDENTIAL

HACI 000493

## Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**6 FLIGHT DECK** January 2016

- Transponder Control
- Lighting Control
- Remote Audio / Intercom System
- Customized Display Control
- Entertainment
- Other items

**E. Engine Indicating System (EIS) and Aircraft Systems Indication**
The EIS information and aircraft systems indication are displayed on the left side of the MFD and include the following information:
- Engine Speeds and Temperature
- Oil Pressure and Temperature
- Fuel Flow, Quantity and Temperature
- Landing Gear Position
- Flap Position
- Pitch, Roll and Yaw Trim Tabs Status
- Cabin Pressurization Status
- Electrical Power Status

**F. Air Data System and Attitude Information**
The air data system consists of two SmartProbes® and one standby air data probe. All probes combine the multi-function probe and an independent air data computer. The SmartProbe system provides indicated air speed, true air speed, Mach number, vertical speed, density altitude, pressure altitude, angle of attack, angle of sideslip and static air temperature for the interface adapters and the PFDs. The system meets Reduced Vertical Separation Minimum (RVSM) requirements. The standby air data probe provides indicated air speed, Mach number and altitude for the electronic standby instrument.

The Attitude and Heading Reference System (AHRS), Garmin GRS 77, measures three-axis acceleration, orientation and magnetic field necessary for precise flight route control and provides precise attitude and heading data used in the interface adapters and the PFDs.

**G. Radio Communication System**
Dual VHF communication transceivers, Garmin GIA 63W, operates in the 118.000 to 136.975 MHz frequency range with 25 / 8.33 kHz spacing increments. Tuning and management are performed through the touchscreen controllers.

**H. Audio System**
A dual remote audio system includes control of

speakers, microphone, headphone and hand-held microphone at each crew station and crew intercom. Control of the audio system is performed through the touchscreen controllers.

**I. Navigation System**
Dual navigation receivers, Garmin GIA 63W, integrate VHF Omni-directional Range (VOR), Localizer (LOC) and glideslope functions. Marker beacon receivers are integrated into the audio system. Tuning and management are performed through the touchscreen controllers. Navigational information is displayed on the PFDs and the MFD in the reversionary mode.

**J. Global Positioning System (GPS)**
GPS, Garmin GIA 63W, processes the transmission of up to twelve GPS satellites simultaneously and provides aircraft position data for the AHRS and Flight Management System (FMS) processes. Two GPS receivers are capable of Wide Area Augmentation System (WAAS).

**K. Flight Management System (FMS)**
The FMS provides graphical precision guidance to the flight crew and autopilot system for all flight phases including departure, enroute, and approach operations based on WAAS-capable GPS navigators. The navigation map displays aviation data including: airports, VORs, airways and airspaces; geographic data including: cities, lakes, highways and borders; topographic data including elevation shading and hazard data including: traffic, terrain and weather. Pilot interface of the FMS to the MFD is provided through the touchscreen controllers.

Flight plans are created, stored and managed in the FMS system. The active flight plan, with current aircraft position, is shown on the navigation map. The selected procedure for the departure, arrival, or approach can be added to the active flight plan. Graphical charts for these procedures can be accessed through the chart databases (subscription required). Data uploading is accomplished through the SD card ports on each display.

**L. Automatic Flight Control System (AFCS)**
The AFCS, Garmin GFC™ 700, provides three-axis (pitch, roll and yaw) autopilot with yaw damper, automatic pitch trim and flight guidance operation.

Pilot operation of the AFCS is performed through the

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

16

CONFIDENTIAL

HACI 000494

Exhibit A to *HondaJet* Retail Purchase Agreement

HondaJet Specification and Description
**6 FLIGHT DECK**                                                                                   January 2016

AFCS control unit located on the glareshield panel. The panel provides selection of the flight director and autopilot modes. Selection of the autopilot will automatically enable the flight director. Control Wheel Steering (CWS) and Autopilot Disconnect (AP DISC) functions are controlled by switches on each yoke.

**M. Transponder**
The transponder, Garmin GTX 33D ES, replies to mode A, mode C and mode S interrogations. A ground station can interrogate the mode S transponder for its transponder data capability and the aircraft's flight ID.

The transponder also provides Automatic Dependent Surveillance-Broadcast (ADS-B) Out functionality that transmits aircraft position, velocity and heading information to other aircraft for elevated flight safety.

**N. Traffic Collision Avoidance System (TCAS I)**
The TCAS I, Garmin GTS™ 855, enhances flight crew situational awareness by tracking aircraft equipped with all mode transponders and displaying traffic information on the PFDs and/or the MFD. The system also provides aural traffic alerts through the audio system. ADS-B In data is used to improve TCAS target bearing accuracy.

**O. Terrain Awareness and Warning System (TAWS-B)**
Class B TAWS enhances situational awareness and prevents controlled flight into terrain. It provides visual and aural annunciations when terrain and/or obstacles are within the given altitude threshold from the aircraft.

**P. Weather Radar System**
The weather radar system, Garmin GWX™ 70, has pilot-adjustable horizontal scan angles of up to 120 degrees with vertical scanning and altitude compensated tilt functions. Full-color digital weather data is displayed on the MFD and/or the PFDs, and intensity and level of targets are clearly identified.

**Q. Electronic Standby Instrument**
The electronic standby instrument provides independent back-up display of attitude, airspeed, altitude and heading information on a 2.4-inch color Liquid Crystal Display (LCD).

The instrument incorporates solid-state sensors and a microprocessor system, which measure aircraft pitch

and roll attitudes, and receives and processes the air data signals from the standby air data probe. Barometric pressure display is adjusted at the instrument using the bezel-mounted rotary knob.

**R. Emergency Locator Transmitter (ELT)**
The ELT can transmit the emergency frequency of 121.5 MHz and the satellite frequency of 406 MHz. ELT remote control panel is located on the LH knee bolster panel in the cockpit.

**S. Garmin FliteCharts and SafeTaxi**
FliteCharts provide electronic terminal procedures charts, including arrivals (STAR), approaches, departure procedures (DP) and airport diagrams. The charts are displayed in color for applicable charts.

SafeTaxi provides greater map detail, including current aircraft position, runways, taxiways with identifying letters/numbers, ramps, buildings, control towers, airport "hot spots" and other prominent features, when viewing airports at close range.

**T. Maintenance Diagnostics**
Maintenance diagnostic information is recorded and can be reviewed on the MFD while on the ground and can be downloaded for off-aircraft review. Flight data is stored in non-volatile memory for detailed troubleshooting and analysis.

Note: Purchaser (and, if different from the Purchaser, the Aircraft Owner) agrees that Honda Aircraft Company, LLC (and its affiliates) has a perpetual and irrevocable right and license to all information contained in the Aircraft recording and/or diagnostic systems for any reason, including but not limited to, product improvement, aircraft maintainability, and dispatch reliability. Purchaser/Owner expressly grants Honda Aircraft Company, LLC (and its affiliates), permission to download, use and copy such information at any time, and Purchaser/Owner shall promptly provide, or provide access to, such information upon request by Honda Aircraft Company. Purchaser/Owner further agrees this license runs with, and is automatically transferred with, the title to the Aircraft and is binding on any and all subsequent owners of the Aircraft.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

**CONFIDENTIAL**

HACI 000495

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**6  FLIGHT DECK**                                                    January 2016

INTENTIONALLY LEFT BLANK

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

17

CONFIDENTIAL

HACI 000496

## Exhibit A to *HondaJet* Retail Purchase Agreement

| 7 INTERIOR |
|---|

### 7-1 General

The interior of the HondaJet is designed to be large and spacious, with a dropped aisle in the cabin section further enhancing passenger space and comfort. The interior length from forward pressure bulkhead to aft pressure bulkhead is 17.80 ft. (5.43 m). Interior height from the dropped aisle to the ceiling is 58 in. (1.47 m) and the standard interior width is 60 in. (1.52 m).

Four passenger seats in the cabin section form a spacious club seating arrangement. Each passenger seat is capable of reclining.

Six cabin windows provide exceptional natural lighting throughout the cabin. Each window includes an electronically dimmable window shade.

A stowable executive table is equipped in the RH club seating area in the cabin. The table can be utilized in two modes as either a folded or extended table. A luggage valet and cabinet are located on the RH forward cabin section. The cabinet incorporates cabin management system controls and storage for aircraft manuals, charts and other items.

A private lavatory with a flushing toilet and a vanity is located in the aft cabin section and is divided by a privacy curtain. The lavatory seat cushion and seat back are tailored to suit the aircraft interior. Two skylights enhance lavatory illumination during daylight.

The cabin lighting system utilizes LED lights. Wash lights, cabin entry light and table lights feature individual control. Reading lights are provided for each passenger. Sconce lights are equipped on the both sides of the cabin wall. Overhead lighting is utilized in the lavatory.

Dropout, constant-flow oxygen masks are installed over all passenger seats and in the lavatory for emergency use.

### 7-2 Standard Cabin Interior Configuration

**Cockpit Section**
• LH/RH Crew Seats
  - Four-Point Restraint System
  - Stowable Inboard Armrest
  - Forward and Aft Tracking
  - Height Adjustment
  - Recline Adjustment
  - Thigh Support Adjustment
  - Lumbar Adjustment
• LH/RH Cup Holders
• LH/RH Monorail Sunvisors
• Cockpit / Cabin Divider Curtain

**Cabin Section**
• RH Cabinet
  - Cabin Management System Controls
  - Aircraft Manual / Charts Storage
  - Storage Drawers
• LH Cockpit Divider
• RH Luggage Valet
• LH/RH Passenger Seats: Forward and Aft Facing
  - Lap Seat Belt with Retractable Shoulder Harness
  - Recline Adjustment
  - Headrest Adjustment
• RH Stowable Executive Table
• LH/RH Cabin Side Ledges with Dual Cupholders at Each Passenger Seat Location
• LH/RH Aft Cabin Dividers
• Electronically Dimmable Window Shades for All Cabin Windows
• Air Gaspers
• Dropout Oxygen Masks
• Wash Lights
• Cabin Entry Light
• Table Lights
• Sconce Lights
• Reading Lights
• Illuminated Ordinance Signs (Fasten Seat Belt / No Smoking)
• Placards (Emergency Exit)

**Lavatory Section**
• RH Flushing Toilet
• LH Vanity
• Cabin / Lavatory Privacy Curtain
• Dropout Oxygen Mask
• LH/RH Skylights
• Lavatory Overhead Light

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

18

CONFIDENTIAL

HACI 000497

Exhibit A to *HondaJet* Retail Purchase Agreement

HondaJet Specification and Description
**7 INTERIOR**                                                                January 2016

### 7-3 Baggage Compartment

Two baggage compartments in the nose and aft sections of the fuselage provide a total volume of 66 cu. ft. (1.87 m³) and a total weight capacity of 500 lb. (226 kg).

The unpressurized nose baggage compartment has a volume of 9 cu. ft. (0.25 m³) and maximum payload weight capacity of 100 lb. (45 kg). The compartment is externally accessible from a lockable swing-up door on the LH fuselage. Compartment lighting is auto-

matically activated when the nose baggage door is opened.

The aft baggage compartment is also unpressurized and has a volume of 57 cu. ft. (1.61 m³) and maximum payload weight capacity of 400 lb. (181 kg). The compartment is externally accessible from a lockable door on the LH fuselage and is illuminated automatically when the aft baggage door is opened. Vertically-mounted cargo nets secure payload in the aft baggage compartment.



| | |
|---|---|
| A   Nose Baggage Compartment | I   Passenger Seats (4) |
| B   Crew Seat (2) | J   Emergency Exit |
| C   RH Cabinet | K   RH Executive Table |
| D   LH Cockpit Divider | L   Cabin Side Ledge (2) |
| E   Divider Curtain | M   Privacy Curtain |
| F   Main Entrance Door | N   Vanity |
| G   RH Luggage Valet | O   Toilet |
| H   Electronically Dimmable Windows (6) | P   Aft Baggage Compartment |

Figure 7-1  HondaJet Standard Floorplan

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000498

## Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**8 EXTERIOR to 10 DOCUMENTATION AND TECHNICAL PUBLICATIONS**          January 2016

### 8 EXTERIOR

**8-1 Paint**

Exterior paint features a high performance polyurethane basecoat / clearcoat system designed for excellent durability and superb appearance. Distinctive exterior styling in pearl-effect colors is provided.

**8-2 Servicing Doors and Panels**

- External Power Door
- Electrical Service Door

- Hydraulic Service Panel
- Aft Fuselage Service Panel
- Other Access Panels

**8-3 Lights**

- Wing Tip Navigation and Anti-Collision Lights
- Tail Navigation and Anti-Collision Light
- Landing and Taxi Lights
- Airborne and Pulsating Recognition Lights
- Ground Recognition Beacon
- LH Wing Inspection Light

### 9 ADDITIONAL EQUIPMENT

- Aircraft Keys (3)
- Aviation Headsets (Bose) (2)
- Emergency Exit Door Security Lock
- Engine Inlet and Exhaust Covers (2)
- Fuel Sump Drain Cup
- SmartProbe Covers (2)
- Standby Air Data Probe Cover

- Ice Detector Covers (2)
- Static Discharge Wick Covers (6)
- Jack Pad Adapter Kit
- Smoke Goggles (2)
- Interior Care Kit
- Bag for Log Books

### 10 DOCUMENTATION AND TECHNICAL PUBLICATIONS

**10-1 Deliverable Documentation and Publications**

- Standard Airworthiness Certificate
- Certificate of Aircraft Registration
- Aircraft Flight Manual
  - Operating Limitations
  - Weight and Balance Report
- Pilot's Operating Manual
- Pilot Quick Reference Handbook
- Ground Handling Checklist
- Passenger Briefing Cards (6)
- Aircraft Log Books
- Engine Log Books (GE Honda) (2)
- Avionics Systems Pilot's Guide (Garmin)

**10-2 Subscription Based Publications\***

- Aircraft Maintenance Manual \*\*
- Illustrated Parts Catalog \*\*
- Wiring Diagrams \*\*
- Component Maintenance Manual \*\*
- Structural Repair Manual \*\*
- Engine Line Maintenance Manual (GE Honda)

\*  Provided via web portal, *HondaJet Connect*
\*\* First year free subscription.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

20

CONFIDENTIAL

HACI 000499

## Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**11 TRAINING TO 12 MAINTENANCE TRACKING AND COMPLIANCE**                    January 2016

### 11 TRAINING

A package consisting of an initial qualification training program for two flight crew members and one initial maintenance course is provided to purchaser as a part of the total aircraft purchase price. The training will be conducted by FlightSafety International® and will be conducted at Honda Aircraft Company in Greensboro, North Carolina. Purchaser is responsible for any travel and living expenses of purchaser's pilots and personnel during the training.

### 12 MAINTENANCE TRACKING AND COMPLIANCE

An online computerized Maintenance Tracking and Compliance System (MTCS) will provide management and operations personnel with the reports necessary for the efficient control of maintenance activities. Reports are available via application on a secured Internet site and show the current status, upcoming scheduled maintenance activity and the history of the aircraft maintenance.

A one-year subscription to the MTCS will be provided at no charge. Purchaser agrees to execute a no-charge service agreement with the MTCS supplier endorsed by Honda Aircraft Company.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

CONFIDENTIAL

HACI 000500

Exhibit A to *HondaJet* Retail Purchase Agreement

| 13  MANUFACTURER'S WARRANTY |
|---|

**1. General.** Subject to the limitations and conditions set forth in this Warranty, Honda Aircraft Company, LLC., ("Honda Aircraft") warrants to Purchaser that, at the time of the initial delivery to Purchaser (The "Delivery Date") of a brand new Aircraft (As described in Exhibit A to the HondaJet Retail Purchase Agreement) by Honda Aircraft or a Honda Aircraft authorized dealer ("Dealer"), the Aircraft shall be free from defects(*) in material and defects in manufacture.  Honda Aircraft's sole obligation and liability for a breach of this warranty is limited to repairing, replacing or correcting, at Honda Aircraft's sole discretion, the defective part or condition, provided that the work is performed by Dealer, Honda Aircraft, a Honda Aircraft Authorized Service Center ("ASC"), or at such other facility as may be temporarily designated by Dealer or Honda Aircraft.  Replacement parts may be new parts or serviceable parts.  When Honda Aircraft supplies a replacement part, or issues credit towards the acquisition of a new part, the removed part becomes the property of Honda Aircraft.  The Aircraft or any components or parts claimed to be defective shall be returned to Honda Aircraft's facilities or such other facility as may be designated by Honda Aircraft.

**2. Duration and Coverage.**  Manufacturer's liability under this warranty is limited to defects that are discovered within the applicable periods after the Delivery Date, as set forth below:

   a. Honda Aircraft Components – until the earlier to occur of the date that is 36 months after the Delivery Date or 1,500 flight hours.  Including coverage for the consumable hardware and materials required to be replaced (As listed in the aircraft Maintenance Manual) for the Removal and Installation of the warranted Component.
   b. Supplier Items – until the earlier to occur of the date that is 36 months after the Delivery Date or 1,500 flight hours.  Including coverage for the consumable hardware and materials required to be replaced (As listed in the aircraft Maintenance Manual) for the Removal and Installation of the warranted Component.
   c. The "GE/Honda engines" ("Engine(s)") and all engine accessories and engine components -- engine manufacturer's separate warranty applies (but only to the extent described in section 7 of this warranty).  Any item that is covered by the engine manufacturer's separate warranty (if not an engine) is considered an engine accessory or engine component for purposes of this Warranty.  All references below in this Warranty to engines also include all engine accessories and engine components.
   d. The "Garmin avionics" ("Avionics") and all avionics systems, avionics accessories and avionics components -- avionics manufacturer's separate warranty applies (but only to the extent described in section 7 of this warranty).  Any item that is covered by the avionics manufacturer's separate warranty is considered an avionics system, avionics accessory or avionics component for purposes of this Warranty.  All references below in this Warranty to avionics also include all avionics systems, avionics accessories and avionics components.
   e. Paint and Interior – until 12 months after the Delivery Date.

The periods set forth above in this section are computed from the Delivery Date, without regard to whether Purchaser acquired the Aircraft at the Delivery Date, and if Purchaser was not the original Purchaser for the Aircraft such periods may have run in whole or in part prior to Purchaser's acquisition of the Aircraft.

**3. Exclusions.**  Honda Aircraft's obligations under this warranty exclude the following:

   a. Repair or replacement due to normal wear and tear or environmental exposure (i.e. erosion, corrosion, etc.), including but not limited to interior surfaces and soft goods (i.e., paint, seat and panel coverings, woodwork, fabrics, leather, plating, carpets, etc.), repair or replacement of consumable parts and materials (batteries, brakes, filters, gaskets, seals, O-rings, tires, etc.), routine maintenance (including scheduled replacements of life limited components), routine inspections, etc.
   b. Any matters covered by a customer support package, if any, offered by Honda Aircraft from time to time, including training, spare parts support or revision of technical publications or manuals.
   c. All landing and airport fees, applicable taxes, tariffs, duties, cargo costs, crew expenses, insurance and the

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

22

CONFIDENTIAL

HACI 000501

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**13  MANUFACTURER'S WARRANTY**                                                January 2016

like.
d.  Purchaser furnished components, items or equipment and/or installation thereof.

**4. Additional Exclusions.**   Honda Aircraft's warranty shall not apply to any defect in the Aircraft or any component or part thereof if:

a.  the Aircraft or parts or components or parts thereof have not been operated, serviced or maintained in accordance with Manufacturer's approved flight, operating and maintenance manuals, instructions or bulletins issued with respect of the Aircraft, or have been repaired or modified other than by Honda Aircraft, Dealer or an ASC;
b.  the defect relates to parts or components manufactured other than by Honda Aircraft or with parts or components obtained by Purchaser other than from Honda Aircraft, Dealer or an ASC, or arises (in Dealer's or Honda Aircraft's good faith judgment) in whole or in part from an installation, repair, alteration or modification to the Aircraft with parts or components manufactured other than by Honda Aircraft or with parts or components obtained by Purchaser other than from Honda Aircraft, Dealer or an ASC, or (in Dealer's or Honda Aircraft's good faith judgment) the interaction with Honda Aircraft-installed parts or components with parts or components obtained by Purchaser other than from Honda Aircraft, Dealer or an ASC;
c.  the Aircraft or parts or components thereof have been subjected to misuse, abuse, incident, accident, neglect or have been improperly stored or protected against the elements when not in use or if the parts or components have had their identification plates removed or damaged making them unidentifiable as having been installed or furnished by Honda Aircraft, Dealer or an ASC;
d.  the defects result from contamination of fluids such as fuel, hydraulic fluids and the like.
e.  the defects arise from the failure or malfunction of a defective part, an accident or incident (i.e. resultant or consequential damage) or from workmanship, repairs or alterations not performed by Dealer, Honda Aircraft or an ASC.

**5. Additional Dealer and Honda Aircraft obligations.**

a.  Honda Aircraft will reimburse labor costs (At standard labor rate) to remove defective items and components and install replacement items and components per the Standard Labor Allowance as Published by Honda Aircraft in the "Honda Aircraft Customer Service Policy and Procedure Manual", as may be revised from time to time, provided that the work is performed at Dealer's facilities, ASC, or at such other facility as may be temporarily designated by Dealer or Honda Aircraft.   For the purpose of convenience, Purchaser who employs their own technicians qualified to work on the Aircraft, may perform their own removal and installations provided that a Dealer has been informed of such.  When Purchaser elects to perform their own Warranty work, labor costs will not be reimbursable.
b.  Honda Aircraft will pay for standard freight to transport the defective item to and from facilities where the removal and installation has taken place.  Any other type freight, insurance, tariffs, customs duties or the like shall remain the full responsibility of Purchaser.

**6. Purchaser's Obligations.**   Dealer's and Honda Aircraft's obligations under this warranty are subject to Purchaser complying with all of its obligations under this warranty, including without limitation the following:

a.  Purchaser must notify Dealer, Honda Aircraft or ASC in writing (Or by using any other mean provided by Honda Aircraft to Purchaser for such notification) of any defect prior to such defect being corrected and file a complete Warranty Claim with Honda Aircraft no later than within 30 days of notification of such defect and before the expiration of the applicable warranty period set forth in section 2 of this warranty.
b.  Purchaser must submit reasonable detail to Honda Aircraft for determination that the claimed defect is due to a matter referred to in section 1 above and did not result from any act or omission of Purchaser.
c.  Purchaser must maintain complete records of operations and maintenance of the Aircraft and its systems, the Aircraft engines and Aircraft avionics, and make those records (to include data stored by the aircraft

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

23

**CONFIDENTIAL**

HACI 000502

## Exhibit A to *HondaJet* Retail Purchase Agreement

systems) available to Honda Aircraft, Dealer or ASC upon reasonable request.

d. Purchaser shall submit electronically, and within the first 5 (five) business days of every month, to Honda Aircraft through its web-portal the following data: (i) Aircraft Total hours since new and (ii) Aircraft Total landings since new.

e. Purchaser must pay any expenses or costs related to items submitted for coverage under this warranty that later are determined to have no defect or to be subject to any of the exclusions listed in paragraphs 3 and 4 above.

f. If the Aircraft is returned to Honda Aircraft for any purpose relating to the warranty, title to and risk of loss of the Aircraft shall at all times remain with Purchaser.

g. Purchaser shall ensure the component cores are returned to Honda Aircraft per its instructions and in the appropriate packaging. Purchaser will be responsible for reimbursing Honda Aircraft for lost or damaged cores.

**7. Engine Warranty; Avionics Warranty.** The warranty for any engine installed on the Aircraft and any avionics installed on the Aircraft shall be the manufacturer's warranty from the engine and avionics manufacturers, respectively. Purchaser agrees that Honda Aircraft has no additional warranty obligation or liability with respect to any engine or avionics installed on the Aircraft, including without limitation for any lack of performance, reliability or maintainability of the Aircraft as a result of the engines or avionics. However, Honda Aircraft shall, if the Aircraft or engine or avionics found defective are returned to Honda Aircraft's facilities or such other facility as may be designated by Honda Aircraft, be responsible for promptly notifying the engine or avionics manufacturer or supplier to effect the repair, replacement or correction of the defective engine or avionics part or condition to the extent covered under such manufacturer's warranty.

**8. No New Warranty Period.** Any repair, replacement or correction performed under this warranty shall be covered under this warranty only to the extent of the unexpired portion of the warranty periods provided in section 2 of this warranty.

**9. Assignment.** This warranties set forth in this Warranty are for the benefit of Purchaser, its successors and all persons to whom title to the Aircraft may be transferred in accordance with the Agreement during the warranty periods set forth in section 2 of this warranty, provided that the successor or subsequent owner agrees in writing to all terms and conditions contained in this Warranty and performs all obligations of Purchaser hereunder.

**10. Disclaimer and Release.** THE WARRANTIES SET FORTH IN THIS WARRANTY ARE SUBJECT TO ALL OF THE LIMITATIONS AND EXCLUSIONS SET FORTH IN THE PURCHASER'S ACKNOWLEDGEMENT WITHIN THE RETAIL PURCHASE AGREEMENT.

**11. Modifications.** No agreement or understanding varying or extending the terms of the warranties set forth in this Warranty will be binding upon Honda Aircraft unless in writing and signed by a duly-authorized representative of Honda Aircraft.

**12. Certain Limitations on Warranty.** EXCEPT FOR THE EXPRESS TERMS OF THIS WARRANTY, AND THE ENGINE AND AVIONICS MANUFACTURER'S WARRANTIES REFERRED TO HEREIN, THERE ARE NO OTHER WARRANTIES, AND PURCHASER HEREBY WAIVES, RELEASES AND RENOUNCES ANY REPRESENTATIONS OR WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, AND ANY OBLIGATIONS, LIABILITIES, RIGHTS, CLAIMS OR OTHER REMEDIES IN TORT OF PURCHASER AGAINST HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's OR THE ENGINE MANUFACTURER OR AVIONICS MANUFACTURER, WHETHER OR NOT ARISING FROM THOSE PARTIES' NEGLIGENCE (WHETHER ACTIVE, PASSIVE OR IMPUTED). THIS WARRANTY SETS FORTH (OR INCORPORATES BY REFERENCE) THE EXCLUSIVE WARRANTIES, LIABILITIES AND OBLIGATIONS OF HONDA AIRCRAFT (AND THE ENGINE AND AVIONICS

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

**CONFIDENTIAL**

HACI 000503

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**13  MANUFACTURER'S WARRANTY**                                                    January 2016

MANUFACTURERS) AND THE EXCLUSIVE REMEDIES AVAILABLE TO PURCHASER, WHETHER UNDER THIS WARRANTY OR OTHERWISE, ARISING FROM ANY DEFECT, NONCONFORMITY OR PROBLEM OF ANY KIND IN THE AIRCRAFT, COMPONENT, EQUIPMENT, ACCESSORY, PART OR SERVICES DELIVERED BY HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's (OR THE ENGINE OR AVIONICS MANUFACTURERS).    NO PERSON OR ENTITY IS AUTHORIZED TO MAKE ANY OTHER REPRESENTATIONS OR WARRANTIES OR TO ASSUME ANY OBLIGATIONS ON BEHALF OF HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's REGARDING THIS WARRANTY.  REPAIR OR REPLACEMENT OF THE DEFECTIVE PART OR CONDITION ARE THE ONLY REMEDIES AVAILABLE UNDER THIS WARRANTY, AND THERE ARE NO OTHER RIGHTS OR REMEDIES AGAINST HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's (OR THE ENGINE OR AVIONICS MANUFACTURERS), WHETHER EXPRESS OR IMPLIED, ARISING BY LAW, IN CONTRACT, IN TORT OR OTHERWISE, WITH RESPECT TO ANY DEFECT, NON-CONFORMANCE OR DEFICIENCY IN THE AIRCRAFT OR RELATED PRODUCTS OR IN ANY OF THE MANUALS, TECHNICAL PUBLICATIONS, INFORMATION, INSTRUCTIONS OR OTHER GOODS OR SERVICES PROVIDED BY HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's (OR THE ENGINE OR AVIONICS MANUFACTURERS, AS THE CASE MAY BE), OR RELATED TO ANY MODIFICATIONS, REPAIRS, OR REPLACEMENT PARTS THAT MAY HEREAFTER BE FURNISHED BY HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's (OR THE ENGINE OR AVIONICS MANUFACTURERS, AS THE CASE MAY BE).  IN NO EVENT SHALL HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's HAVE ANY LIABILITY FOR LOSS OF OR DAMAGE TO THE AIRCRAFT OTHER THAN REPAIR OR REPLACEMENT OF THE DEFECTIVE PART OR CONDITION.

IN NO EVENT SHALL HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's OR THE ENGINE MANUFACTURER OR AVIONICS MANUFACTURER BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES, WHETHER ARISING OUT OF CONTRACT, WARRANTY OR TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE, ACTIVE OR PASSIVE; IMPUTED LIABILITY; OR STRICT LIABILITY) OR BY STATUTE OR OTHERWISE, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR GOODWILL, LOSS OF USE, LOSS OF TIME, INCONVENIENCE, LOSS OF VALUE OR COMMERCIAL LOSS.    THE ENGINES AND AVIONICS ARE SEPARATELY WARRANTED BY THEIR MANUFACTURERS, AND NO ADDITIONAL WARRANTY IS PROVIDED BY HONDA AIRCRAFT OR ITS DEALERS OR ITS ASC's.  UNDER NO CIRCUMSTANCES SHALL THE AGGREGATE LIABILITY UNDER THIS WARRANTY AND ANY OTHER MANUFACTURER'S WARRANTY EXCEED HONDA AIRCRAFT'S SUGGESTED PURCHASE PRICE OF THE AIRCRAFT.  AS USED IN THIS SECTION 11, THE TERMS "HONDA AIRCRAFT," "ENGINE MANUFACTURER" AND "AVIONICS MANUFACTURER" INCLUDES THEIR SUBSIDIARIES, AFFILIATES OR RELATED COMPANIES, ASSIGNEES AND SUCCESSORS AS WELL AS ALL OF THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AFFILIATES, REPRESENTATIVES, AGENTS AND DEALERS.

**13. Application to Honda Aircraft and Dealer.**  As used in this Warranty, the term "Honda Aircraft" includes Honda Aircraft Company, LLC., each of its suppliers and subcontractors, and for each of the foregoing, their subsidiaries, affiliates and related companies, assignees and successors, and each of their respective officers, directors, employees, representatives and agents.  As used in this Warranty, the term "Dealer" includes its subsidiaries, affiliates and related companies, assignees and successors, and each of their respective officers, directors, employees, representatives and agents.

**14. Legal Matters.**  The laws of some jurisdictions do not permit certain limitations on warranties or disclaimers.  If such a law applies to the parties and warranty limitations or disclaimers in this Warranty, the foregoing limitations and disclaimers shall be deemed amended and reformed to the extent, and only to the extent, required to conform to such law, and only in such jurisdiction in which such law applies.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

25

**CONFIDENTIAL**

HACI 000504

Exhibit A to *HondaJet* Retail Purchase Agreement

**HondaJet Specification and Description**
**13  MANUFACTURER'S WARRANTY**                                       January 2016

(*) A defect means the breakage or failure of a part which is determined to Honda Aircraft's satisfaction to be due to causes which are considered by Honda Aircraft to be within Honda Aircraft's control.  Removal of a part from service because of hourly, cyclic or other limitations on its continued use will not constitute a defect.

The information in this document is the copyrighted material of Honda Aircraft Company and may not be copied or distributed in whole or in part in any way whatsoever except as expressly authorized in writing by Honda Aircraft Company.

26

HondaJet Specification and Description            Exhibit A                         01/2016

**CONFIDENTIAL**

HACI 000505

*AMENDMENT NO. 6 to HondaJet Retail Purchase Agreement No. 40000022*

*This Amendment No. 6 ("Amendment") is entered into as of* ___4/28___ *, 2016 by and between Honda Aircraft Company, LLC ("Seller") and Avenatti & Associates, a Professional Corp. ("Purchaser") for the purpose of revising the HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and Purchaser, as amended from time to time, for the purchase of one (1) HondaJet HA-420 Aircraft.*

*Whereas*, Purchaser and Seller desire to make certain amendments to the Agreement.

*Therefore*, Purchaser and Seller agree that the Agreement is amended as follows:

1. The Aircraft registration number is hereby deleted and replaced with N227WP. This number is subject to availability, which Seller is working to obtain. Seller will promptly advise Purchaser as to any issues encountered.

This Amendment shall be governed by and construed in accordance with the substantive laws of the State of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**HONDA AIRCRAFT COMPANY, LLC**
("Seller")

BY: _____
Name:   Simon Roads
Title:    Vice President, Sales

**AVENATTI & ASSOCIATES, A PROFESSIONAL CORP.**
("Purchaser")

BY: _____
Name:   Michael Avenatti
Title:   President

\#   \#   \#

40000022 Amdt 6                     Page 1 of 1

CONFIDENTIAL

HACI 000506

AMENDMENT NO. 7 to HondaJet RETAIL PURCHASE AGREEMENT
No. 40000022

ASSIGNMENT AND CONSENT

*This Assignment and Consent, Amendment No. 7 is entered into as of* July 13 *, 2016 by and
between Honda Aircraft Company, LLC ("Seller"), Avenatti & Associates, a Professional Corp.,
("Original Purchaser"), and Passport 420, LLC ("Affiliated Purchaser"), for the purpose of revising the
HondaJet Retail Purchase Agreement ("Agreement") dated October 11, 2006 by and between Seller and
Purchaser, as amended from time to time, for the purchase of one (1) HondaJet HA-420 Aircraft.*

*Whereas,* Original Purchaser, Affiliated Purchaser, and Seller wish to revise the Agreement to reflect that
Affiliated Purchaser will be substituted as the "Purchaser" under the Agreement.

*Therefore,* Original Purchaser, Affiliated Purchaser, and Seller agree that the Agreement is amended as
follows:

1. Affiliated Purchaser and Original Purchaser hereby certify and represent to Seller that Affiliated
   Purchaser and Original Purchaser are affiliated persons or entities, that amendment of the
   Agreement does not represent an assignment of the right to buy the Aircraft to an unaffiliated
   entity, and that no payments have been made by or on the behalf of Affiliated Purchaser to
   Original Purchaser in connection with this Amendment or the replacement of the "Purchaser"
   under the Agreement. Affiliated Purchaser and Original Purchaser agree to provide to Seller upon
   request a written explanation of the affiliation relationship between Affiliated Purchaser and
   Original Purchaser. For purposes of this Agreement, an "affiliated" person or entity means a
   person or entity controlling, controlled by, or under common control with the original person or
   entity.

2. Affiliated Purchaser and Original Purchaser hereby confirm the provisions of Sections 13(d) of
   the Agreement, and reaffirm their acknowledgement to Seller that neither Affiliated Purchaser
   nor Original Purchaser is licensed or permitted to resell or otherwise act as a "dealer",
   "distributor" or "broker" of the Aircraft, and that the Aircraft shall be used by Affiliated
   Purchaser solely for Affiliated Purchaser's own use or in connection with Affiliated Purchaser's
   business and operations. Affiliated Purchaser and Original Purchaser hereby certify and represent
   to Seller that the Aircraft is being purchased with no intent to resell or otherwise transfer the
   Aircraft to any third party for a period of one year after the Delivery Time.

3. Original Purchaser agrees that all progress payments it has made for the purchase of the specified
   aircraft shall be credited toward the purchase price to be paid by the Affiliated Purchaser and that
   when the aircraft is delivered it will be delivered to Affiliated Purchaser.

This Amendment shall be governed by and construed in accordance with the substantive laws of the State
of North Carolina without regard to its conflicts of laws principles.

EFFECTIVE WITH THE EXECUTION OF THIS AMENDMENT BY ALL PARTIES, THE
CHANGES TO THE AGREEMENT DESCRIBED HEREIN SHALL BECOME EFFECTIVE. ALL
OTHER ELEMENTS OF THE AGREEMENT REMAIN UNCHANGED. IN THE EVENT OF

CONFIDENTIAL

HACI 000507

CONFLICT BETWEEN THE AGREEMENT AND THIS AMENDMENT, THIS AMENDMENT SHALL PREVAIL.

IN WITNESS WHEREOF, each party hereto has executed this Amendment as of the date first above written.

**HONDA AIRCRAFT COMPANY, LLC,**
 ("Seller")

BY: _____

Name:  ~~Simon Roads~~ Chris Belcher

Title:  ~~Vice President, Sales~~ manager, Contracts

**PASSPORT 420, LLC**
("Affiliated Purchaser")

BY: _____

Name:  Michael Avenatti

Title:  Manager

*Notice Address for Affiliated Purchaser:*

ATTN: _____

 520 Newport Center Drive #1400

 Newport Beach, CA 92660

Email: _____

**AVENATTI & ASSOCIATES, A PROFESSIONAL CORP.**
 ("Original Purchaser")

BY: _____

Name:  Michael Avenatti

Title:  President

CONFIDENTIAL

HACI 000508