# Exhibit 9

Michael Avenatti vs Lisa Storie-Avenatti
J.D.E - Michael Avenatti on 01/30/2019

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF ORANGE

 3

 4   In re the Marriage of        )  Case No.: 17D00-99-30
                                  )
 5   Petitioner:  MICHAEL AVENATTI)
                                  )
 6   and                          )
                                  )
 7   Respondent:  LISA STORIE-AVENATTI )
     _____)

 8

 9

10

11

12              JUDGMENT DEBTOR EXAMINATION OF:

13                 MICHAEL AVENATTI, VOLUME I

14                      JANUARY 30, 2019

15

16

17

18

19

20

21   Reported by:
     Miranda J. Gentry                    [CERTIFIED COPY]
22   CSR No. 14165

23

24

25
```

```
 1   BY MR. DEARMEY:
 2       Q   So, sir, you've been served the order.  We can go
 3   through the order to ascertain the location first of those
 4   assets.
 5       MR. DEARMEY:  Counsel, would you like to provide the
 6   order to your client so we can go through the items one at
 7   a time.
 8   BY MR. DEARMEY:
 9       Q   So you have the order in front of you.  Item
10   Number 1, does it exist?
11       A   I imagine it exists, but I don't have them.
12       Q   So the original shares of the law corporation,
13   there is a corporation called Avenatti & Associates;
14   correct?
15       A   Formed in 2006.
16       Q   Correct.  So you are aware of the existence of
17   that corporation?
18       A   Yes, I'm aware of the existence of the
19   corporation.
20       Q   You are the sole shareholder of that corporation;
21   correct?
22       A   Yes, sir.
23       Q   So the court has required you to turn over
24   100 percent of the shares of that corporation.  Do those
25   shares exist?
```

```
 1                        CERTIFICATE

 2                             OF

 3               CERTIFIED SHORTHAND REPORTER

 4                       *   *   *   *

 5

 6

 7        The undersigned Certified Shorthand Reporter of the

 8   State of California does hereby certify:

 9        That the foregoing proceeding was taken before me at

10   the time and place therein set forth.

11        That the testimony and all objections made at the time

12   of the proceeding were recorded stenographically by me and

13   were thereafter transcribed, said transcript being a true

14   and correct copy of the proceedings thereof.

15        In witness whereof, I have subscribed my name, this

16   date:   February 12, 2017.

17

18

19
                        _____
20

21
                        Miranda J. Gentry, CSR No. 14165
22

23

24

25
```