# Exhibit 11

```
State of Delaware
Secretary of State
Division of Corporations
Delivered  06:05 PM 04/14/2016
FILED  06:05 PM 04/14/2016
SR 20162305571 - File Number 6016745
```

# CERTIFICATE OF FORMATION

## OF

## PASSPORT 420, LLC

This Certificate of Formation of **Passport 420, LLC** (the "Company") is being duly executed and filed by Jack Cullen, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. § 18-101, et seq.).

1. The name of the Company is:

**Passport 420, LLC**

2. The address of the registered office of the Company in the State of Delaware is 160 Greentree Drive, Suite 101, Dover, Delaware 19904.

3. The name and the address of the registered agent of the Company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, Delaware 19904, County of Kent.

4. The duration of the limited liability company shall be perpetual.

Executed on April 14, 2016.

_____
Jack Cullen, Authorized Person

CONFIDENTIAL

HACI 000530