# Exhibit 12

# Honda Aircraft Company, LLC

6430 Ballinger Rd, Greensboro, NC 27410
Tel : 336-662-0246   Fax : 336-662-0852

| BILL TO | NOTICE OF PAYMENT DUE | |
|---|---|---|
| PASSPORT 420 LLC<br>520 NEWPORT CENTER DR<br>STE 1400<br>NEWPORT BEACH CA  92660-7020<br>USA | Contract Number : | 40000316 |
| | Document Number : | 90003409 |
| | Date : | 12/20/2016 |
| | Due Date : | At Delivery |
| | Sold To Customer Number : | 12391 |
| | Serial Number : | 42000029 |
| **SOLD TO** | **REPRESENTATIVE** | |
| PASSPORT 420 LLC<br>520 NEWPORT CENTER DR<br>STE 1400<br>NEWPORT BEACH CA  92660-7020<br>USA | Will Cutter<br>wcutter@cutteraviation.com<br>602-690-5665 | |

| HONDAJET HA-420 | Amount (USD) |
|---|---|
| Base Price | $3,650,000.00 |
| CPI-Price Adjustment | $338,355.00 |
| Gross Base Price | $3,988,355.00 |
| Options Price | $392,750.00 |
| NC Sales Tax | $2,500.00 |
| Total Net Price Due | $4,383,605.00 |
| Deposits Received | ($600,000.00) |
| **Net Balance Due** | **$3,783,605.00** |

### PAYMENT BY WIRE TRANSFER

Honda Aircraft Company, LLC
Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94101
Account # 4126555366
ABA # 121000248
Intl. Swift # WFBIUS6S

All Accounts Due & Payable in US Dollars.  Please Include Customer Name, Customer Number, Contract Number and Document Number. Wire fees are the responsibility of sender.

**USA PATRIOT ACT.** The monetary requirements of the USA Patriot Act require Honda Aircraft Company to identify and review the connection between funds received and its customer, the Purchaser, as specifically listed in the Purchase Agreement. In the event Honda Aircraft Company receives funds from a source other than Purchaser, remitter may be requested to provide information documenting the connection to Purchaser.
**NOTE:** All monetary submissions will be subject to screening in compliance with the USA Patriot Act

**Export Notice:** These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.
ECCN: 9A991.b ; HTS: 8802.30.0030 ; COO: United States.

CONFIDENTIAL                    Page :  1  / 1

HACI 000445