# Exhibit 13



| | | | | |
|---|---|---|---|---|
| | 06/02/2014 02:30 PM ET | | **HONDA AIRCRAFT COMPANY, LLC** | |
| **WELLS FARGO** | **CUSTOMER ID:** HONDA952 | | Wire Transfer Detail Report | |
| | **OPERATOR ID:** WHITA217 | | As of 06/02/2014 | |
| | Commercial Electronic Office® | | Treasury Information Reporting | |

**Currency:** USD
**Bank:** 121000248
**Account:** ▮▮▮▮5366(NC)

**WELLS FARGO BANK, N.A.**
**HONDA AIRCRAFT COMPANY LLC**

| Credit Wire Amount | Process Date Time | From | Corresponding Bank: | Status |
|---|---|---|---|---|
| 525,000.00 | 06/02/2014 12:29 PM CT | FEDWIRE N/A EAGAN AVENATTI LLP N/A | N/A | COMPLETE |

Wire Service Reference Number:
▮▮▮▮▮▮▮▮▮▮
Wells Message Number:
▮▮▮▮▮▮
PC Reference/Confirmation Number:
N/A
Value Date:
06/02/2014
Wire Type:
195
Wire Amount:
525,000.00
Transaction Reference Number:
▮▮▮▮▮▮▮
USD Equivalent Amount:
525,000.00
Originator ID:
▮▮▮▮▮▮
Originator Name and Address:
EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
N/A
Sending Party ID:
▮▮▮▮
Sending Party Name and Address:
CALIFORNIA BANK AND TRUST
SAN DIEGO, CA
Bank to Bank Info:
N/A
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:
N/A
Originator to Beneficiary Info:
N/A
Text:

Instructed Currency/Amount:
USD/525,000.00
Exchange Rate:
1.000000
Fed/CHIPS/SWIFT Reference Number:
▮▮▮▮▮▮▮▮
Completed Timestamp:
06/02/2014 12:28 PM CT
Sender Reference Number:
▮▮▮▮▮
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
N/A
Receiving Party ID:
▮▮▮▮▮▮
Receiving Party Name and Address:
HONDA AIRCRAFT COMPANY LLC
6430 BALLINGER RD
GREENSBORO NC 27410-9063
Intermediary Bank Code/ID:
N/A
Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
4126555366
Beneficiary Name and Address:
HONDA AIRCRAFT COMPANY LLC
6430 BALLINGER ROAD GREENSBORO NC

▮▮▮▮▮CALIFORNIA BANK AND TRUST SAN DIEGO, CA 2014060200003678 ORG=EAGAN AVENATTI LLP OPERATING ACCOUNT 450 NEWPORT CENTER DR FL 2 NEWPORT BEACH CA 92660-7610 OPI=3260138461 /FTR/ BNF=4126555366 HONDA AIRCRAFT COMPANY LLC 6430 BALLINGER ROAD GREENSBORO NC COMPLETED TIMESTAMP 06/02/2014 12:28 PM CT

525,000.00  Account Net Total

525,000.00  Net Total For Bank  121000248 (USD)

525,000.00  Net Grand Total For Currency (USD)

---- END OF REPORT ----