Exhibit 14

C|B CALIFORNIA BANK
&
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 18
This Statement: June 30, 2014
Last Statement: May 30, 2014

Account ████ 8461

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0053773                    4182-06-1000-CBT-PG0023-00131

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as a part of Zions Bancorporation, has received 12 Greenwich Excellence Awards for business banking. The awards include the national award for overall satisfaction in small business banking and the national award for overall satisfaction in middle market banking.

NO PAPERWORK. MORE CONVENIENCE.
Online banking from your computer, smartphone, or tablet.
Quick secure access. Learn more at calbanktrust.com.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ████ 8461 | $40,161.87 | |

## BUSINESS ADVANTAGE CHECKING 3260138461                                    105  131

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,504,540.54 | 5,881,278.67 | 5,810,149.67 | 1,535,507.67 | 40,161.87 |

**9 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| | | |

**49 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 06/02 | 525,000.00 | WIRE/OUT-2014060200003678;BNF HONDA AIRCRAFT COMPANY LLC  1301800997 |

MEMBER FDIC

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances  • Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

CALIFORNIA BANK
TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Continued ...

| Date | Amount | Description |
|------|--------|-------------|

**128 CHECKS PROCESSED**

| Number ..........Date...........................Amount | Number.............Date...........................Amount | Number.............Date...........................Amount |
|---|---|---|



MEMBER FDIC



**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $102.00 | $1,486.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

MEMBER FDIC

California Bank & Trust

ACCOUNT #:          8461

This Statement:
June 30, 2014
Page 5 of 18

0053773-0000003-0149957

California Bank & Trust

0053773-0000003-0149957

California Bank & Trust

0053773-0000004-0149958

California Bank & Trust            ACCOUNT # ████8461

0053773-0000004-0149958

California Bank & Trust          ACCOUNT # [REDACTED]8461

0053773-0000005-0149959

California Bank & Trust          ACCOUNT #             461          This Statement:
                                                                   June 30, 2014
                                                                   Page 10 of 18

0053773-0000005-0149959

California Bank & Trust

0053773-0000006-0149960

California Bank & Trust

Ref# 53013908      $2103.90      Ch# 9739

0053773-0000006-0149960

California Bank & Trust

0053773-0000007-0149961

California Bank & Trust

This Statement:
June 30, 2014
Page 14 of 18

California Bank & Trust

This Statement:
June 30, 2014

0053773-0000008-0149962

California Bank & Trust

0053773-0000008-0149962

California Bank & Trust

ACCOUNT #26485      8461

0053773-0000009-0149963

California Bank & Trust    ACCOUNT # 6486   8461

0053773-0000009-0149963

## CUSTODIAN OF RECORDS AFFIDAVIT

**Client Name:** Eagan Avenatti LLP

**Case No.:** 8:18-cv-01644-vap-KES

COMES NOW, **Kevin Mwangi**                    , who does swear and affirm the following:

1. I am a duly authorized custodian of the records for **California Bank & Trust**                    and as such have access to the records and data maintained by this division in the regular course of its business.

2. I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3. I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4. I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters.  Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5. I hereby declare under penalty of perjury under the laws of the State of **CALIFORNIA**       that the foregoing is true and correct.

DATED this ___17___ day of __OCTOBER_____, 2018.

Signature: _____

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

__17___ day of __OCTOBER_____, 2018.

_____
Notary Public

Janet Young

Commission No. 689328

Notary Public

State of Utah

My commission expires 07/22/2020