Filippo Marchino, Esq. (SBN 256011)
FM@XLAWX.com
Carlos X. Colorado, Esq. (SBN 231031)
CC@XLAWX.com
Thomas E. Gray, Esq. (SBN 299898)
TG@XLAWX.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Attorneys for Petitioner Alexis Gardner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant | Case No. 8:19-cr-00061-JVS<br><br>**DECLARATION OF FILIPPO MARCHINO IN SUPPORT OF PETITIONER ALEXIS GARDNER'S BRIEF REGARDING DISPOSITION OF ONE HONDA AIRCRAFT**<br><br>Date:  June 26, 2023<br>Time:  9:00 a.m.<br>Judge:  Honorable James V. Selna<br>Place:  Courtroom 10C<br>411 W. Fourth St.<br>Santa Ana, CA 92701 |

DECLARATION OF FILIPPO MARCHINO IN SUPPORT OF PETITIONER ALEXIS GARDNER'S BRIEF REGARDING DISPOSITION OF ONE HONDA AIRCRAFT

# DECLARATION OF FILIPPO MARCHINO

I, Filippo Marchino, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts before the State of California, the State of New York, the State of Nevada and the District of Columbia.

2. I am an attorney with The X-Law Group, P.C., counsel for Alexis Gardner in regard to the Third-Party Claimant Procedure for property forfeited in the <u>United States v. Avenatti</u> criminal matter before this court. I have personal knowledge of the facts as set forth below and could competently testify thereto if called as a witness.

3. On April 27, 2023, this Court directed Petitioners to file a brief setting forth their position as to primacy of interest in the Disputed Property described as the Honda Aircraft a Honda Aircraft Co. LLC HA-420 jet, serial number 42000029, and with tail number N227WP, together with its tools and appurtenances. (hereinafter the "Aircraft").

4. In January, 2017 Avenatti orchestrated $2,500,000 of Alexis Gardner's funds to be transferred from EA's trust account to Honda Aircraft Company LLC for the benefit of Passport 420. At the time of this transfer, Avenatti was running EA as its manager, and was running Passport 420 as its manager, and sent the funds so that Passport 420 could purchase the Aircraft.

5. Attached as **Exhibit 1** is a true and correct copy of EA Client Trust Account records, I obtained from the AUSA's office, which was previously authenticated in this matter and entered as evidence for the government as exhibit 148.

6. Attached as **Exhibit 2** is a true and correct copy of the wire to the EA Client Trust Account, I obtained from the AUSA's office, which was previously

authenticated in this matter and entered as evidence for the government as exhibit 149.

7. Avenatti, as manager of EA, also moved the remaining $250,000 of the settlement payment out of the trust account and into another EA account, before it was moved to an Avenatti and Associates, APC, ("AA") account.

8. Gardner never received any money from the $2,750,000 settlement payment that was supposed to be made to her because it was instead taken by Avenatti, with $2,500,000 spent by Passport 420 in the course of purchasing its jet and the other $250,000 taken by Avenatti, AA and/or EA and used for presently unknown purposes, but possibly for the further benefit of Passport 420 and the Aircraft.

9. Attached as **Exhibit 3** is a true and correct copy of a flowchart showing the funds transfers, I obtained from the AUSA's office, which was previously authenticated in this matter and entered as evidence for the government as exhibit 431.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct. I have executed this declaration on June 12, 2023.

_____
Filippo Marchino

# EXHIBIT 1



**CALIFORNIA BANK TRUST**
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2017
Last Statement: December 30, 2016

Account ███ 8671

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0043905                    4032-06-0000-CBT-PG0023-00000

STATE BAR OF CALIFORNIA
EAGAN AVENATTI LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Happy New Year From All of Us at California Bank & Trust

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ███8671 | $12.81 | |

### ATTORNEY CLIENT TRUST 5792778671                                                         220  0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.23 | 2,750,012.81 | 2,750,000.23 | 0.00 | 12.81 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/25 | 2,750,000.00 | WIRE/IN-2017012500006396;ORG HASSAN WHITESIDE;OBI WHITESIDE 1304001668 |
| 01/31 | 12.81 | INTEREST PAYMENT 0008593750 |

### 3 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 12/30 | .23 | INTEREST TRANSFER 0100072101 |
| 01/26 | 2,500,000.00 | WIRE/OUT-2017012600002965;BNF The X-Law Group P.C. 1303600794 |
| 01/26 | 250,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000005375 2306900665 |

### 0 CHECKS PROCESSED
There were no transactions this period.

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of ZB, N.A. Member FDIC 

0043905-0000001-0125144

USAO_00265210

Exhibit 148
Page 1 of 4

## An Easy Approach To Balancing Your Account

Page 2 of 4

To reconcile your checkbook balance to your statement balance: Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**

If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

We may report information about your Money Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787

*Thank you for banking with California Bank & Trust.*
Become an Online Banking Customer for 24-hour account access.
• Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up today at www.calbanktrust.com or call 888-217-1265.

0043905-0000001-0125144

USAO_00265211

Exhibit 148
Page 2 of 4



**CALIFORNIA BANK TRUST**
P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
January 31, 2017
STATE BAR OF CALIFORNIA
█████ 3671

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/30 | 0.00 | 01/26 | 0.00 | 01/31 | 12.81 |
| 01/25 | 2,750,000.00 | | | | |

### INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $12.81 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2017 | $12.81 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

Please retain this statement. Interest paid on your account in 2016 was 7.93.

A division of ZB, N.A. Member FDIC

0043905-0000002-0125145

USAO_00265212

Exhibit 148
Page 3 of 4

California Bank & Trust

Page 4 of 4

This page intentionally left blank

0043905-0000002-0125145

USAO_00265213

Exhibit 148
Page 4 of 4

# EXHIBIT 2

```
< < < Money Transfer System > > >

RCVD FROM HASSAN WHITESIDE          C/O INTERSECT CAPITAL
SENDER'S DDA #         4245


TRN REF #: 20170125-00004957
-----------------------------------------------------------------
         **** MESSAGE ENVELOPE ****          ( Bank : CNB )

                                        SND DATE: 17/01/25
SRC:FAX CALLER:ELITE                    EXT:

RPT#      AMT:2,750,000.00      CUR:USD                TRDR#
TEST: DUE:                      TYP:FTR/1000 FNDS:S CHG:DB:N CD:N COM:N CBL:N
-----------------------------------------------------------------
DBT D/    4245/                 CDT *A/    2109          ADV:FED
DEBIT VAL: 17/01/25             CREDIT VAL: 17/01/25
DEPT:123                        DEPT:057
HASSAN WHITESIDE                ZB NA DBA CALIFORNIA BANK & TRUST
C/O INTERSECT CAPITAL           SAN DIEGO, CA
12657 ALCOSTA BLVD SUITE 500
SAN RAMON CA 94583              COUNTRY OF RESIDENCY: US
BANK TO BANK INFO:              BNF:       8671         CHG: BK?N
1900 MIAN STREET SUITE 100      EAGAN AVENATTI LLP CLIENT TRUST
IRVINE CA                       520 NEWPORT CENTER DRIVE STE 1400
                                NEWPORT BEACH, CA 92660
                                ORIG TO BNF INFO:
                                WHITESIDE GARDNER 1-7-17




     **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
        Type Code:              10 (Transfer of funds)
        Subtype Code:           00 (Regular transfer)

{2000} Amount:                  $2,750,000.00

{3100} Sending Bank:
        ABA number:             122016066
        Short name:             CY NATL BK LA
        ABA lookup (AUX):       CITY NATIONAL BANK
                                LOS ANGELES, CA

{3320} Sender Reference:        2        04957

{3400} Receiving Bank:
        ABA number:             122232109
        Short name:             CAL BK & TRUST
        ABA lookup (AUX):       ZB NA DBA CALIFORNIA BANK & TRUST
                                SAN DIEGO, CA

{3600} Business Function Code:  CTP (Customer transfer plus)

{4200} Beneficiary:                    8671
                                EAGAN AVENATTI LLP CLIENT TRUST
                                520 NEWPORT CENTER DRIVE STE 1400
                                NEWPORT BEACH, CA 92660

{5000} Originator:                     4245
                                HASSAN WHITESIDE
                                C/O INTERSECT CAPITAL
```

CONFIDENTIAL
K 000027

USAO_01141268

Exhibit 149
Page 1 of 2



CONFIDENTIAL
K 000028

USAO_01141269

Exhibit 149
Page 2 of 2

# EXHIBIT 3



Exhibit 431:
Tracing of Alexis Gardner's First Settlement Payment

Exhibit 431
Page 1 of 1

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 625 Fair Oaks Avenue, Suite 390, South Pasadena, CA 91030.

On June 12, 2023, I served the following document(s) described as **DECLARATION OF FILIPPO MARCHINO IN SUPPORT OF PETITIONER ALEXIS GARDNER'S BRIEF REGARDING DISPOSITION OF ONE HONDA AIRCRAFT** on the interested parties in this action as follows:

BRETT A. SAGEL
Assistant United States Attorney
Major Frauds Section
411 West Fourth Street Suite 8000
Santa Ana, CA 92701
Telephone: 714-338-3598
Faximile: 714-338-3708
Email: brett.sagel@usdoj.gov

RANEE KATZENSTEIN
Assistant United States Attorney
Major Frauds Section
312 North Spring Street 11th Floor
Los Angeles, CA 9001
Telephone: 213-894-2432
Faximile: 213-894-0141
Email: ranee.katzenstein@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

DANIEL G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: 213-894-2426|
Facsimile: 213-894-0142
E-Mail: daniel.boyle2@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

**[ X ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons identified in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2023, at South Pasadena, California.

*Suzy Garcia*
_____
Declarant – Suzy Garcia

3

DECLARATION OF FILIPPO MARCHINO IN SUPPORT OF PETITIONER ALEXIS GARDNER'S BRIEF REGARDING DISPOSITION OF ONE HONDA AIRCRAFT