Andrew D. Stolper (SBN 205462)
astolper@lawfss.com
FRANK SIMS STOLPER, LLP
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone:  (949) 201-2400
Facsimile:   (949) 201-2405

Attorneys for Claimant,
 JASON FRANK LAW, PLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | Case No.  8:19-CR-00061-JVS<br><br>**SUPPLEMENTAL DECLARATION OF JASON M. FRANK IN SUPPORT OF CLAIMANT JASON FRANK LAW, PLC'S <u>REPLY</u> BRIEF RE PRIMACY POSITION IN DISPUTED PROPERTY**<br><br>Date:         June 26, 2023<br>Time:        9:00 a.m.<br>Courtroom: 10C |

**<u>SUPPLEMENTAL DECLARATION OF JASON M. FRANK</u>**

I, Jason M. Frank, declare as follows:

1. I am the owner and president of the judgment creditor, Jason Frank Law, PLC ("JFL"), a professional law corporation. I am making this declaration in support of JFL's <u>Reply</u> Brief Re: Primacy Position in Disputed Property. I have personal knowledge of the facts set forth herein, unless stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2. Based on my review of the documents produced by Honda Aircraft Company, LLC ("Honda") and the bank records for the various bank accounts opened by Michael Avenatti ("Avenatti"), I have identified the following payments that were made <u>directly</u> to Honda for the Disputed Property.

| Date | Source of Payment | Amount |
| --- | --- | --- |
| 10/11/2006 | Avenatti & Associates | $75,000.00 |
| 3/31/2014 | Avenatti & Associates | $175,000.00 |
| 5/15/2014 | Avenatti & Associates | $175,000.00 |
| 6/2/2014 | Eagan Avenatti (8461) | $525,000.00 |
| 1/20/2017 | Eagan Avenatti (2851) | $138,800.00 |
| 1/26/2017 | Avenatti & Associates | $858,605.00 |
| 1/26/2017 | X-Law Group (Client Trust Act) | $2,500,000.00 |
| 6/28/2018 | Michael J. Avenatti, Esq. | $10,000.00 |

3. Attached as **Exhibit 17** is a copy of Honda's Account Summary for the Disputed Property dated November 18, 2016 (bates number HACI 36) which shows that Avenatti & Associates, APC ("AA") made an initial deposit of $75,000 on October 11, 2006, made a second deposit of $175,000 on March 31, 2014 and made a third deposit of $175,000 on May 15, 2014.

4. I have previously attached to my initial declaration the bank statements and wire confirmations which show that Eagan Avenatti, LLP ("EA") wired $525,000 to Honda on June 2, 2014 and $138,800 to Honda on January 20, 2017. <u>See</u> Dkt. 1104-1, ¶¶ 25, 26, 28; Dkt. 1104-14; Dkt. 1104-15; Dkt. 1104-17.

5. Attached as **Exhibit 18** is the January 2017 bank statement for AA's account at California Bank & Trust ("CBT") that was produced in response to a JFL subpoena. The statement reflects that on January 26, 2017, AA wired $858,605.00 to Honda.

6. As part of JFL's judgment collection efforts, I served a subpoena for the bank records for the X-Law Group, PC (the "X-Law Group"). In response, the owner of the X-Law Group, Filippo Marchino, produced a redacted January 2017 bank statement from the X-Law Group's IOLTA Trust Account ("Client Trust Account")

at JPMorgan Chase Bank, N.A. ("JPMorgan Chase"). A true and correct copy of this statement is attached as **Exhibit 19**. The statement shows that on January 26, 2017, the X-Law Group wired $2,500,000 from its Client Trust Account to Honda.

7. Attached as **Exhibit 20** is the June 2018 bank statement and a chart showing incoming and outgoing wire transfers for the "Michael J. Avenatti, Esq., Attorney Client Trust Account" at City National Bank ("CNB") that was produced in response to a JFL subpoena. The statement and outgoing wire transfer charts shows that on June 28, 2018, Avenatti wired $10,000.32 to Honda.

8. I have reviewed all of the records concerning the Disputed Property that were produced by Honda in response to the JFL subpoena. I have not found any documents that reflect a $350,000 wire from William Parrish or his family trust.

9. Attached as **Exhibit 21** is the January 2017 bank statement for Passport 420, LLC ("Passport 420") that was produced by CBT in response to a JFL subpoena. The statement reflects that on June 18, 2017, Passport 420 received a wire transfer from the Parrish Trust in the amount of $1,985,000. The statement further indicates that on June 20, 2017 – two days after receiving the wire from the Parrish Trust – Passport 420 wired most of this money ($1,984,197.50) to the bank account for EA.

10. Attached as **Exhibit 22** is a transcript of the cited pages from the testimony of the Government's accounting expert, John Drum, taken on August 13, 2021 in the matter U.S. v. Michael John Avenatti, Case No. SACR-19-0061-JVS (the "Avenatti Criminal Trial").

11. Attached as **Exhibit 23** are copies of Trial Exhibits 430 through 437 from the Avenatti Criminal Trial which are charts prepared by the Government's accounting expert, John Drum, reflecting the amounts due and the amounts paid to Alexis Gardener by EA and AA.

12. Attached as **Exhibit 24** is a transcript of the cited pages from the testimony of Filippo Marchino taken on August 31, 2021 in the Avenatti Criminal Trial.

13. In response to JFL's subpoena, Mr. Marchino also produced a redacted November 2015 bank statement from the X-Law Group's Client Trust Account at JPMorgan Chase. A true and correct copy of this statement is attached as **Exhibit 25**. The statement shows that on November 2, 2015, Avenatti's coffee company, Global Baristas US, LLC ("Global Baristas"), wired $4,600,000 to the X-Law Group's Client Trust Account. Based on my review of the pleadings in the Avenatti Criminal Trial, my understanding is that Avenatti's coffee company was being investigated by the Government for tax evasion at that time. According to the bank statement, on November 3, 2015 -- one day after receiving the $4.6 million wire from Global Baristas -- the X-Law Group wired $3.6 million to GB Autosport LLC ("GB Autosport"). I discovered during JFL's judgment collection efforts that GB Autosport was a separate corporate entity formed by Avenatti. According to the bank statement produced by Mr. Marchino, on November 6, 2015, the X-Law Group wired $800,000 to an escrow company (in two payments totaling $450,000 and $350,000, respectively). On November 12, 2015, the X-Law Group wired $100,000 to Gary Prim. I learned during JFL's judgment collection efforts that Gary Prim was the owner of Avenatti's personal residence.

14. In response to JFL's subpoena, Mr. Marchino also produced a redacted December 2015 bank statement from the X-Law Group's Client Trust Account at JPMorgan Chase. A true and correct copy of this statement is attached as **Exhibit 26**. The statement reflects that on December 29, 2015, the X-Law Group wired another $100,000 from its Client Trust Account to Gary Prim.

15. I resigned from EA in May 2016 while JFL's lawsuit against the firm was pending. On March 10, 2017, one court day before Arbitration hearing in that lawsuit, Avenatti voluntarily placed EA into bankruptcy thereby preventing the JFL lawsuit from going forward.

16. On July 14, 2017, I attended the 341(a) Continued Meeting Creditors held in connection with the EA bankruptcy in which I was able to examine Avenatti

under oath. I also arranged to have a court reporter prepare a certified transcript of the proceedings. A true and correct copy of the cited pages from that transcript are attached as **Exhibit 27.** Avenatti testified that at some unspecified time after I left the firm, he purportedly caused EA to assign the right to $17 million to the X-Law Group. He testified the agreement was in writing, but failed to provide a copy of the agreement to Michael Hauser at the U.S. Trustee's office after he was requested to do so. He also testified that EA was paying the X-Law Group's rent and salaries pursuant to an "oral agreement" reached between Avenatti and Mr. Marchino. Avenatti never explained what EA received in return from the X-Law Group that possibly could have been worth assigning the right to $17 million from EA *and* paying the X-Law Group's rent and salaries.

17. Attached as **Exhibit 28** is a true and correct copy of EA's Official Form 206D, Schedule D, ¶ 2.1 that was initially filed in connection with the EA bankruptcy on or about April 6, 2017. It lists the X-Law Group as a "secured creditor" in the amount of $17 million, which would give the X-Law priority over all other creditors. This was the only secured creditor identified by Avenatti on the initial disclosure statement.

18. When EA and Avenatti later sought to dismiss the bankruptcy case, EA agreed to pay the claims of all valid and approved creditors (backed with the security of consent judgments). EA and Avenatti, however, expressly excluded the X-Law Group's claim. See In re Eagan Avenatti, Case No. 8:17-bk-11961-CB, Dkt. 343, p. 5, n. 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing this true and correct. Executed this 16th day of June 2023 in Irvine, California.



*/s/ Jason M. Frank*
JASON M. FRANK