A. Barry Cappello (CSB No. 037835)
abc@cappellonoel.com
Lawrence J. Conlan (CSB No. 221350)
lconlan@cappellonoel.com
Wendy D. Welkom (CSB No. 156345)
wwelkom@cappellonoel.com
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

Attorneys for
Spring Creek Research LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN AVENATTI,<br><br>Defendant. | Case No. 8:19-cr-0061-JVS<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM PARRISH IN SUPPORT OF PETITIONER SPRING CREEK RESEARCH LLC'S BRIEF REGARDING PRIMACY OF INTEREST IN HONDA AIRCRAFT**<br><br>Date:        June 26, 2023<br>Time:        9:00 a.m.<br>Courtroom:   10C |

## SUPPLEMENTAL DECLARATION OF WILLIAM PARRISH

I, WILLIAM PARRISH, declare and state:

1.     I am over 18 years of age and the Manager of Petitioner Spring Creek Research LLC ("Spring Creek"), a Petitioner/Claimant in this this action.  The matters set forth herein are of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.     I make this supplemental declaration in support of Spring Creek's reply brief to establish its primacy of interest in the Honda Jet seized by the government on April 10, 2019.

3.     I submitted a prior declaration in support of Spring Creek's Brief in Support regarding Primacy of Interest in the Honda Aircraft on June 12, 2023 [DKT 1103-1].  In that declaration, I referred to certain invoices for services, and payments I made for those services, during the time Spring Creek owned and operated the jet.  Those invoices were inadvertently not included as exhibits, although a summary of them prepared by my counsel was included.  Both the summary, and the underlying invoices and proof of payments, are included as exhibits to this declaration.  A true and correct copy of the summary of invoices and payments is attached hereto as **Exhibit A**.

4.     A true and correct copy of the invoices and proof of payment I made to Gogo Internet is attached hereto as **Exhibit B**.  Gogo Internet specializes in offering in-flight broadband Internet service and other connectivity solutions tailored for business aircrafts.

5.     A true and correct copy of the invoices and proof of payment I made to Honda Aircraft is attached hereto as **Exhibit C**.

6.     A true and correct copy of the invoices and proof of payment I made to Jeppesen is attached hereto as **Exhibit D**.  Jeppesen is an aviation database company owned by Boeing providing pilots with maps and navigation documents.

The digital data is stored in the jet's avionics and is updated often, requiring a subscription.

7.      A true and correct copy of the invoices and payments I made to Christopher Ohman is attached hereto as **Exhibit E**.  Mr. Ohman was a pilot hired by Michael Avenatti to fly the jet when it was being used pursuant to the Avenatti & Associates' ownership and possession.  After Michael Avenatti failed to pay Mr. Ohman for his services, I paid Mr. Ohman as a courtesy.

8.      A true and correct copy of the invoices and proof of payment I made to Camp Systems International Inc. is attached hereto as **Exhibit F**.  Camp Systems International, Inc. is a maintenance data tracking company.  The company collects airplane usage and maintenance events and compares them with the manufacturers requirements to verify the aircraft is fully maintained and alerts the owner/operator of upcoming maintenance events. Maintaining a jet is complicated and requires this type of "bookkeeping" to assure the plane is airworthy. Most private jets operate with the assistance of Camp.

9.      A true and correct copy of the additional expenses I paid on behalf of Spring Creek, as a member of Passport 420, LLC is attached hereto as **Exhibit G**. The expenses include subscription plans from Siruis XM, hangar monthly rental fees from Signature Flight Support

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 19, 2023 at Santa Barbara, California.

_____

William Parrish

SUPPLEMENTAL DECLARATION OF WILLIAM PARRISH  IN SUPPORT OF BRIEF REGARDING PRIMACY OF INTEREST | 8:19-CR-0061

# Exhibit A

| Gogo Internet | | | |
|---|---|---|---|
| **Date** | **Document** | **Amount** | **Notes** |
| 4/20/2018 | Monthly Service Invoice | $2,489.05 | |
| 5/20/2018 | Monthly Service Invoice | $4,540.06 | |
| 6/20/2018 | Monthly Service Invoice | $6,591.07 | |
| 7/20/2018 | Monthly Service Invoice | $8,641.51 | |
| 8/20/2018 | Monthly Service Invoice | $10,691.95 | |
| | **Total** | $32,953.64 | |

| Honda Billing 1 | | | |
|---|---|---|---|
| **HAIC Accounts Receivable** | | | |
| **Date** | **Document** | **Amount** | **Notes** |
| 8/30/2018 | Honda Aircraft Receipt | $8,600.96 | |
| 10/24/2018 | Honda Aircraft Receipt | $877.99 | |
| 12/3/2018 | Honda Aircraft Receipt | $776.24 | |
| 1/16/2019 | Honda Aircraft Receipt | $2,426.42 | |
| 3/15/2019 | Honda Aircraft Receipt | $1,708.96 | |
| 4/9/2019 | Honda Aircraft Receipt | $12,775.75 | |
| 7/17/2019 | GE Honda Aero Engines | $954.39 | Note: 3 invoices from GE (6/25/19); (5/29/2019); (6/25/2019) - PAID |
| | **Total** | $28,120.71 | |

| Jeppesen | | | |
|---|---|---|---|
| **Date** | **Document** | **Amount** | **Notes** |
| 6/15/2018 | Jeppesen Payment Made | $1,230.00 | |
| 2/26/2019 | Jeppesen Payment Made | $1,230.00 | |
| | **Total** | $2,460.00 | |

| Ohman | | | |
|---|---|---|---|
| **Date** | **Document** | **Amount** | **Notes** |
| 12/15/2017 | The Renaissance Los Angeles Airport Hotel | $380.80 | |
| 12/17/2017 | Vinny's Pizza | $63.75 | |
| 12/18/2017 | Atlantic Aviation LAX | $232.00 | |
| 12/18/2017 | Atlantic Aviation Rental Agreement | $149.11 | |
| 1/26/2018 | Travel Expense - Tip Reimbursement | $365.00 | |
| 3/15/2019 | Aviation Consulting | $4,545.00 | |
| | Total | $5,735.66 | |

| Honda Billing Camp 1 + 2 | | | |
|---|---|---|---|
| Date | Document | Amount | Notes |
| 12/3/2019 | CSI, Inc. Invoice | $4,800.00 | |
| 12/31/2019 | CSI, Inc. Statement | $4,800.00 | |
| 1/31/2020 | CSI, Inc. Statement | $4,800.00 | |
| 2/29/2020 | CSI, Inc. Statement | $4,800.00 | |
| 3/31/2020 | CSI, Inc. Statement | $4,800.00 | |
| | | | |
| | Total | $24,000.00 | |

| Passport 420 Expenses | | | |
|---|---|---|---|
| Date | Document | Amount | Notes |
| 7/10/2018 | Attention to Detail | $325.00 | |
| 1/29/2018 | Mileage Plus United | $2,466.06 | |
| 2/11/2019 | Siruis XM | $19.41 | |
| 2/15/2019 | Signature Flight Support | $1,581.00 | |
| 2/19/2019 | Avionics and Maintenance | $1,937.50 | |
| 2/22/2019 | Amazon Mrktp | $9.90 | |
| 2/27/2019 | Jeppesen Sanderson | $1,230.00 | |
| 2/27/2019 | Siruis XM | $99.99 | |
| 3/11/2019 | Siruis XM | $19.41 | |
| 3/15/2019 | Check to Chris Ohman | $4,545.00 | |
| 3/15/2019 | Honda Aircraft | $1,708.96 | |
| 3/15/2019 | Signature Flight Support | $1,581.00 | |
| 3/18/2019 | Amazon Mrktp | $9.59 | |
| 3/27/2019 | Siruis XM | $99.99 | |
| 4/9/2019 | Honda Aircraft | $12,775.75 | |
| 4/10/2019 | Avionics and Maintenance | $2,044.91 | |
| 4/11/2019 | Siruis XM | $19.41 | |
| 4/15/2019 | Signature Flight Support | $1,581.00 | |
| 4/27/2019 | Siruis XM | $99.99 | |
| 5/11/2019 | Siruis XM | $19.41 | |
| 5/27/2019 | Siruis XM | $99.99 | |
| 6/11/2019 | Siruis XM | $19.41 | |
| 6/27/2019 | Siruis XM | $99.99 | |
| 7/11/2019 | Siruis XM | $19.41 | |
| 7/17/2019 | Honda Aircraft | $954.39 | |
| 7/27/2019 | Siruis XM | $99.99 | |
| 8/11/2019 | Siruis XM | $19.41 | |
| 8/27/2019 | Siruis XM | $99.99 | |
| 9/11/2019 | Siruis XM | $19.41 | |
| 9/27/2019 | Siruis XM | $99.99 | |

| 10/11/2019 | Siruis XM | $19.41 |
| 10/27/2019 | Siruis XM | $99.99 |
| 11/11/2019 | Siruis XM | $19.41 |
| 11/27/2019 | Siruis XM | $99.99 |
| 12/3/2019 | Honda Aircraft | $776.24 |
| 12/11/2019 | Sirus XM | $19.04 |
| 12/14/2019 | Signature Flight Support | $1,581.00 |
| 12/27/2019 | Sirius XM | $99.99 |
| | Total | $36,420.33 |

# Exhibit B

**gogo** BUSINESS AVIATION 105 EDGEVIEW DRIVE - SUITE 300 BROOMFIELD, CO 80021-0000

Address Service Requested

☐ Check here for change of address *(see reverse for details)*
☐ Check here for credit card payments *(see reverse for details)*

PASSPORT 420 LLC. N227WP
520 NEWPORT CENTER DRIVE SUITE 1400
NEWPORT BEACH CA 92660-7020

**Remittance Section**

| | |
|---|---|
| Invoice Number | 6894015352180420 |
| Customer Name | PASSPORT 420 LLC. N227WP |
| Account Number | ██████████ |
| Past Due Amount | .00 |
| Current Charges | 2,489.05 |
| Statement Date | 4/20/18 |
| Due Date | 5/15/18 |
| **Total Amount Due:** | **$2,489.05** |
| Amount Paid | $_____ |

Please make checks payable to: *GOGO BUSINESS AVIATION LLC*

GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER, CO  80256-0001

ⅪⅠⅡⅠⅠ|Ⅰ|Ⅰ|ⅠⅠ||ⅢⅠ|ⅠⅠⅠ|Ⅰ||Ⅲ|ⅠⅠⅡ|ⅠⅠ||ⅠⅢⅠⅢ||ⅡⅠ|Ⅱ||Ⅲ|

*Please detach and return above portion with your payment.*

## Summary of Account

| | |
|---|---|
| Current Service Charges | 2,489.05 |
| **Total Current Charges** | **2,489.05** |
| Previous Bill | 9,566.82 |
| Payment Received | 9,566.82 |
| Adjustments | .00 |
| Past Due Amount | .00 |
| Current Charges | 2,489.05 |
| **Total Amount Due** | **2,489.05** |
| **Due Date** | **5/15/18** |

## Detail of Payments and Adjustments

| Date | Description | Adjustments | Payments |
|---|---|---|---|
| 04/04/18 | Payment-Thank You | | 9,566.82 |
| **Totals** | | | **9,566.82** |



Account Number: ██████████
Statement Date: 4/20/18

## Important Messages

**Free Gogo Vision movies + TV episodes for 3 months**
Gogo AVANCE L3 - our most affordable, complete Wi-Fi system - not only gives you inflight internet, it now also includes a 3-month free trial of Gogo Vision: the world's finest on-demand entertainment and information service. Learn more: business.gogoair.com/L3-gogo-vision

**Invoicing or Payment Questions?**
Please contact our Billing Department at +1.303.301.3219 or email ba-ar@gogoair.com directly if you need assistance processing payments or have a question regarding your monthly service invoice.

**Pay Online**
REMINDER - for a quick and easy way of paying your invoice visit my.gogoair.com and pay online. Not registered? If you haven't signed up yet, please contact Customer Service at +1 888.286.9876, +1.303.301.3278 (Worldwide) or bacustomerservice@gogoair.com and we can help you with the registration process.

**Thank You**
Thank you for choosing Gogo Business Aviation. We appreciate your business!

**If you have any questions about your bill, please call Customer Service at 1-303-301-3278**

## Current Charges Summary for N227WP

**Charges for Services**

| For Mar 16, 2018 To Apr 15, 2018 | Qty | Rate | Amount |
|---|---|---|---|
| Gogo Biz Data 1000 | 1 | 1,895.00 | 1,895.00 |
| Gogo Biz Voice - Silver | 1 | 134.95 | 134.95 |
| **Total Charges for Services** | | | **2,029.95** |

**Package Usage**

| Gogo Biz 1000 MB Included | Qty | Amount |
|---|---|---|
| Quantity Used | 1,110.90 | |
| Quantity Included | 1,000.00 | |
| Quantity Billed | 110.90 | 438.04 |
| **Total Package Usage** | | **438.04** |

**Taxes and Surcharges**

| Fed USF | 21.06 | |
|---|---|---|
| **Total Taxes and Surcharges** | | **21.06** |

| **Total Current Charges Summary for N227WP** | **2,489.05** |
|---|---|

## Call Detail

| Date | Time | Called Location | Type | Called Number | Units | Amount |
|---|---|---|---|---|---|---|
| **CALLS FOR N227WP** | | | | | | |
| **15031** | | | | | | |
| 3/27 | 12:00P | Internet | | VARIOUS | .20 | .00 |
| 3/29 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 4/2 | 12:00P | Internet | | VARIOUS | .20 | .00 |
| 4/4 | 12:00P | Internet | | VARIOUS | 36.60 | .00 |
| 4/7 | 12:00P | Internet | | VARIOUS | 236.70 | .00 |
| 4/8 | 12:00P | Internet | | VARIOUS | 256.50 | .00 |
| 4/9 | 12:00P | Internet | x | VARIOUS | 573.50 | 409.99 |
| 4/10 | 12:00P | Internet | | VARIOUS | .10 | .40 |
| 4/11 | 12:00P | Internet | | VARIOUS | .10 | .40 |
| 4/13 | 12:00P | Internet | | VARIOUS | 6.90 | 27.26 |
| **Totals For 15031** | | | | | **1,110.90** | **438.04** |
| **Totals For N227WP** | | | | | **1,110.90** | **438.04** |

**GOGO** BUSINESS AVIATION

105 EDGEVIEW DRIVE
SUITE 300
BROOMFIELD CO 80021-0000

**Remittance Section**

| | |
|---|---|
| Invoice Number | 6894015352180520 |
| Customer Name | PASSPORT 420 LLC. N227WP |
| Account Number | |
| Statement Date | 5/20/18 |
| Current Charges | $2,051.01 |
| Due Date | 6/15/18 |
| Past Due Amount | $2,489.05 |
| Total Amount Due: | $4,540.06 |

Address Service Requested

☐ Check here for change of address (see reverse for details)
☐ Check here for credit card payments (see reverse for details)

PASSPORT 420 LLC. N227WP
520 NEWPORT CENTER DRIVE SUITE 1400
NEWPORT BEACH CA 92660-7020

GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER CO 80256-0001

ͰͰͰͰ·ͰͰͰͰ·ͰͰͰͰ·ͰͰͰͰ·ͰͰͰͰ·ͰͰͰͰ

Please make checks payable to: *GOGO BUSINESS AVIATION LLC*

## Summary of Account



| | | |
|---|---|---|
| | Invoice Number: | 6894015352180520 |
| | Account Number: | |
| | Statement Date: | 5/20/18 |

| | |
|---|---|
| Current Service Charges | $2,051.01 |
| **Total Current Charges** | **$2,051.01** |
| | |
| Previous Bill | $2,489.05 |
| Payment Received | $0.00 |
| Adjustments | $0.00 |
| Past Due Amount | $2,489.05 |
| | |
| Recurring Charges | $2,029.95 |
| One Time Charges | $0.00 |
| Usage Charges | $0.00 |
| Taxes and Surcharges | $21.06 |
| | |
| **Total Amount Due** | **$4,540.06** |
| **Due Date** | **6/15/18** |

## Detail of Payments and Adjustments

## Important Messages

**Free Gogo Vision movies + TV episodes for 3 months**
Gogo AVANCE L3 - our most affordable, complete Wi-Fi system - not only gives you inflight internet, it now also includes a 3-month free trial of Gogo Vision: the world's finest on-demand entertainment and information service. Learn more: business.gogoair.com/L3-gogo-vision

**Invoicing or Payment Questions?**
Please contact our Billing Department at +1.303.301.3219 or email ba-ar@gogoair.com directly if you need assistance processing payments or have a question regarding your monthly service invoice.

**Pay Online**
REMINDER - for a quick and easy way of paying your invoice visit my.gogoair.com and pay online. Not registered? If you haven't signed up yet, please contact Customer Service at +1 888.286.9876, +1.303.301.3278 (Worldwide) or bacustomerservice@gogoair.com and we can help you with the registration process.

**Thank You**
Thank you for choosing Gogo Business Aviation. We appreciate your business!

## Have you moved or changed your phone number?

Please provide your new address or telephone number and return this portion with your payment. Your records will be updated on request.

Effective Date: _____ Account Name: _____

New Address: _____ City: _____ State: _____ Zip: _____

Contact Name: _____ Phone Number: _____

Work Number: _____ Signature: _____

## We accept the following credit cards for payment: ☐ AMERICAN EXPRESS ☐ VISA ☐ MasterCard ☐ DISCOVER

Please choose one:   ☐ Monthly Recurring   ☐ One-Time Only

Card Number: _____ Expiration Date: _____

Cardholder Name: _____

Billing Address: _____ City: _____ State: _____ Zip: _____

Amount Authorized: $ _____ Signature: _____

---

## How To Read Your Invoice

**Remittance Section**

| | |
|---|---|
| Invoice Number | 1234567890123456 |
| Customer Name | BILL SAMPLE |
| Account Number | 001234-001234 |
| Past Due Amount | .00 |
| Current Charges | 156.14 |
| Statement Date | 7/20/14 |
| Due Date | 8/15/14 |
| **Total Amount Due:** | **$156.14** |
| Amount Paid | $ |

Please make checks payable to: GOGO BUSINESS AVIATION LLC

gogo BUSINESS AVIATION   105 EDGEVIEW DRIVE   SUITE 300   BROOMFIELD, CO 80021

Address Service Requested

☐ Check here for change of address (see reverse for details)
☐ Check here for credit card payments (see reverse for details)

BILL SAMPLE
123 MAIN STREET
ANYTOWN, USA 12345-6789

GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER, CO  80256-0001

*Please detach and return above portion with your payment*

### Summary of Account

| | |
|---|---|
| Telephone Service | 156.14 |
| **Total Current Charges** | **156.14** |
| Previous Bill | 157.35 |
| Payment Received | 157.35 |
| Adjustments | .00 |
| Past Due Amount | .00 |
| Current Charges | 156.14 |
| **Total Amount Due** | **156.14** |
| Due Date | 8/15/14 |

Account Number:   001234-001234
Statement Date:   7/20/14

**Important Messages**

Thank You
Thank you for choosing GoGo Business Aviation.

### Detail of Payments and Adjustments

| Date | Description | Adjustments | Payments |
|---|---|---|---|
| 06/24/14 | Payment - MasterCard | | 157.35 |
| **Totals** | | | **157.35** |

❶ **Remittance Section** - The Remittance portion should be removed and included with your payment in the envelope provided. Write in the amount enclosed in the space provided and indicate any address changes on the back of the coupon.

❷ **Statement Information** - Information about your billing statement date, billing period and your account number are covered in this section.

❸ **Summary of Account** - An overview of the current status of your account starting with Previous Bill, Payments and Adjustments applied since your last billing and your Current Charges with the Total Amount Due at the bottom.

❹ **Important Messages** - Watch this space for important information concerning your account and service.

📞 If you have any questions about your bill, please call Customer Service at 1-303-301-3278

Page 1

ccdair-134084



## Current Charges Summary for N227WP

**Charges for Services**

| For Apr 16, 2018 To May 15, 2018 | Qty | Rate | Amount |
|---|---|---|---|
| Gogo Biz Data 1000 | 1 | 1,895.00 | 1,895.00 |
| Gogo Biz Voice - Silver | 1 | 134.95 | 134.95 |
| **Total Charges for Services** | | | **$2,029.95** |

**Package Usage**

| Gogo Biz 1000 MB Included | Qty | Amount |
|---|---|---|
| Quantity Used | 21.60 | |
| Quantity Included | 1,000.00 | |
| Quantity Billed | .00 | .00 |
| **Total Package Usage** | | **$0.00** |

**Taxes and Surcharges**

| Fed USF | 21.06 | |
|---|---|---|
| **Total Taxes and Surcharges** | | **$21.06** |

| **Total Current Charges Summary for N227WP** | **$2,051.01** |
|---|---|

## Call Detail

| Date | Time | Description | Type | Detail | Units | Amount |
|---|---|---|---|---|---|---|
| **CALLS FOR N227WP** | | | | | | |
| **Gogo Biz Data 15031** | | | | | | |
| 4/16 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 4/20 | 12:00P | Internet | | VARIOUS | 21.50 | .00 |
| **Totals For Gogo Biz Data 15031** | | | | | 21.60 | $0.00 |
| **Totals For N227WP** | | | | | 21.60 | $0.00 |

gogo BUSINESS AVIATION

| Customer Name | Account Number | Statement Date |
| --- | --- | --- |
| PASSPORT 420 LLC. N227WM | ███████ | 5/20/2018 |

This page intentionally blank

For Customer Operations, please call 1-303-301-3278

**Remittance Section**

105 EDGEVIEW DRIVE
SUITE 300
BROOMFIELD CO 80021-0000

| | |
|---|---|
| Invoice Number | 6894015352180620 |
| Customer Name | PASSPORT 420 LLC. N227WP |
| Account Number | |
| Statement Date | 6/20/18 |
| Current Charges | $2,051.01 |
| Due Date | 7/15/18 |
| Past Due Amount | $4,540.06 |
| Total Amount Due: | $6,591.07 |

Address Service Requested

☐ Check here for change of address (see reverse for details)
☐ Check here for credit card payments (see reverse for details)

PASSPORT 420 LLC. N227WP
520 NEWPORT CENTER DRIVE SUITE 1400
NEWPORT BEACH CA 92660-7020

GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER CO 80256-0001

Please make checks payable to: *GOGO BUSINESS AVIATION LLC*

## Summary of Account



| | |
|---|---|
| Invoice Number: | 6894015352180620 |
| Account Number: | |
| Statement Date: | 6/20/18 |

| | |
|---|---|
| Current Service Charges | $2,051.01 |
| **Total Current Charges** | **$2,051.01** |
| Previous Bill | $4,540.06 |
| Payment Received | $0.00 |
| Adjustments | $0.00 |
| Past Due Amount | $4,540.06 |
| Recurring Charges | $2,029.95 |
| One Time Charges | $0.00 |
| Usage Charges | $0.00 |
| Taxes and Surcharges | $21.06 |
| **Total Amount Due** | **$6,591.07** |
| **Due Date** | **7/15/18** |

## Detail of Payments and Adjustments

## Important Messages

**Free Gogo Vision movies + TV episodes for 3 months**
Gogo AVANCE L3 - our most affordable, complete Wi-Fi system - not only gives you inflight internet, it now also includes a 3-month free trial of Gogo Vision: the world's finest on-demand entertainment and information service. Learn more: business.gogoair.com/L3-gogo-vision

**Invoicing or Payment Questions?**
Please contact our Billing Department at +1.303.301.3219 or email ba-ar@gogoair.com directly if you need assistance processing payments or have a question regarding your monthly service invoice.

**Pay Online**
REMINDER - for a quick and easy way of paying your invoice visit my.gogoair.com and pay online. Not registered? If you haven't signed up yet, please contact Customer Service at +1 888.286.9876, +1.303.301.3278 (Worldwide) or bacustomerservice@gogoair.com and we can help you with the registration process.

**Thank You**
Thank you for choosing Gogo Business Aviation. We appreciate your business!

For Customer Operations, please call 1-303-301-3278



PASSPORT 420 LLC. N227WP

| Customer Name | Account Number | Statement Date |
|---|---|---|
| | ██████████ | 6/20/2018 |

## Current Charges Summary for N227WP

**Charges for Services**

| For May 16, 2018 To Jun 15, 2018 | Qty | Rate | Amount |
|---|---|---|---|
| Gogo Biz Data 1000 | 1 | 1,895.00 | 1,895.00 |
| Gogo Biz Voice - Silver | 1 | 134.95 | 134.95 |
| **Total Charges for Services** | | | **$2,029.95** |

**Package Usage**

| Gogo Biz 1000 MB Included | Qty | Amount |
|---|---|---|
| Quantity Used | .20 | |
| Quantity Included | 1,000.00 | |
| Quantity Billed | .00 | .00 |
| **Total Package Usage** | | **$0.00** |

**Taxes and Surcharges**

| Fed USF | 21.06 | |
|---|---|---|
| **Total Taxes and Surcharges** | | **$21.06** |

| **Total Current Charges Summary for N227WP** | **$2,051.01** |
|---|---|

## Call Detail

| Date | Time | Description | Type | Detail | Units | Amount |
|---|---|---|---|---|---|---|
| **CALLS FOR N227WP** | | | | | | |
| **Gogo Biz Data 15031** | | | | | | |
| 6/2 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 6/3 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| **Totals For Gogo Biz Data 15031** | | | | | **.20** | **$0.00** |
| **Totals For N227WP** | | | | | **.20** | **$0.00** |

**Remittance Section**

| | |
|---|---|
| **105 EDGEVIEW DRIVE** SUITE 300 BROOMFIELD CO 80021-0000 | |

| | |
|---|---|
| Invoice Number | 6894015352180720 |
| Customer Name | PASSPORT 420 LLC. N227WP |
| Account Number | |
| Statement Date | 7/20/18 |
| Current Charges | $2,050.44 |
| Due Date | 8/15/18 |
| Past Due Amount | $6,591.07 |
| Total Amount Due: | $8,641.51 |

Address Service Requested

☐ Check here for change of address (see reverse for details)
☐ Check here for credit card payments (see reverse for details)

PASSPORT 420 LLC. N227WP
520 NEWPORT CENTER DRIVE SUITE 1400
NEWPORT BEACH CA 92660-7020

GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER CO 80256-0001

---

Please make checks payable to: *GOGO BUSINESS AVIATION LLC*



| | |
|---|---|
| Invoice Number: | 6894015352180720 |
| Account Number: | |
| Statement Date: | 7/20/18 |

## Summary of Account

| | |
|---|---|
| Current Service Charges | $2,050.44 |
| **Total Current Charges** | **$2,050.44** |
| Previous Bill | $6,591.07 |
| Payment Received | $0.00 |
| Adjustments | $0.00 |
| Past Due Amount | $6,591.07 |
| Recurring Charges | $2,029.95 |
| One Time Charges | $0.00 |
| Usage Charges | $0.00 |
| Taxes and Surcharges | $20.49 |
| **Total Amount Due** | **$8,641.51** |
| **Due Date** | **8/15/18** |

## Detail of Payments and Adjustments

## Important Messages

**We're here to help. Contact us today!**
Need help managing your Gogo Business Aviation account? Call or email our Customer Operations team today! We can assist you with processing payments, making rate plan changes or answering questions regarding your monthly service invoices. Call +1.888.286.9876 (US), +1.303.301.3278 (Worldwide), or send an email to bacustomerservice@gogoair.com.

**New Tax Solution**
You may notice changes in the tax section of your monthly invoice. Starting with the July 2018 billing cycle, we implemented a more robust tax solution within our billing system which provides greater accuracy for billing taxes. If you have any questions or need help understanding what may have changed on your account, please contact our Customer Operations team.

**Wire and ACH Payments**
When remitting payment via Wire or ACH, please email all remittance advice to ba-ar@gogoair.com.

**Thank You**
Thank you for choosing Gogo Business Aviation. We look forward to serving all your inflight connectivity needs in 2018 and beyond.

For Customer Operations, please call 1-303-301-3278



| | | | |
|---|---|---|---|
| Customer Name | Account Number | | Statement Date |
| PASSPORT 420 LLC. N227WP | ████████████ | | 7/20/2018 |

## Current Charges Summary for N227WP

**Charges for Services**

| For Jun 16, 2018 To Jul 15, 2018 | Qty | Rate | Amount |
|---|---|---|---|
| Gogo Biz Data 1000 | 1 | 1,895.00 | 1,895.00 |
| Gogo Biz Voice - Silver | 1 | 134.95 | 134.95 |
| **Total Charges for Services** | | | **$2,029.95** |

**Package Usage**

| Gogo Biz 1000 MB Included | Qty | Amount |
|---|---|---|
| Quantity Used | .70 | |
| Quantity Included | 1,000.00 | |
| Quantity Billed | .00 | .00 |
| **Total Package Usage** | | **$0.00** |

**Taxes and Surcharges**

| | |
|---|---|
| FEDERAL UNIVERSAL SERVICE FUND | 20.49 |
| **Total Taxes and Surcharges** | **$20.49** |

| **Total Current Charges Summary for N227WP** | **$2,050.44** |
|---|---|

## Usage Detail

| Date | Time | Description | Type | Detail | Units | Amount |
|---|---|---|---|---|---|---|
| **CALLS FOR N227WP** | | | | | | |
| **Gogo Biz Data 15031** | | | | | | |
| 6/21 | 12:00P | Internet | | VARIOUS | .20 | .00 |
| 6/23 | 12:00P | Internet | | VARIOUS | .30 | .00 |
| 7/6 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 7/9 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| **Totals For Gogo Biz Data 15031** | | | | | **.70** | **$0.00** |
| **Totals For N227WP** | | | | | **.70** | **$0.00** |

105 EDGEVIEW DRIVE
SUITE 300
BROOMFIELD CO 80021-0000

| | |
|---|---|
| Invoice Number | 6894015352180820 |
| Customer Name | PASSPORT 420 LLC. N227WP |
| Account Number | |
| Statement Date | 8/20/18 |
| Current Charges | $2,050.44 |
| Due Date | 9/15/18 |
| **Past Due Amount** | **$8,641.51** |
| **Total Amount Due:** | **$10,691.95** |

Address Service Requested

☐ Check here for change of address (see reverse for details)
☐ Check here for credit card payments (see reverse for details)

PASSPORT 420 LLC. N227WP
520 NEWPORT CENTER DRIVE SUITE 1400
NEWPORT BEACH CA 92660-7020

REMIT PAYMENT TO:
GOGO BUSINESS AVIATION LLC
DEPARTMENT 1371
DENVER CO 80256-0001

Please make checks payable to: *GOGO BUSINESS AVIATION LLC*

## Summary of Account



| | |
|---|---|
| Invoice Number: | 6894015352180820 |
| Account Number: | |
| Statement Date: | 8/20/18 |

| | |
|---|---|
| Current Service Charges | $2,050.44 |
| **Total Current Charges** | **$2,050.44** |
| | |
| Previous Bill | $8,641.51 |
| Payment Received | $0.00 |
| Adjustments | $0.00 |
| Past Due Amount | $8,641.51 |
| | |
| Recurring Charges | $2,029.95 |
| One Time Charges | $0.00 |
| Usage Charges | $0.00 |
| Taxes and Surcharges | $20.49 |
| | |
| **Total Amount Due** | **$10,691.95** |
| **Due Date** | **9/15/18** |

## Detail of Payments and Adjustments

## Important Messages

**We're here to help. Contact us today!**
Need help managing your Gogo Business Aviation account? Call or email our Customer Operations team today! We can assist you with processing payments, making rate plan changes or answering questions regarding your monthly service invoices. Call +1.888.286.9876 (US), +1.303.301.3278 (Worldwide), or send an email at bacustomerservice@gogoair.com.

**Wire and ACH Payments**
When remitting payment via Wire or ACH, please email all remittance advice to ba-ar@gogoair.com.

**Thank You**
Thank you for choosing Gogo Business Aviation. We look forward to serving all your inflight connectivity needs in 2018 and beyond.

 **BUSINESS AVIATION**

PASSPORT 420 LLC. N227WP

Customer Name | Account Number | Statement Date
8/20/2018

## Current Charges Summary for N227WP

**Charges for Services**

| For Jul 16, 2018 To Aug 15, 2018 | Qty | Rate | Amount |
|---|---|---|---|
| Gogo Biz Data 1000 | 1 | 1,895.00 | 1,895.00 |
| Gogo Biz Voice - Silver | 1 | 134.95 | 134.95 |
| **Total Charges for Services** | | | **$2,029.95** |

**Package Usage**

| Gogo Biz 1000 MB Included | Qty | Amount |
|---|---|---|
| Quantity Used | .50 | |
| Quantity Included | 1,000.00 | |
| Quantity Billed | .00 | .00 |
| **Total Package Usage** | | **$0.00** |

**Taxes and Surcharges**

| | |
|---|---|
| Federal Universal Service Fund | 20.49 |
| **Total Taxes and Surcharges** | **$20.49** |

| **Total Current Charges Summary for N227WP** | **$2,050.44** |
|---|---|

## Usage Detail

| Date | Time | Description | Type | Detail | Units | Amount |
|---|---|---|---|---|---|---|
| **USAGE FOR N227WP** | | | | | | |
| **Gogo Biz Data 15031** | | | | | | |
| 7/23 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 7/27 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 7/30 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 8/10 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| 8/14 | 12:00P | Internet | | VARIOUS | .10 | .00 |
| **Totals For Gogo Biz Data 15031** | | | | | **.50** | **$0.00** |
| **Totals For N227WP** | | | | | **.50** | **$0.00** |

# Exhibit C

**RECEIPT**                                                                08/30/2018

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

| Total : 8600.96   USD |
| --- |

**Cardholder Information**

**Name** William Parrish
**Credit Card Type :** Visa
**Credit Card Number :** ███████████████

**Customer ID :** ██████████
**Company :**
**Phone :** ███████████
**Email :**

**RECEIPT**

10/24/2018

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

---

## Total :  877.99   USD

---

**Cardholder Information**

**Name** William J Parrish
**Credit Card Type :** Visa
**Credit Card Number :** ▮▮▮▮▮▮▮▮▮

**Customer ID :** ▮▮▮▮▮▮
**Company :**
**Phone :** ▮▮▮▮▮▮
**Email :**

**RECEIPT**                                                                          12/03/2018

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

---

## Total : 776.24   USD

---

**Cardholder Information**

**Name** William Parrish
**Credit Card Type :** Visa
**Credit Card Number :** ████████████

**Customer ID :** ████████
**Company :**
**Phone :** ████████
**Email :**

**RECEIPT**                                                               01/16/2019

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

---

## Total : 2426.42   USD

---

**Cardholder Information**

**Name** William Parrish
**Credit Card Type :** Visa
**Credit Card Number :**

**Customer ID :**
**Company :**
**Phone :**
**Email :**

**RECEIPT**                                                                                    03/15/2019

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

---

## Total : 1708.96  USD

---

**Cardholder Information**

**Name** William Parrish
**Credit Card Type :** Visa
**Credit Card Number :**

**Customer ID :**
**Company :**
**Phone :**
**Email :**

**RECEIPT**

04/09/2019

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** CUST 12391
**Transaction Type :** Sale

## Total : 12775.75   USD

**Cardholder Information**

**Name**  William Parrish
**Credit Card Type :**  Visa
**Credit Card Number :**

**Customer ID :**
**Company :**
**Phone :**
**Email :**

**RECEIPT**                                                                          08/30/2018

**Honda Aircraft**
**6420 Ballinger Road**
**Greensboro , NC 27410**
**Phone**

**Order Number :** Cust 12391
**Transaction Type :** Sale

---

## Total :  8600.96   USD

---

**Cardholder Information**

**Name** William Parrish
**Credit Card Type :** Visa
**Credit Card Number :** ██████████████

**Customer ID :** ████████
**Company :**
**Phone :** ████████
**Email :**

# Exhibit D



**Jeppesen Sanderson Inc**
55 Inverness Drive East
Englewood, CO 80112-5498
USA

Tel: +1 303 328 4274
Tel: +1 800 621 5377
Fax: +1 303 328 4153
EIN: 84-0372974
captain@jeppesen.com

**W PARRISH**
**PASSPORT 420 LLC**

**This is to confirm your payment by Credit Card in the amount of $1,230.00 made on 06/15/2018 to Account Number** ▮▮▮▮▮▮

**Thank you for your business.  Please contact us if you have any questions or if we can be of further assistance.**

**Sincerely,**

**Jeppesen Sales & Service**



**Jeppesen Sanderson Inc**
55 Inverness Drive East
Englewood, CO 80112-5498
USA

Tel: +1 303 328 4274
Tel: +1 800 621 5377
Fax: +1 303 328 4153
EIN: 84-0372974
captain@jeppesen.com

**W PARRISH**
**PASSPORT 420 LLC**

This is to confirm your payment by Credit Card in the amount of **$1,230.00 made on 02/26/2019** to Account Number

**Thank you for your business.  Please contact us if you have any questions or if we can be of further assistance.**

**Sincerely,**

**Jeppesen Sales & Service**

# Exhibit E

## the Renaissance Los Angeles Airport Hotel
### GUEST FOLIO PRESENTATION

MR CHRISTOPHER OHMAN

Credit Card#
XXXXXXXXXXXX

| | | Arrival Date | 12/15/2017 |
| --- | --- | --- | --- |
| | | Departure Date | 12/16/2017 |
| | | Guest # | 21208 |
| | | Group # | |

| Date | Description | Reference | Charges | Credits | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/15/17 | R LOUNGE | 4005 | 42.90 | | |
| 12/15/17 | ROOM CHA | 1151, 1 | 132.00 | | |
| 12/15/17 | OCC TAX | 1151, 1 | 18.48 | | |
| 12/15/17 | CA TOUR | 1151, 1 | 0.38 | | |
| 12/15/17 | TOUR FEE | 1151, 1 | 1.98 | | |
| 12/16/17 | CCARD-VS | | | 195.74 | |

**TOTAL GUEST FOLIO BALANCE**                 ( 0.00) USD



RENAISSANCE*
HOTELS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made in 30 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature_____

20

1

| Subject | **Your Dec 16, 2017 - Dec 18, 2017 stay at the Los Angeles Airport Marriott** |
| --- | --- |
| Date | December 26, 2017 at 11:06:06 AM PST |
| From | **Thanks for staying!** <efolio@marriott.com> |
| To | ████████████████ |

Thank you for choosing the Los Angeles Airport Marriott for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us at (310) 641-5700 or LAXAPBAR@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

Summary of Your Stay

**Hotel: Los Angeles Airport Marriott**
5855 West Century Boulevard
Los Angeles, California 90045
USA
(310) 641-5700

**Guest: OHMAN/CHRISTOPHER/MR**
AIRLINE TRANSPORT PILOT
████████████████████

**Dates of stay:** Dec 16, 2017 - Dec 18, 2017
**Guest number:** 13425
**Marriott Rewards number:** ████████

**Room number:** 1538
**Group number:**

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 12/16/17 | WFB FEE | FREEHSIA | 0.00 | |
| 12/16/17 | SELFPARK | #1342559 | 0.00 | |
| 12/16/17 | PRKG TAX | #1342559 | 0.00 | |
| 12/16/17 | ROOM | 1538, 1 | 132.00 | |
| 12/16/17 | TAX | 1538, 1 | 18.48 | |
| 12/16/17 | CA FEE | 1538, 1 | 0.45 | |
| 12/16/17 | LA ASMNT | 1538, 1 | 1.98 | |
| 12/17/17 | SELFPARK | #1342583 | 35.00 | |
| 12/17/17 | PRKG TAX | #1342583 | 3.50 | |
| 12/17/17 | GIFTSHOP | 85581538 | 8.76 | |
| 12/17/17 | WFB FEE | FREEHSIA | 0.00 | |
| 12/17/17 | ROOM | 1538, 1 | 156.00 | |
| 12/17/17 | TAX | 1538, 1 | 21.84 | |
| 12/17/17 | CA FEE | 1538, 1 | 0.45 | |
| 12/17/17 | LA ASMNT | 1538, 1 | 2.34 | |
| 12/18/17 | Payment - Visa | | | 380.80 |

**Total balance**                                                **0.00** USD

Treat yourself to the comfort of Marriott Hotels in your home.



Important Information

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (310) 641-5700.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

**Authenticity of Bills**
Marriott retains official records of all charges and credits to your account and will honor only those records.

**Privacy**
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Privacy Statement.

**Credit of Marriott Rewards Points**
After a stay, it may take up to 7 days for Marriott Rewards points to be credited to your account.

Terms of Use::Privacy Statement(c)1996-2012 Marriott International, Inc. All rights reserved. Marriott proprietary information. Operated under license from Marriott International, Inc. or one of its affiliates.

MA/BP                                        MA/BP

**Customer Receipt**

**Order: 290452**

Vinny's Pizza
310 E. Grand  Ave. Suite 109
El Segundo, CA  90245

**Delivery**  12/17/2017
12:54 pm

CHRIS
6411 W IMPERIAL
(805) 636-2729

| 1 | 2Lor2M2Top | 28.24 |
|---|------------|-------|
|   | Large Large Pizza 1 | |
|   | Add Pepperoni | |
|   | Large Large Pizza 1 | |
|   | Add Pepperoni | |
|   | Add Sausage | |
| 1 | Large Pizza | 19.24 |
|   | Add Pepperoni | |
|   | Add Black Olives | |
|   | Add Mushrooms | |

Sub Total:  47.48
Tax:   4.27

Delivery Charge:   2.00
Total:  53.75
Amount Due:  53.75

TiP  10.00

Change Due:  63.75
↑
PAID
CASH

Server: Al
Cashier: Al
Register: MAIN
Order Number: 290452
Table:

We value your comments!
(310) 322-5464



Atlantic Aviation LAX
Los Angeles Intl Airport
6411 W Imperial Highway
Los Angeles, CA 90045
310-258-9884

| | |
|---|---|
| Tail #: | N227WP |
| Customer #: | 578887 |
| Name: | SILVER AIR |
| Invoice Type: | Sale |
| Invoice #: | LAX205226 |
| Invoice Date: | 12/18/2017 |
| Invoice Status: | Paid |

Other Services:

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Security Fee | 1.0 | $17.00 | $17.00 |
| Parking/Tie Down | 1.0 | $120.00 | $120.00 |
| GPU | 1.0 | $95.00 | $95.00 |
| SA | | | |

Non Fuel Subtotal                    $232.00

Subtotal                    $232.00
Sales Tax                     $0.00
Total                       $232.00

| | |
|---|---|
| Processed By: | HelenO |
| Payment Method: | Cash |
| Amount Paid: | $232.00 |
| Payment Date: | 12/18/2017 |

**RESERVATIONS (800) 479-5996**

**Atlantic Aviation**
6411 W Imperial Hwy
Los Angeles, CA  90045
(310) 256-4385



Beverly Hills Rent-A-Car

**RENTAL AGREEMENT**
No.   **ATX3105954**

| RENTER | | | FBO | REPLACEMENT CAR NO. | | ORIGINAL CAR NO. | |
|---|---|---|---|---|---|---|---|
| CHRISTOPHER OHMAN | | | ATLANTIC | | | 76-60112 | |
| HOME ADDRESS | | | | MAKE - MODEL - COLOR | | MAKE - MODEL - COLOR | |
| | | | | | | TOYOT  COROLWHITE | |
| CITY | STATE | | ZIP CODE | LICENSE NUMBER | | LICENSE NUMBER | |

| DRIVER'S LICENSE NO. | STATE | EXP. DATE | ODOMETER | | ODOMETER | |
|---|---|---|---|---|---|---|
| | CA | | IN | 0 | IN | 25,651 |
| BIRTHDATE | EMAIL ADDRESS | HOME PHONE | ODOMETER | | ODOMETER | |
| 03/21/1972 | | | OUT | 0 | OUT | 25,610 |
| LOCAL CONTACT | ADDRESS | LOCAL PHONE | MILES | | LOC. DATE AND TIME IN | |
| | TAIL #N227WP | | DRIVEN | 41 | ATLDT  12/18/2017  7.00 | |
| COMPANY | | WORK PHONE | MILES | | LOC. DATE AND TIME OUT | |
| Atlantic Aviation | | | ALLOWED | 300 | ATLDT  12/16/2017  15.00 | |
| COMPANY ADDRESS | | | CHARGEABLE | | DUE - EXPIRATION OF AGREEMENT | |
| 6411 West Imperial Highway | | | MILES | 0 | ATLDT  12/18/2017  15.00 | |

| CITY | STATE | ZIP | REFERRED BY | GAS | | **RENTAL RATES** | | **CHARGES** |
|---|---|---|---|---|---|---|---|---|
| | | | ATLANTIC | OUT  IN | | | | |
| ADDITIONAL DRIVER NAME | | HOME PHONE NUMBER  DATE OF BIRTH | | E | | | | |
| NONE | | | | | Hourly | | 19.00hour | .00 |
| DRIVER'S LICENSE NO. | | STATE/COUNTRY  EXPIRATION DATE | | 1/4 | | Daily 150 free mls | 2 @ | 59.00day | 118.00 |
| | | | | | Weekly 1050 free mls | | 354.00week | .00 |
| AUTHORIZED DRIVERS. THE ONLY PERSON AUTHORIZED TO DRIVE THIS VEHICLE ARE | | | | 1/2 | | Monthly 45 | | 1,274.00month | .00 |
| THE RENTER AND ANY ADDITIONAL DRIVER SPECIFICALLY NAMED ON THE FACE OF THIS | | | | >  < | | Excess Miles | | .30/mi | |
| AGREEMENT. | | | | 3/4 | | Net T&M | | | 118.00 |
| INITIALS | | | | | | LAX (ATL) Concession Rcvry Fee | | | |
| | | | | F | | Premium Service  ATL | | 11.100% | 13.09 |
| ONLY PERSONS OVER 21, AUTHORIZED, LICENSED AND SIGNING THIS AGREEMENT MAY | | | | | | Subtotal of Other Charges | | 13.750% | 18.02 |
| DRIVE VEHICLE. | | | | | | | | 31.11 |

**WARNING! TRUCK CUSTOMER LIABLE FOR OVERHEAD DAMAGE, LDW NOT APPLICABLE.**

I AGREE TO RETURN THIS VEHICLE  ON OR BEFORE THE INDICATE DUE BACK DATE TO THE BHRAC OFFICE SPECIFIED ON THIS RENTAL AGREEMENT. A DROP CHARGE MAY APPLY IF CAR IS RETURNED TO OTHER THAN RENTING LOCATION.

RENTER acknowledges Premium Services is an optional charge as stated and hereby accepts such Services.
Initials

**GEOGRAPHICAL LIMITS.**
THIS VEHICLE MAY ONLY BE DRIVEN IN THE STATE IS IN WHICH THE CAR WAS CHECKED OUT AND CHECKED IN.
YOU ARE NOT AUTHORIZED TO DRIVE IT OUTSIDE THE USA, INCLUDING TO MEXICO.
Initials

**LIMITED LOSS DAMAGE WAIVER (LDW)**
By initialing DECLINES, RENTER accepts responsibility for all damages up to the full value of the vehicle. By initialing ACCEPTS, RENTER agrees: 1. to pay the daily rate for LDW; & 2. that RENTER has received oral notice that LDW is optional and may be duplicative of insurance coverage provided under RENTER'S own policy.

Accept X_____     Decline X_____

**SUPPLEMENTAL LIABILITY INSURANCE (SLI)**
SLI is provided by an independent insurance company. The rental agency neither provides this insurance nor guarantees it. SLI covers losses in excess of the limits of RENTER'S personal auto insurance. If RENTER has none, RENTER is liable for (a) the first $5,000 of any property damage claim; and (b)(i) the first $15,000 of a single bodily injury claim or (ii) if more than one person claims injury, the first $30,000. SLI provides maximum coverage of $1 million combined single limit for bodily injury, property damage and defense costs. The SLI policy is available for inspection.

Accept X_____     Decline X_____

**RENTERS LIABILITY PROTECTION (RLP)**
RLP provides liability protection for injury and property damage claims made by third parties up to the minimum limits required by the State of California. RLP provides up to $15,000 for a single bodily injury, $30,000 for all bodily injury, and $5,000 for property damage. The RLP policy is available for inspection. BHRAC is not providing this insurance nor guaranteeing it.

Accept X_____     Decline X_____

**PERSONAL ACCIDENT AND EFFECTS/CARGO (PAE/PAC)**
Personal Accident and Effects coverage will offer protection for the renter and passengers (including authorized drivers) for Accidental Death, Dismemberment, and Medical Expenses up to the limits listed in the product brochure. PAE also provides coverage for loss or damage to certain property. PAC will offer similar Accidental Death, Dismemberment and Medical expense coverage, and protection for certain cargo carried in rental trucks. See brochure for policy limits and exclusions.

Accept X_____     Decline X_____

**Total Charges**          149.11
**Payment VI**
**Total Deposits Payments**          149.11
                                     149.11
**Net Due**                            0.00

**ACKNOWLEDGMENTS**
By signing below, RENTER agrees: (1) to all the terms and conditions on the Rental Agreement and Rental Jacket; (2) to be liable for all damages to the Rental Vehicle, regardless of fault or cause; (3) to be liable for all theft and vandalism, even if LDW is purchased; (4) that only authorized drivers will operate the RENTAL VEHICLE; (5) that the RENTAL VEHICLE will not be driven outside the USA; and (6) the credit card used shall be charged for each parking or traffic violation fine incurred during the rental period, plus a $100 administration fee to process each fine.

RENTER AUTHORIZES BHRAC TO PROCESS RENTERS CREDIT CARD FOR PAYMENTS DUE ON THE FEES FOR RENTAL OF THE VEHICLE.

RENTER AGREES TO PAY A FINANCE CHARGE OF THE MAXIMUM AMOUNT ALLOWED BY LAW OF ANY UNPAID OBLIGATION.

X_____
   RENTER'S SIGNATURE
X_____
   ADDITIONAL DRIVER'S SIGNATURE

| CC EXP. DATE: | CREDIT CARD NUMBER | | DATE | INITIALS |
|---|---|---|---|---|
| 10/10/2020 | Auth Amt | 0.00 | | |
| CHECKED OUT BY: | | | CHECKED IN BY: | |
| 1644 | | | 1644 | |

CONTRACT CLOSED SUBJECT TO FINAL AUDIT

# Travel Expense - Tip Reimbursement

**Name** Chris Ohman

**Date Submitted**   3/21/18

**Period** From 1/26/17 to 1/26/18   $365.00

| Date | Description of Expense | Cash Tips | Total |
|------|------------------------|-----------|-------|
| 1/26/17 | SUS - Line Service Cash Tip | 10.00 | $10.00 |
| 2/1/17 | PHX - Line Service Cash Tip | 5.00 | $5.00 |
| 2/2/17 | PSP - Line Service Cash Tip | 10.00 | $10.00 |
| 2/9/17 | FTY - Line Service Cash Tip | 20.00 | $20.00 |
| 2/10/17 | ELP - Line Service Cash Tip | 5.00 | $5.00 |
| 2/21/17 | MIA - Line Service Cash Tip | 20.00 | $20.00 |
| 2/23/17 | AUS - Line Service Cash Tip | 10.00 | $10.00 |
| 2/25/17 | SLO / MRY - Line Service Cash Tip | | |
| 3/6/17 | SUN - Line Service Cash Tip | 20.00 | $20.00 |
| 3/7/17 | BFI - Line Service Cash Tip | 10.00 | $10.00 |
| 3/9/17 | GPT - Line Service Cash Tip | 10.00 | $10.00 |
| 3/23/17 | LAS - Line Service Cash Tip | 20.00 | $20.00 |
| 4/18/17 | DAL - Line Service Cash Tip | 10.00 | $10.00 |
| 5/17/17 | OAK - Line Service Cash Tip | 10.00 | $10.00 |
| 5/18/17 | BFI - Line Service Cash Tip | 10.00 | $10.00 |
| 6/8/17 | CSL - Line Service Cash Tip | 20.00 | $20.00 |
| 8/11/17 | PSP - Line Service Cash Tip | 10.00 | $10.00 |
| 9/7/17 | PHX - Line Service Cash Tip | 10.00 | $10.00 |
| 10/12/17 | MRY - Line Service Cash Tip | 15.00 | $15.00 |

| Date | Description of Expense | Cash Tips | Total |
|---|---|---|---|
| 10/14/17 | MRY - Line Service Cash Tip | 10.00 | $10.00 |
| 11/18/17 | PHX - Line Service Cash Tip | 10.00 | $10.00 |
| 12/13/17 | IND - Line Service Cash Tip | 10.00 | $10.00 |
| 12/14/17 | CLE - Line Service Cash Tip | 20.00 | $20.00 |
| 12/15/17 | SUS - Line Service Cash Tip | 10.00 | $10.00 |
| 12/16/17 | LAX - Line Service Casht Tip | 20.00 | $20.00 |
| 1/21/18 | SLC - Line Service Cash Tip | 10.00 | $10.00 |
| 1/25/18 | CRQ - Line Service Cash Tip | 10.00 | $10.00 |
| 1/26/18 | SNA -Line Service Cash Tip | 20.00 | $20.00 |
| Total | | 365.00 | $365.00 |

**Chris Ohman**
*Aviation Consulting*

# INVOICE



| | | |
|---|---|---|
| **DATE:** | March 15, 2019 |
| **INVOICE #** | 1 |

**BILL TO:**
Bill Parrish
Passport 420, LLC



| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AUG 2018 Hours | 3.00 | $90.00 | $ 270.00 |
| SEPT 2018 Hours | 10.00 | $90.00 | $ 900.00 |
| OCT 2018 Hours | 12.50 | $90.00 | $ 1,125.00 |
| NOV 2018 Hours | 7.50 | $90.00 | $ 675.00 |
| DEC 2019 Hours | 4.50 | $90.00 | $ 405.00 |
| JAN 2019 Hours | 6.50 | $90.00 | $ 585.00 |
| FEB 2019 Hours | 6.50 | $90.00 | $ 585.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | **TOTAL** | 4,545.00 |

# Exhibit F



Camp Systems International, Inc.
Phone: 631-588-3200
Fax: 631-588-3575
Email: accountservice@campsystems.com
Web: www.campsystems.com

# Invoice

| | |
|---|---|
| **Invoice Number:** | IN231803 |
| **Invoice Date:** | 03-Dec-2019 |
| **Customer ID:** | ▮▮▮▮ |
| **PO Number:** | |
| **Due Date:** | 02-Jan-2020 |
| **Payment Terms:** | Net 30 |

**Bill to:**   **Passport 420, LLC**
**Attn: William Parrish**
▮▮▮▮▮▮▮▮▮▮

| Contract Number | Start Date | End Date | Serial Number | Registration Number | Salesperson |
|---|---|---|---|---|---|
| C205638-00002 | 2/1/2020 | 1/31/2021 | 42000029 | N227WP | |

| Item Number | Description | Period | Unit Price | Extended Price |
|---|---|---|---|---|
| 110-016803-TXX | CAMP Maintenance Tracking - HondaJet | Annual | 4,800.00 | 4,800.00 |

| C205638/00002 | |
|---|---|
| **Subtotal:** | 4,800.00 |
| **Tax:** | |
| **Total (USD):** | 4,800.00 |
| | |
| **Payments/Credits:** | |
| **Balance Due:** | 4,800.00 |

**Pay by Check:** ☐   Amount Enclosed: $_____ to   <u>Camp Systems International, Inc.</u>

Overnight (FEDEX or UPS) to:     Regular mail address:

**DEPT CH 19788**                          **Camp Systems International, Inc.**
**5505 N. CUMBERLAND AVE., SUITE 307**     **DEPT CH 19788**
**CHICAGO, IL. 60656-1471**                **PALATINE, IL. 60055-9788**

**Pay by Wire:**   **HSBC Bank, 4040 Veterans Memorial Highway, Bohemia, NY 11716, ABA Number: 021001088**
**Account Number: 944803750 in favor of: Camp Systems International, Inc.**
**Swift Code: MRMDUS33**

**Invoice Number:**   IN231803   Upon the earlier payment of this invoice or use of the Services (as defined on the reverse side of invoice).
**Account Number:**   ▮▮▮▮   Operator shall be deemed to have accepted all of CAMP's standard terms and conditions (which are set forth on the reverse side of this invoice.)

**Page: 1 of 1**

## TERMS AND CONDITIONS

### ARTICLE I: PARTIES

CAMP Systems International Inc. is referred to herein as "CAMP" and the person or entity acquiring services from CAMP is referred to herein as "Operator".

### ARTICLE II: RESPONSIBILITIES OF PARTIES

1. Promptly following the effective date of this Services Agreement and receipt of all required documentation, CAMP shall provide Operator access to the services set forth on the reverse side ("Services"), through CAMP's on-line management system (the "CAMP System").

2. CAMP shall enroll the aircraft identified on the reverse side, along with all installed propellers, engines, rotables, time controlled parts and accessories (collectively, the "Aircraft") and/or engine identified on the reverse side (the "Engine"), as applicable, on the CAMP System and allow the Operator real-time access to the CAMP System via the Internet, to assist the Operator in establishing and monitoring data as required under applicable aviation regulations, airworthiness directives and service bulletins for life limited parts.

3. Using Work Compliance Forms (WCFs), as completed by the Operator, the Services will update the Aircraft and/or Engine maintenance information and furnish the Operator with, among other things, updated status reports and WCFs.

4. CAMP may use all maintenance data for the Aircraft and all engine condition trend monitoring, data for the Engine, as applicable, for any business purpose.

5. Operator will furnish to CAMP: (i) all historical baseline data; and (ii) all manufacturer's maintenance manuals (and any updates thereto) required for CAMP to perform the Services, for use by CAMP solely to provide the Services. Operator authorizes CAMP to use the maintenance manuals so that CAMP can perform the Services.

6. Operator will furnish to CAMP in a timely manner, all information required by CAMP to perform the initial set-up and to provide the Services (e.g., in the case of inventory control, model, serial, number, part names and numbers, or in the case of flight scheduling, pilot contact information). Operator acknowledges that CAMP will be unable to provide the Services until receipt of all required data, manuals and other information.

7. Operator will promptly complete and return to CAMP all other ongoing information required to provide the Services, including without limitation, completed scheduled and unscheduled WCFs.

8. Operator will maintain, manage and keep confidential Operator's user names and passwords for the CAMP System. CAMP shall not be responsible (and Operator shall be solely responsible) for any unauthorized access to Operator's account due to Operator's failure to properly manage its user names and passwords, including, by way of example, Operator's failure to remove such employee's user name and password upon his/her termination of employment).

9. For any excerpt of a maintenance manual, service bulletin or parts catalogue provided to Operator through the CAMP System, Operator shall: (a) maintain the same in confidence; (b) preserve and protect the confidentiality thereof using no less than reasonable care; (c) not disclose the same, in whole or in part, to any third party; (d) not, in whole or in part: (i) modify, copy, translate into any language, reproduce or make derivatives thereof, or (ii) reverse engineer, reverse compile, reverse assemble or otherwise translate into any human or machine-readable form any portion thereof; (e) use the same only with the CAMP System and not, in whole or in part, for any other purpose, including but not limited to: (i) designing, creating, developing, reproducing, manufacturing or deriving any design, part, product, material, process, modification, configuration change or repair; (ii) seeking FAA or other governmental or regulatory approval or acceptance for any of the foregoing; or (iii) any other commercial activity not expressly authorized by CAMP in writing.

### ARTICLE III: PAYMENT

1. Upon receipt of an invoice, the Operator shall pay the following non-refundable amounts to CAMP.

   a) An initial participation fee as set forth on the reverse side, for the initial term of this Services Agreement. The initial term of this Services Agreement and the commencement date for the Services is specified on the reverse side. The foregoing dates shall apply even if Operator fails to provide to CAMP all information required to begin performance.

   b) A one time activation fee specified on the reverse side to establish Operator on the CAMP System. In the event Operator adds additional Aircraft and/or Engines, as applicable, or it is necessary to reactivate an Aircraft and/or Engine on the CAMP System, Operator shall be required to pay the then current activation fee charged by CAMP.

   c) Round trip airfare, reasonable expenses and per diem charges incurred by a CAMP analyst in the event Operator requests (which request will be specified in the Special Instructions on the reverse side or otherwise requested by Operator in writing) a CAMP analyst travel to provide any technical assistance, including but not limited to determining the maintenance status of the Aircraft or Engine.

   d) Upon receipt of an invoice prior to each renewal of the Services, and in any event prior to any renewal date, Operator shall pay CAMP the then current participation fee charged by CAMP.

2. All amounts due hereunder shall be payable in full within 30 days from the date of invoice. Any amounts payable hereunder which are not paid when due shall thereafter bear interest at the rate of 1.5% per month or the maximum amount permitted by applicable law, whichever is less. Time is of the essence for all payments due hereunder, and if any payment due CAMP is collected at law, or through an attorney-at-law or under advice therefrom, or through a collection agency, Operator will pay all costs of collection, including, without limitation, all court costs and reasonable attorney's fees. If Operator fails to make any payment when due hereunder, or in the event of other default or breach by Operator of any obligation to CAMP, CAMP shall have (in addition to all rights and remedies CAMP may have at law or in equity) the option to suspend or terminate all or any part of the Services.

3. Operator shall be solely responsible for, shall pay, and shall indemnify and hold CAMP harmless from, any and all applicable federal, state, or foreign sales, use, withholding, value added, excise or property taxes, all duties and charges, and any interest or penalties with respect thereto, imposed by any governmental authority based on this Services Agreement or on all or any part of the Services. Without limiting the foregoing, if any governmental authority shall impose any withholding tax on the amounts due hereunder, then Operator shall be required to gross up the amounts due to CAMP so that CAMP receives the full invoiced amount.

4. Operator will be solely responsible for, and will defend, indemnify and hold harmless CAMP and its affiliates, directors, officers, employees, shareholders, representatives, agents, servants, predecessors, successors, and permitted assigns from and against any and all, fines, penalties, claims, liabilities, suits, demands, losses, damages, expenses or costs (including but not limited to attorneys' fees and costs and court costs) that may result from, arise out of or relate to the Services or this Services Agreement.

### ARTICLE IV: OPERATOR REPRESENTATIONS; WARRANTY DISCLAIMER

1. Operator represents that it has a valid and current license to use all maintenance publications and uses and has used a maintenance program approved by relevant

~#4839-5592-2440 v.9~

authorities for the Aircraft and/or Engine, as applicable. Operator will be deemed to reaffirm this representation each time it accesses the CAMP System or makes the payments set forth in Article III.

2. Operator represents and certifies that: (i) the Aircraft and/or Engine, as applicable, is not specifically designed, modified or equipped for military purposes or regulated by the export license requirements of the Export Administration Regulations, including but not limited to gunnery, bombing, rocket or missile launching, electronic and other surveillance, reconnaissance, refueling, aerial mapping, military liaison, cargo carrying or dropping, personnel dropping, airborne warning and control, and military training; and (ii) the Operator complies and has complied with all export trade control regulations of the United States relating to the export of any software, software documentation, technical data or related technologies regarding the Aircraft and/or Engine, as applicable.

3. Operator represents that it understands that the Services are provided to Operator solely as a tool and are not a substitute for Operator's obligations to monitor and maintain the applicable Aircraft or Engine and records in accordance with all requirements of the manufacturer and regulatory authorities. Operator is responsible for confirming the accuracy of information included with the Services on the applicable Aircraft and/or Engine and all data and information furnished by or through Operator.

4. **CAMP PROVIDES THE SERVICES AND OPERATOR ACCEPTS THE SERVICES "AS IS" AND CAMP EXPRESSLY DISCLAIMS ALL REPRESENTATIONS OR WARRANTIES OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, WITH RESPECT TO ANY OF THE SERVICES, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE OR ACCURACY.** Without limiting the foregoing, CAMP makes no warranties that the Services will comply with the requirements of any law, rule or regulation.

### ARTICLE V: EXCUSABLE DELAY; LIMITATION OF LIABILITY

1. CAMP shall not be liable for any default or delay in the performance of any of its obligations under this Services Agreement if caused, directly or indirectly, by fire, flood, earthquake or other acts of God; labor disputes, strikes or lockouts; wars, acts of terrorism, rebellions, revolutions, riots or civil disorder, accidents or unavoidable casualties; interruptions or delays involving third party transportation or communication facilities (including, without limitation, the Internet); supply shortages; laws, treaties, agreements, actions, inactions, rulings, regulations, decisions or requirements of any government, tribunal or government agency, or any other cause, whether similar or dissimilar to those enumerated herein, beyond CAMP's reasonable control. If the cause of the delay is such as to render performance of this Services Agreement impossible for a period of 90 days or longer, then Operator may terminate this Services Agreement without any further liability on the part of CAMP.

2. In no event shall CAMP's aggregate liability to Operator in connection with this Services Agreement, including the Services or any other work performed pursuant to this Services Agreement, whether arising in contract, tort or under any other legal theory (including, without limitation, negligence or strict liability), exceed the lesser of $15,000 or the amounts paid by Operator to CAMP under this Services Agreement for the 12-month period immediately preceding the date on which CAMP was first notified by Operator in writing of any problem or claim. In no event shall CAMP be liable for loss of penalties levied on Operator by a regulator, lost profits or revenues, indirect, special, incidental, consequential or similar damages arising out of or in connection with this Services Agreement or performance or non-performance of all or any part of the Services or any other work performed pursuant to this Services Agreement, or for any claim made against Operator by any other person, even if CAMP has been advised of the possibility of such damages or claim.

### ARTICLE VI: DURATION OF AGREEMENT

This Services Agreement shall continue in full force and effect until terminated as provided in this Services Agreement. CAMP may terminate this Services Agreement at any time if: (i) Operator fails to make any payment due hereunder when the same becomes due and payable, (ii) Operator breaches any other term of this Services Agreement or any other operating procedures of CAMP provided to Operator, and fails to cure the same within 10 days after receipt of notice from CAMP, (iii) Operator becomes insolvent or makes any assignment for benefit of its creditors, and (iv) any proceeding is filed by or against Operator under any bankruptcy or similar laws for the relief of debtors.

### ARTICLE VII: ASSIGNMENT

This Services Agreement may not be transferred or assigned by Operator, even if Operator sells or transfers the Aircraft and/or Engine served by this Services Agreement, without the express prior written consent of CAMP. CAMP is expressly permitted to assign this Services Agreement. This Services Agreement shall inure to the benefit of and shall be binding upon each parties' permitted successors and assigns.

### ARTICLE VIII: MISCELLANEOUS

1. In any contract entered into with the United States government or unit or agency of the United States Government (the "Government") or in any contract entered into with any other party which is a subcontract at any tier of a contract entered into with the Government, Operator agrees to notify CAMP of the involvement of the Government prior submission of the purchase order or purchase of the Services.

2. Any notice pursuant to this Services Agreement shall be sufficiently given if delivered in person or if mailed by registered or certified mail, postage prepaid, to the other party at the addresses specified on the reverse side, or if transmitted by facsimile to the fax number specified on the reverse side and confirmed by the recipient by facsimile. Any party may change the address or fax number to which notices are to be sent by giving notice to the other party in the manner provided herein. Operator will notify CAMP within 24 hours of Operator's receipt of a subpoena related to the Services or this Services Agreement.

3. The terms and conditions contained in this Services Agreement constitute the entire agreement between the parties with respect to the Services, and supersede all communications, representations or agreements, either oral or written, between the parties with respect to the matters contained herein. No agreement or understanding varying the terms and conditions of this Services Agreement (other than CAMP's operating procedures) shall be binding upon either party unless made in writing and signed by duly authorized representatives of both parties. No failure or delay on the part of CAMP to exercise any right or remedy hereunder shall operate as a waiver thereof, nor shall a single or partial exercise by CAMP of any right or remedy preclude any further exercise thereof or the exercise of any other right or remedy.

4. The validity and effect of this Services Agreement shall be governed by the laws of the State of New York, without regard to its rules regarding conflicts of law. Any and all disputes arising from or in connection with this Services Agreement or the Services shall be subject to binding arbitration conducted by a single arbitrator in New York, New York pursuant to the Commercial Arbitration Rules of the American Arbitration Association, as now or hereafter amended.

5. This CAMP Service Agreement is between CAMP and Operator. The aircraft manufacturer related to any Aircraft, and the engine component manufacturer related to any Engine, as applicable, is not party to this Services Agreement and makes no representation or warranty under this Services Agreement, whether express or implied.

6. Nothing in this Services Agreement conveys, grants, or obligates CAMP to convey or grant a license to any patent, trademark or other CAMP intellectual property right.



Camp Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY, 11779
Phone: 631-588-3200
Email: service@campsystems.com
Web: www.campsystems.com

# Statement

**Bill to:** **Passport 420, LLC**
**Attn: William Parrish**
████████████

| | |
|---|---|
| **Customer ID:** | ████████ |
| **Date:** | 12/31/2019 |
| **Amount Due:** | 4,800.00 |

| Date | Due Date | Doc. Type | Ref. Nbr. | Reg. Nbr. | Serial Nbr. | Orig. Amount | Amount Due | Balance |
|------|----------|-----------|-----------|-----------|-------------|--------------|------------|---------|
| 12/3/2019 | 1/2/2020 | INV | IN231803 | N227WP | 42000029 | 4,800.00 | 4,800.00 | 4,800.00 |

**Important Message:**

You can receive billing documents electronically by emailing us at: Ebill@campsystems.com
Please include your accounts payable email addresses and customer ID: ████████

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |



Camp Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY, 11779
Phone: 631-588-3200
Email: service@campsystems.com
Web: www.campsystems.com

# Statement

**Bill to:** **Passport 420, LLC**
**Attn: William Parrish**
███████████████

**Customer ID:** ███████

**Date:** 1/31/2020

**Amount Due:** 4,800.00

| Date | Due Date | Doc. Type | Ref. Nbr. | Reg. Nbr. | Serial Nbr. | Orig. Amount | Amount Due | Balance |
|------|----------|-----------|-----------|-----------|-------------|--------------|------------|---------|
| 12/3/2019 | 1/2/2020 | INV | IN231803 | N227WP | 42000029 | 4,800.00 | 4,800.00 | 4,800.00 |

**Important Message:**

**You can receive billing documents electronically by emailing us at: Ebill@campsystems.com**
**Please include your accounts payable email addresses and customer ID:** ███████

| | Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---------|---------------------|----------------------|----------------------|------------------------|------------|
| | 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |



Camp Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY, 11779
Phone: 631-588-3200
Email: service@campsystems.com
Web: www.campsystems.com

# Statement

**Bill to:** **Passport 420, LLC**
**Attn: William Parrish**

| | |
|---|---|
| **Customer ID:** | |
| **Date:** | 2/29/2020 |
| **Amount Due:** | 4,800.00 |

| Date | Due Date | Doc. Type | Ref. Nbr. | Reg. Nbr. | Serial Nbr. | Orig. Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/3/2019 | 1/2/2020 | INV | IN231803 | N227WP | 42000029 | 4,800.00 | 4,800.00 | 4,800.00 |

**Important Message:**

You can receive billing documents electronically by emailing us at: Ebill@campsystems.com
Please include your accounts payable email addresses and customer ID:

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 4,800.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |



Camp Systems International Inc.
999 Marconi Avenue
Ronkonkoma, NY, 11779
Phone: 631-588-3200
Email: service@campsystems.com
Web: www.campsystems.com

# Statement

**Bill to:** **Passport 420, LLC**
**Attn: William Parrish**
███████████████

| | |
|---|---|
| **Customer ID:** | ██████ |
| **Date:** | 3/31/2020 |
| **Amount Due:** | 4,800.00 |

| Date | Due Date | Doc. Type | Ref. Nbr. | Reg. Nbr. | Serial Nbr. | Orig. Amount | Amount Due | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/3/2019 | 1/2/2020 | INV | IN231803 | N227WP | 42000029 | 4,800.00 | 4,800.00 | 4,800.00 |

**Important Message:**

**You can receive billing documents electronically by emailing us at: Ebill@campsystems.com**
**Please include your accounts payable email addresses and customer ID:** ██████

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 4,800.00 | 0.00 | 0.00 | 4,800.00 |

# Exhibit G

**Attention to Detail**
457A Whitman St.
Goleta, CA  93117 US
attentiontodetailsb@gmail.com
attentiontodetailsb.com



ATTENTION TO DETAIL
A CLEAN PLANE FLIES FASTER

# SALES RECEIPT

**BILL TO**
Bill Parrish
N227WP

**SALES #** 1268
**DATE** 07/10/2018

**PMT METHOD**
Credit Card -

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 07/09/2018 | **Aircraft detail:N227WP**<br>Exterior wash<br>Belly degrease and detail<br>Interior detail | 1 | 325.00 | 325.00 |

| | | |
|---|---|---|
| | TOTAL | 325.00 |
| | BALANCE DUE | **$0.00** |


MileagePlus
UNITED

cf-00061-JVS    Manage your account online    Customer Service    Mobile: Download the
www.chase.com/united    1-800-537-7783    Chase Mobile® app today

#.26772



| February 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance

Minimum Payment Due
**$0.00**

Payment Due Date
**02/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00

## ACCOUNT SUMMARY

| Account Number: | |
|---|---|
| Previous Balance | |
| Payment Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 01/04/19 - 02/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| + 1 Mile/$1 on United purchases | 0 |
|---|---|
| + 2 Add miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstrnt | 210 |
| + 1 Add mile on gas, groc, home imp & rstrnt | 210 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 34,179 |
| Total miles transferred to United | 34,599 |

**Year-to-date miles earned on credit card** **74,284**

Thank you for choosing the United MileagePlus credit Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases, and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required. You may make charges against the credit or request a refund by contacting Cardmember Service at the address above. If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days

Congratulations! Your credit line has been increased. Take advantage of your enhanced spending power to make purchases and transfer balances today

0000001
0438    S33339 C 4    Y  9  03   19/02/03    Page 1 of 2    05058    MA MA 63171    0341000040006317101


CHASE

P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

**You have a credit balance of**
**You do not have to make a payment at this time.**

Account number:

63171 BEX 9 03419 C
KRISTEN A PARRISH

$    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28  23660 100902757

## To contact us regarding your account:



**Call Customer Service:**

| | | |
|---|---|---|
| In U.S. | 1-800-537-7783 |
| Spanish | 1-888-446-3308 |
| TTY | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | |
| | 1-847-888-6600 |

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

---

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information About Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send to us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA10172018



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.


# ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

**PURCHASE**

| 01/29 | AMERICAN AIR0012333916485 FORT WORTH TX | 1 196 49 |
|---|---|---|
| | 012919 1 M      SBA      PHX | |
| | 2 M      PHX      CLT | |
| | 3 MX      CLT      PHX | |
| | 4 MX      PHX      SBA | |
| 01/29 | AMERICAN AIR0010640951773 FORT WORTH TX | 36 54 |
| | 012919 1 Y      RVU      FEE | |
| 01/29 | AMERICAN AIR0010640951774 FORT WORTH TX | 36 54 |
| | 012919 1 Y      RVU      FEE | |
| 01/29 | AMERICAN AIR0012333916484 FORT WORTH TX | 1 196 49 |
| | 012919 1 M      SBA      PHX | |
| | 2 M      PHX      CLT | |
| | 3 MX      CLT      PHX | |
| | 4 MX      PHX      SBA | |

| **2019  Totals Year-to-Date** | |
|---|---|
| Tota  fees charged in 2019 | $0 00 |
| Tota  interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds you may have received

# INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13 49%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26 99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Ba ance Transfer | 13 49%(v)(d) | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e




  

Chase.com cr-00061-JVS Document 4 Filed 06/19/Customer Service 54 Mobile Download the
www.chase.com/united 1-800-537-7783 Chase Mobile® app today
#:26776



**MileagePlus**
UNITED

| March 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 24 | 25 | 26 | 27 | 28 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

New Balance ▇

Minimum Payment Due
**$0.00**

Payment Due Date
**03/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: ▇ | |
| Previous Balance | ▇ |
| Payment, Credits | ▇ |
| Purchases | ▇ |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | ▇ |
| Opening/Closing Date | 02/04/19 - 03/03/19 |
| Credit Access Line | ▇ |
| Available Credit | ▇ |
| Cash Access Line | ▇ |
| Available for Cash | ▇ |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add'l miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstrnt | 171 |
| + 1 Add'l mile on gas, groc, home imp & rstrnt | 171 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add'l mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 40,211 |
| Total miles transferred to United | 40,553 |

**Year-to-date miles earned on credit card** 114,837

Thank you for choosing the United MileagePlus credit Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases, and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required. You may make charges against the credit or request a refund by contacting Cardmember Service at the address above. If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days


CHASE

P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

**You have a credit balance of** ▇
**You do not have to make a payment at this time.**

Account number: ▇

$ _____          Amount Enclosed
Make/Mail to Chase Card Services at the address below:

64951 BEX 9 06219 C
KRISTEN A PARRISH ▇

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000160 28  23660100902757

**To contact us regarding your account:**

**Call Customer Service:**
In U.S.                  1-800-537-7783
Spanish               1-888-446-3308
TTY                      1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                              1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

## Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send to us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, then no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA10172018



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.


## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| ▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆ | ▆▆▆ |
| **PURCHASE** | | |
| ▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆▆▆▆ | ▆▆▆ |
| 02/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| ▆▆ | ▆▆▆▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆▆▆ | ▆▆▆ |
| 02/15 | SIGNATURE FLIGHT SUPPORT GOLETA CA | 1 581 00 |
| ▆▆ | ▆▆▆ | ▆▆▆ |
| 02/19 | AVIONICS AND MAINTENANCE 805-3244400 CA | 1 937 50 |
| ▆▆ | ▆▆▆ | ▆▆▆ |
| 02/22 | AMZN Mktp US*MI07V3AN2 Amzn com/bi WA | 9 90 |
| ▆▆ | ▆▆▆▆ | ▆▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆▆ |
| 02/27 | JEPPESEN SANDERSON 800-621-5377 CO | 1 230 00 |
| ▆▆ | ▆▆▆ | ▆▆▆ |
| 02/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ▆▆ | ▆▆▆▆▆▆ | ▆▆▆ |

| **2019 Totals Year-to-Date** | |
|---|---|
| Tota fees charged in 2019 | $0 00 |
| Tota interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds
you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13 49%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26 99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Ba ance Transfer | 13 49%(v)(d) | - 0 - | - 0 - |
| | | | **28 Days in Billing Period** |

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate Annua Renewa Notice How to Avoid Interest on Purchases and other important information as app icab e



Account number: ███████  ■  March 1, 2019 - March 31, 2019  ■  Page 2 of 3



WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance | |
|------|------|------|------|------|------|------|
| ██ | | ███████ | ███ | | | |
| 3/4 | | Bill Pay Cox Communicatio on-Line Xxxxxxxxxxx66902 on 03-04 | | 41.83 | 108,839.13 | CP |
| 3/7 | | Bill Pay City of Ketchum on-Line 1711 on 03-07 | | 50.49 | | RR |
| 3/7 | | Bill Pay Intermountain GA on-Line xxxxx33000 on 03-07 | | 58.26 | | CP |
| 3/7 | | Bill Pay Intermountain GA on-Line xxxxxxx06642 on 03-07 | | 159.28 | 108,571.10 | RR |
| 3/14 | | Bill Pay Cox Communicatio on-Line Xxxxxxxxxxx49402 on 03-14 | | 184.52 | 108,386.58 | RR |
| 3/15 | 1387 | Check | Chris Ohman, PP420 | 4,545.00 | 103,841.58 | |
| 3/25 | | Bill Pay Idaho Power Company on-Line xxxxx62773 on 03-25 | 91.55 RR, 30.51 CP | 122.06 | 103,719.52 | |
| **Ending balance on 3/31** | | | | | ███ | |
| **Totals** | | | ███ | ███ | ███ | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| ███ | ███ | ███ |

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $0.00 | You paid $0.00 |
|------|------|------|

The bank has waived the fee for this fee period.

WX/W5

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |


MileagePlus
Chase cr-00061-JVS Document 458 Filed 06/19/25 Page 59 of 100 PageID #:26781
Manage your account online: www.chase.com/united | Customer Service: 1-800-537-7783 | Mobile: Download the Chase Mobile® app today







| Apri 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Ba ance ▮▮▮▮▮

Minimum Payment Due
**$0.00**

Payment Due Date
**04/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date isted above  you may have to pay a ate fee of up to $39 00

## ACCOUNT SUMMARY

Account Number:  4388 5760 1009 0275

| | |
|---|---|
| Previous Ba ance | ▮▮▮ |
| Payment  Credits | ▮▮▮ |
| Purchases | ▮▮▮ |
| Cash Advances | $0.00 |
| Ba ance Transfers | $0.00 |
| Fees Charged | $0 00 |
| Interest Charged | $0 00 |
| **New Balance** | ▮▮▮ |
| Opening/C osing Date | 03/04/19 - 04/03/19 |
| Credit Access Line | ▮▮▮ |
| Avai ab e Credit | ▮▮▮ |
| Cash Access Line | ▮▮▮ |
| Avai ab e for Cash | ▮▮▮ |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mi e/$1 on United purchases | 0 |
| + 2 Add  mi es on United purchases | 0 |
| + 1 Mi e/$1 on gas  groc  home imp & rstnt | 271 |
| + 1 Add  mi e on gas  groc  home imp & rstnt | 271 |
| + 1 Mi e/$1 on Star A  iance purchases | 0 |
| + 1 Add  mi e on Star A  iance purchases | 0 |
| + 1 Mi e/$1 on a  other purchases | 163 098 |
| Tota  mi es transferred to United | 163 640 |

**Year-to-date miles earned on credit card   278,477**

Thank you for choosing the United Mi eageP us Credit Card! P ease visit www united com/chase to see a  of your redemption options! 1-800-421-4655 (Mi eageP us) 1-800-241-6522 (Reservations)

Your United Mi eageP us Se ect Card a ows you to earn un imited mi es for your everyday spend! You earn 3 mi es for every $1 spent on United purchases  and 2 mi es for every $1 spent on Star A  iance  at home improvement stores  gas stations  grocery stores  and restaurants

## YOUR ACCOUNT MESSAGES

You have a credit ba ance  so no payment is required   You may make charges against the credit or request a refund by contacting Cardmember Service at the address above   If after 6 months the credit ba ance is $1 00 or more  we wi  refund the credit within 30 days



P O  BOX 15123
WILMINGTON  DE 19850-5123
For Unde iverab e Mai  On y

Get updates on the go
Log on to chase.com/alerts

**You have a credit balance of** ▮▮▮
**You do not have to make a payment at this time.**

Account number: ▮▮▮

64860 BEX 9 09319 C
KRISTEN A PARRISH
▮▮▮

$ _____

Amount Enc osed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28   2366 100 90 2757

**To contact us regarding your account:**

**Call Customer Service:**
In U.S.          1-800-537-7783
Spanish        1-888-446-3308
TTY             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send to us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA10172018



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



Questions? Manage your account online:
www.chase.com/united

1-800-537-7783

Download the
Chase Mobile® app today

# ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

## PAYMENTS AND OTHER CREDITS

| ██ | ██████████████████ | ██████ |
| ██ | ██████████████████ | |

## PURCHASE

| ██ | ██████████████████████ | ████ |
| ██ | ██████████████ | ████████ |
| ██ | ██████████████ | ██████ |
| ██ | ██████████████████ | ██████ |
| ██ | ██████████████████████████ | ██████ |
| 03/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| ██ | ██████████████ | |
| ██ | ██████████████ | |
| ██ | ██████████████ | |
| 03/15 | HONDA AIRCRAFT 336-662-0246 NC | 1 708 96 |
| 03/15 | SIGNATURE FLIGHT SUPPORT GOLETA CA | 1 581 00 |
| 03/18 | AMZN Mktp US*MW7RT53V0 Amzn com/bi WA | 9 59 |
| ██ | ██████████████████████ | ████ |
| ██ | ████████████████████████████ | ██████ |
| ██ | ██████████████████████████ | ██████ |
| ██ | ████████████████ | ████ |
| 03/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ██ | ██████████████████ | ████ |
| ██ | ██████████████████ | ██████ |

| **2019 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2019 | $0 00 |
| Total interest charged in 2019 | $0 00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received

# INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13 49%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26 99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13 49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to
Avoid Interest on Purchases, and other important information as applicable

KRISTEN A PARRISH

0000001    S33339 C 4

Y  9  03  19/04/03

Page 2 of 2

Page 2 o 2

05058    MA MA 64860    0931000004000646002

Statement Date:    04/03/19





Manage your account online
www.chase.com/united

Customer Service
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

## MileagePlus
### UNITED



| May 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance

Minimum Payment Due
**$0.00**

Payment Due Date
**05/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---:|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add'l miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 559 |
| + 1 Add'l mile on gas, groc, home imp & rstnt | 559 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add'l mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 34,956 |
| Total miles transferred to United | 36,074 |

### Year-to-date miles earned on credit card 314,551

Thank you for choosing the United MileagePlus Select Card!
Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases, and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

## ACCOUNT SUMMARY

| | |
|---|---:|
| Account Number: | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 04/04/19 - 05/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required. You may make charges against the credit or request a refund by contacting Cardmember Service at the address above. If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days



## CHASE

P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

**You have a credit balance of**
**You do not have to make a payment at this time.**

Account number:

$    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

66408 BEX 9 12319 C
KRISTEN A PARRISH

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28  23660 100902757

**To contact us regarding your account:**



**Call Customer Service:**
In U.S.                1-800-537-7783
Spanish            1-888-446-3308
TTY                  1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                        1-847-888-6600



**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

**Information About Your Account**

**Making Your Payments:** Payment of your account should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send to us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA10172018

To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.


Chase.com CT-0061-JVS  Document account on filed 06/19/20 on Page 65 of 100 Page ID #:26787
www.chase.com.united  1-800-537-7783  Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

**PURCHASE**

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/09 | HONDA AIRCRAFT 336-662-0246 NC | 12 775 75 |
| 04/10 | AVIONICS AND MAINTENANCE 805-3244400 CA | 2 044 91 |
| 04/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| 04/15 | SIGNATURE FLIGHT SUPPORT GOLETA CA | 1 581 00 |
| 04/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0 00 |
| Total interest charged in 2019 | $0 00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13 49%(v)(d) | - 0 - | - 0 - |

# INTEREST CHARGES  (CONTINUED)

Your **Annual Percentage Rate (APR)** is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **CASH ADVANCES** | | | |
| Cash Advances | 26 99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Ba ance Transfer | 13 49%(v)(d) | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e




Case 8:12-cr-00061-JVS Document 480 Filed 06/19/20 Page 67 of 100 Page ID #:26789


Manage your account online:
www.chase.com/united
Customer Service:
1-800-537-7783
Mobile: Download the
Chase Mobile® app today

UNITED



| June 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

**New Balance**

**Minimum Payment Due**

**Payment Due Date**
**06/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 27 years | $31,006 |
| $504 | 3 years | $18,161 (Savings=$12,845) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: 4388 5760 1009 0275 | |
| Previous Balance | |
| Payment Credits | $0.00 |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 05/04/19 - 06/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstrnt | 219 |
| + 1 Add mile on gas, groc, home imp & rstrnt | 219 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 33,946 |
| Total miles transferred to United | 34,384 |

**Year-to-date miles earned on credit card** **348,935**

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores and restaurants

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.

See section titled Account Information Reported to Credit Bureau for a new Disputes mailing address

| 0000001 0438 | S33339 C 4 | | | | Y 9 03 19/06/03 | Page 1 of 2 | 05058 | MA MA 35155 | 1541000004003515501 |



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 06/28/19 |
| New Balance: | $15,219.27 |
| Minimum Payment: | $152.00 |

Account number:

35155 BEX 9 15419 C
KRISTEN A PARRISH

$ _____

Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 1602 8   2366 0100 902 757

**To contact us regarding your account:**

**Call Customer Service:**
In U.S. 1-800-537-7783
Spanish 1-888-446-3308
TTY 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll-free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA03252019



**To make changes and manage your account, including changes of address, visit Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.


## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PURCHASE** | | |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| 05/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| ▮ | ▮ | ▮ |
| 05/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

| **2019 Totals Year-to-Date** | |
|---|---|
| Tota fees charged in 2019 | $0 00 |
| Tota interest charged in 2019 | $0 00 |

**Year-to-date tota s do not ref ect any fee or interest refunds you may have received**

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 13 49%(v)(d) | | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 99%(v)(d) | | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Ba ance Transfer | 13 49%(v)(d) | | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Specia Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |
| | | | | **31 Days in Billing Period** |

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate Annua Renewa Notice How to Avoid Interest on Purchases and other important information as app icab e

*If you change your payment due date the date your promotiona rate(s) ends a so changes P ease be assured the promotiona rate wi ast for the time period promised in your offer

KRISTEN A PARRISH
0000001    S33339 C 4

Y   9   03   19/06/03

Page 2 of 2
Page 2o 2

05058   MA MA 35155   1541000040003515502

Statement Date:   06/03/19



 
Manage your account online Customer Service Mobile: Download the
www.chase.com/united 1-800-537-7783 Chase Mobile® app today
CT-00061-JVS Document 1 Filed 06/19/20 Page 71 of 100 PageID
#:26793


UNITED

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 79 |
| + 1 Add mile on gas, groc, home imp & rstnt | 79 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 24,344 |
| Total miles transferred to United | 24,502 |

**Year-to-date miles earned on credit card**  373,437

Thank you for choosing the United MileagePlus Select Card!
Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

### July 2019

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance

Minimum Payment Due

Payment Due Date
**07/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 31 years | $50,182 |
| $810 | 3 years | $29,152 (Savings=$21,030) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: 4388 5760 1009 0275 | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 06/04/19 - 07/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.

See section titled Account Information Reported to Credit Bureau for a new Disputes mailing address

| 0000001 0438 | S33339 C 4 | Y 9 03 19/07/03 | Page 1 o 2 | 05058 | MA MA 68661 | 1841000040000686601 |

---



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

Payment Due Date:  **07/28/19**
New Balance:
Minimum Payment:

Account number:

68661 BEX 9 18419 C
KRISTEN A PARRISH

$ ___

Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28  2366 1009 0 2757

**To contact us regarding your account:**

| Call Customer Service: | | |
|---|---|---|
| In U.S. | 1-800-537-7783 | |
| Spanish | 1-888-446-3308 | |
| TTY | 1-800-955-8060 | |
| Pay by phone 1-800-436-7958 | | |
| Outside U.S. call collect | | |
| | 1-847-888-6600 | |

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

---

**Information About Your Account**

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.

 
## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| ▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| **PURCHASE** | | |
| ▮▮ | ▮▮▮▮▮▮▮ | ▮▮ |
| 06/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| ▮▮ | ▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮ | ▮▮▮ |
| 06/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ▮▮ | ▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮ | ▮▮ |

| **2019 Totals Year-to-Date** | |
|---|---|
| Tota fees charged in 2019 | $0 00 |
| Tota interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 13 49%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 99%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Ba ance Transfer | 13 49%(v)(d) | - | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Specia Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |
| | | | | **30 Days in Billing Period** |

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e

*If you change your payment due date  the date your promotiona  rate(s) ends a so changes  P ease be assured  the promotiona  rate wi ast for the time period promised in your offer






| August 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance

Minimum Payment Due

Payment Due Date
**08/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

**Minimum Payment Warning:** If you make only the minimum payment each period, you pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 32 years | $59,499 |
| $958 | 3 years | $34,497 (Savings=$25,002) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: 4388 5760 1009 0275 | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 07/04/19 - 08/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

### UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Additional miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 1,114 |
| + 1 Additional mile on gas, groc, home imp & rstnt | 1,114 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Additional mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 27,700 |
| Total miles transferred to United | 29,928 |

**Year-to-date miles earned on credit card          403,365**

Thank you for choosing the United MileagePlus Select Card!
Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance™ at home improvement stores, gas stations, grocery stores, and restaurants

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 08/28/19 |
| New Balance: | |
| Minimum Payment: | |

Account number:

17335 BEX 9 21519 C
KRISTEN A PARRISH

$                                    Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 1602 8   2366 0100902757

**To contact us regarding your account:**

**Call Customer Service:**
In U.S.                    1-800-537-7783
Spanish                 1-888-446-3308
TTY                       1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                            1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

---

**Information About Your Account**

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or each index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

**PURCHASE**



| 07/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| 07/17 | HONDA AIRCRAFT 336-662-0246 NC | 954 39 |
| 07/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |

**2019 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2019 | $0 00 |
| Total interest charged in 2019 | $0 00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 13 49%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 99%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfer | 13 49%(v)(d) | - | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Special Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable

*If you change your payment due date, the date your promotional rate(s) ends also changes. Please be assured, the promotional rate will last for the time period promised in your offer








## MileagePlus
UNITED

| September 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

New Balance

Minimum Payment Due
**$157.00**

Payment Due Date
**09/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

**Minimum Payment Warning:** If you make only the minimum payment each period you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 27 years | $32,040 |
| $525 | 3 years | $18,883 (Savings=$13,157) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

Account Number:  4388 5760 1009 0275

| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 08/04/19 - 09/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Additional miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 1,802 |
| + 1 Additional mile on gas, groc, home imp & rstnt | 1,802 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Additional mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 13,971 |
| Total miles transferred to United | 17,575 |

**Year-to-date miles earned on credit card**   **420,940**

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.


## CHASE

P.O. BOX 15123
WILMINGTON  DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 09/28/19 |
| New Balance: | |
| Minimum Payment: | |

Account number: 4388 5760 1009 0275

69792 BEX 9 24619 C
KRISTEN A PARRISH

$              Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28   2366 0 100 90 2757

**To contact us regarding your account:**



**Call Customer Service:**
In U.S.                    1-800-537-7783
Spanish              1-888-446-3308
TTY                      1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                              1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

## Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number shown.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction — for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check — for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose — for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019

To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.


# ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

███ ███ ███

**PURCHASE**

| 08/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |

| 08/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |

| **2019 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2019 | $0 00 |
| Total interest charged in 2019 | $0 00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received

# INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 13 24%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 74%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfer | 13 24%(v)(d) | - | - 0 - | - 0 - |

# INTEREST CHARGES  (CONTINUED)

Your **Annual Percentage Rate (APR)**  is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PROMOTIONS** | | | | |
| Specia  Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e

*If you change your payment due date  the date your promotiona  rate(s) ends a so changes   P ease be assured  the promotiona  rate wi  ast for the time period promised in your offer








### MileagePlus
**UNITED**

Manage your account online:
www.chase.com/united

Customer Service:
1-800-537-7783

Mobile: Download the
Chase Mobile® app today

| October 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | **28** | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance

Minimum Payment Due

Payment Due Date
**10/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 30 years | $44,985 |
| $737 | 3 years | $26,529 (Savings=$18,456) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: 4388 5760 1009 0275 | |
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 09/04/19 - 10/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 1,278 |
| + 1 Add mile on gas, groc, home imp & rstnt | 1,278 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 20,876 |
| Total miles transferred to United | 23,432 |

**Year-to-date miles earned on credit card**
**444,372**

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores and restaurants

## YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of $95.00 will be billed on 12/01/2019. There is a transaction fee for each balance transfer and cash advance in the amount of 5.00% or $5.00


## CHASE

P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| **Payment Due Date:** | **10/28/19** |
| **New Balance:** | |
| **Minimum Payment:** | |

Account number: 4388 5760 1009 0275

70246 BEX 9 27619 C
KRISTEN A PARRISH

$

Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 1028 2366 0100 90 2757

**To contact us regarding your account:**



**Call Customer Service:**
In U.S.          1-800-537-7783
Spanish          1-888-446-3308
Pay by phone 1-800-436-7958
International   1-847-888-6600
We accept operator relay calls

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



## YOUR ACCOUNT MESSAGES (CONTINUED)

minimum per ba ance transfer and 5 00% or $10 00 minimum per cash advance   P ease see the Annua  Renewa  Notice section of your statement disc osures for more information

You have one or more ba ance(s) with APR expiration dates  as shown in the Interest Charge section   These APRs wi  continue through the expiration dates shown in the Interest Charges section

Congratu ations!  Your credit  ine has been increased   Take advantage of your enhanced spending power to make purchases and transfer ba ances today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| ▬ | ▬▬▬▬▬ | ▬ |
| **PURCHASE** | | |
| ▬ | ▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |
| ▬ | ▬▬▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |
| 09/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |
| ▬ | ▬▬▬ | ▬ |
| | ▬ ▬ | |
| | ▬ | |
| | ▬ ▬ | |
| | ▬ ▬ | |
| ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| | ▬ ▬ | |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |
| 09/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬▬ | ▬ |

## FEES CHARGED

| | | |
|---|---|---|
| ▬ | ▬▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |
| ▬ | ▬▬ | ▬ |

# ACCOUNT ACTIVITY  (CONTINUED)

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|



| 2019  Totals Year-to-Date | |
|---|---|
| Tota  fees charged in 2019 | ▇▇ |
| Tota  interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds you may have received

# INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 12 99%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 49%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Ba ance Transfer | 12 99%(v)(d) | - | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Specia  Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |
| | | | | **30 Days in Billing Period** |

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e

*If you change your payment due date  the date your promotiona  rate(s) ends a so changes   P ease be assured  the promotiona  rate wi
 ast for the time period promised in your offer






| November 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

New Balance ▓▓▓▓

Minimum Payment Due ▓▓▓▓

Payment Due Date
**11/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 26 years | $38,919 |
| $644 | 3 years | $23,190 (Savings=$15,729) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | 4388 5760 1009 0275 |
| Previous Balance | ▓▓▓ |
| Payment, Credits | ▓▓▓ |
| Purchases | ▓▓▓ |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | ▓▓▓ |
| Interest Charged | $0.00 |
| **New Balance** | ▓▓▓ |
| Opening/Closing Date | 10/04/19 - 11/03/19 |
| Credit Access Line | ▓▓▓ |
| Available Credit | ▓▓▓ |
| Cash Access Line | ▓▓▓ |
| Available for Cash | ▓▓▓ |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Add miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 944 |
| + 1 Add mile on gas, groc, home imp & rstnt | 944 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 18,304 |
| + Anniversary bonus miles | 5,000 |
| Total miles transferred to United | 25,192 |

**Year-to-date miles earned on credit card** 469,564

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases, and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants.

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | **11/28/19** |
| New Balance: | ▓▓▓ |
| Minimum Payment: | ▓▓▓ |
| Account number: | ▓▓▓ |

70645 BEX 9 30719 C
KRISTEN A PARRISH ▓▓▓

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28   2366 0 100 90 2757

**To contact us regarding your account:**



**Call Customer Service:**
In U.S.        1-800-537-7783
Spanish      1-888-446-3308
Pay by phone 1-800-436-7958
International  1-847-888-6600
We accept operator relay calls

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

---

**Information About Your Account**

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019



---

To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



Case 3:20-cr-00061-JVS Document 1-1 Filed 06/19/20 Page 89 of 100 Page ID #:26811

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

**PURCHASE**

| 10/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |

| 10/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |

## ACCOUNT ACTIVITY  (CONTINUED)



| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|

**FEES CHARGED**

| 2019  Totals Year-to-Date | |
|---|---|
| Tota  fees charged in 2019 | ▉ |
| Tota  interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 12 99%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 49%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Ba ance Transfer | 12 99%(v)(d) | - | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Specia  Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e

*If you change your payment due date  the date your promotiona  rate(s) ends a so changes   P ease be assured  the promotiona  rate wi  ast for the time period promised in your offer





| December 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

**New Balance**

Minimum Payment Due
**$285.00**

Payment Due Date
**12/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00

**Minimum Payment Warning:** If you make only the minimum payment each period you will pay more in interest and it will take you longer to pay off your balance. For example:

| | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| If you make no additional charges using this card and each month you pay | | |
| Only the minimum payment | 29 years | $57,634 |
| $953 | 3 years | $34,294 (Savings=$23,340) |

If you would like information about credit counseling services, call 1-866-797-2885

## ACCOUNT SUMMARY

Account Number: 4388 5760 1009 0275

| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | |
| Interest Charged | $0.00 |
| **New Balance** | |
| Opening/Closing Date | 11/04/19 - 12/03/19 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 1,781 |
| + 2 Add miles on United purchases | 3,561 |
| + 1 Mile/$1 on gas, groc, home imp & rstnt | 1,498 |
| + 1 Add mile on gas, groc, home imp & rstnt | 1,498 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Add mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 25,210 |
| Total miles transferred to United | 33,548 |

### Year-to-date miles earned on credit card  503,112

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases, and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores and restaurants

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

| | |
|---|---|
| Payment Due Date: | 12/28/19 |
| New Balance: | $28,582.38 |
| Minimum Payment: | $285.00 |

Account number:

71426 BEX 9 33719 C
KRISTEN A PARRISH

$                        Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28  2366 100 90 2757



**To contact us regarding your account:**

| | |
|---|---|
| **Call Customer Service:** | |
| In U.S. | 1-800-537-7783 |
| Spanish | 1-888-446-3308 |
| Pay by phone | 1-800-436-7958 |
| International | 1-847-888-6600 |
| We accept operator relay calls | |

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

---

### Information About Your Account

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time or at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number shown.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign

transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04252019



To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

### PAYMENTS AND OTHER CREDITS

■■ ■■■■■■■■■ ■■
■■ ■■■ ■■■■ ■■ ■■ ■■■■ ■■
■■ ■■■ ■■ ■■■ ■■ ■■

### PURCHASE

■■ ■■■■■■■ ■■
■■ ■■■■■■■■ ■■
■■ ■■■■■■ ■■
■■ ■■■ ■■■■■ ■■
■ ■■ ■■ ■■
■ ■■ ■■ ■■
■ ■■ ■■
■ ■■■ ■■ ■■ ■■
■■ ■■ ■■
■ ■■ ■■
■■ ■■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■ ■■

| 11/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 41 |

■■ ■■■■■■■ ■■
■■ ■■■■ ■■
■■ ■■ ■■ ■■
■ ■■ ■■ ■■ ■■
■ ■■ ■■ ■■
■■ ■■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■■ ■■
■■ ■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■ ■■
■■ ■■ ■■ ■■
■■ ■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■■ ■■
■■ ■■■■ ■■

## ACCOUNT ACTIVITY  (CONTINUED)



| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| 11/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |

**FEES CHARGED**

| 12/01 | | |
|---|---|---|

| 2019  Totals Year-to-Date | |
|---|---|
| Tota  fees charged in 2019 | |
| Tota  interest charged in 2019 | $0 00 |

Year-to-date tota s do not ref ect any fee or interest refunds you may have received

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annua  interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Expiration Date* | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 12 74%(v)(d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 26 24%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Ba ance Transfer | 12 74%(v)(d) | - | - 0 - | - 0 - |
| **PROMOTIONS** | | | | |
| Specia  Financing Promo | 5 99%(d) | 03/03/20 | - 0 - | - 0 - |

**30 Days in Billing Period**

(v) = Variab e Rate
(d) = Dai y Ba ance Method (inc uding new transactions)
(a) = Average Dai y Ba ance Method (inc uding new transactions)

P ease see Information About Your Account section for the Ca cu ation of Ba ance Subject to Interest Rate  Annua  Renewa  Notice  How to Avoid Interest on Purchases  and other important information  as app icab e

*If you change your payment due date  the date your promotiona  rate(s) ends a so changes  P ease be assured  the promotiona  rate wi  ast for the time period promised in your offer



   



| January 2019 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | **28** | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance

████████

Minimum Payment Due
**$0.00**

Payment Due Date
**01/28/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | ████████ |
| Previous Balance | ████ |
| Payment, Credits | ████ |
| Purchases | ████ |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | ████ |
| Opening/Closing Date | 12/04/18 - 01/03/19 |
| Credit Access Line | ████ |
| Available Credit | ████ |
| Cash Access Line | ████ |
| Available for Cash | ████ |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 Mile/$1 on United purchases | 0 |
| + 2 Additional miles on United purchases | 0 |
| + 1 Mile/$1 on gas, groc, home imp & rstrnt | 1,492 |
| + 1 Additional mile on gas, groc, home imp & rstrnt | 1,492 |
| + 1 Mile/$1 on Star Alliance purchases | 0 |
| + 1 Additional mile on Star Alliance purchases | 0 |
| + 1 Mile/$1 on all other purchases | 36,701 |
| Total miles transferred to United | 39,685 |

**Year-to-date miles earned on credit card 39,685**

Thank you for choosing the United MileagePlus Select Card! Please visit www.united.com/chase to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United MileagePlus Select Card allows you to earn unlimited miles for your everyday spend! You earn 3 miles for every $1 spent on United purchases and 2 miles for every $1 spent on Star Alliance, at home improvement stores, gas stations, grocery stores, and restaurants

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required. You may make charges against the credit or request a refund by contacting Cardmember Service at the address above. If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days



P O BOX 15123
WILMINGTON DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

**You have a credit balance of** ████████
**You do not have to make a payment at this time.**

Account number: ████████

62635 BEX 9 319 C
KRISTEN A PARRISH
████████

$ _____

Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000160 28  236601009 02757

**To contact us regarding your account:**

| Call Customer Service: | | | |
|---|---|---|---|
| In U.S. | 1-800-537-7783 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |

Call Customer Service:
In U.S.          1-800-537-7783
Spanish          1-888-446-3308
TTY              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                 1-847-888-6600

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 6294
Carol Stream, IL 60197-6294

**Visit Our Website:**
www.chase.com/united

## Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website or by one of our above listed customer service telephone numbers. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases billing month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date of a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement!**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.



MA10042017

To make changes and manage your account, including changes of address, visit **Chase.com/cardhelp** or call the Customer Service telephone number which appears on your account statement.



## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| ▉ | ▉ | ▉ |
| **PURCHASE** | | |
| | | ▉ |
| 12/03 | HONDA AIRCRAFT 336-662-0246 NC ▉ | 776 24 |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| 12/11 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 19 04 |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| 12/14 | SIGNATURE FLIGHT SUPPORT GOLETA CA | 1 581 00 |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| 12/27 | SXM*SIRIUSXM COM/ACCT 888-635-5144 NY | 99 99 |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |

| **2019 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2019 | $0 00 |
| Total interest charged in 2019 | $0 00 |

**Year-to-date totals do not reflect any fee or interest refunds you may have received**

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13 49%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26 99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13 49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable



# Online Account Center

Account Owner:
    William Parrish

Account Number:



<u>Log Out</u>

## Payment Confirmation

Thank you for your payment. Be sure to print a copy of this page for your records.

**Amount Paid**
$99.99
**Card Type**
Visa
**Name on Card**
William J Parrish
**Card Number**

**Card Expiration Date**

**Address**

**City**

**State**

**Zip Code**

Close
Close

Please note: the updates you have made to your address only apply to your NissanConnect<sup>SM</sup> Services subscription and will not be reflected in your Owner's Portal Profile.

Please click the x above in order to continue.

1

## **CERTIFICATE OF SERVICE**

2

I, Lawrence J. Conlan, hereby certify that on June 19, 2023, I caused the

3

foregoing **SUPPLEMENTAL DECLARATION OF WILLIAM PARRISH IN**

4

**SUPPORT OF PETITIONER SPRING CREEK RESEARCH LLC'S BRIEF**

**REGARDING PRIORITY OF INTEREST IN HONDA AIRCRAFT** to be sent

5

electronically to the registered participants as identified on the Notice of Electronic

6

Filing.

7

8

*/s/ Lawrence J. Conlan*

9

Lawrence J. Conlan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4