# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-00061-JVS | Date | June 26, 2023 |
|---|---|---|---|

Present: The Honorable  **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Interpreter | None |
|---|---|

| Elsa Vargas | Sharon Seffens | James Dochterman, Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | Not Present | | | Not Present | | | |

**Proceedings:**  **STATUS CONFERENCE RE DISPUTED PROPERTY**

Cause is called for hearing with government counsel present.  Counsel  Lawrence Conlan, Andrew Stolper, Thomas Gray and Filippo Marchino also present.  The Court's tentative ruling is issued. Counsel make their arguments.

The Court orders additional briefs of no more than 7 pages to be filed by Friday addressing the issue of whether JFL's recorded lien trumps constructive trust.  Additionally, the Court orders the parties to meet and confer and file a joint report within 10 days with respect to the best disposition of airplane's timing and matter.

cc:

|  | : | 52 |
|---|---|---|

Initials of Deputy Clerk   eva