EXHIBIT 29

**Avenatti & Associates, APC  Bank Statements – Valid8 Chart**

| ACCT NAME | START DATE | END DATE | PREVEB=BB | DATE ... | SUMS | BEG BAL | INCREASE | DECREASE | END BAL |
|---|---|---|---|---|---|---|---|---|---|
| A&A CBT 0661 | 06/01/2012 | 06/29/2012 | — | — | ✓ | ($2,803.18) | $75,000.00 | $75,718.80 | ($3,521.98) |
| A&A CBT 0661 | 06/30/2012 | 07/31/2012 | ✓ | ✓ | ✓ | ($3,521.98) | $41,000.00 | $41,526.67 | ($4,048.65) |
| A&A CBT 0661 | 08/01/2012 | 08/31/2012 | ✓ | ✓ | ✓ | ($4,048.65) | $178,500.00 | $175,969.21 | ($1,517.86) |
| A&A CBT 0661 | 09/01/2012 | 09/28/2012 | ✓ | ✓ | ✓ | ($1,517.86) | $222,500.00 | $230,322.91 | ($9,340.77) |
| A&A CBT 0661 | 10/01/2012 | 10/31/2012 | ✓ | ✗ | ✓ | ($9,340.77) | $231,067.37 | $224,857.93 | ($3,131.33) |
| A&A CBT 0661 | 11/01/2012 | 11/30/2012 | ✓ | ✓ | ✓ | ($3,131.33) | $131,596.54 | $127,959.36 | $505.85 |
| A&A CBT 0661 | 12/01/2012 | 12/31/2012 | ✓ | ✓ | ✓ | $505.85 | $266,545.00 | $262,785.15 | $4,265.70 |
| A&A CBT 0661 | 01/01/2013 | 01/31/2013 | ✓ | ✓ | ✓ | $4,265.70 | $119,705.46 | $122,402.05 | $1,569.11 |
| A&A CBT 0661 | 02/01/2013 | 02/28/2013 | ✓ | ✓ | ✓ | $1,569.11 | $133,808.16 | $134,459.14 | $918.13 |
| A&A CBT 0661 | 03/01/2013 | 03/29/2013 | ✓ | ✓ | ✓ | $918.13 | $558,942.64 | $553,098.98 | $6,761.79 |
| A&A CBT 0661 | 04/01/2013 | 04/30/2013 | ✓ | ✗ | ✓ | $6,761.79 | $268,636.31 | $265,589.71 | $9,808.39 |
| A&A CBT 0661 | 05/01/2013 | 05/31/2013 | ✓ | ✓ | ✓ | $9,808.39 | $139,330.50 | $143,933.83 | $5,205.06 |
| A&A CBT 0661 | 06/01/2013 | 06/28/2013 | ✓ | ✓ | ✓ | $5,205.06 | $316,720.53 | $321,105.23 | $820.36 |
| A&A CBT 0661 | 07/01/2013 | 07/31/2013 | ✓ | ✗ | ✓ | $820.36 | $279,720.35 | $280,059.79 | $480.92 |
| A&A CBT 0661 | 08/01/2013 | 08/31/2013 | ✓ | ✓ | ✓ | $480.92 | $81,500.00 | $81,213.76 | $767.16 |
| A&A CBT 0661 | 09/01/2013 | 09/30/2013 | ✓ | ✓ | ✓ | $767.16 | $154,825.61 | $155,577.48 | $15.29 |
| A&A CBT 0661 | 10/01/2013 | 10/31/2013 | ✓ | ✓ | ✓ | $15.29 | $199,955.00 | $198,040.91 | $1,929.38 |
| A&A CBT 0661 | 11/01/2013 | 11/29/2013 | ✓ | ✓ | ✓ | $1,929.38 | $117,900.00 | $118,861.26 | $968.12 |
| A&A CBT 0661 | 11/30/2013 | 12/31/2013 | ✓ | ✓ | ✓ | $968.12 | $1,835,000.00 | $1,835,378.13 | $589.99 |
| A&A CBT 0661 | 01/01/2014 | 01/31/2014 | ✓ | ✓ | ✓ | $589.99 | $70,750.00 | $71,119.20 | $220.79 |
| A&A CBT 0661 | 02/01/2014 | 02/28/2014 | ✓ | ✓ | ✓ | $220.79 | $78,600.00 | $76,551.84 | $2,268.95 |
| A&A CBT 0661 | 03/01/2014 | 03/31/2014 | ✓ | ✓ | ✓ | $2,268.95 | $557,500.00 | $559,709.96 | $58.99 |
| A&A CBT 0661 | 04/01/2014 | 04/30/2014 | ✓ | ✓ | ✓ | $58.99 | $1,627,840.25 | $1,626,911.09 | $988.15 |
| A&A CBT 0661 | 05/01/2014 | 05/30/2014 | ✓ | ✓ | ✓ | $988.15 | $2,244,700.00 | $2,174,046.50 | $71,641.65 |
| A&A CBT 0661 | 05/31/2014 | 06/30/2014 | ✓ | ✓ | ✓ | $71,641.65 | $75,000.00 | $142,918.72 | $3,722.93 |
| A&A CBT 0661 | 07/01/2014 | 07/31/2014 | ✓ | ✓ | ✓ | $3,722.93 | $123,500.00 | $104,773.63 | $22,449.30 |
| A&A CBT 0661 | 08/01/2014 | 08/29/2014 | ✓ | ✓ | ✓ | $22,449.30 | $206,500.00 | $222,757.65 | $6,191.65 |
| A&A CBT 0661 | 08/30/2014 | 09/30/2014 | ✓ | ✓ | ✓ | $6,191.65 | $414,005.00 | $419,652.92 | $543.73 |
| A&A CBT 0661 | 10/01/2014 | 10/31/2014 | ✓ | ✓ | ✓ | $543.73 | $181,100.00 | $181,595.95 | $47.78 |
| A&A CBT 0661 | 11/01/2014 | 11/28/2014 | ✓ | ✓ | ✓ | $47.78 | $52,600.00 | $52,615.28 | $32.50 |
| A&A CBT 0661 | 11/29/2014 | 12/31/2014 | ✓ | ✓ | ✓ | $32.50 | $473,112.10 | $538,726.49 | ($65,581.89) |
| A&A CBT 0661 | 01/01/2015 | 01/30/2015 | ✓ | ✓ | ✓ | ($65,581.89) | $1,148,134.84 | $1,051,561.90 | $30,991.05 |
| A&A CBT 0661 | 01/31/2015 | 02/27/2015 | ✓ | ✓ | ✓ | $30,991.05 | $721,000.00 | $747,919.82 | $4,071.23 |
| A&A CBT 0661 | 02/28/2015 | 03/31/2015 | ✓ | ✓ | ✓ | $4,071.23 | $880,000.00 | $879,227.28 | $4,843.95 |
| A&A CBT 0661 | 04/01/2015 | 04/30/2015 | ✓ | ✓ | ✓ | $4,843.95 | $324,000.00 | $326,198.91 | $2,645.04 |
| A&A CBT 0661 | 05/01/2015 | 05/29/2015 | ✓ | ✓ | ✓ | $2,645.04 | $1,160,500.00 | $1,013,969.04 | $149,176.00 |

| ACCT NAME | START DATE | END DATE | PREVEB=BB | DATE ... | SUMS | BEG BAL | INCREASE | DECREASE | END BAL |
|---|---|---|---|---|---|---|---|---|---|
| A&A CBT 0661 | 05/30/2015 | 06/30/2015 | ✓ | ✓ | ✓ | $149,176.00 | $190,000.00 | $335,992.83 | $3,183.17 |
| A&A CBT 0661 | 07/01/2015 | 07/31/2015 | ✓ | ✓ | ✓ | $3,183.17 | $563,977.16 | $550,215.92 | $16,944.41 |
| A&A CBT 0661 | 08/01/2015 | 08/31/2015 | ✓ | ✓ | ✓ | $16,944.41 | $433,525.04 | $446,715.19 | $3,754.26 |
| A&A CBT 0661 | 09/01/2015 | 09/30/2015 | ✓ | ✓ | ✓ | $3,754.26 | $139,100.00 | $59,357.78 | $83,496.48 |
| A&A CBT 0661 | 10/01/2015 | 10/30/2015 | ✓ | ✓ | ✓ | $83,496.48 | $391,523.35 | $473,995.91 | $1,023.92 |
| A&A CBT 0661 | 10/31/2015 | 11/30/2015 | ✓ | ✓ | ✓ | $1,023.92 | $443,000.00 | $439,619.76 | $4,404.16 |
| A&A CBT 0661 | 12/01/2015 | 12/31/2015 | ✓ | ✓ | ✓ | $4,404.16 | $1,111,000.00 | $1,114,400.51 | $1,003.65 |
| A&A CBT 0661 | 01/01/2016 | 01/29/2016 | ✓ | ✓ | ✓ | $1,003.65 | $331,874.17 | $339,931.14 | ($7,053.32) |
| A&A CBT 0661 | 01/30/2016 | 02/29/2016 | ✓ | ✓ | ✓ | ($7,053.32) | $958,282.49 | $949,692.63 | $1,536.54 |
| A&A CBT 0661 | 03/01/2016 | 03/31/2016 | ✓ | ✓ | ✓ | $1,536.54 | $169,000.00 | $150,560.11 | $19,976.43 |
| A&A CBT 0661 | 04/01/2016 | 04/29/2016 | ✓ | ✓ | ✓ | $19,976.43 | $191,285.73 | $210,654.44 | $607.72 |
| A&A CBT 0661 | 05/01/2016 | 05/31/2016 | ✓ | ✗ | ✓ | $607.72 | $882,000.00 | $881,832.91 | $774.81 |
| A&A CBT 0661 | 06/01/2016 | 06/30/2016 | ✓ | ✓ | ✓ | $774.81 | $1,074,637.68 | $524,037.62 | $551,374.87 |
| A&A CBT 0661 | 07/01/2016 | 07/29/2016 | ✓ | ✓ | ✓ | $551,374.87 | $338,000.00 | $785,744.02 | $103,630.85 |
| A&A CBT 0661 | 08/01/2016 | 08/31/2016 | ✓ | ✗ | ✓ | $103,630.85 | $162,000.00 | $264,964.27 | $666.58 |
| A&A CBT 0661 | 09/01/2016 | 09/30/2016 | ✓ | ✓ | ✓ | $666.58 | $1,043,807.00 | $1,029,825.32 | $14,648.26 |
| A&A CBT 0661 | 10/01/2016 | 10/31/2016 | ✓ | ✓ | ✓ | $14,648.26 | $239,000.00 | $201,006.91 | $52,641.35 |
| A&A CBT 0661 | 11/01/2016 | 11/30/2016 | ✓ | ✓ | ✓ | $52,641.35 | $280,544.16 | $326,741.26 | $6,444.25 |
| A&A CBT 0661 | 12/01/2016 | 12/30/2016 | ✓ | ✓ | ✓ | $6,444.25 | $311,121.66 | $315,621.37 | $1,944.54 |
| A&A CBT 0661 | 01/01/2017 | 01/31/2017 | ✓ | ✗ | ✓ | $1,944.54 | $1,684,980.00 | $1,519,301.28 | $167,623.26 |
| A&A CBT 0661 | 02/01/2017 | 02/28/2017 | ✓ | ✓ | ✓ | $167,623.26 | $54,000.00 | $225,502.42 | ($3,879.16) |
| A&A CBT 0661 | 03/01/2017 | 03/31/2017 | ✓ | ✓ | ✓ | ($3,879.16) | $620,900.00 | $616,799.99 | $220.85 |
| A&A CBT 0661 | 04/01/2017 | 04/28/2017 | ✓ | ✓ | ✓ | $220.85 | $911,389.90 | $911,164.23 | $446.52 |
| A&A CBT 0661 | 04/29/2017 | 05/31/2017 | ✓ | ✓ | ✓ | $446.52 | $1,195,801.38 | $1,183,307.22 | $12,940.68 |
| A&A CBT 0661 | 06/01/2017 | 06/30/2017 | ✓ | ✓ | ✓ | $12,940.68 | $452,389.85 | $451,450.76 | $13,879.77 |
| A&A CBT 0661 | 07/01/2017 | 07/31/2017 | ✓ | ✓ | ✓ | $13,879.77 | $287,626.97 | $298,172.24 | $3,334.50 |
| A&A CBT 0661 | 08/01/2017 | 08/31/2017 | ✓ | ✓ | ✓ | $3,334.50 | $468,432.41 | $435,625.31 | $36,141.60 |
| A&A CBT 0661 | 09/01/2017 | 09/29/2017 | ✓ | ✓ | ✓ | $36,141.60 | $491,000.00 | $424,334.16 | $102,807.44 |
| A&A CBT 0661 | 09/30/2017 | 10/31/2017 | ✓ | ✓ | ✓ | $102,807.44 | $231,010.00 | $324,711.41 | $9,106.03 |
| A&A CBT 0661 | 11/01/2017 | 11/30/2017 | ✓ | ✓ | ✓ | $9,106.03 | $163,121.00 | $167,281.58 | $4,945.45 |
| A&A CBT 0661 | 12/01/2017 | 12/29/2017 | ✓ | ✓ | ✓ | $4,945.45 | $94,251.00 | $96,540.66 | $2,655.79 |
| A&A CBT 0661 | 12/30/2017 | 01/31/2018 | ✓ | ✓ | ✓ | $2,655.79 | $78,046.04 | $74,315.92 | $6,385.91 |
| A&A CBT 0661 | 02/01/2018 | 02/28/2018 | ✓ | ✓ | ✓ | $6,385.91 | $68,354.69 | $72,788.96 | $1,951.64 |

| ACCT NAME | START DATE | END DATE | PREVEB=BB | DATE ... | SUMS | BEG BAL | INCREASE | DECREASE | END BAL |
|---|---|---|---|---|---|---|---|---|---|
| A&A CBT 0661 | 12/30/2017 | 01/31/2018 | ✓ | ✓ | ✓ | $2,655.79 | $78,046.04 | $74,315.92 | $6,385.91 |
| A&A CBT 0661 | 02/01/2018 | 02/28/2018 | ✓ | ✓ | ✓ | $6,385.91 | $68,354.69 | $72,788.96 | $1,951.64 |
| A&A CBT 0661 | 03/01/2018 | 03/31/2018 | ✓ | ✓ | ✓ | $1,951.64 | $108,302.00 | $109,056.78 | $1,196.86 |
| A&A CBT 0661 | 04/01/2018 | 04/30/2018 | ✓ | ✓ | ✓ | $1,196.86 | $94,796.00 | $91,778.63 | $4,214.23 |
| A&A CBT 0661 | 05/01/2018 | 05/31/2018 | ✓ | ✓ | ✓ | $4,214.23 | $444,023.51 | $438,492.27 | $9,745.47 |
| A&A CBT 0661 | 06/01/2018 | 06/29/2018 | ✓ | ✓ | ✓ | $9,745.47 | $141,063.91 | $134,620.96 | $16,188.42 |
| A&A CBT 0661 | 06/30/2018 | 07/31/2018 | ✓ | ✓ | ✓ | $16,188.42 | $116,876.53 | $134,208.27 | ($1,143.32) |
| A&A CBT 0661 | 08/01/2018 | 08/31/2018 | ✓ | ✓ | ✓ | ($1,143.32) | $228,923.14 | $229,015.90 | ($1,236.08) |
| A&A CBT 0661 | 09/01/2018 | 09/28/2018 | ✓ | ✓ | ✓ | ($1,236.08) | $89,150.00 | $86,028.54 | $1,885.38 |
| A&A CBT 0661 | 10/01/2018 | 10/31/2018 | ✓ | ✗ | ✓ | $1,885.38 | $98,462.35 | $103,079.75 | ($2,732.02) |