# EXHIBIT 30

## Passport 420 Bank Statements – Valid8 Chart

| ACCT NAME | START DATE | END DATE | PREVEB=BB | DATE ... | SUMS | BEG BAL | INCREASE | DECREASE | END BAL |
|---|---|---|---|---|---|---|---|---|---|
| Passport420 CBT... | 10/11/2016 | 10/31/2016 | — | — | ✓ | $0.00 | $400.00 | $244.00 | $156.00 |
| Passport420 CBT... | 11/01/2016 | 11/30/2016 | ✓ | ✓ | ✓ | $156.00 | | | $156.00 |
| Passport420 CBT... | 12/01/2016 | 12/30/2016 | ✓ | ✓ | ✓ | $156.00 | $5,300.00 | $5,417.32 | $38.68 |
| Passport420 CBT... | 01/01/2017 | 01/31/2017 | ✓ | ✗ | ✓ | $38.68 | $1,995,000.00 | $1,987,880.30 | $7,158.38 |
| Passport420 CBT... | 02/01/2017 | 02/28/2017 | ✓ | ✓ | ✓ | $7,158.38 | $45,894.24 | $36,314.07 | $16,738.55 |
| Passport420 CBT... | 03/01/2017 | 03/31/2017 | ✓ | ✓ | ✓ | $16,738.55 | $20,000.00 | $26,931.82 | $9,806.73 |
| Passport420 CBT... | 04/01/2017 | 04/28/2017 | ✓ | ✓ | ✓ | $9,806.73 | $41,100.00 | $48,788.28 | $2,118.45 |
| Passport420 CBT... | 05/01/2017 | 05/31/2017 | ✓ | ✗ | ✓ | $2,118.45 | $24,349.62 | $19,253.67 | $7,214.40 |
| Passport420 CBT... | 06/01/2017 | 06/30/2017 | ✓ | ✓ | ✓ | $7,214.40 | $23,770.00 | $24,015.96 | $6,968.44 |
| Passport420 CBT... | 07/01/2017 | 07/31/2017 | ✓ | ✓ | ✓ | $6,968.44 | $79,421.45 | $81,536.77 | $4,853.12 |
| Passport420 CBT... | 08/01/2017 | 08/31/2017 | ✓ | ✓ | ✓ | $4,853.12 | $95,800.00 | $96,210.94 | $4,442.18 |
| Passport420 CBT... | 09/01/2017 | 09/29/2017 | ✓ | ✓ | ✓ | $4,442.18 | $40,509.10 | $43,341.70 | $1,609.58 |
| Passport420 CBT... | 09/30/2017 | 10/31/2017 | ✓ | ✓ | ✓ | $1,609.58 | $58,500.00 | $47,192.75 | $12,916.83 |
| Passport420 CBT... | 11/01/2017 | 11/30/2017 | ✓ | ✓ | ✓ | $12,916.83 | $11,896.45 | $30,354.74 | ($5,541.46) |
| Passport420 CBT... | 12/01/2017 | 12/29/2017 | ✓ | ✓ | ✓ | ($5,541.46) | $45,686.46 | $43,625.50 | ($3,480.50) |
| Passport420 CBT... | 01/01/2018 | 01/31/2018 | ✓ | ✗ | ✓ | ($3,480.50) | $35,740.00 | $29,104.92 | $3,154.58 |
| Passport420 CBT... | 02/01/2018 | 02/28/2018 | ✓ | ✓ | ✓ | $3,154.58 | $17,054.41 | $25,715.26 | ($5,506.27) |
| Passport420 CBT... | 03/01/2018 | 03/31/2018 | ✓ | ✓ | ✓ | ($5,506.27) | $46,350.00 | $32,788.60 | $8,055.13 |
| Passport420 CBT... | 04/01/2018 | 04/30/2018 | ✓ | ✓ | ✓ | $8,055.13 | $120,600.00 | $123,584.60 | $5,070.53 |
| Passport420 CBT... | 05/01/2018 | 05/31/2018 | ✓ | ✓ | ✓ | $5,070.53 | $13,100.00 | $18,137.31 | $33.22 |
| Passport420 CBT... | 06/01/2018 | 06/29/2018 | ✓ | ✓ | ✓ | $33.22 | $21,100.00 | $15,715.81 | $5,417.41 |
| Passport420 CBT... | 06/30/2018 | 07/31/2018 | ✓ | ✓ | ✓ | $5,417.41 | $13,200.00 | $18,059.19 | $558.22 |
| Passport420 CBT... | 08/01/2018 | 08/31/2018 | ✓ | ✓ | ✓ | $558.22 | $6,400.00 | $3,883.06 | $3,075.16 |
| Passport420 CBT... | 09/01/2018 | 09/28/2018 | ✓ | ✓ | ✓ | $3,075.16 | $220.00 | $3,296.80 | ($1.64) |
| Passport420 CBT... | 09/29/2018 | 10/31/2018 | ✓ | ✓ | ✓ | ($1.64) | $3,630.00 | $121.00 | $3,507.36 |