EXHIBIT 32

# CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 11
This Statement: September 30, 2013
Last Statement: August 30, 2013

Account ████8461

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0060456        4274-06-0000-CBT-PG0023-00066

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Torrance
21515 Hawthorne Blvd. #100
Torrance, CA 90503-6514
(310) 316-9190

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ████8461 | -$30,658.90 | |

## BUSINESS ADVANTAGE CHECKING 3260138461                                    105    66

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 76,942.37 | 429,758.04 | 165,347.50 | 372,011.81 | -30,658.90 |

### 19 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 09/04 | 62,000.00 | WIRE/IN-2013090400003829;ORG GLOBAL BARISTAS US LLC  1301601198 |
| 09/06 | 22,000.00 | DEPOSIT  5353129001 |
| 09/12 | 45,000.00 | WIRE/IN-2013091200003787;ORG GLOBAL BARISTAS US LLC  1301701122 |
| 09/13 | 34,000.00 | DEPOSIT  5353076007 |
| 09/17 | 1,160.71 | RETURN SEQ # 005353036106 Serial Number = 0000051311 1701103401 |
| 09/17 | 2,472.16 | RETURN SEQ # 005353009763 Serial Number = 0000051317 1701103400 |
| 09/17 | 2,588.10 | RETURN SEQ # 005353039020 Serial Number = 0000051316 1701103405 |
| 09/17 | 4,344.27 | RETURN SEQ # 005353074790 Serial Number = 0000051309 1701103403 |
| 09/17 | 6,099.29 | RETURN SEQ # 005353037593 Serial Number = 0000051319 1701103404 |
| 09/17 | 6,428.78 | RETURN SEQ # 005353014805 Serial Number = 0000051320 1701103402 |
| 09/17 | 35,000.00 | WIRE/IN-2013091700002753;ORG GLOBAL BARISTAS US LLC  1301600816 |
| 09/18 | 55,000.00 | WIRE/IN-2013091800003241;ORG GLOBAL BARISTAS US LLC  1302300998 |
| 09/20 | 2,472.16 | RETURN SEQ # 005353023601 Serial Number = 0000051317 1701202250 |
| 09/20 | 9,000.00 | WIRE/IN-2013092000003001;ORG GLOBAL BARISTAS US LLC  1301900940 |
| 09/23 | 34.00 | fee refund ID: 000000001  2304906636 |
| 09/24 | 50,574.00 | RETURN SEQ # 005353019488 Serial Number = 0000009188 1701302701 |
| 09/24 | 17,477.14 | AT&T PAYMENTS O092130121920SSREF # 013266004119533  1103915452 |
| 09/24 | 4,195.00 | DEPOSIT  5353095037 |
| 09/26 | 69,912.43 | AT&T PAYMENTS O092530129241SSREF # 013268005261950  1103512029 |

### 32 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/03 | 2,375.36 | PAY FEDERAL EXPRESS DEBIT T  1701202019 |
| 09/03 | 5,000.00 | PAY BANKCARD CENTER PAYMENT 4  1701202020 |
| 09/03 | 16,584.90 | PAY Anthem BC RA-0201001 0  1701202018 |
| 09/03 | 30,000.00 | WIRE/OUT-2013090300005540;BNF ANDREW DAVIS  1301601838 |
| 09/03 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 09/04 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 09/04 | 19.95 | PAY BANKCARD MTOT DISC 5  1701104147 |
| 09/04 | 2,560.99 | PAY JOHN HANCOCK ACH DEBIT 0  1701104148 |
| 09/04 | 10,000.00 | WIRE/OUT-2013090400006502;BNF CHRISTINE AVENATTI CARLIN  1301601952 |
| 09/04 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 09/04 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701102898 |
| 09/06 | 2,500.00 | PAY BANKCARD CENTER PAYMENT 4  1701203081 |
| 09/11 | 530.88 | PAY PAYCHEX EIB INVOICE X  1701302907 |


MEMBER FDIC

## CALIFORNIA BANK & TRUST
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 10
This Statement: February 28, 2014
Last Statement: January 31, 2014

Account ███ 8461

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0044955          4060-06-0000-CBT-PG0023-00056

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

### SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ███ 8461 | $120,115.05 | |

### BUSINESS ADVANTAGE CHECKING 3260138461                                                                 105    56

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -683.65 | 931,555.40 | 313,438.41 | 497,318.29 | 120,115.05 |

#### 13 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 02/04 | 50,000.00 | WIRE/IN-2014020400002358;ORG GLOBAL BARISTAS US LLC  1301800674 |
| 02/04 | 200,000.00 | WIRE/IN-2014020400002334;ORG EDWARD M RICCI PA  1301800664 |
| 02/05 | 20,007.05 | DEPOSIT  5353107754 |
| 02/13 | 30,000.00 | WIRE/IN-2014021300003472;ORG GLOBAL BARISTAS US LLC  1301700949 |
| 02/14 | 50,000.00 | WIRE/IN-2014021400004499;ORG GLOBAL BARISTAS US LLC  1301902502 |
| 02/19 | 55,048.35 | RETURN SEQ # 005353032258 Serial Number = 0000009410 1701104128 |
| 02/19 | 70,000.00 | WIRE/IN-2014021900002782;ORG GLOBAL BARISTAS US LLC  1301800770 |
| 02/20 | 20,000.00 | WIRE/IN-2014022000003352;ORG GLOBAL BARISTAS US LLC  1301700982 |
| 02/21 | 175,000.00 | WIRE/IN-2014022100004181;ORG EDWARD M RICCI PA  1302101244 |
| 02/24 | 20,000.00 | WIRE/IN-2014022400005133;ORG GLOBAL BARISTAS US LLC  1301901570 |
| 02/26 | 90,000.00 | WIRE/IN-2014022600002967;ORG GLOBAL BARISTAS US LLC  1302300881 |
| 02/28 | 1,500.00 | DEPOSIT  5353073743 |
| 02/28 | 150,000.00 | WIRE/IN-2014022800009843;ORG MARK T CALVERT  1301802528 |

#### 50 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 02/03 | 2,947.18 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014034003841767  1108547176 |
| 02/03 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701401465 |
| 02/03 | 6.00 | OVERDRAFT SERVICE FEE |
| 02/04 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 02/04 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 02/04 | 155,000.00 | WIRE/OUT-2014020400004054;BNF LISA STORIE  1301801213 |
| 02/04 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 02/04 | 1,100.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003257  2304901559 |
| 02/04 | 170.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701002628 |
| 02/05 | 18,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002913  2304000769 |
| 02/05 | 19.95 | BANKCARD MTOT DISC 524771001580073REF # 014036005879103  1103739796 |
| 02/07 | 16,000.00 | WIRE/OUT-2014020700005004;BNF HPPW LLC  1301801551 |
| 02/07 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 02/10 | 10,000.00 | WIRE/OUT-2014021000005200;BNF CHRISTINE AVENATTI CARLIN  1302101594 |
| 02/10 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 02/10 | 431.94 | PAYCHEX EIB INVOICE X53724600027477REF # 014038007387402  1108407555 |
| 02/12 | 17,192.01 | FIRST INSURANCE WUSPCUS 1852125 REF # 014043009031890  1104632734 |
| 02/13 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 02/13 | 102.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1701001788 |


MEMBER FDIC

0044955-0000001-0117296



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 15
This Statement: March 31, 2014
Last Statement: February 28, 2014

Account ▇▇▇ 8461

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0055583     4091-06-1000-CBT-PG0023-00109

EAGAN AVENATTI LLP
OPERATING ACCOUNT
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Get the rewards you deserve with a personal or business credit card from California Bank & Trust. We offer plenty of choices for AmaZing™ Visa× credit cards that fit your needs perfectly. Choose a card that offers generous reward points on your purchases or one that gives you excellent cash back rewards. We're also making some very special offers this month that give you even MORE reward bonuses if you apply now. Stop by your local branch or visit www.calbanktrust.com to learn more and pick the card that's right for you. Subject to credit approval; fees and restrictions may apply.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Advantage Checking | ▇▇▇8461 | $693,128.95 | |

## BUSINESS ADVANTAGE CHECKING 3260138461

105   109

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 120,115.05 | 3,812,823.87 | 2,106,087.66 | 1,133,722.31 | 693,128.95 |

### 12 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 03/03 | 22,928.26 | DEPOSIT  5353168708 |
| 03/03 | 250,000.00 | WIRE/IN-2014030300004357;ORG MR EDWARD M RICCI;REF 006545201  1302001237 |
| 03/13 | 40,000.00 | WIRE/IN-2014031300004137;ORG GLOBAL BARISTAS US LLC  1302001205 |
| 03/14 | 20,000.00 | WIRE/IN-2014031400005097;ORG GLOBAL BARISTAS US LLC  1301801563 |
| 03/14 | 1,824,584.37 | WIRE/IN-2014031400005546;ORG PEOPLES BANK WIRE CLEARING CASH  1301801733 |
| 03/17 | 40,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000001002  2306704180 |
| 03/17 | 20,000.00 | REMOTE DEPOSIT  5353096451 |
| 03/18 | 791.54 | AT&T PAYMENTS O031530664305SSREF # 014076005179568  1104616677 |
| 03/24 | 244.70 | REMOTE DEPOSIT  5353096700 |
| 03/27 | 10,000.00 | WIRE/IN-2014032700004730;ORG GLOBAL BARISTAS US LLC  1302001331 |
| 03/28 | 1,580,000.00 | DEPOSIT  5353106525 |
| 03/31 | 4,275.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005143  2307004524 |

### 72 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 03/03 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 03/03 | 19.95 | BANKCARD MTOT DISC 524771001580073REF # 014062007480310  1108949933 |
| 03/03 | 2,904.23 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014062007281004  1108948313 |
| 03/03 | 18,082.00 | Anthem BC RA-1205023 000000478258056REF # 014062007601284  1108978890 |
| 03/03 | 15,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014062007744317  1108902279 |
| 03/04 | 1,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000617  2306500593 |
| 03/05 | 10,000.00 | WIRE/OUT-2014030500005461;BNF CHRISTINE AVENATTI CARLIN  1301901727 |
| 03/05 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |



MEMBER FDIC

0055583-0000001-0159094



P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 15
March 31, 2014
EAGAN AVENATTI LLP
▇▇▇▇8461

Continued ...

| Date | Amount | Description |
|---|---|---|
| 03/05 | 10,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014064009591656  1103801234 |
| 03/06 | 81,000.00 | WIRE/OUT-2014030600005615;BNF LISA STORIE  1301601582 |
| 03/06 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/07 | 95,000.00 | WIRE/OUT-2014030700002993;BNF FREIGHTLINER STERLING  1302000754 |
| 03/07 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/07 | 30,000.00 | WIRE/OUT-2014030700004745;BNF GALLO BUILDERS INC  1302001294 |
| 03/07 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/07 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003798  2307504779 |
| 03/07 | 6,125.75 | FEDERAL EXPRESS DEBIT TITAN394431249 REF # 014066000874542  1106537150 |
| 03/07 | 10,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014066000994173  1106501312 |
| 03/10 | 1,291.70 | WIRE/OUT-2014031000004219;BNF SHIFTEC LTD  1301701313 |
| 03/10 | 25.00 | WIRE FEE-OUT INT CURR |
| 03/10 | 238.02 | PAYCHEX EIB INVOICE X54134600001586REF # 014066000918296  1108807242 |
| 03/10 | 5,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014069001716526  1108802169 |
| 03/10 | 10,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014069001718187  1108802209 |
| 03/11 | 17,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003900  2305300507 |
| 03/12 | 10,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014071002853991  1103501269 |
| 03/13 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 03/14 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 03/14 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 03/14 | 2,770.33 | WIRE/OUT-2014031400006039;BNF MARITZA NOWOWIEJSKI  1301801859 |
| 03/14 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/14 | 20,000.00 | WIRE/OUT-2014031400006466;BNF PATRICK HUISMAN  1301801959 |
| 03/14 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 03/14 | 100,000.00 | WIRE/OUT-2014031400007529;BNF GLOBAL BARISTAS US LLC  1301802300 |
| 03/14 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/14 | 260,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004201  2304503049 |
| 03/14 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006018  2304503545 |
| 03/14 | 17,192.01 | FIRST INSURANCE WUSPCUS 1852125 REF # 014073004055605  1104337921 |
| 03/17 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005216  2306704177 |
| 03/17 | 110,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005194  2306705449 |
| 03/17 | 2,735.91 | JOHN HANCOCK ACH DEBIT 0077281 REF # 014076004448266  1105725901 |
| 03/17 | 80,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014076004830266  1105700118 |
| 03/20 | 25,000.00 | WIRE/OUT-2014032000003298;BNF YOUNG MOORE AND HENDERSON P.A.  1302001004 |
| 03/20 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/20 | 50,000.00 | WIRE/OUT-2014032000004008;BNF GLOBAL BARISTAS US LLC  1302001191 |
| 03/20 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/21 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002757  2305003965 |
| 03/21 | 17,839.19 | WEST CORPORATION EDI/EF REF # 014079006702199  1103714165 |
| 03/24 | 47,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009302  2304807099 |
| 03/26 | 140,000.00 | WIRE/OUT-2014032600006082;BNF SIMEON OSBORN  1302101699 |
| 03/26 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/26 | 15,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014085008892183  1104201243 |
| 03/27 | 12.00 | WIRE FEE-INCOMING DOMESTIC |
| 03/27 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000496  2305202321 |
| 03/28 | 400,000.00 | WIRE/OUT-2014032800004188;BNF GLOBAL BARISTAS US LLC  1301901116 |
| 03/28 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| ==03/28== | ==25,000.00== | ==WIRE/OUT-2014032800004438;BNF CHRISTINE AVENATTI CARLIN  1301901168== |
| 03/28 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/28 | 160,000.00 | WIRE/OUT-2014032800004446;BNF SIMEON OSBORN  1301901172 |
| 03/28 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/28 | 30.00 | DEBIT MEMO  5353106555 |
| 03/28 | 9,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002690  2307101817 |
| 03/28 | 72,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000491  2307102197 |
| 03/28 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008964  2307103567 |
| 03/31 | 2,752.56 | WIRE/OUT-2014033100004097;BNF MARITZA NOWOWIEJSKI  1302001118 |
| 03/31 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/31 | 10,000.00 | WIRE/OUT-2014033100008738;BNF GLOBAL BARISTAS US LLC  1302002245 |
| 03/31 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 03/31 | 16,896.00 | Anthem BC RA-1205023 000000487096791REF # 014090000804531  1104145029 |
| 03/31 | 18,853.26 | EMPLOYMENT DEVEL EDD EF 1243531520 REF # 014090000772110  1104126423 |
| 03/31 | 64,286.75 | IRS USATAXPYMT 270449022087516REF # 014090000725890  1104126103 |
| 03/31 | 75,000.00 | BANKCARD CENTER PAYMENT 479859110118744REF # 014090000999174  1104102226 |
| 03/31 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |



MEMBER FDIC

0055583-0000002-0159095

# Non Party Response to Subpoena

10/16/2018

Weintraub & Seith APC

James R Seith

11766 Wilshire Blvd., Ste 1170

Los Angeles, CA 90025

**Re:** **Case ID-** **8:18-cv-01644-vap-KES**  **Client Name-** **Eagan Avenatti LLP**

Please see the enclosed documentation per your request on     9/11/2018
The items enclosed are:

Time Frame Requested:       January 1, 2013 to Present
Produce On?:                CD

<u>Account Numbers</u>
3260132699
3260138461
5792780339
3260157849
5791082851
5792780313
5792780321

☑ Signature Cards                     ☐ Loan Docs
☐ Corporate Resolutions                   Loan Docs Requested
☑ Bank Statements                     ☐ Credit Card Docs
☑ Wire Transfer Records
   Wires                              ☑ Cashier's Checks
☑ Deposits/Offsets                        Cashier's Checks Docs
   Deposits                               Cashier's Checks                $0.00
   Deposits per Month        0         ☐ Safebox Records
   Deposit Images                     ☐ Certificate of Deposit History
☑ Checks Paid                         ☐ FinCEN Reports
   Checks Per Mo                      ☐ 1099/1098
   Checks                             ☑ Other          ACH
   Check Images                       ☐ Other 2

If you have any questions, please let me know.

Kevin Mwangi

Operations Legal Support Specialist Lead

California Bank & Trust

O:  (800) 601-9582, Opt. 2

10/16/2018

**Definitions:** The "Bank" refers to ZB, N.A. or divisions including, Amegy Bank, National Bank of Arizona, California Bank and Trust, Nevada State Bank, Vectra Bank, Zions Bank, The Commerce Banks of Washington, and other affiliated entities of Zions Bancorporation.

**Notice.** The Bank will comply with a lawful subpoena, but expects that the requesting party will take reasonable measures to redact and protect any customer financial information included in the production set, including observing protective orders, standing orders, ethical rules of various courts, and by accepting these documents acknowledges its responsibilities of compliance with these standards. **Objections**. If checked, the following objections apply:

1. ☐The Bank objects to the time and place of production listed in the subpoena because it places a burden on the Bank to gather voluminous records in an unreasonably short time frame, and to appear at a location to give testimony regarding the records, which would be costly and burdensome. Subject to this objection, and absent other objections, the Bank intends to produce a reasonable scope of records within a reasonable time frame to be agreed upon by the requesting party, and also intends to provide an affidavit of business records in lieu of a personal appearance by a custodian of records.
2. ☐The Bank objects because the requests are vague, and ambiguous. Subject to this objection, the Bank intends to produce such records to the extent it can determine the records that are being requested or upon adequate clarification by the requesting party.
3. ☐The Bank objects to production because another party has filed a motion for protection from the Court; subject thereto, the Bank intends to follow the Court's orders made in respect of the motion for protection, but requests that the parties provide the Bank a copy of the Court's orders in a timely fashion.
4. ☐The Bank objects to the scope of the requests because they are overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to this objection, the Bank intends to produce certain records which do not fall within this category.
5. ☐The Bank objects to the form and/or format requested for production because it is unduly burdensome and costly. Subject to this objection, the Bank intends to produce records electronically, in .PDF format.
6. ☐The Bank objects to the extent the requests seek information protected by the Bank Secrecy Act or related regulations. DECLINED see 31 USC 5318(g)(2); 12 C.F.R. sec. 21.11 ( k ) (1) and other applicable laws".
7. ☐The Bank objects to the extent the requests seek privileged information protected, the attorney-client or attorney-work produces privilege, or confidential or trade secret information of the Bank or third parties.

If you have any questions, please let me know.

Kevin Mwangi

Operations Legal Support Specialist Lead

California Bank & Trust

O:  (800) 601-9582, Opt. 2

**CUSTODIAN OF RECORDS AFFIDAVIT**

**Client Name:** Eagan Avenatti LLP
**Case No.:** 8:18-cv-01644-vap-KES

COMES NOW, **Kevin Mwangi**, who does swear and affirm the following:

1. I am a duly authorized custodian of the records for **California Bank & Trust** and as such have access to the records and data maintained by this division in the regular course of its business.

2. I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3. I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4. I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5. I hereby declare under penalty of perjury under the laws of the State of **CALIFORNIA** that the foregoing is true and correct.

DATED this __17__ day of __OCTOBER__, 2018.

Signature: _Kevin Mwangi_

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

__17__ day of __OCTOBER__, 2018.

_Janet Young_
Notary Public

Janet Young

Commission No. 689328

Notary Public

State of Utah

My commission expires 07/22/2020