EXHIBIT 33

**From:** Hester, Nina <Nina.Hester@calbar.ca.gov>
**Sent:** Wednesday, June 13, 2018 9:56 AM
**To:** Jason Frank <jfrank@lawfss.com>
**Subject:** RE: Question re: Avenatti & Associates APC

Hello Mr. Frank,

That is correct.  Anyone who is not registered with the Secretary of State and The State Bar of California, should not be practicing.  I will do your "No Record" letter today.

---

**From:** Jason Frank [mailto:jfrank@lawfss.com]
**Sent:** Tuesday, June 12, 2018 3:21 PM
**To:** Hester, Nina
**Subject:** Question re: Avenatti & Associates APC

Nina,

I spoke with a representative at the State Bar today who indicated that Avenatti & Associates, APC is not registered with the Bar to practice law.  I had a few follow-up questions and the representative indicated you would likely have the answers.

1. Can you can confirm that Avenatti & Associates, APC is not registered with California State Bar?

2. My understanding is that pursuant California Corporations Code s. 13404, Business & Profession Code ss. 6160 & 6161 and California Bar Rule 3.154(A) and 3.156(A), a professional law corporation cannot render legal services if it is does not have a currently effective certificate of registration issued by State Bar.  Is this correct?

3. If a lawyer is using the name "Avenatti & Associates, APC" on the caption page of a lawsuit is that a violation of law/bar rules assuming Avenatti & Associates APC is not registered with the State Bar?

I greatly appreciate your assistance!

Jason Frank, Esq., Partner
FRANK SIMS & STOLPER LLP
19800 McArthur Blvd, Suite 855
Irvine, California 92612
(949) 201-2400 (Office Main)
(949) 201-2404 (Office Direct)
(310) 902-6000 (Cell)
jfrank@lawfss.com

1

Exhibit L
Page 339