EXHIBIT 34

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

THIS IS TO CERTIFY:

The undersigned is employed by the State Bar of California, Attorney Regulation and Consumer Resources. As such, one of my responsibilities is to maintain the records relating to the registration of law corporations and limited liability partnerships by the State Bar of California.

I have this day examined the computer records maintained by the State Bar of California relating to the registration of law corporations and limited liability partnerships, and I have found **NO RECORDS** of any law corporations or limited liability partnerships certified under the name of "**Avenatti & Associates APC**".

Date: June 13, 2018

_Robert McPhail_
Robert McPhail
Attorney Regulation and Consumer Resources

Exhibit M
Page 340