EXHIBIT 35

# Honda Aircraft Company, LLC

6430 Ballinger Rd, Greensboro, NC 27410
Tel : 336-662-0246   Fax : 336-662-0852

| ACCOUNT STATUS FOR | ACCOUNT SUMMARY | |
|---|---|---|
| AVENATTI & ASSOCIATES, PROFESSIONAL CORP<br>520 NEWPORT CENTER DR STE 1400<br>NEWPORT BEACH CA 92660-7610<br>USA | Statement of Account As Of : 03/18/2016 | |
| | Contract Number : | 40000021 |
| | Sold to Customer Number : | 10341 |
| | Delivery Quarter : | Q2 2016 |
| **REPRESENTATIVE** | Product Description : | HONDAJET HA-420 |
| PHIL SCHARBER<br>Phil@hondajetsouthwest.com<br>760-814-5035 | | |

## Aircraft Financial Summary

| Description | Amount (USD) |
|---|---|
| Base Price | $3,650,000.00 |
| CPI - Price Adjustment | $338,355.00 |
| Options Price | $392,750.00 |
| **Estimated Price As Of Statement Date *** | **$4,381,105.00** |

## Contract Deposit Plan

| Description | Amount (USD) | Due Date | Status |
|---|---|---|---|
| First Deposit | $75,000.00 | 10/11/2006 | PAID |
| Second Deposit | $175,000.00 | 03/31/2014 | PAID |
| Third Deposit | $175,000.00 | 05/15/2014 | PAID |
| Fourth Deposit | $175,000.00 | 12/29/2015 | PAST DUE |
| Final Payment | TBD | Prior To Delivery | FUTURE |

* Amount includes contractual escalation for price index changes as specified in the contract and known to us as of the statement date. Future escalation, if applicable, will be calculated as updates to the price index become available. Updated statements of account will be made available upon request. The final price you pay will be governed by the pricing terms of the contract.

CONFIDENTIAL

HACI 000039

# Honda Aircraft Company, LLC

6430 Ballinger Rd, Greensboro, NC 27410
Tel : 336-662-0246   Fax : 336-662-0852

| ACCOUNT STATUS FOR | ACCOUNT SUMMARY | |
|---|---|---|
| | Statement of Account As Of : 03/18/2016 | |
| AVENATTI & ASSOCIATES, PROFESSIONAL CORP | Contract Number : | 40000022 |
| 520 NEWPORT CENTER DR STE 1400 | | |
| NEWPORT BEACH CA 92660-7610 | | |
| USA | Sold to Customer Number : | 10341 |
| | Delivery Quarter : | Q2 2016 |
| **REPRESENTATIVE** | Product Description : | HONDAJET HA-420 |
| PHIL SCHARBER | | |
| Phil@hondajetsouthwest.com | | |
| 760-814-5035 | | |

## Aircraft Financial Summary

| Description | Amount (USD) |
|---|---|
| Base Price | $3,650,000.00 |
| CPI - Price Adjustment | $338,355.00 |
| Options Price | $392,750.00 |
| **Estimated Price As Of Statement Date \*** | **$4,381,105.00** |

## Contract Deposit Plan

| Description | Amount (USD) | Due Date | Status |
|---|---|---|---|
| First Deposit | $75,000.00 | 10/11/2006 | PAID |
| Second Deposit | $175,000.00 | 03/31/2014 | PAID |
| Third Deposit | $175,000.00 | 07/01/2015 | PAST DUE |
| Fourth Deposit | $175,000.00 | 12/29/2015 | PAST DUE |
| Final Payment | TBD | Prior To Delivery | FUTURE |

\* Amount includes contractual escalation for price index changes as specified in the contract and known to us as of the statement date. Future escalation, if applicable, will be calculated as updates to the price index become available. Updated statements of account will be made available upon request. The final price you pay will be governed by the pricing terms of the contract.

CONFIDENTIAL

HACI 000040