E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal Bar. No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile: (213) 894-0142
    E-mail:    James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL AVENATTI,<br><br>    Defendant.<br><br>ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>    Petitioners. | NO. 8:19-CR-00061-JVS (KESx)<br><br>**JOINT STATUS REPORT OF MEET AND CONFER REGARDING DISPOSITION OF ONE HONDA AIRCRAFT.** |

The Plaintiff United States of America (the "government") submits this status report pursuant to the Court's order for the parties to meet and confer and file a joint report within ten (10) days with respect to the best disposition of airplane's timing and matter. ECF 1110.

On June 30, 2023, James E. Dochterman, counsel for the government, facilitated a conference call with counsel for the petitioners. The following parties participated in the conference:

- Spring Creek Research, LLC, represented by Lawrence J. Conlan;
- Alexis Gardner, represented by Filippo Marchino and Thomas E. Gray;
- Richard A. Marshack as Chapter 7 trustee for Eagan Avenatti, represented by Monica Rieder and John P. Reitman;
- Jason Frank Law, LLC represented by Andrew D. Stolper; and
- The United States represented by James E. Dochterman (collectively, "the parties").

**Background**

In fulfillment of the Court's Order (Dkt. 1110), on June 30, 2023, the parties met and conferred to discuss the appropriate disposition of one Honda aircraft (the "Disputed Property").

**Interlocutory Sale**

All parties agreed, with some caveats, that an interlocutory sale of the Disputed Property, preferably by a jet broker, would be in their mutual best interests. The caveats included the following:

- The parties expressed concerns regarding the aircraft's condition and what actions may be needed or possible (by the government or a private party tasked with brokering a sale) to improve the likelihood of obtaining the maximum value from the sale, noting that unmaintained aircraft are less valuable that maintained aircraft.

- Some parties still needed to confer with their clients.
- The United States affirmed that it had contacted the Internal Revenue Service ("IRS") and awaited a status update on the Disputed Property's condition, as well as the agency engagement regarding the rules applied to hiring a jet broker rather than sale at government auction.
- The parties' agreement to an interlocutory sale is without waiver of their rights to appeal the ruling on priority of interests.

**Condition of Disputed Property**

Subsequent to the conference, IRS Special Agent ("SA") Bryan Starek told Mr. Dochterman that the Disputed Property is stored by Threshold Aviation at an air hangar in Chino, California. SA Starek stated that the Disputed Property is well maintained, and that Threshold Aviation regularly starts the plane, keeps it clean, and performs maintenance. SA Starek agreed to contact Threshold Aviation for more details regarding the plane's certifications. SA Starek is scheduled to view the Disputed Airplane in August 2023. He will also provide further information on storage costs and to whom payment would be made.

DATED: July 6, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

 /s/ James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA