E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2534
Facsimile: (213) 894-0115
E-mail: najah.shariff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:19-cr-00061-JVS |
| Plaintiff, | EX PARTE APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER AUTHORIZING DISCLOSURE OF DOCUMENTS; MEMORANDUM IN SUPPORT THEREOF |
| v. | |
| MICHAEL JOHN AVENATTI | |
| Defendant. | [No Hearing Required; Proposed Order Filed Herewith] |

**EX PARTE APPLICATION**

PLEASE TAKE NOTICE, the United States of America ("the government") applies for an order authorizing it to disclose pre-existing third-party records from its criminal investigation files in this case (the Avenatti criminal case). On July 14, 2023, the undersigned counsel informed Michael Avenatti's counsel about the government's intent to file this ex parte application. On July 19, 2023, counsel for Mr. Avenatti responded with his position as set forth below:

> Mr. Avenatti does not object to the ex parte or the production, provided that the production is contemporaneously provided in full to Mr. Avenatti and made pursuant to an adequate protective order that ensures that (1) no produced documents/materials are shared outside the parties, counsel to the parties, and the court, and (2) no produced documents/materials are filed

1

on the public record without adequate sealing.  During certain of Mr. Avenatti's criminal proceedings, the government and others have repeatedly and disclosed confidential, private information of Mr. Avenatti and his family members on the public record and to the media, which appears to have been unnecessary and done in an effort to embarrass them.

## MEMORANDUM OF FACT AND LAW

1.     On June 13, 2023, the United States Bankruptcy Court ordered the government to produce certain records responsive to the Chapter 7 Trustee's ("Trustee") Rule 45 non-party subpoena served on the Internal Revenue Service issued under the Federal Rules of Civil Procedure, as modified, in the following three adversary cases:

    a)  *Richard A. Marshack vs. Honda Aircraft Company LLC*,
        Case No.8:20-ap-01150-SC
    b)  *Richard A. Marshack vs. Eisenhower Carlson, PLLC*,
        Case No. 8:20-ap-01059-SC
    c)  *Richard A. Marshack vs. Gallo Builders, INC.*,
        Case No. 8:20-ap-01060-SC

Copies of the Bankruptcy Court's order from each of the respective three cases are attached as Exhibit 1.  See paragraphs nos. 1 and 6 of these orders for the relevant language related to the production of certain records.

2.     The government has identified records responsive to the Trustee's discovery request (referred to herein as the Trustee's Request No. 11).  These records are part of the government's criminal investigation files in the Avenatti criminal case, and are listed in Attachment A, a copy of which is attached as Exhibit 2 to this application.  As part of the government's continuing discovery obligations, additional similarly situated records may be identified in the future.

3.     The records listed in Attachment A are the pre-existing records of various third-parties (primarily financial institutions, and lenders) obtained during the government's investigation.  Disclosing these records will not result in a violation of grand jury secrecy protected by Federal Rule of Criminal Procedure 6(e)(2).

4.      "Rule 6(e) imposes a general rule against disclosure of 'matters occurring before the grand jury' on government attorneys." *United States v. Dynavac, Inc.*, 6 F.3d 1407, 1411 (9th Cir. 1993.)  Rule 6(e), however, does not prohibit the disclosure of all records that are presented to the grand jury from all future revelations. *Id.*

2

5.      The Ninth Circuit has held that such pre-existing records obtained by the United States Attorney's Office with a grand jury subpoena are not subject to Rule 6(e).  "[I]f a document is sought for its own sake rather than to learn what took place before the grand jury, and if its disclosure will not compromise the integrity of the grand jury process, Rule 6(e) does not prohibit its release."  *United States v. Dynavac, Inc.*, 6 F.3d 1407, 1411-12 (9th Cir. 1993) (citing *United States v. Interstate Dress Carriers, Inc.*, 280 F.2d 52, 54 (2d Cir. 1960)).

6.      The records the government seeks to produce to the Trustee as listed in Attachment A have been previously disclosed to Mr. Avenatti as part of the criminal discovery in this case.

7.      Before the documents are disclosed to the Trustee, the government intends to seek a protective order from the Bankruptcy Court.

8.      Accordingly, the government may disclose the records listed in Attachment A, and any other similarly situated records in order to comply with the Bankruptcy Court's order, and produce pre-existing third-party records responsive to the Trustee's Request No. 11.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**CONCLUSION**

For the reasons set forth herein, the government respectfully requests that the Court grant this application, permitting the government to disclose the records listed in Attachment A, and any other similarly situated records in order to comply with the Bankruptcy Court's order, and produce pre-existing third-party records responsive to the Trustee's Request No. 11.

Dated: July 20, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/   Najah J. Shariff
NAJAH J. SHARIFF
Assistant United States Attorney
Attorneys for the United States of America

# EXHIBIT 1

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
141 South Windsor Blvd.
Los Angeles, California 90004
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**FILED & ENTERED**

**JUN 13 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor | Adv. No. 8:20-ap-01150-SC |
| | **ORDER REGARDING DISCOVERY SOUGHT FROM INTERNAL REVENUE SERVICE BY PLAINTIFF TRUSTEE** |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP, | **Hearing Date and Time:** |
| Plaintiff, | Date: May 30, 2023 |
| v. | Time: 11:00 a.m. |
| HONDA AIRCRAFT COMPANY, LLC, a Delaware limited liability company, | Place: Courtroom 5C |
| | 411 West Fourth Street |
| Defendant. | Santa Ana, CA 92701-4593 |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    The Court having reviewed and considered (1) the *Plaintiff Trustee's Motion for Issuance*

2    *of an Order to Show Cause re Contempt Against Internal Revenue Service for Failure to Comply*

3    *with Document and Deposition Subpoenas*, filed by plaintiff Richard A. Marshack (the "Trustee"),

4    Chapter 7 trustee for Eagan Avenatti, LLP ("EA"), on April 26, 2023 (the "Motion"), (2) the

5    *Statement of Parties' Positions* regarding the Motion, filed on April 26, 2023, (3) the *Declaration*

6    *of Monica Rieder* in support of the Motion, filed on April 26, 2023 (the "Rieder Declaration"), (4)

7    the *United States' Opposition* to the Motion, filed by the United States of America on behalf of its

8    agency the Internal Revenue Service (the "IRS"), on May 3, 2023 (the "Opposition"), (5) the

9    *Trustee's Statement of Internal Revenue Service's Voluntary Provision of Certain Discovery*

10   *Sought by Trustee's Motion*, filed on May 10, 2023, (6) the Trustee's *Response* to the Opposition,

11   filed on May 16, 2023, (7) the *Supplemental Declaration of Monica Rieder* in support of the

12   Motion, filed on May 16, 2023, and (8) the *Trustee's Supplemental Statement Regarding*

13   *Declaration of Rita Galvan and Request for Order Compelling Responses to Questions*, filed on

14   May 23, 2023; the Court having heard and considered the arguments of counsel at the hearing on

15   May 30, 2023 (the "Hearing Date"); and good cause appearing therefor,

16   **IT IS HEREBY ORDERED THAT:**

17   1.      For purposes of this Order, "Documents Responsive to Request No. 11" shall mean

18   "[a]ll documents on which IRS agent Remoun Karlous ('Agent Karlous') relied in making the

19   following statement, located at ECF page 144 of 198 of Agent Karlous' declaration included in

20   docket number 1 of Central District of California Case No. 8:19-cr-00061-JVS:  'Avenatti also

21   appears to have evaded the assessment and collection of federal income taxes during these tax

22   years [2011 through 2017] by using the entities he controlled, such as . . . EA LLP . . . to hide and

23   conceal his personal income.'";

24   2.      For purposes of this Order, "Listed Questions" shall mean the 26 questions on the

25   list attached as Exhibit G to the Rieder Declaration;

26   3.      The IRS may file a supplemental brief regarding 26 U.S.C. § 6103 ("Section

27   6103") by noon on June 5, 2023;

28   4.      The Trustee may file a reply to the IRS' supplemental brief regarding Section 6103,

Landau Law LLP
Attorneys at Law
Los Angeles, California

1

1   which must be filed by noon on June 8, 2023;

2       5.    The IRS is ordered to give notice to Michael Avenatti by US mail to his last known

3   place of abode as follows:

4       The United States Bankruptcy Court, at a hearing conducted on May 30, 2023, has ordered

5       the IRS to produce information to the Trustee in the above captioned case. This

6       information may contain return and return information of Michael Avenatti as defined

7       under 26 U.S.C. § 6103. This is to provide NOTICE that if any effected person objects to

8       such disclosure, such person, per the court's order, shall file a timely objection in the

9       above captioned cases.

10       6.    Within sixty days after the Hearing Date, the IRS shall produce to the Trustee all

11   Documents Responsive to Request No. 11;

12       7.    Pursuant to the Stipulation filed on Wednesday May 31, 2023, at Docket No.65, the

13   IRS has agreed to produce Rita Galvan, IRS Bankruptcy Specialist, on Friday June 30, 2023, for

14   her deposition with respect to the Listed Questions pursuant to the Federal Rule of Civil Procedure

15   ("FRCP") 30(b)(6);

16       8.    The length of the Deposition shall be governed by Federal Rule of Civil Procedure

17   ("FRCP") 30(d)(1);

18       9.    The Deposition shall be conducted by Zoom or ZoomGov and the Trustee's

19   counsel shall share the connection information with the Court;

20       10.    The Court will be available on the date of the Deposition to rule on any objections

21   made by the IRS to questions asked by the Trustee;

22       11.    Since Ms. Galvan is appearing as the IRS' designated representative pursuant to the

23   FRCP 30(b)(6) deposition subpoena served on the IRS on March 9, 2022, the IRS shall comply

24   with its obligations under FRCP 30(b)(6) and applicable case law to prepare Ms. Galvan to

25   provide all "information known or reasonably available to" the IRS in response to the Listed

26   Questions at the Deposition;

27       12.    To the extent that notes or other documents are necessary for Ms. Galvan to

28   provide her best answers to the Listed Questions at the Deposition, Ms. Galvan shall bring such

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1 notes or other documents to the Deposition; and

2        13.     At the Deposition, Ms. Galvan shall provide the fullest answers of which she is

3 capable (following the preparation described in paragraph 11 and, if applicable, with the aid of the

4 notes or other documents described in paragraph 12) to the Listed Questions and to all reasonable

5 follow-up questions.

6        14.     The Court will not enter this Order until the Court has considered the Section 6103

7 Supplement filed by the IRS and any Response filed by the Trustee to the Supplement.

8        15.     By this order the Court is not ruling in advance on specific objections that may be

9 raised by the IRS during the course of Rita Galvan's Deposition. To the extent such objections, if

10 any, cannot be resolved by the parties, the Court will be available to rule on the objections.

11

12                            ###

13

14

15

16

17

18

19

20

21

22

23

24 Date: June 13, 2023

25                            Scott C. Clarkson
United States Bankruptcy Judge

26

27

28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
141 South Windsor Blvd.
Los Angeles, California 90004
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**FILED & ENTERED**

**JUN 13 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

EAGAN AVENATTI, LLP,

Debtor

---

RICHARD A. MARSHACK, CHAPTER 7
TRUSTEE FOR EAGAN AVENATTI, LLP,

Plaintiff,

v.

EISENHOWER CARLSON PLLC, a
Washington professional limited liability
company,

Defendant.

Case No. 8:19-bk-13560-SC

Chapter 7

Adv. No. 8:20-ap-01059-SC

**ORDER REGARDING DISCOVERY
SOUGHT FROM INTERNAL REVENUE
SERVICE BY PLAINTIFF TRUSTEE**

**Hearing Date and Time:**
Date:   May 30, 2023
Time:   11:00 a.m.
Place:  Courtroom 5C
           411 West Fourth Street
           Santa Ana, CA 92701-4593

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    The Court having reviewed and considered (1) the *Plaintiff Trustee's Motion for Issuance*

2    *of an Order to Show Cause re Contempt Against Internal Revenue Service for Failure to Comply*

3    *with Document and Deposition Subpoenas*, filed by plaintiff Richard A. Marshack (the "Trustee"),

4    Chapter 7 trustee for Eagan Avenatti, LLP ("EA"), on April 26, 2023 (the "Motion"), (2) the

5    *Statement of Parties' Positions* regarding the Motion, filed on April 26, 2023, (3) the *Declaration*

6    *of Monica Rieder* in support of the Motion, filed on April 26, 2023 (the "Rieder Declaration"), (4)

7    the *United States' Opposition* to the Motion, filed by the United States of America on behalf of its

8    agency the Internal Revenue Service (the "IRS"), on May 3, 2023 (the "Opposition"), (5) the

9    *Trustee's Statement of Internal Revenue Service's Voluntary Provision of Certain Discovery*

10   *Sought by Trustee's Motion*, filed on May 10, 2023, (6) the Trustee's *Response* to the Opposition,

11   filed on May 16, 2023, (7) the *Supplemental Declaration of Monica Rieder* in support of the

12   Motion, filed on May 16, 2023, and (8) the *Trustee's Supplemental Statement Regarding*

13   *Declaration of Rita Galvan and Request for Order Compelling Responses to Questions*, filed on

14   May 23, 2023; the Court having heard and considered the arguments of counsel at the hearing on

15   May 30, 2023 (the "Hearing Date"); and good cause appearing therefor,

16   **IT IS HEREBY ORDERED THAT:**

17   1.    For purposes of this Order, "Documents Responsive to Request No. 11" shall mean

18   "[a]ll documents on which IRS agent Remoun Karlous ('Agent Karlous') relied in making the

19   following statement, located at ECF page 144 of 198 of Agent Karlous' declaration included in

20   docket number 1 of Central District of California Case No. 8:19-cr-00061-JVS:  'Avenatti also

21   appears to have evaded the assessment and collection of federal income taxes during these tax

22   years [2011 through 2017] by using the entities he controlled, such as . . . EA LLP . . . to hide and

23   conceal his personal income.'";

24   2.    For purposes of this Order, "Listed Questions" shall mean the 26 questions on the

25   list attached as Exhibit G to the Rieder Declaration;

26   3.    The IRS may file a supplemental brief regarding 26 U.S.C. § 6103 ("Section

27   6103") by noon on June 5, 2023;

28   4.    The Trustee may file a reply to the IRS' supplemental brief regarding Section 6103,

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

1   which must be filed by noon on June 8, 2023;

2        5.      The IRS is ordered to give notice to Michael Avenatti by US mail to his last known

3   place of abode as follows:

4          The United States Bankruptcy Court, at a hearing conducted on May 30, 2023, has ordered

5          the IRS to produce information to the Trustee in the above captioned case. This

6          information may contain return and return information of Michael Avenatti as defined

7          under 26 U.S.C. § 6103. This is to provide NOTICE that if any effected person objects to

8          such disclosure, such person, per the court's order, shall file a timely objection in the

9          above captioned cases.

10       6.      Within sixty days after the Hearing Date, the IRS shall produce to the Trustee all

11  Documents Responsive to Request No. 11;

12       7.      Pursuant to the Stipulation filed on Wednesday May 31, 2023, at Docket No.65, the

13  IRS has agreed to produce Rita Galvan, IRS Bankruptcy Specialist, on Friday June 30, 2023, for

14  her deposition with respect to the Listed Questions pursuant to the Federal Rule of Civil Procedure

15  ("FRCP") 30(b)(6);

16       8.      The length of the Deposition shall be governed by Federal Rule of Civil Procedure

17  ("FRCP") 30(d)(1);

18       9.      The Deposition shall be conducted by Zoom or ZoomGov and the Trustee's

19  counsel shall share the connection information with the Court;

20       10.     The Court will be available on the date of the Deposition to rule on any objections

21  made by the IRS to questions asked by the Trustee;

22       11.     Since Ms. Galvan is appearing as the IRS' designated representative pursuant to the

23  FRCP 30(b)(6) deposition subpoena served on the IRS on March 9, 2022, the IRS shall comply

24  with its obligations under FRCP 30(b)(6) and applicable case law to prepare Ms. Galvan to

25  provide all "information known or reasonably available to" the IRS in response to the Listed

26  Questions at the Deposition;

27       12.     To the extent that notes or other documents are necessary for Ms. Galvan to

28  provide her best answers to the Listed Questions at the Deposition, Ms. Galvan shall bring such

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

1    notes or other documents to the Deposition; and

2        13.    At the Deposition, Ms. Galvan shall provide the fullest answers of which she is

3    capable (following the preparation described in paragraph 11 and, if applicable, with the aid of the

4    notes or other documents described in paragraph 12) to the Listed Questions and to all reasonable

5    follow-up questions.

6        14.    The Court will not enter this Order until the Court has considered the Section 6103

7    Supplement filed by the IRS and any Response filed by the Trustee to the Supplement.

8        15.    By this order the Court is not ruling in advance on specific objections that may be

9    raised by the IRS during the course of Rita Galvan's Deposition. To the extent such objections, if

10   any, cannot be resolved by the parties, the Court will be available to rule on the objections.

11

12                                                          ###

13

14

15

16

17

18

19

20

21

22

23

24   Date: June 13, 2023                        Scott C. Clarkson
                                                 United States Bankruptcy Judge
25

26

27

28

3

JOHN P. REITMAN (State Bar No. 80579)
jreitman@landaufirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@landaufirm.com
LANDAU LAW LLP
141 South Windsor Blvd.
Los Angeles, California 90004
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Special Litigation Attorneys for
Plaintiff Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**FILED & ENTERED**

**JUN 13 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte          DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor | Adv. No. 8:20-ap-01060-SC |
| | **ORDER REGARDING DISCOVERY SOUGHT FROM INTERNAL REVENUE SERVICE BY PLAINTIFF TRUSTEE** |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP, | |
| Plaintiff, | **Hearing Date and Time:** |
| v. | Date:   May 30, 2023 |
| GALLO BUILDERS, INC., a California corporation, | Time:   11:00 a.m. |
| | Place:  Courtroom 5C |
| Defendant. | 411 West Fourth Street |
| | Santa Ana, CA 92701-4593 |

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1       The Court having reviewed and considered (1) the *Plaintiff Trustee's Motion for Issuance*

2  *of an Order to Show Cause re Contempt Against Internal Revenue Service for Failure to Comply*

3  *with Document and Deposition Subpoenas*, filed by plaintiff Richard A. Marshack (the "Trustee"),

4  Chapter 7 trustee for Eagan Avenatti, LLP ("EA"), on April 26, 2023 (the "Motion"), (2) the

5  *Statement of Parties' Positions* regarding the Motion, filed on April 26, 2023, (3) the *Declaration*

6  *of Monica Rieder* in support of the Motion, filed on April 26, 2023 (the "Rieder Declaration"), (4)

7  the *United States' Opposition* to the Motion, filed by the United States of America on behalf of its

8  agency the Internal Revenue Service (the "IRS"), on May 3, 2023 (the "Opposition"), (5) the

9  *Trustee's Statement of Internal Revenue Service's Voluntary Provision of Certain Discovery*

10  *Sought by Trustee's Motion*, filed on May 10, 2023, (6) the Trustee's *Response* to the Opposition,

11  filed on May 16, 2023, (7) the *Supplemental Declaration of Monica Rieder* in support of the

12  Motion, filed on May 16, 2023, and (8) the *Trustee's Supplemental Statement Regarding*

13  *Declaration of Rita Galvan and Request for Order Compelling Responses to Questions*, filed on

14  May 23, 2023; the Court having heard and considered the arguments of counsel at the hearing on

15  May 30, 2023 (the "Hearing Date"); and good cause appearing therefor,

16      **IT IS HEREBY ORDERED THAT:**

17      1.    For purposes of this Order, "Documents Responsive to Request No. 11" shall mean

18  "[a]ll documents on which IRS agent Remoun Karlous ('Agent Karlous') relied in making the

19  following statement, located at ECF page 144 of 198 of Agent Karlous' declaration included in

20  docket number 1 of Central District of California Case No. 8:19-cr-00061-JVS:  'Avenatti also

21  appears to have evaded the assessment and collection of federal income taxes during these tax

22  years [2011 through 2017] by using the entities he controlled, such as . . . EA LLP . . . to hide and

23  conceal his personal income.'";

24      2.    For purposes of this Order, "Listed Questions" shall mean the 26 questions on the

25  list attached as Exhibit G to the Rieder Declaration;

26      3.    The IRS may file a supplemental brief regarding 26 U.S.C. § 6103 ("Section

27  6103") by noon on June 5, 2023;

28      4.    The Trustee may file a reply to the IRS' supplemental brief regarding Section 6103,

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

1   which must be filed by noon on June 8, 2023;

2         5.     The IRS is ordered to give notice to Michael Avenatti by US mail to his last known

3   place of abode as follows:

4         The United States Bankruptcy Court, at a hearing conducted on May 30, 2023, has ordered

5         the IRS to produce information to the Trustee in the above captioned case. This

6         information may contain return and return information of Michael Avenatti as defined

7         under 26 U.S.C. § 6103. This is to provide NOTICE that if any effected person objects to

8         such disclosure, such person, per the court's order, shall file a timely objection in the

9         above captioned cases.

10         6.     Within sixty days after the Hearing Date, the IRS shall produce to the Trustee all

11   Documents Responsive to Request No. 11;

12         7.     Pursuant to the Stipulation filed on Wednesday May 31, 2023, at Docket No.65, the

13   IRS has agreed to produce Rita Galvan, IRS Bankruptcy Specialist, on Friday June 30, 2023, for

14   her deposition with respect to the Listed Questions pursuant to the Federal Rule of Civil Procedure

15   ("FRCP") 30(b)(6);

16         8.     The length of the Deposition shall be governed by Federal Rule of Civil Procedure

17   ("FRCP") 30(d)(1);

18         9.     The Deposition shall be conducted by Zoom or ZoomGov and the Trustee's

19   counsel shall share the connection information with the Court;

20         10.     The Court will be available on the date of the Deposition to rule on any objections

21   made by the IRS to questions asked by the Trustee;

22         11.     Since Ms. Galvan is appearing as the IRS' designated representative pursuant to the

23   FRCP 30(b)(6) deposition subpoena served on the IRS on March 9, 2022, the IRS shall comply

24   with its obligations under FRCP 30(b)(6) and applicable case law to prepare Ms. Galvan to

25   provide all "information known or reasonably available to" the IRS in response to the Listed

26   Questions at the Deposition;

27         12.     To the extent that notes or other documents are necessary for Ms. Galvan to

28   provide her best answers to the Listed Questions at the Deposition, Ms. Galvan shall bring such

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

notes or other documents to the Deposition; and

13.      At the Deposition, Ms. Galvan shall provide the fullest answers of which she is capable (following the preparation described in paragraph 11 and, if applicable, with the aid of the notes or other documents described in paragraph 12) to the Listed Questions and to all reasonable follow-up questions.

14.      The Court will not enter this Order until the Court has considered the Section 6103 Supplement filed by the IRS and any Response filed by the Trustee to the Supplement.

15.      By this order the Court is not ruling in advance on specific objections that may be raised by the IRS during the course of Rita Galvan's Deposition. To the extent such objections, if any, cannot be resolved by the parties, the Court will be available to rule on the objections.

###

Date: June 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

3

# EXHIBIT 2

## ATTACHMENT A

The government has identified the following documents from its files responsive to the Trustee's Request No. 11.

| Bates No. | Document Description |
|---|---|
| USAO 11135-13862 | Bank of America records |
| USAO 13871-14397 | Bank of America records |
| USAO 14401-14429 | Bank of America records |
| USAO 14438-14450 | Bank of America records |
| USAO 14465-20395 | Bank of America records |
| USAO 20407-20995 | Blue Water Escrow records |
| USAO 20999-21377 | CA Bank & Trust records |
| USAO 21382-32239 | CA Bank & Trust records |
| USAO 32240-33015 | CA Bank & Trust records |
| USAO 33016-33121 | CA Bank & Trust records |
| USAO 33128-34265 | CA Bank & Trust records |
| USAO 34266-34269 | CA Bank & Trust records |
| USAO 34270-34270 | CA Bank & Trust records |
| USAO 34271-34271 | Chase Bank records |
| USAO 34276-34395 | Chase Bank records |
| USAO 38499-38519 | Chase Bank records |
| USAO 38522-38525 | Chase Bank records |
| USAO 38529-39255 | Chase Bank records |
| USAO 39262-40136 | Chase Bank records |
| USAO 40141-41810 | Chase Bank records |
| USAO 41811-41934 | Chase Bank records |

```
USAO 41936-42496        Fidelity National Financial records

USAO 42497-42497        City National Bank records

USAO 42500-42591        City National Bank records

USAO 42592-42592        City National Bank records

USAO 42595-42796        City National Bank records

USAO 45245-45313        Ferrari Production records

USAO 48238-48263        Home Street Bank records

USAO 48267-50857        Home Street Bank records

USAO 50859-53684        Home Street Bank records

USAO 53685-53957        Home Street Bank records

USAO 53958-54867        Home Street Bank records

USAO 54868-54902        Home Street Bank records

USAO 54903-54909        Home Street Bank records

USAO 54910-55257        Home Street Bank records

USAO 68754-69828        Key Bank records

USAO 69832-88922        Key Bank records

USAO 89469-89472        CA Bank & Trust records

USAO 91398-91425        The People's Bank records

USAO 91426-91813        The People's Bank records

USAO 91814-91937        The People's Bank records

USAO 91938-92116        The People's Bank records

USAO 92117-92147        The People's Bank records

USAO 92148-92155        The People's Bank records

USAO 92156-92166        The People's Bank records

USAO 92167-92224        The People's Bank records

USAO 92228-92257        Porsche Financial Service records

USAO 92259-92307        Porsche Financial Service records
```

```
USAO 105440-106095      U.S. Bank records

USAO 108426-108437      Declaration of Lisa Storie-Avenatti

USAO 111753-111765      Chase Bank records
```