E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2534
Facsimile: (213) 894-0115
E-mail: najah.shariff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL JOHN AVENATTI<br><br>            Defendant. | Case No.: 8:19-cr-00061-JVS<br><br>[PROPOSED] ORDER AUTHORIZING DISCLOSURE OF DOCUMENTS |

For the reasons stated in the United States of America's application for an Order Authorizing Disclosure of Documents, and good cause appearing, the Court GRANTS the government's application.

IT IS SO ORDERED.


Dated:

                                                                                                                         _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE