UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>MICHAEL JOHN AVENATTI<br><br>               Defendant. | Case No.: 8:19-cr-00061-JVS<br><br>ORDER AUTHORIZING DISCLOSURE OF DOCUMENTS [1122] |

    For the reasons stated in the United States of America's application for an Order Authorizing Disclosure of Documents, and good cause appearing, the Court GRANTS the government's application.

    IT IS SO ORDERED.

Dated: July 21, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1