UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00061-JVS |
| Date | July 25, 2023 |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter  N/A

| Elsa Vargas | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti (Not Present) | | | | Not Present | | | |

**Proceedings:** (IN CHAMBERS) Minute Order Re Sale of Jet

The Court has reviewed the parties' Joint Status Report. (Docket No. 1121.) The parties appear to agree that jet should be sold now without waiting for final determination of the allocation of proceeds. (Id., pp. 2-3) The Court agrees.

The parties shall meet and confer and submit a proposed order for procedures governing the sale within seven days. If the parties have alternative views, they shall be reflected in a single proposed order. Any proceeds shall be deposited with the Court.

: 0

Initials of Deputy Clerk    eva

cc: