UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AVENATTI,<br><br>Defendant.<br><br>ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>Petitioners. | NO. 8:19-CR-00061-JVS<br><br>**ORDER ON JOINT APPLICATION FOR EXTENSION TO SUBMIT A PROPOSED ORDER ESTABLISHING PROCEDURES GOVERNING THE SALE OF ONE HONDA JET. [1127]** |

    The Plaintiff United States of America and petitioners have filed a Joint Application for a 30-day Extension to Submit a Proposed Order Establishing Procedures Governing the Sale of One Honda Aircraft.

    Upon consideration of the application and the entire record herein, and good cause appearing therefor, IT IS HEREBY ORDERED that the application should be and hereby is GRANTED.  The time period for the parties to propose procedures governing

the sale is extended to September 1, 2023.  As previously ordered (ECF 1125), if the parties have alternative views, they shall be reflected in a single proposed order.

**The parties are ordered to give this matter top priority.  Delay in selling a wasting asset serves no  party.**

IT IS SO ORDERED

DATED: August 02, 2023

_____
THE HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

 */s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America