# DECLARATION OF JAMES E. DOCHTERMAN

I, James E. Dochterman, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California. In my capacity as an Assistant United States Attorney, I am chiefly responsible for the representation of the government's interest in this action as it relates to asset forfeiture matters in *U.S. v. Michael Avenatti*, 8:19-cr-00061-JVS.

2. In August 2023, I communicated continuously with Special Agent Bryan Starek and officials of the Internal Revenue Service – Criminal Investigation ("IRS-CI") and officials in the Treasury Executive Office for Asset Forfeiture ("TEOAF") to determine the Treasury Department's contractual obligations and administrative concerns regarding the proposal to sell the HondaJet by a private jet broker rather than by the third-party contractor already storing and maintaining it. Accordingly, I requested and was provided a marketing and sales plan drafted by the third-party contractor Amentum, so that I could present it to petitioners and consider the relative merits of a standard sale by the contracted third-party Amentum versus sale by private jet broker. The IRS-CI response is set forth in the Declaration of Mr. Frank Castillo. *See* Declaration of Mr. Frank Castillo, Exhibit B. The marketing materials and sales plan are attached as Exhibit C.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on August 30, 2023, in Los Angeles, California.

*/s/ James E. Dochterman*
James E. Dochterman