

## Marketing & Sales Plan
## 2016 Honda HA-420 Business Jet
## Seizure No. 2019-9500500057-01-001
## For IRS – Criminal Investigation



**Experience and Sale Preparation**
Expertise from conducting 1,000's of successful auctions has prepared AMENTUM and CWS Marketing Group (CWS) to effectively handle the unique characteristics that selling this aircraft will present. From detailed research and sale planning, to a professionally crafted and executed advertising & promotional campaign, through the culmination of the auction event and closing, every effort will be made to ensure a successful sale.  Collecting and analyzing critical asset data, knowing how to best identify and reach the target market, and successfully executing a seamless auction event, will ensure the success of this assets disposition.  Every stage of the auction process will be coordinated, structured, and executed to result in an effective marketing campaign that culminates in maximizing seizure revenue.

The 2016 Honda 420LLC Business Jet, with its' Two-jet Turbo Fan HF-120 engines, is very desirable within the secondary aircraft market.  Even with the introduction of the HondaJet Elite series beginning in 2018, this early developed 2016 model continues to have market appeal, and the overall good condition of the plane makes it a sought-after aircraft.  Both AMENTUM and CWS have the aircraft sales knowledge, marketing expertise and auction experience to successfully manage the sale process and successfully bring this asset to market.

**Marketing**
The target market is specialized, but readily reachable through national media groups, direct to consumer target marketing, and industry dealers.  As appropriate, news media outlets will also be utilized for additional auction promotions.  Corporate charter services, individual businesses, as well as dealers, will have interest when this aircraft is brought to the market.  The market for the HondaJet series of aircraft is world-wide, with strong demand both in the United States and European nations.  The U.S. buyer base will be the focus of the promotional campaign.  Given broad market appeal and demand, the auction method of marketing is ideal to create a sale environment that will generate interest and competition, thereby maximizing revenue.

The Marketing campaign will begin 6-8 weeks prior to the auction and will be strategically geared to obtain worldwide market awareness. Efforts will target online advertising and social media platforms of business-class and luxury aircraft dealers, corporate charter services, aircraft enthusiasts and industry news sources.  Select print advertising, as well as news media auction announcements and press releases, will support the online advertising and promotion.  Advertising publications utilized will include Business Air, JetNet, AV Buyer, Trade-A-Plane, Global Air and others.  In addition, online listings, banner

ads, social media posts, and email notifications will be placed with media outlets such as Airmail News, Flyingmag.com, Business Air and others.  A detailed list of potential publications is contained on the Advertising & Promotion Sources spreadsheet. A final marketing campaign will be determined upon inspection of the aircraft and the aircraft's logbooks, which are vital to the success of the sale.

Upon agency approval, press releases and auction invitations will be sent to industry and nationwide news media groups through sources such as Airmail News, PR Newswire, Newswire.com and eRelease.com.  In addition, local media in southern California will be contacted directly through appropriate channels.

Advertising and promotion on auction specific websites will include featured posts on AuctionZip.com, GoToAuction.com and CWSMarketing.com.  Detailed auction information, an aircraft specifications and condition report, professional photographs, as well as a video tour of the aircraft will be made available to potential buyers online beginning 6-8 weeks prior to the auction.  The auction event will be featured with a homepage top banner listing *(see sample to the right)*, as well the homepage scrolling sale post.  All interest from marketing and media efforts will direct parties to the Auction Details Page on the CWS website.  This page acts as a portal to the sale and includes the information pertinent to all facets of the auction.


Sample Homepage Top Banner Listings

**Auction Preview**
The main auction preview will be scheduled approximately 7 to 10 days prior to the auction event.  This in-person, by appointment only showing, will be held at the jet's current location in Chino, CA, and will allow interested parties to personally view and inspect the aircraft.  The plane will always be secured with access limited and controlled.  There will be two days of previews, up to eight hours per day.  Additional appointments can be scheduled to ensure all interested parties have the opportunity to inspect the aircraft.

**Online Auction Event -** An internet only auction would take place online at cwsmarketing.com. This online auction platform is utilized for 100's of government auctions each year, and allows for


Bid by PC or the App

participation from anywhere in the world where internet access is available on a desktop computer, laptop, or a personal electronic device such as a pad or smart phone through the CWS auction app. The online bidding would take place over a 7-day period, closing during the middle of the week.  The multi-day online auction process has proven to gradually increase auction momentum, with early bidding generating excitement and participation that builds as the auction moves toward its final day and moments.  With high-end luxury and specialized items such as this HondaJet aircraft, many bidders appreciate anonymity regarding their auction participation.  The online platform allows for both complete pre-auction bidder vetting while allowing potential buyers to remain anonymous to other auction participants during the bidding process.

Different from a live-in-person auction event, where the bidding ends at the drop of the hammer, the online platform has a soft close, meaning if any bid is placed within the last minute of the sale, it will extend the close of the sale an additional one minute from that point.  This will continue until no additional bids

are placed within a final one-minute period.  The soft-close process has proven to generate additional bidding, and at times a resurgence of bids, thereby increasing the sales price.  Anytime a bidder is outbid, they receive an email notice, in addition to being notified instantly on the online auction platform.

Once a high bidder is determined, an invoice is generated and sent via email showing the balance due, the final payment date, and the various options for making payment.  Once payment in full is made, the buyer is sent a DocuSign agreement, along with title documentation and property release instructions.  The release of the aircraft is coordinated through AMENTUM, the storage vendor and CWS.

AMENTUM and CWS will oversee and execute all aspects of the disposition of the Honda HA-420 aircraft with the care necessary to ensure the asset is secure, and with the marketing expertise to ensure a successful auction process.





**2016 Honda HA-420 Business Jet**

| 2016 HondaJet HA 420 | | | | |
|---|---|---|---|---|
| Twin Engine Business Jet | | | | |
| Potential Advertising & Promotion Sources | | | | |
| PUBLICATION | PLACEMENT | SOCIAL MEDIA | DETAILS | STATS |
| **Industry Specific** | | | | |
| Business Air | Print/Digital | Yes | Display Ad with specs and photos | Published by Flying Media Group |
| Business Air | Email Broadcast | N/A | Dedicated Bulk Email Notice | Sent on Saturdays to 100K+ Aircraft Owners |
| JetNet.com | Aircraft Listing | N/A | Global Aviation Research database | 29K+ monthly visits |
| AVBuyer.com | Business Aircraft Listing | Yes | Listing w/photos | 72K Subscribers |
| AVBuyer.com | Eblast | Yes | Targeted Audience | 393K+ Monthly visits |
| Aircraftforsale.com | Business Jet Listing | N/A | Hosted by Flying Media Group | 13K monthly visits |
| Flyingmag.com | Business Jet Listing | Yes | Display Ad with specs and photos | 1.1 Million monthly visits |
| Trade-A-Plane | Business Aircraft Listing | N/A | Featured Listing | 3.7 million pageviews monthly |
| Aerotrader.com | Honda Jet Listing | Yes | Featured Listing | 126K monthly visits |
| GlobalAir.com | Business Aircraft Listing | Yes | Featured Listing | 56K+ subscribers |
| Airmail News | Email Notice to 56K subscribers | N/A | 4 Aircraft Featured per Email | Hosted by GlobalAir |
| **Auction Specific** | | | | |
| Cwsmarketing.com | Homepage Featured Sale | Yes | Homepage Listing w/ Additional Banner Ad | 124K+ monthly visits |
| Cwsmarketing.com | Aircraft Auction Page | | Dedicated Aircraft Auction Page | |
| Cwsmarketing.com | Bulk Email Notice | NA | Aircraft Subscriber Bulk Email Notice | 88K+ total opt in subscribers |
| GoToAuction | Aircraft Listing | Yes | Display Ad with specs and photos | 241K+ monthly visits |
| Google Ad Campaign | Aircraft Sponsored Ads | N/A | Business Jets, Aircraft | Google Ad Words campaign |
| Social Media | Facebook/Instagram | Yes | Dedicated Posts to CWS Sites | 9700+ Followers |
| GovAuctions.org | Email to 82K+ | N/A | 3 Email Blasts | 82K+ opt in subscribers |
| AllAuctionSales.com | Upcoming Auctions | Yes | Detailed Listing | 12K+ monthly visits |
| Auctionzip.com | Aircraft Auctions | N/A | Home Page Featured Display Ad | 2 Million monthly visits |