UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL AVENATTI,<br><br>　　　　　Defendant. | NO. 8:19-CR-00061-JVS (KESx)<br><br>**[PROPOSED] ORDER ESTABLISHING PROCEDURES GOVERNING THE SALE OF ONE HONDA JET.** |
| ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>　　　　　Petitioners. | |

　　　The Plaintiff United States of America and petitioners met and conferred to discuss procedures that would govern a sale of the seized HondaJet (the "aircraft"). The aircraft remains in the custody and care of Amentum, a third-party contractor for the Internal Revenue Service – Criminal Investigation, where it has been since its seizure.

Amentum and CWS Marketing Group provided a marketing campaign and sales plan stating it would target business-class and luxury aircraft dealers, corporate charter services, aircraft enthusiasts, industry news sources pursuant to sale of the aircraft.

Upon consideration of the application and the entire record herein, and good cause appearing therefor, IT IS HEREBY ORDERED that the government custodian, the Internal Revenue Service – Criminal Investigation, immediately instruct the third-party contractor to carry out the proposed aircraft marketing and sales plan set forth in the materials supplied by Amentum and CWS Marketing Group, the aircraft sale to be completed within 120 days.  After payment of related contractual fees, the net proceeds of the sale shall be deposited with the Court.

IT IS SO ORDERED

DATED: _____, 2023

THE HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

/s/ James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney
Attorneys for Plaintiff
United States of America