E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal Bar. No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2686
   Facsimile: (213) 894-0142
   E-mail:   James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL AVENATTI,<br><br>       Defendant.<br><br>ALEXIS GARDNER; JASON FRANK LAW, PLC; SPRING CREEK RESEARCH, LLC; AND RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>       Petitioners. | NO. 8:19-CR-00061-JVS (KESx)<br><br>**PLAINTIFF'S STATUS REPORT REGARDING DISPOSITION OF ONE HONDA AIRCRAFT.** |

The Plaintiff United States of America (the "government") submits this status report to report on the disposition of a certain Honda aircraft, registration number N227WP, aircraft serial number 42000029, which a third-party contractor for the Internal Revenue Service ("IRS") sold pursuant to the Court's September 1, 2023, Order Establishing Procedures Governing the Sale of One Honda Jet. ECF 1130. The Honda aircraft is also the defendant in the stayed civil forfeiture complaint and is referred to herein as the "defendant aircraft." *U.S. v. One Honda Aircraft*, 8:19-CV-1988-JVS (KESx).

On December 6, 2023, the IRS's third-party contractor Amentum and CWS Marketing Group sold the defendant aircraft pursuant to a marketing and sales plan set forth in the materials supplied by Amentum and CWS Marketing Group and filed with the Court on September 1, 2023. ECF 1129. Amentum has now issued its Final Cost Report (attached hereto as Exhibit A), which shows that the defendant aircraft sold for $2,760,000.00, and as of March 20, 2024, had incurred storage, consignment, disposition, maintenance and sales expenses of $240,274.44. See Exhibit A. As of the week of April 8, 2024, the IRS has caused the final net sales proceeds of $2,519,725.56 to be deposited with the clerk of the court.

DATED: April 16, 2024

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

  */s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA