## Declaration of Michael J. Avenatti

I, Michael J. Avenatti, hereby declare under penalty of perjury that I have agreed that the office of the federal public defender for the Central District of California will represent me in connection with my re-sentencing and all further proceedings in this case (United States v. Michael John Avenatti; CDCA No. 19-cr-61-JVS). I previously signed a Waiver of Appearance, which I understand has been filed and remains in effect.

November 22, 2024 at San Pedro, California.

*[signature]*