CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: Adithya_Mani@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MICHAEL J. AVENATTI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-CR-61-JVS |
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION FOR RESENTENCING SCHEDULE** |
| v. | |
| MICHAEL J. AVENATTI, | |
| Defendant. | |

Defendant Michael J. Avenatti, by and through his counsel of record, Deputy Federal Public Defenders Adithya Mani and Margaret A. Farrand, hereby applies *ex parte* for an order setting a schedule for resentencing in this matter.

///

This application is based upon the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the Court regarding the application. The government does not oppose this request.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 13, 2024      By  /s/ Adithya Mani
                              MARGARET A. FARRAND
                              ADITHYA MANI
                              Deputy Federal Public Defender
                              Attorneys for Defendant
                              MICHAEL AVENATTI

**DECLARATION OF ADITHYA MANI**

I, Adithya Mani, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Michael J. Avenatti in the above-entitled action.

2. I file this declaration in support of Mr. Avenatti's *ex parte* application to set a schedule for his resentencing.

3. The defense previously proposed scheduling resentencing on June 30, 2025, in its December 5, 2024 status report (dkt. 1138).

4. At the status conference held on December 9, 2024, the Court indicated it did not agree with the defense's proposed dates and instructed the parties to agree to schedule resentencing for the first quarter of 2025.

5. I contacted the prosecutors in this case, Assistant United States Attorneys Ranee A. Katzenstein and Brett Sagel regarding this *ex parte* request. Mr. Sagel originally proposed scheduling resentencing on March 31, 2024, simultaneous submissions of sentencing position responses on March 17, 2025, simultaneous submissions of sentencing positions on March 10, 2025, and disclosure of the revised presentence investigation report ("PSR") by the United States Probation Office ("USPO") on February 10, 2025. In response to the following dates that the defense proposed, Mr. Sagel informed me that the government believed the dates it proposed were sufficient and in line with what the court expected, but that the government would not oppose the dates proposed by the defense:[1]

    a. Resentencing on April 21, 2025

    b. Simultaneous submissions of sentencing responses on April 7, 2025

---

[1] To avoid all doubt, the defense reserves the right to seek an evidentiary hearing.

1

   c. Simultaneous submissions of sentencing positions on March 31, 2025

   d. Disclosure of the PSR by the USPO on March 3, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2024 at Santa Ana, California.

        By  */s/ Adithya Mani*
          ADITHYA MANI