cc: USPPO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. AVENATTI, <br><br> Defendant. | Case No. 8:19-CR-61-JVS <br><br> **ORDER SETTING RESENTENCING SCHEDULE [1140]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that resentencing in this matter is set for April 21, 2025, at 10:00 a.m. The United States Probation Office shall disclose the revised presentence investigation report on or before March 3, 2025.

The parties shall submit their respective sentencing positions on or before March 31, 2025. Any responses shall be filed on or before April 7, 2025.

DATED: December 18, 2024

HON. JAMES V. SELNA
United States District Judge

2