# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No.  8:19-cr-00061-JVS | Date: January 31, 2025 |

Present: The Honorable: **James V. Selna, United States District Judge**

Interpreter   N/A

| Elsa Vargas | Sharon Seffens | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Michael John Avenatti | NOT | | | Margaret Farrand | X | X | |
| | | | | Adithya Mani | X | X | |

**Proceedings:**   Status Conference Re Ex Parte Application [1149]

Cause is called for hearing with defendant's counsel and counsel for the Government present. The defendant not present. A waiver of appearance filed at Docket No. 1133. Michelle Phan makes her formal appearance and joins in the governments motion adopting the government's position. Request for Joinder at Docket No. 1150 is **GRANTED**.

The Court and counsel confer regarding the status of the case. For the reasons stated on the record the Court **DENIES** the Ex Parte Application at Docket No. 1149. The Court DIRECTS that Exhibit B of Docket No. 1163 be substituted for the existing call for documents.

The Court **ORDERS** that compliance as to Exhibit B be completed by Friday, February 7, 2025. The expert will have one week from February 7, 2025, to finalize the report. If additional time is needed by either party, they can request it with an application to the Court.

Cc:

: 17

Initials of Deputy Clerk   eva