CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: Adithya_Mani@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MICHAEL J. AVENATTI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-CR-61-JVS |
| Plaintiff, | Honorable James V. Selna |
| v. | **REPORT OF CARL S. SABA, MBA, CVA, ASA, ABV** |
| MICHAEL JOHN AVENATTI, | |
| Defendant. | |

Pursuant to this Court's Order dated March 13, 2025 (Docket no. 1186),
Defendant hereby files the enclosed Report of Carl S. Saba, MBA, CVA, ASA, ABV.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  March 28, 2025              By:   */s/ Adithya Mani*

ADITHYA MANI
MARGARET A. FARRAND
Deputy Federal Public Defender
Attorney for MICHAEL AVENATTI

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

900 E Hamilton Ave
Suite 100
Campbell, CA 95008

March 26, 2025

Office of the Federal Public Defender
Central District of California
321 East 2nd Street
Lost Angeles, California 90012-4202

## I. SCOPE OF ENGAGEMENT

I have been retained by Mr. Michael Avenatti's attorneys at the Office of the Federal Public Defender ("Counsel") to calculate the fair market value of Em Cosmetics, LLC ("Company" or "Em Cosmetics") and associated intellectual property as of September 17, 2017 ("Valuation Date") – the date the Company was acquired by Michelle Phan from Personalized Beauty Discovery, Inc. dba Ipsy ("Ipsy"). Upon review of the initial and subsequent documents provided, including the asset and stock purchase agreements[1], Em Cosmetics' 2017 and 2018 Tax Returns[2], Em Cosmetics' 2017 and 2018 financials,[3] and Ipsy's 2014-2018 audited financials,[4] I have determined that there is insufficient information to estimate the fair market value of Em Cosmetics using accepted valuation approaches. All approaches considered are more fully described in this report.

The purchase agreement[5] and the IPSY audited financials[6] did however provide insights into the value Michelle Phan family members realized from buy-out of their Ipsy Common stock on September 17, 2017. Additional details on this transaction are more fully described in this report. This analysis and report was performed solely for Mr. Michael Avenatti's sentencing. The resulting information should not be used for any other purpose or by any other party.

## II. VALUATION METHODOLOGIES

Em Cosmetics was purchased from L'Oreal in October 2015.[7] The original cosmetic product line was discontinued at the end of 2016 and restarted in April 2017 with new product lines and business model.[8] The individual LLC for Em Cosmetics was established in October 2017.[9]

Valuation of a business is dependent on prospective buyers' expectations of future profits and cash flows that the business can reasonably be expected to generate, and the rate of return buyers expect on their investment. In this instance, I was provided with only 3 months of financial results for Em Cosmetics for 2017, which span the period from when the Company was acquired by Ms. Phan in September 2017, to calendar year end. In addition, I was provided with a year of financial results for

---

[1] IPSY-000275
[2] PHAN_01, PHAN_03
[3] PHAN_02, PHAN_04
[4] IPSY-000386
[5] IPSY-000275
[6] IPSY-000386
[7] IPSY-000317-000386
[8] IPSY-000326-000386
[9] EM Cosmetics_Michelle Phan

Em Cosmetics in 2018. Given that this financial data was all after the Valuation date and that it was for a very short period of time, it did not allow me to assess trends in financial performance of the Company. I also do not have any information on how the new product lines that were established in April 2017 overlap with or are similar to the product lines that Em Cosmetics offered during its years of operations within L'Oreal or Ipsy. Furthermore, I was not provided with any management prepared budgets, projections, or forecasts, which are particularly important for early-stage businesses where past results often do not reasonably predict future expectations. As a company matures, revenue growth rates generally decline, and operating profit margins generally improve.

Generally accepted valuation approaches for a business fall into three categories; income approaches, market approaches, and cost / asset approaches. The income approach requires estimation of future profits and cash flows of a business, and the annual rate of return that investors require on their investment in the business. The market approach values a company by comparison with transactions in similar businesses or assets. The asset approach values a company based on the recoverable value of its underlying assets minus its liabilities. Due to the limitations in the documents and information that was provided to me, I am unable to reliably apply any of these valuation methods.

## III. STOCK TRANSACTION

In exchange for Em Cosmetics assets including trademarks, intellectual property, and inventory, Michelle Phan forfeited 65,000 shares of common stock in Ipsy. As part of this transaction, Michelle Phan and family members (Pratigya "Promise" Phan and Long Tran) (collectively "Family Members")[10] were bought out of their stock in Ipsy at $76 per share in two parts – September 18, 2017[11] and September 18, 2018 ("Stock Transaction"). In Ipsy's financial statements which were audited by KPMG, it was noted that these stock buy-outs were at a price that was above fair market value.[12]

In the Stock Transaction, Michelle Phan sold 468,753 shares of Ipsy Common Stock.[13] She in turn received $27,478,940 for 361,575 shares on September 18, 2018 and $8,146,288 for the remaining 107,188 shares on September 18, 2018.[14] This transaction resulted in a price paid of $76 per share. However, Michelle Phan exercised options on 52,855 options for $64,272 in exercise proceeds that she had to pay to Ipsy. Factoring in the option exercise, Michelle Phan received net proceeds of $75.82 per share in the first transaction and $76.00 per share in the second transaction. Additional details on this transaction can be found in Exhibit C.

Long Tran sold 14,947 shares of Ipsy Common Stock in two parts. Tran sold 13,000 shares for $988,000 on September 18, 2017,[15] and 1,947 shares for $147,972 on September 18, 2018[16]. This transaction resulted in a value of $76.0 per share. However, Long Tran exercised 5,000 options with

---

[10] IPSY-000275

[11] All stock and asset agreements were signed and dated September 17, 2017 so this is the date decided for the valuation date. However, the transactions in the signed and dated agreements were set to occur on September 18, 2017 & September 18, 2018.

[12] IPSY-000361-000386

[13] IPSY 000056-000275

[14] IPSY 000057-000275

[15] IPSY 000042-000275

[16] IPSY 000043-000275



exercise proceeds of $3,250.[17] Factoring in the options exercise price to the first transaction on September 18, 2017, Long Tran received $75.75 per share in the first transaction. Additional details on this transaction can be found in Exhibit C.

Pratigya "Promise" Phan sold 6,500 shares of Ipsy Common Stock[18] on September 18, 2017 for $475,000. This resulted in a $76.00 per share price in this transaction. Additional details on this transaction can be found in Exhibit C.

Upon reviewing these stock transactions (Exhibit C), it is evident that each share of Common Stock in Ipsy on September 17, 2017 was repurchased by Ipsy from Phan and family members at $76.00 per share (excluding reduction for option-exercising costs). This $76.00 per share transaction price was noted as "higher than the per-share value at the time of repurchase" by KPMG[19] – Ipsy's auditors.

## IV. ACTUAL VS FAIR MARKET VALUE

KPMG noted that 452,815 shares were repurchased in August and September of 2017 by Michelle Phan and Family members for $29.3 million – a net consideration price of $64.71 per share. This is lower than $76.00 per share because it is reduced by option exercise proceeds, and is further diluted by the inclusion of 65,000 shares which were not repurchased, but exchanged for Em Cosmetics assets. KPMG noted that the actual fair market value of the shares that transacted was $12.9 million – indicating Ipsy overpaid by $16.4 million for the 452,815 shares in 2017. Assuming the fair value of these shares was $12.9 million at the time, then the fair market value was $28.49 per share.

KPMG also noted that the remaining 109,135 shares that were to transact in the future at $8.3 million in September 2018 had a fair market value of $3.1 million – indicating Ipsy agreed to overpay for these shares by approximately $5.2 million. Assuming the fair market value of these shares was $3.1 million, the fair market value was $28.41 per share.

According to the Stock Repurchase Agreements that I reviewed, Ipsy repurchased 561,950 shares[20] at $76 per share (Exhibit C) for a total consideration of $42,708,200. Assuming the fair market value was $28.49 per share using KPMG's disclosure (Exhibit C), the actual value of the 561,950 shares was $16,009,008. Therefore, Michelle Phan and family members received $26,699,112 in excess consideration in the share repurchase transaction on September 17, 2017. I understand that this transaction was negotiated simultaneously with the purchase of the Em Cosmetics assets on the same date.

---

[17] IPSY 000043-000275
[18] IPSY 000070-000275
[19] IPSY 000361-000386
[20] IPSY 000361-000386



## V. Conclusion

Ultimately, I was unable to accurately and reliably derive the fair market value of Em Cosmetics using accepted traditional valuation methods given the lack of data available. However, the stock transaction enabled me to derive both the actual price paid and the fair market value (as calculated by KPMG) paid to Michelle Phan and family members. Ultimately, Michelle Phan and family members received **$26,699,112** in excess consideration for their shares that were repurchased by Ipsy on September 17, 2017, which KMPG recorded as compensation expense to Phan and family members.

Very truly yours,

**HEMMING MORSE, LLC**

Carl S. Saba, MBA, CVA, ASA, ABV
Partner



| **Em Cosmetics, LLC** | **Exhibit A** |
|---|---|
| Business Valuation | Summary of Values |
| As of September 17, 2017 | *(thousands of USD)* |

| | | |
|---|---|---:|
| Stock Purchase Consideration Paid to Phan Family Members in 2017 | $ | 42,708 |
| Less: Fair Value of Ipsy Stock @ $28.49 Per Share | | (16,009) |
| **Excess Consideration Paid to Phan Family Members (Exhibit C)** | **$** | **26,699** |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Em Cosmetics, LLC**                                              **Exhibit B.1**

| Business Valuation | Historical Balance Sheets |
| --- | --- |
| As of September 17, 2017 | *(thousands of USD)* |

|  | As of 12-31-17 | As of 12-31-18 |
| --- | --- | --- |
| **Assets** | | |
| Current Assets | | |
| Current Operating Assets | | |
| Cash & Equivalents | $        2,605 | $        7,241 |
| Accounts Receivable | 167 | - |
| Inventory | 366 | 189 |
| Prepaid Assets | 10 | 222 |
| Other Current Assets | - | - |
| Total Current Operating Assets | 3,149 | 7,653 |
| Total Current Non-Operating Assets | - | - |
| Total Current Assets | 3,149 | 7,653 |
| | | |
| Total Fixed Assets - Net | - | - |
| | | |
| Non Current Assets | | |
| Total Intangible Assets - Net | - | - |
| Total Long Term Receivables | - | - |
| Total Other Non-Current Assets | - | - |
| Total Non Current Assets | - | - |
| | | |
| **Total Assets** | **$        3,149** | **$        7,653** |
| | | |
| **Liabilities and Equity:** | | |
| | | |
| Liabilities | | |
| Current Liabilities | | |
| Current Operating Liabilities | | |
| Total Current Operating Liabilities | 47 | 189 |
| Total Current Debt Obligations | - | - |
| Total Current Liabilities | 47 | 189 |
| | | |
| Non Current Liabilities | | |
| Total Long Term Debt | - | - |
| Total Other Non Current Liabilities | - | - |
| Total Non Current Liabilities | - | - |
| | | |
| Total Liabilities | 47 | 189 |
| | | |
| Total Equity | 3,102 | 7,464 |
| | | |
| **Total Liabilities and Equity** | **$        3,149** | **$        7,653** |

HM    HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

| Em Cosmetics, LLC | | | | Exhibit B.2 |
|---|---|---|---|---|
| Business Valuation | | | | Historical Income Statements |
| As of September 17, 2017 | | | | *(thousands of USD)* |

| | | 3.5 Months 12-31-17 | | FYE 12-31-18 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Retail | $ | 262 | $ | 844 |
| Shipping | | - | | - |
| Shipping | | - | | - |
| Refunds, Discounts, & Chargebacks | | (0) | | (27) |
| Total Revenue | $ | 262 | $ | 817 |
| | | | | |
| **Cost of Goods Sold** | | | | |
| Products | | 29 | | 179 |
| Packaging & Fulfillment | | 72 | | 166 |
| CC & Marketplace Fees | | 13 | | 72 |
| COGS4 | | - | | - |
| Total Cost of Goods Sold | | 114 | | 417 |
| | | | | |
| Gross Profit | | 148 | | 399 |
| | | | | |
| **Operating Expenses** | | | | |
| Salaries and Wages | | 59 | | 227 |
| Benefits & Employer Taxes | | 10 | | 50 |
| Marketing | | 0 | | 112 |
| Professional Services/Subcontractin | | 69 | | 339 |
| Travel & Training | | 20 | | 17 |
| Office Expenses | | 11 | | 16 |
| Software | | 0 | | 1 |
| Equipment | | 9 | | 2 |
| R&D | | - | | - |
| Other Expenses | | 43 | | 792 |
| Total Operating Expenses | | 221 | | 1,556 |
| | | | | |
| **Officers' Compensation** | | | | |
| Salaries | | - | | - |
| Bonuses | | - | | - |
| Total Officers' Compensation | | - | | - |
| | | | | |
| **EBITDA** | | (73) | | (1,157) |
| | | | | |
| **Depreciation & Amortization** | | | | |
| Depreciation | | - | | - |
| Amortization | | - | | - |
| Total Depreciation & Amortization | | - | | - |
| | | | | |
| **EBIT** | | (73) | | (1,157) |
| | | | | |
| **Miscellaneous Income/(Expense)** | | | | |
| Interest Income | | - | | 13 |
| Gain/(Loss) on Sale of Fixed Assets | | - | | - |
| Other Income/(Expense) | | - | | - |
| Total Misc Inc/(Exp) | | - | | 13 |
| | | | | |
| Interest Expense | | - | | - |
| | | | | |
| Pre-Tax Income | | (73) | | (1,143) |
| Less: Income Taxes/(Benefit) | | - | | - |
| | | | | |
| **Net Income/(Loss)** | $ | (73) | $ | (1,143) |

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

| Em Cosmetics, LLC | Exhibit B.3 |
|---|---|
| Business Valuation | Adjustments to Financial Statements |
| As of September 17, 2017 | *(thousands of USD)* |

|  | 3.5 Mos. Annualized 12-31-17 | FYE 12-31-18 |
|---|---|---|
| **Balance Sheet Adjustments:** |  |  |
| Cash & Equivalents | $ (2,605) | $ - |
| Accounts Receivable | (167) | - |
| Inventory | (192) | - |
| Prepaid Assets | (10) | - |
| Accounts Payable | - | - |
| Deferred Revenue | (7) | - |
| Other Current Liabilities | (5) | - |
| Net Equity Adjustment | (2,961) | - |
| **Total Balance Sheet Adjustments** | **$ (2,974)** | **$ -** |
|  |  |  |
| **Income Statement Adjustments:** |  |  |
|  |  |  |
| Revenue |  |  |
| Retail | $ 649 | $ - |
| Shipping | - | - |
| Wholesale | - | - |
| Refunds, Discounts, & Chargebacks | (1) | - |
| Total Revenue | $ 648 | $ - |
|  |  |  |
| Cost of Goods Sold |  |  |
| Products | 72 | - |
| Packaging & Fulfillment | 178 | - |
| CC & Marketplace Fees | 32 | - |
| COGS4 | - | - |
| Total Cost of Goods Sold | 282 | - |
|  |  |  |
| Gross Profit | 366 | - |
|  |  |  |
| Operating Expenses |  |  |
| Salaries and Wages | 145 | - |
| Benefits & Employer Taxes | 25 | - |
| Marketing | 0 | - |
| Professional Services/Subcontracting | 170 | - |
| Travel & Training | 50 | - |
| Office Expenses | 28 | - |
| Software | 0 | - |
| Equipment | 22 | - |
| R&D | - | - |
| Other Expenses | 107 | - |
| Total Operating Expenses | 546 | - |
|  |  |  |
| Officers' Compensation |  |  |
| Salaries | - | - |
| Bonuses | - | - |
| Total Officers' Compensation | - | - |
|  |  |  |
| **EBITDA** | **(180)** | **-** |
|  |  |  |
| Total Depreciation & Amortization | - | - |
|  |  |  |
| **EBIT** | **(180)** | **-** |
|  |  |  |
| Miscellaneous Income/(Expense) |  |  |
| Interest Income | - | (13) |
| Gain/(Loss) on Sale of Fixed Assets | - |  |
| Other Income/(Expense) | - | - |
| Total Misc Inc/(Exp) | - | (13) |
|  |  |  |
| Interest Expense | - | - |
|  |  |  |
| Pre-Tax Income | (180) | (13) |
| Less: Income Taxes/(Benefit) | - | - |
|  |  |  |
| **Total Income Statement Adjustments** | **$ (180)** | **$ (13)** |

**Notes:**



| **Em Cosmetics, LLC** | | | | | | **Exhibit B.4** |
|---|---|---|---|---|---|---|
| Business Valuation | | | | | | Adjusted Balance Sheets |
| As of September 17, 2017 | | | | | | *(thousands of USD)* |

| | Subject Company - Adjusted | | Subject Company Common Size | | Benchmark Common Size | |
|---|---|---|---|---|---|---|
| | As of 09-17-17 | As of 12-31-18 | As of 09-17-17 | As of 12-31-18 | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Assets** | | | | | | |
| Current Assets | | | | | | |
| Current Operating Assets | | | | | | |
| Cash & Equivalents | $          - | $      7,241 | 0.0% | 94.6% | 14.1% | 22.7% |
| Accounts Receivable | - | - | 0.0% | 0.0% | 24.0% | 12.9% |
| Inventory | 175 | 189 | 100.0% | 2.5% | 32.6% | 14.5% |
| Prepaid Assets | - | 222 | 0.0% | 2.9% | NA | NA |
| Other Current Assets | - | - | 0.0% | 0.0% | 2.9% | 5.7% |
| Total Current Operating Assets | 175 | 7,653 | 100.0% | 100.0% | 73.6% | 55.9% |
| Total Current Non-Operating Assets | - | - | 0.0% | 0.0% | NA | NA |
| Total Current Assets | 175 | 7,653 | 100.0% | 100.0% | 73.6% | 55.9% |
| Total Fixed Assets - Net | - | - | 0.0% | 0.0% | 15.7% | 14.1% |
| Non Current Assets | | | | | | |
| Total Intangible Assets - Net | - | - | 0.0% | 0.0% | 3.8% | NA |
| Total Long Term Receivables | - | - | 0.0% | 0.0% | NA | NA |
| Total Other Non-Current Assets | - | - | 0.0% | 0.0% | 6.9% | 30.0% |
| Total Non Current Assets | - | - | 0.0% | 0.0% | 10.7% | 30.0% |
| **Total Assets** | **$       175** | **$      7,653** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| **Liabilities and Equity:** | | | | | | |
| Liabilities | | | | | | |
| Current Liabilities | | | | | | |
| Current Operating Liabilities | | | | | | |
| Accounts Payable | $         34 | $         155 | 19.5% | 2.0% | 16.5% | 9.0% |
| Deferred Revenue | - | 20 | 0.0% | 0.3% | NA | NA |
| Other Current Liabilities | - | 13 | 0.0% | 0.2% | 10.0% | 2.3% |
| Total Current Operating Liabilities | 34 | 189 | 19.5% | 2.5% | 26.5% | 11.2% |
| Total Current Debt Obligations | - | - | 0.0% | 0.0% | 11.7% | 3.8% |
| Total Current Liabilities | 34 | 189 | 19.5% | 2.5% | 38.2% | 15.0% |
| Non Current Liabilities | | | | | | |
| Total Long Term Debt | - | - | 0.0% | 0.0% | 11.3% | 12.3% |
| Total Other Non Current Liabilities | - | - | 0.0% | 0.0% | 4.0% | NA |
| Total Non Current Liabilities | - | - | 0.0% | 0.0% | 15.3% | 12.3% |
| Total Liabilities | 34 | 189 | 19.5% | 2.5% | 53.5% | 27.3% |
| Equity | | | | | | |
| Owners Equity | 3,175 | 8,675 | 1816.7% | 113.4% | NA | NA |
| Retained Earnings | (3,034) | (67) | -1736.2% | -0.9% | NA | NA |
| Net Income | - | (1,143) | 0.0% | -14.9% | NA | NA |
| Retained Earnings | - | - | 0.0% | 0.0% | NA | NA |
| Total Equity | 141 | 7,464 | 80.5% | 97.5% | 46.5% | 72.7% |
| **Total Liabilities and Equity** | **$       175** | **$      7,653** | **100.0%** | **100.0%** | **100.1%** | **100.0%** |

**Notes:**

[1] Source: Refer to report for selection of public comparables group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: Risk Management Association; NAICS 325620: Toilet Preparation Manufacturing for firms with annual revenues between $2MM - $10
[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 325620: Cosmetics Manufacturers for firms with annual revenues between $1MM


HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**Em Cosmetics, LLC**                                                                                      **Exhibit B.5**

Business Valuation                                                                          Adjusted Income Statements
As of September 17, 2017                                                                        *(thousands of USD)*

| | Subject Company - Adjusted | | Subject Company Common Size | | Benchmark Common Size | |
|---|---|---|---|---|---|---|
| | 3.5 Mos. Annualized 12-31-17 | FYE 12-31-18 | 3.5 Mos. Annualized 12-31-17 | FYE 12-31-18 | RMA [2] 2017-18 | BizMiner [3] 2017 |
| Revenue | | | | | | |
| Retail | $ 911 | $ 844 | 100.1% | 103.3% | NA | NA |
| Shipping | - | - | 0.0% | 0.0% | NA | NA |
| Wholesale | - | - | 0.0% | 0.0% | NA | NA |
| Refunds, Discounts, & Chargebacks | (1) | (27) | -0.1% | -3.3% | NA | NA |
| Total Revenue | 910 | 817 | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | |
| Cost of Goods Sold | | | | | | |
| Products | 101 | 179 | 11.1% | 22.0% | NA | NA |
| Packaging & Fulfillment | 250 | 166 | 27.5% | 20.3% | NA | NA |
| CC & Marketplace Fees | 45 | 72 | 5.0% | 8.9% | NA | NA |
| COGS4 | - | - | 0.0% | 0.0% | NA | NA |
| Total Cost of Goods Sold | 396 | 417 | 43.5% | 51.1% | 56.3% | 51.6% |
| | | | | | | |
| Gross Profit | 514 | 399 | 56.5% | 48.9% | 43.7% | 48.4% |
| | | | | | | |
| Operating Expenses | | | | | | |
| Salaries and Wages | 204 | 227 | 22.4% | 27.8% | NA | NA |
| Benefits & Employer Taxes | 35 | 50 | 3.9% | 6.2% | NA | NA |
| Marketing | 1 | 112 | 0.1% | 13.7% | NA | NA |
| Professional Services/Subcontracting | 239 | 339 | 26.2% | 41.5% | NA | NA |
| Travel & Training | 70 | 17 | 7.6% | 2.1% | NA | NA |
| Office Expenses | 39 | 16 | 4.2% | 1.9% | NA | NA |
| Software | 1 | 1 | 0.1% | 0.2% | NA | NA |
| Equipment | 30 | 2 | 3.3% | 0.2% | NA | NA |
| R&D | - | - | 0.0% | 0.0% | NA | NA |
| Divinium Labs | - | - | 0.0% | 0.0% | NA | NA |
| Other Expenses | 150 | 792 | 16.4% | 96.9% | NA | NA |
| Total Operating Expenses | 767 | 1,556 | 84.3% | 190.6% | 28.6% | 35.0% |
| | | | | | | |
| Officers' Compensation | | | | | | |
| Salaries | - | - | 0.0% | 0.0% | NA | NA |
| Bonuses | - | - | 0.0% | 0.0% | NA | NA |
| Total Officers' Compensation | - | - | 0.0% | 0.0% | 2.6% | 7.4% |
| | | | | | | |
| **EBITDA** | **(253)** | **(1,157)** | **-27.8%** | **-141.6%** | **12.5%** | **6.0%** |
| | | | | | | |
| Depreciation & Amortization | | | | | | |
| Depreciation | - | - | 0.0% | 0.0% | NA | NA |
| Amortization | - | - | 0.0% | 0.0% | NA | NA |
| Total Depreciation & Amortization | - | - | 0.0% | 0.0% | 1.5% | 1.6% |
| | | | | | | |
| **EBIT** | **(253)** | **(1,157)** | **-27.8%** | **-141.6%** | **12.5%** | **4.4%** |
| | | | | | | |
| Total Miscellaneous Income/(Expense) | - | - | 0.0% | 0.0% | -0.6% | 0.0% |
| | | | | | | |
| Interest Expense | - | - | 0.0% | 0.0% | NA | 0.5% |
| | | | | | | |
| Pre-Tax Income | (253) | (1,157) | -27.8% | -141.6% | 11.9% | 4.0% |
| Less: Income Taxes/(Benefit) | - | - | 0.0% | 0.0% | NA | 0.9% |
| | | | | | | |
| **Net Income/(Loss)** | **$ (253)** | **$ (1,157)** | **-27.8%** | **-141.6%** | **11.9%** | **3.0%** |

| Growth Analysis: | Revenue Growth | | EBITDA Margin Growth | |
|---|---|---|---|---|
| Subject - 1 year | NA | -10.2% | NA | -409.7% |
| Guidline Public Company Group [4] - 1 year | 3.6% | 6.7% | 6.5% | 15.8% |
| Industry [5] - 1 year [Nominal Growth Rate] | 8.6% | 4.2% | NA | NA |
| | | | | |
| Subject - 3 year | NA | NA | NA | NA |
| Guideline Public Company Group - 3 year | 3.1% | 3.6% | 1.2% | 5.2% |
| Industry [5] - 3 year [Nominal Growth Rate] | 8.4% | 6.5% | NA | NA |

**Notes:**
[1] Source: Refer to report for selection of public comparables group. Figures represent average of dataset as reported by S&P CapitalIQ.
[2] Source: Risk Management Association; NAICS 325620: Toilet Preparation Manufacturing for firms with annual revenues between $2MM - $10MM.
[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 325620: Cosmetics Manufacturers for firms with annual revenues between $1MM - $3M
[4] Figures represent median of dataset as reported by S&P CapitalIQ.
[5] Source: IBISWorld. NAICS 325620: Toilet Preparation Manufacturing (real growth) plus inflation from https://www.usinflationcalculator.com/inflation



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Em Cosmetics, LLC**                                                                 **Exhibit B.6**
Business Valuation                                                    Comparative Financial Ratios
As of September 17, 2017

|  | Subject Company | | Benchmark | | |
|---|---|---|---|---|---|
|  | 3.5 Mos. Annualized 12-31-17 | FYE 12-31-18 | Comp. [1] LTM | RMA [2] 2017-18 | BizMiner [3] 2017 |
| **Liquidity Ratios** | | | | | |
| Current Ratio | 5.1 | 40.6 | 2.5 | 1.8 | 3.7 |
| Quick (Acid-Test) Ratio | 0.0 | 38.4 | 1.4 | 0.8 | 2.4 |
| Working Capital as a % of Revenue | 15.5% | 651.1% | 23.9% | 20.0% | 19.5% |
| Days' Receivables | NA | NA | 20.5 | 37.6 | 20.0 |
| Days' Inventory | 80.6 | 113.4 | 97.0 | 86.9 | 43.7 |
| Days' Payables | 15.7 | 58.9 | 60.7 | 39.2 | 26.9 |
| **Coverage Ratios** | | | | | |
| Times Interest Earned | NA | NA | 23.2 | 26.7 | 13.3 |
| NI+Non-Cash Expenditures / Current L.T. Debt | NA | NA | NA | | 3.32 |
| **Leverage Ratios** | | | | | |
| Fixed Assets/Tangible Worth | 0.0 | 0.0 | 0.3 | 0.5 | 0.2 |
| Debt-to-Equity | 0.0 | 0.0 | 0.1 | 0.5 | 0.2 |
| **Operating Ratios** | | | | | |
| EBT/Tangible Worth | -179.7% | -21.8% | NA | 49.2% | 15.2% |
| EBT/Total Assets | -144.7% | -21.2% | NA | 19.7% | 11.1% |
| Fixed Asset Turnover | NA | NA | 6.9 | 14.9 | 16.7 |
| Total Asset Turnover | 5.2 | 0.1 | 1.5 | 2.4 | 2.4 |
| Total Officers' Compensation | 0.0% | 0.0% | NA | 2.6% | 7.4% |

**Notes:**
[1] Source: Refer to report for selection of public comparables group. Figures represent median of dataset as reported by S&P Capita
[2] Source: Risk Management Association; NAICS 325620: Toilet Preparation Manufacturing for firms with annual revenues between
[3] Source: BizMiner Industry Financial Analysis Profile; NAICS 325620: Cosmetics Manufacturers for firms with annual revenues betv


**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**Em Cosmetics, LLC**                                                          **Exhibit C**
Business Valuation                                                     Stock Repurchase Transactions
As of September 17, 2017

### Terms of September 17, 2017 Stock Repurchase Agreements

**Repurchase Agreement #1 IPSY-000042**

| | | |
|---|---|---:|
| No. shares at closing | | 13,000 |
| Consideration Paid | $ | 988,000 |
| Consideration Per Share | $ | 76.00 |
| No. shares at second closing | | 1,947 |
| Consideration Paid | $ | 147,972 |
| Consideration Per Share | $ | 76.00 |

**Repurchase Agreement #2 IPSY-000056**

| | | |
|---|---|---:|
| No. shares at closing | | 361,575 |
| Consideration Paid | $ | 27,478,940 |
| Consideration Per Share | $ | 76.00 |
| No. shares at second closing | | 107,188 |
| Consideration Paid | $ | 8,146,288 |
| Consideration Per Share | $ | 76.00 |

**Repurchase Agreement #3 IPSY-000070**

| | | |
|---|---|---:|
| No. shares at closing | | 6,250 |
| Consideration Paid | $ | 475,000 |
| Consideration Per Share | $ | 76.00 |

### September 17, 2017 Stock Repurchase Agreements Adjusted for Cashless Exercise of Options

**Repurchase Agreement #1 IPSY-000042**

| | | |
|---|---|---:|
| No. shares at closing | | 13,000 |
| Consideration Paid | $ | 988,000 |
| Less: Options Exercise Price | $ | (3,250) |
| Net Consideration Paid | $ | 984,750 |
| Consideration Per Share | $ | 75.75 |
| No. shares at second closing | | 1,947 |
| Consideration Paid | $ | 147,972 |
| Consideration Per Share | $ | 76.00 |

**Repurchase Agreement #2 IPSY-000056**

| | | |
|---|---|---:|
| No. shares at closing | | 361,575 |
| Consideration Paid | $ | 27,478,940 |
| Less: Options Exercise Price | $ | (64,272) |
| Net Consideration Paid | $ | 27,414,668 |
| Consideration Per Share | $ | 75.82 |
| No. shares at second closing | | 107,188 |
| Consideration Paid | $ | 8,146,288 |
| Consideration Per Share | $ | 76.00 |

**Repurchase Agreement #3 IPSY-000070**

| | | |
|---|---|---:|
| No. shares at closing | | 6,250 |
| Consideration Paid | $ | 475,000 |
| Consideration Per Share | $ | 76.00 |

### 2017 Stock Repurchases per KPMG Audited Financial Statements of Personalized Beauty Discovery dba Ipsy

**Repurchase 15 Months After September 2017**

| | | |
|---|---|---:|
| No. shares Repurchased | | 109,135 |
| Consideration Paid | $ | 8,300,000 |
| Consideration Per Share | $ | 76.05 |
| Actual Fair Value of Shares | $ | 3,100,000 |
| Per Share Value | $ | 28.41 |
| Compensation Expense | $ | 5,200,000 |

**Repurchase August & September 2017**

| | | |
|---|---|---:|
| No. shares Repurchased | | 452,815 |
| Consideration Paid | $ | 29,300,000 |
| Consideration Per Share | $ | 64.71 |
| Actual Fair Value of Shares | $ | 12,900,000 |
| Per Share Value | $ | 28.49 |
| Compensation Expense | $ | 16,400,000 |

| | | |
|---|---|---:|
| Total Shares Repurchased | | 561,950 |
| Price Per Share | $ | 76.00 |
| Total Consideration | $ | 42,708,200 |
| Consideration @ $28.49 / share | $ | (16,009,088) |
| **Excess Consideration Received** | **$** | **26,699,112** |



# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Executive Summary

Carl Saba is a Partner in the Forensic and Financial Consulting Service Group at Hemming Morse.
He is a recognized leader within the business valuation community, with over twenty six years of experience
advising companies on complex financial analysis and valuation issues for litigation, mergers and acquisitions, tax,
and financial reporting matters. His valuation expertise spans business valuation, valuation of intellectual property
and other intangible assets, and valuation of options and other derivatives.

Carl has led in excess of 800 valuation engagements over the last fifteen years across a broad range of industries. He
has assisted clients as a valuation expert in initial public offerings, acquisitions, corporate restructure transactions, and
bankruptcy reorganizations with transaction values exceeding $1 billion. He has also assisted clients with resolving
valuation disputes with the Internal Revenue Service (IRS), and addressing valuation inquiries and reviews by the
Public Companies Oversight Board (PCAOB), and Securities and Exchange Commission (SEC).

On litigation matters, Carl has served as an expert and testified on a wide range of complex business disputes
involving economic damages. These have included shareholder dissolution actions, business interruption,
unfair competition, trade secret misappropriation, patent infringement, alter ego, lost wages, and fraud claims.

Carl also has significant financial advisory experience in mergers and acquisitions due diligence and turnaround
management. He has lead due diligence efforts that have assisted his clients in negotiating key deal terms,
negotiated with creditors to recapitalize companies, and helped management teams define strategic direction.

Contributing to thought leadership within the valuation community is something Carl is passionate about. He
co-founded and formerly Chaired the Executive Committee of the Fair Value Forum, a business valuation expert group
dedicated to defining best practices within the profession. He also served a term as President of the Valuation
Roundtable of San Francisco and was a board member for several years. Carl has authored
several articles on cutting edge valuation topics, and teaches and lectures on the topic frequently.

Carl has an MBA from the Marshall School of Business at the University of Southern California where he graduated
with Honors. He earned his Bachelor's degree at U.C. Berkeley's Haas School of Business. He is a Certified Valuation
Analyst with the National Association of Certified Valuators and Analysts. He is also an Accredited Senior Appraiser
with the American Society of Appraisers, and Accredited in Business Valuation with the American Institute of Certified
Public Accountants.

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2013 – Present | **Hemming Morse**<br>**Forensic and Financial Consultants**<br>Partner |
| 2004 – 2013 | **Burr Pilger Mayer, Inc.**<br>**Certified Public Accountants and Consultants**<br>Shareholder, Consulting Practice Group Leader |
| 2003 – 2004 | **Comerica Bank, Palo Alto**<br>Vice President / Team Leader |
| 2003 | **University of Southern California**<br>MBA, Finance Emphasis<br>– Graduated in top tier of class with honors<br>– Extensive graduate level coursework in finance theory, valuation, options and decision analysis, statistics, and business strategy |
| 2002 | **Decision Education Foundation, Menlo Park**<br>Strategy Consultant, Strategic Decisions Group (Summer Internship) |
| 1999 – 2001 | **Comerica Bank, Palo Alto**<br>Vice President / Corporate Banking Officer |
| 1996 – 1999 | **Manufacturers Bank, San Jose**<br>Assistant Vice President / Corporate Banking Officer |
| 1995 | **University of California, Berkeley**<br>Bachelors degree in Business Administration and Finance |

CURRICULUM VITAE

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Professional Credentials

- **Accredited in Business Valuation (ABV)**
  American Institute of Certified Public Accountants

- **Accredited Senior Appraiser (ASA)**
  American Society of Appraisers

- **Certified Valuation Analyst (CVA)**
  National Association of Certified Valuators and Analysts

- **Graduate of Leadership San Francisco**
  Class of 2008

### Professional Affilliations

- **Fair Value Forum**
  – Co-Founder
  – Chair, Executive Committee, 2012-2023
  – Executive Committee, 2006-2023

- **Valuation Roundtable of San Francisco**
  – President, 2011-2012
  – Board Member, 2009-2014

- **National Association of Certified Valuation Analysts**

- **American Society of Appraisers**

- **American Institute of Certified Public Accountants**

- **Community Legal Services, East Palo Alto**
  – Executive Committee Board Member, 2014-2023
  – Treasurer, 2014-2023

- **Beta Gamma Sigma** – National Business Honor Society

### Publications

- **"Quantifying Personal Goodwill by Analyzing Customer Retention"**, BVR Business Valuation Update Vol. 23 No. 11, November 2017

- **Co-author of the valuation section of The 409A Administration Handbook,** Thomson Reuters, 2013 Edition

- **"Due Diligence Can Attract, Support an Acquisition",** North Bay Business Journal, April 2013

- **"Purchase Price Allocations Under ASC 805"**, A Guide to Allocating Purchase Price for Business Combinations, BPM Insights, July 2012

- **"A Fresh Start for Your Financials After Chapter 11, Fair Value Measurements in Reorganization"**, BPM Insights, March 2012

- **"Valuation Challenges for Early Stage Companies"**, BV Wire Issue 97-4, October 2010

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Publications continued

■ "Valuation Challenges for Early Stage Companies",
BV Wire Issue 97-4, October 2010

■ "Stock Options for Life Science Companies,
Understanding the Risks, Realizing the Rewards",
CFO.com, 2009

■ "Future Equity Financing in Early Stage Company
Valuations", Fair Value Forum Whitepaper, 2009

■ "Finding Value in Valuations" – The Importance of
Valuations for Biotech Companies, Smart Business,
2008

■ "Accounting Practices for Medical Technology", MX
Magazine, July/August 2007

■ "Hot Issues in Biotech and Life Sciences", California
CPA, March/April 2006.

### Instructions and Seminars

■ "Buy / Sell Provisions & Business Valuation in Litigation",
Holland & Hart, April 2024

■ "Complexities and Challenges of Business Valuation in
Litigation", VPS Straight Talk Series Webcast, October 2023

■ "Preparing your Business for a Successful 2022",
Associated General Contractors (AGC) California, June 2022

■ "Experts In Uncharted Waters", Association of Business
Trial Lawyers Conference , October 2021

■ "Auditing IRC 409A and ASC 805 Valuations", OUM & CO,
September 2020

■ "Fair Value Forum Case Study – Unpacking Differences
Between Diverse Valuation Opinions", American Society
of Appraisers 2018 Fair Value Summit, November 2018

■ "Case Studies in 409A Valuations", American Society of
Appraisers 2017 Fair Value Summit, November 2017

■ "To Dissolve or Not to Dissolve, Navigating the Waters
of Shareholder Disputes", Beverly Hills Bar Association,
June 2017

■ "To Dissolve or Not to Dissolve, Overview of Section
2000 of the California Corporations Code", Ventura
County Bar Association, May 2017

■ "To Dissolve or Not to Dissolve, the Pros and Cons of
Section 2000 of the California Corporations Code",
ProVisors Lawyers and Legal Professionals Affi nity
Group, April 2017

■ "409A and Private Companies Valuation Update",
American Society of Appraisers 2016 Fair Value
Summit, November 2016

■ "Developments in the Valuation of Early Stage
Companies", AICPA Webcast, June 2016

■ "Business Valuation in Litigation: Overview and
Case Studies", American Society of Appraisers
Northern California Chapter, June 2016

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**CAMPBELL OFFICE**
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV          HEMMING.COM

## Instructions and Seminars continued

■ "Hot Topics in Early Stage Company Valuations", Montgomery & Hansen LLP, April 2016

■ "What CPAs Should Know About Business Valuation for Estate and Gift Tax Matters", Crawford Pimentel, January 2016

■ "409A Valuation Issues Update", American Society of Appraisers 2015 Fair Value Summit, November 2015

■ "Developments in the Valuation of Early Stage Companies", AICPA Forensic and Valuation Services Conference, November 2015

■ "Stock Transactions as an Indication of Fair Value in Common Stock Valuations", American Society of Appraisers 2014 Fair Value Summit, November 2014

■ "Valuation of Winery Brand and Operations, Building Value in the Wine Business", The Seminar Group, November 2014

■ "Valuation in Dissenting Shareholder Actions, Estate and Gift Tax Matters, and Transactions", McCormick Barstow LLP, September 2014

■ "Damages and Valuation for New or Unestablished Businesses", Winston & Strawn, May 2014

■ "The Continued Appraisal Attack", 2013 California Tax Policy Conference of the California Tax Bar, November 2013

■ "Equity Compensation Valuation Issues - Addressing Situational Requirements When the Guidance is Insufficient", American Society of Appraisers 2013 Fair Value Summit, November 2013

■ "Mergers & Acquisitions: Better Decision Making Through Financial Modeling", AICPA Controllers Conference, November 2013

■ "Auditing Fair Value Measurements under IRC 409, ASC 718, and ASC 805", OUM & Co. LLP, September 2013

■ "Valuation Issues in Chapter 11 Reorganizations, Inns of Court", San Jose Federal Courthouse, July 2013

■ "Panelist on Valuation Issues in Bankruptcy and Financial Reporting", Association of Insolvency and Restructuring Advisors National Conference, June 2011

■ "Alternative Investments, Fair Value Issues", San Francisco Nonprofit Roundtable, 2009

■ "The Guideline Public Company Valuation Method and Minority versus Control Value Conclusion", Valuation Roundtable of San Francisco, 2009

■ "Modeling Techniques for Future Rounds of Equity Financing in Early Stage Technology and Biotech Companies", Fair Value Forum, 2009

■ "Acquired Intangible Assets and Impairment Testing Under FAS 141, 142, 144", San Francisco State University, 2008

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**CAMPBELL OFFICE**
900 E Hamilton Ave l Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Instructions and Seminars continued

- "FAS 157 and Mark-to-Market or Mark-to-Make Believe Accounting?", Golden Gate University, 2008

- "Analyzing Financial Statements, and Interpreting Financial Ratios", Building Owners and Managers Association (BOMA), 2005-2007

- "Valuations of Early Stage Companies", Frost, and Sullivan Medical Devices Conference, 2007

- "Complex Capital Structures – DCF with Future Capital Requirements and the Impact of Existing Shareholders", Valuation Roundtable of San Francisco Annual Seminar, 2007

- "Audits of Investments in Private Equity Securities, Are you Ready?", San Francisco Nonprofit Roundtable, 2007

- "Valuation and Accounting under FAS 123R", Cal Society East Bay Business & Industry Group, 2006

- "Panelist on Implementation and Valuation Considerations Under FAS 123R", Cal Society Life Sciences Industry Group, 2006

### Testimony
#### Trial and Arbitration

- DTL Transport, Inc. v. Jasdeep Singh Sidhu (2025), Superior Court, Fresno County, California, Case No. 22CEG00117

- Carl B. Barney v. Commissioner of Internal Revenue (2024), United States Tax Court, Los Angeles, California, Docket No. 5310-22

- United States of America v. Rishi Shah (2024), United States District Court, Northern District of Illinois, Case No. 19-CR-00864

- Anthony Giarratano v. University of San Francisco et al. (2024), Judicate West Arbitration, San Francisco, California, Case No. A294998

- ASM Medical Ventures, LLC v. Tien Trinh, M.D.; Akira MSO, LLC. (2023), JAMS Arbitration, San Jose, California, Case No. 1130008359

- Jack Pandol v. International Fruit Genetics et al. (2023), AAA Arbitration, Bakersfield, California, Case No. 01-22-0001-1523

- Jiajie Zhu v. Jing Li, and Dong Chen (2023), United States District Court, Northern District of California, Case No. 4:19-cv-02534-JSW

- Facebook, Inc. & Subsidiaries v. Commissioner of Internal Revenue (2022), United States Tax Court, San Francisco, California, Docket No. 21959-16

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Testimony continued

#### Trial and Arbitration continued

- Dr. Albert Cha v. Vivo Capital, LLC and Vivo Ventures VII, LLC (2022), JAMS Arbitration, San Francisco, California, Case No. 1100110703

- Jaspindar Sandhu v. Eximius Design, LLC, et. al. (2021) JAMS Arbitration, Case No. 1100104731

- Shasikant Patel v. Nitin Desai, Town Green Enterprises, LLC, Windsor Hospitality Group. LLC (2021) JAMS Arbitration, San Francisco, California, Case No. 1100107540

- Yuhui Chen v. Zining Wu, InnoGrit Corporation, Shanghai Yingren Chuang Information Technology Co., Ltd. (2020) JAMS Arbitration, San Jose, California, Case No. 1110024169

- Omega Electric Supply, LLC, et al. v. Estate of Todd G. Lewis, et al. (2019) JAMS Arbitration, Case No. 1100091778

- David Senescu v. The Keating Group, Inc., et al. (2019), JAMS Arbitration, Case No. 1110022437

- San Jose, California Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018), JAMS Arbitration, Case No. 1220055749

- Robert Kindrachuk v. Norcal Urology Medical Group, Inc. (2018), ADR Services, Inc., Case No. 17-7127-HD

- Domain Associates, L.L.C., et al. v. Nimesh S. Shah (2018), Court of Chancery Delaware, Case No. 12921-VCL

- Michael DiSanto v. Bingham McCutchen LLP (2016), JAMS Arbitration, San Francisco County, California, Case No. 1110017742

- Gerald Laurence Trebesch v. Fall Line Capital LLC (2015), American Arbitration Association (AAA), San Francisco County, California, Arbitration No. 01-14-001-0482

- Ellen Pao v. Kleiner Perkins Caufield & Byers (2015), Superior Court, San Francisco County, California, Case Number CGC-12-520719

- Roxanne E. Doherty v. Michael Doherty (2015), Superior Court, Calaveras County, California, Case Number 11CV37584

- Lehman Brothers Holdings Inc., as Assignee of Lehman Brothers Inc. v. Christopher J. Clifford (2014), Financial Industry Regulatory Authority (FINRA), San Francisco County, California, Arbitration No. 10-04109

- Evan MacMillan v. Groupon, Inc. (2014), American Arbitration Association, San Francisco County, California, Case Number 74 460 00054 13

**CURRICULUM VITAE**

HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

# CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

## Testimony continued

### Deposition

- DTL Transport, Inc. v. Jasdeep Singh Sidhu (2025), Superior Court, Fresno County, California, Case No. 22CEG00117

- Preston Clark and Growthpoint Global Inc. v. Windsail Credit Fund L.P. (2024), Superior Court, Orange County, Civil Complex Center, California, Case No. 30-2021-01191735-CU-BT-CJC

- Jason Yotopoulos v. Mach49, LLC et al. (2024), Superior Court, Santa Clara County, California, Case No. 22-CV-399097

- Anthony Giarratano v. University of San Francisco et al. (2024), Judicate West Arbitration, San Francisco, California, Case No. A294998

- Premier Brain & Spine Institute Inc. v. Jill Cudia (2024), Superior Court, Santa Clara County, California, Case No. 19-CV-351955

- Marriage of Mark and Anne Woolway (2023), Superior Court, Contra Costa County, California, Case No. D20-03053

- Jack Pandol v. International Fruit Genetics et al. (2023), AAA Arbitration, Bakersfield, California, Case No. 01-22-0001-1523

- Herbert D. Dompe and Susan Dompe v. Stewart & Jasper Orchards et al. (2023), Superior Court Stanislaus County, California, Case No. CV-20-004626

- Annette P. Cowan v. Allergy Asthma Clinic Burlingame, Inc. et al. (2021), Superior Court San Mateo County, California, Case No. 19-CIV-00235

- Dr. Albert Cha v. Vivo Capital, LLC and Vivo Ventures VII, LLC (2021), JAMS Arbitration, San Francisco, California, Case No. 1100110703

- Jaspindar Sandhu v. Eximius Design, LLC, et. al. (2021) JAMS Arbitration, Case No. 1100104731

- Kouji Yamada v. Lateef Management, LLC (2021), JAMS Arbitration, Case No. 1100109005

- Anthony Scott Levandowski v. Uber Technologies, Inc. (2021), United States Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 20-30242 (HLB)

- Graystone Mortgage, LLC v. Network Funding, L.P. (2021), United States District Court, District of Utah Central Division, Case No. 2:19-cv-00383-JNP

- John Nypl, et al. v. JP Morgan Chase & CO., et al. (2021), United States District Court, Southern District of New York, Case No. 15 Civ. 9300 (LGS)

- Yuhui Chen v. Zining Wu, InnoGrit Corporation, Shanghai Yingren Chuang Information Technology Co., Ltd. (2020) JAMS Arbitration, San Jose, California, Case No. 1110024169

CURRICULUM VITAE

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

CAMPBELL OFFICE
900 E Hamilton Ave | Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

### Testimony continued
### Deposition continued

- Matthew Pliskin, Trustee of ICPW Nevada Trust v. BDO USA, LLP (2020), American Arbitration Association (AAA) Dallas, Texas, Case No. 01-19-0000-4459

- Zwick Partners, LP and Aparna Rao v. Quorum Health Corporation, et al. (2019), United States District Court Middle District of Tennessee, Case No. 3:16-cv-02475

- MD Anis Uzzaman and Fenox Venture Capital Inc. v. Brandon Hill (2019), Superior Court San Mateo County, California, Case No. 17-CIV-02443

- Omega Electric Supply, LLC, et al. v. Estate of Todd G. Lewis, et al. (2019), JAMS Arbitration, Case No. 1100091778

- Donald Norman v. Patrick Strateman, et al. and Intersango LLC (2019), Superior Court San Francisco County, California, Case Number CGC-17-556483

- David Senescu v. The Keating Group, Inc., et al. (2019), JAMS Arbitration, San Jose, California, Case No. 1110022437

- Unlimited Prepaid, Inc. v. Air Voice Wireless, LLC (2018), JAMS Arbitration, Case No. 1220055749

- Julia Bernstein, et al. v. Virgin America, Inc, et al. (2018), United States District Court, Northern District of California, Case No. 15-cv-02277-JST

- Domain Associates, L.L.C, et al. v. Nimesh S. Shah (2017), Court of Chancery Delaware, Case No. 12921-VCL

- State of California, et al. v. BP America Production Company, et al. (2017), Superior Court, San Francisco County, California, Case No CGC-12-522063

- Tamara B. Pow v. Mark Figueiredo (2017), Superior Court, Santa Clara County, California, Case Number 1-15-CV-282824

- Glen Ocal v. Kenneth S. Thom, Pier 39 Maritime Business Facilities, LLC dba SOMAcentral (2017), Superior Court Santa Clara County, California, Case Number 114CV266597

- Stacy Guthmann v. CC-Palo Alto, Inc. D/B/A VI at Palo Alto; Classic Residence Management Limited Partnership, et al (2017), United States District Court, Northern District of California San Jose Division, Case Number 16-CV-02680-LHK

- Crossfit, Inc. v. Jeff Martin, et al. (2017), United States District Court, District of Arizona, Case Number 2:14-cv- 02277-JJT

- Joel Simkhai and Grindr Holdings Company v. KL Grindr Holdings Inc., et al. (2017), American Arbitration Association, Los Angeles County, California, Case Number 01-16-0003-7637

- Clyde Berg v. Speech Morphing Systems (2016), Superior Court, San Francisco County, California, Case Number 2014-1-CV-264586



CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CAMPBELL OFFICE**
900 E Hamilton Ave I Suite 100
Campbell, CA 95008
T: 415.836.4000

## CARL S. SABA, MBA, CVA, ASA, ABV

HEMMING.COM

**Testimony** continued

**Deposition** continued

- California Crane School Incorporated v. National Commission for the Certification of Crane Operators (2016), Superior Court, Tuolumne County, California, Case Number CV53859

- Matthew Ure v. Oracle Corporation (2016), JAMS Arbitration, Case No. 1100080447

- Dellon Chen v. Standard Fiber LLC (2015), Superior Court San Mateo County, California, Case Number CIV521306

- Lloyds TSB Bank, PLC v. Michael J. Kilroy (2015), Superior Court, Riverside County, California, Case Number INC 1202040

- Ellen Pao v. Kleiner Perkins Caufield & Byers (2015), Superior Court, San Francisco County, California, Case Number CGC-12-520719

- Biotechnology Value Fund, L.P. v. Celera Corporation, Credit Suisse Securities LLC (2014), United States District Court, Northern District of California San Francisco Division, Case Number CV-13-3248-DMR

- Saul R. Flores v. Group One Construction Inc (2014), Superior Court, Santa Clara County, California, Case Number 112CV215989

- John K. Palladino v. John Palladino Jr. (2014, Superior Court, San Mateo County, California, Case Number CIV512247

- Roxanne E. Doherty v. Michael Doherty (2014), Superior Court, Calaveras County, California, Case Number 11CV37584

- Evan MacMillan v. Groupon, Inc. (2013), American Arbitration Association, San Francisco County, California, Case Number 74 460 00054 13

- Margery Raffanti v. Estate of Robert Raffanti (2010), Superior Court, Santa Clara County, California

- Scomas Restaurant, Inc. (2009) San Francisco County, California