1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  ADITHYA MANI (Bar No. 301880)
   (E-Mail: Adithya_Mani@fd.org)
3  Deputy Federal Public Defender
   411 West Fourth Street, Suite 7110
4  Santa Ana, CA  92701
   Telephone: (714) 338-4500
5  Facsimile: (714) 338-4520

6  MARGARET A. FARRAND (Bar No. 235295)
   (E-Mail:  Margaret_Farrand@fd.org)
7  Deputy Federal Public Defender
   321 East 2nd Street
8  Los Angeles, California 90012-4202
   Telephone:  (213) 894-2854
9  Facsimile:  (213) 894-0081

10 Attorneys for Defendant
   MICHAEL J. AVENATTI
11

12

13              UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15                  SOUTHERN DIVISION

16

17 UNITED STATES OF AMERICA,            Case No. 8:19-CR-61-JVS

18            Plaintiff,                *EX PARTE* APPLICATION FOR
                                        ORDER INSTRUCTING THE
19       v.                             UNITED STATES MARSHAL TO
                                        TRANSPORT DEFENDANT TO
20 MICHAEL J. AVENATTI,                 COURT FOR RESENTENCING

21            Defendant.

22

23       Defendant Michael J. Avenatti, by and through his counsel of record, Deputy

24 Federal Public Defenders Adithya Mani and Margaret A. Farrand, hereby applies *ex*

25 *parte* for an order instructing the United States Marshal to transport Mr. Avenatti to and

26 from Court on the same day for resentencing.

27 ///

28

1    This application is based upon the attached declaration, all files and records in

2 this case, and such further information as may be provided to the Court regarding the

3 application.  If the United States Marshal is capable of transferring Mr. Avenatti to and

4 from FCI Terminal Island for his resentencing on the same day, the government would

5 not object.

6

7                                              Respectfully submitted,

8

9                                              CUAUHTEMOC ORTEGA
                                               Federal Public Defender

10

11 DATED:  April 15, 2025        By  /s/ Adithya Mani
                                    _____
12                                  MARGARET A. FARRAND
                                    ADITHYA MANI
13                                  Deputy Federal Public Defenders
                                    Attorneys for Defendant
14                                  MICHAEL AVENATTI

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ADITHYA MANI

I, Adithya Mani, declare:

1.     I am an attorney with the Office of the Federal Public Defender ("DFPD") for the Central District of California.  I am licensed to practice law in the State of California and I am admitted to practice in this Court.  I am appointed to represent Michael J. Avenatti in the above-entitled action with my colleague, Chief of Appeals, DFPD Margaret A. Farrand.

2.     I file this declaration in support of Mr. Avenatti's *ex parte* application for an order instructing the United States Marshal to transport Mr. Avenatti from FCI Terminal Island ("TI") to the Ronald Regan Federal Building for his resentencing and return him to TI that same day.

3.     Mr. Avenatti is currently serving his sentence at TI, located in San Pedro, California, approximately 30 miles from the Ronald Regan Federal Building in Santa Ana, California.

4.     At TI, Mr. Avenatti is part of the Bureau of Prisons's ("BOP's") Suicide Watch Companion program.  As a suicide watch companion, Mr. Avenatti has three shifts per week as needed.  Transferring Mr. Avenatti for resentencing before the day of resentencing will likely disrupt the suicide watch companion program at TI.

5.     Mr. Avenatti is also part of TI's educational department and has five shifts per week from Monday through Friday.  As part of his duties, Mr. Avenatti works as a clerk, helps tutor other inmates, and helps other inmates prepare for successful re-entry into the community.  Transferring Mr. Avenatti for resentencing before the day of resentencing will likely disrupt TI's educational department.

6.     Transferring Mr. Avenatti before the day of resentencing will also be detrimental to his preparation for resentencing and his ability to communicate with counsel.  Ms. Farrand and I are currently able to regularly meet with Mr. Avenatti for telephonic and in-person visits.  It is critical to the defense that we maintain these regular visits with Mr. Avenatti.  Transferring Mr. Avenatti from TI to another facility

1    before the day of resentencing will disrupt our ability to maintain these regular visits,

2    thereby impeding on our ability to communicate and prepare for Mr. Avenatti's

3    resentencing.

4          7.     At TI, Mr. Avenatti has access to his legal documents, paperwork, and

5    other relevant materials.  If Mr. Avenatti is transferred from TI, he will likely lose

6    access to these materials, impeding Mr. Avenatti's ability to assist counsel in preparing

7    for his resentencing.

8          8.     In addition, Mr. Avenatti has ongoing medical care issues and is awaiting

9    a follow-up meeting with a specialist following a recent CT scan.  Mr. Avenatti will not

10    have the same level of medical care at another facility if he is transferred from TI

11    before the day of resentencing.  This is because TI is a BOP medical facility and has the

12    capacity for a higher level of medical care than other jail and/or prison facilities.

13          9.     Given those facts stated above, it is also highly important that Mr.

14    Avenatti is returned to TI on the same day as his resentencing to avoid disrupting (1)

15    his commitments at TI and (2) his medical care.

16          10.    Mr. Avenatti made a request virtually identical to this one on October 26,

17    2022, in advance of his original sentencing (dkt. 1030), which the Court granted (dkt.

18    1032).

19          11.    On April 11, 2025 and April 14, 2025, I contacted AUSA Brett Sagel to

20    find out the government's position on this request.  AUSA Sagel informed me that if

21    the United States Marshal is capable of transferring Mr. Avenatti to and from TI for his

22    resentencing on the same-day, the government would not object.

23    ///

24

25

26

27

28

2

12.    On April 11, 2025, I emailed the address provided to my office to contact the United States Marshal ("USMS") regarding transportation requests.  As of April 15, 2025, the USMS did not respond to my email and I did not receive any notifications that my email was undeliverable or bounced back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on April 15, 2025 at Santa Ana, California.

By  /s/ Adithya Mani
ADITHYA MANI

3