# EXHIBIT U

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 2 of 27    Page ID
#:30044
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 87 of 183    Page ID
#:24529

September 27, 2022

Dear Honorable Judge Selna:

My sister and I wanted to introduce ourselves and share with you our thoughts on our father, Michael John Avenatti. My name is Lauren Louise and I was born in October of 2002.  Fortunately, through academic scholarships and financial aid I have just started my sophomore year at Arizona State University - Walter Cronkite School of Journalism – Barett Honors College. I had a successful Freshman year ending up on the Dean's list both semesters and interned this summer at Fox 24 Arkansas.  My sister is Nicole Frances and she was born October of 2004. She is starting her Senior year of high school as a 4.0 student and a member of the highly ranked Corona Del Mar tennis team. Sadly, the last couple of years have painted a very one-dimensional view of our father and do not adequately convey the man we know and love. We would like to share with you the countless good things he has done, the clients he has helped, and the important role he plays in our daily lives.

When Grandpoppy, our paternal grandfather, was forced into early retirement by a large corporate giant, it caused a spark in my Dad to want to earn a law degree and to fight against injustice. Through photo albums we have seen the struggle our parents went through to get our Dad through law school and achieve his dream of becoming a lawyer. After law school, and for as long as we can remember, he has been pursuing justice for hudreds of clients. We have seen him take on pro-bono clients, help friends with legal challenges, and take cases others wouldn't. We witnessed his tenacity as some of these cases lasted over ten years. We understood the significance of his work and it has inspired us to help others.  Our mom would send him photos of us holding posters we made and video clips of the cheer we created before many important hearings or trials. The "Argue Daddy, Argue!" cheer is as important to us today as it was through our entire childhood when hoped for victories for his clients.  We need him to know that we are still behind him and still rooting for him.

To us, our Dad is the father who tells us he loves us just because, gives us a hug, kiss and a shutter when saying goodbye, took us to plays and concerts, and always has encouraging words for us and coaches us through life's challenges. We have been taught to value God and family above all else, to use our blessings to be kind, helpful and compassionate to others, and always to live with grace and forgiveness in our hearts.

Even after our parents got divorced, they remained committed to amicably co-parenting us. Our parents were clear nothing mattered more to them than us. Dad would come over in the mornings before work to bring us pancakes and as a family we would meet a Chili's for family dinner.  We spent hours playing in the park with him in El Segundo.  We loved to hang out and have Sunday dinners with him and our brother.  We made trips to the zoo, beach, Disneyland, and lots of other places, and have so much fun just being together. He is kind and compassionate with us and loves animals.  When we were little girls he surprised us with a puppy on Christmas morning, and we had Romo as part of our family until his death in in 2019.

He always encouraged us to be our best selves and make the most of our potential and lives, and to be assertive, independent, strong women and to strive to make our goals a reality. He told us not to be negative. He taught us that if you put your energy into it, you can achieve anything you want in life, and that anything is possible. He always instilled in us the importance of getting good grades, being active academically and being involved in clubs and extracurricular activities. When Nicole was scared to sleep away from home, our Dad insisted we go to tennis camp, so that we could learn to be independent and be prepared for a college setting. It was always an expectation that we would go to college and get a good education, our Dad implemented that in us from a very young age. He always wanted us to be successful and self-reliant.

Growing up, we have seen many examples of his kindness to other people. Not that long ago, we were with him when he stopped to change a stranger's tire on the side of the road, and our uncle recently told us about my Dad helping him out of situations when they were younger that we didn't even know about. Our dad has always been a source of strength for us, and a great role model, and taught us not to be judgmental or cruel because people come from all walks of life and we don't always know their story. When I was a freshman in high school and a classmate was bullying me, my dad talked me through it and comforted me, and then mediated with his parents and helped solve the problem. When I was young, I had a lazy eye and had to have multiple procedures and countless trips to the doctor and wear a patch. It was a difficult experience for me and my Dad helped me through it, because he had gone through it as a child too and understood what it was like. He taught me to be strong and overcome it.

Whenever my dad talks about us succeeding in the future and how we are equipped with all the skills to be whatever we want to be, his soft side comes out. He worked so hard to make his dreams a reality, and he has embedded that into us from a very young age. Dad wants us to put our best foot forward and always try our best. From a very young age, he has given us so much strength to go out and to make our dreams come true. Our dad loves us so much, he wants the very best for us. Whenever he talks about us, his fatherly and soft side comes out. He has never failed to express to us how proud he is of us and how he thinks we are so gifted and special. He has given us courage and strength by setting an amazing example of resiliency. Throughout his life, our dad has never given up. He has put his incredible strength and resiliency into us. He always finds a way to get back up and keep on fighting. We know he will find a way to come back from this adversity and be better and more productive than fully making amends. We are so thankful that my mom and my dad have always encouraged us in that as the last few years have tested us and we have been able to find the strength to persist and to keep excelling.

One of our favorite memories with our dad is running around the house for hours playing "tickle monster." He would make us laugh so hard to the point where our stomachs would ache. We also loved when dad set up egg hunts on Easter for us. Our dad did so much for us to make us feel special. He would take us to Build-A-Bear at Fashion Island and then we would spend time watching the Koi fish, riding the carousel, playing in the water fountains. Our family adventures were so fun; we loved being out and about with Dad and learning

Exhibit U Page 2

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 4 of 27    Page ID
#:30046
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 89 of 183    Page ID
#:24531

about history and the world. When we were super little, we would all go to Starbucks be-
fore the school Halloween parade. Since our birthdays are in October, we would show up in
our costumes and he would bring us cupcakes and buy us a Horizon chocolate milk. Most
people might not know that our dad is extremely funny. He always makes the funniest
jokes and we poke fun at each other. Our dad is also a great dancer. The "monkey dance"
was our favorite. He would raise his hands in the middle of a restaurant and wave them in
the air. Even though he appears really serious on TV and when he is working, he is actually
very funny and goofy. Seeing our dad help so many people has inspired Nicole to go into a
career in Deaf Studies/Speech Pathology where she helps people too. He has helped thou-
sands of people, and we want to do the same. Although we want to help people in a differ-
ent way, seeing the impact he had on so many people's lives has inspired us to hopefully
have that same impact.

The last few years have been extremely trying as he has been unable to participate in our
lives the way he used to due to his prior restrictions and now incarceration. He has missed
choral performances, plays, academic award ceremonies, tennis matches, prom pictures,
Senior celebrations, High School graduation, moving into college, college parent's weekend,
and Dad's weekend at my sorority, holidays and most importantly family time.  Due to the
advanced age of his parents, Grandmommy and Grandpoppy could not travel during the
pandemic and he could not travel to them, so we have missed family time and our holiday
celebrations together.  We tried our best to adjust to these restrictions and learned during
our visits and phone calls, when he is not in isolation or on Covid lockdown, how to stay
connected and share our stories through more vivid story telling. Fortunately, we have
been able to remain close and I think even grown closer during this immensely challenging
time for our family.

He is our family, we love him, we see the good in him, and we need him in our lives and we
will be there to love and support him in any way possible.

We pray that you will take this information into consideration when determining his fate.


_Lauren Avenatti_                                          _Nicole Avenatti_

Lauren Louise Avenatti                           Nicole Frances Avenatti

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 5 of 27    Page ID
#:30047
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 90 of 183    Page ID
#:24532

September 28, 2022

Dear Honorable Judge Selna:

I am writing to you as the ex-wife, co-parent, and forever family member of Michael Avenatti. As you can imagine, the last several years have been beyond traumatic for me, my daughters, and my entire family as we have watched Michael's entire life be condensed down to an unrecognizable sad, short, tragic chapter focusing on a few things versus a complete and complex novel that we know and feel deserves to be told and understood. I hope I can share some details that will give you a better understanding of the complete story and not just this excerpt of his life.

In March of 1992, I met a young man on a financial hardship leave from University of Pennsylvania as a result of his father's forced retirement. Michael grew up in middle America with a stay-at-home mom, and a dad who worked for corporate America. His father's dedication to his career led to several moves throughout the US and Michael often had a hard time adjusting with his lazy eye, different clothes, and the changes in vernacular. Michael's mother did not deal well with the changes either and developed a heavy reliance on alcohol which would further complicate Michael's adolescence. Michael developed many deep physical and emotional scars during his childhood - the neglect, rage, ridicule, abuse and punishment he constantly received has deeply impacted who he is and the triggers and defenses he now has. After four states and more than 25 years of service, Michael's father was dealt a devastating blow and forced into an early retirement and Michael was shown the door of his family home. He left his home for college virtually penniless and with a mother who would not cooperate with the educational system to enable him to secure the proper financial aid to fund his education.

Michael's father's forced retirement would cement Michael's career path. Michael was determined to go to secure his college degree and then attend law school, so that he could work for the causes and people that mattered to him. In order to pay for his education, Michael worked for a political consulting firm and when we met, he was living in the guest room of a campaign manager in Philadelphia. Michael had a brown briefcase, two pairs of khaki pants, and a few polo shirts to his name. Michael worked tirelessly advancing political candidates as well as important causes and referendums. The people and causes he advocated for required immense dedication and sacrifice -- Saturday night stays to save on airfare, minimal food budgets, and cheap motels.

Exhibit U Page 4

In the first months of our relationship, my 47-year-old mother was diagnosed with a terminal heart condition. Michael was an invaluable asset to my family putting his research skills to work and helping to secure the care my mother needed. I gave up my apartment, and Michael and I moved into my parent's home to help care for her. In order to complete his degree, with the ultimate plan of him attending law school, we formulated a plan to marry in 1994 and work multiple jobs while living with my parents. Through our hard work, and his exceptional academic record, Michael was able to start law school at George Washington University in Washington, D.C. My red, stick-shift Volkswagen Jetta with manual windows and I worked tirelessly over the next years to assist Michael, as he worked full-time and attended evening classes to earn his degree. These years were filled with challenges, as we endured financial stresses. Popeye's after church on Sundays was our splurge of the week using a buy one get one coupon. Illnesses, surgeries and the untimely and tragic deaths of several close family members, including my mother and grandmother were really tough hurdles. Despite these challenges, in May 2000, Michael attended his law school graduation. Sadly, his mother and father opted not to attend exacerbating his childhood wounds. Michael was so grateful for the opportunity afforded him by George Washington University he set up a scholarship in trial advocacy there.

After graduation, Michael and I moved to the West Coast for him to start his career with a large law firm and me as a litigation claims adjuster. We rented an apartment and busied ourselves with our careers, recruitment activities with the firm, friends, and we were involved with many charities that were close to our hearts such as Make-A-Wish and Zen Hospice. In 2002, we started our family welcoming our daughter Lauren. In Lauren's baby book, there is a letter of apology from the head of the business litigation department where our first family picture should be. One of the drawbacks of being an associate in a large firm was that Michael was sent to the east coast for trial preparation and missed Lauren's birth which destroyed him. He heard her first cries over an airplane phone. Shortly after our first daughter's birth, Michael left the large law firm and went to work for a boutique litigation firm, where he achieved great successes for the firm's clients. In 2004, we welcomed our second child, Nicole, but the stresses of extremely long workdays coupled with business travel (both domestic and international), deposition schedules and long trials throughout the country started to crack our foundation.

Ultimately, we separated in 2006 and divorced in 2007. As with any relationship, married or divorced, we had disagreements (often large disagreements), yet we were always able to put the needs of our children ahead of ourselves and co-parent amicably. My current husband, Michael and I have been able to sit at funerals, weddings, and school functions together as a cohesive family unit and provide stability and support to our children. Together we have raised two

Exhibit U Page 5

Case 8:19-cr-00061-JVS     Document 1211-22     Filed 05/06/25     Page 7 of 27   Page ID
#:30049
Case 8:19-cr-00061-JVS   Document 1016-1   Filed 10/14/22   Page 92 of 183   Page ID
#:24534

beautiful, educated, hardworking, caring and compassionate daughters. Our Nicole in particular, has been inspired since childhood to help others and plans to go into a career of service as a speech pathologist.

I share this background with you in hopes that you will see a bit of the Michael Avenatti I know - the Michael who worked full-time to educate himself after a family hardship. The Michael who overcame challenge after challenge in his life. The Michael who faced a very abusive and traumatic childhood and had channeled that into becoming a passionate advocate. The Michael who tirelessly worked and sacrificed to achieve success for his hundreds of clients. The Michael who loves his parents despite the history. The Michael who adored his Grams and was at her side after his grandfather's death in his early 50's and cared for her during her final years even being at her bedside when she took her final breath. The Michael that has helped my family and his friends over the years too many times to count. The Michael who helped me grieve and bury my mother and helped my sister get married in our darkest times. The Michael who checked in daily as I was battling cancer and cried out of fear that our girls would lose me. The Michael who loves his daughters and has always made sure that they know that and value themselves and others. The Michael who his daughters love and want him to remain an active part of their lives.

My sincere hope is that you will take into account the full story of Michael Avenatti when evaluating his sentence. I pray there will be new chapters to write and I know if given the chance, just like he left home for college penniless, he can once again build a productive life to share with the friends and family that love him and to fully make amends.

Thank you for your time and consideration.

Christine Avenatti Carlin

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 8 of 27    Page ID
#:30050
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 93 of 183    Page ID
#:24535

Hon. Judge Selna:

I've known Michael since 1989. He hired me at Creve Coeur Athletic Association - a little
league baseball complex in suburban St. Louis. When he took over the field crew duties, he
needed help and I came aboard to mow the fields, set the bases and manage the concession
stand. It was evident from day one that Michael, even at that young age, had high expectations
for himself and could see potential where others didn't. That was the kind of innate drive that
got him working at 16 years old - not just one job at McDonald's, but also delivering pizzas,
and umpiring little league while excelling in school. And that's why he was able to put himself
through college and law school. He certainly wasn't born with a silver spoon in his mouth, just
the determination to succeed.

In the 30-plus years I've known Michael, he has been a loyal friend and like a brother, so when
he needed a place to stay under home confinement due to Covid, I valued the opportunity to
help him. I saw firsthand what a devoted father he is to his two teenage daughters during their
frequent visits. And when his young son came over on Sunday afternoons, it was something
special to see them play together and giggle like lots of fathers and sons get to do all the time.
But Michael cherished those moments even more.

Michael is obviously facing the toughest period of his life. But there's more to him than just the
last few years. He's a good person who has always been there to help people, personally and
professionally. Now, I'm sure he's eager to get a second chance to put these latest life lessons
to work and figure out what his next chapter will become.

Thank you,

Jay Manheimer

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 9 of 27    Page ID
#:30051
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 94 of 183    Page ID
#:24536

September 23, 2022

Dear Honorable Judge Selna:

My name is Stephen Rodier and I met Michael Avenatti 30 years ago when he started dating my sister, Christine. I felt it is important to write because while sometimes amusing and often tragic the Michael Avenatti being portrayed in the media over the past few years is an incomplete and often inaccurate version of the Michael I know. I am hopeful I can shed some light into a better version than you have gotten to see.

When Christine brought Michael home, he was a politically active liberal wearing pressed khaki pants and polo shirts and wore "tennis shoes" on weekends cheering on the Dallas Cowboys. I grew up in an area where President Ronald Reagan visited, wore sport shorts and "sneakers" on the weekends cheering on the Philadelphia Eagles. The debate into tennis shoes vs. sneakers still rages today, so does the Cowboys vs. the Eagles debate for that matter. My grandmother, a Rush Limbaugh top rated fan, and Michael would spiritedly debate the politics of the day. Michael was a passionate advocate for the causes he believed in, yet he was still able to come into the family respecting and honoring the differences we had. Over the years, we had great fun celebrating our differences and created some irreplaceable memories.

Michael was cut from a different mold and the intensity he brought into his education and work was different than most 21-year-olds. Clearly, the difficulties Michael faced as a child had turned him into an overachiever in search of independence and acceptance he had lacked as a child. He and my sister set a path for Michael to finish his education, go to law school and for him to start his career as a lawyer. Michael and Christine moved into my parents' home to help care for my terminally ill mother. Michael affectionately called my parents Jim and the Dude and would become an integral part of our family. Michael shared an office with my dad and a computer with my sister, Michelle, competed in our fantasy football league, served as a groomsman in my wedding and as a Godparent to my son, Bradley Michael.

Over the years, Michael helped to secure care for my mother, helped with my mother's burial, planned and paid for my sister's wedding, facilitated the end-of-life planning and care for my grandmother, assisted me financially, provided legal advice countless times, and is a mentor to my boys. My sister and Michael divorced in 2007, but they remained amicable, and Michael is still considered an important part of our family. They have remained committed, and laser focused on raising two remarkable daughters. Christine and Michael are a yin and yang, and their daughters are thriving even during these tumultuous last few years. I am proud of the work that Christine and Michael put into parenting and to see my nieces blooming into smart, independent, strong young women.

Thank you for taking the time to learn a bit more about the Michael that is a part of my family and not the Michael you have seen. I am hopeful soon he can return to the role of a committed co-parent to my sister, father to my nieces, and valued family member.

Stephen J. Rodier Jr.

Exhibit U Page 8

September 25, 2022

Honorable Judge Selna,

My name is Michelle Rodier Greene. I am writing to share some of my personal experiences with Michael Avenatti. I have known Michael for almost thirty years. I knew Michael as a college student at the University of Pennsylvania, a law student at George Washington University, a husband to my sister, my brother-in-law and a father to my intelligent, beautiful nieces. It's been weird to see his name and face on TV and in the media these past few years, to see such a single sided portrayal of a man I consider family.

Back in 1992, my sister, Christine, met Michael and he quickly became a part of our family. During the course of their relationship, I learned a lot about Michael and the tremendous impact that his childhood had on his life. From financial stressors, his father's forced retirement and his mother's alcoholism, Michael's youth lacked the tenderness, love and security that allows a child to thrive emotionally. Michael was forced to grow up quickly. Knowing that he deserved more, Michael was determined to attend the University of Pennsylvania and pursue his dreams. Without the financial help of his family, Michael moved to Philadelphia and funded his own education. During his time at the University of Pennsylvania, Michael attended class and worked tirelessly on his coursework. At times, we even shared the same Macintosh computer in my parent's home. Whenever he wasn't studying or attending class, Michael was working to pay for his education. My sister would often drive him so that he could work in the car. His dedication to his education and future was nothing short of remarkable.

In June of 1992, my mother was diagnosed with a serious heart condition. Over the years that followed, my sister, Christine, and Michael were a part of the circle that surrounded my mother. This circle gave her the love and support needed to live another seven years. Michael and Christine even moved into our family home to be closer to her. As a family, we supported each other through all of life's challenges. My parents and sister worked hard to support Michael through law school. They knew that Michael wanted to make a difference in this world so sacrifices were made to help make his dream come true. While Michael was still attending law school, my mother passed away in June of 1999. Michael offered financial assistance to help give my mother the funeral that she deserved. After burying my mother, I decided to change my wedding plans for the following November. It was too emotional planning a wedding without my mother. It was then that Michael offered to pay for my husband and I to travel to Hawaii for a small, beach wedding. Not only did Michael pay for our trip, but he served as our official wedding

Case 8:19-cr-00061-JVS    Document 1211-22    Filed 05/06/25    Page 11 of 27    Page
ID #:30053
Case 8:19-cr-00061-JVS    Document 1016-1    Filed 10/14/22    Page 96 of 183    Page ID
#:24538

photographer. It was a special trip with beautiful memories. I will always be grateful for these acts of kindness and selflessness.

In April of 2002, I was blessed with my firstborn child and my sister flew in to visit. She couldn't wait to share that she and Michael were expecting their first child. Knowing the painful details regarding Michael's childhood experiences, I knew that he was determined to give his children the childhood that he did not have. The excitement that my sister had when she told me about her pregnancy was equally shared by Michael. When my sister went into early labor with her first daughter, Michael was on a flight on the way back from a trial in New Jersey. His inability to be at the hospital gutted him. I vividly remember his phone call to me from the airplane. It was heartbreaking. From that moment on, I knew that Michael would do whatever he could for his family. When their second child arrived, I received a bright and early morning phone call from the west coast. It was the proud father once again beaming about his new daughter. While visiting the Avenatti's in California each summer, I was able to witness Michael parent his little girls. From walks to Starbucks for a treat, trips to Build a Bear and riding elephants at the Orange County Fair, the love that Michael has for his girls and their adoration of him was always beautiful to witness. As the girls move into adulthood, their relationship with their father will enter a new phase. This phase is made even more complicated by current circumstances but I know how valuable their father-daughter relationship is to both Michael and the girls. It's a relationship Michael prioritizes and will fight for. The girls want and need him to be a part of their next chapters – college, relationships, marriage and their own children.

The media has portrayed Michael to be someone different than the man that I have known for decades. The man that will be sitting before you has provided for his ex-wife and children, loved his family and made a difference in the lives of his loved ones. I am asking you to please take this information into consideration when deciding upon Michael's future.


Sincerely,

*Michelle R. Greene*

Michelle R. Greene

October 3, 2022

Hon. Judge Selna:

Michael Avenatti was my next door neighbor during his home confinement due to the extraordinary circumstances of Covid-19. I didn't know who he was until we started talking over the fence and became "pod friends."

I was struck by his intelligence and generosity. We had many long conversations during that time and his love for this country was immediately apparent along with how much he cared about our justice system and the direction of the country in general. Despite his predicament, he rarely complained.

It was sometimes difficult to watch when his young son visited and they would have to play catch in the limited space near the outside stairs. But it was obvious that Michael was a natural at fatherhood as they had fun just being with each other. I also had the opportunity to meet his older daughters and they were always very sweet, smart and supportive young women. Especially considering the circumstances.

Another thing that struck me about Michael was how he genuinely cared about what was going on in my life, and he supported me through the tough Covid years. I am a freelance musician so all of my work, recording sessions, and tours, were canceled. His tiny bedroom looked over my backyard and music studio.  Often times, I would practice piano after dinner and when I walked back to the house there was a big smile and applause waiting for me. Believe me, that felt so good.

I can't imagine how hard it must be for Michael, coming from his humble beginnings to being one of the best legal minds of his generation back to being humbled. A far as I can tell, he has handled it with as much grace as could be expected. I know when he has paid his debt to society, he will keep paying it forward, that's the kind of man he is.

Thank You,

John Beasley

Exhibit U Page 11

Case 8:19-cr-00061-JVS   Document 1016-1   Filed 10/14/22   Page 98 of 183   Page ID #:24540

October 4, 2022

Dear Honorable Judge Selna,

My name is Shannon Faulk, and I am writing on behalf of Michael Avenatti to share what I know to be the man before he lost his way. I met Michael when he was 21 years old and was dating my sister friend, his first wife Christine. Being a few years older than Christine and Michael, I remember how I always felt that Michael had an amazing future ahead of him because I could tell right away how smart he was, yet he was always so down to earth and had a great sense of humor. I watched Michael and Christine build a life together, how he helped care for Christine's mother, who was like a mother to me, when she became ill. And because over the years I had gratefully become a part of Christine's family, when I stood as a bridesmaid in their wedding, he became my family too.

When Christine and Michael moved out west and started their family, I would fly west after the birth of each daughter, and I've remained close to the girls because I love them as my own. When their marriage ended Michael was happy to support Christine and the girls so that she could stay home with the girls while they were young, and he has remained a major part of the girls' lives. Michael, Christine and Christine's 2nd husband have co-parented all of the children with love and dedication that I have witnessed in no other family that I know. Because of this, the girls are super intelligent, well adjusted and have bright futures ahead of them.

I also would like to take this opportunity to address the trauma that Michael experienced growing up. I too experienced trauma as a child, although nothing close to what Michael experienced. One thing that I found was that I didn't even realize my childhood was traumatic and the negative effects that it was having on my life until just a few years ago. I just thought I had a lousy childhood. I can see how trauma has contributed to Michaels losing his way because I'm guessing he too may not have viewed his childhood as traumatic just lousy and never thought to seek help for it just as I didn't until I was 50+ years old.

I am confident that if given a second chance, that Michael can address those issues and put his heart and brilliance into something great. That he can show his children the great man that he was and can be again. And I'm hoping that he won't miss out on too much of his children's lives.

In closing, I'd like to focus on the brilliant career Michael had before the current media attention. The Michael that in 2011 was in Fortune Magazines 40 under 40, a list of individuals the publication considers to be the most influential young leaders for the year, the Michael that was on 60 Minutes in 2014 as he was representing people whose loved

ones were buried at Eden Memorial Park but found that the grave sites had been double sold and their loved ones bodies dug up and discarded, the Michael who again was on 60 Minutes, as he went up against Kimberly-Clark when they were knowingly supplying the healthcare community with surgical gowns that leaked during the Ebola crisis.

This is the Michael that I know and love, the loving father, the champion for the underdog, the down to earth friend.

Thank you very much for your time and consideration.

Sincerely,

Shannon D. Faulk

Honorable Judge Selna,

I have known Michael for more than 30 years.  We developed our friendship at the Creve Coeur Athletic Association where Michael was a youth baseball umpire, and I managed the concession stand.  Soon after, he became the manager of the full complex – from field maintenance to the concession stand – and his drive to surpass expectation was apparent when he made impressive improvements to every facet of the park.

I've always admired Michael's intellect, work ethic, and tenacity. He worked multiple jobs to pay his way through college while maintaining a stellar academic career. I've known him to be a loyal, generous, and caring person who always put his family and friends first.

This is a challenging time for Michael, but there's no doubt that he will learn and grow from this experience and put it to positive use in whatever his future holds.

Sincerely,

Tripp Manheimer

October 3, 2022

Dear Honorable Judge Selna

My name is Jamie Avenatti-Kryck. I am Michael Avenatti's cousin. I too would like to shed some light on the Michael Avenatti that I have known for my entire life, and the person that I grew up with.

When Michael was a child, he was definitely different from other kids -- very wise and extremely observant. He seemed to be already grown up by the time he was ten years old. He grew up as an only child even though he had two older half siblings. His older half-sister and half-brother had already left home at very young ages due to issues with his mother.

He was very close with his Grandmother Katherine, as was I, and my parents as well. He spent as much time with his grandmother in Southern California as he was able to. His Grandmother was actually the role model that he was closest to growing up. He spent time in the summers with his Grams, as he called her, and they would even come to our house and stay in Huntington Beach. He also spent any holidays that he could with her. She was a very kind and loving person in his life.

Unfortunately, he had a very difficult childhood when he was at home with his mother. She was an alcoholic and had some very obvious mental health issues towards her children. Her two oldest children are estranged from her, and she was only really interested in seeing Michael after he started making money in his professional life. He graduated first in his class at George Washington University and his own parents didn't even attend his graduation. His father knew never to cross his wife -- he knew the wrath of her would be intolerable. His grandmother Katherine passed away in 2007, that was a very difficult time. Michael and Christine were always there for my Auntie K as I called her. She was my great Aunt, and I adored her. I was so grateful for how Michael took care of her at the end of her life.

The Michael that I knew always worked extremely hard and was gifted in life, and with the help of his first wife Christine and her family, he was able to go to law school. I always knew he would go far in his life and become well known, but unfortunately, not the way the media has made him out to be.

He truly cares about his family, his daughters, and his very young son. I am sure if he could go back to the beginning of the last ten years or so and make changes and different choices he would. The person who he became in the last decade is not the person that I grew up with my entire life. He has still so much to offer people that I don't think that his actions in the last decade make up his entire future for the rest of his life. It was a different time in his life that I know he regrets. Unfortunately, so much of how our behavior as an adult stems from our childhood. Everything that we experience shapes us into the person that we become as adults, good and bad experiences.

Michael worked with what he had to become the "right" person in life. Unfortunately, he had some very difficult obstacles to overcome that were completely out of his control. His core personality is actually a person always wanting to please. He was always working. I think that's where he always felt most comfortable in his life.

It is so unfortunate how the last decade has played out. He is still a fairly young man in today's modern world. Please take into consideration all things about Michael and about his family and his children.

Thank you for your time and consideration.

Jamie L. Avenatti-Kryck

**DE ANDA LAW FIRM, PC**
ATTORNEY AND COUNSELOR AT LAW
**PLAZA DE SAN AGUSTIN**
**212 FLORES AVENUE**
**LAREDO, TEXAS 78040**

**Ricardo de Anda**

TELEPHONE
956-726-0038

**Email Address**

deandalaw@gmail.com

October 6, 2022

Honorable James V Selna
US District Court Judge
US District Court
Central District of California

Re: Sentencing - Michael Avenatti

Dear Judge Selna,
I am an attorney in private practice with an office located in Laredo, Texas. During the spring of 2018, my office was deeply involved in representing refugee separated families ensnared in the government's infamous family separation policy. It was lonely work as the affected refugees could not afford paying for legal assistance.
In April of 2018, I received a call from Michael Avenatti, whom I did not then know, volunteering his assistance in my representation of separated families. I explained the drastic situation of my clients, not only being separated from their children while in detention, but, most frighteningly, being subject to deportation without their children. Michael was in Laredo with an assistant within 3 days after I asked for his help.

Over the next week Michael assisted our office in interviewing clients in detention (mothers), helped locate their separated children, and facilitated phone communications between the mothers and their children. Michael subsequently traveled with me to Phoenix to visit a separated child in government detention. He also worked with me in federal litigation in New York, which resulted in the release of a child in detention to his by then deported mother, and traveled with me and the child to deliver him to his mother in Guatemala City.

All of this work was done pro bono, at his expense, solely from Michael's heart and care for these families. He spent a considerable amount of time in this effort, and helped our

office reunite dozens of separated families. I personally saw him break down in
emotional tears  when listening to the experience of a separated mother during an
interview in detention. I can say your honor, from personal professional experience, that
the real and true Michael Avenatti is a caring and respectful man who emphathizeswith
the downtrodden.  He deserves mercy, and I ask that the court consider the above in his
sentencing.


                              Sincerely,


                              Ricardo de Anda
                              Attorney at Law

Hon. Judge James V. Selna                                            October 10, 2022
U.S. District Court
411 West 4th Street
Santa Ana, CA 92701-4516

RE: Michael Avenatti

Your Honor:

I learned recently that you are presiding over a case against Michael Avenatti and that you will sentence him soon in that case. I am writing now to present my story about Mr. Avenatti, which reveals a side of him that you may not have seen. I have never met Mr. Avenatti and knew nothing of him until I saw him on TV in June 2018, but I have seen a goodness/kindness in him that I hope will not go unrecognized by the court.

On June 17, 2018, I read an article in the New York Times, titled "'I Can't Go Without My Son,' a Mother Pleaded as She Was Deported to Guatemala". It was about a 25-year-old Guatemalan woman named Elsa Ortiz, whose 8-year-old son, Antony, was taken from her shortly after they crossed the border into Texas in May 2018. Two days later she was deported to Guatemala without Antony. I was appalled and shaken by what I read in the article. I began reading other articles about similar cases. "This is not what the country I grew up in does!", I thought. My wife, Tina, and I were scheduled to travel to Guatemala eight days later for a vacation with our son. He was there to treat patients with severe burns from a recent volcanic eruption and had invited us down for a week before he returned to New York. I thought that we might be able to help get some of these children reunited with their parents while we were there." We had seen Mr. Avenatti on CNN, saying that he would represent such cases *pro bono*. I was skeptical, but I sent an email to him directly and called his office to leave a message with his receptionist. We were both surprised and excited when one of his partners called me the next day. I learned later that Mr. Avenatti had forwarded my email to this partner and several others in his firm less than 30 minutes after I sent it, with the short message "We should help here." Tina immediately got on social media to find Elsa and other mothers/fathers who also had their children taken and kept in the U.S. after they were deported to Guatemala. She was able to contact three such families and Mr. Avenatti agreed to represent all of them. His partner sent the papers to be signed. We took them to Guatemala and, with the help of a lawyer there, got signatures from Elsa and Lourdes de Leon. (The third parent already had representation that he was happy with.) Mr. Avenatti and an immigration lawyer in Laredo, Texas, got both children reunited with their mothers. During Antony's hearing Mr. Avenatti offered to personally return Antony to Elsa at his own expense. He did so immediately after the hearing in Dallas. Elsa had a friend video the reunion as the two lawyers and Antony met her in the Guatemala City airport. There were hugs and tears of joy all around. In that video, my wife and I saw a genuine kindness in Mr. Avenatti that we will always admire and appreciate. Elsa is grateful beyond words. She refused to believe it when we told her that Mr. Avenatti had been arrested. In her mind, he is probably the kindest man in the world.

Sincerely,

*Randy L. Carter*

Professor Emeritus
University at Buffalo

7 de Octubre, 2022

Sr. Juez:

Conocí al abogado Michael en el 2018. El gobierno americano me detuvo cuando llegué a los Estados Unidos y me iban a deportar. Antes de deportarme, me quitaron a mi hijo. Él solo tenia seis años. Me dijeron que cuando llegara a Guatemala, me lo iban a entregar allí en Guatemala. Llegué a Guatemala y no me lo entregaron. No sabía nada de él. Nadie sabía nada. Pedia información y no me podían dar ningún dato de el - ni de donde estaba. Tengo una prima que me ayudó preguntar. Ella se puso en contacto con la cadena de televisión - Univisión. El canal Univisión me puso en contacto con el abogado Michael. Michael me hacia preguntas y Juan (su asistente) le traducía lo que yo le decía y luego le di como un poder para que me ayudara.

Una vez que supo lo que paso, el abogado empezó hacer llamadas y el me ayudo a encontrar a mi niño. Pasaron varios meses antes de encontrar a mi niño. Lo encontraron en un centro de detención en Nueva York. Cuando el abogado lo encontró, me consiguió un video de mi niño en ese lugar en Nueva York para que pudiera ver que estaba bien. Y después de eso, me conectaron con el por una videollamada. El abogado puso los papeles para que me lo devolvieran. Y fue entonces cuando la trabajadora social que le habían dado a mi niño empezó hablar con migo cada semana para que pudiera verlo y hablar con el. Me lo devolvieron después de cuatro meses. Me sentía impotente con el niño en los Estados Unidos y yo en Guatemala.

Estoy agradecida por lo que hizo por nosotros el licenciado Michael. No me cobraron por ayudarme encontrar a mi hijo ni por traermelo. Mi hijo ya tiene dies años, esta bien y estudiando. Nos trato bien y nos dio fe. Yo se que con la ayuda de dios va salir adelante.

Entiendo que el señor Michael tiene estos problemas y que esta detenido. Quiero que sepan que el abogado Michael es buena persona con un gran corazón que ayudo a muchas familias que tuvieron el mismo problema que el mio: que les quitaron a sus hijos. El trabaja duro y va salir adelante. Ojala que pueda tomar en cuenta lo bueno que hizo en los casos de nosotros. No cualquier persona hubiera hecho eso.

Gracis, Sr. Juez, por sus atenciones.

Lourdes De Leon

[TRANSLATION FROM SPANISH TO ENGLISH]

October 7, 2022

Dear Judge:

I met the attorney Michael in 2018. The American government detained me when I arrived in the United States and they were going to deport me. Before they deported me, they took my son from me. He was only six years old. They told me that when I arrived in Guatemala, they would return him to me in Guatemala. I arrived in Guatemala and they did not return him to me. I didn't know anything about his whereabouts. No one knew anything. I would ask for information and they couldn't give me any information about him - not even where he was located. I had a cousin who helped me ask around. She contacted the Univision television station. The Univision network put me in touch with Michael. Michael asked me questions and Juan (his assistant) would translate what I would say and then I gave him a release so he could help me.

Once he knew what had happened, the attorney began to make calls and he helped me find my son. It was a number of months before they found my son. They found him in a detention center in New York. When the attorney found him, he was able to obtain a video of my son at the place in New York so that I could see that he was fine. After that, he arranged for him to have a video call with me. The attorney then filed the paperwork so they could return him to me. It was then that the social worker they had given my son, started to call me every week so I could see my son and speak to him. They returned him to me 4 months after they had taken him from me. I felt powerless with my son in the United States and me in Guatemala.

I am grateful for what the attorney Michael did for us. They didn't charge me for helping me find my son nor for bringing him to me. My son is now ten years old, he is fine and is studying. He treated us well and he gave us faith. I know that with the help of God, he will get through this.

I understand that Mr. Michael has these problems and he is in custody. I would like you to know that the attorney Michael is a good person with a great heart that helped many families with the same problems as mine: where they had taken their children from them. He works hard and will get ahead. I hope you can take into consideration the good he did in our cases. Not just any person would have done that.

Thank you Judge for your consideration.

Lourdes de Leon

Exhibit U Page 21

5 de Octubre, 2022

Estimado Sr. Juez:

He tenido muchas bendiciones gracias al señor Michael.  Estoy donde estoy por la ayuda que nos dio cuando todo esto sucedió - cuando me quitaron a mi hijo.  Fue en el 2018 cuando me detuvieron en Estados Unidos.  Me dijeron que me iban a deportar. Nos habían quitado todo - hasta los zapatos.  Estaba en la estación donde nos tenían detenidos y me mandaron a otra sala a recoger nuestros zapatos.  Me dijeron que dejara a mi hijo allí.  Cuando volví al cuarto ya se habían llevado a mi niño sin decirme que se lo iban a llevar.  Me dijeron que me lo iban a entregar en Guatemala.

De verdad, de corazón, yo estoy muy agradecida por la ayuda de Michael.  No entiendo por el gobierno nos separo - a mi de mi hijo.  Sin el abogado Michael, no me hubieran devuelto mi hijo.  Yo no podía hacer nada desde Guatemala.  Fue un ángel enviado por Dios.  Michael trabajo incansablemente.  Trabajó muchas horas - aveces hasta muy tarde y siguió luchando para recuperar a mi hijo. Nunca nos cobro nada.  Le estoy muy agradecida.

Me entere que el abogado Michael se encontraba en esta situación - con estos problemas.  Fui notificada por el otro abogado.  Quiero decirle que estoy triste por lo que esta pasando con Michael - incluso tengo ganas de llorar.  Aveces la vida es muy difícil.  El abogado era mi poder. Voy a ser fuerte por el y no sé si cre en Dios, pero le dije a Michael que aunque esté donde está - que no pierda fe.

Ayudaría al abogado si pudiera. Pero voy a rezar por el.  Algún día le agradeceré lo que hizo por mí y por mi hijo personalmente.  Espero que pueda tomar en cuenta lo bueno que fue con nosotros, todo lo que hizo por nosotros y las otras familias. Éramos varios los que teníamos el mismo problema - el de que nos quitaron a nuestros hijos.

Señor Juez, espero que pueda tener esto en cuenta cuando decida qué hacer con Michael.  Ha ayudado a mucha gente y tiene un gran corazón.

Gracias por sus atenciones.

Elsa Ortiz Enriquez

[TRANSLATION FROM SPANISH TO ENGLISH]

October 5, 2022

Dear Hon. Judge:

I have had many blessings thanks to Michael. I am where I am because of the help he gave us when all of this happened - when they took my son from me. It was in 2018 when I was detained in the United States. They told me that I was going to be deported. They had taken everything from us - even our shoes. I was at the detention center and they told me to go to the other room to get our shoes. They told me to leave my son there. When I returned to the room they had already taken my son without telling me where they were going to take him. They said they were going to return him to me in Guatemala.

Honestly, from my heart, I am very grateful for Michael's help. I do not understand why the government separated us - me from my son. Without Michael's help, they wouldn't have returned my son. I could not do anything from Guatemala. He was an angel sent by God. Michael worked tirelessly. He worked many hours - sometimes late into the evening and he kept fighting to get my son back. He never charged us anything. I am very grateful.

I learned that the attorney Michael found himself in this situation - with these problems. I was told by the other attorney. I would like to say that I am saddened by what is happening to Michael - it makes me want to cry. Sometimes life is very difficult. The attorney was my strength. I am going to be strong for him and I don't know if he believes in God, but I told Michael that even though he is where he is - that he should not lose faith.

I would help the attorney if I could. But I am going to pray for him. One day I will be able to thank him in person for what he did for me and my son. I hope you can consider how good he was to us, all that he did for us and for the other families. There were a number of us with the same problem - where they had taken our children from us.

Judge, I hope you can take this into consideration when you decide what you will do with Michael. He has helped many people and has a big heart.

Thank you for your consideration.

Elsa Ortiz Enriquez

September 15 ,2022

Hon. Judge Selna:

Please be so kind to read this letter regarding Michael Avenatti.  By way of introduction, I am Rick Kraemer owner of a company which provides in court trial presentation support for litigators in the Southern California legal community since 1986.

I first met Michael shortly after he joined the law firm of Greene, Broillet, Wheeler and Panish in the early 2000's.  He had previously worked at O'Melveny & Myers in Orange County. Over the years we worked closely together on cases where I witnessed Michaels creative talents, tireless work ethic and compassion for his clients. We became close - personally sharing many mutual interests.  He worked tirelessly and we quickly became friends.  He has been a friend ever since.

My Godfather (Catholic) once said to me "Rick, there is good in everyone." I remember his words daily when evaluating and dealing with people from all walks of life. People who know I am friends with Michael ask me why I still communicate with him. I tell them the same thing my grandfather used to say - there is good in everyone. I don't just say that about Michael.  I also say that about other individuals I come across who have also made mistakes in their lives.

Michael always talked about his daughters and their importance to him. Although his daughters lived with Michael's first wife, he saw them regularly and was a devoted father. His son from his second marriage is extremely important to him as well. His family is important to him.

Exhibit U Page 24

In the past 20 years, I observed Michael's high energy, intelligence, and dedication to his work. Yes, Michael has made mistakes. But as all too often happens, his hard work on behalf of many deserving clients over many, many years is sometimes overlooked.

Your honor, I believe Michael can do good for/in society after his release from his pending sentence.  I believe Michael will give hope to his fellow inmates with his positive attitude and having owned up to his mistakes as he has done.

Hopefully, you will see things as my Godfather did. There is good in Michael to be considered.

Respectfully,

Rick Kraemer

October 7, 2022

Dear Judge Selna:

I am an Army Veteran.  I served for for three years and was a Sergeant when I was honorably discharged. And I am also a business man and have been for over 50 years.  I met Michael Avenatti around 2004 when my partners and I needed an attorney to represent us.  My business partner introduced us and I immediately liked him.  We had a thriving business, we then partnered with what we now know was a shady company and we ended up in a civil courtroom with Michael Avenatti as our counsel.

I was impressed with how smart Michael was. I appreciated how hard he worked.  He kept us informed on what was going on and was always open and honest with us.  And, he also took on our case knowing if we lost, he would not get paid.  And though we got a $42 million dollar verdict - the judge ended up tossing the verdict and none of us got paid - including Michael.  I get it, things like that happen.  But that didn't change how Michael treated us and it didn't change how hard he worked on other matters he assisted me with. I also didn't have a problem referring him to others who needed legal help.   Michael was a fighter and I appreciated that – I liked that about him.  He was a good attorney.

Michael was always there for me.  When I was in trouble, I could speak to him honestly and sincerely.  There were no judgments.  He was always up front with me.  And I have kept in touch with him throughout the years – checking in and speaking to him at least once or twice a year.

Michael is a family man like me.  He's Italian.  I'm Italian.  He was a perfect gentleman with my family.  I know he cares about his family. What I saw on television was not the Michael that I know.

I understand Michael has made mistakes. He made decisions which put him in this situation. I understand he will no longer be an attorney.  He doesn't take that lightly and it is hard for him.  But, I also know Michael and he will make things right.  He will work hard, do his time and he will find a new path. People make mistakes.  Michael plead guilty and admitted his mistakes.

Your Honor, I hope you will see what we see in Michael.  His life will be completely different after this case. I will be there for Michael when he finishes with his commitment to the court because he is a good person.

I appreciate you taking my letter into consideration.

Best,

Frank Colapinto