BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Criminal Appeals Section
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701

     1000 U.S. Courthouse
     312 N. Spring Street
     Los Angeles, CA 90012

     Telephone:  (714) 338-3598/(213) 894-2432
     Facsimile:  (714) 338-3708/(213) 894-8513
     Email:      Brett.Sagel@usdoj.gov
                 Ranee.Katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MICHAEL JOHN AVENATTI,<br><br>            Defendant. | SA CR No. 19-061-JVS<br><br><u>VICTIM-IMPACT STATEMENT OF ALEXIS GARDNER</u><br><br>SENTENCING HEARING:<br>Date: May 27, 2025<br>Time: 9:00 a.m. |
|---|---|

   Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brett A. Sagel and Ranee A. Katzenstein, hereby files victim Alexis Gardner's Victim-

Impact Statement.  Ms. Gardner will also be present at the sentencing hearing and wishes to address the Court.

 Dated: May 21, 2025               Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   United States Attorney

                                   CHRISTINA T. SHAY
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/
                                   BRETT A. SAGEL
                                   RANEE A. KATZENSTEIN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

## Victim Impact Statement of Alexis Gardner

## United States v. Michael Avenatti, Case No. 8:19-cr-00061-JVS

Dear Honorable Judge Selna,

I appreciate the opportunity to present my statement as a recognized victim in the case before you.

"I am not eloquent" (Exodus 4:10). Like Moses, I am not eloquent. I am not trained to speak in courtrooms or navigate the justice system. I am not qualified to impact federal proceedings. However, no one is better qualified to describe what Michael Avenatti did to me, so I speak.

Eight years ago, I expected a life-changing settlement that would give me security and a chance to build a future. Instead, Mr. Avenatti misappropriated my funds and dictated my fate without my consent based on choices, he made. Ever since, my recovery has been steered by courts, prosecutors, and bankruptcy administrators and the choices they make—not by my own free will. I have never had a choice in the matter.

I believed justice meant accountability: that the law would force Mr. Avenatti to return what he stole, forfeit his fees, lose his license, and serve time. Instead, the defendant enjoys rights I do not. He has flooded the docket with thousands of filings, remained "credible" despite multiple fraud convictions, and even appealed my Client Security Fund award on the very day he apologized to "his victims."

Meanwhile, I—the crime victim—cannot file motions to contest legal fees billed by the man who defrauded me, nor appeal rulings that deduct "lulling" payments from my restitution. I, the crime victim, is a term defined as a person directly harmed as a result of a criminal offense. I, the victim of attorney fraud, Fiduciary breach, which is constructive fraud; wire fraud; lulling fraud; theft; Embezzlement by my fiduciary; theft by false pretenses; grooming, psychological manipulation; coercion through misinformation, which is also a fraud; and a public cross-examination that traumatized and humiliated me. **I have no constitutional rights.**

My voice is limited to this statement.

Justice in principle protects victims; in practice, it is procedural and protects the defendant. During cross-examination Mr. Avenatti introduced falsified documents to confuse me and the Court. His relentless filings show he remains a legal predator even from prison. If he were a murderer, incarceration would prevent future murders. As a fraudulent lawyer, his weapon is paperwork and the system still hands him ammunition.

At his prior sentencing I spoke, believing my truth would influence the term he served. I quickly learned the impact of damage does not drive justice; efficiency, precedent, and compromise do. He received no time for the crimes against me.

Imagine expecting a multimillion-dollar wire and receiving sporadic hundreds or thousands, that were never enough to advance, always enough to wait, and maintain trust. Those destabilizing payments now reduce my restitution because it counts as money received, even though in the pattern that I received it, I still had to explain late rent to landlords, chose between groceries and my phone bill, and watch opportunities disappear. My lights have been turned off. I've been evicted before. I never had an opportunity to really start. I've just been playing catch-up the entire time. I am still rebuilding and standing. But these eight years have not been free. They have been paid for with every ounce of energy, hope, and faith I could muster. Look at what it has cost me to survive it.

As of today, I am a mother, a student with a 3.5 GPA, and a three-time Kennedy Center–nominated actress. I come from a family of resilience, my mother is a doctor of education, my grandmother, a pianist who once worked on plantations. If you were to ask who I am beyond this courtroom, this is what I would say. But today, I also speak as a victim because that is what this case has made me.

Suppose you were to ask me how Michael Avenatti impacted me today. I am not a homeowner, I own no car, and I have no savings. I held 38 percent of a jet for seven years but have never taken a real vacation. I still wonder whether I am capable of trusting a romantic partner. My attorney who should have protected me spent two years convincing me the man I once loved was withholding my settlement to hurt me. In truth, it was Mr. Avenatti doing precisely that.

The financial damage can be tallied; the personal cost cannot. I have lost stability, opportunities, I've missed holidays with my family, struggle with relationships, emotional safety, and the simple right to heal.

I will not ask this Court to revisit rulings already made, though Mr. Avenatti may. I ask instead that every future dollar rightfully mine be protected, that my experience from January 2017 to today be acknowledged, and that the next phase reflect not just math but truth. I further ask that Michael Avenatti receive the maximum sentence available To protect the public. Protect the vulnerable. And protect potential future victims from legal battles not designed for them to win.

*Alexis Gardner*