CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ADITHYA MANI (Bar No. 301880)
(E-Mail: Adithya_Mani@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

MARGARET A. FARRAND (Bar No. 235295)
(E-Mail: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MICHAEL J. AVENATTI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. AVENATTI, <br><br> Defendant. | Case No. 8:19-cr-61-JVS <br><br> **DEFENDANT'S NOTICE OF RECENT LOCAL SENTENCINGS** <br><br> **Sentencing Date: June 12, 2025** <br><br> **Sentencing Time: 9:00 a.m.** |

Defendant Michael J. Avenatti, by and through his counsel of record, Deputy Federal Public Defenders Adithya Mani and Margaret A. Farrand, hereby submits this notice of two local sentencings that have occurred in the past week concerning defendants found guilty of financial crimes and with similar total offense level calculations as this case, before the applications of any downward variances.

1

In *United States v. Ross*, 2:20-CR-327-DSF, the defendant pleaded guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343. The government argued for a loss calculation of $60,152,377.69, a total offense level of 32, and a guidelines range of 121-151 months.[1] On June 9, 2025, the Court imposed a custodial sentence of 40 months.[2]

In *United States v. Girardi*, 2:23-CR-047-JLS, the defendant was found guilty at trial of four counts of wire fraud, in violation of 18 U.S.C. § 1343. The government argued for a loss calculation of more than $9,500,000 but less than $25,000,000, a total offense level of 33, and a guidelines range of 135-168 months.[3] On June 3, 2025, the Court imposed a custodial sentence of 87 months. Judgment and Commitment Order, Dkt. 533.[4]

                                          Respectfully submitted,

                                          CUAUHTEMOC ORTEGA
                                          Federal Public Defender

DATED: June 10, 2025          By   */s/ Adithya Mani*
                                          ADITHYA MANI
                                          MARGARET A. FARRAND
                                          Deputy Federal Public Defenders
                                          Attorneys for MICHAEL J. AVENATTI

---

[1] This information is taken from the "Joint Supplemental Sentencing Position re Victim Impact Statements and Loss Calculation" (dkt. 140). *See also* "Government's Sentencing Position and Response to the PSR," Dkt. 115 (originally requesting custodial sentence of 151 months).

[2] This information is taken from a press release issued by the United States Attorney's Office on June 9, 2025, entitled "Former CEO of Crescenta Valley Investment Firm Sentenced to Over 3 Years in Federal Prison for Fraudulently Charging Clients Millions of Dollars." *Available at* https://www.justice.gov/usao-cdca/pr/former-ceo-crescenta-valley-investment-firm-sentenced-over-3-years-federal-prison (last visited June 10, 2025) and attached hereto as Exhibit A. As of this writing, the judgment is not yet publicly available for review on PACER.

[3] This information is taken from "Government's Sentencing Position" (dkt. 419).

[4] For reference, the defense has also attached to this filing as Exhibit B the press release issued by the United States Attorney's Office on June 3, 2025, entitled "Former Plaintiffs' Lawyer Tom Girardi Sentenced to More Than 7 Years in Prison for Swindling Tens of Millions of Dollars from Injured Clients." *Available at* https://www.justice.gov/usao-cdca/pr/former-plaintiffs-lawyer-tom-girardi-sentenced-more-7-years-prison-swindling-tens (last visited June 10, 2025).