# Exhibit A

☐ Check if this is an
amended filing

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Central _____ District of California<br>(State)</td></tr>
<tr><td colspan="2">Case number (If known): _____ Chapter __7__</td></tr>
</table>

## Official Form 205

# Involuntary Petition Against a Non-Individual      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7

   ☐ Chapter 11

**Part 2:  Identify the Debtor**

2. **Debtor's name**

   Avenatti & Associates, APC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 520 Newport Center Drive, Suite 1400 | FCI Terminal Island - Reg. No. 86743-054 |
   | Number     Street | Number     Street |
   |  | 3007 |
   |  | P.O. Box |
   | Newport Beach    CA    92660 | San Pedro    CA    90733 |
   | City    State    ZIP Code | City    State    ZIP Code |
   |  | **Location of principal assets, if different from principal place of business** |
   | Orange | Number     Street |
   | County |  |
   |  | City    State    ZIP Code |